Mark C. Mao, CA Bar No. 236165
Sean P. Rodriguez, CA Bar No. 262437
Alexander J. Konik, CA Bar No. 299291
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
srodriguez@bsfllp.com
akonik@bsfllp.com

James Lee (*pro hac* admission pending)
Rossana Baeza (*pro hac* admission pending)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No.  5:20-cv-03664-SVK<br><br>**NOTICE OF APPEARANCE BY SEAN P. RODRIGUEZ** |

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that attorney Sean P. Rodriguez of Boies Schiller Flexner LLP, 44 Montgomery Street, 41st Floor, San Francisco, CA 94104, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Plaintiffs Chasom Brown, Maria Nguyen and William Byatt in the above referenced matter.

Dated:  June 02, 2020

BOIES SCHILLER FLEXNER LLP

By: */s/ Sean P. Rodriguez*
    Sean P. Rodriguez
    Attorney for Plaintiffs