# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN et al.

                Plaintiff(s),

  v.

GOOGLE LLC and ALPHABET INC.

                Defendant(s).

Case No 5:20-cv-03664-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James W. Lee, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Chasom Brown et al. in the above-entitled action. My local co-counsel in this case is Mark C. Mao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 100 SE 2nd Street, 28th Floor<br>Miami, Florida 33131 | 44 Montgomery Street, 41st Floor<br>San Francisco, California 94104 |
| My telephone # of record:<br>(305) 539-8400 | Local co-counsel's telephone # of record:<br>(415) 293-6800 |
| My email address of record:<br>jlee@bsfllp.com | Local co-counsel's email address of record:<br>mmao@bsfllp.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0067558.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 5:20-cv-03664-SVK

                                            James W. Lee
                                                APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of James W. Lee is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                 *October 2012*