# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN et al.

           Plaintiff(s),

  v.

GOOGLE LLC and ALPHABET INC.

           Defendant(s).

Case No 5:20-cv-03664-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **James W. Lee**, an active member in good standing of the bar of **Florida**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs Chasom Brown et al.** in the above-entitled action. My local co-counsel in this case is **Mark C. Mao**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| --- | --- |
| 100 SE 2nd Street, 28th Floor<br>Miami, Florida 33131 | 44 Montgomery Street, 41st Floor<br>San Francisco, California 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (305) 539-8400 | (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jlee@bsfllp.com | mmao@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **0067558**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 5:20-cv-03664-SVK

                                   James W. Lee
                                        APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **James W. Lee** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 4, 2020

                                   UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE