UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN et al.<br><br>      Plaintiff(s),<br><br> v.<br><br>GOOGLE LLC and ALPHABET INC.<br><br>      Defendant(s). | Case No 5:20-cv-03664-SVK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

 I, Rossana Baeza, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Chasom Brown et al. in the above-entitled action. My local co-counsel in this case is Mark C. Mao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 SE 2nd Street, 28th Floor<br>Miami, Florida 33131 | 44 Montgomery Street, 41st Floor<br>San Francisco, California 94104 |
| MY TELEPHONE # OF RECORD:<br>(305) 539-8400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD:<br>rbaeza@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mmao@bsfllp.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1007668.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06-04-2020                  Rossana Baeza
                                 APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Rossana Baeza is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                         *October 2012*