Mark C. Mao, CA Bar No. 236165
Sean P. Rodriguez, CA Bar No. 262437
Alexander J. Konik, CA Bar No. 299291
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
srodriguez@bsfllp.com
akonik@bsfllp.com

James Lee (*appearing pro hac vice*)
Rossana Baeza (*appearing pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No.  5:20-cv-03664-SVK<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P 7.1 AND LOCAL CIVIL RULE 3-15** |

Pursuant to Civil Local Rule 3-15, the undersigned Plaintiffs certify that as of this date, other than the named parties, there is no such interest to report.

Plaintiffs reserve the right to supplement this disclosure statement if needed.

Dated:  June 04, 2020                               BOIES SCHILLER FLEXNER LLP

By: */s/ Mark C. Mao*
    Mark C. Mao
    Attorney for Plaintiffs