# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

## RYAN MCGEE

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **April 20, 2009**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this March 9, 2020.

Clerk of the Supreme Court of Florida.



**THE SUPREME COURT OF FLORIDA**

500 SOUTH DUVAL STREET

TALLAHASSEE, FLORIDA 32399-1927

(850) 488-0125

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**RECEIPT**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Receipt Number:* R 2020-1033868

*Form of Payment:* Check

*Check Number:* 218

*Lower Tribunal Case Numbers:*

*Note:*

*Issue Date:* 03/09/2020

*Name:* Ryan McGee

Morgan & Morgan
One Tampa City Center, 7th Floor
201 North Franklin Street
Tampa, FL
33602

| Service Type | Case Number | Case Style | Amount |
|---|---|---|---|
| Certificate | | | $7.00 |
| | | Total: | $7.00 |

Page 1 of 1