Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.                    )
                                        )   Case No: 20-3664
                    Plaintiff(s),       )
                                        )   **APPLICATION FOR**
        v.                              )   **ADMISSION OF ATTORNEY**
                                        )   **PRO HAC VICE**
GOOGLE LLC and ALPHABET, INC.           )   (CIVIL LOCAL RULE 11-3)
                                        )
                    Defendant(s).       )
                                        )

I, Ryan J. McGee, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Chasom Brown, et al. in the above-entitled action. My local co-counsel in this case is Marc C. Mao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N Franklin St., 7th Floor<br>Tampa, FL 33602 | 44 Montgomery St., 41st Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(813) 223-5505 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD:<br>rmcgee@forthepeople.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mmao@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 64957.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 06/05/20                          Ryan J. McGee
                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan J. McGee is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 9, 2020

Susan van Keulen
UNITED STATES ~~DISTRICT~~/ MAGISTRATE JUDGE