**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Mark C. Mao | SBN: 236165<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street 41st Floor   San Francisco, CA 94104 | |
| TELEPHONE NO.: (415) 293-6800 | FAX NO. (415) 293-6899 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff: | |

| USDC/SAN JOSE DIVISION/NORTHERN DISTRICT OF CA |
|---|
| STREET ADDRESS: 280 S. 1ST ST. ROOM 2112 |
| CITY AND ZIP CODE: SAN JOSE, CA 95113 |
| BRANCH NAME: SAN JOSE DIVISION/NORTHERN DISTRICT |

| PLAINTIFF/PETITIONER: CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated, | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GOOGLE LLC and ALPHABET INC | 5:20-CV-03664-SVK |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>08403.0001 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served):*
   **Google, LLC,**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CSC - Lawyers Incorporating Service, Agent for Service - Kaitlyn Mannix, Workflow Coordinator**
4. Address where the party was served: **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **6/12/2020**   (2) at *(time):* **1:42 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use<br>
Judicial Council of California<br>
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>
**POS010-1/SF7199**

Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
Phone: (415) 351-0400   Fax: (415) 351-0407

Continued from Proof of Service

**CLIENT:** BOIES SCHILLER FLEXNER LLP

**CLIENT FILE #:** 08403.0001   **DATE:** June 12, 2020

**SUBJECT:** Google, LLC,

**SERVED:** Kaitlyn Mannix - Workflow Coordinator

```
Summons; Complaint; Civil Case Cover Sheet; NOTICE OF A LAWSUIT AND
REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF SUMMONS (2 copies)
- Along with a self-addressed stamped envelope; NOTICE OF ASSIGNMENT
OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; BROCHURE
(CONSENTING TO MAGISTRATE JURISDICTION IN NORTHERN DISTRICT OF CA;
ECF REGISTRATION INFORMATION; STANDING ORDER FOR ALL JUDGES OF THE
NOTHERN DISTRICT OF CALIFORNIA  CONTENTS OF JOINT CASE MANAGEMENT
STATEMENT; CIVIL AND DISCOVERY REFERRAL MATTERS STANDING ORDER
MAGISTRATE JUDGE (SVK); SETTLEMENT CONFERENCE STANDING ORDER (SVK);
CIVIL PRETRIAL STANDING ORDER (SVK);  CASE ASSIGNMENT; PROPOSED
SUMMONS; ORDER SETTING INITIAL CMC CONFERENCE AND ADR DEADLINES;
NOTICE OF APPEARANCE BY SEAN P. RODRIGUEZ; NOTICE OF APPERANCE BY
ALEXANDER J. KONIK; SUMMONS ISSUED TO GOOGLE AND ALPHABET; PHV
Application for James Lee; Cert of Good Standing for James Lee;
Order Granting PHV for James Lee; PHV Application for Rosanna Baeza;
 Cert Good Standing for Rosanna Baeza; Order Granting PHV for
Rosanna Baeza; PHV Application for William Carmody; Cert of Good
Standing for William Carmody; PHV Application for Shawn Rabin; Cert
of Good Standing for Shawn Rabin; Certificate of Interested Entities
by Chasom Brown; PHV Application for Ryan McGee; Cert of Good
Standing for Ryan McGee; PHV Application for John Yanchunis;  Cert
of Good Standing for John Yanchuni; ORDER Granting PHV for William
Carmody; ORDER Granting PHV for Shawn Rabin; ORDER Granting PHV for
Ryan McGee; ORDER Granting PHV for John Yanchunis; PHV Application
for David Boies; Cert of Good Standing for David Boies; ORDER
Granting PHV for David Boies;
```

| PETITIONER: CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated, | CASE NUMBER: |
|---|---|
| RESPONDENT: GOOGLE LLC and ALPHABET INC | 5:20-CV-03664-SVK |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on *(date):*                                   (2) from *(city):*

     (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

     (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of **Google, LLC,**
       under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☑ other: **Corporation Code 17061** |

7. **Person who served papers**
   a. Name: **Deja Monae Jefferson - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **859 Harrison Street, Suite A San Francisco, CA 94107**
   c. Telephone number: **(415) 351-0400**
   d. **The fee** for service was: **$ .00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner    ☐ employee    ☑ independent contractor.
          (ii) Registration No.: **2019-60**
          (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/12/2020**

**N** Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
(415) 351-0400
www.nationwideasap.com

_____  ▶ *(signature)*
    **Deja Monae Jefferson**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)