QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice* pending)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants Google LLC and Alphabet Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-03664-LHK<br><br>**DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL**<br><br>**JUDGE**: Hon. Lucy H. Koh |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that Viola Trebicka of Quinn Emanuel Urquhart & Sullivan, LLP

3  hereby appears as counsel of record for Defendants Google LLC and Alphabet Inc.. Copies of all

4  pleadings, papers, correspondence, and notices in this action should be directed to counsel at the

5  following address:

6      Viola Trebicka (CA Bar No. 269526)
    QUINN EMANUEL URQUHART & SULLIVAN, LLP

7      865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017

8      Telephone: (213) 443-3000

9      Facsimile: (213) 443-3100

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| DATED: July 1, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  /s/ *Viola Trebicka* <br> Viola Trebicka |
| | Andrew H. Schapiro (*pro hac vice* pending) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 |
| | Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 |
| | Diane M. Doolittle (CA Bar No. 142046) <br> dianedoolittle@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 |
| | *Attorneys for Defendants* Google LLC and Alphabet Inc. |