Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.,                             )
                                                  )   Case No: 5:20-cv-03664-L
                              Plaintiff(s),       )
                                                  )   **APPLICATION FOR**
        v.                                        )   **ADMISSION OF ATTORNEY**
                                                  )   **PRO HAC VICE**
GOOGLE LLC, et al.,                               )   (CIVIL LOCAL RULE 11-3)
                                                  )
                              Defendant(s).       )
                                                  )

I, William Burck, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Defendants Google LLC, et al., in the above-entitled action. My local co-counsel in this case is Viola Trebicka, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1300 I Street NW, Suite 900<br>Washington, D.C. 20005 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 538-8000 | (213) 443-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| williamburck@quinnemanuel.com | violatrebicka@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 979677.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 07/01/20                          William Burck                    ⊞
                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William Burck is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 2, 2020

                                    *Lucy  H.  Koh*

                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*William A Burck*

was duly qualified and admitted on March 7, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 24, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.