Mark C. Mao (236165)
Sean P. Rodriguez (262437)
Alexander J. Konik, (299291)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
srodriguez@bsfllp.com
akonik@bsfllp.com

James Lee
Rossana Baeza (*pro hac* pending)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

William Christopher Carmody*
Shawn J. Rabin*
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.:  (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
*Pro Hac Vice* pending

*See signature page for additional counsel*

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants | Case No.:  5:20-cv-03664-SVK<br><br>**NOTICE OF APPEARANCE BY AMANDA K. BONN** |

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that attorney Amanda K. Bonn of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067, a member of the State Bar of California, hereby enters an appearance as counsel on behalf of Plaintiffs Chasom Brown, Maria Nguyen and William Byatt in the above referenced matter.

Dated: July 2, 2020

AMANDA K. BONN (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

By: */s/ Amanda K. Bonn*
Amanda K. Bonn
Attorney for Plaintiffs