| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400)<br>Facsimile: (312) 705-7401<br><br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Defendants Google LLC and Alphabet Inc. | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile (415) 999 9695<br><br>William Christopher Carmody<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin<br>srabin@susmangodfrey.com<br>Steven Shepard<br>sshepard@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>Amanda Bonn (270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-03664-LHK<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A)) AND JOINT STIPULATION REQUEST FOR ORDER EXTENDING RULE 12 BRIEFING (CIVIL L.R. 6-2)**<br><br>Judge: Hon. Lucy H. Koh |

CASE NO. 5:20-cv-03664-LHK
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A)) AND JOINT
STIPULATION REQUEST FOR ORDER EXTENDING RULE 12 BRIEFING (CIVIL L.R. 6-2)

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Chasom Brown, Maria Nguyen, and William Byatt ("Plaintiffs") and Defendants Google LLC and Alphabet Inc. ("Google," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, to extend by 45 days the deadline for answering or responding to the complaint from July 6, 2020 (21 days after the date Google was served on June 12, 2020) to August 20, 2020.  The change will not alter the date of any event or any deadline already fixed by Court order.

Further, pursuant to N.D. Cal. Civ. Local. R. 6-2, by joint stipulation, the Parties, by and through their respective counsel of record, respectfully request that the Court modify the time and deadlines for briefing related to Google's forthcoming Rule 12 motion.  Due to the COVID-19 pandemic and substantial logistical challenges associated with coronavirus mitigation measures put into place throughout the United States, the Parties, after meeting and conferring, have agreed to jointly propose a modification to the briefing deadlines provided by Fed. R. Civ. P. 12(a) and Civ. Local R. 7-3 to extend Plaintiffs' deadline to file a response to any Rule 12 motion by 16 days, and to extend Google's deadline to file a Reply by 14 days. The current and modified dates are reflected in the table below:

|  | **Current Date** | **Modified Date** |
| --- | --- | --- |
| Google Deadline to Answer or Respond | July 6, 2020 | August 20, 2020 (45-day extension) |
| Plaintiffs' Deadline to Respond to any Rule 12 Motion | September 3, 2020 | September 21, 2020 (16-day extension) |
| Google Reply Deadline | September 28, 2020 | October 13, 2020 (14-day extension) |

DATED: July 2, 2020  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ *Diane M. Doolittle*
Diane M. Doolittle

Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400)
Facsimile: (312) 705-7401

Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendants*
Google LLC and Alphabet Inc.

| | | |
|---|---|---|
| 1 | DATED: July 2, 2020 | BOIES SCHILLER FLEXNER LLP |
| 2 | | |
| 3 | | By   /s/ *Mark C. Mao* |
| | | Mark C. Mao |
| 4 | | |
| 5 | | Mark C. Mao (CA Bar No. 236165) |
| | | mmao@bsfllp.com |
| 6 | | 44 Montgomery Street, 41st Floor |
| | | San Francisco, CA 94104 |
| 7 | | Telephone: (415) 293 6858 |
| | | Facsimile (415) 999 9695 |

William Christopher Carmody
bcarmody@susmangodfrey.com
Shawn J. Rabin
srabin@susmangodfrey.com
Steven Shepard
sshepard@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

*Attorneys for Plaintiffs*

**DECLARATION OF DIANE M. DOOLITTLE**

I, Diane M. Doolittle, hereby declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP. I am an attorney of record for the Defendants Google LLC and Alphabet Inc. ("Google") in this matter. I submit this declaration in support of the foregoing joint stipulation request, pursuant to N.D. Cal. Civ. Local. R. 6-2.

2. Due to the COVID-19 pandemic and various substantial logistical challenges associated with coronavirus mitigation measures put into place throughout the United States, the parties, after meeting and conferring, have agreed to stipulate to an extension of time for answering or responding to the complaint and for briefing related to Google's forthcoming motion to dismiss, such that Google's deadline for filing an answer or Rule 12 motion would be August 20, 2020; Plaintiffs' deadline for responding to any Rule 12 motion would be September 21, 2020; and Google's deadline for filing a reply to such response would be October 13, 2020.

3. To my knowledge, there has been no previous time modification in the case by stipulation or Court order and the requested time modifications would not affect other aspects of the schedule for this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2020 in Redwood Shores, CA.

> QUINN EMANUEL URQUHART & SULLIVAN, LLP
>
> By   /s/ *Diane M. Doolittle*
>      Diane M. Doolittle
>
> *Attorneys for Defendants*
> Google LLC and Alphabet Inc.

-4-   CASE NO. 5:20-cv-03664-LHK
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A)) AND JOINT STIPULATION REQUEST FOR ORDER EXTENDING RULE 12 BRIEFING (CIVIL L.R. 6-2)

**SIGNATURE ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the joint stipulation and authorization to file the joint stipulation has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: July 2, 2020          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/ *Diane M. Doolittle*
     Diane M. Doolittle

*Attorneys for Defendants*
Google LLC and Alphabet Inc.