| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400)<br>Facsimile: (312) 705-7401<br><br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Defendants Google LLC and Alphabet Inc. | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile (415) 999 9695<br><br>William Christopher Carmody<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin<br>srabin@susmangodfrey.com<br>Steven Shepard<br>sshepard@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>Amanda Bonn (270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-03664-LHK<br><br>**[PROPOSED] ORDER CONTINUING DEADLINES FOR ANSWERING OR RESPONDING TO COMPLAINT AND FOR RELATED BRIEFING**<br><br>Judge: Hon. Lucy H. Koh |

1  Before the Court is the parties' joint stipulation and agreement to extend the deadline for
2  answering or responding to the complaint, and joint stipulation request to continue the deadlines for
3  briefing related to Google's forthcoming Rule 12 motion.  Having considered the parties'
4  stipulation, the Court finds that it should be granted.  Accordingly, Google's deadline for filing an
5  answer or Rule 12 motion is August 20, 2020; Plaintiffs' deadline for responding to any Rule 12
6  motion is September 21, 2020; and Google's deadline for filing a reply to such response is October
7  13, 2020.

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13  Date                                      HONORABLE LUCY H. KOH
                                              UNITED STATES DISTRICT JUDGE