| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400)<br>Facsimile: (312) 705-7401<br><br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Defendants Google LLC and Alphabet Inc. | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile (415) 999 9695<br><br>William Christopher Carmody<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin<br>srabin@susmangodfrey.com<br>Steven Shepard<br>sshepard@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>Amanda Bonn (270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-03664-LHK<br><br>[~~PROPOSED~~] ORDER CONTINUING DEADLINES FOR ANSWERING OR RESPONDING TO COMPLAINT AND FOR RELATED BRIEFING<br><br>Judge: Hon. Lucy H. Koh |

Before the Court is the parties' joint stipulation and agreement to extend the deadline for answering or responding to the complaint, and joint stipulation request to continue the deadlines for briefing related to Google's forthcoming Rule 12 motion. Having considered the parties' stipulation, the Court finds that it should be granted. Accordingly, Google's deadline for filing an answer or Rule 12 motion is August 20, 2020; Plaintiffs' deadline for responding to any Rule 12 motion is September 21, 2020; and Google's deadline for filing a reply to such response is October 13, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

July 2, 2020

Date

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE