QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (appearance *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

William Burck (appearance *pro hac vice*)
williamburck@quinnemanuel.com
Josef Ansorge (appearance *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Thao Thai (CA Bar No. 324672)
thaothai@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants Google LLC and Alphabet Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-03664-LHK<br><br>**DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL**<br><br>**JUDGE**: Hon. Lucy H. Koh |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jonathan Tse of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendants Google LLC and Alphabet Inc. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Jonathan Tse (CA Bar No. 305468)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> Telephone: (415) 875-6600
> Facsimile: (415) 875-6700

| | | |
|---|---|---|
| 1 | DATED: July 16, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  /s/ *Jonathan Tse*
      Jonathan Tse

Andrew H. Schapiro (appearance *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

William Burck (appearance *pro hac vice*)
williamburck@quinnemanuel.com
Josef Ansorge (appearance *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Thao Thai (CA Bar No. 324672)
thaothai@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (415) 875-6700

*Attorneys for Defendants* Google LLC and Alphabet Inc.