1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Andrew H. Schapiro (appearance *pro hac vice*)                                    Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com

3  andrewschapiro@quinnemanuel.com                                     Thao Thai (CA Bar No. 324672)
   191 N. Wacker Drive, Suite 2700                                     thaothai@quinnemanuel.com

4  Chicago, IL 60606                                                   555 Twin Dolphin Drive, 5th Floor
   Telephone: (312) 705-7400                                           Redwood Shores, CA 94065

5  Facsimile: (312) 705-7401                                          Telephone: (650) 801-5000
                                                                       Facsimile: (650) 801-5100

6  William Burck (appearance *pro hac vice*)

7  williamburck@quinnemanuel.com                                       Jonathan Tse (CA Bar No. 305468)
   Josef Ansorge (appearance *pro hac vice*)                          jonathantse@quinnemanuel.com

8  josefansorge@quinnemanuel.com                                       50 California Street, 22nd Floor
   1300 I Street NW, Suite 900                                         San Francisco, CA 94111

9  Washington D.C., 20005                                              Telephone: (415) 875-6600
   Telephone: (202) 538-8000                                           Facsimile: (415) 875-6700

10 Facsimile: (202) 538-8100

11

12 Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com

13 Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com

14 865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017

15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

16

17 Attorneys for Defendants Google LLC and Alphabet Inc.

18

19                         UNITED STATES DISTRICT COURT

20                      NORTHERN DISTRICT OF CALIFORNIA

21                               SAN JOSE DIVISION

22

23 CHASOM BROWN, MARIA NGUYEN,
   and WILLIAM BYATT, individually and           Case No. 5:20-cv-03664-LHK
24 on behalf of all similarly situated,

25        Plaintiffs,                             **DEFENDANTS' NOTICE OF
                                                  APPEARANCE OF COUNSEL**
26           v.

27 GOOGLE LLC and ALPHABET INC.,                  **JUDGE**: Hon. Lucy H. Koh

28        Defendants.

---

1   **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2        **PLEASE TAKE NOTICE** that Thao Thai of Quinn Emanuel Urquhart & Sullivan, LLP

3   hereby appears as counsel of record for Defendants Google LLC and Alphabet Inc.  Copies of all

4   pleadings, papers, correspondence, and notices in this action should be directed to counsel at the

5   following address:

6        Thao Thai (CA Bar No. 324672)
         QUINN EMANUEL URQUHART & SULLIVAN, LLP
7        555 Twin Dolphin Drive, 5th Floor
         Redwood Shores, CA 94065
8        Telephone: (650) 801-5000
         Facsimile: (650) 801-5100
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 5:20-CV-03664-LHK
                                          DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

1    DATED: July 16, 2020                          QUINN EMANUEL URQUHART &
                                                   SULLIVAN, LLP
2

3

4                                          By    /s/ *Thao Thai*
                                                   Thao Thai
5

6                                                Andrew H. Schapiro (appearance *pro hac vice*)
                                                 andrewschapiro@quinnemanuel.com
7                                                191 N. Wacker Drive, Suite 2700
                                                 Chicago, IL 60606
8                                                Telephone: (312) 705-7400
                                                 Facsimile: (312) 705-7401
9

10                                               William Burck (appearance *pro hac vice*)
                                                 williamburck@quinnemanuel.com
11                                               Josef Ansorge (appearance *pro hac vice*)
                                                 josefansorge@quinnemanuel.com
12                                               1300 I Street NW, Suite 900
                                                 Washington D.C., 20005
13                                               Telephone: (202) 538-8000
                                                 Facsimile: (202) 538-8100
14

15                                               Viola Trebicka (CA Bar No. 269526)
                                                 violatrebicka@quinnemanuel.com
16                                               Stephen A. Broome (CA Bar No. 314605)
                                                 stephenbroome@quinnemanuel.com
17                                               865 S. Figueroa Street, 10th Floor
                                                 Los Angeles, CA 90017
18                                               Telephone: (213) 443-3000
                                                 Facsimile: (213) 443-3100
19

20                                               Diane M. Doolittle (CA Bar No. 142046)
                                                 dianedoolittle@quinnemanuel.com
21                                               Thao Thai (CA Bar No. 324672)
                                                 thaothai@quinnemanuel.com
22                                               555 Twin Dolphin Drive, 5th Floor
                                                 Redwood Shores, CA 94065
23                                               Telephone: (650) 801-5000
                                                 Facsimile: (650) 801-5100
24

25                                               Jonathan Tse (CA Bar No. 305468)
                                                 jonathantse@quinnemanuel.com
26                                               50 California Street, 22nd Floor
                                                 San Francisco, CA 94111
27                                               Telephone: (415) 875-6600
28

                                                       -3-              CASE NO. 5:20-CV-03664-LHK

1

Facsimile: (415) 875-6700

2

*Attorneys for Defendants* Google LLC and
Alphabet Inc.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 5:20-CV-03664-LHK
DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL