United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PATRICK CALHOUN, et al.,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-05146-BLF

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Lucy H. Koh to determine whether it is related *Brown et al v. Google LLC et al*, No. 20-cv-03664-LHK.

**IT IS SO ORDERED.**

Dated: August 4, 2020

BETH LABSON FREEMAN
United States District Judge