QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Thao Thai (CA Bar No. 324672) | 191 N. Wacker Drive, Suite 2700 |
| thaothai@quinnemanuel.com | Chicago, IL 60606 |
| 555 Twin Dolphin Drive, 5th Floor | Telephone: (312) 705-7400 |
| Redwood Shores, CA 94065 | Facsimile: (312) 705-7401 |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | |
| | |
| Stephen A. Broome (CA Bar No. 314605) | William A. Burck (admitted *pro hac vice*) |
| sb@quinnemanuel.com | williamburck@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Josef Ansorge (admitted *pro hac vice*) |
| violatrebicka@quinnemanuel.com | josefansorge@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I. Street, N.W., Suite 900 |
| Los Angeles, CA 90017 | Washington, D.C. 20005 |
| Telephone: (213) 443-3000 | Telephone: 202-538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: 202-538-8100 |

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>   Defendants. | Case No. 5:20-cv-03664-LHK<br><br>**DEFENDANT GOOGLE LLC'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the
2 following:
3   Google LLC is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly owned
4 subsidiary of Alphabet Inc., a publicly traded company; no publicly traded Company holds more
5 than 10% of Alphabet Inc.'s stock.
6   Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons,
7 associations of persons, firms, partnerships, corporations (including parent corporations) or other
8 entities (i) have a financial interest in the subject matter in controversy or in a party to the
9 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
10 substantially affected by the outcome of this proceeding:
11   1. Google LLC
12   2. XXVI Holdings Inc., Holding Company of Google LLC
13   3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

15 DATED: August 20, 2020          QUINN EMANUEL URQUHART & SULLIVAN, LLP

16                                 By */s/ Andrew H. Schapiro*

17                                    Diane M. Doolittle (CA Bar No. 142046)
                                      dianedoolittle@quinnemanuel.com
18                                    Thao Thai (CA Bar No. 324672)
19                                    thaothai@quinnemanuel.com
                                      555 Twin Dolphin Drive, 5th Floor
20                                    Redwood Shores, CA 94065
                                      Telephone: (650) 801-5000
21                                    Facsimile: (650) 801-5100

22                                    Stephen A. Broome (CA Bar No. 314605)
23                                    sb@quinnemanuel.com
                                      Viola Trebicka (CA Bar No. 269526)
24                                    violatrebicka@quinnemanuel.com
25                                    865 S. Figueroa Street, 10th Floor
                                      Los Angeles, CA 90017
26                                    Telephone: (213) 443-3000
                                      Facsimile: (213) 443-3100
27
28

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

William A. Burck (admitted pro hac vice)
williamburck@quinnemanuel.com
Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

*Attorneys for Defendant Google LLC*