# EXHIBIT 1



## You've gone incognito

Now you can browse privately, and other people who use this device won't see your activity. However, downloads and bookmarks will be saved. Learn more

Chrome won't save the following information:
- Your browsing history
- Cookies and site data
- Information entered in forms

Your activity might still be visible to:
- Websites you visit
- Your employer or school
- Your internet service provider

**Block third-party cookies**
When on, sites can't use cookies that track you across the web. Features on some sites may break.