# EXHIBIT 2

Case 4:20-cv-03664-YGR   Document 54-2   Filed 08/20/20   Page 2 of 2

10:26

  Search or type URL



# You've gone incognito

Now you can browse privately, and other people who use this device won't see your activity. However, downloads and bookmarks will be saved.

Learn more

Chrome **won't save** the following information:

- Your browsing history
- Cookies and site data
- Information entered in forms

Your activity **might still be visible** to:

- Websites you visit
- Your employer or school
- Your internet service provider

   1