# EXHIBIT 20

# Browse in private

If you don't want Google Chrome to remember your activity, you can browse the web privately in Incognito mode.

**Computer**    Android    iPhone & iPad

1. On your computer, open Chrome.
2. At the top right, click More ⋮ > **New Incognito Window**.
3. A new window appears. In the top corner, check for the Incognito icon 🕵.

You can also use a keyboard shortcut to open an Incognito window:

- Windows, Linux, or Chrome OS: Press **Ctrl + Shift + n**.
- Mac: Press ⌘ **+ Shift + n**.

You can switch between Incognito windows and regular Chrome windows. You'll only browse in private when you're using an Incognito window.

You can also choose to block third-party cookies when you open a new incognito window. *Learn more about cookies*.

## Close Incognito mode to stop private browsing

Incognito mode runs in a separate window from your normal Chrome windows.

If you have an Incognito window open and you open another one, your private browsing session will continue in the new window. To exit Incognito mode, close all Incognito windows.

If you see a number next to the Incognito icon at the top right, you have more than one Incognito window open. To close an Incognito window:

1. On your computer, go to your Incognito window.
2. Close the window:
   - **Windows or Chrome OS:** At the top right, click Close ✕.
   - **Mac:** At the top left, click Close ✕.

## What happens when you browse privately

- Chrome won't save your browsing history, cookies and site data, or information entered in forms.
- Files you download and bookmarks you create will be kept.
- Your activity isn't hidden from websites you visit, your employer or school, or your internet service provider.

Learn more about *how private browsing works*.

## Related articles

- *How private browsing works*
- *Let others browse Chrome as a guest*
- *Clear Chrome browsing data*

💬 Give feedback about this article

Was this helpful?   Yes   No