# EXHIBIT 23

# Measurement Protocol, SDK, and User ID Feature Policy

The following policies apply to all applications using the Google Analytics Measurement Protocol, SDKs, and/or User ID feature:

- You must have the full rights to use this service, including the necessary authorizations from both the rights holder(s) of the data you transmit using the platform and the rights holder(s) of the respective Google Analytics account(s).

- You must give your end users proper notice about the implementations and features of Google Analytics that you use, including notice about what data you will collect via Google Analytics, and whether this data can be connected to other data you have about the end user. You must obtain consent from your end users, or otherwise provide them with the opportunity to opt-out from the implementations and features you use.

- If you use an SDK to implement any Google Analytics Advertising Features, such as Audience Reporting or Remarketing, you must comply with the Policy for Google Analytics Advertising Features (//support.google.com/analytics/answer/2700409), in addition to the Google Play Developer Program Policies (//play.google.com/about/developer-content-policy.html), and any other applicable policy.

- You must not upload any data that allows Google to personally identify an individual (such as certain names, Social Security Numbers, email addresses, or any similar data), or data that permanently identifies a particular device (such as a unique device identifier if such an identifier cannot be reset).

- You must not session stitch authenticated and unauthenticated sessions of your end users unless your end users have consented to such activity, and such merger is allowed under applicable laws and regulations.

Violations of this policy may result in termination of your Google Analytics account(s) and loss of your Google Analytics data.

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License (https://creativecommons.org/licenses/by/4.0/), and code samples are licensed under the Apache 2.0 License (https://www.apache.org/licenses/LICENSE-2.0). For details, see the Google Developers Site Policies (https://developers.google.com/site-policies). Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2018-10-15 UTC.