1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Diane M. Doolittle (CA Bar No. 142046)  Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com  andrewschapiro@quinnemanuel.com
3  Thao Thai (CA Bar No. 324672)  191 N. Wacker Drive, Suite 2700
   thaothai@quinnemanuel.com  Chicago, IL 60606
4  555 Twin Dolphin Drive, 5th Floor  Telephone: (312) 705-7400
   Redwood Shores, CA 94065  Facsimile: (312) 705-7401
5  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
6

7  Stephen A. Broome (CA Bar No. 314605)  William A. Burck (admitted *pro hac vice*)
   sb@quinnemanuel.com  williamburck@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)  Josef Ansorge (admitted *pro hac vice*)
   violatrebicka@quinnemanuel.com  josefansorge@quinnemanuel.com
9  865 S. Figueroa Street, 10th Floor  1300 I. Street, N.W., Suite 900
   Los Angeles, CA 90017  Washington, D.C. 20005
10 Telephone: (213) 443-3000  Telephone: 202-538-8000
   Facsimile: (213) 443-3100  Facsimile: 202-538-8100
11

12 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
13 50 California Street, 22nd Floor
   San Francisco, CA 94111
14 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
15

16 Attorneys for Defendant Google LLC

17

18                    UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all similarly situated, | Case No. 5:20-cv-03664-LHK |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY** |
| v. | |
| GOOGLE LLC and ALPHABET INC., | Judge:   Honorable Lucy H. Koh |
| Defendants. | |

Case No. 5:20-cv-03664-LHK
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") Motion to Stay Discovery Pending Ruling on Google's Motion to Dismiss Plaintiffs' Complaint ("Motion to Stay"). Having considered the parties' papers filed in support of and in opposition to the motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion to Stay.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Memorandum of Points and Authorities in Support of Google's Motion to Stay, the Motion to Stay is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is stayed pending the Court's ruling on Google's Motion to Dismiss Plaintiffs' Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2020          _____

  Hon. Lucy H. Koh
  United States District Judge