1  Mark C. Mao, CA Bar No. 236165
   Sean P. Rodriguez, CA Bar No. 262437
2  Alexander J. Kolnik, CA Bar No. 299291
   **BOIES SCHILLER FLEXNER LLP**
3  44 Montgomery St., 41st Floor
   San Francisco, CA 94104
4  Tel.: (415) 293-6800
   Fax: (415) 293-6899
5  mmao@bsfllp.com
   srodriguez@bsfllp.com
6  akonik@bsfllp.com

7  James Lee (admitted *pro hac vice*)
   Rossana Baeza (admitted *pro hac vice*)
8  **BOIES SCHILLER FLEXNER LLP**
   100 SE 2nd St., 28th Floor
9  Miami, FL 33131
   Tel.: (305) 539-8400
10 Fax: (303) 539-1307
   jlee@bsfflp.com
11 rbaeza@bsfllp.com

12 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-03664-LHK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT ALPHABET, INC. WITHOUT PREJUDICE; [PROPOSED] ORDER**<br><br>Judge:   Honorable Lucy H. Koh |

This stipulation is entered into between Plaintiffs and Alphabet Inc. ("Alphabet"), collectively referred to as the "Parties."

WHEREAS, Plaintiffs filed their Class Action Complaint on June 2, 2020, against Google LLC ("Google") and Alphabet, alleging violations of federal and state privacy laws;

WHEREAS, Alphabet represents that it is a holding company only and does not provide to putative class members any of the Google products or services identified in the Complaint; and

WHEREAS, Plaintiffs and Alphabet have entered into a separate agreement to toll the running of any statute of limitations, laches, and/or any statute of repose.

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs hereby dismiss all claims, *without* prejudice, against defendant Alphabet. Pursuant to agreement, the parties agree to bear their own fees and costs.

DATED: August 19, 2020        BOIES SCHILLER FLEXNER LLP

By      */s/ Mark C. Mao*
        Mark C. Mao
        *Counsel on behalf of Plaintiffs*

DATED: August 19, 2020        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By      */s/ Andrew H. Schapiro*
        Andrew H. Schapiro
        *Counsel on behalf of Alphabet*

**CIVIL LOCAL RULE 5-1(i)(3)**

*Pursuant to Civil Local Rule 5-1(i)(3), the filer, Marc C. Mao, attests that concurrence in the filing of this document has been obtained from each of the signatories hereto.*

By      */s/ Mark C. Mao*
        Mark C. Mao
        *Counsel on behalf of Plaintiffs*

1        **[PROPOSED] ORDER**

2        Pursuant to stipulation, and for good cause shown, the Court hereby **ORDERS:**

3        1.      All claims in *Brown, et. al* v. *Google LLP*, No. 5:20-cv-03664-LHK (N.D. Cal.)

4   against named defendant Alphabet Inc. are hereby dismissed without prejudice.

5        2.      Plaintiffs and defendant Alphabet Inc. shall each bear their own fees and costs related

6   hereto.

7        **IT IS SO ORDERED.**

8   DATED: August 24, 2020                    _____

9                                              Hon. Lucy H. Koh
                                               United States District Judge

-2-   Case No. 5:20-cv-03664-LHK
STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT ALPHABET INC.
WITHOUT PREJUDICE; [PROPOSED] ORDER