UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-03664-LHK <br><br> **CASE MANAGEMENT ORDER** |

On September 2, 2020, the parties filed a joint case management statement in connection with their September 9, 2020 Initial Case Management Conference. ECF No. 59 ("JCMS"). In the JCMS, the parties dispute whether bifurcation of discovery is appropriate in the instant case. *Id.* at 12. The Court notes that it does not bifurcate discovery.

Furthermore, the Court hereby adopts the following case schedule, and continues the case management conference to January 13, 2021, at 2:00 p.m.

| Scheduled Event | Date |
|---|---|
| Deadline to File Stipulations re: Protective Order and ESI Protocol | October 2, 2020 |
| Deadline to Brief Motion to Dismiss | **Opp'n:** September 21, 2020 <br> **Reply:** October 13, 2020 |
| Hearing on Motion to Dismiss | December 3, 2020, at 1:30 p.m. |
| Further Case Management Conference | January 13, 2021, at 2:00 p.m. |

1

Case No. 20-CV-03664-LHK
CASE MANAGEMENT ORDER

| Close of Fact Discovery | August 2, 2021 |
|---|---|
| Opening Expert Reports | August 23, 2021 |
| Rebuttal Expert Reports | September 13, 2021 |
| Close of Expert Discovery | September 27, 2021 |
| Last Day to File Motion for Class Certification | **Motion:** October 4, 2021<br>**Opp'n:** November 15, 2021<br>**Reply:** December 20, 2021 |
| Class Certification Hearing | January 20, 2022, at 1:30 p.m. |

**IT IS SO ORDERED**

Dated: September 3, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 20-CV-03664-LHK
CASE MANAGEMENT ORDER