1  BOIES SCHILLER FLEXNER LLP
   Mark C. Mao (CA Bar No. 236165)
2  mmao@bsfllp.com
   44 Montgomery Street, 41st Floor
3  San Francisco, CA 94104
   Telephone: (415) 293 6858
4  Facsimile: (415) 999 9695

5  SUSMAN GODFREY L.L.P.
   William Christopher Carmody (*pro hac vice*)
6  bcarmody@susmangodfrey.com
   Shawn J. Rabin (*pro hac vice*)
7  srabin@susmangodfrey.com
   1301 Avenue of the Americas, 32nd Floor
8  New York, NY  10019
   Telephone: (212) 336-8330
9
   MORGAN & MORGAN
10 John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
11 Ryan J. McGee (*pro hac vice*)
   rmcgee@forthepeople.com
12 201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
13 Telephone: (813) 223-5505

14 *Attorneys for Plaintiffs*

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 CHASOM BROWN, MARIA NGUYEN, and        Case No.:  5:20-cv-03664-LHK
   WILLIAM BYATT, individually and on
19 behalf of all other similarly situated,   **PLAINTIFFS' UNOPPOSED MOTION FOR
                                              LEAVE TO PROPOSE REVISED MOTION
20              Plaintiffs,                    TO DISMISS BRIEFING SCHEDULE**

21    v.                                     The Honorable Lucy H. Koh
                                             Courtroom 8 – 4th Floor
22 GOOGLE LLC and ALPHABET INC.,

23              Defendants.

24

25

26

27

28

---

PLAINTIFFS' UNOPPOSED MOTION FOR             Case No.:  5:20-cv-03664-LHK
LEAVE TO PROPOSE REVISED SCHEDULE

1    On August 20, 2020, Defendant Google LLC ("Google") filed a Motion to Dismiss

2 Plaintiff's Complaint.  Dkt. 53.  Plaintiffs thereafter indicated to Google that they intended to

3 amend the Complaint to add class representatives, additional factual allegations, and additional

4 claims.  Plaintiffs believe amending the Complaint will narrow the issues raised by Google's

5 pending Motion to Dismiss.  Google consented to Plaintiffs' amendment, and the parties agreed

6 Plaintiffs should file the Amended Complaint by September 21, 2020.

7    Pursuant to Rule 15(a)(2), "a party may amend its pleading only with the opposing parties

8 written consent or the court's leave."  On September 2, 2020, Plaintiffs received Google's written

9 consent to amend their Complaint by September 21, 2020.  The same day, the parties filed their

10 Joint Case Management Statement, which indicated Plaintiffs' intention to amend their Complaint.

11 Dkt. 59.

12    Unfortunately, Plaintiffs' proposed schedule in the Joint Case Management Statement

13 mistakenly included a proposed briefing schedule for Google's pending Motion to Dismiss, which

14 the Court understandably adopted in its Case Management Order.  Dkt. 61.  The Joint Case

15 Management Statement failed to make clear that the briefing schedule will be mooted because

16 Plaintiffs will file their Amended Complaint, by September 21, 2020.

17    Given that the parties will require a revised briefing schedule that accounts for Google's

18 anticipated Motion to Dismiss Plaintiff's Amended Complaint, Plaintiffs respectfully seek leave

19 from the Court to confer with Google and propose a revised briefing schedule for the Court's

20 consideration.

21

22 Dated: September 4, 2020             **BOIES SCHILLER FLEXNER LLP**

23

24                                     */s/ Mark C. Mao*
                                       Mark C. Mao
25                                     *Attorney for Plaintiffs*

26

27

28

2