1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No.: 5:20-cv-03664-LHK<br><br>**PROPOSED ORDER**<br><br>The Honorable Lucy H. Koh<br>Courtroom 8 – 4th Floor |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Leave to Propose Revised Motion to Dismiss Briefing Schedule (the "Motion"). Having considered Plaintiffs' papers filed in support of the Motion, the Court finds there is good cause to Grant the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, Plaintiffs' Unopposed Motion for Leave to Propose Revised Motion to Dismiss Briefing Schedule is **GRANTED.**

_____          _____
The Honorable Lucy H. Koh                                    DATE