Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Brown et al | ) | Case No: 5:20-cv-03664-LHK |
|---|---|---|
| Plaintiff(s), | ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | ) | (CIVIL LOCAL RULE 11-3) |
| Google LLC et al | ) | |
| Defendant(s). | ) | |

I, Steven M. Shepard, an active member in good standing of the bar of Appellate Division, First Judicial Department, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Chasom Brown, William Byatt and Maria Nguyen in the above-entitled action. My local co-counsel in this case is Amanda Bonn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Susman Godfrey L.L.P. 1301 Avenue of the Americas 32nd Floor New York, New York 10019 | Susman Godfrey L.L.P 1900 Avenue of the Stars Suite 1400 Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: (212) 729-2010 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 789-3131 |
| MY EMAIL ADDRESS OF RECORD: sshepard@susmangodfrey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: abonn@SusmanGodfrey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5291232.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 14, 2020

APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 16, 2020

*Lucy H. Koh*
UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                   *October 2012*

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT STEVEN MOFFAT SHEPARD IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. *MR. SHEPARD* WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 16, 2008, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued September 8, 2020*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that   Steven Moffat Shepard   was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the  3rd  day of   December 2014, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 08, 2020.

*Aprilanne Agostino*

Clerk of the Court