Mark C. Mao, CA Bar No. 236165
Sean P. Rodriguez, CA Bar No. 262437
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
srodriguez@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No.  5:20-cv-03664-LHK<br><br>**NOTICE OF APPEARANCE BY BEKO REBLITZ-RICHARDSON** |

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that attorney Beko Reblitz-Richardson Schiller Flexner LLP, 44

Montgomery Street, 41st Floor, San Francisco, CA 94104, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Plaintiffs Chasom Brown, Maria Nguyen and William Byatt in the above referenced matter.

Dated:   September 21, 2020            BOIES SCHILLER FLEXNER LLP

By: */s/ Beko Reblitz-Richardson*
Beko Reblitz-Richardson
Attorney for Plaintiffs