| | |
|---|---|
| 1    Mark C. Mao, CA Bar No. 236165<br>Sean P. Rodriguez, CA Bar No. 262437<br>2    Alexander J. Kolnik, CA Bar No. 299291<br>**BOIES SCHILLER FLEXNER LLP**<br>3    44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>4    Tel.: (415) 293-6800<br>Fax: (415) 293-6899<br>5    mmao@bsfllp.com<br>srodriguez@bsfllp.com<br>6    akonik@bsfllp.com | **QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |

(Lines 1–11)

Mark C. Mao, CA Bar No. 236165
Sean P. Rodriguez, CA Bar No. 262437
Alexander J. Kolnik, CA Bar No. 299291
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
srodriguez@bsfllp.com
akonik@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTING [PROPOSED] STIPULATED PROTECTIVE ORDER AND [PROPOSED] STIPULATED ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION**<br><br>Judge:    Honorable Lucy H. Koh |

1    Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs
2    Chasom Brown, Maria Nguyen, William Byatt, Jeremy Davis, and Christopher Castillo
3    (collectively, "Plaintiffs") and Google LLC ("Google"), collectively referred to as the "Parties."

4    WHEREAS, on September 3, 2020, the Court entered an order (Dkt. No. 61) requiring that
5    the Parties file their "Stipulations re: Protective Order and ESI Protocol" by October 2, 2020;

6    WHEREAS, Google started the meet and confer process on September 1, 2020 by sending
7    its proposed drafts of the [Proposed] Stipulated Protective Order ("Protective Order") and
8    [Proposed] Stipulated Order Governing Discovery of Electronically Stored Information ("ESI
9    Order") (*see* Declaration of Viola Trebicka, ¶ 3);

10   WHEREAS, the Parties are meeting and conferring in good faith regarding the Protective
11   Order and ESI Order (*see id.*, ¶ 4);

12   WHEREAS, the Parties have several outstanding disputes that they continue to discuss to
13   find mutually-agreeable compromises (*see id.*, ¶ 4);

14   WHEREAS, the Parties agree that an extension of time to file these stipulated orders will
15   enable the Parties to either eliminate or substantially narrow their disputes (*see id.*, ¶ 5);

17   NOW THEREFORE, the Parties stipulate to extend the deadline by which the Parties shall
18   submit a jointly agreed Protective Order and ESI Order to October 12, 2020.

20   DATED: October 1, 2020                BOIES SCHILLER FLEXNER LLP

22                                         By    */s/ Mark C. Mao*
                                               Mark C. Mao
23                                             *Counsel on behalf of Plaintiffs*

24   DATED: October 1, 2020                QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
25

26                                         By    */s/ Andrew H. Schapiro*
                                               Andrew H. Schapiro
27                                             *Counsel on behalf of Google*

-1-                                        Case No. 5:20-cv-03664-LHK
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
SUBMITTING PROTECTIVE ORDER AND ESI ORDER

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Extending Time For Submitting [Proposed] Stipulated Protective Order And [Proposed] Stipulated Order Governing Discovery Of Electronically Stored Information. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: October 1, 2020        By  */s/ Andrew H. Schapiro*
                                                      Andrew H. Schapiro
                                                      *Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS:**

The deadline for the Parties to file their proposed Protective Order and ESI Order shall be extended to October 12, 2020.

**IT IS SO ORDERED.**

DATED: _____, 2020    _____

                                                Hon. Lucy H. Koh
                                                United States District Judge