1  Mark C. Mao, CA Bar No. 236165
   Sean P. Rodriguez, CA Bar No. 262437
2  Alexander J. Kolnik, CA Bar No. 299291
   **BOIES SCHILLER FLEXNER LLP**
3  44 Montgomery St., 41st Floor
   San Francisco, CA 94104
4  Tel.: (415) 293-6800
   Fax: (415) 293-6899
5  mmao@bsfllp.com
   srodriguez@bsfllp.com
6  akonik@bsfllp.com

7  James Lee (admitted *pro hac vice*)
   Rossana Baeza (admitted *pro hac vice*)
8  **BOIES SCHILLER FLEXNER LLP**
   100 SE 2nd St., 28th Floor
9  Miami, FL 33131
   Tel.: (305) 539-8400
10 Fax: (303) 539-1307
   jlee@bsfflp.com
11 rbaeza@bsfllp.com

12 *Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant*

13

14                     UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16 CHASOM BROWN, MARIA NGUYEN,
   WILLIAM BYATT, JEREMY DAVIS, and
17 CHRISTOPHER CASTILLO, individually
   and on behalf of all similarly situated,
18
        Plaintiffs,
19
        v.
20
   GOOGLE LLC,
21
        Defendant.
22

Case No. 5:20-cv-03664-LHK

**DECLARATION OF VIOLA TREBICKA
IN SUPPORT OF JOINT STIPULATION
AND [PROPOSED] ORDER EXTENDING
TIME FOR SUBMITTING [PROPOSED]
STIPULATED PROTECTIVE ORDER
AND [PROPOSED] STIPULATED
ORDER GOVERNING DISCOVERY OF
ELECTRONICALLY STORED
INFORMATION**

Judge:    Honorable Lucy H. Koh

23

24

25

26

27

28

1    I, Viola Trebicka, declare as follows:

2    1.    I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel

3    of record for Defendant Google LLC ("Google") in the above-captioned matter.  I am a member in

4    good standing of the state bar of California and admitted to practice in this Court.  I make this

5    declaration based on personal knowledge and, if called upon to do so, could testify competently

6    thereto.

7    2.    I submit this declaration in support of the Joint Stipulation And [Proposed] Order

8    Extending Time For Submitting [Proposed] Stipulated Protective Order And [Proposed] Stipulated

9    Order Governing Discovery Of Electronically Stored Information.

10    3.    Google started the meet and confer process on September 1, 2020 by sending to

11    counsel for Plaintiffs its proposed drafts of the [Proposed] Stipulated Protective Order ("Protective

12    Order") and [Proposed] Stipulated Order Governing Discovery of Electronically Stored Information

13    ("ESI Order").

14    4.    Since that date, counsel for both parties have met and conferred in good faith on both

15    the Protective Order and the ESI Order and have attempted to find compromises on disputed items.

16    5.    The parties believe that we are close to resolving all or most issues, and that an extra 10

17    days will allow us to resolve or at least narrow any outstanding disagreement.

18    6.    There have been no previous requests to extend this deadline.

19    7.    This extension will not affect any other case deadlines.

20    I declare under penalty of perjury of the laws of the United States that the foregoing is true and

21    correct.  Executed in Los Angeles, California on October 1, 2020.

22

23                    */s/ Viola Trebicka*
                         Viola Trebicka
24

25

26

27

28

-1-                                    Case No. 5:20-cv-05146-LHK

TREBICKA DECL. ISO JOINT STIPULATION EXTENDING TIME FOR
SUBMITTING PROTECTIVE ORDER AND ESI ORDER