| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Sean P. Rodriguez, CA Bar No. 262437<br>Alexander J. Kolnik, CA Bar No. 299291<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>Fax: (415) 293-6899<br>mmao@bsfllp.com<br>srodriguez@bsfllp.com<br>akonik@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>Fax: (303) 539-1307<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>*Counsel for Plaintiffs* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br><br><br><br><br><br><br>*Counsel for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON GOOGLE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge: Honorable Lucy H. Koh |

This stipulation is entered into between Plaintiffs Chasom Brown, Maria Nguyen, William Byatt, Jeremy Davis, and Christopher Castillo (collectively, "Plaintiffs") and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, Plaintiffs filed their Class Action Complaint on June 2, 2020 against Google LLC ("Google");

WHEREAS, Google filed its Motion to Dismiss Complaint on August 2, 2020;

WHEREAS, Plaintiffs filed their Unopposed Motion for Leave to Propose Revised Motion to Dismiss Briefing Schedule (Dkt. No. 62) informing the Court that Google consented to Plaintiffs' filing of its First Amended Complaint by September 21, 2020;

WHEREAS, the Court granted Plaintiffs' Unopposed Motion for Leave to Propose Revised Motion to Dismiss Briefing Schedule and ordered the Parties to confer and "propose a revised briefing schedule for the Court's consideration" (Dkt. Nos. 62, 63);

WHEREAS, Plaintiffs filed their First Amended Class Action Complaint on September 21, 2020;

WHEREAS, the Parties met and conferred pursuant to the Court's Order (Dkt. No. 63) on September 30, 2020;

WHEREAS, pursuant to the Court's Scheduling Notes, Google will email the Court for a hearing date on the stipulated date on which Google's Motion to Dismiss First Amended Complaint is due, *i.e.*, on October 21, 2020; and

WHEREAS, the Parties understand that the December 3, 2020 hearing date for Google's original Motion to Dismiss Complaint (Dkt. No. 61) would need to be changed in light of the stipulated briefing schedule below;

NOW THEREFORE, the Parties stipulate to the following briefing schedule:

1. The deadline for Google to file its Motion to Dismiss First Amended Complaint shall be October 21, 2020;
2. The deadline for Plaintiffs to file any opposition to Google's Motion to Dismiss First Amended Complaint shall be November 18, 2020; and

3. The deadline for Google to file any reply in support of its Motion to Dismiss first Amended Complaint shall be December 7, 2020.

DATED: October 2, 2020  BOIES SCHILLER FLEXNER LLP

By  */s/ Mark C. Mao*
Mark C. Mao
*Counsel on behalf of Plaintiffs*

DATED: October 2, 2020  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel on behalf of Google*

## **ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time for Briefing on Google's Motion to Dismiss First Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: October 2, 2020  By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS:**

1. The deadline for Google to file its Motion to Dismiss First Amended Complaint shall be extended to October 21, 2020.

2. The deadline for Plaintiffs to file any opposition to Google's Motion to Dismiss First Amended Complaint shall be extended to November 18, 2020.

3. The deadline for Google to file any reply in support of its Motion to Dismiss first Amended Complaint shall be extended to December 7, 2020.

**IT IS SO ORDERED.**

DATED: _____, 2020            _____

                                            Hon. Lucy H. Koh
                                            United States District Judge