1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Diane M. Doolittle (CA Bar No. 142046)         Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com                andrewschapiro@quinnemanuel.com
3  Thao Thai (CA Bar No. 324672)                  191 N. Wacker Drive, Suite 2700
   thaothai@quinnemanuel.com                      Chicago, IL 60606
4  555 Twin Dolphin Drive, 5th Floor              Telephone: (312) 705-7400
   Redwood Shores, CA 94065                       Facsimile: (312) 705-7401
5  Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100

7  Stephen A. Broome (CA Bar No. 314605)          William A. Burck (admitted *pro hac vice*)
   sb@quinnemanuel.com                            williamburck@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)             Josef Ansorge (admitted *pro hac vice*)
   violatrebicka@quinnemanuel.com                 josefansorge@quinnemanuel.com
9  865 S. Figueroa Street, 10th Floor             1300 I. Street, N.W., Suite 900
10 Los Angeles, CA 90017                          Washington, D.C. 20005
   Telephone: (213) 443-3000                      Telephone: 202-538-8000
11 Facsimile: (213) 443-3100                      Facsimile: 202-538-8100

12
13 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
14 50 California Street, 22nd Floor
   San Francisco, CA 94111
15 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
16
17 Attorneys for Defendant Google LLC

18                         UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 
   CHASOM BROWN, MARIA NGUYEN,                    Case No. 5:20-cv-03664-LHK
21 and WILLIAM BYATT, individually and on
   behalf of all similarly situated,              **[PROPOSED] ORDER GRANTING
22                                                DEFENDANT GOOGLE'S MOTION TO
       Plaintiffs,                                DISMISS FIRST AMENDED
23                                                COMPLAINT**
       v.
24 
   GOOGLE LLC and ALPHABET INC.,                  Judge:   Honorable Lucy H. Koh
25 
       Defendants.
26 
27 
28

1 **[PROPOSED] ORDER**

2 Before the Court is Defendant Google LLC's ("Google") Motion to Dismiss First Amended

3 Complaint ("Motion to Dismiss"). Having considered the parties' papers filed in support of and in

4 opposition to the motion, argument by counsel, and all other matters properly considered by this

5 Court, the Court finds there is good cause to **GRANT** the Motion to Dismiss.

6 **THEREFORE, IT IS ORDERED** that, for the reasons stated in the Memorandum of Points

7 and Authorities in Support of Google's Motion to Dismiss, the Motion to Dismiss is **GRANTED**.

8 **IT IS FURTHER ORDERED** that Plaintiff's First Amended Complaint and all claims for

9 relief alleged therein are hereby **DISMISSED WITH PREJUDICE**.

10 **IT IS SO ORDERED.**

13 DATED: _____, 2021            _____

14                                              Hon. Lucy H. Koh
                                                United States District Judge