QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Thao Thai (CA Bar No. 324672) | 191 N. Wacker Drive, Suite 2700 |
| thaothai@quinnemanuel.com | Chicago, IL 60606 |
| 555 Twin Dolphin Drive, 5th Floor | Telephone: (312) 705-7400 |
| Redwood Shores, CA 94065 | Facsimile: (312) 705-7401 |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | |
| | |
| Stephen A. Broome (CA Bar No. 314605) | William A. Burck (admitted *pro hac vice*) |
| sb@quinnemanuel.com | williamburck@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Josef Ansorge (admitted *pro hac vice*) |
| violatrebicka@quinnemanuel.com | josefansorge@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I. Street, N.W., Suite 900 |
| Los Angeles, CA 90017 | Washington, D.C. 20005 |
| Telephone: (213) 443-3000 | Telephone: 202-538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: 202-538-8100 |

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, and WILLIAM BYATT, individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | Case No. 5:20-cv-03664-LHK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF GOOGLE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Judge:   Honorable Lucy H. Koh |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") Request for Judicial Notice in Support of Google's Motion to Dismiss First Amended Complaint ("Request for Judicial Notice"). Having considered the parties' papers filed in support of and in opposition to this request, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** Google's Request for Judicial Notice.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Memorandum of Points and Authorities in support of the Request for Judicial Notice, the Court takes judicial notice of Exhibits 1 through 27 of the Declaration of Andrew H. Schapiro in support of Google's Motion to Dismiss First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2021              _____

Hon. Lucy H. Koh
United States District Judge