Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.,

    Plaintiff(s),

v.

GOOGLE LLC,

    Defendant(s).

Case No: 5:20-cv-03664

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jomaire Crawford, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Google LLC in the above-entitled action. My local co-counsel in this case is Viola Trebicka, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
51 Madison Avenue, 22nd Floor
New York, NY 10010

MY TELEPHONE # OF RECORD:
(212) 849-7000

MY EMAIL ADDRESS OF RECORD:
jomairecrawford@quinnemanuel.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(213) 443-3000

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
violatrebicka@quinnemanuel.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5154042.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/03/20

                            Jomaire Crawford
                            APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jomaire Crawford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 13, 2020

                            *Lucy H. Koh*
                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE