Mark C. Mao, CA Bar No. 236165
Sean P. Rodriguez, CA Bar No. 262437
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
srodriguez@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK<br><br>**DECLARATION OF AMANDA BONN IN OPPOSITION TO DEFENDANT GOOGLE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>The Honorable Lucy H. Koh<br>Courtroom 8 – 4th Floor<br>Date: February 25, 2021<br>Time: 1:30 p.m. |

BONN DECL. IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS

1

## **DECLARATION OF AMANDA BONN**

2          I, Amanda Bonn, declare as follows.

3          1.   I am a partner with the law firm of Susman Godfrey L.L.P, counsel for Plaintiffs in this

4   matter.  I am an attorney at law duly licensed to practice before all courts of the State of California.

5   I have personal knowledge of the matters set forth herein and am competent to testify.

6          2.   Attached hereto as **Exhibit 1** is a true and correct copy of Google's Privacy Policy in

7   effect between March 31, 2020 and July 1, 2020, which I last accessed on November 18, 2020, on

8   the publicly available website https://policies.google.com/privacy/archive/20200331.

9          I declare under penalty of perjury under the laws of the United States of America that the

10   foregoing is true and correct.  Executed this 18th day of  November, 2020, at Los Angeles, California.

11                                              /s/ Amanda Bonn_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BONN DECL. IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS