| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Sean P. Rodriguez, CA Bar No. 262437 | (admitted *pro hac vice*) |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | **SUSMAN GODFREY L.L.P.** |
| San Francisco, CA 94104 | 1301 Avenue of the Americas, |
| Tel.: (415) 293-6800 | 32nd Floor |
| mmao@bsfllp.com | New York, NY 10019 |
| srodriguez@bsfllp.com | Tel.: (212) 336-8330 |
| brichardson@bsfllp.com | bcarmody@susmangodfrey.com |
| | srabin@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | |
| **BOIES SCHILLER FLEXNER LLP** | John A. Yanchunis (admitted *pro hac vice*) |
| 100 SE 2nd St., 28th Floor | Ryan J. McGee (admitted *pro hac vice*) |
| Miami, FL 33131 | Michael F. Ram (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ra O. Amen (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | rmcgee@forthepeople.com |
| Los Angeles, CA. 90067 | mram@forthepeople.com |
| Tel: (310) 789-3100 | ramen@forthepeople.com |
| Fax: (310) 789-3150 | |
| abonn@susmangodfrey.com | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 5:20-cv-03664-LHK <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT GOOGLE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> The Honorable Lucy H. Koh <br> Courtroom 8 – 4th Floor <br> Date: February 25, 2021 <br> Time: 1:30 p.m. |

# PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial of the following document for purposes of ruling on Defendant Google LLC's ("Google") Motion to Dismiss Plaintiffs' First Amended Complaint.

1. Google's Privacy Policy in effect between March 31, 2020 and July 1, 2020, which is available online at https://policies.google.com/privacy/archive/20200331 and is attached to the Amanda Bonn Declaration as **Exhibit 1.** This exhibit is identical to **Exhibit 12** of Google's Request for Judicial Notice in Support of Google's Motion to Dismiss. ECF No. 84 at 2.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.   THIS COURT SHOULD TAKE JUDICIAL NOTICE OF EXHIBIT 1**

On a motion to dismiss, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010) ("On a motion to dismiss, we may consider materials incorporated into the complaint . . . ."). Accordingly, this Court may consider the contents of documents explicitly referenced in Plaintiffs' First Amended Complaint, "including portions which were not mentioned." *In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399, 1405 n.4 (9th Cir. 1996); *see also Fecht v. Price Co.*, 70 F.3d 1078, 1080 n.1 (9th Cir. 1995) ("[W]e hold that documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss.").

Exhibit 1, Google's Privacy Policy in effect between March 31, 2020 and July 1, 2020, is subject to judicial notice because it is referenced throughout Plaintiffs' First Amended Complaint. FAC ¶¶ 42-57, 57-58, 76, 83, 146.

## II.  CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court take judicial notice of Exhibit 1 attached to the Amanda Bonn Declaration.

Dated: November 18, 2020

By: /s/ Amanda Bonn
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Sean Phillips Rodriguez (CA Bar No. 262437)
srodriguez@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Alexander Justin Konik (CA Bar No. 299291)
akonik@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Ra O. Amen (*pro hac vice*)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*