| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Sean P. Rodriguez, CA Bar No. 262437 | (admitted *pro hac vice*) |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | **SUSMAN GODFREY L.L.P.** |
| San Francisco, CA 94104 | 1301 Avenue of the Americas, |
| Tel.: (415) 293-6800 | 32nd Floor |
| mmao@bsfllp.com | New York, NY  10019 |
| srodriguez@bsfllp.com | Tel.: (212) 336-8330 |
| brichardson@bsfllp.com | bcarmody@susmangodfrey.com |
| | srabin@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | |
| **BOIES SCHILLER FLEXNER LLP** | John A. Yanchunis (admitted *pro hac vice*) |
| 100 SE 2nd St., 28th Floor | Ryan J. McGee (admitted *pro hac vice*) |
| Miami, FL 33131 | Michael F. Ram (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ra O. Amen (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | rmcgee@forthepeople.com |
| Los Angeles, CA. 90067 | mram@forthepeople.com |
| Tel: (310) 789-3100 | ramen@forthepeople.com |
| Fax: (310) 789-3150 | |
| abonn@susmangodfrey.com | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all other similarly situated, | Case No.:  5:20-cv-03664-LHK |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT GOOGLE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | The Honorable Lucy H. Koh Courtroom 8 – 4th Floor Date: February 25, 2021 Time: 1:30 p.m. |

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Request for Judicial Notice in Opposition to Defendant Google LLC's ("Google") Motion to Dismiss Plaintiffs' First Amended Complaint ("Plaintiffs' Request for Judicial Notice").  Having considered the parties' papers filed in support of and in opposition to this request, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** Plaintiffs' Request for Judicial Notice.

**THEREFORE, IT IS ORDERED** that for the reasons stated in the Memorandum of Points and Authorities in Support of Plaintiffs' Request for Judicial Notice, the Court takes judicial notice of Exhibit 1 of the Bonn Declaration in Opposition to Google's Motion to Dismiss Plaintiffs' Fist Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____    _____
Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE