# EXHIBIT C

**From:** ▮
**To:** ▮
**Sent:** Mon, 06 Feb 2017 21:02:51 +0000
**Subject:** Re: user location product excellence
**Cc:** ▮

On Mon, Feb 6, 2017 at 08:53 ▮ wrote:

--
▮

On 2 February 2017 at 20:00, ▮ wrote:

On Thu, Feb 2, 2017 at 1:56 PM ▮ wrote:

> hey ▮ . I'll go ahead and schedule a 1:1 to get some guidance as to how to package all of this discussion in one item that's presentable to ▮
> To be clear - Platform Excellence, as I initially conceived of it, is not a Critical User Journey. It's a client-facing excellence for ▮ org is in the same boat, so to speak. I think I'll follow that track separately from what the CUJs that ▮ is our task force is looking at. (unless you guys think we should have a Platform Excellence as an entry in that list and focus on internal "users" a la Geo as a Platform). I didn't get the sense that the task force is particularly passionate about platforms.

I have the same sense. I'm not sure if I have very good ideas about platform excellence either. ▮

That said, we have Location as a product umbrella that includes Location History, ▮ and a bunch of other stuff that's super messy. And it's a Critical User Journey to make sense

CONFIDENTIAL
GOOG-GLAZ-00057477

out of this mess. This is what I'd like to pursue as part of the task force (and I need help from ▓▓▓▓▓▓▓▓ por favor :) ).

▓▓

▓▓

On Thu, Feb 2, 2017 at 8:55 AM, ▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

> ▓▓, regarding your last point, what do you feel we should put together as a vehicle for persuasion to the PE task force?

Should it be questions, answers/proposal, or a sad story about our current state?

On Thu, Feb 2, 2017 at 08:52 ▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

> Very good points. Thanks for carring about it!

I'm adding ▓▓ and ▓▓ who have been helping build a robust PE story around user location.

Also, take a look at ▓▓▓▓ - work in progress, trying to rein in the overall mess that we have with regards to data collection, consent, and storage.

I hope we could land on ▓▓ top 5 as "make user location work and make it simple".

On Thu, Feb 2, 2017 at 08:32 ▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

> I wrote this note on the main thread with ▓▓

"User location issues. I have trouble framing exactly the CUJ here. I believe users mostly expect that Google knows their precise location when they are using GMM or searching from a mobile device. Yet we often don't know where they are. How can we provide a good location for every user who wants it? How can we be clear and transparent when we don't know precisely where they are? How can we do a great job of respecting people's privacy when they don't want to share their location. Tests: This one feels pretty broad. In fact there's a team in local that has been working across 3 PAs to make progress on the issue."

I think these issues are kind of related to your platform excellence ideas. As I think about it:
- Users expect we know where they are right now almost all of the time.
- Do users with significant privacy concerns understand what data we are saving? Do they know how to control when we store location information?

- Can we have a foreground only model? Lots of users don't care about location history.
- Do users understand how their apps location usage connects to system-settings or resource usage?

Perhaps we should talk about this 1:1 and see if we can figure out how to be most persuasive in the larger task force.



CONFIDENTIAL
GOOG-GLAZ-00057479