| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William S. Carmody (admitted *pro hac vice*) |
| Sean P. Rodriguez, CA Bar No. 262437 | Shawn Rabin (admitted *pro hac vice*) |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Steven M. Shepard (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| 44 Montgomery Street, 41st Floor | 1301 Avenue of the Americas, 32nd Floor |
| San Francisco, CA 94104 | New York, NY 10019-6023 |
| Tel.: (415) 293-6800 | Tel.: (212) 336-8330 |
| Fax: (415) 293-6899 | Fax: (212) 336-8340 |
| mmao@bsfllp.com | bcarmody@susmangodfrey.com |
| srodriguez@bsfllp.com | srabin@susmangodfrey.com |
| brichardson@bsfllp.com | sshepard@susmangodfrey.com |
| | |
| James Lee (admitted *pro hac vice*) | John A. Yanchunis (admitted *pro hac vice*) |
| Rossana Baeza (admitted *pro hac vice*) | Ryan J. McGee (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | **MORGAN & MORGAN** |
| 100 SE 2nd Street, 28th Floor | 201 N. Franklin Street, 7th Floor |
| Miami, FL 33131 | Tampa, FL 33602 |
| Tel.: (305) 539-8400 | Tel.: (813) 223-5505 |
| Fax: (303) 539-1307 | jyanchunis@forthepeople.com |
| jlee@bsfllp.com | rmcgee@forthepeople.com |
| rbaeza@bsfllp.com | |

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.  5:20-cv-03664-LHK<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS; REQUEST FOR LEAVE CIVIL L.R. 7-3(D)(2)**<br><br>Judge:  Honorable Lucy H. Koh<br>MTD Hearing Date:  February 25, 2021<br>MTD Haring Time:   1:30 p.m. |

# STATEMENT OF RECENT OPINION

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully seek leave to provide supplemental authority relevant to Google's pending Motion to Dismiss.

In another action in this District, Magistrate Judge Susan van Keulen granted in part and denied in part Google's motion to dismiss. *See McCoy v. Alphabet, Inc.*, et al., 5:20-cv-5427-SVK, Dkt. 43 (N.D. Cal. Feb. 2, 2021), attached as **Exhibit A**. The decision was issued after Plaintiffs in this case filed their opposition on November 18, 2020. Dkt. 87.

DATED: February 8, 2021

By: */s/ Mark C. Mao*
BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Sean P. Rodriguez (CA Bar No. 262437)
srodriguez@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (pro hac vice)
jlee@bsfllp.com
Rossana Baeza (pro hac vice)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

SUSMAN GODFREY L.L.P.
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com

Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*