UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., | Case No. 20-CV-03664-LHK |
| Plaintiffs, | **ORDER RE: PLAINTIFFS' RESPONSE** |
| v. | Re: Dkt. Nos. 106, 107 |
| GOOGLE LLC, | |
| Defendant. | |

At the February 25, 2021 hearing on Google's motion to dismiss, ECF No. 82, the Court requested an affidavit from Google's counsel and a declaration from Google regarding counsel's statement that the Northern District of California's website uses Google's third party services. *See* Tr. of Feb. 25, 2021 Hearing at 58:11–16, ECF No. 104. On February 26, 2021, Google's counsel filed an affidavit in response to the Court's request. ECF No. 106. On March 1, 2021, Google filed a declaration in response to the Court's request. ECF No. 107. By March 6, 2021, Plaintiffs may file a brief response to the affidavit and declaration.

**IT IS SO ORDERED.**

Dated: March 3, 2021

1
2

_____
LUCY H. KOH
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. 20-CV-03664-LHK
ORDER RE: PLAINTIFFS' RESPONSE