UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>GOOGLE LLC, <br><br>　　　　Defendant. | Case No. 20-CV-03664-LHK <br><br> **ORDER RE: PLAINTIFFS' RESPONSE** <br><br> Re: Dkt. No. 109 |

　　The date by which Plaintiffs may file a brief response is extended from March 6, 2021 to March 8, 2021. *See* ECF No. 109.

**IT IS SO ORDERED.**

Dated: March 5, 2021

　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　United States District Judge