QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Thao Thai (CA Bar No. 324672)
thaothai@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE**<br><br>Judge:   Honorable Lucy H. Koh |

Pursuant to Civil Local Rules 7-11 and 7-3(d), Defendant Google LLC ("Google") respectfully moves for leave to file the reply, attached hereto as Exhibit 1, and supporting declarations and evidence, attached hereto as Exhibits A, B, and C, to address new arguments raised for the first time in Plaintiffs' Response (Dkt. 111) to the Declaration of Stephen A. Broome ("Broome Declaration") (Dkt. 106) and Declaration of Jesse Adkins ("Adkins Declaration") (Dkt. 107).

## LEGAL AUTHORITY

A supplemental response may be considered where new arguments are made, or new evidence is presented, in a brief. *GT Nexus, Inc. v. Inttra, Inc.*, 2014 WL 3373088, at *1 (N.D. Cal. July 9, 2014) ("If a party raises a new argument or presents new evidence in a . . . brief, a court may consider these matters only if the adverse party is given an opportunity to respond."). "[W]here new evidence is presented in a reply to a motion … the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond." *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996); *see also El Pollo Loco, Inc. v. Hashim*, 316 F.3d 1032, 1040-41 (9th Cir. 2003).

## ARGUMENT

The Court held a hearing on Google's motion to dismiss on February 25, 2021. During that hearing, the Court requested that Google submit two declarations regarding the Court's use of certain Google services on its website. Dkt. 114 at 58:11-16. After Google filed the declarations, the Court permitted Plaintiffs to "file a brief response" by March 8, 2021. Dkts. 109, 110. On March 8, 2021, Plaintiffs filed a response that raised the following new arguments not previously discussed in Google's declarations or in its motion to dismiss briefing: (1) "Google's [declarations] provide no support for Google's motion to dismiss"; (2) Google's declarations "failed to meaningfully respond to the Court's requests" at the February 25, 2021 hearing on Google's Motion to Dismiss; (3) Google's declarations "failed to provide the information Plaintiffs requested" at the Motion to Dismiss hearing and in a subsequent follow up email; (4) Google's declarations "provide no details about what Google collects with GStatic and how Google uses that information"; and (5) Google's counsel learned about the Court's use of Google services using "sophisticated developer tools and unlimited resources." Dkt. 111 at 2-3. Since Google did not (and could not) address any of these arguments in either of its declarations or in its motion to dismiss briefing, it had no opportunity to respond to these arguments.

Accordingly, Google respectfully requests leave to file the proposed short reply and supporting declarations, attached hereto as Exhibit 1, to respond to the arguments in Plaintiffs' response.

**CONCLUSION**

For the foregoing reasons, Google respectfully requests leave to file its proposed reply attached hereto as Exhibit 1.

DATED: March 11, 2021        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Thao Thai (CA Bar No. 324672)
thaothai@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*