1   QUINN EMANUEL URQUHART & SULLIVAN, LLP

2   Diane M. Doolittle (CA Bar No. 142046)          Andrew H. Schapiro (admitted *pro hac vice*)
    dianedoolittle@quinnemanuel.com                 andrewschapiro@quinnemanuel.com
3   Thao Thai (CA Bar No. 324672)                   191 N. Wacker Drive, Suite 2700
    thaothai@quinnemanuel.com                       Chicago, IL 60606
4   555 Twin Dolphin Drive, 5th Floor               Telephone: (312) 705-7400
    Redwood Shores, CA 94065                         Facsimile: (312) 705-7401
5   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
6

7   Stephen A. Broome (CA Bar No. 314605)           Josef Ansorge (admitted *pro hac vice*)
    stephenbroome@quinnemanuel.com                  josefansorge@quinnemanuel.com
8   Viola Trebicka (CA Bar No. 269526)              1300 I. Street, N.W., Suite 900
    violatrebicka@quinnemanuel.com                  Washington, D.C. 20005
9   865 S. Figueroa Street, 10th Floor              Telephone: 202-538-8000
    Los Angeles, CA 90017                           Facsimile: 202-538-8100
10  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
11

12  Jonathan Tse (CA Bar No. 305468)                Jomaire A. Crawford (admitted *pro hac vice*)
    jonathantse@quinnemanuel.com                    jomairecrawford@quinnemanuel.com
13  50 California Street, 22nd Floor                51 Madison Avenue, 22nd Floor
    San Francisco, CA 94111                         New York, NY 10010
14  Telephone: (415) 875-6600                       Telephone: (212) 849-7000
    Facsimile: (415) 875-6700                       Facsimile: (212) 849-7100
15

16  *Attorneys for Defendant Google LLC*

17

18                          UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20                                                  Case No. 5:20-cv-03664-LHK-SVK

21  CHASOM BROWN, MARIA NGUYEN,                     **[PROPOSED] ORDER GRANTING**
    WILLIAM BYATT, JEREMY DAVIS, and               **DEFENDANT GOOGLE LLC'S**
22  CHRISTOPHER CASTILLO, individually             **ADMINISTRATIVE MOTION FOR**
    and on behalf of all similarly situated,        **LEAVE TO FILE REPLY TO**
23                                                  **PLAINTIFFS' RESPONSE**
          Plaintiffs,
24
            v.
25
    GOOGLE LLC,                                     Judge:    Honorable Lucy H. Koh
26
          Defendant.
27

28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") Administrative Motion for Leave to File Reply to Plaintiffs' Response to the Declaration of Stephen A. Broome and Declaration of Jesse Adkins ("Motion"). Having considered the parties' papers filed in support and in opposition to the Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____, 2021                    _____

                                                 Hon. Lucy H. Koh
                                                 United States District Judge