# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**DECLARATION OF DAVID CROSSLAND**<br><br>Judge:   Honorable Lucy H. Koh |

I, David Crossland, declare as follows:

1. I am a Program Manager at Google and I am one of the leads on the Google Fonts team. I have worked with the Google Fonts team since 2010, initially as an independent consultant, and as a Google employee since 2016. My current responsibilities include program management and operations for the Google Fonts application programming interface ("Fonts API"). I submit this declaration to clarify some misconceptions about the data being sent to certain Google servers as a result of the Court's use of the Fonts API.

2. Google Fonts API is a free web service that supports high-quality open source font files that are used by website owners to improve the appearance of their sites with richer, non-standard typefaces, emoji and icons. Website owners often choose to use the Fonts API instead of other ways to use font files on their websites because it is perceived as faster and easier than other free alternatives. All use of the Fonts API is governed by its Terms of Service, available at https://developers.google.com/fonts/terms, and which incorporate the API Terms of Service, available at https://developers.google.com/terms.

3. When a user visits a web page, their browser connects to the website's server and retrieves an HTML document, which often contains links to download additional media such as images, graphics, videos, audio files, and fonts, which are combined to render a visual and interactive page. These additional media may be located on the same server that hosts the website, or a server belonging to a third-party entity that provides services to the website.

4. To use the Fonts API, website owners install links on their website that cause the user's browser to call the servers involved in providing the Fonts service: fonts.googleapis.com and fonts.gstatic.com. These links may be viewed by any Chrome user by visiting the Court's webpage and clicking on "View," "Developer," "Developer Tools," "Sources."

5. When a user visits the Court's website, the Fonts API links in the website's source code cause the user's browser to connect with fonts.googleapis.com. The user's browser then receives a list of links to font files, which are hosted on the fonts.gstatic.com server. This process occurs irrespective of the brand of browser being used.

6. The links cause the user's browser to send the user's IP address, the user-agent, referer URL, and the x-client-data headers to fonts.googleapis.com and, ultimately, to fonts.gstatic.com. With the exception of the x-client-data header, which is specific to Chrome (and which I understand is described in the concurrently-filed declaration of Google's Alexei Svitkine), this same information generally would be sent to the Fonts API servers regardless of the brand of browser being used.

7. The IP address is sent to the Fonts API so that the servers know where to return the data requested. The user-agent is sent to the Fonts API so that the fonts returned are customized for, and display correctly within, the user's particular browser and device. URL information is also sent to the Fonts API in order to specify which fonts are being requested. Referrer URL is sent based on the website's referrer policy and is used to inform the server of the page from which the request originated.

8. The Court's use of the Fonts API does not cause cookies or Google user account information to be sent to fonts.googleapis.com or fonts.gstatic.com.

9. None of the user information sent to the Fonts API when users visit the Court's website is shared with other Google services. Nor is it used to create or enhance profiles on users; to "fingerprint" or identify users; or for advertising purposes.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Bronx, New York on March 11, 2021.

/s/ David Crossland