UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-CV-03664-LHK<br><br>**CASE MANAGEMENT ORDER** |

       On March 17, 2021, the parties filed a joint case management statement. ECF No. 115 ("JCMS"). The Court continues the March 24, 2021 case management conference to May 26, 2021 at 2:00 p.m. The parties shall file a joint case management statement by May 19, 2021.

       In the joint case management statement, the parties raise several disputes regarding evidence preservation and discovery. JCMS at 3–9. The Court orders the parties to raise these disputes before Judge van Keulen.

       The Court is disappointed that Google has produced just 983 documents, and all but one of those documents is publicly available. JCMS at 6. If Google is not fulfilling its discovery obligations, such conduct will not be tolerated.

       Plaintiffs state that they served a Notice of Deposition for a Rule 30(b)(6) deposition. JCMS at 4, 6. Google contends that the deposition is improper because the Court declined to consider Google's arguments about the Court's website, which Google raised for the first time at the February 25, 2021 motion to dismiss hearing. JCMS at 9. The deposition is not improper. Google investigated the Court's website for the motion to dismiss hearing and raised the Court's

1

website at the hearing because Google recognized the relevance of this information.  Having chosen to put this issue in controversy, Google must produce a witness for deposition.

The case schedule remains as set in the Court's September 3, 2020 Case Management Order. ECF No. 61. The Court reproduces the schedule below for the convenience of the parties.

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | May 26, 2021, at 2:00 p.m. |
| Close of Fact Discovery | August 2, 2021 |
| Opening Expert Reports | August 23, 2021 |
| Rebuttal Expert Reports | September 13, 2021 |
| Close of Expert Discovery | September 27, 2021 |
| Last Day to File Motion for Class Certification | **Motion:** October 4, 2021<br>**Opp'n:** November 15, 2021<br>**Reply:** December 20, 2021 |
| Class Certification Hearing | January 20, 2022, at 1:30 p.m. |

**IT IS SO ORDERED**

Dated: March 18, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge