| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>SUSMAN GODFREY L.L.P.<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>MORGAN & MORGAN<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR GOOGLE'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Honorable Lucy H. Koh |

1   This stipulation is entered into between Plaintiffs Chasom Brown, Maria Nguyen, William Byatt, Jeremy Davis, and Christopher Castillo (collectively, "Plaintiffs") and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, Plaintiffs filed their First Amended Class Action Complaint on September 21, 2020 (Dkt. No. 68);

WHEREAS, Google filed its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint on October 21, 2020 (Dkt. No. 82);

WHEREAS, the Court issued an order denying Google's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint on March 12, 2021 (Dkt. No. 113);

WHEREAS, the Parties have agreed to extend the deadline for Google's Answer to Plaintiffs' First Amended Class Action Complaint, which is currently due on March 26, 2021;

NOW THEREFORE, the Parties stipulate to extend the deadline for Google to file its Answer to Plaintiffs' First Amended Class Action Complaint to April 16, 2021.

DATED: March 23, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Thao Thai (CA Bar No. 324672)

thaothai@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

| | | |
|---|---|---|
| 1 | DATED: March 23, 2021 | SUSMAN GODFREY L.L.P. |
| 2 | | |
| 3 | | By   /s/ *Amanda Bonn* |
| 4 | | Amanda Bonn (CA Bar No. 270891) |
| | | abonn@susmangodfrey.com |
| 5 | | SUSMAN GODFREY L.L.P. |
| | | 1900 Avenue of the Stars, Suite 1400 |
| 6 | | Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 789-3100 |
| 8 | | Mark C. Mao (CA Bar No. 236165) |
| | | mmao@bsfllp.com |
| 9 | | Sean Phillips Rodriguez (CA Bar No. 262437) |
| | | srodriguez@bsfllp.com |
| 10 | | Beko Rebitz-Richardson (CA Bar No. 238027) |
| | | brichardson@bsfllp.com |
| 11 | | Alexander Justin Konik (CA Bar No. 299291) |
| | | akonik@bsfllp.com |
| 12 | | BOIES SCHILLER FLEXNER LLP |
| 13 | | 44 Montgomery Street, 41st Floor |
| | | San Francisco, CA 94104 |
| 14 | | Telephone: (415) 293 6858 |
| | | Facsimile (415) 999 9695 |
| 15 | | |
| 16 | | James W. Lee (*pro hac vice*) |
| | | jlee@bsfllp.com |
| 17 | | Rossana Baeza |
| | | rbaeza@bsfllp.com |
| 18 | | BOIES SCHILLER FLEXNER LLP |
| | | 100 SE 2nd Street, Suite 2800 |
| 19 | | Miami, FL 33130 |
| | | Telephone: (305) 539-8400 |
| 20 | | Facsimile: (305) 539-1304 |
| 21 | | William Christopher Carmody (*pro hac vice*) |
| | | bcarmody@susmangodfrey.com |
| 22 | | Shawn J. Rabin (*pro hac vice*) |
| | | srabin@susmangodfrey.com |
| 23 | | Steven Shepard (*pro hac vice*) |
| | | sshepard@susmangodfrey.com |
| 24 | | Alexander P. Frawley (*pro hac vice*) |
| | | afrawley@susmangodfrey.com |
| 25 | | SUSMAN GODFREY L.L.P. |
| 26 | | 1301 Avenue of the Americas, 32nd Floor |
| | | New York, NY  10019 |
| 27 | | Telephone: (212) 336-8330 |
| 28 | | |

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (pro hac vice)
mram@forthepeople.com
Ra O. Amen (pro hac vice)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*

## **ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending the Deadline for Google's Answer to Plaintiffs' First Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: March 23, 2021            By       */s/ Andrew H. Schapiro*
                                         Andrew H. Schapiro
                                         *Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS:**

1. The deadline for Google to file its Answer to Plaintiffs' First Amended Class Action Complaint shall be April 16, 2021

**IT IS SO ORDERED.**

DATED: _____, 2021            _____

                                                                                Hon. Lucy H. Koh
                                                                                United States District Judge