RETURN COPY

C. Joe Schroeder
3073 Panthersville Road
Building 7, Unit 3
Decatur, Georgia 30034
(734) 356-3373

U.S. Tiny House (Nonprofit)
Post office box 85990
Westland, MI 48185
Plaintiffs

## UNITED STATES DISTRICT COURT
## SAN JOSE, CALIFORNIA

| | |
|---|---|
| C. Joe Schroeder U.S.T.H.P. Plaintiffs  V.  Google/Alphabet Inc. + does et. al. Defendants | Case Number _____  COMPLAINT  DEMAND FOR JURY TRIAL |

NOW COME Plaintiff C. Joe Schroeder + prays Honorable Court + Honorable Justice exclude the Plaintiff from the class + allow Plaintiff to file own filing verse the unlawful behavior of Google in reference to privacy via incognito mode of its service offered in chrome + other browsers. Wherefore the Plaintiff has cause with merit the following,

1. The Plaintiff is a class action member having used Google browsing service with private mode + incognito mode during the specified period of June 2016 till filing of class action lawsuit.

2. The data collection practices are contrary to the "ruse" promise of Googles private browsing option. They collect date when they indicate, + in fact, promise they won't do that A deceptive practice. Internet security equals financial security + Google is determining who is vulnerable + who could be taken advantage of in a financial manner.

3. Google data collection practices are disturbing + Plaintiff seeks to file civil suit on Plaintiffs' own in Plaintiffs' own

RECEIVED
MAR 22 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1

civil suit.

RETURN COPY

4. **Jurisdiction.** This court has jurisdiction over this complaint, because it arises under the laws of the United States. Plus, case already exists in this court via Class Action for same cause verse defendants.

5. **Venue.** Venue is appropriate in this court because the Class Action case(s) are already docketed in court.

6. **Intradistrict.** This lawsuit should be in the San Jose District/Division of this court because the court is already hearing similar action.

## RELIEF

1. Plaintiff seeks courts ruling as to the harm caused & the proper compensation via damages resulting from unlawful behavior. Plaintiff seeks relief & financial acknowledgement in every category of recovery possible including yet not limited to compensatory, express, punative, & does et. al.

2. Plaintiff currently believes a figure of $135,000.00 is a total that is accurate. Yet, Plaintiff believes that a proper & complete discovery could & should reveal a very significant additional figure. A figure without limit.

3. The Plaintiff seeks a protection order from possible & potential retaliation of defendants as well as the prevention of purging of any information or data that (Present/Past) the defendant has collected in reference to the Plaintiff & others of similar standing.

Respectfully,

C. Joe Schroeder   Pro Se

C. Joe Schroeder
3073 Panthersville Road
Building 7, Unit 3
Decatur, Georgia 30034

### Proof of Service

I, C. Joe Schroeder, a non-attorney swear on oath that I served a copy of the above civil suit for Clerk of the United States District Court of San Jose, CA. placing said in the U.S. mail 1st class postage prepaid on 3/15/21 from Decatur, Georgia.

X _____
C. Joe Schroeder

2

Chris Schroeder
3073 Panthersville Rd.
Building 7 Unit 3
Decatur, Georgia 30034



Office of the Clerk, U. S. District Court
Northern District
280 South 1ST Street 2nd Floor
San Jose, CA. 95113-3095