RETURN COPY

C. Joe Schroeder
3073 Panthersville Rd.
Building 7, Unit 3
Decatur, Georgia 30034
(734) 356-3373

U.S. Tiny House (Nonprofit)
Post office box 85990
Westland, MI 48185
Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

C. Joe Schroeder, U.S.T.H.P.

Plaintiff,

vs.

Google/Alphabet + does et. al.

Defendant.

CASE NO. _____

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, C. Joe Schroeder, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Deferred Salary $8333.33   Net: N/A Salary is deferred

Employer: United States Tiny House Project (Nonprofit) Registered Agent (R.A.) in Tampa, Florida yet originally 14245 S. 48TH ST. Phx. AZ

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  *Explaining compensation - all expenses including travel, meals,*
3  *lodging & supplies are paid for. I have been on the road*
4  *since December '17 going to holiday, Rose, Cotton & Armed Forces bowls*

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.  Business, Profession or        Yes ✓ No ___
8            self employment?
9      b.  Income from stocks, bonds,        Yes ✓ No ___
10           or royalties?
11     c.  Rent payments?        Yes ___ No ✓
12     d.  Pensions, annuities, or        Yes ___ No ✓
13           life insurance payments?
14     e.  Federal or State welfare payments,        Yes ___ No ✓
15           Social Security or other govern-
16           ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each. *From Bus. Prof. & self employment my co-*
19 *worker has loaned me money each month, $200 or less per*
20 *month. Fidelity account has $10.85 from dividends.*

21 3.  Are you married?        Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.  a.  List amount you contribute to your spouse's support: $_____
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

RETURN COPY

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

5. Do you own or are you buying a home?   Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Currently in tow yard Yes ✔ No ___

Make Ford Truck   Year 2002   Model Ranger Edge

Is it financed? Yes ___ No ✔ If so, Total due: $_____

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: National Financial Services, LLC.

Present balance(s): $ 10.85

Do you own any cash? Yes ✔ No ___ Amount: $ 100.00 Approx. Coin collection

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) In storage with my folks is a   Yes ✔ No ___
1991 Mustang GT with 46K miles market value might be $7,000

8. What are your monthly expenses?

Rent: $ N/A Traveling sales   Utilities: N/A Traveling sales

Food: $ N/A Business expense   Clothing: N/A Business expense of employer during fund raising on the road.

Charge Accounts: N/A

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| N/A | $ | $ |
| N/A | $ | $ |
| N/A | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Student loan debt of $2,500.00 to Phoenix Univ.

- 3 -

RETURN COPY

1. Online for MBA course MGT 521 complete with B+

2. 10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/14/2021                            [signature]

DATE                                 SIGNATURE OF APPLICANT

Chris Schroeder
3073 Panthersville Rd.
Building 7 Unit 3
Decatur, Georgia 30034



Office of the Clerk, U.S. District Court
Northern District
280 South 1ST Street 2nd Floor
San Jose, CA. 95113-3095