Lesley Weaver (Cal. Bar No.191305)
Matthew S. Melamed (Cal. Bar No. 260272)
Anne K. Davis (Cal. Bar No. 267909)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmelamed@bfalaw.com*
*adavis@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

Mitchell M. Breit (*pro hac vice* to be sought)
Jason 'Jay' Barnes (*pro hac vice* to be sought)
An Truong (*pro hac vice* to be sought)
Eric Johnson (*pro hac vice* to be sought)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am the Partner-in-Charge of the Oakland office of Bleichmar Fonti & Auld LLP ("BFA"), and counsel for Plaintiffs in *Hewitt, et al., v. Google LLC*, No. 5:21-cv-02155 (N.D. Cal. Mar. 26, 2021) ("*Hewitt*"). I am a member in good standing of the bar of the State of California and of this Court.

2. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related.

3. On June 2, 2020, plaintiffs commenced *Brown, et al., v. Google LLC*, No. 5:20-cv-03664-LHK (N.D. Cal. June 2, 2020) ("*Brown*"). A true and correct copy of the First Amended Complaint filed in *Brown* on September 21, 2020, is attached hereto as **Exhibit 1**.

4. On July 27, 2020, plaintiffs commenced *Calhoun, et al., v. Google LLC*, No. 5:20-cv-05146-LHK (N.D. Cal. July 27, 2020) ("*Calhoun*"). A true and correct copy of the complaint in *Calhoun* is attached hereto as **Exhibit 2**.

5. *Hewitt* was filed on March 26, 2021, and brings claims on behalf of all Google account holders in the United States whose personal information was sold or otherwise disclosed by Google without their authorization through Google's real-time bidding system. A true and correct copy of the complaint filed by plaintiffs in *Hewitt* is attached hereto as **Exhibit 3**.

6. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge. This declaration was executed in Oakland, California.

DATED:   April 1, 2021          By:   */s/ Lesley E. Weaver*
                                       Lesley E. Weaver