|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHASOM BROWN, et al., | Case No. 5:20-cv-03664-LHK |
| --- | --- |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, any responses thereto, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *Hewitt, et al., v. Google LLC*, No. 5:21-cv-02155 (N.D. Cal. Mar. 29, 2021) is hereby related to the above-captioned case, *Brown, et al., v. Google LLC*, No. 5:20-cv-03664-LHK (N.D. Cal. June 2, 2020) and to *Calhoun, et al., v. Google LLC*, No. 5:20-cv-05146-LHK (N.D. Cal. July 27, 2020).

1   These actions concern substantially the same parties, property, transaction or event, and
2   it appears likely that there will be an unduly burdensome duplication of labor or expense or
3   conflicting results if the cases are conducted before different judges.
4   IT IS SO ORDERED.
5
6   Dated: April 1, 2021
7
8
9                                                    _____
                                                     Hon. Lucy H. Koh
10                                                   United States District Judge

28   1

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED
Case No.: 5:20-cv-03664-LHK