UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:   Honorable Lucy H. Koh |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related (Dkt. 123) (the "Motion"). Having considered Plaintiff's Motion and all other matters properly considered by this Court, the Court finds there is good cause to **DENY** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in Google's opposition to the Motion, the Motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE LUCY H. KOH
United States District Judge