UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-03664-LHK (SVK)<br><br>**ORDER REGARDING IMPENDING DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 115, 119 |

In recent filings, the Parties have indicated that there are several pending discovery disputes which have not yet been brought before this Court. Dkt. No. 115. Accordingly, **by 12 p.m. on April 7, 2021** the parties are to provide a joint discovery statement, not to exceed three pages, that in table format briefly identifies the current disputes, indicates the status of meet and confer efforts and whether the issue is ripe for a joint submission to the Court. The Court will ask for further submissions as it deems necessary. The Parties are to appear for a joint discovery status hearing on **April 13, 2021 at 11 a.m**.

Additionally, the Court is in receipt of the Parties Joint Discovery Submission. Dkt. 119.[1] Discovery completed thus far indicates that there may be preservation and production obligations arising out of certain "systems, server and network logs." That issue is currently being addressed in related case *Calhoun v. Google LLC*, Case No. 20-cv-5146-LHK, and determinations made in that case are likely to impact this case. The Court will address this issue with the Parties at the hearing on April 13. For now, it will suffice to note that the Parties will be bound by any order of

---

[1] Filed under seal at Dkt. No. 118-4.

this Court as to obligations to preserve and produce evidence, and such orders may well supersede the ESI order.

**SO ORDERED.**

Dated: April 5, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge