# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER RE: GOOGLE DOCUMENT CUSTODIANS** |

### [PROPOSED] ORDER

Before the Court is the parties' Joint Letter Brief Re: Google Document Custodians ("Joint Letter Brief"). Having considered the parties' Joint Letter Brief, and good cause having been shown, the Court **GRANTS** Plaintiffs' motion. The following individuals are designated as document custodians:

1. Sundar Pichai
2. Unni Narayana
3. Jan Hannemann
4. Eric Miraglia

5. Rahul Roy-Chowdhury

6. Keith Enright

7. Stephan Micklitz.

**IT IS SO ORDERED.**

DATED: _____    _____

                                                    Honorable Susan van Keulen
                                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:   Honorable Susan Van Keulen |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Letter Brief Re: Google Document Custodians ("Joint Letter Brief"). Having considered Plaintiffs' Motion and all other matters properly considered by this Court, and consistent with Google's positions as laid out in the Joint Letter Brief, the Court finds there is good cause to **DENY** Plaintiffs' request to add custodians.

**THEREFORE, IT IS ORDERED** that, for the reasons stated by Google in the Joint Letter Brief, Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: _____

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge