UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-CV-03664-LHK<br><br>**ORDER GRANTING MOTION TO RELATE**<br><br>Re: Dkt. No. 123 |

The Court GRANTS Benjamin Hewitt and Kimberley Woodruff's motion to relate *Hewitt v. Google LLC*, No. 21-CV-02155-BLF (N.D. Cal. filed Mar. 29, 2021), to the above captioned case and to *Calhoun v. Google*, No. 20-CV-05146-LHK (N.D. Cal. filed July 27, 2020).

**IT IS SO ORDERED.**

Dated: April 9, 2021

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge