UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.,

          Plaintiffs,

   v.

GOOGLE LLC,

          Defendant.

Case No.  20-cv-03664-LHK   (SVK)

**DISCOVERY ORDER FOLLOWING APRIL 13, 2021 HEARING**

Re: Dkt. Nos. 127, 129

The Parties appeared on April 13, 2021 for a hearing regarding discovery issues set forth at Dkt. Nos. 127, 129.  The Court's rulings and the status of unresolved disputes are set forth in Exhibit A.  To the extent issues were not ripe for resolution at the hearing, the Parties are ORDERED to continue robust meet and confer efforts over the next ten days.  <u>Counsel participating in meet and confer must have authority to negotiate on behalf of the Parties.</u>

To the extent the Court directs the Parties to provide further briefing on certain issues, such briefing will be in a single, joint submission, which is due on Friday, April 23, 2021 at 12 p.m. That submission will consist of:  (1) one joint statement with supplemental briefing where requested, limited to 2 pages per issue (one page per party), single spaced, in 12-point type with no footnotes; (2) an updated version of Exhibit A that reflects the current status of the disputes; and (3) a chart setting out disputes regarding written discovery, as specified in the undersigned's Civil Scheduling and Discovery Standing Order.

The Court will hold a further discovery hearing on Thursday, April 29, 2021 at 1:30 p.m.

**SO ORDERED.**

Dated: April 13, 2021

_____

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California