QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant; additional counsel listed in signature blocks below*

BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE LEAVE TO FILE SECOND AMENDED COMPLAINT AND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge:  Honorable Lucy H. Koh |

This stipulation is entered into between Plaintiffs Chasom Brown, Maria Nguyen, William Byatt, Jeremy Davis, and Christopher Castillo (collectively, "Plaintiffs") and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, Plaintiffs filed their First Amended Class Action Complaint ("First Amended Complaint") on September 21, 2020 (Dkt. No. 68);

WHEREAS, Google filed its Motion to Dismiss Plaintiffs' First Amended Complaint on October 21, 2020 (Dkt. No. 82);

WHEREAS, the Court issued an order denying Google's Motion to Dismiss Plaintiffs' First Amended Complaint on March 12, 2021 (Dkt. No. 113);

WHEREAS, the Parties stipulated to extend the deadline for Google to file its Answer to Plaintiffs' First Amended Complaint to April 16, 2021 (Dkt. No. 117), and the Court ordered as such pursuant to the stipulation (Dkt. No. 122);

WHEREAS, Plaintiffs seek leave to file their Second Amended Class Action Complaint ("Second Amended Complaint"), attached hereto as Exhibit A.  A redline comparing the First Amended Complaint to the Second Amended Complaint is attached hereto as Exhibit B;

WHEREAS, subject to Court approval, the Parties agree that Google shall respond to Plaintiffs' Second Amended Complaint within 30 days of Plaintiffs filing their new Complaint;

WHEREAS, subject to Court approval, the Parties agree that should Google move to dismiss Plaintiffs' Second Amended Complaint, Google shall file its Answer 30 days after the Court's ruling on the motion to dismiss;

NOW THEREFORE, the Parties stipulate as follows:

(1) Google's April 16, 2021 deadline to answer Plaintiffs' First Amended Complaint is hereby VACATED.

(2) Plaintiffs' request for leave to file their Second Amended Complaint is hereby GRANTED.

(3) Google shall respond to the Second Amended Complaint within 30 days of Plaintiffs filing their new Complaint.  Should Google move to dismiss Plaintiffs' Second Amended

Complaint, Google shall file its Answer 30 days after the Court's ruling on the motion to dismiss.

DATED: April 14, 2021                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ *Andrew H. Schapiro*
     Andrew H. Schapiro (admitted *pro hac vice*)
     andrewschapiro@quinnemanuel.com
     191 N. Wacker Drive, Suite 2700
     Chicago, IL 60606
     Tel: (312) 705-7400
     Fax: (312) 705-7401

     Stephen A. Broome (CA Bar No. 314605)
     stephenbroome@quinnemanuel.com
     Viola Trebicka (CA Bar No. 269526)
     violatrebicka@quinnemanuel.com
     865 S. Figueroa Street, 10th Floor
     Los Angeles, CA 90017
     Telephone: (213) 443-3000
     Facsimile: (213) 443-3100

     Diane M. Doolittle (CA Bar No. 142046)
     dianedoolittle@quinnemanuel.com
     Thao Thai (CA Bar No. 324672)
     thaothai@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, CA 94065
     Telephone: (650) 801-5000
     Facsimile: (650) 801-5100

     William A. Burck (admitted *pro hac vice*)
     williamburck@quinnemanuel.com
     Josef Ansorge (admitted *pro hac vice*)
     josefansorge@quinnemanuel.com
     1300 I. Street, N.W., Suite 900
     Washington, D.C. 20005
     Telephone: 202-538-8000
     Facsimile: 202-538-8100

     Jomaire A. Crawford (admitted *pro hac vice*)
     jomairecrawford@quinnemanuel.com
     51 Madison Avenue, 22nd Floor
     New York, NY 10010
     Telephone: (212) 849-7000
     Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant*
Google LLC


| | | |
|---|---|---|
| 1 | DATED: April 14, 2021 | SUSMAN GODFREY L.L.P. |
| 2 | | |
| 3 | | By   /s/ *Amanda Bonn* |
| 4 | | Amanda Bonn (CA Bar No. 270891) |
| | | abonn@susmangodfrey.com |
| 5 | | SUSMAN GODFREY L.L.P. |
| | | 1900 Avenue of the Stars, Suite 1400 |
| 6 | | Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 789-3100 |
| 8 | | Mark C. Mao (CA Bar No. 236165) |
| | | mmao@bsfllp.com |
| 9 | | Sean Phillips Rodriguez (CA Bar No. 262437) |
| 10 | | srodriguez@bsfllp.com |
| | | Beko Rebitz-Richardson (CA Bar No. 238027) |
| 11 | | brichardson@bsfllp.com |
| | | Alexander Justin Konik (CA Bar No. 299291) |
| 12 | | akonik@bsfllp.com |
| 13 | | BOIES SCHILLER FLEXNER LLP |
| | | 44 Montgomery Street, 41st Floor |
| 14 | | San Francisco, CA 94104 |
| | | Telephone: (415) 293 6858 |
| 15 | | Facsimile (415) 999 9695 |
| 16 | | |
| | | James W. Lee (*pro hac vice*) |
| 17 | | jlee@bsfllp.com |
| | | Rossana Baeza |
| 18 | | rbaeza@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 19 | | 100 SE 2nd Street, Suite 2800 |
| 20 | | Miami, FL 33130 |
| | | Telephone: (305) 539-8400 |
| 21 | | Facsimile: (305) 539-1304 |
| 22 | | William Christopher Carmody (*pro hac vice*) |
| | | bcarmody@susmangodfrey.com |
| 23 | | Shawn J. Rabin (*pro hac vice*) |
| | | srabin@susmangodfrey.com |
| 24 | | Steven Shepard (*pro hac vice*) |
| 25 | | sshepard@susmangodfrey.com |
| | | Alexander P. Frawley (*pro hac vice*) |
| 26 | | afrawley@susmangodfrey.com |
| | | SUSMAN GODFREY L.L.P. |
| 27 | | 1301 Avenue of the Americas, 32nd Floor |
| 28 | | New York, NY  10019 |
| | | Telephone: (212) 336-8330 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (pro hac vice)
mram@forthepeople.com
Ra O. Amen (pro hac vice)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Leave to file Second Amended Complaint and Deadline to Respond to Second Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: April 14, 2021          By      */s/ Amanda Bonn*
                                       Amanda Bonn
                                       *Counsel on behalf of Plaintiffs*

### [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS:**

1. Google's April 16, 2021 deadline to answer Plaintiffs' First Amended Class Action Complaint is hereby VACATED.

2. Plaintiffs' request for leave to file their Second Amended Class Action Complaint is hereby GRANTED.  The Second Amended Class Action Complaint (attached as Exhibit A) shall be deemed filed as of the date of this Order.

3. Google shall file its Answer to the Second Amended Class Action Complaint within 30 days of Plaintiffs filing their new Complaint.  Should Google move to dismiss Plaintiffs' Second Amended Class Action Complaint instead, Google shall file its Answer 30 days after the Court's ruling on the motion to dismiss.

**IT IS SO ORDERED.**

DATED: _____, 2021            _____

                                                              Hon. Lucy H. Koh
                                                              United States District Judge