# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 5:20-cv-03664-LHK-SVK <br><br> **[PROPOSED] ORDER RE: GOOGLE SEARCH TERMS** |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Submission Re: Google Search Terms. Having considered the submission, and good cause having been shown, the Court orders as follows:

For the ten Google-selected custodians (Glenn Bernston, Deepti Bhatnager, Sabine Borsay, Greg Fair, Helen Harris, Abdelkarim Mardini, Justin Schuh, Dan Stone, Alexei Svitkine, and Keith Wright) and the five Court-ordered custodians for which Google is to collect and produce documents from June 1, 2014 to the present (Unni Narayanan, Jan Hannemman, Eric Miraglia, Rahul Chowdhury, and Stephan Micklitz), in addition to the 76 searches Google has already agreed to apply, Google shall also apply the following 25 searches:

1. Incognito

2. brows* /2 private*

3. "privacy policy" OR "in control" OR (you* /10 control) OR "your privacy" OR "your data"

4. "Sin Rastro"

5. (incognito OR (brow* /3 private*) OR (private /3 mode)) /p (disclos* OR consent* OR confus* OR understand* OR mislead* OR misled)

6. (incognito OR (private /3 mode) OR (private /3 brows*)) /50 (purpose OR design* OR created OR function* OR operate* OR "works to" OR see* OR visible OR hide* OR conceal* OR track* OR associate* OR disassociate* OR save* OR block* OR prevent*)

7. incognito AND ("privacy policy" OR "privacy notice" OR "incognito screen" OR "new tab" OR represent* OR disclos*)

8. (user* OR consumer* OR person OR people) /50 consent* /50 (data OR information)

9. (incognito OR (private /3 brows*) OR (private /3 mode)) AND (launch* OR release*) AND (benefit* OR "privacy policy" OR (collect* /5 data /5 user*) OR purpose OR goal*)

10. ((incognito OR (private /3 brows*) OR (private /3 mode)) AND ((data OR information) /5 collect*)

11. (associate* OR association) /15 (user* OR account OR profile*)

12. (MyActivity OR "My Activity" OR profile*) AND ((private /3 brows*) OR (private /3 mode) OR incognito)

13. (compli* OR comply OR audit OR investigat*) /50 ((consent /3 decree) OR (consent /3 order) OR FTC OR F.T.C. OR "Federal Trade Commission")

14. (compli* OR comply) /50 ("California Consumer Privacy Act" OR CCPA OR C.C.P.A. "Europe's General Data Privacy Regulation" OR GDPR OR G.D.P.R. OR (privacy /3 law* OR regulation*)

15. (support* OR against* OR lobb*) /25 ("California Consumer Privacy Act" OR CCPA OR C.C.P.A. OR (consumer /3 privacy /3 law*))

16. Apple /15 launch ((private /3 brows*) OR (private /3 mode))

17. ((private /3 brows*) OR (private /3 mode)) /15 Google* /15 power

18. Apple /30 Google* /15 (track* OR collect*) /3 data

19. (Brave OR Loginhood OR Killi OR BIGtoken or "Data Dividend Project" or "Nielsen") AND (monetiz* OR value OR paid OR pay*)

20. (purchase* OR sale OR sell OR market) /25 data

21. market /5 power /25 (search OR browser* OR ads OR advertising)

22. "user data" AND (benefit* OR (revenue* /5 (ad OR advertising) OR "market power" OR (improv* /5 product*) OR (improv* /5 service*))) AND (Analytics OR "Ad Manager")

23. (Brave OR Edge OR Opera OR Safari OR Silk OR Mozilla OR Firefox) /25 ((block* OR limit* OR stop*) /15 ("collection of data" OR "data collection" OR track*))

24. ((Chasom /3 Brown) OR (Maria /3 Nguyen) OR (William /3 Byatt) OR (Jeremy /3 Davis) OR ((Chris OR Christopher) /3 Castillo) OR (incognito)) AND (lawsuit* OR complaint* OR action* OR case)

25. (user* OR consumer*) /10 (control OR consent*) /15 data

For custodians Sundar Pichai and Brian Rakowski, for whom the Court ordered Google to produce documents for the period June 1, 2008 through December 31, 2010, Google shall use the following searches, which includes the "InPrivate" search Google already agreed to:

1. Incognito;

2. private* /3 (brows* OR mode);

3. inPrivate

4. "privacy policy"

5. (you OR your) /5 (control* OR privacy OR data);

6. (chrome OR "privacy policy" OR "terms of service" OR "terms of use") /p (disclos* OR consent* OR confus* OR understand* OR mislead* OR misled).

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Susan van Keulen
United States Magistrate Judge

CASE NO. 5:20-cv-03664-LHK-SVK
[PROPOSED] ORDER RE: GOOGLE SEARCH TERMS


QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[GOOGLE PROPOSED] ORDER DENYING PLAINTIFFS' ADDITIONAL SEARCH REQUESTS**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[GOOGLE PROPOSED] ORDER**

Before the Court is Plaintiffs' requests related to search terms. Having considered the parties' papers filed in support and in opposition thereto, the Court **DENIES** the Plaintiffs' requests and orders as follows:

For the ten Google-selected custodians for which Google is to collect and produce documents from June 1, 2014 to the present (i.e., Glenn Berntson, Deepti Bhatnagar, Sabine Borsay, Greg Fair, Helen Harris, Abdelkarim Mardini, Justin Schuh, Dan Stone, Alexei Svitkine, and Keith Wright), the Court hereby **DENIES** the Plaintiffs' request that the following additional terms be run in addition to the searches that Google has already agreed to apply, for the reasons stated in Google's portion of the parties' Joint Letter Brief:

1. Incognito
2. brows* /2 private*
3. "privacy policy" OR "in control" OR (you* /10 control) OR "your privacy" OR "your data"
4. "Sin Rastro"
5. (incognito OR (brow* /3 private*) OR (private /3 mode)) /p (disclos* OR consent* OR confus* OR understand* OR mislead* OR misled)
6. (incognito OR (private /3 mode) OR (private /3 brows*)) /50 (purpose OR design* OR created OR function* OR operate* OR "works to" OR see* OR visible OR hide* OR conceal* OR track* OR associate* OR disassociate* OR save* OR block* OR prevent*)
7. incognito AND ("privacy policy" OR "privacy notice" OR "incognito screen" OR "new tab" OR represent* OR disclos*)
8. (user* OR consumer* OR person OR people) /50 consent* /50 (data OR information)
9. (incognito OR (private /3 brows*) OR (private /3 mode)) AND (launch* OR release*) AND (benefit* OR "privacy policy" OR (collect* /5 data /5 user*) OR purpose OR goal*)
10. ((incognito OR (private /3 brows*) OR (private /3 mode)) AND ((data OR information) /5 collect*)
11. (associate* OR association) /15 (user* OR account OR profile*)

12. (MyActivity OR "My Activity" OR profile*) AND ((private /3 brows*) OR (private /3 mode) OR incognito)

13. (Brave OR Loginhood OR Killi OR BIGtoken or "Data Dividend Project" or "Nielsen") AND (monetiz* OR value OR paid OR pay*)

14. "user data" AND (benefit* OR (revenue* /5 (ad OR advertising) OR "market power" OR (improv* /5 product*) OR (improv* /5 service*))) AND (Analytics OR "Ad Manager")

15. (Brave OR Edge OR Opera OR Safari OR Silk OR Mozilla OR Firefox) /25 ((block* OR limit* OR stop*) /15 ("collection of data" OR "data collection" OR track*))

16. ((Chasom /3 Brown) OR (Maria /3 Nguyen) OR (William /3 Byatt) OR (Jeremy /3 Davis) OR ((Chris OR Christopher) /3 Castillo) OR (incognito)) AND (lawsuit* OR complaint* OR action* OR case)

17. (user* OR consumer*) /10 (control OR consent*) /15 data

For the ten Google-selected custodians for which Google is to collect and produce documents from June 1, 2014 to the present (i.e., Glenn Berntson, Deepti Bhatnagar, Sabine Borsay, Greg Fair, Helen Harris, Abdelkarim Mardini, Justin Schuh, Dan Stone, Alexei Svitkine, and Keith Wright), the Court hereby **DENIES** the Plaintiffs' request that the following additional terms be run pending the parties' either resolving or briefing the propriety of the Requests for Production associated with the following terms:

18. (compli* OR comply OR audit OR investigat*) /50 ((consent /3 decree) OR (consent /3 order) OR FTC OR F.T.C. OR "Federal Trade Commission")

19. (compli* OR comply) /50 ("California Consumer Privacy Act" OR CCPA OR C.C.P.A. "Europe's General Data Privacy Regulation" OR GDPR OR G.D.P.R. OR (privacy /3 law* OR regulation*)

20. (support* OR against* OR lobb*) /25 ("California Consumer Privacy Act" OR CCPA OR C.C.P.A. OR (consumer /3 privacy /3 law*))

21. Apple /15 launch ((private /3 brows*) OR (private /3 mode))

22. Apple /30 Google* /15 (track* OR collect*) /3 data

23. market /5 power /25 (search OR browser* OR ads OR advertising)

24. (purchase* OR sale OR sell OR market) /25 data

25. ((private /3 brows*) OR (private /3 mode)) /15 Google* /15 power

For the two additional custodians for whom Google is to collect and produce documents for the period June 1, 2008 through December 31, 2010 (i.e., Sundar Pichai and Brian Rakowski), and the five additional custodians for whom Google is to collect and produce documents from June 1, 2014 to the present (i.e., Unni Narayanan, Jan Hannemman, Eric Miraglia, Rahul Chowdhury, and Stephan Micklitz), the Court hereby **DENIES** the Plaintiffs' request that the Court set aside its Order limiting the five additional custodians to ten search terms, and likewise **DENIES** the Plaintiffs' requested terms and **GRANTS** Google's offered compromise for the reasons stated in Google's portion of the parties' Joint Letter Brief:

1. Incognito /p (Chrome or brows*)
2. private* pre/3 (brows* OR mode)
3. [Domain filter: ("google.com" OR "docs.google.com")] AND (((google OR our) pre/3 "privacy policy") OR ("privacy policy" /5 (create OR creation OR amend* OR revis* OR update OR change)))
4. (you OR your OR yours) /5 ((control* OR privacy OR data) /5 (Chrome OR brows*))
5. ((Google OR our) /5 ("privacy policy" OR "terms of service" OR "terms of use")) /p (disclos* OR consent* OR confus* OR understand* OR mislead* OR misled)

**THEREFORE, IT IS ORDERED** that Plaintiffs' Additional Search Requests are **DENIED**.

**IT IS SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge