# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.: 5:20-cv-03664-LHK-SVK

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUESTED RELIEF FOR PLAINTIFFS' DISPUTE 6 OF THE APRIL 23, 2021 JOINT LETTER BRIEF**

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Dispute 6 from the April 23, 2021 Joint Letter Brief ("Plaintiffs' Dispute 6"). Having considered Plaintiffs' Dispute 6, the papers on file, argument at the April 29, 2021 hearing, and good cause having been shown, the Court **ORDERS** as follows:

By May 10, 2021, Google will produce documents responsive to Plaintiffs' Request for Production No. 10 as follows:

1. Data regarding Google's collection of the X-Client-Data header, including browsing data where there is no X-Client-Data header; and

2. Data tied to the cookies described in Plaintiffs' submission to this Court for Dispute 6.

This relief will not prevent or otherwise exclude Plaintiffs from seeking further relief related to Request for Production No. 10 upon a showing of good cause.

**IT IS SO ORDERED.**

DATED: _____   _____

Honorable Susan van Keulen
United States Magistrate Judge

QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) <br> dianedoolittle@quinnemanuel.com <br> Thao Thai (CA Bar No. 324672) <br> thaothai@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 | Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 | Josef Ansorge (admitted *pro hac vice*) <br> josefansorge@quinnemanuel.com <br> 1300 I. Street, N.W., Suite 900 <br> Washington, D.C. 20005 <br> Telephone: 202-538-8000 <br> Facsimile: 202-538-8100 |
| Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 | Jomaire A. Crawford (admitted *pro hac vice*) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-cv-03664-LHK-SVK <br><br> **[GOOGLE PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST TO COMPEL ADDITIONAL DOCUMENTS RELATED TO CLASS MEMBER IDENTIFICATION (RFP NO. 10)** <br><br> Referral: Hon. Susan van Keulen, USMJ |

1

**[GOOGLE PROPOSED] ORDER**

2   Before the Court is Plaintiffs' Request to Compel Additional Documents Related to Class

3  Member Identification (RFP No. 10) ("Plaintiffs' Request to Compel"). Having considered the

4  parties' papers filed in support and in opposition to Plaintiffs' Request to Compel, the Court hereby

5  **DENIES** Plaintiffs' Request to Compel.

6   **THEREFORE, IT IS ORDERED** that Plaintiffs' Request to Compel is **DENIED**.

7   **IT IS SO ORDERED.**

8

9  DATED: _____

10                                              HON. SUSAN VAN KEULEN
                                                United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28