1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.: 5:20-cv-03664-LHK-SVK

**[PROPOSED] ORDER RE: SEALING PORTIONS OF JOINT DISCOVERY STATEMENT**

**[PROPOSED] ORDER**

Before the Court is the Administrative Motion to Seal Portions of the Joint Discovery Statement (the "Motion"). ECF No. 139. Having considered the Motion, supporting declaration, and other papers on file, and good cause having been shown, the Court **ORDERS** as follows:

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| Chart C to Joint Discovery Statement, ECF No. 139-3. | GRANTED as to redacted portions at pages 30, 31, 32, 36, and 37. | Narrowly tailored to protect Plaintiffs' sensitive and confidential information concerning details of their private browsing and personal email addresses, which Plaintiffs maintain is confidential and not generally known to the public. |

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable Susan van Keulen
United States Magistrate Judge