1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Diane M. Doolittle (CA Bar No. 142046)         Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com               andrewschapiro@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor             191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                      Chicago, IL 60606
4  Telephone: (650) 801-5000                     Telephone: (312) 705-7400
5  Facsimile: (650) 801-5100                     Facsimile: (312) 705-7401

6  Stephen A. Broome (CA Bar No. 314605)         Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com                josefansorge@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)            1300 I. Street, N.W., Suite 900
   violatrebicka@quinnemanuel.com                Washington, D.C. 20005
8  865 S. Figueroa Street, 10th Floor            Telephone: 202-538-8000
9  Los Angeles, CA 90017                         Facsimile: 202-538-8100
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

11
   Jonathan Tse (CA Bar No. 305468)              Jomaire A. Crawford (admitted *pro hac vice*)
12 jonathantse@quinnemanuel.com                  jomairecrawford@quinnemanuel.com
   50 California Street, 22nd Floor              51 Madison Avenue, 22nd Floor
13 San Francisco, CA 94111                       New York, NY 10010
   Telephone: (415) 875-6600                     Telephone: (212) 849-7000
14 Facsimile: (415) 875-6700                     Facsimile: (212) 849-7100

15 *Attorneys for Defendant Google LLC*

16           UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated, | Case No. 5:20-cv-03664-LHK-SVK |
|---|---|
| Plaintiffs, | **DECLARATION OF JONATHAN TSE IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR HEARING ON JOINT DISCOVERY STATEMENT (DKT. 140)** |
| v. | Referral: Hon. Susan van Keulen, USMJ |
| GOOGLE LLC, | Hearing Date: April 29, 2021 |
| Defendant. | Hearing Time: 1:30 P.M. |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Administrative Motion to Seal the Courtroom for Hearing on Joint Discovery Statement (Dkt. 140).

3. On April 26, 2021, Google asked Plaintiffs to stipulate to sealing the courtroom for the April 29, 2021 hearing. Plaintiffs informed Google that they do not oppose the instant motion.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on April 27, 2021.

DATED:      April 27, 2021                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Jonathan Tse*
       Jonathan Tse

       *Attorney for Defendant*