UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-03664-LHK (SVK)<br><br>**ORDER ON GOOGLE'S ADMINISTRATIVE MOTION TO SEAL COURTROOM FOR APRIL 29, 2021 DISCOVERY HEARING**<br><br>Re: Dkt. No. 142 |

Having considered the unopposed administrative motion by Defendant Google LLC to seal the courtroom for the April 29, 2021 discovery hearing in this case, and good cause appearing, the Court **ORDERS** as follows:

1. The discovery hearing scheduled for April 29, 2021 at 1:30 p.m. will be sealed.
2. Within 7 business days of receipt of the transcript of the April 29 hearing, the parties must <u>jointly</u> submit proposed redactions to the transcript. Unredacted portions of the transcript will be made available to the public.

**SO ORDERED.**

Dated: April 28, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge