BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF APRIL 29 HEARING TRANSCRIPT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

WHEREAS, on April 23, 2021, the parties filed a Joint Discovery Statement Pursuant to Dkt. 133, 133-1 re: Additional Discovery Disputes (Dkt. 140);

WHEREAS, on April 27, 2021, Google filed its Administrative Motion to Seal the Courtroom for Hearing on Joint Discovery Statement (Dkt. 140), which was filed as Dkt. 142;

WHEREAS, on April 28, 2021, the Court granted Google's Administrative Motion to Seal the Courtroom for Hearing on Joint Submission, and ordered that "[w]ithin 7 business days of receipt of the transcript of the April 29 hearing, the parties must jointly submit proposed redactions to the transcript." (Dkt. 143).

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript, which contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to counsel of record in this matter, who are authorized to view this material under the Stipulated Protective Order as Modified by the Court (Dkt. 81);

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the April 29 hearing may be released to counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | | |
|---|---|---|
| 1 | | Respectfully, |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
| 3 | | |
| 4 | */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com | */s/ Mark C. Mao*<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com |
| 5 | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 | Sean Phillips Rodriguez (CA Bar No. 262437) |
| 6 | Tel: (312) 705-7400 | srodriguez@bsfllp.com |
| 7 | Fax: (312) 705-7401 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| 8 | Stephen A. Broome (CA Bar No. 314605)<br>sb@quinnemanuel.com | brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor |
| 9 | Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com | San Francisco, CA 94104<br>Tel: (415) 293 6858 |
| 10 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Fax: (415) 999 9695 |
| 11 | Tel: (213) 443-3000<br>Fax: (213) 443-3100 | James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com |
| 12 | Diane M. Doolittle (CA Bar No. 142046) | Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com |
| 13 | dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor | 100 SE 2nd Street, Suite 2800<br>Miami, FL 33130 |
| 14 | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 | Tel: (305) 539-8400<br>Fax: (305) 539-1304 |
| 15 | Facsimile: (650) 801-5100 | William Christopher Carmody (*pro hac vice*) |
| 16 | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com | bcarmody@susmangodfrey.com |
| 17 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 18 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 19 | Josef Ansorge (admitted *pro hac vice*) | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 20 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 21 | Washington D.C., 20005<br>Tel: (202) 538-8000 | New York, NY 10019<br>Tel: (212) 336-8330 |
| 22 | Fax: (202) 538-8100 | Amanda Bonn (CA Bar No. 270891) |
| 23 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 24 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 25 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Tel: (310) 789-3100 |
| 26 | *Attorneys for Defendant Google LLC* | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 27 | | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 28 | | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |

Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Date: _____, 2021

    _____
    Hon. Susan van Keulen
    United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2021, at Chicago, Illinois.

                */s/ Andrew H. Schapiro*
                Andrew H. Schapiro