**Exhibit A**
**Brown et al. v. Google LLC (20-cv-3664-LHK)**

| Dispute No. | Dispute | Court's Ruling Following 4/29/21 Hearing |
|---|---|---|
| P1 4/7/21 | **Selection of Google custodians**: The parties have a dispute regarding which Google employees to include as document custodians. | Not at issue. |
| P2 4/7/21 | **Google's search terms**: The parties have a dispute regarding which search terms Google should apply to identify potentially responsive documents. | See Order filed herewith. |
| P3 4/7/21 | **Google's production of Plaintiffs' data**: The parties have a dispute regarding Plaintiffs' RFP No. 18: "Documents concerning Plaintiffs, including Plaintiffs' use of Google services, all data collected by Google from and regarding Plaintiffs, and Google's use of all data collected by Google from and regarding Plaintiffs." | See P6 below.  Further, Parties are ordered to continue to meet and confer and to address in May 6, 2021 status report. |
| P4 4/7/21 | **Google server logs**: The parties have a dispute regarding preservation and production of Google server logs regarding Google's collection and use of private browsing information. | See Order filed in related case, *Calhoun, et al., v. Google* (20-5146) |
| P5 4/7/21 | **Google's preservation of custodial ESI:** The parties have a dispute regarding the extent to which the | Not at issue. |

| | | | |
|---|---|---|---|
| | | Court's ESI Order (Dkt. 91) requires Google to preserve custodial ESI back to June 1, 2008. | |
| | P6 4/7/21 | **Class member identification:** The parties have a dispute regarding Plaintiffs' RFP No. 10: "Documents sufficient to identify all alleged class members, including all electronic or physical address information associated with alleged class members." | For RFP Nos. 10 (class identification) and 18 (individuals' data), as an initial step, Google will produce identification data for the named Plaintiffs. Google will promptly supplement any production made to date with authenticated data identifiers as to both the individuals and their devices provided Plaintiffs have provided the necessary device information, as well as unauthenticated data. Following Plaintiffs' review of the supplemental production, the Court may entertain a request for a focused 30(b)6 deposition on identification data. Google's supplemental production is due by 5/12/21; parties to meet and confer and submit any further dispute to the Court by 5/20/21; to be heard on 5/26/21 at 1:30 p.m. |
| | P7 4/7/21 | **Logged in and logged out:** The parties have a dispute regarding what constitutes logged in and logged out behavior. | Not at issue. |
| | P8 4/7/21 | **Plaintiffs' Consulting Experts:** The parties may have a dispute regarding Plaintiffs' ability to show protective order materials to their retained experts. | RESOLVED. |
| | P9 4/23/21 | **Google production of custodial documents responsive to particular requests**: The parties have a dispute regarding whether Google will produce custodial documents responsive to certain document requests. | Parties are to meet and confer and provide status on May 6, 2021. |
| | P10 4/23/21 | **Google timeline for producing custodial documents**: The parties have a | Parties are to meet and confer and provide status on May 6, 2021, including a detailed production timeline committed to |

| | | |
|---|---|---|
| | dispute regarding the timeline for Google's production of custodial documents. | by Google with a completion date of June 18, 2021, in light of the close of fact discovery on August 2, 2021. |
| P11 4/23/21 | **Google's production of Board documents**: The parties have a dispute regarding Google's production of documents responsive to RFP No. 13: "Handouts and presentations to or from any Google C-level executive or board member and committee or board meeting minutes discussing any private browsing mode, including Incognito mode." | Court will allow the additional 2.5 year period.  Google to promptly identify search terms.  Production to be completed by May 28, 2021. |
| P12 4/23/21 | **Google production of other non-custodial documents**:  The parties have a dispute regarding whether Google will produce non-custodial documents responsive to certain document requests. | Parties are to meet and confer and provide status on May 6, 2021. |
| P13 4/23/21 | **Google's responses to Interrogatory Nos. 5-7**:  The parties have a dispute regarding Google's responses to these interrogatories. | Google to respond by May 12, 2021. |
| D1 4/7/21 | Plaintiffs' Responses to Google's Requests for Admissions No. 1 | Parties to meet and confer and provide date certain for amended responses in May 6 status report. |
| D2 4/7/21 | Plaintiffs' Responses to Google's Interrogatories Nos. 1, 2, 4, 5. | Interrogatory no. 1: Plaintiffs to provide verified individualized responses by May 12, 2021 that specifically state if they do not know or remember what they looked at or when. |

| | | | |
|---|---|---|---|
| 1 | | | Interrogatory no. 2:  Plaintiffs to serve amended responses by May 6, 2021. |
| 2 | | | Interrogatory no. 4:   Plaintiffs to provide list of 10 most frequently visited websites and 10 most frequently used apps. Plaintiffs may redact listed items only for personally identifiable information but must identify the general category of website or application. |
| 3 | | | |
| 4 | | | |
| 5 | | | Interrogatory no. 5:   See ruling on Interrogatory No. 1 |
| 6 | D3 4/7/21 | Plaintiffs' Response to Google's Requests for Production Nos. 2, 3, 6, 7. | For RFPs 2, 3 :  Parties to meet and confer and provide status report by May 6, 2021 |
| 7 | | | |
| 8 | | | |
| 9 | | | RFP 6:   Plaintiffs to amend their responses by May 6, 2021 to individually clarify and identify specific documents reviewed referencing, where applicable, specific exhibits to the operative complaint, not merely pointing to large sections of paragraphs therein.  Responses must be verified. |
| 10 | | | |
| 11 | | | |
| 12 | | | RFP 7:  See order re Interrogatory no. 4, above. |
| 13 | D4 4/7/21 | Plaintiffs' Responses to Google's Requests for Admissions Nos. 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 14, 15, 16, 17. | Parties are to meet and confer and provide status on May 6, 2021. |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | D5 4/7/21 | Plaintiffs' Responses to Google's Interrogatories Nos. 7, 9, 10. | Parties are to meet and confer and provide status on May 6, 2021. |
| 18 | | | |