UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**ORDER RE: GOOGLE SEARCH TERMS**<br><br>Re: Dkt. 140 |

Before the Court is the parties' Joint Submission Re: Google Search Terms (Dkt. 140). Having considered the submission, and good cause having been shown, the Court orders as follows:

For the ten Google-selected custodians (Glenn Bernston, Deepti Bhatnager, Sabine Borsay, Greg Fair, Helen Harris, Abdelkarim Mardini, Justin Schuh, Dan Stone, Alexei Svitkine, and Keith Wright), in addition to the 76 searches Google has already agreed to apply, Google shall also apply the following searches as modified and directed below:

1. Incognito - **allowed**
2. brows* /2 private* - **requires further limitation; parties to meet and confer**

-1-

3. "privacy policy" OR "in control" OR (you* /10 control) OR "your privacy" OR "your data" - **requires further limitation; parties to meet and confer**

4. "Sin Rastro" - **requires further limitation; parties to meet and confer**

5. (incognito OR (brow* /3 private*) OR (private /3 mode)) /p (disclos* OR consent* OR confus* OR understand* OR mislead* OR misled) - **allowed**

6. (incognito OR (private /3 mode) OR (private /3 brows*)) /50 (purpose OR design* OR created OR function* OR operate* OR "works to" OR see* OR visible OR hide* OR conceal* OR track* OR associate* OR disassociate* OR save* OR block* OR prevent*) - **allowed**

7. incognito AND ("privacy policy" OR "privacy notice" OR "incognito screen" OR "new tab" OR represent* OR disclos*) - **allowed**

8. (user* OR consumer* OR person OR people) /50 consent* /50 (data OR information) - **allowed**

9. (incognito OR (private /3 brows*) OR (private /3 mode)) AND (launch* OR release*) AND (benefit* OR "privacy policy" OR (collect* /5 data /5 user*) OR purpose OR goal*)- **allowed**

10. ((incognito OR (private /3 brows*) OR (private /3 mode)) AND ((data OR information) /5 collect*)- **allowed**

11. (associate* OR association) /15 (user* OR account OR profile*)- allowed

12. (MyActivity OR "My Activity" OR profile*) AND ((private /3 brows*) OR (private /3 mode) OR incognito) - **allowed**

13. (compli* OR comply OR audit OR investigat*) /50 ((consent /3 decree) OR (consent /3 order) OR FTC OR F.T.C. OR "Federal Trade Commission") - **allowed**

14. (compli* OR comply) /50 ("California Consumer Privacy Act" OR CCPA OR C.C.P.A. "Europe's General Data Privacy Regulation" OR GDPR OR G.D.P.R. OR (privacy /3 law* OR regulation*)- **allowed**

15. (support* OR against* OR lobb*) /25 ("California Consumer Privacy Act" OR CCPA OR C.C.P.A. OR (consumer /3 privacy /3 law*))- **allowed**

16. Apple /15 launch ((private /3 brows*) OR (private /3 mode)) - **allowed**

17. ((private /3 brows*) OR (private /3 mode)) /15 Google* /15 power- **allowed**

18. Apple /30 Google* /15 (track* OR collect*) /3 data- **parties to continue meet and confer and provide status on 5/6/21; Google to provide hit counts**

19. (Brave OR Loginhood OR Killi OR BIGtoken or "Data Dividend Project" or "Nielsen") AND (monetiz* OR value OR paid OR pay*)- **parties to continue meet and confer and provide status on 5/6/21; Google to provide hit counts**

20. (purchase* OR sale OR sell OR market) /25 data- **parties to continue meet and confer and provide status on 5/6/21; Google to provide hit counts**

21. market /5 power /25 (search OR browser* OR ads OR advertising) - **parties to continue meet and confer and provide status on 5/6/21; Google to provide hit counts**

22. "user data" AND (benefit* OR (revenue* /5 (ad OR advertising) OR "market power" OR (improv* /5 product*) OR (improv* /5 service*))) AND (Analytics OR "Ad Manager") **- parties to continue meet and confer and provide status on 5/6/21; Google to provide hit counts**

23. (Brave OR Edge OR Opera OR Safari OR Silk OR Mozilla OR Firefox) /25 ((block* OR limit* OR stop*) /15 ("collection of data" OR "data collection" OR track*))- **parties to continue meet and confer and provide status on 5/6/21; Google to provide hit counts**

24. ((Chasom /3 Brown) OR (Maria /3 Nguyen) OR (William /3 Byatt) OR (Jeremy /3 Davis) OR ((Chris OR Christopher) /3 Castillo) OR (incognito)) AND (lawsuit* OR complaint* OR action* OR case) - **parties to continue meet and confer and provide status on 5/6/21; Google to provide hit counts**

25. (user* OR consumer*) /10 (control OR consent*) /15 data**- parties to continue meet and confer and provide status on 5/6/21; Google to provide hit counts**

For the five Court-ordered custodians (Dkt. 133-1) for which Google is to collect and produce documents from June 1, 2014 to the present (Unni Narayanan, Jan Hannemman, Eric Miraglia, Rahul Chowdhury, and Stephan Micklitz), and for the two Court-ordered custodians for which Google to collect and produce documents from June 1, 2008 through December 31, 2010 (Sundar Pichai and Brian Rakowski), Google shall use only the following searches as modified or directed:

1. Incognito; - **allowed**

2. private* /3 (brows* OR mode);  - **needs further limitation**

3. inPrivate - **allowed**

4. "privacy policy" - **needs further limitation**

5. (you OR your) /5 (control* OR privacy OR data); - **allowed**

6. (chrome OR "privacy policy" OR "terms of service" OR "terms of use") /p (disclos* OR consent* OR confus* OR understand* OR mislead* OR misled). - **allowed**

**SO ORDERED.**

DATED: April 30, 2021

                         _____
                         Honorable Susan van Keulen
                         United States Magistrate Judge