1    QUINN EMANUEL URQUHART & SULLIVAN, LLP

2    Diane M. Doolittle (CA Bar No. 142046)        Andrew H. Schapiro (admitted *pro hac vice*)
     dianedoolittle@quinnemanuel.com               andrewschapiro@quinnemanuel.com
3    555 Twin Dolphin Drive, 5th Floor             191 N. Wacker Drive, Suite 2700
     Redwood Shores, CA 94065                      Chicago, IL 60606
4    Telephone: (650) 801-5000                     Telephone: (312) 705-7400
     Facsimile: (650) 801-5100                     Facsimile: (312) 705-7401
5

6    Stephen A. Broome (CA Bar No. 314605)         Josef Ansorge (admitted *pro hac vice*)
     stephenbroome@quinnemanuel.com                josefansorge@quinnemanuel.com
7    Viola Trebicka (CA Bar No. 269526)            1300 I. Street, N.W., Suite 900
     violatrebicka@quinnemanuel.com                Washington, D.C. 20005
8    865 S. Figueroa Street, 10th Floor            Telephone: 202-538-8000
     Los Angeles, CA 90017                         Facsimile: 202-538-8100
9    Telephone: (213) 443-3000
     Facsimile: (213) 443-3100
10

11   Jonathan Tse (CA Bar No. 305468)              Jomaire A. Crawford (admitted *pro hac vice*)
     jonathantse@quinnemanuel.com                  jomairecrawford@quinnemanuel.com
12   50 California Street, 22nd Floor              51 Madison Avenue, 22nd Floor
     San Francisco, CA 94111                       New York, NY 10010
13   Telephone: (415) 875-6600                     Telephone: (212) 849-7000
     Facsimile: (415) 875-6700                     Facsimile: (212) 849-7100
14

15   *Attorneys for Defendant Google LLC*

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18
     CHASOM BROWN, WILLIAM BYATT,            Case No. 5:20-cv-03664-LHK-SVK
19   JEREMY DAVIS, CHRISTOPHER
     CASTILLO, and MONIQUE TRUJILLO,         **[PROPOSED] ORDER GRANTING**
20   individually and on behalf of all similarly   **ADMINISTRATIVE MOTION TO SEAL**
     situated,                                **JOINT SUBMISSION IN RESPONSE TO**
21                                            **DKT. 147, 147-1**
           Plaintiffs,
22                                            Referral: Hon. Susan van Keulen, USMJ
           v.
23
24   GOOGLE LLC,

25         Defendant.

26

27

28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal portions of the parties' Joint Submission submitted pursuant to the Court's April 30 Discovery Order, Dkt. 147, 147-1 (the "Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Joint Submission | Google | GRANTED as to redacted portions at at 2, 3 (P3) | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to the cookies Google uses internally and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____      _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge