# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>  GOOGLE LLC,<br><br>              Defendant. | Case No.:  5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ONSITE ACCESS TO INTERNAL GOOGLE TOOLS AND DATA** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' request for Google to provide Plaintiffs' attorneys and experts with certain onsite access to internal Google tools and data.

Having considered Plaintiffs' request, and good cause having been shown, the Court **ORDERS** as follows:

By May 27, 2021, Google will permit Plaintiffs' attorneys and experts onsite access to a clean room in which Plaintiffs' attorneys and experts will be permitted to access and use internal Google tools, logs, and data for purposes of identifying the authenticated and unauthenticated data concerning the named plaintiffs and their devices.  Plaintiffs' attorneys and experts will be granted access to and use of the following tools and data:

1.   The search tool shown in GOOG-BRWN-00028290;

2.   Any logs, databases, or other data structures containing data and information concerning the named plaintiffs, their devices, and/or their browsers, whether authenticated or unauthenticated;

3.   Any additional tools or data necessary for purposes of identifying the authenticated and unauthenticated identifiers tied to the named plaintiffs, their devices, and/or their browsers.

1     Google will make these tools and data available at a location of Google's choosing.  Google

2 may supervise Plaintiffs' attorneys and experts' access to and use of these tools and data.

3     Google will also in advance provide Plaintiffs' attorneys and experts with documents

4 sufficient to guide their use of the tools and data, including documents that describe the data format

5 and fields.

6     Any access to Google tools and data and any information derived therefrom will be subject

7 to the terms of the parties' Stipulated Protective Order (Dkt. No. 81).

8     This relief will not prevent or otherwise exclude Plaintiffs from seeking further relief

9 related to Request for Production Nos. 10 and 18 (Disputes P6 and P3) upon a showing of good

10 cause.

11     **IT IS SO ORDERED.**

12

13 DATED: _____          _____

14                                        Honorable Susan van Keulen
                                         United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP

2   Diane M. Doolittle (CA Bar No. 142046)          Andrew H. Schapiro (admitted *pro hac vice*)
    dianedoolittle@quinnemanuel.com                 andrewschapiro@quinnemanuel.com
3   555 Twin Dolphin Drive, 5th Floor               191 N. Wacker Drive, Suite 2700
    Redwood Shores, CA 94065                        Chicago, IL 60606
4   Telephone: (650) 801-5000                       Telephone: (312) 705-7400
    Facsimile: (650) 801-5100                       Facsimile: (312) 705-7401
5

6   Stephen A. Broome (CA Bar No. 314605)           Josef Ansorge (admitted *pro hac vice*)
    stephenbroome@quinnemanuel.com                  josefansorge@quinnemanuel.com
7   Viola Trebicka (CA Bar No. 269526)              1300 I. Street, N.W., Suite 900
    violatrebicka@quinnemanuel.com                  Washington, D.C. 20005
8   865 S. Figueroa Street, 10th Floor              Telephone: 202-538-8000
    Los Angeles, CA 90017                           Facsimile: 202-538-8100
9   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
10

11  Jonathan Tse (CA Bar No. 305468)                Jomaire A. Crawford (admitted *pro hac vice*)
    jonathantse@quinnemanuel.com                    jomairecrawford@quinnemanuel.com
12  50 California Street, 22nd Floor                 51 Madison Avenue, 22nd Floor
    San Francisco, CA 94111                         New York, NY 10010
13  Telephone: (415) 875-6600                        Telephone: (212) 849-7000
    Facsimile: (415) 875-6700                        Facsimile: (212) 849-7100
14

15  *Attorneys for Defendant Google LLC*

16                 UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18
    CHASOM BROWN, WILLIAM BYATT,            Case No. 5:20-cv-03664-LHK-SVK
19  JEREMY DAVIS, CHRISTOPHER
    CASTILLO, and MONIQUE TRUJILLO,         **[GOOGLE PROPOSED] ORDER**
20  individually and on behalf of all similarly   **DENYING PLAINTIFFS' ONSITE**
    situated,                               **ACCESS TO INTERNAL GOOGLE**
21                                          **TOOLS AND DATA**
            Plaintiffs,
22                                          Referral: Hon. Susan van Keulen, USMJ
            v.
23
    GOOGLE LLC,
24
            Defendant.
25

26

27

28

**[GOOGLE PROPOSED] ORDER**

Before the Court is Plaintiffs' request for Google to provide Plaintiffs' attorneys and experts with certain onsite access to Google's internal system and raw data. Having considered the parties' papers filed in support and in opposition to Plaintiffs' request, the Court hereby **DENIES** Plaintiffs' request.

**THEREFORE, IT IS ORDERED** that Plaintiffs' request to access Google's internal systems and raw data is **DENIED**.

**IT IS SO ORDERED**.

DATED: _____          _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge