UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 20-cv-03664-LHK (SVK)<br><br>**INTERIM DISCOVERY ORDER RE MAY 6, 2021 JOINT SUBMISSION**<br><br>Re: Dkt. No. 155 |

       The Court is in receipt of the Parties' joint submission at Dkt. 155. To assist the Parties' continuing meet and confer efforts, the Court ORDERS as provided in Ex. A.

**SO ORDERED.**

Dated: May 10, 2021

SUSAN VAN KEULEN
United States Magistrate Judge