*Brown v. Google LLC*
20-cv-3664-LHK

| Dispute No. | Dispute | Court order (5/10/2021) |
|---|---|---|
| P2<br>4/7/21 | **Google's search terms**: The parties have a dispute regarding which search terms Google should apply to identify potentially responsive documents. | Intentionally left blank. |
| P3<br>4/7/21 | **Google's production of Plaintiffs' data**: The parties have a dispute regarding Plaintiffs' RFP No. 18: "Documents concerning Plaintiffs, including Plaintiffs' use of Google services, all data collected by Google from and regarding Plaintiffs, and Google's use of all data collected by Google from and regarding Plaintiffs." | The Court will address this issue on the timetable provided in Dkt. 147, as modified by the Court on May 7, 2021. |
| P9<br>4/23/21 | **Google production of custodial documents responsive to particular requests**: The parties have a dispute regarding whether Google will produce custodial documents responsive to certain document requests. | Intentionally left blank. |
| P10<br>4/23/21 | **Google timeline for producing custodial documents**: The parties have a dispute regarding the timeline for Google's production of custodial documents. | Intentionally left blank. |
| P12<br>4/23/21 | **Google production of other non-custodial documents**: The parties have a dispute regarding whether Google will produce non-custodial documents responsive to certain document requests. | Intentionally left blank. |
| D1<br>4/7/21 | Plaintiffs' Responses to Google's Requests for Admissions No. 1 | Intentionally left blank. |

| Dispute No. | Dispute | Court order (5/10/2021) |
|---|---|---|
| D2 4/7/21 | Plaintiffs' Responses to Google's Interrogatories Nos. 1, 2, 4, 5. | Intentionally left blank. |
| D3 4/7/21 | Plaintiffs' Response to Google's Requests for Production Nos. 2, 3, 6, 7. | Intentionally left blank. |
| D4 4/7/21 | Plaintiffs' Responses to Google's Requests for Admissions Nos. 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 14, 15, 16, 17. | Intentionally left blank. |
| D5 4/7/21 | Plaintiffs' Responses to Google's Interrogatories Nos. 7, 9, 10. | Intentionally left blank. |