1

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTING PROPOSED REDACTIONS TO TRANSCRIPT OF APRIL 29, 2021 HEARING**<br><br>Judge:   Honorable Susan van Keulen |

1     Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and

2   Google LLC ("Google"), collectively referred to as the "Parties."

3     WHEREAS, on April 28, 2021, the Court entered an order (Dkt. No. 143) granting Google's

4   Administrative Motion to Seal Courtroom for the April 29, 2021 hearing and directing the parties

5   to jointly submit proposed redactions to the April 29, 2021 hearing transcript ("Hearing Transcript")

6   within 7 business days of receipt of the Hearing Transcript.

7     WHEREAS, the parties received the Hearing Transcript on May 3, 2021 and the deadline to

8   submit the redactions pursuant to the Court's April 28, 2021 order (Dkt. No. 143) is May 12, 2021.

9     WHEREAS, the Parties agree that an extension of time to submit redactions to the Hearing

10   Transcript will enable the Parties to continue to consider as well as meet and confer to discuss the

11   information proposed to be redacted.

12     NOW THEREFORE, the Parties stipulate to extend the deadline by which the Parties shall

13   submit proposed redactions to the Hearing Transcript, to May 19, 2021.

14   DATED:  May 12, 2021          MORGAN & MORGAN

15

16                                By _____*/s/ Ryan J. McGee*_____
                                       Ryan J. McGee

17                                     *Counsel on behalf of Plaintiffs*

18   DATED:  May 12, 2021          QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
19

20                                By _____*/s/ Andrew H. Schapiro*_____
                                       Andrew H. Schapiro

21                                     *Counsel on behalf of Google*

22

23

24

25

26

27

28

                                            -1-                    Case No. 5:20-cv-03664-LHK-SVK
                              JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
01980-00178/12703739.1                      SUBMITTING PROPOSED REDACTIONS

1

## **ATTESTATION OF CONCURRENCE**

2

3

4

5

        I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Extending Time For Submitting [Proposed] Redactions to the transcript of the April 29, 2021 hearing. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

6

7

8

Dated: May 12, 2021

By _____ */s/ Andrew H. Schapiro* _____
        Andrew H. Schapiro
        *Counsel on behalf of Google*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2        Pursuant to stipulation of the parties, the Court hereby **ORDERS:**

3        The deadline for the Parties to file their proposed redactions to the April 29, 2021 hearing

4    transcript shall be extended to May 19, 2021.

5

6

7        **IT IS SO ORDERED.**

8    DATED: _____, 2021                    _____

9                                                      Hon. Susan van Keulen
                                                       United States District Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28