1  **QUINN EMANUEL URQUHART &
   SULLIVAN, LLP**
2  Andrew H. Schapiro (admitted *pro hac vice*)
   *andrewschapiro@quinnemanuel.com*
3  191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
4  Tel: (312) 705-7400
5  Fax: (312) 705-7401

6  Stephen A. Broome (CA Bar No. 314605)
   *stephenbroome@quinnemanuel.com*
7  Viola Trebicka (CA Bar No. 269526)
   *violatrebicka@quinnemanuel.com*
8  865 S. Figueroa Street, 10th Floor
9  Los Angeles, CA 90017
   Tel: (213) 443-3000
10 Fax: (213) 443-3100

11  *Counsel for Defendant*

12

13            **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
14

15  CHASOM BROWN, WILLIAM BYATT,          Case No. 5:20-cv-03664-LHK-SVK
    JEREMY DAVIS, CHRISTOPHER
16  CASTILLO, and MONIQUE TRUJILLO,       **DECLARATION OF VIOLA TREBICKA
17  individually and on behalf of all similarly   IN SUPPORT OF JOINT STIPULATION
    situated,                             AND [PROPOSED] ORDER EXTENDING
18                                        TIME FOR SUBMITTING PROPOSED
           Plaintiffs,                    REDACTIONS TO TRANSCRIPT OF
19                                        APRIL 29, 2021 HEARING**
           v.
20                                        Judge:   Honorable Susan van Keulen
    GOOGLE LLC,
21
           Defendant.
22

23
24
25
26
27
28

I, Viola Trebicka, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendant Google LLC ("Google") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I submit this declaration in support of the Joint Stipulation And [Proposed] Order Extending Time For Submitting Proposed Redactions of the Transcript of the April 29, 2021 Hearing ("Proposed Redactions"), which was sealed pursuant to the Court's April 28, 2021 order (Dkt. 143).

3. There have been no previous requests to extend this deadline.

4. This extension will not affect any other case deadlines.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on May 12, 2021.

                        */s/ Viola Trebicka*
                        Viola Trebicka