| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendant* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTING PROPOSED REDACTIONS TO TRANSCRIPT OF APRIL 29, 2021 HEARING**<br><br>Judge:   Honorable Susan van Keulen |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties." |

1    Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and
2    Google LLC ("Google"), collectively referred to as the "Parties."
3    WHEREAS, on April 28, 2021, the Court entered an order (Dkt. No. 143) granting Google's
4    Administrative Motion to Seal Courtroom for the April 29, 2021 hearing and directing the parties
5    to jointly submit proposed redactions to the April 29, 2021 hearing transcript ("Hearing Transcript")
6    within 7 business days of receipt of the Hearing Transcript.
7    WHEREAS, the parties received the Hearing Transcript on May 3, 2021 and the deadline to
8    submit the redactions pursuant to the Court's April 28, 2021 order (Dkt. No. 143) is May 12, 2021.
9    WHEREAS, the Parties agree that an extension of time to submit redactions to the Hearing
10   Transcript will enable the Parties to continue to consider as well as meet and confer to discuss the
11   information proposed to be redacted.
12   NOW THEREFORE, the Parties stipulate to extend the deadline by which the Parties shall
13   submit proposed redactions to the Hearing Transcript, to May 19, 2021.

14   DATED: May 12, 2021                 MORGAN & MORGAN

16                                      By  */s/ Ryan J. McGee*
                                            Ryan J. McGee
17                                          *Counsel on behalf of Plaintiffs*

18   DATED: May 12, 2021                 QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

20                                      By  */s/ Andrew H. Schapiro*
                                            Andrew H. Schapiro
21                                          *Counsel on behalf of Google*

01980-00178/12703739.1

-1-    Case No. 5:20-cv-03664-LHK-SVK
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
SUBMITTING PROPOSED REDACTIONS

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Extending Time For Submitting [Proposed] Redactions to the transcript of the April 29, 2021 hearing. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: May 12, 2021

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS:**

The deadline for the Parties to file their proposed redactions to the April 29, 2021 hearing transcript shall be extended to May 19, 2021.

**IT IS SO ORDERED.**

DATED: __May 13__, 2021

_____
Hon. Susan van Keulen
United States District Magistrate Judge