1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-cv-03664-LHK

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE'S MOTION TO DISMISS COUNTS SIX AND SEVEN OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

Judge:    Honorable Lucy H. Koh

18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") Motion to Dismiss Counts Six and Seven of Plaintiffs' Second Amended Complaint ("Motion to Dismiss"). Having considered the parties' papers filed in support of and in opposition to the Motion to Dismiss, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion to Dismiss.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Memorandum of Points and Authorities in Support of Google's Motion to Dismiss, the Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts Six and Seven of Plaintiffs' Second Amended Complaint are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: _____, 2021                    _____

Hon. Lucy H. Koh
United States District Judge