QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>      Plaintiffs,<br><br>            v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**DECLARATION OF ANDREW H. SCHAPIRO IN SUPPORT OF DEFENDANT GOOGLE'S MOTION TO DISMISS COUNTS SIX AND SEVEN OF PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>The Honorable Lucy H. Koh<br>Courtroom 8 – 4th Floor<br>Date:   September 30, 2021<br>Time:   1:30 p.m. |

**DECLARATION OF ANDREW H. SCHAPIRO**

I, Andrew H. Schapiro, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Illinois and admitted to practice *pro hac vice* in the Northern District of California by this Court. Dkt. 37. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Google's Privacy Policy in effect between March 25, 2016 and June 28, 2016, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20160325.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Google's Privacy Policy in effect between June 28, 2016 and August 29, 2016, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20160628.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Google's Privacy Policy in effect between August 29, 2016 and March 1, 2017, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20160829.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Google's Privacy Policy in effect between March 1, 2017 and April 17, 2017, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20170301.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Google's Privacy Policy in effect between April 17, 2017 and October 2, 2017, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20170417.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Google's Privacy Policy in effect between October 2, 2017 and December 18, 2017, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20171002.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Google's Privacy Policy in effect between December 18, 2017 and May 25, 2018, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20171218.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Google's Privacy Policy in effect between May 25, 2018 and January 22, 2019, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20180525.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Google's Privacy Policy in effect between January 22, 2019 and October 15, 2019, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20190122.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Google's Privacy Policy in effect between October 15, 2019 and December 19, 2019, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20191015.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Google's Privacy Policy in effect between December 19, 2019 and March 31, 2020, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20191219.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Google's Privacy Policy in effect between March 31, 2020 and July 1, 2020, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20200331.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Google's Privacy Policy in effect between July 1, 2020 and August 28, 2020, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/privacy/archive/20200701.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Google's Privacy Policy in effect between August 28, 2020 and September 30, 2020, which I last accessed on October 21, 2020 on the publicly available website at https://policies.google.com/privacy/archive/20200828.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Google's Privacy Policy in effect between September 30, 2020 and February 4, 2021, which I last accessed on May 16, 2021 on the publicly available website at https://policies.google.com/privacy/archive/20200930.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Google's current Privacy Policy in effect since February 4, 2021, which I last accessed on May 16, 2021 on the publicly available website at https://policies.google.com/privacy.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Google's Terms of Service in effect between April 14, 2014 and October 25, 2017, which I last accessed on October 21, 2020 on the publicly available website https://policies.google.com/terms/archive/20140414.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Google's Terms of Service in effect between October 25, 2017 and March 31, 2020, which I last accessed on May 17, 2021 on the publicly available website https://policies.google.com/terms/archive/20171025?hl=en-US.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Google's current Terms of Service in effect since March 31, 2020, which I last accessed on May 16, 2021 on the publicly available website at https://policies.google.com/terms?hl=en-US.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Google's Chrome Privacy Notice archived on September 1, 2015, which I last accessed on October 21, 2020 on the publicly available website https://www.google.com/intl/en/chrome/privacy/archive/20150901/.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Google's Chrome Privacy Notice archived on June 21, 2016, which I last accessed on October 21, 2020 on the publicly available website https://www.google.com/chrome/privacy/archive/20160621/.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Google's Chrome Privacy Notice archived on May 20, 2020, which I last accessed on May 17, 2021 on the publicly available website https://www.google.com/chrome/privacy/archive/20200520/.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the "Search & browse privately" page from Google Help Center for computer devices, which I last accessed on October 21, 2020 on the publicly available website https://support.google.com/websearch/answer/4540094?co=GENIE.Platform%3DDesktop.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the "How private browsing works in Chrome" page from Google Chrome Help Center for computer devices, which I last accessed

1 | on October 21, 2020 on the publicly available website
2 | https://support.google.com/chrome/answer/7440301?co=GENIE.Platform%3DDesktop.

26. Relevant language in these Exhibits have been highlighted in yellow for the Court's convenience.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 17th day of May, 2021, at Chicago, Illinois.

/s/ *Andrew H. Schapiro*