1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF GOOGLE'S MOTION TO DISMISS COUNTS SIX AND SEVEN OF PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge:   Honorable Lucy H. Koh |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") Request for Judicial Notice in Support of Google's Motion to Dismiss Counts Six and Seven of Plaintiffs' Second Amended Complaint ("Request for Judicial Notice").  Having considered the parties' papers filed in support of and in opposition to the Request for Judicial Notice, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** Google's Request for Judicial Notice.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Memorandum of Points and Authorities in support of the Request for Judicial Notice, the Court takes judicial notice of Exhibits 1 through 24 of the Declaration of Andrew H. Schapiro in support of Google's Motion to Dismiss Counts Six and Seven of Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2021                    _____

                                                                                Hon. Lucy H. Koh
                                                                                United States District Judge