UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-03664-LHK <br><br> **ORDER RE: COURT'S WEBSITE** |

In response to a recent media inquiry, the Court clarifies for all that the Court's website during the February 25, 2021 motion to dismiss hearing did use the Nonprofit version of Google's ProSE and had the settings set to turn off ads and promotions. However, due to an incorrect configuration, the Court's website did not turn off ads and promotions. As of March 18, 2021, this has been corrected.

**IT IS SO ORDERED.**

Dated: May 18, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-03664-LHK
ORDER RE: COURT'S WEBSITE