UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[JOINT PROPOSED] AMENDED CASE MANAGEMENT ORDER** |

　　　On May 19, 2021, the parties filed a joint case management statement. A case management conference was held on May 26, 2021.

A further case management conference is set for _____, at _____.  The parties shall file their supplemental joint case management statement by _____ _____.

　　　The Court set the following case schedule:

| Scheduled Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | August 2, 2021 | November 2, 2021 |
| Last Day to Serve Opening Expert Reports | August 23, 2021 | November 23, 2021 |
| Last Day to Serve Rebuttal Expert Reports | September 13, 2021 | December 17, 2021 |
| Close of Expert Discovery | September 27, 2021 | February 7, 2022 |
| Motion for Class Certification | **Mot**.: October 4, 2021<br>**Opp'n**: November 15, 2021<br>**Reply**: December 20, 2021 | **Mot**.: February 14, 2022<br>**Opp'n**: March 28, 2022<br>**Reply**: April 25, 2022 |
| Class Certification Hearing | January 20, 2022, at 1:30 PM | TBD |

**SO ORDERED.**

DATED: _____

                                        HON. LUCY H. KOH
                                        United States District Judge