1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
4  Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

   Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

6  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
8  865 S. Figueroa Street, 10th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   1300 I. Street, N.W., Suite 900
   Washington, D.C. 20005
   Telephone: 202-538-8000
   Facsimile: 202-538-8100

11
12 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
13 San Francisco, CA 94111
   Telephone: (415) 875-6600
14 Facsimile: (415) 875-6700

   Jomaire A. Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
   New York, NY 10010
   Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

15 *Attorneys for Defendant Google LLC*

16               UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18
19 CHASOM BROWN, WILLIAM BYATT,
   JEREMY DAVIS, CHRISTOPHER
20 CASTILLO, and MONIQUE TRUJILLO,
   individually and on behalf of all similarly
21 situated,
22      Plaintiffs,
23          v.
24 GOOGLE LLC,
25      Defendant.

Case No. 5:20-cv-03664-LHK-SVK

**[PROPOSED] ORDER RE: SEALING PORTIONS OF APRIL 29, 2021 HEARING TRANSCRIPT**

Referral: Hon. Susan van Keulen, USMJ

26
27
28

# [PROPOSED] ORDER

Before the Court is the parties' Joint Submission in Response to Dkt. 143, 163 Regarding Sealing Portions of the April 29, 2021 Hearing Transcript. Having considered the parties' statements and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| **Document Sought to Be Sealed** | **Court's Ruling on Motion to Seal** | **Basis for Sealing Portion of Document** |
|---|---|---|
| April 29, 2021 Hearing Transcript | GRANTED as to redacted portions at 6:17, 6:19, 7:6, 7:7, 7:10, 9:22, 12:3, 12:6-9, 12:11-12, 13:23, 15:10, 17:20-21, 18:8-9, 22:14-15, 22:16-20, 26:9, 26:18, 26:19 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of data logs maintained by Google, Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____    _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge