UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-CV-03664-LHK<br><br>**CASE MANAGEMENT ORDER** |

　　On May 19, 2021, the parties filed a joint case management statement. ECF No. 169 ("JCMS"). The Court continues the May 26, 2021 case management conference to July 28, 2021 at 2:00 p.m. The parties shall file a joint case management statement by July 21, 2021.

　　In the parties' JCMS, the parties request an extension of the case schedule. The Court will grant the parties' requested extension. However, the Court notes that, pursuant to the Civil Justice Reform Act, the Court must enter judgment in the instant case by June 1, 2023. Accordingly, further extensions of the case schedule are strongly disfavored.

　　The Court sets the following case schedule:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | July 28, 2021, at 2:00 p.m. |
| Close of Fact Discovery | November 2, 2021 |
| Opening Expert Reports | November 23, 2021 |

1

Case No. 20-CV-03664-LHK
CASE MANAGEMENT ORDER

| Rebuttal Expert Reports | December 17, 2021 |
|---|---|
| Close of Expert Discovery | February 7, 2022 |
| Last Day to File Motion for Class Certification | **Motion:** February 14, 2022<br>**Opp'n:** March 28, 2022<br>**Reply:** April 25, 2022 |
| Class Certification Hearing | May 19, 2022, at 1:30 p.m. |

**IT IS SO ORDERED**

Dated: May 20, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge