UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL JOINT CASE MANAGEMENT STATEMENT<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal portions of the parties' Joint Case Management Statement (the "Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Joint Case Management Statement | Google | GRANTED as to redacted portions at 6:12-22, 8:2-3 | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to the cookies and identifiers Google uses internally and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: May 20, 2021

*Lucy H. Koh*

HON. LUCY H. KOH
United States District Judge