| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendant* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING A BRIEFING SCHEDULE FOR GOOGLE'S MOTION TO DISMISS COUNTS SIX AND SEVEN OF THE SECOND AMENDED COMPLAINT**<br><br>Judge:    Honorable Lucy H. Koh |

1  Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between
2  Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."
3  WHEREAS, on April 15, 2021, the Court pursuant to stipulation of the Parties granted
4  Plaintiffs' request for leave to file a Second Amended Complaint, which was deemed filed as of that
5  date (Dkt No. 138).
6  WHEREAS, on May 17, 2021, Google filed a motion to dismiss Counts Six and Seven of
7  Plaintiffs' Second Amended Complaint (the "Motion") (Dkt No. 164).
8  WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' deadline to file any opposition to
9  the Motion is June 1, 2021, and Google's deadline to file any reply is June 8, 2021.
10  WHEREAS, the hearing on the Motion has been scheduled for September 30, 2021. (Dkt
11  No. 164).
12  WHEREAS, the Parties have agreed to a briefing schedule for Plaintiffs' opposition and
13  Google's reply.
14  NOW THEREFORE, the Parties stipulate to the following briefing schedule:
15  1. The deadline for Plaintiffs to file any opposition to the Motion shall be June 15, 2021.
16  2. The deadline for Google to file any reply in support of the Motion shall be June 29, 2021.

DATED: May 24, 2021                    SUSMAN GODFREY LLP

                                       By      */s/ Amanda Bonn*
                                           Amanda Bonn
                                           *Counsel on behalf of Plaintiffs*

DATED: May 24, 2021                    QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By      */s/ Andrew H. Schapiro*
                                           Andrew H. Schapiro
                                           *Counsel on behalf of Google*

-1-   Case No. 5:20-cv-03664-LHK-SVK
JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR GOOGLE'S MOT. TO DISMISS COUNTS SIX AND SEVEN OF THE SAC

## ATTESTATION OF CONCURRENCE

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Setting a Briefing Schedule for Google's Motion to Dismiss Counts Six and Seven of the Second Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: May 24, 2021                By       */s/ Amanda Bonn*
                                                Amanda Bonn
                                                *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

1. The deadline for Plaintiffs to file any opposition to the Motion shall be June 15, 2021.

2. The deadline for Google to file any reply in support of the Motion shall be June 29, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2021      _____

                                                     Hon. Lucy H. Koh
                                                     United States District Judge