1  **BOIES SCHILLER FLEXNER LLP**
   Mark C. Mao (CA Bar No. 236165)
2  mmao@bsfllp.com
   44 Montgomery Street, 41st Floor
3  San Francisco, CA 94104
   Telephone: (415) 293 6858
4  Facsimile: (415) 999 9695
   Beko Reblitz-Richardson (CA Bar No.
5  238027)
   brichardson@bsfllp.com
6  44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
7  Tel: (415) 293 6858
   Fax: (415) 999 9695
8

   **SUSMAN GODFREY L.L.P.**
9  William Christopher Carmody (pro hac vice)
   bcarmody@susmangodfrey.com
10 Shawn J. Rabin (pro hac vice)
   srabin@susmangodfrey.com
11 1301 Avenue of the Americas, 32nd Floor
   New York, NY 10019
12 Telephone: (212) 336-8330

13 **MORGAN & MORGAN**
   John A. Yanchunis (pro hac vice)
14 jyanchunis@forthepeople.com
   Ryan J. McGee (pro hac vice)
15 rmcgee@forthepeople.com
   201 N. Franklin Street, 7th Floor
16 Tampa, FL 33602
   Telephone: (813) 223-5505
17
   *Counsel for Plaintiffs*
18

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING A BRIEFING SCHEDULE FOR GOOGLE'S MOTION TO DISMISS COUNTS SIX AND SEVEN OF THE SECOND AMENDED COMPLAINT**<br><br>Judge: Honorable Lucy H. Koh |

|    |    |
|---|---|
| 1  | Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties." |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on April 15, 2021, the Court pursuant to stipulation of the Parties granted Plaintiffs' request for leave to file a Second Amended Complaint, which was deemed filed as of that date (Dkt No. 138).

WHEREAS, on May 17, 2021, Google filed a motion to dismiss Counts Six and Seven of Plaintiffs' Second Amended Complaint (the "Motion") (Dkt No. 164).

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' deadline to file any opposition to the Motion is June 1, 2021, and Google's deadline to file any reply is June 8, 2021.

WHEREAS, the hearing on the Motion has been scheduled for September 30, 2021. (Dkt No. 164).

WHEREAS, the Parties have agreed to a briefing schedule for Plaintiffs' opposition and Google's reply.

NOW THEREFORE, the Parties stipulate to the following briefing schedule:

1. The deadline for Plaintiffs to file any opposition to the Motion shall be June 15, 2021.
2. The deadline for Google to file any reply in support of the Motion shall be June 29, 2021.

DATED: May 24, 2021                     SUSMAN GODFREY LLP

By   */s/ Amanda Bonn*
   Amanda Bonn
   *Counsel on behalf of Plaintiffs*

DATED: May 24, 2021                     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Andrew H. Schapiro*
   Andrew H. Schapiro
   *Counsel on behalf of Google*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Setting a Briefing Schedule for Google's Motion to Dismiss Counts Six and Seven of the Second Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: May 24, 2021                     By       */s/ Amanda Bonn*
                                                 Amanda Bonn
                                                 *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

1. The deadline for Plaintiffs to file any opposition to the Motion shall be June 15, 2021.

2. The deadline for Google to file any reply in support of the Motion shall be June 29, 2021.

**IT IS SO ORDERED.**

DATED: May 26, 2021

*Lucy H. Koh*
_____
Hon. Lucy H. Koh
United States District Judge