# EXHIBIT A

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Steven M. Shepard (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Alexander Frawley (admitted *pro hac vice*) |
| Tel.: (415) 293-6800 | **SUSMAN GODFREY L.L.P.** |
| mmao@bsfllp.com | 1301 Avenue of the Americas, |
| brichardson@bsfllp.com | 32nd Floor |
| | New York, NY 10019 |
| James Lee (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| Rossana Baeza (admitted *pro hac vice*) | bcarmody@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | srabin@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | sshepard@susmangodfrey.com |
| Miami, FL 33131 | afrawley@susmangodfrey.com |
| Tel.: (305) 539-8400 | |
| jlee@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| rbaeza@bsfllp.com | Michael F. Ram CA Bar No. 104805 |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | **MORGAN & MORGAN** |
| **SUSMAN GODFREY L.L.P** | 201 N. Franklin Street, 7th Floor |
| 1900 Avenue of the Stars, Suite 1400 | Tampa, FL 33602 |
| Los Angeles, CA. 90067 | Tel.: (813) 223-5505 |
| Tel: (310) 789-3100 | jyanchunis@forthepeople.com |
| Fax: (310) 789-3150 | mram@forthepeople.com |
| abonn@susmangodfrey.com | rmcgee@forthepeople.com |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR GOOGLE TO SEARCH ADDITIONAL CUSTODIANS' ESI** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' request for an Order compelling Google to search additional custodians' ESI (Dispute P1). Having considered Plaintiffs' request, and good cause having been shown, the Court **GRANTS** Plaintiffs' request and **ORDERS** as follows:

The following Google employees are designated as documents custodians:

1. Benj Azise
2. Nina Ilieva
3. Russ Ketchum
4. Sammit Adhya
5. Suneeti Shah Vakharia

**IT IS SO ORDERED.**

DATED: _____   _____

Honorable Susan van Keulen
United States Magistrate Judge

CASE NO. 5:20-cv-03664-LHK-SVK
[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR ADDITIONAL GOOGLE CUSTODIANS