# EXHIBIT D

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE DIVISION | |
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK |
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-05146-LHK-SVK |
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:21-cv-02155-LHK-SVK |

CASE NO. 5:20-cv-03664-LHK-SVK
CASE NO. 5:20-cv-05146-LHK-SVK
CASE NO. 5:21-cv-02155-LHK-SVK
[PROPOSED] ORDER RE: COORDINATION OF WRITTEN DISCOVERY

## [PROPOSED] DISCOVERY COORDINATION ORDER

Before the Court is a joint request by the plaintiffs in the *Brown* Case (5:20-cv-03664-LHK-SVK); plaintiffs in the *Calhoun* Case (5:20-cv-05146-LHK-SVK); and plaintiffs in the *Hewitt* Case (5:21-cv-02155-LHK-SVK) for an Order permitting coordination of written discovery among the three cases (the "Request"), to minimize the burden and expense of duplicative discovery and permit for effective coordination.

Having considered the Request, and good cause having been shown, the Court **ORDERS** as follows:

1. For the purpose of this Order:

    a. The "*Brown* Case" refers to *Brown et al. v. Google, LLC* (No. 5:20-cv-03664-LHK-SVK).

    b. The "*Brown* Case Protective Order" refers to the Stipulated Protective Order, as Modified by the Court, in the *Brown* Case (Dkt. 81).

    c. The "*Calhoun* Case" refers to *Calhoun et al. v. Google, LLC* (5:20-cv-05146-LHK-SVK).

    d. The "*Calhoun* Case Protective Order" refers to the First Modified Stipulated Protective Order Governing Exchange of Confidential Discovery as Modified by the Court, in the *Calhoun* Case (Dkt. 61).

    e. "Contact Attorneys" refers to counsel designated by each party and identified on Schedule A.

    f. "Google" refers to Google LLC, the defendant in each of the Pending Cases.

    g. The "*Hewitt* Case" refers to *Hewitt et al. v. Google, LLC* (5:21-cv-02155-LHK-SVK).

    h. "Parties" refers collectively to Plaintiffs and Google.

    i. "Pending Cases" refers collectively to the *Brown* Case, *Calhoun* Case, and *Hewitt* Case.

j.  "Protective Orders" refers collectively to the "*Brown* Case Protective Order" and the "*Calhoun* Case Protective Order," as each may be supplemented and amended from time to time.

2. Counsel for the parties in each Pending Case shall be bound by this Order.

## COORDINATION OF WRITTEN DISCOVERY

3. Plaintiffs in any of the Pending Cases that serve or have served a written discovery request propounded under Rules 31, 33, 34, or 36 on Google in any of the Pending Cases shall provide a copy of the request to the Contact Attorneys in each Pending Case.

4. Google shall serve any responses to written discovery requests propounded by the plaintiffs in any of the Pending Cases, including responses previously served, to the Contact Attorneys in each of the Pending Cases, except insofar as such responses relate solely to one or two of the Pending Cases, in which case Google may redact those portions from the version produced in the other Pending Case(s).

5. Google shall produce any documents responsive to a written discovery request served by the plaintiffs in any of the Pending Cases, including documents already produced, to the Contact Attorneys in each of the Pending Cases, except insofar as such documents relate solely to one or two of the Pending Cases, in which case Google may withhold those documents in the other Pending Case(s).

6. For ease of coordination, Google shall include a separate bates stamp on every document for each Pending Case in which the document is being or has been produced.  This means that certain documents will be produced with multiple bates stamps, one for each Pending Case in which it is being produced.

7. Whenever Google believes that material being produced in one Pending Case relates solely to that Pending Case, or solely to two of the three Pending Cases, Google shall notify the Contact Attorneys for the plaintiffs in all of the Pending

1     Cases, including by identifying the material by bates number.  The Contact Attorneys for the Parties shall meet and confer in good faith to discuss any disputes about whether Google should be producing such material to the plaintiffs in each of the Pending Cases and then if necessary present any disputes to the Court.

8. Within 14 (fourteen) days of this Order, Google shall produce to the plaintiffs in the Pending Cases all materials that Google has produced in the other Pending Cases, subject to the exclusions discussed in paragraphs 4-5.

**DISCOVERY COORDINATION AMONG PLAINTIFFS' COUNSEL**

9. Counsel for the plaintiffs in the Pending Cases shall discuss discovery in the Pending Cases to allow for more efficient and coordinated discovery, and the Protective Orders are hereby modified to allow for those discussions.

10. The Protective Orders are hereby modified to permit the disclosure and production of information designated by Google as Protected Material (as defined therein) by the attorneys for the plaintiffs in any of the Pending Cases to the attorneys for the plaintiffs in any other Pending Cases, with such information then treated as Protected Material subject to the protective order in each such Pending Case and to be used solely for purposes of prosecuting, defending, or attempting to settle the Pending Case.

11. The Protective Orders are further modified to permit the attorneys for the plaintiffs in each of the Pending Cases to discuss information designated by Google as Protected Material (as defined therein) with the attorneys for the plaintiffs in each of the Pending Cases, with such information then treated as Protected Material subject to the protective order in each such Pending Case and to be used solely for purposes of prosecuting, defending, or attempting to settle the Pending Case.

12. The parties in *Hewitt* are ordered to include within any protective order a provision permitting the disclosure and production of information designated by Google as protected material to the attorneys for the plaintiffs in each of the Pending Cases, with such information then treated as Protected Material subject to the protective order in each such Pending Case and to be used solely for purposes of prosecuting, defending, or attempting to settle the Pending Case.

13. The parties in *Hewitt* are furthered ordered to include within any protective order a provision permitting the attorneys for the plaintiffs to discuss information designated by Google as protected material with the attorneys for the plaintiffs in each of the Pending Cases, with such information then treated as Protected Material subject to the protective order in each such Pending Case and to be used solely for purposes of prosecuting, defending, or attempting to settle the Pending Case.

14. The protective order in effect in each Pending Case shall govern the handling by the parties to such Pending Case of Protected Material produced hereunder. Unless modified by Google, confidentiality designations applied in one Pending Case shall apply in all of the Pending Cases.

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Susan van Keulen
United States Magistrate Judge

CASE NO. 5:20-cv-03664-LHK-SVK
CASE NO. 5:20-cv-05146-LHK-SVK
CASE NO. 5:21-cv-02155-LHK-SVK
[PROPOSED] ORDER RE: COORDINATION OF WRITTEN DISCOVERY

# SCHEDULE A

***Brown v. Google***

<u>Plaintiffs</u>

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com

|   |   |
|---|---|
| 1 | Ryan J. McGee (*pro hac vice*) |
|   | rmcgee@forthepeople.com |
| 2 | Michael F. Ram CA Bar No. 104805 |
|   | mram@forthepeople.com |
| 3 | MORGAN & MORGAN, P.A. |
|   | 201 N Franklin Street, 7th Floor |
| 4 | Tampa, FL 33602 |
|   | Telephone: (813) 223-5505 |
| 5 | Facsimile: (813) 222-4736 |

<u>Google</u>

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
sb@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900

CASE NO. 5:20-cv-03664-LHK-SVK
CASE NO. 5:20-cv-05146-LHK-SVK
CASE NO. 5:21-cv-02155-LHK-SVK
[PROPOSED] ORDER RE: COORDINATION OF WRITTEN DISCOVERY

|   |   |
|---|---|
| 1 | Washington D.C., 20005<br>Tel: (202) 538-8000 |
| 2 | Fax: (202) 538-8100 |
| 3 | Jonathan Tse (CA Bar No. 305468) |
| 4 | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 5 | San Francisco, CA 94111<br>Tel: (415) 875-6600 |
| 6 | Fax: (415) 875-6700 |
| 7 |  |
|   | *Calhoun v. Google* |
| 8 |  |
|   | <u>Plaintiffs</u> |
| 9 |  |
| 10 | Lesley E. Weaver (Cal. Bar No. 191305) |
|   | Angelica M. Ornelas (Cal. Bar No. 285929) |
| 11 | Joshua D. Samra (Cal. Bar No. 313050)<br>BLEICHMAR FONTO & AULD LLP |
| 12 | 555 12th Street, Suite 1600 |
| 13 | Oakland, CA 94607<br>Tel.: (415) 445-4003 |
| 14 | Fax: (415) 445-4020 |
|   | lweaver@bfalaw.com |
| 15 | aornelas@bfalaw.com<br>jsamra@bfalaw.com |
| 16 |  |
| 17 | David A. Straite (admitted *pro hac vice*) |
|   | DICELLO LEVITT GUTZLER LLC |
| 18 | One Grand Central Place<br>60 East 42nd Street, Suite 2400 |
| 19 | New York, New York 10165 |
| 20 | Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com |
| 21 |  |
|   | Amy E. Keller (admitted *pro hac vice*) |
| 22 | Adam Levitt (admitted *pro hac vice*)<br>Adam Prom (*pro hac vice* pending) |
| 23 | Ten North Dearborn Street |
| 24 | Sixth Floor<br>Chicago, IL 60602 |
|   | Tel.: (312) 214-7900 |
| 25 | akeller@dicellolevitt.com<br>alevitt@dicellolevitt.com |
| 26 | aprom@dicellolevitt.com |
| 27 |  |
| 28 |  |

CASE NO. 5:20-cv-03664-LHK-SVK
CASE NO. 5:20-cv-05146-LHK-SVK
CASE NO. 5:21-cv-02155-LHK-SVK
[PROPOSED] ORDER RE: COORDINATION OF WRITTEN DISCOVERY

| | |
|---|---|
| 1 | Jay Barnes |
| 2 | Mitchell M. Breit (admitted *pro hac vice*) |
|   | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| 3 | An Truong (admitted *pro hac vice*) |
|   | Eric Johnson (admitted *pro hac vice*) |
| 4 | SIMMONS HANLY CONROY LLC |
|   | 112 Madison Avenue, 7th Floor |
| 5 | New York, NY 10016 |
|   | Tel.: (212) 784-6400 |
| 6 | Fax: (212) 213-5949 |
| 7 | mbreit@simmonsfirm.com |
|   | jaybarnes@simmonsfirm.com |
| 8 | atruong@simmonsfirm.com |
|   | ejohnson@simmonsfirm.com |
| 9 | |
| 10 | Google |
| 11 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 12 | Andrew H. Schapiro (admitted *pro hac vice*) |
|   | andrewschapiro@quinnemanuel.com |
| 13 | 191 N. Wacker Drive, Suite 2700 |
| 14 | Chicago, IL 60606 |
|   | Tel: (312) 705-7400 |
| 15 | Fax: (312) 705-7401 |
| 16 | Stephen A. Broome (CA Bar No. 314605) |
| 17 | sb@quinnemanuel.com |
|   | Viola Trebicka (CA Bar No. 269526) |
| 18 | violatrebicka@quinnemanuel.com |
|   | 865 S. Figueroa Street, 10th Floor |
| 19 | Los Angeles, CA 90017 |
|   | Tel: (213) 443-3000 |
| 20 | Fax: (213) 443-3100 |
| 21 | |
|   | Diane M. Doolittle (CA Bar No. 142046) |
| 22 | dianedoolittle@quinnemanuel.com |
|   | 555 Twin Dolphin Drive, 5th Floor |
| 23 | Redwood Shores, CA 94065 |
|   | Telephone: (650) 801-5000 |
| 24 | Facsimile: (650) 801-5100 |
| 25 | |
|   | Jomaire A. Crawford (admitted *pro hac vice*) |
| 26 | jomairecrawford@quinnemanuel.com |
|   | 51 Madison Avenue, 22nd Floor |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| 2 | Facsimile: (212) 849-7100 |
| 3 | Josef Ansorge (admitted *pro hac vice*) |
| | josefansorge@quinnemanuel.com |
| 4 | 1300 I Street NW, Suite 900 |
| | Washington D.C., 20005 |
| 5 | Tel: (202) 538-8000 |
| 6 | Fax: (202) 538-8100 |
| 7 | Jonathan Tse (CA Bar No. 305468) |
| | jonathantse@quinnemanuel.com |
| 8 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 9 | Tel: (415) 875-6600 |
| 10 | Fax: (415) 875-6700 |
| 11 | |
| | ***Hewitt v. Google*** |
| 12 | |
| | <u>Plaintiffs</u> |
| 13 | |
| 14 | Lesley Weaver (Cal. Bar No. 191305) |
| | Matthew S. Melamed (Cal. Bar No. 260272) |
| 15 | Anne K. Davis (Cal. Bar No. 267909) |
| | Angelica M. Ornelas (Cal. Bar No. 285929) |
| 16 | Joshua D. Samra (Cal. Bar No. 313050) |
| | BLEICHMAR FONTI & AULD LLP |
| 17 | 555 12th Street, Suite 1600 |
| 18 | Oakland, CA 94607 |
| | Tel.: (415) 445-4003 |
| 19 | Fax: (415) 445-4020 |
| | lweaver@bfalaw.com |
| 20 | mmelamed@bfalaw.com |
| 21 | adavis@bfalaw.com |
| | aornelas@bfalaw.com |
| 22 | jsamra@bfalaw.com |
| 23 | Elizabeth C. Pritzker (Cal. Bar No. 146267) |
| | Jonathan K. Levine (Cal. Bar No. 220289) |
| 24 | Caroline C. Corbitt (Cal. Bar No. 305492) |
| 25 | PRITZKER LEVINE LLP |
| | 1900 Powell Street, Suite 450 |
| 26 | Emeryville, CA 94608 |
| | Tel.: (415) 692-0772 |
| 27 | |
| 28 | |

CASE NO. 5:20-cv-03664-LHK-SVK
CASE NO. 5:20-cv-05146-LHK-SVK
CASE NO. 5:21-cv-02155-LHK-SVK
[PROPOSED] ORDER RE: COORDINATION OF WRITTEN DISCOVERY

```
 1  Fax: (415) 366-6110
    ecp@pritzkerlevine.com
 2  jkl@pritzkerlevine.com
    ccc@pritzkerlevine.com
 3

 4  Mitchell M. Breit (*pro hac vice* to be sought)
    Jason 'Jay' Barnes (*pro hac vice*)
 5  An Truong (*pro hac vice*)
    Eric Johnson (*pro hac vice* to be sought)
 6  SIMMONS HANLY CONROY LLC
    112 Madison Avenue, 7th Floor
 7  New York, NY 10016
    Tel.: (212) 784-6400
 8  Fax: (212) 213-5949
    mbreit@simmonsfirm.com
 9  jaybarnes@simmonsfirm.com
    atruong@simmonsfirm.com
10  ejohnson@simmonsfirm.com

11
    David A. Straite (admitted *pro hac vice*)
12  DICELLO LEVITT GUTZLER LLC
    One Grand Central Place
13  60 East 42nd Street, Suite 2400
    New York, New York 10165
14  Tel.: (646) 933-1000
    dstraite@dicellolevitt.com
15

16  Amy E. Keller (admitted *pro hac vice*)
    Adam Levitt (admitted *pro hac vice*)
17  Adam Prom (*pro hac vice* pending)
    Ten North Dearborn Street
18  Sixth Floor
    Chicago, IL 60602
19  Tel.: (312) 214-7900
    akeller@dicellolevitt.com
20  alevitt@dicellolevitt.com
    aprom@dicellolevitt.com
21

22

23  Google

24  COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)
25  (rhodesmg@cooley.com)
    JEFFREY M. GUTKIN (SBN 216083)
26  (jgutkin@cooley.com)

27
                                   CASE NO. 5:20-cv-03664-LHK-SVK
                                   CASE NO. 5:20-cv-05146-LHK-SVK
28                                 CASE NO. 5:21-cv-02155-LHK-SVK
               [PROPOSED] ORDER RE: COORDINATION OF WRITTEN DISCOVERY
```

| | |
|---|---|
| 1 | DANIELLE C. PIERRE (SBN 300567) |
|   | (dpierre@cooley.com) |
| 2 | KELSEY R. SPECTOR (SBN 321488) |
|   | (kspector@cooley.com) |
| 3 | COLIN S. SCOTT (SBN 318555) |
|   | (cscott@cooley.com) |
| 4 | 101 California Street, 5th Floor |
|   | San Francisco, California 94111-5800 |
| 5 | Telephone: (415) 693 2000 |
|   | Facsimile: (415) 693 2222 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CASE NO. 5:20-cv-03664-LHK-SVK
CASE NO. 5:20-cv-05146-LHK-SVK
CASE NO. 5:21-cv-02155-LHK-SVK
[PROPOSED] ORDER RE: COORDINATION OF WRITTEN DISCOVERY