| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Steven M. Shepard (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Alexander Frawley (admitted *pro hac vice*) |
| Tel.: (415) 293-6800 | **SUSMAN GODFREY L.L.P.** |
| mmao@bsfllp.com | 1301 Avenue of the Americas, |
| brichardson@bsfllp.com | 32nd Floor |
| | New York, NY 10019 |
| James Lee (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| Rossana Baeza (admitted *pro hac vice*) | bcarmody@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | srabin@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | sshepard@susmangodfrey.com |
| Miami, FL 33131 | afrawley@susmangodfrey.com |
| Tel.: (305) 539-8400 | |
| jlee@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| rbaeza@bsfllp.com | Michael F. Ram, CA Bar No. 104805 |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | **MORGAN & MORGAN** |
| **SUSMAN GODFREY L.L.P** | 201 N. Franklin Street, 7th Floor |
| 1900 Avenue of the Stars, Suite 1400 | Tampa, FL 33602 |
| Los Angeles, CA 90067 | Tel.: (813) 223-5505 |
| Tel: (310) 789-3100 | jyanchunis@forthepeople.com |
| Fax: (310) 789-3150 | mram@forthepeople.com |
| abonn@susmangodfrey.com | rmcgee@forthepeople.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK<br><br>**PLAINTIFFS' RESPONSE TO CLERK'S NOTICE AT DKT. NO. 179**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Pursuant to the May 27, 2021 Clerk's Notice (Dkt. 179), Plaintiffs identify the four issues most critical to address at the June 2, 2021 discovery hearing:

- P3 (Google's production of plaintiffs' data)
- P4 (Google's preservation of "raw referer" logs)
- P15 (permitting cross-use of Google-produced documents among *Brown*, *Calhoun* and *Hewitt*)
- P16 (Google's production of documents sufficient to identify communications that did not contain any X-Client Data Header)

Respectfully submitted

Dated: May 28, 2021                        SUSMAN GODFREY L.L.P.


By:   */s/ Amanda Bonn*
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400

| | |
|---|---|
| 1 | Facsimile: (305) 539-1304 |
| 2 | William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com |
| 3 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 4 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 5 | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 6 | SUSMAN GODFREY L.L.P. |
| 7 | 1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019 |
| 8 | Telephone: (212) 336-8330 |
| 9 | John A. Yanchunis (*pro hac vice*) |
| 10 | jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*) |
| 11 | rmcgee@forthepeople.com<br>Michael F. Ram CA Bar No. 104805 |
| 12 | mram@forthepeople.com<br>MORGAN & MORGAN, P.A. |
| 13 | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602 |
| 14 | Telephone: (813) 223-5505 |
| 15 | Facsimile: (813) 222-4736 |
| 16 | *Attorneys for Plaintiffs* |

Case No. 5:20-cv-03664-LHK-SVK
PLAINTIFFS' RESPONSE TO DKT. 179