QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**GOOGLE LLC'S SUBMISSION IN RESPONSE TO DKT. 179 RE: DISCOVERY DISPUTES TO BE ADDRESSED AT JUNE 2, 2021 HEARING**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Pursuant to Your Honor's May 27, 2021 Order (Dkt. 179), Google LLC ("Google") submits this statement identifying the following four issues it deems critical to address at the June 2, 2021 discovery hearing:

    i. Dispute P4, Google Server Logs;

    ii. Dispute P10, Google timeline for producing custodial documents;

    iii. Dispute P15, cross-use;

    iv. Dispute D3, Google's Requests for Production Nos. 2, 7.

Further, for the reasons stated in the submission, Google does not believe that it is critical to address P1 (selection of Google custodians) and P3 (Google's production of Plaintiffs' data and clean room access) at the hearing.  However, to the extent the Court is willing to consider those issues now, Google respectfully requests that the Court reject Plaintiffs' Proposed Orders and order a briefing schedule instead.

Finally, for the reasons stated in the submission, the following disputes are not ripe.  To the extent the Court is willing to consider those issues now, Google respectfully requests that the Court order the parties to continue to meet and confer to resolve them:

    i. Dispute P2, Google's search terms;

    ii. Dispute P6, class member identification;

    iii. Dispute P7, logged in and logged out;

    iv. Dispute P13, Google's responses to Interrogatory Nos. 5-7;

    v. Dispute P14, access to non-public Google source code.

Respectfully,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: <u>*/s/ Andrew H. Schapiro*</u>
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Counsel for Defendant*