UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-03664-LHK   (SVK)<br><br>**ORDER ON MOTION TO SEAL COURTROOM FOR JUNE 2 DISCOVERY HEARING**<br><br>Re: Dkt. No. 182 |

Having considered the unopposed administrative motion by Defendant Google LLC to seal the courtroom for the June 2, 2021 discovery hearing in this case, and good cause appearing, the Court **ORDERS** as follows:

1. The discovery hearing scheduled for June 2, 2021 at 1:30 p.m. will be sealed.
2. Within 7 business days of receipt of the transcript of the June 2 hearing, the parties must jointly submit proposed redactions to the transcript. Unredacted portions of the transcript will be made available to the public.

**SO ORDERED.**

Dated: June 1, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge