BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel
listed in signature blocks below*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant; additional counsel
listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF JUNE 2 HEARING TRANSCRIPT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1    WHEREAS, on May 26, 2021, the parties filed a Joint Submission in Response to Dkt. 147,

2    147-1, 159, 159-1 re: Status of Discovery Disputes (Dkt. 177);

3    WHEREAS, on June 1, 2021, Google filed its Administrative Motion to Seal the Courtroom

4    for Hearing on Joint Submission (Dkt. 177), which was filed as Dkt. 182;

5    WHEREAS, on June 1, 2021, the Court granted Google's Administrative Motion to Seal the

6    Courtroom for Hearing on Joint Submission, and ordered that "[w]ithin 7 business days of receipt

7    of the transcript of the June 2 hearing, the parties must jointly submit proposed redactions to the

8    transcript." (Dkt. 183);

9    WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings]

10   cannot be generated without an order from the assigned judge"[1];

11   WHEREAS, the parties agree that the transcript, which contains material designated by

12   Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to

13   counsel of record in this matter, who are authorized to view this material under the Stipulated

14   Protective Order as Modified by the Court (Dkt. 81);

15   NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the

16   Court's approval, that the complete transcript of the June 2 hearing may be released to counsel of

17   record in this matter.

18

19

20

21

22

23

24

25

26

27

28

---

[1]   https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF
JUNE 2 HEARING TRANSCRIPT

1          Respectfully,

2  QUINN EMANUEL URQUHART &          BOIES SCHILLER FLEXNER LLP
   SULLIVAN, LLP
3
   */s/ Andrew H. Schapiro*          */s/ Ryan J. McGee*
4  Andrew H. Schapiro (admitted *pro hac vice*)   Mark C. Mao (CA Bar No. 236165)
   andrewschapiro@quinnemanuel.com   mmao@bsfllp.com
5  191 N. Wacker Drive, Suite 2700   Sean Phillips Rodriguez (CA Bar No.
   Chicago, IL 60606                 262437)
6  Tel: (312) 705-7400               srodriguez@bsfllp.com
   Fax: (312) 705-7401               Beko Reblitz-Richardson (CA Bar No.
7                                    238027)
   Stephen A. Broome (CA Bar No. 314605)   brichardson@bsfllp.com
8  sb@quinnemanuel.com               44 Montgomery Street, 41st Floor
   Viola Trebicka (CA Bar No. 269526)   San Francisco, CA 94104
9  violatrebicka@quinnemanuel.com    Tel: (415) 293 6858
   865 S. Figueroa Street, 10th Floor   Fax: (415) 999 9695
10 Los Angeles, CA 90017
   Tel: (213) 443-3000               James W. Lee (*pro hac vice*)
11 Fax: (213) 443-3100               jlee@bsfllp.com
                                     Rossana Baeza (*pro hac vice*)
12 Diane M. Doolittle (CA Bar No. 142046)   rbaeza@bsfllp.com
   dianedoolittle@quinnemanuel.com   100 SE 2nd Street, Suite 2800
13 555 Twin Dolphin Drive, 5th Floor   Miami, FL 33130
   Redwood Shores, CA 94065          Tel: (305) 539-8400
14 Telephone: (650) 801-5000         Fax: (305) 539-1304
   Facsimile: (650) 801-5100
15                                   William Christopher Carmody (*pro hac
   Jomaire A. Crawford (admitted *pro hac vice*)   vice*)
16 jomairecrawford@quinnemanuel.com   bcarmody@susmangodfrey.com
   51 Madison Avenue, 22nd Floor     Shawn J. Rabin (*pro hac vice*)
17 New York, NY 10010                srabin@susmangodfrey.com
   Telephone: (212) 849-7000         Steven Shepard (*pro hac vice*)
18 Facsimile: (212) 849-7100         sshepard@susmangodfrey.com
                                     Alexander P. Frawley (*pro hac vice*)
19 Josef Ansorge (admitted *pro hac vice*)   afrawley@susmangodfrey.com
   josefansorge@quinnemanuel.com     SUSMAN GODFREY L.L.P.
20 1300 I Street NW, Suite 900       1301 Avenue of the Americas, 32nd Floor
   Carl Spilly (admitted *pro hac vice*)   New York, NY 10019
21 carlspilly@quinnemanuel.com       Tel: (212) 336-8330
   Washington D.C., 20005
22 Tel: (202) 538-8000               Amanda Bonn (CA Bar No. 270891)
   Fax: (202) 538-8100               abonn@susmangodfrey.com
23                                   SUSMAN GODFREY L.L.P.
   Jonathan Tse (CA Bar No. 305468)   1900 Avenue of the Stars, Suite 1400
24 jonathantse@quinnemanuel.com      Los Angeles, CA 90067
   50 California Street, 22nd Floor   Tel: (310) 789-3100
25 San Francisco, CA 94111
   Tel: (415) 875-6600               John A. Yanchunis (*pro hac vice*)
26 Fax: (415) 875-6700               jyanchunis@forthepeople.com
                                     Ryan J. McGee (*pro hac vice*)
27 *Attorneys for Defendant Google LLC*   rmcgee@forthepeople.com
                                     MORGAN & MORGAN, P.A.
28                                   201 N Franklin Street, 7th Floor

1

Tampa, FL 33602
Tel: (813) 223-5505

2

Fax: (813) 222-4736

3

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com

4

MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500

5

San Francisco, CA 94102
Tel: (415) 358-6913

6

7

*Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Date: ___June 3_____, 2021

4    Hon. Susan van Keulen
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been

3 obtained from the other signatories. I declare under penalty of perjury that the foregoing is true

4 and correct.

5

6

Executed this 3rd day of June, 2021, at Chicago, Illinois.

7

_/s/ Andrew H. Schapiro_____
Andrew H. Schapiro

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28