UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al., | Case No. 20-cv-03664-LHK (SVK) |
| Plaintiffs, | |
| v. | **ORDER ON MAY 26, 2021 JOINT DISCOVERY SUBMISSION** |
| GOOGLE LLC, | Re: Dkt. No. 177 |
| Defendant. | |

Exhibit A sets forth the Court's rulings on the Parties' May 26, 2021 joint submission regarding discovery disputes (Dkt. 177) and includes a schedule for further briefing on specified issues. In addition, the Court has reserved **August 12, 2021 at 9:30 a.m.** for a further discovery conference on disputed issues that are ripe for adjudication. The parties are to jointly submit an updated summary chart identifying the disputes on **August 2, 2021**.

**SO ORDERED.**

Dated: June 8, 2021

SUSAN VAN KEULEN
United States Magistrate Judge