Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram CA Bar No. 104805
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.:  5:20-cv-03664-LHK<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS COUNTS SIX AND SEVEN OF PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>The Honorable Lucy H. Koh<br>Courtroom 8 – 4th Floor<br>Date: September 30, 2021<br>Time: 1:30 p.m. |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial of the following document for purposes of ruling on Defendant Google LLC's ("Google") Motion to Dismiss Counts Six and Seven of Plaintiffs' Second Amended Complaint.

1.  Google's Chrome Privacy Notice in effect since January 15, 2021, which is available Online at https://www.google.com/chrome/privacy/ and is attached to the Alexander Frawley Declaration as **Exhibit A.**  Three older versions of the Chrome Privacy Notice are attached as Exhibits 20, 21, and 22 to Google's Request for Judicial Notice in Support of Google's Motion to Dismiss Counts Six and Seven of the Second Amended Complaint.  *See* ECF No. 166.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      THIS COURT SHOULD TAKE JUDICIAL NOTICE OF EXHIBIT A**

On a motion to dismiss, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010) ("On a motion to dismiss, we may consider materials incorporated into the complaint . . . .").

Accordingly, this Court may consider the contents of documents explicitly referenced in Plaintiffs' Second Amended Complaint, "including portions which were not mentioned." *In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399, 1405 n.4 (9th Cir. 1996); *see also Fecht v. Price Co.*, 70 F.3d 1078, 1080 n.1 (9th Cir. 1995) ("[W]e hold that documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss.").  Exhibit A, Google's Chrome Privacy Notice in effect since January 15, 2021, is subject to judicial notice because it is referenced in Plaintiffs' Second Amended Complaint.  SAC ¶¶ 268-69.  It is also subject to judicial

1   notice as a publicly available website.  *See In re Yahoo Mail Litig.*, 7 F. Supp. 3d 1016, 1025 (N.D.

2   Cal. 2014) (Koh, J.).

3   **II.      CONCLUSION**

4          For the foregoing reasons, Plaintiffs respectfully request that the Court take judicial notice

5   of Exhibit A attached to the Alexander Frawley Declaration.

6

7   Dated: June 15, 2021                                SUSMAN GODFREY L.L.P.

8

9                                                       By */s/ Amanda Bonn*
                                                        Amanda Bonn (CA Bar No. 270891)
10                                                      abonn@susmangodfrey.com
                                                        1900 Avenue of the Stars, Suite 1400
11                                                      Los Angeles, CA 90067
                                                        Telephone: (310) 789-3100
12

13                                                      Mark C. Mao (CA Bar No. 236165)
                                                        mmao@bsfllp.com
14                                                      Beko Rebitz-Richardson (CA Bar No. 238027)
                                                        brichardson@bsfllp.com
15                                                      BOIES SCHILLER FLEXNER LLP
                                                        44 Montgomery Street, 41st Floor
16                                                      San Francisco, CA 94104
                                                        Telephone: (415) 293 6858
17                                                      Facsimile (415) 999 9695

18
                                                        James W. Lee (*pro hac vice*)
19                                                      jlee@bsfllp.com
                                                        Rossana Baeza (*pro hac vice*)
20                                                      rbaeza@bsfllp.com
                                                        BOIES SCHILLER FLEXNER LLP
21                                                      100 SE 2nd Street, Suite 2800
                                                        Miami, FL 33130
22                                                      Telephone: (305) 539-8400
                                                        Facsimile: (305) 539-1304
23
                                                        William Christopher Carmody (*pro hac vice*)
24                                                      bcarmody@susmangodfrey.com
                                                        Shawn J. Rabin (*pro hac vice*)
25                                                      srabin@susmangodfrey.com
                                                        Steven Shepard (*pro hac vice*)
26                                                      sshepard@susmangodfrey.com
                                                        Alexander P. Frawley (*pro hac vice*)
27                                                      afrawley@susmangodfrey.com

28

                        PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE