Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram CA Bar No. 104805
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS COUNTS SIX AND SEVEN OF PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>The Honorable Lucy H. Koh<br>Courtroom 8 – 4th Floor<br>Date: September 30, 2021<br>Time: 1:30 p.m. |

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Request for Judicial Notice in Opposition to Defendant Google LLC's ("Google") Motion to Dismiss Counts Six and Seven of Plaintiffs' Second Amended Complaint ("Plaintiffs' Request for Judicial Notice"). Having considered the parties' papers filed in support of and in opposition to this request, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** Plaintiffs' Request for Judicial Notice.

**THEREFORE, IT IS ORDERED** that for the reasons stated in the Memorandum of Points and Authorities in Support of Plaintiffs' Request for Judicial Notice, the Court takes judicial notice of Exhibit A to the Declaration of Alexander Frawley in Opposition to Google's Motion to Dismiss Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____         _____

Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE