UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER RE: SEALING PORTIONS OF JUNE 2, 2021 HEARING TRANSCRIPT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is the parties' Joint Submission Regarding Sealing Portions of the June 2, 2021 Hearing Transcript. Having considered the parties' statements and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| June 2, 2021 Hearing Transcript | GRANTED as to redacted portions at 13:2, 13:8-11, 32:18-20, 36:23-37:3, 37:8-11, 37:15-20, 37:22-24, 38:2-5, 46:3-11, 46:17 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____    _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge