# EXHIBIT A
# Redacted Version of Document Sought to be Sealed

```
 1                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                        SAN JOSE DIVISION

 3
      PATRICK CALHOUN, ET AL., ON      CV-20-5146-LHK/SVK
 4    BEHALF OF THEMSELVES AND ALL     CV-20-3664-LHK/SVK
      OTHERS SIMILARLY SITUATED,       CV-21-2155-LHK/SVK
 5
               PLAINTIFFS,             SAN JOSE, CALIFORNIA
 6         VS.
                                       JUNE 2, 2021
 7    GOOGLE INC.,
                                       PAGES 1 - 79
 8             DEFENDANT.
      _____   SEALED
 9    AND RELATED CASES.

10    _____

11                 TRANSCRIPT OF ZOOM PROCEEDINGS
                BEFORE THE HONORABLE SUSAN VAN KEULEN
12                 UNITED STATES DISTRICT JUDGE

13
      A-P-P-E-A-R-A-N-C-E-S
14

15    FOR THE PLAINTIFFS:   BOIES, SCHILLER & FLEXNER LLP
                            BY:  JAMES W. LEE
16                               HSIAO C. MAO
                                 BEKO RICHARDSON
17                          44 MONTGOMERY STREET, 41ST FLOOR
                            SAN FRANCISCO, CALIFORNIA 94104
18

19              (APPEARANCES CONTINUED ON THE NEXT PAGE.)

20

21    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                  CERTIFICATE NUMBER 8074
22

23        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
      TRANSCRIPT PRODUCED WITH COMPUTER.
24

25
```

1

A P P E A R A N C E S: (CONT'D)

2


3     FOR THE PLAINTIFFS:          MORGAN AND MORGAN COMPLEX
                                    LITIGATION GROUP
4                                   BY:  RYAN MCGEE
                                    201 N. FRANKLIN STREET, 7TH FLOOR
5                                   TAMPA, FLORIDA 33602

6                                   BY:  MICHAEL F. RAM
                                    711 VAN NESS AVENUE, SUITE 500
7                                   SAN FRANCISCO, CALIFORNIA 94102

8                                   DICELLO LEVITT & GUTZLER LLC
                                    BY:  DAVID A. STRAITE
9                                   ONE GRAND CENTRAL PLACE
                                    60 EAST 42ND STREET, SUITE 2400
10                                  NEW YORK, NEW YORK 10165

11                                  BY:  ADAM M. PROM
                                         AMY E. KELLER
12                                  TEN NORTH DEARBORN STREET
                                    6TH FLOOR
13                                  CHICAGO, ILLINOIS 60602

14                                  SIMMONS, HANLY & CONROY LLC
                                    BY:  JAY BARNES
15                                  231 S. BEMISTON AVENUE
                                    SUITE 525
16                                  ST. LOUIS, MISSOURI 63105

17                                  BY:  AN V. TRUONG
                                    112 MADISON AVENUE, 7TH FLOOR
18                                  NEW YORK, NEW YORK 10016

19                                  BLEICHMAR, FONTI & AULD LLP
                                    BY:  LESLEY E. WEAVER
20                                       ANNE K. DAVIS
                                         ANGELICA M. ORNELAS
21                                  555 12TH STREET, SUITE 1600
                                    OAKLAND, CALIFORNIA 94607

22

23          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24

25

1

     A P P E A R A N C E S: (CONT'D)

2


3    FOR THE DEFENDANT:            QUINN EMANUEL URQUHART AND
                                   SULLIVAN, LLP
4                                  BY:  ANDREW H. SCHAPIRO
                                   191 N. UPPER WACKER DRIVE
5                                  SUITE 2700
                                   CHICAGO, ILLINOIS 60606
6
                                   BY:  JOSEF T. ANSORGE
7                                       JOMAIRE A. CRAWFORD
                                   51 MADISON AVENUE
8                                  NEW YORK, NEW YORK 10010

9                                  BY:  VIOLA TREBICKA
                                        STEPHEN A. BROOME
10                                 865 SOUTH FIGUEROA STREET
                                   10TH FLOOR
11                                 LOS ANGELES, CALIFORNIA 90017

12                                 COOLEY LLP
                                   BY:  JEFFREY GUTKIN
13                                      DANIEL PIERRE
                                        KELSEY SPECTOR
14                                 101 CALIFORNIA STREET, 5TH FLOOR
                                   SAN FRANCISCO, CALIFORNIA 94111
15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JUNE 2, 2021 |
| | 2 | P R O C E E D I N G S |
| 01:35PM | 3 | (COURT CONVENED AT 1:35 P.M.) |
| 01:35PM | 4 | THE COURT:  GOOD AFTERNOON.  WELCOME TO OUR GOOGLE |
| 01:35PM | 5 | DISCOVERY HEARING IN THE CALHOUN, BROWN, AND HEWITT MATTERS. |
| 01:35PM | 6 | THANK YOU ALL FOR GETTING HERE, AND WE'LL GET PROMPTLY |
| 01:35PM | 7 | UNDERWAY. |
| 01:35PM | 8 | WHAT I WANT TO DO, AND I'LL HAVE MS. FANTHORPE CALL BOTH |
| 01:35PM | 9 | CALHOUN AND BROWN AND I'LL GET EVERYONE'S APPEARANCES, BUT LET |
| 01:35PM | 10 | ME JUST TELL YOU -- I'LL TELL YOU WHAT, WE'LL DO THAT AND THEN |
| 01:35PM | 11 | I'LL LAY OUT HOW WE'RE GOING TO PROCEED TODAY. |
| 01:35PM | 12 | THE CLERK:  SOUNDS GOOD.  CALLING CASE 20-CV-03664, |
| 01:35PM | 13 | BROWN, ET AL., VERSUS GOOGLE LLC ET AL. |
| 01:35PM | 14 | COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD |
| 01:35PM | 15 | BEGINNING WITH THE PLAINTIFF. |
| 01:35PM | 16 | MR. LEE:  GOOD AFTERNOON. |
| 01:35PM | 17 | THIS IS JAMES LEE FROM BOIES, SCHILLER & FLEXNER |
| 01:35PM | 18 | REPRESENTING THE PLAINTIFFS. |
| 01:35PM | 19 | I'M GOING TO LET MY COLLEAGUES WHO ALSO REPRESENT THE |
| 01:35PM | 20 | PLAINTIFFS INTRODUCE THEMSELVES. |
| 01:36PM | 21 | MR. MAO:  GOOD AFTERNOON AND EVERYONE IN THE COURT. |
| 01:36PM | 22 | THIS IS MARK MAO BOIES, SCHILLER & FLEXNER REPRESENTING |
| 01:36PM | 23 | THE PLAINTIFFS. |
| 01:36PM | 24 | MR. RICHARDSON:  GOOD AFTERNOON. |
| 01:36PM | 25 | BEKO RICHARDSON, BOIES, SCHILLER & FLEXNER ON BEHALF OF |

01:36PM   1       THE PLAINTIFFS.

01:36PM   2              MR. RAM:  MICHAEL RAM OF MORGAN & MORGAN FOR THE

01:36PM   3       PLAINTIFFS.

01:36PM   4              MR. MCGEE:  GOOD AFTERNOON, YOUR HONOR.

01:36PM   5          RYAN MCGEE OF MORGAN & MORGAN ALSO FOR THE PLAINTIFFS.

01:36PM   6              MR. LEE:  I THINK THAT'S EVERYONE FOR THE PLAINTIFFS

01:36PM   7       IN BROWN.

01:36PM   8              THE COURT:  I THINK SO.

01:36PM   9          FOR DEFENDANTS?

01:36PM  10              MR. SCHAPIRO:  FOR THE DEFENDANTS, AND FOR THE SAME

01:36PM  11       OF EFFICIENCY I'LL JUST INTRODUCE EVERYONE FROM OUR SIDE.

01:36PM  12          IT'S ANDREW SCHAPIRO FROM QUINN EMANUEL JOINED BY MY

01:36PM  13       COLLEAGUES, JOMAIRE CRAWFORD, JOSEPH ANSORGE, VIOLA TREBICKA,

01:36PM  14       AND STEVE BROOME, AND I THINK YOU CAN RECOGNIZE ALL OF THEM

01:37PM  15       BECAUSE THEIR NAMES ARE IN THE LITTLE SQUARES.

01:37PM  16              THE COURT:  THANK YOU.

01:37PM  17              THE CLERK:  CALLING CASE 20-CV-5146, CALHOUN, ET

01:37PM  18       AL., VERSUS GOOGLE LLC.

01:37PM  19          COUNSEL, AGAIN, PLEASE IDENTIFY YOURSELVES FOR THE RECORD

01:37PM  20       BEGINNING WITH THE PLAINTIFF.

01:37PM  21              MR. STRAITE:  GOOD AFTERNOON, YOUR HONOR.

01:37PM  22          DAVID STRAITE FOR THE PLAINTIFFS NOW WITH THE LAW FIRM

01:37PM  23       DICELLO, LEVITT & GUTZLER.

01:37PM  24          AND I APPRECIATE THE COURT'S PATIENCE WITH SOME OF THE

01:37PM  25       EMAIL ADDRESSES.  I HAVE SWITCHED FIRMS.

01:37PM 1     I'D LIKE TO INTRODUCE TO YOU TODAY TWO OF MY COLLEAGUES

01:37PM 2     WHO ARE NEW HERE FOR THE FIRST TIME, AND ALSO I THINK THE FIRST

01:37PM 3     TIME EVER APPEARING BEFORE YOUR HONOR.

01:37PM 4         FIRST IS AMY KELLER FROM OUR CHICAGO OFFICE AND WHO IS

01:37PM 5     CHAIR OF CYBER SECURITY AND DATA PRIVACY PRACTICE.

01:37PM 6         AND ALSO IN CHICAGO, ADAM PROM, FIRST TIME HERE.

01:37PM 7         AND ALSO JOINING ME, YOU ARE FAMILIAR WITH THESE FACES

01:37PM 8     AND NAMES BY NOW, WE HAVE JAY BARNES AT SIMMONS, HANLY & CONROY

01:37PM 9     AND HIS COLLEAGUE, AN TRUONG.

01:37PM 10        AND THEN FROM BLEICHMAR FONTI, LESLEY WEAVER, AND HER

01:38PM 11    COLLEAGUE, ANGELICA ORNELAS.

01:38PM 12        THAT'S IT FOR THE PLAINTIFFS IN CALHOUN.

01:38PM 13            THE COURT:  THANK YOU.  YOU ARE UP.

01:38PM 14            MR. SCHAPIRO:  I'M SORRY.  WE'RE THE SAME CAST OF

01:38PM 15    CHARACTERS.  I WAS ASLEEP AT THE WHEEL.

01:38PM 16        SAME AS IN BROWN, YOUR HONOR.  ANDREW SCHAPIRO FROM

01:38PM 17    QUINN EMANUEL FOR GOOGLE AND JOINED BY MY COLLEAGUES AND

01:38PM 18    FRIENDS, JOSEF ANSORGE, VIOLA TREBICKA, JOMAIRE CRAWFORD, AND

01:38PM 19    STEPHEN BROOME.

01:38PM 20            THE COURT:  THANK YOU.

01:38PM 21            THE CLERK:  YOUR HONOR, BEFORE YOU BEGIN, I JUST DO

01:38PM 22    WANT TO STATE THAT THESE ARE SEALED HEARINGS.  THANK YOU.

01:38PM 23            THE COURT:  THANK YOU, MS. FANTHORPE.

01:38PM 24        YES, I THINK I RECEIVED A REQUEST FOR SEALING IN BROWN,

01:38PM 25    AND BECAUSE THERE ARE SOME OVERLAPPING ISSUES THAT I WANT TO

01:38PM   1    ADDRESS, I THOUGHT IT WOULD BE MOST EFFICIENT THIS TIME AND

01:38PM   2    PERHAPS REACHING THE END OF THIS PROCEDURE WHERE I'VE SEALED

01:39PM   3    THE HEARING, BUT THE PARTIES WILL RECEIVE THE TRANSCRIPT AND

01:39PM   4    YOU'LL HAVE SOME TIME TO GET ME A REDACTED TRANSCRIPT, AND THEN

01:39PM   5    THE TRANSCRIPT WILL BE MADE PUBLIC WITH THOSE REDACTIONS.

01:39PM   6         OKAY.  SO WHAT I'D LIKE TO DO TODAY, FIRST I'M GOING TO

01:39PM   7    TOUCH BASE ON THAT PROCESS AS IT IS NOW, AND WHAT I EXPECT THE

01:39PM   8    PARTIES TO DO IN ADVANCE OF PUTTING AN ISSUE ON THE CHART THAT

01:39PM   9    THEN COMES TO ME FOR THIS PROCEEDING, THEN I WANT TO TURN TO --

01:39PM  10    I HAVE SOME VOCABULARY QUESTIONS THAT MAYBE ARE PERHAPS

01:39PM  11    OVERDUE, BUT THEY'RE HERE NOW.

01:39PM  12         AND I'LL START IN THE CONTEXT OF BROWN WITH THE CLASS

01:39PM  13    DEFINITION AND THEN SOME QUESTIONS THAT, AGAIN, VOCABULARY THAT

01:39PM  14    COME UP IN THE ARGUMENTS, AND TURN TO CALHOUN FOR THE SAME

01:40PM  15    EXERCISE.

01:40PM  16         AND I WANT TO DO THOSE TOGETHER BECAUSE THAT WILL HELP ME

01:40PM  17    TO UNDERSTAND SOME OF THE OVERLAP AND DIFFERENCES BETWEEN THE

01:40PM  18    CASES IN TERMS OF CLASS DEFINITION.

01:40PM  19         THEN WE WILL TURN TO THE ISSUE THAT EXISTS IN BOTH CASES,

01:40PM  20    WHICH IS THE PRODUCTION OF PLAINTIFFS' DATA, THAT IS, DATA

01:40PM  21    REGARDING THE PLAINTIFFS FROM GOOGLE, AND WE'LL START WITH

01:40PM  22    BROWN, EXCUSE ME, AND ISSUE -- I THINK IT'S ISSUE .3, AND THEN

01:40PM  23    WE'LL TURN TO CALHOUN AND THERE I THINK IT'S ISSUE 1.3.  THEN

01:40PM  24    WE'LL FIGURE OUT NEXT STEPS FROM THERE.  BUT THAT'S WHERE I

01:40PM  25    WANT TO GET US STARTED TODAY.

01:40PM 1        I DO APPRECIATE EVERYONE SHOWING UP, AND I KNOW HOW

01:40PM 2   IMPORTANT EACH TEAM MEMBER IS, AND YOU EACH HAVE AN INTEGRAL

01:41PM 3   ROLE, AND I LOOK FORWARD TO HEARING FROM EVERYONE WHO HAS A

01:41PM 4   CONTRIBUTION TO MAKE TODAY.

01:41PM 5        I WILL ASK YOU IF IT'S -- IF YOU DON'T HAVE A SPEAKING

01:41PM 6   ROLE OR YOU DON'T KNOW IF YOU HAVE A SPEAKING ROLE TO TURN OFF

01:41PM 7   YOUR VIDEO BECAUSE WE HAVE QUITE A COLLECTION, AND THAT WILL

01:41PM 8   HELP ME TO BE SURE I'M FOCUSSING ON THOSE WHO HAVE SOMETHING TO

01:41PM 9   SAY, AND I WILL ALSO OFFER, AND I DON'T WANT TO CAUSE ANY

01:41PM 10  DISSENSION, BUT A TEAM LEADER ON EACH SIDE, OR TEAM LEADERS IF

01:41PM 11  IT'S A REASONABLE NUMBER, MAY ALSO KEEP THEIR VIDEO ON.  I

01:41PM 12  APPRECIATE THAT YOU LIKE TO FEEL LIKE YOU'RE STILL INVOLVED.

01:41PM 13  SO THAT IS OKAY.

01:41PM 14       I THINK IF WE JUST -- FOLKS WHO HAVE OTHER ISSUES CAN TURN

01:41PM 15  THEIRS OFF, THAT SHOULD HELP ME GET US WHERE WE NEED TO BE.

01:41PM 16       OKAY.  SO WITH THAT LET ME JUST VERY QUICKLY REVIEW THE

01:42PM 17  PROCESS AS IT NEEDS TO BE TAKING PLACE BECAUSE I JUST DON'T

01:42PM 18  WANT THERE TO BE ANY CONFUSION ON THIS, AND THAT IS THAT AS THE

01:42PM 19  PARTIES SERVE AND RESPOND TO DISCOVERY, OBVIOUSLY DISPUTES COME

01:42PM 20  UP.  YOU HAVE A NUMBER OF DISPUTES NOW THAT HAVE BEEN --

01:42PM 21  SOMEBODY MIGHT NOT BE ON --

01:42PM 22            MR. SCHAPIRO:  DANIELLE, YOU NEED TO MUTE.

01:42PM 23            THE COURT:  IF YOU'RE NOT ON MUTE, PLEASE HIT MUTE.

01:42PM 24       OTHERS -- EXCUSE ME.  AND WE HAVE A NUMBER OF DISPUTES

01:42PM 25  THAT HAVE BEEN AROUND FOR A WHILE, AND THE COURT ADDRESSES THEM

01:42PM  1    IN BUILDING BLOCK FASHION BECAUSE THEY'RE OF CERTAIN

01:42PM  2    COMPLEXITY.

01:42PM  3         BUT WHEN A DISPUTE ARISES AND AS WE'RE WORKING THROUGH

01:42PM  4    EVOLUTION OF DISPUTES, THE FIRST REQUIREMENT, OF COURSE, IS

01:43PM  5    MEET AND CONFER BETWEEN THE PARTIES.  I WANT TO MAKE IT VERY

01:43PM  6    CLEAR THAT THE PARTICIPANTS IN MEET AND CONFER HAVE TO HAVE

01:43PM  7    AUTHORITY TO NEGOTIATE TOWARDS A RESOLUTION OF WHATEVER THE

01:43PM  8    DISPUTE IS.

01:43PM  9         IT'S IMPORTANT THAT THOSE BE THE PARTICIPANTS IN MEET AND

01:43PM 10    CONFER SO PROGRESS CAN BE MADE.  IT IS NOT JUST A SHOW UP AND

01:43PM 11    TAKE NOTES FUNCTION, AND THEN REPORT BACK TO THE TEAM, AND THEN

01:43PM 12    HAVE FURTHER DISCUSSION, AND THEN REPORT THE RESULTS OF THOSE

01:43PM 13    DISCUSSIONS TO THE OTHER SIDE.

01:43PM 14         I APPRECIATE THAT THERE'S DELEGATION, AND IT'S OFTEN THE

01:43PM 15    FRESHEST, SMARTEST, HARDEST WORKING LAWYERS ARE THE MORE JUNIOR

01:43PM 16    MEMBERS OF THE TEAM, AND IF THAT'S WHO CAN HAVE THE AUTHORITY

01:43PM 17    AND RUN THE MEET AND CONFER, GREAT.  I DON'T CARE WHAT LEVEL

01:43PM 18    ANYBODY IS, BUT WHEN YOU HAVE A MEET AND CONFER OVER A

01:43PM 19    DISCOVERY DISPUTE, YOU HAVE TO HAVE AUTHORITY TO NEGOTIATE.

01:44PM 20    YOU MAY HAVE TO TAKE SOMETHING BACK FOR CLIENT APPROVAL,

01:44PM 21    UNDERSTOOD, BUT YOU'VE GOT TO HAVE PEOPLE WITH AUTHORITY.

01:44PM 22         YOUR MEET AND CONFER SESSIONS NEED TO BE APPROACHED AS A

01:44PM 23    PROBLEM SOLVING SESSIONS.  THIS ISN'T JUST CREATE THE RECORD SO

01:44PM 24    THEN WE CAN LAY IT OUT FOR THE JUDGE.  IT NEEDS TO BE AN

01:44PM 25    EARNEST AND GOOD FAITH EFFORT AT RESOLVING THE DISPUTES.

SEALED PROCEEDINGS

01:44PM  1          AND I SEE THAT BECAUSE I SEE THE CHARTS WITH DISPUTES

01:44PM  2     WHERE THE PARTIES HAVE MADE PROGRESS THROUGH MEET AND CONFER

01:44PM  3     AND SOMETIMES HAVE RESOLVED OR ARE CONFIDANT THAT THEY ARE

01:44PM  4     MOVING TOWARDS RESOLUTION, AND I APPRECIATE THAT.  I WANT TO BE

01:44PM  5     SURE THAT THAT MENTALITY AND APPROACH TO THE SESSIONS

01:44PM  6     CONTINUES.

01:44PM  7          WHEN AN ISSUE -- WHEN YOU TRULY REACH IMPASSE, THAT IS

01:44PM  8     WHERE IT GOES ON THE CHART TO COME FOR THE COURT'S ATTENTION.

01:44PM  9          THERE WILL BE NO OTHER BRIEFING ON THE ISSUE UNLESS I ASK

01:45PM 10     FOR IT.  WHERE IN THE NORMAL COURSE YOU WOULD SAY, OKAY, WE'VE

01:45PM 11     REACHED AN IMPASSE, LET'S DO A FIVE-PAGE JOINT DISCOVERY

01:45PM 12     LETTER.  INSTEAD OF THAT IT GOES ON THE CHART TO GET TEED UP

01:45PM 13     FOR OUR NEXT SESSION.

01:45PM 14          AND IF I WANT FURTHER BRIEFING AND IF EITHER OR BOTH

01:45PM 15     PARTIES FEELS STRONGLY THAT THEY NEED IT, YOU CAN ASK FOR IT.

01:45PM 16     I'M NOT GOING TO GRANT IT EVERY TIME PEOPLE ASK FOR IT.  I'LL

01:45PM 17     JUST TELL YOU THAT BECAUSE A NUMBER OF THESE I CAN DEAL WITH.

01:45PM 18          BUT I DO APPRECIATE THAT WE HAVE A LOT OF ISSUES.  SOME

01:45PM 19     ARE COMPLEX.  MANY ARE NOT.  AND WE WANT TO -- I WANT TO GET

01:45PM 20     THE INFORMATION THAT I NEED IN THE MOST EFFICIENT WAY POSSIBLE

01:45PM 21     TO KEEP THE CASE -- TO RESOLVE ISSUES AND KEEP THE CASE MOVING

01:45PM 22     FORWARD.

01:45PM 23          OKAY.  SO WITH THAT SAID, I WANT TO TURN NOW TO THE FIRST

01:46PM 24     ISSUE.  AND I'M GOING -- OVERALL I'M GOING TO FOCUS ON THE

01:46PM 25     CRITICAL ISSUES THAT THE PARTIES HAVE IDENTIFIED AND THEN, YOU

01:46PM  1    KNOW, I'LL LET YOU KNOW WHAT I'LL DO WITH THE REMAINING ISSUES

01:46PM  2    IN DUE COURSE.

01:46PM  3         BUT OF THE CRITICAL ISSUES, AS I SAY, THE OVERLAPPING

01:46PM  4    ISSUE THAT CERTAINLY APPEARS TO ME TO BE AN OVERLAPPING ISSUE,

01:46PM  5    I'M SURE IT'S NOT IDENTICAL, BUT IT IS PRODUCTION OF THE

01:46PM  6    PLAINTIFFS' DATA.

01:46PM  7         OH, EXCUSE ME.  OF COURSE, I SKIPPED MY MOST IMPORTANT

01:46PM  8    STEP WHICH I WAS SO EXCITED ABOUT WHICH WAS THE VOCABULARY.  SO

01:46PM  9    EXCUSE ME.  LET ME JUST BACK UP.

01:46PM  10             MS. TREBICKA:  YOUR HONOR?

01:46PM  11             THE COURT:  YES.

01:46PM  12             MS. TREBICKA:  BEFORE WE MOVE ON, I JUST HAVE A

01:46PM  13   QUICK QUESTION TO CLARIFY SOMETHING IN WHAT YOU JUST SAID,

01:46PM  14   WHICH IS NO BRIEFING UNLESS YOUR HONOR SPECIFICALLY ORDERS IT.

01:47PM  15        WE HAVE SEEN SOME OF THE JOINT SUBMISSIONS TURN RATHER

01:47PM  16   LENGTHY, AND I WAS WONDERING IF YOU HAVE ANY GUIDANCE ON LIMITS

01:47PM  17   TO THE JOINT SUBMISSION, TO WHATEVER BLURB GOES IN THE JOINT

01:47PM  18   SUBMISSION.

01:47PM  19             THE COURT:  WE'LL ADDRESS THAT IN DUE COURSE.  THANK

01:47PM  20   YOU, MS. TREBICKA.

01:47PM  21        SO VOCABULARY.  LET'S START WITH BROWN.  I PUT MYSELF WITH

01:47PM  22   REGARDS TO THE CLASS DEFINITION, AND I SEE THE KEY COMPONENTS

01:47PM  23   AS PRIVATE BROWSING, NOT LOGGED INTO A GOOGLE ACCOUNT WHERE THE

01:47PM  24   USER ACCESSES THE WEBSITES THAT CONTAIN GOOGLE ANALYTICS OR

01:47PM  25   AD MANAGER.

SEALED PROCEEDINGS

01:47PM 1      SO -- AND THAT'S -- I GET THAT.  PRIVATE BROWSING, OKAY,

01:47PM 2  YOU'RE NOT LOGGED INTO YOUR ACCOUNT.

01:47PM 3      SO FROM THERE MY QUESTIONS ARE, AND I'LL HEAR FIRST

01:48PM 4  FROM -- ON BEHALF OF BROWN AND THEN FROM GOOGLE, BUT LET'S TURN

01:48PM 5  TO WHAT IS SYNCED, WHEN A USER IS SYNCED AND NOT SYNCED AND HOW

01:48PM 6  THAT RELATES.

01:48PM 7      SO WHO HAS THE ISSUE FOR BROWN, PLEASE?

01:48PM 8          MR. MAO:  GOOD AFTERNOON, YOUR HONOR.  THIS IS

01:48PM 9  MARK MAO FROM BOIES, SCHILLER & FLEXNER.

01:48PM 10     I JUST WANT TO CLARIFY THAT.  ALTHOUGH SYNC DOES TOUCH ON

01:48PM 11  OUR CASE, I DO BELIEVE THAT THAT IS AN ISSUE FOR THE CALHOUN

01:48PM 12  PLAINTIFFS THAT I'M AFRAID THAT I WILL BUTCHER IF I TRY TO

01:48PM 13  EXPLAIN.  BUT I -- IF YOUR HONOR WOULD BE PLEASED, I CAN DO MY

01:48PM 14  BEST TO TRY TO EXPLAIN WHAT I UNDERSTAND FROM OUR END.

01:48PM 15          THE COURT:  WELL, IT CERTAINLY COMES UP IN ARGUMENT

01:48PM 16  IN THE BROWN CASE, AT LEAST THE TERM IS USED.  SO I WANT TO

01:49PM 17  HEAR -- I'LL HEAR FROM BROWN IN THE FIRST INSTANCE.

01:49PM 18     AND DON'T WORRY, CALHOUN, YOU'LL HAVE AN OPPORTUNITY.

01:49PM 19          MR. MAO:  OKAY.

01:49PM 20          THE COURT:  GO AHEAD, MR. MAO.

01:49PM 21          MR. MAO:  RIGHT.  SO THIS IS WITHOUT CROSS USE AND

01:49PM 22  MY UNDERSTANDING.

01:49PM 23     SO MY UNDERSTANDING CURRENTLY IS THAT GOOGLE USES THREE

01:49PM 24  PERSISTENT IDENTIFIERS TO LOG AND TRACK DEVICES FOR

01:49PM 25  INDIVIDUALS.

```
01:49PM   1        THERE IS THE GAIA I.D. AND THEN AT LEAST TWO TWICE-BAKED

01:49PM   2   COOKIES.  ███████████████████████████████████████      THE

01:49PM   3   GAIA I.D., MY UNDERSTANDING, IS THAT THAT IS FOR LOG IN USERS

01:49PM   4   OR AUTHENTICATED USERS.

01:49PM   5        I AM UNSURE, YOUR HONOR, IF AND HOW THAT WORKS WITH SYNC,

01:49PM   6   AND THAT IS SOMETHING WHICH WE'RE TRYING TO FIGURE OUT IN

01:49PM   7   DISCOVERY.

01:49PM   8   ██████████████████████████████████████████████████████████

01:50PM   9   ████████████████████████████████████████████████████

01:50PM  10   ██████████████████████████████████████████████████████████

01:50PM  11   ████████████████████████████████████████

01:50PM  12        THE COURT:  OKAY.  SO LET ME BACK UP RIGHT THERE,

01:50PM  13   MR. MAO.  AGAIN, I'M JUST HEARING FROM BROWN AT THE MOMENT.

01:50PM  14        SO WHETHER ONE IS LOGGED INTO THE ACCOUNT OR NOT LOGGED

01:50PM  15   INTO THE ACCOUNT, DOES THAT DETERMINE WHETHER -- DOES THAT

01:50PM  16   RELATE TO AUTHENTICATED AND UNAUTHENTICATED?

01:50PM  17             MR. MAO:  IT DOES, YOUR HONOR.  AND I BELIEVE WHAT

01:50PM  18   HAPPENS FROM WHAT I'VE SEEN IS THAT YOU HAVE BASICALLY THESE

01:50PM  19   THREE TABLES KIND OF PAIRED IN PARALLEL.  THERE IS SOME

01:50PM  20   ARGUMENT BETWEEN AND AMONGST THE PARTIES AS TO WHEN THEY ARE

01:50PM  21   KIND OF CORRELATED IN PARALLEL, WHETHER OR NOT THAT IS A

01:50PM  22   MERGING OF DATA OR WHAT GOOGLE JUST CALLS A LINKING OF THE

01:51PM  23   DATA.

01:51PM  24        FROM DOCUMENTS WHICH WE HAVE SEEN IN BROWN, OUR

01:51PM  25   UNDERSTANDING IS THAT THE GAIA I.D.'S, OR AUTHENTICATED LOGGED
```

01:51PM  1     IN USERS, ARE OFTEN PAIRED OR LINKED, OR AT LEAST IN OUR

01:51PM  2     DEFINITION MERGED, BUT AT LEAST CORRELATED AND CONFIRMED

01:51PM  3     AGAINST THE UNAUTHENTICATED DATA.

01:51PM  4             THE COURT:  WELL, THAT'S A DIFFERENT ISSUE THAT

01:51PM  5     WE'LL TALK ABOUT IN MORE DETAIL.

01:51PM  6             MR. MAO:  I'M JUST TRYING TO EXPLAIN THE TERMS.

01:51PM  7             THE COURT:  I UNDERSTAND.  BUT FOR YOUR PURPOSES

01:51PM  8     AUTHENTICATED AND UNAUTHENTICATED RELATE TO WHETHER OR NOT THE

01:51PM  9     USER IS LOGGED INTO A GOOGLE ACCOUNT OR NOT?

01:51PM  10            MR. MAO:  YEAH, BECAUSE THE -- I WOULD SAY THAT THE

01:51PM  11    INCOGNITO AND PRIVATE STATES ARE BY DEFINITION LOGGED OUT

01:51PM  12    STATES, YOUR HONOR.

01:51PM  13            THE COURT:  OKAY.  ALL RIGHT.

01:52PM  14        SO THEN WITH REGARDS TO THE PROPOSED CLASS DEFINITIONS IN

01:52PM  15    BROWN OBVIOUSLY -- OKAY.  SO IF SOMEONE IS IN -- IT'S FOR

01:52PM  16    PRIVATE BROWSING SO THEY ARE -- THEY WOULD BE BY DEFINITION

01:52PM  17    LOGGED OUT?

01:52PM  18            MR. MAO:  THEY WOULD BE LOGGED OUT OF GAIA, YES,

01:52PM  19    YOUR HONOR.

01:52PM  20            THE COURT:  OKAY.

01:52PM  21            MR. MAO:  BUT WE BELIEVE THAT THE TWICE-BAKED

01:52PM  22    COOKIES, WHICH HAVE BEEN AROUND FOR A WHILE --

01:52PM  23            THE COURT:  I UNDERSTAND.  I UNDERSTAND.

01:52PM  24            MR. MAO:  RIGHT.

01:52PM  25            THE COURT:  OKAY.

| | | |
|---|---|---|
| 01:52PM | 1 | MR. MAO:  YEP. |
| 01:52PM | 2 | THE COURT:  OKAY.  I'M JUST MAKING A NOTE.  ALL |
| 01:53PM | 3 | RIGHT. |
| 01:53PM | 4 | SO LET ME TURN TO CALHOUN, AND THEN I'LL HEAR FROM GOOGLE |
| 01:53PM | 5 | AT ONE TIME. |
| 01:53PM | 6 | SO WITH REGARDS TO CALHOUN AS I UNDERSTAND THE PROPOSED |
| 01:53PM | 7 | CLASS DEFINITION IT IS FOR USERS IN CHROME WHO ARE NOT SYNCED |
| 01:53PM | 8 | TO A GOOGLE ACCOUNT. |
| 01:53PM | 9 | MR. BARNES:  THAT'S CORRECT, YOUR HONOR. |
| 01:53PM | 10 | THE COURT:  OKAY.  AND WHO IS SPEAKING, PLEASE? |
| 01:53PM | 11 | MR. BARNES:  THIS IS JAY BARNES FOR THE PLAINTIFFS. |
| 01:53PM | 12 | THE COURT:  OKAY. |
| 01:53PM | 13 | MR. BARNES:  YES, THAT IS CORRECT. |
| 01:53PM | 14 | THE COURT:  AND THEN HOW DOES THAT RELATE TO SYNCED |
| 01:53PM | 15 | AND UNSYNCED? |
| 01:53PM | 16 | MR. BARNES:  OKAY.  I THINK YOUR HONOR STATED IT |
| 01:54PM | 17 | CORRECTLY WITH YOUR FIRST -- YOU DESCRIBED FOUR DIFFERENT |
| 01:54PM | 18 | STATES:  INCOGNITO, SIGNED OUT, SIGNED INTO A GOOGLE ACCOUNT, |
| 01:54PM | 19 | WHICH IS DIFFERENT THAN -- I DON'T WANT TO GET TOO FAR INTO THE |
| 01:54PM | 20 | WEEDS HERE.  AND THEN THE FOURTH ONE IS SYNCED. |
| 01:54PM | 21 | THE COURT:  WAIT A MINUTE.  YOU DID -- OH, DID YOU |
| 01:54PM | 22 | DO INCOGNITO, SIGNED IN, SIGNED OUT? |
| 01:54PM | 23 | MR. BARNES:  INCOGNITO, SIGNED OUT, SIGNED INTO A |
| 01:54PM | 24 | GOOGLE ACCOUNT, WHICH AUTO SIGNS YOU INTO CHROME WITHOUT THE |
| 01:54PM | 25 | USER ACTUALLY SIGNING INTO CHROME, AND THEN THERE'S THE SYNCED |

01:54PM 1    STATE.

01:54PM 2        I BELIEVE THAT ANY SINGLE INDIVIDUAL MIGHT AT DIFFERENT

01:54PM 3    POINTS IN TIME BE IN THE BROWN CLASS OR IN THE CALHOUN CLASS,

01:54PM 4    BUT AT NO POINT IN TIME, NO SPECIFIC POINT UNIQUE POINT IN TIME

01:54PM 5    ARE THEY IN BOTH CLASSES BECAUSE TO BE INCOGNITO, YOU CANNOT BE

01:54PM 6    IN ONE OF THOSE TWO STATES THAT ARE THE CALHOUN CLASS

01:55PM 7    DEFINITION, WHICH IS THE SIGNED AND SIGNED OUT STATE.

01:55PM 8    INCOGNITO IS A SEPARATE STATE OF BEING.

01:55PM 9        AND, YOUR HONOR, THOSE ARE GOOGLE'S TERMS FOR THOSE

01:55PM 10   STATES.  WE WOULD SAY --

01:55PM 11           THE COURT:  AH, AH, AH, AH, AH.

01:55PM 12           MR. BARNES:  OKAY.  FINE.

01:55PM 13           THE COURT:  I CAN ONLY -- SO EXPLAIN TO ME,

01:55PM 14   MR. BARNES, FOR THE CALHOUN CLASS THE SIGNED IN AND SIGNED OUT

01:55PM 15   DISTINCTIONS BECAUSE I THOUGHT THEY WERE NOT SYNCED TO A GOOGLE

01:55PM 16   ACCOUNT.

01:55PM 17           MR. BARNES:  THAT'S RIGHT, THEY'RE NOT BECAUSE

01:55PM 18   THERE'S A DISTINCTION BETWEEN SIGNED IN VERSUS SYNCED.

01:55PM 19       THERE IS NO -- OUR CONTENTION IS THAT GOOGLE STORES IT ALL

01:55PM 20   ASSOCIATED WITH THE PLAINTIFF IN THEIR ACCOUNT.

01:55PM 21           THE COURT:  THAT'S NOT WHAT I'M ASKING.

01:55PM 22           MR. BARNES:  SO YOU'VE BECOME SIGNED IN IF YOU'RE

01:56PM 23   USING THE CHROME BROWSER AND YOU SIGN INTO GMAIL, YOUTUBE, OR

01:56PM 24   ANY OTHER GOOGLE CONSUMER FACING SERVICE.

01:56PM 25       NOW, IF YOU LEAVE THAT SERVICE WITHOUT FORMALLY LOGGING

01:56PM   1    OFF OF THAT SERVICE, GOOGLE AUTOMATICALLY SIGNS YOU INTO CHROME

01:56PM   2    WITHOUT YOU TAKING ANY SPECIFIC ACTION TO SIGN INTO CHROME AND

01:56PM   3    WITHOUT TELLING YOU, HEY, YOU'RE ALSO SIGNING INTO CHROME,

01:56PM   4    WHICH MEANS A WHOLE BUNCH OF DIFFERENT THINGS.

01:56PM   5        IN ORDER TO BECOME SYNCED, THE USER HAS TO CLICK A

01:56PM   6    DIFFERENT BUTTON TO GET INTO THAT SYNCED STATE.

01:56PM   7                THE COURT:  WHAT IS THE DIFFERENCE BETWEEN BEING

01:56PM   8    SYNCED AND SIGNED IN?

01:56PM   9                MR. BARNES:  WELL, OUR CONTENTION IS ALL OF THE

01:56PM  10    DATA, WHETHER YOU'RE SIGNED IN OR YOU'RE SYNCED, GOOGLE

01:57PM  11    ASSOCIATES DIRECTLY WITH YOUR GOOGLE ACCOUNT IN VIOLATION OF

01:57PM  12    ITS PROMISES.

01:57PM  13        GOOGLE'S POSITION IS --

01:57PM  14                THE COURT:  NO.  WHAT IS SYNCED?  I DON'T WANT TO

01:57PM  15    HEAR ARGUMENT.

01:57PM  16        IN YOUR -- AS YOU'VE DEFINED THE CLASS AND AS YOU'RE -- AS

01:57PM  17    THE COMPLAINT IN CALHOUN IS FRAMED, WHAT IS, WHAT IS THE

01:57PM  18    SIGNIFICANCE OF BEING SYNCED?  WHAT IS BEING SYNCED AND WHAT IS

01:57PM  19    THE SIGNIFICANCE?

01:57PM  20                MR. BARNES:  WELL, WHAT HAPPENS IS THAT THE -- WHEN

01:57PM  21    YOU'RE SIGNED IN -- GOOGLE SAVES THE SAME DATA REGARDLESS OF

01:57PM  22    WHETHER YOU'RE SIGNED OR SYNCED TO YOUR GOOGLE ACCOUNT.

01:57PM  23        SO YOU'RE ASKING WHAT IS THE FUNDAMENTAL DISTINCTION

01:57PM  24    BETWEEN THE TWO AND HOW GOOGLE TREATS THE DATA.

01:57PM  25                THE COURT:  NO, NO, THAT'S NOT WHAT I'M ASKING.  I'M

SEALED PROCEEDINGS

01:57PM 1    NOT ASKING HOW GOOGLE DOES ANYTHING.

01:57PM 2          MR. BARNES:  THE DISTINCTION IS IN ORDER TO BECOME

01:57PM 3    SYNCED, YOU -- THERE'S ANOTHER BUTTON TO CLICK TO SAY, HEY, I

01:58PM 4    WANT TO SYNC THIS DATA SO GOOGLE CAN ASSOCIATE IT WITH MY

01:58PM 5    GOOGLE ACCOUNT.

01:58PM 6          MR. SCHAPIRO:  I THINK I MIGHT BE ABLE TO CLARIFY.

01:58PM 7    I DON'T WANT TO INTERRUPT, BUT I THINK WE ACTUALLY AGREE.  I

01:58PM 8    JUST WANT TO -- IF I MAY, YOUR HONOR --

01:58PM 9          MR. BARNES:  I THINK MR. SCHAPIRO --

01:58PM 10         MR. SCHAPIRO:  -- I CAN ANSWER AT A VERY HIGH LEVEL

01:58PM 11   OF GENERALITY.

01:58PM 12         THE COURT:  HANG ON, MR. SCHAPIRO.

01:58PM 13      MR. BARNES, CAN I TURN TO MR. SCHAPIRO?

01:58PM 14         MR. BARNES:  YES, YOU MAY.

01:58PM 15         MR. SCHAPIRO:  SO IN THE MOST BASIC SENSE, BECAUSE

01:58PM 16   ON THIS I THINK WE ALL AGREE ON WHAT THE PRODUCTS DO, IF I'M A

01:58PM 17   USER AND I HAVE A GMAIL ACCOUNT, I CAN CHOOSE EITHER TO LOG IN

01:58PM 18   OR LOG OUT TO MY GOOGLE ACCOUNT.  I'M SURE MOST PEOPLE,

01:58PM 19   PROBABLY YOUR HONOR OR YOUR CLERKS HAVE DONE THAT AT TIMES AND

01:58PM 20   YOU'RE LOGGED IN AS A USER.

01:58PM 21      SEPARATELY, IF I WANT TO, WITH CHROME, TO HAVE

01:59PM 22   PERSONALIZATION ACROSS DEVICES, SO I WANT TO HAVE THE SAME

01:59PM 23   BOOKMARKS ON MY PHONE AS ON MY LAPTOP.  I WANT TO HAVE THE

01:59PM 24   PASSWORDS SAVED IN ONE PLACE AND THEN USEABLE ACROSS DEVICES.

01:59PM 25   THAT'S SYNCING.  AND YOU CAN CHOOSE TO HAVE SYNC ON OR SYNC

01:59PM   1    OFF.

01:59PM   2         SO, FOR EXAMPLE, I HAVE GOT MY OFFICE COMPUTER HERE, AND I

01:59PM   3    HAVE THE SAME BOOKMARKS THAT I HAVE AT HOME BECAUSE IT'S A

01:59PM   4    CONVENIENT FEATURE TO SYNC.

01:59PM   5         ONE COULD CHOOSE TO SIGN INTO A GOOGLE ACCOUNT AND NOT USE

01:59PM   6    SYNC.  SOME PEOPLE DON'T USE SYNC OR THEY DON'T HAVE IT ON SOME

01:59PM   7    DEVICES.

01:59PM   8         BUT THEY STILL CAN -- I CAN GO TO A HOTEL BUSINESS CENTER,

01:59PM   9    SIGN INTO MY GOOGLE ACCOUNT, AND AT THAT POINT I'M SIGNED IN.

01:59PM   10   I MAY CHOOSE NOT TO DO ANY SYNCING.

01:59PM   11        WITH THAT I WILL STOP.  I JUST WANTED TO MAKE THAT CLEAR.

01:59PM   12             THE COURT:  OKAY.  ALL RIGHT.  LET ME GO BACK TO

01:59PM   13   MR. BARNES, AND THEN I'LL COME BACK TO YOU, MR. SCHAPIRO.

01:59PM   14        SO DOES WHETHER OR NOT -- DOES SYNCING RELATE TO DEVICES?

02:00PM   15             MR. BARNES:  YES.  YES.  IN ORDER TO SYNC, GOOGLE

02:00PM   16   HAS TO KNOW WHAT DEVICES NEED TO BE SYNCED.

02:00PM   17             THE COURT:  OKAY.  ALL RIGHT.  AND YOU STARTED OUT,

02:00PM   18   MR. BARNES, WITH THERE BEING FOUR STATES, THE FIRST OF WHICH IS

02:00PM   19   INCOGNITO.  IS THAT PRIVATE BROWSING?  IS THAT SOMETHING

02:00PM   20   DIFFERENT?  I ALWAYS THINK OF IT AS PRIVATE BROWSING.

02:00PM   21             MR. BARNES:  YEAH.  I THINK GOOGLE CALLS IT

02:00PM   22   INCOGNITO.  I THINK MR. MAO REFERRED TO IT AS PRIVATE BROWSING

02:00PM   23   AT ONE POINT.  YOU KNOW, I -- THAT'S IN THE BROWN LANE.

02:00PM   24             THE COURT:  UNDERSTOOD.  OKAY.  THAT'S HELPFUL.

02:01PM   25             MR. SCHAPIRO, DID YOU HAVE ANYTHING YOU WANTED TO ADD TO

02:01PM  1    WHAT WE HEARD, I HEARD FROM MR. MAO OR -- WHOOPS -- MR. BARNES?

02:01PM  2            MR. BARNES:  CAN I ADDRESS THE AUTHENTICATED VERSUS

02:01PM  3    UNAUTHENTICATED QUESTION?

02:01PM  4            THE COURT:  YES.

02:01PM  5            MR. BARNES:  OKAY.  AUTHENTICATED DATA IN GOOGLE

02:01PM  6    SPEAK IS DATA THAT GOOGLE DIRECTLY ASSOCIATES AND PUTS INTO A

02:01PM  7    GOOGLE ACCOUNT BASED ON A COOKIE THAT IS ASSOCIATED WITH A

02:01PM  8    SIGN IN TO A GOOGLE SERVICE.

02:01PM  9        UNAUTHENTICATED DATA --

02:01PM  10            THE COURT:  SAY THAT AGAIN.  I THINK I HAVE MOST OF

02:01PM  11   THAT ALREADY IN MY NOTES.  LET ME CHECK.

02:01PM  12            MR. BARNES:  AUTHENTICATED DATA IS DATA THAT GOOGLE

02:01PM  13   WOULD PLACE INTO A SPECIFIC ACCOUNT RELATING TO A GOOGLE USER

02:01PM  14   IN ITS DATABASES THAT ARE GENERALLY ACCESSIBLE TO GOOGLE.  SO

02:02PM  15   IT'S SORT OF A DIRECT ASSOCIATION WITH THE USER, LET'S PLACE IT

02:02PM  16   IN THIS BUCKET.

02:02PM  17            THE COURT:  AND UNAUTHENTICATED?

02:02PM  18            MR. BARNES:  UNAUTHENTICATED DATA IS DEVICE DATA.

02:02PM  19   IT CAN BE IN SOME -- IT'S DATA THAT GOOGLE HAS ASSOCIATED WITH

02:02PM  20   A DEVICE.

02:02PM  21        NOW, GOOGLE HAS A SYSTEM THAT TIES THE TWO TOGETHER.

02:02PM  22            THE COURT:  WELL, WE'RE GOING TO GET INTO THAT.

02:02PM  23   DON'T WORRY.

02:02PM  24            MR. BARNES:  SO UNAUTHENTICATED DATA IS DEVICE DATA,

02:02PM  25   BUT IT'S ALSO PERSONAL INFORMATION UNDER LAW AND IT'S CONNECTED

02:02PM   1    TO --

02:02PM   2              THE COURT:  I'VE GOT IT, MR. BARNES.  I'VE GOT IT.

02:02PM   3         MR. MAO, BEFORE I TURN TO --

02:02PM   4              MR. MAO:  JUST REAL QUICK.  SO JUST TWO QUICK

02:02PM   5    NUANCES HERE THAT'S A LITTLE BIT DIFFERENT BETWEEN THE BROWN

02:02PM   6    CASE AND THE CALHOUN CASE.

02:02PM   7         FOR LOGGED IN VERSUS NOT LOGGED IN, WHEN YOU INTRODUCE

02:03PM   8    GOOGLE ANALYTICS, WE BELIEVE THAT GOOGLE ANALYTICS IS TIED WITH

02:03PM   9    UNAUTHENTICATED DATA IN GOOGLE SPEAK, BEFORE THEIR CLIENT

02:03PM  10    SPEAK, IT COMES IN WITH A LOGGED IN IDENTIFIER.

02:03PM  11              THE COURT:  I UNDERSTAND.  I UNDERSTAND.  THAT'S ALL

02:03PM  12    ARGUMENT FOR DOWN THE ROAD.

02:03PM  13              MR. MAO:  OH, RIGHT, RIGHT, RIGHT, RIGHT.

02:03PM  14         BUT THEN HERE'S THE SECOND THING, YOUR HONOR.  THERE'S THE

02:03PM  15    STATE AND THEN THERE'S THE RECORD.  AND IT, IT -- IN A BROWSING

02:03PM  16    SESSION WHAT WAS A PAST BROWSING TAB THAT WAS OPENED IN CHROME,

02:03PM  17    FOR EXAMPLE, OR EVEN IN OTHER BROWSERS, EVEN IF IT'S

02:03PM  18    UNAUTHENTICATED OR NOT SIGNED IN, THAT CAN END UP IN THE SIGNED

02:03PM  19    IN STATE IF YOU SIGN IN OR YOU GET OTHERWISE TAGGED IN A

02:03PM  20    DIFFERENT TAB.

02:03PM  21              THE COURT:  WE'LL GET THERE, MR. MAO.

02:03PM  22              MR. MAO:  RIGHT.  SORRY.  I WAS JUST TRYING TO

02:03PM  23    CLARIFY THAT, THAT THERE WAS SOME OF THAT IN TERMS OF THE

02:03PM  24    DEFINITIONS.

02:03PM  25              MR. BARNES:  YOUR HONOR --

```
02:03PM  1                    THE COURT:  NO, NO, NO.  THAT'S ENOUGH.  THAT'S

02:03PM  2      ENOUGH.  THANK YOU.

02:04PM  3           MR. SCHAPIRO FROM GOOGLE?

02:04PM  4                    MR. SCHAPIRO:  YES.  WE'RE TRYING REALLY HARD NOT TO

02:04PM  5      ENGAGE IN ARGUMENT AND JUST THE DEFINITIONS NOW.  THERE ARE

02:04PM  6      MANY THINGS THAT ARE MISTAKEN, AND I WANT TO HAND IT OFF TO MY

02:04PM  7      MORE TECHNICALLY MINDED COLLEAGUE, JOEY ANSORGE, WHO WILL TAKE

02:04PM  8      TWO MINUTES AND JUST CLEAR UP A COUPLE OF THINGS.

02:04PM  9                    THE COURT:  ALL RIGHT.  BUT, MR. ANSORGE, I'LL

02:04PM  10     REMIND YOU, AS I HAVE REMINDED MR. MAO AND MR. BARNES, THAT WE

02:04PM  11     NEED TO FOCUS ON MY QUESTION, WHICH IS I'M JUST TRYING TO GET

02:04PM  12     DEFINITION.  AND I APPRECIATE THAT OBVIOUSLY THE PARTIES

02:04PM  13     DISAGREE AS TO, YOU KNOW, WHERE THE LINES ON SOME OF THESE

02:04PM  14     DEFINITIONS ARE DRAWN.

02:04PM  15           SO GO AHEAD.

02:04PM  16                    MR. ANSORGE:  YES, AND I'LL BE VERY BRIEF,

02:04PM  17     YOUR HONOR.  WE JUST WANTED TO ADD A FEW POINTS.

02:04PM  18           THE FIRST IS THAT WHEN WE'RE TALKING ABOUT SYNC, A USER

02:04PM  19     ENABLES SYNC ON THEIR DEVICE.  SO IT'S DIFFERENT FROM AN

02:04PM  20     ACCOUNT SETTING.  IT'S SPECIFIC TO THE DEVICE.  TO BE ABLE TO

02:05PM  21     SYNC YOUR PHONE WITH YOUR LAPTOP AND DESKTOP AT WORK, AND YOU

02:05PM  22     WOULD HAVE TO GO INTO THOSE DEVICES AT THE DEVICE LEVEL AND SET

02:05PM  23     ENABLE SYNC ON THE CHROME BROWSER SETTING.

02:05PM  24           I ALSO WANTED TO TOUCH ON THE AUTHENTICATED AND

02:05PM  25     UNAUTHENTICATED --
```

02:05PM  1                    THE COURT:  SO WAIT A MINUTE.  IS THAT A CHROME

02:05PM  2        FEATURE OR IS THAT --

02:05PM  3                    MR. ANSORGE:  THAT'S RIGHT, YOUR HONOR, THAT'S --

02:05PM  4        IT'S A CHROME FEATURE.  SO IT'S A CHROME PERSONALIZATION

02:05PM  5        FEATURE.  OTHER BROWSERS ALSO HAVE SYNC FEATURES, BUT THE ONE

02:05PM  6        AT ISSUE HERE IS JUST RELATED TO CHROME.

02:05PM  7                    THE COURT:  OKAY.  GO AHEAD, MR. ANSORGE.

02:05PM  8                    MR. ANSORGE:  IN THE SMALL TIME THAT IS REMAINING,

02:05PM  9        YOUR HONOR, I ALSO WANTED TO VERY BRIEFLY TOUCH ON THE

02:05PM  10        AUTHENTICATED AND UNAUTHENTICATED DATA DISTINCTION --

02:05PM  11                    THE COURT:  UH-HUH.

02:05PM  12                    MR. ANSORGE:  -- THAT PLAINTIFFS' COUNSEL HAD

02:05PM  13        REFERENCED.

02:05PM  14            AS YOU MAY RECALL WHEN WE WERE LOOKING AT THE CONSENT

02:05PM  15        NOTICES, ONE OF THE POINTS WE WERE MAKING IS THAT GOOGLE DOES

02:05PM  16        NOT HAVE A REGISTRY OF USERS IN THE SENSE THAT YOU DON'T NEED

02:05PM  17        AN I.D. TO SIGN UP TO GET A GOOGLE ACCOUNT.  YOU CAN PUT IN ANY

02:06PM  18        SPECIFIC INFORMATION.  SOME PEOPLE MIGHT SAY IT'S JOEY THE BEAR

02:06PM  19        AND HIS AGENDA IS UNKNOWN AND HIS BIRTH DATE IS SOMETHING THAT

02:06PM  20        I'M INVENTING.

02:06PM  21            SO TO ACTUALLY BE ABLE TO FIGURE OUT, WELL, WHAT DATA IS

02:06PM  22        ASSOCIATED WITH WHAT PARTICULAR USER, GOOGLE WILL USE THE

02:06PM  23        PEOPLE WHO ARE AUTHENTICATED TO ACCESS THAT ACCOUNT AS THE

02:06PM  24        PROXY, AND THAT'S THE IMPORTANT DISTINCTION BETWEEN

02:06PM  25        AUTHENTICATED AND UNAUTHENTICATED USER.

02:06PM   1         AND I WOULD WANT TO --

02:06PM   2              THE COURT:  I'M NOT SURE I FOLLOWED YOU THERE,

02:06PM   3    MR. ANSORGE.

02:06PM   4              MR. ANSORGE:  YEAH.  SO LET ME TRY ONE MORE TIME TO

02:06PM   5    SEE IF I COULD DO IT CRISPLY.

02:06PM   6         THE AUTHENTICATED DATA AT GOOGLE IS TIED TO A GOOGLE

02:06PM   7    ACCOUNT AND BECAUSE GOOGLE DOES NOT USE I.D.'S OR OTHER FORMS

02:06PM   8    LIKE YOU DON'T USE A DRIVER'S LICENSE TO SIGN UP, THERE'S NOT A

02:06PM   9    MOMENT WHERE YOUR IDENTITY IS VERIFIED AS JOSEF ANSORGE, THIS

02:06PM  10    IS THE PERSON IN THIS PARTICULAR GOOGLE ACCOUNT.

02:06PM  11         THE CLOSEST THAT HAPPENS IS WITHIN THE AUTHENTICATION

02:07PM  12    STRUCTURE.  SO WHEN YOU'RE SIGNED INTO A GOOGLE ACCOUNT, GOOGLE

02:07PM  13    WILL USE THE PEOPLE WHO HAVE THE PERMISSIONS FOR THAT ACCOUNT

02:07PM  14    WILL BE SET AS BEING AUTHENTICATED FOR ACCESSING IT, AND THE

02:07PM  15    IMPORTANT DISTINCTION THERE IS THAT THERE'S A LOT OF ACTIVITY

02:07PM  16    ON THE INTERNET WHERE USERS ARE NOT SIGNED IN, AND IT'S NOT

02:07PM  17    APPARENT THAT THIS IS SOMETHING THAT IS TIED TO THEM

02:07PM  18    INDIVIDUALLY, AND IN THOSE CASES THAT'S UNAUTHENTICATED DATA,

02:07PM  19    AND GOOGLE GOES THROUGH GREAT LENGTHS TO KEEP THOSE SEPARATE,

02:07PM  20    YOUR HONOR.

02:07PM  21              THE COURT:  OKAY.  ALL RIGHT.  I KNOW THOSE ARE

02:07PM  22    LOADED QUESTIONS.  YOU CAN TELL WHERE THEY CAME FROM BECAUSE

02:07PM  23    I'VE BEEN READING THE ARGUMENTS IN AND AROUND THE ISSUES WITH

02:07PM  24    REGARD TO WHAT PLAINTIFFS' DATA IN THE RESPECTIVE CASES IS

02:07PM  25    AVAILABLE FOR PRODUCTION.

02:08PM 1        SO LET'S TURN TO THAT ISSUE NOW.  LET ME JUST CHECK MY

02:08PM 2   NOTES AND BE SURE THAT I TOUCHED ON WHAT I WANTED.  OKAY.

02:08PM 3   THAT'S A GOOD START.

02:08PM 4        SO LET'S TURN -- GIVE ME ONE SECOND.  SO LET'S TURN IN

02:08PM 5   BROWN AND TAKE UP ISSUE P3, WHICH IS GOOGLE'S PRODUCTION OF

02:08PM 6   PLAINTIFFS' DATA.  AND OBVIOUSLY WE HAVE SPENT SOME TIME ON

02:08PM 7   THIS ISSUE IN THE PAST, AND I DID REVIEW THE PARTIES'

02:09PM 8   SUBMISSIONS AND DISCUSSIONS, AND I UNDERSTAND THE OBJECTIVE AND

02:09PM 9   OBVIOUSLY THE OBJECTIVE OF THE LAWSUIT AND THE OBJECTIVE OF THE

02:09PM 10  REQUEST.

02:09PM 11       FIRST, LET ME SAY I SEE P3 AND I SEE P6, P3 BEING THE DATA

02:09PM 12  ASSOCIATED WITH PLAINTIFFS AND P6 BEING IDENTIFICATION OF CLASS

02:09PM 13  MEMBERS, AND WE'VE SOMEWHAT CONFLATED THOSE IN THESE EARLY

02:09PM 14  DISCUSSIONS, ALTHOUGH I AM MINDFUL OF THAT AND THAT THOSE MAY

02:09PM 15  HAVE -- THERE MAY BE SOME DISTINCTIONS THERE THAT COME INTO

02:09PM 16  PLAY.

02:10PM 17       I ALSO SEE THE GENERAL FRAMEWORK OF THE INQUIRY AS TO WHAT

02:10PM 18  INFORMATION DOES GOOGLE HAVE AND WHAT HAS GOOGLE DONE WITH THAT

02:10PM 19  INFORMATION?  AND WITHIN THE -- LOOKING AT THE CLASS AS IT'S --

02:10PM 20  PURPORTED CLASS AS IT'S DEFINED, WHAT INFORMATION ON THOSE --

02:10PM 21  ON CLASS MEMBERS HAS GOOGLE COLLECTED OR TRACKED?

02:10PM 22       AND OBVIOUSLY IN MY ORDER FROM APRIL 30TH I ORDERED THE

02:10PM 23  PRODUCTION OF THE AUTHENTICATED IDENTIFIERS, UNAUTHENTICATED

02:10PM 24  IDENTIFIERS FOR INDIVIDUALS AND THEIR DEVICES, AND THEN THE

02:10PM 25  NEED PERHAPS THERE FOR AN ADDITIONAL DEPOSITION.  AND I SEE IN

02:10PM 1    YOUR CMC STATEMENT THAT YOU HAVE A DEPOSITION SET HERE IN THE

02:10PM 2    NEXT COUPLE OF WEEKS, ON JUNE 16TH.

02:11PM 3         SO ONE QUESTION I HAVE IS HOW THAT RELATES TO THIS

02:11PM 4    INQUIRY?  IT LOOKS LIKE IT RELATES, BUT I'D LIKE TO UNDERSTAND

02:11PM 5    THAT.

02:11PM 6         IT LOOKS LIKE FROM THE PARTIES' DISPUTE THAT, AND FROM THE

02:11PM 7    SUMMARY, THAT GOOGLE'S POSITION, I THINK, ON, OKAY, NOW YOU

02:11PM 8    HAVE TO PROVIDE FOR THE UNAUTHENTICATED IDENTIFIERS, YOU NEED

02:11PM 9    TO CAPTURE THE COOKIES IN THE PRIVATE SESSIONS, AND THE PARTIES

02:11PM 10   HAVE HAD BACK AND FORTH OVER THAT, BUT IT LOOKS LIKE THAT -- AT

02:11PM 11   LEAST SOME OF THAT INFORMATION HAS BEEN PROVIDED, AND IT WASN'T

02:11PM 12   CLEAR TO ME IF THAT WAS JUST PROVIDED AS TO ONE PLAINTIFF OR AS

02:11PM 13   TO EACH OF THE NAMED PLAINTIFFS.  THERE SEEMED TO BE SOME

02:11PM 14   DISCREPANCY THERE.

02:11PM 15        SO WHAT INFORMATION THAT GOOGLE SAID IT NEEDED, THAT IS,

02:12PM 16   THE NEW COOKIE INFORMATION -- AND THIS QUESTION IS TO BROWN,

02:12PM 17   THE BROWN SIDE -- WHAT IN THAT REGARD AS OF TODAY HAS BEEN

02:12PM 18   PROVIDED?

02:12PM 19        SO WHO HAS GOT THE MIKE ON THAT?

02:12PM 20        MR. MAO, THANK YOU.

02:12PM 21             MR. MAO:  YES.  THANK YOU, YOUR HONOR.

02:12PM 22        SO ON MAY 12TH, YOUR HONOR, THE DATE THE PRODUCTION WAS

02:12PM 23   DUE, GOOGLE TOLD US TO GIVE THEM COOKIES, WHICH WE THEN ASKED

02:12PM 24   WHAT EXACTLY ARE WE COLLECTING IN TERMS OF COOKIES?

02:12PM 25             THE COURT:  I DID READ THE SUMMARY, MR. MAO.

SEALED PROCEEDINGS

02:12PM 1          MR. MAO:  RIGHT.  OKAY.

02:12PM 2          THE COURT:  SO FAST FORWARD IN EACH OF THESE, AND

02:12PM 3    LET ME GET US RIGHT TO THE POINT.  WE HAVE A LOT OF GROUND TO

02:12PM 4    COVER.  SO WHAT HAVE YOU BEEN -- WHAT HAVE YOU PROVIDED, IF

02:12PM 5    ANYTHING?

02:12PM 6          MR. MAO:  THE THREE COOKIES THAT WERE SPECIFIED IN

02:13PM 7    TERMS OF US BEING ABLE TO GENERATE THEM.  WE DO NOT KNOW HOW TO

02:13PM 8    GENERATE THEM, YOUR HONOR.  WE TRIED OUR BEST TO GENERATE WHAT

02:13PM 9    WE COULD.

02:13PM 10          THE COURT:  OKAY.

02:13PM 11          MR. MAO:  AND WE SENT THAT OVER FOR ALL PLAINTIFFS

02:13PM 12   EXCEPT FOR ONE WHO WILL BE PROVIDING HERS THIS WEEK.

02:13PM 13          THE COURT:  OKAY.  SO FOR THE THREE IDENTIFIERS THAT

02:13PM 14   GOOGLE ASKED FOR IS THAT -- WAS THAT --

02:13PM 15          MR. MAO:  YES.  NONE OF THEM WERE GOOGLE ANALYTIC

02:13PM 16   COOKIES.  THEY WERE ALL NON-GOOGLE ANALYTIC COOKIES.  AND THEN

02:13PM 17   WE SPECIFICALLY WERE ABLE TO CONSISTENTLY ONLY GENERATE TWO OF

02:13PM 18   THEM, YOUR HONOR.  THEY GAVE US THREE.  AND WE ASKED FOR AN

02:13PM 19   EXPLANATION AS TO --

02:13PM 20          THE COURT:  I UNDERSTAND.  I SAW THAT DISPUTE,

02:13PM 21   MR. MAO.  THANK YOU.  OKAY.

02:13PM 22       SO THREE IDENTIFIERS WERE PROVIDED TO YOU BY GOOGLE.  AND

02:13PM 23   YOU DID WHAT YOU COULD WITH THOSE AND YOU GOT THAT DATA BACK TO

02:13PM 24   GOOGLE; IS THAT CORRECT?

02:13PM 25          MR. MAO:  YES, YOUR HONOR.  AND, YOUR HONOR, WE MAY

02:13PM   1    HAVE HAD ONE OR TWO PLAINTIFFS THAT WERE ABLE TO RANDOMLY

02:14PM   2    GENERATE THE THIRD COOKIE, I'M NOT SURE.  BUT I KNOW TWO OF THE

02:14PM   3    THREE WE WERE ABLE TO FIGURE OUT HOW TO GENERATE THEM.

02:14PM   4            THE COURT:  OKAY.  AND THEN FOR ALL OF THE -- FOR

02:14PM   5    ALL BUT ONE OF THE PLAINTIFFS; IS THAT RIGHT?

02:14PM   6            MR. MAO:  YES.  THE MOST RECENTLY ADDED PLAINTIFF

02:14PM   7    WHO NEEDED A LITTLE TIME BECAUSE SHE WAS ON VACATION.

02:14PM   8            THE COURT:  OKAY.  GOOD.  AND THAT INFORMATION HAS

02:14PM   9    BEEN PROVIDED TO GOOGLE; IS THAT RIGHT?

02:14PM   10           MR. MAO:  YES.

02:14PM   11           THE COURT:  AND WHEN WAS THAT PROVIDED, MR. MAO?

02:14PM   12           MR. MAO:  I THINK WITHIN DAYS OF MAY 24TH, WHICH IS

02:14PM   13   WHEN THEY GAVE THE EXPLANATION ON THE THREE COOKIES.

02:14PM   14           THE COURT:  OKAY.  SO --

02:14PM   15           MR. MAO:  I THINK IT WAS ROLLING LAST WEEK.

02:14PM   16           THE COURT:  OKAY.  THANK YOU.

02:14PM   17       ALL RIGHT.  SO -- NOW TO GOOGLE THEN.  SO THE INFORMATION

02:14PM   18   THAT YOU'VE RECEIVED, THAT'S WHAT YOU SAID YOU NEEDED TO QUERY

02:14PM   19   UNAUTHENTICATED DATA AND NOW THAT HAS BEEN RECEIVED AND YOU'RE

02:14PM   20   RUNNING THOSE QUERIES; IS THAT CORRECT?

02:15PM   21           MR. SCHAPIRO:  CORRECT, YOUR HONOR.  I THINK WE GOT

02:15PM   22   THE FIRST SET MAY 25TH, AND I AGREE WITH MR. MAO, SOME MORE OF

02:15PM   23   IT HAS COME IN OVER THE LAST WEEK.  I BELIEVE THERE MAY BE ONE

02:15PM   24   OR TWO PLAINTIFFS FOR WHOM --

02:15PM   25           THE COURT:  OKAY.

02:15PM   1          MR. SCHAPIRO:  -- ONE OR TWO PLAINTIFFS FOR WHOM

02:15PM   2     WE'RE STILL WAITING, BUT WE HAVE PRODUCED INFORMATION, AND

02:15PM   3     WE'RE RUNNING THOSE QUERIES.

02:15PM   4          THE COURT:  OKAY.  HAVE YOU PRODUCED RESULTS OF

02:15PM   5     THOSE QUERIES?

02:15PM   6          MR. SCHAPIRO:  WE'VE PROVIDED RESULTS OF THE

02:15PM   7     AUTHENTICATED IDENTIFIERS, AND WE ARE RUNNING THE QUERIES NOW

02:15PM   8     WHICH TAKES A FEW STEPS FOR THE UNAUTHENTICATED, AND -- BUT WE

02:15PM   9     SHOULD BE ABLE TO DO THAT SHORT SHORTLY.

02:15PM   10         THE COURT:  RIGHT.

02:15PM   11         MR. SCHAPIRO:  SO WE'RE GATHERING THE DOCUMENTS THAT

02:15PM   12    ARE RELEVANT TO THIS RFP, AND SO WE DON'T THINK THERE'S A

02:15PM   13    DISPUTE HERE.  THERE IS, AS YOU NOTED, A 30(B)(6) COMING UP, SO

02:15PM   14    IF THEY HAVE SOME QUESTIONS ABOUT HOW THEY'RE GENERATED, THEY

02:15PM   15    CAN ASK AT THE 30(B)(6).

02:15PM   16       I'LL NOTE THAT THE CALHOUN PLAINTIFFS, I BELIEVE, MANAGED

02:15PM   17    TO GET US THAT DATA PRETTY READILY AND PRETTY QUICKLY.

02:16PM   18         THE COURT:  WELL, SO I WANT TO BE SURE THAT WE'RE --

02:16PM   19    I MEAN, WE WERE ONLY -- WE'RE REALLY FOCUSSED ON THE

02:16PM   20    IDENTIFIERS FOR UNAUTHENTICATED DATA, AND THAT'S REALLY WHAT

02:16PM   21    THIS IS ABOUT.

02:16PM   22         MR. SCHAPIRO:  YES.

02:16PM   23         THE COURT:  YOU'VE GOTTEN A GREAT DEAL OF THAT

02:16PM   24    INFORMATION, IF NOT ALL OF IT, FROM THE PLAINTIFFS.  AND SO

02:16PM   25    WHEN WILL YOU BE MAKING THAT PRODUCTION TO THE PLAINTIFFS?  AND

02:16PM   1      I'VE GOT AN EYE ON THE DEPO DATES AS WELL.

02:16PM   2             MR. SCHAPIRO:  YES.  LET ME INVITE ONE OF MY

02:16PM   3      COLLEAGUES WHO IS CLOSER TO THE TIMING TO WEIGH IN.

02:16PM   4             MR. ANSORGE:  YES, YOUR HONOR, I'LL TAKE THIS

02:16PM   5      BRIEFLY.

02:16PM   6         JOSEF ANSORGE.  WE WOULD EXPECT -- WHAT WE ARE HOPING TO

02:16PM   7      DO ONCE WE GET THE LAST BIT IS RUN THEM ALL TOGETHER BECAUSE IT

02:16PM   8      SAVES QUITE A LOT OF TIME AND RESOURCES TO QUERY THE DATA FOR

02:16PM   9      UNIDENTIFIERS TAKES AS LONG TO QUERY FOR ONE IDENTIFIER.  SO

02:16PM  10      WHAT WE WOULD LIKE TO DO, IF WE RECEIVE IT IN A TIMELY MANNER,

02:16PM  11      WHAT WE WOULD AIM TO PRODUCE IS SOMETHING LIKE A WEEK BEFORE

02:16PM  12      THE SCHEDULED 30(B)(6) DEPOSITION ON THE 16TH.

02:17PM  13             THE COURT:  WELL, THAT WOULD MEAN THAT YOU WOULD

02:17PM  14      PRODUCE IT BY THE 9TH.  AND HOW LONG DOES IT TAKE -- HOW MUCH

02:17PM  15      TIME DO YOU NEED TO RUN SEARCHES?  I MEAN, IS THIS A MATTER OF

02:17PM  16      HOURS OR A MATTER OF DAYS OR --

02:17PM  17             MR. ANSORGE:  I EXPECT IT WILL BE A MATTER OF HOURS

02:17PM  18      BECAUSE ONE OF THE FACTORS ABOUT THESE TYPES OF IDENTIFIERS IS

02:17PM  19      THAT THEY'RE GENERATED ANEW FOR EACH PRIVATE BROWSING SESSION,

02:17PM  20      SO WE DON'T ACTUALLY HAVE TO SEARCH DATA FROM 2017 OR ANYTHING

02:17PM  21      LIKE THAT.  YOU KNOW, WE EXPECT IT TO BE LIMITED IN TIME AND

02:17PM  22      FOCUS ON THE PRIVATE BROWSING SESSION.

02:17PM  23             THE COURT:  ALL RIGHT.  WELL, THEN I WANT ALL OF

02:17PM  24      THE, EXCUSE ME, THE DATA, ALL OF THE UNAUTHENTICATED DATA THAT

02:18PM  25      IS ASSOCIATED FROM THIS SEARCH BY THESE IDENTIFIERS, ALL OF

02:18PM 1    THAT IS TO BE PRODUCED NO LATER THAN THE 9TH, JUNE 9TH, A WEEK

02:18PM 2    BEFORE THE DEPOSITION.  AND I WANT THAT TO BE A ROLLING

02:18PM 3    PRODUCTION.

02:18PM 4        SO WHAT IS THE TIMING ON GETTING THE LAST PLAINTIFFS'

02:18PM 5    INFORMATION OVER TO GOOGLE?

02:18PM 6            MR. SCHAPIRO:  I THINK THAT'S A QUESTION FOR MR. MAO

02:18PM 7    OR SOMEONE ON HIS SIDE.

02:18PM 8            THE COURT:  YES.

02:18PM 9            MR. MAO:  WE PRODUCED ALL OF THEM THAT WERE

02:18PM 10   SPECIFIED, YOUR HONOR, EXCEPT FOR --

02:18PM 11           THE COURT:  I THOUGHT YOU HAVE ONE PLAINTIFF THAT IS

02:18PM 12   HANGING OUT THERE.

02:18PM 13           MR. MAO:  YEAH.  OUR AGREEMENT WAS TO HAVE HER SEND

02:18PM 14   HERS BY THIS FRIDAY, I BELIEVE.

02:18PM 15           THE COURT:  OKAY.  ALL RIGHT.  GOOD.

02:18PM 16       ALL RIGHT.  THEN THAT INFORMATION WILL BE RUN AND THAT

02:19PM 17   WILL BE PROVIDED IN ADVANCE OF THE DEPOSITION.

02:19PM 18       THEN THAT BRINGS US -- THAT WAS SORT OF SUB ISSUE (A), IF

02:19PM 19   YOU WILL, ON .3, WHICH IS GETTING THAT DATA IN THE HANDS OF THE

02:19PM 20   PLAINTIFFS.

02:19PM 21       AND THEN THE LARGER REQUEST THAT CAME UP WITH REGARDS TO

02:19PM 22   THE USE OF A CLEAN ROOM OR SOME WAY TO EXPLORE AND TEST FROM

02:19PM 23   THE PLAINTIFFS THEIR CHALLENGES TO GOOGLE'S POSITION AROUND

02:19PM 24   THE -- AROUND WHAT THE SYSTEMS CAN AND CANNOT DO.

02:19PM 25       NOW, JUST TO BE SURE I UNDERSTAND THE ISSUE, AND LET ME

02:19PM 1    TELL YOU RIGHT AT THE OUTSET, I THINK THIS IS AN ISSUE THAT THE

02:19PM 2    PARTIES -- WELL, CLEARLY THERE NEEDS TO BE AN UNDERSTANDING,

02:19PM 3    AND I'M GOING TO SEND THE PARTIES TO MEET AND CONFER A LITTLE

02:20PM 4    BIT FURTHER, BUT THERE WILL BE -- SOMETHING WILL COME OF THIS.

02:20PM 5         SO LET ME DO IT THIS WAY.  I SEE IN THE SUMMARY GOOGLE'S

02:20PM 6    STATEMENTS THAT GOOGLE SYSTEMS ARE NOT DESIGNED TO DERIVE

02:20PM 7    UNAUTHENTICATED IDENTIFIERS FROM AUTHENTICATED IDENTIFIERS AND

02:20PM 8    THAT TO SEARCH FOR UNAUTHENTICATED DATA, GOOGLE NEEDS AN

02:20PM 9    AUTHENTICATED IDENTIFIERS.

02:20PM 10        MY -- A QUESTION I HAVE -- I TAKE IT THAT THAT STATEMENT,

02:20PM 11   THE PLAINTIFFS -- WELL, MY QUESTION IS DO YOU HAVE ENOUGH

02:20PM 12   INFORMATION TO AGREE OR DISAGREE WITH THAT STATEMENT OR IS

02:20PM 13   THAT -- DO YOU WANT TO TEST THAT?

02:21PM 14        MR. MAO?

02:21PM 15             MR. MAO:  YOUR HONOR, WE DISAGREE WITH THAT

02:21PM 16   STATEMENT.  I ACTUALLY HAD PREPARED SIX SLIDES WHICH REALLY

02:21PM 17   PRIMARILY CONSIST OF TWO EXHIBITS THAT WERE PRODUCED IN THE

02:21PM 18   CASE THAT SHOW THAT ███████████████████████████████████

02:21PM 19   ████████████████████████████████████████████████████████

02:21PM 20   ███████████████████████████████████████████ WE MET AND

02:21PM 21   CONFERRED, AND WE ASKED COUNSEL TO DO THAT PRODUCTION, AND THEY

02:21PM 22   REFUSED.

02:21PM 23             THE COURT:  OKAY.  SO -- AND I SAW THAT INFORMATION

02:21PM 24   AND ARGUMENT IN THE PAPERS.  OBVIOUSLY THIS IS A POINT OF

02:21PM 25   CONTENTION.

02:21PM  1          AND PLAINTIFFS, I THINK IT IS APPROPRIATE FOR PLAINTIFFS

02:21PM  2     TO BE ABLE TO TEST THAT STATEMENT AND THAT POSITION IN SOME

02:21PM  3     FASHION, WHETHER IT IS FLAT OUT THE CLEAN ROOM PROPOSAL OR

02:22PM  4     SOMETHING ELSE, SOME OTHER FORM OF ACCESS, BUT THERE NEEDS TO

02:22PM  5     BE SOME WAY FOR THE PLAINTIFFS TO UNDERSTAND AND TO TEST OR

02:22PM  6     CHALLENGE WHETHER OR NOT THE UNAUTHENTICATED IDENTIFIERS CAN BE

02:22PM  7     DERIVED FROM THE AUTHENTICATED IDENTIFIERS.

02:22PM  8               MR. SCHAPIRO:  YOUR HONOR --

02:22PM  9               THE COURT:  MR. SCHAPIRO.

02:22PM  10               MR. SCHAPIRO:  -- MAY I PROPOSE OR SUBMIT THAT IN

02:22PM  11     THE FIRST INSTANCE THE WAY TO TEST THAT IS BY ASKING SOMEONE

02:22PM  12     QUESTIONS UNDER OATH BECAUSE IN AN ORDINARY --

02:22PM  13               THE COURT:  ISN'T THAT WHAT THE CURRENTLY 30(B)(6)

02:22PM  14     GOES TO?

02:22PM  15               MR. SCHAPIRO:  YES, THAT'S ONE OF THE TOPICS.

02:22PM  16     RESPECTFULLY, IT CAN'T BE THE CASE THAT A PLAINTIFF CAN JUST

02:23PM  17     SAY, WELL, IT SEEMS TO US THAT YOU CAN DO X, Y, AND Z, AND

02:23PM  18     REPRESENT IN SWORN ANSWERS TO INTERROGATORIES AND IN SWORN

02:23PM  19     TESTIMONY THAT THEIR UNDERSTANDING IS INCORRECT AND THAT THEY

02:23PM  20     CAN THEN GO AND SAY, WELL, WE WANT TO HAVE ACCESS TO ALL OF

02:23PM  21     YOUR SYSTEMS, AT LEAST NOT IN THE FIRST INSTANCE.  THAT'S OUR

02:23PM  22     POSITION.

02:23PM  23               THE COURT:  I TAKE THAT.  REALLY MY QUESTION WAS IF

02:23PM  24     THE 30(B)(6) THAT IS COMING UP, WE'RE GETTING THIS PRODUCTION

02:23PM  25     OF DOCUMENTS, THE 30(B)(6) DEPOSITION IS COMING UP, THAT THAT

02:23PM 1     WOULD INFORM BOTH SIDES, AND FROM THAT BOTH SIDES WOULD BE IN A

02:23PM 2     BETTER POSITION, ONE, TO FIRST TRY TO NEGOTIATE AGAINST WHETHER

02:23PM 3     IT'S SOME FORM OF ACCESS AND IF THE PARTIES CAN'T AGREE, THEN

02:23PM 4     THERE WILL BE MORE INFORMATION FOR ME TO MAKE THAT DECISION.

02:23PM 5          MR. MAO.

02:23PM 6               MR. MAO:  YES.  SORRY, YOUR HONOR.  SO JUST REAL

02:23PM 7     FAST.

02:23PM 8          OUR UNDERSTANDING, AND IT DOES NOT SEEM LIKE GOOGLE

02:24PM 9     DISPUTES THIS, IS THAT THE TWICE-BAKED COOKIES CONTAINED

02:24PM 10    IDENTIFIERS ARE SOME TYPE OF HASHING AND SALTING MECHANISM.

02:24PM 11    THAT'S ONE OF THE REASONS, YOUR HONOR, THAT WE'RE ASKING ABOUT

02:24PM 12    HOW THIS IS GENERATED BECAUSE WE'RE TRYING TO FIGURE OUT WHAT

02:24PM 13    THE INGREDIENTS OF THAT ARE.  FOR EXAMPLE, DOES THAT INCLUDE IP

02:24PM 14    ADDRESS OR DEVICE I.D., RIGHT?

02:24PM 15         AND THE REASON WHY I MENTION THAT, YOUR HONOR, IS BECAUSE

02:24PM 16    THAT IS NOT ONLY RELEVANT FOR THE DOCUMENT PRODUCTION, BUT THAT

02:24PM 17    IS RELEVANT IN ORDER FOR US TO BE ABLE TO TEST OUR THEORY

02:24PM 18    BECAUSE IF YOU'RE TRACKING PEOPLE LOGGED OUT AND YOU'RE ABLE TO

02:24PM 19    CONSISTENTLY DO THAT ACROSS SESSIONS AND ACROSS DEVICES, SURELY

02:24PM 20    THERE MUST BE STABLE SEEDS THAT GO INTO AN ALGORITHM OR SOME

02:24PM 21    TYPE OF HASHING MECHANISM BY WHICH YOU IDENTIFY DEVICES, WHICH

02:24PM 22    NOBODY DISPUTES THAT GOOGLE IS PEGGING ALL OF THEIR DATA BY.

02:25PM 23         AND I THINK IF YOU LOOK AT THAT SCREEN WE SUBMITTED,

02:25PM 24    YOUR HONOR, IT CLEARLY SHOWS THAT THOSE ARE ANCHORING KEYS FOR

02:25PM 25    THE DATABASE.

02:25PM  1          THE COURT:  I APPRECIATE THAT.  BUT, AGAIN, A MORE

02:25PM  2    DETAILED ARGUMENT ON THE ACCESS POINT OR THE CLEAN ROOM POINT

02:25PM  3    IS PREMATURE BECAUSE I WANT TO -- WE'VE HAD THIS PRODUCTION NOW

02:25PM  4    AND THEN THERE'S A 30(B)(6) COMING UP ON THIS AND RELATED

02:25PM  5    TOPICS, AND IT MAY BE APPROPRIATE, BUT I WANT THE PARTIES TO

02:25PM  6    GET THROUGH THAT PROCESS.  I WANT A ROBUST MEET AND CONFER, AND

02:25PM  7    I THINK THERE NEEDS TO BE, AGAIN, AN ISSUE THAT COMES UP HERE,

02:25PM  8    AS SAID IN THE PAPERS ALSO, IS, OF COURSE, ALL OF THE

02:26PM  9    INFORMATION ABOUT THE DATABASES AND WHAT IS AND ISN'T TRACKED,

02:26PM  10   AND IS AND ISN'T ABLE TO LINK UP GOOGLE KNOWS AND PLAINTIFFS

02:26PM  11   DON'T KNOW.  THAT'S OBVIOUSLY TO A CERTAIN EXTENT WHAT

02:26PM  12   DISCOVERY IS FOR.

02:26PM  13          BUT IT IS NOT CART BLANCHE TO ALL OF GOOGLE'S SYSTEMS.  SO

02:26PM  14   WE'RE TRYING TO NAVIGATE THIS IN A FAIR AND REASONABLE WAY, AND

02:26PM  15   IT'S TIED BACK, AND IT WILL CONTINUE TO TIE BACK TO THE PROPER

02:26PM  16   DEFINITIONS OF THE CLASS.

02:26PM  17          SO WE'VE MADE PROGRESS, BUT WE'RE CONTINUING TO MAKE

02:26PM  18   PROGRESS.  I'M GLAD WE GOT THE UNAUTHENTICATED IDENTIFIERS

02:26PM  19   SITUATION WORKED OUT, THAT'S GOOD, OR AT LEAST ADDRESSED AT

02:26PM  20   THIS PHASE.  THAT INFORMATION HAS BEEN PRODUCED, THOSE SEARCHES

02:26PM  21   ARE BEING RUN, LET'S GET THE 30(B)(6), AND THEN I WANT THE

02:27PM  22   PARTIES TO MEET AND CONFER, AND I'LL TAKE FURTHER STATEMENT ON

02:27PM  23   THAT, AND I'LL LAY THAT OUT IN AN ORDER IN DUE COURSE.  OKAY?

02:27PM  24          ALL RIGHT.  SO THAT'S ACCESS TO PLAINTIFFS' DATA IN BROWN.

02:27PM  25   AND I WANT TO TURN TO ACCESS TO PLAINTIFFS' DATA IN CALHOUN.

SEALED PROCEEDINGS

02:27PM 1    LET ME JUST MAKE A NOTE HERE BEFORE I DO THAT.

02:28PM 2        LET ME SHIFT FILES AND GET DIFFERENT PAPER HERE AND LET'S

02:28PM 3    JUST TURN TO CALHOUN AND ISSUE 1.3 WHICH RELATES TO RFP 5, FOR

02:28PM 4    DOCUMENTS AND INFORMATION ASSOCIATED WITH PLAINTIFFS AND THEIR

02:28PM 5    IDENTIFIERS.

02:28PM 6        AND WHO HAS GOT CALHOUN?  MR. BARNES, IS THAT YOU?

02:28PM 7            MR. BARNES:  YES, YOUR HONOR.

02:28PM 8            THE COURT:  OKAY.  WHY DON'T YOU GO AHEAD.

02:28PM 9    OBVIOUSLY, I'VE READ THROUGH THE SUMMARY AND YOU'VE WALKED ME

02:29PM 10   THROUGH.  YOU UNDERSTAND SOME OF MY QUESTIONS AROUND THE SCOPE

02:29PM 11   AND DEFINITIONS.  SO WHAT IS THE ISSUE?

02:29PM 12           MR. BARNES:  RIGHT.  I THINK THERE ARE TWO ISSUES

02:29PM 13   HERE.  ONE IS THE DEVICE DATA THAT PLAINTIFFS -- WHERE

02:29PM 14   PLAINTIFFS DIDN'T DIRECTLY IDENTIFY THE COOKIE, AND THE SECOND

02:29PM 15   ISSUE IS WHAT WE SEE AS AN IMPROPER ATTEMPT TO CARVE OUT A

02:29PM 16   SUBSET OF PLAINTIFF DATA.

02:29PM 17       YOU SPENT A LOT OF TIME IN BROWN TALKING ABOUT THE DEVICE

02:29PM 18   DATA BASED ON IDENTIFIERS THAT PLAINTIFFS HAD NOT YET PROVIDED

02:29PM 19   TO GOOGLE.

02:29PM 20       I JUST -- I THINK THERE'S A LITTLE BIT OF A DISCONNECT

02:29PM 21   HERE BECAUSE IN OUR CASE GOOGLE HAS NEVER SAID THAT THEY CANNOT

02:29PM 22   GET THIS DATA.

02:29PM 23       WHAT THEY HAVE SAID IS THAT THERE IS ███████████

02:29PM 24   ████████████████████████████████████████████████████

02:30PM 25   ████████████████████████████████████████████████████

02:30PM 1 ███████████████████████████████████████

02:30PM 2 ████████████████████████████████████████████

02:30PM 3 ████████████████████████████

02:30PM 4      AND GOOGLE MAINTAINS AN IDENTITY CONTAINER FOR EACH USER

02:30PM 5 THAT CONTAINS THEIR EMAIL ADDRESS, THEIR REAL NAME, THEIR PHONE

02:30PM 6 NUMBER, AND BASICALLY PERSONALLY IDENTIFIES THEM AS WELL AS THE

02:30PM 7 DEVICES ASSOCIATED WITH THEIR ACCOUNT.

02:30PM 8      AND GOOGLE STARTED THIS PROCESS IN 2016 TO, QUOTE, ████

02:30PM 9 ████████████████████████████████████

02:30PM 10      ANOTHER QUOTE FROM A DOCUMENT IS, ████████████████

02:30PM 11 ████████████████████████████████████████

02:30PM 12      SO, YOU KNOW, ONE WAY IS TO GIVE US A CLEAN ROOM, BUT WE

02:31PM 13 THINK THIS IS JUST THE TIP OF THE ICEBERG OF THE DOCUMENTS THAT

02:31PM 14 WE HAVE THAT SHOW THAT GOOGLE HAS THE ABILITY TO DO THIS.  IT'S

02:31PM 15 JUST A MATTER OF THEM ███████████████████

02:31PM 16 ████████████████████████████████████████████

02:31PM 17 ████████████████████████████████████████

02:31PM 18 ███████████████████████.

02:31PM 19      IT HAPPENS THROUGH A SPACE THAT GOOGLE CALLED ████ WHICH I

02:31PM 20 BELIEVE STANDS FOR ████████████████ AND IN ADDITION

02:31PM 21 TO WHAT MR. MAO SAID, MR. MAO IDENTIFIED THREE COOKIES:

02:31PM 22 █████ GAIA, AND ██████ BUT THERE ARE AT LEAST ██████

02:31PM 23 ████████████ THAT WE HAVE SEEN IN THE DOCUMENTS

02:31PM 24 PRODUCED TO US: ████████████

02:31PM 25      THE COURT:  OKAY.  OKAY.

02:31PM 1          MR. BARNES:  GOOGLE WON'T PRODUCE THESE DOCUMENTS TO

02:31PM 2    US, YOUR HONOR.  ████████████████████████████████████████

02:31PM 3    ████████████████████████████████████████████████████████

02:32PM 4    ████████████████████████████████████████████████████████

02:32PM 5    ███

02:32PM 6          THE COURT:  ALL RIGHT.  SO FROM MY ORDER BACK ON

02:32PM 7    APRIL 30TH IT WAS FAIRLY COMPREHENSIVE ON THIS POINT TO PRODUCE

02:32PM 8    THE DATA, INCLUDING ANY DEVICE DATA ASSOCIATED WITH ANY

02:32PM 9    PLAINTIFF.  WHOOPS.  SORRY ABOUT THAT.

02:32PM 10         I APOLOGIZE.  THAT'S WHAT HAPPENED.  I HAVE TOO MANY

02:32PM 11   PAPERS ON MY DESK.

02:32PM 12         (PAUSE IN PROCEEDINGS.)

02:32PM 13         THE COURT:  SO THAT WAS THE DIRECTION, AND I

02:32PM 14   UNDERSTAND FROM THE DISPUTE THAT THERE'S CONCERN AROUND WHAT

02:33PM 15   HAS OR WHAT HAS BEEN LEFT OUT.

02:33PM 16         YOU STARTED TO SAY THAT THERE WERE TWO ISSUES HERE,

02:33PM 17   MR. BARNES, AND --

02:33PM 18         MR. BARNES:  RIGHT.  SO THE FIRST IS THAT

02:33PM 19   PLAINTIFFS' DEVICE DATA.  SO WE'VE PROVIDED VARIOUS COOKIE

02:33PM 20   IDENTIFIERS TO GOOGLE.  THEY NEVER TOLD US WHICH SPECIFIC

02:33PM 21   COOKIES TO PRODUCE.  WE PROVIDED ALL OF THE COOKIES WE COULD

02:33PM 22   FIGURE OUT.

02:33PM 23         I THINK WHAT GOOGLE'S POSITION IS THAT, OKAY, WE'LL TAKE

02:33PM 24   THOSE COOKIES, AND WE WILL IDENTIFY ANYTHING ASSOCIATED WITH

02:33PM 25   THE DEVICE, ASSOCIATED WITH THOSE COOKIES.

02:33PM 1        WHAT WE ARE SAYING IS THAT THERE ARE DOCUMENTS THAT SHOW,

02:33PM 2    AND GOOGLE HAS NEVER SAID THAT THEY CAN'T DO THIS, THEY'VE ONLY

02:33PM 3    SAID THAT THERE'S A --

02:33PM 4            THE COURT:  I UNDERSTAND.

02:33PM 5            MR. BARNES:  -- IS THAT WE CAN'T IDENTIFY EVERY

02:33PM 6    COOKIE EVER ASSOCIATED WITH THE PLAINTIFFS' DEVICE THAT GOOGLE

02:33PM 7    HAS ASSOCIATED WITH THE PLAINTIFFS' ACCOUNT AND THE PLAINTIFFS'

02:33PM 8    DEVICE.

02:33PM 9        THAT IS IN GOOGLE'S SOLE POSSESSION, AND THERE'S NO WAY

02:33PM 10   FOR US TO COME UP WITH THAT DATA.

02:33PM 11       BUT GOOGLE HAS THE ABILITY TO DO IT.  THAT WAS -- THAT'S

02:34PM 12   THE POINT OF UNITING THOSE SPACES.

02:34PM 13           THE COURT:  WHY DO YOU NEED ALL OF THE COOKIE DATA?

02:34PM 14           MR. BARNES:  WE NEED ALL OF THE DATA TO FIGURE OUT

02:34PM 15   ALL OF THE DATA THAT GOOGLE IS COLLECTING FROM OUR USERS WHEN

02:34PM 16   THEY'RE NOT IN A SYNCED STATE BECAUSE THERE MAY BE SOME

02:34PM 17   IDENTIFIERS THAT WE ARE UNABLE TO CATCH ON OUR END THAT GOOGLE

02:34PM 18   KNOWS ABOUT AND CAN SAY, OH, BECAUSE WE KNOW GAIA USER ONE USES

02:34PM 19   THIS DEVICE, THESE ARE THE COOKIES ASSOCIATED WITH THIS DEVICE,

02:34PM 20   THIS IS THE DATA WE HAVE ON THIS DEVICE, WHICH WE KNOW THIS

02:34PM 21   GAIA USER USES.

02:34PM 22       THERE'S NO WAY THAT WE'RE GOING TO EVER BE ABLE TO COME UP

02:34PM 23   WITH ALL OF THE IDENTIFIERS ASSOCIATED WITH THAT DEVICE.

02:34PM 24   GOOGLE HAS A BUNDLE OF THEM AND IDENTIFIERS THAT WE DON'T EVEN

02:34PM 25   KNOW ABOUT BECAUSE WE'RE JUST GETTING INTO DISCOVERY NOW.

02:35PM  1        SO GETTING THAT INFORMATION NOT ONLY AFFECTS THE NAMED

02:35PM  2   PLAINTIFFS, BUT IT ALSO AFFECTS WHAT HAPPENS IN THE 30(B)(6)

02:35PM  3   AND THIS DISPUTE THAT WE HAVE OVER WHAT NEEDS TO BE PRESERVED

02:35PM  4   AND WHAT DOESN'T NEED TO BE PRESERVED BECAUSE IN ORDER TO DO

02:35PM  5   THAT, WE HAVE TO HAVE A SAMPLE SET OF DATA FROM WHICH OUR

02:35PM  6   EXPERTS CAN LOOK AT AND SAY, OKAY, AND WE CAN LOOK AT AND SAY,

02:35PM  7   OKAY, NOW WE KNOW WHERE IT IS ALL GOING, AND WHAT IS THE BEST

02:35PM  8   PLAN THAT MAKES SENSE FOR THE PARTIES IN THIS CASE?

02:35PM  9        BUT WITHOUT GOOGLE DOING THAT, WE'RE LEFT IN THE DARK.

02:35PM 10   AND ONLY GOOGLE CAN DO THAT.

02:35PM 11        SO THE SECOND ISSUE, YOUR HONOR --

02:35PM 12            THE COURT:  NO, NO, NO.  LET'S NOT LEAVE THE FIRST

02:35PM 13   ISSUE, WHICH IS -- BECAUSE I'M NOT SURE THAT I GOT AN ANSWER TO

02:35PM 14   MY QUESTION -- WHICH IS, OKAY, IF THERE ARE 100 DIFFERENT KINDS

02:35PM 15   OF COOKIES THAT IDENTIFY DEVICES, RIGHT, AGAIN, WHY DO YOU

02:35PM 16   NEED -- YOU KNOW, THE PLAINTIFFS, YOU'RE SAYING, LOOK, WHEN I

02:36PM 17   GO IN AND I'M BROWSING, I'M NOT SYNCED, AND I'M ON CHROME, AND

02:36PM 18   I'M DOING WHAT I DO, AND GOOGLE WAS SURREPTITIOUSLY COLLECTING

02:36PM 19   MY PERSONAL INFORMATION, RIGHT?  I MEAN, IN VERY BROAD BRUSH

02:36PM 20   STROKES.

02:36PM 21        SO WHY DO -- I'M TRYING TO -- WHAT IS THE RELEVANCE OF ALL

02:36PM 22   OF THE DEVICE IDENTIFIERS?

02:36PM 23            MR. BARNES:  THAT'S A GOOD --

02:36PM 24            THE COURT:  YOU WANT PLAINTIFF INFORMATION.  WHAT

02:36PM 25   YOU WANT TO KNOW IS WHAT INFORMATION DID YOU COLLECT FROM

02:36PM 1    PEOPLE WHO WERE NOT SYNCED AND WERE USING CHROME, WHAT DATA WAS

02:36PM 2    BEING COLLECTED, RIGHT?  THAT'S -- WAS DATA BEING COLLECTED,

02:36PM 3    AND, IF SO, WHAT DATA?

02:36PM 4         SO WHAT IS THE -- WHY DO YOU NEED ALL OF THE COOKIE

02:36PM 5    IDENTIFIERS?

02:36PM 6              MR. BARNES:  AND FOR OUR NAMED PLAINTIFFS WE WANT TO

02:37PM 7    KNOW WHAT SPECIFIC DATA GOOGLE COLLECTED, NOT JUST THE GENERAL,

02:37PM 8    BUT THE SPECIFIC TO OUR PLAINTIFFS.

02:37PM 9         SO THE REASON WE NEED ALL OF THE COOKIE IDENTIFIERS AND

02:37PM 10   ALL OF THE DATA ASSOCIATED WITH ALL OF THE COOKIE IDENTIFIERS,

02:37PM 11   AND THERE ARE ALSO DIFFERENT IDENTIFIERS THAT AREN'T COOKIES.

02:37PM 12   SO I WANT TO BE CLEAR AND NOT LIMIT THE COOKIES, IS THAT THERE

02:37PM 13   ARE DIFFERENT COOKIES AND DIFFERENT DEVICES THAT POP -- DEVICE

02:37PM 14   IDENTIFIERS THAT POP UP ON DIFFERENT WEB PROPERTIES AT

02:37PM 15   DIFFERENT POINTS IN TIME.

02:37PM 16        SO COOKIE ONE, TWO, THREE, FOUR, GOOGLE MAY BE USING TO

02:37PM 17   TRACK JANE DOE IN THE MONTH OF JANUARY, BUT SOMETHING HAPPENS

02:37PM 18   AND NOW IN THE MONTH OF FEBRUARY IN ADDITION TO TRACKING WITH

02:37PM 19   GOOGLE ONE, TWO, THREE, FOUR ON THIS SUBSET OF WEB PROPERTIES

02:37PM 20   GOOGLE IS TRACKING JANE DOE AND HER DEVICES WITH COOKIE FIVE,

02:37PM 21   SIX, SEVEN, EIGHT.

02:37PM 22        NOW, WE HAVE IDENTIFIED FOR GOOGLE THE COOKIES WE KNOW,

02:38PM 23   THE DEVICE IDENTIFIERS THAT WE WERE ABLE TO CATCH.  SO THAT

02:38PM 24   WOULD BE THE EQUIVALENT OF US SAYING, OKAY, WE KNOW IN JANUARY

02:38PM 25   THAT THE COOKIES WERE ONE, TWO, THREE, FOUR.

SEALED PROCEEDINGS

02:38PM  1       BUT, YOUR HONOR, WE CAN'T KNOW WHAT HAPPENED IN FEBRUARY.

02:38PM  2       THE BETTER EXAMPLE IS FOR OUR STUFF IS I THINK WE MADE THE

02:38PM  3  RECORDINGS IN JULY.  SO WE CAN'T STATE WITH CERTAINTY WHAT THE

02:38PM  4  IDENTIFIERS AND DATA GOOGLE WAS COLLECTING IN JUNE.

02:38PM  5       NOW, THEY MAY GIVE US A SUBSET OF THAT BASED ON OVERLAP

02:38PM  6  WITH THE IDENTIFIERS THAT WE GAVE THEM FOR JULY, BUT WE DON'T

02:38PM  7  KNOW THAT IT'S EVERYTHING.

02:38PM  8       BUT GOOGLE CAN FIGURE OUT THAT IT'S EVERYTHING BECAUSE

02:38PM  9  GOOGLE MAKES THOSE CONNECTIONS, PUTS IN THE IDENTITY SPACE ALL

02:38PM  10  OF THE DEVICES THAT ARE ASSOCIATED WITH THE USER'S GAIA

02:38PM  11  ACCOUNT.  SO GOOGLE HAS THE CAPABILITY TO DO THIS.  AND TO MY

02:38PM  12  KNOWLEDGE, THEY NEVER SAID THAT THEY CAN'T.

02:38PM  13       THE COURT:  SO IF I'M UNDERSTANDING YOUR ANSWER TO

02:39PM  14  MY QUESTION IT'S IF YOU HAVE PLAINTIFF JANE DOE AND SHE HAS A

02:39PM  15  DEVICE, OBVIOUSLY SHE'S ON HER PHONE, SHE GOES TO X, Y, Z WEB

02:39PM  16  PROPERTIES, AND THOSE ARE TRACKED BY COOKIES, SO GOOGLE KNOWS

02:39PM  17  WHAT WEB PROPERTIES SHE'S BEEN TO AND HOW LONG SHE WAS THERE

02:39PM  18  AND WHAT SHE DID THERE, OR WHATEVER THE DATA IS THAT IS

02:39PM  19  TRACKED, BUT THEN THAT DEVICE -- THERE MAY BE OTHER COOKIES

02:39PM  20  THAT ARE TRACKING OTHER THINGS THAT THAT DEVICE DOES.

02:39PM  21       MR. BARNES:  NO, OTHER COOKIES TRACKING OTHER WEB

02:39PM  22  PROPERTIES --

02:39PM  23       THE COURT:  OTHER WEB --

02:39PM  24       MR. BARNES:  -- SHE'S VISITED THAT WE WEREN'T ABLE

02:39PM  25  TO CAPTURE IN OUR -- IN WHAT WE SENT TO GOOGLE.

02:40PM  1          THE COURT:  OKAY.  ALL RIGHT.

02:40PM  2          MR. SCHAPIRO:  SO I THINK JOEY IS GOING TO ADDRESS

02:40PM  3   THIS AS WELL.

02:40PM  4          THE COURT:  WAIT.  BEFORE WE DO THAT, MR. BARNES,

02:40PM  5   YOU SAID THERE WERE TWO ISSUES, AND I KEPT TAKING YOU OFF

02:40PM  6   TRACK.  I'D LIKE TO STAY ON THIS ONE, BUT WHAT IS THE --

02:40PM  7          MR. BARNES:  THE SECOND ISSUE IS -- THANK YOU FOR

02:40PM  8   COMING BACK TO ME FOR THAT SECOND ISSUE, YOUR HONOR.  I

02:40PM  9   DEFINITELY WANTED TO HIT THE SECOND ISSUE -- IS WHAT WE DEEM IS

02:40PM  10  AN IMPROPER ATTEMPT TO CARVE OUT A SUBSET OF PLAINTIFFS' DATA.

02:40PM  11         SO GOOGLE WRITES IN THEIR RESPONSE THAT WE HAVE SOME,

02:40PM  12  QUOTE, "NEWLY MINTED REQUEST FOR WEB SEARCH HISTORY."  THAT'S

02:40PM  13  NOT NEWLY MINTED AT ALL, YOUR HONOR.  IT IS A SUBSET OF THE

02:40PM  14  DATA THAT WE HAVE REQUESTED IN THE ORIGINAL RFP.

02:40PM  15         IT'S ALSO DIRECTLY RELEVANT TO DATA COLLECTED FROM USERS

02:40PM  16  WHILE THEY'RE NOT IN A SYNCED STATE BECAUSE THE DATA THAT

02:41PM  17  EXISTS IN GOOGLE'S SEARCH FACILITY IS NOT LIMITED TO THAT WHICH

02:41PM  18  YOU TYPE IN DIRECTLY AND PURPOSEFULLY AT THE WEBSITE

02:41PM  19  GOOGLE.COM.

02:41PM  20         THERE ARE AT LEAST TWO OTHER EXAMPLES WHERE WE BELIEVE

02:41PM  21  IT'S STORED IN THE SEARCH HISTORY.  THERE'S A TOOL CALLED

02:41PM  22  CUSTOM SEARCH ENGINE WHICH SENDS TRANSMISSIONS TO A WEB ADDRESS

02:41PM  23  CALLED CSE.GOOGLE.COM, AND IT TRACKS USERS BY DEVICE AND GAIA,

02:41PM  24  AND THOSE CUSTOM SEARCH ENGINES APPEAR ON WEB PROPERTIES

02:41PM  25  THROUGHOUT THE INTERNET.  AND WHEN PEOPLE DO SEARCHES ON THEM,

02:41PM   1    THEY DON'T KNOW THAT THEY'RE EFFECTIVELY ON GOOGLE.COM DOING

02:41PM   2    THOSE SEARCHES.

02:41PM   3         SO OUR PLAINTIFF CSM.GOOGLE.COM SEARCHES WE BELIEVE WILL

02:41PM   4    SHOW UP IN A SEARCH ENGINE RESULT.

02:41PM   5         IN ADDITION TO THAT GOOGLE HAS AT THE TOP OF THE CHROME

02:42PM   6    BROWSER THERE'S A TOOLBAR, YOUR HONOR.  IF YOU DIRECTLY TYPE A

02:42PM   7    WEB ADDRESS INTO THAT TOOLBAR, AGAIN, NOT CONDUCTING A SEARCH,

02:42PM   8    BUT LET'S SAY THAT YOU WANT TO GO --

02:42PM   9              THE COURT:  SO LET ME -- I'M GOING TO INTERRUPT YOU

02:42PM  10    THERE, MR. BARNES, AGAIN, BECAUSE I HAVE TO KEEP US MOVING.

02:42PM  11         I SEE THE REQUEST FOR, YOU KNOW, ORDERS PRODUCING MORE

02:42PM  12    INFORMATION.  WHAT -- IS THERE A -- ARE THERE ANY NEXT STEPS

02:42PM  13    ALREADY TEED UP?  ARE WE JUST TALKING ABOUT DOCUMENT

02:42PM  14    PRODUCTION?  IS THERE A DEPOSITION IN AND AROUND THESE TOPICS

02:42PM  15    IN THIS CASE?  TELL ME.

02:42PM  16              MR. BARNES:  THERE'S A DEPOSITION, YOUR HONOR.  BUT

02:42PM  17    AS IT RELATES TO THIS SEARCH ISSUE, THIS IS SOMETHING THAT WE

02:42PM  18    NEED BEFORE THE DEPOSITION.  IT GOES DIRECTLY TO AN ISSUE AT

02:42PM  19    THE HEART OF THIS CASE, THE CSE.GOOGLE.COM, AND THEN WHAT

02:42PM  20    HAPPENS IN A TOOLBAR WHEN YOU LOOKED UP --

02:42PM  21              THE COURT:  WHEN IS THE DEPOSITION, MR. BARNES?

02:42PM  22              MR. BARNES:  THE DEPOSITION IS JUNE 11TH.

02:43PM  23         AND THERE'S A PLAINTIFF DEPOSITION ON JUNE 10TH, WHICH WE

02:43PM  24    WANT AHEAD OF TIME, TOO.  WE PREDICATED THE PLAINTIFFS'

02:43PM  25    DEPOSITIONS, WHICH THEY WANTED TO TAKE EARLY UPON RECEIVING ALL

02:43PM   1    OF THE DATA THAT THEY HAVE ABOUT OUR PLAINTIFFS.

02:43PM   2              THE COURT:  WELL, THAT WASN'T EXACTLY MY ORDER.

02:43PM   3              MR. BARNES:  FAIR ENOUGH, YOUR HONOR.

02:43PM   4              THE COURT:  OKAY.

02:43PM   5              MS. WEAVER:  YOUR HONOR, MAY I ANSWER YOUR QUESTION

02:43PM   6    NUMBER ONE, IF I MAY?  THIS IS LESLEY WEAVER, AND I'M ALSO ON

02:43PM   7    MR. BARNES'S TEAM.

02:43PM   8              THE COURT:  I THINK I'M GOOD.  THANK YOU,

02:43PM   9    MS. WEAVER.  I'M GOING TO TURN TO MR. SCHAPIRO OR MR. ANSORGE.

02:43PM  10              MR. ANSORGE:  YES, YOUR HONOR.  THANK YOU,

02:43PM  11    YOUR HONOR.

02:43PM  12              THE COURT:  MR. ANSORGE, YOUR CONNECTION HAS GOTTEN

02:44PM  13    QUITE BAD, AND I NOTICED IT LAST TIME THAT YOU WERE TRYING TO

02:44PM  14    SPEAK.  THERE'S A LOT OF PAUSES AND BREAKUPS.

02:44PM  15              MR. ANSORGE:  THAT MIGHT BE AN INTERNET PROBLEM HERE

02:44PM  16    BECAUSE I'M ON THE HARD LINE AS WELL.  APOLOGIES, YOUR HONOR.

02:44PM  17        IS IT BETTER?

02:44PM  18              MR. SCHAPIRO:  IT'S BETTER.

02:44PM  19              THE COURT:  HANG ON.

02:44PM  20        MS. RODRIGUEZ, IS THAT THE ISSUE THAT YOU HAD WANTED TO

02:44PM  21    ADDRESS?

02:44PM  22              MADAM COURT REPORTER:  YES, YOUR HONOR.  THANK YOU.

02:44PM  23    I WILL INTERRUPT AGAIN IF HE KEEPS TIMING OUT.

02:44PM  24              THE COURT:  YES, YOU WILL.

02:44PM  25        MR. ANSORGE, LET'S GO A LITTLE BIT SLOWLY.  DESPITE MY

SEALED PROCEEDINGS



02:44PM  1      PUSHING EVERYONE, LET'S GO A LITTLE BIT SLOWLY.

02:44PM  2              MR. ANSORGE:  THANK YOU, YOUR HONOR.

02:44PM  3      ███████████████████████████████████████████

02:44PM  4      ████████████████████████████████████████████████

02:44PM  5      ██████████████████████████████████████████

02:44PM  6      ██████████████████████████████████████████

02:44PM  7      ████████████████████████████████████████████████

02:45PM  8      ███████████████████████████████████████████

02:45PM  9      ████████████████

02:45PM 10      NOW, WHEN MR. BARNES WAS REFERRING TO ████████████

02:45PM 11      ██████████  WE UNDERSTAND THAT COULD SOUND LIKE IT HAS SOME

02:45PM 12      NEGATIVE CONNOTATIONS IN THE WAY THAT HE WAS REPRESENTING IT,

02:45PM 13      AND I JUST WANT TO TAKE THIS OPPORTUNITY TO CLARIFY THAT.  THE

02:45PM 14      POINT OF THAT SPACE IS NOT TO UNIFY I.D.'S FOR USERS ACROSS ALL

02:45PM 15      OF THEIR DIFFERENT DEVICES.  THAT'S NOT WHAT IT IS IN PRACTICE,

02:45PM 16      AND THAT'S NOT WHAT IT IS DESIGNED TO BE AT ALL.

02:45PM 17      THE POINT OF ████ IS TO DETERMINE RIGHT AT THE OUTSET

02:45PM 18      WHETHER A USER IS LOGGED IN OR LOGGED OUT, WHETHER THEY ARE

02:45PM 19      AUTHENTICATED OR UNAUTHENTICATED, AND DEPENDING ON THAT, DATA

02:45PM 20      IS PROCESSED DIFFERENTLY, IT GOES INTO DIFFERENT STREAMS AND

02:45PM 21      IT'S ENCRYPTED DIFFERENTLY, DIFFERENT PEOPLE HAVE DIFFERENT

02:45PM 22      ACCESS, IT'S HANDLED IN A WAY IN WHICH THE REST OF THE

02:45PM 23      ORGANIZATION CAN BE ENTIRELY I.D. AGNOSTIC.

02:45PM 24      SO THERE'S A LOT OF WORK THAT GOES INTO IT MAKING SURE

02:45PM 25      THAT THIS IS NOT SOMETHING THAT IS JUST A POLICY PREFERENCE.

02:45PM 1    IT'S SOMETHING THAT IS HARD WIRED INTO GOOGLE'S SYSTEMS.

02:45PM 2         THE SECOND POINT I WANTED TO TOUCH ON, AND THIS IS ISSUE

02:46PM 3    TWO THAT MR. BARNES WAS HIGHLIGHTING.  TO BE FRANK, WE WERE

02:46PM 4    SURPRISED THAT SEARCH IS NOW AT ISSUE, AND THIS IS SOMETHING

02:46PM 5    THAT WE HAD RAISED AT SOME MOMENTS WITH PLAINTIFFS, BUT WE

02:46PM 6    DON'T UNDERSTAND HOW THERE'S GOING TO BE A PRIVACY CASE AGAINST

02:46PM 7    GOOGLE FOR INFORMATION THAT THE USER PUTS INTO A GOOGLE SEARCH

02:46PM 8    ENGINE.

02:46PM 9         SO WHAT WE'RE TRYING TO DO HERE IN ONE WAY OR ANOTHER IS

02:46PM 10   THINK OF WAYS IN WHICH WE CAN SPECIFY WHAT IS REALLY RELEVANT

02:46PM 11   AND WHAT IS THAT ISSUE, AND SEARCH ENTAILS A LOT OF DIFFERENT

02:46PM 12   DATASETS, A LOT OF DIFFERENT CUSTODIANS, IT BRINGS IN DIFFERENT

02:46PM 13   TYPES OF INFORMATION WHICH WE BELIEVE AREN'T REFLECTED IN THE

02:46PM 14   COMPLAINT.

02:46PM 15        SO WHAT WE WOULD LIKE TO DO IS FOCUS ON THE DATA AT ISSUE

02:46PM 16   WHICH IS BROWSING INFORMATION OR SITE ACTIVITY DATA WHEN A USER

02:46PM 17   VISITS THE WEBSITE THAT HAS ANALYTIC SERVICES OR GOOGLE AD

02:46PM 18   MANAGER SERVICES.

02:46PM 19            THE COURT:  JUST AT THE END THERE YOU TIMED OUT,

02:47PM 20   MR. ANSORGE.

02:47PM 21            MR. ANSORGE:  THIS CONNECTION IS TERRIBLE.  I'M

02:47PM 22   REALLY SORRY EVERYBODY.

02:47PM 23            MR. SCHAPIRO:  IT'S BEEN FINE.  YOU JUST DROPPED OFF

02:47PM 24   THE FINAL TEN SECONDS.

02:47PM 25            THE COURT:  JUST AT THE VERY END.  WHAT WAS THE LAST

02:47PM  1    THING, IF YOU REMEMBER, THAT YOU SAID?

02:47PM  2              MR. ANSORGE:  I THINK I WAS JUST APOLOGIZING AND

02:47PM  3    THANKING EVERYBODY FOR THEIR PATIENCE WITH MY BAD INTERNET

02:47PM  4    CONNECTION.

02:47PM  5              THE COURT:  OKAY.  WE'LL TAKE THAT THERE.  OKAY.

02:47PM  6    ALL RIGHT.

02:47PM  7              MR. SCHAPIRO:  AND, YOUR HONOR, COULD I JUST ADD

02:47PM  8    THAT --

02:47PM  9              THE COURT:  WELL, FIRST ANSWER THIS QUESTION,

02:47PM  10   MR. SCHAPIRO, WHICH IS IT WASN'T QUITE CLEAR TO ME FROM THE

02:47PM  11   SUMMARY.  IS GOOGLE STILL PRODUCING INFORMATION IN RESPONSE TO

02:47PM  12   THIS REQUEST IN ADVANCE AND IN ANTICIPATION OF AND IN ADVANCE

02:47PM  13   OF THE JUNE 10TH AND JUNE 11TH DEPOSITIONS?

02:47PM  14             MR. SCHAPIRO:  THAT ONE I'M GOING TO HAVE TO KICK TO

02:47PM  15   SOMEONE ELSE, TOO.

02:47PM  16        I THINK WE HAVE PRODUCED WHAT WE WERE SUPPOSED TO PRODUCE,

02:48PM  17   WELL, WHAT WE BELIEVE WE WERE SUPPOSED TO PRODUCE IN TERMS OF

02:48PM  18   DATA ASSOCIATED WITH THE PLAINTIFFS.

02:48PM  19        BUT I'LL INVITE ONE OF MY COLLEAGUES TO CORRECT ME IF

02:48PM  20   THERE IS STILL SOME COMING.  THAT IS ALWAYS POSSIBLE.

02:48PM  21             MR. STRAITE:  YOUR HONOR, THIS IS DAVID STRAITE FOR

02:48PM  22   PLAINTIFFS.  I CAN ANSWER THAT QUESTION.  WE MADE THE SAME

02:48PM  23   INQUIRY YESTERDAY TO GOOGLE COUNSEL AND ASKED WHEN, YOU KNOW,

02:48PM  24   WHEN WE WERE RECEIVING ADDITIONAL PLAINTIFF INFORMATION,

02:48PM  25   DOCUMENTS IN ADVANCE OF NEXT WEEK'S DEPOSITION.

02:48PM 1      WE WERE TOLD THAT WE'RE STILL ON TARGET FOR JUNE 4TH AS

02:48PM 2  THE TARGET TO GET THE NEXT BATCH OF PLAINTIFF DOCUMENTS.

02:48PM 3  THAT'S NEXT FRIDAY, TWO DAYS FROM TODAY.  WE ARE HOPEFUL TO GET

02:48PM 4  IT.  WE DID HAVE A COMMITMENT TO GET ALL OF THE DOCUMENTS

02:48PM 5  SEVEN DAYS PRIOR TO THE DEPOSITION.  THIS IS SIX DAYS.  THAT'S

02:48PM 6  APPROXIMATE.  THAT'S GOOD ENOUGH.

02:48PM 7      IF WE ARE ACTUALLY GETTING THE PROFILES, WHICH IS THE MOST

02:48PM 8  IMPORTANT THING, THE INFORMATION IN DOCUMENTS ASSOCIATED WITH

02:48PM 9  THE PLAINTIFFS AND THEIR IDENTIFIERS.  WE'RE HOPEFUL.  WE'LL

02:48PM 10  SEE WHAT HAPPENS ON JUNE 4TH.

02:49PM 11      MR. BARNES:  THERE'S ANOTHER ISSUE, YOUR HONOR.  WE

02:49PM 12  RECEIVED, I BELIEVE, TWO DOCUMENTS SINCE THE LAST HEARING.

02:49PM 13  THERE IS SOME DIFFICULTY BECAUSE THEY DON'T ALWAYS COME.

02:49PM 14  GOOGLE -- THEY DON'T ALWAYS COME WITH LABELS STATING TO WHOM

02:49PM 15  THEY ARE RELATED, AND WE'VE BEEN ABLE TO DEDUCE TO WHOM THEY

02:49PM 16  ARE RELATED, BUT WE'RE GETTING THESE THINGS THAT -- AND THEY'RE

02:49PM 17  SENDING THEM OVER THE LINE WITHOUT ANY NOTATIONS ON WHO THEY

02:49PM 18  ARE, EVEN THOUGH GOOGLE IS CONNECTING OBVIOUSLY WHO IS WHO TO

02:49PM 19  PROVIDE US THIS.

02:49PM 20      THE COURT:  HAVE YOU ASKED GOOGLE TO MAKE THAT

02:49PM 21  CONNECTION?  HAVE THE PARTIES HAD THIS DISCUSSION?

02:49PM 22      MR. BARNES:  YES, YOUR HONOR.  I BELIEVE WE HAVE

02:49PM 23  ASKED MULTIPLE TIMES FOR GOOGLE TO IDENTIFY WHICH SPECIFIC

02:49PM 24  REQUESTS THAT PRODUCTIONS RELATE TO.

02:49PM 25      THE COURT:  IS IT RESPONSIVE TO A REQUEST OR TO A

02:49PM  1    PLAINTIFF, OR BOTH?

02:49PM  2              MR. BARNES:  WELL, THIS WOULD BE RESPONSIVE TO A

02:49PM  3    REQUEST.  IT WOULD ALSO NECESSARILY IDENTIFY A PLAINTIFF.

02:49PM  4        OFF THE TOP OF MY HEAD, I DON'T KNOW WHETHER I SAID TELL

02:50PM  5    US WHETHER DOCUMENT 35342 IS PLAINTIFF CALHOUN OR CRESPO.

02:50PM  6              THE COURT:  ALL RIGHT.

02:50PM  7              MS. TREBICKA:  YOUR HONOR --

02:50PM  8              THE COURT:  EXCUSE ME, MS. TREBICKA.

02:50PM  9        IS THERE ANY REASON ON GOOGLE'S SIDE -- I KNOW DOCUMENT

02:50PM  10   PRODUCTIONS GET GOING, AND THEY'RE ROLLING PRODUCTIONS, AND

02:50PM  11   YOU'VE HAD A LOT OF REQUESTS AND LOTS OF DOCUMENTS AREN'T

02:50PM  12   NECESSARILY RESPONSIVE TO ONLY ONE REQUEST, BUT IT WOULD SEEM

02:50PM  13   THAT WHAT REQUESTS DOCUMENTS ARE BEING PRODUCED IN RESPONSE TO,

02:50PM  14   THAT THOSE COULD BE IDENTIFIED, MAY NOT BE A PERFECT ONE-TO-ONE

02:50PM  15   CORRESPONDENCE, BUT THIS PRODUCTION RELATES TO THIS REQUEST OR

02:50PM  16   THESE REQUESTS.

02:50PM  17       TO THE EXTENT THAT IT IS PLAINTIFF DATA, PLAINTIFF DATA

02:50PM  18   THAT IS THE SUBJECT OF 1.3, THE SPECIFIC PLAINTIFFS OUGHT TO BE

02:50PM  19   ABLE TO BE IDENTIFIED.

02:51PM  20             MR. BARNES:  THANK YOU, YOUR HONOR.  MAY I HAVE ONE

02:51PM  21   MORE ISSUE ON THIS?

02:51PM  22             THE COURT:  NO.  THAT'S ENOUGH, MR. BARNES.  THANK

02:51PM  23   YOU.

02:51PM  24       SO WHO WANTS TO SPEAK TO THAT ON GOOGLE'S SIDE?

02:51PM  25             MR. SCHAPIRO:  I THINK THAT WOULD BE MS. TREBICKA ON

02:51PM  1    WHAT WE'RE ABLE TO -- WHAT INFORMATION THAT WE CAN PROVIDE

02:51PM  2    ABOUT LINKING TO OR SHOWING WHICH PRODUCTIONS RELATE TO WHICH

02:51PM  3    PLAINTIFFS.

02:51PM  4           THE COURT:  OKAY.  JUST ONE MOMENT BEFORE WE DO

02:51PM  5    THAT.

02:51PM  6        THE PHONE NUMBER IDENTIFIER THAT HAS JUST BEEN ADMITTED,

02:51PM  7    MR. ANSORGE?

02:51PM  8           MR. ANSORGE:  JOSEF ANSORGE TRYING TO OVERCOME THE

02:51PM  9    INTERNET PROBLEM.

02:51PM  10          THE COURT:  EXCELLENT.  THAT'S WHAT I ASSUMED.

02:51PM  11   THANK YOU.

02:51PM  12       ALL RIGHT.  MS. TREBICKA, I CUT YOU OFF BUT NOW YOU HAVE

02:51PM  13   MY QUESTION IN MIND.  PLEASE.

02:51PM  14          MS. TREBICKA:  APOLOGIES.  I WAS TRYING TO FIND MY

02:51PM  15   MUTE BUTTON OR UNMUTE BUTTON RATHER.

02:51PM  16       SO TWO ISSUES, YOUR HONOR.  THE FIRST ISSUE IS WHETHER WE

02:51PM  17   CAN IDENTIFY THE PRODUCTION OF PLAINTIFFS' DATA BY EITHER

02:51PM  18   PLAINTIFFS OR COOKIES THAT WE HAVE BEEN PROVIDED, AND THE

02:52PM  19   ANSWER IS YES.  I'M -- WE CAN DO THAT.  IT SOUNDS LIKE A

02:52PM  20   REASONABLE REQUEST.  IT HASN'T BEEN MADE BEFORE.

02:52PM  21       THE REQUEST THAT WE HAVE ENCOUNTERED BEFORE IS THAT WE

02:52PM  22   IDENTIFY THE PARTICULAR RFP'S TO WHICH THE DOCUMENTS THAT WE

02:52PM  23   PRODUCE RELATE TO, AND THAT IS SOMETHING THAT WOULD BE

02:52PM  24   EXTREMELY BURDENSOME TO DO.

02:52PM  25       THE WAY IN WHICH WE PRODUCE DOCUMENTS IS WE IDENTIFY THE

02:52PM  1    CUSTODIANS, WE RUN THE SEARCH TERMS, WE DO THE REVIEW, AND THEN

02:52PM  2    ON THE BASIS OF THOSE SEARCH TERMS AND THE CUSTODIAL DOCUMENTS,

02:52PM  3    WE PRODUCE THE DATA.  IT WOULD BE VERY BURDENSOME TO THEN GO

02:52PM  4    BACK AND LINK THOSE UP TO PARTICULAR RFP'S.  THAT IS SOMETHING

02:52PM  5    THAT WE HAVE RESISTED, AND WE WOULD RESPECTFULLY ASK THAT WE

02:52PM  6    NOT BE ORDERED TO DO.  IT'S NOWHERE IN THE RULES.  IT'S NOT

02:52PM  7    PRACTICE.

02:52PM  8         THE COURT:  WELL, AND THAT'S FINE.  THERE'S A

02:52PM  9    DISTINCTION HERE BETWEEN CUSTODIAL PRODUCTIONS, WHICH SHOULD BE

02:52PM  10   IDENTIFIED AS SUCH, RIGHT?  THESE ARE THE PRODUCTION FROM

02:52PM  11   CUSTODIAN X, AND EVERYBODY KNOWS WHAT THOSE TERMS WERE RUN

02:53PM  12   SHOULD BE IDENTIFIED BY CUSTODIAN.

02:53PM  13       BUT WITH REGARDS TO A REQUEST SUCH AS 1.3, GIVE US

02:53PM  14   PLAINTIFFS' DATA THAT IS NOT -- WE'RE NOT TALKING ABOUT -- I

02:53PM  15   MEAN, THERE MAY BE CUSTODIAL DOCUMENTS THAT ARE ALSO

02:53PM  16   RESPONSIVE, BUT THERE ARE ALSO OTHER DOCUMENTS THAT ARE NOT

02:53PM  17   CUSTODIAL THAT YOU'VE RUN AND PULLED SPECIFICALLY BECAUSE

02:53PM  18   THEY'RE ASKING FOR PLAINTIFFS' DATA.  SO THOSE DOCUMENTS COULD

02:53PM  19   CERTAINLY BE IDENTIFIED AS RESPONSIVE TO 1.3.

02:53PM  20       SO I EXPECT THE PARTIES TO DO THIS.  I MEAN, EVERYBODY ON

02:53PM  21   THIS CALL HAS BEEN WELL TRAINED AND WELL PRACTICED IN DOCUMENT

02:53PM  22   PRODUCTIONS, AND THERE'S NO, THERE'S NO HIDING THE BALL.  BUT

02:53PM  23   CUSTODIAN PRODUCTION SHOULD BE IDENTIFIED BY CUSTODIAN, BUT

02:53PM  24   OTHER NONCUSTODIAL PRODUCTIONS, TO THE EXTENT THAT IT'S, YOU

02:53PM  25   KNOW, FOR THE MOST PART THEN THEY SHOULD BE ABLE TO BE

02:53PM  1      IDENTIFIED BY REQUEST.  IT MAY NEED MORE THAN ONE REQUEST.

02:54PM  2          AND CERTAINLY FOR PLAINTIFFS, THE PLAINTIFFS' DATA WHEN

02:54PM  3      YOU'RE SENDING OVER THE RESULTS OF SEARCHES WITH COOKIES, ET

02:54PM  4      CETERA, THAT SHOULD BE IDENTIFIED FOR THE PLAINTIFF.

02:54PM  5              MR. SCHAPIRO:  YOUR HONOR, COULD I ASK CLARIFICATION

02:54PM  6      ON SOMETHING YOU'VE JUST SAID.  I THINK WE AGREE AND HAVE NO

02:54PM  7      OBJECTION TO IDENTIFYING BY PLAINTIFF.  EASY ENOUGH.

02:54PM  8      REASONABLE.  TO THE EXTENT THAT THAT WAS ASKED BEFORE, IT WAS

02:54PM  9      NOT CLEAR TO US THAT THAT'S WHAT WAS BEING ASKED.

02:54PM 10          BUT I DO WANT TO PUSH BACK A LITTLE ON THE SUGGESTION THAT

02:54PM 11      WE COULD SIMPLY LINK PRODUCTIONS TO RFP'S.

02:54PM 12          THERE ARE HUNDREDS OF -- IF THAT'S NOT YOUR SUGGESTION

02:54PM 13      THEN --

02:54PM 14              THE COURT:  WELL, MR. SCHAPIRO, I UNDERSTAND THAT

02:54PM 15      IT'S, AGAIN, IT'S NOT A ONE TO ONE.  IT'S NOT EASY.  BUT TO THE

02:54PM 16      EXTENT THAT YOU -- THAT IT'S OBVIOUS OR THAT YOU KNOW, YOU

02:55PM 17      KNOW, YOU WERE LOOKING FOR X, YOU KNOW, IT MAY COVER MULTIPLE

02:55PM 18      RFP'S.  THE PARTIES CAN DISCUSS AND CAN FIGURE OUT A WAY TO

02:55PM 19      MAKE THIS WORK.  OKAY?  AND THAT'S --

02:55PM 20              MR. SCHAPIRO:  WE'LL DISCUSS BUT JUST TO PULL BACK

02:55PM 21      THE CURTAIN, YOUR HONOR, THERE ARE DOZENS OF REVIEWERS LOOKING

02:55PM 22      AT DOCUMENTS, IDENTIFYING SEARCH TERMS.  THIS WOULD DELAY BY

02:55PM 23      WEEKS PRODUCTIONS.  IF SOMEONE THEN HAS TO GO AND SAY LET'S TRY

02:55PM 24      AND FIGURE OUT HUNDREDS, AT LEAST IN THE BROWN CASE, RFP'S DOES

02:55PM 25      THIS ANSWER, AND WE GET IT WRONG AS OFTEN AS THEY GET IT RIGHT.

02:55PM  1        THE COURT:  AND THAT'S NOT WHAT I'VE TOLD YOU TO DO.

02:55PM  2   THAT'S NOT THE INTENT AT ALL.

02:55PM  3        MR. SCHAPIRO:  LET THE RECORD SHOW I'M NOT NODDING

02:55PM  4   AND HOLDING A THUMBS UP.

02:55PM  5        THE COURT:  ALL RIGHT.  THE PARTIES CAN WORK THIS

02:55PM  6   OUT.  ALL RIGHT?  TO THE EXTENT THAT THERE ARE REQUESTS AND

02:55PM  7   PRODUCTIONS THAT RELATE TO SPECIFIC REQUESTS, THAT NEEDS TO BE

02:55PM  8   IDENTIFIED.

02:55PM  9        YOU'RE RIGHT, WHEN YOU'RE DOING CUSTODIAN SEARCHES AND YOU

02:55PM 10   HAVE THIS ROOM FULL OF DOCUMENTS IN THE OLD DAYS THAT REVIEWERS

02:56PM 11   REVIEWED, YEAH, YOU WEREN'T TYING THEM TO SPECIFIC REQUESTS.

02:56PM 12        BUT WHEN YOU GO INTO AND YOU'RE RUNNING SPECIFIC SEARCHES

02:56PM 13   IN RESPONSE TO A SPECIFIC REQUEST, AND I HAVE 1.3 IN MIND, AND

02:56PM 14   YOU'RE MAKING THAT PRODUCTION, IDENTIFY IT.  OKAY?

02:56PM 15        MR. SCHAPIRO:  THANK YOU, YOUR HONOR.

02:56PM 16        THE COURT:  OKAY.  WE'RE GOING TO TAKE A SHORT BREAK

02:56PM 17   FOR MYSELF AND MS. RODRIGUEZ.  WE WILL COME BACK AND TURN VERY

02:56PM 18   QUICKLY TO A COUPLE OF REMAINING ISSUES.

02:56PM 19        WE WILL TALK BRIEFLY ABOUT CROSS USE BECAUSE THAT INVOLVES

02:56PM 20   BOTH PARTIES, AND THEN WE'LL TOUCH BASE ON JUST A COUPLE OF

02:56PM 21   OTHER ISSUES FOR TODAY.  OKAY?

02:56PM 22        THANK YOU.  TEN MINUTES.  THANKS.  WE'RE IN RECESS.

02:56PM 23        (RECESS FROM 2:56 P.M. UNTIL 3:08 P.M.)

03:08PM 24        THE COURT:  OKAY.  ALL RIGHT.  WE ARE BACK IN

03:08PM 25   SESSION.  BEFORE I TURN TO CROSS USE, THERE ARE TWO OTHER

03:08PM  1    ISSUES I'M JUST GOING TO ADDRESS BRIEFLY IN BROWN, AND I'M

03:08PM  2    GOING TO GIVE YOU MY RULINGS ON THOSE.

03:08PM  3         WITH REGARDS TO P4, WHICH IS THE SCOPE OF THE DEPOSITION,

03:08PM  4    AS THIS MAY IMPACT THE UPCOMING DEPOSITION.  WITH REGARDS TO

03:08PM  5    THE ISSUE OF DOCUMENT RETENTION, THE PLAINTIFFS CAN INQUIRE AS

03:08PM  6    TO GENERAL RETENTION PRACTICES AND PROTOCOLS AS IT RELATES TO

03:09PM  7    THE DATABASES OR WHATEVER IT IS THERE IS THE FOCUS OF THE

03:09PM  8    INQUIRY.

03:09PM  9         EVERYONE NEEDS TO UNDERSTAND WHAT THOSE ARE, AND THIS IS

03:09PM  10   NOT -- THIS DOES NOT REVISIT THE ISSUES AROUND THE CURRENT

        11    STATUS OF THE PROTECTIVE ORDER, BUT IT IS APPROPRIATE TO

        12    INQUIRE AS TO, AGAIN, WHAT THE RETENTION AND PRACTICES AND

        13    PROTOCOLS ARE AND AS WELL AS WHAT IT WOULD TAKE TO MAKE

        14    ADJUSTMENTS TO THOSE, WHETHER ANY OF THOSE CAN BE ADJUSTED OR

        15    CAN BE SUSPENDED, ET CETERA.

        16         THIS IS OBVIOUSLY AN ONGOING ISSUE.  I GRANTED THE

        17    PROTECTIVE ORDER WITHOUT PREJUDICE TO MORE INFORMATION IN THE

        18    FUTURE.  I AM NOT INVITING REARGUMENT ON THAT AT THIS TIME.

        19    THE POSITION ON PRESERVATION OF THE LOGS STANDS BUT CERTAINLY

        20    GENERAL RETENTION ISSUES CAN BE INQUIRED INTO.

        21         THAT WILL HELP THE PLAINTIFFS TO UNDERSTAND WHAT IS AND IS

        22    NOT PRESERVED.  AND AS I SAY, IF NEW FACTS LATER ARISE AS TO

        23    THE LOGS OR THE ABILITY TO DEVIATE FROM RETENTION PRACTICES

        24    THEN, YOU KNOW, IF APPROPRIATE, I MAY CONSIDER THAT.  SO THAT

        25    IS P4.

1          WITH REGARDS TO P10 THE DEADLINE FOR PRODUCTION OR --

2     EXCUSE ME, EXTENSION OF PRODUCTION OF DOCUMENTS BY GOOGLE, THIS

3     RELATES SPECIFICALLY TO THE JUNE 18TH DEADLINE THAT I HAD PUT

4     IN PLACE, AND I AM GOING TO ADDRESS THIS THIS WAY AT THIS TIME,

5     WHICH IS JUNE 18TH HOLDS FOR THE ORIGINAL CUSTODIANS, THAT IS,

6     ANY OF THE CUSTODIANS IDENTIFIED OR ADDRESSED IN MY ORIGINAL

7     APRIL 30TH ORDER.  SO THAT IS THE ORIGINAL 10 PLUS 7, SO 17

8     CUSTODIANS, AND THE TERMS.  AND IF I AM UNDERSTANDING OR IF I

9     DID THE MATH CORRECTLY, I THINK FOR THE ORIGINAL 10 THERE ARE

10    101 TERMS, 76 PLUS 24, OR MAYBE I HAVE THAT BACKWARDS.

11         AND THEN FOR THE 7 ADDITIONAL CUSTODIANS THERE ARE THE 10

12    TERMS.  SO THOSE TERMS, THOSE CUSTODIANS THE JUNE PRODUCTION

13    HOLDS.

14         I WILL PROVIDE FOR A MODEST EXTENSION ON THE OTHER

15    PRODUCTION DEADLINES, BUT IT'S NOT GOING TO BE THE SAME LENGTH

16    WITH REGARDS TO THE EXTENSION OF FACT DISCOVERY THAT JUDGE KOH

17    GAVE YOU.

18         I AM GOING TO GIVE THAT SOME CONSIDERATION AND I AM ASK

19    FOR FURTHER INPUT ON THAT, BUT I AM VERY MINDFUL OF THE RULE

20    AND HOW IMPORTANT IT IS.  WE HAVE GOT TO GET THE DOCUMENTS

21    PRODUCED IN THIS CASE.  OBVIOUSLY, WE ARE ALL SPENDING A LOT OF

22    TIME AND ENERGY AS TO WHAT THOSE DOCUMENTS ARE, BUT THE

23    PRODUCTIONS NEED TO BE SUFFICIENTLY IN ADVANCE OF THE MOTION

24    ACTIVITY THAT JUDGE KOH HAS SET FOR YOU SO THOSE ISSUES CAN BE

25    ADDRESSED AND ASSESSED OUT.  SO THAT IS WHERE WE ARE ON THOSE

SEALED PROCEEDINGS

1    TWO ISSUES, THAT IS P4 AND P10.

2         NOW WE WILL TURN TO CROSS USE.

3              THE CLERK:  YOUR HONOR, I AM SORRY TO INTERRUPT.  I

4    JUST WANTED TO LET YOU KNOW WE DID LOSE OUR COURT REPORTER.

5              THE COURT:  OH.

6              THE CLERK:  SHE IS TRYING TO DIAL BACK IN.

7              MR. SCHAPIRO:  AND SO, YOUR HONOR, YOU WERE SAYING

8    WE WIN EVERYTHING WHILE THE COURT REPORTER WAS OFF?

9              THE COURT:  IT IS IMPORTANT TO KEEP OUR SENSE OF

10   HUMOR, MR. SCHAPIRO, AT ALL TIMES.  BUT I DON'T NEED A COUNTER

11   ARGUMENT FROM THE PLAINTIFFS.  THANK YOU.

03:15PM  12        (PAUSE IN PROCEEDINGS.)

03:15PM  13             THE COURT:  HAVE YOU HEARD FROM MS. RODRIGUEZ,

14   MS. FANTHORPE?

15             THE CLERK:  SHE IS TRYING TO DIAL IN RIGHT NOW.

16             THE COURT:  LET'S GIVE HER A MOMENT THEN.

17        (PAUSE IN PROCEEDINGS.)

18             THE COURT:  IS THAT HER?

19             MADAM COURT REPORTER:  HELLO.  THIS IS IRENE.

20        (PAUSE IN PROCEEDINGS.)

21             THE COURT:  I THINK EVERYONE UNDERSTANDS WHERE WE

22   ARE ON P4.  IT SOUNDS LIKE WE DID NOT HAVE THE REPORTER FOR P10

03:15PM  23   AND P10 RELATES TO AN EXTENSION OF THE DOCUMENT PRODUCTION

03:15PM  24   DEADLINE.  THE JUNE 18TH DEADLINE WILL HOLD FOR THE ORIGINAL

03:15PM  25   CUSTODIANS AND SEARCH TERMS AS REFLECTED IN MY APRIL 30TH

03:15PM 1    ORDER.

03:15PM 2        WITH REGARDS TO ADDITIONAL PRODUCTIONS, I'M TAKING THE

03:15PM 3    REQUEST FOR A FURTHER EXTENSION UNDER SUBMISSION.  IT WILL NOT

03:15PM 4    BE THE SAME LENGTH OF THE EXTENSION THAT JUDGE KOH GRANTED ON

03:15PM 5    DISCOVERY IN GENERAL, BUT THERE MAY BE A MODEST -- THERE WILL

03:15PM 6    BE A MODEST FURTHER EXTENSION THERE.  ALL RIGHT.  I WANT THE

03:15PM 7    OBJECTIVE FOR JUNE 18TH TO BE CLEAR.

03:16PM 8        OKAY.  I WAS ABOUT TO TURN TO CROSS USE, BUT AGAIN, I

03:16PM 9    DON'T WANT US TO RUN OUT OF TIME, AND THERE IS ONE ALSO DEPO

03:16PM 10   GATING ISSUE OR MAY IMPACT THE DEPOSITION IN CALHOUN, AND

03:16PM 11   THAT'S TOPIC 1.1, ISSUE 1.1, WHICH RELATES TO THE HYPERLINKED

03:16PM 12   DOCUMENTS.

03:16PM 13       THE PARTIES HAD STARTED, HAD CONTINUED THEIR MEET AND

03:16PM 14   CONFER ON THAT, AND IT SOUNDED LIKE PLAINTIFFS HAD PROVIDED

03:16PM 15   SOME INFORMATION TO GOOGLE MORE CLOSELY IDENTIFYING WHICH

03:16PM 16   HYPERLINKS THEY WANTED.  IT'S BEEN A WEEK SINCE I GOT THE

03:16PM 17   PARTIES' SUBMISSION, AND I'M HOPEFUL THAT THE PARTIES WORKED

03:16PM 18   THIS OUT IN THE INTERIM.

03:16PM 19       SO WHAT DO YOU NEED FROM ME?  TELL ME QUICKLY WHAT THE

03:17PM 20   STATUS IS ON THE HYPERLINKS.  WHO HAS IT FOR CALHOUN?

03:17PM 21           MS. WEAVER:  I DO, YOUR HONOR.

03:17PM 22       LESLEY WEAVER FOR CALHOUN.

03:17PM 23       WE REQUEST TWO ISSUES FOR RELIEF.  ONE, WE WOULD ASK THAT

03:17PM 24   THE COURT ORDER THEM TO PRODUCE THE HYPERLINKED DOCUMENTS THAT

03:17PM 25   WE REQUESTED, WELL, IMMEDIATELY.  WE'VE PROVIDED THEM A LETTER

03:17PM  1    ON APRIL 16TH.

03:17PM  2              THE COURT:  OKAY.  LET ME JUST INTERJECT THERE,

03:17PM  3    MS. WEAVER.

03:17PM  4              MS. WEAVER:  YES.

03:17PM  5              THE COURT:  HOW MANY?  YOU'VE WHITTLED IT DOWN FROM

03:17PM  6    THE 900 HYERPLINKS I PRESUME.  WHAT IS THE NUMBER THAT IS IN

03:17PM  7    DISPUTE?

03:17PM  8              MS. WEAVER:  WE DON'T KNOW, YOUR HONOR.  WE WERE

03:17PM  9    TOLD ON MAY 18TH THAT GOOGLE HAD IT DOWN TO 700, BUT WE WERE

03:17PM 10    ALSO TOLD THAT MANY OF THOSE WERE JUMP CITES WITHIN DOCUMENTS.

03:17PM 11              THE COURT:  I'M ASKING HOW MANY HYERPLINKS DID YOU

03:17PM 12    IDENTIFY?  YOU'VE BEEN PREVIEWING THE PRODUCTION HYPERLINKS.

03:17PM 13    HOW MANY HAVE YOU IDENTIFIED?

03:17PM 14              MS. WEAVER:  WE UNDERSTOOD WE WERE DOWN TO 700 AND

03:17PM 15    WE VIEW THESE HYERPLINKS AS ATTACHMENTS.

03:17PM 16              THE COURT:  I KNOW YOU DO.  I KNOW YOU DO.  SEVEN

03:18PM 17    HUNDRED HYERPLINKS, I THINK THAT IS TOO BROAD AND, I MEAN, IT'S

03:18PM 18    GOT TO BE A MANAGEABLE NUMBER OF DOCUMENTS.  YOU KNOW, YOU'RE

03:18PM 19    REVIEWING THEM.  THERE ARE SOME THAT ARE OF PARTICULAR INTEREST

03:18PM 20    TO YOU, AND THOSE NEED TO BE PRIORITIZED, AND IT'S GOT TO BE A

03:18PM 21    SMALL AND MANAGEABLE NUMBER.

03:18PM 22         THERE MAY BE, YOU KNOW, SPECIFIC DOCUMENTS THAT, YOU KNOW,

03:18PM 23    YOU THINK SHOULD BE INCLUDED, BUT, AGAIN, THERE -- EVERYBODY

03:18PM 24    HAS TO MAKE SOME SELECTION AND HYPERLINKS GENERALLY, I DON'T

03:18PM 25    ACTUALLY SHARE THE VIEW THAT THEY ARE NECESSARILY ATTACHMENTS,

03:18PM  1    AND I THINK THAT HYERPLINKS GET DROPPED INTO DOCUMENTS FOR ALL

03:18PM  2    KINDS OF REASONS, AND THE PLAINTIFFS ARE GOING TO HAVE TO BE

03:18PM  3    REALLY DILIGENT ABOUT WHAT LOOKS LIKE IT'S GOING TO SOMETHING

03:18PM  4    THAT IS STILL ON POINT AND WITHIN THE SCOPE OF THE REQUEST.

03:19PM  5                MS. WEAVER:  UNDERSTOOD.  WE IDENTIFIED THESE BY

03:19PM  6    REVIEWING DOCUMENTS THAT GOOGLE PRODUCED IN ADVANCE OF THE

03:19PM  7    ORIGINAL 30(B)(6) AND MANY OF THOSE DOCUMENTS HAD 20 TO 30

03:19PM  8    HYERPLINKS WITHIN THEM SO WE ALREADY MEANT TO BE

03:19PM  9    DISCRIMINATORY.  THERE WERE MANY MORE HYERPLINKS THAN THOSE

03:19PM 10    THAT WE IDENTIFIED.

03:19PM 11                THE COURT:  BUT 700 IS NOT WORKABLE, MS. WEAVER, 700

03:19PM 12    IS NOT WORKABLE.

03:19PM 13                MS. WEAVER:  SO WE WILL PROVIDE A NARROWED LIST I

03:19PM 14    GATHER.  I THINK IT WOULD BE HELPFUL IF GOOGLE COULD TELL US

03:19PM 15    WHICH OF THE HYERPLINKS ARE NOT ACTUALLY HYERPLINKS BECAUSE IN

03:19PM 16    THE DOCUMENTS THEMSELVES WE CAN'T SAY THERE WILL BE A PARAGRAPH

03:19PM 17    DISCUSSION AND IT SAYS "SEE HERE HYPERLINK" AND WE THINK THE

03:19PM 18    PRECEDING PARAGRAPH IS ABOUT HOW DATA IS COLLECTED AND PUT --

03:19PM 19    THE RELEVANT DATA IS COLLECTED.  SO WE CAN'T SEE THE

03:19PM 20    HYERPLINKS.  SO IT'S A LITTLE IMPOSSIBLE.  WE'RE ALREADY

03:19PM 21    GUESSING, AND WE HAVEN'T RECEIVED -- WE'VE RAISED THIS ON

03:19PM 22    APRIL 3RD, YOUR HONOR, BEFORE THE --

03:19PM 23                THE COURT:  OKAY.  BUT I DON'T UNDERSTAND YOUR

03:20PM 24    QUESTION.  HOW CAN YOU NOT TELL IF SOMETHING IS A HYPERLINK?

03:20PM 25                MS. WEAVER:  WE KNOW IT'S A HYPERLINK, BUT WE DON'T

03:20PM  1    KNOW WHAT THE DOCUMENT IS.  SO THERE WILL BE A PARAGRAPH THAT

03:20PM  2    SAYS -- DISCUSSING A CERTAIN TOPIC, AND THEN THE HYPERLINK

03:20PM  3    ITSELF WILL JUST SAY GO, LIKE IT'S AN INTERNAL WIKI AND IT USES

03:20PM  4    THE WORD GO, AND IT'S JUST A JUMP CITE AND IT MAY SAY GO SYNC

03:20PM  5    LOGS, SO AND WE'RE JUST SAYING WHAT IS AT THAT HYPERLINK?

03:20PM  6    GOOGLE HAS NOT COME BACK AND SAID, OH, HERE'S THE DOCUMENT OF

03:20PM  7    THE HYPERLINK AND IT'S NOT RELEVANT.

03:20PM  8         THE COURT:  RIGHT.  BUT NOW YOU'RE BACK TO ASKING

03:20PM  9    THEM TO IDENTIFY WHAT IS BEHIND 900 HYERPLINKS.

03:20PM 10         MS. WEAVER:  WE HAVE DONE THE BEST WE CAN TO

03:20PM 11    IDENTIFY WHAT WE THINK LOOKS RELEVANT BASED ON THE DATA ON THE

03:20PM 12    PAGES.  IF YOU ARE TELLING US YOU WANT US TO WHITTLE DOWN TO A

03:20PM 13    NUMBER OF JUMP CITES, WE CAN DO THAT, BUT WE DID MAKE A GOOD

03:20PM 14    FAITH ATTEMPT TO IDENTIFY ONLY THE ONES THAT WE THOUGHT WERE

03:20PM 15    RELEVANT.  WE DIDN'T SEEK ALL OF THE JUMP CITES IN ALL OF THE

03:20PM 16    DOCUMENTS.

03:21PM 17         THE COURT:  ALL RIGHT.  HERE'S WHAT YOU'LL DO, THIS

03:21PM 18    RELATES IN PREPARATION FOR THE DEPOSITION ON JUNE 11TH, IS YOU

03:21PM 19    CAN IDENTIFY 40 HYERPLINKS, IDENTIFY 40, AND PROVIDE THOSE TO

03:21PM 20    GOOGLE, AND GOOGLE WILL PRODUCE THOSE.

03:21PM 21         THE DEPOSITION IS NEXT FRIDAY.  SO GET THEM PRODUCED OR

03:21PM 22    GET THE SELECTIONS TO GOOGLE BY THE 4TH AT NOON AND GOOGLE WILL

03:21PM 23    GET THE PRODUCTION TO THEM BY NOON ON THE 8TH.

03:21PM 24         MS. WEAVER:  OKAY.  WE WILL DO THAT.

03:21PM 25         THE COURT:  OKAY.  IF THERE ARE FURTHER ISSUES

```
03:22PM   1    REGARDING SPECIFIC HYERPLINKS RELATING OUT OF THE PRODUCTION,

03:22PM   2    WE CAN ADDRESS THOSE AS THEY COME UP, BUT, YOU KNOW, MASS

03:22PM   3    PRODUCTION OF HYERPLINKS IS GOING TO BE BEYOND THE SCOPE AND

03:22PM   4    NOT PROPORTIONAL.

03:22PM   5         OKAY.  LET'S TURN TO CROSS USE.  LET ME JUST SAY, I KEEP

03:22PM   6    SAYING AND GOING BACK, IN CALHOUN I KNOW THERE'S THE OTHER

03:22PM   7    ISSUE, PERTINENT ISSUE -- THEY'RE ALL PERTINENT, I APPRECIATE

03:22PM   8    THAT -- BUT THE OTHER ISSUE I HAD ON MY LIST WAS 1.6, WHICH IS

03:22PM   9    THE CONTINUING ESI DISPUTE AND WITH REGARDS TO THE ESI

03:22PM  10    SEARCHES, AND I MAY CONTINUE THE HEARING AS TO THAT.  I MAY

03:23PM  11    SEND THE PARTIES SOME QUESTIONS OR ASK FOR SOME FURTHER INPUT.

03:23PM  12         SO I SEE THAT, AND I DO WANT TO ADDRESS IT, AND I'LL LET

03:23PM  13    YOU KNOW WHAT I'M GOING TO DO WITH THAT GOING FORWARD.

03:23PM  14         OKAY.  LET'S TALK ABOUT CROSS USE BECAUSE THIS, AGAIN,

03:23PM  15    RELATES TO BOTH CASES.

03:23PM  16         MY UNDERSTANDING IS THAT IN BROWN THAT THERE WAS A

03:23PM  17    PROPOSAL -- WELL, REALLY, BOTH BROWN AND CALHOUN HAVE RAISED IT

03:23PM  18    WITH CALHOUN DEFERRING TO THE ARGUMENT PRESENTED IN BROWN.

03:23PM  19         AND I SEE THE PROPOSAL WOULD BE A PROPOSED ORDER FROM THE

03:23PM  20    OTHER ACTION, THE OTHER JUDGE KOH ACTION, AND I READ THROUGH

03:23PM  21    THAT.  I DON'T REJECT THAT ORDER OUT OF HAND.  I AM MINDFUL OF

03:24PM  22    GOOGLE'S ARGUMENTS ON THE OTHER SIDE, WHICH IS, OKAY, THERE'S

03:24PM  23    NOT -- THERE'S A LOT OF DOCUMENTS HERE THAT DON'T RELATE TO THE

03:24PM  24    KEY CASES AND THAT, YOU KNOW, THIS ISN'T AN ENTIRE -- THERE'S

03:24PM  25    NOT AN ENTIRE IDENTITY OF ISSUES.
```

SEALED PROCEEDINGS

03:24PM  1       IT SOUNDED LIKE TO ME THAT MAYBE MEET AND CONFER HAD NOT

03:24PM  2   GOTTEN AS FAR AS IT SHOULD HAVE.  IF I TAKE GOOGLE'S

03:24PM  3   REPRESENTATION THAT THEY HADN'T SEEN OR SEEN THE PROPOSED ORDER

03:24PM  4   OR HAD NOT HAD A CHANCE TO DISCUSS THAT YET WITH THE PLAINTIFF,

03:24PM  5   I THINK THAT CERTAINLY IS A GOOD PLACE, A MINIMUM, AN ABSOLUTE

03:24PM  6   MINIMUM PLACE IS IDENTITY OF, YOU KNOW, THE SAME CUSTODIANS,

03:24PM  7   PRODUCTION FROM THE SAME CUSTODIANS THERE SHOULD BE CROSS USE.

03:24PM  8       BEYOND THAT, I THINK THAT THE PARTIES NEED TO MEET AND

03:25PM  9   CONFER A LITTLE FURTHER AND SEE IF YOU CAN COME TO AN

03:25PM  10  AGREEMENT, EVERYONE MOVING OFF OF THEIR RESPECTIVE POSITIONS A

03:25PM  11  LITTLE BIT.  BUT THERE WILL BE CROSS USE.  I SEE THE

03:25PM  12  EFFICIENCIES, AND I THINK THAT THAT IS IMPORTANT IN THIS CASE,

03:25PM  13  BUT I ALSO APPRECIATE THAT THERE ARE SOME -- YOU KNOW, THE

03:25PM  14  CASES ARE DIFFERENT.  SO I'LL TAKE UP -- I'D LIKE TO KNOW IF

03:25PM  15  THE PARTIES HAVE MADE ANY PROGRESS ON THIS ISSUE SINCE YOU

03:25PM  16  SUBMITTED THE CHART TO ME SINCE IT HAS BEEN A WEEK AND GOOGLE'S

03:25PM  17  RESPONSE WAS, WELL, WE HAVE NOT SEEN THE ORDER BEFORE.  NOW

03:25PM  18  YOU'VE SEEN IT, AND I WOULD BE HOPEFUL THAT THE PARTIES HAVE

03:25PM  19  MET AND CONFERRED IN THE INTERIM.

03:25PM  20       DID THAT OCCUR?  AND I'LL HEAR FIRST FROM THE PLAINTIFF.

03:25PM  21           MR. LEE:  YES, YOUR HONOR.  JAMES LEE FOR THE BROWN

03:25PM  22  PLAINTIFFS.

03:25PM  23       WE SUBMITTED THE PROPOSED ORDER ON BEHALF OF ALL THREE

03:26PM  24  PLAINTIFF GROUPS, THAT WOULD BE BROWN, CALHOUN, AND HEWITT.

03:26PM  25           THE COURT:  YES.

03:26PM 1      MR. LEE:  AND THE ATTORNEYS FOR CALHOUN AND HEWITT

03:26PM 2   MAY WANT TO BE HEARD ON THIS AS WELL, BUT RIGHT NOW I'LL SPEAK

03:26PM 3   FOR EVERYONE.

03:26PM 4      TO ANSWER YOUR QUESTION WE OFFERED TO MEET -- WELL, LET ME

03:26PM 5   BACK UP.  THE PROPOSED ORDER WAS SUBMITTED TO GOOGLE PRIOR TO

03:26PM 6   THE FILING OF THESE DISPUTES.

03:26PM 7      NOW, GOOGLE HAS TAKEN ISSUE BY SAYING, YOU KNOW, YOU SENT

03:26PM 8   IT TO US AT THE LAST MINUTE, AND WE HAVEN'T HAD A CHANCE TO

03:26PM 9   TALK ABOUT THESE ISSUES.  WE HAVEN'T MET AND CONFERRED.

03:26PM 10      BUT THE PROBLEM WITH THAT, YOUR HONOR, IS THAT WE HAVE MET

03:26PM 11   AND CONFERRED.  WE'VE TALKED ABOUT ALL OF THE CONCEPTS THAT ARE

03:26PM 12   IN OUR PROPOSED ORDER.  WE JUST DIDN'T HAND THEM THE PIECE OF

03:26PM 13   PAPER.  SO NOTHING WAS A SURPRISE TO ME.

03:26PM 14      ONCE WE SUBMITTED THE --

03:26PM 15      THE COURT:  OKAY.  SO, MR. LEE, HAS THERE BEEN MEET

03:26PM 16   AND CONFER SINCE THE SUBMISSION TO ME ON THE 26TH?

03:26PM 17      MR. LEE:  RIGHT.  SO THE PLAINTIFF HAS OFFERED MEET

03:27PM 18   AND CONFER, AND WE REQUESTED MEET AND CONFERS, AND THEY HAVE

03:27PM 19   NOT GOTTEN BACK TO US.  WE DON'T HAVE A RESPONSE FROM THEM

03:27PM 20   SINCE LAST WEEK WHEN WE SUBMITTED IT TO THEM.

03:27PM 21      THE COURT:  OKAY.  THANK YOU.

03:27PM 22      GOOGLE, CROSS USE?  WHO'S GOT IT?

03:27PM 23      MS. TREBICKA:  SO ACTUALLY WE DID ASK FOR A MEET AND

03:27PM 24   CONFER TOMORROW, BUT WE HAVE NOT HEARD BACK FROM PLAINTIFFS.  I

03:27PM 25   DO HOPE THAT WE DO MEET AND CONFER BEFORE WE MAKE FURTHER

03:27PM 1    PROGRESS ON THIS OR FURTHER ORDERS FROM THE COURT ON THIS

03:27PM 2    ISSUE.

03:27PM 3        I WOULD ALSO LIKE TO POINT OUT THAT GOOGLE ALSO PREPARED A

03:27PM 4    PROPOSED ORDER SETTING FORTH THE APPROACH THAT IT SEES AS MOST

03:27PM 5    REASONABLE TO CROSS USE.  WE SUBMITTED IT TO YOUR HONOR.  WE'VE

03:27PM 6    SUBMITTED IT TO PLAINTIFFS AT THE SAME TIME.  SO THERE ARE TWO

03:27PM 7    COMPETING PROPOSALS AT THIS POINT.

03:27PM 8        AND IS THAT THE CUSTODIAN, THE OVERLAPPING CUSTODIAN?

03:27PM 9            MS. TREBICKA:  CORRECT.

03:27PM 10           THE COURT:  AS I SAID, THAT'S A MINIMUM.  THAT'S A

03:28PM 11   GOOD PLACE TO START.  BUT THE PARTIES NEED TO MEET AND CONFER

03:28PM 12   AND MAKE PROGRESS ON THIS, AND I THINK TOMORROW SOUNDS LIKE AN

03:28PM 13   EXCELLENT TIME TO DO THAT.  I KNOW HOW BUSY EVERYONE IS, BUT

03:28PM 14   LET'S GET APPROPRIATE REPRESENTATIVES FROM ALL SIDES, ALL

03:28PM 15   PARTIES, AND HEWITT, YOU HAVEN'T APPEARED YET, BUT YOU'RE HERE

03:28PM 16   FOR JUST THIS REASON, AND LET'S GET THIS WORKED OUT AND GO FROM

03:28PM 17   THERE.

03:28PM 18           MR. LEE:  YOUR HONOR, MAY I MAKE A FEW BRIEF POINTS,

03:28PM 19   YOUR HONOR?  BECAUSE I DIDN'T REALIZE I WAS CEDING THE FLOOR TO

03:28PM 20   MS. TREBICKA.  PERHAPS I DID THAT TOO SOON.

03:28PM 21       THE PROBLEM, YOUR HONOR, IS THAT -- I DON'T THINK THE

03:28PM 22   TIMING WAS AN ACCIDENT THAT THEY SENT THEIR PROPOSED ORDER

03:28PM 23   AFTER THE FILING OF DISPUTES.

03:28PM 24           THE COURT:  IT DOESN'T MATTER.  WE'RE HERE TODAY,

03:28PM 25   MR. LEE.  IT DOESN'T MATTER.

03:29PM  1          MR. LEE:  OKAY.

03:29PM  2          THE COURT:  WE NEED TO MOVE FORWARD, AND THAT MEANS

03:29PM  3     THAT THE PARTIES HAVE GOT TO SIT DOWN AND MAKE THIS WORK.

03:29PM  4          MR. LEE:  RIGHT.  SO I THINK IT WOULD BE HELPFUL IF

03:29PM  5     WE KIND OF WALK THROUGH THE TWO COMPETING ORDERS NOW JUST TO

03:29PM  6     GET SOME GUIDANCE FROM YOU FOR THE MEET AND CONFER TOMORROW

03:29PM  7     BECAUSE I THINK THE TWO SIDES ARE SO FAR APART THAT I THINK

03:29PM  8     JUST HAVING YET ANOTHER MEET AND CONFER MAY NOT BE AS FRUITFUL

03:29PM  9     AS YOU HOPE.  AND I CAN WALK THROUGH EACH PROPOSED ORDER --

03:29PM 10          THE COURT:  I WOULD APPRECIATE THAT, MR. LEE, BUT

03:29PM 11     I'M NOT GOING TO DO THAT TODAY.

03:29PM 12          MR. LEE:  OKAY.

03:29PM 13          THE COURT:  AND IN PART BECAUSE WE'VE BEEN GOING

03:29PM 14     TWO HOURS, WHICH I KNOW IS A FULL HOUR SHORT OF OUR LAST

03:29PM 15     SESSION, BUT WE NEED TO -- I WANT THE PARTIES -- MY GUIDANCE TO

03:29PM 16     THE PARTIES IS THAT I DID READ PROPOSED ORDERS AND BOTH PARTIES

03:30PM 17     NEED TO MOVE TOWARDS COMPROMISE AND THAT IS IN THE MIDDLE AND

03:30PM 18     MAKE SOME ADJUSTMENTS.

03:30PM 19          I EXPECT COUNSEL IN THIS CASE TO BE ABLE TO DO THAT.  AS I

03:30PM 20     SAY, THERE WILL BE CROSS USE.  I'M LOOKING FOR EFFICIENCIES,

03:30PM 21     BUT I AM MINDFUL OF, AS I SAY, SOME OF THE DIFFERENCES IN THE

03:30PM 22     CASE.

03:30PM 23          BUT I VIEW EACH PROPOSAL AS MERELY A STARTING PLACE.  AND

03:30PM 24     THE PARTIES HAVE WORK TO DO.  SO I WANT THE PARTIES TO TAKE

03:30PM 25     ANOTHER, ANOTHER WHACK AT IT, AND THEN I'LL GIVE YOU A TIMING

03:30PM  1    IF YOU NEED TO COME BACK TO ME, BUT WE WANT TO GET THIS SET.

03:30PM  2    THIS IS GOING TO BE A PRETTY SHORT LEASH BECAUSE THE BENEFIT

03:30PM  3    OF CROSS USE IS, OF COURSE, SOONER RATHER THAN LATER.  ALL

03:30PM  4    RIGHT?

03:30PM  5            MR. STRAITE:  YOUR HONOR, THIS IS DAVID STRAITE FOR

03:30PM  6    THE CALHOUN PLAINTIFFS.  A QUICK QUESTION TO HELP MOVE THE

03:30PM  7    PROCESS FORWARD TOMORROW.

03:30PM  8        TO HELP THAT CONVERSATION, COULD WE, BROWN, HEWITT, AND

03:31PM  9    CALHOUN PLAINTIFFS, COULD WE EXCHANGE OUR CURRENT ESI CUSTODIAN

03:31PM 10    LIST WITH EACH OTHER SO THAT WE KNOW WHAT WE'RE TALKING ABOUT

03:31PM 11    TOMORROW?

03:31PM 12            THE COURT:  EXCHANGE --

03:31PM 13            MR. STRAITE:  WE DON'T KNOW WHO THE ESI CUSTODIANS

03:31PM 14    ARE IN BROWN, AND WE DON'T KNOW WHOSE BROWN'S ARE, AND IT WOULD

03:31PM 15    HELP THE CONVERSATION IF WE COULD SHARE THOSE LISTS IN ADVANCE

03:31PM 16    OF TOMORROW.

03:31PM 17            THE COURT:  I DON'T SEE WHY THE NAMES CAN'T BE

03:31PM 18    SHARED.

03:31PM 19            MS. WEAVER:  NO OBJECTION, YOUR HONOR.

03:31PM 20            MR. GUTKIN:  THIS IS JEFF GUTKIN FROM THE COOLEY

03:31PM 21    FIRM ON THE HEWITT MATTER.  MAY I BE HEARD BRIEFLY?

03:31PM 22            THE COURT:  WELCOME, MR. GIBSON.

03:31PM 23            MR. GIBSON:  THANK YOU.  THIS IS GOING TO BE

03:31PM 24    DIFFICULT FOR THE COUNSEL IN THE GOOGLE MATTER TO PRODUCTIVELY

03:31PM 25    MEET AND CONFER.  WE HAVE NOT EVEN RESPONDED TO OUR FIRST SET

SEALED PROCEEDINGS

03:31PM 1    OF RFP'S YET WHICH WE WON'T BE DOING FOR THREE WEEKS, WE DON'T

03:31PM 2    KNOW WHO OUR DOCUMENT CUSTODIANS WILL BE, WE'RE NOT DOING

03:32PM 3    INITIAL DISCLOSURES FOR THREE WEEKS.  SO ALL OF THIS WAS FIRST

03:32PM 4    RAISED WITH US, HOWEVER ELSE IT WAS RAISED WITH OTHERS, LAST

03:32PM 5    WEDNESDAY MORNING, AND IT'S VERY NEW TO US, AND WE CAN

03:32PM 6    PARTICIPATE CONCEPTUALLY, BUT I THINK THAT THE OCCASIONS FOR

03:32PM 7    CROSS USE IN THE HEWITT MATTER WILL BE SIGNIFICANTLY LESS AND

03:32PM 8    VERY LITTLE OVERALL AS OPPOSED TO THE BROWN AND CALHOUN MATTERS

03:32PM 9    WHICH MAY HAVE MORE OVERLAP OR MAY NOT.

03:32PM 10          THE COURT:  AND I APPRECIATE THAT.  AND IT MAY BE

03:32PM 11   THAT HEWITT AT THIS POINT MERELY WANTS TO RESERVE ITS RIGHT TO

03:32PM 12   BE HEARD TO BE JOINED IN OR NOT OR WANTS TO, YOU KNOW, HAVE

03:32PM 13   SOME SEPARATE SMALL, YOU KNOW, PROVISION OR LESSER PROVISION,

03:32PM 14   AND, FRANKLY, NEEDS MORE TIME TO DETERMINE THAT.  AND THAT'S

03:32PM 15   FINE.  I DO APPRECIATE THE DIFFERENCE IN THE HEWITT PROCEDURE.

03:32PM 16      I'M DIRECTING YOU TO PARTICIPATE IN THE MEET AND CONFER

03:32PM 17   SO, AGAIN, YOU HEAR AND SEE EVERYTHING THAT IS GOING ON SO THAT

03:33PM 18   YOU KNOW WHAT GROUND HAS ALREADY BEEN PLOWED.  ALL RIGHT.  THAT

03:33PM 19   WILL HELP YOU INFORM YOUR FUTURE DISCUSSIONS.

03:33PM 20          MR. GUTKIN:  YES.  THANK YOU.

03:33PM 21          MS. WEAVER:  YOUR HONOR, ON BEHALF OF THE HEWITT

03:33PM 22   PLAINTIFFS, TO END THE HEARING PERHAPS ON A HIGHER NOTE, WE HAD

03:33PM 23   ACTUALLY ALREADY AGREED TO SOME CROSS USE WITH MR. GUTKIN, AND

03:33PM 24   HE HAD AGREED TO ALLOW US TO USE THE TEXAS ATTORNEY GENERAL'S

03:33PM 25   CID'S TO IDENTIFY RELEVANT DOCUMENTS IN HEWITT.

03:33PM 1      WE THINK THAT WILL BE VERY PRODUCTIVE AS AN INITIAL

03:33PM 2   PRODUCTION IN MARCHING FORWARD ON SEARCH TERMS AND CUSTODIANS

03:33PM 3   IN THAT WAY.

03:33PM 4      SO WE DO ACKNOWLEDGE THE DIFFERENCES IN THE CASES, BUT WE

03:33PM 5   ALSO DO THINK THAT THERE IS SOME OVERLAP HERE THAT COULD BE

03:33PM 6   HELPFUL, AND WE HOPE THAT WE CAN GET TO SOME FORM OF AGREEMENT

03:33PM 7   WITH COUNSEL FOR GOOGLE IN ALL OF THE CASES.

03:33PM 8           THE COURT:  GOOD.  THANK YOU, MS. WEAVER.  I DO

03:33PM 9   APPRECIATE THAT.  I'M ALWAYS LOOKING FOR HIGH NOTES.

03:33PM 10      ALL RIGHT.  SO I HAD ISSUED A FEW RULINGS AND A HAND FULL

03:34PM 11  OF INTERIM DEADLINES MOSTLY WITH THE EYE ON THE UPCOMING

03:34PM 12  DEPOSITIONS.  YOU HAVE THOSE IN HAND.  I MAY GET OUT AN INITIAL

03:34PM 13  ORDER REFLECTING THOSE.  A NUMBER OF THESE ISSUES I WANT TO

03:34PM 14  THINK CAREFULLY ABOUT NEXT STEPS.

03:34PM 15      AS I SAY, THERE'S PROBABLY SOME ARE SUITABLE FOR SIMPLY

03:34PM 16  CONTINUING THIS HEARING.  THESE ARE LONG, HARD -- IT'S HARD FOR

03:34PM 17  COUNSEL, AND IT'S HARD FOR THE COURT, AND, OF COURSE, FOR THE

03:34PM 18  COURT REPORTER.  SO AGAIN, I'M CONTINUING TO MORPH THE PROCESS

03:34PM 19  TO MAKE THIS AS EFFICIENT AS POSSIBLE.

03:34PM 20      SO I MAY GIVE YOU SOME PORTIONS ON SOME OF THE ISSUES,

03:34PM 21  THAT IS, HEAR YOU AT A LATER DATE.  I MAY ASK FOR SOME

03:35PM 22  ADDITIONAL BRIEFING.  I'M CONFIDENT ON SOME THAT I WILL JUST

03:35PM 23  ISSUE SOME RULINGS BECAUSE SOME ARE VERY AMENABLE TO THAT.

03:35PM 24      I TRIED TO GET TO OUR IMMEDIATE MOST DIFFICULT ISSUE

03:35PM 25  TODAY, WHICH I THINK REMAINS THE IMMEDIATE AND MOST DIFFICULT

03:35PM  1    ISSUE, BUT I LOOK FORWARD TO US ALL WORKING THROUGH THAT.

03:35PM  2              MR. STRAITE:  THANK YOU, YOUR HONOR.  DAVID STRAITE

03:35PM  3    FOR THE CALHOUN PLAINTIFFS.

03:35PM  4        TWO QUICK ITEMS OF HOUSEKEEPING ISSUES BECAUSE YOUR HONOR

03:35PM  5    TOLD US TO.

03:35PM  6        THE FIRST ORDER YOU GAVE US, AND THIS IS IN YOUR ORDER ON

03:35PM  7    MAY 13TH YOU DIRECTED US TO DISCUSS THE DATE FOR OUR THIRD

03:35PM  8    30(B)(6) DEPOSITION AT TODAY'S HEARING BECAUSE THE SECOND

03:35PM  9    30(B)(6) DEPOSITION WAS PUSHED TO JUNE 11TH, CALHOUN PLAINTIFFS

03:35PM 10    ARE PROPOSING A DATE, CONFERRING OF COURSE WITH GOOGLE,

03:35PM 11    PROPOSING A DATE FOR THAT DEPOSITION IN OUR NEXT JOINT

03:35PM 12    DISCUSSION RATHER THAN DISCUSSING IT TODAY.

03:35PM 13              THE COURT:  I THINK THAT MAKES SENSE.

03:35PM 14              MR. STRAITE:  THANK YOU, YOUR HONOR.

03:35PM 15              THE COURT:  I SAW THAT IN MY NOTES, AND I THOUGHT

03:35PM 16    MAYBE THAT'S THE JUNE 11TH DEPO AND MAYBE YOU'RE WAY AHEAD OF

03:36PM 17    ME.  NO SUCH LUCK.  OKAY.  FAIR ENOUGH.

03:36PM 18              MR. STRAITE:  THANK YOU, YOUR HONOR.

03:36PM 19        YOU ALSO DIRECTED THE PARTIES TO DISCUSS THE POSSIBILITY

03:36PM 20    OF USING UMA AS A TOOL TO HELP IDENTIFY RELEVANT CLASS WIDE

03:36PM 21    DOCUMENTS TO HELP US WITH OUR CLASS WIDE IDENTIFICATION.

03:36PM 22        WE DID CONFER SEVERAL TIMES.  AND GOOGLE'S TEAM IS LED BY

03:36PM 23    JOSEF ANSORGE, WHO DID A GREAT JOB OF CONCLUDING WITH COMPLETE

03:36PM 24    UNANIMITY THAT UMA IS NOT APPROPRIATE AS A SUBSTITUTE FOR SOME

03:36PM 25    OF THE OTHER ISSUES, SO WE DID CONCLUDE THOSE CONVERSATIONS.

03:36PM 1        WE THINK THERE CAN BE ADDITIONAL CONVERSATIONS REGARDING

03:36PM 2    THE USE OF THAT UMA IN SOME WAYS BUT NOT AS A COMPLETE

03:36PM 3    SUBSTITUTE FOR SOME OF THE OTHER INQUIRIES THAT WE'RE

03:36PM 4    UNDERTAKING.  SO WE DID HAVE THAT CONVERSATION.  WE WANTED TO

03:36PM 5    REPORT BACK TO YOU AS YOU TOLD US TO.

03:36PM 6        THE COURT:  I APPRECIATE THAT.  THANK YOU.

03:36PM 7        OKAY.  ANYTHING ELSE FROM CALHOUN FOR TODAY?  I'M GOING TO

03:36PM 8    CALL HEWITT JUST TO TOUCH BASE.  I HAVE A COUPLE OF OPEN ITEMS

03:36PM 9    FOR THEM.

03:36PM 10       DON'T WORRY, MR. SCHAPIRO, I'M COMING TO YOU.

03:37PM 11       BUT ANYTHING ELSE FOR CALHOUN ON THE PLAINTIFFS' SIDE?

03:37PM 12       MR. STRAITE:  NO, YOUR HONOR.  THANK YOU FOR YOUR

03:37PM 13   TIME TODAY.  WE APPRECIATE IT.

03:37PM 14       THE COURT:  ALL RIGHT.  MR. SCHAPIRO, DO YOU WANT TO

03:37PM 15   BE HEARD WITH REGARDS TO CALHOUN OR DO YOU JUST WANT TO WAIT

03:37PM 16   FOR CALHOUN AND BROWN?

03:37PM 17       MR. SCHAPIRO:  IT DOESN'T MATTER, YOUR HONOR.

03:37PM 18   ACTUALLY, ALL I WANT TO DO WAS FORESHADOW THAT -- I WANTED TO

03:37PM 19   INVITE MS. CRAWFORD TO RAISE ONE ISSUE THAT MIGHT BE A GATING

03:37PM 20   FACTOR OR SOMETHING THAT WE NEED CLARIFICATION ON REGARDING ONE

03:37PM 21   OF YOUR PRIOR ORDERS ABOUT THE DOCUMENTS.  IT CAN WAIT UNTIL

03:37PM 22   THE END, I JUST WANT TO MAKE SURE WE DIDN'T SIGN OFF WITHOUT

03:37PM 23   THAT.

03:37PM 24       THE COURT:  ALL RIGHT.  I'M PRETTY MUCH OUT OF TIME.

03:37PM 25   IF IT'S REALLY AND TRULY A GATING ISSUE.

03:37PM  1          MR. SCHAPIRO:  IF CAN BE 90 SECONDS I THINK.

03:37PM  2          THE COURT:  ALL RIGHT.  MS. CRAWFORD, NO PRESSURE.

03:37PM  3  THAT DOESN'T MEAN TALK FASTER.

03:37PM  4          MS. CRAWFORD:  THANK YOU, YOUR HONOR.  I APPRECIATE

03:37PM  5  THE OPPORTUNITY.

03:37PM  6      JUST TO CLARIFY YOUR ORDER ON P10 CONCERNING THE JUNE 18TH

03:37PM  7  SUBSTANTIAL COMPLETION DEADLINE AND SPECIFICALLY YOUR

03:37PM  8  APRIL 30TH ORDER.

03:38PM  9      THE COURT ORDERED THAT CERTAIN TERMS BE RUN BY GOOGLE AND

03:38PM  10  OTHER TERMS WOULD BE SUBJECT TO A MEET AND CONFER, AND SO I

03:38PM  11  JUST WANTED TO CLARIFY WHETHER THE SCOPE OF THE SUBSTANTIAL

03:38PM  12  COMPLETION DEADLINE APPLIES TO JUST THOSE TERMS AND THOSE

03:38PM  13  CUSTODIANS THAT WERE THE SUBJECT OF THE COURT'S APRIL 30TH

03:38PM  14  ORDER AND MAYBE YOU'RE SETTING A SEPARATE DEADLINE FOR THE

03:38PM  15  TERMS THAT THE PARTIES WERE SUBSEQUENTLY NEGOTIATING THROUGH

03:38PM  16  THE MEET AND CONFER PROCESS.

03:38PM  17      I ALSO WANTED TO FLAG, BECAUSE I HEARD YOUR HONOR

03:38PM  18  REFERENCE THE TEN LIMITED TERMS THAT YOU ORIGINALLY ORDERED OF

03:38PM  19  THOSE SIX WERE AGREED UPON AND SUBJECT TO THE COURT'S

03:38PM  20  APRIL 30TH ORDER.  I BELIEVE AS YOU'VE SEEN IN OUR SUBMISSION,

03:38PM  21  PLAINTIFFS NEED NOW TO ADD FOUR ADDITIONAL TERMS.

03:38PM  22          THE COURT:  DON'T GO THERE.

03:38PM  23          MS. CRAWFORD:  I JUST WANTED TO MAKE SURE THERE WAS

03:38PM  24  A SEPARATE DEADLINE.

03:38PM  25          THE COURT:  WELL, THE ISSUE -- MY APRIL 30TH ORDER

SEALED PROCEEDINGS

03:38PM 1    IDENTIFIED A WHOLE SERIES OF -- WELL, WHAT, IDENTIFIED 24

03:39PM 2    ADDITIONAL SEARCHES, RIGHT?

03:39PM 3             MS. CRAWFORD:  YES.  WERE SUBJECT TO FURTHER MEET

03:39PM 4    AND CONFERS AND OTHERS THAT THE COURT ALLOWED WITHOUT

03:39PM 5    LIMITATION.

03:39PM 6             THE COURT:  YES.  I HAD -- YOU'RE RIGHT.  THERE WERE

03:39PM 7    ONLY THREE -- NOPE.  WELL, THAT IS NOT AS COMPREHENSIVE AS I

03:39PM 8    HAD HOPED.

03:39PM 9         OBVIOUSLY YOU HAVE THIS ORDER.  I WOULD HAVE EXPECTED THIS

03:39PM 10   MEET AND CONFER TO BE COMPLETED BY NOW ON BOTH SIDES.  YOU ALL

03:39PM 11   HAVE HAD THIS ORDER SINCE THE 30TH.  HAS GOOGLE PROVIDED HIT

03:39PM 12   COUNT OR ARE WE ANYWHERE ON THESE?

03:40PM 13            MS. CRAWFORD:  THESE ISSUES ARE LARGELY RESOLVED,

03:40PM 14   YOUR HONOR.  I JUST WANTED TO KNOW BECAUSE THERE WERE

03:40PM 15   SUBSEQUENT MEET AND CONFERS THAT TOOK PLACE AND THESE TERMS FOR

03:40PM 16   WHICH YOU ORDERED SUBSEQUENT CONVERSATIONS AND HIT COUNTS,

03:40PM 17   THOSE WERE NOT FINALIZED UNTIL SOME TIME SUBSEQUENT TO THE

03:40PM 18   APRIL 30TH ORDER.  SO I JUST WANTED TO KNOW IF THOSE WERE ALSO

03:40PM 19   SUBJECT TO THE JUNE 18TH SUBSTANTIAL COMPLETION DEADLINE OR WAS

03:40PM 20   IT A SLIGHTLY EXTENDED SCHEDULE WOULD APPLY TO THOSE

03:40PM 21   SUBSEQUENTLY NEGOTIATED AND RESOLVED TERMS.

03:40PM 22            THE COURT:  JUNE 18TH.

03:40PM 23            MS. CRAWFORD:  THANK YOU, YOUR HONOR.

03:40PM 24            THE COURT:  THANK YOU.  THANK YOU FOR RAISING THE

03:40PM 25   ISSUE.  NOW I HAVE TO GO BACK AND READ MY ORDERS EVEN MORE

03:40PM   1    CLOSELY.

03:40PM   2         OKAY.  LET'S TURN TO BROWN.  I'M NOT INVITING ARGUMENT ON

03:40PM   3    ANY OTHER POINTS.  I'M JUST TOUCHING BASE.  ARE WE ALL --

03:40PM   4    ANYTHING FURTHER FROM BROWN FOR TODAY?  DO I HAVE COUNSEL FOR

03:40PM   5    BROWN?

03:41PM   6              MR. LEE:  YES, COUNSEL FOR BROWN ARE HERE.

03:41PM   7              THE COURT:  RIGHT.

03:41PM   8              MR. LEE:  RIGHT.  WE HAD NOTED A COUPLE OTHER KIND

03:41PM   9    OF, BUT I UNDERSTAND YOUR HONOR IS TELLING US IT'S NOT TODAY.

03:41PM  10    IF THEY'RE JUST HOUSEKEEPING ISSUES, I'LL ASK MY COLLEAGUES TO

03:41PM  11    WEIGH IN IF THEY HAVE ANYTHING TO ADDRESS.

03:41PM  12              THE COURT:  THANK YOU, MR. LEE.  I KNOW I ASKED YOU

03:41PM  13    GUYS TO TAKE YOUR LISTS, WHICH I KNOW YOU WORK HARD ON AND I

03:41PM  14    APPRECIATE IT, AND WHITTLE IT DOWN TO FOUR, AND THAT'S ALWAYS

03:41PM  15    SO HARD TO DO THAT.  THEY'RE ALL IMPORTANT, AND THAT'S WHY

03:41PM  16    THEY'RE ON THE LIST.  WE'RE MANAGING THE PROCESS AS BEST WE

03:41PM  17    CAN, BUT I WILL, AS I SAY, EITHER TAKE FURTHER ARGUMENT,

03:41PM  18    REQUEST FURTHER BRIEFING OR GIVE YOU MY RULING ON THOSE.

03:41PM  19              MR. LEE:  THANK YOU, YOUR HONOR.

03:41PM  20              THE COURT:  OKAY.  HEARING NOTHING FURTHER IN BROWN

03:41PM  21    FROM DEFENDANTS FOR BROWN.

03:41PM  22         MR. SCHAPIRO, ANYTHING?

03:41PM  23              MR. SCHAPIRO:  NO, YOUR HONOR.

03:41PM  24              THE COURT:  ALL RIGHT.  THANK YOU.  OKAY.  THEN

03:41PM  25    LET'S BRIEFLY CALL HEWITT, MS. FANTHORPE, IF YOU WOULD.

SEALED PROCEEDINGS

03:42PM  1                    THE CLERK:  YES.  CALLING CASE 21-CV-2155, HEWITT,

03:42PM  2    ET AL., VERSUS GOOGLE LLC.

03:42PM  3         COUNSEL, IDENTIFY YOURSELVES FOR THE RECORD BEGINNING WITH

03:42PM  4    THE PLAINTIFF.

03:42PM  5                    MS. WEAVER:  GOOD AFTERNOON, YOUR HONOR.

03:42PM  6         LESLEY WEAVER FROM BLEICHMAR, FONTI & AULD AND ALSO

03:42PM  7    ANNE DAVIS WITH MY FIRM IS WITH ME, AND MY COCOUNSEL,

03:42PM  8    DAVID STRAITE, JAY BARNES, AND MEMBERS OF THEIR RESPECTIVE

03:42PM  9    TEAMS INCLUDING AMY KELLER -- HELP ME, DAVID.

03:42PM  10                    MR. STRAITE:  SURE.  OF COURSE.  YOUR HONOR, OF

03:42PM  11   COURSE AS YOU WERE INTRODUCED BEFORE, AMY KELLER IN OUR CHICAGO

03:42PM  12   OFFICE, ALSO ADAM BROOME IN OUR CHICAGO OFFICE ARE HERE AS

03:42PM  13   WELL.

03:42PM  14                    THE COURT:  ALL RIGHT.  WELCOME.  THANK YOU FOR YOUR

03:42PM  15   PATIENCE.  I HOPE HAVING HEWITT HERE INFORMS FUTURE DISPUTES

03:43PM  16   AND FUTURE MEET AND CONFERS.  THAT'S CERTAINLY MY INTENTION.

03:43PM  17        AND FOR GOOGLE IN THE HEWITT MATTER, PLEASE.

03:43PM  18                    MR. GUTKIN:  YOUR HONOR, IT'S JEFF GUTKIN AGAIN FROM

03:43PM  19   THE COOLEY FIRM, AND I'M JOINED BY MY COLLEAGUES, DANIEL PIERRE

03:43PM  20   AND KELSEY SPECTOR.  AND MY COLLEAGUE, COLLIN SCOTT, WAS ON THE

03:43PM  21   PHONE, AND I BELIEVE HE HAD TO DROP.  SO I BELIEVE HE'S NO

03:43PM  22   LONGER WITH US.

03:43PM  23                    THE COURT:  THANK YOU ALL FOR APPEARING.  I DO HAVE,

03:43PM  24   I HAVE IN MY QUEUE YOUR PROTECTIVE ORDER AS WELL AS THE

03:43PM  25   STIPULATION REGARDING EXPERT DISCOVERY.

03:43PM  1        SO THAT'S WHAT I HAVE AS OPEN ISSUES THAT COME TO ME FROM

03:43PM  2    JUDGE KOH, SO I WILL TURN MY ATTENTION TO THOSE.

03:43PM  3        IS THERE ANYTHING THAT YOU'RE AWARE OF THAT I'M

03:43PM  4    OVERLOOKING?  AND I'LL HEAR FIRST FROM PLAINTIFFS.

03:43PM  5             MS. WEAVER:  THANK YOU, YOUR HONOR.  LESLEY WEAVER.

03:43PM  6        FIRST I SHOULD NOTE THAT JAY BARNES IS HERE BUT ALSO

03:43PM  7    AN TRUONG OF HIS FIRM WHO HAS BEEN WORKING VERY HARD ON THIS

03:44PM  8    ISSUE AS WELL, AND WE SHOULD ACKNOWLEDGE HER CONTRIBUTION AND

03:44PM  9    PRESENCE.

03:44PM  10       WE HAVE SUBMITTED THESE TWO ORDERS.  THEY'RE SIMILAR TO

03:44PM  11   WHAT WAS ENTERED IN CALHOUN OR WHAT WE HOPED TO ENTER WITH

03:44PM  12   REGARD TO THE EXPERT STIPULATION IN CALHOUN.

03:44PM  13       IN THIS CASE WE ARE EARLY ENGAGED ON THE ISSUE OF THE LOG

03:44PM  14   PRESERVATION ISSUE, AND WE'RE SEEKING A WAY TO CONSTRUCT TO

03:44PM  15   IDENTIFY WHAT IS RESPONSIVE AND RELEVANT TO THE REAL TIME

03:44PM  16   BIDDING AUCTION ISSUES AND HOW TO PARSE SOMETHING OUT AND

03:44PM  17   CREATE A CONSTRUCTIVE, EFFICIENT WAY TO PRESERVE WHAT WE

03:44PM  18   PLAINTIFFS THINK WE NEED TO PROVE THEIR CASE AND DEFENDANT WILL

03:44PM  19   WANT TO USE TO DEFEND IT.

03:44PM  20       GETTING THAT EXPERT STIPULATION IS HELPFUL TO US BECAUSE

03:44PM  21   WE HAVE ENGAGED EXPERTS WHO ARE DIGGING INTO THESE ISSUES

03:44PM  22   ALREADY AT THIS STAGE.  SO THAT WOULD BE HELPFUL.

03:44PM  23       I WANTED TO LET YOU KNOW THAT WE ALSO DISCUSSED THE SAME

03:44PM  24   ESI PROTOCOL OR A SIMILAR ONE TO THE ONE ENTERED IN CALHOUN AND

03:44PM  25   APPLIED THOSE TO THE CLAWBACK.  WE HAVE A FOLLOW-UP MEET AND

03:45PM  1    CONFER SCHEDULED FOR TOMORROW.

03:45PM  2        WE DID MENTION THE JUNE 22ND DEADLINE FOR RESPONSES.  WE

03:45PM  3    WERE GRANTED EXTENSIONS TO THAT AS WELL AS OUR INITIAL

03:45PM  4    DISCLOSURE EXCHANGE.  AND WE HAVE DISCUSSED AS WELL IN LIGHT OF

03:45PM  5    YOUR HONOR'S ORDERS IN CALHOUN AND BROWN PRESERVATION ISSUES

03:45PM  6    BOTH FROM THE PLAINTIFFS' SIDE WITH REGARD TO DEVICES.  IT MAY

03:45PM  7    BE THE BEST PRESERVATION, AND THESE ARE SLIGHTLY DIFFERENT

03:45PM  8    GIVEN THE SCOPE OF THE REAL TIME BIDDING CASE AND ALSO FROM

03:45PM  9    GOOGLE'S PERSPECTIVE WHAT THEY WILL BE PRESERVING.  WE SET

03:45PM  10   THOSE OUT AND PUT FORWARD IN A CHART, BUT WE DO THINK IT'S

03:45PM  11   REALLY HELPFUL TO HAVE THESE CROSS-COORDINATION DISCUSSIONS.

03:45PM  12       AND WE DO TEE UP -- I HOPE WE CAN RESOLVE WITHOUT IMPASSE

03:45PM  13   THE ESI PROTOCOL AND 502(D).  WE WILL ALSO BE SEEKING TO GET

03:45PM  14   THOSE EARLY PRODUCTIONS OF THE TEXAS ATTORNEY GENERAL DOCUMENTS

03:45PM  15   THAT YOU'VE IDENTIFIED FOR REVIEWING THE CID'S, AND WE WILL BE

03:46PM  16   CONFERRING WITH COUNSEL FOR GOOGLE ABOUT THAT AS WELL.

03:46PM  17       THE COURT:  ALL RIGHT.  EXCELLENT.  IT SOUNDS LIKE

03:46PM  18   YOU'RE OFF TO THE RIGHT START WHICH IS IDENTIFYING ISSUES AND

03:46PM  19   MEETING AND CONFERRING.

03:46PM  20       MR. GUTKIN.

03:46PM  21       MR. GUTKIN:  ONE THING I WOULD AT, YOUR HONOR, JUST

03:46PM  22   TO MAKE SURE THAT YOU ARE AWARE OF, ALTHOUGH I'M SURE THAT YOU

03:46PM  23   ARE, IS THAT THERE ARE OTHER CASES THAT BOTH GOOGLE AND THE

03:46PM  24   CALHOUN PARTIES BELIEVE THAT SHOULD BE NOT JUST RELATED BUT

03:46PM  25   CONSOLIDATED WITH THE HEWITT MATTER.

SEALED PROCEEDINGS

03:46PM  1          THIS MOTION PRACTICE IS BEFORE JUDGE KOH, BUT THERE IS

03:46PM  2     GOING TO BE, AS I UNDERSTAND IT, THERE'S GOING TO BE A 23(G)

03:46PM  3     MOTION RELATED TO -- AND ACTUALLY MS. WEAVER AND HER TEAM FILED

03:46PM  4     SOMETHING LAST NIGHT THAT MAKES ME NOW UNDERSTAND THAT THESE

03:46PM  5     OTHER CASES, THEY'RE THE DELAHUNTY AND TORONTO MATTERS, THAT

03:46PM  6     COUNSEL FOR THOSE MATTERS WHO ARE NOT PRESENT BEFORE YOU TODAY

03:46PM  7     ALSO SUPPORT CONSOLIDATION.

03:47PM  8          MY UNDERSTANDING IS THAT THERE'S GOING TO BE A 23(G)

03:47PM  9     PROCESS TO DETERMINE LEAD COUNSEL ON THE CONSOLIDATED MATTERS.

03:47PM  10    I DON'T -- I THINK THERE'S A DISAGREEMENT AMONG THE VARIOUS

03:47PM  11    PLAINTIFFS' COUNSEL GROUPS AS TO THE TIMING OF THAT PROCESS,

03:47PM  12    BUT THAT THAT PROCESS WILL OCCUR.

03:47PM  13         SO IT'S NOT YET AN ELEPHANT IN THE ROOM, BUT THAT IS

03:47PM  14    CERTAINLY SOMETHING TO BE AWARE OF THAT IS PROBABLY BY THE TIME

03:47PM  15    OF OUR NEXT APPEARANCE BEFORE YOU THAT WILL BE IN PROCESS OR IT

03:47PM  16    WILL BE BEFORE JUDGE KOH TO A CERTAIN EXTENT IF NOT FULLY

03:47PM  17    BRIEFED.

03:47PM  18         SO I JUST WANTED TO RAISE THAT WITH YOUR HONOR.

03:47PM  19              THE COURT:  THANK YOU.  I APPRECIATE THAT.  IF THE

03:47PM  20    ELEPHANT IS NOT IN THE ROOM IT'S CERTAINLY DOWN THE HALL.

03:47PM  21         ALL RIGHT.  THANK YOU.  I'M NOT GOING TO SET OUR NEXT

03:47PM  22    SESSION YET ONLY BECAUSE I WANT TO WORK THROUGH A FEW OF THESE

03:48PM  23    INTERIM ISSUES, BUT I KNOW IT'S IMPORTANT TO GET IT ON THE

03:48PM  24    CALENDAR SO YOU ALL CAN GET IT ON YOUR CALENDARS SO WE CAN ALL

03:48PM  25    GATHER.  SO YOU WILL HEAR FROM ME SHORTLY.  OKAY.

SEALED PROCEEDINGS

03:48PM   1          ALL RIGHT.  THANK YOU ALL VERY MUCH FOR YOUR TIME AND

03:48PM   2     ATTENTION AND IMPORTANTLY PREPARATION FOR TODAY, AND WE WILL

03:48PM   3     KEEP MOVING FORWARD.

03:48PM   4          THANK YOU.  AND THAT CONCLUDES THESE MATTERS.  WE ARE

03:48PM   5     ADJOURNED.

03:48PM   6               MR. LEE:  THANK YOU, YOUR HONOR.

03:48PM   7               MR. SCHAPIRO:  THANK YOU, YOUR HONOR.

03:48PM   8               MS. WEAVER:  THANK YOU.

03:48PM   9          (COURT CONCLUDED AT 3:48 P.M.)

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7         I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, RMR, CRR
          CERTIFICATE NUMBER 8074
17

18        DATED:  JUNE 2, 2021
19

20

21

22

23

24

25