UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.  20-cv-05146-LHK   (SVK)<br><br>**ORDER RE SUBMISSIONS ON APPOINTMENT OF SPECIAL MASTER**<br><br>Re: Dkt. Nos. 195, 222 |

　　　　The Court is in receipt of the Parties' joint submissions regarding the appointment of a Special Master (Dkt. 195, 222) and is pleased that the Parties agree that such an appointment, at least for technical matters, will increase the efficacy of resolving discovery disputes.  As indicated in this Court's previous orders (Dkt. 191-1, 220-1), the Special Master will first address the current disputes around (1) what information Defendant has regarding Plaintiffs; and (2) what information Defendant has regarding identification of putative class members.  From there, the Special Master will have the capacity to assist the Court in future discovery disputes of a technical nature, as the Court deems necessary.  It is not the Court's intention that this will be a general referral for all discovery matters, however the exact contours of the Special Master's authority and the process by which that authority is exercised may evolve along with the ever-changing nature and scope of the Parties' discovery disputes.  It is presently the Court's intention that the Special Master may confer directly with the Court, with his/her ultimate decisions reflected in reports and recommendations to the Court, allowing a shortened period  for Parties' objections and a timely

decision by the Court.

With this landscape in mind, the Parties are to exchange candidates and meet and confer, as set forth in this Court's previous orders, and submit their recommendation(s) (no more than 2 per side with the combined *Calhoun* and *Brown* Plaintiffs constituting one side) and Rule 53 proposed orders to the Court on **June 28, 2021**. The Parties are to confirm any candidate's interest and availability before submission to the Court.

**SO ORDERED.**

Dated: June 21, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge