1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BENJAMIN HEWITT, et al.

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 21-CV-02155-LHK

**ORDER GRANTING MOTIONS TO
RELATE; CONSOLIDATING CASES;
SETTING CASE SCHEDULE**

Re: Dkt. Nos. 36, 42, 49

The Court GRANTS: (1) Meaghan Delahunty, Meaghan Cornelius, and John Kevranian's

motion to relate *Delahunty v. Google*, No. 21-CV-03360-LHK (N.D. Cal. filed May 5, 2021), to

the above captioned case, ECF No. 36; and (2) Salvatore Toronto's motion to relate *Toronto v.*

*Google*, No. 21-CV-03725-LHK (N.D. Cal. filed May 18, 2021) to the above captioned case and

to *Delahunty v. Google,* ECF No. 49. The Court also concludes that *Delahunty v. Google* and

*Toronto v. Google* are related to *Brown v. Google*, No. 20-CV-03664-LHK (N.D. Cal. filed June

2, 2020) and *Calhoun v. Google*, No. 20-CV-05146-LHK (N.D. Cal. filed July 27, 2020) pursuant

to Civil Local Rule 3-12(b).

1

The Court consolidates *Hewitt v. Google*, *Delahunty v. Google*, and *Toronto v. Google*. The Court sets the following deadlines in these consolidated cases:

| | |
|---|---|
| Filing of Motions for Appointment of Interim Lead Plaintiffs' Counsel | Motions: July 16, 2021<br>Oppositions, if any: July 23, 2021<br>Hearing: August 5, 2021 at 1:30 p.m. |
| Filing of Consolidated Class Action Complaint | August 27, 2021 |
| Further Case Management Conference. | September 8, 2021 at 2:00 p.m. |
| Filing of Response, likely a Motion to Dismiss | Motion to Dismiss: October 1, 2021<br>Opposition: October 29, 2021<br>Reply: November 19, 2021<br>Hearing: December 9, 2021 at 1:30 p.m. |

In the instant case, the Court denies as moot Plaintiffs' administrative motion to set a briefing schedule on Rule 42(a) and 23(g) motions, ECF No. 42. Finally, the Court continues the June 30, 2021 Case Management Conference to September 8, 2021 at 2:00 p.m. The parties shall file a joint case management statement by September 1, 2021.

**IT IS SO ORDERED.**

Dated: June 24, 2021

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

Case No. 21-CV-02155-LHK
ORDER GRANTING MOTIONS TO RELATE; CONSOLIDATING CASES; SETTING CASE SCHEDULE