UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to File Documents Under Seal (Dkt. 198) seeking to seal certain materials submitted to the Court in connection with Plaintiffs' Motion to Compel Regarding Dispute P3 (Dkt. 199). Having considered the motion to seal, supporting declarations, and pleadings on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Motion to Compel Regarding Dispute P3 (Dkt. 198) | GRANTED as to redacted portions at:<br><br>Page 1, lines 16<br><br>Page 2, lines 17<br><br>Page 3, lines 4, 7, 9-10, 19-24, 28<br><br>Page 4, lines 1-3<br><br>Page 6, lines 6-11, 28<br><br>Page 7, lines 1-2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

| | | | |
|---|---|---|---|
| | | Page 8, lines 1, 28<br><br>Page 9, lines 1 | |
| | Declaration of John A. Yanchunis In Support Of Plaintiffs' Motion To Compel (Dkt. 198) | GRANTED as to redacted portions at:<br>Page 1, lines 8-10, 13-14<br>Page 2, lines 12-13 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 1 to the Declaration of John A. Yanchunis (Dkt. 198) | GRANTED as to the document in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including Google's internal data storage infrastructure, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 2 to the Declaration of John A. Yanchunis (Dkt. 198) | GRANTED as to the document in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the Google's internal identifiers/cookies, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 3 to the Declaration of John A. Yanchunis (Dkt. 198) | GRANTED as to redacted portions at:<br><br>Pages 2-3 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and |

| | | |
|---|---|---|
| | | is not generally known to the public or Google's competitors. |
| Exhibit 4 to the Declaration of John A. Yanchunis (Dkt. 198) | GRANTED as to redacted portions at:<br><br>Page 6, line 1, 17, 22 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 5 to the Declaration of John A. Yanchunis (Dkt. 198): | GRANTED as to the document in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 6 to the Declaration of John A. Yanchunis (Dkt. 198): | GRANTED as to the document in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 7 to the Declaration of John A. Yanchunis (Dkt. 198) | GRANTED as to redacted portions at:<br><br>Pages 1, 2, 3 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal |

| | | identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
|---|---|---|
| Exhibit 8 to the Declaration of John A. Yanchunis (Dkt. 198) | GRANTED as to the document in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of logs maintained by Google and retention periods applicable thereto, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Proposed Order (Dkt. 198): | GRANTED as to redacted portions at:<br><br>Page 1, lines 18-19 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies. |

**SO ORDERED.**


DATED: _____     _____
                                  THE HONORABLE SUSAN VAN KEULEN
                                  United States Magistrate Judge