# TREBICKA EX. C

# SLIP SHEET FOR DOCUMENT SOUGHT TO BE SEALED – REDACTED IN ITS ENTIRETY