# TREBICKA EX. D

# REDACTED VERSION
# OF DOCUMENT SOUGHT
# TO BE SEALED

Exhibit 2

| Plaintiff | Cookie |
|-----------|--------|
| William Byatt | NID=216=J2o_eogVWhIYBSRzhB FWvqRu6e4kwzw6B20ILI78a3V51 JnV5ps7cahaZuOCDPOPxZ3iHMP 1Yab85BRttjwZBW1TyQxIR_i0se6L bd-JsNivotC1_pPIKZgMVoKCPNp w8eiB_RwO3WbC0mt-GuuLRFmf5 3LTg5WNGdpUADxPgdo |
| William Byatt | IDE=AHWqTUIxYVrKwRW8xTUYb vEbHQkCrzv9HCda06YNO,q6eRas nidiu35QfqeI-Nbn4XI |
| Jeremy Davis | NID=216=BIdJBAZJhK7UACOFdw UzBWTXC0jS3izff38L1OztOnZO7s SAu5KWVWiUi7FLIvXxDdnY-YE_B wexHAyZjXjHrSjBMqHl3cKYR0Wk zp7G0GCks25Gp-GLJK6FDgAHL8 JFpbIqssSrDkPYCf2N5S3CyDb68 TJmljrYvXI5vyHBoRl |
| Jeremy Davis | NID=216=cG9g4SLbP43kABeEM5 gHvuGPYtnbSfOydmn-iivAc0DcoQ 7GXLx97jDzIUDg4cIKxJZ4LWVJM di6xSpoJ8D900gGWBPbiOmQd5b 5Yht0iVBGZljquAxWPc4tg0X3mIO 9x1MN2AHyyCBDnoT7zdpm8NKK zUwFgLS2yFtD5bs7ivE |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| Jeremy Davis | NID=216=W87AyiaZoAbhU84rZl8l XbOpsyRMqQ3DxUXElv6-wdLzCD hiLOWRrd4FEHozYFSCsbWnOen h9VuF9s2dCDlrhIWlfaFuqlcgsGffH JsPrdxWbg4rNfBRZmds1-u_nUjQu XTv1Wipm3J86DozsVTtez901RbG 6HHsT9kDuM9Zk84 |
| Jeremy Davis | NID=216=V-xAkQmZobl5sQ3G-kg KrH9uZ71NVtUpLwlGVeXYl6PeXR PbEZ1HV5JXXWFSyEWbpbeZMkr ZqXhVclv2uXehd10TS_fac587z7hf PQDRp0-Ad9qVB1sZHplEeQQljZG GPp1-hOuK2xsigTlkOgTJCjhMhZo poX_Be0dn6M_Xafl |
| Jeremy Davis | IDE=AHWqTUma2_lEOXmBQ2lh1 3RTTCgPpEJyP_gdnqpwn4GHmL 9sj-7bVjLFaalZfzSN64s |
| Jeremy Davis | IDE=AHWqTUn0zcK69Wpcp56iOz A2XE2Vc8napmhmSUkLweo8R_7 8xSkR62N3emM2lHzlkGQ |
| Jeremy Davis | IDE=AHWqTUne7UWTf6zQ7XhitlP VXO_7FyFKjfE2b9wecWNTlUnhN |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-BRWN-00078396

| | |
|---|---|
| | H2rVWs0kx6Hh-_Lj5I |
| Jeremy Davis | IDE=AHWqTUnh1aoJkw2RAvoXVL OWNdujGXhdTVh7Vrd9_E1ktckoD DmVCH3ZkU2j6BtojUk |
| Christopher Castillo | NID=216=CzzStnKqRzZSWqnsfxIR 8F1gl-JR4zOe2OacRUKFZJ3cD8 ET7WzkmOCDiAVCTP6O4k0JPdA 2lq5oTqNfYNS9PhDBHgO1udCcg O6zZTKyoO1B5hGoMUaLDYMee7 Q6VsfZ3mYvOejB3h11teN6TeFbS1 bvDXe8MDiH_DzOt7IyZMM |
| Christopher Castillo | NID=216=n2mrHxyGRNbVE9RYSz RvQVtf7pI8nsQlr3oJ-6zNyCdnz76c yMCcWVVb3ic72D3MffuVCqOghL V_51HvymzuTnfzc17Z-xOkLTEOL mVyzZ8Jh0i-q2Vd0wQ1SBfK6NCE OYZI3NmLNMCdRmT6kpStsTQIL ELK5-nEV_s3rTnYSyU |
| Christopher Castillo | NID=216=KAs-VpcTVwmNiKxR3K wMG6_7c50KGG-dZ0v436XB476X |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| | Wr5BxUXqthtocIqIM6ggFukFsWf_j<br>qa3XeIPzcFwkdzsj359s_sf9ykzDpu<br>BWTCzcrgnIBG-X3LpepmcDdUAcv<br>39XW6LIKY6tkrwEw5NS8C8sf75k<br>WicEf2xG_icnIU |
| Christopher Castillo | IDE=AHWqTUI52fGibII55xvpS4_u7<br>9W81X_6ZKOu6uesICmpeBXGW0<br>Lzp9sfbR9YMc-v |
| Christopher Castillo | IDE=AHWqTUkE3DaIxoNVcR5Kk4<br>49ujwH8ZXD7YcGtFnzbJIk0WC3M<br>xgK0IfW5U8XPmT_MxI |
| Chasom Brown | NID=216=sHvJJQG5FLsEwINa9LT<br>F-EIsPxiGI3VGzfKXC2FE6y_kiDh8<br>9BTuMwvqZhtAqf_vGVDIQf_7WIIQ<br>4kSAiGuqs8W7IEBIbxdWx1FFsz2<br>Az8BXP4jNqGZwmIG_oVIpsnvUyb<br>dSniHdti1YR3_vTe-u1irS7d5ISgEH<br>zws1NXuA5s |
| Chasom Brown | NID=216=IEMabA9k3k2K3PPhRD<br>Yam7yDQDOE_kDSrDB5ejXMI4rJ<br>R2IBk4xjmcN2u_-MDAViIqSJsQXE |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| | iF1ScTRug0iLbmR63ylCAx7c0ho7 4l_DzmHXPY5P4mvrjuCwwP-IaU MUgVZHbDjAd5EUtdCP3uaoi5BC OmyMlhZsOq3Bz7Sy_1s |
| Chasom Brown | IDE=AHWqTUkLsXSWirlAaK0yDp s5GHralQ3kgbXy1A3_yvTedaCZ3_ XQS0tDdLQR9hkr |
| Monique Trujillo | NID=216=C4GA20LB7u5gF_Cax4j 0B1I3Srwz4YvMFuxxWggVYaqlxu5 jeP7fHRHT-uhOi90iF3QZZQiAqvRt JGUmUTsTy0U-R98kmqYgTRIo1Y 7cLGnQROoNqXv8Nl4tV1j5SVCkb KJ3Z_W1L1AcYlHKtU7iqBWxFBg0 skJfQr7IRjMZW74 |
| Monique Trujillo | IDE=AHWqTUIcLiZimQh7A45Yzd2 0ChAqcZ29Ctlz_pPhEGrXdY7zSL c9-cBcSTSV9MB4Y |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY