# TREBICKA EX. G

# SLIP SHEET FOR DOCUMENT SOUGHT TO BE SEALED – REDACTED IN ITS ENTIRETY