TREBICKA EX. H

SLIP SHEET FOR DOCUMENT SOUGHT TO BE SEALED – REDACTED IN ITS ENTIRETY