# TREBICKA EX. J

# SLIP SHEET FOR DOCUMENT SOUGHT TO BE SEALED – REDACTED IN ITS ENTIRETY