Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-3664-LHK-SVK<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF JOINT SUBMISSION RE: NOMINATIONS FOR A SPECIAL MASTER AND PROPOSED ORDERS**<br><br>Referral:  Hon. Susan van Keulen, USMJ |

1  Pursuant to Federal Rule of Civil Procedure 26(c), and Civil Local Rules 7-11 and 79-5,
2  Plaintiffs respectfully submit this Administrative Motion to File Under Seal the following
3  Documents as indicated below.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Joint Submission Re: Nominations for a Special Master and Proposed Orders | Plaintiffs | Entire Text | Contains Material Satisfying Rule 26(c) Standard |
| Exhibit A-1 to A-5 | Plaintiffs | Entire Exhibits | Contains Material Satisfying Rule 26(c) Standard |

Although there is "a general right to inspect and copy public records and documents, including judicial records and documents," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978), the presumption of public access can be overcome." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (citations omitted). A showing of "good cause" for a protective order under Rule 26(c) is enough to justify filing documents attached to a non-dispositive motion under seal. *Id.* at 1179.

Here, good cause exists to seal the above-referenced portions of the parties' Joint Submission re Special Master Nominations and Proposed Orders. The material sought to be sealed risks severe reputational harm to Plaintiffs' nominee, endangers the individual's current and future engagements as a special master, and constitutes an effort to impugn the individual's qualifications without the benefit of admissible evidence or an opportunity for Plaintiffs' nominee to respond. Bonn Decl. ¶ 4. Sealing the documents identified above will reduce the risk that Plaintiffs' nominee will suffer such unnecessary damage. *Id.* For these reasons, Plaintiffs respectfully request that the Court grant the instant motion. *See Compliance Servs. of Am., LLC v. Houser Holdings, LLC*, No. 13-CV-01269-JST, 2014 WL 1389474, at *2 (N.D. Cal. Apr. 9, 2014) (granting motion to seal where paragraphs at issue could be used for scandalous or libelous purposes).

In accordance with Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1.  the Declaration of Amanda Bonn in Support of Plaintiffs' Administrative Motion to Seal;
2.  a proposed order that lists in table format the documents sought to be sealed;
3.  a sealed version of the parties' Joint Submission re Special Master Nominations and Proposed Orders and Exhibit A-1 to A-5.

Should the Court be inclined be deny the instant motion, Plaintiffs respectfully request the opportunity to submit a declaration from Plaintiffs' nominee, who is currently out of the country

Dated: June 29, 2021                               Respectfully submitted,

By:   /s/ Amanda Bonn
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Sean Phillips Rodriguez (CA Bar No. 262437)
srodriguez@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Alexander Justin Konik (CA Bar No. 299291)
akonik@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

2

Case No. 5:20-cv-3664-LHK-SVK
ADMINISTRATIVE MOTION TO SEAL JOINT SUBMISSION

| | |
|---|---|
| 1 | William Christopher Carmody (*pro hac vice*) |
|   | bcarmody@susmangodfrey.com |
| 2 | Shawn J. Rabin (*pro hac vice*) |
|   | srabin@susmangodfrey.com |
| 3 | Steven Shepard (*pro hac vice*) |
|   | sshepard@susmangodfrey.com |
| 4 | Alexander P. Frawley (*pro hac vice*) |
|   | afrawley@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P. |
| 6 | 1301 Avenue of the Americas, 32nd Floor |
|   | New York, NY  10019 |
| 7 | Telephone: (212) 336-8330 |
| 8 | John A. Yanchunis (*pro hac vice*) |
|   | jyanchunis@forthepeople.com |
| 9 | Ryan J. McGee (*pro hac vice*) |
| 10 | rmcgee@forthepeople.com |
|    | Michael F. Ram (*pro hac vice*) |
| 11 | mram@forthepeople.com |
|    | Ra  O. Amen (*pro hac vice*) |
| 12 | ramen@forthepeople.com |
| 13 | MORGAN & MORGAN, P.A. |
|    | 201 N Franklin Street, 7th Floor |
| 14 | Tampa, FL 33602 |
|    | Telephone: (813) 223-5505 |
| 15 | Facsimile: (813) 222-4736 |
| 16 | *Attorneys for Plaintiffs* |

3

Case No. 5:20-cv-3664-LHK-SVK
ADMINISTRATIVE MOTION TO SEAL JOINT SUBMISSION

# CERTIFICATE OF SERVICE

I, Amanda Bonn, declare:

I am a citizen of the United States and employed in the County of Los Angeles, California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.

On June 29, 2021, I caused to be served the following documents described as:

**Sealed Versions of Joint Submission Re: Nominations for a Special Master and Proposed Orders and Exhibits A-1 to A-5.**

By electronic mail transmission from agregory@susmangodfrey.com on June 29, 2021, by transmitting a PDF format copy of such document to each such person at the e-mail addresses listed below. The document was transmitted by electronic transmission and such transmission was reported as complete and without error:

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900

4

Case No. 5:20-cv-3664-LHK-SVK
ADMINISTRATIVE MOTION TO SEAL JOINT SUBMISSION

| | |
|---|---|
| 1 | Washington D.C., 20005<br>Tel: (202) 538-8000 |
| 2 | Fax: (202) 538-8100 |
| 3 | Jonathan Tse (CA Bar No. 305468) |
| 4 | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 5 | San Francisco, CA 94111<br>Tel: (415) 875-6600 |
| 6 | Fax: (415) 875-6700 |
| 7 | *Counsel for Defendant Google LLC* |
| 8 | |
| 9 | *Attorneys for Defendant* |
| 10 | |
| 11 | Executed on June 29, 2021, at Los Angeles, California. |
| 12 | |
| 13 | |
| 14 |                      */s/ Amanda Bonn*<br>                      Amanda Bonn |

5

Case No. 5:20-cv-3664-LHK-SVK
ADMINISTRATIVE MOTION TO SEAL JOINT SUBMISSION