1  Mark C. Mao, CA Bar No. 236165  
   Beko Reblitz-Richardson, CA Bar No. 238027  
2  **BOIES SCHILLER FLEXNER LLP**  
   44 Montgomery St., 41st Floor  
3  San Francisco, CA 94104  
4  Tel.: (415) 293-6800  
   mmao@bsfllp.com  
5  brichardson@bsfllp.com  

6  Amanda K. Bonn, CA Bar No. 270891  
7  **SUSMAN GODFREY L.L.P**  
   1900 Avenue of the Stars, Suite 1400  
8  Los Angeles, CA 90067  
   Tel: (310) 789-3100  
9  Fax: (310) 789-3150  
   abonn@susmangodfrey.com  
10  
11  *Attorneys for Plaintiffs*

William Christopher Carmody  
(admitted *pro hac vice*)  
Shawn J. Rabin (admitted *pro hac vice*)  
Steven M. Shepard (admitted *pro hac vice*)  
Alexander P. Frawley  
(admitted *pro hac vice*)  
**SUSMAN GODFREY L.L.P.**  
1301 Avenue of the Americas,  
32nd Floor  
New York, NY  10019  
Tel.: (212) 336-8330  
bcarmody@susmangodfrey.com  
srabin@susmangodfrey.com  
sshepard@susmangodfrey.com  
afrawley@susmangodfrey.com  

John A. Yanchunis (admitted *pro hac vice*)  
Ryan J. McGee (admitted *pro hac vice*)  
Michael F. Ram (admitted *pro hac vice*)  
Ra O. Amen (admitted *pro hac vice*)  
**MORGAN & MORGAN**  
201 N. Franklin Street, 7th Floor  
Tampa, FL 33602  
Tel.: (813) 223-5505  
jyanchunis@forthepeople.com  
rmcgee@forthepeople.com  
mram@forthepeople.com  
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-3664-LHK-SVK<br><br>**DECLARATION OF AMANDA BONN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTIONS OF JOINT SUBMISSION RE: NOMINATIONS FOR A SPECIAL MASTER AND PROPOSED ORDERS**<br><br>Referral:  Hon. Susan van Keulen, USMJ |

**DECLARATION OF AMANDA BONN**

I, Amanda Bonn, declare as follows.

1. I am a partner with the law firm of Susman Godfrey L.L.P, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before courts of the State of California.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. I submit this declaration in accordance with Civil Local Rules 79-5(d) and (e) in support of Plaintiffs' Administrative Motion to Seal:

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Joint Submission Re: Nominations for a Special Master and Proposed Orders | Plaintiffs | Entire Text | Contains Material Satisfying Rule 26(c) Standard |
| Exhibit A-1 to A-5 | Plaintiffs | Entire Exhibits | Contains Material Satisfying Rule 26(c) Standard |

4. Plaintiffs have proposed sealing the Joint Submission re Special Master Nominations and Proposed Orders and Exhibit A-1 to A-5 filed in support that have the potential to result in severe reputational harm to Plaintiffs' nominee, endangers the individual's current and future engagements as a special master, and constitutes an effort to impugn the individual's qualifications without the benefit of admissible evidence or an opportunity for Plaintiffs' nominee to respond as he is currently out of the country. Sealing the documents identified above will reduce the risk that Plaintiffs' nominee will suffer such unnecessary damage to his professional reputation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of June 2021, at Los Angeles, California.

/s/ Amanda Bonn