**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
lweaver@bfalaw.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
jaybarnes@simmonsfirm.com

*Counsel for Calhoun Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400

*Counsel for Defendant; additional listed below*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (Cal. Bar No. 238027)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY LLP**
William Christopher Carmody (*pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Brown Plaintiffs; additional listed below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>　　Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**JOINT SUBMISSION RE: NOMINATIONS FOR A SPECIAL MASTER AND PROPOSED ORDERS**<br><br>Referral: Hon. Susan van Keulen, USMJ |
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br>　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>　　Defendant. | Case No. 5:20-cv-3664-LHK-SVK<br><br>**<u>REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL</u>** |

**PAGES 2 – 12  SOUGHT TO BE FILED UNDER SEAL**

|  |  |
|---|---|
|  | Respectfully, |
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By:  /s/ Lesley Weaver | By:    /s/ Andrew H. Schapiro |
| Lesley Weaver (Cal. Bar No. 191305) | Andrew H. Schapiro (admitted *pro hac vice*) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | andrewschapiro@quinnemanuel.com |
| Joshua D. Samra (Cal. Bar No. 313050) | 191 N. Wacker Drive, Suite 2700 |
| 555 12th Street, Suite 1600 | Chicago, IL 60606 |
| Oakland, CA 994607 | Tel: (312) 705-7400 |
| Tel.: (415) 445-4003 | Fax: (312) 705-7401 |
| Fax: (415) 445-4020 |  |
| lweaver@bfalaw.com | Stephen A. Broome (CA Bar No. 314605) |
| aornelas@bfalaw.com | stephenbroome@quinnemanuel.com |
| jsamra@bfalaw.com | Viola Trebicka (CA Bar No. 269526) |
|  | violatrebicka@quinnemanuel.com |
| **DiCELLO LEVITT GUTZLER LLC** | 865 S. Figueroa Street, 10th Floor |
|  | Los Angeles, CA 90017 |
| By:  David A. Straite | Tel: (213) 443-3000 |
| David A. Straite (admitted *pro hac vice*) | Fax: (213) 443-3100 |
| One Grand Central Place |  |
| 60 East 42nd Street, Suite 2400 | Jomaire Crawford (admitted *pro hac vice*) |
| New York, New York 10165 | jomairecrawford@quinnemanuel.com |
| Tel.: (646) 933-1000 | 51 Madison Avenue, 22nd Floor |
| dstraite@dicellolevitt.com | New York, NY 10010 |
|  | Tel: (212) 849-7000 |
| Amy E. Keller (admitted *pro hac vice*) | Fax: (212) 849-7100 |
| Adam Levitt (admitted *pro hac vice*) |  |
| Adam Prom (admitted *pro hac vice*) | Josef Ansorge (admitted *pro hac vice*) |
| Ten North Dearborn Street, 6th Fl. | josefansorge@quinnemanuel.com |
| Chicago, Illinois 60602 | 1300 I Street NW, Suite 900 |
| Tel.: (312) 214-7900 | Washington D.C., 20005 |
| akeller@dicellolevitt.com | Tel: (202) 538-8000 |
| alevitt@dicellolevitt.com | Fax: (202) 538-8100 |
| aprom@dicellolevitt.com |  |
|  | Jonathan Tse (CA Bar No. 305468) |
| **SIMMONS HANLY CONROY LLC** | jonathantse@quinnemanuel.com |
|  | 50 California Street, 22nd Floor |
| By:  /s/ Jason Barnes | San Francisco, CA 94111 |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | Tel: (415) 875-6600 |
| Mitchell M. Breit (admitted *pro hac vice*) | Fax: (415) 875-6700 |
| An Truong (admitted *pro hac vice*) |  |
| Eric Johnson (admitted *pro hac vice*) | *Counsel for Defendant Google LLC* |
| 112 Madison Avenue, 7th Floor |  |
| New York, NY 10016 |  |
| Tel.: (212) 784-6400 |  |

1  Fax: (212) 213-5949
   mbreit@simmonsfirm.com
2  jaybarnes@simmonsfirm.com

3

4  *Counsel for Calhoun Plaintiffs*

5  **BOIES SCHILLER FLEXNER LLP**

6  By:   */s/ Mark C. Mao*
   Mark C. Mao (CA Bar No. 236165)
7  mmao@bsfllp.com
   Sean Phillips Rodriguez (CA Bar No. 262437)
8  srodriguez@bsfllp.com
9  Beko Rebitz-Richardson (CA Bar No. 238027)
   brichardson@bsfllp.com
10 Alexander Justin Konik (CA Bar No. 299291)
   akonik@bsfllp.com
11 44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
12 Telephone: (415) 293 6858
13 Facsimile (415) 999 9695

14 James W. Lee (pro hac vice)
   jlee@bsfllp.com
15 Rossana Baeza
16 rbaeza@bsfllp.com
   100 SE 2nd Street, Suite 2800
17 Miami, FL 33130
   Telephone: (305) 539-8400
18 Facsimile: (305) 539-1304

19 **SUSMAN GODFREY LLP**

20 By:   */s/ Amanda Bonn*
21 Amanda Bonn (CA Bar No. 270891)
   abonn@susmangodfrey.com
22 1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
23 Tel: (310) 789-3100

24
   William Christopher Carmody (*pro hac vice*)
25 bcarmody@susmangodfrey.com
   Shawn J. Rabin (*pro hac vice*)
26 srabin@susmangodfrey.com
   Steven Shepard (*pro hac vice*)
27 sshepard@susmangodfrey.com

28
                        14              Case No. 5:20-cv-5146-LHK-SVK
                                        Case No. 5:20-cv-3664-LHK-SVK
                                        JOINT SUBMISSION RE SPECIAL MASTER

1  Alexander P. Frawley (*pro hac vice*)
   afrawley@susmangodfrey.com
2  1301 Avenue of the Americas, 32nd Floor
   New York, NY  10019
3  Tel: (212) 336-8330

4
   **MORGAN & MORGAN**
5
   By:   /s/ *John A. Yanchunis*
6  John A. Yanchunis (pro hac vice)
   jyanchunis@forthepeople.com
7  Ryan J. McGee (pro hac vice)
   rmcgee@forthepeople.com
8
   Michael F. Ram (pro hac vice)
9  mram@forthepeople.com
   Ra O. Amen (pro hac vice)
10 ramen@forthepeople.com
   201 N Franklin Street, 7th Floor
11 Tampa, FL 33602
   Tel: (813) 223-5505
12 *Counsel for Brown Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         15              Case No. 5:20-cv-5146-LHK-SVK
                                                         Case No. 5:20-cv-3664-LHK-SVK
                                                    JOINT SUBMISSION RE SPECIAL MASTER

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Submission. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: June 29, 2021                              By: */s/ Amanda Bonn*
                                                            Amanda Bonn
                                                  *Counsel on behalf of Brown Plaintiffs*