**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
lweaver@bfalaw.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
jaybarnes@simmonsfirm.com

*Counsel for Calhoun Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400

*Counsel for Defendant; additional listed below*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (Cal. Bar No. 238027)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY LLP**
William Christopher Carmody (*pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Brown Plaintiffs; additional listed below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br>　　Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**JOINT SUBMISSION RE: NOMINATIONS FOR A SPECIAL MASTER AND PROPOSED ORDERS**<br><br>Referral: Hon. Susan van Keulen, USMJ |
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br>　　Defendant. | Case No. 5:20-cv-3664-LHK-SVK<br><br>**<u>REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL</u>** |

**PAGES 2 – 12  SOUGHT TO BE FILED UNDER SEAL**

| | | |
|---|---|---|
| 1 | | Respectfully, |
| 2 | | |
| 3 | **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 4 | By: /s/ Lesley Weaver | |
| 5 | Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929) | By: /s/ Andrew H. Schapiro<br>Andrew H. Schapiro (admitted *pro hac vice*) |
| 6 | Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600 | andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700 |
| 7 | Oakland, CA 994607<br>Tel.: (415) 445-4003 | Chicago, IL 60606<br>Tel: (312) 705-7400 |
| 8 | Fax: (415) 445-4020<br>lweaver@bfalaw.com | Fax: (312) 705-7401 |
| 9 | aornelas@bfalaw.com<br>jsamra@bfalaw.com | Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com |
| 10 | | Viola Trebicka (CA Bar No. 269526) |
| 11 | **DiCELLO LEVITT GUTZLER LLC** | violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor |
| 12 | By: David A. Straite | Los Angeles, CA 90017<br>Tel: (213) 443-3000 |
| 13 | David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place | Fax: (213) 443-3100 |
| 14 | 60 East 42nd Street, Suite 2400<br>New York, New York 10165 | Jomaire Crawford (admitted *pro hac vice*) |
| 15 | Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com | jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor |
| 16 | | New York, NY 10010<br>Tel: (212) 849-7000 |
| 17 | Amy E. Keller (admitted *pro hac vice*)<br>Adam Levitt (admitted *pro hac vice*) | Fax: (212) 849-7100 |
| 18 | Adam Prom (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl. | Josef Ansorge (admitted *pro hac vice*) |
| 19 | Chicago, Illinois 60602<br>Tel.: (312) 214-7900 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 |
| 20 | akeller@dicellolevitt.com<br>alevitt@dicellolevitt.com | Washington D.C., 20005<br>Tel: (202) 538-8000 |
| 21 | aprom@dicellolevitt.com | Fax: (202) 538-8100 |
| 22 | **SIMMONS HANLY CONROY LLC** | Jonathan Tse (CA Bar No. 305468) |
| 23 | By: /s/ Jason Barnes | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 24 | Jason 'Jay' Barnes (admitted *pro hac vice*)<br>Mitchell M. Breit (admitted *pro hac vice*) | San Francisco, CA 94111<br>Tel: (415) 875-6600 |
| 25 | An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*) | Fax: (415) 875-6700 |
| 26 | 112 Madison Avenue, 7th Floor<br>New York, NY 10016 | *Counsel for Defendant Google LLC* |
| 27 | Tel.: (212) 784-6400 | |
| 28 | | |

Fax: (212) 213-5949
mbreit@simmonsfirm.com
jaybarnes@simmonsfirm.com

*Counsel for Calhoun Plaintiffs*

**BOIES SCHILLER FLEXNER LLP**

By:  */s/ Mark C. Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Sean Phillips Rodriguez (CA Bar No. 262437)
srodriguez@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Alexander Justin Konik (CA Bar No. 299291)
akonik@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (pro hac vice)
jlee@bsfllp.com
Rossana Baeza
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

**SUSMAN GODFREY LLP**

By:  */s/ Amanda Bonn*
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com

| | |
|---|---|
| 1 | Alexander P. Frawley (*pro hac vice*) |
| 2 | afrawley@susmangodfrey.com |
| | 1301 Avenue of the Americas, 32nd Floor |
| 3 | New York, NY  10019 |
| | Tel: (212) 336-8330 |

Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel: (212) 336-8330

**MORGAN & MORGAN**

By:  */s/ John A. Yanchunis*
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
Michael F. Ram (pro hac vice)
mram@forthepeople.com
Ra O. Amen (pro hac vice)
ramen@forthepeople.com
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
*Counsel for Brown Plaintiffs*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Submission. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: June 29, 2021               By: */s/ Amanda Bonn*
                                       Amanda Bonn
                                       *Counsel on behalf of Brown Plaintiffs*