# EXHIBIT A-2
# Filed Under Seal