# EXHIBIT A-3
# Filed Under Seal