# EXHIBIT A-4
# Filed Under Seal