# EXHIBIT A-5
# Filed Under Seal