# EXHIBIT B-2

1    QUINN EMANUEL URQUHART & SULLIVAN, LLP

2    Andrew H. Schapiro (admitted *pro hac vice*)        Jomaire A. Crawford (admitted *pro hac vice*)
     andrewschapiro@quinnemanuel.com                      jomairecrawford@quinnemanuel.com
3    191 N. Wacker Drive, Suite 2700                      51 Madison Avenue, 22nd Floor
     Chicago, IL 60606                                    New York, NY 10010
4    Telephone: (312) 705-7400                            Telephone: (212) 849-7000
     Facsimile: (312) 705-7401                            Facsimile: (212) 849-7100
5

6    Stephen A. Broome (CA Bar No. 314605)
     stephenbroome@quinnemanuel.com
7    Viola Trebicka (CA Bar No. 269526)
     violatrebicka@quinnemanuel.com
8    865 S. Figueroa Street, 10th Floor
     Los Angeles, CA 90017
9    Telephone: (213) 443-3000
     Facsimile: (213) 443-3100
10

11   *Attorneys for Defendant Google LLC*

12                          UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14
     CHASOM BROWN, *et al.*, on behalf of          Case No. 5:20-cv-03664-LHK-SVK
15   themselves and all others similarly situated, Case No. 5:20-cv-05146-LHK-SVK

16        Plaintiffs,                              **AFFIDAVIT OF DOUGLAS A. BRUSH
                                                   PURSUANT TO 28 U.S.C. § 455**
17        v.
                                                   Referral:  Hon. Susan van Keulen, USMJ
18   GOOGLE LLC,

19        Defendant.

20   ─────────────────────────────────

21   PATRICK CALHOUN, *et al*., on behalf of
     themselves and all others similarly situated,
22
          Plaintiffs,
23
          v.
24
     GOOGLE LLC,
25
          Defendant.
26

27

28

1     I, Douglas A. Brush, certify and declare as follows:

2     1.     I am being considered for an appointment to serve as Special Master in the above

3     referenced matters and make this affidavit pursuant to Federal Rule of Civil Procedure 53(b)(3).

4     2.     I am qualified to be appointed as a Special Master in these matters under the

5     disqualification rules provided in 28 U.S.C. § 455.  There is no provision in 28 U.S.C. § 455 that

6     disqualifies me from being appointed a Special Master.

7     I declare under penalty of perjury of the laws of the United States that the foregoing is true

8     and correct.  Executed in Boulder, Colorado on June 26, 2021.

9

10    DATED:  6/26/2021                                    _____

11                                                          DOUGLAS A. BRUSH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Civil Local Rule 5.1, I hereby attest that Douglas A. Brush, represented by a conformed signature above, has concurred in the filing of this Affidavit.


DATED: <u>June 28, 2021</u>                    <u>/s/ *Andrew H. Schapiro*                    </u>
                                                    Andrew H. Schapiro

Case No. 5:20-cv-03664-LHK-SVK
Case No. 5:20-cv-05146-LHK-SVK
AFFIDAVIT OF DOUGLAS A. BRUSH PURSUANT TO 28 U.S.C. § 455