# EXHIBIT B-4

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br>Case No. 5:20-cv-05146-LHK-SVK<br><br>**AFFIDAVIT OF STEVEN M. BAUER PURSUANT TO 28 U.S.C. § 455**<br><br>Referral: Hon. Susan van Keulen, USMJ |
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | |

1     I, Steven M. Bauer, certify and declare as follows:

2     1.     I am an attorney duly licensed in the States of Massachusetts (SBN 542531) and Maine (SBN 006666). I am being considered for an appointment to serve as Special Master in the above referenced matters and make this affidavit pursuant to Federal Rule of Civil Procedure 53(b)(3).

3     2.     I am qualified to be appointed as a Special Master in these matters under the disqualification rules provided in 28 U.S.C. § 455. There is no provision in 28 U.S.C. § 455 that disqualifies me from being appointed a Special Master.

      I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Eliot, Maine on June 26, 2021.

DATED: June 26, 2021_____     _____
                                         STEVEN M. BAUER

Case No. 5:20-cv-03664-LHK-SVK
Case No. 5:20-cv-05146-LHK-SVK
1
AFFIDAVIT OF STEVEN M. BAUER PURSUANT TO 28 U.S.C. § 455

**ATTESTATION**

Pursuant to Civil Local Rule 5.1, I hereby attest that Steven M. Bauer, represented by a conformed signature above, has concurred in the filing of this Affidavit.

DATED: June 28, 2021               /s/ *Andrew H. Schapiro*
                                   Andrew H. Schapiro