UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-03664-LHK  (SVK)<br><br>**ORDER REGARDING ESI PROTOCOL**<br><br>Re: Dkt. No. 202 |

The Court has received and reviewed the Parties' status report regarding ESI production and outstanding issues. The Court ORDERS as follows:

Parties are to continue to meet and confer regarding the following issues and to present any unresolved issues in their submission on August 2, 2021, in the same succinct, clear manner of the status report:

1. The identification by name and short statement of relevance of any additional custodians Plaintiffs seek to add;  with

2. The identification of specific search terms for these custodians.

3. A cap for custodians.  If the parties have not agreed, the Court will set it.

4. A deadline for adding any further custodians or search terms.  Google's current proposal of July 12, 2021 is too soon given the timing of productions.  However, the Court will set a deadline on August 12, 2021, and it will be within days or maybe weeks, not months, of the August 12 hearing.

**SO ORDERED.**

Dated: June 30, 2021

　　　　　　　　　　　　　　　　　　　　　Susan van Keulen
　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge