UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Administrative Motion To Seal Opposition To Plaintiffs' Motion To Compel Regarding Dispute P3. Having considered the motion to seal, supporting declarations, and pleadings on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Opposition To Plaintiffs' Motion To Compel Regarding Dispute P3 | GRANTED as to redacted portions at:<br><br>Page 4, lines 1, 3, 8-11, 14-21, 23-24, 27-28<br><br>Page 5, lines 6-7, 10, 13-16<br><br>Page 6, lines 22<br><br>Page 7, lines 20-21<br><br>Page 8, lines 9, 11-12, 14-15 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Ex. 1, Google's May 24, 2021 Responses and Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition | GRANTED as to redacted portions at:<br><br>Page 4, lines 21-22, 26<br><br>Page 8, lines 10-11<br><br>Page 9, line 9 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____          _____
                                THE HONORABLE SUSAN VAN KEULEN
                                United States Magistrate Judge