UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL**<br><br>Referral: Hon. Susan van Keulen, USMJ |

## [PROPOSED] ORDER

Having considered Defendant Google LLC's ("Google's") Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Compel Regarding Dispute P3 (Dkt. 198), the Declaration of Viola Trebicka in Support of Google's Opposition to Plaintiffs' Motion to Compel Regarding Dispute P3, and the exhibit attached thereto, the Court hereby ORDERS that Plaintiffs' Motion to Compel Regarding Dispute P3 is DENIED.

**SO ORDERED.**

DATED: _____

                                        THE HONORABLE SUSAN VAN KEULEN
                                        United States Magistrate Judge