# EXHIBIT A-1

# Frank M. Shipman, III

**Office:**

Department of Computer Science
Texas A&M University
College Station, TX 77843-3112
(979) 862 - 3216

**Electronic Mail Address:** shipman@tamu.edu
**Home Page:** http://www.csdl.tamu.edu/~shipman

## Research Experience

*2018 - present,* Associate Department Head,
*2006 - present*, Professor,
*2001 - 2006,* Associate Professor,
*1997 - 2001,* Assistant Professor,
*1995 - 1997,* Assistant Research Scientist
*Department of Computer Science, Texas A&M University, College Station, Texas*

*2004 - presen*t, Associate Director,
*Center for the Study of Digital Libraries, Texas A&M University, College Station, Texas*

*1999 - 2017*, Visiting Scientist and Consultant
*FX Palo Alto Laboratory, Palo Alto, California*

*2009 - 2015*, Technical Advisor
*U.S. Federal District Court, Beaumont, Texas*

*2003, 2009 - 2014*, Consultant
*Microsoft, Redmond, Washington & Microsoft Research Silicon Valley, Mountain View, California*

*1992 - 1994*, Intern and Consultant
*Xerox Palo Alto Research Center, Palo Alto, California*

*Summer 1991*, Visiting Scientist
*Siemens Corporate Research and Development, Munich, Germany*

*1987 - 1989*, Research Programmer
*Baylor College of Medicine, Houston, Texas*

## Education

Ph.D. in Computer Science, 1993, University of Colorado at Boulder, Advisor: Gerhard Fischer
Dissertation Title: *Supporting Knowledge-Base Evolution with Incremental Formalization*

M.S. in Computer Science, 1990, University of Colorado at Boulder

B.S. in Electrical Engineering, 1988, Rice University, Houston, Texas

## Honors and Awards

2018, Dean of Engineering Excellence Award
2018, IEEE MIPR Best Paper Award
2016, IEEE Senior Member
2014, TEES Center Fellow
2013, TEES Faculty Fellow
2013, ACM WebScience Best Paper Award
2009, ACM Distinguished Scientist
2002, ACM UIST 2002 Best Student Paper Award (authors: Haowei Hsieh and Frank Shipman)
1999, Douglas Engelbart Best Paper Award, ACM Hypertext '99
2013, Two papers nominated for Best Paper Award, ACM WebScience 2013

2004, 2011, 2019 Papers nominated for Vannevar Bush Best Paper Award, ACM/IEEE Joint Conference on Digital Libraries

1997, 1999, 2002, 2003 Papers nominated for Engelbart Best Paper Award, ACM Hypertext

2000, Paper nominated for Best Paper at *IEEE Conference on Automated Software Engineering*

1998 - 2002, National Science Foundation CAREER Initiation Award

1998 - 1999, Big 12 Faculty Fellowship Recipient

**Professional Society Membership and Service**

1986 - present, Association for Computing Machinery (currently ACM Distinguished Scientist)

2015 - present, IEEE (currently IEEE Senior Member)

2006 - present, American Society of Information Science & Technology

ACM SIGLINK/SIGWEB Secretary, 1997 - 1999

ACM SIGLINK/SIGWEB Network Information Director, 1994 - 1999

ACM SIGWEB Executive Committee, 2008 - 2011

**External Research Support (Total: $6,378,850)**

J. Caverlee, F. Shipman, and B. Hu, Synthetic Prediction Markets with Algorithm Traders for Determining Experimental Reproducibility, Department of Defense Advanced Research Program Agency, 2019-2021, $623,140.

F. Shipman and C. Marshall, CHS: Small: Non-Programmer Authoring of Data-Driven Prediction Simulations, National Science Foundation, 2018-2021, $499,823.

R. Gutierrez-Osuna and F. Shipman, Techniques for Automated and Semi-Automated Assignment of Wallpaper Images, TakTik Inc., 2015, $70,000.

R. Murphy and F. Shipman, RAPID: Data Collection and Curation of SR-530 Mudslide with Small Unmanned Aerial Vehicles, National Science Foundation, 2014-2015, $42,000.

R. Furuta and F. Shipman, NSDL Service to Manage Distributed Collections, National Science Foundation, 2010-2014, $510,000.

F. Shipman, R. Gutierrez-Osuna, and S. Smith, EAGER: Creativity in the Wild: Insight and Discovery with Wearable Sensors, National Science Foundation, 2010-2014, $141,000.

F. Shipman, Mobile Activity Recognition, Nokia Corporation, 2009-2010, $10,000.

F. Shipman, NSDL Service to Support Personalized and Community-Oriented Navigation, National Science Foundation, 2009-2014, $471,893.

F. Shipman, Supporting the Interpretation of Heterogeneous Science Data in Freeform Analytic Workspaces, Microsoft Corporation, 2009-2010, $33,500.

F. Shipman, Multi-Application Interest Modeling for Document Triage, Google Corporation, 2008-2009, $50,000.

R. Furuta, F. Shipman, and S. Carpenter, Collaborative Project: Ensemble: Enriching Communities and Collections to Support Education in Computing, National Science Foundation, 2008-2014, $510,000.

F. Shipman, Impact of Interfaces & Display Configurations on Document Triage, Microsoft Corporation, 2005-2006, $200,000.

F. Shipman, Design Exploration: Supporting a Design Process for Engaging Users, National Science Foundation, 2005-2009, $475,000.

F. Shipman, Reading and Document Triage, Microsoft Corporation, 2004-2005, $200,000.

F. Shipman, Using Spatial Hypertext as a Workspace for Digital Library Patrons and Providers, National Science Foundation, 2002-2004, $425,000.

R. Furuta and F. Shipman, ITR -- Long-lived Information Artifacts Based on Short-lived Administratively-Decentralized Source Material, National Science Foundation, 2002-2005, $212,000.

F. Shipman and R. Furuta, Design and Evaluation of Maintenance Tools for Distributed Digital Libraries, National Science Foundation, 2001-2003, $249,998.

R. Furuta, F. Shipman, and H. Wilson, Metadocuments as Communicative Artifacts to Enable Use of a Research Digital Library in Undergraduate Education, National Science Foundation, 2000-2002, $250,000.

F. Shipman, Video Visualization, FX Palo Alto Laboratory, 2000-2001, $10,000.

F. Shipman, Workspaces for Sharing Information, FX Palo Alto Laboratory, 1999-2000, $30,000.

F. Shipman, Enabling and Supporting Collaborative Knowledge Building through Incremental Formalization, National Science Foundation Career Initiation Award, 1998-2002, $299,965.

R. Furuta and F. Shipman, Information Discovery and Communication with Meta-Documents over the World-Wide Web, National Science Foundation, 1998-2001, $385,000.

F. Shipman and R. Furuta, Walden's Paths, Department of Defense Educational Activity Presidential Technology Initiative, 1997-1998, $90,000.

F. Shipman, R. Furuta, and C. Marshall, Supporting the Authoring of Network-based Curriculum for Focussed Exploration, Advanced Research Program Agency, 1995-1997, $295,590.

C. Marshall and F. Shipman, Advanced Research to Support Visual and Kinesthetic Approaches to Information Processing and Collaboration within the P1000 Program, Office of Research and Development, 1995-1997, $304,931.

**External Computer Science Education Support (Total: $478,452)**

V. Taylor and F. Shipman, Innovative Programs to Increase the Enrollment in Computer Science, Texas Higher Education Coordinating Board, 2005-2007, $55,760.

J. Welch and F. Shipman, Increasing Computer Science Retention by Developing and Deploying Self-Paced Learning Modules, Texas Higher Education Coordinating Board, 2002-2007, $422,692.

**External Equipment Support (Total: $338,629)**

N. Vaidya, W. Zhao, F. Shipman, and R. Bettati, CISE Research Instrumentation: Wireless Networking and Collaborative Knowledge Building Research, National Science Foundation, 1998-2001, $50,000.

J. Leggett, R. Furuta, and F. Shipman, Managing the Location of Data Based upon Content, Media, and Usage, Hewlett Packard Research Grants Office, July, 1996, $288,629

**Internal Research Support (Total: $215,591)**

J. Leggett, F. Shipman, and A. Kerne, Computational Media Lab, Texas A&M Computer Access Fee Competitive Proposals, 2004-2005, $38,398.

R. Street and F. Shipman, Disease Management Using Telecommunication Technology: An Application to Diabetes, Texas A&M University Interdisciplinary Research Initiatives, 1998-1999, $24,568.

J. Leggett, R. Furuta, C. Marshall, and F. Shipman, Center for the Study of Digital Libraries, Texas Engineering Experiment Station / Computer Science Department, 1995-1996, $60,500.

J. Leggett, R. Furuta, C. Marshall, and F. Shipman, Study of Digital Libraries, Texas Engineering Experiment Station / Computer Science Department, 1994-1995, $92,125.

**Journal Publications**

1. C. Monteiro, F. Shipman, S. Duggina, R. Gutierrez-Osuna, "Tradeoffs in the Efficient Detection of Sign Language Content in Video Sharing Sites", *ACM Transactions on Accessible Computing*, (June 2019), Article 5.

2. C. Marshall and F. Shipman, "Who Owns the Social Web? How User Attitudes toward Ownership Reveal Emerging Social Norms", *Communications of the ACM*, (May 2017), pp. 52-61.

3. Q. Liu, A. Girgensohn, L. Wilcox, F. Shipman, and T. Dunnigan, "MET: Media Embedded Target for Connecting Paper to Digital Media", *International Journal of Multimedia Information Retrieval*, May 2014, pp. 1-16.

4.  F. Shipman, R. Gutierrez-Osuna, and C. Monteiro, *"Identifying Sign Language Videos in Video Sharing Sites"*, *ACM Transactions on Accessible Computing*, Vol. 5, No. 4, (March 2014), pp. 9:1-9:14.

5.  G. Fischer and F. Shipman, "Collaborative Design Rationale and Social Creativity in Cultures of Participation", *Human Technology: An Interdisciplinary Journal on Humans in ICT Environments*, Vol. 7, No. 2 (August 2011), pp. 164-187.

6.  H. Hsieh and F. Shipman, "Supporting Visual Problem Solving in Spatial Hypertext", *Journal of Digital Information*, Vol. 10, No. 3 (2009), http://journals.tdl.org/jodi.

7.  K. Meintanis and F. Shipman, "Expressing Personal Interpretations of Music Collections in Spatial Hypertext", *Journal of Digital Information*, Vol. 10, No. 3 (2009), http://journals.tdl.org/jodi.

8.  F. Shipman, A. Girgensohn, and L. Wilcox, "Authoring, Viewing, and Generating Hypervideo: An Overview of Hyper-Hitchcock", *ACM Transactions on Multimedia Computing, Communications, and Applications*, Vol. 5, No. 2 (2009), pp. 15:1-15:19.

9.  L. Francisco-Revilla and F. Shipman, "Conflict Management in Multi-model Adaptive Hypermedia", *Journal of Digital Information*, Vol. 7, No. 1 (2006), http://journals.tdl.org/jodi.

10. U. Karadkar, L. Francisco-Revilla, R. Furuta, F. Shipman, A. Arora, S. Dash, P. Dave, and E. Luke, "Metadocuments Supporting Digital Library Information Discovery", *International Journal of Digital Libraries*, Vol. 4, No. 1 (August 2004), pp. 25-30.

11. U. Karadkar, L. Francisco-Revilla, R. Furuta, H. Hsieh, and F. Shipman, "Evolution of the Walden's Paths Authoring Tools", *Computers in the Social Studies Journal*, Vol. 9, No. 1 (January 2001), www.cssjournal.com.

12. F. Shipman, R. Furuta, H. Hsieh, L. Francisco-Revilla, U. Karadkar, A. Rele, G. Shenoy, and D. Brenner, "Using the Internet in the Classroom: Variety in the Use of Walden's Paths", *Computers in the Social Studies Journal*, Vol. 9, No. 1 (January 2001), www.cssjournal.com.

13. F. Shipman and H. Hsieh, "Navigable History: A Reader's View of Writer's Time", *New Review of Hypermedia and Multimedia*, Vol. 6 (2000), pp. 147-167.

14. F. Shipman, R. Furuta, D. Brenner, C. Chung, and H. Hsieh, "Guided Paths through Web-Based Collections: Design, Experiences, and Adaptations", *Journal of the American Society for Information Science (JASIS)*, Vol. 51, No. 3 (2000), pp. 260-272.

15. F. Shipman and C. Marshall, "Spatial Hypertext: An Alternative to Navigational and Semantic Links", *ACM Computing Surveys Electronic Symposium*, Vol. 31, No. 4es (Dec. 1999).

16. F. Shipman and C. Marshall, "Formality Considered Harmful: Experiences, Emerging Themes, and Directions on the Use of Formal Representations in Interactive Systems", *Computer-Supported Cooperative Work*, Vol. 8, No. 4 (Fall, 1999), pp. 333-352.

17. F. Shipman and R. McCall, "Supporting Incremental Formalization with the Hyper-Object Substrate", *ACM Transactions on Information Systems*, Vol. 17, No. 2 (April, 1999), pp. 199-227.

18. F. Shipman, C. Marshall, R. Furuta, D. Brenner, H. Hsieh, and V. Kumar, "Using Networked Information to Create Educational Guided Paths", *International Journal of Educational Telecommunications (IJET)*, Vol. 3, No. 4 (1997), pp. 383-400.

19. F. Shipman and R. McCall, "Integrating Different Perspectives on Design Rationale: Supporting the Emergence of Design Rationale from Design Communication", *Artificial Intelligence in Engineering Design, Analysis, and Manufacturing (AIEDAM)*, Vol. 11, No. 2 (1997), pp. 141-154.

20. C. Marshall and F. Shipman, "Spatial Hypertext: Designing for Change", *Communications of the ACM*, Vol. 38, No. 8 (August, 1995), pp. 88-97.

21. C. Marshall, F. Shipman, and R. McCall, "Making Large-Scale Information Resources Serve Communities of Practice", *Journal of Management Information Systems*, Vol. 11, No. 4 (Spring 1995), pp. 65-86.

22. G. Fischer, J. Grudin, A. Lemke, R. McCall, J. Ostwald, B. Reeves, and F. Shipman, "Supporting Indirect, Collaborative Design with Integrated Knowledge-Based Design Environments", *Human-Computer Interaction*, Vol. 7, No. 3 (1992), pp. 281-314.

**Refereed Conference Publications**

1. G. Dzodom, A. Kulkarni, C. Marshall, and F. Shipman, "Keeping People Playing: The Effects of Domain News Presentation on Player Engagement in Educational Prediction Games", *Proceedings of ACM Hypertext 2020*, 2020, pp. 47-52. (34%)

2. F. Shipman and C. Marshall, "Ownership, Privacy, and Control in the Wake of Cambridge Analytica: The Relationship between Attitudes and Awareness", *Proceedings of ACM Conference on Human Factors in Computing Systems (CHI)*, 2020, pp. 1-12. (24%)

3. F. Shipman and C. Monteiro, "Crawling and Classification Strategies for Generating a Multi-Language Corpus of Sign Language Video", *Proceedings of ACM/IEEE Joint Conference on Digital Libraries*, 2019, pp. 97-106. (30%)

4. C. Marshall and F. Shipman, "The Ownership and Control of Online Photos and Game Data: Patterns, Trends, and Keeping Pace with Evolving Circumstances", *Proceedings of ACM/IEEE Joint Conference on Digital Libraries*, 2019, pp. 87-96. (30%) **(Nominated for best paper award)**

5. F. Poursardar and F. Shipman, "How Perceptions of Web Resource Boundaries Differ for Institutional and Personal Archives", *Proceedings of IEEE International Conference on Information Reuse and Integration for Data Science*, 2018, pp. 126-129.

6. C. Monteiro, F. Shipman, and R. Gutierrez-Osuna, "Comparing Visual, Textual, and Multimodal Features for Detecting Sign Language in Video Sharing Sites", *IEEE International Conference on Multimedia Information Processing and Retrieval*, 2018, pp. 7-12. (19%) **(Won best paper award.)**

7. F. Shipman, S. Duggina, C. Monteiro, and R. Gutierrez-Osuna, "Speed-Accuracy Tradeoffs for Detecting Sign Language Content in Video Sharing Sites", *Proceedings of ACM SIGACCESS Conference on Computers and Accessibility (ASSETS 2017)*, 2017, pp. 185-189. (26%)

8. S. Jayarathna and F. Shipman, "Analysis and Modeling of Unified User Interest", *Proceedings of IEEE International Conference on Information Reuse and Integration (IRI 2017)*, 2017, pp. 298-307. (54%)

9. F. Poursardar and F. Shipman, "What is Part of that Resource? User Expectations for Personal Archiving", *Proceedings of ACM/IEEE Joint Conference on Digital Libraries*, 2017, pp. 1-4. (32%)

10. C. Monteiro, C. Mathew, R. Gutierrez-Osuna, and F. Shipman, "Detecting and Identifying Sign Languages through Visual Features", *Proceedings of IEEE International Symposium on Multimedia 2016*, 2016, pp. 287-290. (57%)

11. A. Girgensohn, J. Marlow, F. Shipman, and L. Wilcox, "Guiding Users through Asynchronous Meeting Content with Hypervideo Playback Plans", *Proceedings of ACM Hypertext 2016*, 2016, pp. 49-59. (30%)

12. L. Meneses, S. Jayarathna, R. Furuta, and F. Shipman, "Analyzing the Perceptions of Change in a Distributed Collection of Web Documents", *Proceedings of ACM Hypertext 2016*, 2016, pp. 273-278. (~60%)

13. G. Dzodom, F. Shipman, "Data-Driven Prediction Games", *Human Factors in Computing Systems: Proceedings of ACM CHI 2016 Late Breaking Work*, 2016, pp. 1857-1864. (43%)

14. S. Jayarathna and F. Shipman, "Rationale and Architecture for Incorporating Human Oculomotor Plant Features in User Interest Modeling", *Proceedings of the ACM Conference on Human Information Interaction and Retrieval*, 2016, pp. 281-284. (50%)

15. F. Poursardar and F. Shipman, "On Identifying the Bounds of an Internet Resource", *Proceedings of the ACM Conference on Human Information Interaction and Retrieval*, 2016, pp. 305-308. (50%)

16. A. Girgensohn, J. Marlow, F. Shipman, and L. Wilcox, "HyperMeeting: Supporting Asynchronous Meetings with Hypervideo", *Proceedings of ACM Multimedia 2015*, 2015, pp. 611-620. (21%)

17. S. Jayarathna, A. Patra, and F. Shipman, "Unified Relevance Feedback for Multi-Application User Interest Modeling", *Proceedings of ACM/IEEE Joint Conference on Digital Libraries*, 2015, pp. 129-138. (30%) **(Nominated for best student paper award)**

18. F. Shipman, R. Gutierrez-Osuna, T. Shipman, C. Monteiro, and V. Karappa, "Towards a Distributed Digital Library for Sign Language Content", *Proceedings of ACM/IEEE Joint Conference on Digital Libraries*, 2015, pp. 187-190. (50%)

19. M. Villela, S. Xavier, R. Prates, M. Prates, F. Shipman, A. Prates, and A. Cardoso, "Contrasting People's Attitudes Towards Self-disclosure in Online Social Networks and Face-to-Face Settings", *Proceedings of the International Conference on Collaboration and Technology (CRIWG)*, 2015, pp. 232-248. (42%)

20. C. Marshall and F. Shipman, "Exploring the Ownership and Persistent Value of Facebook Content", *Proceedings of ACM Computer Supported Cooperative Work*, 2015, pp. 712-723. (28%)

21. S.I. Park and F. Shipman, "PerCon: A Personal Digital Library for Heterogeneous Data", *Proceedings of Digital Libraries*, 2014, pp. 97-106. (28%)

22. C. Marshall and F. Shipman, "An Argument for Archiving Facebook as a Heterogeneous Personal Store", *Proceedings of Digital Libraries*, 2014, pp. 11-20. (28%)

23. F. Shipman and C. Marshall, "Creating and Sharing Records of Multiplayer Online Game Play: Practices and Attitudes", *Proceedings of AAAI Conference on Weblogs and Social Media*, 2014, pp. 456-465. (23%)

24. V. Karappa, C. Monteiro, F. Shipman, R. Gutierrez-Osuna, "Detection of Sign-Language Content in Video through Polar Motion Profiles", *Proceedings of IEEE International Conference on Acoustics, Speech, and Signal Processing*, 2014, pp. 1922-1303. (50%)

25. Z. Zhou, S. Jayarathna, A. Patra, and F. Shipman, "IPM-G: Enabling Collaborative Filtering Using Multi-Application Interest Models", *Proceedings of the International Conference on Semantics, Knowledge, and Grids*, 2014, pp. 141-144.

26. L. Meneses, H. Barthwal, S. Singh, R. Furuta, and F. Shipman, "Restoring Semantically Incomplete Document Collections Using Lexical Signatures", *Proceedings of the International Conference on Theory and Practice of Digital Libraries*, 2013, pp. 321-332. (24%)

27. A. Zacchi and F. Shipman, "Organizing Documents to Support Activities", *Proceedings of the SouthCHI Conference*, 2013, pp. 420-439. (22%)

28. C. Marshall and F. Shipman, "Saving, Reusing, and Remixing Web Video: Using attitudes and practices to reveal social norms", *Proceedings of World Wide Web 2013 Conference*, 2013, pp. 885-896. (15%)

29. F. Shipman and C. Marshall, "Are User-contributed Reviews Community Property? Exploring the Beliefs and Practices of Reviewers", *Proceedings of Web Science 2013 Conference*, 2013, pp. 386-395. (<20%) **(Nominated for best paper award)**

30. C. Marshall and F. Shipman, "Experiences Surveying the Crowd: Reflections on Methods, Participation, and Reliability", *Proceedings of Web Science 2013 Conference*, 2013, pp. 234-243. (<20%) **(Won best paper award)**

31. C. Monteiro, R. Gutierrez-Osuna, and F. Shipman, "Design and Evaluation of Classifier for Identifying Sign Language Videos in Video Sharing Sites", *Proceedings of ACM SIGACCESS Conference on Computers and Accessibility*, 2012, pp. 191-198. (28%)

32. D. Kim and F. Shipman, "Visualizing History to Improve Users' Location and Comprehension of Collaborative Work", *Proceedings of ACM Group 2012 Conference,* 2012, pp. 11-20. (37%)

33. L. Meneses, R. Furuta and F. Shipman, "Identifying 'Soft 404' Error Pages: Analyzing the Lexical Signatures of Documents in Distributed Collections", *Proceedings of the International Conference on Theory and Practice of Digital Libraries*, 2012, pp. 197-208. (18%)

34. Y. Li, P. Bogen, D. Pogue, R. Furuta and F. Shipman, "CoWPaths: Collaborative Authoring of Walden's Paths", *Proceedings of the International Conference on Theory and Practice of Digital Libraries*, 2012, pp. 461-467. (33%)

35. C. Marshall and F. Shipman, "On the Institutional Archiving of Social Media", *Proceedings of ACM & IEEE Joint Conference on Digital Libraries 2012*, 2012, pp. 1-10. (29%)

36. P. Bogen, R. Furuta, and F. Shipman, "A Quantiative Evaluation of Techniques for Detection of Abnormal Change Events in Blogs", *Proceedings of ACM & IEEE Joint Conference on Digital Libraries 2012*, 2012, pp.157-166. (29%)

37. A. Girgensohn, F. Shipman, L. Wilcox, Q. Liu, C. Liao, and Y. Oneda. "A Tool for Authoring Unambiguous Links from Printed Content to Digital Media", *Proceedings of ACM Multimedia*, 2011, pp. 1561-1564. (36%)

38. P. Bogen, D. Pogue, Y. Li, F. Pourdardar, F. Shipman, and R. Furuta. "WPv4: A Re-imagined Walden's Paths to Support Diverse User Communities", *Proceedings of the International Conference on Theory and Practice of Digital Libraries*, 2011, pp. 159-168. (19%)

39. M. Akbar, W. Fan, C. Shaffer, Y. Chen, L. Cassel, L. Delcambre, D. Garcia, G. Hislop, F. Shipman, R. Furuta, S. Carpenter, H. Hsieh, B. Siegfried, and E. Fox. "Digital Library 2.0 for Educational Resources", *Proceedings of the International Conference on Theory and Practice of Digital Libraries*, 2011, pp. 89-100. (19%)

40. C. Marshall and F. Shipman, "The Ownership and Reuse of Visual Media", *Proceedings of ACM & IEEE Joint Conference on Digital Libraries 2011*, 2011, pp. 157-166. (29%) **(Nominated for best paper award)**

41. A. Girgensohn, F. Shipman, and L. Wilcox, "Adaptive Clustering and Interactive Visualizations to Support the Selection of Video Clips", *Proceedings of ACM International Conference on Multimedia Retrieval 2011*, 2011, Article No. 34. (16%)

42. C. Marshall and F. Shipman, "Attitudes about Institutional Archiving of Social Media", *Proceedings of IS&T Archiving Conference 2011*, 2011, pp. 194-198.

43. C. Marshall and F. Shipman, "Social Media Ownership: Using Twitter as a Window onto Current Attitudes and Beliefs", *Human Factors in Computing Systems: Proceedings of ACM CHI 2011*, 2011, pp. 1081-1090. (26%)

44. P. Davis and F. Shipman, "Learning Usability Assessment Models for Web Sites", *Proceedings of ACM Conference on Intelligent User Interfaces (IUI)*, 2011, pp. 195-204. (17%)

45. K. Meintanis and F. Shipman, "Visual Expression for Organizing and Accessing Music Collections in MusicWiz", *Proceedings of European Conference on Digital Libraries*, 2010, pp. 80-91. (22%)

46. P. Brusilovsky, L. Cassel, L. Delcambre, E. Fox, R. Furuta, D. Garcia, F. Shipman, M. Yudelson, and P. Bogen, "Enhancing Digital Libraries with Social Navigation: The Case of Ensemble", *Proceedings of European Conference on Digital Libraries*, 2010, pp. 116-123. (36%)

47. D. Kim and F. Shipman, "Interpretation and Visualization of User History in a Spatial Hypertext System", *Proceedings of ACM Hypertext*, 2010, pp. 255-264. (20%)

48. H. Hsieh, K. Pauls, A. Jansen, G. Nimmagadda, and F. Shipman, "Assisting Two-Way Mapping Generation in Hypermedia Workspace", *Proceedings of ACM Hypertext*, 2010, pp. 99-108. (20%)

49. D. Corlette and F. Shipman, "Link Prediction Applied to an Open Large-Scale Online Social Network", *Proceedings of ACM Hypertext*, 2010, pp. 135-140. (37%)

50. S. Bae, D. Kim, K. Meintanis, J.M. Moore, A. Zacchi, F. Shipman, H. Hsieh, and C. Marshall, "Supporting Document Triage via Annotation-Based Multi-Application Visualizations", *Proceedings of ACM and IEEE Joint Conference on Digital Libraries (JCDL)*, 2010, pp. 177-186. (29%)

51. A. Girgensohn, F. Shipman, T. Turner, and L. Wilcox, "Flexible Access to Photo Libraries via Time, Place, Tags, and Visual Features", *Proceedings of ACM and IEEE Joint Conference on Digital Libraries (JCDL)*, 2010, pp. 187-196. (29%)

52. E. Fox, Y. Chen, M. Akbar, C. Shaffer, S. Edwards, P. Brusilovsky, D. Garcia, L. Delcambre, F. Decker, D. Archer, R. Furuta, F. Shipman, S. Carpenter, and L. Cassel, "Ensemble PDP-8: Eight Principles for Distributed Portals", *Proceedings of ACM and IEEE Joint Conference on Digital Libraries (JCDL)*, 2010, pp. 341-344. (29%)

53. A. Girgensohn, F. Shipman, F. Chen, and L. Wilcox, "DocuBrowse: Faceted Searching, Browsing, and Recommendations in an Enterprise Context", *Proceedings of ACM Conference on Intelligent User Interfaces (IUI)*, 2010, pp. 189-198. (22%)

54. D. Corlette and F. Shipman, "Capturing On-line Social Network Link Dynamics using Event-Driven Sampling", *Proceedings of the International Symposium on Social Intelligence and Networking (SIN09)*, 2009. (~20%)

55. F. Shipman, "Blending the Real and Virtual in Games: The Model of Fantasy Sports", *Proceedings of the Fourth International Conference on the Foundations of Digital Games*, 2009, pp. 169-174. (28%)

56. A. Girgensohn, F. Shipman, L. Wilcox, T. Turner, and M. Cooper, "MediaGLOW: Organizing Photos in a Graph-based Workspace", *Proceedings of ACM Intelligent User Interfaces 2009*, 2009, pp. 419-424. (29%)

57. A. Girgensohn, F. Shipman, and L. Wilcox, "Determining Activity Patterns in Retail Spaces through Video Analysis", *Proceedings of ACM Multimedia 2008*, 2008, pp. 889-892. (33%)

58. J.M. Moore and F. Shipman, "Combining Spatial and Textual Analysis to Support Design Exploration", *Proceedings of the IEEE Automated Software Engineering Conference*, 2008, pp. 35. (25%)

59. K. Meintanis and F. Shipman, "Creating and Evaluating Multi-Phrase Music Summaries", *Proceedings of International Conference on Music Information Retrieval (ISMIR)*, 2008, pp. 507-512. (14%)

60. P. Bogen, J. Johnston, U. Karadkar, R. Furuta and F. Shipman, "Application of Kalman Filters to Identify Unexpected Change in Blogs", *Proceedings of the ACM and IEEE Joint Conference on Digital Libraries*, 2008, pp. 305-312. (28%)

61. S. Bae, H. Hsieh, D. Kim, C. Marshall, K. Meintanis, J.M. Moore, A. Zacchi, and F. Shipman, "Supporting Document Triage via Annotation-based Visualizations", *Proceedings of the Annual Meeting of the American Society of Information Science & Technology (ASIS&T)*, 2008.

62. A. Girgensohn, D. Kimber, J. Vaughan, T. Yang, F. Shipman, T. Turner, E. Rieffel, L. Wilcox, F. Chen, and A. Dunnigan, "DOTS: Support for Effective Video Surveillance", *Proceedings of ACM Multimedia 2007*, 2007, pp. 423-432. (20%)

63. A. Zacchi and F. Shipman, "Personal Environment Management", *Proceedings of European Conference on Digital Libraries*, 2007, pp. 345-356. (30%)

64. D. Kimber, A. Dunnigan, A. Girgensohn, F. Shipman, T. Turner, and T. Yang, "Trailblazing: Video Playback Control by Direct Object Manipulation", *Proceedings of the IEEE International Conference on Multimedia and Expo (ICME)*, 2007, pp. 1015-1018.

65. P. Bogen, L. Francisco-Revilla, R. Furuta, T. Hubbard, U. Karadkar, and F. Shipman, "Longitudinal Study of Changes in Blogs", *Proceedings of the ACM and IEEE Joint Conference on Digital Libraries*, 2007, pp. 135-136. (41%)

66. A. Girgensohn, F. Shipman, T. Turner, and L. Wilcox, "Effects of Presenting Geographic Context on Tracking Activity Between Cameras", *Human Factors in Computing Systems: Proceedings of ACM CHI 2007*, 2007, pp. 1167-1176. (25%)

67. A. Girgensohn, F. Shipman, A. Dunnigan, T. Turner, and L. Wilcox, "Support for Effective Use of Multiple Video Streams in Security", *Proceedings of 4th ACM International Workshop on Video Surveillance & Sensor Networks*, 2006, pp. 19-26. (39%)

68. S. Bae, C. Marshall, K. Meintanis, A. Zacchi, H. Hsieh, J.M. Moore, and F. Shipman, "Patterns of Reading and Organizing Information in Document Triage", *Proceedings of the Annual Meeting of the American Society of Information Science & Technology (ASIS&T)*, 2006.

69. S. Davis, P. Bogen, L. Cifuentes, L. Francisco-Revilla, R. Furuta, T. Hubbard, U. Karadkar, D. Pogue, and F. Shipman, "Template-based Authoring of Educational Artifacts", *Proceedings of the ACM/IEEE Joint Conference on Digital Libraries*, 2006, pp. 242-243. (36%)

70. R. Badi, S. Bae, J.M. Moore, K. Meintanis, A. Zacchi, H. Hsieh, C. Marshall, F. Shipman, "Recognizing User Interest and Document Value from Reading and Organizing Activities in Document Triage", *Proceedings of ACM Intelligent User Interfaces*, 2006, pp. 218-225. (24%)

71. F. Shipman, A. Girgensohn, L. Wilcox, "Hypervideo Expression: Experiences with Hyper-Hitchcock", *Proceedings of ACM Hypertext*, 2005, pp. 217-226. (31%)

72. L. Francisco-Revilla and F. Shipman, "Parsing and Interpreting Ambiguous Structures", *Proceedings of ACM Hypertext*, 2005, pp. 107-116. (31%)

73. H. Hsieh and F. Shipman, "Activity Links: Supporting Communication and Reflection about Action", *Proceedings of ACM Hypertext*, 2005, pp. 161-170. (31%)

74. S. Bae, R. Badi, K. Meintanis, J.M. Moore, A. Zacchi, H. Hsieh, C. Marshall, and F. Shipman, "Effects of Display Configurations on Document Triage", *Proceedings of IFIP Interact 2005 Conference*, 2005, pp. 130-143. (26%)

75. L. Francisco-Revilla and F. Shipman, "Instructional Information in Adaptive Spatial Hypertext", *Proceedings of ACM Document Engineering*, 2004, pp. 124-133. (39%)

76. P. Dave, L. Francisco-Revilla, U. Karadkar, R. Furuta, F. Shipman, and P. Bogen, "Incorporating Physical and Digital Archives into Growing Personal Collections", *Proceedings of European Conference on Digital Libraries*, 2004, pp. 341-352. (32%)

77. J. Leggett and F. Shipman, "Directions for Hypertext Research: Exploring the Design Space for Interactive Scholarly Communication", *Proceedings of ACM Hypertext*, 2004, pp. 2-11. (27%)

78. P. Dave, P. Bogen, U. Karadkar, L. Francisco-Revilla, R. Furuta, and F. Shipman, "Dynamically Growing Hypertext Collections", *Proceedings of ACM Hypertext*, 2004, pp. 171-180. (27%)

79. L. Francisco-Revilla and F. Shipman, "WARP: A Web-based Dynamic Spatial Hypertext", *Proceedings of ACM Hypertext*, 2004, pp. 235-236. (45%)

80. L. Francisco-Revilla and F. Shipman, "Managing Conflict in Multi-model Adaptive Spatial Hypertext", *Proceedings of ACM Hypertext*, 2004, pp. 237-238. (45%)

81. F. Shipman, H. Hsieh, J.M. Moore, A. Zacchi, "Supporting Personal Collections across Digital Libraries in Spatial Hypertext", *Proceedings of the ACM and IEEE Joint Conference on Digital Libraries*, 2004, pp. 358-367. (30%) **(Nominated for best paper award)**

82. Z. Dalel, S. Dash, P. Dave, L. Francisco-Revilla, R. Furuta, U. Karadkar, and F. Shipman, "Managing Distributed Collections: Evaluating Web Page Changes, Movement, and Replacement", *Proceedings of the ACM and IEEE Joint Conference on Digital Libraries*, 2004, pp. 160-168. (30%)

83. A. Girgensohn, L. Wilcox, F. Shipman, and S. Bly, "Designing Affordances for the Navigation of Detail-on-Demand Hypervideo", *Proceedings of ACM Advanced Visual Interfaces*, 2004, pp. 290-297. (19%)

84. S. Kumar, N. Taylor, L. Nguyen, S. Crawford, and F. Shipman, "Digital Scrapbook", to appear at *International Conference on Computing, Communications and Control Technologies: CCCT'04*, 2004.

85. S. Kumar, S. Sinvhal, J. Lam, S. Ahn, T. Cifti, and F. Shipman, "Intelligent Online University", *21st Annual Conference of Association of Management (AoM)/International Association of Management (IAoM)*, 2004.

86. F. Shipman, A. Girgensohn, and L. Wilcox, "Generation of Interactive Multi-Level Video Summaries", *Proceedings of ACM Multimedia,* 2003, pp. 392-401. (17%)

87. A. Arora, E. Barker, U. Karadkar, P. Dave, L. Francisco-Revilla, R. Furuta, F. Shipman, S. Dash, and Z. Dalal, "The Waldens Paths Quiz Engine", *Proceedings of E-Learn,* 2003, pp. 2052-2059. (29%)

88. A. Girgensohn, F. Shipman, L. Wilcox, "Hypervideo Summaries", *Proceedings of SPIE ITCom*, 2003.

89. F. Shipman, A. Girgensohn, and L. Wilcox, "Hyper-Hitchcock: Towards the Easy Authoring of Interactive Video", *Proceedings of IFIP Interact 2003 Conference*, pp. 33-40. (30%)

90. F. Shipman, A. Girgensohn, and L. Wilcox, "Combining Spatial and Navigational Structure in the Hyper-Hitchcock Hypervideo Editor", *Proceedings of ACM Hypertext*, 2003, pp. 124-125. (33%)

91. C. Marshall and F. Shipman, "Which Semantic Web?", *Proceedings of ACM Hypertext,* 2003, pp. 57-66. (26%) **(Nominated for best paper award)**

92. P. Dave, U. Karadkar, R. Furuta, L. Francisco-Revilla, F. Shipman, S. Dash, and Z. Dalal, "Browsing Intricately Interconnected Paths", *Proceedings of ACM Hypertext*, 2003, pp. 95-103. (26%)

93. F. Shipman, M. Price, C. Marshall, and G. Golovchinsky, "Identifying Useful Passages in Documents based on Annotation Patterns", *Proceedings of the European Conference on Digital Libraries*, 2003, pp. 101-112. (29%)

94. U. Karadkar, A. Kerne, R. Furuta, L. Francisco-Revilla, F. Shipman, and J. Wang, "Connecting Interface Metaphors to Support Creation of Hypermedia Collections", *Proceedings of the European Conference on Digital Libraries*, 2003, pp. 338-349. (29%)

95. F. Shipman, A. Girgensohn, and L. Wilcox, "Creating Navigable Multi-Level Video Summaries", *Proceedings of the IEEE International Conference on Multimedia and Expo (ICME) 2003*, Vol. II, pp. 753-756. (57%)

96. H. Hsieh and F. Shipman, "Manipulating Structured Information in a Visual Workspace", *Proceedings of ACM Conference on User Interface Software and Technology 2002*, 2002, pp. 217-226. (~20%) **(Won best student paper award)**

97. F. Shipman, J.M. Moore, P. Maloor, H. Hsieh, and R. Akkapeddi, "Semantics Happen: Knowledge Building in Spatial Hypertext", *Proceedings of the ACM Conference on Hypertext*, 2002, pp. 25-34. (31%) **(Nominated for best paper award)**

98. F. Shipman, R. Airhart, H. Hsieh, P. Maloor, J.M. Moore, and D. Shah, "Visual and Spatial Communication and Task Organization in the Visual Knowledge Builder", *Proceedings of the ACM 2001 Group Conference*, 2001, pp. 260-269. (30%)

99. F. Shipman, H. Hsieh, R. Airhart, P. Maloor, and J.M. Moore, "The Visual Knowledge Builder: A Second Generation Spatial Hypertext", *Proceedings of the ACM Conference on Hypertext*, 2001, pp. 113-122. (27%)

100. L. Francisco-Revilla, F. Shipman, U. Karadkar, R. Furuta, and A. Arora, "Perception of Content, Structure, and Presentation Changes in Web-based Hypertext", *Proceedings of the ACM Conference on Hypertext*, 2001, pp. 205-214. (27%)

101. F. Shipman, H. Hsieh, R. Airhart, P. Maloor, J.M. Moore, and D. Shah, "Emergent Structure in Analytic Workspaces: Design and Use of the Visual Knowledge Builder", *Proceedings of IFIP Interact 2001 Conference*, pp. 132-139. (33%)

102. A. Girgensohn, S. Bly, F. Shipman, J. Boreczky, and L. Wilcox, "Home Video Editing Made Easy: Balancing Automation and User Control", *Proceedings of IFIP Interact 2001 Conference,* pp. 464-471. (33%)

103. L. Francisco-Revilla, F. Shipman, R. Furuta, U. Karadkar, and A. Arora, "Managing Change on the Web", *Proceedings of the ACM and IEEE Joint Conference on Digital Libraries*, 2001, pp. 67-76. (35%)

104. F. Shipman, "Blending the Real and Virtual: Activity and Spectatorship in Fantasy Sports", *Proceedings of the Conference on Digital Arts and Culture*, 2001. (http://www.stg.brown.edu/conferences/DAC/) (~35%)

105. U. Karadkar, L. Francisco-Revilla, R. Furuta, F. Shipman, and A. Arora, "Supporting Multilingual Paths over the WWW", *Proceedings of Asian Conference on Digital Libraries 2000*, 2000, pp. 177-184.

106. U. Karadkar, L. Francisco-Revilla, R. Furuta, and F. Shipman, "Structuring Access to a Dynamic Collection of Digital Documents: The Walden's Paths Virtual Directories", *Proceedings of the Eighth International Conference on Digital Documents and Electronic Publishing*, 2000, pp. 91-103.

107. U. Karadkar, L. Francisco-Revilla, R. Furuta, H. Hsieh, and F. Shipman, "Evolution of the Walden's Paths Authoring Tools", *Proceedings of WebNet 2000*, 2000, pp. 299-304. (34%)

108. J.M. Moore and F. Shipman, "A Comparison of Questionnaire-Based and GUI-Based Requirements Gathering", *Proceedings of the IEEE Conference on Automated Software Engineering*, 2000, pp. 35-44. (~20%) **(Nominated for best paper award.)**

109. H. Hsieh and F. Shipman, "VITE: A Visual Interface Supporting the Direct Manipulation of Structured Data Using Two-Way Mappings", *Proceedings of ACM Conference on Intelligent User Interfaces 2000*, 2000, pp. 141-148. (~25%)

110. L. Francisco-Revilla and F. Shipman, "Adaptive Medical Information Delivery Combining User, Task, and Situation Models", *Proceedings of ACM Conference on Intelligent User Interfaces 2000*, 2000, pp. 94-97. (~25%)

111. R. Furuta, F. Shipman, L. Francisco-Revilla, H. Hsieh, U. Karadkar, and S. Hu, "Ephemeral Paths on the WWW: The Walden's Paths Lightweight Path Mechanism", *Proceedings of WebNet '99*, 1999, pp. 409-414. (43%)

112. F. Shipman, R. Furuta, H. Hsieh, L. Francisco-Revilla, U. Karadkar, A. Rele, G. Shenoy, and D. Brenner, "Using the Internet in the Classroom: Variety in the Use of Walden's Paths", *Proceedings of Ed-Media '99: World Conference on Educational Multimedia, Hypermedia, & Telecommunications, 9*, 1999, pp. 335-340. (31%)

113. F. Shipman, C. Marshall, and M. LeMere, "Beyond Location: Hypertext Workspaces and Non-Linear Views", *ACM Hypertext '99 Proceedings*, 1999, pp. 121-130. (32%) **(Won Engelbart best paper award)**

114. F. Shipman, R. Furuta, D. Brenner, C. Chung, and H. Hsieh, "Using Paths in the Classroom: Experiences and Adaptations", *ACM Hypertext '98 Proceedings*, 1998, pp. 267-276. (37%)

115. A. Stricker, and F. Shipman, "Collaborative knowledge building and distributed intelligence decision-making software aids", *Proceedings of the Psychology in the Department of Defense Symposium*, United States Air Force Academy, CO, 1998.

116. R. Furuta, F. Shipman, C. Marshall, D. Brenner, and H. Hsieh, "Hypertext Paths and the World-Wide Web: Experiences with Walden's Paths", *ACM Hypertext '97 Proceedings*, 1997, pp. 167-176. (~25%) **(Nominated for best paper award)**

117. C. Marshall and F. Shipman, "Spatial Hypertext and the Practice of Information Triage", *ACM Hypertext '97 Proceedings*, 1997, pp. 124-133. (~25%) **(Nominated for best paper award)**

118. F. Shipman, R. Furuta, and C. Marshall, "Generating Web-Based Presentations in Spatial Hypertext", *Proceedings of ACM Conference on Intelligent User Interfaces '97*, 1997, pp. 71-78. (34%)

119. F. Shipman, C. Marshall, R. Furuta, D. Brenner, H. Hsieh, and V. Kumar, "Creating Educational Guided Paths over the World-Wide Web", *Proceedings of Ed-Telecom '96*, 1996, pp. 326-331.

120. R. Furuta, C. Marshall, F. Shipman, and J. Leggett, "Physical Objects in the Digital Library", *Proceedings of ACM Digital Libraries '96 (DL '96)*, 1996, pp. 109-115. (35%)

121. P. Nuernberg, R. Furuta, J. Leggett, C. Marshall, and F. Shipman, "Digital Libraries: Issues and Architectures", *Proceedings of Digital Libraries '95 (DL '95)*, 1995, pp. 147-154. (42%)

122. F. Shipman, C. Marshall, and T. Moran "Finding and Using Implicit Structure in Human-Organized Spatial Layouts of Information", *Human Factors in Computing Systems: Proceedings of ACM CHI '95*, 1995, 346-353. (~20%)

123. C. Marshall, F. Shipman, and J. Coombs, "VIKI: Spatial Hypertext Supporting Emergent Structure", *Proceedings of 1994 ACM European Conference on Hypermedia Technology (ECHT '94)*, 1994, pp. 13-23. (22%)

124. A. Girgensohn, D. Redmiles, and F. Shipman, "Agent-Based Support for Communication between Developers and Users in Software Design", *Proceedings of IEEE Conference on Knowledge-Based Software Engineering (KBSE '94)*, 1994, pp. 22-29. (~40%)

125. C. Marshall, F. Shipman, and R. McCall, "Putting Digital Libraries to Work: Issues from Experience with Community Memories", *Proceedings of Digital Libraries (DL '94)*, 1994, pp. 126-133. (51%)

126. F. Shipman and R. McCall, "Supporting Knowledge-Base Evolution with Incremental Formalization", *Human Factors in Computing Systems: Proceedings of ACM CHI '94*, 1994, pp. 285-291. (~20%)

127. G. Fischer, R. McCall, J. Ostwald, B. Reeves, and F. Shipman, "Seeding, Evolutionary Growth, and Reseeding: Supporting the Incremental Development of Design Environments", *Human Factors in Computing Systems: Proceedings of ACM CHI '94*, 1994, pp. 292-298. (~20%)

128. C. Marshall and F. Shipman, "Searching for the Missing Link: Discovering Implicit Structure in Spatial Hypertext", *ACM Hypertext '93 Proceedings*, 1993, pp. 217-230. (20%)

129. B. Reeves and F. Shipman, "Supporting Communication Between Designers With Artifact-Centered Evolving Information Spaces", *Proceedings of the 1992 ACM Conference on Computer Supported Cooperative Work*, 1992, pp. 394-401. (25%)

130. A. Girgensohn and F. Shipman, "Supporting Knowledge Acquisition by End Users: Tools and Representations", *Proceedings of the ACM Symposium of Applied Computing*, 1992, pp. 340-348. (57%)

131. A. Jarczyk, P. Löffler, and F. Shipman, "Design Rationale for Software Engineering: A Survey", *Proceedings of the Twenty-Fifth Annual Hawaii International Conference on System Sciences*, 1992, pp. 577-586. (~45%)

132. R. McCall, J. Ostwald, and F. Shipman, "Supporting Designers' Access to Information through Virtually Structured Hypermedia", *Proceedings of IFIP Conference on Intelligent Computer Aided Design*, 1991, pp. 116-127.

133. R. McCall, P. Bennett, P. d'Oronzio, J. Ostwald, F. Shipman, and N. Wallace "PHIDIAS: Integrating CAD graphics into Dynamic Hypertext", in A. Rizk, N. Streitz, and J. Andre, editors, *Hypertext: Concepts, Systems and Applications (Proceedings of the European Conference on HyperText)*, 1990, pp. 152-165. (20%)

134. R. McCall, J. Ostwald, F. Shipman, and N. Wallace, "The PHIDIAS HyperCAD System: Extending CAD with Hypermedia", *Proceedings of the Association of Computer Aided Design in Architecture (ACADIA) Conference*, 1990, pp. 145-156. (~30%)

135. F. Shipman, R. Chaney, and G. Gorry, "Distributed Hypertext for Collaborative Research: The Virtual Notebook System", *ACM Hypertext '89 Proceedings*, 1989, pp. 129-135. (24%)

136. R. Chaney, F. Shipman, and G. Gorry, "Using Hypertext to Facilitate Information Sharing in Biomedical Research Groups", *Proceedings of the 1989 Symposium for Computer Applications in Medical Care*, 1989, pp. 350-354.

## Book Chapters

1. A. Girgensohn, F. Shipman, J. Adcock, M. Cooper, and L. Wilcox, "Locating Information in Video by Browsing and Searching", in R. Hammoud, editor, *Interactive Video: Algorithms and Technologies*, Springer, 2006, pp. 207-224.

2. G. Fischer, J. Grudin, R. McCall, J. Ostwald, D. Redmiles, B. Reeves, and F. Shipman, "Seeding, Evolutionary Growth, and Reseeding: The Incremental Development of Collaborative Design Environments", in G. Olsen, J. Smith, and T. Malone, editors, *Coordination Theory and Collaboration Technology*, Mahwah, New Jersey: Lawrence Erlbaum Associates, 2001, pp. 447-472.

3. C. Marshall, F. Shipman, and R. McCall, "Making Large-Scale Information Resources Serve Communities of Practice", in Lesser, Fontaine, and Slusher, editors, *Knowledge and Communities*, Boston: Butterworth-Heinemann, 2000, pp. 225-247.

## Selected Workshop and Other Publications

1. G. Dzodom, F. Shipman, and M. Junnutula, "Communication in Prediction Games", poster presented at *TAPIA 2017*.

2. G. Dzodom, F. Shipman, R. Gargate, and R. Peterson, "Fantasy Forecaster: A Case Study in Gamifying Science Data", poster presented at *TAPIA 2016*.

3. L. Meneses, S. Jayarathna, R. Furuta, and F. Shipman, "Evaluating Unexpected Change in a Distributed Collection", *Workshop on Web Archiving and Digital Libraries*, 2016.

4. L. Meneses, S. Jayarathna, R. Furuta, and F. Shipman, "Grading Degradation in an Institutionally Managed Repository", *Proceedings of ACM/IEEE Joint Conference on Digital Libraries*, 2015, pp. 263-264. (poster)

5.  G. Dzodom and F. Shipman, "Data-Driven Web Entertainment: The Data Collection and Analysis Practices of Fantasy Sports Players", *Proceedings of ACM Web Science 2014*, 2014, pp. 293-294. (poster, ~40%)

6.  S. Jayarathna, A. Patra, and F. Shipman, "Mining User Interest from Search Tasks and Annotations", *Proceedings of ACM Conference on Information and Knowledge Management (CIKM 2013)*, 2013, pp. 1849-1852. (poster, 38%)

7.  C. Marshall and F. Shipman, "Whose Content is it Anyway?", *Human-Computer Interaction Consortium*, 2012.

8.  P. Bogen, F. Shipman, and R. Furuta. "An Analysis of Personal Collections among Users of Social Media". *Proceedings of the 11th ACM/IEEE-CS Joint Conference on Digital Libraries*, 2011, pp. 417-418.

9.  P. Bogen, D. Pogue, Y. Li, F. Pourdardar, F. Shipman, and R. Furuta. "WPv4: A Re-imagined Walden's Paths to Support Diverse User Communities". *Proceedings of the 11th ACM/IEEE-CS Joint Conference on Digital Libraries*, 2011, pp. 419-420.

10. P. Bogen, D. Pogue, S. Eppalapally, Y. Li, F. Pourdardar, F. Shipman, and R. Furuta. "Building and Maintaining Paths of Web-based Computer Science Content". *Proceedings of the 42nd ACM Technical Symposium on Computer Science Education*, Dallas, TX, March 2011.

11. F. Shipman, L. Cassel, E. Fox, R. Furuta, L. Delcambre, B.S. Carpenter, G. Hislop, S. Edwards, and D. Garcia, "Ensemble: A Distributed Portal for the Distributed Community of Computing Education", *Proceedings of European Conference on Digital Libraries*, 2010. (poster, 53% acceptance)

12. B.S. Carpenter, R. Furuta, F. Shipman, A. Huie, D. Pogue, E.A. Fox, S. Lee, P. Brusilovsky, L. Cassel, and L. Delcambre, "Multiple sources with multiple portals: a demonstration of the ensemble computing portal in second life", *Proceedings of Joint Conference on Digital Libraries*, 2010, pp. 397-398. (demonstration)

13. P. Brusilovsky, L. Cassel, L. Delcambre, E. Fox, R.Furuta, D. Garcia, F. Shipman, M. Yudelson, Social Navigation for Educational Digital Libraries. In *Proceedings of the 1st Workshop on Recommender Systems for Technology Enhanced Learning (RecSysTEL 2010)*, also in Elsevier's *Procedia Computer Science* 1(2): 2889-2897, May 2010.

14. L. Cassel, E. Fox, F. Shipman, P. Busilovsky, W. Fan, D. Garcia, G. Hislop, R. Furuta, L. Delcambre, and S. Potluri, "Ensemble: Enriching Communities and Collections to Support Education in Computing", *Journal of Computing Sciences in Colleges*, Vol. 25, No. 6, pp. 24-26.

15. E. Fox, L. Cassel, S. Edwards, P. Brusilovsky, S. Carpenter, L. Delcambre, W. Fan, R. Furuta, F. Shipman, D. Garcia, G. Hislop, M. Johnson, D. Maier, M. Perez-Quinones, S. Seidman, C. Stephenson, H. Topi, B. York, Y. Chen, and M. Akbar, "ENSEMBLE: Supporting the Full Range of Computing Education Communities." Reviewed poster for *ACM SIGCSE 2010*, March 12, Milwaukee.

16. F. Shipman, "Interactive Visual Information Collections and Activity 2009", *D-Lib Magazine*, Vol. 15, No. 7/8, 2009. (www.dlib.org)

17. D. Kim and F. Shipman, "History Support for User Understanding in Collaborative Work", *Proceedings of the 2009 Symposium on Interactive Visual Information Collections and Activity (IVICA)*, 2009, pp. 17-22.

18. K. Meintanis and F. Shipman, "Expressing Personal Interpretations of Music Collections in Spatial Hypertext", *Proceedings of the 2009 Symposium on Interactive Visual Information Collections and Activity (IVICA)*, 2009, pp. 29-34.

19. S. Bae and F. Shipman, "Visualization of Web Documents Supporting Document Triage", *Proceedings of the 2009 Symposium on Interactive Visual Information Collections and Activity (IVICA)*, 2009, pp. 41-46

20. P. Brusilovsky, S.Carpenter, L. Cassel, L. Delcambre, S. Edwards, P. Fan, E. Fox, R. Furuta, D.Garcia, G. Hislop, M. Johnson, D. Maier, M. Perez-Quinones, S. Seidman, F. Shipman, C. Stephenson, H. Topi, and B. York. "Ensemble: Creating a National Digital Library for Computing Education" (Poster), *ACM SIGCSE 2009*, Chattanooga, TN, March 4-7, 2009.

21. C. Atzenbeck, "Interview with Frank Shipman", ACM SIGWEB Newsletter, Vol. 2008, Issue Autumn (Sept. 2008), Article No. 3.

22. A. Girgensohn, F. Shipman, L. Wilcox, and M. Cooper, "GLOW: Organizing and Classifying Photos in a Graph-based Workspace", *Dagstuhl Multimedia Workshop*, 2008.

23. H. Hsieh and F. Shipman, "VKB 3 Data Layer: Enhancing Visualization and Scalability", *Symposium on Interactive Visual Information Collections and Activity (IVICA)*, 2006.

24. D. Kim and F. Shipman, "Efficient Branched History Management Based on History Segmentation", *Symposium on Interactive Visual Information Collections and Activity (IVICA)*, 2006.

25. A. Girgensohn, F. Shipman, T. Turner, and L. Wilcox, "Interface Components for Monitoring Security Video", *ACM Symposoium on User Interface Software and Technology*, 2006.

26. A. Girgensohn, F. Shipman, T. Turner, and L. Wilcox, "Video Surveillance: Keeping the Human in the Loop", *ACM Symposoium on User Interface Software and Technology*, 2006.

27. P. Chiu, A. Girgensohn, S. Lertsithichai, W. Polak, and F. Shipman, "MediaMetro: Browsing Multimedia Document Collections with a 3D City Metaphor", *Proceedings of ACM Multimedia*, 2005, pp. 213-214.

28. H. Hsieh and F. Shipman, "Manipulating Structured Information in Spatial Hypertext", *Proceedings of the Workshop on Spatial Hypertext*, ACM Hypertext Conference, 2004.

29. L. Francisco-Revilla and F. Shipman, "Shared Readings in Spatial Hypermedia", *Proceedings of the Workshop on Spatial Hypertext*, ACM Hypertext Conference, 2004.

30. A. Girgensohn, F. Shipman, and L. Wilcox, "Hyper-Hitchcock: Authoring Interactive Videos and Generating Interactive Summaries", *Proceedings of ACM Multimedia,* 2003, pp. 92-93.

31. J. Doherty, A. Girgensohn, J. Helfman, F. Shipman, and L. Wilcox, "Detail-on-Demand Hypervideo", *Proceedings of ACM Multimedia,* 2003, pp. 600-601.

32. L. Francisco-Revilla and F. Shipman, "MASH: A Framework for Adaptive Spatial Hypermedia", *Proceedings of the Workshop on Spatial Hypertext*, ACM Hypertext Conference, 2003.

33. F. Shipman, "Managing Software Projects in Spatial Hypertext: Experiences in Dogfooding", *Proceedings of the Workshop on the State of the Art in Automated Software Engineering*, 2002.

34. F. Shipman, "Workspace History and the Structure of Hypertext Activity", *Proceedings of the Workshop on Spatial Hypertext*, ACM Hypertext Conference, 2002.

35. F. Shipman, "Seven Directions for Spatial Hypertext Research", *Proceedings of the Workshop on Spatial Hypertext*, ACM Hypertext Conference, 2001.

36. J.M. Moore and F. Shipman, "Requirements Elicitation using Visual and Textual Information", *Proceedings Fifth IEEE International Symposium on Requirements Engineering*, 2001, pp. 308-309.

37. L. Francisco-Revilla, and F. Shipman, "Adaptive Medical Information Delivery: Combining User, Situation, and Task Models", *ACM SIGWEB Newsletter*, 8 (1), February 1999, pp. 18-20.

38. F. Shipman, "Interfaces Supporting the Emergent Understanding of Information", *Proceedings of Workshop on Innovation and Evaluation in Information Exploration Interfaces*, ACM CHI Conference, 1998.

39. F. Shipman, "Supporting the Expression of Emergent Understanding", *Proceedings of Workshop on Interactive Systems for Supporting the Emergence of Concepts and Ideas*, ACM CHI Conference, 1997.

40. F. Shipman and B. Reeves, "Tacit Knowledge: Icebergs in Collaborative Design", *ACM SIGOIS Bulletin*, 17 (3), December 1996, pp. 24-32.

41. F. Shipman, "Using Non-Verbal Representations to Acquire Tacit Understanding", *Proceedings of Workshop on Tacit Knowledge: Icebergs in Collaborative Design at CSCW '96*, 1996.

42. F. Shipman and C. Marshall, "Roles, Characteristics, Affordances of Spatialized Information", *Proceedings of the ACM ECHT '94 Workshop on Spatial Metaphors*, ACM European Conference on Hypertext, 1994.

43. F. Shipman, *Supporting Knowledge-Base Evolution with Incremental Formalization*, Ph.D. Dissertation, Technical Report CU-CS-658-93, Department of Computer Science, University of Colorado, Boulder, 1993.

44. B. Reeves and F. Shipman, "Making it Easy for Designers to Provide Design Rationale", *Proceedings of the AAAI '92 Workshop on Design Rationale*, AAAI Conference, 1992, pp. 227-233.

**Patents (21 awarded)**

1. Systems and Methods for Automatic Emphasis of Freeform Annotations, (**awarded**, #6,900,819)
   C. Marshall, M. Price, W. Schilit, G. Golovchinsky, F. Shipman, K. Tanaka

2. Reduced Representations of Video Sequences, (**awarded**, #7,149,974)
   A. Girgensohn, F. Shipman, L. Wilcox, P. Chiu

3. Systems and Methods for Creating an Interactive 3D Visualization of Indexed Media (**awarded**, #7,340,678)
   P. Chiu, A. Girgensohn, S. Lertsithichai, W. Polak, F. Shipman

4. Systems and Methods for Generating Multi-level Hypervideo Summaries (**awarded**, #7,480,442)
   A. Girgensohn, F. Shipman, L. Wilcox

5. System for Authoring and Viewing Detail on Demand Video, (**awarded**, #7,483,619)
   A. Girgensohn, F. Shipman, L. Wilcox

6. Methods and Interfaces for Visualizing Activity across Video Frames in an Action Keyframe (**awarded**, #7,623,677)
   A. Girgensohn, F. Shipman, L. Wilcox, D. Kimber

7. Methods and Interfaces for Event Timelines and Logs of Video Streams, (**awarded**, #7,996,771)
   A. Girgensohn, F. Shipman, L. Wilcox

8. Method and System for Analyzing Fixed-Camera Video via the Selection, Visualization, and Interaction with Storyboard Keyframes, (**awarded**, #8,089,563)
   A. Girgensohn, F. Shipman, L. Wilcox

9. Video Browser for Navigating Linear Video on Small Display Devices Using a Similarity-based Navigation Hierarchy of Temporally Ordered Video Keyframes with Short Navigation Paths (**awarded**, #8,117,204)
   A. Girgensohn, F. Shipman, L. Wilcox

10. Interface for Browsing and Viewing Video from Multiple Cameras Simultaneously that Conveys Spatial and Temporal Proximity (**awarded**, #8,274,564)
    A. Girgensohn, A. Dunnigan, F. Shipman, L. Wilcox

11. Segmenting Time Based on the Geographic Distribution of Activity in Sensor Data (**awarded**, #8,310,542)
    A. Girgensohn, F. Shipman, L. Wilcox

12. Systems and Methods for Placing Visual Links to Digital Media on Physical Media (**awarded**, #8,423,881)
    A. Girgensohn, C. Liao, Q. Liu, L. Wilcox, F. Shipman

13. Systems and Methods for Generating Multi-level Hypervideo Summaries (**awarded**, #8,606,083)
    A. Girgensohn, F. Shipman, L. Wilcox

14. Systems and Methods for Organizing Files in a Graph-Based Layout (**awarded**, #8,832,119)
    A. Girgensohn, F. Shipman, L. Wilcox

15. Video Clip Selection via Interaction with a Hierarchic Video Segmentation (**awarded**, #8,879,888)
    A. Girgensohn, L. Wilcox, F. Shipman

16. Hypervideo Browsing using Links Generated on User-Specified Content Features (**awarded**, #9,244,923)
    M. Cooper, S. Carter, J. Adcock, A. Girgensohn, Q. Liu, F. Shipman, L. Wilcox

17. Method and System for Generating Interactive Query Results Previews (**awarded**, #9,542,492)
    G. Golovchinsky, A. Dunnigan, F. Shipman, E. Agapie

18. Systems and Methods for Automatic Generation and Consumption of Hypermeetings (**awarded**, #9,671,939)
    A. Girgensohn, F. Shipman, L. Wilcox

19. Systems and Methods for Plan-Based Hypervideo Playback (**awarded**, #9,939,983)
    A. Girgensohn, F. Shipman, L. Wilcox

20. Systems and Methods for Visualizing Playback Plans in Hypermeetings (**awarded**, #9,940,974)
    A. Girgensohn, F. Shipman, L. Wilcox

21. Method and System for Contextualizing and Targeting Inquiries in Remote Meetings (**awarded**, #10,200,206)
    T. Wallbaum, A. Girgensohn, L. Wilcox, F. Shipman, S. Boll-Westermann

**Books and Proceedings Edited**

J.S. Downie, R. McDonald, T. Cole, R. Sanderson, and F. Shipman, *Proceedings of the 13th ACM & IEEE Joint Conference on Digital Libraries*, 2013.

T. Sumner and F. Shipman, *Proceedings of the Fifth ACM & IEEE Joint Conference on Digital Libraries*, 2005.

F. Shipman and K. Anderson, *Hypertext 2000: The Eleventh ACM Conference on Hypertext and Hypermedia*, 2000.

K. Gronbaek, E. Mylonas, and F. Shipman, *Hypertext '98: The Ninth ACM Conference on Hypertext and Hypermedia*, 1998.

I. Witten, R. Akscyn, and F. Shipman, *Digital Libraries '98: The Third ACM Conference on Digital Libraries*, 1998.

F. Shipman, R. Furuta, and D. Levy, *Proceedings of Digital Libraries '95: The Second Annual Conference on the Theory and Practice of Digital Libraries*, 1995.

**Panels**

K. Maul, B. Shelton, J. Duffin, M. Recker, F. Shipman, T. Will, Recommender Systems, Contextualization and Personalization in NSDL: Current and Future Research Directions, NSDL Annual Meeting, 2009.

M. Bernstein, H. Davis, P. Nuernberg, mc schraefel, and F. Shipman, "Evaluation and Research Directions", ACM Hypertext 2004 Conference, August, 2004.

J. Whitehead, R. Akscyn, K. Anderson, P. deBra, K. Gronbaek, D. Larsen, mc schraefel, and F. Shipman, "Seven Issues Revisited", ACM Hypertext 2002 Conference, June, 2002.

J. Rosenberg, M. Bernstein, P. deBra, C. Marshall, D. Millard, and F. Shipman, "Chain Saws for Sculptural Hypertext", ACM Hypertext 2002 Conference, June, 2002.

M. Apperley, S. Bodker, K. Nakakoji, K. Go, F. Shipman, and S. Takada, Doctoral Symposium Panel, Interact 2001, July, 2001.

D. Redmiles, T. Emerson, B. Fischer, A. Reyes, F. Shipman, and C. Welty, "Evaluation of Automated Software Engineering Systems", IEEE Conference on Automated Software Engineering, October, 1999.

P. Alexander, S. Henninger, M. Lowry, J. Penix, F. Shipman, and C. Welty, Doctoral Symposium Panel, IEEE Conference on Automated Software Engineering, October, 1999.

D. Redmiles, L. Johnson, A. Quilici, F. Shipman, and C. Welty, "How the Web Influences KBSE Technology", IEEE Conference on Knowledge-Based Software Engineering, September, 1996.

**Workshops & Conferences Organized**

F. Shipman and J. Rosenberg, *2009 Symposium on Interactive Visual Information Collections and Activity (IVICA)*

F. Shipman, J. Rosenberg, and K. Nakakoji, *2006 Symposium on Interactive Visual Information Collections and Activity (IVICA)*

J. Rosenberg and F. Shipman, "Fourth Workshop on Spatial Hypertext", *ACM Hypertext 2004 Conference*.

J. Rosenberg and F. Shipman, "Third Workshop on Spatial Hypertext", *ACM Hypertext 2003 Conference*.

J. Rosenberg and F. Shipman, "Second Workshop on Spatial Hypertext", *ACM Hypertext 2002 Conference*.

J. Rosenberg and F. Shipman, "First Workshop on Spatial Hypertext", *ACM Hypertext 2001 Conference.*

B. Reeves and F. Shipman, "Tacit Knowledge: Icebergs in Collaborative Design", *Workshop at ACM Conference on Computer-Supported Cooperative Work '96 (CSCW '96).*

**Editorial Board Membership**

Journal of Digital Information, Oxford University Press, 2001-2012

Journal of The Association for Computers and the Humanities, Kluwer Academic Publishers, 2001-2005

Guest editor, New Review of Hypermedia and Multimedia, special issue on Time-based and Spatial Hypermedia, 2000

Guest editor, International Journal on Digital Libraries, special issue on JCDL, 2015

Reviewer for: ACM Trans. on Computer-Human Interaction, ACM Trans. on Information Systems, ACM Trans. on Accessible Computing, IEEE Trans. on Software Engineering, IEEE Trans. on Multimedia, ACM Computing Surveys, IJHCS, IJMMS, EP-ODD, JMIS, ASE, JIME, NRHM, JASIS

**Selected Conference Organization**

ACM/JCDL Digital Libraries Conference
  Program Co-Chair 2005, 2013
  Posters and Demonstrations Chair, 2003
  Proceedings Chair, 1995, 1998
  Senior Program Committee, 2014, 2015, 2016, 2017, 2018, 2019, 2020
  Program Committee, 1995, 2003, 2004, 2006, 2007, 2008, 2009, 2010, 2011, 2012

ACM Hypertext Conference
  Program Chair, 2000
  Spatial Hypertext Track Chair, 2004
  Models and Systems Track Co-Chair, 2008
  Emerging Structures and Ubiquitous Hypermedia Track Co-Chair, 2011
  Panels and Technical Briefings Chair, 1999
  Proceedings Chair, 1998
  Posters and Demonstrations Co-Chair, 1996
  Program Committee, Associate Paper Chair, 1996, 1999, 2001, 2002
  Program Committee, 1998, 2005, 2006, 2007, 2010, 2016, 2019, 2020

ACM Intelligent User Interfaces
  Senior Program Committee, 2013, 2014, 2016, 2020
  Program Committee, 2007, 2008, 2010, 2011, 2015, 2019

International Conference on Theory and Practice of Digital Libraries, 2012, 2013, 2015, 2018, 2019, 2020

ACM Multimedia, Program Committee, 2015, 2016, 2018

ACM Computer-Supported Cooperative Work, Program Committee, 2012, 2013

User Modeling, Adaptation, and Personalization, Program Committee, 2011

International Conference on Asian Digital Libraries, Program Committee, 2007, 2008, 2011

ACM International Symposium on Wikis, Program Committee, 2008, 2009, 2010

IEEE International Conference on Social Computing, Program Committee, 2010

ACM SIGIR, Program Committee, 2010

Symposium on Interactive Visual Information Collections and Activity, General Chair, 2006, 2009

World Wide Web (WWW) Conference
  UI and Mobility Track Program Committee, 2009
  Hypertext Track Program Committee, 2001, 2002

Adaptive Hypertext Conference Program Committee, 2004, 2006, 2008

IEEE International Conferences on Automated Software Engineering
  Program Committee, 1998, 1999, 2000, 2001, 2002, 2003
  Review Committee, 2006, 2007

ACM Conference on Knowledge Management Program Committee (IR Track), 2006

Interact 2001 Program Committee 2001

AACE WebNet Conference Program Committee, 1999, 2000

ACM Creativity and Cognition Workshop Program Committee, Publicity Chair, 1999

East-West Conference on Multimedia, Hypermedia, & Virtual Reality Program Committee, 1994

Paper referee for AICIS 2004, CHI '96, CHI '97, CHI '98, CHI '99, CHI 2003, CHI 2004, CHI 2008, CHI 2010, CHI 2011, CHI 2012, CHI 2013, CHI 2014, CHI 2015, CHI 2016, CSCW 2000, CSCW 2011, CSCW 2014, CSCW 2015, CSCW 2016, DL '94, ECHT '94, GROUP 2001, InfoVis 2004, InfoVis 2007, ICME 2006, IEEE ISM 2015, UIST '96, UIST '97, UIST 2000, VAST 2007.

**Selected Other Professional Service**

Invited Participant, National Research Council Workshop, "Developing a Digital National Library for Undergraduate Science, Mathematics, Engineering, and Technology Education", 1997.

Invited Member, Digital Library for Earth System Education Technology Committee, 2000-2003.

Invited Participant, NSF Workshop on the Future of Computing Education, 2008.

**Selected University/College/Department Committee Service**

*Departmental*

CSE Promotion and Tenure Committee (elected), 2006-2012, 2013-present (Chair 2015-2019)

CSE Advisory Committee (elected), 1998-1999, 2000-2002, 2003-2005, 2006-2007, 2013-2015

CSE Advisory Committee (appointed), 2015-present

CSE BA Degree Planning Committee, 2013-2014, (Chair 2013-2014)

CSE Broadening Participation Task Force, 2018-2019

CSE Colloquium Committee, 1999-2000, 2010-2011, (Chair 2010-2011)

CSE Communications Committee, 2012-2013

CSE Department Head Search Committee, 2013-2014, 2018-2019

CSE Endowed Chair Faculty Search Committee, 2014-2019

CSE Faculty Awards Committee, 2013-2015, 2016-2017, 2018-present (Chair 2019-present)

CSE Tenure-Track Faculty Search Committee, 2001-2002, 2004-2008, 2010-2011, 2015-2016, 2017-2018, 2019-present (Co-chair 2015-2016)

CSE Graduate Admissions Committee, 1999-2001

CSE Graduate Advisory Committee, 2003-2004, 2006-2007, (Chair 2003-2004)

CSE Information Technology Advisory Committee, 1998-1999

CSE New Academic Programs Committee, 1998-2000

CSE Peer-Faculty Teaching Feedback Committee, 2018-present (Co-Chair 2018-2019, Chair 2019-present)

CSE Space Committee, 2016-2017

CSE Undergraduate Awards Committee, Chair 2005-2010

CSE Undergraduate Curriculum Committee, member 1997-2002, 2004-2005, 2013-2014, (Chair 2001-2002, 2004-2005, 2014)

CSE Web Presence Committee, 2000-2001

*College*

College of Engineering Scholarship Committee, 2010 - 2011

College of Engineering Introductory Curriculum Implementation Committee, 2017-2018

*University*

TAMU Digital Humanities Graduate Certificate Advisory Committee, 2008-present

TAMU Humanities Informatics Steering Committee, 2004-2011

TAMU Institute for Digital Humanities, Media, and Culture Associate Director Search Committee, 2012

TAMU Institute for Digital Humanities, Media, and Culture Director Search Committee, 2010-2011

TAMU IUMRI White Paper on Digital Humanities Committee, 2009-2011

TAMU representative, State of Texas Field of Study Curricula (FOSC) committee for Computer Science, 2001-2002

## Graduate Students Supervised

Ph.D.:

14 Completed:

*Soonil Bae*, Samsung Techwin

*Paul Bogen* (co-chair), Google Inc.

*Dan Corlette*, Knowledge Based Systems

*Paul Davis* (co-chair), Department of Defense

*Luis Francisco-Revilla*, University of Texas at Austin

*Haowei Hsieh*, University of Iowa

*Sampath Jayarathna*, California Polytechnic University, Pomona

*DoHyoung Kim*, Samsung Electronics

*Konstantinos Meintanis*, Schlumberger

*Caio Duarte Monteiro*, Microsoft

*J. Michael Moore*, Texas A&M University

*Suinn Park*, Samsung Electronics

*Faryaneh Poursardar,* Virginia Tech University

*Anna Zacchi*, Doxee

3 Current (Gabriel Dzodom, and co-chair for Alexander Berman and Niloofar Zarei)

Masters of Science:

26 Completed (Kushal Agrawal, Robert Airhart, Aishwarya, Raghu Akkapeddi, Rajiv Badi, Sanghita Bandyopadhyay, Arun Bharath, Suvendu Dash, Sarah Davis, Satyakiran Duggina, Luis Francisco-Revilla, Prasanth Ganta, Rohit Gargate, Arun Gomathinayagam, Sudharsan Gunanathan, Meghanath Reddy Junnutula, Christopher King, Akshay Kulkarni, Mihir Kulkarni, Shreyas Kumar, Preetam Maloor, Bikash Mandal, Atish Patra, Austin Riddle, Sanjeev Singh, Aravind Yarlagadda)

## Teaching Experience

*Analysis of Algorithms*, Computer Science 311, Texas A&M University, 1995

*Artificial Intelligence*, Computer Science 320, Texas A&M University, 1998

*Computers and New Media*, Computer Science 445/656, Texas A&M University, 2004, 2006, 2008, 2010, 2012, 2014, 2015, 2016, 2017, 2018, 2020

*Computers, Education, and Literature*, Computer Science 489/689, Texas A&M University, 2001

*Computer Human Interaction*, Computer Science 436, Texas A&M University, 1998, 2000, 2004, 2006, 2008, 2014

*Computer Human Interaction*, Computer Science 671, Texas A&M University, 1999, 2000, 2009, 2011, 2015

*Computer-Supported Cooperative Work*, Computer Science 672, Texas A&M University, 2008, 2010, 2014, 2016, 2019

*Engineering Projects in Community Service*, Engineering 270/470, Texas A&M University, 2012

*Hypertext*, Computer Science 610, Texas A&M University, 2002, 2005, 2007

*Information Retrieval*, Computer Science 470/670, Texas A&M University, 2006, 2007

*Intelligent User Interfaces*, Computer Science 634, Texas A&M University, 1997, 1999, 2001, 2003, 2005, 2007, 2009, 2011, 2013, 2015, 2017, 2019

*Programming Studio*, Computer Science 315, Texas A&M University, 2009

**Conference Tutorials**

F. Shipman, "Spatial Hypertext and Information Analysis", ACM Hypertext 2002 Conference, 2002.

F. Shipman, "Intelligent User Interfaces", IEEE Conference on Automated Software Engineering, 1998.