# EXHIBIT A-2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK |
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-05146-LHK-SVK |

CASE NO. 5:20-cv-03664-LHK-SVK
CASE NO. 5:20-cv-05146-LHK-SVK
Affidavit of F. Shipman

# AFFIDAVIT OF FRANK M. SHIPMAN, PURSUANT TO FED. R. CIV. P. 53

I, Frank M. Shipman, certify and declare as follows:

1. I am being considered for an appointment to serve as Special Master in the above-captioned matters, and I make this affidavit pursuant to Fed. R. Civ. P. 53(b)(3).

2. I have thoroughly familiarized myself with the issues involved in the above-captioned matters. As a result of my knowledge of those cases, I can attest and affirm that I am qualified to be appointed as a Special Master under the disqualification rules provided in 28 U.S.C. §455, and there is no provision under 28 U.S.C. §455 that disqualifies me from serving as the Special Master in the above-captioned matters.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in _College Station, TX_ on July 1, 2021.

Dated: 7/01/2021

_Frank M. Shipman_ (signature)
Frank M. Shipman