UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> GOOGLE LLC, <br><br>    Defendant. <br><br> PATRICK CALHOUN, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> GOOGLE LLC, <br><br>    Defendant. | Case No.  20-cv-03664-LHK   (SVK) <br> Case No.  20-cv-05146-LHK   (SVK) <br><br> **ORDER REFERRING DISCOVERY DISPUTES TO SPECIAL MASTER** |

The following discovery disputes as designated in this Court's Orders of June 8, 2021 (Dkt. 191 in *Brown*; Dkt. 220 in *Calhoun*) are referred to Special Master Brush:

    1. In the *Brown* matter:  Disputes P6, P7 and P16.

    2. In the *Calhoun* matter:  Dispute 1.3.

**SO ORDERED.**

Dated: July 13, 2021

SUSAN VAN KEULEN
United States Magistrate Judge