1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
4  Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

   Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

6  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
8  865 S. Figueroa Street, 10th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   Carl Spilly (admitted *pro hac vice*)
   carlspilly@quinnemanuel.com
   1300 I. Street, N.W., Suite 900
   Washington, D.C. 20005
   Telephone: 202-538-8000
   Facsimile: 202-538-8100

11
12 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
13 50 California Street, 22nd Floor
   San Francisco, CA 94111
14 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

   Jomaire A. Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
   New York, NY 10010
   Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

15
   *Attorneys for Defendant Google LLC*

16                UNITED STATES DISTRICT COURT
17      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18
19  CHASOM BROWN, WILLIAM BYATT,
    JEREMY DAVIS, CHRISTOPHER
20  CASTILLO, and MONIQUE TRUJILLO,
    individually and on behalf of all similarly
21  situated,
22       Plaintiffs,
23       v.
24  GOOGLE LLC,
25       Defendant.

Case No. 5:20-cv-03664-LHK-SVK

**DECLARATION OF JONATHAN TSE IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL JOINT CASE MANAGEMENT STATEMENT**

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Google's Administrative Motion to Seal portions of the parties' Joint Case Management Statement. In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential and proprietary information and that public disclosure could cause competitive harm.

3. Google respectfully requests that the Court seal the redacted portions of the Joint Case Management Statement, attached hereto as Exhibit A.

4. The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to cookies, internal identifiers, and various data logs maintained by Google, as well as Google's internal communications and practices with regard to Incognito, X-Client-Data Header, and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

5. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3.

6. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal data logs, identifier system, and practices.

7. For these reasons, Google respectfully requests that the Court order the Joint Case Management Statement to be filed under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on July 21, 2021.

DATED: July 21, 2021          QUINN EMANUEL URQUHART & SULLIVAN, LLP


                              By /s/ Jonathan Tse
                                 Jonathan Tse

                              *Attorney for Defendant*