UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 20-cv-03664-LHK   (SVK)<br>Case No. 20-cv-05146-LHK   (SVK)<br><br>**ORDER RE GOOGLE'S REQUEST FOR EMERGENCY DISCOVERY HEARING** |

The Court received a request from Google, via email, for an emergency discovery hearing. First, the Court is engaged in criminal duty this month and unavailable for emergency discovery hearings. Second, while requests for emergency hearings may be emailed to the courtroom deputy for expediency, they must simultaneously be filed on ECF to ensure notice to the Court and to all parties. No response to Google's pending request is necessary. In the future, any response to an emergency request must also be filed on ECF. The parties are not to argue discovery issues via email to the courtroom deputy.

On Monday August 2, 2021, the Court will accept only the "summary chart" that conforms with *Calhoun* Dkt. 220/*Brown* Dkt. 191. Additionally, in each case each side must identify two disputes as "priority," which the Court will take up first. Should either party believe that additional briefing is essential in advance of the August 12 hearing, it may seek relief from this

Court's previous orders regarding submission of discovery disputes.

**SO ORDERED.**

Dated: July 30, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge