UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' PROPOSED ORDERS TO AUGUST 2, 2021 JOINT SUBMISSION IN RESPONSE TO DKT. 191, 191-1 RE: STATUS OF DISCOVERY DISPUTES**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Google's Motion to Seal Plaintiffs' Proposed Orders to August 2, 2021 Joint Submission In Response To Dkt. 191, 191-1 Re: Status of Discovery Disputes ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| Plaintiffs' Proposed Order re Custodian and Search Terms | GRANTED as to redacted portions at:<br><br>Page 2, lines 12, 14-22;<br>Page 3, lines 2, 4, 5-6, 9, 11-13, 17-19, 21-23, 27;<br>Page 4, lines 1, 5-7, 11-13, 18-19, 23-25;<br>Page 5, lines 1, 3, 7, 9-10, 13-15, 21, 24-28;<br>Page 6, lines 5-7, 11, 13, 15, 19-22, 25-26;<br>Page 7, lines 4-7, 11-12, 16, 18-19, 23-24, 27;<br>Page 8, lines 2-3, 7-10, 13-15, 18-20, 24, 26;<br>Page 9, lines 3-5, 10, 14-15, 19-20, 23, 25-26;<br>Page 10, lines 2-4, 7-9, 12-13 | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to cookies, internal identifiers and projects, and various data logs maintained by Google, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Plaintiffs' Proposed Order re Sundar Pichai Production | GRANTED as to redacted portions at:<br><br>Page 2, lines 9-15 | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to cookies, internal identifiers and projects, and various data logs maintained by Google, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

1  **SO ORDERED.**

3  DATED: _____   _____
                                    HON. SUSAN VAN KEULEN
4                                   United States Magistrate Judge