# EXHIBIT A
# Redacted Version of Document Sought to be Sealed

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Michael F. Ram CA Bar No. 104805
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.:  5:20-cv-03664-LHK-SVK

**[PROPOSED] ORDER REQUIRING GOOGLE TO ADD CUSTODIANS AND RUN ADDITIONAL SEARCHES FOR CURRENT CUSTODIANS (DISPUTES P1 AND P2)**

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' request for an Order requiring Google to add custodians (Dispute P1) and to use additional searches for the current Google custodians (Dispute P2).  Having considered Plaintiffs' requests, and good cause having been shown, the Court **GRANTS** Plaintiffs' requests and **ORDERS** as follows:

For Google custodians Glenn Bernston, Deepti Bhatnagar, Sabine Borsay, Greg Fair, Helen Harris, Abdelkarim Mardini, Justin Schuh, Dan Stone, Alexei Svitkine, Keith Wright, Adrienne Porter Felt, Sam Heft-Luthy, Russ Ketchum, and Chris Liao, Google shall run the following searches and produce additional responsive documents by September 10, 2021:

- Incognito
- Eprivacy OR (consent! /3 ready) OR consentless
- (summer OR privacy) /2 moment
- ' ███████ OR ███████
- GWS /10 (ID OR identif!)
- OTR OR (off /3 record)
- ' ███████ " OR ███████ OR ███████
- ███████ OR ' ███████ "
- ███! OR ███████ OR cookie!
- ███████ OR ' ███████ "
- ███████
- ███████!
- Trusted /2 (surface OR space)
- ███████
- X-Client /10 (data OR header OR variation)
- ███████
- ███████ OR ███████ OR ███████
- ' ███████ " OR ███████ OR ███████ OR ███████ OR ███ OR ███████ OR ███! OR ' ███████ " OR ███████ OR ███████
- ███! OR ███████ OR unauth!

In addition, to the extent Google has not agreed to add the Google employees identified below, the following employees shall be designated as custodians and, for each custodian, to the extent Google has not agreed to the searches underneath the custodians' name, Google shall run the searches and Google shall substantially complete production by September 10, 2021.

1. **Ben Azose**
   - Incognito

- inPrivate
- Private! /3 (brows! OR mode)
- ██████ OR ██████
- "Identifier! OR UID
- "opt out" OR "opt-out"
- ████████████ or "████████████"
- (tie OR tying OR link!) /5 (brows! OR session!)
- ████████ OR ████████ OR "████████" or ████████ OR ████████
- ████████ OR ████████████ OR ████████

2. **Nina Ilieva**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- ██████ OR ██████
- "Identifier! OR UID
- "opt out" OR "opt-out"
- ██████████ or "██████████"
- (tie OR tying OR link!) /5 (brows! OR session!)
- ████████ OR ████████ OR "████████" or ████████ OR ████████
- ████████ OR ████████████ OR ████████

3. **Sammit Adhya**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- User! /15 (study OR studies OR understand! OR confuse!)
- "Identity management"
- "████████" AND (fail* OR review* OR analy*)
- ████████████ OR "████████████████" OR "████████████"
- (third OR 3rd OR 3d) /3 cookie*
- ██* OR ████████ OR pseudo*
- ePrivacy
- consent* /3 ready
- "████████████"
- account /3 particle
- ████████ OR ████████ OR "████████" or ████████ OR ████████
- ████████ OR ████████████ OR ████████

4. **Suneeti Shah Vakharia**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- "████████"
- User! /15 (understand! OR confuse!)

- Consent!
- ██████ OR ██████ OR ██████

**5. Richard Jui-Chieh Hsu**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ██! OR ██████ OR cookie!
- ██████
- ██████ OR ██████ OR ██████

**6. Alex Ainslie**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ██████ OR "██████"
- Histogram!
- (third OR 3rd OR 3d) /3 cookie!
- ██████ OR ██████ OR "██████ OR ██████ OR ██████
- ██████ OR ██████ OR ██████

**7. Arne de Booj**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- Consent!
- Unauth! OR "signed out"
- ██████ OR ██████ OR "██████" OR ██████ OR ██████
- Anonym! OR pseudonymous
- ██████ OR ██████ OR ██████

**8. Benjamin Poiesz**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ██████ OR "██████"
- ██████ OR ██████ OR "██████" OR ██████ OR ██████
- rev! /3 (share OR impact)
- ██████ OR ██████ OR ██████

**9. Breen Baker**

- Incognito
- inPrivate

- Private! /3 (brows! OR mode)
- ██ ! OR ████ OR cookie!
- conver! OR track!
- Anonym! OR pseudonymous OR unauth!
- ████ OR ██████ OR ████

**10. Brad Townsend**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- Firefox
- ██ ! OR ████ OR cookie!
- conver! OR track! OR remarket!
- Anonym! OR pseudonymous OR unauth!
- consent!
- ████ OR ██████ OR ████

**11. Chetna Bindra**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- ██ ! OR ████ OR cookie!
- Anonym! OR pseudonymous OR unauth!
- ██████ OR "████████"
- ████ OR ██████ OR ████

**12. Chris Palmer**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- (User! OR people) /10 confus!
- Track!
- Cookie!
- ████ OR ██████ OR ████

**13. David Monsees**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- ██████ OR "████████"
- ████ OR ██████ OR "██████" OR ████ OR ████
- ██████
- "██████"
- (user! OR people) /10 (privacy OR consent!)
- ████ OR ██████ OR ████

**14. Deepak Ravichandran**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- study AND (impact OR revenue OR sustain* OR advertis* OR publish*)
- SameSite
- nitish OR korula
- ████████
- ██! OR █████ OR cookie!
- (user AND profile) AND (publish! OR remarket! OR rmktg)
- ██████ OR ████████ OR ████████

**15. Dmitry Titov**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ██! OR █████ OR cookie!
- Anonym! OR pseudonymous OR unauth!
- Consent!
- Profile AND brows!
- █████
- "Chrome Summit"
- ██████ OR ████████ OR ████████

**16. Florian Uunk**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ██! OR █████ OR cookie!
- Anonym! OR pseudonymous OR unauth!
- ████████ OR "███████████"
- ██████ OR ██████ OR "███████" OR ████████ OR ████████
- ██████ OR ████████ OR ████████

**17. Haskell Garon**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- (user OR data OR brows!) /25 ( avichan! OR profit! OR revenue)
- ██████ OR ██████ OR "███████" OR ████████ OR ████████
- ██████ OR ████████ OR ████████

**18. Hyewon Jun**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- block! AND (impact! OR revenue! OR sustain! OR advertis! OR Mozilla OR Firefox OR Microsoft OR Edge)
- browser AND restrict* AND cookie!
- ███████ OR ███████ OR
- ███ ! OR ███████ OR cookie!
- PPID OR ICM
- ███████ OR ███████ OR "███████" or ███████ OR ███████
- ███████ OR ███████ OR ███████

**19. Lorraine Twohill**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- Block! /5 cookie!
- ███████ OR "███████"
- ███████ OR ███████ OR "███████" OR ███████ OR ███████
- ███████ OR ███████ OR ███████

**20. Michael Kleber**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ███ ! OR ███████ OR cookie!
- Anonym! OR pseudonymous OR unauth!
- Ad! AND conver! AND track!
- Chrome AND conver! AND measure!
- ███████ OR ███████ OR "███████" OR ███████ OR ███████
- ███████ OR ███████ OR ███████

**21. Mike Pinkerton**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ███████ OR "███████"
- ███████ OR ███████ OR ███████

**22. Nitish Korula**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- ███ ! OR ███████ OR cookie!

- study AND (impact OR revenue OR sustain* OR advertis* OR publish*)
- SameSite
- ██████████
- (user AND profile) AND (publish! OR remarket! OR rmktg)
- ████████ OR ██████████ OR ████████

### 23. Othar Hansson

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ████████████ OR "████████████"
- (user OR user's OR users OR data) /5 (transparen! OR control! OR consent!)
- ████████ OR ████████ OR "████████ or ████████ OR ████████
- ████████ OR ████████ OR ████████

### 24. Qi Dong

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- ██! OR ██████ OR cookie!
- Anonym! OR pseudonymous OR unauth!
- ████████ OR ████████ OR ████████

### 25. Rory McClelland

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- (third OR 3rd OR 3d) /3 cookie!████████████ OR "████████████"
- ████████ OR ████████ OR "████████" or ████████ OR ████████
- track! OR antitrack! OR anti-track!
- ████████ OR ████████ OR ████████

### 26. Sree Pothana

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- Identifier! OR "user ID" OR gaia!
- ██! OR ██████ OR cookie!
- Log! OR plog!
- Anonym! OR pseudonymous OR unauth!
- ████████ OR ████████ OR ████████

### 27. Steve Hamilton

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ███████ OR "███████"
- ███████ OR ███████ "███████ or ███████ OR ███████
- ███████ OR ███████ OR ███████

**28. Tim Hsieh**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- Cookie! OR DoubleClick
- CCPA OR (privacy /5 (law! OR regulation!))
- ███████ OR ███████ OR ███████

**29. Vivek Sekhar**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- (third OR 3rd OR 3d) /3 cookie!
- ███████ OR "███████"
- ███████ OR ███████ "███████" or ███████ OR ███████
- ███████ OR ███████ OR ███████

**30. Garth Shoemaker**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- Consent!
- ███████ OR ███████ "███████" OR ███████ OR ███████
- ███████ OR ███████ OR ███████

**31. Ramin Halavati**

- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- ███████ OR "███████"
- Consent!
- Anonym! OR pseudonymous
- ███████ OR ███████ "███████" OR ███████ OR ███████
- ███████ OR ███████! OR ███████

**32. Burton Rast**

- Incognito

- inPrivate
- Private! /3 (brows! OR mode)
- (user! OR people) /10 (privacy OR consent!)
- ████████ OR "████████"
- ████ OR ██████ OR "██████ OR ██████ OR ████
- ████ OR ██████ OR ████

**33. Martin Shelton**
- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- OTR OR (off /3 record)
- ████████ OR "████████"
- ████ OR ██████ OR ██████" OR ██████ OR ████
- ████ OR ██████ OR ████

**34. Luke Hedrick**
- Incognito
- inPrivate
- Private! /3 (brows! OR mode)
- ████████ OR "██████████
- ████ OR ████████ OR ████

In addition, there will be at least 60 Google custodians.  Plaintiffs must show good cause for additional Google custodians beyond 60.  The deadline for adding additional Google custodians and searches shall be October 1.

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Susan van Keulen
United States Magistrate Judge