| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Steven M. Shepard (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Alexander Frawley (admitted *pro hac vice*) |
| Tel.: (415) 293-6800 | **SUSMAN GODFREY L.L.P.** |
| mmao@bsfllp.com | 1301 Avenue of the Americas, |
| brichardson@bsfllp.com | 32nd Floor |
| | New York, NY  10019 |
| James Lee (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| Rossana Baeza (admitted *pro hac vice*) | bcarmody@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | srabin@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | sshepard@susmangodfrey.com |
| Miami, FL 33131 | afrawley@susmangodfrey.com |
| Tel.: (305) 539-8400 | |
| jlee@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| rbaeza@bsfllp.com | Michael F. Ram CA Bar No. 104805 |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | **MORGAN & MORGAN** |
| **SUSMAN GODFREY L.L.P** | 201 N. Franklin Street, 7th Floor |
| 1900 Avenue of the Stars, Suite 1400 | Tampa, FL 33602 |
| Los Angeles, CA. 90067 | Tel.: (813) 223-5505 |
| Tel: (310) 789-3100 | jyanchunis@forthepeople.com |
| Fax: (310) 789-3150 | mram@forthepeople.com |
| abonn@susmangodfrey.com | rmcgee@forthepeople.com |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER REQUIRING GOOGLE TO SEARCH AND PRODUCE ADDITIONAL ESI FOR SUNDAR PICHAI (DISPUTE P22)** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' request for an Order requiring Google to search and produce additional ESI for current custodian Sundar Pichai (Dispute P22).

Having considered Plaintiffs' request, and good cause having been shown, the Court **GRANTS** Plaintiffs' request and **ORDERS** as follows:

Google shall search and produce ESI for Sundar Pichai for the additional time period February 1, 2015 through the present. Google shall use the same limited set of searches previously used for Mr. Pichai, plus the following searches:

- ▮▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮
- ▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮▮
- ▮▮▮▮
- consent AND (pseudonym! OR unauth!)

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Susan van Keulen
United States Magistrate Judge

CASE NO. 5:20-cv-03664-LHK-SVK
[PROPOSED] ORDER RE: PRODUCTION OF SUNDAR PICHAI'S ESI