| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Steven M. Shepard (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Alexander Frawley (admitted *pro hac vice*) |
| Tel.: (415) 293-6800 | **SUSMAN GODFREY L.L.P.** |
| mmao@bsfllp.com | 1301 Avenue of the Americas, |
| brichardson@bsfllp.com | 32nd Floor |
| | New York, NY  10019 |
| James Lee (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| Rossana Baeza (admitted *pro hac vice*) | bcarmody@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | srabin@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | sshepard@susmangodfrey.com |
| Miami, FL 33131 | afrawley@susmangodfrey.com |
| Tel.: (305) 539-8400 | |
| jlee@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| rbaeza@bsfllp.com | Michael F. Ram CA Bar No. 104805 |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | **MORGAN & MORGAN** |
| **SUSMAN GODFREY L.L.P** | 201 N. Franklin Street, 7th Floor |
| 1900 Avenue of the Stars, Suite 1400 | Tampa, FL 33602 |
| Los Angeles, CA. 90067 | Tel.: (813) 223-5505 |
| Tel: (310) 789-3100 | jyanchunis@forthepeople.com |
| Fax: (310) 789-3150 | mram@forthepeople.com |
| abonn@susmangodfrey.com | rmcgee@forthepeople.com |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER REQUIRING GOOGLE TO PRODUCE NON-PUBLIC SOURCE CODE (DISPUTE P14)** |

CASE NO. 5:20-cv-03664-LHK-SVK
[PROPOSED] ORDER RE: GOOGLE'S PRODUCTION OF NON-PUBLIC SOURCE CODE

1 **[PROPOSED] ORDER**

2    Before the Court is Plaintiffs' request for an Order requiring Google to produce non-public
3 source code (Dispute P14).  Having considered Plaintiffs' request, and good cause having been
4 shown, the Court **GRANTS** Plaintiffs' request and **ORDERS** as follows:

5    By August 26, 2021, Google will produce non-public source code showing how Google
6 maps logged-out browsing activity with device and publisher identifiers, including source code
7 showing how Google tracks users across websites and devices for advertisement conversions.

8    Google will produce the non-public source code at a location of Google's choosing.

9    Google may supervise access to this source code by Plaintiffs' counsel and experts.

10   Google will also in advance provide Plaintiffs' counsel and experts with documents
11 sufficient to guide their inspection of the source code.

12   Production of non-public Google source code will be subject to the terms of the parties'
13 Stipulated Protective Order (Dkt. No. 81).

14   This relief does not foreclose Plaintiffs from seeking access to additional aspects of non-
15 public Google source code.

17   **IT IS SO ORDERED.**

19 DATED: _____     _____

20                                     Honorable Susan van Keulen
                                       United States Magistrate Judge