Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-LHK<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT ADDITIONAL BRIEFING CONCERNING DISPUTES P1 AND P2** |

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT
ADDITIONAL BRIEFING CONCERNING DISPUTES P1 AND P2**

Pursuant to the Court's July 30 order (Dkt. 227), and as noted in the joint submission (Dkt. 288), Plaintiffs respectfully request leave to submit additional briefing in advance of the August 12 hearing concerning the disputed Google custodians and searches (Disputes P1 and P2).

Given the approaching fact discovery deadline (November 2), Plaintiffs believe additional briefing is necessary to timely resolve these custodian and search term disputes. Google objected to providing the Court with additional information about these disputes in the joint submission, and Plaintiffs wish to give the Court, in advance of the August 12 hearing, the information needed to address and resolve this dispute. That way, the parties can avoid a situation where additional briefing is needed after the hearing and avoid further delay.

In the joint submission, Plaintiffs request that the Court set a September 10 deadline for Google to substantially complete its additional custodial productions, so that Plaintiffs have time to review those documents, prepare for depositions in late September and October, and issue any additional discovery requests based on information learned during those depositions, including additional deposition notices. Given Google's ongoing obstruction, including refusing to provide a single line of non-public source code (which Plaintiffs requested in October 2020) and identifying the data collected by Google while people privately browse the web, Plaintiffs are left with few discovery avenues, and Plaintiffs must proceed with reasonably targeted depositions. To ensure Google can meet its obligation to timely produce documents in advance of those depositions, Plaintiffs seek an order from the Court regarding Disputes P1 and P2 at or shortly after the August 12 hearing.

Plaintiffs' submission would include one paragraph for each disputed custodian, explaining why that person should be a custodian, and an explanation for the additional searches proposed by Plaintiffs. Plaintiffs already provided this information to Google, and Plaintiffs now seek to provide this information to the Court. Plaintiffs propose the following schedule: by August 5, Plaintiffs will file a motion seeking additional Google custodians and searches; by August 9,

1

1  Google shall file any response; by August 10, Plaintiffs may file any reply.

2       If the Court wishes, Plaintiffs can alternatively coordinate with Google on a joint filing in
3  advance of the August 12 hearing.  Given the large number of disputed custodians, Plaintiffs also
4  respectfully request leave to submit more than 2.5 pages, with Plaintiffs committed to keeping the
5  submission as short and succinct as possible.

6

7                                  Respectfully submitted,

8  Dated: August 3, 2021             BOIES SCHILLER FLEXNER LLP

9

10                                 By: */s/ Mark C. Mao*

11                                 Mark C. Mao (CA Bar No. 236165)
                                mmao@bsfllp.com
12                                 Beko Reblitz-Richardson (CA Bar No. 238027)
                                brichardson@bsfllp.com
13                                 BOIES SCHILLER FLEXNER LLP
                                44 Montgomery Street, 41st Floor
14                                 San Francisco, CA 94104
                                Telephone: (415) 293 6858
15                                 Facsimile (415) 999 9695

16                                 James W. Lee (*pro hac vice*)
                                jlee@bsfllp.com
17                                 Rossana Baeza (*pro hac vice*)
                                rbaeza@bsfllp.com
18                                 BOIES SCHILLER FLEXNER LLP
                                100 SE 2nd Street, Suite 2800
19                                 Miami, FL 33130
                                Telephone: (305) 539-8400
20                                 Facsimile: (305) 539-1304

21                                 William Christopher Carmody (*pro hac vice*)
                                bcarmody@susmangodfrey.com
22                                 Shawn J. Rabin (*pro hac vice*)
                                srabin@susmangodfrey.com
23                                 Steven Shepard (*pro hac vice*)
                                sshepard@susmangodfrey.com
24                                 Alexander P. Frawley (*pro hac vice*)
                                afrawley@susmangodfrey.com
25                                 SUSMAN GODFREY L.L.P.
                                1301 Avenue of the Americas, 32nd Floor
26                                 New York, NY  10019

27                                   2

28

Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*