QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT ADDITIONAL BRIEFING CONCERNING DISPUTES P1 AND P2**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Plaintiffs' Motion for Leave to Submit Additional Briefing Concerning Disputes P1 and P2 ("Motion") in advance of the August 12 hearing should be denied for one simple reason:[1] the parties continue to meet and confer on custodians and search terms, and Google anticipates that the parties can propose a joint schedule and page limit for custodian briefing during the upcoming hearing.[2]

Plaintiffs' Motion was filed on August 3, a day after the August 2 Joint Submission. As Google indicated in the Joint Submission, Google had not yet completed its investigation of Plaintiffs' good cause arguments for four custodians (whom Plaintiffs proposed for the first time on July 27, mere days before the Joint Submission). *See* Dkt. No. 230 at 4-5. Google promptly performed its investigation and informed Plaintiffs of its positions on August 9. Moreover, during an August 5 meet and confer where the parties discussed Disputes P1 and P2, the parties committed to investigate potential narrowing or prioritization of the custodian dispute and to provide follow-up responses to the issues discussed during the meet and confer. As a result, the parties were not at an impasse on Disputes P1 and P2 as of August 2 and Google did not complete its investigation until August 9.

Google proposes that the parties set a briefing schedule and page limit to address the parties' respective views on good cause for Dispute P1 (which should account for the to-be-determined number of custodians whom Plaintiffs intend to brief), with any necessary briefing for Dispute P2 to occur *only after* the proposed list of custodians subject to Dispute P1 has been resolved. Such bifurcation is appropriate where (i) the parties are continuing to discuss overlapping search terms and a counter-proposal to the very terms Plaintiffs proposed with the Joint Submission (*see* Dkt. No. 230 at 7-10); (ii) once agreement on a counter-proposal is reached, Google will test those revised terms against the ESI for the custodians for whom good cause exists, and the parties can further negotiate any reasonable limitations before raising any disputes with the Court; and (iii) judicial economy counsels in favor of resolving search term disputes only for those custodians for whom good cause is

---

[1] To the extent the Court is inclined to grant briefing prior to the August 12 hearing, Google respectfully requests that the Court order a joint filing so that the parties will be apprised of the opposing party's arguments prior to filing.

[2] Plaintiffs' Motion violates Local Rule 7-11, as it fails to include the required declaration "that explains why a stipulation could not be obtained." L.R. 7-11(a). Had Plaintiffs sought Google's position on a stipulation, Google would have offered to reach agreement on a briefing schedule along the lines of what it hopes the parties can propose for the Court's consideration on August 12.

established (and not the full list of custodians or terms in Plaintiffs' Proposed Order, which may include custodians whom Plaintiffs no longer intend to brief or terms that may change on account of the parties' ongoing negotiations). Accordingly, Google has proposed that the parties first agree on a briefing schedule and page limit for any remaining custodians that Plaintiffs intend to brief for Dispute P1, which Google hopes the parties can jointly present for the Court to consider.

Based on the foregoing, Google respectfully requests that the Court deny Plaintiffs' Motion and permit the parties to provide the Court with an update on this issue during the August 12 hearing.

DATED: August 9, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)

jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

-3- Case No. 5:20-cv-03664-LHK-SVK
GOOGLE LLC'S OPPOSITION TO MOTION FOR LEAVE FOR ADDITIONAL BRIEFING