UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT ADDITIONAL BRIEFING CONCERNING DISPUTES P1 AND P2**<br><br>Referral:  Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion for Leave to Submit Additional Briefing Concerning Disputes P1 and P2 (the "Motion"). Having considered the papers, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **DENY** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in Google's Opposition to the Motion, the Motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge