| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Sean P. Rodriguez, CA Bar No. 262437<br>Alexander J. Konik, CA Bar No. 299291<br>Antonio L. Ingram, II, CA. Bar No. 300528<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>srodriguez@bsfllp.com<br>alex.konik@gmail.com<br>aingram@bsfllp.com<br>akonik@bsfllp.com | William Christopher Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com |
| James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com | Jenna G. Farleigh, CA Bar No. 28811<br>**SUSMAN GODFREY L.L.P**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Tel: (206) 516-3880<br>Fax: (206) 516-3883<br>jfarleigh@susmangodfrey.com |
| Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA. 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com | John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com |

*Attorneys for Plaintiffs*

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all other similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, | Case No.:  5:20-cv-03664-LHK<br><br>**NOTICE OF APPEARANCE BY JENNA G. FARLEIGH** |

1

---

Notice of Appearance by Jenna G. Farleigh                                                              CASE NO. 5:20-CV-03664-LHK

|   |   |
|---|---|
| 1 |   |
| 2 | Defendant. |

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that attorney Jenna G. Farleigh of Susman Godfrey L.L.P., 1201 Third Avenue, Suite 3800, Seattle, Washington 98101, a member of the State Bar of California, hereby enters an appearance as counsel on behalf of Plaintiffs Chasom Brown, Maria Nguyen, William Byatt, Jeremy Davis, and Christopher Castillo in the above-referenced matter.

Dated: August 11, 2021  Respectfully submitted,

By: */s/ Jenna G. Farleigh*
Jenna G. Farleigh (CA Bar No. 288811)
jfarleigh@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenues, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-38800

Mark C. Mao, CA Bar No. 236165
Sean P. Rodriguez, CA Bar No. 262437
Alexander J. Konik, CA Bar No. 299291
Antonio L. Ingram, II, CA. Bar No. 300528
Beko Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
srodriguez@bsfllp.com
alex.konik@gmail.com
aingram@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)

|   |   |
|---|---|
| 1 | Rossana Baeza (admitted *pro hac vice*) |
| 2 | **BOIES SCHILLER FLEXNER LLP** |
|   | 100 SE 2nd St., 28th Floor |
| 3 | Miami, FL 33131 |
|   | Tel.: (305) 539-8400 |
| 4 | Fax: (303) 539-1307 |
|   | jlee@bsfllp.com |
| 5 | rbaeza@bsfllp.com |

Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William C. Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

*Attorneys for Plaintiffs*

3