1
2
3
4
5
6
7
8
9
10                        UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12
13   CHASOM BROWN, WILLIAM BYATT,            Case No. 5:20-cv-03664-LHK-SVK
     JEREMY DAVIS, CHRISTOPHER
14   CASTILLO, and MONIQUE TRUJILLO,         **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR HEARING ON JOINT SUBMISSION (DKT. 230)**
     individually and on behalf of all similarly
15   situated,
16        Plaintiffs,                        Referral: Hon. Susan van Keulen, USMJ
                                             Hearing Date: August 12, 2021
17        v.                                 Hearing Time: 9:30 A.M.
18   GOOGLE LLC,
19        Defendant.
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom for Hearing on Joint Submission (the "Motion"). Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: August 11, 2021

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge