UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 20-cv-03664-LHK   (SVK)<br><br>**ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 198, 204, 210, 217, 228, 229 |

Before the Court are several administrative motions to file under seal materials submitted in connection with discovery disputes in this case. Dkt. Nos. 198, 204, 210, 217, 228, 229; *see also* Dkt. 203.

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7 (1978)). A request to seal court records therefore starts with a "strong presumption in favor of access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The standard for overcoming the presumption of public access to court records depends on the purpose for which the records are filed with the court. A party seeking to seal court records relating to motions that are "more than tangentially related to the underlying cause of action" must demonstrate "compelling reasons" that support secrecy. *Ctr. For Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016). For records attached to motions that re "not related, or only tangentially related, to the merits of the case," the lower "good cause" standard of Rule 26(c) applies. *Id.*; *see also Kamakana*, 447 F.3d at 1179. A party moving to seal court records must also comply with the procedures established by Civil Local Rule 79-5.

Here, the "good cause" standard applies because the information the parties seek to seal was submitted to the Court in connection with discovery-related motions, rather than a motion that concerns the merits of the case. The Court may reach different conclusions regarding sealing these documents under different standards or in a different context. Having considered the motions to seal, supporting declarations, and the pleadings on file, and good cause appearing, the Court **ORDERS** as follows:

1. **ECF 198**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Motion to Compel regarding Dispute P3 | GRANTED as to redacted portions at:<br><br>Page 1, lines 16<br>Page 2, lines 17<br>Page 3, lines 4, 7, 9-10, 19-24, 28<br>Page 4, lines 1-3<br>Page 6, lines 6-11, 28<br>Page 7, lines 1-2<br>Page 8, lines 1, 28<br>Page 9, lines 1 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Declaration of John A. Yanchunis In Support Of Plaintiffs' Motion To Compel regarding Dispute P3 | GRANTED as to redacted portions at:<br>Page 1, lines 8-10, 13-14<br>Page 2, lines 12-13 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 1 to the Declaration of John A. Yanchunis | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, including Google's internal |

| | | |
|---|---|---|
| | | data storage infrastructure, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 2 to the Declaration of John A. Yanchunis | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, including the Google's internal identifiers/cookies, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 3 to the Declaration of John A. Yanchunis | GRANTED as to redacted portions at: Pages 2-3 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 4 to the Declaration of John A. Yanchunis | GRANTED as to redacted portions at: Page 6, line 1, 17, 22 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 5 to the Declaration of John A. Yanchunis | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains |

|   |   |   |
|---|---|---|
|   |   | as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 6 to the Declaration of John A. Yanchunis: | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 7 to the Declaration of John A. Yanchunis | GRANTED as to redacted portions at: Pages 1, 2, 3 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 8 to the Declaration of John A. Yanchunis | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, including the various types of logs maintained by Google and retention periods applicable thereto, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Proposed Order | GRANTED as to redacted portions at: Page 1, lines 18-19 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies. |

2. **ECF 204**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission Re: Nominations for a Special Master and Proposed Orders | GRANTED | Protect individual privacy interests. |
| Exhibit A-1 to A-5 | GRANTED | Protect individual privacy interests. |

3. **ECF 210**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Opposition To Plaintiffs' Motion To Compel Regarding Dispute P3 | GRANTED as to redacted portions at:<br><br>Page 4, lines 1, 3, 8-11, 14-21, 23-24, 27-28<br><br>Page 5, lines 6-7, 10, 13-16<br><br>Page 6, lines 22<br><br>Page 7, lines 20-21<br><br>Page 8, lines 9, 11-12, 14-15 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Ex. 1, Google's May 24, 2021 Responses and Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition | GRANTED as to redacted portions at:<br><br>Page 4, lines 21-22, 26<br><br>Page 8, lines 10-11<br><br>Page 9, line 9 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**4.     ECF 217**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Letter Brief re: Dispute P16 | GRANTED as to redacted portions at page 4 at lines 19, 21, 25-26, 27-28; page 5 at lines 4-5, 9-14, 22-23; page 7 at lines 23-25, 26-28; page 8 at lines 27-28; page 9 at lines 1-2, 3, 5-7, 8, 9, 10, 11, 12, 13-14, 22-23, 25; and page 10 at line 1 | Narrowly tailored to protect confidential information regarding features of Google's internal systems and operations, including details related to internal identifiers and various data logs maintained by Google, as well as Google's internal practices with regard to the X-Client-Data Header and its proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**5.     ECF 228**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission | GRANTED as to redacted portions at pages 7, 8, 11, 12, 24, 31, 59, 60 | Narrowly tailored to protect confidential information regarding features of Google's internal systems and operations, including details related to cookies, internal identifiers and various data logs maintained by Google, as well as Google's internal communications and practices with regard to Incognito, X-Client-Data Header and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

6

**6.     ECF 229**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Proposed Order re Custodian and Search Terms | GRANTED as to redacted portions at:<br><br>Page 2, lines 12, 14-22;<br>Page 3, lines 2, 4, 5-6, 9, 11-13, 17-19, 21-23, 27;<br>Page 4, lines 1, 5-7, 11-13, 18-19, 23-25;<br>Page 5, lines 1, 3, 7, 9-10, 13-15, 21, 24-28;<br>Page 6, lines 5-7, 11, 13, 15, 19-22, 25-26;<br>Page 7, lines 4-7, 11-12, 16, 18-19, 23-24, 27;<br>Page 8, lines 2-3, 7-10, 13-15, 18-20, 24, 26;<br>Page 9, lines 3-5, 10, 14-15, 19-20, 23, 25-26;<br>Page 10, lines 2-4, 7-9, 12-13 | Narrowly tailored to protect confidential information about features of Google's internal systems and operations, including details related to cookies, internal identifiers and projects, and various data logs maintained by Google, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Plaintiffs' Proposed Order re Sundar Pichai Production | GRANTED as to redacted portions at:<br><br>Page 2, lines 9-15 | Narrowly tailored to protect confidential information about features of Google's internal systems and operations, including details related to cookies, internal identifiers and projects, and various data logs maintained by Google, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

7

**SO ORDERED.**

Dated: August 11, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge