UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-03664-LHK (SVK)<br><br>**ORDER ON AUGUST 2, 2021 JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 230 |

Exhibit A sets forth the Court's rulings on the Parties' August 2, 2021 joint submission regarding discovery disputes (Dkt. 230). In addition, the Court **ORDERS** as follows:

1. The Parties are to promptly submit a proposed stipulation to Judge Koh for an extension of the fact discovery cutoff to **January 21, 2022** and making other schedule adjustments as necessary.

2. Disputes P3 and P14 (concerning clean room access and source code, respectively) are **REFERRED** to the Special Master.

3. By **August 13, 2021,** each side in each case may select up to three of the remaining disputes in the August 2 submission (Dkt. 230) for the Court to address in due course.

4. The Court has reserved **September 30, 2021 at 9:30 a.m.** for a further discovery conference on disputed issues that are ripe for adjudication. By **noon on September 24, 2021,** the parties are to file a joint statement in which each side may identify two issues for resolution at the September 30 conference. Issues are to be set forth in the customary, SUMMARY, chart format

**SO ORDERED.**

Dated: August 12, 2021

SUSAN VAN KEULEN
United States Magistrate Judge