**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTING [PROPOSED] REDACTIONS TO TRANSCRIPT OF JUNE 2, 2021 HEARING**<br><br>Judge:    Honorable Susan van Keulen |

Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on June 1, 2021, Google filed its Administrative Motion to Seal the Courtroom for Hearing on Joint Submission (Dkt. 177), which was filed as Dkt. 182;

WHEREAS, on June 1, 2021, the Court granted Google's Administrative Motion to Seal the Courtroom for Hearing on Joint Submission, and ordered that "[w]ithin 7 business days of receipt of the transcript of the June 2 hearing, the Parties must jointly submit proposed redactions to the transcript." (Dkt. 183);

WHEREAS, the Parties received the Hearing Transcript on June 7, 2021 and the deadline to submit the redactions pursuant to the Court's July 15, 2021 order (Dkt. No. 222) is August 12, 2021;

WHEREAS, the Parties will exchange proposed redactions to the Hearing Transcript and confer in good faith on the information to be redacted prior to filing;

WHEREAS, the Parties agree that an extension of time to submit redactions to the Hearing Transcript will enable the Parties to reach an agreement on the information to be redacted;

NOW THEREFORE, the Parties stipulate to extend the deadline by which the Parties shall submit proposed redactions to the Hearing Transcript, to August 19, 2021.

DATED: August 12, 2021

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* <br> Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> sb@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 | */s/* <br> Mark C. Mao (CA Bar No. 236165) <br> mmao@bsfllp.com <br> Beko Reblitz-Richardson (CA Bar No. 238027) <br> brichardson@bsfllp.com <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 <br> Tel: (415) 293 6858 <br> Fax: (415) 999 9695 <br><br> James W. Lee (*pro hac vice*) <br> jlee@bsfllp.com <br> Rossana Baeza (*pro hac vice*) <br> rbaeza@bsfllp.com <br> 100 SE 2nd Street, Suite 2800 |

| | | |
|---|---|---|
| 1 | Tel: (213) 443-3000<br>Fax: (213) 443-3100 | Miami, FL 33130<br>Tel: (305) 539-8400<br>Fax: (305) 539-1304 |
| 2 | | |
| 3 | Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com | William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com |
| 4 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 5 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 6 | | Alexander P. Frawley (*pro hac vice*) |
| 7 | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com | afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 8 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | 1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019 |
| 9 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | Tel: (212) 336-8330 |
| 10 | | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com |
| 11 | Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 |
| 12 | 1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*) | Los Angeles, CA 90067<br>Tel: (310) 789-3100 |
| 13 | carlspilly@quinnemanuel.com<br>Washington D.C., 20005 | John A. Yanchunis (*pro hac vice*) |
| 14 | Tel: (202) 538-8000<br>Fax: (202) 538-8100 | jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*) |
| 15 | | rmcgee@forthepeople.com |
| 16 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 17 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 18 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Fax: (813) 222-4736 |
| 19 | *Attorneys for Defendant Google LLC* | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 20 | | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 21 | | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 22 | | *Attorneys for Plaintiffs* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## ATTESTATION OF CONCURRENCE

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Extending Time For Submitting [Proposed] Redactions to the transcript of the June 2, 2021 hearing. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: August 12, 2021

By      /s/ Andrew H. Schapiro
Andrew H. Schapiro
*Counsel on behalf of Google*

[PROPOSED] **ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for the Parties to file their proposed redactions to the June 2, 2021 hearing transcript shall be extended to August 19, 2021.

**IT IS SO ORDERED.**

DATED: August 13, 2021

Hon. Susan van Keulen
United States Magistrate Judge