UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

    Plaintiffs,

    v.

GOOGLE LLC,

    Defendant.

Case No. 5:20-cv-03664-LHK-SVK

**[PROPOSED] ORDER GRANTING JOINT SUBMISSION RE: SEALING PORTIONS OF JUNE 2, 2021 HEARING TRANSCRIPT**

Referral: Hon. Susan van Keulen, USMJ

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Submission Regarding Sealing Portions of the June 2, 2021 Hearing Transcript. Having considered the parties' statements and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| June 2, 2021 Hearing Transcript | GRANTED as to redacted portions at:<br><br>13:2, 13:8, 13:11, 32:18-20, 34:10, 34:23-25, 36:23-37:3, 37:8-11, 37:15-16, 37:19-20, 37:22-24, 38:3-5, 46:3-11, 46:14-15, 46:17-23, 46:25, 47:1, 70:20, 70:24, 71:2. | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including Google's internal policies, internal data structures, internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED**.

DATED: _____

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge