# EXHIBIT A
# Redacted Version of Document Sought to be Sealed

SEALED PROCEEDINGS

```
 1                  UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION

 3
       PATRICK CALHOUN, ET AL., ON      CV-20-5146-LHK/SVK
 4     BEHALF OF THEMSELVES AND ALL      CV-20-3664-LHK/SVK
       OTHERS SIMILARLY SITUATED,        CV-21-2155-LHK/SVK
 5
                 PLAINTIFFS,            SAN JOSE, CALIFORNIA
 6        VS.
                                        JUNE 2, 2021
 7     GOOGLE INC.,
                                        PAGES 1 - 79
 8               DEFENDANT.
       _____   SEALED
 9     AND RELATED CASES.

10     _____

11                 TRANSCRIPT OF ZOOM PROCEEDINGS
             BEFORE THE HONORABLE SUSAN VAN KEULEN
12                 UNITED STATES DISTRICT JUDGE

13
       A-P-P-E-A-R-A-N-C-E-S
14

15     FOR THE PLAINTIFFS:   BOIES, SCHILLER & FLEXNER LLP
                             BY:  JAMES W. LEE
16                                HSIAO C. MAO
                                  BEKO RICHARDSON
17                           44 MONTGOMERY STREET, 41ST FLOOR
                             SAN FRANCISCO, CALIFORNIA 94104
18

19             (APPEARANCES CONTINUED ON THE NEXT PAGE.)

20

21     OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                   CERTIFICATE NUMBER 8074
22

23        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
       TRANSCRIPT PRODUCED WITH COMPUTER.
24

25
```

```
 1        A P P E A R A N C E S: (CONT'D)
 2
 3        FOR THE PLAINTIFFS:        MORGAN AND MORGAN COMPLEX
                                     LITIGATION GROUP
 4                                   BY:  RYAN MCGEE
                                     201 N. FRANKLIN STREET, 7TH FLOOR
 5                                   TAMPA, FLORIDA 33602
 6                                   BY:  MICHAEL F. RAM
                                     711 VAN NESS AVENUE, SUITE 500
 7                                   SAN FRANCISCO, CALIFORNIA 94102
 8                                   DICELLO LEVITT & GUTZLER LLC
                                     BY:  DAVID A. STRAITE
 9                                   ONE GRAND CENTRAL PLACE
                                     60 EAST 42ND STREET, SUITE 2400
10                                   NEW YORK, NEW YORK 10165
11                                   BY:  ADAM M. PROM
                                          AMY E. KELLER
12                                   TEN NORTH DEARBORN STREET
                                     6TH FLOOR
13                                   CHICAGO, ILLINOIS 60602
14                                   SIMMONS, HANLY & CONROY LLC
                                     BY:  JAY BARNES
15                                   231 S. BEMISTON AVENUE
                                     SUITE 525
16                                   ST. LOUIS, MISSOURI 63105
17                                   BY:  AN V. TRUONG
                                     112 MADISON AVENUE, 7TH FLOOR
18                                   NEW YORK, NEW YORK 10016
19                                   BLEICHMAR, FONTI & AULD LLP
                                     BY:  LESLEY E. WEAVER
20                                        ANNE K. DAVIS
                                          ANGELICA M. ORNELAS
21                                   555 12TH STREET, SUITE 1600
                                     OAKLAND, CALIFORNIA 94607
22
23             (APPEARANCES CONTINUED ON THE NEXT PAGE.)
24
25
```

1

   A P P E A R A N C E S: (CONT'D)

2

3      FOR THE DEFENDANT:          QUINN EMANUEL URQUHART AND
                                   SULLIVAN, LLP
4                                  BY:  ANDREW H. SCHAPIRO
                                   191 N. UPPER WACKER DRIVE
5                                  SUITE 2700
                                   CHICAGO, ILLINOIS 60606
6
                                   BY:  JOSEF T. ANSORGE
7                                       JOMAIRE A. CRAWFORD
                                   51 MADISON AVENUE
8                                  NEW YORK, NEW YORK 10010

9                                  BY:  VIOLA TREBICKA
                                        STEPHEN A. BROOME
10                                 865 SOUTH FIGUEROA STREET
                                   10TH FLOOR
11                                 LOS ANGELES, CALIFORNIA 90017

12                                 COOLEY LLP
                                   BY:  JEFFREY GUTKIN
13                                      DANIEL PIERRE
                                        KELSEY SPECTOR
14                                 101 CALIFORNIA STREET, 5TH FLOOR
                                   SAN FRANCISCO, CALIFORNIA 94111
15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

```
01:35PM  1    SAN JOSE, CALIFORNIA                    JUNE 2, 2021

         2                    P R O C E E D I N G S

01:35PM  3        (COURT CONVENED AT 1:35 P.M.)

01:35PM  4            THE COURT:  GOOD AFTERNOON.  WELCOME TO OUR GOOGLE

01:35PM  5    DISCOVERY HEARING IN THE CALHOUN, BROWN, AND HEWITT MATTERS.

01:35PM  6    THANK YOU ALL FOR GETTING HERE, AND WE'LL GET PROMPTLY

01:35PM  7    UNDERWAY.

01:35PM  8        WHAT I WANT TO DO, AND I'LL HAVE MS. FANTHORPE CALL BOTH

01:35PM  9    CALHOUN AND BROWN AND I'LL GET EVERYONE'S APPEARANCES, BUT LET

01:35PM  10   ME JUST TELL YOU -- I'LL TELL YOU WHAT, WE'LL DO THAT AND THEN

01:35PM  11   I'LL LAY OUT HOW WE'RE GOING TO PROCEED TODAY.

01:35PM  12           THE CLERK:  SOUNDS GOOD.  CALLING CASE 20-CV-03664,

01:35PM  13   BROWN, ET AL., VERSUS GOOGLE LLC ET AL.

01:35PM  14       COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD

01:35PM  15   BEGINNING WITH THE PLAINTIFF.

01:35PM  16           MR. LEE:  GOOD AFTERNOON.

01:35PM  17       THIS IS JAMES LEE FROM BOIES, SCHILLER & FLEXNER

01:35PM  18   REPRESENTING THE PLAINTIFFS.

01:35PM  19       I'M GOING TO LET MY COLLEAGUES WHO ALSO REPRESENT THE

01:35PM  20   PLAINTIFFS INTRODUCE THEMSELVES.

01:36PM  21           MR. MAO:  GOOD AFTERNOON AND EVERYONE IN THE COURT.

01:36PM  22       THIS IS MARK MAO BOIES, SCHILLER & FLEXNER REPRESENTING

01:36PM  23   THE PLAINTIFFS.

01:36PM  24           MR. RICHARDSON:  GOOD AFTERNOON.

01:36PM  25       BEKO RICHARDSON, BOIES, SCHILLER & FLEXNER ON BEHALF OF
```

01:36PM  1    THE PLAINTIFFS.

01:36PM  2           MR. RAM:  MICHAEL RAM OF MORGAN & MORGAN FOR THE

01:36PM  3    PLAINTIFFS.

01:36PM  4           MR. MCGEE:  GOOD AFTERNOON, YOUR HONOR.

01:36PM  5       RYAN MCGEE OF MORGAN & MORGAN ALSO FOR THE PLAINTIFFS.

01:36PM  6           MR. LEE:  I THINK THAT'S EVERYONE FOR THE PLAINTIFFS

01:36PM  7    IN BROWN.

01:36PM  8           THE COURT:  I THINK SO.

01:36PM  9       FOR DEFENDANTS?

01:36PM  10          MR. SCHAPIRO:  FOR THE DEFENDANTS, AND FOR THE SAME

01:36PM  11   OF EFFICIENCY I'LL JUST INTRODUCE EVERYONE FROM OUR SIDE.

01:36PM  12      IT'S ANDREW SCHAPIRO FROM QUINN EMANUEL JOINED BY MY

01:36PM  13   COLLEAGUES, JOMAIRE CRAWFORD, JOSEPH ANSORGE, VIOLA TREBICKA,

01:36PM  14   AND STEVE BROOME, AND I THINK YOU CAN RECOGNIZE ALL OF THEM

01:37PM  15   BECAUSE THEIR NAMES ARE IN THE LITTLE SQUARES.

01:37PM  16          THE COURT:  THANK YOU.

01:37PM  17          THE CLERK:  CALLING CASE 20-CV-5146, CALHOUN, ET

01:37PM  18   AL., VERSUS GOOGLE LLC.

01:37PM  19      COUNSEL, AGAIN, PLEASE IDENTIFY YOURSELVES FOR THE RECORD

01:37PM  20   BEGINNING WITH THE PLAINTIFF.

01:37PM  21          MR. STRAITE:  GOOD AFTERNOON, YOUR HONOR.

01:37PM  22      DAVID STRAITE FOR THE PLAINTIFFS NOW WITH THE LAW FIRM

01:37PM  23   DICELLO, LEVITT & GUTZLER.

01:37PM  24      AND I APPRECIATE THE COURT'S PATIENCE WITH SOME OF THE

01:37PM  25   EMAIL ADDRESSES.  I HAVE SWITCHED FIRMS.

01:37PM 1      I'D LIKE TO INTRODUCE TO YOU TODAY TWO OF MY COLLEAGUES

01:37PM 2  WHO ARE NEW HERE FOR THE FIRST TIME, AND ALSO I THINK THE FIRST

01:37PM 3  TIME EVER APPEARING BEFORE YOUR HONOR.

01:37PM 4      FIRST IS AMY KELLER FROM OUR CHICAGO OFFICE AND WHO IS

01:37PM 5  CHAIR OF CYBER SECURITY AND DATA PRIVACY PRACTICE.

01:37PM 6      AND ALSO IN CHICAGO, ADAM PROM, FIRST TIME HERE.

01:37PM 7      AND ALSO JOINING ME, YOU ARE FAMILIAR WITH THESE FACES

01:37PM 8  AND NAMES BY NOW, WE HAVE JAY BARNES AT SIMMONS, HANLY & CONROY

01:37PM 9  AND HIS COLLEAGUE, AN TRUONG.

01:37PM 10      AND THEN FROM BLEICHMAR FONTI, LESLEY WEAVER, AND HER

01:38PM 11  COLLEAGUE, ANGELICA ORNELAS.

01:38PM 12      THAT'S IT FOR THE PLAINTIFFS IN CALHOUN.

01:38PM 13          THE COURT:  THANK YOU.  YOU ARE UP.

01:38PM 14          MR. SCHAPIRO:  I'M SORRY.  WE'RE THE SAME CAST OF

01:38PM 15  CHARACTERS.  I WAS ASLEEP AT THE WHEEL.

01:38PM 16      SAME AS IN BROWN, YOUR HONOR.  ANDREW SCHAPIRO FROM

01:38PM 17  QUINN EMANUEL FOR GOOGLE AND JOINED BY MY COLLEAGUES AND

01:38PM 18  FRIENDS, JOSEF ANSORGE, VIOLA TREBICKA, JOMAIRE CRAWFORD, AND

01:38PM 19  STEPHEN BROOME.

01:38PM 20          THE COURT:  THANK YOU.

01:38PM 21          THE CLERK:  YOUR HONOR, BEFORE YOU BEGIN, I JUST DO

01:38PM 22  WANT TO STATE THAT THESE ARE SEALED HEARINGS.  THANK YOU.

01:38PM 23          THE COURT:  THANK YOU, MS. FANTHORPE.

01:38PM 24      YES, I THINK I RECEIVED A REQUEST FOR SEALING IN BROWN,

01:38PM 25  AND BECAUSE THERE ARE SOME OVERLAPPING ISSUES THAT I WANT TO

01:38PM  1    ADDRESS, I THOUGHT IT WOULD BE MOST EFFICIENT THIS TIME AND

01:38PM  2    PERHAPS REACHING THE END OF THIS PROCEDURE WHERE I'VE SEALED

01:39PM  3    THE HEARING, BUT THE PARTIES WILL RECEIVE THE TRANSCRIPT AND

01:39PM  4    YOU'LL HAVE SOME TIME TO GET ME A REDACTED TRANSCRIPT, AND THEN

01:39PM  5    THE TRANSCRIPT WILL BE MADE PUBLIC WITH THOSE REDACTIONS.

01:39PM  6        OKAY.  SO WHAT I'D LIKE TO DO TODAY, FIRST I'M GOING TO

01:39PM  7    TOUCH BASE ON THAT PROCESS AS IT IS NOW, AND WHAT I EXPECT THE

01:39PM  8    PARTIES TO DO IN ADVANCE OF PUTTING AN ISSUE ON THE CHART THAT

01:39PM  9    THEN COMES TO ME FOR THIS PROCEEDING, THEN I WANT TO TURN TO --

01:39PM  10   I HAVE SOME VOCABULARY QUESTIONS THAT MAYBE ARE PERHAPS

01:39PM  11   OVERDUE, BUT THEY'RE HERE NOW.

01:39PM  12       AND I'LL START IN THE CONTEXT OF BROWN WITH THE CLASS

01:39PM  13   DEFINITION AND THEN SOME QUESTIONS THAT, AGAIN, VOCABULARY THAT

01:39PM  14   COME UP IN THE ARGUMENTS, AND TURN TO CALHOUN FOR THE SAME

01:40PM  15   EXERCISE.

01:40PM  16       AND I WANT TO DO THOSE TOGETHER BECAUSE THAT WILL HELP ME

01:40PM  17   TO UNDERSTAND SOME OF THE OVERLAP AND DIFFERENCES BETWEEN THE

01:40PM  18   CASES IN TERMS OF CLASS DEFINITION.

01:40PM  19       THEN WE WILL TURN TO THE ISSUE THAT EXISTS IN BOTH CASES,

01:40PM  20   WHICH IS THE PRODUCTION OF PLAINTIFFS' DATA, THAT IS, DATA

01:40PM  21   REGARDING THE PLAINTIFFS FROM GOOGLE, AND WE'LL START WITH

01:40PM  22   BROWN, EXCUSE ME, AND ISSUE -- I THINK IT'S ISSUE .3, AND THEN

01:40PM  23   WE'LL TURN TO CALHOUN AND THERE I THINK IT'S ISSUE 1.3.  THEN

01:40PM  24   WE'LL FIGURE OUT NEXT STEPS FROM THERE.  BUT THAT'S WHERE I

01:40PM  25   WANT TO GET US STARTED TODAY.

SEALED PROCEEDINGS

01:40PM 1        I DO APPRECIATE EVERYONE SHOWING UP, AND I KNOW HOW

01:40PM 2  IMPORTANT EACH TEAM MEMBER IS, AND YOU EACH HAVE AN INTEGRAL

01:41PM 3  ROLE, AND I LOOK FORWARD TO HEARING FROM EVERYONE WHO HAS A

01:41PM 4  CONTRIBUTION TO MAKE TODAY.

01:41PM 5        I WILL ASK YOU IF IT'S -- IF YOU DON'T HAVE A SPEAKING

01:41PM 6  ROLE OR YOU DON'T KNOW IF YOU HAVE A SPEAKING ROLE TO TURN OFF

01:41PM 7  YOUR VIDEO BECAUSE WE HAVE QUITE A COLLECTION, AND THAT WILL

01:41PM 8  HELP ME TO BE SURE I'M FOCUSSING ON THOSE WHO HAVE SOMETHING TO

01:41PM 9  SAY, AND I WILL ALSO OFFER, AND I DON'T WANT TO CAUSE ANY

01:41PM 10 DISSENSION, BUT A TEAM LEADER ON EACH SIDE, OR TEAM LEADERS IF

01:41PM 11 IT'S A REASONABLE NUMBER, MAY ALSO KEEP THEIR VIDEO ON.  I

01:41PM 12 APPRECIATE THAT YOU LIKE TO FEEL LIKE YOU'RE STILL INVOLVED.

01:41PM 13 SO THAT IS OKAY.

01:41PM 14       I THINK IF WE JUST -- FOLKS WHO HAVE OTHER ISSUES CAN TURN

01:41PM 15 THEIRS OFF, THAT SHOULD HELP ME GET US WHERE WE NEED TO BE.

01:41PM 16       OKAY.  SO WITH THAT LET ME JUST VERY QUICKLY REVIEW THE

01:42PM 17 PROCESS AS IT NEEDS TO BE TAKING PLACE BECAUSE I JUST DON'T

01:42PM 18 WANT THERE TO BE ANY CONFUSION ON THIS, AND THAT IS THAT AS THE

01:42PM 19 PARTIES SERVE AND RESPOND TO DISCOVERY, OBVIOUSLY DISPUTES COME

01:42PM 20 UP.  YOU HAVE A NUMBER OF DISPUTES NOW THAT HAVE BEEN --

01:42PM 21 SOMEBODY MIGHT NOT BE ON --

01:42PM 22            MR. SCHAPIRO:  DANIELLE, YOU NEED TO MUTE.

01:42PM 23            THE COURT:  IF YOU'RE NOT ON MUTE, PLEASE HIT MUTE.

01:42PM 24       OTHERS -- EXCUSE ME.  AND WE HAVE A NUMBER OF DISPUTES

01:42PM 25 THAT HAVE BEEN AROUND FOR A WHILE, AND THE COURT ADDRESSES THEM

01:42PM 1   IN BUILDING BLOCK FASHION BECAUSE THEY'RE OF CERTAIN

01:42PM 2   COMPLEXITY.

01:42PM 3       BUT WHEN A DISPUTE ARISES AND AS WE'RE WORKING THROUGH

01:42PM 4   EVOLUTION OF DISPUTES, THE FIRST REQUIREMENT, OF COURSE, IS

01:43PM 5   MEET AND CONFER BETWEEN THE PARTIES.  I WANT TO MAKE IT VERY

01:43PM 6   CLEAR THAT THE PARTICIPANTS IN MEET AND CONFER HAVE TO HAVE

01:43PM 7   AUTHORITY TO NEGOTIATE TOWARDS A RESOLUTION OF WHATEVER THE

01:43PM 8   DISPUTE IS.

01:43PM 9       IT'S IMPORTANT THAT THOSE BE THE PARTICIPANTS IN MEET AND

01:43PM 10  CONFER SO PROGRESS CAN BE MADE.  IT IS NOT JUST A SHOW UP AND

01:43PM 11  TAKE NOTES FUNCTION, AND THEN REPORT BACK TO THE TEAM, AND THEN

01:43PM 12  HAVE FURTHER DISCUSSION, AND THEN REPORT THE RESULTS OF THOSE

01:43PM 13  DISCUSSIONS TO THE OTHER SIDE.

01:43PM 14      I APPRECIATE THAT THERE'S DELEGATION, AND IT'S OFTEN THE

01:43PM 15  FRESHEST, SMARTEST, HARDEST WORKING LAWYERS ARE THE MORE JUNIOR

01:43PM 16  MEMBERS OF THE TEAM, AND IF THAT'S WHO CAN HAVE THE AUTHORITY

01:43PM 17  AND RUN THE MEET AND CONFER, GREAT.  I DON'T CARE WHAT LEVEL

01:43PM 18  ANYBODY IS, BUT WHEN YOU HAVE A MEET AND CONFER OVER A

01:43PM 19  DISCOVERY DISPUTE, YOU HAVE TO HAVE AUTHORITY TO NEGOTIATE.

01:44PM 20  YOU MAY HAVE TO TAKE SOMETHING BACK FOR CLIENT APPROVAL,

01:44PM 21  UNDERSTOOD, BUT YOU'VE GOT TO HAVE PEOPLE WITH AUTHORITY.

01:44PM 22      YOUR MEET AND CONFER SESSIONS NEED TO BE APPROACHED AS A

01:44PM 23  PROBLEM SOLVING SESSIONS.  THIS ISN'T JUST CREATE THE RECORD SO

01:44PM 24  THEN WE CAN LAY IT OUT FOR THE JUDGE.  IT NEEDS TO BE AN

01:44PM 25  EARNEST AND GOOD FAITH EFFORT AT RESOLVING THE DISPUTES.

01:44PM 1          AND I SEE THAT BECAUSE I SEE THE CHARTS WITH DISPUTES

01:44PM 2    WHERE THE PARTIES HAVE MADE PROGRESS THROUGH MEET AND CONFER

01:44PM 3    AND SOMETIMES HAVE RESOLVED OR ARE CONFIDANT THAT THEY ARE

01:44PM 4    MOVING TOWARDS RESOLUTION, AND I APPRECIATE THAT.  I WANT TO BE

01:44PM 5    SURE THAT THAT MENTALITY AND APPROACH TO THE SESSIONS

01:44PM 6    CONTINUES.

01:44PM 7          WHEN AN ISSUE -- WHEN YOU TRULY REACH IMPASSE, THAT IS

01:44PM 8    WHERE IT GOES ON THE CHART TO COME FOR THE COURT'S ATTENTION.

01:44PM 9          THERE WILL BE NO OTHER BRIEFING ON THE ISSUE UNLESS I ASK

01:45PM 10    FOR IT.  WHERE IN THE NORMAL COURSE YOU WOULD SAY, OKAY, WE'VE

01:45PM 11    REACHED AN IMPASSE, LET'S DO A FIVE-PAGE JOINT DISCOVERY

01:45PM 12    LETTER.  INSTEAD OF THAT IT GOES ON THE CHART TO GET TEED UP

01:45PM 13    FOR OUR NEXT SESSION.

01:45PM 14          AND IF I WANT FURTHER BRIEFING AND IF EITHER OR BOTH

01:45PM 15    PARTIES FEELS STRONGLY THAT THEY NEED IT, YOU CAN ASK FOR IT.

01:45PM 16    I'M NOT GOING TO GRANT IT EVERY TIME PEOPLE ASK FOR IT.  I'LL

01:45PM 17    JUST TELL YOU THAT BECAUSE A NUMBER OF THESE I CAN DEAL WITH.

01:45PM 18          BUT I DO APPRECIATE THAT WE HAVE A LOT OF ISSUES.  SOME

01:45PM 19    ARE COMPLEX.  MANY ARE NOT.  AND WE WANT TO -- I WANT TO GET

01:45PM 20    THE INFORMATION THAT I NEED IN THE MOST EFFICIENT WAY POSSIBLE

01:45PM 21    TO KEEP THE CASE -- TO RESOLVE ISSUES AND KEEP THE CASE MOVING

01:45PM 22    FORWARD.

01:45PM 23          OKAY.  SO WITH THAT SAID, I WANT TO TURN NOW TO THE FIRST

01:46PM 24    ISSUE.  AND I'M GOING -- OVERALL I'M GOING TO FOCUS ON THE

01:46PM 25    CRITICAL ISSUES THAT THE PARTIES HAVE IDENTIFIED AND THEN, YOU

SEALED PROCEEDINGS

01:46PM 1      KNOW, I'LL LET YOU KNOW WHAT I'LL DO WITH THE REMAINING ISSUES

01:46PM 2      IN DUE COURSE.

01:46PM 3           BUT OF THE CRITICAL ISSUES, AS I SAY, THE OVERLAPPING

01:46PM 4      ISSUE THAT CERTAINLY APPEARS TO ME TO BE AN OVERLAPPING ISSUE,

01:46PM 5      I'M SURE IT'S NOT IDENTICAL, BUT IT IS PRODUCTION OF THE

01:46PM 6      PLAINTIFFS' DATA.

01:46PM 7           OH, EXCUSE ME.  OF COURSE, I SKIPPED MY MOST IMPORTANT

01:46PM 8      STEP WHICH I WAS SO EXCITED ABOUT WHICH WAS THE VOCABULARY.  SO

01:46PM 9      EXCUSE ME.  LET ME JUST BACK UP.

01:46PM 10               MS. TREBICKA:  YOUR HONOR?

01:46PM 11               THE COURT:  YES.

01:46PM 12               MS. TREBICKA:  BEFORE WE MOVE ON, I JUST HAVE A

01:46PM 13     QUICK QUESTION TO CLARIFY SOMETHING IN WHAT YOU JUST SAID,

01:46PM 14     WHICH IS NO BRIEFING UNLESS YOUR HONOR SPECIFICALLY ORDERS IT.

01:47PM 15          WE HAVE SEEN SOME OF THE JOINT SUBMISSIONS TURN RATHER

01:47PM 16     LENGTHY, AND I WAS WONDERING IF YOU HAVE ANY GUIDANCE ON LIMITS

01:47PM 17     TO THE JOINT SUBMISSION, TO WHATEVER BLURB GOES IN THE JOINT

01:47PM 18     SUBMISSION.

01:47PM 19               THE COURT:  WE'LL ADDRESS THAT IN DUE COURSE.  THANK

01:47PM 20     YOU, MS. TREBICKA.

01:47PM 21          SO VOCABULARY.  LET'S START WITH BROWN.  I PUT MYSELF WITH

01:47PM 22     REGARDS TO THE CLASS DEFINITION, AND I SEE THE KEY COMPONENTS

01:47PM 23     AS PRIVATE BROWSING, NOT LOGGED INTO A GOOGLE ACCOUNT WHERE THE

01:47PM 24     USER ACCESSES THE WEBSITES THAT CONTAIN GOOGLE ANALYTICS OR

01:47PM 25     AD MANAGER.

01:47PM 1       SO -- AND THAT'S -- I GET THAT.  PRIVATE BROWSING, OKAY,

01:47PM 2   YOU'RE NOT LOGGED INTO YOUR ACCOUNT.

01:47PM 3       SO FROM THERE MY QUESTIONS ARE, AND I'LL HEAR FIRST

01:48PM 4   FROM -- ON BEHALF OF BROWN AND THEN FROM GOOGLE, BUT LET'S TURN

01:48PM 5   TO WHAT IS SYNCED, WHEN A USER IS SYNCED AND NOT SYNCED AND HOW

01:48PM 6   THAT RELATES.

01:48PM 7       SO WHO HAS THE ISSUE FOR BROWN, PLEASE?

01:48PM 8           MR. MAO:  GOOD AFTERNOON, YOUR HONOR.  THIS IS

01:48PM 9   MARK MAO FROM BOIES, SCHILLER & FLEXNER.

01:48PM 10      I JUST WANT TO CLARIFY THAT.  ALTHOUGH SYNC DOES TOUCH ON

01:48PM 11  OUR CASE, I DO BELIEVE THAT THAT IS AN ISSUE FOR THE CALHOUN

01:48PM 12  PLAINTIFFS THAT I'M AFRAID THAT I WILL BUTCHER IF I TRY TO

01:48PM 13  EXPLAIN.  BUT I -- IF YOUR HONOR WOULD BE PLEASED, I CAN DO MY

01:48PM 14  BEST TO TRY TO EXPLAIN WHAT I UNDERSTAND FROM OUR END.

01:48PM 15          THE COURT:  WELL, IT CERTAINLY COMES UP IN ARGUMENT

01:48PM 16  IN THE BROWN CASE, AT LEAST THE TERM IS USED.  SO I WANT TO

01:49PM 17  HEAR -- I'LL HEAR FROM BROWN IN THE FIRST INSTANCE.

01:49PM 18      AND DON'T WORRY, CALHOUN, YOU'LL HAVE AN OPPORTUNITY.

01:49PM 19          MR. MAO:  OKAY.

01:49PM 20          THE COURT:  GO AHEAD, MR. MAO.

01:49PM 21          MR. MAO:  RIGHT.  SO THIS IS WITHOUT CROSS USE AND

01:49PM 22  MY UNDERSTANDING.

01:49PM 23      SO MY UNDERSTANDING CURRENTLY IS THAT GOOGLE USES THREE

01:49PM 24  PERSISTENT IDENTIFIERS TO LOG AND TRACK DEVICES FOR

01:49PM 25  INDIVIDUALS.

01:49PM  1        THERE IS THE GAIA I.D. AND THEN AT LEAST TWO TWICE-BAKED

01:49PM  2   COOKIES.  ONE IS THE ████████ AND ONE IS THE ████████.  THE

01:49PM  3   GAIA I.D., MY UNDERSTANDING, IS THAT THAT IS FOR LOG IN USERS

01:49PM  4   OR AUTHENTICATED USERS.

01:49PM  5        I AM UNSURE, YOUR HONOR, IF AND HOW THAT WORKS WITH SYNC,

01:49PM  6   AND THAT IS SOMETHING WHICH WE'RE TRYING TO FIGURE OUT IN

01:49PM  7   DISCOVERY.

01:49PM  8        FOR ████████ AND FOR ████████ THOSE ARE FOR LOGGED OUT OR

01:50PM  9   UNAUTHENTICATED USERS WHICH THEIR DATA, I BELIEVE, IS STILL

01:50PM 10   BEING SYNCED EXCEPT TO A DIFFERENT DATABASE TABLE THAT IS BASED

01:50PM 11   UPON THE ████████ AND THE ████████ I.D.'S.

01:50PM 12        THE COURT:  OKAY.  SO LET ME BACK UP RIGHT THERE,

01:50PM 13   MR. MAO.  AGAIN, I'M JUST HEARING FROM BROWN AT THE MOMENT.

01:50PM 14        SO WHETHER ONE IS LOGGED INTO THE ACCOUNT OR NOT LOGGED

01:50PM 15   INTO THE ACCOUNT, DOES THAT DETERMINE WHETHER -- DOES THAT

01:50PM 16   RELATE TO AUTHENTICATED AND UNAUTHENTICATED?

01:50PM 17        MR. MAO:  IT DOES, YOUR HONOR.  AND I BELIEVE WHAT

01:50PM 18   HAPPENS FROM WHAT I'VE SEEN IS THAT YOU HAVE BASICALLY THESE

01:50PM 19   THREE TABLES KIND OF PAIRED IN PARALLEL.  THERE IS SOME

01:50PM 20   ARGUMENT BETWEEN AND AMONGST THE PARTIES AS TO WHEN THEY ARE

01:50PM 21   KIND OF CORRELATED IN PARALLEL, WHETHER OR NOT THAT IS A

01:50PM 22   MERGING OF DATA OR WHAT GOOGLE JUST CALLS A LINKING OF THE

01:51PM 23   DATA.

01:51PM 24        FROM DOCUMENTS WHICH WE HAVE SEEN IN BROWN, OUR

01:51PM 25   UNDERSTANDING IS THAT THE GAIA I.D.'S, OR AUTHENTICATED LOGGED

01:51PM   1      IN USERS, ARE OFTEN PAIRED OR LINKED, OR AT LEAST IN OUR

01:51PM   2      DEFINITION MERGED, BUT AT LEAST CORRELATED AND CONFIRMED

01:51PM   3      AGAINST THE UNAUTHENTICATED DATA.

01:51PM   4              THE COURT:  WELL, THAT'S A DIFFERENT ISSUE THAT

01:51PM   5      WE'LL TALK ABOUT IN MORE DETAIL.

01:51PM   6              MR. MAO:  I'M JUST TRYING TO EXPLAIN THE TERMS.

01:51PM   7              THE COURT:  I UNDERSTAND.  BUT FOR YOUR PURPOSES

01:51PM   8      AUTHENTICATED AND UNAUTHENTICATED RELATE TO WHETHER OR NOT THE

01:51PM   9      USER IS LOGGED INTO A GOOGLE ACCOUNT OR NOT?

01:51PM   10             MR. MAO:  YEAH, BECAUSE THE -- I WOULD SAY THAT THE

01:51PM   11     INCOGNITO AND PRIVATE STATES ARE BY DEFINITION LOGGED OUT

01:51PM   12     STATES, YOUR HONOR.

01:51PM   13             THE COURT:  OKAY.  ALL RIGHT.

01:52PM   14        SO THEN WITH REGARDS TO THE PROPOSED CLASS DEFINITIONS IN

01:52PM   15     BROWN OBVIOUSLY -- OKAY.  SO IF SOMEONE IS IN -- IT'S FOR

01:52PM   16     PRIVATE BROWSING SO THEY ARE -- THEY WOULD BE BY DEFINITION

01:52PM   17     LOGGED OUT?

01:52PM   18             MR. MAO:  THEY WOULD BE LOGGED OUT OF GAIA, YES,

01:52PM   19     YOUR HONOR.

01:52PM   20             THE COURT:  OKAY.

01:52PM   21             MR. MAO:  BUT WE BELIEVE THAT THE TWICE-BAKED

01:52PM   22     COOKIES, WHICH HAVE BEEN AROUND FOR A WHILE --

01:52PM   23             THE COURT:  I UNDERSTAND.  I UNDERSTAND.

01:52PM   24             MR. MAO:  RIGHT.

01:52PM   25             THE COURT:  OKAY.

01:52PM  1           MR. MAO:  YEP.

01:52PM  2           THE COURT:  OKAY.  I'M JUST MAKING A NOTE.  ALL

01:53PM  3  RIGHT.

01:53PM  4       SO LET ME TURN TO CALHOUN, AND THEN I'LL HEAR FROM GOOGLE

01:53PM  5  AT ONE TIME.

01:53PM  6       SO WITH REGARDS TO CALHOUN AS I UNDERSTAND THE PROPOSED

01:53PM  7  CLASS DEFINITION IT IS FOR USERS IN CHROME WHO ARE NOT SYNCED

01:53PM  8  TO A GOOGLE ACCOUNT.

01:53PM  9           MR. BARNES:  THAT'S CORRECT, YOUR HONOR.

01:53PM 10           THE COURT:  OKAY.  AND WHO IS SPEAKING, PLEASE?

01:53PM 11           MR. BARNES:  THIS IS JAY BARNES FOR THE PLAINTIFFS.

01:53PM 12           THE COURT:  OKAY.

01:53PM 13           MR. BARNES:  YES, THAT IS CORRECT.

01:53PM 14           THE COURT:  AND THEN HOW DOES THAT RELATE TO SYNCED

01:53PM 15  AND UNSYNCED?

01:53PM 16           MR. BARNES:  OKAY.  I THINK YOUR HONOR STATED IT

01:54PM 17  CORRECTLY WITH YOUR FIRST -- YOU DESCRIBED FOUR DIFFERENT

01:54PM 18  STATES:  INCOGNITO, SIGNED OUT, SIGNED INTO A GOOGLE ACCOUNT,

01:54PM 19  WHICH IS DIFFERENT THAN -- I DON'T WANT TO GET TOO FAR INTO THE

01:54PM 20  WEEDS HERE.  AND THEN THE FOURTH ONE IS SYNCED.

01:54PM 21           THE COURT:  WAIT A MINUTE.  YOU DID -- OH, DID YOU

01:54PM 22  DO INCOGNITO, SIGNED IN, SIGNED OUT?

01:54PM 23           MR. BARNES:  INCOGNITO, SIGNED OUT, SIGNED INTO A

01:54PM 24  GOOGLE ACCOUNT, WHICH AUTO SIGNS YOU INTO CHROME WITHOUT THE

01:54PM 25  USER ACTUALLY SIGNING INTO CHROME, AND THEN THERE'S THE SYNCED

01:54PM 1    STATE.

01:54PM 2        I BELIEVE THAT ANY SINGLE INDIVIDUAL MIGHT AT DIFFERENT

01:54PM 3    POINTS IN TIME BE IN THE BROWN CLASS OR IN THE CALHOUN CLASS,

01:54PM 4    BUT AT NO POINT IN TIME, NO SPECIFIC POINT UNIQUE POINT IN TIME

01:54PM 5    ARE THEY IN BOTH CLASSES BECAUSE TO BE INCOGNITO, YOU CANNOT BE

01:54PM 6    IN ONE OF THOSE TWO STATES THAT ARE THE CALHOUN CLASS

01:55PM 7    DEFINITION, WHICH IS THE SIGNED AND SIGNED OUT STATE.

01:55PM 8    INCOGNITO IS A SEPARATE STATE OF BEING.

01:55PM 9        AND, YOUR HONOR, THOSE ARE GOOGLE'S TERMS FOR THOSE

01:55PM 10   STATES.  WE WOULD SAY --

01:55PM 11            THE COURT:  AH, AH, AH, AH, AH.

01:55PM 12            MR. BARNES:  OKAY.  FINE.

01:55PM 13            THE COURT:  I CAN ONLY -- SO EXPLAIN TO ME,

01:55PM 14   MR. BARNES, FOR THE CALHOUN CLASS THE SIGNED IN AND SIGNED OUT

01:55PM 15   DISTINCTIONS BECAUSE I THOUGHT THEY WERE NOT SYNCED TO A GOOGLE

01:55PM 16   ACCOUNT.

01:55PM 17            MR. BARNES:  THAT'S RIGHT, THEY'RE NOT BECAUSE

01:55PM 18   THERE'S A DISTINCTION BETWEEN SIGNED IN VERSUS SYNCED.

01:55PM 19        THERE IS NO -- OUR CONTENTION IS THAT GOOGLE STORES IT ALL

01:55PM 20   ASSOCIATED WITH THE PLAINTIFF IN THEIR ACCOUNT.

01:55PM 21            THE COURT:  THAT'S NOT WHAT I'M ASKING.

01:55PM 22            MR. BARNES:  SO YOU'VE BECOME SIGNED IN IF YOU'RE

01:56PM 23   USING THE CHROME BROWSER AND YOU SIGN INTO GMAIL, YOUTUBE, OR

01:56PM 24   ANY OTHER GOOGLE CONSUMER FACING SERVICE.

01:56PM 25        NOW, IF YOU LEAVE THAT SERVICE WITHOUT FORMALLY LOGGING

01:56PM  1    OFF OF THAT SERVICE, GOOGLE AUTOMATICALLY SIGNS YOU INTO CHROME

01:56PM  2    WITHOUT YOU TAKING ANY SPECIFIC ACTION TO SIGN INTO CHROME AND

01:56PM  3    WITHOUT TELLING YOU, HEY, YOU'RE ALSO SIGNING INTO CHROME,

01:56PM  4    WHICH MEANS A WHOLE BUNCH OF DIFFERENT THINGS.

01:56PM  5        IN ORDER TO BECOME SYNCED, THE USER HAS TO CLICK A

01:56PM  6    DIFFERENT BUTTON TO GET INTO THAT SYNCED STATE.

01:56PM  7            THE COURT:  WHAT IS THE DIFFERENCE BETWEEN BEING

01:56PM  8    SYNCED AND SIGNED IN?

01:56PM  9            MR. BARNES:  WELL, OUR CONTENTION IS ALL OF THE

01:56PM 10    DATA, WHETHER YOU'RE SIGNED IN OR YOU'RE SYNCED, GOOGLE

01:57PM 11    ASSOCIATES DIRECTLY WITH YOUR GOOGLE ACCOUNT IN VIOLATION OF

01:57PM 12    ITS PROMISES.

01:57PM 13        GOOGLE'S POSITION IS --

01:57PM 14            THE COURT:  NO.  WHAT IS SYNCED?  I DON'T WANT TO

01:57PM 15    HEAR ARGUMENT.

01:57PM 16        IN YOUR -- AS YOU'VE DEFINED THE CLASS AND AS YOU'RE -- AS

01:57PM 17    THE COMPLAINT IN CALHOUN IS FRAMED, WHAT IS, WHAT IS THE

01:57PM 18    SIGNIFICANCE OF BEING SYNCED?  WHAT IS BEING SYNCED AND WHAT IS

01:57PM 19    THE SIGNIFICANCE?

01:57PM 20            MR. BARNES:  WELL, WHAT HAPPENS IS THAT THE -- WHEN

01:57PM 21    YOU'RE SIGNED IN -- GOOGLE SAVES THE SAME DATA REGARDLESS OF

01:57PM 22    WHETHER YOU'RE SIGNED OR SYNCED TO YOUR GOOGLE ACCOUNT.

01:57PM 23        SO YOU'RE ASKING WHAT IS THE FUNDAMENTAL DISTINCTION

01:57PM 24    BETWEEN THE TWO AND HOW GOOGLE TREATS THE DATA.

01:57PM 25            THE COURT:  NO, NO, THAT'S NOT WHAT I'M ASKING.  I'M

SEALED PROCEEDINGS

01:57PM  1    NOT ASKING HOW GOOGLE DOES ANYTHING.

01:57PM  2              MR. BARNES:  THE DISTINCTION IS IN ORDER TO BECOME

01:57PM  3    SYNCED, YOU -- THERE'S ANOTHER BUTTON TO CLICK TO SAY, HEY, I

01:58PM  4    WANT TO SYNC THIS DATA SO GOOGLE CAN ASSOCIATE IT WITH MY

01:58PM  5    GOOGLE ACCOUNT.

01:58PM  6              MR. SCHAPIRO:  I THINK I MIGHT BE ABLE TO CLARIFY.

01:58PM  7    I DON'T WANT TO INTERRUPT, BUT I THINK WE ACTUALLY AGREE.  I

01:58PM  8    JUST WANT TO -- IF I MAY, YOUR HONOR --

01:58PM  9              MR. BARNES:  I THINK MR. SCHAPIRO --

01:58PM  10             MR. SCHAPIRO:  -- I CAN ANSWER AT A VERY HIGH LEVEL

01:58PM  11   OF GENERALITY.

01:58PM  12             THE COURT:  HANG ON, MR. SCHAPIRO.

01:58PM  13        MR. BARNES, CAN I TURN TO MR. SCHAPIRO?

01:58PM  14             MR. BARNES:  YES, YOU MAY.

01:58PM  15             MR. SCHAPIRO:  SO IN THE MOST BASIC SENSE, BECAUSE

01:58PM  16   ON THIS I THINK WE ALL AGREE ON WHAT THE PRODUCTS DO, IF I'M A

01:58PM  17   USER AND I HAVE A GMAIL ACCOUNT, I CAN CHOOSE EITHER TO LOG IN

01:58PM  18   OR LOG OUT TO MY GOOGLE ACCOUNT.  I'M SURE MOST PEOPLE,

01:58PM  19   PROBABLY YOUR HONOR OR YOUR CLERKS HAVE DONE THAT AT TIMES AND

01:58PM  20   YOU'RE LOGGED IN AS A USER.

01:58PM  21        SEPARATELY, IF I WANT TO, WITH CHROME, TO HAVE

01:59PM  22   PERSONALIZATION ACROSS DEVICES, SO I WANT TO HAVE THE SAME

01:59PM  23   BOOKMARKS ON MY PHONE AS ON MY LAPTOP.  I WANT TO HAVE THE

01:59PM  24   PASSWORDS SAVED IN ONE PLACE AND THEN USEABLE ACROSS DEVICES.

01:59PM  25   THAT'S SYNCING.  AND YOU CAN CHOOSE TO HAVE SYNC ON OR SYNC

01:59PM  1    OFF.

01:59PM  2         SO, FOR EXAMPLE, I HAVE GOT MY OFFICE COMPUTER HERE, AND I

01:59PM  3    HAVE THE SAME BOOKMARKS THAT I HAVE AT HOME BECAUSE IT'S A

01:59PM  4    CONVENIENT FEATURE TO SYNC.

01:59PM  5         ONE COULD CHOOSE TO SIGN INTO A GOOGLE ACCOUNT AND NOT USE

01:59PM  6    SYNC.  SOME PEOPLE DON'T USE SYNC OR THEY DON'T HAVE IT ON SOME

01:59PM  7    DEVICES.

01:59PM  8         BUT THEY STILL CAN -- I CAN GO TO A HOTEL BUSINESS CENTER,

01:59PM  9    SIGN INTO MY GOOGLE ACCOUNT, AND AT THAT POINT I'M SIGNED IN.

01:59PM  10   I MAY CHOOSE NOT TO DO ANY SYNCING.

01:59PM  11        WITH THAT I WILL STOP.  I JUST WANTED TO MAKE THAT CLEAR.

01:59PM  12             THE COURT:  OKAY.  ALL RIGHT.  LET ME GO BACK TO

01:59PM  13   MR. BARNES, AND THEN I'LL COME BACK TO YOU, MR. SCHAPIRO.

01:59PM  14        SO DOES WHETHER OR NOT -- DOES SYNCING RELATE TO DEVICES?

02:00PM  15             MR. BARNES:  YES.  YES.  IN ORDER TO SYNC, GOOGLE

02:00PM  16   HAS TO KNOW WHAT DEVICES NEED TO BE SYNCED.

02:00PM  17             THE COURT:  OKAY.  ALL RIGHT.  AND YOU STARTED OUT,

02:00PM  18   MR. BARNES, WITH THERE BEING FOUR STATES, THE FIRST OF WHICH IS

02:00PM  19   INCOGNITO.  IS THAT PRIVATE BROWSING?  IS THAT SOMETHING

02:00PM  20   DIFFERENT?  I ALWAYS THINK OF IT AS PRIVATE BROWSING.

02:00PM  21             MR. BARNES:  YEAH.  I THINK GOOGLE CALLS IT

02:00PM  22   INCOGNITO.  I THINK MR. MAO REFERRED TO IT AS PRIVATE BROWSING

02:00PM  23   AT ONE POINT.  YOU KNOW, I -- THAT'S IN THE BROWN LANE.

02:00PM  24             THE COURT:  UNDERSTOOD.  OKAY.  THAT'S HELPFUL.

02:01PM  25             MR. SCHAPIRO, DID YOU HAVE ANYTHING YOU WANTED TO ADD TO

02:01PM  1    WHAT WE HEARD, I HEARD FROM MR. MAO OR -- WHOOPS -- MR. BARNES?

02:01PM  2          MR. BARNES:  CAN I ADDRESS THE AUTHENTICATED VERSUS

02:01PM  3    UNAUTHENTICATED QUESTION?

02:01PM  4          THE COURT:  YES.

02:01PM  5          MR. BARNES:  OKAY.  AUTHENTICATED DATA IN GOOGLE

02:01PM  6    SPEAK IS DATA THAT GOOGLE DIRECTLY ASSOCIATES AND PUTS INTO A

02:01PM  7    GOOGLE ACCOUNT BASED ON A COOKIE THAT IS ASSOCIATED WITH A

02:01PM  8    SIGN IN TO A GOOGLE SERVICE.

02:01PM  9          UNAUTHENTICATED DATA --

02:01PM 10          THE COURT:  SAY THAT AGAIN.  I THINK I HAVE MOST OF

02:01PM 11    THAT ALREADY IN MY NOTES.  LET ME CHECK.

02:01PM 12          MR. BARNES:  AUTHENTICATED DATA IS DATA THAT GOOGLE

02:01PM 13    WOULD PLACE INTO A SPECIFIC ACCOUNT RELATING TO A GOOGLE USER

02:01PM 14    IN ITS DATABASES THAT ARE GENERALLY ACCESSIBLE TO GOOGLE.  SO

02:02PM 15    IT'S SORT OF A DIRECT ASSOCIATION WITH THE USER, LET'S PLACE IT

02:02PM 16    IN THIS BUCKET.

02:02PM 17          THE COURT:  AND UNAUTHENTICATED?

02:02PM 18          MR. BARNES:  UNAUTHENTICATED DATA IS DEVICE DATA.

02:02PM 19    IT CAN BE IN SOME -- IT'S DATA THAT GOOGLE HAS ASSOCIATED WITH

02:02PM 20    A DEVICE.

02:02PM 21          NOW, GOOGLE HAS A SYSTEM THAT TIES THE TWO TOGETHER.

02:02PM 22          THE COURT:  WELL, WE'RE GOING TO GET INTO THAT.

02:02PM 23    DON'T WORRY.

02:02PM 24          MR. BARNES:  SO UNAUTHENTICATED DATA IS DEVICE DATA,

02:02PM 25    BUT IT'S ALSO PERSONAL INFORMATION UNDER LAW AND IT'S CONNECTED

| | | |
|---|---|---|
| 02:02PM | 1 | TO -- |
| 02:02PM | 2 | THE COURT:  I'VE GOT IT, MR. BARNES.  I'VE GOT IT. |
| 02:02PM | 3 | MR. MAO, BEFORE I TURN TO -- |
| 02:02PM | 4 | MR. MAO:  JUST REAL QUICK.  SO JUST TWO QUICK |
| 02:02PM | 5 | NUANCES HERE THAT'S A LITTLE BIT DIFFERENT BETWEEN THE BROWN |
| 02:02PM | 6 | CASE AND THE CALHOUN CASE. |
| 02:02PM | 7 | FOR LOGGED IN VERSUS NOT LOGGED IN, WHEN YOU INTRODUCE |
| 02:03PM | 8 | GOOGLE ANALYTICS, WE BELIEVE THAT GOOGLE ANALYTICS IS TIED WITH |
| 02:03PM | 9 | UNAUTHENTICATED DATA IN GOOGLE SPEAK, BEFORE THEIR CLIENT |
| 02:03PM | 10 | SPEAK, IT COMES IN WITH A LOGGED IN IDENTIFIER. |
| 02:03PM | 11 | THE COURT:  I UNDERSTAND.  I UNDERSTAND.  THAT'S ALL |
| 02:03PM | 12 | ARGUMENT FOR DOWN THE ROAD. |
| 02:03PM | 13 | MR. MAO:  OH, RIGHT, RIGHT, RIGHT, RIGHT. |
| 02:03PM | 14 | BUT THEN HERE'S THE SECOND THING, YOUR HONOR.  THERE'S THE |
| 02:03PM | 15 | STATE AND THEN THERE'S THE RECORD.  AND IT, IT -- IN A BROWSING |
| 02:03PM | 16 | SESSION WHAT WAS A PAST BROWSING TAB THAT WAS OPENED IN CHROME, |
| 02:03PM | 17 | FOR EXAMPLE, OR EVEN IN OTHER BROWSERS, EVEN IF IT'S |
| 02:03PM | 18 | UNAUTHENTICATED OR NOT SIGNED IN, THAT CAN END UP IN THE SIGNED |
| 02:03PM | 19 | IN STATE IF YOU SIGN IN OR YOU GET OTHERWISE TAGGED IN A |
| 02:03PM | 20 | DIFFERENT TAB. |
| 02:03PM | 21 | THE COURT:  WE'LL GET THERE, MR. MAO. |
| 02:03PM | 22 | MR. MAO:  RIGHT.  SORRY.  I WAS JUST TRYING TO |
| 02:03PM | 23 | CLARIFY THAT, THAT THERE WAS SOME OF THAT IN TERMS OF THE |
| 02:03PM | 24 | DEFINITIONS. |
| 02:03PM | 25 | MR. BARNES:  YOUR HONOR -- |

02:03PM 1          THE COURT:  NO, NO, NO.  THAT'S ENOUGH.  THAT'S

02:03PM 2   ENOUGH.  THANK YOU.

02:04PM 3       MR. SCHAPIRO FROM GOOGLE?

02:04PM 4          MR. SCHAPIRO:  YES.  WE'RE TRYING REALLY HARD NOT TO

02:04PM 5   ENGAGE IN ARGUMENT AND JUST THE DEFINITIONS NOW.  THERE ARE

02:04PM 6   MANY THINGS THAT ARE MISTAKEN, AND I WANT TO HAND IT OFF TO MY

02:04PM 7   MORE TECHNICALLY MINDED COLLEAGUE, JOEY ANSORGE, WHO WILL TAKE

02:04PM 8   TWO MINUTES AND JUST CLEAR UP A COUPLE OF THINGS.

02:04PM 9          THE COURT:  ALL RIGHT.  BUT, MR. ANSORGE, I'LL

02:04PM 10  REMIND YOU, AS I HAVE REMINDED MR. MAO AND MR. BARNES, THAT WE

02:04PM 11  NEED TO FOCUS ON MY QUESTION, WHICH IS I'M JUST TRYING TO GET

02:04PM 12  DEFINITION.  AND I APPRECIATE THAT OBVIOUSLY THE PARTIES

02:04PM 13  DISAGREE AS TO, YOU KNOW, WHERE THE LINES ON SOME OF THESE

02:04PM 14  DEFINITIONS ARE DRAWN.

02:04PM 15      SO GO AHEAD.

02:04PM 16          MR. ANSORGE:  YES, AND I'LL BE VERY BRIEF,

02:04PM 17  YOUR HONOR.  WE JUST WANTED TO ADD A FEW POINTS.

02:04PM 18      THE FIRST IS THAT WHEN WE'RE TALKING ABOUT SYNC, A USER

02:04PM 19  ENABLES SYNC ON THEIR DEVICE.  SO IT'S DIFFERENT FROM AN

02:04PM 20  ACCOUNT SETTING.  IT'S SPECIFIC TO THE DEVICE.  TO BE ABLE TO

02:05PM 21  SYNC YOUR PHONE WITH YOUR LAPTOP AND DESKTOP AT WORK, AND YOU

02:05PM 22  WOULD HAVE TO GO INTO THOSE DEVICES AT THE DEVICE LEVEL AND SET

02:05PM 23  ENABLE SYNC ON THE CHROME BROWSER SETTING.

02:05PM 24      I ALSO WANTED TO TOUCH ON THE AUTHENTICATED AND

02:05PM 25  UNAUTHENTICATED --

02:05PM 1          THE COURT:  SO WAIT A MINUTE.  IS THAT A CHROME

02:05PM 2    FEATURE OR IS THAT --

02:05PM 3          MR. ANSORGE:  THAT'S RIGHT, YOUR HONOR, THAT'S --

02:05PM 4    IT'S A CHROME FEATURE.  SO IT'S A CHROME PERSONALIZATION

02:05PM 5    FEATURE.  OTHER BROWSERS ALSO HAVE SYNC FEATURES, BUT THE ONE

02:05PM 6    AT ISSUE HERE IS JUST RELATED TO CHROME.

02:05PM 7          THE COURT:  OKAY.  GO AHEAD, MR. ANSORGE.

02:05PM 8          MR. ANSORGE:  IN THE SMALL TIME THAT IS REMAINING,

02:05PM 9    YOUR HONOR, I ALSO WANTED TO VERY BRIEFLY TOUCH ON THE

02:05PM 10   AUTHENTICATED AND UNAUTHENTICATED DATA DISTINCTION --

02:05PM 11         THE COURT:  UH-HUH.

02:05PM 12         MR. ANSORGE:  -- THAT PLAINTIFFS' COUNSEL HAD

02:05PM 13   REFERENCED.

02:05PM 14      AS YOU MAY RECALL WHEN WE WERE LOOKING AT THE CONSENT

02:05PM 15   NOTICES, ONE OF THE POINTS WE WERE MAKING IS THAT GOOGLE DOES

02:05PM 16   NOT HAVE A REGISTRY OF USERS IN THE SENSE THAT YOU DON'T NEED

02:05PM 17   AN I.D. TO SIGN UP TO GET A GOOGLE ACCOUNT.  YOU CAN PUT IN ANY

02:06PM 18   SPECIFIC INFORMATION.  SOME PEOPLE MIGHT SAY IT'S JOEY THE BEAR

02:06PM 19   AND HIS AGENDA IS UNKNOWN AND HIS BIRTH DATE IS SOMETHING THAT

02:06PM 20   I'M INVENTING.

02:06PM 21      SO TO ACTUALLY BE ABLE TO FIGURE OUT, WELL, WHAT DATA IS

02:06PM 22   ASSOCIATED WITH WHAT PARTICULAR USER, GOOGLE WILL USE THE

02:06PM 23   PEOPLE WHO ARE AUTHENTICATED TO ACCESS THAT ACCOUNT AS THE

02:06PM 24   PROXY, AND THAT'S THE IMPORTANT DISTINCTION BETWEEN

02:06PM 25   AUTHENTICATED AND UNAUTHENTICATED USER.

02:06PM  1           AND I WOULD WANT TO --

02:06PM  2                 THE COURT:  I'M NOT SURE I FOLLOWED YOU THERE,

02:06PM  3      MR. ANSORGE.

02:06PM  4                 MR. ANSORGE:  YEAH.  SO LET ME TRY ONE MORE TIME TO

02:06PM  5      SEE IF I COULD DO IT CRISPLY.

02:06PM  6           THE AUTHENTICATED DATA AT GOOGLE IS TIED TO A GOOGLE

02:06PM  7      ACCOUNT AND BECAUSE GOOGLE DOES NOT USE I.D.'S OR OTHER FORMS

02:06PM  8      LIKE YOU DON'T USE A DRIVER'S LICENSE TO SIGN UP, THERE'S NOT A

02:06PM  9      MOMENT WHERE YOUR IDENTITY IS VERIFIED AS JOSEF ANSORGE, THIS

02:06PM  10     IS THE PERSON IN THIS PARTICULAR GOOGLE ACCOUNT.

02:06PM  11          THE CLOSEST THAT HAPPENS IS WITHIN THE AUTHENTICATION

02:07PM  12     STRUCTURE.  SO WHEN YOU'RE SIGNED INTO A GOOGLE ACCOUNT, GOOGLE

02:07PM  13     WILL USE THE PEOPLE WHO HAVE THE PERMISSIONS FOR THAT ACCOUNT

02:07PM  14     WILL BE SET AS BEING AUTHENTICATED FOR ACCESSING IT, AND THE

02:07PM  15     IMPORTANT DISTINCTION THERE IS THAT THERE'S A LOT OF ACTIVITY

02:07PM  16     ON THE INTERNET WHERE USERS ARE NOT SIGNED IN, AND IT'S NOT

02:07PM  17     APPARENT THAT THIS IS SOMETHING THAT IS TIED TO THEM

02:07PM  18     INDIVIDUALLY, AND IN THOSE CASES THAT'S UNAUTHENTICATED DATA,

02:07PM  19     AND GOOGLE GOES THROUGH GREAT LENGTHS TO KEEP THOSE SEPARATE,

02:07PM  20     YOUR HONOR.

02:07PM  21                 THE COURT:  OKAY.  ALL RIGHT.  I KNOW THOSE ARE

02:07PM  22     LOADED QUESTIONS.  YOU CAN TELL WHERE THEY CAME FROM BECAUSE

02:07PM  23     I'VE BEEN READING THE ARGUMENTS IN AND AROUND THE ISSUES WITH

02:07PM  24     REGARD TO WHAT PLAINTIFFS' DATA IN THE RESPECTIVE CASES IS

02:07PM  25     AVAILABLE FOR PRODUCTION.

02:08PM 1    SO LET'S TURN TO THAT ISSUE NOW.  LET ME JUST CHECK MY

02:08PM 2    NOTES AND BE SURE THAT I TOUCHED ON WHAT I WANTED.  OKAY.

02:08PM 3    THAT'S A GOOD START.

02:08PM 4    SO LET'S TURN -- GIVE ME ONE SECOND.  SO LET'S TURN IN

02:08PM 5    BROWN AND TAKE UP ISSUE P3, WHICH IS GOOGLE'S PRODUCTION OF

02:08PM 6    PLAINTIFFS' DATA.  AND OBVIOUSLY WE HAVE SPENT SOME TIME ON

02:08PM 7    THIS ISSUE IN THE PAST, AND I DID REVIEW THE PARTIES'

02:09PM 8    SUBMISSIONS AND DISCUSSIONS, AND I UNDERSTAND THE OBJECTIVE AND

02:09PM 9    OBVIOUSLY THE OBJECTIVE OF THE LAWSUIT AND THE OBJECTIVE OF THE

02:09PM 10   REQUEST.

02:09PM 11   FIRST, LET ME SAY I SEE P3 AND I SEE P6, P3 BEING THE DATA

02:09PM 12   ASSOCIATED WITH PLAINTIFFS AND P6 BEING IDENTIFICATION OF CLASS

02:09PM 13   MEMBERS, AND WE'VE SOMEWHAT CONFLATED THOSE IN THESE EARLY

02:09PM 14   DISCUSSIONS, ALTHOUGH I AM MINDFUL OF THAT AND THAT THOSE MAY

02:09PM 15   HAVE -- THERE MAY BE SOME DISTINCTIONS THERE THAT COME INTO

02:09PM 16   PLAY.

02:10PM 17   I ALSO SEE THE GENERAL FRAMEWORK OF THE INQUIRY AS TO WHAT

02:10PM 18   INFORMATION DOES GOOGLE HAVE AND WHAT HAS GOOGLE DONE WITH THAT

02:10PM 19   INFORMATION?  AND WITHIN THE -- LOOKING AT THE CLASS AS IT'S --

02:10PM 20   PURPORTED CLASS AS IT'S DEFINED, WHAT INFORMATION ON THOSE --

02:10PM 21   ON CLASS MEMBERS HAS GOOGLE COLLECTED OR TRACKED?

02:10PM 22   AND OBVIOUSLY IN MY ORDER FROM APRIL 30TH I ORDERED THE

02:10PM 23   PRODUCTION OF THE AUTHENTICATED IDENTIFIERS, UNAUTHENTICATED

02:10PM 24   IDENTIFIERS FOR INDIVIDUALS AND THEIR DEVICES, AND THEN THE

02:10PM 25   NEED PERHAPS THERE FOR AN ADDITIONAL DEPOSITION.  AND I SEE IN

02:10PM  1    YOUR CMC STATEMENT THAT YOU HAVE A DEPOSITION SET HERE IN THE

02:10PM  2    NEXT COUPLE OF WEEKS, ON JUNE 16TH.

02:11PM  3         SO ONE QUESTION I HAVE IS HOW THAT RELATES TO THIS

02:11PM  4    INQUIRY?  IT LOOKS LIKE IT RELATES, BUT I'D LIKE TO UNDERSTAND

02:11PM  5    THAT.

02:11PM  6         IT LOOKS LIKE FROM THE PARTIES' DISPUTE THAT, AND FROM THE

02:11PM  7    SUMMARY, THAT GOOGLE'S POSITION, I THINK, ON, OKAY, NOW YOU

02:11PM  8    HAVE TO PROVIDE FOR THE UNAUTHENTICATED IDENTIFIERS, YOU NEED

02:11PM  9    TO CAPTURE THE COOKIES IN THE PRIVATE SESSIONS, AND THE PARTIES

02:11PM  10   HAVE HAD BACK AND FORTH OVER THAT, BUT IT LOOKS LIKE THAT -- AT

02:11PM  11   LEAST SOME OF THAT INFORMATION HAS BEEN PROVIDED, AND IT WASN'T

02:11PM  12   CLEAR TO ME IF THAT WAS JUST PROVIDED AS TO ONE PLAINTIFF OR AS

02:11PM  13   TO EACH OF THE NAMED PLAINTIFFS.  THERE SEEMED TO BE SOME

02:11PM  14   DISCREPANCY THERE.

02:11PM  15        SO WHAT INFORMATION THAT GOOGLE SAID IT NEEDED, THAT IS,

02:12PM  16   THE NEW COOKIE INFORMATION -- AND THIS QUESTION IS TO BROWN,

02:12PM  17   THE BROWN SIDE -- WHAT IN THAT REGARD AS OF TODAY HAS BEEN

02:12PM  18   PROVIDED?

02:12PM  19        SO WHO HAS GOT THE MIKE ON THAT?

02:12PM  20        MR. MAO, THANK YOU.

02:12PM  21            MR. MAO:  YES.  THANK YOU, YOUR HONOR.

02:12PM  22        SO ON MAY 12TH, YOUR HONOR, THE DATE THE PRODUCTION WAS

02:12PM  23   DUE, GOOGLE TOLD US TO GIVE THEM COOKIES, WHICH WE THEN ASKED

02:12PM  24   WHAT EXACTLY ARE WE COLLECTING IN TERMS OF COOKIES?

02:12PM  25            THE COURT:  I DID READ THE SUMMARY, MR. MAO.

02:12PM 1                MR. MAO:  RIGHT.  OKAY.

02:12PM 2                THE COURT:  SO FAST FORWARD IN EACH OF THESE, AND

02:12PM 3       LET ME GET US RIGHT TO THE POINT.  WE HAVE A LOT OF GROUND TO

02:12PM 4       COVER.  SO WHAT HAVE YOU BEEN -- WHAT HAVE YOU PROVIDED, IF

02:12PM 5       ANYTHING?

02:12PM 6                MR. MAO:  THE THREE COOKIES THAT WERE SPECIFIED IN

02:13PM 7       TERMS OF US BEING ABLE TO GENERATE THEM.  WE DO NOT KNOW HOW TO

02:13PM 8       GENERATE THEM, YOUR HONOR.  WE TRIED OUR BEST TO GENERATE WHAT

02:13PM 9       WE COULD.

02:13PM 10               THE COURT:  OKAY.

02:13PM 11               MR. MAO:  AND WE SENT THAT OVER FOR ALL PLAINTIFFS

02:13PM 12      EXCEPT FOR ONE WHO WILL BE PROVIDING HERS THIS WEEK.

02:13PM 13               THE COURT:  OKAY.  SO FOR THE THREE IDENTIFIERS THAT

02:13PM 14      GOOGLE ASKED FOR IS THAT -- WAS THAT --

02:13PM 15               MR. MAO:  YES.  NONE OF THEM WERE GOOGLE ANALYTIC

02:13PM 16      COOKIES.  THEY WERE ALL NON-GOOGLE ANALYTIC COOKIES.  AND THEN

02:13PM 17      WE SPECIFICALLY WERE ABLE TO CONSISTENTLY ONLY GENERATE TWO OF

02:13PM 18      THEM, YOUR HONOR.  THEY GAVE US THREE.  AND WE ASKED FOR AN

02:13PM 19      EXPLANATION AS TO --

02:13PM 20               THE COURT:  I UNDERSTAND.  I SAW THAT DISPUTE,

02:13PM 21      MR. MAO.  THANK YOU.  OKAY.

02:13PM 22           SO THREE IDENTIFIERS WERE PROVIDED TO YOU BY GOOGLE.  AND

02:13PM 23      YOU DID WHAT YOU COULD WITH THOSE AND YOU GOT THAT DATA BACK TO

02:13PM 24      GOOGLE; IS THAT CORRECT?

02:13PM 25               MR. MAO:  YES, YOUR HONOR.  AND, YOUR HONOR, WE MAY

| | | |
|---|---|---|
| 02:13PM | 1 | HAVE HAD ONE OR TWO PLAINTIFFS THAT WERE ABLE TO RANDOMLY |
| 02:14PM | 2 | GENERATE THE THIRD COOKIE, I'M NOT SURE.  BUT I KNOW TWO OF THE |
| 02:14PM | 3 | THREE WE WERE ABLE TO FIGURE OUT HOW TO GENERATE THEM. |
| 02:14PM | 4 | THE COURT:  OKAY.  AND THEN FOR ALL OF THE -- FOR |
| 02:14PM | 5 | ALL BUT ONE OF THE PLAINTIFFS; IS THAT RIGHT? |
| 02:14PM | 6 | MR. MAO:  YES.  THE MOST RECENTLY ADDED PLAINTIFF |
| 02:14PM | 7 | WHO NEEDED A LITTLE TIME BECAUSE SHE WAS ON VACATION. |
| 02:14PM | 8 | THE COURT:  OKAY.  GOOD.  AND THAT INFORMATION HAS |
| 02:14PM | 9 | BEEN PROVIDED TO GOOGLE; IS THAT RIGHT? |
| 02:14PM | 10 | MR. MAO:  YES. |
| 02:14PM | 11 | THE COURT:  AND WHEN WAS THAT PROVIDED, MR. MAO? |
| 02:14PM | 12 | MR. MAO:  I THINK WITHIN DAYS OF MAY 24TH, WHICH IS |
| 02:14PM | 13 | WHEN THEY GAVE THE EXPLANATION ON THE THREE COOKIES. |
| 02:14PM | 14 | THE COURT:  OKAY.  SO -- |
| 02:14PM | 15 | MR. MAO:  I THINK IT WAS ROLLING LAST WEEK. |
| 02:14PM | 16 | THE COURT:  OKAY.  THANK YOU. |
| 02:14PM | 17 | ALL RIGHT.  SO -- NOW TO GOOGLE THEN.  SO THE INFORMATION |
| 02:14PM | 18 | THAT YOU'VE RECEIVED, THAT'S WHAT YOU SAID YOU NEEDED TO QUERY |
| 02:14PM | 19 | UNAUTHENTICATED DATA AND NOW THAT HAS BEEN RECEIVED AND YOU'RE |
| 02:14PM | 20 | RUNNING THOSE QUERIES; IS THAT CORRECT? |
| 02:15PM | 21 | MR. SCHAPIRO:  CORRECT, YOUR HONOR.  I THINK WE GOT |
| 02:15PM | 22 | THE FIRST SET MAY 25TH, AND I AGREE WITH MR. MAO, SOME MORE OF |
| 02:15PM | 23 | IT HAS COME IN OVER THE LAST WEEK.  I BELIEVE THERE MAY BE ONE |
| 02:15PM | 24 | OR TWO PLAINTIFFS FOR WHOM -- |
| 02:15PM | 25 | THE COURT:  OKAY. |

02:15PM  1          MR. SCHAPIRO:  -- ONE OR TWO PLAINTIFFS FOR WHOM

02:15PM  2      WE'RE STILL WAITING, BUT WE HAVE PRODUCED INFORMATION, AND

02:15PM  3      WE'RE RUNNING THOSE QUERIES.

02:15PM  4          THE COURT:  OKAY.  HAVE YOU PRODUCED RESULTS OF

02:15PM  5      THOSE QUERIES?

02:15PM  6          MR. SCHAPIRO:  WE'VE PROVIDED RESULTS OF THE

02:15PM  7      AUTHENTICATED IDENTIFIERS, AND WE ARE RUNNING THE QUERIES NOW

02:15PM  8      WHICH TAKES A FEW STEPS FOR THE UNAUTHENTICATED, AND -- BUT WE

02:15PM  9      SHOULD BE ABLE TO DO THAT SHORT SHORTLY.

02:15PM  10         THE COURT:  RIGHT.

02:15PM  11         MR. SCHAPIRO:  SO WE'RE GATHERING THE DOCUMENTS THAT

02:15PM  12     ARE RELEVANT TO THIS RFP, AND SO WE DON'T THINK THERE'S A

02:15PM  13     DISPUTE HERE.  THERE IS, AS YOU NOTED, A 30(B)(6) COMING UP, SO

02:15PM  14     IF THEY HAVE SOME QUESTIONS ABOUT HOW THEY'RE GENERATED, THEY

02:15PM  15     CAN ASK AT THE 30(B)(6).

02:15PM  16       I'LL NOTE THAT THE CALHOUN PLAINTIFFS, I BELIEVE, MANAGED

02:15PM  17     TO GET US THAT DATA PRETTY READILY AND PRETTY QUICKLY.

02:16PM  18         THE COURT:  WELL, SO I WANT TO BE SURE THAT WE'RE --

02:16PM  19     I MEAN, WE WERE ONLY -- WE'RE REALLY FOCUSSED ON THE

02:16PM  20     IDENTIFIERS FOR UNAUTHENTICATED DATA, AND THAT'S REALLY WHAT

02:16PM  21     THIS IS ABOUT.

02:16PM  22         MR. SCHAPIRO:  YES.

02:16PM  23         THE COURT:  YOU'VE GOTTEN A GREAT DEAL OF THAT

02:16PM  24     INFORMATION, IF NOT ALL OF IT, FROM THE PLAINTIFFS.  AND SO

02:16PM  25     WHEN WILL YOU BE MAKING THAT PRODUCTION TO THE PLAINTIFFS?  AND

02:16PM   1        I'VE GOT AN EYE ON THE DEPO DATES AS WELL.

02:16PM   2               MR. SCHAPIRO:  YES.  LET ME INVITE ONE OF MY

02:16PM   3        COLLEAGUES WHO IS CLOSER TO THE TIMING TO WEIGH IN.

02:16PM   4               MR. ANSORGE:  YES, YOUR HONOR, I'LL TAKE THIS

02:16PM   5        BRIEFLY.

02:16PM   6            JOSEF ANSORGE.  WE WOULD EXPECT -- WHAT WE ARE HOPING TO

02:16PM   7        DO ONCE WE GET THE LAST BIT IS RUN THEM ALL TOGETHER BECAUSE IT

02:16PM   8        SAVES QUITE A LOT OF TIME AND RESOURCES TO QUERY THE DATA FOR

02:16PM   9        UNIDENTIFIERS TAKES AS LONG TO QUERY FOR ONE IDENTIFIER.  SO

02:16PM   10       WHAT WE WOULD LIKE TO DO, IF WE RECEIVE IT IN A TIMELY MANNER,

02:16PM   11       WHAT WE WOULD AIM TO PRODUCE IS SOMETHING LIKE A WEEK BEFORE

02:16PM   12       THE SCHEDULED 30(B)(6) DEPOSITION ON THE 16TH.

02:17PM   13              THE COURT:  WELL, THAT WOULD MEAN THAT YOU WOULD

02:17PM   14       PRODUCE IT BY THE 9TH.  AND HOW LONG DOES IT TAKE -- HOW MUCH

02:17PM   15       TIME DO YOU NEED TO RUN SEARCHES?  I MEAN, IS THIS A MATTER OF

02:17PM   16       HOURS OR A MATTER OF DAYS OR --

02:17PM   17              MR. ANSORGE:  I EXPECT IT WILL BE A MATTER OF HOURS

02:17PM   18       BECAUSE ONE OF THE FACTORS ABOUT THESE TYPES OF IDENTIFIERS IS

02:17PM   19       THAT THEY'RE GENERATED ANEW FOR EACH PRIVATE BROWSING SESSION,

02:17PM   20       SO WE DON'T ACTUALLY HAVE TO SEARCH DATA FROM 2017 OR ANYTHING

02:17PM   21       LIKE THAT.  YOU KNOW, WE EXPECT IT TO BE LIMITED IN TIME AND

02:17PM   22       FOCUS ON THE PRIVATE BROWSING SESSION.

02:17PM   23              THE COURT:  ALL RIGHT.  WELL, THEN I WANT ALL OF

02:17PM   24       THE, EXCUSE ME, THE DATA, ALL OF THE UNAUTHENTICATED DATA THAT

02:18PM   25       IS ASSOCIATED FROM THIS SEARCH BY THESE IDENTIFIERS, ALL OF

SEALED PROCEEDINGS

02:18PM   1   THAT IS TO BE PRODUCED NO LATER THAN THE 9TH, JUNE 9TH, A WEEK

02:18PM   2   BEFORE THE DEPOSITION.  AND I WANT THAT TO BE A ROLLING

02:18PM   3   PRODUCTION.

02:18PM   4       SO WHAT IS THE TIMING ON GETTING THE LAST PLAINTIFFS'

02:18PM   5   INFORMATION OVER TO GOOGLE?

02:18PM   6           MR. SCHAPIRO:  I THINK THAT'S A QUESTION FOR MR. MAO

02:18PM   7   OR SOMEONE ON HIS SIDE.

02:18PM   8           THE COURT:  YES.

02:18PM   9           MR. MAO:  WE PRODUCED ALL OF THEM THAT WERE

02:18PM   10  SPECIFIED, YOUR HONOR, EXCEPT FOR --

02:18PM   11          THE COURT:  I THOUGHT YOU HAVE ONE PLAINTIFF THAT IS

02:18PM   12  HANGING OUT THERE.

02:18PM   13          MR. MAO:  YEAH.  OUR AGREEMENT WAS TO HAVE HER SEND

02:18PM   14  HERS BY THIS FRIDAY, I BELIEVE.

02:18PM   15          THE COURT:  OKAY.  ALL RIGHT.  GOOD.

02:18PM   16      ALL RIGHT.  THEN THAT INFORMATION WILL BE RUN AND THAT

02:19PM   17  WILL BE PROVIDED IN ADVANCE OF THE DEPOSITION.

02:19PM   18      THEN THAT BRINGS US -- THAT WAS SORT OF SUB ISSUE (A), IF

02:19PM   19  YOU WILL, ON .3, WHICH IS GETTING THAT DATA IN THE HANDS OF THE

02:19PM   20  PLAINTIFFS.

02:19PM   21      AND THEN THE LARGER REQUEST THAT CAME UP WITH REGARDS TO

02:19PM   22  THE USE OF A CLEAN ROOM OR SOME WAY TO EXPLORE AND TEST FROM

02:19PM   23  THE PLAINTIFFS THEIR CHALLENGES TO GOOGLE'S POSITION AROUND

02:19PM   24  THE -- AROUND WHAT THE SYSTEMS CAN AND CANNOT DO.

02:19PM   25      NOW, JUST TO BE SURE I UNDERSTAND THE ISSUE, AND LET ME

02:19PM  1    TELL YOU RIGHT AT THE OUTSET, I THINK THIS IS AN ISSUE THAT THE

02:19PM  2    PARTIES -- WELL, CLEARLY THERE NEEDS TO BE AN UNDERSTANDING,

02:19PM  3    AND I'M GOING TO SEND THE PARTIES TO MEET AND CONFER A LITTLE

02:20PM  4    BIT FURTHER, BUT THERE WILL BE -- SOMETHING WILL COME OF THIS.

02:20PM  5         SO LET ME DO IT THIS WAY.  I SEE IN THE SUMMARY GOOGLE'S

02:20PM  6    STATEMENTS THAT GOOGLE SYSTEMS ARE NOT DESIGNED TO DERIVE

02:20PM  7    UNAUTHENTICATED IDENTIFIERS FROM AUTHENTICATED IDENTIFIERS AND

02:20PM  8    THAT TO SEARCH FOR UNAUTHENTICATED DATA, GOOGLE NEEDS AN

02:20PM  9    AUTHENTICATED IDENTIFIERS.

02:20PM  10        MY -- A QUESTION I HAVE -- I TAKE IT THAT THAT STATEMENT,

02:20PM  11   THE PLAINTIFFS -- WELL, MY QUESTION IS DO YOU HAVE ENOUGH

02:20PM  12   INFORMATION TO AGREE OR DISAGREE WITH THAT STATEMENT OR IS

02:20PM  13   THAT -- DO YOU WANT TO TEST THAT?

02:21PM  14        MR. MAO?

02:21PM  15             MR. MAO:  YOUR HONOR, WE DISAGREE WITH THAT

02:21PM  16   STATEMENT.  I ACTUALLY HAD PREPARED SIX SLIDES WHICH REALLY

02:21PM  17   PRIMARILY CONSIST OF TWO EXHIBITS THAT WERE PRODUCED IN THE

02:21PM  18   CASE THAT SHOW THAT GOOGLE, FOR EXAMPLE, ██████████████

02:21PM  19   ████████████████████████████████████████████████████████

02:21PM  20   ████████████████████████████████████████████ WE MET AND

02:21PM  21   CONFERRED, AND WE ASKED COUNSEL TO DO THAT PRODUCTION, AND THEY

02:21PM  22   REFUSED.

02:21PM  23             THE COURT:  OKAY.  SO -- AND I SAW THAT INFORMATION

02:21PM  24   AND ARGUMENT IN THE PAPERS.  OBVIOUSLY THIS IS A POINT OF

02:21PM  25   CONTENTION.

02:21PM   1        AND PLAINTIFFS, I THINK IT IS APPROPRIATE FOR PLAINTIFFS

02:21PM   2   TO BE ABLE TO TEST THAT STATEMENT AND THAT POSITION IN SOME

02:21PM   3   FASHION, WHETHER IT IS FLAT OUT THE CLEAN ROOM PROPOSAL OR

02:22PM   4   SOMETHING ELSE, SOME OTHER FORM OF ACCESS, BUT THERE NEEDS TO

02:22PM   5   BE SOME WAY FOR THE PLAINTIFFS TO UNDERSTAND AND TO TEST OR

02:22PM   6   CHALLENGE WHETHER OR NOT THE UNAUTHENTICATED IDENTIFIERS CAN BE

02:22PM   7   DERIVED FROM THE AUTHENTICATED IDENTIFIERS.

02:22PM   8             MR. SCHAPIRO:  YOUR HONOR --

02:22PM   9             THE COURT:  MR. SCHAPIRO.

02:22PM  10             MR. SCHAPIRO:  -- MAY I PROPOSE OR SUBMIT THAT IN

02:22PM  11   THE FIRST INSTANCE THE WAY TO TEST THAT IS BY ASKING SOMEONE

02:22PM  12   QUESTIONS UNDER OATH BECAUSE IN AN ORDINARY --

02:22PM  13             THE COURT:  ISN'T THAT WHAT THE CURRENTLY 30(B)(6)

02:22PM  14   GOES TO?

02:22PM  15             MR. SCHAPIRO:  YES, THAT'S ONE OF THE TOPICS.

02:22PM  16   RESPECTFULLY, IT CAN'T BE THE CASE THAT A PLAINTIFF CAN JUST

02:23PM  17   SAY, WELL, IT SEEMS TO US THAT YOU CAN DO X, Y, AND Z, AND

02:23PM  18   REPRESENT IN SWORN ANSWERS TO INTERROGATORIES AND IN SWORN

02:23PM  19   TESTIMONY THAT THEIR UNDERSTANDING IS INCORRECT AND THAT THEY

02:23PM  20   CAN THEN GO AND SAY, WELL, WE WANT TO HAVE ACCESS TO ALL OF

02:23PM  21   YOUR SYSTEMS, AT LEAST NOT IN THE FIRST INSTANCE.  THAT'S OUR

02:23PM  22   POSITION.

02:23PM  23             THE COURT:  I TAKE THAT.  REALLY MY QUESTION WAS IF

02:23PM  24   THE 30(B)(6) THAT IS COMING UP, WE'RE GETTING THIS PRODUCTION

02:23PM  25   OF DOCUMENTS, THE 30(B)(6) DEPOSITION IS COMING UP, THAT THAT

02:23PM   1    WOULD INFORM BOTH SIDES, AND FROM THAT BOTH SIDES WOULD BE IN A

02:23PM   2    BETTER POSITION, ONE, TO FIRST TRY TO NEGOTIATE AGAINST WHETHER

02:23PM   3    IT'S SOME FORM OF ACCESS AND IF THE PARTIES CAN'T AGREE, THEN

02:23PM   4    THERE WILL BE MORE INFORMATION FOR ME TO MAKE THAT DECISION.

02:23PM   5         MR. MAO.

02:23PM   6              MR. MAO:  YES.  SORRY, YOUR HONOR.  SO JUST REAL

02:23PM   7    FAST.

02:23PM   8         OUR UNDERSTANDING, AND IT DOES NOT SEEM LIKE GOOGLE

02:24PM   9    DISPUTES THIS, IS THAT THE TWICE-BAKED COOKIES CONTAINED

02:24PM  10    IDENTIFIERS ███████████████████████████████████████

02:24PM  11    THAT'S ONE OF THE REASONS, YOUR HONOR, THAT WE'RE ASKING ABOUT

02:24PM  12    HOW THIS IS GENERATED BECAUSE WE'RE TRYING TO FIGURE OUT WHAT

02:24PM  13    THE INGREDIENTS OF THAT ARE.  FOR EXAMPLE, DOES THAT INCLUDE IP

02:24PM  14    ADDRESS OR DEVICE I.D., RIGHT?

02:24PM  15         AND THE REASON WHY I MENTION THAT, YOUR HONOR, IS BECAUSE

02:24PM  16    THAT IS NOT ONLY RELEVANT FOR THE DOCUMENT PRODUCTION, BUT THAT

02:24PM  17    IS RELEVANT IN ORDER FOR US TO BE ABLE TO TEST OUR THEORY

02:24PM  18    BECAUSE IF YOU'RE TRACKING PEOPLE LOGGED OUT AND YOU'RE ABLE TO

02:24PM  19    CONSISTENTLY DO THAT ACROSS SESSIONS AND ACROSS DEVICES, SURELY

02:24PM  20    THERE MUST BE STABLE SEEDS THAT GO INTO AN ALGORITHM OR SOME

02:24PM  21    TYPE OF HASHING MECHANISM BY WHICH YOU IDENTIFY DEVICES, WHICH

02:24PM  22    NOBODY DISPUTES THAT GOOGLE IS PEGGING ALL OF THEIR DATA BY.

02:25PM  23    ████████████████████████████████████

02:25PM  24    ████████████████████████████████████████████████████

02:25PM  25    ████████████████

| | |
|---|---|
| 02:25PM | 1 |

```
02:25PM   1            THE COURT:  I APPRECIATE THAT.  BUT, AGAIN, A MORE

02:25PM   2   DETAILED ARGUMENT ON THE ACCESS POINT OR THE CLEAN ROOM POINT

02:25PM   3   IS PREMATURE BECAUSE I WANT TO -- WE'VE HAD THIS PRODUCTION NOW

02:25PM   4   AND THEN THERE'S A 30(B)(6) COMING UP ON THIS AND RELATED

02:25PM   5   TOPICS, AND IT MAY BE APPROPRIATE, BUT I WANT THE PARTIES TO

02:25PM   6   GET THROUGH THAT PROCESS.  I WANT A ROBUST MEET AND CONFER, AND

02:25PM   7   I THINK THERE NEEDS TO BE, AGAIN, AN ISSUE THAT COMES UP HERE,

02:25PM   8   AS SAID IN THE PAPERS ALSO, IS, OF COURSE, ALL OF THE

02:26PM   9   INFORMATION ABOUT THE DATABASES AND WHAT IS AND ISN'T TRACKED,

02:26PM  10   AND IS AND ISN'T ABLE TO LINK UP GOOGLE KNOWS AND PLAINTIFFS

02:26PM  11   DON'T KNOW.  THAT'S OBVIOUSLY TO A CERTAIN EXTENT WHAT

02:26PM  12   DISCOVERY IS FOR.

02:26PM  13            BUT IT IS NOT CART BLANCHE TO ALL OF GOOGLE'S SYSTEMS.  SO

02:26PM  14   WE'RE TRYING TO NAVIGATE THIS IN A FAIR AND REASONABLE WAY, AND

02:26PM  15   IT'S TIED BACK, AND IT WILL CONTINUE TO TIE BACK TO THE PROPER

02:26PM  16   DEFINITIONS OF THE CLASS.

02:26PM  17            SO WE'VE MADE PROGRESS, BUT WE'RE CONTINUING TO MAKE

02:26PM  18   PROGRESS.  I'M GLAD WE GOT THE UNAUTHENTICATED IDENTIFIERS

02:26PM  19   SITUATION WORKED OUT, THAT'S GOOD, OR AT LEAST ADDRESSED AT

02:26PM  20   THIS PHASE.  THAT INFORMATION HAS BEEN PRODUCED, THOSE SEARCHES

02:26PM  21   ARE BEING RUN, LET'S GET THE 30(B)(6), AND THEN I WANT THE

02:27PM  22   PARTIES TO MEET AND CONFER, AND I'LL TAKE FURTHER STATEMENT ON

02:27PM  23   THAT, AND I'LL LAY THAT OUT IN AN ORDER IN DUE COURSE.  OKAY?

02:27PM  24            ALL RIGHT.  SO THAT'S ACCESS TO PLAINTIFFS' DATA IN BROWN.

02:27PM  25   AND I WANT TO TURN TO ACCESS TO PLAINTIFFS' DATA IN CALHOUN.
```

02:27PM  1    LET ME JUST MAKE A NOTE HERE BEFORE I DO THAT.

02:28PM  2        LET ME SHIFT FILES AND GET DIFFERENT PAPER HERE AND LET'S

02:28PM  3    JUST TURN TO CALHOUN AND ISSUE 1.3 WHICH RELATES TO RFP 5, FOR

02:28PM  4    DOCUMENTS AND INFORMATION ASSOCIATED WITH PLAINTIFFS AND THEIR

02:28PM  5    IDENTIFIERS.

02:28PM  6        AND WHO HAS GOT CALHOUN?  MR. BARNES, IS THAT YOU?

02:28PM  7            MR. BARNES:  YES, YOUR HONOR.

02:28PM  8            THE COURT:  OKAY.  WHY DON'T YOU GO AHEAD.

02:28PM  9    OBVIOUSLY, I'VE READ THROUGH THE SUMMARY AND YOU'VE WALKED ME

02:29PM  10   THROUGH.  YOU UNDERSTAND SOME OF MY QUESTIONS AROUND THE SCOPE

02:29PM  11   AND DEFINITIONS.  SO WHAT IS THE ISSUE?

02:29PM  12           MR. BARNES:  RIGHT.  I THINK THERE ARE TWO ISSUES

02:29PM  13   HERE.  ONE IS THE DEVICE DATA THAT PLAINTIFFS -- WHERE

02:29PM  14   PLAINTIFFS DIDN'T DIRECTLY IDENTIFY THE COOKIE, AND THE SECOND

02:29PM  15   ISSUE IS WHAT WE SEE AS AN IMPROPER ATTEMPT TO CARVE OUT A

02:29PM  16   SUBSET OF PLAINTIFF DATA.

02:29PM  17       YOU SPENT A LOT OF TIME IN BROWN TALKING ABOUT THE DEVICE

02:29PM  18   DATA BASED ON IDENTIFIERS THAT PLAINTIFFS HAD NOT YET PROVIDED

02:29PM  19   TO GOOGLE.

02:29PM  20       I JUST -- I THINK THERE'S A LITTLE BIT OF A DISCONNECT

02:29PM  21   HERE BECAUSE IN OUR CASE GOOGLE HAS NEVER SAID THAT THEY CANNOT

02:29PM  22   GET THIS DATA.

02:29PM  23       WHAT THEY HAVE SAID IS THAT THERE IS A ███████████████

02:29PM  24   ████████████████████████████████████████████████████████████

02:30PM  25   ████████████████████████████████████████████████████████████



02:30PM  1

02:30PM  2

02:30PM  3

02:30PM  4          AND GOOGLE MAINTAINS AN IDENTITY CONTAINER FOR EACH USER

02:30PM  5     THAT CONTAINS THEIR EMAIL ADDRESS, THEIR REAL NAME, THEIR PHONE

02:30PM  6     NUMBER, AND BASICALLY PERSONALLY IDENTIFIES THEM AS WELL AS THE

02:30PM  7     DEVICES ASSOCIATED WITH THEIR ACCOUNT.

02:30PM  8          AND GOOGLE

02:30PM  9                                                AND GAIA.

02:30PM  10          ANOTHER QUOTE FROM A DOCUMENT IS,

02:30PM  11

02:30PM  12          SO, YOU KNOW, ONE WAY IS TO GIVE US A CLEAN ROOM, BUT WE

02:31PM  13     THINK THIS IS JUST THE TIP OF THE ICEBERG OF THE DOCUMENTS THAT

02:31PM  14     WE HAVE THAT SHOW THAT GOOGLE HAS THE ABILITY TO DO THIS.  IT'S

02:31PM  15     JUST A MATTER OF THEM

02:31PM  16                             AND THE REASON FOR THAT IS THAT THEY

02:31PM  17     HAD A TYPICAL GOOGLER AT ONE POINT IN TIME WHO DID IT, AND IT

02:31PM  18     WAS A BIG PROBLEM, SO THEY CUT OFF FULL ACCESS.

02:31PM  19

02:31PM  20                                          AND IN ADDITION

02:31PM  21     TO WHAT MR. MAO SAID, MR. MAO IDENTIFIED THREE COOKIES:

02:31PM  22                 GAIA, AND            BUT THERE ARE AT LEAST

02:31PM  23                         THAT WE HAVE SEEN IN THE DOCUMENTS

02:31PM  24     PRODUCED TO US:

02:31PM  25               THE COURT:  OKAY.  OKAY.

02:31PM   1        MR. BARNES:  GOOGLE WON'T PRODUCE THESE DOCUMENTS TO

02:31PM   2   US, YOUR HONOR.  SO WE HAVE DOCUMENTS THAT SHOW THAT THEY CAN

02:31PM   3   DO THIS.  THEY NEVER SAID THAT THEY CAN'T.  ███████████████

02:32PM   4   ██████████████████████████████████████████████████████████

02:32PM   5   ████

02:32PM   6        THE COURT:  ALL RIGHT.  SO FROM MY ORDER BACK ON

02:32PM   7   APRIL 30TH IT WAS FAIRLY COMPREHENSIVE ON THIS POINT TO PRODUCE

02:32PM   8   THE DATA, INCLUDING ANY DEVICE DATA ASSOCIATED WITH ANY

02:32PM   9   PLAINTIFF.  WHOOPS.  SORRY ABOUT THAT.

02:32PM  10        I APOLOGIZE.  THAT'S WHAT HAPPENED.  I HAVE TOO MANY

02:32PM  11   PAPERS ON MY DESK.

02:32PM  12        (PAUSE IN PROCEEDINGS.)

02:32PM  13        THE COURT:  SO THAT WAS THE DIRECTION, AND I

02:32PM  14   UNDERSTAND FROM THE DISPUTE THAT THERE'S CONCERN AROUND WHAT

02:33PM  15   HAS OR WHAT HAS BEEN LEFT OUT.

02:33PM  16        YOU STARTED TO SAY THAT THERE WERE TWO ISSUES HERE,

02:33PM  17   MR. BARNES, AND --

02:33PM  18        MR. BARNES:  RIGHT.  SO THE FIRST IS THAT

02:33PM  19   PLAINTIFFS' DEVICE DATA.  SO WE'VE PROVIDED VARIOUS COOKIE

02:33PM  20   IDENTIFIERS TO GOOGLE.  THEY NEVER TOLD US WHICH SPECIFIC

02:33PM  21   COOKIES TO PRODUCE.  WE PROVIDED ALL OF THE COOKIES WE COULD

02:33PM  22   FIGURE OUT.

02:33PM  23        I THINK WHAT GOOGLE'S POSITION IS THAT, OKAY, WE'LL TAKE

02:33PM  24   THOSE COOKIES, AND WE WILL IDENTIFY ANYTHING ASSOCIATED WITH

02:33PM  25   THE DEVICE, ASSOCIATED WITH THOSE COOKIES.

SEALED PROCEEDINGS
39

| | | |
|---|---|---|
| 02:33PM | 1 | WHAT WE ARE SAYING IS THAT THERE ARE DOCUMENTS THAT SHOW, |
| 02:33PM | 2 | AND GOOGLE HAS NEVER SAID THAT THEY CAN'T DO THIS, THEY'VE ONLY |
| 02:33PM | 3 | SAID THAT THERE'S A -- |
| 02:33PM | 4 | THE COURT:  I UNDERSTAND. |
| 02:33PM | 5 | MR. BARNES:  -- IS THAT WE CAN'T IDENTIFY EVERY |
| 02:33PM | 6 | COOKIE EVER ASSOCIATED WITH THE PLAINTIFFS' DEVICE THAT GOOGLE |
| 02:33PM | 7 | HAS ASSOCIATED WITH THE PLAINTIFFS' ACCOUNT AND THE PLAINTIFFS' |
| 02:33PM | 8 | DEVICE. |
| 02:33PM | 9 | THAT IS IN GOOGLE'S SOLE POSSESSION, AND THERE'S NO WAY |
| 02:33PM | 10 | FOR US TO COME UP WITH THAT DATA. |
| 02:33PM | 11 | BUT GOOGLE HAS THE ABILITY TO DO IT.  THAT WAS -- THAT'S |
| 02:34PM | 12 | THE POINT OF UNITING THOSE SPACES. |
| 02:34PM | 13 | THE COURT:  WHY DO YOU NEED ALL OF THE COOKIE DATA? |
| 02:34PM | 14 | MR. BARNES:  WE NEED ALL OF THE DATA TO FIGURE OUT |
| 02:34PM | 15 | ALL OF THE DATA THAT GOOGLE IS COLLECTING FROM OUR USERS WHEN |
| 02:34PM | 16 | THEY'RE NOT IN A SYNCED STATE BECAUSE THERE MAY BE SOME |
| 02:34PM | 17 | IDENTIFIERS THAT WE ARE UNABLE TO CATCH ON OUR END THAT GOOGLE |
| 02:34PM | 18 | KNOWS ABOUT AND CAN SAY, OH, BECAUSE WE KNOW GAIA USER ONE USES |
| 02:34PM | 19 | THIS DEVICE, THESE ARE THE COOKIES ASSOCIATED WITH THIS DEVICE, |
| 02:34PM | 20 | THIS IS THE DATA WE HAVE ON THIS DEVICE, WHICH WE KNOW THIS |
| 02:34PM | 21 | GAIA USER USES. |
| 02:34PM | 22 | THERE'S NO WAY THAT WE'RE GOING TO EVER BE ABLE TO COME UP |
| 02:34PM | 23 | WITH ALL OF THE IDENTIFIERS ASSOCIATED WITH THAT DEVICE. |
| 02:34PM | 24 | GOOGLE HAS A BUNDLE OF THEM AND IDENTIFIERS THAT WE DON'T EVEN |
| 02:34PM | 25 | KNOW ABOUT BECAUSE WE'RE JUST GETTING INTO DISCOVERY NOW. |

| | |
|---|---|
| 02:35PM | 1 |

SO GETTING THAT INFORMATION NOT ONLY AFFECTS THE NAMED
PLAINTIFFS, BUT IT ALSO AFFECTS WHAT HAPPENS IN THE 30(B)(6)
AND THIS DISPUTE THAT WE HAVE OVER WHAT NEEDS TO BE PRESERVED
AND WHAT DOESN'T NEED TO BE PRESERVED BECAUSE IN ORDER TO DO
THAT, WE HAVE TO HAVE A SAMPLE SET OF DATA FROM WHICH OUR
EXPERTS CAN LOOK AT AND SAY, OKAY, AND WE CAN LOOK AT AND SAY,
OKAY, NOW WE KNOW WHERE IT IS ALL GOING, AND WHAT IS THE BEST
PLAN THAT MAKES SENSE FOR THE PARTIES IN THIS CASE?

BUT WITHOUT GOOGLE DOING THAT, WE'RE LEFT IN THE DARK.
AND ONLY GOOGLE CAN DO THAT.

SO THE SECOND ISSUE, YOUR HONOR --

THE COURT:  NO, NO, NO.  LET'S NOT LEAVE THE FIRST
ISSUE, WHICH IS -- BECAUSE I'M NOT SURE THAT I GOT AN ANSWER TO
MY QUESTION -- WHICH IS, OKAY, IF THERE ARE 100 DIFFERENT KINDS
OF COOKIES THAT IDENTIFY DEVICES, RIGHT, AGAIN, WHY DO YOU
NEED -- YOU KNOW, THE PLAINTIFFS, YOU'RE SAYING, LOOK, WHEN I
GO IN AND I'M BROWSING, I'M NOT SYNCED, AND I'M ON CHROME, AND
I'M DOING WHAT I DO, AND GOOGLE WAS SURREPTITIOUSLY COLLECTING
MY PERSONAL INFORMATION, RIGHT?  I MEAN, IN VERY BROAD BRUSH
STROKES.

SO WHY DO -- I'M TRYING TO -- WHAT IS THE RELEVANCE OF ALL
OF THE DEVICE IDENTIFIERS?

MR. BARNES:  THAT'S A GOOD --

THE COURT:  YOU WANT PLAINTIFF INFORMATION.  WHAT
YOU WANT TO KNOW IS WHAT INFORMATION DID YOU COLLECT FROM

02:36PM  1    PEOPLE WHO WERE NOT SYNCED AND WERE USING CHROME, WHAT DATA WAS

02:36PM  2    BEING COLLECTED, RIGHT?  THAT'S -- WAS DATA BEING COLLECTED,

02:36PM  3    AND, IF SO, WHAT DATA?

02:36PM  4         SO WHAT IS THE -- WHY DO YOU NEED ALL OF THE COOKIE

02:36PM  5    IDENTIFIERS?

02:36PM  6              MR. BARNES:  AND FOR OUR NAMED PLAINTIFFS WE WANT TO

02:37PM  7    KNOW WHAT SPECIFIC DATA GOOGLE COLLECTED, NOT JUST THE GENERAL,

02:37PM  8    BUT THE SPECIFIC TO OUR PLAINTIFFS.

02:37PM  9         SO THE REASON WE NEED ALL OF THE COOKIE IDENTIFIERS AND

02:37PM  10   ALL OF THE DATA ASSOCIATED WITH ALL OF THE COOKIE IDENTIFIERS,

02:37PM  11   AND THERE ARE ALSO DIFFERENT IDENTIFIERS THAT AREN'T COOKIES.

02:37PM  12   SO I WANT TO BE CLEAR AND NOT LIMIT THE COOKIES, IS THAT THERE

02:37PM  13   ARE DIFFERENT COOKIES AND DIFFERENT DEVICES THAT POP -- DEVICE

02:37PM  14   IDENTIFIERS THAT POP UP ON DIFFERENT WEB PROPERTIES AT

02:37PM  15   DIFFERENT POINTS IN TIME.

02:37PM  16        SO COOKIE ONE, TWO, THREE, FOUR, GOOGLE MAY BE USING TO

02:37PM  17   TRACK JANE DOE IN THE MONTH OF JANUARY, BUT SOMETHING HAPPENS

02:37PM  18   AND NOW IN THE MONTH OF FEBRUARY IN ADDITION TO TRACKING WITH

02:37PM  19   GOOGLE ONE, TWO, THREE, FOUR ON THIS SUBSET OF WEB PROPERTIES

02:37PM  20   GOOGLE IS TRACKING JANE DOE AND HER DEVICES WITH COOKIE FIVE,

02:37PM  21   SIX, SEVEN, EIGHT.

02:37PM  22        NOW, WE HAVE IDENTIFIED FOR GOOGLE THE COOKIES WE KNOW,

02:38PM  23   THE DEVICE IDENTIFIERS THAT WE WERE ABLE TO CATCH.  SO THAT

02:38PM  24   WOULD BE THE EQUIVALENT OF US SAYING, OKAY, WE KNOW IN JANUARY

02:38PM  25   THAT THE COOKIES WERE ONE, TWO, THREE, FOUR.

02:38PM  1          BUT, YOUR HONOR, WE CAN'T KNOW WHAT HAPPENED IN FEBRUARY.

02:38PM  2          THE BETTER EXAMPLE IS FOR OUR STUFF IS I THINK WE MADE THE

02:38PM  3     RECORDINGS IN JULY.  SO WE CAN'T STATE WITH CERTAINTY WHAT THE

02:38PM  4     IDENTIFIERS AND DATA GOOGLE WAS COLLECTING IN JUNE.

02:38PM  5          NOW, THEY MAY GIVE US A SUBSET OF THAT BASED ON OVERLAP

02:38PM  6     WITH THE IDENTIFIERS THAT WE GAVE THEM FOR JULY, BUT WE DON'T

02:38PM  7     KNOW THAT IT'S EVERYTHING.

02:38PM  8          BUT GOOGLE CAN FIGURE OUT THAT IT'S EVERYTHING BECAUSE

02:38PM  9     GOOGLE MAKES THOSE CONNECTIONS, PUTS IN THE IDENTITY SPACE ALL

02:38PM  10    OF THE DEVICES THAT ARE ASSOCIATED WITH THE USER'S GAIA

02:38PM  11    ACCOUNT.  SO GOOGLE HAS THE CAPABILITY TO DO THIS.  AND TO MY

02:38PM  12    KNOWLEDGE, THEY NEVER SAID THAT THEY CAN'T.

02:38PM  13         THE COURT:  SO IF I'M UNDERSTANDING YOUR ANSWER TO

02:39PM  14    MY QUESTION IT'S IF YOU HAVE PLAINTIFF JANE DOE AND SHE HAS A

02:39PM  15    DEVICE, OBVIOUSLY SHE'S ON HER PHONE, SHE GOES TO X, Y, Z WEB

02:39PM  16    PROPERTIES, AND THOSE ARE TRACKED BY COOKIES, SO GOOGLE KNOWS

02:39PM  17    WHAT WEB PROPERTIES SHE'S BEEN TO AND HOW LONG SHE WAS THERE

02:39PM  18    AND WHAT SHE DID THERE, OR WHATEVER THE DATA IS THAT IS

02:39PM  19    TRACKED, BUT THEN THAT DEVICE -- THERE MAY BE OTHER COOKIES

02:39PM  20    THAT ARE TRACKING OTHER THINGS THAT THAT DEVICE DOES.

02:39PM  21         MR. BARNES:  NO, OTHER COOKIES TRACKING OTHER WEB

02:39PM  22    PROPERTIES --

02:39PM  23         THE COURT:  OTHER WEB --

02:39PM  24         MR. BARNES:  -- SHE'S VISITED THAT WE WEREN'T ABLE

02:39PM  25    TO CAPTURE IN OUR -- IN WHAT WE SENT TO GOOGLE.

02:40PM  1          THE COURT:  OKAY.  ALL RIGHT.

02:40PM  2          MR. SCHAPIRO:  SO I THINK JOEY IS GOING TO ADDRESS

02:40PM  3   THIS AS WELL.

02:40PM  4          THE COURT:  WAIT.  BEFORE WE DO THAT, MR. BARNES,

02:40PM  5   YOU SAID THERE WERE TWO ISSUES, AND I KEPT TAKING YOU OFF

02:40PM  6   TRACK.  I'D LIKE TO STAY ON THIS ONE, BUT WHAT IS THE --

02:40PM  7          MR. BARNES:  THE SECOND ISSUE IS -- THANK YOU FOR

02:40PM  8   COMING BACK TO ME FOR THAT SECOND ISSUE, YOUR HONOR.  I

02:40PM  9   DEFINITELY WANTED TO HIT THE SECOND ISSUE -- IS WHAT WE DEEM IS

02:40PM  10  AN IMPROPER ATTEMPT TO CARVE OUT A SUBSET OF PLAINTIFFS' DATA.

02:40PM  11          SO GOOGLE WRITES IN THEIR RESPONSE THAT WE HAVE SOME,

02:40PM  12  QUOTE, "NEWLY MINTED REQUEST FOR WEB SEARCH HISTORY."  THAT'S

02:40PM  13  NOT NEWLY MINTED AT ALL, YOUR HONOR.  IT IS A SUBSET OF THE

02:40PM  14  DATA THAT WE HAVE REQUESTED IN THE ORIGINAL RFP.

02:40PM  15          IT'S ALSO DIRECTLY RELEVANT TO DATA COLLECTED FROM USERS

02:40PM  16  WHILE THEY'RE NOT IN A SYNCED STATE BECAUSE THE DATA THAT

02:41PM  17  EXISTS IN GOOGLE'S SEARCH FACILITY IS NOT LIMITED TO THAT WHICH

02:41PM  18  YOU TYPE IN DIRECTLY AND PURPOSEFULLY AT THE WEBSITE

02:41PM  19  GOOGLE.COM.

02:41PM  20          THERE ARE AT LEAST TWO OTHER EXAMPLES WHERE WE BELIEVE

02:41PM  21  IT'S STORED IN THE SEARCH HISTORY.  THERE'S A TOOL CALLED

02:41PM  22  CUSTOM SEARCH ENGINE WHICH SENDS TRANSMISSIONS TO A WEB ADDRESS

02:41PM  23  CALLED CSE.GOOGLE.COM, AND IT TRACKS USERS BY DEVICE AND GAIA,

02:41PM  24  AND THOSE CUSTOM SEARCH ENGINES APPEAR ON WEB PROPERTIES

02:41PM  25  THROUGHOUT THE INTERNET.  AND WHEN PEOPLE DO SEARCHES ON THEM,

02:41PM    1    THEY DON'T KNOW THAT THEY'RE EFFECTIVELY ON GOOGLE.COM DOING

02:41PM    2    THOSE SEARCHES.

02:41PM    3        SO OUR PLAINTIFF CSM.GOOGLE.COM SEARCHES WE BELIEVE WILL

02:41PM    4    SHOW UP IN A SEARCH ENGINE RESULT.

02:41PM    5        IN ADDITION TO THAT GOOGLE HAS AT THE TOP OF THE CHROME

02:42PM    6    BROWSER THERE'S A TOOLBAR, YOUR HONOR.  IF YOU DIRECTLY TYPE A

02:42PM    7    WEB ADDRESS INTO THAT TOOLBAR, AGAIN, NOT CONDUCTING A SEARCH,

02:42PM    8    BUT LET'S SAY THAT YOU WANT TO GO --

02:42PM    9        THE COURT:  SO LET ME -- I'M GOING TO INTERRUPT YOU

02:42PM   10    THERE, MR. BARNES, AGAIN, BECAUSE I HAVE TO KEEP US MOVING.

02:42PM   11        I SEE THE REQUEST FOR, YOU KNOW, ORDERS PRODUCING MORE

02:42PM   12    INFORMATION.  WHAT -- IS THERE A -- ARE THERE ANY NEXT STEPS

02:42PM   13    ALREADY TEED UP?  ARE WE JUST TALKING ABOUT DOCUMENT

02:42PM   14    PRODUCTION?  IS THERE A DEPOSITION IN AND AROUND THESE TOPICS

02:42PM   15    IN THIS CASE?  TELL ME.

02:42PM   16        MR. BARNES:  THERE'S A DEPOSITION, YOUR HONOR.  BUT

02:42PM   17    AS IT RELATES TO THIS SEARCH ISSUE, THIS IS SOMETHING THAT WE

02:42PM   18    NEED BEFORE THE DEPOSITION.  IT GOES DIRECTLY TO AN ISSUE AT

02:42PM   19    THE HEART OF THIS CASE, THE CSE.GOOGLE.COM, AND THEN WHAT

02:42PM   20    HAPPENS IN A TOOLBAR WHEN YOU LOOKED UP --

02:42PM   21        THE COURT:  WHEN IS THE DEPOSITION, MR. BARNES?

02:42PM   22        MR. BARNES:  THE DEPOSITION IS JUNE 11TH.

02:43PM   23        AND THERE'S A PLAINTIFF DEPOSITION ON JUNE 10TH, WHICH WE

02:43PM   24    WANT AHEAD OF TIME, TOO.  WE PREDICATED THE PLAINTIFFS'

02:43PM   25    DEPOSITIONS, WHICH THEY WANTED TO TAKE EARLY UPON RECEIVING ALL

```
02:43PM  1    OF THE DATA THAT THEY HAVE ABOUT OUR PLAINTIFFS.

02:43PM  2              THE COURT:  WELL, THAT WASN'T EXACTLY MY ORDER.

02:43PM  3              MR. BARNES:  FAIR ENOUGH, YOUR HONOR.

02:43PM  4              THE COURT:  OKAY.

02:43PM  5              MS. WEAVER:  YOUR HONOR, MAY I ANSWER YOUR QUESTION

02:43PM  6    NUMBER ONE, IF I MAY?  THIS IS LESLEY WEAVER, AND I'M ALSO ON

02:43PM  7    MR. BARNES'S TEAM.

02:43PM  8              THE COURT:  I THINK I'M GOOD.  THANK YOU,

02:43PM  9    MS. WEAVER.  I'M GOING TO TURN TO MR. SCHAPIRO OR MR. ANSORGE.

02:43PM 10              MR. ANSORGE:  YES, YOUR HONOR.  THANK YOU,

02:43PM 11    YOUR HONOR.

02:43PM 12              THE COURT:  MR. ANSORGE, YOUR CONNECTION HAS GOTTEN

02:44PM 13    QUITE BAD, AND I NOTICED IT LAST TIME THAT YOU WERE TRYING TO

02:44PM 14    SPEAK.  THERE'S A LOT OF PAUSES AND BREAKUPS.

02:44PM 15              MR. ANSORGE:  THAT MIGHT BE AN INTERNET PROBLEM HERE

02:44PM 16    BECAUSE I'M ON THE HARD LINE AS WELL.  APOLOGIES, YOUR HONOR.

02:44PM 17         IS IT BETTER?

02:44PM 18              MR. SCHAPIRO:  IT'S BETTER.

02:44PM 19              THE COURT:  HANG ON.

02:44PM 20         MS. RODRIGUEZ, IS THAT THE ISSUE THAT YOU HAD WANTED TO

02:44PM 21    ADDRESS?

02:44PM 22              MADAM COURT REPORTER:  YES, YOUR HONOR.  THANK YOU.

02:44PM 23    I WILL INTERRUPT AGAIN IF HE KEEPS TIMING OUT.

02:44PM 24              THE COURT:  YES, YOU WILL.

02:44PM 25         MR. ANSORGE, LET'S GO A LITTLE BIT SLOWLY.  DESPITE MY
```

02:44PM  1      PUSHING EVERYONE, LET'S GO A LITTLE BIT SLOWLY.

02:44PM  2             MR. ANSORGE:  THANK YOU, YOUR HONOR.

02:44PM  3      I WAS AGREEING WITH PLAINTIFFS' COUNSEL THAT ███████

02:44PM  4  █████████████████████████████████████████████████████

02:44PM  5  ███████████████████████████████████████████████

02:44PM  6  ████████████████████████████████████████████

02:44PM  7  ██████████████████████████████████████████████████████

02:45PM  8  ████████████████████████████████████████████

02:45PM  9  ███████████████████

02:45PM 10      NOW, WHEN MR. BARNES WAS REFERRING TO ████████████

02:45PM 11  █████████  WE UNDERSTAND THAT COULD SOUND LIKE IT HAS SOME

02:45PM 12  NEGATIVE CONNOTATIONS IN THE WAY THAT HE WAS REPRESENTING IT,

02:45PM 13  AND I JUST WANT TO TAKE THIS OPPORTUNITY TO CLARIFY THAT.  THE

02:45PM 14  POINT OF THAT SPACE IS ██████████████████████████████████

02:45PM 15  ██████████████████████████  THAT'S NOT WHAT IT IS IN PRACTICE,

02:45PM 16  AND THAT'S NOT WHAT IT IS DESIGNED TO BE AT ALL.

02:45PM 17      THE POINT OF ██████████████████████████

02:45PM 18  █████████████████████████████████████████████

02:45PM 19  ██████████████████████████████████████████████████

02:45PM 20  █████████████████████████████████████████████

02:45PM 21  █████████████████████████████████████████████

02:45PM 22  ████████████████████████████████████████

02:45PM 23  █████████████████████████████

02:45PM 24      SO THERE'S A LOT OF WORK THAT GOES INTO IT MAKING SURE

02:45PM 25  THAT ████████████████████████████████████████████

02:45PM 1 ████████████████████████████████

02:45PM 2          THE SECOND POINT I WANTED TO TOUCH ON, AND THIS IS ISSUE

02:46PM 3 TWO THAT MR. BARNES WAS HIGHLIGHTING.  TO BE FRANK, WE WERE

02:46PM 4 SURPRISED THAT SEARCH IS NOW AT ISSUE, AND THIS IS SOMETHING

02:46PM 5 THAT WE HAD RAISED AT SOME MOMENTS WITH PLAINTIFFS, BUT WE

02:46PM 6 DON'T UNDERSTAND HOW THERE'S GOING TO BE A PRIVACY CASE AGAINST

02:46PM 7 GOOGLE FOR INFORMATION THAT THE USER PUTS INTO A GOOGLE SEARCH

02:46PM 8 ENGINE.

02:46PM 9          SO WHAT WE'RE TRYING TO DO HERE IN ONE WAY OR ANOTHER IS

02:46PM 10 THINK OF WAYS IN WHICH WE CAN SPECIFY WHAT IS REALLY RELEVANT

02:46PM 11 AND WHAT IS THAT ISSUE, AND SEARCH ENTAILS A LOT OF DIFFERENT

02:46PM 12 DATASETS, A LOT OF DIFFERENT CUSTODIANS, IT BRINGS IN DIFFERENT

02:46PM 13 TYPES OF INFORMATION WHICH WE BELIEVE AREN'T REFLECTED IN THE

02:46PM 14 COMPLAINT.

02:46PM 15          SO WHAT WE WOULD LIKE TO DO IS FOCUS ON THE DATA AT ISSUE

02:46PM 16 WHICH IS BROWSING INFORMATION OR SITE ACTIVITY DATA WHEN A USER

02:46PM 17 VISITS THE WEBSITE THAT HAS ANALYTIC SERVICES OR GOOGLE AD

02:46PM 18 MANAGER SERVICES.

02:46PM 19          THE COURT:  JUST AT THE END THERE YOU TIMED OUT,

02:47PM 20 MR. ANSORGE.

02:47PM 21          MR. ANSORGE:  THIS CONNECTION IS TERRIBLE.  I'M

02:47PM 22 REALLY SORRY EVERYBODY.

02:47PM 23          MR. SCHAPIRO:  IT'S BEEN FINE.  YOU JUST DROPPED OFF

02:47PM 24 THE FINAL TEN SECONDS.

02:47PM 25          THE COURT:  JUST AT THE VERY END.  WHAT WAS THE LAST

02:47PM   1    THING, IF YOU REMEMBER, THAT YOU SAID?

02:47PM   2                MR. ANSORGE:  I THINK I WAS JUST APOLOGIZING AND

02:47PM   3    THANKING EVERYBODY FOR THEIR PATIENCE WITH MY BAD INTERNET

02:47PM   4    CONNECTION.

02:47PM   5                THE COURT:  OKAY.  WE'LL TAKE THAT THERE.  OKAY.

02:47PM   6    ALL RIGHT.

02:47PM   7                MR. SCHAPIRO:  AND, YOUR HONOR, COULD I JUST ADD

02:47PM   8    THAT --

02:47PM   9                THE COURT:  WELL, FIRST ANSWER THIS QUESTION,

02:47PM  10    MR. SCHAPIRO, WHICH IS IT WASN'T QUITE CLEAR TO ME FROM THE

02:47PM  11    SUMMARY.  IS GOOGLE STILL PRODUCING INFORMATION IN RESPONSE TO

02:47PM  12    THIS REQUEST IN ADVANCE AND IN ANTICIPATION OF AND IN ADVANCE

02:47PM  13    OF THE JUNE 10TH AND JUNE 11TH DEPOSITIONS?

02:47PM  14                MR. SCHAPIRO:  THAT ONE I'M GOING TO HAVE TO KICK TO

02:47PM  15    SOMEONE ELSE, TOO.

02:47PM  16        I THINK WE HAVE PRODUCED WHAT WE WERE SUPPOSED TO PRODUCE,

02:48PM  17    WELL, WHAT WE BELIEVE WE WERE SUPPOSED TO PRODUCE IN TERMS OF

02:48PM  18    DATA ASSOCIATED WITH THE PLAINTIFFS.

02:48PM  19        BUT I'LL INVITE ONE OF MY COLLEAGUES TO CORRECT ME IF

02:48PM  20    THERE IS STILL SOME COMING.  THAT IS ALWAYS POSSIBLE.

02:48PM  21                MR. STRAITE:  YOUR HONOR, THIS IS DAVID STRAITE FOR

02:48PM  22    PLAINTIFFS.  I CAN ANSWER THAT QUESTION.  WE MADE THE SAME

02:48PM  23    INQUIRY YESTERDAY TO GOOGLE COUNSEL AND ASKED WHEN, YOU KNOW,

02:48PM  24    WHEN WE WERE RECEIVING ADDITIONAL PLAINTIFF INFORMATION,

02:48PM  25    DOCUMENTS IN ADVANCE OF NEXT WEEK'S DEPOSITION.

02:48PM  1         WE WERE TOLD THAT WE'RE STILL ON TARGET FOR JUNE 4TH AS

02:48PM  2   THE TARGET TO GET THE NEXT BATCH OF PLAINTIFF DOCUMENTS.

02:48PM  3   THAT'S NEXT FRIDAY, TWO DAYS FROM TODAY.  WE ARE HOPEFUL TO GET

02:48PM  4   IT.  WE DID HAVE A COMMITMENT TO GET ALL OF THE DOCUMENTS

02:48PM  5   SEVEN DAYS PRIOR TO THE DEPOSITION.  THIS IS SIX DAYS.  THAT'S

02:48PM  6   APPROXIMATE.  THAT'S GOOD ENOUGH.

02:48PM  7         IF WE ARE ACTUALLY GETTING THE PROFILES, WHICH IS THE MOST

02:48PM  8   IMPORTANT THING, THE INFORMATION IN DOCUMENTS ASSOCIATED WITH

02:48PM  9   THE PLAINTIFFS AND THEIR IDENTIFIERS.  WE'RE HOPEFUL.  WE'LL

02:48PM 10   SEE WHAT HAPPENS ON JUNE 4TH.

02:49PM 11         MR. BARNES:  THERE'S ANOTHER ISSUE, YOUR HONOR.  WE

02:49PM 12   RECEIVED, I BELIEVE, TWO DOCUMENTS SINCE THE LAST HEARING.

02:49PM 13   THERE IS SOME DIFFICULTY BECAUSE THEY DON'T ALWAYS COME.

02:49PM 14   GOOGLE -- THEY DON'T ALWAYS COME WITH LABELS STATING TO WHOM

02:49PM 15   THEY ARE RELATED, AND WE'VE BEEN ABLE TO DEDUCE TO WHOM THEY

02:49PM 16   ARE RELATED, BUT WE'RE GETTING THESE THINGS THAT -- AND THEY'RE

02:49PM 17   SENDING THEM OVER THE LINE WITHOUT ANY NOTATIONS ON WHO THEY

02:49PM 18   ARE, EVEN THOUGH GOOGLE IS CONNECTING OBVIOUSLY WHO IS WHO TO

02:49PM 19   PROVIDE US THIS.

02:49PM 20         THE COURT:  HAVE YOU ASKED GOOGLE TO MAKE THAT

02:49PM 21   CONNECTION?  HAVE THE PARTIES HAD THIS DISCUSSION?

02:49PM 22         MR. BARNES:  YES, YOUR HONOR.  I BELIEVE WE HAVE

02:49PM 23   ASKED MULTIPLE TIMES FOR GOOGLE TO IDENTIFY WHICH SPECIFIC

02:49PM 24   REQUESTS THAT PRODUCTIONS RELATE TO.

02:49PM 25         THE COURT:  IS IT RESPONSIVE TO A REQUEST OR TO A

02:49PM  1    PLAINTIFF, OR BOTH?

02:49PM  2              MR. BARNES:  WELL, THIS WOULD BE RESPONSIVE TO A

02:49PM  3    REQUEST.  IT WOULD ALSO NECESSARILY IDENTIFY A PLAINTIFF.

02:49PM  4         OFF THE TOP OF MY HEAD, I DON'T KNOW WHETHER I SAID TELL

02:50PM  5    US WHETHER DOCUMENT 35342 IS PLAINTIFF CALHOUN OR CRESPO.

02:50PM  6              THE COURT:  ALL RIGHT.

02:50PM  7              MS. TREBICKA:  YOUR HONOR --

02:50PM  8              THE COURT:  EXCUSE ME, MS. TREBICKA.

02:50PM  9         IS THERE ANY REASON ON GOOGLE'S SIDE -- I KNOW DOCUMENT

02:50PM  10   PRODUCTIONS GET GOING, AND THEY'RE ROLLING PRODUCTIONS, AND

02:50PM  11   YOU'VE HAD A LOT OF REQUESTS AND LOTS OF DOCUMENTS AREN'T

02:50PM  12   NECESSARILY RESPONSIVE TO ONLY ONE REQUEST, BUT IT WOULD SEEM

02:50PM  13   THAT WHAT REQUESTS DOCUMENTS ARE BEING PRODUCED IN RESPONSE TO,

02:50PM  14   THAT THOSE COULD BE IDENTIFIED, MAY NOT BE A PERFECT ONE-TO-ONE

02:50PM  15   CORRESPONDENCE, BUT THIS PRODUCTION RELATES TO THIS REQUEST OR

02:50PM  16   THESE REQUESTS.

02:50PM  17        TO THE EXTENT THAT IT IS PLAINTIFF DATA, PLAINTIFF DATA

02:50PM  18   THAT IS THE SUBJECT OF 1.3, THE SPECIFIC PLAINTIFFS OUGHT TO BE

02:50PM  19   ABLE TO BE IDENTIFIED.

02:51PM  20             MR. BARNES:  THANK YOU, YOUR HONOR.  MAY I HAVE ONE

02:51PM  21   MORE ISSUE ON THIS?

02:51PM  22             THE COURT:  NO.  THAT'S ENOUGH, MR. BARNES.  THANK

02:51PM  23   YOU.

02:51PM  24        SO WHO WANTS TO SPEAK TO THAT ON GOOGLE'S SIDE?

02:51PM  25             MR. SCHAPIRO:  I THINK THAT WOULD BE MS. TREBICKA ON

02:51PM  1    WHAT WE'RE ABLE TO -- WHAT INFORMATION THAT WE CAN PROVIDE

02:51PM  2    ABOUT LINKING TO OR SHOWING WHICH PRODUCTIONS RELATE TO WHICH

02:51PM  3    PLAINTIFFS.

02:51PM  4            THE COURT:  OKAY.  JUST ONE MOMENT BEFORE WE DO

02:51PM  5    THAT.

02:51PM  6        THE PHONE NUMBER IDENTIFIER THAT HAS JUST BEEN ADMITTED,

02:51PM  7    MR. ANSORGE?

02:51PM  8            MR. ANSORGE:  JOSEF ANSORGE TRYING TO OVERCOME THE

02:51PM  9    INTERNET PROBLEM.

02:51PM 10            THE COURT:  EXCELLENT.  THAT'S WHAT I ASSUMED.

02:51PM 11    THANK YOU.

02:51PM 12        ALL RIGHT.  MS. TREBICKA, I CUT YOU OFF BUT NOW YOU HAVE

02:51PM 13    MY QUESTION IN MIND.  PLEASE.

02:51PM 14            MS. TREBICKA:  APOLOGIES.  I WAS TRYING TO FIND MY

02:51PM 15    MUTE BUTTON OR UNMUTE BUTTON RATHER.

02:51PM 16        SO TWO ISSUES, YOUR HONOR.  THE FIRST ISSUE IS WHETHER WE

02:51PM 17    CAN IDENTIFY THE PRODUCTION OF PLAINTIFFS' DATA BY EITHER

02:51PM 18    PLAINTIFFS OR COOKIES THAT WE HAVE BEEN PROVIDED, AND THE

02:52PM 19    ANSWER IS YES.  I'M -- WE CAN DO THAT.  IT SOUNDS LIKE A

02:52PM 20    REASONABLE REQUEST.  IT HASN'T BEEN MADE BEFORE.

02:52PM 21        THE REQUEST THAT WE HAVE ENCOUNTERED BEFORE IS THAT WE

02:52PM 22    IDENTIFY THE PARTICULAR RFP'S TO WHICH THE DOCUMENTS THAT WE

02:52PM 23    PRODUCE RELATE TO, AND THAT IS SOMETHING THAT WOULD BE

02:52PM 24    EXTREMELY BURDENSOME TO DO.

02:52PM 25        THE WAY IN WHICH WE PRODUCE DOCUMENTS IS WE IDENTIFY THE

02:52PM   1    CUSTODIANS, WE RUN THE SEARCH TERMS, WE DO THE REVIEW, AND THEN

02:52PM   2    ON THE BASIS OF THOSE SEARCH TERMS AND THE CUSTODIAL DOCUMENTS,

02:52PM   3    WE PRODUCE THE DATA.  IT WOULD BE VERY BURDENSOME TO THEN GO

02:52PM   4    BACK AND LINK THOSE UP TO PARTICULAR RFP'S.  THAT IS SOMETHING

02:52PM   5    THAT WE HAVE RESISTED, AND WE WOULD RESPECTFULLY ASK THAT WE

02:52PM   6    NOT BE ORDERED TO DO.  IT'S NOWHERE IN THE RULES.  IT'S NOT

02:52PM   7    PRACTICE.

02:52PM   8           THE COURT:  WELL, AND THAT'S FINE.  THERE'S A

02:52PM   9    DISTINCTION HERE BETWEEN CUSTODIAL PRODUCTIONS, WHICH SHOULD BE

02:52PM   10   IDENTIFIED AS SUCH, RIGHT?  THESE ARE THE PRODUCTION FROM

02:52PM   11   CUSTODIAN X, AND EVERYBODY KNOWS WHAT THOSE TERMS WERE RUN

02:53PM   12   SHOULD BE IDENTIFIED BY CUSTODIAN.

02:53PM   13      BUT WITH REGARDS TO A REQUEST SUCH AS 1.3, GIVE US

02:53PM   14   PLAINTIFFS' DATA THAT IS NOT -- WE'RE NOT TALKING ABOUT -- I

02:53PM   15   MEAN, THERE MAY BE CUSTODIAL DOCUMENTS THAT ARE ALSO

02:53PM   16   RESPONSIVE, BUT THERE ARE ALSO OTHER DOCUMENTS THAT ARE NOT

02:53PM   17   CUSTODIAL THAT YOU'VE RUN AND PULLED SPECIFICALLY BECAUSE

02:53PM   18   THEY'RE ASKING FOR PLAINTIFFS' DATA.  SO THOSE DOCUMENTS COULD

02:53PM   19   CERTAINLY BE IDENTIFIED AS RESPONSIVE TO 1.3.

02:53PM   20      SO I EXPECT THE PARTIES TO DO THIS.  I MEAN, EVERYBODY ON

02:53PM   21   THIS CALL HAS BEEN WELL TRAINED AND WELL PRACTICED IN DOCUMENT

02:53PM   22   PRODUCTIONS, AND THERE'S NO, THERE'S NO HIDING THE BALL.  BUT

02:53PM   23   CUSTODIAN PRODUCTION SHOULD BE IDENTIFIED BY CUSTODIAN, BUT

02:53PM   24   OTHER NONCUSTODIAL PRODUCTIONS, TO THE EXTENT THAT IT'S, YOU

02:53PM   25   KNOW, FOR THE MOST PART THEN THEY SHOULD BE ABLE TO BE

02:53PM  1    IDENTIFIED BY REQUEST.  IT MAY NEED MORE THAN ONE REQUEST.

02:54PM  2         AND CERTAINLY FOR PLAINTIFFS, THE PLAINTIFFS' DATA WHEN

02:54PM  3    YOU'RE SENDING OVER THE RESULTS OF SEARCHES WITH COOKIES, ET

02:54PM  4    CETERA, THAT SHOULD BE IDENTIFIED FOR THE PLAINTIFF.

02:54PM  5              MR. SCHAPIRO:  YOUR HONOR, COULD I ASK CLARIFICATION

02:54PM  6    ON SOMETHING YOU'VE JUST SAID.  I THINK WE AGREE AND HAVE NO

02:54PM  7    OBJECTION TO IDENTIFYING BY PLAINTIFF.  EASY ENOUGH.

02:54PM  8    REASONABLE.  TO THE EXTENT THAT THAT WAS ASKED BEFORE, IT WAS

02:54PM  9    NOT CLEAR TO US THAT THAT'S WHAT WAS BEING ASKED.

02:54PM  10        BUT I DO WANT TO PUSH BACK A LITTLE ON THE SUGGESTION THAT

02:54PM  11   WE COULD SIMPLY LINK PRODUCTIONS TO RFP'S.

02:54PM  12        THERE ARE HUNDREDS OF -- IF THAT'S NOT YOUR SUGGESTION

02:54PM  13   THEN --

02:54PM  14             THE COURT:  WELL, MR. SCHAPIRO, I UNDERSTAND THAT

02:54PM  15   IT'S, AGAIN, IT'S NOT A ONE TO ONE.  IT'S NOT EASY.  BUT TO THE

02:54PM  16   EXTENT THAT YOU -- THAT IT'S OBVIOUS OR THAT YOU KNOW, YOU

02:55PM  17   KNOW, YOU WERE LOOKING FOR X, YOU KNOW, IT MAY COVER MULTIPLE

02:55PM  18   RFP'S.  THE PARTIES CAN DISCUSS AND CAN FIGURE OUT A WAY TO

02:55PM  19   MAKE THIS WORK.  OKAY?  AND THAT'S --

02:55PM  20             MR. SCHAPIRO:  WE'LL DISCUSS BUT JUST TO PULL BACK

02:55PM  21   THE CURTAIN, YOUR HONOR, THERE ARE DOZENS OF REVIEWERS LOOKING

02:55PM  22   AT DOCUMENTS, IDENTIFYING SEARCH TERMS.  THIS WOULD DELAY BY

02:55PM  23   WEEKS PRODUCTIONS.  IF SOMEONE THEN HAS TO GO AND SAY LET'S TRY

02:55PM  24   AND FIGURE OUT HUNDREDS, AT LEAST IN THE BROWN CASE, RFP'S DOES

02:55PM  25   THIS ANSWER, AND WE GET IT WRONG AS OFTEN AS THEY GET IT RIGHT.

02:55PM   1          THE COURT:  AND THAT'S NOT WHAT I'VE TOLD YOU TO DO.

02:55PM   2    THAT'S NOT THE INTENT AT ALL.

02:55PM   3          MR. SCHAPIRO:  LET THE RECORD SHOW I'M NOT NODDING

02:55PM   4    AND HOLDING A THUMBS UP.

02:55PM   5          THE COURT:  ALL RIGHT.  THE PARTIES CAN WORK THIS

02:55PM   6    OUT.  ALL RIGHT?  TO THE EXTENT THAT THERE ARE REQUESTS AND

02:55PM   7    PRODUCTIONS THAT RELATE TO SPECIFIC REQUESTS, THAT NEEDS TO BE

02:55PM   8    IDENTIFIED.

02:55PM   9       YOU'RE RIGHT, WHEN YOU'RE DOING CUSTODIAN SEARCHES AND YOU

02:55PM  10    HAVE THIS ROOM FULL OF DOCUMENTS IN THE OLD DAYS THAT REVIEWERS

02:56PM  11    REVIEWED, YEAH, YOU WEREN'T TYING THEM TO SPECIFIC REQUESTS.

02:56PM  12       BUT WHEN YOU GO INTO AND YOU'RE RUNNING SPECIFIC SEARCHES

02:56PM  13    IN RESPONSE TO A SPECIFIC REQUEST, AND I HAVE 1.3 IN MIND, AND

02:56PM  14    YOU'RE MAKING THAT PRODUCTION, IDENTIFY IT.  OKAY?

02:56PM  15          MR. SCHAPIRO:  THANK YOU, YOUR HONOR.

02:56PM  16          THE COURT:  OKAY.  WE'RE GOING TO TAKE A SHORT BREAK

02:56PM  17    FOR MYSELF AND MS. RODRIGUEZ.  WE WILL COME BACK AND TURN VERY

02:56PM  18    QUICKLY TO A COUPLE OF REMAINING ISSUES.

02:56PM  19       WE WILL TALK BRIEFLY ABOUT CROSS USE BECAUSE THAT INVOLVES

02:56PM  20    BOTH PARTIES, AND THEN WE'LL TOUCH BASE ON JUST A COUPLE OF

02:56PM  21    OTHER ISSUES FOR TODAY.  OKAY?

02:56PM  22       THANK YOU.  TEN MINUTES.  THANKS.  WE'RE IN RECESS.

02:56PM  23       (RECESS FROM 2:56 P.M. UNTIL 3:08 P.M.)

03:08PM  24          THE COURT:  OKAY.  ALL RIGHT.  WE ARE BACK IN

03:08PM  25    SESSION.  BEFORE I TURN TO CROSS USE, THERE ARE TWO OTHER

03:08PM 1   ISSUES I'M JUST GOING TO ADDRESS BRIEFLY IN BROWN, AND I'M

03:08PM 2   GOING TO GIVE YOU MY RULINGS ON THOSE.

03:08PM 3       WITH REGARDS TO P4, WHICH IS THE SCOPE OF THE DEPOSITION,

03:08PM 4   AS THIS MAY IMPACT THE UPCOMING DEPOSITION.  WITH REGARDS TO

03:08PM 5   THE ISSUE OF DOCUMENT RETENTION, THE PLAINTIFFS CAN INQUIRE AS

03:08PM 6   TO GENERAL RETENTION PRACTICES AND PROTOCOLS AS IT RELATES TO

03:09PM 7   THE DATABASES OR WHATEVER IT IS THERE IS THE FOCUS OF THE

03:09PM 8   INQUIRY.

03:09PM 9       EVERYONE NEEDS TO UNDERSTAND WHAT THOSE ARE, AND THIS IS

03:09PM 10  NOT -- THIS DOES NOT REVISIT THE ISSUES AROUND THE CURRENT

11  STATUS OF THE PROTECTIVE ORDER, BUT IT IS APPROPRIATE TO

12  INQUIRE AS TO, AGAIN, WHAT THE RETENTION AND PRACTICES AND

13  PROTOCOLS ARE AND AS WELL AS WHAT IT WOULD TAKE TO MAKE

14  ADJUSTMENTS TO THOSE, WHETHER ANY OF THOSE CAN BE ADJUSTED OR

15  CAN BE SUSPENDED, ET CETERA.

16      THIS IS OBVIOUSLY AN ONGOING ISSUE.  I GRANTED THE

17  PROTECTIVE ORDER WITHOUT PREJUDICE TO MORE INFORMATION IN THE

18  FUTURE.  I AM NOT INVITING REARGUMENT ON THAT AT THIS TIME.

19  THE POSITION ON PRESERVATION OF THE LOGS STANDS BUT CERTAINLY

20  GENERAL RETENTION ISSUES CAN BE INQUIRED INTO.

21      THAT WILL HELP THE PLAINTIFFS TO UNDERSTAND WHAT IS AND IS

22  NOT PRESERVED.  AND AS I SAY, IF NEW FACTS LATER ARISE AS TO

23  THE LOGS OR THE ABILITY TO DEVIATE FROM RETENTION PRACTICES

24  THEN, YOU KNOW, IF APPROPRIATE, I MAY CONSIDER THAT.  SO THAT

25  IS P4.

1           WITH REGARDS TO P10 THE DEADLINE FOR PRODUCTION OR --

2      EXCUSE ME, EXTENSION OF PRODUCTION OF DOCUMENTS BY GOOGLE, THIS

3      RELATES SPECIFICALLY TO THE JUNE 18TH DEADLINE THAT I HAD PUT

4      IN PLACE, AND I AM GOING TO ADDRESS THIS THIS WAY AT THIS TIME,

5      WHICH IS JUNE 18TH HOLDS FOR THE ORIGINAL CUSTODIANS, THAT IS,

6      ANY OF THE CUSTODIANS IDENTIFIED OR ADDRESSED IN MY ORIGINAL

7      APRIL 30TH ORDER.  SO THAT IS THE ORIGINAL 10 PLUS 7, SO 17

8      CUSTODIANS, AND THE TERMS.  AND IF I AM UNDERSTANDING OR IF I

9      DID THE MATH CORRECTLY, I THINK FOR THE ORIGINAL 10 THERE ARE

10     101 TERMS, 76 PLUS 24, OR MAYBE I HAVE THAT BACKWARDS.

11          AND THEN FOR THE 7 ADDITIONAL CUSTODIANS THERE ARE THE 10

12     TERMS.  SO THOSE TERMS, THOSE CUSTODIANS THE JUNE PRODUCTION

13     HOLDS.

14          I WILL PROVIDE FOR A MODEST EXTENSION ON THE OTHER

15     PRODUCTION DEADLINES, BUT IT'S NOT GOING TO BE THE SAME LENGTH

16     WITH REGARDS TO THE EXTENSION OF FACT DISCOVERY THAT JUDGE KOH

17     GAVE YOU.

18          I AM GOING TO GIVE THAT SOME CONSIDERATION AND I AM ASK

19     FOR FURTHER INPUT ON THAT, BUT I AM VERY MINDFUL OF THE RULE

20     AND HOW IMPORTANT IT IS.  WE HAVE GOT TO GET THE DOCUMENTS

21     PRODUCED IN THIS CASE.  OBVIOUSLY, WE ARE ALL SPENDING A LOT OF

22     TIME AND ENERGY AS TO WHAT THOSE DOCUMENTS ARE, BUT THE

23     PRODUCTIONS NEED TO BE SUFFICIENTLY IN ADVANCE OF THE MOTION

24     ACTIVITY THAT JUDGE KOH HAS SET FOR YOU SO THOSE ISSUES CAN BE

25     ADDRESSED AND ASSESSED OUT.  SO THAT IS WHERE WE ARE ON THOSE

```
 1    TWO ISSUES, THAT IS P4 AND P10.

 2         NOW WE WILL TURN TO CROSS USE.

 3              THE CLERK:  YOUR HONOR, I AM SORRY TO INTERRUPT.  I

 4    JUST WANTED TO LET YOU KNOW WE DID LOSE OUR COURT REPORTER.

 5              THE COURT:  OH.

 6              THE CLERK:  SHE IS TRYING TO DIAL BACK IN.

 7              MR. SCHAPIRO:  AND SO, YOUR HONOR, YOU WERE SAYING

 8    WE WIN EVERYTHING WHILE THE COURT REPORTER WAS OFF?

 9              THE COURT:  IT IS IMPORTANT TO KEEP OUR SENSE OF

10    HUMOR, MR. SCHAPIRO, AT ALL TIMES.  BUT I DON'T NEED A COUNTER

11    ARGUMENT FROM THE PLAINTIFFS.  THANK YOU.

12         (PAUSE IN PROCEEDINGS.)

13              THE COURT:  HAVE YOU HEARD FROM MS. RODRIGUEZ,

14    MS. FANTHORPE?

15              THE CLERK:  SHE IS TRYING TO DIAL IN RIGHT NOW.

16              THE COURT:  LET'S GIVE HER A MOMENT THEN.

17         (PAUSE IN PROCEEDINGS.)

18              THE COURT:  IS THAT HER?

19              MADAM COURT REPORTER:  HELLO.  THIS IS IRENE.

20         (PAUSE IN PROCEEDINGS.)

21              THE COURT:  I THINK EVERYONE UNDERSTANDS WHERE WE

22    ARE ON P4.  IT SOUNDS LIKE WE DID NOT HAVE THE REPORTER FOR P10

23    AND P10 RELATES TO AN EXTENSION OF THE DOCUMENT PRODUCTION

24    DEADLINE.  THE JUNE 18TH DEADLINE WILL HOLD FOR THE ORIGINAL

25    CUSTODIANS AND SEARCH TERMS AS REFLECTED IN MY APRIL 30TH
```

03:15PM  1    ORDER.

03:15PM  2         WITH REGARDS TO ADDITIONAL PRODUCTIONS, I'M TAKING THE

03:15PM  3    REQUEST FOR A FURTHER EXTENSION UNDER SUBMISSION.  IT WILL NOT

03:15PM  4    BE THE SAME LENGTH OF THE EXTENSION THAT JUDGE KOH GRANTED ON

03:15PM  5    DISCOVERY IN GENERAL, BUT THERE MAY BE A MODEST -- THERE WILL

03:15PM  6    BE A MODEST FURTHER EXTENSION THERE.  ALL RIGHT.  I WANT THE

03:15PM  7    OBJECTIVE FOR JUNE 18TH TO BE CLEAR.

03:16PM  8         OKAY.  I WAS ABOUT TO TURN TO CROSS USE, BUT AGAIN, I

03:16PM  9    DON'T WANT US TO RUN OUT OF TIME, AND THERE IS ONE ALSO DEPO

03:16PM  10   GATING ISSUE OR MAY IMPACT THE DEPOSITION IN CALHOUN, AND

03:16PM  11   THAT'S TOPIC 1.1, ISSUE 1.1, WHICH RELATES TO THE HYPERLINKED

03:16PM  12   DOCUMENTS.

03:16PM  13        THE PARTIES HAD STARTED, HAD CONTINUED THEIR MEET AND

03:16PM  14   CONFER ON THAT, AND IT SOUNDED LIKE PLAINTIFFS HAD PROVIDED

03:16PM  15   SOME INFORMATION TO GOOGLE MORE CLOSELY IDENTIFYING WHICH

03:16PM  16   HYPERLINKS THEY WANTED.  IT'S BEEN A WEEK SINCE I GOT THE

03:16PM  17   PARTIES' SUBMISSION, AND I'M HOPEFUL THAT THE PARTIES WORKED

03:16PM  18   THIS OUT IN THE INTERIM.

03:16PM  19        SO WHAT DO YOU NEED FROM ME?  TELL ME QUICKLY WHAT THE

03:17PM  20   STATUS IS ON THE HYPERLINKS.  WHO HAS IT FOR CALHOUN?

03:17PM  21             MS. WEAVER:  I DO, YOUR HONOR.

03:17PM  22        LESLEY WEAVER FOR CALHOUN.

03:17PM  23        WE REQUEST TWO ISSUES FOR RELIEF.  ONE, WE WOULD ASK THAT

03:17PM  24   THE COURT ORDER THEM TO PRODUCE THE HYPERLINKED DOCUMENTS THAT

03:17PM  25   WE REQUESTED, WELL, IMMEDIATELY.  WE'VE PROVIDED THEM A LETTER

03:17PM   1    ON APRIL 16TH.

03:17PM   2                THE COURT:  OKAY.  LET ME JUST INTERJECT THERE,

03:17PM   3    MS. WEAVER.

03:17PM   4                MS. WEAVER:  YES.

03:17PM   5                THE COURT:  HOW MANY?  YOU'VE WHITTLED IT DOWN FROM

03:17PM   6    THE 900 HYERPLINKS I PRESUME.  WHAT IS THE NUMBER THAT IS IN

03:17PM   7    DISPUTE?

03:17PM   8                MS. WEAVER:  WE DON'T KNOW, YOUR HONOR.  WE WERE

03:17PM   9    TOLD ON MAY 18TH THAT GOOGLE HAD IT DOWN TO 700, BUT WE WERE

03:17PM  10    ALSO TOLD THAT MANY OF THOSE WERE JUMP CITES WITHIN DOCUMENTS.

03:17PM  11                THE COURT:  I'M ASKING HOW MANY HYERPLINKS DID YOU

03:17PM  12    IDENTIFY?  YOU'VE BEEN PREVIEWING THE PRODUCTION HYPERLINKS.

03:17PM  13    HOW MANY HAVE YOU IDENTIFIED?

03:17PM  14                MS. WEAVER:  WE UNDERSTOOD WE WERE DOWN TO 700 AND

03:17PM  15    WE VIEW THESE HYERPLINKS AS ATTACHMENTS.

03:17PM  16                THE COURT:  I KNOW YOU DO.  I KNOW YOU DO.  SEVEN

03:18PM  17    HUNDRED HYERPLINKS, I THINK THAT IS TOO BROAD AND, I MEAN, IT'S

03:18PM  18    GOT TO BE A MANAGEABLE NUMBER OF DOCUMENTS.  YOU KNOW, YOU'RE

03:18PM  19    REVIEWING THEM.  THERE ARE SOME THAT ARE OF PARTICULAR INTEREST

03:18PM  20    TO YOU, AND THOSE NEED TO BE PRIORITIZED, AND IT'S GOT TO BE A

03:18PM  21    SMALL AND MANAGEABLE NUMBER.

03:18PM  22        THERE MAY BE, YOU KNOW, SPECIFIC DOCUMENTS THAT, YOU KNOW,

03:18PM  23    YOU THINK SHOULD BE INCLUDED, BUT, AGAIN, THERE -- EVERYBODY

03:18PM  24    HAS TO MAKE SOME SELECTION AND HYERPLINKS GENERALLY, I DON'T

03:18PM  25    ACTUALLY SHARE THE VIEW THAT THEY ARE NECESSARILY ATTACHMENTS,

03:18PM  1    AND I THINK THAT HYERPLINKS GET DROPPED INTO DOCUMENTS FOR ALL

03:18PM  2    KINDS OF REASONS, AND THE PLAINTIFFS ARE GOING TO HAVE TO BE

03:18PM  3    REALLY DILIGENT ABOUT WHAT LOOKS LIKE IT'S GOING TO SOMETHING

03:18PM  4    THAT IS STILL ON POINT AND WITHIN THE SCOPE OF THE REQUEST.

03:19PM  5             MS. WEAVER:  UNDERSTOOD.  WE IDENTIFIED THESE BY

03:19PM  6    REVIEWING DOCUMENTS THAT GOOGLE PRODUCED IN ADVANCE OF THE

03:19PM  7    ORIGINAL 30(B)(6) AND MANY OF THOSE DOCUMENTS HAD 20 TO 30

03:19PM  8    HYERPLINKS WITHIN THEM SO WE ALREADY MEANT TO BE

03:19PM  9    DISCRIMINATORY.  THERE WERE MANY MORE HYERPLINKS THAN THOSE

03:19PM  10   THAT WE IDENTIFIED.

03:19PM  11            THE COURT:  BUT 700 IS NOT WORKABLE, MS. WEAVER, 700

03:19PM  12   IS NOT WORKABLE.

03:19PM  13            MS. WEAVER:  SO WE WILL PROVIDE A NARROWED LIST I

03:19PM  14   GATHER.  I THINK IT WOULD BE HELPFUL IF GOOGLE COULD TELL US

03:19PM  15   WHICH OF THE HYERPLINKS ARE NOT ACTUALLY HYERPLINKS BECAUSE IN

03:19PM  16   THE DOCUMENTS THEMSELVES WE CAN'T SAY THERE WILL BE A PARAGRAPH

03:19PM  17   DISCUSSION AND IT SAYS "SEE HERE HYPERLINK" AND WE THINK THE

03:19PM  18   PRECEDING PARAGRAPH IS ABOUT HOW DATA IS COLLECTED AND PUT --

03:19PM  19   THE RELEVANT DATA IS COLLECTED.  SO WE CAN'T SEE THE

03:19PM  20   HYERPLINKS.  SO IT'S A LITTLE IMPOSSIBLE.  WE'RE ALREADY

03:19PM  21   GUESSING, AND WE HAVEN'T RECEIVED -- WE'VE RAISED THIS ON

03:19PM  22   APRIL 3RD, YOUR HONOR, BEFORE THE --

03:19PM  23            THE COURT:  OKAY.  BUT I DON'T UNDERSTAND YOUR

03:20PM  24   QUESTION.  HOW CAN YOU NOT TELL IF SOMETHING IS A HYPERLINK?

03:20PM  25            MS. WEAVER:  WE KNOW IT'S A HYPERLINK, BUT WE DON'T

03:20PM   1    KNOW WHAT THE DOCUMENT IS.  SO THERE WILL BE A PARAGRAPH THAT

03:20PM   2    SAYS -- DISCUSSING A CERTAIN TOPIC, AND THEN THE HYPERLINK

03:20PM   3    ITSELF WILL JUST SAY GO, LIKE IT'S AN INTERNAL WIKI AND IT USES

03:20PM   4    THE WORD GO, AND IT'S JUST A JUMP CITE AND IT MAY SAY GO SYNC

03:20PM   5    LOGS, SO AND WE'RE JUST SAYING WHAT IS AT THAT HYPERLINK?

03:20PM   6    GOOGLE HAS NOT COME BACK AND SAID, OH, HERE'S THE DOCUMENT OF

03:20PM   7    THE HYPERLINK AND IT'S NOT RELEVANT.

03:20PM   8            THE COURT:  RIGHT.  BUT NOW YOU'RE BACK TO ASKING

03:20PM   9    THEM TO IDENTIFY WHAT IS BEHIND 900 HYERPLINKS.

03:20PM  10            MS. WEAVER:  WE HAVE DONE THE BEST WE CAN TO

03:20PM  11    IDENTIFY WHAT WE THINK LOOKS RELEVANT BASED ON THE DATA ON THE

03:20PM  12    PAGES.  IF YOU ARE TELLING US YOU WANT US TO WHITTLE DOWN TO A

03:20PM  13    NUMBER OF JUMP CITES, WE CAN DO THAT, BUT WE DID MAKE A GOOD

03:20PM  14    FAITH ATTEMPT TO IDENTIFY ONLY THE ONES THAT WE THOUGHT WERE

03:20PM  15    RELEVANT.  WE DIDN'T SEEK ALL OF THE JUMP CITES IN ALL OF THE

03:20PM  16    DOCUMENTS.

03:21PM  17            THE COURT:  ALL RIGHT.  HERE'S WHAT YOU'LL DO, THIS

03:21PM  18    RELATES IN PREPARATION FOR THE DEPOSITION ON JUNE 11TH, IS YOU

03:21PM  19    CAN IDENTIFY 40 HYERPLINKS, IDENTIFY 40, AND PROVIDE THOSE TO

03:21PM  20    GOOGLE, AND GOOGLE WILL PRODUCE THOSE.

03:21PM  21        THE DEPOSITION IS NEXT FRIDAY.  SO GET THEM PRODUCED OR

03:21PM  22    GET THE SELECTIONS TO GOOGLE BY THE 4TH AT NOON AND GOOGLE WILL

03:21PM  23    GET THE PRODUCTION TO THEM BY NOON ON THE 8TH.

03:21PM  24            MS. WEAVER:  OKAY.  WE WILL DO THAT.

03:21PM  25            THE COURT:  OKAY.  IF THERE ARE FURTHER ISSUES

03:22PM  1    REGARDING SPECIFIC HYERPLINKS RELATING OUT OF THE PRODUCTION,

03:22PM  2    WE CAN ADDRESS THOSE AS THEY COME UP, BUT, YOU KNOW, MASS

03:22PM  3    PRODUCTION OF HYERPLINKS IS GOING TO BE BEYOND THE SCOPE AND

03:22PM  4    NOT PROPORTIONAL.

03:22PM  5         OKAY.  LET'S TURN TO CROSS USE.  LET ME JUST SAY, I KEEP

03:22PM  6    SAYING AND GOING BACK, IN CALHOUN I KNOW THERE'S THE OTHER

03:22PM  7    ISSUE, PERTINENT ISSUE -- THEY'RE ALL PERTINENT, I APPRECIATE

03:22PM  8    THAT -- BUT THE OTHER ISSUE I HAD ON MY LIST WAS 1.6, WHICH IS

03:22PM  9    THE CONTINUING ESI DISPUTE AND WITH REGARDS TO THE ESI

03:22PM  10   SEARCHES, AND I MAY CONTINUE THE HEARING AS TO THAT.  I MAY

03:23PM  11   SEND THE PARTIES SOME QUESTIONS OR ASK FOR SOME FURTHER INPUT.

03:23PM  12        SO I SEE THAT, AND I DO WANT TO ADDRESS IT, AND I'LL LET

03:23PM  13   YOU KNOW WHAT I'M GOING TO DO WITH THAT GOING FORWARD.

03:23PM  14        OKAY.  LET'S TALK ABOUT CROSS USE BECAUSE THIS, AGAIN,

03:23PM  15   RELATES TO BOTH CASES.

03:23PM  16        MY UNDERSTANDING IS THAT IN BROWN THAT THERE WAS A

03:23PM  17   PROPOSAL -- WELL, REALLY, BOTH BROWN AND CALHOUN HAVE RAISED IT

03:23PM  18   WITH CALHOUN DEFERRING TO THE ARGUMENT PRESENTED IN BROWN.

03:23PM  19        AND I SEE THE PROPOSAL WOULD BE A PROPOSED ORDER FROM THE

03:23PM  20   OTHER ACTION, THE OTHER JUDGE KOH ACTION, AND I READ THROUGH

03:23PM  21   THAT.  I DON'T REJECT THAT ORDER OUT OF HAND.  I AM MINDFUL OF

03:24PM  22   GOOGLE'S ARGUMENTS ON THE OTHER SIDE, WHICH IS, OKAY, THERE'S

03:24PM  23   NOT -- THERE'S A LOT OF DOCUMENTS HERE THAT DON'T RELATE TO THE

03:24PM  24   KEY CASES AND THAT, YOU KNOW, THIS ISN'T AN ENTIRE -- THERE'S

03:24PM  25   NOT AN ENTIRE IDENTITY OF ISSUES.

| | | |
|---|---|---|
| 03:24PM | 1 | IT SOUNDED LIKE TO ME THAT MAYBE MEET AND CONFER HAD NOT |
| 03:24PM | 2 | GOTTEN AS FAR AS IT SHOULD HAVE.  IF I TAKE GOOGLE'S |
| 03:24PM | 3 | REPRESENTATION THAT THEY HADN'T SEEN OR SEEN THE PROPOSED ORDER |
| 03:24PM | 4 | OR HAD NOT HAD A CHANCE TO DISCUSS THAT YET WITH THE PLAINTIFF, |
| 03:24PM | 5 | I THINK THAT CERTAINLY IS A GOOD PLACE, A MINIMUM, AN ABSOLUTE |
| 03:24PM | 6 | MINIMUM PLACE IS IDENTITY OF, YOU KNOW, THE SAME CUSTODIANS, |
| 03:24PM | 7 | PRODUCTION FROM THE SAME CUSTODIANS THERE SHOULD BE CROSS USE. |
| 03:24PM | 8 | BEYOND THAT, I THINK THAT THE PARTIES NEED TO MEET AND |
| 03:25PM | 9 | CONFER A LITTLE FURTHER AND SEE IF YOU CAN COME TO AN |
| 03:25PM | 10 | AGREEMENT, EVERYONE MOVING OFF OF THEIR RESPECTIVE POSITIONS A |
| 03:25PM | 11 | LITTLE BIT.  BUT THERE WILL BE CROSS USE.  I SEE THE |
| 03:25PM | 12 | EFFICIENCIES, AND I THINK THAT THAT IS IMPORTANT IN THIS CASE, |
| 03:25PM | 13 | BUT I ALSO APPRECIATE THAT THERE ARE SOME -- YOU KNOW, THE |
| 03:25PM | 14 | CASES ARE DIFFERENT.  SO I'LL TAKE UP -- I'D LIKE TO KNOW IF |
| 03:25PM | 15 | THE PARTIES HAVE MADE ANY PROGRESS ON THIS ISSUE SINCE YOU |
| 03:25PM | 16 | SUBMITTED THE CHART TO ME SINCE IT HAS BEEN A WEEK AND GOOGLE'S |
| 03:25PM | 17 | RESPONSE WAS, WELL, WE HAVE NOT SEEN THE ORDER BEFORE.  NOW |
| 03:25PM | 18 | YOU'VE SEEN IT, AND I WOULD BE HOPEFUL THAT THE PARTIES HAVE |
| 03:25PM | 19 | MET AND CONFERRED IN THE INTERIM. |
| 03:25PM | 20 | DID THAT OCCUR?  AND I'LL HEAR FIRST FROM THE PLAINTIFF. |
| 03:25PM | 21 | MR. LEE:  YES, YOUR HONOR.  JAMES LEE FOR THE BROWN |
| 03:25PM | 22 | PLAINTIFFS. |
| 03:25PM | 23 | WE SUBMITTED THE PROPOSED ORDER ON BEHALF OF ALL THREE |
| 03:26PM | 24 | PLAINTIFF GROUPS, THAT WOULD BE BROWN, CALHOUN, AND HEWITT. |
| 03:26PM | 25 | THE COURT:  YES. |

| | | |
|---|---|---|
| 03:26PM | 1 | MR. LEE:  AND THE ATTORNEYS FOR CALHOUN AND HEWITT |
| 03:26PM | 2 | MAY WANT TO BE HEARD ON THIS AS WELL, BUT RIGHT NOW I'LL SPEAK |
| 03:26PM | 3 | FOR EVERYONE. |
| 03:26PM | 4 | TO ANSWER YOUR QUESTION WE OFFERED TO MEET -- WELL, LET ME |
| 03:26PM | 5 | BACK UP.  THE PROPOSED ORDER WAS SUBMITTED TO GOOGLE PRIOR TO |
| 03:26PM | 6 | THE FILING OF THESE DISPUTES. |
| 03:26PM | 7 | NOW, GOOGLE HAS TAKEN ISSUE BY SAYING, YOU KNOW, YOU SENT |
| 03:26PM | 8 | IT TO US AT THE LAST MINUTE, AND WE HAVEN'T HAD A CHANCE TO |
| 03:26PM | 9 | TALK ABOUT THESE ISSUES.  WE HAVEN'T MET AND CONFERRED. |
| 03:26PM | 10 | BUT THE PROBLEM WITH THAT, YOUR HONOR, IS THAT WE HAVE MET |
| 03:26PM | 11 | AND CONFERRED.  WE'VE TALKED ABOUT ALL OF THE CONCEPTS THAT ARE |
| 03:26PM | 12 | IN OUR PROPOSED ORDER.  WE JUST DIDN'T HAND THEM THE PIECE OF |
| 03:26PM | 13 | PAPER.  SO NOTHING WAS A SURPRISE TO ME. |
| 03:26PM | 14 | ONCE WE SUBMITTED THE -- |
| 03:26PM | 15 | THE COURT:  OKAY.  SO, MR. LEE, HAS THERE BEEN MEET |
| 03:26PM | 16 | AND CONFER SINCE THE SUBMISSION TO ME ON THE 26TH? |
| 03:26PM | 17 | MR. LEE:  RIGHT.  SO THE PLAINTIFF HAS OFFERED MEET |
| 03:27PM | 18 | AND CONFER, AND WE REQUESTED MEET AND CONFERS, AND THEY HAVE |
| 03:27PM | 19 | NOT GOTTEN BACK TO US.  WE DON'T HAVE A RESPONSE FROM THEM |
| 03:27PM | 20 | SINCE LAST WEEK WHEN WE SUBMITTED IT TO THEM. |
| 03:27PM | 21 | THE COURT:  OKAY.  THANK YOU. |
| 03:27PM | 22 | GOOGLE, CROSS USE?  WHO'S GOT IT? |
| 03:27PM | 23 | MS. TREBICKA:  SO ACTUALLY WE DID ASK FOR A MEET AND |
| 03:27PM | 24 | CONFER TOMORROW, BUT WE HAVE NOT HEARD BACK FROM PLAINTIFFS.  I |
| 03:27PM | 25 | DO HOPE THAT WE DO MEET AND CONFER BEFORE WE MAKE FURTHER |

03:27PM 1    PROGRESS ON THIS OR FURTHER ORDERS FROM THE COURT ON THIS

03:27PM 2    ISSUE.

03:27PM 3        I WOULD ALSO LIKE TO POINT OUT THAT GOOGLE ALSO PREPARED A

03:27PM 4    PROPOSED ORDER SETTING FORTH THE APPROACH THAT IT SEES AS MOST

03:27PM 5    REASONABLE TO CROSS USE.  WE SUBMITTED IT TO YOUR HONOR.  WE'VE

03:27PM 6    SUBMITTED IT TO PLAINTIFFS AT THE SAME TIME.  SO THERE ARE TWO

03:27PM 7    COMPETING PROPOSALS AT THIS POINT.

03:27PM 8        AND IS THAT THE CUSTODIAN, THE OVERLAPPING CUSTODIAN?

03:27PM 9            MS. TREBICKA:  CORRECT.

03:27PM 10           THE COURT:  AS I SAID, THAT'S A MINIMUM.  THAT'S A

03:28PM 11   GOOD PLACE TO START.  BUT THE PARTIES NEED TO MEET AND CONFER

03:28PM 12   AND MAKE PROGRESS ON THIS, AND I THINK TOMORROW SOUNDS LIKE AN

03:28PM 13   EXCELLENT TIME TO DO THAT.  I KNOW HOW BUSY EVERYONE IS, BUT

03:28PM 14   LET'S GET APPROPRIATE REPRESENTATIVES FROM ALL SIDES, ALL

03:28PM 15   PARTIES, AND HEWITT, YOU HAVEN'T APPEARED YET, BUT YOU'RE HERE

03:28PM 16   FOR JUST THIS REASON, AND LET'S GET THIS WORKED OUT AND GO FROM

03:28PM 17   THERE.

03:28PM 18           MR. LEE:  YOUR HONOR, MAY I MAKE A FEW BRIEF POINTS,

03:28PM 19   YOUR HONOR?  BECAUSE I DIDN'T REALIZE I WAS CEDING THE FLOOR TO

03:28PM 20   MS. TREBICKA.  PERHAPS I DID THAT TOO SOON.

03:28PM 21       THE PROBLEM, YOUR HONOR, IS THAT -- I DON'T THINK THE

03:28PM 22   TIMING WAS AN ACCIDENT THAT THEY SENT THEIR PROPOSED ORDER

03:28PM 23   AFTER THE FILING OF DISPUTES.

03:28PM 24           THE COURT:  IT DOESN'T MATTER.  WE'RE HERE TODAY,

03:28PM 25   MR. LEE.  IT DOESN'T MATTER.

| | | |
|---|---|---|
| 03:29PM | 1 | MR. LEE:  OKAY. |
| 03:29PM | 2 | THE COURT:  WE NEED TO MOVE FORWARD, AND THAT MEANS |
| 03:29PM | 3 | THAT THE PARTIES HAVE GOT TO SIT DOWN AND MAKE THIS WORK. |
| 03:29PM | 4 | MR. LEE:  RIGHT.  SO I THINK IT WOULD BE HELPFUL IF |
| 03:29PM | 5 | WE KIND OF WALK THROUGH THE TWO COMPETING ORDERS NOW JUST TO |
| 03:29PM | 6 | GET SOME GUIDANCE FROM YOU FOR THE MEET AND CONFER TOMORROW |
| 03:29PM | 7 | BECAUSE I THINK THE TWO SIDES ARE SO FAR APART THAT I THINK |
| 03:29PM | 8 | JUST HAVING YET ANOTHER MEET AND CONFER MAY NOT BE AS FRUITFUL |
| 03:29PM | 9 | AS YOU HOPE.  AND I CAN WALK THROUGH EACH PROPOSED ORDER -- |
| 03:29PM | 10 | THE COURT:  I WOULD APPRECIATE THAT, MR. LEE, BUT |
| 03:29PM | 11 | I'M NOT GOING TO DO THAT TODAY. |
| 03:29PM | 12 | MR. LEE:  OKAY. |
| 03:29PM | 13 | THE COURT:  AND IN PART BECAUSE WE'VE BEEN GOING |
| 03:29PM | 14 | TWO HOURS, WHICH I KNOW IS A FULL HOUR SHORT OF OUR LAST |
| 03:29PM | 15 | SESSION, BUT WE NEED TO -- I WANT THE PARTIES -- MY GUIDANCE TO |
| 03:29PM | 16 | THE PARTIES IS THAT I DID READ PROPOSED ORDERS AND BOTH PARTIES |
| 03:30PM | 17 | NEED TO MOVE TOWARDS COMPROMISE AND THAT IS IN THE MIDDLE AND |
| 03:30PM | 18 | MAKE SOME ADJUSTMENTS. |
| 03:30PM | 19 | I EXPECT COUNSEL IN THIS CASE TO BE ABLE TO DO THAT.  AS I |
| 03:30PM | 20 | SAY, THERE WILL BE CROSS USE.  I'M LOOKING FOR EFFICIENCIES, |
| 03:30PM | 21 | BUT I AM MINDFUL OF, AS I SAY, SOME OF THE DIFFERENCES IN THE |
| 03:30PM | 22 | CASE. |
| 03:30PM | 23 | BUT I VIEW EACH PROPOSAL AS MERELY A STARTING PLACE.  AND |
| 03:30PM | 24 | THE PARTIES HAVE WORK TO DO.  SO I WANT THE PARTIES TO TAKE |
| 03:30PM | 25 | ANOTHER, ANOTHER WHACK AT IT, AND THEN I'LL GIVE YOU A TIMING |

SEALED PROCEEDINGS

03:30PM 1    IF YOU NEED TO COME BACK TO ME, BUT WE WANT TO GET THIS SET.

03:30PM 2    THIS IS GOING TO BE A PRETTY SHORT LEASH BECAUSE THE BENEFIT

03:30PM 3    OF CROSS USE IS, OF COURSE, SOONER RATHER THAN LATER.  ALL

03:30PM 4    RIGHT?

03:30PM 5             MR. STRAITE:  YOUR HONOR, THIS IS DAVID STRAITE FOR

03:30PM 6    THE CALHOUN PLAINTIFFS.  A QUICK QUESTION TO HELP MOVE THE

03:30PM 7    PROCESS FORWARD TOMORROW.

03:30PM 8        TO HELP THAT CONVERSATION, COULD WE, BROWN, HEWITT, AND

03:31PM 9    CALHOUN PLAINTIFFS, COULD WE EXCHANGE OUR CURRENT ESI CUSTODIAN

03:31PM 10   LIST WITH EACH OTHER SO THAT WE KNOW WHAT WE'RE TALKING ABOUT

03:31PM 11   TOMORROW?

03:31PM 12            THE COURT:  EXCHANGE --

03:31PM 13            MR. STRAITE:  WE DON'T KNOW WHO THE ESI CUSTODIANS

03:31PM 14   ARE IN BROWN, AND WE DON'T KNOW WHOSE BROWN'S ARE, AND IT WOULD

03:31PM 15   HELP THE CONVERSATION IF WE COULD SHARE THOSE LISTS IN ADVANCE

03:31PM 16   OF TOMORROW.

03:31PM 17            THE COURT:  I DON'T SEE WHY THE NAMES CAN'T BE

03:31PM 18   SHARED.

03:31PM 19            MS. WEAVER:  NO OBJECTION, YOUR HONOR.

03:31PM 20            MR. GUTKIN:  THIS IS JEFF GUTKIN FROM THE COOLEY

03:31PM 21   FIRM ON THE HEWITT MATTER.  MAY I BE HEARD BRIEFLY?

03:31PM 22            THE COURT:  WELCOME, MR. GIBSON.

03:31PM 23            MR. GIBSON:  THANK YOU.  THIS IS GOING TO BE

03:31PM 24   DIFFICULT FOR THE COUNSEL IN THE GOOGLE MATTER TO PRODUCTIVELY

03:31PM 25   MEET AND CONFER.  WE HAVE NOT EVEN RESPONDED TO OUR FIRST SET

03:31PM  1    OF RFP'S YET WHICH WE WON'T BE DOING FOR THREE WEEKS, WE DON'T

03:31PM  2    KNOW WHO OUR DOCUMENT CUSTODIANS WILL BE, WE'RE NOT DOING

03:32PM  3    INITIAL DISCLOSURES FOR THREE WEEKS.  SO ALL OF THIS WAS FIRST

03:32PM  4    RAISED WITH US, HOWEVER ELSE IT WAS RAISED WITH OTHERS, LAST

03:32PM  5    WEDNESDAY MORNING, AND IT'S VERY NEW TO US, AND WE CAN

03:32PM  6    PARTICIPATE CONCEPTUALLY, BUT I THINK THAT THE OCCASIONS FOR

03:32PM  7    CROSS USE IN THE HEWITT MATTER WILL BE SIGNIFICANTLY LESS AND

03:32PM  8    VERY LITTLE OVERALL AS OPPOSED TO THE BROWN AND CALHOUN MATTERS

03:32PM  9    WHICH MAY HAVE MORE OVERLAP OR MAY NOT.

03:32PM 10         THE COURT:  AND I APPRECIATE THAT.  AND IT MAY BE

03:32PM 11    THAT HEWITT AT THIS POINT MERELY WANTS TO RESERVE ITS RIGHT TO

03:32PM 12    BE HEARD TO BE JOINED IN OR NOT OR WANTS TO, YOU KNOW, HAVE

03:32PM 13    SOME SEPARATE SMALL, YOU KNOW, PROVISION OR LESSER PROVISION,

03:32PM 14    AND, FRANKLY, NEEDS MORE TIME TO DETERMINE THAT.  AND THAT'S

03:32PM 15    FINE.  I DO APPRECIATE THE DIFFERENCE IN THE HEWITT PROCEDURE.

03:32PM 16         I'M DIRECTING YOU TO PARTICIPATE IN THE MEET AND CONFER

03:32PM 17    SO, AGAIN, YOU HEAR AND SEE EVERYTHING THAT IS GOING ON SO THAT

03:33PM 18    YOU KNOW WHAT GROUND HAS ALREADY BEEN PLOWED.  ALL RIGHT.  THAT

03:33PM 19    WILL HELP YOU INFORM YOUR FUTURE DISCUSSIONS.

03:33PM 20         MR. GUTKIN:  YES.  THANK YOU.

03:33PM 21         MS. WEAVER:  YOUR HONOR, ON BEHALF OF THE HEWITT

03:33PM 22    PLAINTIFFS, TO END THE HEARING PERHAPS ON A HIGHER NOTE, WE HAD

03:33PM 23    ACTUALLY ALREADY AGREED TO SOME CROSS USE WITH MR. GUTKIN, AND

03:33PM 24    HE HAD AGREED TO ALLOW US TO USE THE TEXAS ATTORNEY GENERAL'S

03:33PM 25    CID'S TO IDENTIFY RELEVANT DOCUMENTS IN HEWITT.

SEALED PROCEEDINGS

03:33PM  1    WE THINK THAT WILL BE VERY PRODUCTIVE AS AN INITIAL

03:33PM  2  PRODUCTION IN MARCHING FORWARD ON SEARCH TERMS AND CUSTODIANS

03:33PM  3  IN THAT WAY.

03:33PM  4    SO WE DO ACKNOWLEDGE THE DIFFERENCES IN THE CASES, BUT WE

03:33PM  5  ALSO DO THINK THAT THERE IS SOME OVERLAP HERE THAT COULD BE

03:33PM  6  HELPFUL, AND WE HOPE THAT WE CAN GET TO SOME FORM OF AGREEMENT

03:33PM  7  WITH COUNSEL FOR GOOGLE IN ALL OF THE CASES.

03:33PM  8    THE COURT:  GOOD.  THANK YOU, MS. WEAVER.  I DO

03:33PM  9  APPRECIATE THAT.  I'M ALWAYS LOOKING FOR HIGH NOTES.

03:33PM  10    ALL RIGHT.  SO I HAD ISSUED A FEW RULINGS AND A HAND FULL

03:34PM  11  OF INTERIM DEADLINES MOSTLY WITH THE EYE ON THE UPCOMING

03:34PM  12  DEPOSITIONS.  YOU HAVE THOSE IN HAND.  I MAY GET OUT AN INITIAL

03:34PM  13  ORDER REFLECTING THOSE.  A NUMBER OF THESE ISSUES I WANT TO

03:34PM  14  THINK CAREFULLY ABOUT NEXT STEPS.

03:34PM  15    AS I SAY, THERE'S PROBABLY SOME ARE SUITABLE FOR SIMPLY

03:34PM  16  CONTINUING THIS HEARING.  THESE ARE LONG, HARD -- IT'S HARD FOR

03:34PM  17  COUNSEL, AND IT'S HARD FOR THE COURT, AND, OF COURSE, FOR THE

03:34PM  18  COURT REPORTER.  SO AGAIN, I'M CONTINUING TO MORPH THE PROCESS

03:34PM  19  TO MAKE THIS AS EFFICIENT AS POSSIBLE.

03:34PM  20    SO I MAY GIVE YOU SOME PORTIONS ON SOME OF THE ISSUES,

03:34PM  21  THAT IS, HEAR YOU AT A LATER DATE.  I MAY ASK FOR SOME

03:35PM  22  ADDITIONAL BRIEFING.  I'M CONFIDENT ON SOME THAT I WILL JUST

03:35PM  23  ISSUE SOME RULINGS BECAUSE SOME ARE VERY AMENABLE TO THAT.

03:35PM  24    I TRIED TO GET TO OUR IMMEDIATE MOST DIFFICULT ISSUE

03:35PM  25  TODAY, WHICH I THINK REMAINS THE IMMEDIATE AND MOST DIFFICULT

03:35PM  1    ISSUE, BUT I LOOK FORWARD TO US ALL WORKING THROUGH THAT.

03:35PM  2         MR. STRAITE:  THANK YOU, YOUR HONOR.  DAVID STRAITE

03:35PM  3    FOR THE CALHOUN PLAINTIFFS.

03:35PM  4        TWO QUICK ITEMS OF HOUSEKEEPING ISSUES BECAUSE YOUR HONOR

03:35PM  5    TOLD US TO.

03:35PM  6        THE FIRST ORDER YOU GAVE US, AND THIS IS IN YOUR ORDER ON

03:35PM  7    MAY 13TH YOU DIRECTED US TO DISCUSS THE DATE FOR OUR THIRD

03:35PM  8    30(B)(6) DEPOSITION AT TODAY'S HEARING BECAUSE THE SECOND

03:35PM  9    30(B)(6) DEPOSITION WAS PUSHED TO JUNE 11TH, CALHOUN PLAINTIFFS

03:35PM 10    ARE PROPOSING A DATE, CONFERRING OF COURSE WITH GOOGLE,

03:35PM 11    PROPOSING A DATE FOR THAT DEPOSITION IN OUR NEXT JOINT

03:35PM 12    DISCUSSION RATHER THAN DISCUSSING IT TODAY.

03:35PM 13         THE COURT:  I THINK THAT MAKES SENSE.

03:35PM 14         MR. STRAITE:  THANK YOU, YOUR HONOR.

03:35PM 15         THE COURT:  I SAW THAT IN MY NOTES, AND I THOUGHT

03:35PM 16    MAYBE THAT'S THE JUNE 11TH DEPO AND MAYBE YOU'RE WAY AHEAD OF

03:36PM 17    ME.  NO SUCH LUCK.  OKAY.  FAIR ENOUGH.

03:36PM 18         MR. STRAITE:  THANK YOU, YOUR HONOR.

03:36PM 19        YOU ALSO DIRECTED THE PARTIES TO DISCUSS THE POSSIBILITY

03:36PM 20    OF USING ███ AS A TOOL TO HELP IDENTIFY RELEVANT CLASS WIDE

03:36PM 21    DOCUMENTS TO HELP US WITH OUR CLASS WIDE IDENTIFICATION.

03:36PM 22        WE DID CONFER SEVERAL TIMES.  AND GOOGLE'S TEAM IS LED BY

03:36PM 23    JOSEF ANSORGE, WHO DID A GREAT JOB OF CONCLUDING WITH COMPLETE

03:36PM 24    UNANIMITY THAT ███ IS NOT APPROPRIATE AS A SUBSTITUTE FOR SOME

03:36PM 25    OF THE OTHER ISSUES, SO WE DID CONCLUDE THOSE CONVERSATIONS.

SEALED PROCEEDINGS

03:36PM  1          WE THINK THERE CAN BE ADDITIONAL CONVERSATIONS REGARDING

03:36PM  2     THE USE OF THAT ███ IN SOME WAYS BUT NOT AS A COMPLETE

03:36PM  3     SUBSTITUTE FOR SOME OF THE OTHER INQUIRIES THAT WE'RE

03:36PM  4     UNDERTAKING.  SO WE DID HAVE THAT CONVERSATION.  WE WANTED TO

03:36PM  5     REPORT BACK TO YOU AS YOU TOLD US TO.

03:36PM  6          THE COURT:  I APPRECIATE THAT.  THANK YOU.

03:36PM  7          OKAY.  ANYTHING ELSE FROM CALHOUN FOR TODAY?  I'M GOING TO

03:36PM  8     CALL HEWITT JUST TO TOUCH BASE.  I HAVE A COUPLE OF OPEN ITEMS

03:36PM  9     FOR THEM.

03:36PM 10          DON'T WORRY, MR. SCHAPIRO, I'M COMING TO YOU.

03:37PM 11          BUT ANYTHING ELSE FOR CALHOUN ON THE PLAINTIFFS' SIDE?

03:37PM 12          MR. STRAITE:  NO, YOUR HONOR.  THANK YOU FOR YOUR

03:37PM 13     TIME TODAY.  WE APPRECIATE IT.

03:37PM 14          THE COURT:  ALL RIGHT.  MR. SCHAPIRO, DO YOU WANT TO

03:37PM 15     BE HEARD WITH REGARDS TO CALHOUN OR DO YOU JUST WANT TO WAIT

03:37PM 16     FOR CALHOUN AND BROWN?

03:37PM 17          MR. SCHAPIRO:  IT DOESN'T MATTER, YOUR HONOR.

03:37PM 18     ACTUALLY, ALL I WANT TO DO WAS FORESHADOW THAT -- I WANTED TO

03:37PM 19     INVITE MS. CRAWFORD TO RAISE ONE ISSUE THAT MIGHT BE A GATING

03:37PM 20     FACTOR OR SOMETHING THAT WE NEED CLARIFICATION ON REGARDING ONE

03:37PM 21     OF YOUR PRIOR ORDERS ABOUT THE DOCUMENTS.  IT CAN WAIT UNTIL

03:37PM 22     THE END, I JUST WANT TO MAKE SURE WE DIDN'T SIGN OFF WITHOUT

03:37PM 23     THAT.

03:37PM 24          THE COURT:  ALL RIGHT.  I'M PRETTY MUCH OUT OF TIME.

03:37PM 25     IF IT'S REALLY AND TRULY A GATING ISSUE.

SEALED PROCEEDINGS

03:37PM  1           MR. SCHAPIRO:  IF CAN BE 90 SECONDS I THINK.

03:37PM  2           THE COURT:  ALL RIGHT.  MS. CRAWFORD, NO PRESSURE.

03:37PM  3   THAT DOESN'T MEAN TALK FASTER.

03:37PM  4           MS. CRAWFORD:  THANK YOU, YOUR HONOR.  I APPRECIATE

03:37PM  5   THE OPPORTUNITY.

03:37PM  6       JUST TO CLARIFY YOUR ORDER ON P10 CONCERNING THE JUNE 18TH

03:37PM  7   SUBSTANTIAL COMPLETION DEADLINE AND SPECIFICALLY YOUR

03:37PM  8   APRIL 30TH ORDER.

03:38PM  9       THE COURT ORDERED THAT CERTAIN TERMS BE RUN BY GOOGLE AND

03:38PM  10  OTHER TERMS WOULD BE SUBJECT TO A MEET AND CONFER, AND SO I

03:38PM  11  JUST WANTED TO CLARIFY WHETHER THE SCOPE OF THE SUBSTANTIAL

03:38PM  12  COMPLETION DEADLINE APPLIES TO JUST THOSE TERMS AND THOSE

03:38PM  13  CUSTODIANS THAT WERE THE SUBJECT OF THE COURT'S APRIL 30TH

03:38PM  14  ORDER AND MAYBE YOU'RE SETTING A SEPARATE DEADLINE FOR THE

03:38PM  15  TERMS THAT THE PARTIES WERE SUBSEQUENTLY NEGOTIATING THROUGH

03:38PM  16  THE MEET AND CONFER PROCESS.

03:38PM  17      I ALSO WANTED TO FLAG, BECAUSE I HEARD YOUR HONOR

03:38PM  18  REFERENCE THE TEN LIMITED TERMS THAT YOU ORIGINALLY ORDERED OF

03:38PM  19  THOSE SIX WERE AGREED UPON AND SUBJECT TO THE COURT'S

03:38PM  20  APRIL 30TH ORDER.  I BELIEVE AS YOU'VE SEEN IN OUR SUBMISSION,

03:38PM  21  PLAINTIFFS NEED NOW TO ADD FOUR ADDITIONAL TERMS.

03:38PM  22           THE COURT:  DON'T GO THERE.

03:38PM  23           MS. CRAWFORD:  I JUST WANTED TO MAKE SURE THERE WAS

03:38PM  24  A SEPARATE DEADLINE.

03:38PM  25           THE COURT:  WELL, THE ISSUE -- MY APRIL 30TH ORDER

03:38PM 1   IDENTIFIED A WHOLE SERIES OF -- WELL, WHAT, IDENTIFIED 24

03:39PM 2   ADDITIONAL SEARCHES, RIGHT?

03:39PM 3         MS. CRAWFORD:  YES.  WERE SUBJECT TO FURTHER MEET

03:39PM 4   AND CONFERS AND OTHERS THAT THE COURT ALLOWED WITHOUT

03:39PM 5   LIMITATION.

03:39PM 6         THE COURT:  YES.  I HAD -- YOU'RE RIGHT.  THERE WERE

03:39PM 7   ONLY THREE -- NOPE.  WELL, THAT IS NOT AS COMPREHENSIVE AS I

03:39PM 8   HAD HOPED.

03:39PM 9       OBVIOUSLY YOU HAVE THIS ORDER.  I WOULD HAVE EXPECTED THIS

03:39PM 10  MEET AND CONFER TO BE COMPLETED BY NOW ON BOTH SIDES.  YOU ALL

03:39PM 11  HAVE HAD THIS ORDER SINCE THE 30TH.  HAS GOOGLE PROVIDED HIT

03:39PM 12  COUNT OR ARE WE ANYWHERE ON THESE?

03:40PM 13        MS. CRAWFORD:  THESE ISSUES ARE LARGELY RESOLVED,

03:40PM 14  YOUR HONOR.  I JUST WANTED TO KNOW BECAUSE THERE WERE

03:40PM 15  SUBSEQUENT MEET AND CONFERS THAT TOOK PLACE AND THESE TERMS FOR

03:40PM 16  WHICH YOU ORDERED SUBSEQUENT CONVERSATIONS AND HIT COUNTS,

03:40PM 17  THOSE WERE NOT FINALIZED UNTIL SOME TIME SUBSEQUENT TO THE

03:40PM 18  APRIL 30TH ORDER.  SO I JUST WANTED TO KNOW IF THOSE WERE ALSO

03:40PM 19  SUBJECT TO THE JUNE 18TH SUBSTANTIAL COMPLETION DEADLINE OR WAS

03:40PM 20  IT A SLIGHTLY EXTENDED SCHEDULE WOULD APPLY TO THOSE

03:40PM 21  SUBSEQUENTLY NEGOTIATED AND RESOLVED TERMS.

03:40PM 22        THE COURT:  JUNE 18TH.

03:40PM 23        MS. CRAWFORD:  THANK YOU, YOUR HONOR.

03:40PM 24        THE COURT:  THANK YOU.  THANK YOU FOR RAISING THE

03:40PM 25  ISSUE.  NOW I HAVE TO GO BACK AND READ MY ORDERS EVEN MORE

03:40PM  1    CLOSELY.

03:40PM  2         OKAY.  LET'S TURN TO BROWN.  I'M NOT INVITING ARGUMENT ON

03:40PM  3    ANY OTHER POINTS.  I'M JUST TOUCHING BASE.  ARE WE ALL --

03:40PM  4    ANYTHING FURTHER FROM BROWN FOR TODAY?  DO I HAVE COUNSEL FOR

03:40PM  5    BROWN?

03:41PM  6              MR. LEE:  YES, COUNSEL FOR BROWN ARE HERE.

03:41PM  7              THE COURT:  RIGHT.

03:41PM  8              MR. LEE:  RIGHT.  WE HAD NOTED A COUPLE OTHER KIND

03:41PM  9    OF, BUT I UNDERSTAND YOUR HONOR IS TELLING US IT'S NOT TODAY.

03:41PM  10   IF THEY'RE JUST HOUSEKEEPING ISSUES, I'LL ASK MY COLLEAGUES TO

03:41PM  11   WEIGH IN IF THEY HAVE ANYTHING TO ADDRESS.

03:41PM  12             THE COURT:  THANK YOU, MR. LEE.  I KNOW I ASKED YOU

03:41PM  13   GUYS TO TAKE YOUR LISTS, WHICH I KNOW YOU WORK HARD ON AND I

03:41PM  14   APPRECIATE IT, AND WHITTLE IT DOWN TO FOUR, AND THAT'S ALWAYS

03:41PM  15   SO HARD TO DO THAT.  THEY'RE ALL IMPORTANT, AND THAT'S WHY

03:41PM  16   THEY'RE ON THE LIST.  WE'RE MANAGING THE PROCESS AS BEST WE

03:41PM  17   CAN, BUT I WILL, AS I SAY, EITHER TAKE FURTHER ARGUMENT,

03:41PM  18   REQUEST FURTHER BRIEFING OR GIVE YOU MY RULING ON THOSE.

03:41PM  19             MR. LEE:  THANK YOU, YOUR HONOR.

03:41PM  20             THE COURT:  OKAY.  HEARING NOTHING FURTHER IN BROWN

03:41PM  21   FROM DEFENDANTS FOR BROWN.

03:41PM  22         MR. SCHAPIRO, ANYTHING?

03:41PM  23             MR. SCHAPIRO:  NO, YOUR HONOR.

03:41PM  24             THE COURT:  ALL RIGHT.  THANK YOU.  OKAY.  THEN

03:41PM  25   LET'S BRIEFLY CALL HEWITT, MS. FANTHORPE, IF YOU WOULD.

03:42PM  1           THE CLERK:  YES.  CALLING CASE 21-CV-2155, HEWITT,

03:42PM  2   ET AL., VERSUS GOOGLE LLC.

03:42PM  3       COUNSEL, IDENTIFY YOURSELVES FOR THE RECORD BEGINNING WITH

03:42PM  4   THE PLAINTIFF.

03:42PM  5           MS. WEAVER:  GOOD AFTERNOON, YOUR HONOR.

03:42PM  6       LESLEY WEAVER FROM BLEICHMAR, FONTI & AULD AND ALSO

03:42PM  7   ANNE DAVIS WITH MY FIRM IS WITH ME, AND MY COCOUNSEL,

03:42PM  8   DAVID STRAITE, JAY BARNES, AND MEMBERS OF THEIR RESPECTIVE

03:42PM  9   TEAMS INCLUDING AMY KELLER -- HELP ME, DAVID.

03:42PM 10           MR. STRAITE:  SURE.  OF COURSE.  YOUR HONOR, OF

03:42PM 11   COURSE AS YOU WERE INTRODUCED BEFORE, AMY KELLER IN OUR CHICAGO

03:42PM 12   OFFICE, ALSO ADAM BROOME IN OUR CHICAGO OFFICE ARE HERE AS

03:42PM 13   WELL.

03:42PM 14           THE COURT:  ALL RIGHT.  WELCOME.  THANK YOU FOR YOUR

03:42PM 15   PATIENCE.  I HOPE HAVING HEWITT HERE INFORMS FUTURE DISPUTES

03:43PM 16   AND FUTURE MEET AND CONFERS.  THAT'S CERTAINLY MY INTENTION.

03:43PM 17       AND FOR GOOGLE IN THE HEWITT MATTER, PLEASE.

03:43PM 18           MR. GUTKIN:  YOUR HONOR, IT'S JEFF GUTKIN AGAIN FROM

03:43PM 19   THE COOLEY FIRM, AND I'M JOINED BY MY COLLEAGUES, DANIEL PIERRE

03:43PM 20   AND KELSEY SPECTOR.  AND MY COLLEAGUE, COLLIN SCOTT, WAS ON THE

03:43PM 21   PHONE, AND I BELIEVE HE HAD TO DROP.  SO I BELIEVE HE'S NO

03:43PM 22   LONGER WITH US.

03:43PM 23           THE COURT:  THANK YOU ALL FOR APPEARING.  I DO HAVE,

03:43PM 24   I HAVE IN MY QUEUE YOUR PROTECTIVE ORDER AS WELL AS THE

03:43PM 25   STIPULATION REGARDING EXPERT DISCOVERY.

03:43PM  1          SO THAT'S WHAT I HAVE AS OPEN ISSUES THAT COME TO ME FROM

03:43PM  2   JUDGE KOH, SO I WILL TURN MY ATTENTION TO THOSE.

03:43PM  3          IS THERE ANYTHING THAT YOU'RE AWARE OF THAT I'M

03:43PM  4   OVERLOOKING?  AND I'LL HEAR FIRST FROM PLAINTIFFS.

03:43PM  5              MS. WEAVER:  THANK YOU, YOUR HONOR.  LESLEY WEAVER.

03:43PM  6          FIRST I SHOULD NOTE THAT JAY BARNES IS HERE BUT ALSO

03:43PM  7   AN TRUONG OF HIS FIRM WHO HAS BEEN WORKING VERY HARD ON THIS

03:44PM  8   ISSUE AS WELL, AND WE SHOULD ACKNOWLEDGE HER CONTRIBUTION AND

03:44PM  9   PRESENCE.

03:44PM 10          WE HAVE SUBMITTED THESE TWO ORDERS.  THEY'RE SIMILAR TO

03:44PM 11   WHAT WAS ENTERED IN CALHOUN OR WHAT WE HOPED TO ENTER WITH

03:44PM 12   REGARD TO THE EXPERT STIPULATION IN CALHOUN.

03:44PM 13          IN THIS CASE WE ARE EARLY ENGAGED ON THE ISSUE OF THE LOG

03:44PM 14   PRESERVATION ISSUE, AND WE'RE SEEKING A WAY TO CONSTRUCT TO

03:44PM 15   IDENTIFY WHAT IS RESPONSIVE AND RELEVANT TO THE REAL TIME

03:44PM 16   BIDDING AUCTION ISSUES AND HOW TO PARSE SOMETHING OUT AND

03:44PM 17   CREATE A CONSTRUCTIVE, EFFICIENT WAY TO PRESERVE WHAT WE

03:44PM 18   PLAINTIFFS THINK WE NEED TO PROVE THEIR CASE AND DEFENDANT WILL

03:44PM 19   WANT TO USE TO DEFEND IT.

03:44PM 20          GETTING THAT EXPERT STIPULATION IS HELPFUL TO US BECAUSE

03:44PM 21   WE HAVE ENGAGED EXPERTS WHO ARE DIGGING INTO THESE ISSUES

03:44PM 22   ALREADY AT THIS STAGE.  SO THAT WOULD BE HELPFUL.

03:44PM 23          I WANTED TO LET YOU KNOW THAT WE ALSO DISCUSSED THE SAME

03:44PM 24   ESI PROTOCOL OR A SIMILAR ONE TO THE ONE ENTERED IN CALHOUN AND

03:44PM 25   APPLIED THOSE TO THE CLAWBACK.  WE HAVE A FOLLOW-UP MEET AND

03:45PM   1    CONFER SCHEDULED FOR TOMORROW.

03:45PM   2        WE DID MENTION THE JUNE 22ND DEADLINE FOR RESPONSES.  WE

03:45PM   3    WERE GRANTED EXTENSIONS TO THAT AS WELL AS OUR INITIAL

03:45PM   4    DISCLOSURE EXCHANGE.  AND WE HAVE DISCUSSED AS WELL IN LIGHT OF

03:45PM   5    YOUR HONOR'S ORDERS IN CALHOUN AND BROWN PRESERVATION ISSUES

03:45PM   6    BOTH FROM THE PLAINTIFFS' SIDE WITH REGARD TO DEVICES.  IT MAY

03:45PM   7    BE THE BEST PRESERVATION, AND THESE ARE SLIGHTLY DIFFERENT

03:45PM   8    GIVEN THE SCOPE OF THE REAL TIME BIDDING CASE AND ALSO FROM

03:45PM   9    GOOGLE'S PERSPECTIVE WHAT THEY WILL BE PRESERVING.  WE SET

03:45PM   10   THOSE OUT AND PUT FORWARD IN A CHART, BUT WE DO THINK IT'S

03:45PM   11   REALLY HELPFUL TO HAVE THESE CROSS-COORDINATION DISCUSSIONS.

03:45PM   12       AND WE DO TEE UP -- I HOPE WE CAN RESOLVE WITHOUT IMPASSE

03:45PM   13   THE ESI PROTOCOL AND 502(D).  WE WILL ALSO BE SEEKING TO GET

03:45PM   14   THOSE EARLY PRODUCTIONS OF THE TEXAS ATTORNEY GENERAL DOCUMENTS

03:45PM   15   THAT YOU'VE IDENTIFIED FOR REVIEWING THE CID'S, AND WE WILL BE

03:46PM   16   CONFERRING WITH COUNSEL FOR GOOGLE ABOUT THAT AS WELL.

03:46PM   17            THE COURT:  ALL RIGHT.  EXCELLENT.  IT SOUNDS LIKE

03:46PM   18   YOU'RE OFF TO THE RIGHT START WHICH IS IDENTIFYING ISSUES AND

03:46PM   19   MEETING AND CONFERRING.

03:46PM   20       MR. GUTKIN.

03:46PM   21            MR. GUTKIN:  ONE THING I WOULD AT, YOUR HONOR, JUST

03:46PM   22   TO MAKE SURE THAT YOU ARE AWARE OF, ALTHOUGH I'M SURE THAT YOU

03:46PM   23   ARE, IS THAT THERE ARE OTHER CASES THAT BOTH GOOGLE AND THE

03:46PM   24   CALHOUN PARTIES BELIEVE THAT SHOULD BE NOT JUST RELATED BUT

03:46PM   25   CONSOLIDATED WITH THE HEWITT MATTER.

03:46PM  1      THIS MOTION PRACTICE IS BEFORE JUDGE KOH, BUT THERE IS

03:46PM  2  GOING TO BE, AS I UNDERSTAND IT, THERE'S GOING TO BE A 23(G)

03:46PM  3  MOTION RELATED TO -- AND ACTUALLY MS. WEAVER AND HER TEAM FILED

03:46PM  4  SOMETHING LAST NIGHT THAT MAKES ME NOW UNDERSTAND THAT THESE

03:46PM  5  OTHER CASES, THEY'RE THE DELAHUNTY AND TORONTO MATTERS, THAT

03:46PM  6  COUNSEL FOR THOSE MATTERS WHO ARE NOT PRESENT BEFORE YOU TODAY

03:46PM  7  ALSO SUPPORT CONSOLIDATION.

03:47PM  8      MY UNDERSTANDING IS THAT THERE'S GOING TO BE A 23(G)

03:47PM  9  PROCESS TO DETERMINE LEAD COUNSEL ON THE CONSOLIDATED MATTERS.

03:47PM 10  I DON'T -- I THINK THERE'S A DISAGREEMENT AMONG THE VARIOUS

03:47PM 11  PLAINTIFFS' COUNSEL GROUPS AS TO THE TIMING OF THAT PROCESS,

03:47PM 12  BUT THAT THAT PROCESS WILL OCCUR.

03:47PM 13      SO IT'S NOT YET AN ELEPHANT IN THE ROOM, BUT THAT IS

03:47PM 14  CERTAINLY SOMETHING TO BE AWARE OF THAT IS PROBABLY BY THE TIME

03:47PM 15  OF OUR NEXT APPEARANCE BEFORE YOU THAT WILL BE IN PROCESS OR IT

03:47PM 16  WILL BE BEFORE JUDGE KOH TO A CERTAIN EXTENT IF NOT FULLY

03:47PM 17  BRIEFED.

03:47PM 18      SO I JUST WANTED TO RAISE THAT WITH YOUR HONOR.

03:47PM 19          THE COURT:  THANK YOU.  I APPRECIATE THAT.  IF THE

03:47PM 20  ELEPHANT IS NOT IN THE ROOM IT'S CERTAINLY DOWN THE HALL.

03:47PM 21      ALL RIGHT.  THANK YOU.  I'M NOT GOING TO SET OUR NEXT

03:47PM 22  SESSION YET ONLY BECAUSE I WANT TO WORK THROUGH A FEW OF THESE

03:48PM 23  INTERIM ISSUES, BUT I KNOW IT'S IMPORTANT TO GET IT ON THE

03:48PM 24  CALENDAR SO YOU ALL CAN GET IT ON YOUR CALENDARS SO WE CAN ALL

03:48PM 25  GATHER.  SO YOU WILL HEAR FROM ME SHORTLY.  OKAY.

SEALED PROCEEDINGS

03:48PM 1          ALL RIGHT.  THANK YOU ALL VERY MUCH FOR YOUR TIME AND

03:48PM 2     ATTENTION AND IMPORTANTLY PREPARATION FOR TODAY, AND WE WILL

03:48PM 3     KEEP MOVING FORWARD.

03:48PM 4          THANK YOU.  AND THAT CONCLUDES THESE MATTERS.  WE ARE

03:48PM 5     ADJOURNED.

03:48PM 6               MR. LEE:  THANK YOU, YOUR HONOR.

03:48PM 7               MR. SCHAPIRO:  THANK YOU, YOUR HONOR.

03:48PM 8               MS. WEAVER:  THANK YOU.

03:48PM 9          (COURT CONCLUDED AT 3:48 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                         CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  JUNE 2, 2021
19

20

21

22

23

24

25