| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendant* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Judge:   Honorable Lucy H. Koh |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, the Court issued a Case Management Order on September 3, 2021 that set discovery deadlines for the case, including an August 2, 2021 fact discovery cutoff (Dkt. 61), and

WHEREAS, pursuant to a request by the parties in their May 19, 2021 Joint Case Management Statement (Dkt. 169), the Court issued a Case Management Order extending the discovery deadlines, including an extension of the fact discovery cutoff until November 2, 2021, and

WHEREAS, following the parties' August 12, 2021 discovery hearing, the Court issued an Order requiring the parties to submit a proposed stipulation for an extension of the fact discovery cutoff to January 21, 2022 and other schedule adjustments as necessary (Dkt. 242), and

WHEREAS, the parties believe that the other discovery deadlines should be extended commensurate with the extension to the fact discovery cutoff, and

WHEREAS, the parties agree to work together in good faith to resolve any discovery dispute that arises in connection with briefing class certification, including through additional fact discovery if necessary, and to raise any dispute with the Court.

NOW THEREFORE, the Parties stipulate to the following revised discovery schedule.

1. The deadline for the close of fact discovery is extended from November 2, 2021 to January 21, 2022.
2. The deadline for opening expert reports is extended from November 23, 2021 to February 11, 2022.
3. The deadline for rebuttal expert reports is extended from December 17, 2021 to March 24, 2022.
4. The deadline for the close of expert discovery is extended from February 7, 2022 to May 19, 2022.
5. The last day to file a motion for class certification is extended from February 14, 2022 to May 26, 2022. Any opposition shall be due July 14, 2022, and any reply shall be due August 11, 2022.

| | | |
|---|---|---|
| 1 | DATED:  August 24, 2021 | SUSMAN GODFREY LLP |
| 2 | | |
| 3 | | By <u>/s/ Amanda Bonn</u><br>Amanda Bonn |
| 4 | | *Counsel on behalf of Plaintiffs* |
| 5 | DATED:  August 24, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | |
| 7 | | By <u>/s/ Andrew H. Schapiro</u><br>Andrew H. Schapiro |
| 8 | | *Counsel on behalf of Google* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order to Continue Discovery Deadlines. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: August 24, 2021            By /s/ Amanda Bonn
                                      Amanda Bonn
                                      *Counsel on behalf of Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER**<br><br>Judge:   Honorable Lucy H. Koh |

Pursuant to stipulation of the Parties, the Court sets the following case schedule:

| Scheduled Event | Current Date | New Date |
|---|---|---|
| Close of Fact Discovery | November 2, 2021 | January 21, 2022 |
| Opening Expert Reports | November 23, 2021 | February 11, 2022 |
| Rebuttal Expert Reports | December 17, 2021 | March 24, 2022 |
| Close of Expert Discovery | February 7, 2022 | May 19, 2022 |
| Last Day to File Motion for Class Certification | **Mot**.: February 14, 2022<br>**Opp'n**: March 28, 2022<br>**Reply**: April 25, 2022 | **Mot**.: May 26, 2022<br>**Opp'n**: July 14, 2022<br>**Reply**: August 11, 2022 |
| Class Certification Hearing | May 19, 2022 | TBD |

**IT IS SO ORDERED.**

DATED: _____, 2021                    _____

                                    Hon. Lucy H. Koh
                                    United States District Judge