1
2
3
4
5
6
7
8
9
10                             UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

13  CHASOM BROWN, WILLIAM BYATT, | Case No. 5:20-cv-03664-LHK-SVK
    JEREMY DAVIS, CHRISTOPHER
14  CASTILLO, and MONIQUE TRUJILLO, | **PROPOSED] ORDER GRANTING JOINT SUBMISSION RE: SEALING PORTIONS OF AUGUST 12, 2021 HEARING TRANSCRIPT**
    individually and on behalf of all similarly
15  situated,
16       Plaintiffs, | Referral: Hon. Susan van Keulen, USMJ
17       v.
18  GOOGLE LLC,
19       Defendant.
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Submission Regarding Sealing Portions of the August 12, 2021 Hearing Transcript. Having considered the parties' statements and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| August 12, 2021 Hearing Transcript | GRANTED as to redacted portions at:<br><br>12:22-24; 14:3; 53:23 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including Google's internal data structures, internal identifiers and their proprietary functions, as well as plaintiff health information that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED**.

DATED: _____

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge