**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Judge:    Honorable Lucy H. Koh |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, the Court issued a Case Management Order on September 3, 2021 that set discovery deadlines for the case, including an August 2, 2021 fact discovery cutoff (Dkt. 61), and

WHEREAS, pursuant to a request by the parties in their May 19, 2021 Joint Case Management Statement (Dkt. 169), the Court issued a Case Management Order extending the discovery deadlines, including an extension of the fact discovery cutoff until November 2, 2021, and

WHEREAS, following the parties' August 12, 2021 discovery hearing, the Court issued an Order requiring the parties to submit a proposed stipulation for an extension of the fact discovery cutoff to January 21, 2022 and other schedule adjustments as necessary (Dkt. 242), and

WHEREAS, the parties believe that the other discovery deadlines should be extended commensurate with the extension to the fact discovery cutoff, and

WHEREAS, the parties agree to work together in good faith to resolve any discovery dispute that arises in connection with briefing class certification, including through additional fact discovery if necessary, and to raise any dispute with the Court.

NOW THEREFORE, the Parties stipulate to the following revised discovery schedule.

1. The deadline for the close of fact discovery is extended from November 2, 2021 to January 21, 2022.
2. The deadline for opening expert reports is extended from November 23, 2021 to February 11, 2022.
3. The deadline for rebuttal expert reports is extended from December 17, 2021 to March 24, 2022.
4. The deadline for the close of expert discovery is extended from February 7, 2022 to May 19, 2022.
5. The last day to file a motion for class certification is extended from February 14, 2022 to May 26, 2022.  Any opposition shall be due July 14, 2022, and any reply shall be due August 11, 2022.

| | | |
|---|---|---|
| 1 | DATED: August 24, 2021 | SUSMAN GODFREY LLP |
| 2 | | |
| 3 | | By _/s/ Amanda Bonn_ |
| | | Amanda Bonn |
| 4 | | *Counsel on behalf of Plaintiffs* |
| 5 | DATED: August 24, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | |
| 7 | | By _/s/ Andrew H. Schapiro_ |
| | | Andrew H. Schapiro |
| 8 | | *Counsel on behalf of Google* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order to Continue Discovery Deadlines. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: August 24, 2021                    By */s/ Amanda Bonn*
                                             Amanda Bonn
                                             *Counsel on behalf of Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-cv-03664-LHK-SVK

[PROPOSED] ORDER

Judge:   Honorable Lucy H. Koh

Pursuant to stipulation of the Parties, the Court sets the following case schedule:

| Scheduled Event | Current Date | New Date |
| --- | --- | --- |
| Close of Fact Discovery | November 2, 2021 | January 21, 2022 |
| Opening Expert Reports | November 23, 2021 | February 11, 2022 |
| Rebuttal Expert Reports | December 17, 2021 | March 24, 2022 |
| Close of Expert Discovery | February 7, 2022 | May 19, 2022 |
| Last Day to File Motion for Class Certification | **Mot**.: February 14, 2022<br>**Opp'n**: March 28, 2022<br>**Reply**: April 25, 2022 | **Mot**.: May 26, 2022<br>**Opp'n**: July 14, 2022<br>**Reply**: August 11, 2022 |
| Class Certification Hearing | May 19, 2022 | September 22, 2022 at 1:30 p.m. |

**IT IS SO ORDERED.**

DATED: August 26, 2021

_____
Hon. Lucy H. Koh
United States District Judge