BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**SUPPLEMENTAL JOINT SUBMISSION IN RESPONSE TO DKTS. 242, 242-1, 259 RE: CUSTODIANS AND SEARCH TERMS**<br><br>Referral: Hon. Susan van Keulen, USMJ |

August 30, 2021

Submitted via ECF

Magistrate Judge Susan van Keulen
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

    Re:    Supplemental Joint Submission in Response to Dkts. 242, 242-1, 259 re: Custodians and Search Terms
            *Brown v. Google LLC*, Case No. 5:20-cv-03664-LHK-SVK (N.D. Cal.)

Dear Magistrate Judge van Keulen:

      Pursuant to Your Honor's August 12, 2021 and August 25, 2021 Discovery Orders (Dkts. 242, 242-1, 259), Plaintiffs and Google LLC ("Google") jointly submit this supplemental statement.

      The parties were able to reach agreement on search terms for the following recently-added custodians: Lorraine Twohill, Arne de Booij, Allan Zhang, Martin Shelton, and Rory McClelland. For the only outstanding disputed custodian (i.e., David Monsees), for whom the parties submitted joint briefing concerning his suitability as an ESI custodian (Dkt. 258), the parties have also reached agreement on the terms to be run in the event that the Court grants Plaintiffs' request over Google's objection.

                                                         Respectfully,

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Beko Reblitz-Richardson* |
| Andrew H. Schapiro (admitted *pro hac vice*) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | Sean Phillips Rodriguez (CA Bar No. 262437) |
| Chicago, IL 60606 | srodriguez@bsfllp.com |
| Tel: (312) 705-7400 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Fax: (312) 705-7401 | brichardson@bsfllp.com |
| Stephen A. Broome (CA Bar No. 314605) | 44 Montgomery Street, 41st Floor |
| sb@quinnemanuel.com | San Francisco, CA 94104 |
| Viola Trebicka (CA Bar No. 269526) | Tel: (415) 293 6858 |
| violatrebicka@quinnemanuel.com | Fax: (415) 999 9695 |
| 865 S. Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | |
| Tel: (213) 443-3000 | James W. Lee (*pro hac vice*) |
| Fax: (213) 443-3100 | jlee@bsfllp.com |
| | Rossana Baeza (*pro hac vice*) |

| | | |
|---|---|---|
| 1 | Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com | rbaeza@bsfllp.com<br>100 SE 2nd Street, Suite 2800 |
| 2 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 | Miami, FL 33130<br>Tel: (305) 539-8400 |
| 3 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Fax: (305) 539-1304 |
| 4 | | William Christopher Carmody (*pro hac vice*) |
| 5 | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com | bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*) |
| 6 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*) |
| 7 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*) |
| 8 | Josef Ansorge (admitted *pro hac vice*) | afrawley@susmangodfrey.com |
| 9 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 10 | Washington D.C., 20005<br>Tel: (202) 538-8000 | New York, NY 10019<br>Tel: (212) 336-8330 |
|  | Fax: (202) 538-8100 | |
| 11 | | Amanda Bonn (CA Bar No. 270891) |
| 12 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 13 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 14 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Tel: (310) 789-3100 |
| 15 | *Attorneys for Defendant Google LLC* | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 16 | | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 17 | | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 18 | | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 19 | | Fax: (813) 222-4736 |
| 20 | | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 21 | | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 22 | | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 23 | | *Attorneys for Plaintiffs* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Supplemental Joint Discovery Statement. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: August 30, 2021

By    */s/ Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel on behalf of Google LLC*

3

Case No. 5:20-cv-03664-LHK-SVK
SUPPLEMENTAL JOINT SUBMISSION IN RESPONSE TO DKT. 242, 242-1, 259
RE: CUSTODIANS AND SEARCH TERMS