UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-03664-LHK   (SVK) <br><br> **ORDER IN RE DISPUTED CUSTODIAN DAVID MONSEES** <br><br> Re: Dkt. Nos. 258, 262 |

The Court has evaluated the Parties' submission regarding disputed custodian David Monsees.  Dkt. 257-4.  The Court finds that there are sufficient grounds to add this custodian, notwithstanding issues currently pending before the Special Master.  Accordingly, Plaintiffs' motion to add David Monsees as a custodian is GRANTED.

**SO ORDERED.**

Dated: September 7, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge