UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN et al.<br><br>Plaintiff(s),<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant(s). | Case No: 5:20-cv-03664-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Erika Nyborg-Burch, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Chasom Brown et al. in the above-entitled action. My local co-counsel in this case is Mark C. Mao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

MY TELEPHONE # OF RECORD:
(415) 293-6800

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 293-6800

MY EMAIL ADDRESS OF RECORD:
enyborg-burch@bsfllp.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
mmao@bsfllp.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5485578.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/08/21                                                           Erika Nyborg-Burch
                                                                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Erika Nyborg-Burch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 9, 2021                                          *Lucy H. Koh*
                                                                                   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE