UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-03664-LHK   (SVK)<br>Case No. 20-cv-05416-LHK   (SVK)<br><br>**SCHEDULING ORDER RE FORTHCOMING SPECIAL MASTER'S RECOMMENDATION** |
| PATRICK CALHOUN, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant | |

The Court is informed by Special Master Brush that he will submit his recommended order on the matters currently under referral to him in these two actions on Thursday, September 16, 2021. Accordingly, pursuant to Fed. R. Civ. Proc. 53(f), and in consideration of the impending discovery deadlines in these actions, the Court **ORDERS** as follows:

- Any objections to the Special Master's recommendation shall be due by **noon on September 21, 2021**.
- Should any Party object to any recommendation in either action, the Court will hold a hearing, by video conference, on **September 23, 2021, at 10 a.m**.
- The Special Master is **ORDERED** to file his recommendation under seal pursuant to Civil Local Rule 79-5.  The Parties must submit joint proposed redactions to the Special Master's recommendation by **September 21, 2021**.

**SO ORDERED.**

Dated: September 13, 2021

SUSAN VAN KEULEN
United States Magistrate Judge