1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
4  Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

   Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

6  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
8  865 S. Figueroa Street, 10th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   Carl Spilly (admitted *pro hac vice*)
   carlspilly@quinnemanuel.com
   1300 I. Street, N.W., Suite 900
   Washington, D.C. 20005
   Telephone: 202-538-8000
   Facsimile: 202-538-8100

11
12 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
13 50 California Street, 22nd Floor
   San Francisco, CA 94111
14 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

   Jomaire A. Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
   New York, NY 10010
   Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

15 *Attorneys for Defendant Google LLC*

16                     UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18
19 CHASOM BROWN, WILLIAM BYATT,
   JEREMY DAVIS, CHRISTOPHER
20 CASTILLO, and MONIQUE TRUJILLO,
   individually and on behalf of all similarly
21 situated,
22       Plaintiffs,
23       v.
24 GOOGLE LLC,
25       Defendant.

Case No. 5:20-cv-03664-LHK-SVK

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL JOINT CASE MANAGEMENT STATEMENT**

26
27
28

Case No. 5:20-cv-03664-LHK-SVK
[PROPOSED] ORDER GRANTING MOTION TO SEAL JOINT CASE MANAGEMENT STATEMENT

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Administrative Motion to Seal portions of the parties' Joint Case Management Statement ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motions to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Joint Case Management Statement | Google | GRANTED as to redacted portions at:<br><br>page 11, lines 6-14;<br>page 12, lines 9, 11, 13-14, 17-20;<br>page 14, lines 12-13. | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to cookies, internal identifiers, and financial projections as well as Google's internal communications and practices with regard to Incognito, X-Client-Data Header and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____

HON. LUCY H. KOH
United States District Judge