1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated, | Case No. 5:20-cv-03664-LHK-SVK |
| Plaintiffs, | **[PROPOSED] CASE MANAGEMENT ORDER** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

On September 22, 2021, the parties filed a joint case management statement. A further

case management conference is set for _____, at _____. The parties shall file their

supplemental joint case management statement by _____ _____.

**IT IS SO ORDERED.**

Dated: _____        _____
                                              HON. LUCY H. KOH
                                              UNITED STATES DISTRICT JUDGE