1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., | Case No. 20-CV-03664-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

On September 22, 2021, the parties filed a joint case management statement. ECF No. 275. The Court continues the September 29, 2021 case management conference to January 26, 2022, at 2:00 p.m. The parties shall file a joint case management statement by January 19, 2022.

The Court notes that the parties' 28-page joint case management statement, in which both parties discuss the merits of their discovery disputes in depth, was overly lengthy. The Northern District of California's Standing Order advises that typical joint case management statements should not exceed ten pages. Although the Court recognizes that the instant case is quite complex, the parties are directed not to litigate the merits of discovery disputes in future joint case management statements.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | January 21, 2022 |

1

| Further Case Management Conference | January 26, 2022, at 2:00 p.m. |
|---|---|
| Opening Expert Reports | February 11, 2022 |
| Rebuttal Expert Reports | March 24, 2022 |
| Close of Expert Discovery | May 19, 2022 |
| Last Day to File Motion for Class Certification | Motion: May 26, 2022<br>Opp'n: July 14, 2022<br>Reply: August 11, 2022 |
| Class Certification Hearing | September 22, 2022 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: September 23, 2021

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

Case No. 20-CV-03664-LHK
CASE MANAGEMENT ORDER