Mark C. Mao (SBN 225165)
Beko Richardson (SBN 238027)
Sean P. Rodriguez (SBN 262437)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com
srodriguez@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendants. | Case No.  5:20-cv-03664-LHK <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY ANTONIO L. INGRAM II** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  **PLEASE TAKE NOTICE** that counsel of record for Plaintiffs Chasom Brown, William Byatt, Jeremy Davis, Christopher Castillo and Monique Trujillo hereby withdraws Antonio L. Ingram II, as counsel for Plaintiffs.  Mr. Ingram will no longer be associated with the law firm of Boies Schiller Flexner LLP effective October 1, 2021.

  Plaintiffs respectfully requests that the Court and the Parties remove Mr. Ingram from all future correspondence.

  The law firm of Boies Schiller Flexner LLP continues to represent Plaintiffs in this matter.

Dated: September 23, 2021    Respectfully submitted,

           BOIES SCHILLER FLEXNER LLP


           */s/ Mark C. Mao*
           Mark C. Mao (SBN 225165)
           Beko Richardson (SBN 238027)
           Sean P. Rodriguez (SBN 262437)
           **BOIES SCHILLER FLEXNER LLP**
           44 Montgomery Street, 41st Floor
           San Francisco, CA 94104
           Tel: (415) 293-6800
           Fax: (415) 293-6899
           mmao@bsfllp.com
           brichardson@bsfllp.com
           srodriguez@bsfllp.com

           James Lee (admitted pro hac vice)
           Rossana Baeza (admitted pro hac vice)
           **BOIES SCHILLER FLEXNER LLP**
           100 SE 2nd Street, 28th Floor
           Miami, FL 33131
           Tel.: (305) 539-8400
           Fax: (303) 539-1307
           jlee@bsfllp.com
           rbaeza@bsfllp.com

           *Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL OF ATTORNEY ANTONIO L. INGRAM II
CASE NO.  5:20-cv-03664-LHK