QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER LIMITING ONGOING DISCOVERY**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Discovery Submission. Having considered the parties' statements and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

- Absent a showing of good cause, each party shall be limited to 25 interrogatories as provided by Federal Rule of Civil Procedure 33. Discrete subparts shall each be counted as a separate interrogatory. To the extent a party has propounded more than 25, it will identify unanswered interrogatories to be answered such that the total number of interrogatories does not exceed 25 interrogatories (including discrete subparts). The other interrogatories will be considered withdrawn.

- Absent a showing of good cause, each party shall be limited to 60 Requests for Admission.

- The parties agree to meet and confer in good faith should Plaintiffs wish to serve any additional Request for Production of Documents, and seek Court intervention in the event they reach an impasse.

- Google shall only produce last-in-time emails, which shall include all versions of an email thread with unique information.

- The parties agree to meet and confer in good faith should Plaintiffs wish to seek any additional, targeted search terms, and seek Court intervention in the event they reach an impasse.

- The parties agree to meet and confer in good faith concerning a timeline for any Requests for Production that were propounded, or where responses and objections were served, after the August 12, 2021 discovery hearing, and seek Court intervention in the event they reach an impasse.

- Any challenges to a document that appears on any party's privilege log shall be stayed until October 20, 2021.

- Google shall produce any privilege log for documents subject to the October 6, 2021 substantial document production deadline no later than November 17, 2021.

**SO ORDERED.**

DATED: _____    _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge