1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR HEARING ON JOINT SUBMISSION (DKT. 281)**<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Hearing Date: September 30, 2021<br>Hearing Time: 9:30 A.M. |

**[~~PROPOSED~~] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom for Hearing on Joint Submission (the "Motion"). Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: September 29, 2021

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge