1

2                   UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4

5    CHASOM BROWN, et al.,                  Case No.  20-cv-03664-LHK   (SVK)

6              Plaintiffs,
                                            **ORDER ON MOTIONS TO SEAL**
7         v.
                                            Re: Dkt. Nos. 255, 257, 260, 280
8    GOOGLE LLC,

9              Defendant.

10        Before the Court are several administrative motions to file under seal materials associated

11   with discovery disputes in this case.  Dkt. Nos. 255, 257, 260, 280.

12        Courts recognize a "general right to inspect and copy public records and documents,

13   including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d

14   1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7

15   (1978)).  A request to seal court records therefore starts with a "strong presumption in favor of

16   access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d

17   1122, 1135 (9th Cir. 2003)).  The standard for overcoming the presumption of public access to

18   court records depends on the purpose for which the records are filed with the court.  A party

19   seeking to seal court records relating to motions that are "more than tangentially related to the

20   underlying cause of action" must demonstrate "compelling reasons" that support secrecy.  *Ctr. For*

21   *Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016).  For records attached to

22   motions that re "not related, or only tangentially related, to the merits of the case," the lower

23   "good cause" standard of Rule 26(c) applies.  *Id.*; *see also Kamakana*, 447 F.3d at 1179.  A party

24   moving to seal court records must also comply with the procedures established by Civil Local

25   Rule 79-5.

26        Here, the "good cause" standard applies because the information the parties seek to seal

27   was submitted to the Court in connection with discovery-related motions, rather than a motion that

28   concerns the merits of the case.  The Court may reach different conclusions regarding sealing

these documents under different standards or in a different context.  Having considered the

motions to seal, supporting declarations, and the pleadings on file, and good cause appearing, the

Court **ORDERS** as follows:

      1.      **Dkt. 255**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| June 2, 2021 Hearing Transcript | GRANTED as to redacted portions at:  13:2, 13:8, 13:11, 32:18-20, 34:10, 34:23-25, 36:23-37:3, 37:8-11, 37:15-16, 37:19-20, 37:22-24, 38:3-5, 46:3-11, 46:14-15, 46:17-23, 46:25, 47:1, 70:20, 70:24, 71:2. | Narrowly tailored to protect confidential technical information regarding features of Google's internal systems and operations, including Google's internal policies, internal data structures, internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

      2.      **Dkt. 257**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission in Response to Dkt. 242, 242-1 Re Custodians and Search Terms | GRANTED as to redacted portions at pages 3, 4 | Narrowly tailored to protect information regarding features of Google's internal systems and operations, including details related to internal cookies, identifiers, and projects and their proprietary functions, as well as Google's internal communications and practices with regard to Incognito, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

United States District Court
Northern District of California

3. **Dkt. 260**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| August 12, 2021 Hearing Transcript | GRANTED as to redacted portions at: 12:22-24; 14:3; 53:23 | Narrowly tailored to protect confidential technical information regarding features of Google's internal systems and operations, including Google's internal data structures, internal identifiers and their proprietary functions, as well as plaintiff health information that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

4. **Dkt. 280**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission in Response to Dkt. 242 re Status of Discovery Disputes | GRANTED as to redacted portions at: pages 27, 37, 41, 43, 44 | Narrowly tailored to protect confidential information regarding features of Google's internal systems and operations, including details related to cookies, internal identifiers, and financial projections as well as Google's internal communications and practices with regard to Incognito, X-Client-Data Header and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

Dated: September 30, 2021

SUSAN VAN KEULEN
United States Magistrate Judge

3