| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>SUSMAN GODFREY L.L.P.<br>William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>MORGAN & MORGAN<br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[JOINT PROPOSED] ORDER LIMITING ONGOING DISCOVERY**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [JOINT PROPOSED] ORDER

Before the Court is the parties' Joint Discovery Submission. Having considered the parties' statements and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

1. ***Interrogatories.***

<u>Plaintiffs' Proposal</u>: Unless otherwise stipulated or ordered by the Court, a party may serve no more than 50 interrogatories, including all discrete subparts. Fed. R. Civ. P. 33. As of the date of this Order, Google has not yet provided any responses to Interrogatory Nos. 8 and 11 through 17, including on the basis of the parties' dispute about counting interrogatories (Dkt. 281, P13). Google shall provide responses to those interrogatories within 10 business days of this Order, and the responses may not include objections on the ground that Plaintiffs have exceeded the interrogatory limit. For purposes of the 50-interrogatory limit, Plaintiffs' first 17 interrogatories shall be counted as 19 interrogatories. Going forward, Google may not object to an interrogatory on relevance grounds, and then proceed to count that interrogatory against the limit. (*E.g.*, Interrogatory No. 11, which Google purports to count as 4 interrogatories despite refusing to respond).

<u>Defendant's Proposal</u>: Unless otherwise stipulated or ordered by the Court, a party may serve no more than 25 interrogatories, including all discrete subparts. *See* Fed. R. Civ. P. 33. As of the date of this Order, Plaintiffs have served six sets of interrogatories comprising 17 requests excluding discrete subparts, and 27 requests including discrete subparts. To resolve their counting dispute (Dkt. 281, P13), Plaintiffs' Interrogatory Nos. 2 and 3 shall count as two interrogatories each, Interrogatory Nos. 10 and 11 shall count as four interrogatories each, and Interrogatory No. 13 shall count as three interrogatories, amounting to 27 total interrogatories. Consistent with Rule 33's limit of 25 interrogatories, Google will supplement its objections and responses to Plaintiffs' Sixth Set of Interrogatories (Interrogatory Nos. 8, 12-17) after Plaintiffs identify two interrogatories from this set to be withdrawn. Plaintiffs shall identify such interrogatories within two (2) business

days of this Order, and Google shall answer such interrogatories ten (10) business days later. Plaintiff shall not serve additional interrogatories without leave of the Court.

2. **Requests for Admission.**

Joint Proposal: Absent a showing of good cause, each party shall be limited to 75 Requests for Admission ("RFAs"). This limit shall not apply to RFAs to authenticate documents or otherwise used to admit evidence.

3. **Resolving Outstanding Requests for Production.**

Plaintiffs' Proposal: By October 12, 2021, Plaintiffs are to identify 40 Requests for Production ("RFPs") from among the 66 RFPs in their Sixth and Seventh Sets of RFPs for prioritization (the "Prioritized RFPs"). The parties agree to meet and confer in good faith concerning the Prioritized RFPs, including a production and privilege log timeline, and seek Court intervention in the event they reach an impasse.

Defendant's Proposal: By October 12, 2021, Plaintiffs are to identify 20 Requests for Production ("RFPs") from among the 66 RFPs in their Sixth and Seventh Sets of RFPs, which, counting all discrete subparts, contain 141 requests (the "Limited RFPs"). The parties agree to meet and confer in good faith concerning these Limited RFPs, including a production and privilege log timeline, and seek Court intervention in the event they reach an impasse. For the remaining RFPs, Google's Responses and Objections shall stand.

4. **Future Requests for Production.**

Plaintiffs' Proposal: The parties may not serve more than 25 new RFPs after the date of entry of this order. The time to respond or object to new RFPs under Fed. R. Civ. P. 34(b)(2)(A) is hereby shortened to fourteen (14) days from service, and the parties shall meet-and-confer in person or via video conference within three (3) business days of service of the objections and responses and conclude negotiations within seven (7) business days.

Defendant's Proposal:  Plaintiffs have propounded 235 RFPs across seven sets of requests served between September 2020 and September 2021, which, counting all the subparts, contain 337 requests.  As of the date of this Order, Google has produced over 5.3 million pages of documents.  In light of such "existing discovery," the parties must meet-and-confer in good faith in person or via video conference within three (3) business days should Plaintiffs wish to serve additional RFPs, and promptly seek Court intervention (before any such RFPs are formally served) in the event of impasse.

5. *Last-in-Time Emails.*

Joint Proposal:  For all custodians and email productions, Google shall produce last-in-branch emails, including email messages with non-duplicative attachments, so that Plaintiffs receive all non-privileged, responsive email content.  Google will not be required to produce wholly duplicative earlier-in-branch emails, except that, for any noticed deponent, Google shall also produce all custodial earlier-in-branch emails and attachments no later than one week before the deposition, provided that the deposition is noticed at least three weeks in advance of the deposition date.

6. *Search Terms.*

Joint Proposal:  The parties agree to meet and confer in good faith should Plaintiffs wish to seek any additional, targeted search terms, and seek Court intervention in the event they reach an impasse.

7. *Custodians.*

Joint Proposal:  The Court has imposed a cap of 42 Google custodians.  Absent a Court order, where Plaintiffs would need to show good cause and Google permitted an opportunity to respond, the parties will not add any custodians.

8. *Depositions.*

<u>Plaintiffs' Proposal:</u>  Considering the parties' arguments in the prior submission (Dkt. 281 at 9, P17), Plaintiffs' prior 30(b)(6) depositions of Jesse Adkins and Glenn Bernston were taken pursuant to Court order and shall not be counted against the 20 deposition limit ordered by the Court, and Plaintiffs therefore have 19 additional depositions.

<u>Google's Proposal:</u>  Considering the parties' arguments in the prior submission (Dkt. 281 at 9-12, P17), Plaintiffs' Rule 30(b)(6) depositions of Jesse Adkins and Glenn Berntson count towards the 20 deposition limit per this Court's August 12 Order (Dkt. 242-1 at 2) because neither deposition was taken pursuant to this Court's prior orders.  Plaintiffs therefore have 17 additional depositions.

**SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

| | | |
|---|---|---|
| 1 | DATED: October 8, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  /s/ Andrew H. Schapiro |
| | | Andrew H. Schapiro (admitted *pro hac vice*) |
| | | andrewschapiro@quinnemanuel.com |
| 5 | | 191 N. Wacker Drive, Suite 2700 |
| | | Chicago, IL 60606 |
| 6 | | Tel: (312) 705-7400 |
| | | Fax: (312) 705-7401 |
| 7 | | |
| | | Stephen A. Broome (CA Bar No. 314605) |
| 8 | | stephenbroome@quinnemanuel.com |
| | | Viola Trebicka (CA Bar No. 269526) |
| 9 | | violatrebicka@quinnemanuel.com |
| | | 865 S. Figueroa Street, 10th Floor |
| 10 | | Los Angeles, CA 90017 |
| | | Telephone: (213) 443-3000 |
| 11 | | Facsimile: (213) 443-3100 |
| 12 | | Diane M. Doolittle (CA Bar No. 142046) |
| | | dianedoolittle@quinnemanuel.com |
| 13 | | 555 Twin Dolphin Drive, 5th Floor |
| | | Redwood Shores, CA 94065 |
| 14 | | Telephone: (650) 801-5000 |
| | | Facsimile: (650) 801-5100 |
| 15 | | |
| | | Josef Ansorge (admitted *pro hac vice*) |
| 16 | | josefansorge@quinnemanuel.com |
| | | Carl Spilly (admitted *pro hac vice*) |
| 17 | | carlspilly@quinnemauel.com |
| | | carlspilly@quinnemanuel.com |
| 18 | | 1300 I. Street, N.W., Suite 900 |
| | | Washington, D.C. 20005 |
| 19 | | Telephone: 202-538-8000 |
| | | Facsimile: 202-538-8100 |
| 20 | | |
| | | Jomaire A. Crawford (admitted *pro hac vice*) |
| 21 | | jomairecrawford@quinnemanuel.com |
| | | 51 Madison Avenue, 22nd Floor |
| 22 | | New York, NY 10010 |
| | | Telephone: (212) 849-7000 |
| 23 | | Facsimile: (212) 849-7100 |
| 24 | | Jonathan Tse (CA Bar No. 305468) |
| | | jonathantse@quinnemanuel.com |
| 25 | | 50 California Street, 22nd Floor |
| | | San Francisco, CA 94111 |
| 26 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 27 | | |
| | | *Attorneys for Defendant* |
| 28 | | Google LLC |

DATED: October 8, 2021               BOIES SCHILLER FLEXNER LLP


                                     By  */s/ Mark C. Mao*
                                         Mark C. Mao (CA Bar No. 236165)
                                         mmao@bsfllp.com
                                         Sean Phillips Rodriguez (CA Bar No. 262437)
                                         srodriguez@bsfllp.com
                                         Beko Rebitz-Richardson (CA Bar No. 238027)
                                         brichardson@bsfllp.com
                                         Alexander Justin Konik (CA Bar No. 299291)
                                         akonik@bsfllp.com
                                         BOIES SCHILLER FLEXNER LLP
                                         44 Montgomery Street, 41st Floor
                                         San Francisco, CA 94104
                                         Telephone: (415) 293 6858
                                         Facsimile (415) 999 9695

                                         James W. Lee (*pro hac vice*)
                                         jlee@bsfllp.com
                                         Rossana Baeza
                                         rbaeza@bsfllp.com
                                         BOIES SCHILLER FLEXNER LLP
                                         100 SE 2nd Street, Suite 2800
                                         Miami, FL 33130
                                         Telephone: (305) 539-8400
                                         Facsimile: (305) 539-1304

                                         Amanda Bonn (CA Bar No. 270891)
                                         abonn@susmangodfrey.com
                                         SUSMAN GODFREY L.L.P.
                                         1900 Avenue of the Stars, Suite 1400
                                         Los Angeles, CA 90067
                                         Telephone: (310) 789-3100

                                         William Christopher Carmody (*pro hac vice*)
                                         bcarmody@susmangodfrey.com
                                         Shawn J. Rabin (*pro hac vice*)
                                         srabin@susmangodfrey.com
                                         Steven Shepard (*pro hac vice*)
                                         sshepard@susmangodfrey.com
                                         Alexander P. Frawley (*pro hac vice*)
                                         afrawley@susmangodfrey.com
                                         SUSMAN GODFREY L.L.P.
                                         1301 Avenue of the Americas, 32nd Floor
                                         New York, NY  10019
                                         Telephone: (212) 336-8330

Case No. 5:20-cv-03664-LHK-SVK
[PROPOSED] ORDER LIMITING ONGOING DISCOVERY

|   |   |
|---|---|
| 1 |   |
| 2 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 3 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 4 | Michael F. Ram (pro hac vice)<br>mram@forthepeople.com |
| 5 | Ra O. Amen (pro hac vice)<br>ramen@forthepeople.com |
| 6 | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 7 | Tampa, FL 33602<br>Telephone: (813) 223-5505 |
| 8 | Facsimile: (813) 222-4736 |
| 9 | *Attorneys for Plaintiffs* |