Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No.: 5:20-cv-03664-LHK<br><br>**DECLARATION OF ERIKA NYBORG-BURCH IN SUPPORT OF MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION SEEKING RELIEF FOR GOOGLE'S FAILURE TO OBEY DISCOVERY ORDER**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 - 4th Floor<br>Date: November 23, 2021<br>Time: 10:00 a.m. |

## DECLARATION OF ERIKA NYBORG-BURCH

I, Erika Nyborg-Burch, declare as follows.

1.   I am an associate with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter.  I am an attorney at law duly licensed to practice before all courts of the State of New York, and admitted *pro hac vice* in this case. (Dkt No. 266).  I have personal knowledge of the matters set forth herein and am competent to testify.

2.   Pursuant to Civil Local Rule 79-5(e), I submit this Declaration in Support of Plaintiffs' administrative motion to seal portions of the Motion Seeking Relief for Google's Failure to Obey Discovery Order (the "Motion").  The Motion contains, references, or summarizes material that Defendant Google LLC ("Google") has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the parties' Protective Order (Dkt No. 81).

3.   Plaintiffs respectfully request that the Court seal the redacted portions of the Motion, attached hereto as Exhibit A.

4.   Plaintiffs also respectfully request that the court seal in their entirety Exhibits A, E, F, H, I, J, K, and L to the Declaration of Erika Nyborg-Burch in support of Plaintiffs' Motion Seeking Relief for Google's Failure to Obey Discovery Order. The information requested to be sealed in these exhibits contains, references, or summarizes material Defendants have designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the parties' Protective Order (Dkt. No. 81).

5.   Pursuant to Civil Local Rule 79-5(e)(1), Google, as the designating party, must file a declaration within 4 days establishing that all of the designated material is sealable.

6.   I personally served a copy of this Declaration on Google's counsel of record by email on October 14, 2021.  A Proof of Service is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 14th day of October, 2021, at Oakland, California.


     */s/ Erika Nyborg-Burch*
     Erika Nyborg-Burch