# EXHIBIT B

**PROOF OF SERVICE**

I, Erika Nyborg-Burch, declare:

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action; my business address is 44 Montgomery Street, 41st Floor, San Francisco, CA 94104.

On October 14, 2021, I served the following documents described as:

**Declaration of Erika Nyborg-Burch In Support of Administrative Motion to Seal Portions of Plaintiffs' Motion Seeking Relief for Google's Failure to Obey Discovery Order**

by transmitting a PDF format copy of such document to the following email address, which is the service email address for Defendant, Google LLC, in this matter: <qebrown@quinnemanuel.com>.

The document was transmitted by electronic transmission and such transmission was reported as complete and without error:

Executed on October 14, 2021, at Oakland, California.

*/s/ Erika Nyborg-Burch*

---

PROOF OF SERVICE        CASE NO.: 5:20-cv-03664-LHK-SVK

8128240v1/016882