1   Mark C. Mao, CA Bar No. 236165              William Christopher Carmody
    Beko Reblitz-Richardson, CA Bar No. 238027  (admitted *pro hac vice*)
2   Erika Nyborg-Burch (admitted *pro hac vice*) Shawn J. Rabin (admitted *pro hac vice*)
    **BOIES SCHILLER FLEXNER LLP**              Steven M. Shepard (admitted *pro hac vice*)
3   44 Montgomery St., 41st Floor               Alexander Frawley (admitted *pro hac vice*)
    San Francisco, CA 94104                     **SUSMAN GODFREY L.L.P.**
4   Tel.: (415) 293-6800                        1301 Avenue of the Americas,
    mmao@bsfllp.com                             32nd Floor
5   brichardson@bsfllp.com                      New York, NY  10019
    enyborg-burch@bsfllp.com                    Tel.: (212) 336-8330
6                                               bcarmody@susmangodfrey.com
                                                srabin@susmangodfrey.com
7   James Lee (admitted *pro hac vice*)         sshepard@susmangodfrey.com
    Rossana Baeza (admitted *pro hac vice*)     afrawley@susmangodfrey.com
8   **BOIES SCHILLER FLEXNER LLP**
    100 SE 2nd St., 28th Floor                  John A. Yanchunis (admitted *pro hac vice*)
9   Miami, FL 33131                             Ryan J. McGee (admitted *pro hac vice*)
    Tel.: (305) 539-8400                        **MORGAN & MORGAN**
10  jlee@bsfllp.com                             201 N. Franklin Street, 7th Floor
    rbaeza@bsfllp.com                           Tampa, FL 33602
11                                              Tel.: (813) 223-5505
    Amanda K. Bonn, CA Bar No. 270891           jyanchunis@forthepeople.com
12  **SUSMAN GODFREY L.L.P**                    mram@forthepeople.com
    1900 Avenue of the Stars, Suite 1400        rmcgee@forthepeople.com
13  Los Angeles, CA 90067
    Tel: (310) 789-3100                         Michael F. Ram, CA Bar No. 104805
14  Fax: (310) 789-3150                         **MORGAN & MORGAN**
    abonn@susmangodfrey.com                     711 Van Ness Ave, Suite 500
15                                              San Francisco, CA 94102
                                                Tel: (415) 358-6913
16  *Attorneys for Plaintiffs*                  mram@forthepeople.com

17

18

19              **UNITED STATES DISTRICT COURT**
20              **NORTHERN DISTRICT OF CALIFORNIA**

21  CHASOM BROWN, WILLIAM BYATT,        Case No.:  5:20-cv-03664-LHK
    JEREMY DAVIS, CHRISTOPHER
22  CASTILLO, and MONIQUE TRUJILLO      **DECLARATION OF ERIKA NYBORG-**
    individually and on behalf of all similarly **BURCH IN SUPPORT OF PLAINTIFFS'**
23  situated,                          **MOTION SEEKING RELIEF FOR**
                                       **GOOGLE'S FAILURE TO OBEY**
24              Plaintiffs,            **DISCOVERY ORDER**

25
                                       The Honorable Susan van Keulen
26  vs.                                Courtroom 6 - 4th Floor
                                       Date:  November 23, 2021
27  GOOGLE LLC,                        Time: 10:00 a.m.

28              Defendant.

**DECLARATION OF ERIKA NYBORG-BURCH**

I, Erika Nyborg-Burch, declare as follows.

1. I am an associate with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter.  I am an attorney at law duly licensed to practice before all courts of the State of New York, and admitted *pro hac vice* in this case. (Dkt No. 266).  I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of Google's Responses and Objections to Plaintiffs' First Set of Requests for Production (Nos. 1–19).

3. Attached hereto as **Exhibit B** is a true and correct copy of the December 14, 2020, letter form Google's Counsel to Plaintiffs' Counsel regarding Google's Responses to Plaintiffs' First Set of Requests for Production (Nos. 1–19).

4. Attached here to as **Exhibit C** is a true and correct copy of the January 21, 2021, letter from Google's Counsel to Plaintiffs' Counsel regarding Google's Responses and Objections to Plaintiffs' First Set of Requests for Production (Nos. 1–-19).

5. Attached hereto as **Exhibit D** is a true and correct copy of the February 18, 2021, letter from Google's Counsel to Plaintiffs' Counsel regarding the Parties' RFP 10 dispute.

6. Attached hereto as **Exhibit E** is a true and correct copy of the May 11, 2021, letter to Google's Counsel from Plaintiffs' Counsel.

7. Attached hereto as **Exhibit F** is a true and correct copy of a document produced by Google, Bates numbered GOOG-BRWN-00028920.

8. Attached hereto as **Exhibit G** is a true and correct copy of the May 12, 2021, letter from Google's Counsel to Plaintiffs' Counsel.

9. Attached hereto as **Exhibit H** is a true and correct copy of the September 14, 2021, letter from Google's Counsel to the Special Master.

10. Attached hereto as **Exhibit I** is a true and correct copy of the September 17, 2021, letter from Google's Counsel to the Special Master.

11. Attached hereto as **Exhibit J** is a true and correct copy of a document produced by Google, Bates numbered GOOG-CABR-00400309

12. Attached hereto as **Exhibit K** is a true and correct copy of the October 3, 2021, letter from Plaintiffs' Counsel to the Special Master.

13. Attached hereto as **Exhibit L** is a true and correct copy of the September 29, 2021, letter from Google's Counsel to the Special Master.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Google Privacy Policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 14th day of October, 2021, at Oakland, California.

*/s/ Erika Nyborg-Burch*
Erika Nyborg-Burch