# EXHIBIT F

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL