# EXHIBIT H

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL