# EXHIBIT I

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL