# EXHIBIT J

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL