# EXHIBIT K

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL