# EXHIBIT L

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL