Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 5:20-cv-03664-LHK <br><br> **DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' MOTION SEEKING RELIEF FOR GOOGLE'S FAILURE TO OBEY DISCOVERY ORDER** <br><br> The Honorable Susan van Keulen <br> Courtroom 6 - 4th Floor <br> Date: November 23, 2021 <br> Time: 10:00 a.m. |

## <u>DECLARATION OF MARK C. MAO</u>

I, Mark C. Mao, declare as follows.

1.      I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter.  I am an attorney at law duly licensed to practice before all courts of the State of California.  I have personal knowledge of the matters set forth herein and am competent to testify.

2.      I am the lawyer responsible for leading the Plaintiffs' efforts to obtain the identifiers and data that Google was required to produce under the April 30, 2021 Discovery Order (Dkt. 147-1.)  I am also leading the Plaintiffs' efforts with respect to all issues pending before Special Master Brush.

3.      After the Court issued the April 30 Order, I asked Google for assistance in locating all identifiers that might be used to query data associated with the named Plaintiffs or their devices. I asked for this information in letters dated May 7 and May 11, as well as in meet-and-confer videocalls.

4.      Google repeatedly took the position that it could not produce any so-called "unauthenticated" data until Plaintiffs provided cookie values from new private browsing sessions. Plaintiffs objected to Google limiting production in this way, but nevertheless provided the requested cookie values to Google, and Google thereafter made a very limited production.

5.      Plaintiffs have persisted in asking Google to produce all of the named Plaintiffs' identifiers and data, which is required by the April 30 Order.  In the May 19 Joint Case Management Statement, Plaintiffs explained how "Google has so far evaded this Order."  Dkt. 169 at 6.  Plaintiffs reiterated their concerns in the July 21 Joint Case Management Statement.  Dkt. 224 at 10.

6.      Plaintiffs have also raised these concerns with Google as part of the Court's three-step framework for addressing the disputes referred to Special Master Brush.  Dkt. 273 at 1.

7.      In response to Special Master Brush's request for the parties to summarize their disputes, Plaintiffs on September 14 explained that "With dispute P3, Plaintiffs seek clean room access and an order requiring Google to produce additional data concerning Plaintiffs.  The Court

1   already ordered Google to produce this data.  Dkt. 147-1 at 2.  Google has not complied with that

2   Order.  Google refuses to use identifiers linked to Plaintiffs and their devices to produce additional

3   data tied to those identifiers and their variants."

4          8.      Plaintiffs reiterated the same during conferences with Special Master Brush and

5   counsel for Google, including on September 15, September 22, and October 5.  I also raised this

6   issue with counsel for Google during multiple meet-and-confer videocalls, including on October

7   1 and October 8.  During those calls, I asked Google to review the April 30 Order and the Court's

8   corresponding instructions and to reconsider its decision to withhold identifiers and data associated

9   with the named Plaintiffs and their devices.  And on October 3, I sent a letter to Special Master

10  Brush and Google to explain that Plaintiffs still do not have their data pursuant to the April 30

11  Order.

12         9.      During an October 12 conference with Special Master Brush and counsel for

13  Google, I explained that Google has prevented the parties from making the most of the three-step

14  process by withholding data and information in violation of the April 30 Order.  I noted that the

15  parties have a legal dispute about what the April 30 Order requires.  Counsel for Google did not

16  disagree.  I also noted that Plaintiffs would need to raise this issue with the Court, lest the parties

17  finish the three-step process without a meaningful data production.

18         10.     On October 13, in an update requested by the Special Master, Plaintiffs informed

19  Special Master Brush and Google of Plaintiffs' intention to move for relief from the Court based

20  on Google's refusal to comply with the April 30 Order.

21         11.     On October 14, Plaintiffs emailed counsel for Google, offering to meet and confer

22  one more time to discuss these issues.  Google did not respond.

23         I declare under penalty of perjury under the laws of the United States of America that the

24  foregoing is true and correct.  Executed this 14th day of October, 2021, at San Francisco, California.

25

26                                                        Mark C. Mao

27

28