Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION SEEKING RELIEF FOR GOOGLE'S FAILURE TO OBEY DISCOVERY ORDER**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 - 4th Floor<br>Date: November 23, 2021<br>Time: 10:00 a.m. |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion Seeking Relief for Google's Failure to Obey Discovery Order (the "Motion"). Having considered the parties' papers filed in support of and in opposition to the Motion, and other papers on file, and good cause having been shown, the Court **ORDERS** as follows:

Plaintiffs' Motion is granted.

The Court concludes that Google failed to comply with the Court's April 30 Discovery Order (Dkt. 147-1).

Within one week of this Order, Google must search for and produce (1) all identifiers within Google's possession, custody, or control that are associated with Plaintiffs or their devices and (2) all data in Google's possession, custody, or control linked to all identifiers associated with the named Plaintiffs or their devices, including without limitation IP addresses. Google may not limit this production on the basis of Google's views on whether such identifiers or data are "authenticated" or "unauthenticated" or whether the data is linked or linkable to Plaintiffs or their devices. Within two weeks of this Order, the parties shall provide a joint update to the Court regarding that production and any issues regarding the case schedule.

If Google does not search for and produce the identifiers and data required by this Order, then the Court will take as established for purposes of this action that all of Google's so-called "unauthenticated" data is linked or linkable to users. This includes all private browsing information Google collected during the class period. Google will also be precluded from presenting any arguments in this case concerning whether such data is linked or linkable to Plaintiffs and other class members. This Order applies without limitation to Plaintiffs' anticipated motion for class certification, any summary judgment motions, and trial.

**IT IS SO ORDERED.**

DATED: _____   _____

Honorable Susan van Keulen
United States Magistrate District Judge