UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br>　　Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF JOINT SUBMISSION RE: GOOGLE PRIVILEGE LOG DISPUTE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Google's Motion to Seal Joint Submission Re: Google Privilege Log Dispute ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| Joint Submission | GRANTED as to redacted portions at pages 3, 4 | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to internal identifiers and projects, and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge