# EXHIBIT A

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No.:  5:20-cv-03664-LHK<br><br>**[PROPOSED] ORDER RE: PRIVILEGE LOG DISPUTE**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 - 4th Floor |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Submission Re: Google Privilege Log Dispute. ("Joint Submission").  Having considered the parties' Joint Submission, and good cause having been shown, the Court **ORDERS** as follows:

- Google shall designate a senior attorney to (i) re-review the privilege log entries challenged by Plaintiffs; (ii) revise the privilege log to identify with particularity the counsel whose legal advice is purportedly at issue and describe with greater specificity the nature of the privileged material withheld in each document (as opposed to, for example, Google's inaccurate, boilerplate descriptions of "Memoranda" reflecting legal advice); (iii) produce any documents that, upon further review, are not privileged; and (iv) submit a declaration confirming that there is a factual and legal basis for withholding the remaining documents as privileged. Google shall do so within one week of this order; and
- After that review is complete, Plaintiffs may select a sample of Google's withheld or redacted documents for in camera review by the Court (which then may provide further grounds for resolving of Google's remaining privilege claims).

**IT IS SO ORDERED.**

DATED: _____        _____

Honorable Susan van Keulen
United States Magistrate District Judge