# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**GOOGLE'S [PROPOSED] ORDER RE: PRIVILEGE LOG DISPUTE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Submission Re: Google Privilege Log Dispute ("Joint Submission"). Having considered the Joint Submission, the Court hereby ORDERS that Plaintiffs' request, as set forth in Plaintiffs' Proposed Order (Ex. A) is DENIED.

**SO ORDERED.**

DATED: _____       _____
                         THE HONORABLE SUSAN VAN KEULEN
                         United States Magistrate Judge