UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-03664-LHK   (SVK)<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOLLOWING SPECIAL MASTER REPORT AND RECOMMENDATION AND STAYING BRIEFING ON DKT. 292 IN -3664 ACTION** |

The Court is informed by Special Master Brush that he will issue a Report and Recommendation on October 20, 2021 on referred matters P3, P6, P7, P14, P16, 1.3 and 1.13 in the subject actions. In light of the extensive briefing and argument held on these matters over the past ten months before both this Court and the Special Master, the Court will set an expedited schedule for objections and hearing pursuant to Rule 53 as follows:

Parties' objections due        October 27, 2021  (simultaneous filing)

Hearing on objections         November 4, 2021

The objections are to be set forth in a numbered list, with a brief summary of grounds following each objection. The Parties' objection submissions are limited to five pages. The Court has access to the record filed on ECF and to materials provided to the Special Master, therefore it is not necessary to re-submit voluminous briefs, declarations or exhibits with this filing. However, if there are specific documents or excerpts that the Parties would like to call to the Court's attention, the Parties may submit up to five exhibits with their objections.

The hearing will be in person in the undersigned's court room. Attendance will be limited to four counsel per party, and lead counsel is to confirm, no later than October 27, 2021 by email to Ms. Fanthorpe, that all appearing team members have been vaccinated for COVID-19. Masks

will be worn during the proceeding.  Two counsel at a time may be in the well;  all others will be seated in the gallery.  Special Master Brush and his team may appear telephonically.

Finally, briefing on Plaintiff's discovery motion filed on October 14, 2021 at Dkt. 292 in the -3664 action is STAYED pending resolution of the issues set forth in the forthcoming Report and Recommendation.

**SO ORDERED.**

Dated:  October 19, 2021

SUSAN VAN KEULEN
United States Magistrate Judge