**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel
listed in signature blocks below*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel
listed in signature blocks below*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,

      Plaintiffs,

      v.

GOOGLE LLC,

      Defendant.

Case No. 5:20-cv-03664-LHK-SVK

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXTEND TIME FOR GOOGLE TO FILE ITS MOTION FOR PROTECTIVE ORDER AGAINST NON-PARTY SUBPOENAS**

Judge:    Honorable Susan van Keulen

1    Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and

2    Google LLC ("Google"), collectively referred to as the "Parties."

3    WHEREAS, in September and October 2021, Plaintiffs served non-party subpoenas dated

4    September 14, 2021 on Ernst & Young LLC ("E&Y"), PricewaterhouseCoopers ("PwC"), and

5    Promontory Financial Group ("Promontory");

6    WHEREAS, Plaintiffs set a date of compliance on all three non-party subpoenas for October

7    22, 2021;

8    WHEREAS, E&Y and PwC served their objections and responses to Plaintiffs' non-party

9    subpoena on September 29, 2021, and October 20, 2021, respectively;

10   WHEREAS, Promontory has not served its objections and responses to Plaintiffs' non-party

11   subpoena;

12   WHEREAS, the Parties agree that an extension of time of 6 days will provide the parties

13   with sufficient time to meet and confer to resolve or narrow disputes and to submit a 5-page, double-

14   spaced joint letter brief on any remaining disputes;

15   NOW THEREFORE, the Parties stipulate to extend the deadline by which the parties shall

16   submit a 5-page, double-spaced joint letter brief related to Google's motion for a protective order

17   against Plaintiffs' non-party subpoenas to Thursday, October 28, 2021 at 4 PM PT.

18
19   DATED:  October 20, 2021

20
21   QUINN EMANUEL URQUHART &            BOIES SCHILLER FLEXNER LLP
     SULLIVAN, LLP

22       */s/ Andrew H. Schapiro*                */s/ Mark C. Mao*
23   Andrew H. Schapiro (admitted *pro*      Mark C. Mao (CA Bar No. 236165)
     *hac vice*)                              mmao@bsfllp.com
     andrewschapiro@quinnemanuel.com         Beko Reblitz-Richardson (CA Bar No.
24   191 N. Wacker Drive, Suite 2700          238027)
     Chicago, IL 60606                        brichardson@bsfllp.com
25   Tel: (312) 705-7400                      44 Montgomery Street, 41st Floor
     Fax: (312) 705-7401                      San Francisco, CA 94104
26                                            Tel: (415) 293 6858
     Stephen A. Broome (CA Bar No.            Fax: (415) 999 9695
27   314605)
     sb@quinnemanuel.com                      James W. Lee (*pro hac vice*)
28   Viola Trebicka (CA Bar No. 269526)       jlee@bsfllp.com
     violatrebicka@quinnemanuel.com           Rossana Baeza (*pro hac vice*)

-1-                          Case No. 5:20-cv-03664-LHK-SVK

| | |
|---|---|
| 1 | 865 S. Figueroa Street, 10th Floor |
| 2 | Los Angeles, CA 90017<br>Tel: (213) 443-3000 |
| 3 | Fax: (213) 443-3100 |

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO FILE ITS MOTION FOR PROTECTIVE ORDER. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: October 20, 2021                    By  */s/ Andrew H. Schapiro*
                                               Andrew H. Schapiro
                                               *Counsel on behalf of Google*

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

3

The deadline for the parties to submit a 5-page, double-spaced joint letter brief on Google's

4

Motion for Protective Order Against Plaintiffs' Non-Party Subpoenas shall be extended to

5

Thursday, October 28, 2021 at 4 PM PT.

6

7

8

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

DATED: _____, 2021                    _____

11

Hon. Susan van Keulen
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28