**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, MARIA NGUYEN, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXTEND TIME FOR GOOGLE TO FILE ITS MOTION FOR PROTECTIVE ORDER AGAINST NON-PARTY SUBPOENAS**<br><br>Judge:   Honorable Susan van Keulen |

1      Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and

2   Google LLC ("Google"), collectively referred to as the "Parties."

3      WHEREAS, in September and October 2021, Plaintiffs served non-party subpoenas dated

4   September 14, 2021 on Ernst & Young LLC ("E&Y), PricewaterhouseCoopers ("PwC"), and

5   Promontory Financial Group ("Promontory");

6      WHEREAS, Plaintiffs set a date of compliance on all three non-party subpoenas for October

7   22, 2021;

8      WHEREAS, E&Y and PwC served their objections and responses to Plaintiffs' non-party

9   subpoena on September 29, 2021, and October 20, 2021, respectively;

10     WHEREAS, Promontory has not served its objections and responses to Plaintiffs' non-party

11  subpoena;

12     WHEREAS, the Parties agree that an extension of time of 6 days will provide the parties

13  with sufficient time to meet and confer to resolve or narrow disputes and to submit a 5-page, double-

14  spaced joint letter brief on any remaining disputes;

15     NOW THEREFORE, the Parties stipulate to extend the deadline by which the parties shall

16  submit a 5-page, double-spaced joint letter brief related to Google's motion for a protective order

17  against Plaintiffs' non-party subpoenas to Thursday, October 28, 2021 at 4 PM PT.

18

DATED:  October 20, 2021

19

20  QUINN EMANUEL URQUHART &                          BOIES SCHILLER FLEXNER LLP
    SULLIVAN, LLP
21

22     */s/ Andrew H. Schapiro*                              */s/ Mark C. Mao*
    Andrew H. Schapiro (admitted *pro*                   Mark C. Mao (CA Bar No. 236165)
23  *hac vice*)                                          mmao@bsfllp.com
    andrewschapiro@quinnemanuel.com                      Beko Reblitz-Richardson (CA Bar No.
24  191 N. Wacker Drive, Suite 2700                      238027)
    Chicago, IL 60606                                    brichardson@bsfllp.com
25  Tel: (312) 705-7400                                  44 Montgomery Street, 41st Floor
    Fax: (312) 705-7401                                  San Francisco, CA 94104
26                                                       Tel: (415) 293 6858
    Stephen A. Broome (CA Bar No.                        Fax: (415) 999 9695
27  314605)
    sb@quinnemanuel.com                                  James W. Lee (*pro hac vice*)
28  Viola Trebicka (CA Bar No. 269526)                   jlee@bsfllp.com
    violatrebicka@quinnemanuel.com                       Rossana Baeza (*pro hac vice*)

| | | |
|---|---|---|
| 1 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | rbaeza@bsfllp.com<br>100 SE 2nd Street, Suite 2800 |
| 2 | Tel: (213) 443-3000<br>Fax: (213) 443-3100 | Miami, FL 33130<br>Tel: (305) 539-8400 |
| 3 | | Fax: (305) 539-1304 |
| 4 | Diane M. Doolittle (CA Bar No. 142046) | William Christopher Carmody (*pro hac vice*) |
| 5 | dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor | bcarmody@susmangodfrey.com |
| 6 | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 7 | Facsimile: (650) 801-5100 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 8 | Jomaire A. Crawford (admitted *pro hac vice*) | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 9 | jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 10 | New York, NY 10010<br>Telephone: (212) 849-7000 | New York, NY 10019<br>Tel: (212) 336-8330 |
| 11 | Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891) |
| 12 | Josef Ansorge (admitted *pro hac vice*) | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 13 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 14 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | Tel: (310) 789-3100 |
| 15 | Washington D.C., 20005<br>Tel: (202) 538-8000 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 16 | Fax: (202) 538-8100 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 17 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 18 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 19 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Fax: (813) 222-4736 |
| 20 | *Attorneys for Defendant Google LLC* | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 21 | | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 22 | | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 23 | | *Attorneys for Plaintiffs* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO FILE ITS MOTION FOR PROTECTIVE ORDER. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: October 20, 2021            By     */s/ Andrew H. Schapiro*
                                          Andrew H. Schapiro
                                          *Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for the parties to submit a 5-page, double-spaced joint letter brief on Google's Motion for Protective Order Against Plaintiffs' Non-Party Subpoenas shall be extended to Thursday, October 28, 2021 at 4 PM PT.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _October 22_____, 2021           _____
                                          Hon. Susan van Keulen
                                          United States Magistrate Judge