UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.,

    Plaintiffs,

  v.

GOOGLE LLC,

    Defendant.

PATRICK CALHOUN, et al.,

    Plaintiffs,

  v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-03664-LHK (SVK)
Case No. 20-cv-05146-LHK (SVK)

**REDACTION ORDER**

    The Special Master's October 20, 2021 Report and Orders on Referred Discovery Issues (*Brown* Dkt. 299; *Calhoun* Dkt. 351) has been provisionally filed under seal. The parties are ordered to meet and confer and submit joint proposed redactions to the Special Master's Report (to the extent any redaction is required) and a proposed order in each case by **October 27, 2021**. If no proposed redactions are received by 11:59 p.m. on October 27, 2021, the Court will unseal the Special Master's Report in its entirety.

    **SO ORDERED.**

Dated: October 22, 2021

*[signature]*

SUSAN VAN KEULEN
United States Magistrate Judge