# EXHIBIT E

# Redacted Version of Document Sought to be Sealed



May 11, 2021

**EMAIL ONLY**

Quinn Emanuel Urquhart & Sullivan, LLP
  Attn: Andrew Schapiro
andrewschapiro@quinnemanuel.com

Re: *Brown et al. v. Google* – Twice baked cookies/crackers

Dear Mr. Shapiro:

We have yet to receive a response to our May 7 correspondence regarding our clients' identifiers as tracked by Google. As a reminder and to further facilitate the process, including to prepare for the clean room access that we requested, we would like to ask for your assistance in locating the following parameters and identifiers for our clients. This will help the search for these 21 identifiers in Google's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as referenced in BRWN-0029458:



▇▇▇▇▇▇▇▇

In addition, to help us assure that we have not missed any opportunity to fully locate these identifiers, if any of these identifiers are from third party sources, such as Facebook or Google Analytics, we ask that you identify the sources as well.

We look forward to your prompt reply.

Sincerely,

BOIES SCHILLER FLEXNER LLP

By:    \_\_/s_____

Mark C. Mao