# EXHIBIT F

# Document Sought to be Sealed Redacted In Its Entirety