# EXHIBIT J

# Document Sought to be Sealed Redacted In Its Entirety