# EXHIBIT L

# Redacted Version of Document Sought to be Sealed

**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8267**

WRITER'S EMAIL ADDRESS
**josefansorge@quinnemanuel.com**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

September 29, 2021

**VIA E-MAIL AND SECURE FILE SHARE**

Special Master Douglas Brush (douglas.brush@accelconsulting.llc)
Accel Consulting, LLC

Timothy Schmidt (timothy.schmidt@accelconsulting.llc)
Accel Consulting, LLC

Mark Mao (mmao@bsfllp.com)
Boies Schiller Flexner LLP

James Lee (jlee@bsfllp.com)
Boies Schiller Flexner LLP

Amanda Bonn (abonn@susmangodfrey.com)
Susman Godfrey LLP

John Yanchunis (jyanchunis@forthepeople.com)
Morgan & Morgan, PA

Re:   Google's Submission in Response to Dkt. 273, Order Revising September 13, 2021 Scheduling Order
*Brown v. Google LLC*, Case No. 5:20-cv-03664-LHK-SVK (N.D. Cal.)

Dear Special Master Brush and Counsel:

We are in receipt of Special Master Brush's September 28 email, and we hope that this correspondence will provide some assurance that the ordered process has not stalled and the *Brown* Plaintiffs and Google are diligently attempting to resolve the disputes before the Special Master.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Below, we first address Plaintiffs' search requests to make progress towards completing Step 3, and then respond to a number of Plaintiffs' requests for additional information regarding their seven selected data sources.

### Step 3: Searches

To resolve P3, Google agrees to run searches across all of the five data sources Plaintiffs requested in their September 27, 2021 letter:



Plaintiffs requested Google to search for and produce records "that contain any of the following identifiers" (a–g) listed in the first column. Google's responses are provided in the second column. Google agrees to run searches for five of the seven requested categories of identifiers.



| | | |
|---|---|---|
| **a.** | Plaintiffs' ▮▮▮ identifiers, or any variants of this used in the data sources (e.g., see the response to ▮▮▮▮▮▮▮▮▮▮); | *Once Plaintiffs provide ▮▮▮ identifiers to Google, Google is prepared to search the five selected sources for those identifiers.* |
| **b.** | Plaintiffs' GAIA identifier, or any variants of this used in the data sources; | *Google agrees to search the five selected sources for GAIA identifiers associated with the following Google Accounts (the Google Accounts from which Google has received consent notifications):* ▮▮▮ |
| **c.** | ▮▮▮▮▮▮▮▮ or their variants (e.g., ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); | *Google agrees to search the five selected sources for the following ▮▮▮▮▮▮▮ identifiers Plaintiffs provided to Google (pseudonymous identifiers purportedly* |

2

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| ▮ associated with Plaintiffs' GAIA identifier(s); | *associated with browsers of Plaintiffs from which Google received consent notifications):* ▮ ▮ |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

|   |   |
|---|---|
|  | |
| **d.** IP addresses associated with Plaintiffs, Plaintiffs' accounts, or Plaintiffs' devices (includes all variations noted in September 24 spreadsheet, | *Google agrees to produce IP address information contained in the five selected sources that (i) denotes the sending host from which Google received data and (ii) is associated with Plaintiffs' GAIA identifiers (authenticated) or provided ▮ identifiers (unauthenticated).* |

4

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | | |
|---|---|---|
| | including "best guess," "proxy," and "closest machine," as referenced in the ▮▮▮▮ response); | |
| e. | ▮▮▮▮ or their variants, associated with above IP addresses; | *Google does not agree to search for or produce ▮▮▮▮ identifiers associated with the above derived IP addresses because such a production would include information associated with users who are not Plaintiffs and who have not consented.* |
| f. | Device identifiers (Android ID, IDFA, client_id2, or other, see, e.g., GOOG-BRWN-00078366); and | *Once Plaintiffs provide Android ID, IDFA, and client id2 values to Google, Google is prepared to search the five selected sources for those identifiers.* |
| g. | ▮▮▮▮ associated with above Device identifiers. | *Google does not agree to search for or produce ▮▮▮▮ associated with above identifiers (f) because such a production would include information associated with users who are not Plaintiffs and who have not consented.* |

Google will initiate searches associated with requests **b, c,** and **d** immediately and will be producing any responsive information it finds on a rolling basis. Google will inform Plaintiffs when the searches of the categories of identifiers across the five selected data sources are complete. Google is also prepared to initiate further searches associated with requests **a, e** and **f** once Plaintiffs provide Google with the requisite identifiers for which to search. Google is willing to conference with Plaintiffs and the Special Master on search parameters, but believes that undertaking searches in parallel will lead to the swiftest resolution of dispute P3.

With regard to P6 and P16, Plaintiffs request Google provide "a random sample of 1,000 complete records (without redactions or limitations on fields) from the ▮▮▮▮ that contain no X-Client-Data header and a Chrome user agent." Google does not agree to provide this information. *First*, as explained in Google's briefing on P16 the absence of the X-Client-Data header is not a reliable indicator for Incognito mode. TAB 25, Dkt. 217-4 at 8–10. As Google's 30(b)(6) representative Dr. Glenn Berntson testified, ▮▮▮▮

▮▮▮▮ *id.* 375:21–24. Additionally, there are instances

5

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

where a browser *is* in Incognito mode, but the X-Client-Data header is *not* empty because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* 387:10-17. *Second*, this information would inevitably include activity associated with users who are not Plaintiffs. For this reason, Judge van Keulen ordered the limited production of identity data associated with the named Plaintiffs. TAB 10, Dkt. 147-1 at 2. Google already produced that information, and it shows that the absence and presence of the X-Client-Data header is not a reliable indicator for Incognito mode.

With regard to P6, Plaintiffs request Google "searches for and produces random samples of 100 complete records (without redactions or limitations on fields) from each of the 70 data sources for which there is a field identifying the absence of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮." *See* GOOG-CABR-00059475, at -476; GOOG-CABR-00058029, at -029. This request is therefore duplicative of Plaintiffs' request for records without the X-Client-Data header and Google will not be searching for or producing in response to this request for the same reasons explained above.

**Step 2: Plaintiffs' Request for Additional Information on Selected Data Sources**

In parallel to making progress on Step 3, Plaintiffs posed a number of follow-up requests related to information Google provided in Step 2. Plaintiffs' "Issues with Google's 9/24 response" are listed in the first column; Google's replies to those issues are listed in the second column.

| | |
|---|---|
| **Row 10:** ▮▮▮▮▮▮▮▮▮▮▮<br>Google only provided certain summary information, without providing information for the specific tables and columns within this data source. Google should provide that information. That would include without limitation information for the data types identified in GOOG-BRWN-00149857. | Google provided schema for ▮▮▮▮▮▮ columns related to Ad Manager and included specific information for each column under "Annotation" and "Description." Plaintiffs appear to be requesting fields and field descriptions for each column. Because there are 27 columns, it would be unduly burdensome to compile the requested information.<br><br>However, Google is prepared to list fields and field descriptions for two columns selected by Plaintiffs. |
| **Row 12:** ▮▮▮▮▮▮▮▮▮▮▮<br>Google provided a deficient set of summaries for this data source. Google (i) included a link to a webpage that purports to include "detailed information on columns, datatypes and descriptions for Analytics Customers" and then (ii) provided what it labels "Additional Examples of Columns." | Google provided a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ related to this data source. Those sources describe in detail how relevant information is organized, can be queried, and even offer a dataset for Plaintiffs and their experts to explore. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

6

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| This suggests that Google omitted explanatory information in its response and has merely provided Plaintiffs with "examples" of the fields available. Google should provide all data parameters available for this data source, in addition to providing the documentary materials referenced. | Google Analytics customers can control that data (what information is maintained, for how long, etc.), and there are many Google Analytics customers, it is not possible for Google to provide the data parameters for each table.<br><br>However, Google is prepared to provide descriptions of the data parameters for a specific relevant Google Analytics customer selected by Plaintiffs. |
| **Row 13:** ▮▮▮▮▮<br>Plaintiffs requested that Google identify the fields included in the ▮▮▮ that is maintained in Google's ▮▮▮<br><br>It does not appear that Google provided such information. Instead, it appears that Google provided a description of fields from a separate, front-end log associated with ▮▮▮. For instance, numerous fields are described as relating to ▮▮▮ events, while none are described as relating to Chrome ▮▮▮<br>The fields described by Google also do not align with those referenced in other documents Google has produced relating to ▮▮▮. For example, GOOG-BRWN-00027227 references a query of the ▮▮▮ and includes at least fields within the ▮▮▮ This ▮▮▮ is not described within Google's response. Google should disclose all data parameters associated with ▮▮▮ | Google provided the code related to this data source along with fields that exist in ▮▮▮. The field descriptions of this data source refer to ▮▮▮ (as linked above) attached to it.<br><br>Google is prepared to meet and confer with Plaintiffs to address their concerns about this data source in more detail. |
| **Row 18:** ▮▮▮ | Google listed all of the fields for this data source. The field descriptions of this data source |

7

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| Once again, Plaintiffs requested that Google identify the fields included in this data source as maintained in Google's ▮▮▮▮▮ ▮▮▮ It does not appear that Google provided such information. Instead, it appears that Google provided a description of fields from a separate, front-end log associated with ▮▮▮ For instance, numerous fields are described as relating to ▮▮▮ events. The fields described by Google also do not align with those referenced in other documents Google has produced that show fields that would be associated with this log in ▮▮▮ For example, based on GOOG-BRWN-00426550, Plaintiffs expected additional fields and information with this data source. Google should disclose all data parameters associated with ▮▮▮▮▮▮▮▮▮▮▮▮▮ | refer to ▮▮▮▮▮▮▮▮▮▮▮▮ Google is prepared to meet and confer with Plaintiffs to address their concerns about this data source in more detail. |
| **Row 43:** ▮▮▮▮▮▮▮▮▮▮▮▮ Plaintiffs believe the information provided by Google is incomplete. Based on GOOG-CABR-00085889, Plaintiffs expected additional fields and information with this data source. In addition, Google disclosed 41 fields associated with this data source, but only provided descriptions for four of them (the rest are simply blank). Google should provide all data parameters available for this data source. | Google is providing an updated table with this letter that includes field descriptions for all fields in ▮▮▮▮▮▮▮▮▮▮▮. |
| **Row 66:** ▮▮▮▮▮▮▮▮▮▮▮▮ As stated in Google's cover letter, Google did not provide information regarding this data source, noting that it ▮▮▮▮▮▮ ▮▮▮▮▮▮ and then asserting that this "is not an appropriate data source to query." Google unilaterally proposed that it provide information regarding Row 25, without ever having mentioned this during the meet and | As Google explained during the parties' 22, September, 2021 meet and confer it is not reasonable to provide fields and field descriptions for data sources with more than ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ is a data source that has more than ▮▮▮▮▮▮ |

8

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| confer. Google should provide all data parameters available for the identified data source (Row 66), and not be allowed to evade what was ordered. | However, a reasonable alternative exists and Google is prepared to provide fields and field descriptions for ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Please let us know if Plaintiffs are willing to accept additional information about ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or if the parties should have a further meet and confer on this issue. |
| **Row 71:** ▓▓▓▓▓▓▓▓▓▓▓▓ Google omitted critical information regarding this data source. In ▓▓▓▓▓▓▓▓▓▓▓▓ regarding this data source, Google's description states "redacted" in part. It is unclear what information or other parameters Google redacted.<br>In addition, on September 17, Google represented that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>Moreover, in what Google provided on September 24, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>It appears that Google is obfuscating what each of these sub-fields tracks. It also appears that Google has refused to identify other subfields ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Google should provide all data parameters available for this data source. | The X-Client-Data header Plaintiffs are interested in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br><br>The field description for Row 55 includes "(redacted)" because header information from the request is stored in this field in a ***redacted*** format.<br><br>Google provided field descriptions to assist Plaintiffs' selection of sources for searching in Step 3. Google is prepared to conference with Plaintiffs and the Special Master regarding the relevance of more detailed descriptions for subfields to this exercise. |

We look forward to continuing to work with Plaintiffs and the Special Master to collaboratively resolve the disputes currently before the Special Master. Google and its counsel have been working almost around the clock to provide information and follow the process Magistrate van Keulen ordered. We want to cooperate with Plaintiffs to resolve these discovery disputes, but we cannot provide the information more quickly. To the extent the Special Master

9

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

has concerns about specific aspects of Google's submissions, we respectfully request that you please identify them and we will engage our best efforts to provide the additional information.

Respectfully,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Josef Ansorge*

Josef Ansorge