UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING JOINT SUBMISSION IN RESPONSE TO DKT. 302 RE: SEALING PORTIONS OF OCTOBER 20, 2021 SPECIAL MASTER'S REPORT** |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Submission in Response to Dkt. 302 Re: Sealing Portions of October 20, 2021 Special Master's Report ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motions to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| October 20, 2021 Special Master's Report | GRANTED as to redacted portions at:<br><br>Page 5, line 10;<br><br>Exhibit A, Page 1, Column "Special Master's Order", lines 11-17; 19<br><br>Exhibit A, Page 3, Column "Special Master's Order", lines 15-16, 20, 38-41, 43 | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details about internal identifiers, projects, and data structures, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge