1  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No. 238027
2  **BOIES SCHILLER FLEXNER LLP**
   44 Montgomery St., 41st Floor
3  San Francisco, CA 94104
4  Tel.: (415) 293-6800
   mmao@bsfllp.com
5  brichardson@bsfllp.com

6  James Lee (admitted *pro hac vice*)
7  Rossana Baeza (admitted *pro hac vice*)
   **BOIES SCHILLER FLEXNER LLP**
8  100 SE 2nd St., 28th Floor
   Miami, FL 33131
9  Tel.: (305) 539-8400
10 jlee@bsfllp.com
   rbaeza@bsfllp.com
11
   Amanda K. Bonn, CA Bar No. 270891
12 **SUSMAN GODFREY L.L.P**
   1900 Avenue of the Stars, Suite 1400
13 Los Angeles, CA 90067
   Tel: (310) 789-3100
14 Fax: (310) 789-3150
15 abonn@susmangodfrey.com

16 *Attorneys for Plaintiffs*

   William Christopher Carmody
   (admitted *pro hac vice*)
   Shawn J. Rabin (admitted *pro hac vice*)
   Steven M. Shepard (admitted *pro hac vice*)
   Alexander Frawley (admitted *pro hac vice*)
   **SUSMAN GODFREY L.L.P.**
   1301 Avenue of the Americas,
   32nd Floor
   New York, NY 10019
   Tel.: (212) 336-8330
   bcarmody@susmangodfrey.com
   srabin@susmangodfrey.com
   sshepard@susmangodfrey.com
   afrawley@susmangodfrey.com

   John A. Yanchunis (admitted *pro hac vice*)
   Ryan J. McGee (admitted *pro hac vice*)
   **MORGAN & MORGAN**
   201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
   Tel.: (813) 223-5505
   jyanchunis@forthepeople.com
   rmcgee@forthepeople.com

   Michael F. Ram, CA Bar No. 104805
   **MORGAN & MORGAN**
   711 Van Ness Ave, Suite 500
   San Francisco, CA 94102
   Tel: (415) 358-6913
   mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND ORDERS ON REFERRED DISCOVERY DISPUTES (DKT. 299)**<br><br>The Honorable Susan van Keulen<br>Date: November 4, 2021<br>Time: 10:00 a.m.<br>Courtroom 6 - 4th Floor |

i

Before the Court is the Special Master's Report and Orders on Referred Discovery Issues (Dkt. 299) ("Special Master's Report"), as well as the parties' separately filed objections to the Special Master's Report, each filed on October 27, 2021. Having considered the Special Master's Report, and the parties' objections thereto, the Court **ADOPTS** the following aspects of Plaintiffs' Objections.

**P3 Dispute**

Step 1 of the Court's September 16 Order

1. Google shall supplement its response to Step 1 of the Court's September 16 Order (Dkt. 273), which required Google to identify "all databases and data logs (collectively, 'data sources') that may contain responsive information." This supplement should identify all data sources, whether classified by Google as "authenticated" or "unauthenticated," that would include any information collected from any private browsing activities. Google, for example, may not exclude what it classifies as data sources containing only "authenticated" data, nor any data sources related to Search.

Rule 30(b)(6) Deposition

2. Within two weeks of this Order, Google shall produce for testimony an adequately prepared and knowledgeable witness or witnesses designated for Topics 1 through 6 of Plaintiffs' April 27, 2021, Rule 30(b)(6) Deposition Notice. The testimony shall not be limited to Google Analytics and Google Ad Manager; the witness or witnesses shall be prepared to testify about all aspects of Google's logs, databases, storage systems, and data structures containing Plaintiffs' and Class Members' data. The witness or witnesses shall also be prepared to testify about the search tool shown in GOOG-BRWN-00028920. The witness or witnesses shall also be prepared to testify about Topic 5 (Google's preservation of the logs, databases, storage systems, and data structures containing Plaintiffs' and Class Members' data). This deposition shall not count against Plaintiffs' 20-deposition limit. The deposition shall take place before

1  Plaintiffs are required to propose search criteria for the ▮▮▮▮▮ that the
2  Special Master's Report requires Google to run.

3  Cleanroom Access to Internal Google Data Querying Tools

4  3. Within two weeks of this Order, Google shall permit Plaintiffs' attorneys and experts
5  five full days of onsite access to a cleanroom in which Plaintiffs' attorneys and experts
6  will be permitted to access and use the ▮▮▮▮▮ described
7  in the P3 portion of Exhibit A to the Special Master's Report.

8  4. Google will make these tools available at a location of Google's choosing. Google and
9  the Special Master may supervise Plaintiffs' attorneys and experts' access to and use
10 of these tools. This access will be provided before Plaintiffs are required to propose
11 search criteria for the ▮▮▮▮▮ that the Special Master's Report requires
12 Google to run.

13 5. Consistent with the Special Master's Report, within one week of this Order, Google
14 will provide Plaintiffs' attorneys and experts with documents sufficient to guide their
15 use of the tools, including ▮▮▮▮▮ and a list of ▮▮▮▮▮
16 for each data source, as well as ▮▮▮▮▮ Special
17 Master's Report, Ex. A.

18 Source Code

19 6. Within two weeks of this Order, Google shall produce to Plaintiffs all nonpublic source
20 code associated with the following Google tools and processes, as well as any similar
21 processes or tools:
22 ▮▮▮▮▮
23 ▮▮▮▮▮
24 ▮▮▮▮▮
25 ▮▮▮▮▮
26 ▮▮▮▮▮
27 ▮▮▮▮▮

28

1
2      ██████████ (the portion of the code showing how these identifiers
3      are derived)
4    • Incognito, Analytics, and Ad Manager (the portion of the code relating to
5      Google's collection of private browsing data, and the transmission of that data
6      to Google).

**P6 and P16 Disputes**

7. Within one week of this Order, Google shall produce a random sample of 1,000 complete records ██████████ (i.e., from a Chrome browser) but no X-Client-Data header.

8. Within one week of this Order, Google shall produce a random sample of 100 complete records from each of the ██████████.

9. Within three weeks of this Order, the parties shall provide an update to the Court regarding these productions and their proposed next steps, including the extent to which Plaintiffs seek any relief based on the timing and completeness of Google's productions, including relief in connection with class certification.

**IT IS SO ORDERED.**

DATED: _____

                         Honorable Susan van Keulen
                         United States Magistrate Judge