**PROOF OF SERVICE**

I, Alexander P. Frawley, declare:

I am a citizen of the United States and employed in the County of New York, New York. I am over the age of 18 and not a party to the within action; my business address is 1301 Avenue of the Americas, 32nd Floor New York, NY 10019-6023.

On October 27, 2021, I served the following document described as:

**Declaration of Alexander P. Frawley In Support of Administrative Motion to Seal Portions of Plaintiffs' Objections to Special Master Brush's Report (Dkt. 299)**

by transmitting a PDF format copy of such document to the following email address, which is the service email address for Defendant, Google LLC, in this matter: <qebrown@quinnemanuel.com>.

The document was transmitted by electronic transmission and such transmission was reported as complete and without error:

Executed on October 27, 2021, at New York, New York.

*/s/ Alexander P. Frawley*