UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL RESPONSES AND OBJECTIONS TO SPECIAL MASTER'S REPORT AND ORDERS ON REFERRED DISCOVERY ISSUES**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal portions of Google's Responses and Objections to Special Master's Report and Orders on Referred Discovery Issues (Dkt. 299) and supporting documents ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Party Claiming Confidentiality | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Google's Responses and Objections to Special Master's Report and Orders on Referred Discovery Issues | Google | GRANTED as to redacted portions at:<br><br>2:19-21; 3:2-7; 3:9; 3:13; 3:15; 4:8; 4:18-21; 5:3-4 | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to various types of Google's internal identifiers, projects, data logs, and data structures related to its products and services, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 1 | Google | GRANTED as to the entire document | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to various types of Google's internal identifiers, projects, data logs, and data structures related to its products and services, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 2 | Google | GRANTED as to the entire document | Narrowly tailored to protect highly confidential and proprietary information |

| | | | regarding highly sensitive features of Google's internal systems and operations, including details related to Google's internal logs data and data usage policies, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
|---|---|---|---|
| Exhibit 3 | Google | GRANTED as to the entire document | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to Google's internal identifiers and data usage policies, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 4 | Google | GRANTED as to the entire document | Narrowly tailored to protect highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to various types of Google's internal identifiers, data flow, and data structures related to its products and services, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

1  DATED: _____    _____
2                                              HON. SUSAN VAN KEULEN
                                               United States Magistrate Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28