# EXHIBIT 1
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL