# EXHIBIT 2
# DOCUMENT SOUGHT TO
# BE FILED UNDER SEAL