# EXHIBIT 3
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL