# EXHIBIT 4
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL