Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND ORDERS ON REFERRED DISCOVERY DISPUTES (DKT. 299)**<br><br>The Honorable Susan van Keulen<br>Date: November 4, 2021<br>Time: 10:00 a.m.<br>Courtroom 6 - 4th Floor |

i

Before the Court is the Special Master's Report and Orders on Referred Discovery Issues (Dkt. 299) ("Special Master's Report"), as well as the parties' separately filed objections to the Special Master's Report, each filed on October 27, 2021. Having considered the Special Master's Report, and the parties' objections thereto, the Court **ADOPTS** the following aspects of Plaintiffs' Objections.

**P3 Dispute**

Step 1 of the Court's September 16 Order

1. Google shall supplement its response to Step 1 of the Court's September 16 Order (Dkt. 273), which required Google to identify "all databases and data logs (collectively, 'data sources') that may contain responsive information." This supplement should identify all data sources, whether classified by Google as "authenticated" or "unauthenticated," that would include any information collected from any private browsing activities. Google, for example, may not exclude what it classifies as data sources containing only "authenticated" data, nor any data sources related to Search.

Rule 30(b)(6) Deposition

2. Within two weeks of this Order, Google shall produce for testimony an adequately prepared and knowledgeable witness or witnesses designated for Topics 1 through 6 of Plaintiffs' April 27, 2021, Rule 30(b)(6) Deposition Notice. The testimony shall not be limited to Google Analytics and Google Ad Manager; the witness or witnesses shall be prepared to testify about all aspects of Google's logs, databases, storage systems, and data structures containing Plaintiffs' and Class Members' data. The witness or witnesses shall also be prepared to testify about the search tool shown in GOOG-BRWN-00028920. The witness or witnesses shall also be prepared to testify about Topic 5 (Google's preservation of the logs, databases, storage systems, and data structures containing Plaintiffs' and Class Members' data). This deposition shall not count against Plaintiffs' 20-deposition limit. The deposition shall take place before

1    Plaintiffs are required to propose search criteria for the ▮▮▮▮▮ that the
2    Special Master's Report requires Google to run.

Cleanroom Access to Internal Google Data Querying Tools

3. Within two weeks of this Order, Google shall permit Plaintiffs' attorneys and experts five full days of onsite access to a cleanroom in which Plaintiffs' attorneys and experts will be permitted to access and use the ▮▮▮▮▮ described in the P3 portion of Exhibit A to the Special Master's Report.

4. Google will make these tools available at a location of Google's choosing. Google and the Special Master may supervise Plaintiffs' attorneys and experts' access to and use of these tools. This access will be provided before Plaintiffs are required to propose search criteria for the ▮▮▮▮▮ that the Special Master's Report requires Google to run.

5. Consistent with the Special Master's Report, within one week of this Order, Google will provide Plaintiffs' attorneys and experts with documents sufficient to guide their use of the tools, including ▮▮▮▮▮ and a list of ▮▮▮▮▮ for each data source, as well as ▮▮▮▮▮ Special Master's Report, Ex. A.

Source Code

6. Within two weeks of this Order, Google shall produce to Plaintiffs all nonpublic source code associated with the following Google tools and processes, as well as any similar processes or tools:

▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮

2

PLAINTIFFS' [PROPOSED] ORDER
Case No. 5:20-cv-03664-LHK-SVK

1
2         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (the portion of the code showing how these identifiers
3         are derived)
4     • Incognito, Analytics, and Ad Manager (the portion of the code relating to
5         Google's collection of private browsing data, and the transmission of that data
6         to Google).

**P6 and P16 Disputes**

7. Within one week of this Order, Google shall produce a random sample of 1,000 complete records ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (i.e., from a Chrome browser) but no X-Client-Data header.

8. Within one week of this Order, Google shall produce a random sample of 100 complete records from each of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

9. Within three weeks of this Order, the parties shall provide an update to the Court regarding these productions and their proposed next steps, including the extent to which Plaintiffs seek any relief based on the timing and completeness of Google's productions, including relief in connection with class certification.

**IT IS SO ORDERED.**

DATED: _____                    _____

                                            Honorable Susan van Keulen
                                            United States Magistrate Judge