QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**DECLARATION OF VIOLA TREBICKA IN SUPPORT OF DEFENDANT GOOGLE LLC'S RESPONSES AND OBJECTIONS TO SPECIAL MASTER'S REPORT AND ORDERS ON REFERRED DISCOVERY ISSUES**<br><br>Referral: Hon. Susan van Keulen, USMJ |

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Responses and Objections to Special Master's Report and Order on Referred Discovery Issues (Dkt. 299).

3. Attached hereto as **Exhibit 1** is a true and correct copy of Google's October 1, 2021 letter to the Special Master and Plaintiffs' counsel in *Calhoun v. Google*, Case No. 5:20-cv-5146, in response to the Special Master's request for an explanation of technical burden associated with Google providing the additional information that Plaintiffs' counsel in *Calhoun* requested.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Google to Plaintiffs bearing Bates stamp GOOG-BRWN-00029004 – GOOG-BRWN-00029009.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Google to Plaintiffs bearing Bates stamp GOOG-BRWN-00029326 – GOOG-BRWN-00029327.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a diagram of the data and data-flow at issue in this litigation that Google sent to the Special Master and Plaintiffs' counsel on October 17, 2021.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on October 27, 2021.

DATED: October 27, 2021            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Viola Trebicka

*Attorney for Defendant*