# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR PROTECTIVE ORDER AGAINST PLAINTIFFS' NON-PARTY SUBPOENAS ON ERNST & YOUNG LLP, PRICEWATERHOUSECOOPERS LLC, AND PROMONTORY FINANCIAL GROUP**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief related to Defendant Google LLC's Motion for Protective Order Against Plaintiffs' Non-Party Subpoenas on Ernst & Young LLP, PricewaterhouseCoopers LLC and Promontory Financial Group ("Motion"). Having considered the Motion and supporting papers, the Court **GRANTS** the Motion.

**SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge