# Exhibit D

# Plaintiffs' Proposed Order

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY  10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-LHK<br><br>**[PROPOSED] ORDER RE: THIRD PARTY SUBPOENAS**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 - 4th Floor |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Submission Re: Third Party Subpoenas. ("Joint Submission"). Having considered the parties' Joint Submission, and good cause having been shown, the Court finds that Defendant, Google LLC ("Google") has failed to demonstrate the need for a protective order with respect to the information that Plaintiffs seek through their third-party subpoenas to Ernst & Young LLP, PricewaterhouseCoopers LLC, and Promontory Financial Group. The information Plaintiffs seek is relevant, not overly broad, not duplicative, and is proportional to the needs of this litigation. The Court hereby **ORDERS** as follows:

1. Plaintiffs' third-party subpoenas served on Ernst & Young ("EY"), PricewaterhouseCoopers ("PwC"), and Promontory Group ("Promontory") (collectively, the "Third-Party Auditors") in September and October 2021 (attached to the Joint Submission as Exhibits A through C), are hereby modified to documents that are not reasonably believed to be in the custody, control, or possession of Google.

2. The temporal scope of the third-party subpoenas is limited to June 1, 201__.

3. Google's request for a protective order is otherwise **DENIED**.

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Susan van Keulen
United States Magistrate District Judge

[PROPOSED] ORDER
Case No. 5:20-cv-03664-LHK-SVK