UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, *et al.,*<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant.<br>PATRICK CALHOUN, *et al*.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.  20-cv-03664-LHK  (SVK)<br><br>Case No. 20-cv-5145-LHK  (SVK)<br><br>**ORDER RE NOVEMBER 4, 2021 HEARING ON OBJECTIONS TO SPECIAL MASTER REPORT** |

Regarding the hearing on November 4, 2021, the Court will call the *Brown* matter first, followed by the *Calhoun* matter. Each side in each of the above actions will have a total of 25 minutes to present their objections to the Special Master Report and to respond to objections by their opponent. A party may use all of their time at once or may reserve time to follow their opponent.

The courtroom is equipped to display documents in either hard copy or electronic form. Demonstratives are to be provided to opposing counsel and emailed to the Court Room Deputy no later than 5 p.m. on November 3, 2021.

**SO ORDERED.**

Dated: November 2, 2021

SUSAN VAN KEULEN
United States Magistrate Judge