UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR HEARING ON SPECIAL MASTER'S SEALED RECOMMENDATIONS AND ORDER DATED OCTOBER 20, 2021 (DKT NO. 299)**<br><br>Referral:  Hon. Susan van Keulen, USMJ<br>Hearing Date:  November 4, 2021<br>Hearing Time:  10:00 A.M. |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom the November 4, 2021 hearing related to the parties' Responses and Objections filed In Response to the Special Master's Report and Orders on Referred Discovery Issues (Dkt. 299). Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____        _____
                                        THE HONORABLE SUSAN VAN KEULEN
                                        United States Magistrate Judge

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO SEAL COURTROOM