**<u>PROOF OF SERVICE</u>**

I, Alexander P. Frawley, declare:

I am a citizen of the United States and employed in the County of New York, New York. I am over the age of 18 and not a party to the within action; my business address is 1301 Avenue of the Americas, 32nd Floor New York, NY 10019-6023.

On November 4, 2021, I served the following document described as:

**Declaration of Alexander P. Frawley In Support of Administrative**

**Motion to Seal Plaintiffs' November 4 Hearing Demonstratives**

by transmitting a PDF format copy of such document to the following email address, which is the service email address for Defendant, Google LLC, in this matter: <qebrown@quinnemanuel.com>.

The document was transmitted by electronic transmission and such transmission was reported as complete and without error:

Executed on November 4, 2021, at New York, New York.

*/s/ Alexander P. Frawley*