| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Mark C. Mao (CA Bar No. 236165) | Andrew H. Schapiro (*pro hac vice*) |
| mmao@bsfllp.com | andrewschapiro@quinnemanuel.com |
| 44 Montgomery Street, 41st Floor | 191 N. Wacker Drive, Suite 2700 |
| San Francisco, CA 94104 | Chicago, IL 60606 |
| Telephone: (415) 293 6858 | Telephone: (312) 705-7400 |
| Facsimile: (415) 999 9695 | Facsimile: (312) 705-7401 |
| SUSMAN GODFREY L.L.P. | |
| William Christopher Carmody (pro hac vice) | Stephen A. Broome (CA Bar No. 314605) |
| bcarmody@susmangodfrey.com | stephenbroome@quinnemanuel.com |
| Shawn J. Rabin (pro hac vice) | Viola Trebicka (CA Bar No. 269526) |
| srabin@susmangodfrey.com | violatrebicka@quinnemanuel.com |
| 1301 Avenue of the Americas, 32nd Floor | 865 S. Figueroa Street, 10th Floor |
| New York, NY 10019 | Los Angeles, CA 90017 |
| Telephone: (212) 336-8330 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| MORGAN & MORGAN | |
| John A. Yanchunis (pro hac vice) | Diane M. Doolittle (CA Bar No. 142046) |
| jyanchunis@forthepeople.com | dianedoolittle@quinnemanuel.com |
| Ryan J. McGee (pro hac vice) | 555 Twin Dolphin Drive, 5th Floor |
| rmcgee@forthepeople.com | Redwood Shores, CA 94065 |
| 201 N. Franklin Street, 7th Floor | Telephone: (650) 801-5000 |
| Tampa, FL 33602 | Facsimile: (650) 801-5100 |
| Telephone: (813) 223-5505 | |

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

*Attorneys for Defendant; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF NOVEMBER 4 HEARING TRANSCRIPT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1  WHEREAS, on October 27, 2021, Plaintiffs and Google filed their objections to the Special Master's Report and Order on Referred Discovery Issues (Dkts. 311, 312);

WHEREAS, on November 3, 2021, Google filed its Administrative Motion to Seal the Courtroom for Hearing on Special Master's Sealed Recommendations and Order (Dkt. 319);

WHEREAS, on the same day, the Court granted Google's Administrative Motion to Seal the Courtroom for Hearing on Special Master's Sealed Recommendations and Order (Dkt. 320);

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript, which contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to counsel of record in this matter, who are authorized to view this material under the Stipulated Protective Order as Modified by the Court (Dkt. 81);

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the November 4, 2021 hearing may be released to counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | | |
|---|---|---|
| 1 | | Respectfully, |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
| 3 | | |
| 4 | */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com | */s/ Ryan J. McGee*<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com |
| 5 | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 | Sean Phillips Rodriguez (CA Bar No. 262437) |
| 6 | Tel: (312) 705-7400 | srodriguez@bsfllp.com |
| 7 | Fax: (312) 705-7401 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| 8 | Stephen A. Broome (CA Bar No. 314605)<br>sb@quinnemanuel.com | brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor |
| 9 | Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com | San Francisco, CA 94104<br>Tel: (415) 293 6858 |
| 10 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Fax: (415) 999 9695 |
| 11 | Tel: (213) 443-3000<br>Fax: (213) 443-3100 | James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com |
| 12 | Diane M. Doolittle (CA Bar No. 142046) | Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com |
| 13 | dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor | 100 SE 2nd Street, Suite 2800<br>Miami, FL 33130 |
| 14 | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 | Tel: (305) 539-8400<br>Fax: (305) 539-1304 |
| 15 | Facsimile: (650) 801-5100 | William Christopher Carmody (*pro hac vice*) |
| 16 | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com | bcarmody@susmangodfrey.com |
| 17 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 18 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 19 | Josef Ansorge (admitted *pro hac vice*) | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 20 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 21 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | New York, NY 10019<br>Tel: (212) 336-8330 |
| 22 | Washington D.C., 20005<br>Tel: (202) 538-8000 | Amanda Bonn (CA Bar No. 270891) |
| 23 | Fax: (202) 538-8100 | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 24 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 25 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Tel: (310) 789-3100 |
| 26 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 27 | *Attorneys for Defendant Google LLC* | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 28 | | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |

| | |
|---|---|
| 1 | Tampa, FL 33602 |
| 2 | Tel: (813) 223-5505<br>Fax: (813) 222-4736 |
| 3 | Michael F. Ram (CA Bar No. 104805) |
| 4 | mram@forthepeople.com<br>MORGAN & MORGAN, P.A. |
| 5 | 711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102 |
| 6 | Tel: (415) 358-6913 |
| 7 | *Attorneys for Plaintiffs* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: _____, 2021

                                                         Hon. Susan van Keulen
                                                         United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of November, 2021, at Chicago, Illinois.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro