UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.  20-cv-03664-LHK   (SVK)<br>Case No.  20-cv-05146-LHK   (SVK)<br><br>**REDACTION ORDER** |

The Order Adopting in Part and Modifying in Part the Special Master's Report and Orders on Referred Discovery Issues (*Brown* Dkt. 331; *Calhoun* Dkt. 377) (the "Order") has been provisionally filed under seal.  The parties are ordered to meet and confer and submit joint proposed redactions to the Order (to the extent any redaction is required) and a proposed order in each case by **November 19, 2021**.  If no proposed redactions are received by 11:59 p.m. on November 19, 2021, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: November 12, 2021

SUSAN VAN KEULEN
United States Magistrate Judge