Plaintiffs' Demonstrative

Redacted Version of Document Sought to be Sealed

# Brown, et al. v. Google

## Plaintiffs' Presentation

November 4, 2021

# What Plaintiffs Are Entitled to Do

1. Identify Class Members Using Google Data

2. Identify Number of Unlawful Interceptions of Private Browsing Data

3. Identify Ways/Amounts Google Profited from Private Browsing Data

GOOG-BRWN-00184875
Plaintiffs' Objections Ex. B



GOOG-CABR-00501220

4



Incognito Browsing... PPID

# Incognito Browsing: ███ PPID, GAIA



# Plaintiffs Are Entitled to Identify Class Members Using Google's Data



THE COURT: WELL, BUT WHAT THE PLAINTIFFS ARE ASKING FOR IS PIECES OF INFORMATION FROM DIFFERENT PLACES BECAUSE THEY WANT TO SEE IF THEY CAN PIECE TOGETHER, BY COMBINATION OF THAT INFORMATION, CLASS MEMBERS. AND THAT'S WHY -- I MEAN, IT SEEMS TO ME THAT THEY HAVE A RIGHT TO TRY TO DO THAT WITH WHATEVER INFORMATION YOU HAVE.

April 29 Transcript, 19:2-7

## April 30 Order:
## Authenticated & Unauthenticated Data Linked to Plaintiffs or Their Devices

| P6 4/7/21 | **Class member identification:** The parties have a dispute regarding Plaintiffs' RFP No. 10: "Documents sufficient to identify all alleged class members, including all electronic or physical address information associated with alleged class members." | For RFP Nos. 10 (class identification) and 18 (individuals' data), as an initial step, Google will produce identification data for the named Plaintiffs.  Google will promptly supplement any production made to date with authenticated data identifiers as to both the individuals and their devices provided Plaintiffs have provided the necessary device information, as well as unauthenticated data.  Following Plaintiffs' review of the supplemental production, the Court may entertain a request for a focused 30(b)6 deposition on identification data.  Google's supplemental production is due by 5/12/21; parties to meet and confer and submit any further dispute to the Court by 5/20/21; to be heard on 5/26/21 at 1:30 p.m. |
|---|---|---|

April 30 Order

## April 30 Order:
## Authenticated & Unauthenticated Data Linked to Plaintiffs or Their Devices



9

# Google Does Not Produce All Authenticated Data



GOOG-BRWN-00184875
Plaintiffs' Objections Ex. B

# September 14: Google Admits It Failed to Produce Plaintiffs' Data

Google has not produced data keyed to the following information Plaintiffs provided:

- **User-agent.** Google does not use user-agents as identifiers and user-agents are not sufficiently unique to identify individual users;
- X-Client-Data header. Google does not use X-Client-Data header as an identifier and the header is not sufficiently unique to identify any individual user;
- **IP Address.** Google does not use IP address as an identifier and IP addresses are not a reliable means to identify individual users;
- IMEI and other hardware identifiers (Googles does not use IMEI and similar hardware identifiers related to the data at issue); and
- **NID cookies** ( ███████████ ). This is a cookie Google does not use for display ads but rather uses to optimize Google.com search results, which is out of scope.

Rule 37(b) Motion Ex. H

12

## Google Refused to Produce ███████ Identifiers As Irrelevant



GOOG-CABR-00501220

# Google Refused to Produce Unauthenticated Data Linked to Plaintiffs' Devices



GOOG-CABR-03611484 at 2

## May 12: Google Says It Will Only Produce
## Unauthenticated Data if Plaintiffs Provide the Unauthenticated Identifiers

Case 5:20-cv-03664-LHK   Document 292-8   Filed 10/14/21   Page 2 of 3

**quinn emanuel** trial lawyers | washington, dc

May 12, 2021

VIA E-MAIL
BIMANO@BSFLLP.COM

Further, as we explained in the May 6 Joint Discovery Submission (Dkt. 155), if Plaintiffs provide Google with their unauthenticated identifiers, Google will provide data associated with those identifiers as well, to the extent any exists. We recommend Plaintiffs obtain unauthenticated

Rule 37(b) Motion Ex. G

## Plaintiffs Left With <u>Only</u> ███ Cookie Values from <u>New</u> Private Browsing Sessions that Google Directed Plaintiffs to Create



**Data Associated with cookie values from new private browsing sessions that Plaintiffs provided to Google in May**

18

# Google Sent Plaintiffs on a Useless, Wild Goose Chase



Rule 37(b) Motion Ex. J

## June 30: Google Tells the Court It Produced Authenticated Data & <u>Relevant</u> Unauthenticated Data



The motion to compel should be denied. *First*, Google has already produced authenticated data and relevant unauthenticated data; this Court should not order Google to produce additional data from

Dkt. 211 at 1

# September 16 Order: Google Must Identify *All* Data Sources



- **Step 1:** By the morning of September 17, 2021, Google will identify to the Special Master and Plaintiffs all databases and data logs (collectively, "data sources") that may contain responsive information. For each data source, Google will provide, at

September 16 Order

# September 16 Order :
# Google Must Produce Schema, Descriptions, Tools, Manuals



- **Step 2:** The Special Master will supervise a meet and confer with the Parties to identify those data sources that potentially contain responsive information that will be subject to searches and production of responsive records and set a deadline for Google to provide information about each selected data source. For each selected data source, Google will provide, at a minimum: (1) the data schema; (2) definitions and descriptions of each field; (3) tool(s) which Google employees ("Googlers") use to search each data source; and (4) instruction sets and manuals for all tools identified as being used by Googlers to search any data source identified in this step. The Court is informed that the Special Master has directed

September 16 Order

22

# September 16 Order :
# Google Must Run Search Strings for *Each* Data Source



- **Step 3:** The Special Master will supervise a meet and confer with the Parties to create search strings for each data source and agree upon a production format. The Special Master will officiate and resolve disputes.

September 16 Order

23

# Google Fails to Comply: Refuses to Identify Authenticated Data Sources

**Google does not identify "those potential sources of ESI that contain only authenticated data."**

- Because Plaintiffs' allegations are limited to specific unauthenticated data (data Google receives when a user is in a private browsing mode and logged out of their Google Account), Google has not identified those potential sources of ESI that contain only authenticated data (data Google receives when a user is logged in to their Google Account).

Rule 37(b) Motion Exhibit I

24

# Google Fails to Comply: Refuses to Identify Search Data Sources



# Google Fails to Comply:
## Identifies a Subset of Data Sources & Does Not Produce All Schema Etc.



Google only identifies ▮ sources.

# Google Fails to Comply: Only Agrees to Search 5 Sources



# Google Fails to Comply:
## Won't Search ▮▮▮▮▮▮▮▮▮ Linked to Plaintiffs' IP Address



**No** ▮▮▮▮▮▮▮
**identifiers linked
with IP addresses**

| e. | ▮▮▮▮▮▮▮▮▮ or their variants, associated with above IP addresses; | *Google does not agree to search for or produce* ▮▮▮▮▮▮ *identifiers associated with the above derived IP addresses* because such a production would include information associated with users who are not Plaintiffs and who have not consented. |
|---|---|---|

Rule 37(b) Motion Exhibit L

28

GOOG-CABR-00228767

GOOG-BRWN-00433503
Plaintiffs' Objections Ex. B

GOOG-BRWN-00613801

# Google Fails to Comply:
## Won't Search ███████████████ Linked to Plaintiffs' Device IDs



| g. ███████ associated with above Device identifiers. | *Google does not agree to search for or produce* ███████ *associated with above identifiers* *(f) because such a production would include information associated with users who are not Plaintiffs and who have not consented.* |
|---|---|

Rule 37(b) Motion Exhibit L

32

# All Plaintiffs Get (Again)? Or Nothing Again?



## Google's Arguments Lack Merit:

1. Authenticated & Search Data Are Irrelevant

2. Stored Communications Act Means Data Must Be 100% Linked to Plaintiffs

3. Google Policies Prohibit Production

## Google's Arguments Lack Merit:

1. Authenticated & Search Data Are Irrelevant

2. Stored Communications Act Means Data Must Be 100% Linked to Plaintiffs

3. Google Policies Prohibit Production

## Google's Arguments Lack Merit:

1. Authenticated & Search Data Are Irrelevant

2. Stored Communications Act Means Data Must Be 100% Linked to Plaintiffs

3. Google Policies Prohibit Production

# Google Admits that the SCA Has an Exception for a "Court Order"



Google Account. Indeed, the Stored Communications Act ("SCA") prohibits Google from producing authenticated user data without users' consent <mark>or a court order.</mark> 18 U.S.C. §§ 2701–11;



Dkt. 218 at 9

# Google's Arguments Lack Merit:

1. Authenticated & Search Data Are Irrelevant

2. Stored Communications Act Means Data Must Be 100% Linked to Plaintiffs

3. Google Policies Prohibit Production

## Point 1: U.S. Law Applies, Not Google Law.
## Point 2: Google's Privacy Policy Allows Production for Any "Legal Process"



We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share

Ex. M at 13 (Google Privacy Policy)

40

# What Will Change This Dynamic? Clean Room.

1. Plaintiffs' Experts Inspect the Tools Googlers Use to Query User Data

2. Schema, Manuals, Instructions on How to Use Those Tools

3. Supervised by the Special Master

# P16 Dispute (X-Client Data Header)



GOOG-BRWN-00204684
Plaintiffs' Objections Ex. D

# P16 Dispute (X-Client Data Header)



GOOG-BRWN-00051406

# P16 Dispute (X-Client Data Header)

GOOG-BRWN-175184 at 4

# Plaintiffs Request Source Code for Below and Similar Processes/Tools













GOOG-CABR-03611484 at 2