UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.,

        Plaintiffs,

    v.

GOOGLE LLC,

        Defendant.

Case No. 20-cv-03664-LHK   (SVK)

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Re: Dkt. No. 314

The Court has evaluated the Parties' joint submission and exhibits regarding Plaintiff's identical subpoenas to non-parties Ernst & Young LLP ("E&Y"), PricewaterhouseCoopers LLC ("PwC") and Promontory Financial Group ("Promontory") (hereafter collectively referred to as "Third-Parties"), as well as the relevant Rules of Civil Procedure and the discovery history over which this Court has presided.   The Court determines that this matter may be resolved without oral argument.  Civil L.R. 7-1(b).  Accordingly, the Court **ORDERS** as follows as to each of the requests for production set forth in Dkt. 314-A:

Request Nos. 1-5:  Overbroad and not proportional to the needs of the case.  Motion is granted.

Request No. 6:  Request is limited to communications with Google, and any documents referred to in those communications, from June 1, 2014 to present, relating to Google's privacy controls addressed in the 2011 Consent Decree and Google's conduct in connection with Incognito and any other private browsing mode.

Request No. 7:  Overbroad and not proportional to the needs of the case.  Motion is granted.

The Court further **ORDERS** the Third-Parties to produce responsive documents in accordance with the Order above by **November 30, 2021**.

    **SO ORDERED.**

Dated: November 16, 2021

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California