UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.  20-cv-03664-LHK   (SVK)<br>Case No.  20-cv-05146-LHK   (SVK)<br><br>**ORDER REGARDING COMPLIANCE WITH ORDER RE SPECIAL MASTER'S REPORT AND ORDERS** |

The Court provides the following additional instructions to the Parties to comply with *Brown* Dkt. 331, Ex. 1/*Calhoun* Dkt. 377, Ex. 1:

- Regarding the Special Master's role as intermediary for the steps set forth in Exhibit 1, the Parties shall provide the data and information ordered by this Court to the Special Master *ex parte*, unless otherwise directed by the Special Master.
- Exhibit 1 directs the provision of data and information; the Parties may not provide argument or other position statements unless requested by the Special Master.
- The declaration referred to in step 1 shall be filed in ECF and may be filed under seal.

**SO ORDERED.**

Dated: November 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge