1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-cv-03664-LHK-SVK

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE LLC'S SUBMISSION IN RESPONSE TO NOVEMBER 12 ORDER ADOPTING IN PART AND MODIFYING IN PART THE SPECIAL MASTER'S REPORT AND ORDERS ON REFERRED DISCOVERY ISSUES DKT. 331, 336**

Referral: Hon. Susan van Keulen, USMJ

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**[PROPOSED] ORDER**

2      Before the Court is Google LLC's Administrative Motion to Seal Portions Google's

3   Submission in Response to November 12 Order Adopting in Part and Modifying in Part the Special

4   Master's Report and Orders on Referred Discovery Issues Dkt. 331, 336 ("Motion").   Having

5   considered the Motion, supporting declaration, and other papers on file, and good cause having been

6   found, the Court **ORDERS** as follows:

7

8
9

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Party Claiming Confidentiality | Reason(s) for Court's Ruling |
|---|---|---|---|
| Exhibit A to Golueke Declaration in support of the Special Master Submission | Redacted in its entirety | Google | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's data logs, internal data structures, internal identifiers and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit B to Golueke Declaration in support of the Special Master Submission | Portions Highlighted in Yellow at:<br><br>Pages 3, 6, 7, 8, 10, 11, 13, 14, 17, 18, 19, 20 | Google | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's data logs, internal data structures, |

| | | | internal identifiers and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
|---|---|---|---|
| Exhibit B to Golueke Declaration in support of the Special Master Submission | Portions Highlighted in Blue at:<br><br>Pages 1-20 | Plaintiffs | Contains, summarizes, or reflects material ordinarily designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. |

**SO ORDERED.**

DATED: _____      _____
                                    HON. SUSAN VAN KEULEN
                                    United States Magistrate Judge