# Exhibit B

| Plaintiff/ Google Account | Production Volume | Production Begin Bates | Description |
|---|---|---|---|
| William Byatt/ ██████████ | PROD024 | GOOG-BRWN-00229493 | Google Subscriber Info |
| William Byatt/ ██████████ | PROD024 | GOOG-BRWN-00229496 | Google Subscriber Info Export Summary |
| William Byatt/ ██████████ | PROD024 | GOOG-BRWN-00229502 | My Activity Export Summary |
| William Byatt/ ██████████ | PROD024 | GOOG-BRWN-00229524 - GOOG-BRWN-00229526 | sWAA/WAA settings |
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00030953 | Account Activity Export Summary |
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00030954 | Device info |
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00030955 | Google Subscriber Info Export Summary |
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00030956 | Google Subscriber info |
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00030958 - GOOG-BRWN-00030960 | My Activity Export Summary and sWAA/WAA settings |

| William Byatt/ | PROD10 | GOOG-BRWN-00031257 | Account Activity Export Summary |
|---|---|---|---|
| William Byatt/ | PROD10 | GOOG-BRWN-00031258 | Account Activity Access logs |
| William Byatt/ | PROD09 | GOOG-BRWN-00030961 | Account Activity Export Summary |
| William Byatt/ | PROD09 | GOOG-BRWN-00030962 | Device info |
| William Byatt/ | PROD09 | GOOG-BRWN-00030963 | Google Subscriber Info Export Summary |
| William Byatt/ | PROD09 | GOOG-BRWN-00030964 | Google Subscriber info |
| William Byatt/ | PROD09 | GOOG-BRWN-00030965 - GOOG-BRWN-00030967 | My Activity Export Summary and sWAA/WAA settings |
| William Byatt/ | PROD09 | GOOG-BRWN-00030968 | My Activity Ads data |
| William Byatt/ | PROD09 | GOOG-BRWN-00030972 | My Activity News data |
| William Byatt/ | PROD09 | GOOG-BRWN-00030994 | My Activity Maps data |
| William Byatt/ | PROD09 | GOOG-BRWN-00031006 | My Activity Video Search data |

| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00031012 | My Activity Image Search data |
|---|---|---|---|
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00031143 | My Activity Search data |
| William Byatt/ ███████████ | PROD10 | GOOG-BRWN-00031259 | Account Activity Export Summary |
| William Byatt/ ███████████ | PROD10 | GOOG-BRWN-00031260 | Account Activity Access logs |
| William Byatt/ ███████████ | PROD14 | GOOG-BRWN-00048191 | GAIA-keyed Footprints data |
| William Byatt/ ███████████ | PROD033 | GOOG-BRWN-00475014 | ███████ data |
| William Byatt/ ███████████ | PROD033 | GOOG-BRWN-00475016 | ███████ data |
| William Byatt/ ███████████ | PROD043 | GOOG-BRWN-00708038 | Consents to Google disclosures |
| William Byatt/ ███████████ | PROD043 | GOOG-BRWN-00708111 | Consents to Google disclosures |
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00031144 | Account Activity Export Summary |
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00031145 | Device info |
| William Byatt/ ███████████ | PROD09 | GOOG-BRWN-00031146 | Google Subscriber Info Export Summary |

| | | | |
|---|---|---|---|
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031147 | Google Subscriber info |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031166 - GOOG-BRWN-00031167 | My Activity Export Summary and sWAA/WAA settings |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031168 | My Activity Google Lens data |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031171 | sWAA/WAA settings |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031172 | My Activity News data |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031202 | My Activity Video Search data |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031245 | My Activity Image Search data |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031246 | My Activity Google Analytics data |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031247 | My Activity Maps data |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031248 | My Activity Chrome data |
| William Byatt/ ██████████ | PROD09 | GOOG-BRWN-00031249 | My Activity Ads data |

| William Byatt/ ▮▮▮▮▮▮▮ | PROD09 | GOOG-BRWN-00031250 | My Activity Search data |
|---|---|---|---|
| William Byatt/ ▮▮▮▮▮▮▮ | PROD10 | GOOG-BRWN-00031261 | Account Activity Export Summary |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD10 | GOOG-BRWN-00031262 | Account Activity Access logs |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD14 | GOOG-BRWN-00048189 | GAIA-keyed Footprints data |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD15 | GOOG-BRWN-00048193 | X-Client-Data Header |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD027 | GOOG-BRWN-00229627 | inferred interests and ads personalization data |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD027 | GOOG-BRWN-00229631 | inferred interests and ads personalization data |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD027 | GOOG-BRWN-00229633 | inferred interests and ads personalization data |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD027 | GOOG-BRWN-00229637 | inferred interests and ads personalization data |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD027 | GOOG-BRWN-00229640 | inferred interests and ads personalization data |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD027 | GOOG-BRWN-00229648 | inferred interests and ads personalization data |
| William Byatt/ ▮▮▮▮▮▮▮ | PROD030 | GOOG-BRWN-00423673 | inferred interests and ads personalization data |

| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423675 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423678 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423686 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423692 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423698 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423701 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423704 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423709 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD030 | GOOG-BRWN-00423778 | inferred interests and ads personalization data |
| William Byatt/ ██████████ | PROD033 | GOOG-BRWN-00475005 | ██████ data |
| William Byatt/ ██████████ | PROD033 | GOOG-BRWN-00475006 | ██████ data |
| William Byatt/ ██████████ | PROD033 | GOOG-BRWN-00475007 | ██████ data |

| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475008 | ▮▮▮▮ data |
|---|---|---|---|
| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475010 | ▮▮▮▮ data |
| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475012 | ▮▮▮▮ data |
| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475013 | ▮▮▮▮ data |
| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475018 | ▮▮▮▮ data |
| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475021 | ▮▮▮▮ data |
| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475022 | ▮▮▮▮ data |
| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475025 | ▮▮▮▮ data |
| William Byatt/ ▮▮▮▮▮ | PROD033 | GOOG-BRWN-00475027 | ▮▮▮▮ data |
| William Byatt/ ▮▮▮▮▮ | PROD043 | GOOG-BRWN-00708035 | Consents to Google disclosures |
| William Byatt/ ▮▮▮▮▮ | PROD043 | GOOG-BRWN-00708067 | Consents to Google disclosures |
| William Byatt/ ▮▮▮▮▮ | PROD046 | GOOG-BRWN-00708212 | Activity control records |

| William Byatt/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229519 | My Activity Export Summary |
|---|---|---|---|
| William Byatt/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229523 | Google Subscriber Info Export Summary |
| William Byatt/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229525 | sWAA/WAA settings |
| William Byatt/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229522 | sWAA/WAA settings |
| William Byatt/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229533 | Google Subscriber info |
| William Byatt | PROD020 | GOOG-BRWN-00078394 | log data associated with unauthenticated identifier |
| William Byatt | PROD020 | GOOG-BRWN-00078395 | ▮▮▮ and ▮▮▮ IDs decrypted from the raw cookie values that Plaintiffs provided |
| William Byatt | PROD045 | GOOG-BRWN-00708211 | ▮▮▮ data |
| William Byatt | PROD047 | GOOG-BRWN-00708214 | GA data |
| Jeremy Davis/ ▮▮▮▮▮ | PROD09 | GOOG-BRWN-00030919 | Account Activity Export Summary |

| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030920 | Device info |
|---|---|---|---|
| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030921 | Google Subscriber Info Export Summary |
| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030922 | Google Subscriber info |
| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030923 - GOOG-BRWN-00030924 | My Activity Export Summary and sWAA/WAA settings |
| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030925 | My Activity Video Search data |
| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030926 | sWAA/WAA settings |
| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030927 | My Activity News data |
| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030928 | My Activity Image Search data |
| Jeremy Davis/ ▮ | PROD09 | GOOG-BRWN-00030931 | My Activity Search data |
| Jeremy Davis/ ▮ | PROD10 | GOOG-BRWN-00031255 | Account Activity Export Summary |
| Jeremy Davis/ ▮ | PROD10 | GOOG-BRWN-00031256 | Account Activity Access logs |

| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475034 | ▮▮ data |
|---|---|---|---|
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475036 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475038 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475040 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475041 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475042 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475044 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475045 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475046 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475047 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475048 | ▮▮ data |
| Jeremy Davis/ ▮▮▮ | PROD033 | GOOG-BRWN-00475049 | ▮▮ data |

| Jeremy Davis/ ███████ | PROD033 | GOOG-BRWN-00475050 | ███ data |
|---|---|---|---|
| Jeremy Davis/ ███████ | PROD033 | GOOG-BRWN-00475051 | ███ data |
| Jeremy Davis/ ███████ | PROD024 | GOOG-BRWN-00229491 | Google Subscriber Info Export Summary |
| Jeremy Davis/ ███████ | PROD024 | GOOG-BRWN-00229492 | sWAA/WAA settings |
| Jeremy Davis/ ███████ | PROD024 | GOOG-BRWN-00229511 | My Activity Export Summary |
| Jeremy Davis/ ███████ | PROD024 | GOOG-BRWN-00229529 | Google Subscriber info |
| Jeremy Davis/ ███████ | PROD024 | GOOG-BRWN-00229521 | sWAA/WAA settings |
| Jeremy Davis/ ███████ | PROD043 | GOOG-BRWN-00708039 | Consents to Google disclosures |
| Jeremy Davis/ ███████ | PROD043 | GOOG-BRWN-00708129 | Consents to Google disclosures |
| Jeremy Davis/ ███████ | PROD043 | GOOG-BRWN-00708167 | Consents to Google disclosures |
| Jeremy Davis/ ███████ | PROD043 | GOOG-BRWN-00708085 | Consents to Google disclosures |
| Jeremy Davis | PROD020 | GOOG-BRWN-00078395 | ███ and ███ IDs decrypted from the |

| | | | raw cookie values that Plaintiffs provided |
|---|---|---|---|
| Jeremy Davis | PROD047 | GOOG-BRWN-00708214 | GA data |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030101 | Account Activity Export Summary |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030102 | Device info |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030103 | Google Subscriber Info Export Summary |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030104 | Google Subscriber info |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030112 - GOOG-BRWN-00030114 | My Activity Export Summary and sWAA/WAA settings |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030114 | My Activity News data |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030120 | My Activity Video Search data |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030132 | MyActivity Image Search data |
| Christopher Castillo/ ████████ | PROD09 | GOOG-BRWN-00030815 | My Activity Maps data |

| | | | |
|---|---|---|---|
| Christopher Castillo/ ███████ | PROD09 | GOOG-BRWN-00030816 | My Activity Ads data |
| Christopher Castillo/ ███████ | PROD09 | GOOG-BRWN-00030917 | My Activity Chrome data |
| Christopher Castillo/ ███████ | PROD09 | GOOG-BRWN-00030918 | My Activity Search data |
| Christopher Castillo/ ███████ | PROD10 | GOOG-BRWN-00031253 | Account Activity Export Summary |
| Christopher Castillo/ ███████ | PROD10 | GOOG-BRWN-00031254 | Account Activity Access logs |
| Christopher Castillo/ ███████ | PROD14 | GOOG-BRWN-00048192 | GAIA-keyed Footprints data |
| Christopher Castillo/ ███████ | PROD15 | GOOG-BRWN-00048193 | X-Client-Data Header |
| Christopher Castillo/ ███████ | PROD033 | GOOG-BRWN-00475028 | ████ data |
| Christopher Castillo/ ███████ | PROD033 | GOOG-BRWN-00475029 | ████ data |
| Christopher Castillo/ ███████ | PROD033 | GOOG-BRWN-00475030 | ████ data |
| Christopher Castillo/ ███████ | PROD033 | GOOG-BRWN-00475031 | ████ data |
| Christopher Castillo/ ███████ | PROD033 | GOOG-BRWN-00475032 | ████ data |

| Christopher Castillo/ ███████ | PROD033 | GOOG-BRWN-00475033 | ███ data |
|---|---|---|---|
| Christopher Castillo/ ███████ | PROD046 | GOOG-BRWN-00708213 | Activity control records |
| Christopher Castillo/ ███████ | PROD049 | GOOG-BRWN-00747951 | Privacy checkup records |
| Christopher Castillo | PROD020 | GOOG-BRWN-00078394 | log data associated with unauthenticated identifier |
| Christopher Castillo | PROD020 | GOOG-BRWN-00078395 | ███ and ███ IDs decrypted from the raw cookie values Plaintiffs provided |
| Christopher Castillo | PROD047 | GOOG-BRWN-00708214 | GA data |
| Chasom Brown/ ███████ | PROD09 | GOOG-BRWN-00029463 | Account Activity Export Summary |
| Chasom Brown/ ███████ | PROD09 | GOOG-BRWN-00029466 | Device info |
| Chasom Brown/ ███████ | PROD09 | GOOG-BRWN-00029465 | Google Subscriber Info Export Summary |
| Chasom Brown/ ███████ | PROD09 | GOOG-BRWN-00029466 | Google Subscriber info |
| Chasom Brown/ ███████ | PROD09 | GOOG-BRWN-00029490 - GOOG- | My Activity Export Summary and sWAA/WAA settings |

14

| | | BRWN-00029491 | |
|---|---|---|---|
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00029492 | My Activity Google Lens data |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00029499 | My Activity Google Analytics data |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00029504 | sWAA/WAA settings |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00029505 | My Activity Video Search data |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00029521 | My Activity News data |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00029535 | My Activity Ads data |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00029671 | My Activity Image Search data |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00030098 | My Activity Chrome data |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00030099 | My Activity Search data |
| Chasom Brown/ ██████ | PROD09 | GOOG-BRWN-00030100 | My Activity Maps data |
| Chasom Brown/ ██████ | PROD10 | GOOG-BRWN-00031251 | Account Activity Export Summary |

| Chasom Brown/ ▓▓▓▓ | PROD10 | GOOG-BRWN-00031252 | Account Activity Access logs |
|---|---|---|---|
| Chasom Brown/ ▓▓▓▓ | PROD14 | GOOG-BRWN-00048190 | GAIA-keyed Footprints data |
| Chasom Brown/ ▓▓▓▓ | PROD027 | GOOG-BRWN-00229613 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD027 | GOOG-BRWN-00229619 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD027 | GOOG-BRWN-00229620 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD030 | GOOG-BRWN-00423672 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD030 | GOOG-BRWN-00423674 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD030 | GOOG-BRWN-00423677 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD030 | GOOG-BRWN-00423691 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD030 | GOOG-BRWN-00423697 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD030 | GOOG-BRWN-00423699 | inferred interests and ads personalization data |
| Chasom Brown/ ▓▓▓▓ | PROD030 | GOOG-BRWN-00423700 | inferred interests and ads personalization data |

| | | | |
|---|---|---|---|
| Chasom Brown/ ███████████ | PROD030 | GOOG-BRWN-00423702 | inferred interests and ads personalization data |
| Chasom Brown/ ███████████ | PROD030 | GOOG-BRWN-00423705 | inferred interests and ads personalization data |
| Chasom Brown/ ███████████ | PROD030 | GOOG-BRWN-00423708 | inferred interests and ads personalization data |
| Chasom Brown/ ███████████ | PROD030 | GOOG-BRWN-00423777 | inferred interests and ads personalization data |
| Chasom Brown/ ███████████ | PROD030 | GOOG-BRWN-00423779 | inferred interests and ads personalization data |
| Chasom Brown/ ███████████ | PROD030 | GOOG-BRWN-00423780 | inferred interests and ads personalization data |
| Chasom Brown/ ███████████ | PROD033 | GOOG-BRWN-00474993 | ███ data |
| Chasom Brown/ ███████████ | PROD033 | GOOG-BRWN-00474995 | ███ data |
| Chasom Brown/ ███████████ | PROD033 | GOOG-BRWN-00474997 | ███ data |
| Chasom Brown/ ███████████ | PROD033 | GOOG-BRWN-00474998 | ███ data |
| Chasom Brown/ ███████████ | PROD033 | GOOG-BRWN-00475000 | ███ data |
| Chasom Brown/ ███████████ | PROD033 | GOOGBRWN-00475002 | ███ data |

| Chasom Brown/ ███████ | PROD033 | GOOG-BRWN-00475003 | ███ data |
|---|---|---|---|
| Chasom Brown/ ███████ | PROD043 | GOOG-BRWN-00708036 | Consents to Google disclosures |
| Chasom Brown/ ███████ | PROD043 | GOOG-BRWN-00708093 | Consents to Google disclosures |
| Chasom Brown/ ███████ | PROD14 | GOOG-BRWN-00048188 | GAIA-keyed Footprints data |
| Chasom Brown/ ███████ | PROD024 | GOOG-BRWN-00229497 | sWAA/WAA settings |
| Chasom Brown/ ███████ | PROD024 | GOOG-BRWN-00229498 | Google Subscriber Info |
| Chasom Brown/ ███████ | PROD024 | GOOG-BRWN-00229501 | My Activity Export Summary |
| Chasom Brown/ ███████ | PROD024 | GOOG-BRWN-00229520 | sWAA/WAA settings |
| Chasom Brown/ ███████ | PROD024 | GOOG-BRWN-00229527 | Google Subscriber Info Export Summary |
| Chasom Brown/ ███████ | PROD024 | GOOG-BRWN-00229539 | My Activity Ads data |
| Chasom Brown/ ███████ | PROD027 | GOOG-BRWN-00229615 | inferred interests and ads personalization data |
| Chasom Brown/ ███████ | PROD043 | GOOG-BRWN-00708165 | Consents to Google disclosures |

| Chasom Brown/ ▮▮▮▮▮ | PROD043 | GOOG-BRWN-00708058 | Consents to Google disclosures |
|---|---|---|---|
| Chasom Brown/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229503 | My Activity Export Summary |
| Chasom Brown/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229505 | sWAA/WAA settings |
| Chasom Brown/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229507 | Google Subscriber Info |
| Chasom Brown/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229513 | Google Subscriber Info Export Summary |
| Chasom Brown/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229532 | sWAA/WAA settings |
| Chasom Brown/ ▮▮▮▮▮ | PROD043 | GOOG-BRWN-00708037 | Consents to Google disclosures |
| Chasom Brown/ ▮▮▮▮▮ | PROD043 | GOOG-BRWN-00708168 | Consents to Google disclosures |
| Chasom Brown | PROD020 | GOOG-BRWN-00078394 | log data associated with unauthenticated identifier |
| Chasom Brown | PROD020 | GOOG-BRWN-00078395 | ▮▮▮▮ and ▮▮▮▮ IDs decrypted from the raw cookie values Plaintiffs provided |
| Monique Trujulio/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229504 | Google Subscriber Info Export Summary |
| Monique Trujulio/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229506 | My Activity Export Summary |

| Monique Trujulio/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229512 | sWAA/WAA settings |
|---|---|---|---|
| Monique Trujulio/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229514 | Google Subscriber Info |
| Monique Trujulio/ ▮▮▮▮▮ | PROD024 | GOOG-BRWN-00229528 | sWAA/WAA settings |
| Monique Trujulio/ ▮▮▮▮▮ | PROD043 | GOOG-BRWN-00708034 | Consents to Google disclosures |
| Monique Trujulio/ ▮▮▮▮▮ | PROD043 | GOOG-BRWN-00708040 | Consents to Google disclosures |
| Monique Trujulio | PROD020 | GOOG-BRWN-00078394 | log data associated with unauthenticated identifier |
| Monique Trujulio | PROD020 | GOOG-BRWN-00078395 | ▮▮▮▮▮ and ▮▮▮▮▮ IDs decrypted from the raw cookie values Plaintiffs provided |
| Plaintiffs | PROD047 | GOOG-BRWN-00708214 | GA data |