UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING JOINT SUBMISSION IN RESPONSE TO DKT. 320 RE: SEALING PORTIONS OF NOVEMBER 4, 2021 HEARING TRANSCRIPT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is the parties' Joint Submission Regarding Sealing Portions of the November 4, 2021 Hearing Transcript. Having considered the parties' statements and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| November 4, 2021 Hearing Transcript | GRANTED as to redacted portions at:<br><br>9:13; 11:9-10; 11:14; 12:7; 12:19; 13:15-17; 13:19-20; 13:24; 14:4; 14:7-9; 14:14; 14:19; 14:21-22; 15:22-25; 16:1-4; 16:12; 16:14; 16:18-24; 17:1-2; 17:4-5; 17:9-12; 17:16; 19:1; 20:3-5; 21:2; 23:19; 23:22-23; 27:2; 27:13; 28:13-15; 28:24-25; 29:1-4; 29:10-14; 31:18; 31:25; 32:3; 32:19-21; 33:5; 33:12; 33:21; 34:19; 34:22-25; 35:1-6; 35:18-22; 36:1; 36:8-9; 36:19-24; 37:4-7; 37:10; 37:15-16; 37:25; 38:1; 39:2-25; 40:13; 40:25; 41:1-9; 41:11; 41:14-15; 42:12; 42:14-15; 42:20-21; 42:23-25; 43:1; 43:3; 44:16-18; 44:22-25; 45:1-2; 46:4-16; 47:2; 47:6; 49:3-6; 50:6; 50:9-13; 51:9; 51:11-17 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to Google's internal systems, practices, projects, identifiers, cookies, the various types of logs maintained by Google, information contained in those logs, as well as Google's internal communications and practices with regard to Incognito and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED**.

DATED: _____        _____
                               THE HONORABLE SUSAN VAN KEULEN
                               United States Magistrate Judge