KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Matthew J. Cave (SBN 280704)
mcave@kfc.law
Sheila Nagaraj (SBN 268927)
snagaraj@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone:    (310) 409-0400
Facsimile:    (310) 409-0401

*Attorneys for Non-Party
PricewaterhouseCoopers LLP*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 5:20-cv-03664-LHK-SVK <br><br> **DECLARATION OF RICHARD J. DEMARCO, JR. IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR NON-PARTY PRICEWATERHOUSECOOPERS LLP TO RESPOND TO COURT ORDER FOR DOCUMENT PRODUCTION** <br><br> *[Filed concurrently with Stipulation and [Proposed] Order]* <br><br> Referral: Hon. Susan van Keulen, USMJ |

97701.2

1

Case No. 5:20-cv-03664-LHK-SVK

DECLARATION OF RICHARD J. DEMARCO, JR.

I, RICHARD J. DEMARCO, JR. hereby declare:

1. I am an attorney in the Office of the General Counsel for Non-Party PricewaterhouseCoopers LLP ("PwC"). I make this Declaration in support of PwC's stipulation with Plaintiffs Chasom Brown, et al. ("Plaintiffs") for an extension of time for PwC to respond to the Court's November 16, 2021 Order Granting in Part and Denying in Part Defendant's Motion for Protective Order ( the "Order"), which required PwC to produce responsive documents in accordance with the Order by November 30, 2021. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently as to the matters stated below.

2. On October 7, 2021, Plaintiffs' counsel served PwC with a subpoena seeking multiple categories of documents. On October 20, 2021, PwC served its objections to the subpoena, but did not receive a response from Plaintiffs' counsel.

3. On November 17, 2021, I first learned of the Order and, together with my colleagues, immediately began identifying the relevant custodians who worked on the engagement with Defendant Google and thus may possess e-mails potentially responsive to the Order. Between November 22 and 24, 2021, PwC met and conferred with Plaintiffs' counsel, and on November 24, 2021 (the Wednesday before Thanksgiving), Plaintiffs' counsel agreed to an extension to December 10, 2021 and provided search terms for PwC to use in its search. At my direction, PwC has collected and begun processing e-mails of relevant custodians so that search terms could be applied, but it will require additional time beyond the current November 30, 2021 deadline to complete the processing and to review any e-mails that may be generated by the application of search terms. PwC does not yet know whether any responsive documents will be located.

4. Given the impending deadline set forth in the Order, as well as the intervening Thanksgiving holiday, an extension to December 10, 2021 is appropriate and necessary in order for PwC to complete its search and to produce any responsive, non-privileged documents that may be located. As noted, Plaintiffs' counsel has stipulated and agreed to this extension.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of November 2021, in New York, New York.

/s/ _____
RICHARD J. DEMARCO, JR.

---

97701.2

3

Case No. 5:20-cv-03664-LHK-SVK

DECLARATION OF RICHARD J. DEMARCO, JR.