**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR ORDER EXTENDING THIRD PARTY ERNST & YOUNG LLP'S DEADLINE TO RESPOND TO SUBPOENA**<br><br>Judge:   Honorable Susan Van Keulen |

I, Ryan J. McGee, declare as follows:

1. I am an attorney with the law firm of Morgan & Morgan, P.A., counsel for Plaintiffs in this matter. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On November 18, 2021, counsel for Ernst & Young LLP ("EY"), Rachelle Navarro, contacted Plaintiffs to request additional time to respond to the subpoena. The basis for Ms. Navarro's request was that, given the time needed to upload the data, for EY to review the data that results from the searches, to allow Google to review the data in advance of the production to screen for privileged information, the additional two to three days to make the production, and the Thanksgiving holiday, EY needed more time to complete the production. Plaintiffs and EY agreed to extend EY's production date to December 7, 2021, provided that the Court approve the request.

3. There have been no other extensions or modifications to the Court's November 16, 2021 Order Granting In Part And Denying In Part Defendant's Motion For Protective Order (Dkt. 335).

4. Plaintiffs have determined that granting this extension should not affect other existing discovery deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of November, 2021 at Tampa, Florida.

/s/ Ryan J. McGee
Ryan J. McGee