**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR ORDER EXTENDING THIRD PARTY PROMONTORY FINANCIAL GROUP'S DEADLINE TO RESPOND TO SUBPOENA**<br><br>Judge:   Honorable Susan Van Keulen |

Case No. 5:20-cv-03664-LHK-SVK
DECLARATION IN SUPPORT OF STIPULATION TO EXTEND THIRD PARTY PROMONTORY FINANCIAL GROUP'S DEADLINE TO RESPOND TO SUBPOENA

I, Ryan J. McGee, declare as follows:

1. I am an attorney with the law firm of Morgan & Morgan, P.A., counsel for Plaintiffs in this matter. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Plaintiffs served a subpoena on Promontory Financial Group, and the International Business Machines Corporation ("Promontory/IBM") on or around September 17, 2021.

3. On or around October 26, 2021, Promontory/IBM served, by email, its objections to the subpoena and Stacey Blaustein, counsel for Promontory/IBM wrote, "We will be circling back about responsive documents shortly after our investigation is concluded."

4. On November 22, 2021, I emailed Ms. Blaustein to inquire whether the investigation had been concluded and providing a copy of the November 16, 2021 Order Granting in Part and Denying in Part Defendant's Motion for Protective Order (Dkt. 335). Ms. Blaustein responded that she was still "waiting to hear from one last person as to whether Promontory has any documents still available on this engagement. None of the employees who worked on the Google Privacy Assessment are still with Promontory; one went to IBM but he searched and does not have any responsive documents." Ms. Blaustein stated that she would know in a few days but expected the number of documents to be small.

5. On November 29, 2021, Ms. Blaustein emailed to request an additional ten days to respond to the subpoena. The basis for Promontory/IBM's request was that, although Ms. Blaustein had initially been informed that Promontory/IBM had no responsive documents for the reasons previously stated, she just learned that there may be some documents from a non-custodial source but that Ms. Blaustein had not yet had the opportunity to review the documents. Promontory/IBM needs additional time to complete the review and, if appropriate, prepare the documents for production.

6. On November 29, 2021, Plaintiffs submitted a Joint Stipulation and [Proposed] Order to Extend Third Party Ernst & Young LLP'S Deadline to Respond to Subpoena seeking an extension of Ernst & Young LLP's response date until December 7, 2021. There have been no other requests, or extensions or modifications to the Court's November 16, 2021 Order Granting

-1-   Case No. 5:20-cv-03664-LHK-SVK
DECLARATION IN SUPPORT OF STIPULATION TO EXTEND THIRD PARTY PROMONTORY FINANCIAL GROUP'S DEADLINE TO RESPOND TO SUBPOENA

in Part and Denying in Part Defendant's Motion for Protective Order (Dkt. 335).

7. Plaintiffs have determined that granting this extension should not result affect other existing discovery deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of November, 2021 at Tampa, Florida.

          /s/ Ryan J. McGee
          Ryan J. McGee