# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR NON-PARTY PRICEWATERHOUSECOOPERS LLP TO RESPOND TO COURT ORDER FOR DOCUMENT PRODUCTION**<br><br>*[Filed concurrently with Stipulation to Extend Time for Non-Party PricewaterhouseCoopers LLP to Respond to Court Order for Document Production; Declaration of Richard J. DeMarco, Jr.]*<br><br>Referral: Hon. Susan van Keulen, USMJ |

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

1    Pursuant to the concurrently filed stipulation of the Parties, and for good cause appearing,
2 the Court hereby ORDERS:
3    The deadline for Non-Party PricewaterhouseCoopers ("PwC") to respond to the Court's
4 November 16, 2021 Order for Document Production (Dkt. No. 335), shall be extended to
5 December 10, 2021.
6    **IT IS SO ORDERED.**

8 Dated:  November 30, 2021                    _____
9                                               HON. SUSAN VAN KEULEN
                                                UNITED STATES MAGISTRATE JUDGE