**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant*

Rachelle Navarro
Assistant General Counsel
Rachelle.Navarro@ey.com
**ERNST & YOUNG LLP**
One Manhattan West
New York, NY 10001
Tel: 212 773 3000
Fax: 212 773 6350

*Counsel for Third Party Ernst & Young LLP*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THIRD PARTY ERNST & YOUNG LLP'S DEADLINE TO RESPOND TO SUBPOENA**<br><br>Judge:   Honorable Susan Van Keulen |

1    Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs, Google LLC ("Google"), collectively referred to as the "Parties," and Third Party Ernst & Young, LLP.

WHEREAS, Plaintiffs served a subpoena on each of the non-party auditors, Ernst & Young ("EY"), Price Waterhouse Co. ("PwC"), and Promontory Group ("Promontory") (collectively, "Third Parties").  All responses and objections were received by October 26, 2021;

WHEREAS, Google sought a protective order to prevent Third Parties from producing documents responsive to the subpoenas.  The Parties submitted a joint discovery letter brief on October 28, 2021. (Dkt. 314);

WHEREAS, the Court issued an Order Granting in Part and Denying in Part Defendant's Motion for Protective Order (Dkt. 335) on November 16, 2021 ordering that the Third Parties respond to Request No. 6 "limited to communications with Google, and any documents referred to in those communications, from June 1, 2014 to present, relating to Google's privacy controls addressed in the 2011 Consent Decree and Google's conduct in connection with Incognito and any other private browsing mode";

WHEREAS, on November 18, 2021, EY contacted Plaintiffs to request additional time to respond to the subpoena;

WHEREAS, given the time needed to upload the data, for EY to review the data that results from the searches, to allow Google to review the data in advance of the production to screen for privileged information, the additional two to three days to make the production, and then the Thanksgiving holiday, need up to, and including, December 7, 2021 to complete the production;

WHEREAS, there have been no other extensions or modifications to the Court's November 16, 2021 Order Granting in Part and Denying in Part Defendant's Motion for Protective Order (Dkt. 335);

\\\
\\\
\\\
\\\

NOW THEREFORE, the Parties stipulate that the date for EY to respond to subpoena pursuant to the November 16, 2021 Order Granting in Part and Denying in Part Defendant's Motion for Protective Order (Dkt. 335) shall be extended from November 30, 2021 to December 7, 2021

DATED: November 29, 2021          MORGAN & MORGAN

By  */s/ Ryan J. McGee*
Ryan J. McGee
*Counsel on behalf of Plaintiffs*

DATED: November 29, 2021          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Jonathan Tse*
Jonathan Tse
*Counsel on behalf of Google*

DATED: November 29, 2021          By  */s/ Rachelle Navarro*
Rachelle Navarro
*Counsel on behalf of Ernst & Young LLP*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order to Continue Discovery Deadlines.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: November 29, 2021                              By */s/ Ryan J. McGee*
                                                                                    Ryan J. McGee
                                                                                    *Counsel on behalf of Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>[PROPOSED] ORDER<br><br>Judge:   Honorable Susan Van Keulen |

Pursuant to stipulation of the Parties, the Court sets the following case schedule:

The date for EY to respond to subpoena pursuant to the November 16, 2021 Order Granting In Part And Denying In Part Defendant's Motion For Protective Order (Dkt. 335) shall be extended from November 30, 2021 to December 7, 2021.

**IT IS SO ORDERED.**

DATED: __November 30__, 2021

_____
Hon. Susan Van Keulen
United States Magistrate Judge