| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>SUSMAN GODFREY L.L.P.<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>MORGAN & MORGAN<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT ADMINISTRATIVE MOTION REQUESTING SCHEDULING ORDER FOR JOINT STATEMENTS ON DISCOVERY DISPUTES**<br><br>Judge:　　Honorable Susan van Keulen |

Pursuant to Civil Local Rule 7-11, Plaintiffs and Defendant, Google LLC, submit this administrative motion for an order scheduling briefing regarding discovery disputes on which the parties have reached impasse. Namely, Plaintiffs are seeking the apex depositions of Alphabet and Google's Chief Executive Officer Sundar Pichai and Chief Marketing Officer Lorraine Twohill and Google opposes the depositions. The parties have met and conferred and reached impasse. Mindful of the Court's recent *Calhoun* Order, the parties wish to seek guidance from the Court on how it would prefer the parties brief these disputes. The parties have provided an agreed-to briefing schedule below for the Court's consideration.

Additionally, the parties are continuing to meet and confer regarding disputes on Google's responses to several of Plaintiffs' Interrogatories. The parties are hopeful agreement can be reached. If not, and with permission of the Court, the parties anticipate briefing any outstanding issues related to Interrogatory Nos. 8 and 11-17.

Plaintiffs and Google hereby move the Court for entry of an order setting the following briefing schedule:

1. The Parties are to file a single, joint letter brief not to exceed five pages regarding the apex deposition of Ms. Lorraine Twohill at 8:30 p.m. Pacific Time on December 15, 2021, with an option for both Parties to stipulate to a slightly later filing, if necessary.

2. The Parties are to file a single, joint letter brief not to exceed five pages regarding the apex deposition of Mr. Sundar Pichai at 5:30 p.m. Pacific Time on December 17, 2021, with an option for both Parties to stipulate to a slightly later filing, if necessary.

3. The Parties are to continue meeting and conferring regarding Google's responses to Plaintiffs' Interrogatory Nos. 8 and 11-17. If the Parties are unable to reach a resolution, the Parties may file a single, joint letter brief not to exceed five pages.

1  DATED: December 14, 2021

2

3  QUINN EMANUEL URQUHART & SULLIVAN, LLP

   BOIES SCHILLER FLEXNER LLP

4

   */s/ Andrew H. Schapiro*

   */s/ Mark C. Mao*

5  Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com

   Mark C. Mao (CA Bar No. 236165)
   mmao@bsfllp.com

6  191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606

   Sean Phillips Rodriguez (CA Bar No. 262437)
   srodriguez@bsfllp.com

7  Tel: (312) 705-7400
   Fax: (312) 705-7401

   Beko Reblitz-Richardson (CA Bar No. 238027)
   brichardson@bsfllp.com

8  
   Stephen A. Broome (CA Bar No. 314605)

   44 Montgomery Street, 41st Floor
   San Francisco, CA 94104

9  sb@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)

   Tel: (415) 293 6858
   Fax: (415) 999 9695

10 violatrebicka@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor

   James W. Lee (*pro hac vice*)

11 Los Angeles, CA 90017
   Tel: (213) 443-3000

   jlee@bsfllp.com
   Rossana Baeza (*pro hac vice*)

12 Fax: (213) 443-3100

   rbaeza@bsfllp.com
   100 SE 2nd Street, Suite 2800

13 Jomaire A. Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com

   Miami, FL 33130
   Tel: (305) 539-8400

14 51 Madison Avenue, 22nd Floor
   New York, NY 10010

   Fax: (305) 539-1304

15 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

   William Christopher Carmody (*pro hac vice*)
   bcarmody@susmangodfrey.com

16 
   Josef Ansorge (admitted *pro hac vice*)

   Shawn J. Rabin (*pro hac vice*)
   srabin@susmangodfrey.com

17 josefansorge@quinnemanuel.com
   Carl Spilly (admitted *pro hac vice*)

   Steven Shepard (*pro hac vice*)
   sshepard@susmangodfrey.com

18 carlspilly@quinnemanuel.com
   1300 I Street NW, Suite 900

   Alexander P. Frawley (*pro hac vice*)
   afrawley@susmangodfrey.com

19 Washington D.C., 20005
   Tel: (202) 538-8000

   SUSMAN GODFREY L.L.P.
   1301 Avenue of the Americas, 32nd Floor

20 Fax: (202) 538-8100

   New York, NY 10019
   Tel: (212) 336-8330

21 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com

   Amanda Bonn (CA Bar No. 270891)

22 50 California Street, 22nd Floor
   San Francisco, CA 94111

   abonn@susmangodfrey.com
   SUSMAN GODFREY L.L.P.

23 Tel: (415) 875-6600
   Fax: (415) 875-6700

   1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067

24 
   *Attorneys for Defendant Google LLC*

   Tel: (310) 789-3100

25 
   John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com

26 
   Ryan J. McGee (*pro hac vice*)
   rmcgee@forthepeople.com

27 
   MORGAN & MORGAN, P.A.
   201 N Franklin Street, 7th Floor

28 
   Tampa, FL 33602

-2-     Case No. 5:20-cv-03664-LHK-SVK
JOINT ADMINISTRATIVE MOTION REQUESTING SCHEDULING ORDER FOR JOINT STATEMENTS ON DISCOVERY DISPUTES

Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Administrative Motion Requesting Scheduling Order For Joint Statements On Discovery Disputes. I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: December 14, 2021

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel on behalf of Google*