UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DISCOVERY DISPUTES**<br><br>Judge:    Honorable Susan van Keulen |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs and Defendant Google LLC jointly request entry of an order scheduling briefing regarding discovery disputes on which the parties have reached impasse.  The Parties stipulate as follows:

WHEREAS, the Parties conferred on Plaintiffs' requests to take apex depositions of Alphabet and Google's Chief Executive Officer Sundar Pichai and Chief Marketing Officer Lorraine Twohill, which Google opposes, and have reached impasse; and

WHEREAS, the Parties seek the Court's guidance on its preferred method for briefing these two discovery disputes; and

WHEREAS, the Parties are continuing to meet and confer regarding disputes related to Google's responses to Plaintiffs' Interrogatory Nos. 8 and 11-17; and

WHEREAS, the Parties seek the Court's guidance on its preferred method for briefing this discovery dispute in the event of impasse following continued meet and confer negotiations; and

NOW, THEREFORE, the Parties stipulate to the following briefing schedule for these disputes:

1. The Parties are to file a single, joint letter brief not to exceed five pages regarding the apex deposition of Ms. Lorraine Twohill at 8:30 p.m. Pacific Time on December 15, 2021, with an option for both Parties to stipulate to a slightly later filing, if necessary.
2. The Parties are to file a single, joint letter brief not to exceed five pages regarding the apex deposition of Mr. Sundar Pichai at 5:30 p.m. Pacific Time on December 17, 2021, with an option for both Parties to stipulate to a slightly later filing, if necessary.
3. The Parties are to continue meeting and conferring regarding Google's responses to Plaintiffs' Interrogatory Nos. 8 and 11-17. If the Parties are unable to reach a resolution, the Parties may file a single, joint letter brief not to exceed five pages.

1  DATED: December 14, 2021

2

3  QUINN EMANUEL URQUHART & SULLIVAN, LLP

BOIES SCHILLER FLEXNER LLP

4

*/s/ Andrew H. Schapiro*

*/s/ Mark C. Mao*

5  Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
6  191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
7  Tel: (312) 705-7400
Fax: (312) 705-7401
8
Stephen A. Broome (CA Bar No. 314605)
9  sb@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
10 violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
11 Los Angeles, CA 90017
Tel: (213) 443-3000
12 Fax: (213) 443-3100

13 Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
14 51 Madison Avenue, 22nd Floor
New York, NY 10010
15 Telephone: (212) 849-7000
Facsimile: (212) 849-7100
16
Josef Ansorge (admitted *pro hac vice*)
17 josefansorge@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
18 carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
19 Washington D.C., 20005
Tel: (202) 538-8000
20 Fax: (202) 538-8100

21 Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
22 50 California Street, 22nd Floor
San Francisco, CA 94111
23 Tel: (415) 875-6600
Fax: (415) 875-6700
24
*Attorneys for Defendant Google LLC*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Sean Phillips Rodriguez (CA Bar No. 262437)
srodriguez@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

25

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
26 Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
27 MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
28 Tampa, FL 33602

-2- Case No. 5:20-cv-03664-LHK-SVK
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DISCOVERY DISPUTES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

## ATTESTATION OF CONCURRENCE

I am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DISCOVERY DISPUTES. I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: December 14, 2021              By      */s/ Andrew H. Schapiro*
                                              Andrew H. Schapiro
                                              *Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby ORDERS:

The parties are to submit briefing according to the following schedule:

1. The Parties are to file a single, joint letter brief not to exceed five pages regarding the apex deposition of Ms. Lorraine Twohill at 8:30 p.m. Pacific Time on December 15, 2021, with an option for both Parties to stipulate to a slightly later filing, if necessary.

2. The Parties are to file a single, joint letter brief not to exceed five pages regarding the apex deposition of Mr. Sundar Pichai at 5:30 p.m. Pacific Time on December 17, 2021, with an option for both Parties to stipulate to a slightly later filing, if necessary.

3. The Parties are to continue meeting and conferring regarding Google's responses to Plaintiffs' Interrogatory Nos. 8 and 11-17. If the Parties are unable to reach a resolution, the Parties may file a single, joint letter brief not to exceed five pages.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge

-5-   Case No. 5:20-cv-03664-LHK-SVK
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DISCOVERY DISPUTES