# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST TO DEPOSE LORRAINE TWOHILL**<br><br>Judge:　Honorable Susan van Keulen |

# [PROPOSED] ORDER

Before the Court is the Parties' Joint Submission regarding their dispute over the requested apex deposition of Google employee Ms. Lorraine Twohill (the "Submission"). Having considered the parties' positions and other papers on file, the Court hereby **ORDERS** as follows:

Plaintiffs' request to depose Ms. Lorraine Twohill is denied.

**IT IS SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.:  5:20-cv-03664-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO DEPOSE LORRAINE TWOHILL** |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Submission regarding their dispute over the requested deposition of Google employee Lorraine Twohill (the "Submission"). Having considered the parties' positions and other papers on file, the Court hereby **ORDERS** as follows:

Plaintiffs' request is granted. Within one week of this Order, Google will identify for Plaintiffs the dates that Lorraine Twohill is available to be deposed. The dates Google provides to Plaintiffs will precede the close of discovery in this case.

**IT IS SO ORDERED.**

DATED: _____   _____

Honorable Susan van Keulen
United States Magistrate District Judge