Exhibit A

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>    GOOGLE LLC,<br><br>        Defendant. | Case No.:  5:20-cv-03664-LHK<br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO DEPOSE SUNDAR PICHAI** |

1                                            **[PROPOSED] ORDER**

2          Before the Court is the Parties' Joint Submission regarding their dispute over the requested

3    deposition of Google employee Sundar Pichai.  Having considered the parties' positions and other

4    papers on file, the Court hereby **ORDERS** as follows:

5          Plaintiffs' request is granted.  Within one week of this Order, Google will identify for

6    Plaintiffs the dates that Sundar Pichai is available to be deposed.  The dates Google provides to

7    Plaintiffs will precede the close of discovery in this case.

8

9          **IT IS SO ORDERED.**

10

11   DATED: _____          _____

12                                         Honorable Susan van Keulen

13                                         United States Magistrate District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*,<br><br>        Plaintiffs,<br><br>            v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**[PROPOSED] ORDER DENYING**<br>**PLAINTIFFS' REQUEST TO DEPOSE**<br>**SUNDAR PICHAI**<br><br>Judge:    Honorable Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Submission regarding their dispute over the requested apex deposition of Google employee Mr. Sundar Pichai (the "Submission"). Having considered the parties' positions and other papers on file, the Court hereby **ORDERS** as follows:

Plaintiffs' request to depose Mr. Sundar Pichai is denied.


**IT IS SO ORDERED.**


DATED: _____          _____
                                         HON. SUSAN VAN KEULEN
                                         United States Magistrate Judge