UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-03664-LHK  (SVK)<br><br>**ORDER REGARDING DEPOSITION OF SUNDAR PICHAI**<br><br>Re: Dkt. No. 357 |

The Court has reviewed the Parties' submission regarding Plaintiffs' request to depose Alphabet and Google CEO Sundar Pichai. Dkt. 357. Plaintiffs support their argument with citations to documents and deposition transcripts and offer to provide that material to the Court for its review. Accordingly, the Court **ORDERS** Plaintiffs to submit only the documents and deposition excerpts cited in Dkt. 357 in the order in which they appear in the joint submission. The submission is to be: (1) filed on ECF under seal; (2) sent by electronic means to SvKCRD@cand.uscourts.gov; and (3) delivered by hard copy to the Court drop box by 4 p.m. on Monday, December 20, 2021. Delivery to the Court is to be confirmed to SvKCRD@cand.uscourts.gov.

If Defendant's argument is supported by unique documents or transcript excerpts in Dkt. 357, Defendant may submit those to the Court as well in the same manner described above.

**SO ORDERED.**

Dated: December 20, 2021

SUSAN VAN KEULEN
United States Magistrate Judge