| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY  10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-LHK-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO DKT. 358**<br><br>The Honorable Susan van Keulen<br>Date:  November 4, 2021<br>Time: 10:00 a.m.<br>Courtroom 6 - 4th Floor |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:20-cv-03664-LHK-SVK

Pursuant to the Court's Order (Dkt. 358), and Civil Local Rule 79-5, Plaintiffs respectfully submit the following documents and transcript excerpts cited in Dkt. 357 under seal.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| GOOG-BRWN-00409986 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00226088 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| April 13 Hearing Transcript Excerpts | Google | Entire document | Pursuant to the Court's Order (Dkt. 358) |
| GOOG-BRWN-00225677 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00477510 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00630517 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00393432 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00393423 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-CABR-03750737 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |

| | | | |
|---|---|---|---|
| GOOG-BRWN-00418249 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00167337 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00183943 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-CABR-03827263 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00140297 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-CABR-04991831 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-CABR-05269357 | Google | Entire document | Refers to material designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| GOOG-BRWN-00457784 | Google | Entire document | Refers to material designated "Confidential" Protective Order |

| | | | |
|---|---|---|---|
| GOOG-BRWN-00048967.C | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-BRWN-00388293 | Google | Entire document | Refers to material designated "Confidential" pursuant to the Protective Order |
| GOOG-CALH-00452518 (GOOG-CABR-00501220) | Google | Entire document | Refers to material designated "Confidential" |
| GOOG-CABR-05269678 | Google | Entire document | Refers to material designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Brian Rakowski Deposition Transcript Excerpts | Google | Entire document | Refers to material designated "Confidential" |
| Adrienne Porter Felt Deposition Transcript Excerpts | Google | Entire document | Refers to material designated "Confidential" |
| Abdelkarim Mardini Deposition Transcript Excerpts | Google | Entire document | Refers to material designated "Confidential" |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: December 20, 2021          Respectfully submitted,

By: /s/Amanda Bonn

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102

Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*