QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL SUPPORTING DOCUMENTS IN DKT. 357 IN RESPONSE TO THE COURT'S ORDER (DKT. 358)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Pursuant to the Court's Order (Dkt. 358), Google hereby submits under seal the following three exhibits that Google relied upon in its portion of the Joint Submission Re: Deposition of Google Officer Sundar Pichai (Dkt. 357):

- Excerpt from transcript of the April 13, 2021 Discovery Hearing;
- Excerpt from transcript of the August 19, 2021 Deposition of Brian Rakowski; and
- Excerpt from transcript of the November 24, 2021 Deposition of Abdelkarim Mardini.

DATED:  December 20, 2021               QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        By  */s/ Andrew H. Schapiro*
                                            Andrew H. Schapiro (admitted pro hac vice)
                                            andrewschapiro@quinnemanuel.com
                                            191 N. Wacker Drive, Suite 2700
                                            Chicago, IL 60606
                                            Telephone: (312) 705-7400
                                            Facsimile: (312) 705-7401

                                            Stephen A. Broome (CA Bar No. 314605)
                                            sb@quinnemanuel.com
                                            Viola Trebicka (CA Bar No. 269526)
                                            violatrebicka@quinnemanuel.com
                                            865 S. Figueroa Street, 10th Floor
                                            Los Angeles, CA 90017
                                            Telephone: (213) 443-3000
                                            Facsimile: (213) 443-3100

                                            Diane M. Doolittle (CA Bar No. 142046)
                                            dianedoolittle@quinnemanuel.com
                                            555 Twin Dolphin Drive, 5th Floor
                                            Redwood Shores, CA 94065
                                            Telephone: (650) 801-5000
                                            Facsimile: (650) 801-5100

                                            Jomaire Crawford (admitted pro hac vice)
                                            jomairecrawford@quinnemanuel.com
                                            51 Madison Avenue, 22nd Floor
                                            New York, NY 10010
                                            Telephone: (212) 849-7000
                                            Facsimile: (212) 849-7100

                                            Josef Ansorge (admitted pro hac vice)
                                            josefansorge@quinnemanuel.com

| | |
|---|---|
| 1 | 1300 I Street NW, Suite 900 |
| 2 | Washington D.C., 20005 |
|   | Telephone: (202) 538-8000 |
| 3 | Facsimile: (202) 538-8100 |
| 4 | Jonathan Tse (CA Bar No. 305468) |
|   | jonathantse@quinnemanuel.com |
| 5 | 50 California Street, 22nd Floor |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 875-6600 |
| 7 | Facsimile: (415) 875-6700 |
| 8 | *Attorneys for Defendant Google LLC* |

-2-  Case No. 5:20-cv-03664-LHK-SVK
GOOGLE'S ADMINISTRATIVE MOTION TO SEAL SUPPORTING DOCUMENTS IN DKT. 357
IN RESPONSE TO THE COURT'S ORDER (DKT. 358)