**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel
listed in signature blocks below*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel
listed in signature blocks below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 360)**<br><br>Judge:    Honorable Susan van Keulen |

Case No. 5:20-cv-03664-LHK-SVK

1    Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and

2  Google LLC ("Google"), collectively referred to as the "Parties."

3    WHEREAS, on December 20, 2021, Plaintiffs filed their Administrative Motion to Seal

4  Documents Pursuant to Dkt. 358 (Dkt. 360).

5    WHEREAS, on December 26, 2021, Google received unredacted copies of Plaintiffs'

6  unredacted documents and transcript excerpts cited in Dkt. 357 under seal and submitted with Dkt.

7  360;

8    WHEREAS, pursuant to Civil Local Rule 79-5(e), the current deadline for Google, as the

9  Designating Party, to establish that such designated material is sealable, is by Monday, December

10 27, 2021;

11    WHEREAS, the Parties agree that an extension of time of 7 days will provide Google with

12 sufficient to submit its declaration in support its designated material in the filings (Dkts. 357, 358,

13 360);

14    NOW THEREFORE, the Parties stipulate to extend the deadline by which Google shall

15 submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 360), to January 3, 2022.

16

17 DATED:  December 27, 2021

18

19 QUINN EMANUEL URQUHART &           BOIES SCHILLER FLEXNER LLP
   SULLIVAN, LLP

20     */s/ Andrew H. Schapiro*                  */s/ Alexander P. Frawley*
   Andrew H. Schapiro (admitted *pro*        Mark C. Mao (CA Bar No. 236165)
21 *hac vice*)                                 mmao@bsfllp.com
   andrewschapiro@quinnemanuel.com           Beko Reblitz-Richardson (CA Bar No.
22 191 N. Wacker Drive, Suite 2700           238027)
   Chicago, IL 60606                         brichardson@bsfllp.com
23 Tel: (312) 705-7400                        44 Montgomery Street, 41st Floor
   Fax: (312) 705-7401                        San Francisco, CA 94104
24                                             Tel: (415) 293 6858
   Stephen A. Broome (CA Bar No.             Fax: (415) 999 9695
25 314605)
   sb@quinnemanuel.com                       James W. Lee (*pro hac vice*)
26 Viola Trebicka (CA Bar No. 269526)         jlee@bsfllp.com
   violatrebicka@quinnemanuel.com            Rossana Baeza (*pro hac vice*)
27 865 S. Figueroa Street, 10th Floor         rbaeza@bsfllp.com
   Los Angeles, CA 90017                      100 SE 2nd Street, Suite 2800
28 Tel: (213) 443-3000                        Miami, FL 33130
   Fax: (213) 443-3100                        Tel: (305) 539-8400

-1-                                          Case No. 5:20-cv-03664-LHK-SVK

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

Fax: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT
DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 360)

1

2

### **ATTESTATION OF CONCURRENCE**

3

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION

4

AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION

5

IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 360). Pursuant to Civil L.R. 5-1(i)(3),

6

I hereby attest that each of the signatories identified above has concurred in the filing of this

7

document

8

9

Dated: December 27, 2021                  By_____ */s/ Andrew H. Schapiro*_____

10                                                               Andrew H. Schapiro
                                                                 *Counsel on behalf of Google*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 360) shall be extended to January 3, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____December 28_____, 2021 _____

Hon. Susan van Keulen
United States Magistrate Judge

Case No. 5:20-cv-03664-LHK-SVK

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 360)