QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT (DKT. 136-1)**<br><br>Judge: Hon. Lucy H. Koh |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 6-3, I submit this declaration in support of Google's Motion to Enlarge the Time to File its Answer to Plaintiffs' Second Amended Complaint (Dkt. 136-1), which seeks a 10-day extension of Google's deadline to answer.

3. Plaintiffs moved for leave to file their 284-paragraph Second Amended Complaint on April 14, 2021, which the Court granted on April 15, 2021 (Dkt. 138).

4. On May 17, 2021, Google moved to dismiss the newly-added Counts Six and Seven (Dkt. 164).

5. On December 22, 2021, the Court issued its Order denying Google's Motion to Dismiss (Dkt. 363).

6. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Google's Answer to Plaintiffs' 284-paragraph Second Amended Complaint is due on January 5, 2022.

7. Because the Court's Order (Dkt. 363) came down prior to the year-end holidays, Google's in-house and outside counsel's availability to prepare the Answer has been limited. Several of Google's employees are also off work for the holidays, making verification of the Answer difficult.

8. The Parties met and conferred on Google's request for an extension.

9. On December 31, 2021, Plaintiffs informed Google that they oppose its request and would not engage in further meet and confer related to the request.

10. Plaintiffs have not represented that an extension of Google's time to file the Answer would prejudice them.

11. The Court has previously modified the case schedule by extending Plaintiffs' deadline to file a brief response to the affidavit and declaration submitted in response to the Court's request (Dkt. 110) and the deadline for special master submissions (Dkt. 206), and has also granted

1  the parties' stipulations to extend the time to answer the complaint (Dkt. 42), submit protective order
2  and ESI order (Dkt. 72), submit motion to dismiss briefing (Dkt. 73), submit proposed redactions to
3  the April 27, 2021 hearing transcript (Dkt. 163) and June 2, 2021 hearing transcript (Dkt. 246),
4  submit a declaration in support of Plaintiffs' motion to seal (Dkts. 294, 367), file Google's motion
5  for protective order (Dkt. 301), and respond to third-party subpoenas (Dkts. 347-50). The Court has
6  further granted the parties' stipulations setting a briefing schedule for Google's motion to dismiss
7  Counts Six and Seven of the Second Amended Complaint (Dkt. 175) and continuing several
8  discovery and motion deadlines (Dkt. 261), including the deadlines for the close of fact discovery,
9  opening and rebuttal expert reports, close of expert discovery, filing motion for class certification,
10 and the class certification hearing.

11     12.     The 10-day extension to January 15, 2022 will not affect the schedule in this case.

13     I declare under penalty of perjury of the laws of the United States that the foregoing is true
14 and correct. Executed in San Francisco, California on December 31, 2021.

16 DATED:  December 31, 2021                QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

                                            By  */s/ Jonathan Tse*
18                                              Jonathan Tse

19                                              *Attorney for Defendant*