1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Diane M. Doolittle (CA Bar No. 142046)          Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com                 andrewschapiro@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor               191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                         Chicago, IL 60606
4  Telephone: (650) 801-5000                        Telephone: (312) 705-7400
5  Facsimile: (650) 801-5100                        Facsimile: (312) 705-7401

6  Stephen A. Broome (CA Bar No. 314605)           Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com                  josefansorge@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)              1300 I. Street, N.W., Suite 900
   violatrebicka@quinnemanuel.com                  Washington, D.C. 20005
8  865 S. Figueroa Street, 10th Floor              Telephone: 202-538-8000
                                                   Facsimile: 202-538-8100
9  Los Angeles, CA 90017
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

11 Jonathan Tse (CA Bar No. 305468)                Jomaire A. Crawford (admitted *pro hac vice*)
   jonathantse@quinnemanuel.com                    jomairecrawford@quinnemanuel.com
12 50 California Street, 22nd Floor                 51 Madison Avenue, 22nd Floor
                                                   New York, NY 10010
13 San Francisco, CA 94111                          Telephone: (212) 849-7000
   Telephone: (415) 875-6600                        Facsimile: (212) 849-7100
14 Facsimile: (415) 875-6700

15 *Attorneys for Defendant Google LLC*

16                          UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 
                                                 Case No. 5:20-cv-03664-LHK-SVK
19 CHASOM BROWN, WILLIAM BYATT,
   JEREMY DAVIS, CHRISTOPHER                     **[PROPOSED] ORDER GRANTING**
20 CASTILLO, and MONIQUE TRUJILLO,               **GOOGLE LLC'S ADMINISTRATIVE**
   individually and on behalf of all similarly   **MOTION TO ENLARGE TIME TO FILE**
21 situated,                                      **ANSWER TO SECOND AMENDED**
                                                 **COMPLAINT (DKT. 136-1)**
22        Plaintiffs,

23        v.                                      Judge:  Hon. Lucy H. Koh

24 GOOGLE LLC,

25        Defendant.

26 

27 

28 
                                                 Case No. 5:20-cv-03664-LHK-SVK
   [PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO
                  FILE ANSWER TO SECOND AMENDED COMPLAINT (DKT. 136-1)

1

**[PROPOSED] ORDER**

2       Before the Court is Google's Administrative Motion to Enlarge the Time to File its

3   Answer to Plaintiffs' Second Amended Complaint (Dkt. 136-1) (the "Motion") and the

4   accompanying Declaration of Jonathan Tse in support of the Motion. Having considered these and

5   other papers on file, and good cause having been found, the Court GRANTS the Motion.

6       Accordingly, IT IS HEREBY ORDERED THAT:

7       Google's Administrative Motion to Enlarge the Time to File its Answer to Plaintiffs'

8   Second Amended Complaint (Dkt. 136-1) is granted, and the time for Google to file its Answer is

9   enlarged to January 15, 2022.

10

11      **IT IS SO ORDERED.**

12

13  DATED:_____         _____
                                        HON. LUCY H. KOH
14                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28