BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

Counsel for Plaintiffs; additional counsel listed in signature blocks below

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Counsel for Defendant; additional counsel listed in signature blocks below

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |

Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, the Parties met and conferred but were unable to reach an agreement on modifications to the Case Management Schedule;

WHEREAS, on December 31, 2021, Plaintiffs filed their Motion for Relief from Case Management Schedule (the "Motion"), seeking an extension on the deadlines for the close of fact discovery and expert reports without modifying any other deadlines, Dkt. 371;

WHEREAS, the Motion has been noticed for a February 8, 2022 hearing;

WHEREAS, the close of fact discovery is currently scheduled for January 21, 2022;

WHEREAS, the Parties agree that an expedited briefing schedule and hearing date are necessary to resolve the Motion.

NOW THEREFORE, the Parties stipulate to the following expedited briefing schedule and jointly request a hearing date for the Motion.

1. The deadline for Google to file its opposition to Plaintiffs' Motion for Relief from Case Management Schedule shall be January 11, 2022.

2. The deadline for Plaintiffs to file any Reply shall be January 14, 2022.

3. The Parties jointly request a hearing on Plaintiffs' Motion for Relief from Case Management Schedule as soon as possible after January 14, at the Court's convenience.

DATED: January 3, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSMAN GODFREY L.L.P. |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Amanda Bonn* |
| Andrew H. Schapiro (admitted *pro hac vice*) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Chicago, IL 60606 | brichardson@bsfllp.com |
| Tel: (312) 705-7400 | 44 Montgomery Street, 41st Floor |
| Fax: (312) 705-7401 | San Francisco, CA 94104 |
| | Tel: (415) 293 6858 |
| | Fax: (415) 999 9695 |

| | | |
|---|---|---|
| 1 | Stephen A. Broome (CA Bar No. 314605) | James W. Lee (*pro hac vice*) |
| 2 | sb@quinnemanuel.com | jlee@bsfllp.com |
| | Viola Trebicka (CA Bar No. 269526) | Rossana Baeza (*pro hac vice*) |
| 3 | violatrebicka@quinnemanuel.com | rbaeza@bsfllp.com |
| | 865 S. Figueroa Street, 10th Floor | 100 SE 2nd Street, Suite 2800 |
| 4 | Los Angeles, CA 90017 | Miami, FL 33130 |
| | Tel: (213) 443-3000 | Tel: (305) 539-8400 |
| 5 | Fax: (213) 443-3100 | Fax: (305) 539-1304 |
| 6 | Diane M. Doolittle (CA Bar No. 142046) | William Christopher Carmody (*pro hac vice*) |
| 7 | dianedoolittle@quinnemanuel.com | bcarmody@susmangodfrey.com |
| | 555 Twin Dolphin Drive, 5th Floor | Shawn J. Rabin (*pro hac vice*) |
| 8 | Redwood Shores, CA 94065 | srabin@susmangodfrey.com |
| | Telephone: (650) 801-5000 | Steven Shepard (*pro hac vice*) |
| 9 | Facsimile: (650) 801-5100 | sshepard@susmangodfrey.com |
| | | Alexander P. Frawley (*pro hac vice*) |
| 10 | Jomaire A. Crawford (admitted *pro hac vice*) | afrawley@susmangodfrey.com |
| | | SUSMAN GODFREY L.L.P. |
| 11 | jomairecrawford@quinnemanuel.com | 1301 Avenue of the Americas, 32nd Floor |
| | 51 Madison Avenue, 22nd Floor | New York, NY 10019 |
| 12 | New York, NY 10010 | Tel: (212) 336-8330 |
| | Telephone: (212) 849-7000 | |
| 13 | Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891) |
| | | abonn@susmangodfrey.com |
| 14 | Josef Ansorge (admitted *pro hac vice*) | SUSMAN GODFREY L.L.P. |
| | | 1900 Avenue of the Stars, Suite 1400 |
| 15 | josefansorge@quinnemanuel.com | Los Angeles, CA 90067 |
| | 1300 I Street NW, Suite 900 | Tel: (310) 789-3100 |
| 16 | Carl Spilly (admitted *pro hac vice*) | |
| | carlspilly@quinnemanuel.com | John A. Yanchunis (*pro hac vice*) |
| 17 | Washington D.C., 20005 | jyanchunis@forthepeople.com |
| | Tel: (202) 538-8000 | Ryan J. McGee (*pro hac vice*) |
| 18 | Fax: (202) 538-8100 | rmcgee@forthepeople.com |
| | | MORGAN & MORGAN, P.A. |
| 19 | Jonathan Tse (CA Bar No. 305468) | 201 N Franklin Street, 7th Floor |
| | jonathantse@quinnemanuel.com | Tampa, FL 33602 |
| 20 | 50 California Street, 22nd Floor | Tel: (813) 223-5505 |
| | San Francisco, CA 94111 | Fax: (813) 222-4736 |
| 21 | Tel: (415) 875-6600 | |
| | Fax: (415) 875-6700 | Michael F. Ram (CA Bar No. 104805) |
| 22 | | mram@forthepeople.com |
| | *Attorneys for Defendant Google LLC* | MORGAN & MORGAN, P.A. |
| 23 | | 711 Van Ness Avenue, Suite 500 |
| | | San Francisco, CA 94102 |
| 24 | | Tel: (415) 358-6913 |
| 25 | | *Attorneys for Plaintiffs* |
| 26 | | |
| 27 | | |
| 28 | | |

-2-    Case No. 5:20-cv-03664-LHK-SVK
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: January 3, 2022          By   /s/ Amanda Bonn
                                     Amanda Bonn
                                     *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

1. The deadline for Google to file its opposition to Plaintiffs' Motion for Relief from Case Management Schedule shall be January 11, 2022.
2. The deadline for Plaintiffs to file any Reply shall be January 14, 2022.
3. The hearing on Plaintiffs' Motion for Relief from Case Management Schedule is scheduled for _____.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2022           _____

                                                                                                       Hon. Susan van Keulen
United States Magistrate Judge