Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-LHK-SVK<br><br>**DECLARATION OF JAMES W. LEE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE LLC'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**(CIVIL LOCAL RULE 6-3)** |

## DECLARATION OF JAMES W. LEE

I, James W. Lee, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney appearing *pro hac vice* in this case. I have personal knowledge of the matters set forth herein and am competent to testify.

2. This case was first filed on June 2, 2020 and Plaintiffs filed their First Amended Complaint on September 21, 2020 (the "FAC"). Dkt. 68.

3. After the Court denied Google's motion to dismiss the FAC, the parties entered into a stipulation permitting Plaintiffs to file their Second Amended Complaint (the "SAC"), which the Court granted on April 15, 2021. Dkts. 136, 138.

4. After Plaintiffs filed their SAC, in July 2021 the parties engaged in discussions about Google's anticipated answer and affirmative defenses, particularly to at least the factual allegations and five causes of action from FAC which remained the same in the SAC. Google refused to provide an answer or affirmative defenses to the FAC.

5. Following the Court's denial of Google's motion to dismiss the SAC, Google's counsel and I met and conferred about the Case Management Schedule as well as Google's request for additional time to file an answer to the SAC.

6. I reiterated to Google that with fast-approaching deadlines, any agreement to extend Google's time to file an answer to the SAC would need to be part of a stipulation to a proposed modification of the Case Management Schedule.

7. Ultimately, the parties could not agree to the relief Plaintiffs sought, and Plaintiffs filed their Motion for Relief from Case Management Schedule on December 31, 2021. Dkt. 370. Google's counsel then requested a two-week extension to answer the SAC.

8. After considering Google's request, I quickly informed Google's counsel that Plaintiffs could not agree because "with discovery deadlines approaching, [Plaintiffs] will need Google to answer promptly so that [Plaintiffs] can proceed with any necessary discovery that may result."

1

9. Google has already taken the deposition of one class representative, and the depositions of at least two more class representatives are scheduled to occur between when Google's answer and affirmative defenses would be due (currently January 5, 2021) and when Google requests an extension (January 15, 2021, which falls on a Saturday). A fourth deposition of a class representative is scheduled to occur the following business day on Monday, January 17, 2021.

10. There is also an additional deposition of at least one Google employee scheduled to occur before January 15, 2021.

11. Without the benefit of Google's answer and affirmative defenses, Plaintiffs are disadvantaged and without sufficient knowledge to ascertain what facts are in dispute, or ascertain what defenses Google may employ. This unduly burdens Plaintiffs' preparations for taking and defending depositions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3d day of January, 2022, at Miami, Florida.

/s/ James W. Lee