UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-3664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE RE: APEX DEPOSITION OF LORRAINE TWOHILL**<br><br>Judge:  Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Motion For Relief From Nondispositive Pretrial Order of Magistrate Judge re: Apex Deposition of Lorraine Twohill (the "Motion"). Having considered the Motion and good cause having been found, the Court grants the Motion as follows:

The Court's December 20, 2021 Order (Dkt. 359) granting Plaintiffs' request to depose Ms. Twohill is set aside, and Google's request to prevent the deposition of Ms. Twohill is granted.

**SO ORDERED.**

DATED: _____           _____
                                        THE HONORABLE LUCY H. KOH
                                        United States District Judge