# EXHIBIT 1
# Redacted Version of Document Sought to be Sealed

Message

From:     Brian Rakowski [brakowski@google.com]
Sent:     7/17/2008 4:58:31 AM
To:       chrome-team [chrome-team@google.com]
BCC:      consumer-pteam@google.com; Jonathan Rosenberg [jonathan@google.com]
Subject:  Chrome team meeting notes (7/15/08)

[bcc: consumer-pteam, jonathan]

**Summary**: We're entering the final bombing run for external beta. Visual changes will halt after this week so we can start the screenshot and localization process. Until we get to a final release candidate, we're not going to do much thinking about OKRs and future planning, but we did talk about our ▓▓▓▓ integration plans.

Frontend status notes: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ r ▓▓▓▓▓▓ n
Backend status notes: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ r ▓▓▓▓▓▓ n

**Welcome new team members**
- Mike Pinkerton: working on Mac

**Memory week wrap up**
- Brett Wilson
- Anantha Iyengar
- Mike Belshe
- Erik Kay
- Pam Greene

**Priorities**
- Fix crashers, regressions, and other P1s
- P2s
- not OKRs

**Plan for the next few weeks**
- July 18: String and visual freeze
- July 22: GPS
- July 26: Branch for beta

**▓▓▓▓+Chrome**
Q: What are the specific plans for integration?
A: Details are still to be determined, but the high-level goal is to have one team working on the web platform. Chrome frame is the mechanism for reflecting html5 into other browsers. Existing Gears APIs will work in all browsers.

Q: How will we get more work into webkit? Will we have to fork?
A: We want to avoid forking. We hope to work with Apple to modularize WebKit to allow us to plug in more capbilities more easily. This will be easier once Chrome has launched and we can talk openly.

Q: Will this make it harder to get broad penetration of ▓▓▓▓ (Flash-like reach)?
A: Distribution is the key. We have a credible plan to get to ▓▓▓▓% of Internet-connected computers. Developer adoption will be critical to getting the last ▓▓▓▓%.

Q: How will we package the binary for distribution?
A: Undecided. At a minimum, we want to share source code.

Q: This sounds like Silverlight with an HTML-y API.

Rakowski

6

08/19/21

CONFIDENTIAL                                                              GOOG-BRWN-00409986

**A**: Yes, except that it's standards-based and open source. Our hope is that it gives developers a way to route around browser vendors that are slow to implement new standards/capabilities.

**Q**: What will we do WRT WebKit's HTML5 changes on ToT?
**A**: We probably want to update to ToT but it will depend on discussions for Apple. Also, we can't have the WebKit trunk be unstable.

**Q**: Where did this idea come from?
**A**: HTML5 started doing stuff that ▮▮▮ was doing. We are uncomfortable with the duplicated effort and with giving developers two ways to do the same thing. We didn't act at first because Gears needed to focus on supporting teams using offline and Chrome needed to focus on launching.

**Tech talk: Chrome usability** (Rick Boardman)
- Longitudinal study: starting interview, survey, closing interview two weeks later
- We saw lots of fixes since early May: Bookmarks, importing, downloads discoverability, welcome page, manage search engines, home page
- Users reported that they weren't sure that Chrome was compelling enough to switch: need to help showcase the benefits (and add more killer features!)
- Omnibox takes some acclimation, new tab page seemed broken before it was populated
- New Tab page was seen as interesting/novel, but users wanted more control over it (customizability, distractions, privacy, perception of inappropriate stuff appearing)
- Users were disoriented when they didn't have a home button by default
- People didn't understand Incognito. Does it keep sites from logging stuff on their servers?
- More research coming after launch! If you have things you'd like to test, just ask

CONFIDENTIAL

GOOG-BRWN-00409987