# EXHIBIT 2
# Redacted Version of Document Sought to be Sealed

Message

| | |
|---|---|
| From: | chrome-leads@google.com [chrome-leads@google.com] |
| on behalf of | Linus Upson [linus@google.com] |
| Sent: | 9/26/2008 9:15:35 PM |
| To: | Ben Goodger [beng@google.com] |
| CC: | Ian Fette [ifette@google.com]; chrome-leads [chrome-leads@google.com] |
| Subject: | [chrome-leads] Re: Fwd: [chromium-reviews] Adds an --incognito switch that can be used to launch Chrome in Incognito mod... |

I think it is fine to have this switch and also put a shortcut in the
start menu, but I agree that Brian and Sundar should weigh in.

Linus

On Fri, Sep 26, 2008 at 2:03 PM, Ben Goodger <beng@google.com> wrote:
>
> OK understand that Microsoft may also do this with InPrivate then to
> be "competitive", which has InPrivate blocking enabled by default.
>
> Would be good to have Brian or Sundar comment since this is one of
> those scary "precedent" areas.
>
> -Ben
>
> On Fri, Sep 26, 2008 at 10:59 PM, Ian Fette <ifette@google.com> wrote:
>> Yes. IMHO we should also add an icon in the start menu.
>> On Fri, Sep 26, 2008 at 1:57 PM, Ben Goodger <beng@google.com> wrote:
>>>
>>> Do we want to do this?
>>>
>>> -Ben
>>>
>>> ---------- Forwarded message ----------
>>> From:  <maruel@chromium.org>
>>> Date: Fri, Sep 26, 2008 at 10:53 PM
>>> Subject: [chromium-reviews] Adds an --incognito switch that can be
>>> used to launch Chrome in  Incognito mod...
>>> To: yarin.kaul@gmail.com
>>> Cc: chromium-reviews@googlegroups.com
>>>
>>>
>>> Reviewers: yarin.kaul,
>>>
>>>
>>> http://codereview.chromium.org/4309/diff/1/2
>>> File chrome/browser/browser_init.cc (right):
>>>
>>> http://codereview.chromium.org/4309/diff/1/2#newcode673
>>> Line 673: profile = profile->GetOffTheRecordProfile();
>>> Memory leak?
>>>
>>> Description:
>>> Adds an --incognito switch that can be used to launch Chrome in
>>> Incognito mode. You can combine this with --app= to launch an app in
>>> Chrome that has no effect on the user's profile.
>>>
>>> BUG=1790,2012
>>>
>>>
>>> Please review this at http://codereview.chromium.org/4309
>>>
>>> Affected files:
>>>   M     chrome/browser/browser_init.cc
>>>   M     chrome/common/chrome_switches.cc
>>>   M     chrome/common/chrome_switches.h
>>>
>>>
>>> Index: chrome/browser/browser_init.cc

Rakowski

18

08/19/21

CONFIDENTIAL

GOOG-BRWN-00226088

```
>>> ====================================================================
>>> --- chrome/browser/browser_init.cc       (revision 2596)
>>> +++ chrome/browser/browser_init.cc       (working copy)
>>> @@ -668,6 +668,11 @@
>>>                                 bool process_startup, int* return_code) {
>>>   DCHECK(profile);
>>>
>>> +  // Continue with the off-the-record profile from here on if
>>> --incognito was specified
>>> +  if (parsed_command_line.HasSwitch(switches::kIncognito)) {
>>> +    profile = profile->GetOffTheRecordProfile();
>>> +  }
>>> +
>>>   // Are we starting an application?
>>>   std::wstring app_url =
>>> parsed_command_line.GetSwitchValue(switches::kApp);
>>>   if (!app_url.empty()) {
>>> Index: chrome/common/chrome_switches.h
>>> ====================================================================
>>> --- chrome/common/chrome_switches.h       (revision 2596)
>>> +++ chrome/common/chrome_switches.h       (working copy)
>>> @@ -126,6 +126,8 @@
>>>
>>>   extern const wchar_t kSdchFilter[];
>>>
>>> +extern const wchar_t kIncognito[];
>>> +
>>> }  // namespace switches
>>>
>>>  #endif  // CHROME_COMMON_CHROME_SWITCHES_H__
>>> Index: chrome/common/chrome_switches.cc
>>> ====================================================================
>>> --- chrome/common/chrome_switches.cc       (revision 2596)
>>> +++ chrome/common/chrome_switches.cc       (working copy)
>>> @@ -327,5 +327,8 @@
>>>   // SDCH is currently only supported server-side for searches on
>>> google.com.
>>>   const wchar_t kSdchFilter[] = L"enable-sdch";
>>>
>>> +// Causes the browser to launch directly in incognito mode.
>>> +const wchar_t kIncognito[] = L"incognito";
>>> +
>>> }  // namespace switches
>>
>>
>
```

CONFIDENTIAL

GOOG-BRWN-00226089

| | |
|---:|:---|
| **PRODBEG** | GOOG-BRWN-00226088 |
| **PRODEND** | GOOG-BRWN-00226089 |
| **CUSTODIAN/SOURCE** | Brian Rakowski |
| **DATELASTMOD** | 09/26/2008 |
| **DOCTITLE** | [chrome-leads] Re: Fwd: [chromium-reviews] Adds an --incognito switch that can be used to launch Chrome in Incognito mod... |
| **SUBJECT** | [chrome-leads] Re: Fwd: [chromium-reviews] Adds an --incognito switch that can be used to launch Chrome in Incognito mod... |
| **CONFIDENTIALITY** | Confidential |
| **PRODVOL** | PROD023 |
| **REDACTED** | N |
| **MD5 HASH** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **TEXTPATH** | GOOG-BRWN-00226088.txt |
| **ILS_ProdVol** | PROD023 |
| **ILS_ProdDate** | 06/18/2021 |
| **ILS_DocDate** | 09/26/2008 |
| **AllCustodians** | Brian Rakowski;Sundar Pichai |
| **Owner** | linus |