# EXHIBIT 9
# Redacted Version of Document Sought to be Sealed





CONFIDENTIAL

GOOG-CABR-03750738



CONFIDENTIAL

GOOG-CABR-03750739

Google

## Currently supported use cases

- user wants to hide browsing activity to someone with access to the device (e.g. spouse)
- user doesn't want information about their browsing be tracked longtime on the internet (readvertising, records in search history)
- user doesn't want information about their browsing to be shared with Google

Google Confidential and Proprietary



| Id | Date | Text |
|---|---|---|
| 1 | 02/25/2015 19:27:01 | +battre@google.com Dominic, could you please review and add missing use cases, if any? |

Google Confidential and Proprietary

CONFIDENTIAL



## Current promises

**You've gone incognito**

Pages you view in incognito tabs won't stick around in your browser's history, cookie store, or search history after you've closed **all** of your incognito tabs. Any files you download or bookmarks you create will be kept. Learn more about incognito browsing

**Going incognito doesn't hide your browsing from your employer, your internet service provider, or the websites you visit.**



- The name "Incognito mode" might create the false expectation that you're invisible on the web
- Help Center article

Google Confidential and Proprietary

GOOG-CABR-03750742



GOOG-CABR-03750743



CONFIDENTIAL

GOOG-CABR-03750744



CONFIDENTIAL

GOOG-CABR-03750745



CONFIDENTIAL

GOOG-CABR-03750746

Google

## **What else** is incognito mode?

Don't talk to Google in the background
- Online spell-checking disabled
- URL auto completion disabled
- No geolocation in omnibar searches

Start with a fresh profile
- Empty local storage
- Passwords are only filled on user request

Google Confidential and Proprietary

GOOG-CABR-03750747



GOOG-CABR-03750748

Google

## Challenges & limitations

- Misinterpretation of definition (see Eric Schmidt quotes)
- Tension about definition across teams
  (e.g. discussion on linkability due to HSTS)
- Limitations on iOS
- Finger printing

Google Confidential and Proprietary

CONFIDENTIAL

GOOG-CABR-03750749



CONFIDENTIAL

GOOG-CABR-03750750

Google

## Objective

- Keep it useful
- Keep it at least on a par with other browsers
- No degradation
- Decrease misunderstanding
- Allow users to trust Chrome when they don't want it to connect to Google

Google Confidential and Proprietary

Google

Proposed definition

- Limited background communication
  - No background communication (to Google) w/o explicit user gesture (nobody can check how we use data)
  - Only exception: Security
- [Mess with fingerprinters; don't disclose that user is in incognito mode]
- Change name to s.th. that does not imply invisibility of actions

Google Confidential and Proprietary

CONFIDENTIAL

| Id | Date | Text |
|---|---|---|
| 1 | 02/26/2015 00:58:36 | Deltas might help illustrate what the options are. |
| | | ████████████████████████ |
| 2 | 02/26/2015 14:42:29 | +battre@google.com +garths@google.com<br>Dominic, should we describe our proposal with clearly outlining the delta to today's mode here?<br>E.g.<br>1. keep incognito's functionality as is today, plus additionally:<br>2. do not transcend HSTS from reg. mode to incognito mode<br>3. try to make finger printing harder<br>4. potentially re-brand |
| 1 | 02/26/2015 14:42:29 | Sabine, I have added your proposal to the next slide.<br><br>Garth, what you describe is something I explicitly do not want for two reasons:<br>1) It puts us into significantly worse position when compared to other browsers int he press.<br>2) I believe that we don't do our users a service. We have a solution that works for 99% of cases of the proposed definition. Ignoring 3rd party tracking leads incognito mode ad absurdum in my opinion. |

Google Confidential and Proprietary

GOOG-CABR-03750753

Google

## Proposed definition

1. keep incognito mode's functionality as is today, plus additionally:
2. do not transcend HSTS from reg. mode to incognito mode
3. try to make fingerprinting harder
4. potentially re-brand

Google Confidential and Proprietary

GOOG-CABR-03750754

Google

## Unwanted events to be prohibited

- **People** walk up to computer and can see what user has done in incognito mode before.
- **Data leakage:** User is greeted in incognito mode with ads / account name / ... that transcended from a previous incognito session or regular mode.
  - We will add a disclaimer that explains the limitations (tracking by governments, employers, ...; tracking via fingerprinting).
- Users are surprised that **Google** gets information about their browsing while in incognito mode.

Google Confidential and Proprietary

| Id | Date | Text |
|---|---|---|
| 2 | 02/26/2015 14:43:20 | Is this bad? There is some personalization currently in Incognito already. Having an account name is similar and would make sense if the branding matched it. (i.e. the mode was about forgetting activity during the session and not about being a spy) |
| 2 | 02/26/2015 14:43:20 | Which part are you referring to with your question whether this is bad? |

Google Confidential and Proprietary

CONFIDENTIAL



Google

## Fingerprinting

- Most users do not feel threatened by fingerprinting as long as it has no perceptible impact on their browsing.
- Major websites use it only for "good" purposes.
- Our position:
  - We condemn the use and make it harder (e.g. introducing noise into canvas fingerprinting)
  - We don't limit incognito mode functionality because somebody could use fingerprinting (if we accepted fingerprinting in the threat model, we would end up with a useless or non-existing incognito mode).

Google Confidential and Proprietary