# EXHIBIT 15
# Redacted Version of Document Sought to be Sealed

Message

**From:** Ben Galbraith [bgalbs@google.com]
**Sent:** 2/27/2019 6:06:04 PM
**To:** AbdelKarim Mardini [mardini@google.com]; Alex Ainslie [ainslie@google.com]
**CC:** Vivek Sekhar [vsekhar@google.com]; Parisa Tabriz [parisa@google.com]; Alex Nicolaou [anicolao@google.com]
**Subject:** [Urgent] Browser UI concepts aligned w/ ▮▮▮▮

Hi Mardini, Alex,

We're aligning on some revisions to the ▮▮▮▮ plans that incorporate some elements for which visual concepts which be quite helpful for some upcoming exec reviews:

- Hiroshi on Mar. 7th
- Sundar on Mar. 21st

The concepts are:

- Enhancements to Incognito, in line with the thinking from Chris Palmer and others



Thanks for your help!

Ben

CONFIDENTIAL

GOOG-CABR-04991831