# EXHIBIT 17
# Redacted Version of Document Sought to be Sealed

Message

| | |
|---|---|
| From: | Sabine Borsay [sabineb@google.com] |
| Sent: | 4/26/2019 1:18:15 PM |
| To: | Jochen Eisinger [eisinger@google.com] |
| CC: | Anil Sabharwal [anilsa@google.com]; Martin Shelton [martinshelton@google.com]; Parisa Tabriz [parisa@google.com]; Martina Laresova [martinal@google.com]; Shimi Rahim [srahim@google.com]; James Croom [jcroom@google.com]; Alex Ainslie [ainslie@google.com]; AbdelKarim Mardini [mardini@google.com]; Lorin Dole [lorindole@google.com]; Ramin Halavati [rhalavati@google.com]; Erum Rahman [erum@google.com] |
| Subject: | Re: Updated invitation: [Confirmed] - Exploration of Iconography and Branding for... @ 00:30 - 01:00 (CEST) (Jochen Eisinger) |

And here is the Incognito Icon Redesign Exploration deck that the Brand Studio team presented to Lorraine.

Sabine Borsay | Product Manager | sabineb@google.com | +491726757387

On Fri, Apr 26, 2019 at 1:00 PM Jochen Eisinger <eisinger@google.com> wrote:
Prototype deck: [redacted]
Feedback from Chrome UI review: [redacted]

I/O comms: [redacted]

On Fri, Apr 26, 2019 at 12:44 PM Anil Sabharwal <anilsa@google.com> wrote:
Can we reschedule please? I think it's critical all of you are there. Erum, can you run point please? I'm happy to dial in late at night or early morning if needed - let's make sure this is convenient for Europe.

Jochen, can you share the deck they sent you and the feedback the team sent back so I can pre read please?

On Fri, 26 Apr. 2019, 8:17 pm Jochen Eisinger, <eisinger@google.com> wrote:
(only Chromies)

Note that this meeting is scheduled right after midnight on a public holiday in most of Europe, so folks from here will probably not attend..

Unfortunately, something went wrong in this project: while we're in the meetings and attending the design sprint in new york, we weren't consulted before a concrete proposal for IO was put together and presented to Sundar.

We did get a copy shortly after the Sundar review, and +Alex Ainslie +AbdelKarim Mardini and I gave them a list of problems with their current proposal. The tl;dr is that (a) the proposed UX breaks down as soon as you have more than an empty new tab page open (or multiple windows - think a touch enabled Chrome OS device), and (b) the communication includes false statements that we should not put out (such as incognito would not store activity to your account, however, if you log into google in chrome's incognito, we will store information).

At this point, I have two goals: don't announce things that we can't do at I/O, and debug how we ended up in this state, so going forward the collaboration works better.

CONFIDENTIAL                                                                                                                     GOOG-BRWN-00457784

On Fri, Apr 26, 2019 at 4:14 AM Jieun Lee <leejieun@google.com> wrote:

> **This event has been changed.**
>
> **more details »**
> **Changed: [Confirmed] - Exploration of Iconography and Branding for Incognito**
> Changed:
> ***Scheduled per Sammit's request***
>
> We wanted to share some new Incognito branding and iconography ideas that the Brand Studio team has been exploring to get your thoughts and feedback.
>
> Leads: anilsa, parisa, miraglia
> PM: (rorymcclelland), (sabineb), mardini
> Eng: eisinger, (rhalavati)
> UXR: martinshelton, (lorindole)
> UXD: ainslie
> Marketing: martinal, jcroom
> Brand: mediha, julianneyi, frederick
> PDPO: sadhya, gregfair, rast
>
> When   00:30 – 01:00 Central European Time - Berlin
>
> Where  Changed: MTV-900-2-Rage Against The Machine (4) [GVC, No External Guests], SFO-1MST-14-Daniel Handler (4) [GVC], SFO-2HS-4-Eight O'Clock Coffee (5) [GVC], SYD-ODI-3-410 - Gone (2) [GVC, No External Guests, Phone] (map)
>
> Joining info   [Redacted - Privacy]
>
>   Or dial: [Redacted - Privacy]   More phone numbers
>
> Calendar   Jochen Eisinger
>
> Who
> - Eric Miraglia - organizer
> - Jieun Lee - creator
> - Anil Sabharwal
> - Martin Shelton
> - Mediha Abdulhay
> - Parisa Tabriz
> - Martina Laresova
> - Shimi Rahim
> - Julianne Yi
> - rast@google.com
> - James Croom
> - Greg Fair
> - Sammit Adhya
> - Alex Ainslie
> - AbdelKarim Mardini
> - Ken Frederick
> - Jochen Eisinger
> - Rory McClelland - optional
> - Sabine Borsay - optional
> - Lorin Dole - optional
> - Ramin Halavati - optional
>
> Going (eisinger@google.com)?   **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar. Did you know that you can now forward invitation emails? Send us feedback!

You are receiving this email at the account eisinger@google.com because you are subscribed for updated invitations on calendar Jochen Eisinger.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

CONFIDENTIAL                                                                                                  GOOG-BRWN-00457786