# EXHIBIT 21
# Redacted Version of Document Sought to be Sealed



## What is this deck?

Sundar wanted to get an update about what Chrome Browser was doing, planning, and thinking about related to privacy and user trust. This is the deck that Anil, Darin, Margret, Alex, and Parisa used to present. (Hiroshi was there to support too!)

CONFIDENTIAL - DO NOT FORWARD

**Exhibit 0044**
11/24/2021
Mardini

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-CABR-05269678



GOOG-CABR-05269679

# Agenda

**1** **Privacy and User Trust**

+ Privacy Focused Chrome
+ ▇▇▇▇▇▇
+ Extensions
+ Data Collection & Usage

**Appendix**

● Browser Roadmap
● Web Platform Roadmap

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269680



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269681

# Privacy-Focused Chrome

### *Principles*

Chrome helps you **get things done**

Chrome **keeps you and your data safe**

**You choose** how your data is used

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY GOOG-CABR-05269682

You should **be safe** and **feel safe** using Chrome

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269683

You should **be safe** and **feel safe** using Chrome

Security & Privacy          Warning & Reassurance

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          GOOG-CABR-05269684



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269685



Chrome is centered around you, your information and your safety

Make privacy controls friendly and accessible through easy to understand language and illustrations
Elevate frequently used features like clear browsing data
Provide the right defaults and make it easy to understand these defaults and what they mean for you
Empower users to make informed decisions and to configure Chrome in a way that works for them
The new privacy page is similar to the idea of a privacy checkup, but makes it available right in Settings (without the need of a
step-by-step wizard UI).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269686



(like Password Leak Detection, Phish Guard, Clean Up Tool, Safe Browsing, extensions)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269687



(communicates via multiple channels like email or system notifications)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269688



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



In the medium term, we could do that (block 3P cookies by default) in incognito mode to measure impact and user feedback.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269690



Less annoying (non-modal)? Embargo to combat spam/abuse?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



You can manage your Google Account, all the data stored in Chrome, switch profiles easily, go incognito, decide what data is shared with Google (and how to stop sharing it),...etc.

The aim of this workstream is to unify all features related to sharing user's data and identity with Google. This is most accessible currently from the  identity pill. Users should be able to manage their Google account, all the data stored in Chrome, switch profiles easily, go incognito, decide what data is shared with Google (and how to stop sharing it),...etc.
This workstream also tackles the shared device use case by simplifying our identity models, making profile switching a viable option, and ensuring that your private data is kept  private.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269692

**User choice** / Device



Incognito mode is Chrome's current privacy sub-brand. We're coordinating with other PAs via **Sin Rastro** to extend off-the-record protections to other Google 1st party apps.

GOOG-CABR-05269693



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269694



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269696



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269697



Privacy and User Trust
**Extensions**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269698



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY GOOG-CABR-05269703



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Appendix

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269705



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269706



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PRODBEG** GOOG-CABR-05269678

**PRODEND** GOOG-CABR-05269708

**CUSTODIAN/SOURCE** Alexei Svitkine

**DATECREATED** 08/23/2019

**DATELASTMOD** 09/20/2020

**DOCTITLE** 8/21/19 Chrome Sundar Review

**CONFIDENTIALITY** HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PRODVOL** CROSS-PROD042

**REDACTED** N

**MD5 HASH** ███████████████████████

**TEXTPATH** GOOG-CABR-05269678.txt

**AllCustodians** AbdelKarim Mardini;Adrienne Porter Felt;Alex Ainslie;Alexei Svitkine;Benj Azose;Chris Palmer;Florian Uunk;Helen Harris;Jochen Eisinger;Justin Schuh;Ramin Halavati;Rory McClelland;Sabine Borsay

**Owner** parisa@google.com