# EXHIBIT 24
# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

1  \*\* C O N F I D E N T I A L \*\*
2  UNITED STATES DISTRICT COURT
3  NORTHERN DISTRICT OF CALIFORNIA
4  SAN JOSE DIVISION
5  Case No. 5:20-cv-5146-LHK
6  ------------------------------------x
   PATRICK CALHOUN, ELAINE CRESPO,
7  HADIYAH JACKSON and CLAUDIA
   KINDLER, on behalf of all
8  others similarly situated,
9          Plaintiffs,
10
11     - against -
12
13 GOOGLE LLC,
14         Defendant.
   ------------------------------------x
15            (Caption Continued)
16            November 24, 2021
               9:06 a.m.
17
              VOLUME II
18
19    Continued Videotaped Deposition of
20 ABDELKARIM MARDINI, taken by Plaintiffs,
21 pursuant to Notice, held via Zoom
22 videoconference, before Todd DeSimone, a
23 Registered Professional Reporter and Notary
24 Public of the States of New York and New
25 Jersey.

Page 240

```
 1  268, and that just states "Most users are
 2  not aware of session-based tracking."
 3         And my question is, are you
 4  aware of -- do you have any understanding
 5  of what that means, "session-based
 6  tracking"?
 7     A.   No, I don't understand exactly
 8  what they mean by "session-based tracking"
 9  here, and the text is too small in these
10  graphs.
11         MR. REBLITZ-RICHARDSON:  Okay.
12  Let's take a break.  Off the record.
13         THE VIDEOGRAPHER:  The time is
14  10:36.  We are going off the record and
15  this will end media unit number one.
16         (Recess taken.)
17         THE VIDEOGRAPHER:  The time is
18  10:54 a.m.  We are back on the record and
19  this will be the start of media unit number
20  two.  Counsel.
21  BY MR. REBLITZ-RICHARDSON:
22     Q.   Mr. Mardini, who is Sundar
23  Pichai?
24     A.   Sundar Pichai is the CEO of
25  Google.
                                    Page 301
```

```
 1     Q.   Have you ever communicated with
 2  Mr. Pichai concerning incognito mode?
 3     A.   No, I did not communicate with
 4  Mr. Pichai directly concerning incognito
 5  mode.
 6     Q.   Do you recall a March 2019
 7  meeting with Mr. Pichai to discuss issues
 8  tied to incognito mode?
 9     A.   I was never in a meeting with
10  Mr. Sundar Pichai.
11         MR. REBLITZ-RICHARDSON:  We are
12  going to mark as Exhibit 34, it is
13  GOOG-CABR-04991831.
14         (Mardini Exhibit 34 marked for
15  identification.)
16     Q.   Mr. Mardini, would you please
17  tell me when you have Exhibit 34 in front
18  of you.
19     A.   I'm refreshing.  The last
20  exhibit I have is still Exhibit 33.  It
21  might take a couple of seconds.
22         MS. NYBORG-BURCH:  It should be
23  up now.
24     A.   Yes, I see it.  I'm opening it.
25     Q.   Would you please take a moment
                                    Page 302
```

```
 1  to review that document, Exhibit 34.
 2     A.   One second, please.
 3         (Witness perusing document.)
 4     A.   Yes.
 5     Q.   Is Exhibit 34 an e-mail you
 6  received as part of your work for Google?
 7     A.   Yes, this is what the e-mail
 8  says indeed.
 9     Q.   And do you see where
10  Mr. Galbraith refers to an exec review with
11  Sundar on March 21st, 2019?
12     A.   Yes.
13     Q.   And do you understand that to
14  be a reference to Mr. Pichai?
15     A.   Yes.
16     Q.   And under -- it says "The
17  concepts are," and the first point there is
18  "enhancements to incognito, in line with
19  the thinking from Chris Palmer and others."
20         Do you see that?
21     A.   Yes.
22     Q.   And, if you know, who is Chris
23  Palmer?
24     A.   Chris Palmer was an engineer in
25  the Chrome security team.
                                    Page 303
```

```
 1     Q.   Had, if you know, had
 2  Mr. Palmer proposed changes to Chrome
 3  incognito mode?
 4         MR. SCHAPIRO:  Objection,
 5  vague, ambiguous.
 6     A.   Not directly to me, but Chris
 7  was a vocal engineer who talked with a lot
 8  of people.
 9     Q.   What understanding, if any, do
10  you have regarding what this is referring
11  to, "enhancements to incognito, in line
12  with the thinking from Chris Palmer and
13  others"?
14         MR. SCHAPIRO:  Objection,
15  foundation.
16     A.   I do not know exactly what Ben
17  Galbraith here was referring to about the
18  thinking from Chris Palmer.
19     Q.   Do you recall any discussions
20  with Mr. Galbraith regarding that point,
21  "enhancements to incognito, in line with
22  the thinking from Chris Palmer and others"?
23     A.   At this point in time I don't
24  recall exactly.  This was my ramp-up time.
25  This is when I had just joined the Chrome
                                    Page 304
```

17 (Pages 301 - 304)

```
 1  Trust and Safety team in early 2019, so
 2  there was lots of movements there.  So I
 3  can't remember what were the follow-ups to
 4  this e-mail at this point.
 5         MR. REBLITZ-RICHARDSON: Exhibit
 6  35 is GOOG-CABR-04991832.
 7         (Mardini Exhibit 35 marked for
 8  identification.)
 9     Q.   Mr. Mardini, would you please
10  let me know when you have Exhibit 35 in
11  front of you.
12     A.   I'm still refreshing.  I have
13  it now.
14     Q.   Would you please take a moment
15  to review Exhibit 35.
16         (Witness perusing document.)
17     A.   Yes, I have reviewed it.
18     Q.   Is Exhibit 35 an e-mail that
19  you received as part of your work for
20  Google?
21     A.   Yes, I am in the CC list, so I
22  received it.
23     Q.   And do you understand this to
24  be a response by Parisa Tabriz to
25  Mr. Galbraith's e-mail that was previously
```
Page 305

```
 1  marked as Exhibit 34?
 2         MR. SCHAPIRO: Objection,
 3  foundation.
 4     A.   What the e-mail says, this is a
 5  response from Ms. Tabriz to Mr. Galbraith.
 6     Q.   And do you see where Ms. Tabriz
 7  wrote "To me, most of the problems Chris
 8  outlined about incognito in," underlined,
 9  "this deck," end underline, "aren't related
10  to           .  I do think we should address
11  them but they are centered around browser
12  features and browser UX."
13         Do you see that?
14     A.   Yes, I see that.
15     Q.   Do you understand that the
16  underlined "this deck" is a hyperlink?
17         MR. SCHAPIRO: Objection,
18  foundation.
19     A.   Looking at the e-mail right
20  now, I can't be certain whether this was a
21  hyperlink or not.
22     Q.   What do you understand a deck
23  to be?
24     A.   Presentation, collection of
25  slides.
```
Page 306

```
 1     Q.   In connection with your work
 2  for Google, do you sometimes send e-mails
 3  that contain hyperlinks?
 4     A.   Yes.
 5     Q.   And why do you do that?
 6         MR. SCHAPIRO:  Objection to the
 7  form of the question.
 8     A.   Why do I send e-mails that
 9  contain hyperlinks?
10     Q.   Yes, as opposed to, for
11  example, attaching a document to an e-mail.
12     A.   Because I may be linking to an
13  article or I may be linking to just a web
14  page or I might be linking to an online
15  document, to an online presentation.
16     Q.   Do you recall a presentation by
17  Chris Palmer titled The Incognito Problem?
18     A.   Yes, I think I do.
19     Q.   Did you provide any input in
20  connection with that presentation titled
21  The Incognito Problem?
22     A.   No, I did not provide input to
23  that presentation, and I think I remember
24  it because it was one of the presentations
25  that might have been sent to me as I was
```
Page 307

```
 1  ramping up.
 2     Q.   Did you invite other Google
 3  employees to edit the presentation titled
 4  The Incognito Problem, if you recall?
 5     A.   No, no.  The presentation, I
 6  was not involved in preparing the
 7  presentation and, hence, I never invited
 8  anyone to edit it.
 9         MR. REBLITZ-RICHARDSON:  Let's
10  mark Exhibit 36, GOOG-BRWN-00140297.
11         (Mardini Exhibit 36 marked for
12  identification.)
13     Q.   Mr. Mardini, would you please
14  let me know when you have Exhibit 36 in
15  front of you.
16     A.   Yes, I will.  I'm refreshing
17  still.
18     Q.   And I will state for the record
19  that Google's counsel has represented that
20  Exhibit 36 is the hyperlinked "this deck"
21  document from Exhibit 35.
22     A.   I have Exhibit 36 open.
23     Q.   Is Exhibit 36 The Incognito
24  Problem presentation that we were just
25  discussing?
```
Page 308

18 (Pages 305 - 308)

Veritext Legal Solutions
866 299-5127

1  new tab page about you are starting off
2  with a clean slate, your browsing history
3  is not saved, and your cookies and related
4  site data are not saved, all that means,
5  that there is a very specific context in
6  which we can use the word "private."
7       So if I were to look at this
8  first bullet and try to interpret what it
9  means, I didn't write it personally, so
10 whatever I say may be right or may be
11 wrong, but it seems to be saying let's be
12 very clear about what the benefits of
13 incognito mode are and stay away from areas
14 that could be unclear.
15      MR. REBLITZ-RICHARDSON: Exhibit
16 39, GOOG-BRWN-00388293.
17      (Mardini Exhibit 39 marked for
18 identification.)
19  Q.   Mr. Mardini, would you please
20 let me know when you have Exhibit 39 in
21 front of you.
22  A.   Yes, I will.  Yes, I have it in
23 front of me now.
24  Q.   My first question is, is
25 Exhibit 39 an e-mail you sent as part of

Page 333

1  your work for Google?
2  A.   Yes.
3  Q.   And do you see the bolded
4  number 2 in your e-mail?
5  A.   Yes.
6  Q.   Under that, do you see the
7  sentence starting "Yesterday"?
8  A.   Uh-huh.
9  Q.   Would you please read that
10 sentence aloud.
11 A.   "Yesterday, at the PDPO SC
12 meeting, Tom Oliveri was present and told
13 them that Sundar didn't want to put
14 incognito under the spotlight so this
15 iconography/rebranding should not be an I/O
16 topic."
17 Q.   When you wrote "Sundar didn't
18 want to put incognito under the spotlight,"
19 were you referring to Mr. Pichai?
20 A.   Yes.
21 Q.   If you know, why did Mr. Pichai
22 not want to put incognito under the
23 spotlight?
24      MR. SCHAPIRO: Objection,
25 foundation.

Page 334

1  A.   I do not remember the exact
2  context of why Sundar didn't want to put
3  incognito under the spotlight at that point
4  in time.
5  Q.   Did you have any discussions
6  with other Google employees about why
7  Mr. Pichai at that time did not want to put
8  incognito under the spotlight?
9       MR. SCHAPIRO: Objection,
10 foundation, assumes facts not in evidence.
11 A.   No, I don't remember.
12 Q.   Why did you write "Please don't
13 forward" at the top of your e-mail?
14 A.   Because I believe that this is
15 a topic that should not be discussed with a
16 wider list.
17 Q.   Other than this e-mail, do you
18 recall telling anyone else that Mr. Pichai
19 did not want to put incognito under the
20 spotlight?
21      MR. SCHAPIRO: Objection,
22 misstates the testimony, foundation.
23 A.   I do not recall whether I
24 shared this, but I was not present at that
25 meeting.  I don't even remember who Tom

Page 335

1  Oliveri is, and it seems here I am relaying
2  a message that I heard second or thirdhand
3  probably from Sammit about a meeting, the
4  PDPO SC meeting, which I was not present
5  in, where a person named Tom Oliveri that I
6  didn't know, and probably this is why I
7  hyperlinked, because probably the
8  recipients of this e-mail also did not know
9  him.  So as I said, I did not know why, I
10 don't know the reason, I just know that
11 this is a message that Sammit delivered to
12 me.
13 Q.   Are you aware of any written
14 minutes of the meeting where Mr. Pichai
15 stated that he didn't want to put incognito
16 under the spotlight?
17      MR. SCHAPIRO: Objection,
18 assumes facts not in evidence, misstates
19 the document, foundation.
20 A.   No, I do not know.
21 Q.   After the bolded number 2 you
22 wrote "This was driven by Lorraine."
23      Do you see that?
24 A.   Yes.
25 Q.   Who were you referring to

Page 336

25 (Pages 333 - 336)