United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-CV-03664-LHK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY; GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. Nos. 371, 372, 373 |

On December 31, 2021, Plaintiffs filed a Motion for Extension of Time to Complete Discovery. ECF No. 371. Specifically, Plaintiffs asked the Court to extend the close of fact discovery from January 21, 2022 to March 4, 2022; to extend the deadline for opening expert reports from February 11, 2022 to March 18, 2022; and to extend the deadline for rebuttal expert reports from March 4, 2022 to April 15, 2022. *Id.* at 2. On January 3, 2022, the parties filed a joint stipulation requesting an expedited briefing schedule for Plaintiff's motion. ECF No. 373.

The Court GRANTS Plaintiff's Motion for Extension of Time to Complete Discovery. Accordingly, the Court DENIES as moot the parties' request for an expedited briefing schedule.

The discovery limits, protocols, and deadlines set by United States Magistrate Judge Susan

1

Case No. 20-CV-03664-LHK
ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY; GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER

van Keulen or Special Master Douglas Brush shall remain in effect unless specifically altered by them.

Additionally, on December 31, 2021, Defendant filed a Motion for Extension of Time to File Answer to Second Amended Complaint. ECF No. 372. Specifically, Defendant asked the Court to extend the deadline to answer the Second Amended Complaint from January 5, 2022 to January 15, 2022. *Id.* at 1. On January 3, 2022, Plaintiffs filed an Opposition. ECF No. 374. Plaintiffs' primary argument is that allowing Defendant to file an answer on January 15, 2022 would prejudice Plaintiffs because fact discovery was set to close on January 21, 2022. *Id.* at 4.

Because the Court has extended the close of fact discovery to March 4, 2022, Plaintiffs will suffer no prejudice if Defendant files its answer to the Second Amended Complaint on January 15, 2022. Thus, the Court GRANTS Defendant's Motion for Extension of Time to File Answer to Second Amended Complaint.

Accordingly, the Court amends the case schedule as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to Answer Second Amended Complaint | January 15, 2022 |
| Further Case Management Conference | January 26, 2022, at 2:00 p.m. |
| Close of Fact Discovery | March 4, 2022 |
| Opening Expert Reports | March 18, 2022 |
| Rebuttal Expert Reports | April 15, 2022 |
| Close of Expert Discovery | May 19, 2022 |
| Last Day to File Motion for Class Certification | Motion: May 26, 2022<br>Opp'n: July 14, 2022<br>Reply: August 11, 2022 |
| Class Certification Hearing | September 22, 2022 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: 1/4/2022

*Lucy H. Koh*
LUCY H. KOH

2

Case No. 20-CV-03664-LHK
ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY; GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER

United States Circuit Judge[*]

---

[*] Sitting by designation on the United States District Court for the Northern District of California.