| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**PLAINTIFFS' RESPONSE TO DKT. 364** |

1  Pursuant to the Court's December 23, 2021 Notice (Dkt. 364), Plaintiffs consent to transfer of this case to Magistrate Judge Susan van Keulen for all purposes. Plaintiffs provided their position regarding Magistrate Judge Susan van Keulen to Google on December 29, 2021, and despite several requests, have not received a substantive response from Google.

If Google declines consent to Magistrate Judge Susan van Keulen, Plaintiffs respectfully request reassignment to a district court.

Dated: January 5, 2022                            SUSMAN GODFREY L.L.P.

                                                  By /s/ Amanda Bonn

                                                  Amanda Bonn (CA Bar No. 270891)
                                                  abonn@susmangodfrey.com
                                                  SUSMAN GODFREY L.L.P.
                                                  1900 Avenue of the Stars, Suite 1400
                                                  Los Angeles, CA 90067
                                                  Telephone: (310) 789-3100

                                                  Mark C. Mao (CA Bar No. 236165)
                                                  mmao@bsfllp.com
                                                  Beko Rebitz-Richardson (CA Bar No. 238027)
                                                  brichardson@bsfllp.com
                                                  Erika Nyborg-Burch (*pro hac vice*)
                                                  enyborg-burch@bsfllp.com
                                                  BOIES SCHILLER FLEXNER LLP
                                                  44 Montgomery Street, 41st Floor
                                                  San Francisco, CA 94104
                                                  Telephone: (415) 293 6858
                                                  Facsimile (415) 999 9695

                                                  James W. Lee (*pro hac vice*)
                                                  jlee@bsfllp.com
                                                  Rossana Baeza (*pro hac vice*)
                                                  rbaeza@bsfllp.com
                                                  BOIES SCHILLER FLEXNER LLP
                                                  100 SE 2nd Street, Suite 2800
                                                  Miami, FL 33130
                                                  Telephone: (305) 539-8400
                                                  Facsimile: (305) 539-1304

                                                  William Christopher Carmody (*pro hac vice*)

2

bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*