UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-3664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Referral:  Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Seal Portions of its Motion for Relief from Case Management Schedule ("Motion").  Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Motion for Relief from Case Management Schedule (Dkt. 370-1) | GRANTED as to redacted portions at:<br><br>Pages 3:16, 5:16-18, 5:20-21, 8:7, 9:1, 9:3, 11:26, 12:13-18, 12:20-21, 12:23-26, 13:3-11, 13:17, 13:23-26, 14:8-9, 14:12-13, 14:16, 14:20, 14:24, 14:26, 15:13, 18:6-7, 18:11, 18:17-18, 20:13, 20:15, 20:26, 21:1, 21:26, 22:1, 22:4-6, 22:9-14 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to internal identifiers, cookies, projects, logs, and analyses, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Mark Mao in Support of Plaintiffs' Motion for Relief from Case Management Schedule. (Dkt. 370-3) | GRANTED as to redacted portions at:<br><br>Pages 2:17-19, 2:22, 5:7, 5:8-10, 5:12-13, 5:22-23, 6:4-5, 6:8, 6:12-13, 7:2, 7:8, 7:12 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to internal identifiers, cookies, projects, logs, and analyses, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal |

|  |  | strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

**SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge