UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al*., individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-3664-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE RE: APEX DEPOSITION OF SUNDAR PICHAI**<br><br>Judge: Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Motion For Relief From Nondispositive Pretrial Order of Magistrate Judge re: Apex Deposition of Sundar Pichai (the "Motion"). Having considered the Motion and good cause having been found, the Court grants the Motion as follows:

The Court's December 27, 2021 Order (Dkt. 365) granting Plaintiffs' request to depose Mr. Pichai is set aside, and Google's request to prevent the deposition of Mr. Pichai is granted.

**SO ORDERED.**

DATED: _____

THE HONORABLE LUCY H. KOH
United States District Judge