Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REGARDING RULE 30(b)(6) DEPOSITIONS OF GOOGLE**<br><br>Referral: The Honorable Susan van Keulen |

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully seek the Court's assistance in scheduling three 30(b)(6) depositions that Plaintiffs noticed on December 3, 2021. Google has been stonewalling Plaintiffs' efforts to obtain this 30(b)(6) testimony, with Google neglecting to schedule these depositions, not providing written objections to the notices, failing to designate deponents, and suggesting that Google will not prepare any Google witness to testify about various important topics included in the notices.

Plaintiffs are filing this Administrative Motion because Google has recently taken the position that no further joint dispute letters may be filed with the Court, and that the parties are required to first file an Administrative Motion with the Court. *See* Dkt. 352. If that is incorrect, and the Court wishes the parties to continue filing joint dispute letters consistent with Your Honor's Standing Order, Plaintiffs are willing to instead proceed with that process. Either way, Plaintiffs seek assistance from the Court to schedule these important depositions.

On December 3, 2021, using 3 of their 20 deposition slots, Plaintiffs sent Google three separate 30(b)(6) deposition notices covering certain (1) damages topics, (2) ads and analytics topics, and (3) technical topics related to Google's collection and storage of private browsing information. Mao Decl. ¶ 2. Plaintiffs followed up on December 16, asking for dates and designees and for a meet-and-confer to discuss any potential objections. *Id*. Google did not respond until December 22, offering a meet-and-confer that day, during which Google merely provided a high-level overview of some likely objections, and often stated that it would need to further discuss the matter before agreeing to any compromise. *Id*. ¶ 3. In sum, Google's approach to meeting-and-conferring only frustrated the process and did not advance the parties' dispute toward resolution. Plaintiffs highlighted these problems in their December 31 motion for relief from case management schedule, explaining how Google's delay "requires an extension of time for the parties to resolve or, if necessary, raise any 30(b)(6) disputes with the Court." Dkt. 371 at 22. The Court ultimately granted Plaintiffs' motion, extending the fact discovery deadline to March 4, 2022. Dkt. 377.

It's now been over five weeks, and yet Google has still not provided any dates or designees for any of the topics, including topics not in dispute, nor any written objections. *Id.* ¶ 4. The Court's August 12 Order requires parties to "provide available dates within one week of receiving any deposition notice, and (2) offer dates within five weeks of any deposition notice." Dkt. 242-1. In addition, Google appears set on obstructing Plaintiffs from covering important topics, suggesting that (at some unspecified time) it will object to certain topics. Mao Decl. ¶ 4.

Plaintiffs seek the Court's assistance in efficiently resolving these disputes. Plaintiffs are ready and willing to brief any disputes regarding the scope of these depositions, but Plaintiffs are concerned that Google will once again delay that process. For example, Google took weeks to complete the letter briefs for the Lorraine Twohill and Sundar Pichai depositions, and Google has in other circumstances refused to prepare letter briefs whatsoever. Mao Decl. ¶ 5.

To move this forward, Plaintiffs respectfully request that the Court enter Plaintiffs' proposed order, which would require the following:

1. Within two days of this Order, Google provides dates and designees for all 30(b)(6) topics to which Google does not object.
2. Within three days of this Order, Google serves formal objections to all other 30(b)(6) topics.
3. Within seven days of this Order, the parties file a joint letter brief, not to exceed five pages, regarding any disputed 30(b)(6) topics.

Plaintiffs asked Google to stipulate to this schedule and invited Google to meet-and-confer, but Google did not respond. Mao Decl. ¶ 6.

Plaintiffs appreciate your assistance.

Dated: January 11, 2022                    SUSMAN GODFREY L.L.P.

                                           By */s/ Amanda Bonn*

                                           Amanda Bonn (CA Bar No. 270891)
                                           abonn@susmangodfrey.com
                                           SUSMAN GODFREY L.L.P.
                                           1900 Avenue of the Stars, Suite 1400

3

Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805

4

PLAINTIFFS' ADMINISTRATIVE MOTION RE: 30(b)(6) DEPOSITIONS
Case No. 5:20-cv-03664-LHK-SVK

|   |   |
|---|---|
| 1 | MORGAN & MORGAN |
| 2 | 711 Van Ness Ave, Suite 500 |
|   | San Francisco, CA 94102 |
| 3 | Tel: (415) 358-6913 |
|   | mram@forthepeople.com |
| 4 | *Attorneys for Plaintiffs* |

5