Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-LHK-SVK<br><br>**DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REGARDING RULE 30(b)(6) DEPOSITIONS OF GOOGLE**<br><br>Referral: The Honorable Susan van Keulen |

MAO DECL. ISO PLAINTIFFS' MOT. FOR ADMIN RELIEF RE: RULE 30(b)(6) DEPOSITIONS OF GOOGLE
Case No. 5:20-cv-03664-LHK-SVK

# DECLARATION OF MARK C. MAO

I, Mark C. Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On December 3, 2021, using 3 of their 20 deposition slots, Plaintiffs sent Google three separate 30(b)(6) deposition notices covering certain (1) damages topics, (2) ads and analytics topics, and (3) technical topics related to Google's collection and storage of private browsing information. Plaintiffs followed up on December 16, asking for dates and designees and for a meet-and-confer to discuss any potential objections.

3. Google did not respond until December 22, offering a meet-and-confer that day, during which Google merely provided a high-level overview of some likely objections, and often stated that it would need to further discuss the matter before agreeing to any compromise. Google's approach to meeting-and-conferring only frustrated the process and did not advance the parties' dispute toward resolution.

4. It's now been over five weeks, and yet Google has still not provided any dates or designees for any of the topics, including topics not in dispute, nor any written objections. Google also appears set on obstructing Plaintiffs from covering important topics, suggesting that (at some unspecified time) it intends to object to certain topics.

5. Plaintiffs are ready and willing to brief any disputes regarding the scope of these depositions, but Plaintiffs are concerned that Google will once again delay that process. For example, Google took weeks to complete the letter briefs for the Lorraine Twohill and Sundar Pichai depositions, and Google has in other circumstances refused to prepare letter briefs whatsoever.

6. On January 11, 2022, we reached out to counsel for Google to ask that Google stipulate to the schedule that Plaintiffs seek with this Motion. We also offered to meet-and-confer. Counsel for Google did not respond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of January, 2022, at San Francisco, California.

*/s/ Mark C. Mao*