UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**[PLAINTIFFS' PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION RE: 30(b)(6) DEPOSITIONS OF GOOGLE** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Administrative Relief Regarding Rule 30(b)(6) Depositions of Google. Having considered the parties' papers filed in support of and in opposition to the motion, and all other matters properly considered by this Court, the Court finds there is good cause to GRANT Plaintiffs' Motion for Administrative Relief.

1. Within two days of this Order, Google shall provide dates and designees for all 30(b)(6) topics to which Google does not object.
2. Within three days of this Order, Google shall serve formal objections to all other 30(b)(6) topics.
3. Within seven days of this Order, the parties shall file a joint letter brief, not to exceed five pages, regarding any disputed 30(b)(6) topics.

1 **IT IS SO ORDERED.**

2

3 DATED: _____   _____

4                                                                     Honorable Susan van Keulen
                                                                          United States Magistrate Judge
5

CASE NO. 5:20-cv-03664-LHK-SVK
[PLAINTIFFS' PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION