QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I. Street, N.W., Suite 900<br>Washington, D.C. 20005<br>Telephone: 202-538-8000<br>Facsimile: 202-538-8100 |
| Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REGARDING RULE 30(b)(6) DEPOSITIONS OF GOOGLE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Plaintiffs' "administrative" motion for relief is meritless, makes a farce of the meet-and-confer requirement, and should be denied. Google respectfully asks the Court to order the parties to meet and confer properly and provide a joint stipulation by January 14, 2022, or, in the alternative, adopt Google's proposed order filed concurrently.

Google has been working in good faith to review and respond to Plaintiffs' three sprawling Rule 30(b)(6) deposition notices, encompassing 47 topics on a wide range of issues: revenues and profits of various Google services, Google's data reception, data production, collection and usage controls, dozens of produced documents, the basis for all affirmative defenses that Google asserts or intends to assert in this case, including all technical details relevant to those defenses, **and more**. In December, Google met and conferred with Plaintiffs for an hour and a half on the three Rule 30(b)(6) depositions. Declaration of Sara Jenkins ("Jenkins Decl.") at ¶ 4. At that meet and confer, counsel for Google discussed each topic and provided objections, a proposed narrowing, or agreement to provide corporate testimony. Jenkins Decl. at ¶ 4. Google counsel also solicited Plaintiffs' position on whether agreement could be reached in response to Google's objections. Jenkins Decl. at ¶ 4. Since that meet and confer, Google has been working on finalizing its objections and identifying the topics on which it is willing to produce a witness. *Id*. Plaintiffs sought no further meet and confer on these issues. *Id*.

On January 11 at 11:29 am, Plaintiffs emailed with a brand-new "proposal" on next steps to identify deponents and resolve Google's objections. Only six and a half hours later, without allowing Google a chance to respond, Plaintiffs filed this administrative motion seeking relief on their new proposal. Plaintiffs' self-help methods of bringing unripe disputes before the Court is prejudicial, disruptive, and forces the Court to waste precious time on issues that could have (and should have) been resolved by counsel picking up the phone.

Google respectfully asks that the Court order the parties to meet and confer in good faith regarding these deposition notices and file a joint stipulation no later than January 14, 2022. In addition to substantive objections and agreements on narrowing topics, the parties must also work out logistical questions, such as, coordinating depositions across the two related cases of *Brown* and *Calhoun* and the combined fact/corporate testimony of certain individuals. However, if the Court

GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE
RELIEF REGARDING RULE 30(b)(6) DEPOSITIONS OF GOOGLE

would rather resolve the issues now, Google respectfully asks that the Court order the parties as follows:

    1. By January 18, 2022, Google shall serve formal objections and responses to Plaintiffs' three Rule 30(b)(6) notices and identify its preliminary designees for each topic on which it agrees to provide testimony.

    2. By January 19, 2022, the parties will meet and confer on Google's objections and identify the areas that remain in dispute.

    3. By January 21, 2022, Plaintiffs will file their two-page brief on outstanding disputes.

    4. By January 27, Google will file its two-page response on outstanding disputes.

    5. Within three days of the Court's ruling on the areas in dispute, Google will provide final designee on each topic and deposition dates.

DATED: January 12, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Andrew H. Schapiro*

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)

josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*