QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) <br> dianedoolittle@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 | Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 | Josef Ansorge (admitted *pro hac vice*) <br> josefansorge@quinnemanuel.com <br> 1300 I. Street, N.W., Suite 900 <br> Washington, D.C. 20005 <br> Telephone: 202-538-8000 <br> Facsimile: 202-538-8100 |
| Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 | Jomaire A. Crawford (admitted *pro hac vice*) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-cv-03664-LHK-SVK <br><br> **DECLARATION OF SARA JENKINS IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REGARDING RULE 30(b)(6) DEPOSITIONS OF GOOGLE** <br><br> Referral: Hon. Susan van Keulen, USMJ |

I, Sara Jenkins, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Google's Opposition to Plaintiffs' Motion for Administrative Relief Regarding Rule 30(b)(6) Depositions of Google.

3. On December 3, 2021, Plaintiffs served three 30(b)(6) depositions notices, containing 47 separate topics. Plaintiffs first emailed counsel for Google on December 16 to request a meet and confer regarding these 30(b)(6) topics, and requested that the meet and confer take place on either December 17, 2021 or December 20, 2021. Counsel for Google was not available on those days, but proposed a meet and confer for December 22, which Plaintiffs accepted.

4. On December 22, 2021, Google's counsel met and conferred with counsel for Plaintiffs for more than one and a half hours regarding Plaintiffs' 30(b)(6) notices and topics. The parties discussed each of the 47 topics, one-by-one, with Google's counsel explaining its objections, telling Plaintiffs which topics it was likely to agree to designate a witness on and to which topics Google would be objecting, and asking questions about topics that were unclear. Google also asked Plaintiffs' counsel about Plaintiffs' willingness to narrow certain topics in response to Google's objections.

5. On January 11, 2022 at 11:29 A.M., PST, Plaintiffs, for the first time, proposed a schedule by which Google would provide formal objections and the names of its 30(b)(6) designees. Plaintiffs filed this administrative motion for relief just six and a half hours later, without meeting and conferring regarding Plaintiffs' proposed schedule.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Redwood Shores, California on January 12, 2022.

DATED: January 12, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Sara Jenkins
Sara Jenkins

*Attorney for Defendant*