1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13
14
15
16
17
18
19

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

    Plaintiffs,

    v.

GOOGLE LLC,

    Defendant.

Case No. 5:20-cv-03664-LHK-SVK

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REGARDING RULE 30(b)(6) DEPOSITIONS OF GOOGLE**

Referral: Hon. Susan van Keulen, USMJ

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Google's Opposition to Plaintiffs' Motion for Administrative Relief Regarding Rule 30(B)(6) Depositions of Google (Dkt. 383). Having considered Plaintiffs' Motion, Google's Opposition, supporting declarations, and other papers on file, and good cause having been found, the Court **DENIES** Plaintiffs' Motion and **ORDERS** as follows:

1. By January 18, 2022, Google shall serve formal objections and responses to Plaintiffs' three Rule 30(b)(6) notices and identify its preliminary designees for each topic on which it agrees to provide testimony.

2. By January 19, 2022, the parties will meet and confer on Google's objections and identify the areas that remain in dispute.

3. By January 21, 2022, Plaintiffs will file their two-page brief on outstanding disputes.

4. By January 27, Google will file its two-page response on outstanding disputes.

5. Within three days of the Court's ruling on the areas in dispute, Google will provide final designee on each topic and deposition dates.

**SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge