UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.  20-cv-03664-LHK   (SVK)<br><br>**ORDER ON DISCOVERY DISPUTE FILED AS ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 383 |

This Court is in receipt of Plaintiffs' administrative motion regarding setting a schedule for resolution of disputed 30(b)6 deposition topics and dates.  Dkt. 383, 384.  The motion, like its predecessor filed by Defendant at Dkt. 352, is a fight over the size of the table at which the Parties will meet and confer to resolve a substantive dispute, and as such is not a proper use of judicial resources.  Counsel on both sides in this matter can and must do better.  Each side must promptly engage following a request to meet and confer.  If the matter is unresolved, the Parties are to promptly prepare a joint statement in accordance with this Court's standing order.

In the Court's own interest of efficiency, it will deem the motion a joint discovery submission and **ORDERS** as follows:

- No later than **Saturday, January 15, 2022**, Google shall serve formal objections and responses to Plaintiffs' three Rule 30(b)6 notices and identify designees for each topic not in dispute;
- No later than **Monday, January 17, 2022, Martin Luther King Day**, the Parties will meet and confer on Google's objections and identify the areas that remain in dispute;
- No later than **January 18, 2002, at noon**, Plaintiffs will provide Google with their portion of a joint statement;

- No later than **January 18, 2022, at 6 p.m**., Google will provide Plaintiffs with its portion of the joint statement;
- The Parties' meet and confer efforts are to continue concurrently with the exchange of positions.
- No later than **January 19, 2022**, the Parties are to file a joint statement addressing any remaining issues.

The foregoing schedule may be adjusted pursuant to mutual agreement of the Parties.

**SO ORDERED.**

Dated: January 13, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge