# TRANSCRIPT ORDER

**Please use one form per court reporter.**
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 08/2018)

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Simone Valvik |
| 1b. ATTORNEY NAME (if different) | Jonathan Tse |
| 2a. CONTACT PHONE NUMBER | (415) 875-6600 |
| 2b. ATTORNEY PHONE NUMBER | (415) 875-6426 |
| 3. CONTACT EMAIL ADDRESS | simonevalvik@quinnemanuel.com |
| 3. ATTORNEY EMAIL ADDRESS | jonathantse@quinnemanuel.com |
| 4. MAILING ADDRESS | Quinn Emanuel Urquhart & Sullivan, LLP, 50 California St, 22nd Floor, San Francisco, CA 94111 |
| 5. CASE NAME | Brown et al v. Google LLC |
| 6. CASE NUMBER | 5:20-cv-03664-L |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR | Pamela Batalo Hebel |
| 8. THIS TRANSCRIPT ORDER IS FOR: | ☐ APPEAL  ☐ CRIMINAL  ☐ NON-APPEAL  ☑ CIVIL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached). CJA: Do not use this form; use Form CJA24. |

**COURT USE ONLY — DUE DATE:**

## 9. TRANSCRIPT(S) REQUESTED

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion) |
|---|---|---|---|
| 10/27/2021 | SVK | Discovery | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|---|
| | ● | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |

c. DELIVERY TYPE (Choose one per line)

| | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Magistrate Judge Susan van Keulen

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Jonathan Tse

12. DATE: 01/13/2022