**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO SUBMIT JOINT CASE MANAGEMENT STATEMENT**<br><br>Referral: Hon. Susan van Keulen |

1   Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and
2   Google LLC ("Google"), collectively referred to as the "Parties."
3   WHEREAS, on December 23, 2021, the Court issued a notice to the Parties regarding Judge
4   Koh's elevation to the Ninth Circuit and asked whether the parties consent to the jurisdiction of a
5   magistrate judge or request a reassignment to a district judge (Dkt. 364);
6   WHEREAS, on January 5, 2022, the Parties submitted their respective responses (Dkts. 378,
7   379);
8   WHEREAS, this matter has not yet been formally reassigned;
9   WHEREAS, a Case Management Conference is currently scheduled to be held on January
10  26, 2022 (Dkt. 377);
11  WHEREAS, the Joint Case Management Statement is currently scheduled to be filed on
12  January 19, 2022 (Dkt. 277);
13  WHEREAS, the Parties jointly seek the Court's guidance as to whether a Joint Case
14  Management Conference will still occur on January 26, 2022;
15  WHEREAS, pending such guidance, the Parties respectfully request that the deadline to
16  submit the Joint Case Management Statement on January 19, 2022 be vacated;
17  NOW THEREFORE, the Parties stipulate to vacate the deadline by which the Parties shall
18  submit a Joint Case Management Statement.

DATED:  January 18, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Beko Reblitz-Richardson* |
| Andrew H. Schapiro (admitted *pro hac vice*) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Chicago, IL 60606 | brichardson@bsfllp.com |
| Tel: (312) 705-7400 | 44 Montgomery Street, 41st Floor |
| Fax: (312) 705-7401 | San Francisco, CA 94104 |
| | Tel: (415) 293 6858 |
| Stephen A. Broome (CA Bar No. 314605) | Fax: (415) 999 9695 |
| sb@quinnemanuel.com | James W. Lee (*pro hac vice*) |

-1-   Case No. 5:20-cv-03664-LHK-SVK
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
PARTIES TO SUBMIT JOINT CASE MANAGEMENT STATEMENT

| | | |
|---|---|---|
| 1 | Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com | jlee@bsfllp.com<br>Rossana Baeza (*pro hac vice*) |
| 2 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | rbaeza@bsfllp.com<br>100 SE 2nd Street, Suite 2800 |
| 3 | Tel: (213) 443-3000<br>Fax: (213) 443-3100 | Miami, FL 33130<br>Tel: (305) 539-8400 |
| 4 | | Fax: (305) 539-1304 |
| 5 | Diane M. Doolittle (CA Bar No. 142046) | William Christopher Carmody (*pro hac vice*) |
| 6 | dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor | bcarmody@susmangodfrey.com |
| 7 | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 8 | Facsimile: (650) 801-5100 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 9 | Jomaire A. Crawford (admitted *pro hac vice*) | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 10 | jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 11 | New York, NY 10010<br>Telephone: (212) 849-7000 | New York, NY 10019<br>Tel: (212) 336-8330 |
| 12 | Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891) |
| 13 | Josef Ansorge (admitted *pro hac vice*) | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 14 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 15 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | Tel: (310) 789-3100 |
| 16 | Washington D.C., 20005<br>Tel: (202) 538-8000 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 17 | Fax: (202) 538-8100 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 18 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 19 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 20 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Fax: (813) 222-4736 |
| 21 | *Attorneys for Defendant Google LLC* | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 22 | | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 23 | | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 24 | | *Attorneys for Plaintiffs* |

-2-    Case No. 5:20-cv-03664-LHK-SVK
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
PARTIES TO SUBMIT JOINT CASE MANAGEMENT STATEMENT

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO SUBMIT JOINT CASE MANAGEMENT STATEMENT. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: January 18, 2022    By    */s/ Andrew H. Schapiro*
                                    Andrew H. Schapiro
                                    *Counsel on behalf of Google*

1 **[PROPOSED] ORDER**

2 Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

3 The deadline for the Parties to submit a Joint Case Management Statement be vacated
4 pending guidance as to the timing of a forthcoming Joint Case Management Hearing.

7 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9 DATED: _____, 2022        _____

10                                                                  Hon. Susan van Keulen
                                                                    United States Magistrate Judge