QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | 1300 I. Street, N.W., Suite 900 |
| violatrebicka@quinnemanuel.com | Washington, D.C. 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: 202-538-8000 |
| Los Angeles, CA 90017 | Facsimile: 202-538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jonathan Tse (CA Bar No. 305468) | Jomaire A. Crawford (admitted *pro hac vice*) |
| jonathantse@quinnemanuel.com | jomairecrawford@quinnemanuel.com |
| 50 California Street, 22nd Floor | 51 Madison Avenue, 22nd Floor |
| San Francisco, CA 94111 | New York, NY 10010 |
| Telephone: (415) 875-6600 | Telephone: (212) 849-7000 |
| Facsimile: (415) 875-6700 | Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF THE JOINT STIPULATION TO EXTEND TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Susan van Keulen |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 6-3, I submit this declaration in support of the Parties' Joint Stipulation and [Proposed] Order Extending Time to Submit Joint Case Management Statement.

3. On December 23, 2021, the Court issued a notice to the Parties regarding Judge Koh's elevation to the Ninth Circuit and asked whether the parties consent to the jurisdiction of a magistrate judge or request a reassignment to a district judge (Dkt. 364).

4. On January 5, 2022, the Parties submitted their respective responses (Dkts. 378, 379).

5. This matter has not yet been formally reassigned.

6. A Joint Case Management Conference is currently scheduled to be held on January 26, 2022 (Dkt. 377).

7. The Joint Case Management Statement is currently scheduled to be filed on January 19, 2022 (Dkt. 277).

8. On January 18, 2022, the Parties met and conferred on seeking an extension to submit Joint Case Management Statement.

9. The Parties jointly seek the Court's guidance as to whether a Joint Case Management Conference will still occur on January 26, 2022.

10. Pending such guidance, the Parties respectfully request that the deadline to submit the Joint Case Management Statement on January 19, 2022 be vacated.

11. The Court has previously modified the case schedule by extending Plaintiffs' deadline to file a brief response to the affidavit and declaration submitted in response to the Court's request (Dkt. 110) and the deadline for special master submissions (Dkt. 206), and has also granted the parties' stipulations to extend the time to answer the complaint (Dkt. 42), submit protective order and ESI order (Dkt. 72), submit motion to dismiss briefing (Dkt. 73), submit proposed redactions to

1 the April 27, 2021 hearing transcript (Dkt. 163) and June 2, 2021 hearing transcript (Dkt. 246), submit a declaration in support of Plaintiffs' motion to seal (Dkts. 294, 367), file Google's motion for protective order (Dkt. 301), respond to third-party subpoenas (Dkts. 347-50), and answer the Second Amended Complaint (Dkt. 377).  The Court has further granted the parties' stipulations setting a briefing schedule for Google's motion to dismiss Counts Six and Seven of the Second Amended Complaint (Dkt. 175) and continuing several discovery and motion deadlines (Dkts. 261, 377), including the deadlines for the close of fact discovery, opening and rebuttal expert reports, close of expert discovery, filing motion for class certification, and the class certification hearing.

12. This extension will not affect the schedule in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on January 18, 2022.

DATED:  January 18, 2022                                   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Jonathan Tse*
    Jonathan Tse

*Attorney for Defendant*