# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**[PLAINTIFFS' PROPOSED] ORDER RE: INTERROGATORY DISPUTE** |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' Interrogatories 14, 15, and 16. Having considered the Joint Letter Brief, the Court hereby ORDERS Google to answer in full Plaintiffs' Interrogatories 14, 15, and 16 within one week of this Order.

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable Susan van Keulen
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-LHK-SVK<br><br>**[GOOGLE'S PROPOSED] ORDER RE: INTERROGATORY DISPUTE** |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' Interrogatories 14, 15, and 16. Having considered the Joint Letter Brief, Plaintiffs' request is hereby DENIED.

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Susan van Keulen
United States Magistrate Judge