UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-03664-YGR   (SVK)<br><br>**ORDER ON JOINT LETTER BRIEF RE: GOOGLE'S RESPONSES TO PLAINTIFFS' INTERROGATORIES**<br><br>Re: Dkt. No. 390 |

The Court has reviewed the Parties' joint discovery submission and determined that this matter may be resolved without oral argument. Civ. L.R. 7-1(b). The Court's rulings are attached hereto as Exhibit A. To the extent Google is ordered to respond, the responses are due on **February 7, 2022.**

    **SO ORDERED.**

Dated: January 26, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge