| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY 10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF MOTION FOR LEAVE TO AMEND COMPLAINT SHOULD BE SEALED**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 - 4th Floor<br>Date: March 15, 2022<br>Time: 2:00 p.m. |

1   Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether
2  Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs'
3  Rule 15(a) Motion for Leave to File their Third Amended Complaint ("Plaintiffs' Motion").
4   Plaintiffs reserve their right to oppose Google's request to seal.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Motion | Google | Portions highlighted in yellow on Pages 3, 5, 6, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Declaration of Mark C. Mao in Support of Plaintiffs' Motion for Leave to File their Third Amended Complaint ("Mao Decl.") | Google | Portions highlighted in yellow within paragraphs 6, 8, 9, 10 | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Exhibit 1 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 2 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 3 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 4 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 5 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 6 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |

| Exhibit 7 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
|---|---|---|---|
| Exhibit 8 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 9 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 10 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 11 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 12 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 13 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 14 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 15 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 16 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 17 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 18 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |

| | | | |
|---|---|---|---|
| Exhibit 19 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 20 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 21 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 22 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 23 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 24 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 25 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 26 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 27 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 28 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 29 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 30 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |

| Exhibit 31 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
|---|---|---|---|
| Exhibit 32 to Mao Decl. | Google | Entirety | Transcript designated "Confidential" pursuant to the Protective Order |
| Exhibit 33 to Mao Decl. | Google | Entirety | Transcript designated "Confidential" pursuant to the Protective Order |
| Exhibit 34 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 35 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 36 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 37 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 38 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 39 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 40 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |
| Exhibit 41 to Mao Decl. | Google | Entirety | Document designated "Highly Confidential" pursuant to the Protective Order |
| Exhibit 42 to Mao Decl. | Google | Entirety | Document designated "Confidential" pursuant to the Protective Order |

| Exhibit 43 to Mao Decl. | Google | Entirety | Interrogatory Response designated "Highly Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: February 3, 2022

Respectfully submitted,

By:  /s/ Amanda Bonn

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com

|   |   |
|---|---|
| 1 | Steven Shepard (*pro hac vice*) |
|   | sshepard@susmangodfrey.com |
| 2 | Alexander P. Frawley (*pro hac vice*) |
|   | afrawley@susmangodfrey.com |
| 3 | SUSMAN GODFREY L.L.P. |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 4 | New York, NY  10019 |
|   | Telephone: (212) 336-8330 |
| 5 |   |
| 6 | John A. Yanchunis (*pro hac vice*) |
|   | jyanchunis@forthepeople.com |
| 7 | Ryan J. McGee (*pro hac vice*) |
|   | rmcgee@forthepeople.com |
| 8 | MORGAN & MORGAN, P.A. |
|   | 201 N Franklin Street, 7th Floor |
| 9 | Tampa, FL 33602 |
| 10 | Telephone: (813) 223-5505 |
|   | Facsimile: (813) 222-4736 |
| 11 |   |
| 12 | Michael F. Ram, CA Bar No. 104805 |
|   | MORGAN & MORGAN |
| 13 | 711 Van Ness Ave, Suite 500 |
|   | San Francisco, CA 94102 |
| 14 | Tel: (415) 358-6913 |
|   | mram@forthepeople.com |
| 15 |   |
| 16 | *Attorneys for Plaintiffs* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:20-cv-03664-YGR-SVK