# EXHIBITS 1-43

# FILED UNDER SEAL