| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY 10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF JOINT LETTER BRIEF SHOULD BE SEALED**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1  Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether
2  Google LLC's ("Google") material should be sealed. The material is included within the parties'
3  Joint Letter Brief regarding Plaintiffs' Request to add Bert Leung as an additional Google
4  custodian.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Joint Letter Brief | Google | Portions highlighted in yellow on Pages 1, 2, 3, 4. | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: February 8, 2022                    Respectfully submitted,

By: /s/Amanda Bonn

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800

|    |                                                                              |
| -- | ---------------------------------------------------------------------------- |
| 1  | Miami, FL 33130                                                              |
|    | Telephone: (305) 539-8400                                                    |
| 2  | Facsimile: (305) 539-1304                                                    |
| 3  | William Christopher Carmody (*pro hac vice*)                                 |
|    | bcarmody@susmangodfrey.com                                                   |
| 4  | Shawn J. Rabin (*pro hac vice*)                                              |
|    | srabin@susmangodfrey.com                                                     |
| 5  | Steven Shepard (*pro hac vice*)                                              |
|    | sshepard@susmangodfrey.com                                                   |
| 6  | Alexander P. Frawley (*pro hac vice*)                                        |
| 7  | afrawley@susmangodfrey.com                                                   |
|    | SUSMAN GODFREY L.L.P.                                                        |
| 8  | 1301 Avenue of the Americas, 32nd Floor                                 |
|    | New York, NY  10019                                                          |
| 9  | Telephone: (212) 336-8330                                                    |
| 10 | John A. Yanchunis (*pro hac vice*)                                           |
|    | jyanchunis@forthepeople.com                                                  |
| 11 | Ryan J. McGee (*pro hac vice*)                                               |
| 12 | rmcgee@forthepeople.com                                                      |
|    | MORGAN & MORGAN, P.A.                                                        |
| 13 | 201 N Franklin Street, 7th Floor                                             |
|    | Tampa, FL 33602                                                              |
| 14 | Telephone: (813) 223-5505                                                    |
| 15 | Facsimile: (813) 222-4736                                                    |
| 16 | Michael F. Ram, CA Bar No. 104805                                            |
|    | MORGAN & MORGAN                                                              |
| 17 | 711 Van Ness Ave, Suite 500                                                  |
|    | San Francisco, CA 94102                                                      |
| 18 | Tel: (415) 358-6913                                                          |
| 19 | mram@forthepeople.com                                                        |
| 20 | *Attorneys for Plaintiffs*                                                   |
| 21 |                                                                              |
| 22 |                                                                              |
| 23 |                                                                              |
| 24 |                                                                              |
| 25 |                                                                              |
| 26 |                                                                              |
| 27 |                                                                              |
| 28 |                                                                              |