# EXHIBIT A

1   Mark C. Mao, CA Bar No. 236165                William Christopher Carmody
    Beko Reblitz-Richardson, CA Bar No. 238027    (admitted *pro hac vice*)
2   Erika Nyborg-Burch (admitted *pro hac vice*)  Shawn J. Rabin (admitted *pro hac vice*)
    **BOIES SCHILLER FLEXNER LLP**                Steven M. Shepard (admitted *pro hac vice*)
3   44 Montgomery St., 41st Floor                 Alexander Frawley (admitted *pro hac vice*)
4   San Francisco, CA 94104                       **SUSMAN GODFREY L.L.P.**
    Tel.: (415) 293-6800                          1301 Avenue of the Americas,
5   mmao@bsfllp.com                               32nd Floor
    brichardson@bsfllp.com                        New York, NY  10019
6   enyborg-burch@bsfllp.com                      Tel.: (212) 336-8330
                                                  bcarmody@susmangodfrey.com
7   James Lee (admitted *pro hac vice*)           srabin@susmangodfrey.com
8   Rossana Baeza (admitted *pro hac vice*)       sshepard@susmangodfrey.com
    **BOIES SCHILLER FLEXNER LLP**                afrawley@susmangodfrey.com
9   100 SE 2nd St., 28th Floor
10  Miami, FL 33131                               John A. Yanchunis (admitted *pro hac vice*)
    Tel.: (305) 539-8400                          Ryan J. McGee (admitted *pro hac vice*)
11  jlee@bsfllp.com                               **MORGAN & MORGAN**
    rbaeza@bsfllp.com                             201 N. Franklin Street, 7th Floor
12                                                Tampa, FL 33602
    Amanda K. Bonn, CA Bar No. 270891             Tel.: (813) 223-5505
13  **SUSMAN GODFREY L.L.P**                      jyanchunis@forthepeople.com
14  1900 Avenue of the Stars, Suite 1400          mram@forthepeople.com
    Los Angeles, CA 90067                         rmcgee@forthepeople.com
15  Tel: (310) 789-3100
    Fax: (310) 789-3150                           Michael F. Ram, CA Bar No. 104805
16  abonn@susmangodfrey.com                       **MORGAN & MORGAN**
                                                  711 Van Ness Ave, Suite 500
17                                                San Francisco, CA 94102
                                                  Tel: (415) 358-6913
18  *Attorneys for Plaintiffs*                    mram@forthepeople.com

19                  **UNITED STATES DISTRICT COURT**
20                  **NORTHERN DISTRICT OF CALIFORNIA**

21  CHASOM BROWN, WILLIAM BYATT,            Case No.:  5:20-cv-03664-YGR-SVK
    JEREMY DAVIS, CHRISTOPHER
22  CASTILLO, and MONIQUE TRUJILLO          **[PROPOSED] ORDER GRANTING**
    individually and on behalf of all similarly   **PLAINTIFFS' REQUEST FOR**
23  situated,                               **ADDITIONAL GOOGLE CUSTODIAN**
24
            Plaintiffs,                     Referral: Hon. Susan van Keulen, USMJ
25
26  vs.

27  GOOGLE LLC,

28          Defendant.

1

**[PROPOSED] ORDER**

2          Before the Court is the parties' joint letter brief regarding Plaintiffs' request for Google to

3     add Bert Leung as a limited custodian ("Joint Letter Brief"). Given Mr. Leung's central role in

4     Google's 2020 Incognito detection analysis, and Google's failure to identify Mr. Leung as an

5     employee with relevant information, the Court hereby ORDERS Google to conduct a limited

6     search of Mr. Leung's custodial files. The search shall be limited to the time period of 2019-2021,

7     and the following three search terms: Incognito, ChromeGuard, "Chrome Guard." Google shall

8     produce responsive documents at least 14 days prior to Mr. Leung's deposition.

9

10          **IT IS SO ORDERED.**

11

12     DATED: _____        _____

13                                                                  Honorable Susan van Keulen
                                                                    United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT,
JEREMY DAVIS, CHRISTOPHER
CASTILLO, and MONIQUE TRUJILLO,
individually and on behalf of all similarly
situated,

     Plaintiffs,

     v.

GOOGLE LLC,

          Defendant.

Case No. 5:20-cv-3664-YGR-SVK

**[GOOGLE'S PROPOSED] ORDER
DENYING PLAINTIFFS' REQUEST
FOR ADDITIONAL GOOGLE
CUSTODIAN**

Referral:  Hon. Susan van Keulen, USMJ

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Plaintiffs' request for Google to add Bert Leung as a forty-third custodian.  Having considered the Joint Letter Brief, Plaintiffs' request is hereby DENIED.

**SO ORDERED.**

DATED: _____          _____
                                         THE HONORABLE SUSAN VAN KEULEN
                                         United States Magistrate Judge