**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT (DKT. 395) AND DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 394)**<br><br>Judge:   Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on February 3, 2022, Plaintiffs filed their Administrative Motion To Consider Whether Portions Of Motion for Leave To Amend Complaint Should Be Sealed ("Motion to Seal") (Dkt. 394) and their Motion for Leave To Amend Complaint ("Motion for Leave") (Dkt. 395);

WHEREAS, on February 3, 2022, Google received unredacted copies of Plaintiffs' Motion for Leave and exhibits, approximately 43 of which were designated to be sealed and submitted with Dkts. 394, 395;

WHEREAS, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the current deadline for Google to respond to the Motion for Leave (Dkt. 395) is by Thursday, February 17, 2022;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the current deadline for Google, as the Designating Party to Plaintiffs' Motion to Seal (Dkt. 394), to establish that such designated material is sealable, is by Thursday, February 10, 2022;

WHEREAS, the Parties agree that an extension of time of 8 days will provide Google with sufficient time to respond to the Motion for Leave (Dkt. 395);

WHEREAS, the Parties agree that an extension of time of 7 days will provide Google with sufficient time to submit its declaration in support of Plaintiffs' Motion to Seal (Dkt. 394);

NOW THEREFORE, the Parties stipulate to extend the deadline by which Google shall submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 394), to February 17, 2022, and the deadline by which Google shall submit its response to Plaintiffs' Motion for Leave (Dkt. 395), to February 25, 2022.

DATED: February 8, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Alexander P. Frawley* |
| Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 | Mark C. Mao (CA Bar No. 236165) <br> mmao@bsfllp.com <br> Beko Reblitz-Richardson (CA Bar No. 238027) |

| | | |
|---|---|---|
| 1 | Chicago, IL 60606<br>Tel: (312) 705-7400 | brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor |
| 2 | Fax: (312) 705-7401 | San Francisco, CA 94104<br>Tel: (415) 293 6858 |
| 3 | Stephen A. Broome (CA Bar No. 314605) | Fax: (415) 999 9695 |
| 4 | sb@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526) | James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com |
| 5 | violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor | Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com |
| 6 | Los Angeles, CA 90017<br>Tel: (213) 443-3000 | 100 SE 2nd Street, Suite 2800<br>Miami, FL 33130 |
| 7 | Fax: (213) 443-3100 | Tel: (305) 539-8400<br>Fax: (305) 539-1304 |
| 8 | Diane M. Doolittle (CA Bar No. 142046) | William Christopher Carmody (*pro hac vice*) |
| 9 | dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor | bcarmody@susmangodfrey.com |
| 10 | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 11 | Facsimile: (650) 801-5100 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 12 | Jomaire A. Crawford (admitted *pro hac vice*) | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 13 | jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 14 | New York, NY 10010<br>Telephone: (212) 849-7000 | New York, NY 10019<br>Tel: (212) 336-8330 |
| 15 | Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891) |
| 16 | Josef Ansorge (admitted *pro hac vice*) | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 17 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 18 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | Tel: (310) 789-3100 |
| 19 | Washington D.C., 20005<br>Tel: (202) 538-8000 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 20 | Fax: (202) 538-8100 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 21 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 22 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 23 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Fax: (813) 222-4736 |
| 24 | | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 25 | *Attorneys for Defendant Google LLC* | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 26 | | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 27 | | *Attorneys for Plaintiffs* |
| 28 | | |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT (DKT. 395) AND DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 394). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: February 8, 2022       By       */s/ Andrew H. Schapiro*
                                       Andrew H. Schapiro
                                       *Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 394), shall be extended to February 17, 2022, and the deadline for Google to submit its response to Plaintiffs' Motion for Leave (Dkt. 395), shall be extended to February 25, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge