1   QUINN EMANUEL URQUHART & SULLIVAN, LLP

2   Diane M. Doolittle (CA Bar No. 142046)     Andrew H. Schapiro (admitted *pro hac vice*)
    dianedoolittle@quinnemanuel.com            andrewschapiro@quinnemanuel.com
3   555 Twin Dolphin Drive, 5th Floor          191 N. Wacker Drive, Suite 2700
    Redwood Shores, CA 94065                    Chicago, IL 60606
4   Telephone: (650) 801-5000                  Telephone: (312) 705-7400
    Facsimile: (650) 801-5100                  Facsimile: (312) 705-7401
5

6   Stephen A. Broome (CA Bar No. 314605)      Josef Ansorge (admitted *pro hac vice*)
    stephenbroome@quinnemanuel.com             josefansorge@quinnemanuel.com
7   Viola Trebicka (CA Bar No. 269526)         1300 I. Street, N.W., Suite 900
    violatrebicka@quinnemanuel.com             Washington, D.C. 20005
8   865 S. Figueroa Street, 10th Floor         Telephone: 202-538-8000
    Los Angeles, CA 90017                      Facsimile: 202-538-8100
9   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
10

11  Jonathan Tse (CA Bar No. 305468)           Jomaire A. Crawford (admitted *pro hac vice*)
    jonathantse@quinnemanuel.com               jomairecrawford@quinnemanuel.com
12  50 California Street, 22nd Floor           51 Madison Avenue, 22nd Floor
    San Francisco, CA 94111                    New York, NY 10010
13  Telephone: (415) 875-6600                  Telephone: (212) 849-7000
    Facsimile: (415) 875-6700                  Facsimile: (212) 849-7100
14

15  *Attorneys for Defendant Google LLC*

16              UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

18

19  CHASOM BROWN, WILLIAM BYATT,          Case No. 4:20-cv-03664-YGR-SVK
    JEREMY DAVIS, CHRISTOPHER
20  CASTILLO, and MONIQUE TRUJILLO,       **DECLARATION OF JONATHAN TSE IN
    individually and on behalf of all similarly   SUPPORT OF JOINT STIPULATION AND
21  situated,                             [PROPOSED]   ORDER   EXTENDING
                                          TIME   FOR   GOOGLE   TO   SUBMIT
22          Plaintiffs,                   OPPOSITION TO PLAINTIFFS' MOTION
                                          FOR LEAVE TO AMEND COMPLAINT
23          v.                            (DKT.  395)  AND  DECLARATION  IN
                                          SUPPORT OF PLAINTIFFS' MOTION TO
24  GOOGLE LLC,                           SEAL (DKT. 394)**

25          Defendant.                    Judge:    Honorable Yvonne Gonzalez Rogers

26

27

28

I, Jonathan Tse, declare as follows:

1.      I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Pursuant to Civil Local Rule 6-2 and 7-12, I submit this declaration in support of the Joint Stipulation and [Proposed] Order Extending Time for Google to Submit Opposition to Plaintiffs' Motion for Leave to Amend Complaint (Dkt. 395) and Declaration in Support of Plaintiffs' Motion to Seal (Dkt. 394) ("Stipulation").

3.      On February 3, 2022, Plaintiffs filed their Administrative Motion To Consider Whether Portions Of Motion for Leave To Amend Complaint Should Be Sealed ("Motion to Seal") (Dkt. 394) and their Motion for Leave To Amend Complaint ("Motion for Leave") (Dkt. 395).

4.      On February 3, 2022, Google received unredacted copies of Plaintiffs' Motion for Leave and exhibits, approximately 43 of which were designated to be sealed and submitted with Dkts. 394, 395.

5.      Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the current deadline for Google to respond to the Motion for Leave (Dkt. 395) is by Thursday, February 17, 2022.

6.      Pursuant to Civil Local Rule 79-5(e), the current deadline for Google, as the Designating Party to Plaintiffs' Motion to Seal (Dkt. 394), to establish that such designated material is sealable, is by Thursday, February 10, 2022.

7.      On February 7, 2022, the Parties met and conferred, and agreed that an extension of time of 7 days will provide Google with sufficient time to review the materials in Plaintiffs' Motion to Seal that Google designated as confidential and to submit its declaration in support its designated material in the filings (Dkts. 394). The Parties also agreed that an extension of time of 8 days will provide Google with sufficient time to respond to Plaintiffs' Motion for Leave (Dkt. 395).

8.      The Court has previously modified the case schedule by extending Plaintiffs' deadline to file a brief response to the affidavit and declaration submitted in response to the Court's request (Dkt. 110), the deadline for special master submissions (Dkt. 206), and to submit joint case

management statement (Dkt. 388), and has also granted the parties' stipulations to extend the time to answer the complaint (Dkt. 42), submit protective order and ESI order (Dkt. 72), submit motion to dismiss briefing (Dkt. 73), submit proposed redactions to the April 27, 2021 hearing transcript (Dkt. 163) and June 2, 2021 hearing transcript (Dkt. 246), submit a declaration in support of Plaintiffs' motion to seal (Dkts. 294, 367), file Google's motion for protective order (Dkt. 301), respond to third-party subpoenas (Dkts. 347-50), and answer the Second Amended Complaint (Dkt. 377). The Court has further granted the parties' stipulations setting a briefing schedule for Google's motion to dismiss Counts Six and Seven of the Second Amended Complaint (Dkt. 175) and continuing several discovery and motion deadlines (Dkts. 261, 377), including the deadlines for the close of fact discovery, opening and rebuttal expert reports, close of expert discovery, filing motion for class certification, and the class certification hearing.

9.      The 7-day and 8-day extensions will not affect the schedule in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on February 8, 2022.

DATED:  February 8, 2022                    QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

                                            By   */s/ Jonathan Tse*
                                                 Jonathan Tse

                                                 *Attorney for Defendant*