UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-03664-YGR   (SVK)<br><br>**ORDER FOR ADDITIONAL INFORMATION FOR JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 399 |

The Court is in receipt of the Parties' joint submission (Dkt. 399) regarding Plaintiffs' request to add Mr. Leung as a custodian, over and above the 42-custodian limit previously set by this Court. *See* Dkt. 298. Plaintiffs proffer a limited time frame (2019-2021) and limited search terms (Incognito, ChromeGuard and Chrome Guard) in support of their request. The Court is assessing the relevant factors of good cause, which include an evaluation of whether the request is proportional to the needs of the case. Fed. R. Civ. Proc. 26 (b)(1). To do so, the Court needs additional information; accordingly, the Court **ORDERS** as follows:

- Google is to run hit counts for the proffered terms in the indicated time frame, taking into consideration de-duplication of documents already produced;
- The hit count information is to be provided to Plaintiffs' counsel as soon as it is available, and the Parties are to meet and confer immediately thereafter regarding resolution of this issue; and
- The hit count information and an update on the status of the dispute is to be provided to the Court as soon as it is available, and no later than **12 p.m. on Monday, February 14, 2022**.

**SO ORDERED.**

Dated: February 10, 2022

SUSAN VAN KEULEN
United States Magistrate Judge