UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Declaration of Jonathan Tse in Support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Dkt. 394 ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Rule 15(a) Motion for Leave to File their Third Amended Complaint (Dkt. 394-1) at:<br><br>Pages 5:20, 5:22-23  6:1-2,  8:12, 11:15-16, 12:2, 12:20-27, 13:1-2, 13:4, 13:6-12, 13:14, 14:7-12, 14:17-19,  16:6, 16:18, 17:1-13, 18:3-4, 18:8-16, 19:3-8, 20:21, 22:2 | Tse Declaration ¶ 4 | |
| Declaration of Mark C. Mao in Support of Plaintiffs' Motion for Leave to File their Third Amended Complaint at:<br><br>Pages 3:9. 3:18, 3:22 | Tse Declaration ¶ 4 | |
| Exhibit 1 to Mao Decl. (GOOG-BRWN-00630517) at:<br><br>Page 1 | Tse Declaration ¶ 4 | |
| Exhibit 3 to Mao Decl. (GOOG BRWN-00475063) at:<br><br>Pages 1, 2, 4 | Tse Declaration ¶ 4 | |
| Exhibit 4 to Mao Decl. (GOOG-CABR-03827263) at:<br><br>Page 1 | Tse Declaration ¶ 4 | |
| Exhibit 5 to Mao Decl. (GOOG-BRWN-00406065) at:<br><br>Pages 1-6 | Tse Declaration ¶ 4 | |
| Exhibit 6 to Mao Decl. (GOOG-BRWN-00686207) at:<br><br>Pages 3-7 | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Exhibit 8 to Mao Decl. (GOOG-BRWN-00042388) at:<br><br>Pages 4-5, 7-10, 12, 14, 17, 21, 23, 26, 28, 31 | Tse Declaration ¶ 4 | |
| Exhibit 9 to Mao Decl. (GOOG-BRWN-00140297) at:<br><br>Pages 15-17, 19-23, 27, 29, 31-33 | Tse Declaration ¶ 4 | |
| Exhibit 10 to Mao Decl. (GOOG-CABR-04324934) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 12 to Mao Decl. (GOOG-CABR-03750737) at:<br><br>Pages 8-10, 16-18, 21 | Tse Declaration ¶ 4 | |
| Exhibit 13 to Mao Decl. (GOOG-CABR-04981563) at:<br><br>Page 4 | Tse Declaration ¶ 4 | |
| Exhibit 14 to Mao Decl. (GOOG-BRWN-00806426) at:<br><br>Page 1 | Tse Declaration ¶ 4 | |
| Exhibit 16 to Mao Decl. (GOOG-CABR-03923580) at:<br><br>Pages 1-2 | Tse Declaration ¶ 4 | |
| Exhibit 20 to Mao Decl. (GOOG-CABR-04739841) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 22 to Mao Decl. (GOOG-BRWN-00477510) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 23 to Mao Decl. (GOOG-BRWN-00388293) at:<br><br>Page 3 | Tse Declaration ¶ 4 | |
| Exhibit 24 to Mao Decl. (GOOG-CABR-05126022) at:<br><br>Page 2 | Tse Declaration ¶ 4 | |
| Exhibit 25 to Mao Decl. (GOOG-CABR-05269357.R) at: | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Redacted in its entirety | | |
| Exhibit 26 to Mao Decl. (GOOG-CABR-05756666) at:<br><br>Page 18 | Tse Declaration ¶ 4 | |
| Exhibit 28 to Mao Decl. (GOOG-CABR-04967959) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 29 to Mao Decl. (GOOG-BRWN-00750077) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 30 to Mao Decl. (GOOG-BRWN-00601022) at:<br><br>Page 1 | Tse Declaration ¶ 4 | |
| Exhibit 31 to Mao Decl. (GOOG-BRWN-00529122) at:<br><br>Pages 1-3 | Tse Declaration ¶ 4 | |
| Exhibit 32 to Mao Decl. (Kleber Tr.) at:<br><br>Pages 4:14, 172:10 | Tse Declaration ¶ 4 | |
| Exhibit 34 to Mao Decl. (GOOG-BRWN-00397243) at:<br><br>Pages 2 | Tse Declaration ¶ 4 | |
| Exhibit 36 to Mao Decl. (GOOG-BRWN-00490767) at:<br><br>Pages 6-7 | Tse Declaration ¶ 4 | |
| Exhibit 37 to Mao Decl. (GOOG-CABR-04787255) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 38 to Mao Decl. (GOOG-CABR-03738741) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 39 to Mao Decl. (GOOG-CABR-00903677) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 40 to Mao Decl. (GOOG-CABR-00547295) at:<br>Redacted in its entirety | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Exhibit 41 to Mao Decl. (GOOG-CABR-04076770) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 42 to Mao Decl. (GOOG-CABR-00543864) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Exhibit 43 to Mao Decl. (Google's Responses and Objections to Plaintiffs' 8th Set ROGs [Nos. 30-33]) at:<br><br>Pages 8 | Tse Declaration ¶ 4 | |

**SO ORDERED.**

DATED: _____    _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge