# Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No.:  5:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' RULE 15(a) MOTION FOR LEAVE TO AMEND**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 - 4th Floor<br>Date: March 15, 2022<br>Time: 2:00 p.m. |

# DECLARATION OF MARK C. MAO

I, Mark C. Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Rule 15(a) Motion for Leave to File Their Proposed Third Amended Complaint.

3. Attached hereto as **Exhibit A** is Plaintiffs' proposed Third Amended Complaint.

4. Attached hereto as **Exhibit B** is a redline comparing Plaintiffs' Second Amended Complaint (Dkt. 136-1) with Plaintiffs' proposed Third Amended Complaint.

5. Plaintiffs sent their proposed Third Amended Complaint and a redline to Google on January 31. The parties met and conferred about the proposed amendment on February 1. On February 3, Google informed Plaintiffs that Google does not consent to the amendment.

6. Plaintiffs are seeking leave to amend to conform their class definitions with the evidence that Google has produced in discovery. When Plaintiffs previously amended their Complaint in April 2021, Plaintiffs did not yet have the full collection of non-public Google documents that form the basis of this amendment. When Google did finally begin producing documents in earnest (with a substantial completion date of October 6, 2021, Dkt. 242-1), Google produced documents confirming a variety of tracking and advertising code embedded in non-Google websites, which Google uses to collect users' private-browsing data.

7. Google cannot demonstrate any prejudice from Plaintiffs' proposed amendment. Plaintiffs have no plans to propound additional discovery on the basis of this amendment. Plaintiffs have already served their RFPs, and Plaintiffs have already served their forty allotted interrogatories and their seventy-five allotted Requests for Admissions. Plaintiffs have already sought dates for all 20 of their permitted depositions, including by allotting three slots for 30(b)(6) depositions. And Plaintiffs will not seek an extension of the discovery deadlines on the basis of this amendment. To the extent a modification of the discovery deadlines becomes necessary, it

1  will be for Google to complete already served discovery, including 30(b)(6) depositions and the
2  data productions being overseen by Special Master Brush—for which Google is already far behind
3  its production deadlines.
4    8. While Plaintiffs have no plans to serve new discovery based on this amendment,
5  Plaintiffs expect Google to properly comply with already served discovery requests. For example,
6  consistent with the 30(b)(6) notices they served on December 3, Plaintiffs reasonably seek 30(b)(6)
7  testimony relating to AdSense, Search ads revenues, and conversion tracking, among other topics.
8  Plaintiffs' basis for seeking this testimony is the documents that Google previously produced,
9  including Google's documents regarding Google's ▮▮▮▮▮▮▮ financial analysis.
10   9. When the parties began discussing 30(b)(6) topics in December, Google for the first
11 time articulated its position that it would not produce a Rule 30(b)(6) witness concerning some of
12 its tracking and conversion technologies (such as AdSense) because it did not believe such
13 technologies were within the scope of Plaintiffs' class definition. Plaintiffs made clear to Google
14 during a meet-and-confer in December that, based on discovery already obtained, Plaintiffs
15 considered each of AdSense, conversion tracking, and Search ads revenues to fall within their
16 scope of their claims.
17   10. Google is objecting to Plaintiffs' request for this testimony, suggesting that portions of
18 the ▮▮▮▮▮▮▮ analysis are out of scope. Google appears to believe that Search ads revenues
19 and AdSense are irrelevant, as Plaintiffs' claims center around data collected from users' visits to
20 non-Google websites and the class definition did not specifically mention AdSense. Google has
21 similarly objected to providing 30(b)(6) testimony on conversion tracking, which forms a
22 significant portion of Google's ▮▮▮▮▮▮▮ analysis.
23   11. Attached hereto as **Exhibit 1** is a document Google produced in discovery labeled
24 GOOG-BRWN-00630517.
25   12. Attached hereto as **Exhibit 2** is a document Google produced in discovery labeled
26 GOOG-BRWN-00441285.
27   13. Attached hereto as **Exhibit 3** is a document Google produced in discovery labeled
28

DECLARATION OF MARK C. MAO
Case No. 5:20-cv-03664-YGR-SVK

1 | GOOG-BRWN-00475063.

2 |     14. Attached hereto as **Exhibit 4** is a document Google produced in discovery
3 | labeled GOOG-CABR-03827263.

4 |     15. Attached hereto as **Exhibit 5** is a document Google produced in discovery
5 | labeled GOOG-BRWN-00406065.

6 |     16. Attached hereto as **Exhibit 6** are excerpts of a document Google produced in discovery
7 | labeled GOOG-BRWN-00686207.

8 |     17. Attached hereto as **Exhibit 7** is a document Google produced in discovery labeled
9 | GOOG-BRWN-00457255.

10 |     18. Attached hereto as **Exhibit 8** is a document Google produced in discovery labeled
11 | GOOG-BRWN-00042388.

12 |     19. . Attached hereto as **Exhibit 9** is a document Google produced in discovery labeled
13 | GOOG-BRWN-00140297.

14 |     20. Attached hereto as **Exhibit 10** is a document Google produced in discovery labeled
15 | GOOG-CABR-04324934.

16 |     21. Attached hereto as **Exhibit 11** is a document Google produced in discovery labeled
17 | GOOG-BRWN-00393432.

18 |     22. Attached hereto as **Exhibit 12** is a document Google produced in discovery labeled
19 | GOOG-CABR-03750737.

20 |     23. Attached hereto as **Exhibit 13** is a document Google produced in discovery labeled
21 | GOOG-CABR-04981563.

22 |     24. Attached hereto as **Exhibit 14** is a document Google produced in discovery labeled
23 | GOOG-BRWN-00806426.

24 |     25. Attached hereto as **Exhibit 15** is a document Google produced in discovery labeled
25 | GOOG-BRWN-00804212.

26 |     26. Attached hereto as **Exhibit 16** is a document Google produced in discovery labeled
27 | GOOG-CABR-03923580.

28

1 | 27. Attached hereto as **Exhibit 17** is a document Google produced in discovery labeled
2 | GOOG-BRWN-00153850.C

3 | 28. Attached hereto as **Exhibit 18** is a document Google produced in discovery labeled
4 | GOOG-BRWN-00048967.C.

5 | 29. Attached hereto as **Exhibit 19** is a document Google produced in discovery labeled
6 | GOOG-CABR-04668451.

7 | 30. Attached hereto as **Exhibit 20** is a document Google produced in discovery labeled
8 | GOOG-CABR-04739841.

9 | 31. Attached hereto as **Exhibit 21** is a document Google produced in discovery labeled
10 | GOOG-BRWN-00409986.

11 | 32. Attached hereto as **Exhibit 22** is a document Google produced in discovery labeled
12 | GOOG-BRWN-00477510.

13 | 33. Attached hereto as **Exhibit 23** is a document Google produced in discovery labeled
14 | GOOG-BRWN-00388293.

15 | 34. Attached hereto as **Exhibit 24** is a document Google produced in discovery labeled
16 | GOOG-CABR-05126022.

17 | 35. Attached hereto as **Exhibit 25** are excerpts of a document Google produced in
18 | discovery labeled GOOG-CABR-05269357.R.

19 | 36. Attached hereto as **Exhibit 26** are excerpts of a document Google produced in
20 | discovery labeled GOOG-CABR-05756666.

21 | 37. Attached hereto as **Exhibit 27** is a document Google produced in discovery labeled
22 | GOOG-BRWN-00394965.

23 | 38. Attached hereto as **Exhibit 28** is a document Google produced in discovery labeled
24 | GOOG-CABR-04967959.

25 | 39. Attached hereto as **Exhibit 29** is a document Google produced in discovery labeled
26 | GOOG-BRWN-00750077.

27 | 40. Attached hereto as **Exhibit 30** is a document Google produced in discovery labeled
28 |

1  GOOG-BRWN-00601022.

2      41. Attached hereto as **Exhibit 31** is a document Google produced in discovery labeled
3  GOOG-BRWN-00529122.

4      42. Attached hereto as **Exhibit 32** are excerpts from the transcript of the deposition of
5  Michael Kleber.

6      43. Attached hereto as **Exhibit 33** are excerpts from the transcript of the deposition of
7  Justin Schuh.

8      44. Attached hereto as **Exhibit 34** is a document Google produced in discovery labeled
9  GOOG-BRWN-00397243.

10     45. Attached hereto as **Exhibit 35** are excerpts from a document Google produced in
11 discovery labeled GOOG-CABR-04588763.

12     46. Attached hereto as **Exhibit 36** are excerpts from a document Google produced in
13 discovery labeled GOOG-BRWN-00490767.

14     47. Attached hereto as **Exhibit 37** is a document Google produced in discovery labeled
15 GOOG-CABR-04787255.

16     48. Attached hereto as **Exhibit 38** is a document Google produced in discovery labeled
17 GOOG-CABR-03738741.

18     49. Attached hereto as **Exhibit 39** is a document Google produced in discovery labeled
19 GOOG-CABR-00903677.

20     50. Attached hereto as **Exhibit 40** is a document Google produced in discovery labeled
21 GOOG-CABR-00547295.

22     51. Attached hereto as **Exhibit 41** is a document Google produced in discovery labeled
23 GOOG-CABR-04076770.

24     52. Attached hereto as **Exhibit 42** are excerpts from a document Google produced in
25 discovery labeled GOOG-CABR-00543864.

26     53. Attached hereto as **Exhibit 43** is an excerpt from Google's Responses and Objections
27 to Plaintiffs' Eighth Set of Interrogatories (Nos. 30-33).

28

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.  Executed this 3rd day of February, 2022, at San Francisco, California.

<u>*/s/ Mark C. Mao*</u>