| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY  10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF 30(b)(6) DEPOSITION JOINT LETTER BRIEF SHOULD BE SEALED**<br><br>Referral: The Honorable Susan van Keulen |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within the parties' joint letter brief regarding Plaintiffs' 30(b)(6) deposition notices.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| 30(b)(6) Joint Letter Brief | Google | Portions highlighted in yellow on Pages 1, 2, 3, 4, 5 | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Exhibit A to 30(b)(6) Joint Letter Brief | Google | Portions highlighted in yellow on pages 1, 2, 3, 6, 7, 8, 15, 16, 17, 21, 22, 23, 24, 25, 26, 27, 31, 32 | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: February 17, 2022            Respectfully submitted,


By:  /s/Amanda Bonn

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:20-cv-03664-YGR-SVK

| | |
|---|---|
| 1 | Facsimile (415) 999 9695 |
| 2 | James W. Lee (*pro hac vice*) |
| | jlee@bsfllp.com |
| 3 | Rossana Baeza (*pro hac vice*) |
| | rbaeza@bsfllp.com |
| 4 | BOIES SCHILLER FLEXNER LLP |
| | 100 SE 2nd Street, Suite 2800 |
| 5 | Miami, FL 33130 |
| | Telephone: (305) 539-8400 |
| 6 | Facsimile: (305) 539-1304 |
| 7 | William Christopher Carmody (*pro hac vice*) |
| | bcarmody@susmangodfrey.com |
| 8 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 9 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| 10 | Alexander P. Frawley (*pro hac vice*) |
| | afrawley@susmangodfrey.com |
| 11 | SUSMAN GODFREY L.L.P. |
| 12 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY  10019 |
| 13 | Telephone: (212) 336-8330 |
| 14 | John A. Yanchunis (*pro hac vice*) |
| 15 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 16 | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 17 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 18 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 19 | |
| 20 | Michael F. Ram, CA Bar No. 104805 |
| | MORGAN & MORGAN |
| 21 | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| 22 | Tel: (415) 358-6913 |
| 23 | mram@forthepeople.com |
| 24 | *Attorneys for Plaintiffs* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:20-cv-03664-YGR-SVK