| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY  10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  5:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION RE: TWOHILL DEPOSITION SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC ("Google")'s material should be sealed. The material is included in Plaintiffs' Response to Google's Motion for Relief from Magistrate Judge van Keulen's Order permitting the deposition of Lorraine Twohill. *See* Dkt. 359 (Order); Dkt. 375 (Google's Motion).

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Response to Google's Motion for Relief from Magistrate Judge van Keulen's Order Re: Lorraine Twohill Deposition | Google | Portions highlighted in yellow on Pages 2, 3, 4, 5. | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: February 21, 2022                              Respectfully submitted,


By: */s/Amanda Bonn*

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)

|   |   |
|---|---|
| 1 | rbaeza@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 2 | 100 SE 2nd Street, Suite 2800 |
|   | Miami, FL 33130 |
| 3 | Telephone: (305) 539-8400 |
|   | Facsimile: (305) 539-1304 |
| 4 |   |
|   | William Christopher Carmody (*pro hac vice*) |
| 5 | bcarmody@susmangodfrey.com |
|   | Shawn J. Rabin (*pro hac vice*) |
| 6 | srabin@susmangodfrey.com |
|   | Steven Shepard (*pro hac vice*) |
| 7 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley (*pro hac vice*) |
| 8 | afrawley@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 9 | 1301 Avenue of the Americas, 32nd Floor |
| 10 | New York, NY 10019 |
|   | Telephone: (212) 336-8330 |
| 11 |   |
|   | John A. Yanchunis (*pro hac vice*) |
| 12 | jyanchunis@forthepeople.com |
|   | Ryan J. McGee (*pro hac vice*) |
| 13 | rmcgee@forthepeople.com |
| 14 | MORGAN & MORGAN, P.A. |
|   | 201 N Franklin Street, 7th Floor |
| 15 | Tampa, FL 33602 |
|   | Telephone: (813) 223-5505 |
| 16 | Facsimile: (813) 222-4736 |
| 17 |   |
|   | Michael F. Ram, CA Bar No. 104805 |
| 18 | MORGAN & MORGAN |
|   | 711 Van Ness Ave, Suite 500 |
| 19 | San Francisco, CA 94102 |
|   | Tel: (415) 358-6913 |
| 20 | mram@forthepeople.com |
| 21 |   |
|   | *Attorneys for Plaintiffs* |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |