p

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION FOR RELIEF**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion for Relief from Magistrate Judge van Keulen's Order Re: Deposition of Lorraine Twohill, Dkt. 355 ("Motion") and Plaintiffs' Response to Google's Motion ("Response"). Having considered the parties' respective briefing and other papers on file, Google's request is hereby DENIED.

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge