UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION FOR RELIEF**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Defendant Google's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Re: Apex Deposition of Sundar Pichai, Dkt. 382 ("Motion") and Plaintiffs' Response to Google's Motion ("Response"). Having considered the parties' respective briefing and other papers on file, Google's request is hereby DENIED.

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge