UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.  20-cv-3664-YGR   (SVK)<br><br>　　　　　20-cv-5146-YGR (SVK)<br><br>**ORDER RE UPDATED DISCOVERY DISPUTE CHARTS**<br><br>Re: *Calhoun* Dkt. No. 499 |

　　　　The Court is in receipt of the *Calhoun* Plaintiffs' request to file an updated discovery dispute chart and Google's opposition. Dkt. 499, 500. It is correct that the Court has not called for updated charts in recent months as the Parties in both actions became overly focused on populating the charts in place of robust, good faith meet and confer efforts to resolve disputes. However, the Court is mindful of the close of fact of discovery on March 4, 2022, as well as the Parties' obligation to continue to resolve disputes without the Court's assistance. Accordingly, the Court **ORDERS** as follows:

////

////

////

////

////

- The moving Party shall provide its portion of the updated discovery dispute chart to the other side **no later than 12 p.m. on Wednesday February 23, 2022.**[1]
- The Parties are to meet and confer, in person[2], regarding the presented issues.
- Any remaining issues must be presented to the Court in the form of an updated chart no later than **12 p.m. on Friday February 25, 2022.** Each side may identify up to three issues of particularly significant concern.

At this time the Court will not limit the number of disputes that may be included. The Parties are well aware from past practices that there is nothing to be gained from inundating the Court with a large number of disputes in this technologically complex case. The Court will not do the Parties' heavy lifting for them and will not rule upon issues where the Parties have failed to negotiate with reason and to consider, and ultimately accept, compromises. The Court will hold a discovery conference **on Monday, February 28, 2022, at 1:30 p.m.** by video to address certain issues raised in the Parties' submissions.

**SO ORDERED.**

Dated: February 22, 2022

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] The Parties are reminded to be mindful of this Court's specific hour deadlines.
[2] The Parties may meet and confer by video conference. Email and/or telephone conferences, by themselves, are not sufficient.

2