UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.  20-cv-03664-YGR   (SVK)<br><br>**REDACTION ORDER**<br><br>Re: Dkt. No. 418 |

　　　The Order on the Parties' Joint Discovery Letter Brief re Plaintiffs' Rule 30(b)(6) Deposition Notices (Dkt. 418) (the "Order") has been provisionally filed under seal.  The Parties are ordered to meet and confer and submit joint proposed redactions to the Order (to the extent any redaction is required) and a proposed order by **February 28, 2022**.  If no proposed redactions are received by 11:59 p.m. on February 28, 2022, the Court will unseal the Order in its entirety.

　　　**SO ORDERED.**

Dated: February 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge