UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Portions of 30(b)(6) Deposition Joint Letter Brief Should be Sealed (Dkt. 410) ("Motion").  Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| 30(b)(6) Joint Letter Brief<br><br>Pages 1:14-15, 1:16, 1:18, 1:21, 1:24, 1:27, 2:1, 2:8-12, 2:17, 2:19, 2:25, 3:4-5, 4:1-2, 4:8. 4:9, 4:13-14, 4:16, 4:24-27, 5:1, 5:6-7, 5;15-16 | Tse Declaration ¶ 4 | |
| Exhibit A to 30(b)(6) Joint Letter Brief<br><br>Pages 1:4, 1:8, 2:7, 3:15, 6:8-10, 6:13, 7:4, 7:7, 7:10, 7:12, 8:8. 15:5, 15;8, 15:10, 16:15, 17:4, 17:6, 21:11, 21:14-15, 22:3, 22:5, 22;7-9, 22:12, 23:3, 23:6, 23:13, 24:5, 25:10, 25:13, 25:15, 26:9-10, 27:10-11, 27:13, 27:15, 31:14, 32:6, 32:13 | Tse Declaration ¶ 4 | |

**SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge