UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Google LLC's Administrative Motion to Seal Portions of its Opposition to Plaintiffs' Motion to Amend Complaint ("Opposition"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 1 (Google's responses and Objections to Plaintiffs' First Set of Interrogatories) at:<br><br>8:5-8, 8:10 | Google's Motion to Seal at 1 | |
| Ex. 5 (Google's Responses and Objections to Plaintiffs' Ninth Set of Interrogatories) at:<br><br>4:12, 5:25-27, 6:1-8:16, 8:19-9:5 | Google's Motion to Seal at 1-2 | |
| Ex. 9 (Feb. 18, 2022 Dep. Tr. (Rough) of Rory McClelland) at:<br><br>Redacted in its Entirety | Google's Motion to Seal at 2-3 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge