# EXHIBIT 9

# Redacted Version of Document Filed Under Seal In Its Entirety