1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br>   Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT (Dkt. 395)**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date:  March 15, 2022<br>Time: 2:00 p.m.<br>Amended Complaint Filed: April 15, 2021<br><br>Trial Date: None Set |

Plaintiffs' Motion for Leave to Amend Complaint (Dkt. 395) ("Motion") came for hearing before this Court on March 15, 2022. Having considered all papers and oral argument in support and against the Motion, as well as the record in this case and the applicable legal standards, IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Leave to Amend Complaint (Dkt. 395) is DENIED.

**IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge