**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-YGR<br><br>**DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: March 15, 2022<br>Time: 2:00 p.m.<br>Amended Complaint Filed: April 15, 2021<br><br>Trial Date:   None Set |

Case No. 5:20-cv-03664-YGR
BROOME DECL. ISO OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

I, Stephen A. Broome, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion for Leave to Amend Complaint. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Google has produced more than 6.8 million pages of documents from 43 custodians, and a dozen Google employees have sat for depositions. Numerous additional Googlers are set to be deposed in the coming weeks, in addition to the Googlers who will be put up for 30(b)(6) depositions.

3. Attached hereto as **Exhibit** 1 is a true and correct copy of Google's Responses and Objections to Plaintiffs' Interrogatories (Nos. 1-3), served on February 5, 2021.

4. Attached hereto as **Exhibit** 2 is a true and correct copy of a May 23, 2021 letter sent from Google to Plaintiffs.

5. Attached hereto as **Exhibit** 3 is a true and correct copy of excerpts from the transcript of the June 2, 2021 hearing before Magistrate Judge Van Keulen.

6. Attached hereto as **Exhibit** 4 is a true and correct copy of Google's Responses and Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition, served on June 11, 2021.

7. Attached hereto as **Exhibit** 5 is a true and correct copy of Google's Objections and Responses to Plaintiffs' Interrogatories Set 9 (Nos. 34-30), served on January 28, 2022.

8. Attached hereto as **Exhibit** 6 is a true and correct copy of a February 1, 2022 email sent from Plaintiffs to Google.

9. Attached hereto as **Exhibit** 7 is a true and correct copy of excerpts from the transcript of the February 11, 2021 Case Management Conference.

10. Attached hereto as **Exhibit** 8 is a true and correct copy of a February 16, 2022 email sent from Plaintiffs to Google.

11. Attached hereto as **Exhibit** 9 is a true and correct copy of excerpts from the rough transcript of the February 18, 2022 deposition of Rory McClelland.

12. Attached hereto as **Exhibit** 10 is a true and correct copy of a screenshot taken on February 24, 2022 while visiting the website for Morgan & Morgan in Incognito mode and using Chrome's "Developer Tools."

13. Attached hereto as **Exhibit** 11 is a true and correct copy of a screenshot taken on February 24, 2022 while visiting the website for Boies Schiller Flexner LLP in Incognito mode and using Chrome's "Developer Tools."

14. Attached hereto as **Exhibit** 12 is a true and correct copy of a screenshot taken on February 24, 2022 while visiting the website for Susman Godfrey L.L.P. in Incognito mode and using Chrome's "Developer Tools."

15. Attached hereto as **Exhibit** 13 is a chart of the documents bearing Google bates numbers that were attached as exhibits to the February 3, 2022 Declaration of Mark C. Mao, indicating the date each document was produced to Plaintiffs by Google.

16. Attached hereto as **Exhibit** 14 is a true and correct copy of the "How Chrome Incognito keeps our browsing private" page, available at https://support.google.com/chrome/answer/9845881?hl=en#zippy=%2Chow-incognito-mode-works%2Chow-incognito-mode-protects-your-privacy%2Cyoure-in-control, and last accessed on February 25, 2022.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on February 25, 2022.

By     /s/ Stephen A. Broome
       Stephen A. Broome