# EXHIBIT 3

```
 1                    UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                         SAN JOSE DIVISION

 3
        PATRICK CALHOUN, ET AL., ON      CV-20-5146-LHK/SVK
 4      BEHALF OF THEMSELVES AND ALL      CV-20-3664-LHK/SVK
        OTHERS SIMILARLY SITUATED,        CV-21-2155-LHK/SVK
 5
                 PLAINTIFFS,              SAN JOSE, CALIFORNIA
 6          VS.
                                          JUNE 2, 2021
 7      GOOGLE INC.,
                                          PAGES 1 - 79
 8               DEFENDANT.
        _____  SEALED
 9      AND RELATED CASES.

10      _____

11                    TRANSCRIPT OF ZOOM PROCEEDINGS
                 BEFORE THE HONORABLE SUSAN VAN KEULEN
12                    UNITED STATES DISTRICT JUDGE

13
        A-P-P-E-A-R-A-N-C-E-S
14

15      FOR THE PLAINTIFFS:   BOIES, SCHILLER & FLEXNER LLP
                              BY:  JAMES W. LEE
16                                 HSIAO C. MAO
                                   BEKO RICHARDSON
17                            44 MONTGOMERY STREET, 41ST FLOOR
                              SAN FRANCISCO, CALIFORNIA 94104
18

19               (APPEARANCES CONTINUED ON THE NEXT PAGE.)

20

21      OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                    CERTIFICATE NUMBER 8074
22

23         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
        TRANSCRIPT PRODUCED WITH COMPUTER.
24

25
```

1     A P P E A R A N C E S: (CONT'D)

2

3     FOR THE PLAINTIFFS:          MORGAN AND MORGAN COMPLEX
                                    LITIGATION GROUP
4                                  BY:  RYAN MCGEE
                                    201 N. FRANKLIN STREET, 7TH FLOOR
5                                  TAMPA, FLORIDA 33602

6                                  BY:  MICHAEL F. RAM
                                    711 VAN NESS AVENUE, SUITE 500
7                                  SAN FRANCISCO, CALIFORNIA 94102

8                                  DICELLO LEVITT & GUTZLER LLC
                                    BY:  DAVID A. STRAITE
9                                  ONE GRAND CENTRAL PLACE
                                    60 EAST 42ND STREET, SUITE 2400
10                                 NEW YORK, NEW YORK 10165

11                                 BY:  ADAM M. PROM
                                         AMY E. KELLER
12                                 TEN NORTH DEARBORN STREET
                                    6TH FLOOR
13                                 CHICAGO, ILLINOIS 60602

14                                 SIMMONS, HANLY & CONROY LLC
                                    BY:  JAY BARNES
15                                 231 S. BEMISTON AVENUE
                                    SUITE 525
16                                 ST. LOUIS, MISSOURI 63105

17                                 BY:  AN V. TRUONG
                                    112 MADISON AVENUE, 7TH FLOOR
18                                 NEW YORK, NEW YORK 10016

19                                 BLEICHMAR, FONTI & AULD LLP
                                    BY:  LESLEY E. WEAVER
20                                       ANNE K. DAVIS
                                         ANGELICA M. ORNELAS
21                                 555 12TH STREET, SUITE 1600
                                    OAKLAND, CALIFORNIA 94607

22

23            (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24

25

A P P E A R A N C E S: (CONT'D)


FOR THE DEFENDANT:              QUINN EMANUEL URQUHART AND
                                SULLIVAN, LLP
                                BY:  ANDREW H. SCHAPIRO
                                191 N. UPPER WACKER DRIVE
                                SUITE 2700
                                CHICAGO, ILLINOIS 60606

                                BY:  JOSEF T. ANSORGE
                                     JOMAIRE A. CRAWFORD
                                51 MADISON AVENUE
                                NEW YORK, NEW YORK 10010

                                BY:  VIOLA TREBICKA
                                     STEPHEN A. BROOME
                                865 SOUTH FIGUEROA STREET
                                10TH FLOOR
                                LOS ANGELES, CALIFORNIA 90017

                                COOLEY LLP
                                BY:  JEFFREY GUTKIN
                                     DANIEL PIERRE
                                     KELSEY SPECTOR
                                101 CALIFORNIA STREET, 5TH FLOOR
                                SAN FRANCISCO, CALIFORNIA 94111

1    SAN JOSE, CALIFORNIA                    JUNE 2, 2021

2                      P R O C E E D I N G S

01:35PM  3        (COURT CONVENED AT 1:35 P.M.)

01:35PM  4            THE COURT:  GOOD AFTERNOON.  WELCOME TO OUR GOOGLE

01:35PM  5    DISCOVERY HEARING IN THE CALHOUN, BROWN, AND HEWITT MATTERS.

01:35PM  6    THANK YOU ALL FOR GETTING HERE, AND WE'LL GET PROMPTLY

01:35PM  7    UNDERWAY.

01:35PM  8        WHAT I WANT TO DO, AND I'LL HAVE MS. FANTHORPE CALL BOTH

01:35PM  9    CALHOUN AND BROWN AND I'LL GET EVERYONE'S APPEARANCES, BUT LET

01:35PM  10   ME JUST TELL YOU -- I'LL TELL YOU WHAT, WE'LL DO THAT AND THEN

01:35PM  11   I'LL LAY OUT HOW WE'RE GOING TO PROCEED TODAY.

01:35PM  12            THE CLERK:  SOUNDS GOOD.  CALLING CASE 20-CV-03664,

01:35PM  13   BROWN, ET AL., VERSUS GOOGLE LLC ET AL.

01:35PM  14        COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD

01:35PM  15   BEGINNING WITH THE PLAINTIFF.

01:35PM  16            MR. LEE:  GOOD AFTERNOON.

01:35PM  17        THIS IS JAMES LEE FROM BOIES, SCHILLER & FLEXNER

01:35PM  18   REPRESENTING THE PLAINTIFFS.

01:35PM  19        I'M GOING TO LET MY COLLEAGUES WHO ALSO REPRESENT THE

01:35PM  20   PLAINTIFFS INTRODUCE THEMSELVES.

01:36PM  21            MR. MAO:  GOOD AFTERNOON AND EVERYONE IN THE COURT.

01:36PM  22        THIS IS MARK MAO BOIES, SCHILLER & FLEXNER REPRESENTING

01:36PM  23   THE PLAINTIFFS.

01:36PM  24            MR. RICHARDSON:  GOOD AFTERNOON.

01:36PM  25        BEKO RICHARDSON, BOIES, SCHILLER & FLEXNER ON BEHALF OF

SEALED PROCEEDINGS                                                        35

02:25PM   1              THE COURT:  I APPRECIATE THAT.  BUT, AGAIN, A MORE

02:25PM   2    DETAILED ARGUMENT ON THE ACCESS POINT OR THE CLEAN ROOM POINT

02:25PM   3    IS PREMATURE BECAUSE I WANT TO -- WE'VE HAD THIS PRODUCTION NOW

02:25PM   4    AND THEN THERE'S A 30(B)(6) COMING UP ON THIS AND RELATED

02:25PM   5    TOPICS, AND IT MAY BE APPROPRIATE, BUT I WANT THE PARTIES TO

02:25PM   6    GET THROUGH THAT PROCESS.  I WANT A ROBUST MEET AND CONFER, AND

02:25PM   7    I THINK THERE NEEDS TO BE, AGAIN, AN ISSUE THAT COMES UP HERE,

02:25PM   8    AS SAID IN THE PAPERS ALSO, IS, OF COURSE, ALL OF THE

02:26PM   9    INFORMATION ABOUT THE DATABASES AND WHAT IS AND ISN'T TRACKED,

02:26PM   10   AND IS AND ISN'T ABLE TO LINK UP GOOGLE KNOWS AND PLAINTIFFS

02:26PM   11   DON'T KNOW.  THAT'S OBVIOUSLY TO A CERTAIN EXTENT WHAT

02:26PM   12   DISCOVERY IS FOR.

02:26PM   13        BUT IT IS NOT CART BLANCHE TO ALL OF GOOGLE'S SYSTEMS.  SO

02:26PM   14   WE'RE TRYING TO NAVIGATE THIS IN A FAIR AND REASONABLE WAY, AND

02:26PM   15   IT'S TIED BACK, AND IT WILL CONTINUE TO TIE BACK TO THE PROPER

02:26PM   16   DEFINITIONS OF THE CLASS.

02:26PM   17        SO WE'VE MADE PROGRESS, BUT WE'RE CONTINUING TO MAKE

02:26PM   18   PROGRESS.  I'M GLAD WE GOT THE UNAUTHENTICATED IDENTIFIERS

02:26PM   19   SITUATION WORKED OUT, THAT'S GOOD, OR AT LEAST ADDRESSED AT

02:26PM   20   THIS PHASE.  THAT INFORMATION HAS BEEN PRODUCED, THOSE SEARCHES

02:26PM   21   ARE BEING RUN, LET'S GET THE 30(B)(6), AND THEN I WANT THE

02:27PM   22   PARTIES TO MEET AND CONFER, AND I'LL TAKE FURTHER STATEMENT ON

02:27PM   23   THAT, AND I'LL LAY THAT OUT IN AN ORDER IN DUE COURSE.  OKAY?

02:27PM   24        ALL RIGHT.  SO THAT'S ACCESS TO PLAINTIFFS' DATA IN BROWN.

02:27PM   25   AND I WANT TO TURN TO ACCESS TO PLAINTIFFS' DATA IN CALHOUN.

SEALED PROCEEDINGS

03:48PM   1          ALL RIGHT.  THANK YOU ALL VERY MUCH FOR YOUR TIME AND

03:48PM   2   ATTENTION AND IMPORTANTLY PREPARATION FOR TODAY, AND WE WILL

03:48PM   3   KEEP MOVING FORWARD.

03:48PM   4          THANK YOU.  AND THAT CONCLUDES THESE MATTERS.  WE ARE

03:48PM   5   ADJOURNED.

03:48PM   6               MR. LEE:  THANK YOU, YOUR HONOR.

03:48PM   7               MR. SCHAPIRO:  THANK YOU, YOUR HONOR.

03:48PM   8               MS. WEAVER:  THANK YOU.

03:48PM   9          (COURT CONCLUDED AT 3:48 P.M.)

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3                              CERTIFICATE OF REPORTER

4

5

6

7           I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16          IRENE RODRIGUEZ, CSR, RMR, CRR
            CERTIFICATE NUMBER 8074
17

18
            DATED:  JUNE 2, 2021
19

20

21

22

23

24

25