# EXHIBIT 10

Morgan & Morgan - Free Case E

forthepeople.com/free-case-evaluation/get-a-lawyer/?utm_source=google&utm_medium=cpc&utm_campaign=12012553835&utm_term=%2Bmorgan%20%2Band%20%2Bmorgan&utm_content=490053784051&ads_adsid=490053784051&utm_k...

Incognito

MORGAN & MORGAN

888 375 9692

# $10 Billion Recovered for Clients

Our goal is to get you the best results, as quickly as possible. Contact us today for a free case evaluation.

Free Case Evaluation

## We Never Settle for Less, and Neither Should You

Settlement

WHAT WE WON

$1,250,000,000

Jacob T. Rodgers v. City of Gainesville D/B/A Gainesvill...

Car Accident

WHAT WE WON

$120,000,000

Elements Console Sources

Page Filesystem Overrides

- top
  - www.forthepeople.com
    - free-case-evaluation/get-a-lawyer
      - ?utm_source=google&utm_medium=cpc&
    - sites/default/files
    - themes/custom/ftp/images/icons
  - 48879.tctm.co
  - ajax.googleapis.com
  - analytics.tiktok.com
  - bam.nr-data.net
  - bat.bing.com
  - cdn.cookielaw.org
  - cdn.krxd.net
  - cdn.mouseflow.com
  - cdnjs.cloudflare.com
  - collector-8551.tvsquared.com
  - connect.facebook.net
  - fonts.googleapis.com
  - fonts.gstatic.com
  - i.simpli.fi
  - js-agent.newrelic.com
  - l.clarity.ms
  - rules.quantcount.com
  - s.pinimg.com
  - s.yimg.com
  - secure.quantserve.com
  - sp.analytics.yahoo.com
  - tag.cogocast.net
  - tag.simpli.fi
  - tpc.googlesyndication.com
  - um.simpli.fi
  - www.google-analytics.com
  - www.googleadservices.com
  - www.googletagmanager.com
  - Beq5YUTp.html
  - __JSBridgeIframe_1.0__ (about:blank)
  - __JSBridgeIframe_SetResult_1.0__ (about:blank)
  - __JSBridgeIframe_SetResult__ (about:blank)
  - __JSBridgeIframe__ (about:blank)
  - about:blank
  - ct.html

Ctrl + P Open file

Ctrl + Shift + P Run command

Drop in a folder to add to workspace

Learn more about Workspaces

Scope Watch