# EXHIBIT 13

**DOCUMENTS ATTACHED TO FEBRUARY 3, 2022 DECLARATION OF MARK C. MAO**

| Mao Exhibit No. | Bates No. | Produced Date (Production Volume) |
| --- | --- | --- |
| 1 | GOOG-BRWN-00630517 | 10/5/2021 (Vol. 42) |
| 2 | GOOG-BRWN-00441285 | 7/31/2021 (Vol. 32) |
| 3 | GOOG-BRWN-00475063 | 8/13/2021(Vol. 34) |
| 4 | GOOG-CABR-03827263 | 9/28/2021 (Vol. 16) |
| 5 | GOOG-BRWN-00406065 | 7/2/2021 (Vol. 28) |
| 6 | GOOG-BRWN-00686207 | 10/5/2021 (Vol. 42) |
| 7 | GOOG-BRWN-00457255 | 7/31/2021 (Vol. 32) |
| 8 | GOOG-BRWN-00042388 | 4/30/2021 (Vol. 12) |
| 9 | GOOG-BRWN-00140297 | 6/18/2021 (Vol. 23) |
| 10 | GOOG-CABR-04324934 | 10/5/2021 (Vol. 21) |
| 11 | GOOG-BRWN-00393432 | 7/2/2021 (Vol. 28) |
| 12 | GOOG-CABR-03750737 | 9/28/2021 (Vol. 16) |
| 13 | GOOG-CABR-04981563 | 11/12/2021 (Vol. 38) |
| 14 | GOOG-BRWN-00806426 | 11/30/2021 (Vol. 55) |
| 15 | GOOG-BRWN-00804212 | 11/30/2021 (Vol. 55) |
| 16 | GOOG-CABR-03923580 | 9/28/2021 (Vol. 16) |
| 17 | GOOG-BRWN-00153850.C | 8/13/2021 (Vol. 34) |
| 18 | GOOG-BRWN-00048967.C | 8/13/2021 (Vol. 34) |
| 19 | GOOG-CABR-04668451 | 10/26/2021 (Vol. 31) |
| 20 | GOOG-CABR-04739841 | 10/26/2021 (Vol. 31) |
| 21 | GOOG-BRWN-00409986 | 7/2/2021 (Vol. 28) |
| 22 | GOOG-BRWN-00477510 | 8/13/2021 (Vol. 34) |
| 23 | GOOG-BRWN-00388293 | 7/2/2021 (Vol. 28) |
| 24 | GOOG-CABR-05126022 | 11/16/2021 (Vol. 40) |
| 25 | GOOG-CABR-05269357.R | 11/24/2021 (Vol. 47) |
| 26 | GOOG-CABR-05756666 | 1/31/2022 (Vol. 78) |
| 27 | GOOG-BRWN-00394965 | 7/2/2021 (Vol. 28) |
| 28 | GOOG-CABR-04967959 | 11/9/2021 (Vol. 35) |
| 29 | GOOG-BRWN-00750077 | 11/9/2021 (Vol. 51) |
| 30 | GOOG-BRWN-00601022 | 10/5/2021 (Vol. 42) |
| 31 | GOOG-BRWN-00529122 | 10/5/2021 (Vol. 42) |
| 34 | GOOG-BRWN-00397243 | 7/2/2021 (Vol. 28) |
| 35 | GOOG-CABR-04588763 | 10/6/2021 (Vol. 22) |
| 36 | GOOG-BRWN-00490767 | 9/23/2021 (Vol. 39) |
| 37 | GOOG-CABR-04787255 | 10/29/2021 (Vol. 32) |
| 38 | GOOG-CABR-03738741 | 9/28/2021 (Vol. 16) |
| 39 | GOOG-CABR-00903677 | 9/1/2021 (Vol. 4) |
| 40 | GOOG-CABR-00547295 | 8/30/2021 (Vol. 2) |
| 41 | GOOG-CABR-04076770 | 10/5/2021 (Vol. 21) |
| 42 | GOOG-CABR-00543864 | 8/30/2021 (Vol. 2) |