| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY 10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' REQUEST FOR ORDER TO SHOW CAUSE RE: SANCTIONS FOR GOOGLE'S DISCOVERY MISCONDUCT**<br><br>Referral: The Honorable Susan van Keulen |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC ("Google")'s material should be sealed. This material is included in Plaintiffs' Request for an Order for Google to Show Cause For Why It Should Not Be Sanctioned for Discovery Misconduct (the "Request"). The material has been designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." This motion to seal pertains to the following information in the Request

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| The Request | Google | Portions highlighted throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Mao Declaration | Google | Portions highlighted throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Exhibits 1-25 to Mao Declaration | Google | Entirety | Material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: February 26, 2022           Respectfully submitted,

By: */s/ John A. Yanchunis*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

| | |
|---|---|
| 1 | Telephone: (415) 293 6858<br>Facsimile (415) 999 9695 |
| 2 | |
| 3 | James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com |
| 4 | Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33130 |
| 6 | Telephone: (305) 539-8400<br>Facsimile: (305) 539-1304 |

1 Telephone: (415) 293 6858
Facsimile (415) 999 9695

2 James W. Lee (*pro hac vice*)
jlee@bsfllp.com
3 Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
4 BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
5 Miami, FL 33130
Telephone: (305) 539-8400
6 Facsimile: (305) 539-1304

7
Amanda Bonn (CA Bar No. 270891)
8 abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
9 1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
10 Telephone: (310) 789-3100

11 William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
12 Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
13 Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
14 Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
15 SUSMAN GODFREY L.L.P.
16 1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
17 Telephone: (212) 336-8330

18
John A. Yanchunis (*pro hac vice*)
19 jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
20 rmcgee@forthepeople.com
21 MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
22 Tampa, FL 33602
Telephone: (813) 223-5505
23 Facsimile: (813) 222-4736

24
Michael F. Ram, CA Bar No. 104805
25 MORGAN & MORGAN
711 Van Ness Ave, Suite 500
26 San Francisco, CA 94102
Tel: (415) 358-6913
27 mram@forthepeople.com

28

ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' REQUEST FOR ORDER TO SHOW CAUSE
Case No. 4:20-cv-03664-YGR-SVK

*Attorneys for Plaintiffs*