| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' REQUEST FOR AN ORDER TO SHOW CAUSE**<br><br>Referral: The Honorable Susan van Keulen |

# DECLARATION OF MARK C. MAO

I, Mark C. Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Request for the Court to issue an Order to Show Cause for Why Google Should Not Be Sanctioned for Discovery Misconduct.

3. On January 31, 2022, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇." Ex. 21, GOOG-CABR-05757329.

4. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ex. 21, GOOG-CABR-05757329 at -31-32.

5. On February 18, 2022, Google produced approximately ▇▇ documents from Bert Leung's custodial files. This production followed a ruling from the Court directing Google to tell Plaintiffs the "hit counts" for Mr. Leung's documents. Contrary to Google's assertions of burden with respect to producing Mr. Leung's documents, Google informed Plaintiffs that their search term proposal resulted in just ▇▇ hits and agreed to produce responsive documents.

6. The documents Google produced from Mr. Leung's files on February 18, 2022, appeared to confirm for the first time several key pieces of information that Google never previously disclosed to Plaintiffs, the Special Master, or the Court.

7. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ex. 3, GOOG-BRWN-



00845423.

8. *Second*, following that approval, ██████████ ██████████ ██████████. Ex. 3, GOOG-BRWN-00845423; Ex. 9, GOOG-BRWN-00845312 at -18.

9. *Third*, ██████████ ██████████ ██████████ Ex. 22, GOOG-BRWN-00845281; Ex. 23, GOOG-BRWN-00845275; Ex. 24, GOOG-BRWN-00845274.

10. ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ ██████████.

11. ██████████ ██████████ ██████████ ██████████ ██████████.

12. ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ ██████████

1 ███████████████████████████████████████ A true and correct
2 copy of the most up-to-date version of the document Google produced in 2021 is attached as
3 Exhibit 25 (GOOG-CABR-03668216).

4      13.   On November 12, 2021, the Court issued an order requiring that "Google shall
5 provide a declaration, under penalty of perjury from Google, not counsel, that 1. To the best of its
6 knowledge, *Google has provided a complete list of data sources that contain information*
7 *relevant to Plaintiffs' claims* . . . ." Dkt. 331 at 8 (emphasis added).

8      14.   On November 18, 2021, Google submitted a declaration from Andre Golueke, "a
9 Discovery Manager within the Legal Department at Google LLC." Dkt. 338. The declaration
10 certified that "Google has provided a complete list of sources that contain information about
11 Plaintiffs relevant to Plaintiffs' claims. The data sources are listed in Exhibit A."
12 ████████████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████████████
15 ██████████████████ *Compare* Ex. Dkt. 338-1 (Google's Ex. A) *with* Ex. 3, GOOG-BRWN-
16 00845423. ████████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████████████████
19 ████████████████████████████████

20
21
22
23
24
25
26
27
28

1  16. The Court also ordered that "within four days of the date of this Order Google is to provide to the Special Master full schemas, a list of ALL fields with their descriptions, a list of tools used to search the respective data sources, and instruction sets and manuals for all tools identified as being used by 'Googlers' to search each of the following data sources…" The Court then listed (a) seven specific logs, (b) "any data sources searched in addition to the 7 listed above," and (c) "[a]ny other of the data sources Plaintiffs specific from the list of potentially relevant data sources provided by Google . . . ." Dkt. 331 Ex. 1.

[redacted]

However, rather than produce "full schemas and a "list of ALL fields with their descriptions," as the Court ordered, [redacted]

21. The very next day on December 3, 2021, Plaintiffs deposed Google employee Chris Liao, who is Bert Leung's supervisor. Mr. Liao testified: [redacted]

1  ███████████████████████████████████████████
2  ███████████████████████████████ *Id.* 134:15-135:3.
3  ███████████████████████████████████████████
4  ███████████████████████████████████████████
5  ███████████████████████████████████████████
6  ███████████████████████████████████████████
7  ███████████████████████████████████████████
8  ███████████████████████████████████████████
9  ███████████████████████████████████████████
10 ███████████████████████████████████████████
11 ████

12     23.    Google finally produced Mr. Leung's custodial documents on Friday, February 18,
13 2022, which set off a cascade of revelations that are the basis for this request for an order to show
14 cause. ██ ██ ██ ██ ██ ██ ██ ████ ██ ██
15 ████████████████████████████████████
16     ██  On Sunday, February 20, 2022, Plaintiffs promptly alerted the Special Master and
17 Google ████████████████████████████████
18 ███████████████████████████████████████████
19 ██████████████████████████████████
20  ██ ██ next day on Monday, February 21, 2022, ████████
21 ███████████████████████████████████████████
22 ███████████████████████████████████████████
23 ███████████████████████████████████████████
24 ███████████████████████████████████████████
25 ████████████████
26  ██ ████████████████████████████████
27 ███████████████████████████████████████████
28

DECLARATION OF MARK C. MAO
Case No. 4:20-cv-03664-YGR-SVK

1  [REDACTED]
2  [REDACTED]
3  [REDACTED]
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  [REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED] Counsel for Google never responded to
25 Plaintiffs' multiple requests. *Id.*
26 [REDACTED] Plaintiffs then propounded an interrogatory asking Google [REDACTED]
27 [REDACTED]
28

| | |
|---|---|
| 1 | [REDACTED] |
| 2 | [REDACTED] Google did not answer that question, either. [REDACTED] |
| 3 | [REDACTED] |
| 4 | [REDACTED] |
| 5 | [REDACTED] |
| 6 | [REDACTED] |
| 7 | [REDACTED] |
| 8 | [REDACTED] |
| 9 | [REDACTED] |
| 10 | [REDACTED] |
| 11 | [REDACTED] |
| 12 | [REDACTED] |
| 13 | [REDACTED] |
| 14 | [REDACTED] |
| 15 | [REDACTED] |
| 16 | [REDACTED] |
| 17 | [REDACTED] |
| 18 | [REDACTED] |

19  32. Attached hereto as **Exhibit 1** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845639. The document was produced on February 18, 2022.

22  33. Attached hereto as **Exhibit 2** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845596. The document was produced on February 18, 2022.

25  34. Attached hereto as **Exhibit 3** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845423. The document was produced on February 18, 2022.

28

35. Attached hereto as **Exhibit 4** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00023909. The document was produced on February 1, 2021.

36. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiffs' Interrogatories Set 2.

37. Attached hereto as **Exhibit 6** is a true and correct copy of Google's Responses and Objections Plaintiffs' Interrogatories Set 2.

38. Attached hereto as **Exhibit 7** is a true and correct copy of a February 21, 2022 email exchange between counsel for Plaintiffs and counsel for Google.

39. Attached hereto as **Exhibit 8** are excerpts from the December 2, 2021 deposition of Google employee Chris Liao.

40. Attached hereto as **Exhibit 9** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845312. The document was produced on February 18, 2022.

41. Attached hereto as **Exhibit 10** is a true and correct copy of a document Google Produced in discovery labeled GOOG-BRWN-00845569. The document was produced on February 18, 2022.

42. Attached hereto as **Exhibit 11** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845277. The document was produced on February 18, 2022.

43. Attached hereto as **Exhibit 12** are excerpts from a document Google produced in discovery labeled GOOG-CABR-05144884. The document was produced on November 16, 2021.

44. Attached hereto as **Exhibit 13** is a true and correct copy of Google's Responses and Objections to Plaintiffs' First Set of Requests for Production (Nos. 1-19).

45. Attached hereto as **Exhibit 14** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04324934. The document was produced on October 5, 2021.

1     46. Attached hereto as **Exhibit 15** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845477. The document was produced on February 18, 2022.

    47. Attached hereto as **Exhibit 16** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845481. The document was produced on February 18, 2022.

    48. Attached hereto as **Exhibit 17** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845437. The document was produced on February 18, 2022. Part of the document is not visible because of how Google produced it. Plaintiffs consulted the metadata for the full text.

    49. Attached hereto as **Exhibit 18** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-05280756. The document was produced on November 24, 2021.

    50. Attached hereto as **Exhibit 19** are excerpts of Google's Responses and Objections to Plaintiffs' Ninth Set of Interrogatories.

    51. Attached hereto as **Exhibit 20** is a true and correct copy of a February 23, 2022 email exchange between counsel for Plaintiffs and counsel for Google.

    52. Attached hereto as **Exhibit 21** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-05757329. The document was produced on January 31, 2022.

    53. Attached hereto as **Exhibit 22** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845281. The document was produced on February 18, 2022.

    54. Attached hereto as **Exhibit 23** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00845275. The document was produced on February 18, 2022.

    55. Attached hereto as **Exhibit 24** is a true and correct copy of a document Google

| | |
|---|---|
| 1 | produced in discovery labeled GOOG-BRWN-00845274. The document was produced on |
| 2 | February 18, 2022. |
| 3 |     56. Attached hereto as **Exhibit 25** is a true and correct copy of a document Google |
| 4 | produced in discovery labeled GOOG-CABR-03668216. The document was produced on |
| 5 | September 24, 2021. |
| 6 | |
| 7 |     I declare under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct.  Executed this 25th day of February, 2022, at Fremont, California. |
| 9 | */s/ Mark Mao* |