UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a Case Management Conference via Zoom on February 11, 2022. The Court now hereby sets the following modified case schedule including pretrial dates:

| | |
|---|---|
| All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B) | Opening: March 25, 2022<br>Rebuttal: April 22, 2022 |
| Expert Discovery Cutoff | May 26, 2022 |
| Defendants' Motion for Summary Judgment | 35 days after ruling on Class Certification Motion |

      The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.

      All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: _____

                                                HON. YVONNE GONZALEZ ROGERS
                                                United States District Judge