UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 20-cv-3664-YGR   (SVK)<br><br>20-cv-5146-YGR (SVK)<br><br>**ORDER GRANTING MOTION TO SEAL COURTROOM FOR FEBRUARY 28, 2022 DISCOVERY HEARING**<br><br>Re: *Calhoun* Dkt. No. 510 |

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom the February 28, 2022, hearing related to the parties' February 25, 2022 Joint Submission in Response to Dkt. 501 re: Status of Discovery Disputes (*Calhoun* Dkt. 510).  Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

      **THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

      **SO ORDERED**.

Dated:  February 28, 2022

                                                                       SUSAN van KEULEN<br>
                                                                       United States Magistrate Judge