UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.  20-cv-03664-YGR   (SVK)<br><br>**REDACTION ORDER** |

The Court's Order Following February 28, 2022 Discovery Hearing (Dkt. 437) (the "Order") has been provisionally filed under seal.  The Parties are ordered to meet and confer and submit joint proposed redactions to the Order (to the extent any redaction is required) and a proposed order by **March 8, 2022**.  If no proposed redactions are received by 11:59 p.m. on March 8, 2022, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: March 1, 2022

SUSAN VAN KEULEN
United States Magistrate Judge