# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

**COURT USE ONLY — DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Simone Valvik
**1b. ATTORNEY NAME (if different):** Jonathan Tse
**2a. CONTACT PHONE NUMBER:** (415) 875-6600
**2b. ATTORNEY PHONE NUMBER:** (415) 875-6426
**3. CONTACT EMAIL ADDRESS:** simonevalvik@quinnemanuel.com
**3. ATTORNEY EMAIL ADDRESS:** jonathantse@quinnemanuel.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St, 22nd Floor
San Francisco, CA 94111

**5. CASE NAME:** Brown et al v. Google LLC
**6. CASE NUMBER:** 4:20-cv-03664

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR:** Summer Fisher

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☐ CRIMINAL
☐ NON-APPEAL  ☒ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION — If requesting less than full hearing, specify portion (e.g. witness or time) |
|---|---|---|---|
| 02/28/2022 | SVK | Discovery | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*
c. DELIVERY TYPE (Choose one per line)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Magistrate Judge Susan van Keulen

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Jonathan Tse
**12. DATE:** 03/01/2022

Clear Form    Save as new PDF