UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHASOM BROWN, et al., | Case No. 20-cv-03664-YGR (SVK) |
|---|---|
| Plaintiffs, | **ORDER RE BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | Re: Dkt. No. 430 |

On February 26, 2022, Plaintiffs filed a motion seeking an order requiring Google to show cause why it should not be sanctioned for discovery misconduct. Dkt. 430. At a February 28, 2022 hearing on other discovery issues, the Court indicated it would set a schedule for the motion. Accordingly, the Court **ORDERS** the following briefing and hearing schedule on Plaintiffs' request for discovery sanctions against Google (Dkt. 430):

| Event | Date/Deadline |
|---|---|
| Google's opposition brief | March 24, 2022 |
| Plaintiffs' reply | April 7, 2022 |
| Each side to file proposed findings of fact and conclusions of law, with Word versions emailed to the Courtroom Deputy (*see* Judge van Keulen's Civil Pretrial Standing Order ¶ V for information about required contents) | April 14, 2022 |
| Evidentiary hearing | April 21, 2022 at 10:00 a.m. |

The Court directs Google to have the witnesses identified in Plaintiffs' moving papers reserve the hearing date. In its opposition, Google is to identify any witnesses it intends to call.

**SO ORDERED.**

Dated: March 1, 2022

SUSAN VAN KEULEN
United States Magistrate Judge