1    **BOIES SCHILLER FLEXNER LLP**      **QUINN EMANUEL URQUHART &**
     Mark C. Mao (CA Bar No. 236165)      **SULLIVAN, LLP**
2    mmao@bsfllp.com      Andrew H. Schapiro (admitted *pro hac vice*)
     Beko Reblitz-Richardson (CA Bar No. 238027)      andrewschapiro@quinnemanuel.com
3    brichardson@bsfllp.com      191 N. Wacker Drive, Suite 2700
     44 Montgomery Street, 41st Floor      Chicago, IL 60606
4    San Francisco, CA 94104      Tel: (312) 705-7400
     Tel: (415) 293 6858      Fax: (312) 705-7401
5    Fax: (415) 999 9695

6    **SUSMAN GODFREY L.L.P.**      Stephen A. Broome (CA Bar No. 314605)
     William Christopher Carmody (pro hac vice)      stephenbroome@quinnemanuel.com
7    bcarmody@susmangodfrey.com      Viola Trebicka (CA Bar No. 269526)
     Shawn J. Rabin (pro hac vice)      violatrebicka@quinnemanuel.com
8    srabin@susmangodfrey.com      865 S. Figueroa Street, 10th Floor
     1301 Avenue of the Americas, 32nd Floor      Los Angeles, CA 90017
9    New York, NY 10019      Tel: (213) 443-3000
     Telephone: (212) 336-8330      Fax: (213) 443-3100

10    **MORGAN & MORGAN**
11    John A. Yanchunis (pro hac vice)      Diane M. Doolittle (CA Bar No. 142046)
     jyanchunis@forthepeople.com      dianedoolittle@quinnemanuel.com
12    Ryan J. McGee (pro hac vice)      555 Twin Dolphin Drive, 5th Floor
     rmcgee@forthepeople.com      Redwood Shores, CA 94065
13    201 N. Franklin Street, 7th Floor      Telephone: (650) 801-5000
     Tampa, FL 33602      Facsimile: (650) 801-5100
14    Telephone: (813) 223-5505

15    *Counsel for Plaintiffs; additional counsel*      *Counsel for Defendant; additional counsel*
     *listed in signature blocks below*      *listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 429)**<br><br>Referral: The Honorable Susan van Keulen |

1  Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on February 26, 2022, Plaintiffs filed their Administrative Motion To Consider Whether Portions Of Plaintiffs' Request For Order To Show Cause Re: Sanctions For Google's Discovery Misconduct ("Motion to Seal") (Dkt. 429);

WHEREAS, on February 26, 2022, Google received unredacted copies of Plaintiffs' Motion to Seal and exhibits, approximately 25 of which were designated to be sealed and submitted with Dkts. 429, 430;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the current deadline for Google, as the Designating Party to Plaintiffs' Motion to Seal (Dkt. 429), to establish that such designated material is sealable, is by Saturday, March 5, 2022;

WHEREAS, the Parties agree that an extension of time of 11 days will provide Google with sufficient time to respond to Plaintiffs' Motion to Seal (Dkt. 429);

NOW THEREFORE, the Parties stipulate to extend the deadline by which Google shall submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 429), to March 16, 2022.

DATED:  March 1, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Mark Mao* |
| Andrew H. Schapiro (admitted *pro hac vice*) andrewschapiro@quinnemanuel.com 191 N. Wacker Drive, Suite 2700 Chicago, IL 60606 Tel: (312) 705-7400 Fax: (312) 705-7401 | Mark C. Mao (CA Bar No. 236165) mmao@bsfllp.com Beko Reblitz-Richardson (CA Bar No. 238027) brichardson@bsfllp.com 44 Montgomery Street, 41st Floor San Francisco, CA 94104 Tel: (415) 293 6858 Fax: (415) 999 9695 |
| Stephen A. Broome (CA Bar No. 314605) sb@quinnemanuel.com Viola Trebicka (CA Bar No. 269526) violatrebicka@quinnemanuel.com 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017 Tel: (213) 443-3000 Fax: (213) 443-3100 | James W. Lee (*pro hac vice*) jlee@bsfllp.com Rossana Baeza (*pro hac vice*) rbaeza@bsfllp.com 100 SE 2nd Street, Suite 2800 Miami, FL 33130 Tel: (305) 539-8400 Fax: (305) 539-1304 |
| Diane M. Doolittle (CA Bar No. 142046) dianedoolittle@quinnemanuel.com | |

| | |
|---|---|
| 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* | William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330<br><br>Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br><br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736<br><br>Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br><br>*Attorneys for Plaintiffs* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 429). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: March 1, 2022					By	*/s/ Andrew H. Schapiro*
						Andrew H. Schapiro
						*Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 429), shall be extended to March 16, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                        HONORABLE SUSAN VAN KEULEN
                                        United States Magistrate Judge