**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) <br> dianedoolittle@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 | Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 | Josef Ansorge (admitted *pro hac vice*) <br> josefansorge@quinnemanuel.com <br> 1300 I. Street, N.W., Suite 900 <br> Washington, D.C. 20005 <br> Telephone: 202-538-8000 <br> Facsimile: 202-538-8100 |
| Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 | Jomaire A. Crawford (admitted *pro hac vice*) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK <br><br> **DECLARATION OF JONATHAN TSE IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 429)** <br><br> Referral: The Honorable Susan van Keulen |

I, Jonathan Tse, declare as follows:

1.  I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  Pursuant to Civil Local Rule 6-2 and 7-12, I submit this declaration in support of the Joint Stipulation and [Proposed] Order Extending Time for Google to its Declaration in Support of Plaintiffs' Administrative Motion To Consider Whether Portions Of Plaintiffs' Request For Order To Show Cause Re: Sanctions For Google's Discovery Misconduct ("Stipulation").

3.  On February 26, 2022, Plaintiffs filed their Administrative Motion To Consider Whether Portions Of Plaintiffs' Request For Order To Show Cause Re: Sanctions For Google's Discovery Misconduct ("Motion to Seal") (Dkt. 429).

4.  On February 26, 2022, Google received unredacted copies of Plaintiffs' Motion to Seal and exhibits, approximately 25 of which were designated to be sealed and submitted with Dkts. 429, 430.

5.  Pursuant to Civil Local Rule 79-5(e), the current deadline for Google, as the Designating Party to Plaintiffs' Motion to Seal (Dkt. 429), to establish that such designated material is sealable, is by Saturday, March 5, 2022.

6.  On March 1, 2022, the Parties met and conferred, and agreed that an extension of time of 11 days will provide Google with sufficient time to review the materials in Plaintiffs' Motion to Seal that Google designated as confidential and to submit its declaration in support its designated material in the filings (Dkts. 429).

7.  The Court has previously modified the case schedule by extending Plaintiffs' deadline to file a brief response to the affidavit and declaration submitted in response to the Court's request (Dkt. 110), the deadline for special master submissions (Dkt. 206), and to submit joint case management statement (Dkt. 388), and has also granted the parties' stipulations to extend the time to answer the complaint (Dkt. 42), submit protective order and ESI order (Dkt. 72), submit motion to dismiss briefing (Dkt. 73), submit proposed redactions to the April 27, 2021 hearing transcript

(Dkt. 163) and June 2, 2021 hearing transcript (Dkt. 246), submit a declaration in support of Plaintiffs' motion to seal (Dkts. 294, 367, 408), file Google's motion for protective order (Dkt. 301), respond to third-party subpoenas (Dkts. 347-50), and answer the Second Amended Complaint (Dkt. 377). The Court has further granted the parties' stipulations setting a briefing schedule for Google's motion to dismiss Counts Six and Seven of the Second Amended Complaint (Dkt. 175) and continuing several discovery and motion deadlines (Dkts. 261, 377), including the deadlines for the close of fact discovery, opening and rebuttal expert reports, close of expert discovery, filing motion for class certification, and the class certification hearing.

8. The 11-day extension will not affect the schedule in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on March 1, 2022.

DATED: March 1, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Jonathan Tse
Jonathan Tse

*Attorney for Defendant*