UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 20-cv-03664-YGR (SVK)<br><br>**ORDER ON DISCOVERY DISPUTES P23, P28, AND P30**<br><br>Re: Dkt. No. 424 |

    The Court's orders on discovery disputes P23, P28, and P30 from the February 25, 2022 updated discovery dispute chart are contained in Exhibit A.

**SO ORDERED.**

Dated: March 2, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge