UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE LLC'S SUBMISSION RE: P23 IN RESPONSE TO DKT. 450-1**<br><br>Referral: Hon. Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal Portions of Google's Submission Re: P23 in Response to Dkt. 450-1 ("Submission").  Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. A (GOOG-BRWN-00023909)  Redacted in its entirety | Google's Motion to Seal at 1 | |

**SO ORDERED.**

DATED: _____      _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge