UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No.  20-cv-03664-YGR  (SVK)

**FURTHER ORDER ON DISCOVERY DISPUTE P23**

Re: Dkt. No. 424

The Court's further order on discovery dispute P23 from the February 25, 2022 updated discovery dispute chart is contained in Exhibit A.

**SO ORDERED.**

Dated: March 4, 2022

SUSAN VAN KEULEN
United States Magistrate Judge