UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br><br>Judge: Hon. Susan van Keulen, USMJ |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Google's Administrative Motion to Seal Portions of the Joint Submission in Response to Dkt. 447-1 Re: Plaintiffs' Request for In Camera Submission ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Joint Submission In Response To Dkt. 447-1 Re: Plaintiffs' Request For In Camera Submission at:<br><br>2:4, 2:22, 3:4 | Google's Motion to Seal; Tse Declaration | |

**SO ORDERED.**

DATED: _____     _____
                                  HON. SUSAN VAN KEULEN
                                  United States Magistrate Judge