**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | Teuta Fani (admitted *pro hac vice*) |
| Redwood Shores, CA 94065 | teutafani@quinnemanuel.com |
| Telephone: (650) 801-5000 | 191 N. Wacker Drive, Suite 2700 |
| Facsimile: (650) 801-5100 | Chicago, IL 60606 |
| | Telephone: (312) 705-7400 |
| | Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I Street NW, Suite 900 |
| Los Angeles, CA 90017 | Washington D.C., 20005 |
| Telephone: (213) 443-3000 | Telephone: (202) 538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: (202) 538-8100 |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF VIOLA TREBICKA IN SUPPORT OF GOOGLE LLC'S MOTION FOR ADMINISTRATIVE LEAVE TO PROPOSE REVISED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 6-3 and 7-11, I submit this declaration in support of Google, LLC's Motion For Administrative Leave To Propose Revised Briefing Schedule On Plaintiffs' Motion For Order Requiring Google To Show Cause Why It Should Not Be Sanctioned For Discovery Misconduct (the "Motion").

3. On October 14, 2021, Plaintiffs filed a 20-page Motion for Sanctions that attached approximately 145 pages of declarations and exhibits (Dkt. 292). On October 19, 2021, the Court stayed briefing of the first sanctions motion "pending resolution of the issues set forth in the forthcoming [Special Master Discovery] Report and Recommendations." (Dkt. 297).

4. On Saturday, February 26, 2022, Plaintiffs filed a second, 25-page Motion for Sanctions and attached nearly 200 pages of exhibits and a declaration in support (Dkt. 430).

5. The Court set an evidentiary hearing date on the Motions for Sanctions for April 21, 2022 at 10:00 a.m., and ordered Google to file its Opposition Brief by March 24, 2022, and Plaintiffs to file their Reply Brief by April 7, 2021. (Dkt. 443).

6. On the same day that its Opposition Brief to Plaintiffs' Motion for Sanctions is due, March 24, 2022, Google would also have to submit any opening expert reports in the *Calhoun* matter. The next day, March 25, 2022, Google's opening expert reports in *Brown* are due.

7. In order to complete fact discovery before the March 4, 2022 deadline, the parties in both *Brown and Calhoun* are scheduling 24 depositions in the period between February 26 and March 24, 2022, including approximately 15 Rule 30(b)(6) depositions.

8. Google has numerous deadlines on both dispositive and non-dispositive issues, motions, hearings, etc. These deadlines include, but are not limited to, the following:

| Case | Subject | Relevant Dkt. | Deadline |
|---|---|---|---|
| Both | End of Fact Discovery | Dkts. 464, 505 | March 4 |
| *Brown* | Further meet and confer, filings, productions, and likely briefing re priority issues: P23, P25, P26, P28, P29, P30 | Dkts. 447, 450 | by March 2, 3, 4, 9, 11, and 15 |
| *Calhoun* | Further meet and confer, filings, productions, and likely briefing re priority issues: 1.20, 1.23 | Dkt. 523 | by March 3, 4, 7, 11, and 15 |
| Both | Final Discovery Chart | Dkts. 447, 523 | filed by March 11 |
| *Brown* | Omnibus discovery hearing | Dkts. 447, 523 | March 15 |
| *Calhoun* | Hearing on Motion for Summary Judgment on Affirmative Defense of Consent | Dkt. 505 | March 15 |
| *Brown* | Hearing on Plaintiffs' Motion to Amend Complaint | Dkt. 395 | March 15 |
| *Calhoun* | Google's Reply ISO Motions to Strike Plaintiffs' Expert Reports ISO Class Certification (Mangum) | Dkt. 505 | March 16 |
| *Calhoun* | Google's Reply ISO Motions to Strike Plaintiffs' Expert Reports ISO Class Certification (Turow/John) | Dkt. 505 | March 16 |
| Both | Omnibus discovery hearing | Dkt. 529 | March 17 |
| *Calhoun* | Google's Opposition to Plaintiffs' Motion(s) to Strike Expert Testimony (Schwartz) | Dkt. 505 | March 23 |
| *Calhoun* | Opening Expert Reports | Dkt. 505 | March 24 |
| *Brown* | Opening Expert Reports | Dkt. 431 | March 25 |
| Both | Numerous Special Master Orders and Deadlines | n/a | Currently Daily |
| Both | Meetings with Special Master | n/a | Currently Daily |
| Both | Meet and Confers with both plaintiffs | n/a | Daily |
| Both | Numerous Motion to Seals and Declarations in Support of the various filings under seal | varies | Daily |
| Both | At least 24 Google Witness Depositions, including 15 Rule 30(b)(6) depositions | n/a | various dates in March 2022 |

9. On February 21, 2022, *Brown* Plaintiffs' requested, as a courtesy, that Google consent to extend the deadline for opening expert reports until March 25, 2022 (the day after the deadline the Court scheduled Google's Sanctions Opposition). Google agreed to grant the courtesy, and the parties filed a joint stipulation for Court approval (Dkt. 431).

10. On March 2, 2022, Google requested, as a courtesy, that Plaintiffs agree to extend Google's deadline for filing its Sanctions Opposition (*i.e.*, the relief requested herein). Plaintiffs declined to grant the courtesy, necessitating this motion.

11. The Court has previously modified the case schedule by extending Plaintiffs' deadline to file a brief response to the affidavit and declaration submitted in response to the Court's request (Dkt. 110), the deadline for special master submissions (Dkt. 206), and to submit joint case management statement (Dkt. 388), and has also granted the parties' stipulations to extend the time to answer the complaint (Dkt. 42), submit protective order and ESI order (Dkt. 72), submit motion to dismiss briefing (Dkt. 73), submit proposed redactions to the April 27, 2021 hearing transcript (Dkt. 163) and June 2, 2021 hearing transcript (Dkt. 246), submit a declaration in support of Plaintiffs' motion to seal (Dkts. 294, 367, 408, 448), file Google's response to Plaintiffs' Motion for Leave (Dkt. 408), file Google's motion for protective order (Dkt. 301), respond to third-party subpoenas (Dkts. 347-50), and answer the Second Amended Complaint (Dkt. 377). The Court has further granted the parties' stipulations setting a briefing schedule for Google's motion to dismiss Counts Six and Seven of the Second Amended Complaint (Dkt. 175) and continuing several discovery and motion deadlines (Dkts. 261, 377), including the deadlines for the close of fact discovery, opening and rebuttal expert reports, close of expert discovery, filing motion for class certification, and the class certification hearing.

12. The requested seven-day extension will not affect the schedule in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on March 4, 2022.

DATED: March 4, 2022                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Viola Trebicka

*Attorney for Defendant*