UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR ADMINISTRATIVE LEAVE TO PROPOSE REVISED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Google, LLC's Motion For Administrative Leave To Propose Revised Briefing Schedule On Plaintiffs' Motion For Order Requiring Google To Show Cause Why It Should Not Be Sanctioned For Discovery Misconduct (the "Motion"). Having considered the Motion and supporting documents, the Court finds there is good cause to Grant the Motion.

THEREFORE, IT IS ORDERED that, the Briefing And Hearing Schedule On Plaintiffs' Motion For Order Requiring Google To Show Cause Why It Should Not Be Sanctioned For Discovery Misconduct (Dkt. 443) be modified as follows:

| Event | Prior Date/Deadline | Revised Date/Deadline |
|---|---|---|
| Google's opposition brief | March 24, 2022 | March 31, 2022 |
| Plaintiffs' reply | April 7, 2022 | April 14, 2022 |
| Each side to file proposed findings of fact and conclusions of law, with Word versions emailed to the Courtroom Deputy (*see* Judge van Keulen's Civil Pretrial Standing Order ¶ V for information about required contents) | April 14, 2022 | April 21, 2022 |
| Evidentiary hearing | April 21, 2022 at 10:00 a.m. | _____ at 10:00 a.m. |

**SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge