UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-03664-YGR  (SVK)

**ORDER IN RE SUBMISSION OF DOCUMENTS FOR IN-CAMERA REVIEW**

Re: Dkt. No. 456

The Court has reviewed the Parties' submission regarding in-camera review of seven documents produced by Google. The Court rules as follows:

| Document | Status |
|---|---|
| GOOG-CABR-03667431 | The Parties both seek in-camera review of this document. Submit for in-camera review. |
| GOOG-CABR-05766200 | Submit for in-camera review. |
| GOOG-BRWN-00846508 | Submit for in-camera review. |
| GOOG-CABR-00547295 | Submit for in-camera review. |
| Brown Log Entry 5607 | Request for in-camera review denied. |
| CABR1530 | Google states that it will re-produce this document with limited redactions. Request for in-camera review of document as initially produced is denied. |
| GOOG-BRWN-99845291 | Request for in-camera review denied. |

No later than **March 14, 2022**, Google is to electronically submit the documents designated above for in-camera review to the undersigned's Courtroom Deputy and to file a

statement of not more than three pages in support of its privilege claims. Google may also file declarations with factual support for its privilege claims. The declarations are not to contain argument.

**SO ORDERED.**

Dated: March 7, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge