1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
3  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
4  865 S. Figueroa Street, 10th Floor
5  Los Angeles, CA 90017
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

   Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

7  Jomaire A. Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
8  51 Madison Avenue, 22nd Floor
9  New York, NY 10010
   Telephone: (212) 849-7000
10 Facsimile: (212) 849-7100

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   1300 I. Street, N.W., Suite 900
   Washington, D.C. 20005
   Telephone: 202-538-8000
   Facsimile: 202-538-8100

11 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
12 50 California Street, 22nd Floor
   San Francisco, CA 94111
13 Telephone: (415) 875-6600
14 Facsimile: (415) 875-6700

15 *Attorneys for Defendant Google LLC*

16                       UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK <br><br> **DECLARATION OF JONATHAN TSE IN SUPPORT OF JOINT SUBMISSION IN RESPONSE TO DKTS. 447 AND 449 RE: SEALING PORTIONS OF MARCH 2, 2022 ORDER** <br><br> Referral: Hon. Susan van Keulen, USMJ |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of the Parties' Joint Submission in Response to Dkts. 447 and 449 re: Sealing Portions of March 2, 2022 Order Re Discovery Disputes P25, P26, and P29 ("Order"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential information and that public disclosure could cause competitive harm.

3. Google respectfully requests that the Court seal the redacted portions of Exhibit A of the Order.

4. The information requested to be sealed contains personal and private medical information related to a Google employee, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public.

5. On March 8, 2022, the parties conferred on the proposed redactions to the Order. Plaintiffs support sealing the proposed redactions.

6. For these reasons, Google respectfully requests that the Court order the identified portions of Exhibit A of the Order to be sealed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on March 8, 2022.

DATED:   March 8, 2022                         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                               By  */s/ Jonathan Tse*
                                                    Jonathan Tse

                                               *Attorney for Defendant*