| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION FOR LEAVE TO PROPOSE REVISED BRIEFING SCHEDULE (DKT. 457)**<br><br>Referral: Hon. Susan van Keulen |

1    Pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs respectfully respond to Google, LLC's ("Google") Motion for Administrative Leave to Propose Revised Briefing Schedule on Plaintiffs' Motion for Order Requiring Google to Show Cause Why It Should Not Be Sanctioned for Discovery Misconduct (the "Administrative Motion"), Dkt. 457.

The parties have reached an agreement on a modest modification to remaining case deadlines that includes the relief that Google seeks with its Administrative Motion. Plaintiffs anticipate filing a stipulation and proposed order on March 9, which should moot Google's Administrative Motion.

Dated: March 8, 2022                              Respectfully submitted,

                                                  By: /s/ Mark Mao

                                                  Mark C. Mao (CA Bar No. 236165)
                                                  mmao@bsfllp.com
                                                  Beko Rebitz-Richardson (CA Bar No. 238027)
                                                  brichardson@bsfllp.com
                                                  Erika Nyborg-Burch (CA Bar No. 342125)
                                                  enyborg-burch@bsfllp.com
                                                  BOIES SCHILLER FLEXNER LLP
                                                  44 Montgomery Street, 41st Floor
                                                  San Francisco, CA 94104
                                                  Telephone: (415) 293 6858
                                                  Facsimile (415) 999 9695

                                                  James W. Lee (*pro hac vice*)
                                                  jlee@bsfllp.com
                                                  Rossana Baeza (*pro hac vice*)
                                                  rbaeza@bsfllp.com
                                                  BOIES SCHILLER FLEXNER LLP
                                                  100 SE 2nd Street, Suite 2800
                                                  Miami, FL 33130
                                                  Telephone: (305) 539-8400
                                                  Facsimile: (305) 539-1304

                                                  William Christopher Carmody (*pro hac vice*)
                                                  bcarmody@susmangodfrey.com

| | |
|---|---|
| 1 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 2 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| 3 | Alexander P. Frawley (*pro hac vice*) |
| | afrawley@susmangodfrey.com |
| 4 | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Floor |
| 5 | New York, NY  10019 |
| | Telephone: (212) 336-8330 |
| 6 | |
| | Amanda Bonn (CA Bar No. 270891) |
| 7 | abonn@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 8 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 9 | Telephone: (310) 789-3100 |
| 10 | |
| | John A. Yanchunis (*pro hac vice*) |
| 11 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 12 | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 13 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 14 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 15 | |
| 16 | Michael F. Ram, CA Bar No. 104805 |
| | MORGAN & MORGAN |
| 17 | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| 18 | Tel: (415) 358-6913 |
| | mram@forthepeople.com |
| 19 | |
| 20 | *Attorneys for Plaintiffs* |

PLAINTIFFS' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION
Case No. 4:20-cv-03664-YGR-SVK