**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS**<br><br>Judge:    Honorable Yvonne Gonzalez Rogers |

Counsel for Plaintiffs and Defendant Google ("Google") met and conferred to formulate a plan regarding the authentication, the business records exception under Rule 803(6), and admissibility of documents the parties anticipate using at trial; and

Plaintiffs and Google have agreed that in order to reduce costs and promote efficiency, the Parties should address the authentication of documents and the business records exception under Rule 803(6) of documents produced by the Parties;

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant (the "Parties"), as follows:

1. The documents produced by Plaintiffs in this action shall be presumed to be authentic for purposes of Federal Rule of Evidence 901.

2. The documents produced by Google in this action shall be presumed to be authentic for purposes of Federal Rule of Evidence 901.

3. All documents with the exception of emails and Google Chats produced by Google in this action shall be presumed to be business records under Federal Rule of Evidence 803(6).

4. Notwithstanding the above, the Parties reserve their right to contest the authenticity pursuant to FRE 901 and business record status under FRE 803(6) of any document included on each other's pretrial exhibit list filed in advance of any pretrial conference in this action.

5. If a Party intends to contest the authenticity of any document on the other's pretrial exhibit list or that any document is not a business record under Rule 803(6), the Party shall notify the other Party no later than 21 days after the exchange of their respective proposed exhibit list, or 21 days before any trial setting, whichever is earlier. The Parties will then meet and confer in a good faith attempt to resolve the dispute over any challenged document.

6. In the event the Parties cannot resolve a dispute regarding the authenticity of a document or an issue of business record status, the Party anticipating the use of the disputed document at trial will be entitled to conduct discovery into the authenticity of the document in question and that the documents are business records under Rule 803(6), subject to any objections any Party may make. The Parties may not object, however, on the basis that such discovery is being taken after the discovery cut-off.

7. If the Parties cannot agree on the need for or extent of such limited discovery, or cannot resolve disputes regarding the sufficiency of responses to such limited discovery, after meeting and conferring, the Party seeking to take the discovery shall file a motion seeking the Court's resolution of the dispute within five days.

The Parties reserve all other objections to the admissibility of documents addressed in this stipulation, including but not limited to objections on the basis of hearsay, Federal Rule of Evidence 402, and Federal Rule of Evidence 403.

DATED: March 8, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Mark C. Mao* |
| Andrew H. Schapiro (admitted *pro hac vice*) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Chicago, IL 60606 | brichardson@bsfllp.com |
| Tel: (312) 705-7400 | 44 Montgomery Street, 41st Floor |
| Fax: (312) 705-7401 | San Francisco, CA 94104 |
| | Tel: (415) 293 6858 |
| Stephen A. Broome (CA Bar No. 314605) | Fax: (415) 999 9695 |
| sb@quinnemanuel.com | James W. Lee (*pro hac vice*) |
| Viola Trebicka (CA Bar No. 269526) | jlee@bsfllp.com |
| violatrebicka@quinnemanuel.com | Rossana Baeza (*pro hac vice*) |
| 865 S. Figueroa Street, 10th Floor | rbaeza@bsfllp.com |
| Los Angeles, CA 90017 | 100 SE 2nd Street, Suite 2800 |
| Tel: (213) 443-3000 | Miami, FL 33130 |
| Fax: (213) 443-3100 | Tel: (305) 539-8400 |
| | Fax: (305) 539-1304 |
| Diane M. Doolittle (CA Bar No. 142046) | |
| dianedoolittle@quinnemanuel.com | William Christopher Carmody (*pro hac vice*) |
| 555 Twin Dolphin Drive, 5th Floor | bcarmody@susmangodfrey.com |
| Redwood Shores, CA 94065 | Shawn J. Rabin (*pro hac vice*) |
| Telephone: (650) 801-5000 | srabin@susmangodfrey.com |
| Facsimile: (650) 801-5100 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| Jomaire A. Crawford (admitted *pro hac vice*) | Alexander P. Frawley (*pro hac vice*) |
| jomairecrawford@quinnemanuel.com | afrawley@susmangodfrey.com |
| 51 Madison Avenue, 22nd Floor | SUSMAN GODFREY L.L.P. |
| New York, NY 10010 | 1301 Avenue of the Americas, 32nd Floor |
| Telephone: (212) 849-7000 | New York, NY 10019 |
| | Tel: (212) 336-8330 |

| | | |
|---|---|---|
| 1 | Facsimile: (212) 849-7100 | |
| 2 | Josef Ansorge (admitted *pro hac vice*) | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 3 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 4 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | Tel: (310) 789-3100 |
| 5 | Washington D.C., 20005<br>Tel: (202) 538-8000 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 6 | Fax: (202) 538-8100 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 7 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 8 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 9 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Fax: (813) 222-4736 |
| 10 | | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 11 | *Attorneys for Defendant Google LLC* | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 12 | | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 13 | | *Attorneys for Plaintiffs* |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**IT IS SO ORDERED.**

DATED: _____, 2022              _____

                                          Honorable Yvonne Gonzalez Rogers
                                          United States District Judge

## ATTESTATION OF CONCURRENCE

I am the ECF user whose ID and password are being used to file this STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro