**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY THAO T. THAI**<br><br>**JUDGE:** Hon. Yvonne Gonzalez Rogers |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Defendant Google LLC hereby withdraws Thao T. Thai as counsel for Defendant. Ms. Thai is no longer associated with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.

Defendant respectfully requests that the Court and Parties remove Ms. Thai from all future correspondence.

The law firm of Quinn Emanuel Urquhart & Sullivan, LLP continues to represent Google LLC in this matter.

Dated:  March 10, 2022                                   Respectfully submitted,

                                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                                         */s/ Alyssa G. Olson*
                                                          Alyssa G. Olson

                                                        Andrew H. Schapiro (admitted *pro hac vice*)
                                                        andrewschapiro@quinnemanuel.com
                                                        Teuta Fani (admitted *pro hac vice*)
                                                        teutafani@quinnemanuel.com
                                                        191 N. Wacker Drive, Suite 2700
                                                        Chicago, IL 60606
                                                        Telephone: (312) 705-7400
                                                        Facsimile: (312) 705-7401

                                                        Diane M. Doolittle (CA Bar No. 142046)
                                                        dianedoolittle@quinnemanuel.com
                                                        Sara Jenkins (CA Bar No. 230097)
                                                        sarajenkins@quinnemanuel.com
                                                        555 Twin Dolphin Drive, 5th Floor
                                                        Redwood Shores, CA 94065
                                                        Telephone: (650) 801-5000
                                                        Facsimile: (650) 801-5100

| | |
|---|---|
| 1 | Stephen A. Broome (CA Bar No. 314605) |
| 2 | stephenbroome@quinnemanuel.com |
| | Viola Trebicka (CA Bar No. 269526) |
| 3 | violatrebicka@quinnemanuel.com |
| | Crystal Nix-Hines (Bar No. 326971) |
| 4 | crystalnixhines@quinnemanuel.com |
| | Alyssa G. Olson (CA Bar No. 305705) |
| 5 | alyolson@quinnemanuel.com |
| 6 | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| 7 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*