1

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

18
19
20

21 CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR DISCOVERY AND CLASS CERTIFICATION**

Judge:   Honorable Yvonne Gonzalez Rogers

22
23
24
25
26
27
28

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Defendant Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, the Parties are diligently scheduling numerous Rule 30(b)(6) depositions;

WHEREAS, the availability of witnesses and counsel will require the scheduling of some of the remaining depositions to occur within seven or fewer days of the current deadline of March 25, 2022 to exchange opening expert reports (Dkt. 465);

WHEREAS, Google filed a motion seeking an additional week to respond to Plaintiffs' Request For an Order For Google To Show Cause For Why It Should Not Be Sanctioned For Discovery Misconduct (Dkt. 430, "Sanctions Motion");

WHEREAS, to resolve that dispute and aid the Parties in having a more orderly and efficient exchange of opening expert reports and subsequent exchanges in connection with the remaining depositions, the Parties agreed to the schedule below.

NOW THEREFORE, the Parties stipulate to the following revised schedule regarding certain discovery and class certification deadlines.

1.  The deadline for Google's Opposition to Plaintiffs' Sanctions Motion is extended from March 24, 2022 as ordered in Dkt. 443 to March 31, 2022.

2.  The deadline for exchange of opening expert reports is extended from March 25, 2022 to April 1, 2022.

3.  The deadline for Plaintiffs' Reply in support of the Sanctions Motion is extended from April 7, 2022 to April 11, 2022.

4.  The deadline for the Parties' submission of Proposed Findings of Fact and Conclusions of Law for the Sanctions Motion is extended from April 14, 2022 to April 18, 2022.

5.  The evidentiary hearing on the Sanctions Motion scheduled for April 21, 2022 will proceed as scheduled, on April 21, 2022.

6.  The deadline for exchange of rebuttal expert reports is extended from April 22, 2022 to May 6, 2022.

7.  The deadline for close of expert discovery is extended from May 26, 2022 to June 2, 2022.

8.  The last day to file a motion for class certification is extended from May 26, 2022 to June 9, 2022.  Any opposition shall be due July 28, 2022, and any reply shall be due August 25, 2022.

9.  The Parties agree to keep the currently-scheduled September 20, 2022 hearing for Plaintiffs' motion for class certification.

DATED:  March 10, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| _/s/ Andrew H. Schapiro_ | _/s/ Mark C. Mao_ |
| Andrew H. Schapiro (admitted pro hac vice) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| Teuta Fani (admitted pro hac vice) | Beko Reblitz-Richardson (CA Bar No. 238027) |
| teutafani@quinnemanuel.com | brichardson@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | 44 Montgomery Street, 41st Floor |
| Chicago, IL 60606 | San Francisco, CA 94104 |
| Telephone: (312) 705-7400 | Tel: (415) 293 6858 |
| Facsimile: (312) 705-7401 | Fax: (415) 999 9695 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | James W. Lee (*pro hac vice*) |
| stephenbroome@quinnemanuel.com | jlee@bsfllp.com |
| Viola Trebicka (CA Bar No. 269526) | Rossana Baeza (*pro hac vice*) |
| violatrebicka@quinnemanuel.com | rbaeza@bsfllp.com |
| Crystal Nix-Hines (Bar No. 326971) | 100 SE 2nd Street, Suite 2800 |
| crystalnixhines@quinnemanuel.com | Miami, FL 33130 |
| Alyssa G. Olson (CA Bar No. 305705) | Tel: (305) 539-8400 |
| | Fax: (305) 539-1304 |
| alyolson@quinnemanuel.com | |
| 865 S. Figueroa Street, 10th Floor | William Christopher Carmody (*pro hac vice*) |
| Los Angeles, CA 90017 | bcarmody@susmangodfrey.com |
| Telephone: (213) 443-3000 | Shawn J. Rabin (*pro hac vice*) |
| Facsimile: (213) 443-3100 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| Diane M. Doolittle (CA Bar No. 142046) | sshepard@susmangodfrey.com |
| | Alexander P. Frawley (*pro hac vice*) |
| dianedoolittle@quinnemanuel.com | afrawley@susmangodfrey.com |
| Sara Jenkins (CA Bar No. 230097) | SUSMAN GODFREY L.L.P. |
| sarajenkins@quinnemanuel.com | 1301 Avenue of the Americas, 32nd Floor |
| 555 Twin Dolphin Drive, 5th Floor | New York, NY 10019 |
| Redwood Shores, CA 94065 | Tel: (212) 336-8330 |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| Jomaire A. Crawford (admitted *pro hac vice*) | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR DISCOVERY

jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

Los Angeles, CA 90067
Tel: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR DISCOVERY

## **ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Continuing Deadlines for Discovery and Class Certification.  Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: March 10, 2022

By: */s/ Mark C. Mao*
Mark C. Mao

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR DISCOVERY

1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

3
4
5
6
7
8
9
10

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

      Plaintiffs,

        v.

GOOGLE LLC,

      Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**[PROPOSED] ORDER**

Judge:    Honorable Yvonne Gonzalez Rogers

11
12

Pursuant to stipulation of the Parties, the Court revises the case schedule as follows:

13
14
15
16
17
18
19
20
21
22
23
24

| Scheduled Event | Current Date | New Date |
| --- | --- | --- |
| Google's Opposition to Sanctions Motion | March 24, 2022 | March 31, 2022 |
| Opening Expert Reports | March 25, 2022 | April 1, 2022 |
| Plaintiffs' Reply ISO Sanctions Motion | April 7, 2022 | April 11, 2022 |
| Proposed Findings of Fact & Conclusions of Law for Sanctions Motion | April 14, 2022 | April 18, 2022 |
| Evidentiary Hearing on Sanctions Motion | April 21, 2022 at 10:00 a.m. | No change:  April 21, 2022 at 10:00 a.m. |
| Rebuttal Expert Reports | April 22, 2022 | May 6, 2022 |
| Close of Expert Discovery | May 26, 2022 | June 2, 2022 |
| Class Certification Motion | Motion: May 26, 2022 Opp'n: July 14, 2022 Reply: August 11, 2022 | Motion: June 9, 2022 Opp'n: July 28, 2022 Reply: August 25, 2022 |
| Class Certification Hearing | September 20, 2022 | No change: September 20, 2022 |

25
26
27
28

      **IT IS SO ORDERED.**

DATED: _____, 2022

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge