UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is the Joint Submission Re: Sealing Portions of the February 28, 2022 Hearing Transcript in Response to Dkt. 440 ("Joint Submission"). Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| February 28, 2022 Hearing Transcript<br><br>Pages 7:1, 7:11, 8:5-6, 8:12, 10:24, 11:14, 12:2-3, 12:5-7, 12:10, 12:23, 13:5, 18:5-6, 18:22-19:1, 19:3-4, 19:7-8, 20:16-17, 28:17, 30:11, 31:20, 33:22-23, 34:4-5, 34:18, 35:2, 37:17, 37:24, 38:14, 44:24, 45:6, 45:14, 45:24, 46:7, 46:13-17, 46:25, 47:3, 47:21-22, 48:3, 48:6-8, 48:10-12, 48:20, 48:23-24, 49:3, 49:6-7, 49:18, 49:22, 49:25, 50:2-4, 50:6-9, 51:21-22, 52:6, 52:19, 52:21-22, 58:17-19, 58:25, 59:16, 59:21, 60:13, 65:24, 66:25, 79:18 | Joint Submission; Tse Declaration | |

**SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge