BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant; additional counsel listed in signature blocks below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK <br><br> **JOINT MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE AND APPOINTMENT OF COMMISSIONERS TO TAKE EVIDENCE PURSUANT TO CHAPTER II, ARTICLE 17 OF THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS** <br><br> Referral: Hon. Susan van Keulen, USMJ |

March 14, 2022

Submitted via ECF

Hon. Susan van Keulen, USMJ
San Jose Courthouse, Courtroom 6
4th Floor 280 South 1st Street
San Jose, CA 95113

    Re:    Joint Submission for Issuance of Letter of Request for International Judicial Assistance
*Brown v. Google LLC*, Case No. 4:20-cv-03664-YGR-SVK (N.D. Cal.)

Your Honor:

    The parties in the above-referenced action seek the Court's assistance in order to take deposition testimony from witness Audrey An in Switzerland. Ms. Audrey An, an Engineering Director at Google LLC, is a witness who will offer testimony relevant to this action. However, because of the COVID-19 pandemic, Ms. Audrey An cannot travel to the U.S. for a deposition. Accordingly, the parties have agreed to conduct a remote live video deposition of Ms. Audrey An in Switzerland, but the parties must first meet certain foreign discovery conditions pursuant to the Hague Convention.

    Switzerland, as a party to the Hague Convention, requires litigants to obtain permission from the Federal Office of Justice before taking deposition testimony of a witness located in Switzerland. To obtain such permission, the parties must have a United States District Court (1) appoint a Swiss commissioner and appoint representatives for the parties who will participate in the deposition as commissioners, and (2) request judicial assistance from the applicable Swiss authorities.

    To that end, we write to request that the Court grant the parties' Joint Motion for Issuance of Letter of Request for International Judicial Assistance and Appointment Of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. The parties have agreed that Remo Decurtins, a Swiss attorney representing the Defendants, will be appointed Swiss commissioner. The parties have also agreed that John A. Yanchunis will be appointed commissioner for Plaintiffs and Josef Ansorge will be appointed commissioner for Google.

    Thank you for Your Honor's kind attention to this matter.

Plaintiffs and Defendant, Google LLC (hereinafter "Google") hereby move the Court pursuant to Fed. R. Civ. P. 28(b) for entry of an order (the "Order"):

(1) Appointing John A. Yanchunis on behalf of Plaintiffs and Josef Ansorge on behalf of Google, as commissioners (together, the "Commissioners"), pending the approval of the Swiss authorities, to conduct the examination of witness Audrey An in Switzerland pursuant to Chapter II, Article 17 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555 ("Chapter II of the Hague Convention");

(2) Appointing Remo Decurtins as commissioner (the "Swiss Commissioner"), pending the approval of the Swiss authorities, to supervise the examination of witness Audrey An in Switzerland pursuant to Chapter II of the Hague Convention;

(3) Issuing a Letter of Request for International Judicial Assistance ("Letter of Request") pursuant to 28 U.S.C. § 1781 and Chapter II of the Hague Convention;

(4) Directing submission of the Letter of Request for Assistance to the Swiss Federal Office of Justice ("FOJ") via the Cantonal Court of Zürich for the purpose of approving the appointment of the Commissioner; and

(5) Granting such other and further relief as this Court may deem just and proper.

The parties have agreed to use the procedures of Chapter II of the Hague Convention to facilitate the deposition of Audrey An in Switzerland, who has consented to being deposed there via remote means. Under Chapter II, a deposition is supervised by a Swiss commissioner and conducted by commissioners representing the parties and duly appointed by the Court in the U.S. proceeding, all of whom are authorized to proceed by the FOJ at the request of the U.S. tribunal. This procedure will not restrict the scope of discovery otherwise permissible under the Federal Rules of Civil Procedure.

The steps to proceed under Chapter II of the Hague Convention are as follows:

1. The Court must duly appoint one or several commissioner(s) for the purpose of taking evidence abroad. A proposed order for the Court to appoint commissioners is attached hereto as Exhibit A (the "Proposed Order").

2. The Court must issue a Letter of Request to the FOJ for authorization to take evidence abroad. A proposed Letter of Request is attached hereto as Exhibit B (the "Proposed Letter of Request").

3. The necessary application for authorization (the "Swiss Application"), with the Proposed Order and the Proposed Letter of Request attached to it, must be filed with the FOJ via the Central Authority in the canton where the evidence is to be taken, *i.e.*, the High Court of the Canton of Zurich, International Judicial Assistance, Hirschengraben 13/15, 8021 Zurich 1, Switzerland.[1]  Defendant will undertake this step if the Court grants the instant motion.

4. Upon approval from the FOJ and subject to the terms contained in the Proposed Letter of Request and/or the Swiss Application, the parties will arrange for a live video deposition. Remo Decurtins will be present in person at the deposition of Ms. Audrey An to supervise proceedings.

5. The deposition will take place at the Swiss offices of Quinn Emanuel at Dufourstrasse 29, 8008 Zürich, Switzerland. Ms. Audrey An has agreed to voluntarily comply by proceeding pursuant to Chapter II of the Hague Convention.

6. Neither the entry of the Proposed Order, the Proposed Letter of Request, the submission of the Swiss Application nor the conduct of the deposition pursuant to Chapter II of the Hague Convention shall constitute or operate as a waiver of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or objections that may apply to that evidence under the laws of Switzerland, or of the United States, nor as a concession that any assertion of any such privilege, right, protection, or objection is necessarily valid.

---

[1] The application is sent to the competent Central Authority, *i.e.*, the High Court of the Canton of Zurich, International Judicial Assistance, Hirschengraben 13/15, 8021 Zurich 1, Switzerland. After examining the Request, the Central Authority will forward the application to the FOJ.

DATED:  March 14, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Mark C. Mao* |

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Sean Phillips Rodriguez (CA Bar No. 262437)
srodriguez@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602

| | |
|---|---|
| Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* | Tel: (813) 223-5505<br>Fax: (813) 222-4736<br><br>Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br><br>*Attorneys for Plaintiffs* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Motion for Issuance of Letter of Request for International Judicial Assistance and Appointment of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: March 14, 2022                    By     /s/ Andrew H. Schapiro
                                               Andrew H. Schapiro
                                               *Counsel on behalf of Google*