UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-03664-YGR   (SVK) <br><br> **REDACTION ORDER** |

The Court's Order on (1) Joint Discovery Letter Brief re Google's Responses to Requests for Admissions; and (2) Joint Discovery Letter Brief re Request for Admission and Interrogatory Disputes (Dkt. 480) (the "Order") has been provisionally filed under seal.  The Parties are ordered to meet and confer and submit joint proposed redactions to the Order (to the extent any redaction is required) and a proposed order by **March 21, 2022**.  If no proposed redactions are received by 11:59 p.m. on March 21, 2022, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: March 14, 2022

SUSAN VAN KEULEN
United States Magistrate Judge