UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

...

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Declaration of Jonathan Tse in Support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Dkt. 460 ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Reply In Support of Plaintiff's Motion for Leave to Amend Complaint (R. CIV. P. 15(a)) Dkt. 460-2<br><br>Pages 3:13-16, 3:24, 8:20-21, 9:17, 9:19-21, 9:24 , 10:2, 10:8, 10:13 | Tse Declaration ¶ 4 | |
| Exhibit 2<br><br>Entirety | Tse Declaration ¶ 4 | |

**SO ORDERED.**

DATED: _____    _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge