| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| SUSMAN GODFREY L.L.P.<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330 | Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| MORGAN & MORGAN<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505 | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| *Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | *Attorneys for Defendant; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al*.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**REMOTE DEPOSITION DECLARATION OF GOOGLE LLC WITNESS: AUDREY AN**<br><br>Judge:　Honorable Yvonne Gonzalez Rogers |

I, Audrey An, a fact witness in the above-captioned litigation in the United States District Court for the Northern District of California, have been informed of and understand that:

1. Plaintiffs and Defendant may take my deposition pursuant to Federal Rule of Civil Procedure.

2. During the deposition, I may be assisted by my own counsel.

3. I, a resident of Munich, Germany, will voluntarily travel to Zurich, Switzerland, for the purpose of this deposition, subject to public health restrictions.

4. I am not obligated to appear and participate in the deposition and cannot be subjected to any coercive measures.

5. By being deposed in Zurich, Switzerland, I forgo rights under German law related to this deposition, but I have rights under Swiss law.

6. At any time during examination, I may invoke any right or duty to refuse testimony under Swiss Law. I understand that my rights to refuse testimony are set out in particular in Articles 165-166 of the Swiss Code of Civil Procedure.

7. At any time during examination, I may also invoke any right or duty to refuse testimony under U.S. Law. In particular, I understand that I am entitled to refuse to answer any question pertaining to/or which may invoke attorney-client privilege and/or attorney work-product.

8. The Swiss Commissioner in this matter, Remo Decurtins, with address at Quinn Emanuel Urquhart Sullivan (Schweiz) GmbH, Dufourstrasse 29, 8008 Zurich, Switzerland, will serve as my agent of service ("*Domizilhalter*") in Switzerland in this matter. Thus, any correspondence from the US or Swiss authorities may validly be delivered to Remo Decurtins, and he will then forward to me.

1     In view of the above, I hereby consent to having my deposition taken in the above-captioned
2 matter by oral examination in the English language under oath, using remote videoconferencing
3 technology and recorded by video and stenography, at a date to be determined.
4
    I confirm that I am cooperating of my own accord.

Dated: 3/14/2022

*Audrey An* (DocuSigned)
Audrey An

| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>SUSMAN GODFREY L.L.P.<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>MORGAN & MORGAN<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Anwälte der Kläger* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Anwälte der Beklagten* |

**BEZIRKSGERICHT DER VEREINIGTEN STAATEN**
**NÖRDLICHER BEZIRK VON KALIFORNIEN, SAN JOSE ABTEILUNG**

| | |
|---|---|
| CHASOM BROWN, *et al.*,<br><br>    Kläger,<br><br>    gg.<br><br>GOOGLE LLC,<br><br>    Beklagte. | Fall Nr. 4:20-cv-03664-YGR-SVK<br><br>**ERKLÄRUNG ZUR FERNEINVERNAHME VOM GOOGLE LLC ZEUGEN AUDREY AN**<br><br>Richterin: Die ehrenwerte Yvonne Gonzalez Rogers |

Case No. 4:20-cv-03664-YGR-SVK
AUDREY AN ERKLÄRUNG

1  Ich, Audrey An, bin als Zeuge im oben genannten Rechtsstreit vor dem Bezirksgericht der
2  Vereinigten Staaten für den nördlichen Bezirk von Kalifornien darüber informiert worden, und
3  verstehe, dass:

4  1.  Die Kläger und die Beklagte mich gemäss Art. der Zivilprozessordnung der
5  Vereinigten Staaten einvernehmen können.

6  2.  Während der Einvernahme ich von meinem Anwalt unterstützt werden kann.

7  3.  Ich, wohnhaft in München, Deutschland, zum Zweck dieser Einvernahme unter
8  Berücksichtigung der amtlichen Gesundheitsauflagen freiwillig nach Zürich, Schweiz, reise.

9  4.  Ich nicht verpflichtet bin, zu erscheinen und an der Einvernahme teilzunehmen, und
10  dass ich keinen Zwangsmaßnahmen unterworfen werden kann.

11  5.  Durch die Einvernahme in Zürich, Schweiz, ich im Rahmen der Einvernahme auf
12  meine Rechte nach deutschem Recht verzichte, aber Rechte nach Schweizer Recht habe.

13  6.  Während der Einvernahme ich mich jederzeit auf das Recht oder die Pflicht zur
14  Aussageverweigerung nach Schweizer Recht berufen kann. Ich verstehe, dass meine
15  Aussageverweigerungsrechte insbesondere in den Artikeln 165-166 der Schweizerischen
16  Zivilprozessordnung geregelt sind.

17  7.  Während der Einvernahme ich mich auch jederzeit auf das Recht oder die Pflicht
18  berufen kann, die Zeugenaussage nach amerikanischem Recht zu verweigern. Insbesondere verstehe
19  ich, dass ich berechtigt bin, die Beantwortung von Fragen zu verweigern, die das Anwaltsgeheimnis
20  und/oder den Schriftverkehr mit Anwälten berühren.

21  8.  Der Schweizer Beauftragte, Remo Decurtins, Quinn Emanuel Urquhart Sullivan
22  (Schweiz) GmbH, Dufourstrasse 29, 8008 Zürich, Schweiz, in dieser Angelegenheit als mein
23  Domizilhalter in der Schweiz fungieren wird. Somit kann jegliche Korrespondenz von den US- oder
24  Schweizer Behörden rechtsgültig an Remo Decurtins zugestellt werden, die er dann an mich
25  weiterleiten wird.

26  Vor diesem Hintergrund erkläre ich mich damit einverstanden, dass meine Aussage in der
27  oben genannten Angelegenheit durch eine mündliche Befragung in englischer Sprache unter Eid per
28

-1-  Case No. 4:20-cv-03664-YGR-SVK
AUDREY AN ERKLÄRUNG

1  Videokonferenz und mit Video- und stenografischer Aufzeichnung zu einem noch festzulegenden
2  Datum aufgenommen wird.
3      Ich bestätige, dass ich aus eigenem Antrieb kooperiere.
4
5
6  Datum:     14   March 2022           *Audrey An* (DocuSigned, BF0401B72F4A429...)
7                                                                  Audrey An