QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Andrew H. Schapiro (admitted *pro hac vice*) | Diane M. Doolittle (CA Bar No. 142046) |
| andrewschapiro@quinnemanuel.com | dianedoolittle@quinnemanuel.com |
| 191 N. Wacker Drive, Suite 2700 | 555 Twin Dolphin Drive, 5th Floor |
| Chicago, IL 60606 | Redwood Shores, CA 94065 |
| Telephone: (312) 705-7400 | Telephone: (650) 801-5000 |
| Facsimile: (312) 705-7401 | Facsimile: (650) 801-5100 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Carl Spilly (admitted *pro hac vice*) |
| violatrebicka@quinnemanuel.com | carlspilly@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I. Street, N.W., Suite 900 |
| Los Angeles, CA 90017 | Washington, D.C. 20005 |
| Telephone: (213) 443-3000 | Telephone: 202-538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: 202-538-8100 |
| | |
| Jonathan Tse (CA Bar No. 305468) | Jomaire A. Crawford (admitted *pro hac vice*) |
| jonathantse@quinnemanuel.com | jomairecrawford@quinnemanuel.com |
| 50 California Street, 22nd Floor | 51 Madison Avenue, 22nd Floor |
| San Francisco, CA 94111 | New York, NY 10010 |
| Telephone: (415) 875-6600 | Telephone: (212) 849-7000 |
| Facsimile: (415) 875-6700 | Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, | Case No. 5:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF TONI BAKER IN SUPPORT OF GOOGLE'S ASSERTION OF PRIVILEGE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Defendant.

I, Toni Baker, declare as follows:

1. I am in-house discovery counsel for Google. I make this declaration of my own personal, firsthand knowledge, and if called as a witness, I could and would testify competently thereto.

2. In my role as in-house discovery counsel for Google, I frequently communicate with Google engineers and Google in-house and outside counsel to discuss technical issues related to this case.

3. I am familiar with and was directly involved in preparing GOOG-CABR-03667431 and the communications contained therein between myself, Google outside counsel Josef Ansorge, Google in-house counsel Ryan Blackhart, and Google engineer Bert Leung.

4. This document is a "Google Docs"-formatted file. Google Docs is a web-based document program that allows multiple people to work in a document at the same time: edits can be seen as they are made, conversations can take place via comments directed to particular individuals and responses thereto. As such, it is common for discussions between Google in-house counsel, Google outside counsel, and non-attorneys to take place in the comments in a given Google document. These comments appear on the right-hand side of the document and are preceded by the word "Commented" and then a number in brackets.

5. In Comment 1, relating to Google's efforts to comply with discovery requests related to ongoing litigation, I requested information from a Google engineer regarding the scope of available data, which was necessary for me to render legal advice along with Google's outside

counsel. Further, I provided legal advice to ensure that the data collected was preserved and prepared within an acceptable timeframe.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in San Jose, California on March 14, 2022.

DATED: March 14, 2022

By    *Toni Baker*
      DocuSigned by: DC931C0F591E4D5
      Toni Baker