QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v. | Case No. 5:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF NOELLE KVASNOSKY LUITEN IN SUPPORT OF GOOGLE'S ASSERTION OF PRIVILEGE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

GOOGLE LLC,

    Defendant.

I, Noelle Kvasnosky Luiten, declare as follows:

    1.    I am a member of the Bar of Washington and Senior Product Counsel for Google LLC ("Google"). I have been employed at Google as an in-house attorney since 2011. I do not hold any other titles at or perform other duties for Google outside of the scope of my employment as Senior Product Counsel. Prior to my employment at Google, I was an associate at the law firm of Davis Wright Tremaine LLP from 2007 to 2011. I make this declaration of my own personal, firsthand knowledge, and if called as a witness, I could and would testify competently thereto.

    2.    In my role as Senior Product Counsel at Google, I am responsible for providing legal advice to non-attorneys regarding, *inter alia*, Google's public disclosures regarding Google's Chrome browser. I frequently review technical design documents regarding the Chrome browser's disclosures to users in order to (i) further Google's compliance with relevant privacy laws; (ii) further Google's compliance with legal obligations related to its public disclosures regarding user data and (iii) mitigate the risk of litigation by private litigants or regulatory agencies under various laws, including consumer protection and competition statutes.

    3.    I am familiar with and was directly involved in reviewing and contributing to GOOG-CABR-05766200.

4. I understand that the "Considerations . . . legal" section of GOOG-CABR-05766200 (at -202) has been redacted and withheld from disclosure.

5. In my role as Senior Product Counsel, I was asked to provide my legal advice in the "Considerations . . . legal" section (at -202) regarding Google' public disclosures. I provided my legal advice to further compliance with privacy laws and mitigate the risk of private litigation associated with these statements under consumer protection statutes and other laws. Further, I provided my legal opinion on the privacy regulations to which Google is subject, within the context of Google's existing disclosures and statements, to mitigate the risk of regulatory enforcement actions relating thereto.

6. I understand that the "Considerations . . . privacy" and "Privacy review guidance" sections of GOOG-CABR-05766200 (at -202-03) have been redacted and withheld from disclosure.

7. The "Considerations . . . privacy" and "Privacy review guidance" sections of GOOG-CABR-05766200 (at -202-03) were prepared by Google non-attorneys working in close collaboration with me. These sections reflect and incorporate my legal advice regarding Google's public disclosures and a proposed technical implementation relating thereto.

8. It is and was my understanding that the redacted communications noted above were confidential, privileged within Google, and were transmitted for the purposes of seeking and providing legal advice.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Seattle, Washington on March 14, 2022.

DATED: March 14, 2022

By _____
Noelle Kvasnosky Luiten