1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
4  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
5

   Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

6  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
8  865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
9  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
10

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   1300 I. Street, N.W., Suite 900
   Washington, D.C. 20005
   Telephone: 202-538-8000
   Facsimile: 202-538-8100

11
   Jonathan Tse (CA Bar No. 305468)
12 jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
13 San Francisco, CA 94111
   Telephone: (415) 875-6600
14 Facsimile: (415) 875-6700

   Jomaire A. Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
   New York, NY 10010
   Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

15
   *Attorneys for Defendant Google LLC*

16                          UNITED STATES DISTRICT COURT
17               NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
18

19  CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

   Plaintiffs,

   v.

   GOOGLE LLC,

   Defendant.

   Case No. 4:20-cv-03664-YGR-SVK

   **DECLARATION OF JONATHAN TSE IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 429)**

   Referral: The Honorable Susan van Keulen

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 6-2 and 7-12, I submit this declaration in support of the Joint Stipulation and [Proposed] Order Extending Time for Google to its Declaration in Support of Plaintiffs' Administrative Motion To Consider Whether Portions Of Plaintiffs' Request For Order To Show Cause Re: Sanctions For Google's Discovery Misconduct ("Stipulation").

3. On February 26, 2022, Plaintiffs filed their Administrative Motion To Consider Whether Portions Of Plaintiffs' Request For Order To Show Cause Re: Sanctions For Google's Discovery Misconduct ("Motion to Seal") (Dkt. 429).

4. On February 26, 2022, Google received unredacted copies of Plaintiffs' Motion to Seal and exhibits, approximately 25 of which were designated to be sealed and submitted with Dkts. 429, 430.

5. Pursuant to Civil Local Rule 79-5(e), the deadline for Google, as the Designating Party to Plaintiffs' Motion to Seal (Dkt. 429), to establish that such designated material is sealable, was March 5, 2022.

6. The Parties agreed on, and the Court approved, an extension of time to March 16, 2022 for Google to respond to Plaintiffs' Motion to Seal (Dkt. 448);

7. On March 15, 2022, the Parties met and conferred, and agreed that an additional extension of time of seven days will provide Google with sufficient time to review the materials in Plaintiffs' Motion to Seal that Google designated as confidential and to submit its declaration in support its designated material in the filings (Dkt. 429).

8. The Court has previously modified the case schedule by extending Plaintiffs' deadline to file a brief response to the affidavit and declaration submitted in response to the Court's request (Dkt. 110), the deadline for special master submissions (Dkt. 206), and to submit joint case management statement (Dkt. 388), and has also granted the parties' stipulations to extend the time

to answer the complaint (Dkt. 42), submit protective order and ESI order (Dkt. 72), submit motion to dismiss briefing (Dkt. 73), submit proposed redactions to the April 27, 2021 hearing transcript (Dkt. 163) and June 2, 2021 hearing transcript (Dkt. 246), submit a declaration in support of Plaintiffs' motion to seal (Dkts. 294, 367, 408), file Google's motion for protective order (Dkt. 301), respond to third-party subpoenas (Dkts. 347-50), answer the Second Amended Complaint (Dkt. 377), and to seal Plaintiffs' motion for sanctions (Dkt. 448). The Court has further granted the parties' stipulations setting a briefing schedule for Google's motion to dismiss Counts Six and Seven of the Second Amended Complaint (Dkt. 175) and continuing several discovery and motion deadlines (Dkts. 261, 377), including the deadlines for the close of fact discovery, opening and rebuttal expert reports, close of expert discovery, filing motion for class certification, and the class certification hearing.

9. The seven-day extension will not affect the schedule in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on March 15, 2022.

DATED:  March 15, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Jonathan Tse*
     Jonathan Tse

*Attorney for Defendant*