1
2
3
4
5
6
7
8
9
10                                    UNITED STATES DISTRICT COURT
11                              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
12
13  CHASOM BROWN, WILLIAM BYATT,                    Case No. 5:20-cv-03664-LHK-SVK
    JEREMY DAVIS, CHRISTOPHER
14  CASTILLO, and MONIQUE TRUJILLO,                 **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR MARCH 17, 2022 DISCOVERY HEARING (DKT NO. 477)**
15  individually and on behalf of all similarly
    situated,
16
         Plaintiffs,
17
                                                    Referral:  Hon. Susan van Keulen, USMJ
         v.                                         Hearing Date:  March 17, 2022
18                                                  Hearing Time:  10:00 A.M.
    GOOGLE LLC,
19
         Defendant.
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom for the March 17, 2022 Hearing related to the parties' March 14, 2022 Joint Submission in Response to Dkt. 447 re: Status of Discovery Disputes (Dkt. 485). Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge