UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.  20-cv-3664-YGR   (SVK)<br><br>20-cv-5146-YGR (SVK)<br><br>**ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO SEAL COURTROOM FOR MARCH 17, 2022 DISCOVERY HEARING**<br><br>Re: *Brown* Dkt. No. 490 |

　　　Before the Court is Google's Administrative Motion to Seal the Courtroom for the March 17, 2022 Discovery Hearing (*Brown* Dkt. 490).  Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

　　　**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

　　　**SO ORDERED**.

Dated:  March 16, 2022

_____
SUSAN van KEULEN
United States Magistrate Judge