**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-03664-YGR-SVK |
| Plaintiffs, | **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | **MARIE HAYRAPETIAN** |
| GOOGLE LLC, | **JUDGE:  Hon. Yvonne Gonzalez Rogers** |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Marie Hayrapetian of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant Google LLC. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

Marie Hayrapetian (CA Bar No. 315797)
mariehayrapetian@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1    DATED:  March 16, 2022                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

3                                             By _____/s/ Marie Hayrapetian_____

4                                                 Marie Hayrapetian

5                                             Andrew H. Schapiro (admitted *pro hac vice*)
                                              andrewschapiro@quinnemanuel.com
6                                             Teuta Fani (admitted *pro hac vice*)
                                              teutafani@quinnemanuel.com
7                                             191 N. Wacker Drive, Suite 2700
                                              Chicago, IL 60606
8                                             Telephone: (312) 705-7400
                                              Facsimile: (312) 705-7401
9

10                                            Diane M. Doolittle (CA Bar No. 142046)
                                              dianedoolittle@quinnemanuel.com
11                                            Sara Jenkins (CA Bar No. 230097)
                                              sarajenkins@quinnemanuel.com
12                                            555 Twin Dolphin Drive, 5th Floor
                                              Redwood Shores, CA 94065
13                                            Telephone: (650) 801-5000
                                              Facsimile: (650) 801-5100
14

15                                            Stephen A. Broome (CA Bar No. 314605)
                                              stephenbroome@quinnemanuel.com
16                                            Viola Trebicka (CA Bar No. 269526)
                                              violatrebicka@quinnemanuel.com
17                                            Crystal Nix-Hines (Bar No. 326971)
                                              crystalnixhines@quinnemanuel.com
18                                            Alyssa G. Olson (CA Bar No. 305705)
                                              alyolson@quinnemanuel.com
19                                            865 S. Figueroa Street, 10th Floor
                                              Los Angeles, CA 90017
20                                            Telephone: (213) 443-3000
                                              Facsimile: (213) 443-3100
21

22                                            Jomaire A. Crawford (admitted *pro hac vice*)
                                              jomairecrawford@quinnemanuel.com
23                                            51 Madison Avenue, 22nd Floor
                                              New York, NY 10010
24                                            Telephone: (212) 849-7000
                                              Facsimile: (212) 849-7100
25

26

27

28

1

2       Josef Ansorge (admitted *pro hac vice*)
         josefansorge@quinnemanuel.com
3       Xi ("Tracy") Gao (CA Bar No. 326266)
         tracygao@quinnemanuel.com
4       Carl Spilly (admitted *pro hac vice*)
         carlspilly@quinnemanuel.com
5       1300 I Street NW, Suite 900
         Washington D.C., 20005
6       Telephone: (202) 538-8000
         Facsimile: (202) 538-8100

7
         Jonathan Tse (CA Bar No. 305468)
8       jonathantse@quinnemanuel.com
         50 California Street, 22nd Floor
9       San Francisco, CA 94111
         Telephone: (415) 875-6600
10      Facsimile: (415) 875-6700

11
         *Attorneys for Defendant Google LLC*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-03664-YGR-SVK

DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL