| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY  10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' MOTION RE: SEALING PORTIONS OF PLAINTIFFS' SUPPLEMENT IN SUPPORT OF REQUEST FOR AN ORDER FOR GOOGLE TO SHOW CAUSE RE: DISCOVERY MISCONDUCT**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 – 4th Floor<br>Date: April 21, 2022 |

1  Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC ("Google")'s material should be sealed. This material is included in Plaintiffs' Supplement in Support of Their Request for an Order for Google to Show Cause For Why It Should Not Be Sanctioned for Discovery Misconduct (the "Supplement"). The material has been designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." This motion to seal pertains to the following information in the Supplement.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| The Supplement | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Second Declaration of Mark C. Mao in Support of Plaintiffs' Request for an Order for Google to Show Cause Why It Should Not Be Sanctioned for Discovery Misconduct ("Second Mao Decl.") | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Exhibits 1-4 of the Second Mao Declaration | Google | Entirety | Material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: March 16, 2022

Respectfully submitted,

By: /s/ Mark Mao
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
Enyborg-burch@bsfllp.com

| | |
|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP |
|  | 44 Montgomery Street, 41st Floor |
| 2 | San Francisco, CA 94104 |
|  | Telephone: (415) 293 6858 |
| 3 | Facsimile (415) 999 9695 |
| 4 | James W. Lee (*pro hac vice*) |
|  | jlee@bsfllp.com |
| 5 | Rossana Baeza (*pro hac vice*) |
|  | rbaeza@bsfllp.com |
| 6 | BOIES SCHILLER FLEXNER LLP |
|  | 100 SE 2nd Street, Suite 2800 |
| 7 | Miami, FL 33130 |
|  | Telephone: (305) 539-8400 |
| 8 | Facsimile: (305) 539-1304 |
| 9 | Amanda Bonn (CA Bar No. 270891) |
|  | abonn@susmangodfrey.com |
| 10 | SUSMAN GODFREY L.L.P. |
| 11 | 1900 Avenue of the Stars, Suite 1400 |
|  | Los Angeles, CA 90067 |
| 12 | Telephone: (310) 789-3100 |
| 13 | William Christopher Carmody (*pro hac vice*) |
|  | bcarmody@susmangodfrey.com |
| 14 | Shawn J. Rabin (*pro hac vice*) |
|  | srabin@susmangodfrey.com |
| 15 | Steven Shepard (*pro hac vice*) |
| 16 | sshepard@susmangodfrey.com |
|  | Alexander P. Frawley (*pro hac vice*) |
| 17 | afrawley@susmangodfrey.com |
|  | SUSMAN GODFREY L.L.P. |
| 18 | 1301 Avenue of the Americas, 32nd Floor |
|  | New York, NY  10019 |
| 19 | Telephone: (212) 336-8330 |
| 20 | |
|  | John A. Yanchunis (*pro hac vice*) |
| 21 | jyanchunis@forthepeople.com |
|  | Ryan J. McGee (*pro hac vice*) |
| 22 | rmcgee@forthepeople.com |
|  | MORGAN & MORGAN, P.A. |
| 23 | 201 N Franklin Street, 7th Floor |
| 24 | Tampa, FL 33602 |
|  | Telephone: (813) 223-5505 |
| 25 | Facsimile: (813) 222-4736 |
| 26 | Michael F. Ram, CA Bar No. 104805 |
|  | MORGAN & MORGAN |
| 27 | 711 Van Ness Ave, Suite 500 |
| 28 | San Francisco, CA 94102 |

ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENT
IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE
Case No. 4:20-cv-03664-YGR-SVK

Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*