| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch CA Bar No. 342125<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' SUPPLEMENT IN SUPPORT OF THEIR MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 – 4th Floor<br>Date: April 21, 2022 |

1

# INTRODUCTION

Since Plaintiffs filed their motion for an order to show cause why Google should not be sanctioned (Dkt. 430), ██████████████████████████████████████████████████████████████████████████████████████████████████████████████.[1] Plaintiffs' motion focused on Google's ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

As confirmed in meet and confers with counsel for Google, █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

---

[1] Plaintiffs submit this supplement to give Google an opportunity to also address these issues as part of its response to Plaintiffs' motion, due on March 30, 2022, pursuant to the parties' stipulation and proposed order (Dkt. 474), and so Google may be prepared to address them at the April evidentiary hearing.

1. ████████████████████████████████████
2. ████████████████████████████████████
3. ████████████████████████████████████
4. ███████████████████
5. ████████████████████████████████████
6. ████████████████████████████████████
7. ████████████████████████████████████
8. ████████████████████████████████████
9. ████████████████████████████████████
10. ████████████████████████████████████
11. ██████████████████████████████

As demonstrated in their moving papers, Plaintiffs have been severely prejudiced by Google's discovery misconduct. But for Google's pattern of nondisclosure, Plaintiffs could have (1) sought to ensure preservation of this key data at the outset of this case, and (2) completed the Special Master data productions far earlier and more efficiently. In addition, (3) Plaintiffs were entitled to all of the ████████████████████████████████ and to schedule depositions based on those documents. Plaintiffs respectfully request that the Court issue appropriate sanctions against Google, as Plaintiffs requested in their moving papers.

**SUPPLEMENTAL FACTS**

20. ████████████████████████████████████
21. ████████████████████████████████████
22. ████████████████████████████████████
23. ████████████████████████████████████

---
2 ████████████████████████████████

1. ███████████████████████████████████████
2. ████████████████████ Ex. 1, GOOG-BRWN-00536949.[3]
3. ███████████████████████████████████████
4. ███████████████████████████████████████
5. ███████████████████████████████████████
6. ███████████████████████████████████████
7. ██████████████████████████████ ¶ 7.
8. ███████████████████████████████████████
9. ██████████████████████████████████ . ¶ 9. ████
10. ███████████████████████████████████████
11. ███████████████████████████████████████
12. ████████████████████████ ¶ 10. ██████████
13. ███████████████████████████████████████
14. ███████████████████████████████████████
15. ██████████████ ¶ 11. ███████████████████
16. ███████████████████████████████████████
17. ███████████████████████████████████████
18. ██████████████ ¶ 13 & Ex. 2. ██████████████
19. ███████████████████████████████████████
20. ███████████████████████████████████████
21. ███████████████████████████████████████
22. ███████████████████████████████████████
23. ████████ See Ex. 3, Sadowski Tr. 71:8-23. ██████████
24. █ █████████████████████████████████████
25.

---

26. [3] Except where otherwise noted, all exhibit and paragraph references in this submission are to the Second Declaration of Mark C. Mao in Support of Plaintiffs' Request for an Order to Show Cause, which is filed concurrently herewith.

27.
28.

4

████████████████████████████████████
████████████████████████

█████████████████████████████████████
█████████████████████████████████████

Despite Plaintiffs' multiple demands and meet and confer efforts, █████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████████.[4] ¶ 18.

On March 11 (following the Rule 30(b)(6) deposition), ████████
████████████████████████████████████
████████████████████████████████████
██████████████████ ¶ 19.
████████████████████████████
████████ ¶ 18. ████████████████████
████████ ¶¶ 21-22. ██████████████████
████████████████████████████████████
████████████ *See id.*; Dkt. 430-21. ██████████
████████████████████████████████████
████████

---
[4] ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

5

PLAINTIFFS' SUPPLEMENT IN SUPPORT OF ORDER TO SHOW CAUSE MOTION
Case No. 4:20-cv-03664-YGR-SVK

1  ▇
2  ▇
3  ▇ ¶ 22. ▇
4  ▇ ¶ 22. ▇
5  ▇
6  ▇
7  ▇
8  ▇ ¶ 22.
9  ▇
10 ▇ ¶ 23. ▇
11 ▇ ¶ 23.
12 ▇
13 ▇ ¶ 30. ▇
14 ▇
15 ▇
16 ▇

**SUPPLEMENTAL ANALYSIS**

The Court's November 12 Order was clear. Dkt. 331. Google was required to identify all relevant logs and sources, i.e., "the tools to identify class members using Google's data." Dkt. 331 at 4. Google has not done so. And Google's refusal to comply has created enormous inefficiencies and prejudiced Plaintiffs' ability to obtain and seek preservation of relevant discovery. Plaintiffs' motion for an order to show cause was focused on the ▇ But it now appears that Google has also been ▇

▇ *See* Dkt. 430-21. ▇

1 █

2 █ ¶ 20. █

3 █

4 █ ¶ 21. █

5 █

6 █

7 █

8 █ *See* Dkt. 430-1 ¶ 19.

9 █

10 █

11 █

12 █ ¶ 24. █

13 █

14 █ On March 8, pursuant to this Court's

15 order, Plaintiffs deposed Google employee Mandy Liu, as she is one of the employees █

16 █ Ex. 4, Liu Tr. 15:2-8. █

17 █

18 █ Ex. 4, Liu Tr. 19:24-20:8. █

19 █ Ex. 4, Liu Tr. 41:23-

20 42:12. █ ¶ 28.

21 █ ¶ 28. █

22 █

23 █

24 █

25 █ Ex. 3, Sadowski Tr. 91:2-8.

26 █

27 █

28

<mark>■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■</mark>

¶ 29. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■ Google chose not to do so, which has severely prejudiced Plaintiffs.

Discovery is now closed. And yet Plaintiffs still do not have answers to multiple questions: ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ Had this information been fully and timely disclosed, the parties could have had an informed discussion about preservation to ensure that Google did not delete relevant data. Plaintiffs have now been deprived of that opportunity and data.

## CONCLUSION

Plaintiffs respectfully request that the Court consider these issues in connection with the upcoming evidentiary hearing and thereafter issue appropriate sanctions against Google.

Dated: March 16, 2022        BOIES SCHILLER FLEXNER LLP

By /s/ Mark C. Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
enyborg-burch@bsfllp.com

<mark>8</mark>

<mark>PLAINTIFFS' SUPPLEMENT IN SUPPORT OF ORDER TO SHOW CAUSE MOTION
Case No. 4:20-cv-03664-YGR-SVK</mark>

|   |   |
|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP |
|   | 44 Montgomery Street, 41st Floor |
| 2 | San Francisco, CA 94104 |
|   | Telephone: (415) 293 6858 |
| 3 | Facsimile (415) 999 9695 |
| 4 | James W. Lee (*pro hac vice*) |
|   | jlee@bsfllp.com |
| 5 | Rossana Baeza (*pro hac vice*) |
|   | rbaeza@bsfllp.com |
| 6 | BOIES SCHILLER FLEXNER LLP |
|   | 100 SE 2nd Street, Suite 2800 |
| 7 | Miami, FL 33130 |
|   | Telephone: (305) 539-8400 |
| 8 | Facsimile: (305) 539-1304 |
| 9 | Amanda Bonn (CA Bar No. 270891) |
|   | abonn@susmangodfrey.com |
| 10 | SUSMAN GODFREY L.L.P. |
| 11 | 1900 Avenue of the Stars, Suite 1400 |
|   | Los Angeles, CA 90067 |
| 12 | Telephone: (310) 789-3100 |
| 13 | William Christopher Carmody (*pro hac vice*) |
|   | bcarmody@susmangodfrey.com |
| 14 | Shawn J. Rabin (*pro hac vice*) |
|   | srabin@susmangodfrey.com |
| 15 | Steven Shepard (*pro hac vice*) |
| 16 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley (*pro hac vice*) |
| 17 | afrawley@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 18 | 1301 Avenue of the Americas, 32nd Floor |
|   | New York, NY 10019 |
| 19 | Telephone: (212) 336-8330 |
| 20 |   |
| 21 | John A. Yanchunis (*pro hac vice*) |
|   | jyanchunis@forthepeople.com |
| 22 | Ryan J. McGee (*pro hac vice*) |
| 23 | rmcgee@forthepeople.com |
|   | MORGAN & MORGAN, P.A. |
| 24 | 201 N Franklin Street, 7th Floor |
|   | Tampa, FL 33602 |
| 25 | Telephone: (813) 223-5505 |
|   | Facsimile: (813) 222-4736 |
| 26 |   |
| 27 | Michael F. Ram, CA Bar No. 104805 |
|   | MORGAN & MORGAN |
| 28 |   |

9

PLAINTIFFS' SUPPLEMENT IN SUPPORT OF ORDER TO SHOW CAUSE MOTION
Case No. 4:20-cv-03664-YGR-SVK

711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*