Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch CA Bar No. 342125
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.: 4:20-cv-03664-YGR-SVK

**PLAINTIFFS' SUPPLEMENT IN SUPPORT OF THEIR MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT**

The Honorable Susan van Keulen
Courtroom 6 – 4th Floor
Date: April 21, 2022

**INTRODUCTION**

Since Plaintiffs filed their motion for an order to show cause why Google should not be sanctioned (Dkt. 430), [REDACTED].[1] Plaintiffs' motion focused on Google's [REDACTED]

As confirmed in meet and confers with counsel for Google, [REDACTED].

[REDACTED]

[1] Plaintiffs submit this supplement to give Google an opportunity to also address these issues as part of its response to Plaintiffs' motion, due on March 30, 2022, pursuant to the parties' stipulation and proposed order (Dkt. 474), and so Google may be prepared to address them at the April evidentiary hearing.

[redacted]

As demonstrated in their moving papers, Plaintiffs have been severely prejudiced by Google's discovery misconduct. But for Google's pattern of nondisclosure, Plaintiffs could have (1) sought to ensure preservation of this key data at the outset of this case, and (2) completed the Special Master data productions far earlier and more efficiently. In addition, (3) Plaintiffs were entitled to all of the [redacted] and to schedule depositions based on those documents. Plaintiffs respectfully request that the Court issue appropriate sanctions against Google, as Plaintiffs requested in their moving papers.

## SUPPLEMENTAL FACTS

[redacted]

---

[2] [redacted]

[redacted] Ex. 1, GOOG-BRWN-00536949.[3]

[redacted] ¶ 7.

[redacted]. ¶ 9. [redacted] ¶ 10. [redacted] ¶ 11.

[redacted] ¶ 13 & Ex. 2. [redacted] *See* Ex. 3, Sadowski Tr. 71:8-23. [redacted]

[redacted]

[3] Except where otherwise noted, all exhibit and paragraph references in this submission are to the Second Declaration of Mark C. Mao in Support of Plaintiffs' Request for an Order to Show Cause, which is filed concurrently herewith.

[redacted]

[redacted] [redacted]

[redacted] [redacted]

Despite Plaintiffs' multiple demands and meet and confer efforts, [redacted].[4] ¶ 18.

On March 11 (following the Rule 30(b)(6) deposition), [redacted] ¶ 19.

[redacted] ¶ 18. [redacted] ¶¶ 21-22. [redacted] *See id.*; Dkt. 430-21. [redacted]

---

[4] [redacted]

¶ 22. ¶ 22. ¶ 22.

¶ 23. ¶ 23.

¶ 30.

## SUPPLEMENTAL ANALYSIS

The Court's November 12 Order was clear. Dkt. 331. Google was required to identify all relevant logs and sources, i.e., "the tools to identify class members using Google's data." Dkt. 331 at 4. Google has not done so. And Google's refusal to comply has created enormous inefficiencies and prejudiced Plaintiffs' ability to obtain and seek preservation of relevant discovery. Plaintiffs' motion for an order to show cause was focused on the But it now appears that Google has also been

*See* Dkt. 430-21.

[text redacted] ¶ 20. [text redacted]

[text redacted] ¶ 21. [text redacted]

[text redacted] *See* Dkt. 430-1 ¶ 19. [text redacted]

[text redacted] ¶ 24. [text redacted]

[text redacted] On March 8, pursuant to this Court's order, Plaintiffs deposed Google employee Mandy Liu, as she is one of the employees [text redacted] Ex. 4, Liu Tr. 15:2-8. [text redacted]

[text redacted] Ex. 4, Liu Tr. 19:24-20:8. [text redacted] Ex. 4, Liu Tr. 41:23-42:12. [text redacted] ¶ 28. [text redacted] ¶ 28. [text redacted]

[text redacted] Ex. 3, Sadowski Tr. 91:2-8. [text redacted]

PLAINTIFFS' SUPPLEMENT IN SUPPORT OF ORDER TO SHOW CAUSE MOTION
Case No. 4:20-cv-03664-YGR-SVK

[redacted]

¶ 29. [redacted] Google chose not to do so, which has severely prejudiced Plaintiffs.

Discovery is now closed. And yet Plaintiffs still do not have answers to multiple questions: [redacted] Had this information been fully and timely disclosed, the parties could have had an informed discussion about preservation to ensure that Google did not delete relevant data. Plaintiffs have now been deprived of that opportunity and data.

## CONCLUSION

Plaintiffs respectfully request that the Court consider these issues in connection with the upcoming evidentiary hearing and thereafter issue appropriate sanctions against Google.

Dated: March 16, 2022

BOIES SCHILLER FLEXNER LLP

By */s/ Mark C. Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
enyborg-burch@bsfllp.com

BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN

711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*