# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

[~~PROPOSED~~] ORDER

Judge:   Honorable Yvonne Gonzalez Rogers

Pursuant to stipulation of the Parties, the Court revises the case schedule as follows:

| Scheduled Event | Current Date | New Date |
| --- | --- | --- |
| Google's Opposition to Sanctions Motion | March 24, 2022 | March 31, 2022 |
| Opening Expert Reports | March 25, 2022 | April 1, 2022 |
| Plaintiffs' Reply ISO Sanctions Motion | April 7, 2022 | April 11, 2022 |
| Proposed Findings of Fact & Conclusions of Law for Sanctions Motion | April 14, 2022 | April 18, 2022 |
| Evidentiary Hearing on Sanctions Motion | April 21, 2022 at 10:00 a.m. | No change: April 21, 2022 at 10:00 a.m. |
| Rebuttal Expert Reports | April 22, 2022 | May 6, 2022 |
| Close of Expert Discovery | May 26, 2022 | June 2, 2022 |
| Class Certification Motion | Motion: May 26, 2022<br>Opp'n: July 14, 2022<br>Reply: August 11, 2022 | Motion: June 9, 2022<br>Opp'n: July 28, 2022<br>Reply: August 25, 2022 |
| Class Certification Hearing | September 20, 2022 | No change: September 20, 2022 |

IT IS SO ORDERED.

DATED: March 17, 2022

Hon. Yvonne Gonzalez Rogers
United States District Judge