UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.         ,

Plaintiff(s),

v.

GOOGLE LLC                  ,

Defendant(s).

Case No. 4:20-cv-03664-YGR-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ryan Sila_____, an active member in good standing of the bar of New York_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs_____ in the above-entitled action. My local co-counsel in this case is Amanda K. Bonn_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 270891_____.

1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
MY ADDRESS OF RECORD

(212) 336-8330
MY TELEPHONE # OF RECORD

rsila@susmangodfrey.com
MY EMAIL ADDRESS OF RECORD

1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90037
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 789-3100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

abonn@susmangodfrey.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5670690_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: March 16, 2022                                        Ryan Sila

5                                                                                        APPLICANT

6

7

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of Ryan Sila                          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: March 17, 2022

16

17

18   UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California