| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| SUSMAN GODFREY L.L.P.<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330 | Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| MORGAN & MORGAN<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505 | Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| *Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | *Attorneys for Defendant; additional counsel listed in signature blocks below* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF MARCH 17, 2022 HEARING TRANSCRIPT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1   WHEREAS, on March 14, 2022, Plaintiffs and Google filed their Joint Submission in
2   Response to Dkt. 447 re: Status of Discovery Disputes (Dkt. 485);
3   WHEREAS, on March 16, 2022, Google filed its Administrative Motion to Seal the
4   Courtroom for March 17, 2022 Discovery Hearing (Dkt. 490)
5   WHEREAS, on March 16, 2022 the Court granted Google's Administrative Motion to Seal
6   the Courtroom for March 17, 2022 Discovery Hearing (Dkt. 491) and ordered the concurrent
7   Hearing in *Calhoun v. Google*, Case No. 4:20-cv-5146 to be sealed as well (*Calhoun* Dkt. 569);
8   WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings]
9   cannot be generated without an order from the assigned judge"[1];
10  WHEREAS, the parties agree that the transcript, which contains material designated by
11  Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to
12  counsel of record in this matter, who are authorized to view this material under the Stipulated
13  Protective Order as Modified by the Court (Dkt. 81);
14  NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the
15  Court's approval, that the complete transcript of the March 17, 2022 hearing may be released to
16  counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | |
|---|---|
| | Respectfully, |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **BOIES SCHILLER FLEXNER LLP** |
| */s/ Andrew H. Schapiro* | */s/ Alex Frawley* |
| Andrew H. Schapiro (admitted *pro hac vice*) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| Teuta Fani (admitted *pro hac vice*) | Sean Phillips Rodriguez (CA Bar No. 262437) |
| teutafani@quinnemanuel.com | srodriguez@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Chicago, IL 60606 | brichardson@bsfllp.com |
| Tel: (312) 705-7400 | 44 Montgomery Street, 41st Floor |
| Fax: (312) 705-7401 | San Francisco, CA 94104 |
| | Tel: (415) 293 6858 |
| Stephen A. Broome (CA Bar No. 314605) | Fax: (415) 999 9695 |
| sb@quinnemanuel.com | |
| Viola Trebicka (CA Bar No. 269526) | James W. Lee (*pro hac vice*) |
| violatrebicka@quinnemanuel.com | jlee@bsfllp.com |
| Crystal Nix-Hines (Bar No. 326971) | Rossana Baeza (*pro hac vice*) |
| crystalnixhines@quinnemanuel.com | rbaeza@bsfllp.com |
| Alyssa G. Olson (CA Bar No. 305705) | 100 SE 2nd Street, Suite 2800 |
| alyolson@quinnemanuel.com | Miami, FL 33130 |
| 865 S. Figueroa Street, 10th Floor | Tel: (305) 539-8400 |
| Los Angeles, CA 90017 | Fax: (305) 539-1304 |
| Tel: (213) 443-3000 | |
| Fax: (213) 443-3100 | William Christopher Carmody (*pro hac vice*) |
| Diane M. Doolittle (CA Bar No. 142046) | bcarmody@susmangodfrey.com |
| dianedoolittle@quinnemanuel.com | Shawn J. Rabin (*pro hac vice*) |
| Sara Jenkins (CA Bar No. 230097) | srabin@susmangodfrey.com |
| sarajenkins@quinnemanuel.com | Steven Shepard (*pro hac vice*) |
| 555 Twin Dolphin Drive, 5th Floor | sshepard@susmangodfrey.com |
| Redwood Shores, CA 94065 | Alexander P. Frawley (*pro hac vice*) |
| Telephone: (650) 801-5000 | afrawley@susmangodfrey.com |
| Facsimile: (650) 801-5100 | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Floor |
| Jomaire A. Crawford (admitted *pro hac vice*) | New York, NY 10019 |
| jomairecrawford@quinnemanuel.com | Tel: (212) 336-8330 |
| 51 Madison Avenue, 22nd Floor | |
| New York, NY 10010 | Amanda Bonn (CA Bar No. 270891) |
| Telephone: (212) 849-7000 | abonn@susmangodfrey.com |
| Facsimile: (212) 849-7100 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| Josef Ansorge (admitted *pro hac vice*) | Los Angeles, CA 90067 |
| josefansorge@quinnemanuel.com | Tel: (310) 789-3100 |
| Xi ("Tracy") Gao (CA Bar No. 326266) | |
| tracygao@quinnemanuel.com | John A. Yanchunis (*pro hac vice*) |
| Carl Spilly (admitted *pro hac vice*) | jyanchunis@forthepeople.com |
| carlspilly@quinnemanuel.com | Ryan J. McGee (*pro hac vice*) |
| 1300 I Street NW, Suite 900 | rmcgee@forthepeople.com |
| Carl Spilly (admitted *pro hac vice*) | MORGAN & MORGAN, P.A. |
| carlspilly@quinnemanuel.com | 201 N Franklin Street, 7th Floor |

| | |
|---|---|
| Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100 | Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736 |
| Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| *Attorneys for Defendant Google LLC* | *Attorneys for Plaintiffs* |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: _____, 2022

                                                  Hon. Susan van Keulen
                                                  United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro