BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

*Attorneys for Defendant; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF MARCH 17, 2022 HEARING TRANSCRIPT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

WHEREAS, on March 14, 2022, Plaintiffs and Google filed their Joint Submission in Response to Dkt. 447 re: Status of Discovery Disputes (Dkt. 485);

WHEREAS, on March 16, 2022, Google filed its Administrative Motion to Seal the Courtroom for March 17, 2022 Discovery Hearing (Dkt. 490)

WHEREAS, on March 16, 2022 the Court granted Google's Administrative Motion to Seal the Courtroom for March 17, 2022 Discovery Hearing (Dkt. 491) and ordered the concurrent Hearing in *Calhoun v. Google*, Case No. 4:20-cv-5146 to be sealed as well (*Calhoun* Dkt. 569);

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript, which contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to counsel of record in this matter, who are authorized to view this material under the Stipulated Protective Order as Modified by the Court (Dkt. 81);

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the March 17, 2022 hearing may be released to counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

|     |     |     |
| --- | --- | --- |
| 1   |     | Respectfully, |
| 2   | QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
| 3   |     |     |
| 4   | /s/ Andrew H. Schapiro<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com | /s/ Alex Frawley<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com |
| 5   | Teuta Fani (admitted *pro hac vice*)<br>teutafani@quinnemanuel.com | Sean Phillips Rodriguez (CA Bar No. 262437) |
| 6   | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 | srodriguez@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027) |
| 7   | Tel: (312) 705-7400<br>Fax: (312) 705-7401 | brichardson@bsfllp.com |
| 8   |     | 44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104 |
| 9   | Stephen A. Broome (CA Bar No. 314605)<br>sb@quinnemanuel.com | Tel: (415) 293 6858<br>Fax: (415) 999 9695 |
| 10  | Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com |     |
| 11  | Crystal Nix-Hines (Bar No. 326971)<br>crystalnixhines@quinnemanuel.com | James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com |
| 12  | Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com | Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com |
| 13  | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | 100 SE 2nd Street, Suite 2800<br>Miami, FL 33130 |
| 14  | Tel: (213) 443-3000<br>Fax: (213) 443-3100 | Tel: (305) 539-8400<br>Fax: (305) 539-1304 |
| 15  |     | William Christopher Carmody (*pro hac vice*) |
| 16  | Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com | bcarmody@susmangodfrey.com |
| 17  | Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 18  | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 19  | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 20  |     | 1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019 |
| 21  | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com | Tel: (212) 336-8330 |
| 22  | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |     |
| 23  | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 24  | Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100 |
| 25  | Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com |     |
| 26  | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 27  | 1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*) | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 28  | carlspilly@quinnemanuel.com | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |

| | | |
|---|---|---|
| 1 | Washington D.C., 20005<br>Tel: (202) 538-8000 | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 2 | Fax: (202) 538-8100 | Fax: (813) 222-4736 |
| 3 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 4 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 5 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 6 | | |
| 7 | *Attorneys for Defendant Google LLC* | *Attorneys for Plaintiffs* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: ___March 17___, 2022

Hon. Susan van Keulen
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro