UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No.  20-cv-03664-YGR   (SVK)<br><br>**REDACTION ORDER** |

The following orders have been provisionally filed under seal:  (1) the March 15, 2022 First Order on March 11, 2022 Joint Discovery Dispute Chart (Dkt. 487); and (2) the March 18, 2022 Second Order on March 11, 2022 Joint Discovery Dispute Chart (Dkt. 505)(collectively, the "Orders").  The Parties are ordered to meet and confer and submit joint proposed redactions to the Orders (to the extent any redaction is required) and a proposed order by **March 28, 2022**.  If no proposed redactions are received by 11:59 p.m. on March 28, 2022, the Court will unseal the Orders in their entirety.

**SO ORDERED.**

Dated: March 18, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge