UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 20-cv-03664-YGR   (SVK)<br><br>**ORDER RE PLAINTIFFS' SUPPLEMENTAL BRIEF RE MOTION FOR AN ORDER TO SHOW CAUSE RE SANCTIONS**<br><br>Re: Dkt. Nos. 494, 495 |

The Court is in receipt of Plaintiffs' supplemental briefing in support of their motion for sanctions. Dkt. 495. As the supplementation is unauthorized, the Court ORDERS as follows:

- The filings at ECF 494 and 495 are STRICKEN.

- No later than **today, March 21, 2022**, Plaintiffs are to file an administrative motion pursuant to Civil L.R. 7-11 requesting leave to supplement their original motion for sanctions, setting forth, in no more than 5 pages, the material they seek to add to their original brief (Dkt. 430). If Plaintiffs comply with this Order, the Court intends to grant the administrative motion without further briefing.

- Google may have an additional 5 pages of briefing for its opposition to Dkt. 430, and the date for filing Google's opposition shall be extended from March 31, 2022 to April 4, 2022.

- No other page or deadline extensions are warranted at this time.

**SO ORDERED.**

Dated: March 21, 2022

                        _____
                        SUSAN VAN KEULEN
                        United States Magistrate Judge