| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, 32nd Floor |
| mmao@bsfllp.com | New York, NY 10019 |
| brichardson@bsfllp.com | Tel.: (212) 336-8330 |
| enyborg-burch@bsfllp.com | bcarmody@susmangodfrey.com |
| | srabin@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | afrawley@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | |
| 100 SE 2nd St., 28th Floor | John A. Yanchunis (admitted *pro hac vice*) |
| Miami, FL 33131 | Ryan J. McGee (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | **MORGAN & MORGAN** |
| jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| Amanda K. Bonn, CA Bar No. 270891 | jyanchunis@forthepeople.com |
| **SUSMAN GODFREY L.L.P** | mram@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | rmcgee@forthepeople.com |
| Los Angeles, CA 90067 | |
| Tel.: (310) 789-3100 | Michael F. Ram, CA Bar No. 104805 |
| Fax: (310) 789-3150 | **MORGAN & MORGAN** |
| abonn@susmangodfrey.com | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel.: (415) 358-6913 |
| | mram@forthepeople.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENT IN SUPPORT OF THEIR MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT; DELCARATION OF MARK C. MAO**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 – 4th Floor<br>Date: April 21, 2022 |

1  Pursuant to Local Rule 7-11 and this Court's March 21 Order (Dkt. No. 508), Plaintiffs respectfully submit this administrative motion requesting leave to supplement their motion for sanctions (Dkt. 430) with the material outlined in this five-page motion. The material below consists of recently-discovered evidence showing ██████████████████████████████ ██████████████████████. Plaintiffs' sanctions motion focused on ████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ further illustrates the severe prejudice caused by Google's pattern and practice of withholding key information regarding identification of private browsing activity, Plaintiffs seek leave to supplement their motion.

**SUPPLEMENTAL FACTS**

████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████. ¶ 9.[1] ████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████. ¶ 10. ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████

---

[1] Except where otherwise noted, all exhibit and paragraph references in this submission are to the Declaration of Mark C. Mao in Support of Plaintiffs' Administrative Motion to File Supplement in Support of Their Request for an Order to Show Cause, which is filed concurrently herewith.

¶ 11.

¶ 13 & Ex. 2.

¶¶ 14-15.

*See* Ex. 3, Sadowski Tr. 71:8-23.

Despite Plaintiffs' multiple demands and meet and confer efforts, ¶ 17.

.[2] ¶ 18.

---

[2] ¶ 18.

1   On March 11 (following the Rule 30(b)(6) deposition), ████████
2   ████████████████████████████████████████████████████████████
3   ████████████████████████████████████████████████████████████
4   ████████████████████ ¶ 19. ████████████████████████████████
5   ████████████████████████████████████████████████████████████
6   ████████████████████████████████████ ¶ 22.
7        ████████████████████████████████████████
8   ████████████████████████████████████ ¶ 22. ██████████████████
9   ████████████████████████████████████████████████████████████
10  ████████████████████████████████████████████ ¶ 22. ██████████
11  ████████████████████████████████████████████████████████████
12  ████████████████████████████████ ¶ 22.
13       On March 11, ██████████████████████████████████████████
14  ██████████████████████████████████████████████████ ¶ 23. ████
15  ████████████████████████████████████████████████████████████
16  ████████████████████████ ¶ 23.
17       ████████████████████████████████████████████████████████
18  ████████████████████████████████████████████ ¶ 30. ██████████
19  ████████████████████████████████████████████████████████████
20  ████████████████████████████████████████████████████████ ¶ 30.
21  ████████████████████████████████████████████████████████████
22  ██████ ¶¶ 21-22. ████████████████████████████████████████████
23  ████████████████████████████████████████████████████████████
24  ██████ *See id.*; Dkt. 430-21. ██████████████████████████████
25  ████████████████████████████████████████████████████
26
27
28
                                    3
                PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENT
                IN SUPPORT OF REQUEST FOR ORDER TO SHOW CAUSE
                            Case No. 4:20-cv-03664-YGR-SVK

## SUPPLEMENTAL ANALYSIS

The Court's November 12 Order was clear. Dkt. 331. Google was required to identify all relevant logs and sources, i.e., "the tools to identify class members using Google's data." *Id.* at 4. Google's refusal to comply has prejudiced Plaintiffs' ability to obtain and seek preservation of relevant discovery. Plaintiffs' motion for an order to show cause was focused on Google's concealment of the ███████████████ Plaintiffs now seek to supplement with evidence that Google has been ████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████ *See* Dkt. 430-21. ████████
████████████████████████████████████████████████████████
██████████████████████ ¶ 20. ███████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████ *See* Dkt. 430-1 ¶ 19.
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████ ¶ 24. ███████████████████
████████████████████████████████████████████████████████
█████████████ On March 8, pursuant to this Court's order, Plaintiffs deposed Google employee Mandy Liu, ███████████████████████████████████████
Ex. 4, Liu Tr. 15:2-8. ██████████████████████████████████
████████████████████████████████████████████ Ex. 4, Liu Tr. 19:24-

1  20:8.[3]  ███████████████████████████████████████  ¶ 28. █
2  ████████████████████████████████████████  ¶ 28.  █████████
3  █████████████████████████████████████████████████████████
4  █████████████████████████████████████████████████████████
5  █████████████████████████████████████████████████████████
6  ███████████████████  Ex. 3, Sadowski Tr. 91:2-8.  █████████
7  █████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████  ¶ 29.
9  █████████████████████████████████████████████████████████
10 █████████████████████████████████████████████████████████
11 █████████████████████████████████████████████████████████
12 █████████████████████████████████████████████████████████
13       Discovery is now closed. And yet Plaintiffs still do not have answers to multiple questions:
14 █████████████████████████████████████████████████████████
15 █████████████████████████████████████████████████████████
16 █████████████████████████████████████████████████████████
17 ████████████████████████████  Had this information been fully and timely disclosed, the
18 parties could have had an informed discussion about preservation to ensure that Google did not
19 delete relevant data. Plaintiffs submit this supplement so that Google may respond to these
20 questions, and this Court may consider them at the April evidentiary hearing.
21       Plaintiffs requested that Google stipulate to this administrative filing, and Google's counsel
22 stated in response that they could "stipulate consistent with the court's order." Plaintiffs submit
23 that this filing is consistent with the Court's order.

---

[3] ██████████████████████████████████  Ex. 4, Liu Tr. 41:23-42:12.
[4] █████████████████████████████████████████████████████████

| | |
|---|---|
| Dated: March 21, 2022 | BOIES SCHILLER FLEXNER LLP<br><br>By */s/ Mark Mao*<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Rebitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>Erika Nyborg-Burch (CA Bar No. 342125)<br>enyborg-burch@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile (415) 999 9695<br><br>James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com<br>Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33130<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1304<br><br>Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br><br>William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330 |

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com