**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENT IN SUPPORT OF THEIR MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT PURSUANT TO L.R. 7-11** |

Having considered the Administrative Motion to File Supplement in Support of Their Request for Order Requiring Google to Show Cause Why It Should Not Be Sanctioned for Discovery Misconduct pursuant to Local Rule 7-11 filed by Plaintiffs, the Court finds there is good cause to **GRANT** the motion.

**IT IS SO ORDERED**.

Dated: _____

_____
SUSAN VAN KEULEN
United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENT IN SUPPORT OF REQEST FOR ORDER TO SHOW CAUSE
Case No. 4:20-cv-03664-YGR-SVK