UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Susan van Keulen |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Portions of Plaintiffs' Request for an Order to Show Cause re: Sanctions (Dkts. 494, 495) ("Motion").

Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Plaintiffs' Supplement in Support of Their Motion for Order For Google To Show Cause for Why It Should Not Be Sanctioned for Discovery Misconduct | GRANTED as to the portions at:<br><br>Pages 2:5, 2:8-16, 2:19, 2:21-22; 3:3, 3:5, 3:7, 3:22-23; 4:1-2, 4:11, 4:17-18, 4:22; 5:2, 5:20; 6:2, 6:8, 6:10-11, 6:22, 6:24, 6:26-27; 7:2, 7:8, 7:10, 7:16-20, 7:22-24; 8:3 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal project, data signals and logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Second Declaration of Mark C. Mao in Support of | GRANTED as to the portions at: | The information requested to be sealed contains Google's highly |

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 | Plaintiffs' Order to Show Cause Motion | Pages 1:14, 1:17, 1:21-23; 2:12, 2:22, 2:24; 3:1-2, 3:16, 3:21, 3:26; 4:1-4, 4:8-14, 4:16, 4:20 | confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal project, data signals and logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| 20 21 22 23 24 25 26 27 28 | Mao Decl., Exhibit 1 (GOOG-BRWN-00536949) | GRANTED as to the portions at:<br><br>Entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal project, data signals and logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals |

| | | |
|---|---|---|
| | | Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Mao Decl., Exhibit 2 | GRANTED as to the portions at: Entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal project, data signals and logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity |

| | | | |
|---|---|---|---|
| 1 | | | threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Mao Decl., Exhibit 3 (Excerpts of the Deposition Transcript of Dr. Caitlin Sadowski) | GRANTED as to the portions at:<br><br>Pages 18:23-24; 19:6-7, 19:10; 22:2-3; 23:8-9, 23:21-22; 24:2, 24:8-9; 64:11-12; 65:1; 66:15-20; 67:25-68:1; 68:6-8, 68:17-19, 68:22-23; 69:5-6, 69:8-10, 69:15-16; 69:25-70:1; 70:3,5-6, 70:18, 70:21, 70:23; 71:8-72:2; 72:20-25; 73:5-6, 73:14-15, 73:17-22; 74:1-3, 74:6-8, 74:10, 74:17-18, 74:25; 75:1, 75:17-20, 75:24-25; 76:1-2, 76:13-14, 76:24-25; 77:20-23; 78:3-4, 78:13-14; 80:8-9, 80:13, 80:16, 80:24; 81:3-5, 81:7, 81:12-14; 82:6-8, 82:10, 82:12, 82:23; 83:21-22; 84:7-10, 84:13-14; 85:3, 85:11, 85:15; 86:18,2 86:5; 87:4, 87:10, 87:15-17, 87:23; 88:4, 88:10; 89:15-22, 89:24; 90:10-11; 91:2-4, 91:8, 91:11-13, 91:17; 92:11 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal project, data signals and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Mao Decl., Exhibit 4 (Excerpts of the Deposition Transcript of Mandy Liu) | GRANTED as to the portions at:<br><br>Pages 14:22, 14:24; 15:4, 15:7, 15:10-12, 15:14-15, 15:18, 15:25; 18:1, 18:3-4, 18:14, 18:18-20, 18:24; 19:3, 19:8, 19:11, 19:16, 19:22, 19:25; 20:1; 39:1-2, 39:8, 39:10; | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal project, data signals and logs and their proprietary functionalities, as well as internal |

| | | |
|---|---|---|
| | 40:5-6, 40:9, 40:11-12; 41:7, 41:10; 42:2, 42:8, 42:11, 42:16; 43:1, 43:15 | metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED**.


DATED: _____        _____
                                          HON. SUSAN VAN KEULEN
                                          United States Magistrate Judge