# EXHIBIT 3
# Redacted Version of Document Sought to be Sealed

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4                         ---o0o---
 5   CHASOM BROWN, et al.,            )
     on behalf of themselves and     )
 6   all others similarly            )
     situated,                       )
 7                                   )
             Plaintiffs,             )Case No.
 8                                   )5:20-cv-03664-LHK
     vs.                             )
 9                                   )
     GOOGLE LLC,                     )
10                                   )
             Defendant.              )
11   _____ )
12
13                         ---o0o---
14             Videotaped Zoom Deposition of
15               DR. CAITLIN SADOWSKI
16                     CONFIDENTIAL
17             Thursday, March 10, 2022
18                         ---o0o---
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Veritext Job No.: 5130524
```

                                                Page 1

| | | |
|---|---|---|
| 1 | MR. MCGEE:  Actually, I'd like to go off the | 03:56 |
| 2 | record right now. | 03:56 |
| 3 | MR. ANSORGE:  Okay.  Let's go off the record. | 03:56 |
| 4 | THE VIDEOGRAPHER:  We're now going off the | 03:56 |
| 5 | record.  The time is 3:56 p.m. | 03:56 |
| 6 | (Break taken in proceedings.) | 03:56 |
| 7 | THE VIDEOGRAPHER:  We are now back on the | 04:15 |
| 8 | record.  The time is 4:15 p.m. | 04:15 |
| 9 | (Plaintiffs' Exhibit 2 was | 04:15 |
| 10 | marked for identification.) | 04:15 |
| 11 | BY MR. MCGEE: | 04:15 |
| 12 | Q.   Dr. Sadowski, when we went off the record, we | 04:15 |
| 13 | were provided what I've marked as Exhibit 2. | 04:15 |
| 14 | Is that the document that you referenced was | 04:15 |
| 15 | the fax sheet? | 04:15 |
| 16 | A.   I should look at the drive folder and see. | 04:15 |
| 17 | Okay.  I see something called Exhibit 2.  I am | 04:16 |
| 18 | opening it now. | 04:16 |
| 19 | Q.   Great.  Thank you. | 04:16 |
| 20 | A.   Yes.  This document is what I had referred to | 04:16 |
| 21 | as, I believe, reference sheet. | 04:16 |
| 22 | Q.   Okay.  And the third line it says "No fields | 04:16 |
| 23 | named" and in bold "████████████  or | 04:16 |
| 24 | ████████████." | 04:16 |
| 25 | What is that reference, the "No fields named"? | 04:16 |

Page 18

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | What does that mean? | 04:16 |
| 2 | A.   I mentioned I use our internal code search | 04:16 |
| 3 | tool to look up these two field names, and they did not | 04:16 |
| 4 | appear. | 04:16 |
| 5 | Q.   Okay.  So it's your testimony that with the | 04:16 |
| 6 | internal code search tool, the ███████████████ | 04:16 |
| 7 | ███████████████  search term did not return any | 04:17 |
| 8 | results? | 04:17 |
| 9 | A.   Yes.  When I looked at -- when I did a search | 04:17 |
| 10 | for ████████████████████████  across | 04:17 |
| 11 | Google's multibillion line repository that I have access | 04:17 |
| 12 | to internally, I did not get any search results. | 04:17 |
| 13 | Q.   Do you know what data sources that tool | 04:17 |
| 14 | searches over? | 04:17 |
| 15 | MR. ANSORGE:  Objection.  Vague and out of | 04:17 |
| 16 | scope. | 04:17 |
| 17 | BY MR. MCGEE: | 04:17 |
| 18 | Q.   You can answer. | 04:17 |
| 19 | A.   The code search tool searches over a | 04:17 |
| 20 | multibillion line code base.  That's the main code base | 04:17 |
| 21 | that is used at Google. | 04:17 |
| 22 | Q.   Okay.  Let me ask it this way: | 04:18 |
| 23 | Are there any data sources that would not be | 04:18 |
| 24 | searched by that tool? | 04:18 |
| 25 | MR. ANSORGE:  Objection.  Vague. | 04:18 |

Page 19

| | | |
|---|---|---|
| 1 | THE WITNESS:  There are millions or billions | 04:18 |
| 2 | of data sources in the world.  Many of them would not be | 04:18 |
| 3 | searched via that tool. | 04:18 |
| 4 | BY MR. MCGEE: | 04:18 |
| 5 | Q.   Okay.  Let me ask it this way: | 04:18 |
| 6 | Within Google, are there any data sources that | 04:18 |
| 7 | that tool would not search? | 04:18 |
| 8 | MR. ANSORGE:  Objection.  Vague, and out of | 04:18 |
| 9 | the scope. | 04:18 |
| 10 | THE WITNESS:  Yes. | 04:18 |
| 11 | BY MR. MCGEE: | 04:18 |
| 12 | Q.   What sources are those? | 04:18 |
| 13 | A.   There are many.  One example is the chromium | 04:18 |
| 14 | open source repository, which any -- anyone externally | 04:18 |
| 15 | can also search over. | 04:19 |
| 16 | Q.   Okay.  What other sources would it not search | 04:19 |
| 17 | within Google? | 04:19 |
| 18 | MR. ANSORGE:  Same objection. | 04:19 |
| 19 | THE WITNESS:  My e-mail. | 04:19 |
| 20 | BY MR. MCGEE: | 04:19 |
| 21 | Q.   Okay. | 04:19 |
| 22 | A.   As an example. | 04:19 |
| 23 | Q.   What other data sources? | 04:19 |
| 24 | A.   The -- | 04:19 |
| 25 | MR. ANSORGE:  Same objection. | 04:19 |

Page 20

CONFIDENTIAL

```
 1           THE WITNESS:  -- e-mail of -- oh -- other    04:19

 2   e-mails.                                              04:19

 3   BY MR. MCGEE:                                         04:19

 4       Q.   What other data source would it not search  04:19

 5   over?                                                 04:19

 6       A.   Documents in a drive folder.                04:19

 7       Q.   Would it search all log files?              04:19

 8           MR. ANSORGE:  Objection.  Vague, and out of  04:19

 9   scope.                                                04:20

10           THE WITNESS:  Code search does not search over 04:20

11   log files.  Code search searches over source code.   04:20

12   BY MR. MCGEE:                                         04:20

13       Q.   Okay.  Would it search over proto files?    04:20

14           MR. ANSORGE:  Objection.  Vague.             04:20

15           THE WITNESS:  It would search over proto     04:20

16   definitions.                                          04:20

17   BY MR. MCGEE:                                         04:20

18       Q.   Would it search all available proto         04:20

19   definitions or is it a subset?                       04:20

20           MR. ANSORGE:  Objection.  Calls -- objection. 04:20

21   Calls for speculation and out of scope.              04:20

22           THE WITNESS:  It would search over all       04:20

23   proto definitions in Google's main repository.       04:20

24   BY MR. MCGEE:                                         04:20

25       Q.   Okay.  Let me ask it this way:              04:20
```

Page 21

| | | |
|---|---|---|
| 1 | If there was a field in a log file that had | 04:21 |
| 2 | ███████████████████████ but that same | 04:21 |
| 3 | ███████████████████████ did not have | 04:21 |
| 4 | a field or a proto definition, would your internal code | 04:21 |
| 5 | search tool return results for that search term? | 04:21 |
| 6 | MR. ANSORGE:  Objection.  Form, and incomplete | 04:21 |
| 7 | hypothetical. | 04:21 |
| 8 | THE WITNESS:  I could create a proto field on | 04:21 |
| 9 | my local machine with any field names that I want, and | 04:21 |
| 10 | create a proto -- a proto file for testing with some | 04:21 |
| 11 | kind of -- or on the machine that I do work -- work at. | 04:21 |
| 12 | So you could create a specific proto with an arbitrary | 04:21 |
| 13 | name and log that specific proto. | 04:22 |
| 14 | BY MR. MCGEE: | 04:22 |
| 15 | Q.   Okay.  Let me ask you this: | 04:22 |
| 16 | Are all proto fields -- do they all have | 04:22 |
| 17 | descriptions at Google? | 04:22 |
| 18 | MR. ANSORGE:  Objection.  Vague and | 04:22 |
| 19 | foundation, and out of the scope. | 04:22 |
| 20 | THE WITNESS:  I have not seen all proto fields | 04:22 |
| 21 | at Google. | 04:22 |
| 22 | BY MR. MCGEE: | 04:22 |
| 23 | Q.   All right.  Are there proto fields that you've | 04:22 |
| 24 | seen at Google that did not have descriptions? | 04:22 |
| 25 | A.   Yes.  But it also depends on what you mean by | 04:22 |

Page 22

```
 1    description.  I am assuming that you are referring to a      04:22

 2    code comment directly above the name of the field.  I       04:23

 3    have seen proto fields at Google that do not have a code     04:23

 4    comment directly above the name of the field.               04:23

 5         Q.   Okay.                                              04:23

 6         A.   Typically in those cases the name of the field     04:23

 7    is descriptive.                                              04:23

 8         Q.   So if ███████████████████████████                 04:23

 9    ████████  did not have what you just described, would it    04:23

10    still -- would your internal code search tool return any     04:23

11    results for it?                                              04:23

12              MR. ANSORGE:  Objection.  Form, and calls for      04:23

13    speculation, and out of scope.                              04:23

14              THE WITNESS:  If there was a proto field in        04:23

15    the main Google repository that had a particular name,       04:23

16    that field would be returned when searching for it,          04:23

17    regardless of whether there was a comment in the code        04:23

18    next to the field.                                           04:24

19    BY MR. MCGEE:                                                04:24

20         Q.   Okay.  Let me ask it more on a broad level.        04:24

21              Your search for the ████████████████████          04:24

22    ████████████████████  with the internal code search tool,   04:24

23    you said it did not return any results.                      04:24

24              Is that correct?                                   04:24

25         A.   That is correct.                                   04:24
```

                                                        Page 23

CONFIDENTIAL

```
 1        Q.   Are there any other ways that you could search   04:24
 2   to see if the ████████████████████████████████████████   04:24
 3   search term exists within any -- exists at Google?        04:24
 4             So just to give you an example, I understand    04:24
 5   that you're saying that the internal code search tool is  04:24
 6   limited in what it can return because of the limitations  04:24
 7   that you just described.                                  04:24
 8             Are there other ways to search for that ████    04:24
 9   ████████████████████████████████ at Google?              04:25
10        MR. ANSORGE:  Objection.  Form.  Compound.           04:25
11   And out of the scope.                                     04:25
12        THE WITNESS:  I could -- there are always ways       04:25
13   to search for something.  I could, for example, navigate  04:25
14   to a doc in my drive folder and search over that doc.     04:25
15   I could use public Google search and search for that      04:25
16   term -- for that string rather, just, you know, not       04:25
17   anything that's Google internal but something that's      04:25
18   visible equally outside of Google.                        04:25
19             As I mentioned, there are other repositories,   04:25
20   like the chromium open source repository.  There could    04:25
21   be other code or documents at Google that I do not have   04:25
22   access to.  Over the main multibillion line repository,   04:25
23   I did not see a field with that name.                     04:26
24   BY MR. MCGEE:                                             04:26
25        Q.   Okay.  For -- okay.  What dashboards are        04:26
```

Page 24

```
 1    going to belabor the questions.  They're the same.  I      05:49

 2    won't even ask them to you.                                 05:49

 3            So if you can turn to Exhibit 14, please.           05:49

 4       A.   I still see 12 as the top one so...                05:49

 5       Q.   Oh, okay.                                           05:49

 6       A.   Just a minute.  I'm reloading.                      05:49

 7       Q.   Yeah.  No problem.                                  05:49

 8       A.   Okay.  I see something called Exhibit 14.  I'm      05:50

 9    opening it.                                                 05:50

10            I see what appears to be a shorts design            05:50

11    document that starts with ████████████████████              05:50

12    ██████████████████████████████████                          05:50

13       Q.   Have you ever seen this design document            05:50

14    before?                                                     05:50

15       A.   Yes.                                                05:50

16       Q.   When?                                               05:50

17       A.   In preparation for this deposition.                05:50

18       Q.   Did you speak with anybody in preparation for      05:50

19    this deposition about this design document?                05:50

20       A.   Yes.                                                05:50

21       Q.   Who, aside from your lawyers?                       05:50

22       A.   Quentin Fiard.                                      05:50

23       Q.   And what department is Quentin Fiard with in       05:50

24    Google?                                                     05:51

25       A.   I don't remember what he works on right now,       05:51
```

Page 64

```
 1   but he used to work on ███████ in -- on ███████ at the        05:51

 2   time this document was produced.                              05:51

 3        Q.   Okay.  And why did you choose to speak with         05:51

 4   Quentin Fiard about this document?                            05:51

 5        A.   From the comment threads in the document, it's      05:51

 6   clear that he is the person who is most knowledgeable         05:51

 7   about the document.                                           05:51

 8        Q.   Okay.  Did you speak with anyone else whose         05:51

 9   identity is reflected in this document?                       05:51

10            MR. ANSORGE:  Objection.  Form, and vague.           05:51

11            THE WITNESS:  In the comments I see a                05:51

12   selection of four different user names.                       05:51

13            Are you asking about that set of four user           05:52

14   names?                                                        05:52

15            MR. MCGEE:  Yes.                                     05:52

16            THE WITNESS:  Quentin Fiard I spoke to in            05:52

17   preparation for this deposition, and not previously.         05:52

18            The only other user name that I recognize is        05:52

19   msramek.                                                      05:52

20   BY MR. MCGEE:                                                 05:52

21        Q.   And who is that?                                    05:52

22        A.   He has Chrome's privacy working group.  We         05:52

23   have a close relationship because we take user privacy       05:52

24   very seriously, and we talk to the privacy working group     05:52

25   whenever there is anything that comes up related to          05:52
```

Page 65

```
 1    privacy that we have questions about and to ensure that   05:52
 2    we are upholding all the privacy policies that Google as  05:52
 3    a company supports and that we want to be supporting as   05:52
 4    a team.                                                   05:53
 5         Q.    And what is that person's name?               05:53
 6         A.    Martin Sramek.                                 05:53
 7         Q.    Do you know how to spell Martin's last name?  05:53
 8         A.    I believe it is S-r-a-m-e-k.  The same as in  05:53
 9    this user name.                                           05:53
10         Q.    Okay.  And what is this design document?  What 05:53
11    is it talking about?                                      05:53
12              MR. ANSORGE:  Objection.  Vague, and form.     05:53
13              THE WITNESS:  Reading from the design          05:53
14    document:                                                 05:53
15    ██████████████████████████████████████████               05:53
16    ███████████████████████████████████████████              05:53
17    ████████████████████████  █████████████████████          05:53
18    █████████████████████████████████████                    05:53
19    ████████████████████████████████████████████             05:53
20    ███████████████████████                                  05:53
21              Do you -- would you like me to keep reading?   05:54
22              MR. MCGEE:  I thank you for pausing.  I would  05:54
23    not like you to keep reading.                             05:54
24    BY MR. MCGEE:                                             05:54
25         Q.    Does this design document relate to any       05:54
```

Page 66

| | | |
|---|---|---|
| 1 | particular bit? | 05:54 |
| 2 | Well, let me back that up. | 05:54 |
| 3 | Are you familiar with something within Google | 05:54 |
| 4 | being described as a bit or a field? | 05:54 |
| 5 | MR. ANSORGE:  Objection.  Vague and compound. | 05:54 |
| 6 | THE WITNESS:  Many things within Google are | 05:54 |
| 7 | described as a bit or a field, either colloquially or | 05:54 |
| 8 | exactly.  At some level ultimately your computer is just | 05:54 |
| 9 | a sequence of bits. | 05:54 |
| 10 | MR. MCGEE:  Right.  Ones and zeros. | 05:54 |
| 11 | BY MR. MCGEE: | 05:54 |
| 12 | Q.   But a field in a log, are you familiar with | 05:54 |
| 13 | that description or colloquialism at Google? | 05:54 |
| 14 | MR. ANSORGE:  Objection.  Vague, and out of | 05:55 |
| 15 | scope. | 05:55 |
| 16 | THE WITNESS:  Yes. | 05:55 |
| 17 | BY MR. MCGEE: | 05:55 |
| 18 | Q.   And does this design document relate to any | 05:55 |
| 19 | field or fields at Google? | 05:55 |
| 20 | A.   Yes. | 05:55 |
| 21 | Q.   Which? | 05:55 |
| 22 | A.   I'm reading from my reference sheet to make | 05:55 |
| 23 | sure I get it right. | 05:55 |
| 24 | This design document is related to the | 05:55 |
| 25 | ███████████████████████████████████ | 05:55 |

Page 67

CONFIDENTIAL

```
 1   ██████████████ mode.                              05:55

 2        Q.   And how do you know that?               05:55

 3        A.   Because the source code for that particular   05:56

 4   field, as you say, has a link to this design document   05:56

 5   and says that it is -- annotation that it is       05:56

 6   specifically limited to ██████ logs.              05:56

 7        Q.   And what is an ██████ log?              05:56

 8        A.   ████████████████████████, is my        05:56

 9   understanding.                                    05:56

10        Q.   And are they keyed by any particular    05:56

11   identifiers?                                      05:56

12             MR. ANSORGE:  Objection.  Vague, and out of   05:56

13   the scope.                                        05:56

14   BY MR. MCGEE:                                     05:56

15        Q.   You can answer.                         05:56

16        A.   There is a -- looking at my reference sheet,   05:57

17   there is a set of ██████ logs that is not GAIA keyed   05:57

18   and there are some ██████ logs that are ████████████   05:57

19   ██████████████████.                               05:57

20        Q.   Okay.  And I see that from your reference   05:57

21   sheet.                                            05:57

22             When you say that the ████████████████████   05:57

23   ████████████████████████████ is non-GAIA keyed,   05:57

24   what does that mean?  How would you explain that?  05:57

25        A.   Sorry.  There was a beep when you were talking   05:57
```

Page 68

| | | |
|---|---|---|
| 1 | so I -- part of it cut off. | 05:57 |
| 2 | Q.   Sure. | 05:57 |
| 3 | I'm asking -- let me mute my computer -- your | 05:57 |
| 4 | colleagues were e-mailing me. | 05:57 |
| 5 | The ██████████████████████ | 05:57 |
| 6 | ████████████████, you said that it's not GAIA keyed. | 05:57 |
| 7 | What do you mean by that? | 05:58 |
| 8 | A.   I did not say that ████████████████ | 05:58 |
| 9 | ████████████████████████████ mode is | 05:58 |
| 10 | not GAIA keyed.  You had asked about ██████ logs. | 05:58 |
| 11 | Q.   Okay.  Let me just then back it up. | 05:58 |
| 12 | On your information sheet, Notice 2, Topic 10, | 05:58 |
| 13 | there are -- there appear to be two field names or -- | 05:58 |
| 14 | let me back it up so we're speaking the same language. | 05:58 |
| 15 | What would you consider the ████████████ | 05:58 |
| 16 | ████████████████████████ -- how -- | 05:58 |
| 17 | what -- how would someone at Google describe that?  Is | 05:58 |
| 18 | it a field?  Is it a field name?  Is it a bit?  I'm | 05:59 |
| 19 | trying to understand that.  What's the jargon that | 05:59 |
| 20 | someone at Google would use to refer to those? | 05:59 |
| 21 | MR. ANSORGE:  Objection.  Compound. | 05:59 |
| 22 | THE WITNESS:  I think there are many different | 05:59 |
| 23 | ways someone at Google might use to refer to those. | 05:59 |
| 24 | There is multiple jargon we could call it. | 05:59 |
| 25 | So I would say that ████████████████ | 05:59 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1   ██████████████████████████████████ mode is     05:59

 2   a binary field that is specifically used only in temp  05:59

 3   ██████  logs.                                     05:59

 4   BY MR. MCGEE:                                     05:59

 5        Q.   And why is it only in temp ██████ logs?  05:59

 6        A.   It was a field that was created by the ██████  06:00

 7   team to help them understand potential problems with  06:00

 8   their product location and where searching so that they  06:00

 9   could develop the best product possible for Google  06:00

10   users.                                            06:00

11        Q.   Okay.  And it -- there's a note here that it  06:00

12   was introduced in 2017, but then the project wrapped up  06:00

13   in June of 2018.                                  06:00

14             Is that binary field still implemented at  06:00

15   Google?                                           06:00

16             MR. ANSORGE:  Objection.  Vague.        06:00

17             THE WITNESS:  That binary field is -- still  06:00

18   exists as a binary field in and only in ██████ logs.  06:00

19   BY MR. MCGEE:                                     06:01

20        Q.   Are values written to that binary field in  06:01

21   ██████ logs?                                      06:01

22        A.   Yes.  I believe values are written to that  06:01

23   binary field in ██████ logs.                      06:01

24        Q.   So even though the project wrapped in June of  06:01

25   2018, that is still an actively used binary field?  06:01
```

                                             Page 70

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  Objection.  Form. | 06:01 |
| 2 | THE WITNESS:  As I understand it, it is not | 06:01 |
| 3 | actively used.  It is still being written.  It is not | 06:01 |
| 4 | being reviewed. | 06:01 |
| 5 | BY MR. MCGEE: | 06:01 |
| 6 | Q.   Can you please clarify what you mean by "not | 06:01 |
| 7 | being reviewed"? | 06:01 |
| 8 | A.   ███████████████████████████ | 06:02 |
| 9 | ███████████████████████████████ | 06:02 |
| 10 | ██████████████████████████████ | 06:02 |
| 11 | █████████████████████████████████ | 06:02 |
| 12 | █████████████████████████████████ | 06:02 |
| 13 | █████████████████████████████████ | 06:02 |
| 14 | ███████████████████ | 06:02 |
| 15 | █████████████████████████ | 06:02 |
| 16 | ████████████████████████ | 06:02 |
| 17 | ██████████████████ | 06:02 |
| 18 | ███████████████████████████████ | 06:02 |
| 19 | █████████████████████████████ | 06:02 |
| 20 | ████████████████████████ | 06:02 |
| 21 | ████████████████ ████████████ | 06:03 |
| 22 | ██████████████████████████████ | 06:03 |
| 23 | ██ | 06:03 |
| 24 | ██████████████████████████████ | 06:03 |
| 25 | ██████████████████████ | 06:03 |

Page 71

```
 1   ███████████████████████████████████████        06:03

 2   ████████████████████████                        06:03

 3        Q.   But if they pulled up the graph, there would    06:03

 4   be responsive data that would fill in the graph;    06:03

 5   correct?                                          06:03

 6             MR. ANSORGE:  Objection.  Vague, and calls for  06:03

 7   a legal conclusion.                               06:03

 8             THE WITNESS:  I don't know what you mean by   06:03

 9   responsive data that would fill in the graph.     06:03

10   BY MR. MCGEE:                                     06:03

11        Q.   Sure.                                   06:03

12             So you're saying they aren't looking at the   06:03

13   graph anymore.  They're not reviewing it.         06:03

14             What I'm asking is:  Is if they did pull up    06:04

15   the graph, the graph would still have lines or bars or  06:04

16   whatever visual representation or graphical        06:04

17   representation the graph was designed to display.  06:04

18             Is that fair?                           06:04

19             MR. ANSORGE:  Objection.  Compound.  Form.    06:04

20             THE WITNESS:  My understanding is that ██    06:04

21   ████████████████████████████████████████         06:04

22   ██████████ mode is a field that is being filled in in  06:04

23   ███ -- not ███ -- not in ███ logs.  It is not in ███  06:04

24   logs, to be clear.  It is only in ██████ logs.  And it  06:04

25   is a field that is still being filled in in ██████ logs  06:04
```

                                                    Page 72

| | | |
|---|---|---|
| 1 | today, despite the fact that the reason the field was | 06:04 |
| 2 | introduced has passed. | 06:04 |
| 3 | BY MR. MCGEE: | 06:05 |
| 4 | Q.   Okay.  And from your fact sheet, the | 06:05 |
| 5 | ██████████████████████████████████ | 06:05 |
| 6 | ████████  -- so without the underscore mode -- | 06:05 |
| 7 | THE COURT REPORTER:  I'm so sorry, Counsel. | 06:05 |
| 8 | Can you start that question over?  There was a little | 06:05 |
| 9 | bit of feedback.  I didn't get it. | 06:05 |
| 10 | MR. MCGEE:  Sure. | 06:05 |
| 11 | BY MR. MCGEE: | 06:05 |
| 12 | Q.   So the -- you've got two bullet points in your | 06:05 |
| 13 | fact sheet. | 06:05 |
| 14 | One is the ██████████████████████ | 06:05 |
| 15 | ███████████████████, no GAIA. | 06:05 |
| 16 | What does that mean? | 06:05 |
| 17 | A.   What that means is that the -- these ██████ | 06:05 |
| 18 | logs that have this field set are not GAIA keyed.  ████ | 06:05 |
| 19 | ████████████████████  ████████████████ | 06:05 |
| 20 | ████████████████████  ████████████ | 06:06 |
| 21 | █████████████████████████████ | 06:06 |
| 22 | ██████████ | 06:06 |
| 23 | Q.   Got it. | 06:06 |
| 24 | A.   And not -- notably not GAIA IDs. | 06:06 |
| 25 | Q.   Understood. | 06:06 |

Page 73

| | | |
|---|---|---|
| 1 | And then in ███████████████ | 06:06 |
| 2 | ███████ there are either ████████████ | 06:06 |
| 3 | ████████████? | 06:06 |
| 4 | A.   To be clear -- | 06:06 |
| 5 | MR. ANSORGE:  Objection.  Form. | 06:06 |
| 6 | THE WITNESS:  There are not ████████ | 06:06 |
| 7 | ████████████ inside ████████████ | 06:06 |
| 8 | ████████████.  I believe that is the name of a | 06:06 |
| 9 | field that is in the logs listed on this reference sheet | 06:07 |
| 10 | below.  Those logs have a ████████████████ | 06:07 |
| 11 | in them, as well as this field. | 06:07 |
| 12 | BY MR. MCGEE: | 06:07 |
| 13 | Q.   Do you know what other identifiers exist in | 06:07 |
| 14 | the GFS temp slash -- okay.  Let me just -- I'm not even | 06:07 |
| 15 | going to read it out for you. | 06:07 |
| 16 | But what other identifiers exist in the first | 06:07 |
| 17 | sub-bullet point of the █████████████████ | 06:07 |
| 18 | ████████████████ list there? | 06:07 |
| 19 | MR. ANSORGE:  Objection.  Vague.  Out of the | 06:07 |
| 20 | scope, and foundation. | 06:07 |
| 21 | THE WITNESS:  I am not familiar with the full | 06:07 |
| 22 | set of things that is in this -- in that log.  I can | 06:07 |
| 23 | tell you there is not an un-obfuscated GAIA ID.  I can | 06:08 |
| 24 | also tell you that there is no direct mapping of this to | 06:08 |
| 25 | ████.  So there is no ████ client ID or a way to somehow | 06:08 |

Page 74

| | | |
|---|---|---|
| 1 | combine this with ███ data. | 06:08 |
| 2 | MR. MCGEE:  I think we've been going for about | 06:08 |
| 3 | 40 minutes now.  I just need to take a break so -- | 06:08 |
| 4 | MR. ANSORGE:  Yeah.  I'm fine with that. | 06:08 |
| 5 | Could we get a time count as well?  How much | 06:08 |
| 6 | time is left on the record? | 06:08 |
| 7 | THE VIDEOGRAPHER:  Yeah.  So off the record? | 06:08 |
| 8 | MR. MCGEE:  Yes.  Off the record. | 06:08 |
| 9 | THE VIDEOGRAPHER:  Okay.  We're now going off | 06:08 |
| 10 | the record.  The time is 6:08 p.m. | 06:08 |
| 11 | (Break taken in proceedings.) | 06:17 |
| 12 | THE VIDEOGRAPHER:  We are now back on the | 06:17 |
| 13 | record.  The time is 6:18 p.m. | 06:17 |
| 14 | BY MR. MCGEE: | 06:18 |
| 15 | Q.   Dr. Sadowski, for the bits that we were -- or | 06:18 |
| 16 | excuse me -- the binary fields that we were just talking | 06:18 |
| 17 | about, the ██████████████████████ | 06:18 |
| 18 | ████████████████████████ mode, █████████████ | 06:18 |
| 19 | ██████████████████████████████, and | 06:18 |
| 20 | ███████████████████████████, do you know | 06:18 |
| 21 | what logic is being used to derive the values that are | 06:18 |
| 22 | stored in those binary fields? | 06:18 |
| 23 | MR. ANSORGE:  Objection.  Vague and compound. | 06:18 |
| 24 | THE WITNESS:  I believe the ██████████ | 06:18 |
| 25 | ██████████████████████████ is referring | 06:18 |

Page 75

```
 1    to the same thing as ████████████████████    06:18

 2    ████████████████████████ mode.  I do know about    06:18

 3    how that field is filled in.    06:19

 4    BY MR. MCGEE:    06:19

 5        Q.   Okay.  And what's the logic for filling in    06:19

 6    that field?    06:19

 7        A.   It looks specifically at whether there is an    06:19

 8    X-Client -- X hyphen Client hyphen Data header in the    06:19

 9    request that is sent.    06:19

10        Q.   Is there any other thing that it looks for or    06:19

11    is that all that it looks for?    06:19

12        A.   I believe that is all that it looks for.  The    06:19

13    ███████████████████████████████████████████    06:19

14    ████████ mode is if there is a X-Client-Data --    06:19

15    X-Client-Data header sent, then that is the logic used    06:20

16    to set that to true.    06:20

17            This is a proxy for incognito, but it is not    06:20

18    a what I would call a reliable or accurate way to    06:20

19    determine incognito usage.    06:20

20        Q.   Okay.  And what's the -- what types of traffic    06:20

21    is this logic being applied to?  Is it mobile traffic?    06:20

22    Is it -- you know, is it platform specific?    06:20

23            MR. ANSORGE:  Objection.  Vague and compound.    06:20

24            THE WITNESS:  It is in █████ logs ███████    06:21

25    ████████████████████.  I believe it will be    06:21
```

Page 76

```
 1   cross-platform, but I do not know for certain.  I would    06:21
 2   have to investigate.                                        06:21
 3   BY MR. MCGEE:
 4       Q.   Who would you speak with at Google to             06:21
 5   investigate that?                                           06:21
 6       A.   I would speak again with Quentin Fiard if I       06:21
 7   had a question about the -- this particular field in       06:21
 8   Oolong logs.                                                06:21
 9       Q.   Okay.  And then I did this backwards but --       06:21
10   apologies.                                                  06:21
11          I can -- I've introduced two new exhibits.          06:21
12   They're going to be 16 and 15.                              06:22
13                        (Plaintiffs' Exhibits 15 and 16       06:22
14                        were marked for identification.)      06:22
15   BY MR. MCGEE:                                               06:22
16       Q.   But I'd actually like you to look at 16 first.    06:22
17       A.   16 first?  Okay.  I'm waiting for it to load.     06:22
18       Q.   Thank you.                                         06:22
19       A.   One other thing to answer your question.          06:22
20          To the best of my knowledge the ███████████        06:22
21   ████████████████████████ field is derived from the        06:22
22   ████████████████████████████████████████████              06:22
23   ████████  mode.  It is still depending on X-Client-Data    06:22
24   header logic and also looking at the user agent, but it    06:22
25   is not derived through some other mechanism than          06:22
```

Page 77

```
1    presence or absence of X-Client-Data header, and      06:23
2    suffers from the same limitations.                    06:23
3        Q.   So for the ██████████████████████           06:23
4    ████████████████████, does that look -- you           06:23
5    mentioned user agent.                                 06:23
6             Does that one look at user agent?            06:23
7        A.   To the best of my recollection, it does not. 06:23
8    It is looking at whether there is an X-Client-Data     06:23
9    header with the assumption that it would be coming from 06:23
10   Chrome if that header shows up.  That assumption could 06:23
11   be false, but I would -- Chrome is the browser that use 06:23
12   that header.                                          06:23
13       Q.   So then why does ████████████████            06:23
14   ██████████████████████ look at a user agent in addition to 06:23
15   the X-Client-Data header?                             06:24
16            MR. ANSORGE:  Objection.  Vague.             06:24
17            THE WITNESS:  If you are looking at -- so if 06:24
18   you have an X-Client-Data header, that implies that it's 06:24
19   coming from Chrome.  The absence of an X-Client-Data   06:24
20   header does not -- in some kind of data sense does not 06:24
21   have the same implication.                            06:24
22   BY MR. MCGEE:                                         06:24
23       Q.   Okay.                                        06:24
24       A.   Should I look at Exhibit 16?                 06:24
25       Q.   Yes, please.  Exhibit 16.                    06:24
```

Page 78

```
 1              Actually --                           06:24
 2       A.    There --                               06:25
 3       Q.    -- I'm really sorry.  Can you look at  06:25
 4   Exhibit 15, please?                              06:25
 5       A.    Okay.  I see a document at the top in blue it  06:25
 6   says "Document 338," and it starts with "In The 06:25
 7   United States District Court For The Northern District  06:25
 8   of California, San Jose Division."               06:25
 9       Q.    Have you ever seen this document before?  06:25
10       A.    The preamble looks unfamiliar.  I am scrolling  06:25
11   down.                                            06:25
12             This document looks unfamiliar.        06:26
13       Q.    Okay.  Do you know who Andre Goleuke is,  06:26
14   G-o-l-e-u-k-e?  I apologize if I mispronounced that.  06:26
15             MR. ANSORGE:  Objection.  Out of the scope.  06:26
16   BY MR. MCGEE:                                    06:26
17       Q.    You can answer.                        06:26
18       A.    No, I do not.                          06:26
19       Q.    Okay.  If you'll turn to what was attached as  06:26
20   Exhibit A.                                       06:26
21             The logs you identified under "Fact Sheet,"  06:26
22   under "Notice 1, Topic 10," do any of those logs or data  06:26
23   sources appear in Exhibit A, whether directly or by any  06:26
24   other name?                                      06:27
25             MR. ANSORGE:  Objection.  Vague.  Compound.  06:27
```

Page 79

| | | |
|---|---|---|
| 1 | Foundation, and out of the scope. | 06:27 |
| 2 | THE WITNESS:  I do not see those -- the -- | 06:27 |
| 3 | those particular strings in this document.  I am not | 06:27 |
| 4 | familiar with many of the names in this document or how | 06:27 |
| 5 | it was generated.  I just saw it.  So I cannot answer | 06:27 |
| 6 | the "by any other" name parts. | 06:27 |
| 7 | But this document -- I do not see the word | 06:27 |
| 8 | ██████  in this document, and the log sources you were | 06:27 |
| 9 | referencing were ██████ logs. | 06:28 |
| 10 | BY MR. MCGEE: | 06:28 |
| 11 | Q.   Okay.  So by way of example, if we go to the | 06:28 |
| 12 | sixth page of the document itself -- there's eight | 06:28 |
| 13 | pages -- there's a ██████ | 06:28 |
| 14 | That -- is there any possibility that the | 06:28 |
| 15 | first log source that's listed under the first bullet | 06:28 |
| 16 | point could be referred to as ██████? | 06:28 |
| 17 | MR. ANSORGE:  Objection.  Vague. | 06:28 |
| 18 | Mischaracterizes the evidence and foundation.  And out | 06:28 |
| 19 | of scope. | 06:28 |
| 20 | BY MR. MCGEE: | 06:28 |
| 21 | Q.   You can answer. | 06:28 |
| 22 | A.   Your question was whether the specific strings | 06:28 |
| 23 | representing log sources listed in the reference sheet | 06:29 |
| 24 | would be referred to as ██████? | 06:29 |
| 25 | Q.   By way of example.  Sure. | 06:29 |

Page 80

1      A.    I would be very surprised.                          06:29

2      Q.    Okay.                                               06:29

3      A.    If someone referred to those as ███████████,       06:29

4  I would expect someone to refer to them as ██████ logs       06:29

5  or have the word ███████ in the name.  That is the name      06:29

6  used to refer to logs for that particular product and        06:29

7  they are only for ███████.                                   06:29

8      Q.    Okay.  And if I can draw your attention to          06:29

9  Exhibit 16.                                                  06:29

10     A.    But I'm not going to speculate what other           06:29

11 people could refer to something as.  I would refer to        06:30

12 them as ███████ logs, and would generally expect that        06:30

13 people would refer to them as ███████ logs or with the       06:30

14 word ███████ in the name.                                    06:30

15          I have a document that says "Contains               06:30

16 Information Designated 'Highly Confidential Attorneys'        06:30

17 Eyes Only'" as the -- in quotes as the top line and then     06:30

18 a lot of names.                                              06:30

19     Q.    Okay.  And I'm presenting it to you.  There's      06:30

20 a lot of instructions.  But on the sixth page of the        06:30

21 document, and it is a "6" at the bottom, there's a           06:30

22 topic.  And I'd represent that this is the topic that        06:30

23 you were designated for but I don't believe --               06:30

24          And there's a carve-out, and Mr. Ansorge -- or     06:30

25 excuse me -- Dr. Ansorge will describe the carve-out.        06:30

Page 81

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | But that you've been partially designated to | 06:30 |
| 2 | testify on this topic. | 06:31 |
| 3 | And I apologize, the lights in my office went | 06:31 |
| 4 | out. | 06:31 |
| 5 | MR. ANSORGE:  Dr. Sadowski is designated for | 06:31 |
| 6 | the ███████████████████████ field, for | 06:31 |
| 7 | the █████████████████████████ field, | 06:31 |
| 8 | and for the ████████████████████████████ | 06:31 |
| 9 | field.  She's not designated for the | 06:31 |
| 10 | ███████████████████ field, nor for anything else | 06:31 |
| 11 | that's covered by this topic, and all the questions that | 06:31 |
| 12 | relate to █████████████████ field or dashboard | 06:31 |
| 13 | fields on that are out of the scope. | 06:31 |
| 14 | MR. MCGEE:  Okay.  But to be clear, Mr. -- | 06:31 |
| 15 | Dr. -- I -- it's late. | 06:31 |
| 16 | Dr. Ansorge, it's -- part of the topic | 06:31 |
| 17 | includes why Google developed, implemented, and used any | 06:31 |
| 18 | such bit or field.  Also includes the log or traffic | 06:31 |
| 19 | sources, as well as the design used to determine the bit | 06:32 |
| 20 | or field, as well as any logs or data sources where such | 06:32 |
| 21 | a bit or field is used and how it is used. | 06:32 |
| 22 | So I understand she's not designated for | 06:32 |
| 23 | ██████████████████████████████████, but for | 06:32 |
| 24 | the other three, you're not limiting her testimony based | 06:32 |
| 25 | on the further clarification of the topic, are you? | 06:32 |

Page 82

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  For the other three, she's | 06:32 |
| 2 | already testified as to the development, the | 06:32 |
| 3 | implementation, the use of bits and fields.  We've gone | 06:32 |
| 4 | over those. | 06:32 |
| 5 | MR. MCGEE:  Understood.  Just making sure | 06:32 |
| 6 | we're clear. | 06:32 |
| 7 | I see.  Okay. | 06:33 |
| 8 | And -- okay.  I see what you're saying. | 06:33 |
| 9 | So Notice 2, Topic 10 has overlap with | 06:33 |
| 10 | Notice 4, Topic 1, is what you're saying, Dr. Ansorge? | 06:33 |
| 11 | MR. ANSORGE:  I'm not sure it's Notice 4, | 06:33 |
| 12 | Topic 1, that that's a specific exhibit you're referring | 06:33 |
| 13 | to. | 06:33 |
| 14 | MR. MCGEE:  Exhibit 16.  Sure. | 06:33 |
| 15 | MR. ANSORGE:  Dr. Sadowski already testified | 06:33 |
| 16 | as to each of those three fields. | 06:33 |
| 17 | MR. MCGEE:  Right. | 06:33 |
| 18 | BY MR. MCGEE: | 06:33 |
| 19 | Q.   So, Dr. Sadowski, I understand that in the | 06:33 |
| 20 | beginning we spoke about this, but the -- you used an | 06:33 |
| 21 | internal code search tool to look for ███████████ | 06:33 |
| 22 | ████████████████████.  That returned no results | 06:33 |
| 23 | but that tool did not search all data sources for | 06:34 |
| 24 | Google; correct? | 06:34 |
| 25 | MR. ANSORGE:  Objection.  Mischaracterizes | 06:34 |

Page 83

```
 1   prior testimony.                                        06:34

 2           THE WITNESS:  I searched on our internal code   06:34

 3   search tool over the multibillion line repository that  06:34

 4   is viewable to me internally, and did not see that field 06:34

 5   in the history of the repository.                       06:34

 6   BY MR. MCGEE:                                           06:34

 7       Q.   Okay.  And then the same thing for ▮▮▮▮▮        06:34

 8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                     06:34

 9       A.   If you search for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                06:34

10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  in the internal code search        06:34

11   and browsing tool over the multibillion line repository 06:34

12   that's visible to me, when I did that, I got hits for   06:35

13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         06:35

14   ▮▮▮▮▮▮▮  mode.                                          06:35

15       Q.   Okay.  Did you do any other searches for       06:35

16   fields or bits that would contain the term "incognito"? 06:35

17       A.   No.                                            06:35

18           MR. ANSORGE:  Objection.  Vague.                06:35

19   BY MR. MCGEE:                                           06:35

20       Q.   Did you do any other research or speak with    06:35

21   anyone at Google to determine whether any such fields   06:35

22   were developed whose function was intended to detect    06:35

23   incognito usage?                                        06:35

24           MR. ANSORGE:  Objection.  Vague and out of      06:35

25   the scope.                                              06:35
```

Page 84

| | | |
|---|---|---|
| 1 | THE WITNESS:  The only accurate way I know | 06:36 |
| 2 | about to report incognito usage statistics is through | 06:36 |
| 3 | ▇▇▇ because ▇▇▇ is so privacy preserving that we can | 06:36 |
| 4 | report statistics about incognito usage.  We do not have | 06:36 |
| 5 | other ways that we generate statistics -- accurate | 06:36 |
| 6 | statistics about incognito usage. | 06:36 |
| 7 | BY MR. MCGEE: | 04:15 |
| 8 | Q.   Right. | 04:15 |
| 9 | A.   There is one proxy, this -- using the | 06:36 |
| 10 | X-Client-Data header that's -- we have talked about the | 06:36 |
| 11 | ▇▇▇ team used, but that is -- I would not | 06:36 |
| 12 | characterize that as a reliable way to look at | 06:36 |
| 13 | incognito usage statistics. | 06:36 |
| 14 | If someone asked me how to look at incognito | 06:36 |
| 15 | usage statistics, I would say the ways through ▇▇▇ and | 06:36 |
| 16 | the metrics are visible in the external open source | 06:36 |
| 17 | chromium repository for full transparency. | 06:37 |
| 18 | Q.   Okay.  And did you do any further research to | 06:37 |
| 19 | see if any other fields can -- ever containing the word | 06:37 |
| 20 | "incognito" were implemented by Google, aside from the | 06:37 |
| 21 | four that are in this document and that you've | 06:37 |
| 22 | previously described? | 06:37 |
| 23 | MR. ANSORGE:  Objection.  Vague, and out of | 06:37 |
| 24 | the scope. | 06:37 |
| 25 | THE WITNESS:  I did not do research on whether | 06:37 |

Page 85

```
 1    there are fields in some protocol buffer at Google that    06:37
 2    use the word "incognito."  That is an English word that    06:37
 3    could have multiple meanings and could be used in          06:37
 4    arbitrary ways by arbitrary people at Google.              06:37
 5    BY MR. MCGEE:                                              06:37
 6         Q.   Okay.  And did you do any research to see if     06:38
 7    any such bit or field containing the word "incognito" is   06:38
 8    being used at Google, other than what you've testified     06:38
 9    to today?                                                  06:38
10           MR. ANSORGE:  Objection.  Out of the scope.         06:38
11    Form.  And asked and answered.                             06:38
12           THE WITNESS:  I believe I already answered          06:38
13    that.  I did not do extra research about fields in         06:38
14    protocol buffers related to incognito beyond what we       06:38
15    have talked about today.                                   06:38
16    BY MR. MCGEE:                                              06:38
17         Q.   Okay.  Who at Google is responsible for          06:38
18    maintaining the ███ dashboards?                            06:38
19           MR. ANSORGE:  Objection.  Vague, and out of         06:38
20    scope.                                                     06:38
21           THE WITNESS:  My team.                              06:38
22    BY MR. MCGEE:                                              06:39
23         Q.   I'm sorry.  You said your team?                  06:39
24         A.   My -- I manage the Chrome metrics team which     06:39
25    owns ███ infrastructure, including the dashboards.         06:39
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.   Okay.  And who are those dashboards accessible   06:39
 2   by at Google?                                              06:39
 3             MR. ANSORGE:  Objection.  Vague.                 06:39
 4             THE WITNESS:  The ███ dashboards are generally   06:39
 5   available to engineers at Google.  Generally viewable by   06:39
 6   engineers at Google.                                       06:39
 7   BY MR. MCGEE:                                              
 8        Q.   For the -- going back to Exhibit No. 2, your     06:40
 9   fact sheet, how did you determine for the Zwieback         06:40
10   logs -- how did you determine that those were the ███      06:40
11   responsive logs that contain that binary field?           06:40
12        A.   What do you mean by Zwieback logs?  Zwieback     06:40
13   is a type of ID, not a type of log.                        06:40
14        Q.   Right.                                           06:40
15             The ██████████████████████████████████          06:40
16   and that it would -- ████████████████████████ and          06:40
17   then you list ████ logs; right?                            06:41
18             How did you determine a -- how was that list     06:41
19   created?  How were those logs identified?                  06:41
20        A.   By asking Quentin Fiard.                         06:41
21             If you're asking where did these bullet points   06:41
22   come from, he's the person that I talked to that knows     06:41
23   about ████ logs.                                           06:41
24        Q.   Okay.  And did he explain how he populated       06:41
25   that list?                                                 06:41
```

                                                    Page 87

```
 1              MR. ANSORGE:  Objection.  Vague.          06:41

 2              THE WITNESS:  Populated what list?        06:42

 3     BY MR. MCGEE:                                      06:42

 4        Q.    The ███ log sources that are on that list, did  06:42

 5     he explain how he identified those?  Or did you just  06:42

 6     take his word for it?                              06:42

 7              MR. ANSORGE:  Objection.  Compound, and   06:42

 8     argumentative.                                     06:42

 9              THE WITNESS:  I asked him about the -- what  06:42

10     logs were stored in ███ and what their retention  06:42

11     periods were, and he came back with this list.    06:42

12     BY MR. MCGEE:                                      06:42

13        Q.    When you did the internal code search for all  06:43

14     of these binary fields that we've identified in both  06:43

15     Notice 2, Topic 10, and then the other notice, did you  06:43

16     save the results of your queries?                  06:43

17        A.    No.                                       06:43

18        Q.    Why not?                                  06:43

19        A.    Because the way code search works, you search  06:43

20     for something, similar to Google search, you don't save  06:43

21     the results of your search if you are just looking up  06:43

22     a -- a stat -- like if you're looking if for definition  06:43

23     of a word or doing some math.                      06:43

24        Q.    But I can .pdf the results of a Google search;  06:43

25     right?                                             06:43
```

Page 88

```
 1          MR. ANSORGE:  Objection.  Form, and out of the   06:43
 2    scope.                                                 06:44
 3          THE WITNESS:  When developers look at or         06:44
 4    browse source code, they use the code search tool.  They  06:44
 5    do not save a copy of that tool on the side.  That is an  06:44
 6    internally available code search tool.  You generally  06:44
 7    shouldn't print out or save any kind of source code on   06:44
 8    your local machine.                                    06:44
 9          So the way that you would view source code is    06:44
10    through the code search tool.  You don't save a copy of  06:44
11    your results.  You search for results afresh if you want  06:44
12    to see them again.                                     06:44
13    BY MR. MCGEE:                                          06:44
14       Q.   Okay.  When you -- did you use the internal   06:44
15    code search tool to search for the ████████████████    06:44
16    ██████████████████████?                                06:45
17       A.   I looked up ████████████████████████████       06:45
18    ████████████, ████████████████████████████████████,   06:45
19    and ████████████████████████████████████████          06:45
20    ████████████████████████ mode, and that returns the same  06:45
21    set of results as ██████████████████████████████      06:45
22    ████████████.                                          06:45
23       Q.   Okay.  But -- sorry.  To be clear, did you run  06:46
24    ████████████████████████████████████████████ through the  06:46
25    internal code search tool?                             06:46
```

                                                    Page 89

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   No. | 06:46 |
| 2 | Q.   But you did run the other one.  And is that | 06:46 |
| 3 | how the list of log sources was populated in this | 06:46 |
| 4 | Exhibit 2 for Notice 2, Topic 10? | 06:46 |
| 5 | A.   The way that the -- | 06:46 |
| 6 | MR. ANSORGE:  Objection.  Vague. | 06:46 |
| 7 | THE WITNESS:  The list -- the bulleted list in | 06:46 |
| 8 | Notice 2, Topic 10 were populated by Quentin Fiard. | 06:46 |
| 9 | BY MR. MCGEE: | |
| 10 | Q.   Okay.  But when you ran the ████████████ | 06:46 |
| 11 | ████████ -- when you ran ███████████████████ -- you | 06:46 |
| 12 | did -- let me ask it this way: | 06:47 |
| 13 | You did a lot of -- or you did a few internal | 06:47 |
| 14 | code search queries; right? | 06:47 |
| 15 | A.   Yes. | 06:47 |
| 16 | I would also like to note that in the course | 06:47 |
| 17 | of my job, I frequently run internal code search | 06:47 |
| 18 | queries. | 06:47 |
| 19 | Q.   Okay. | 06:47 |
| 20 | A.   I did a couple code search queries in | 06:47 |
| 21 | preparation for this case, either yesterday or this | 06:47 |
| 22 | morning.  It has blended together and I'm not sure | 06:47 |
| 23 | which.  But I make queries in code search in the normal | 06:47 |
| 24 | course of my job. | 06:47 |
| 25 | Q.   Okay.  And one of those queries returned | 06:48 |

Page 90

| | | |
|---|---|---|
| 1 | results; right? | 06:48 |
| 2 | A.   Yes.  If you search for ████████████ | 06:48 |
| 3 | ██████████████████, that substring is part of a | 06:48 |
| 4 | name of a Boolean field in ████ logs that I have | 06:48 |
| 5 | already testified about.  And that binary field is using | 06:48 |
| 6 | X-Client-Data header information to proxy incognito | 06:48 |
| 7 | states.  It is not an accurate name for the binary | 06:48 |
| 8 | field, and it is not used in ████ logs. | 06:49 |
| 9 | Q.   Okay.  I think I am -- very close.  Just want | 06:49 |
| 10 | to make sure. | 06:49 |
| 11 | Does the ████████████████████ | 06:49 |
| 12 | ██████████████████████ mode bit exist in | 06:49 |
| 13 | non-████ logs? | 06:49 |
| 14 | A.   To the best of my knowledge, that is the only | 06:49 |
| 15 | place it exists.  If you -- this particular binary field | 06:49 |
| 16 | was developed with -- in -- as part of the design doc | 06:50 |
| 17 | that we reviewed earlier so that the ████ team could | 06:50 |
| 18 | look at how often they don't get a location header when | 06:50 |
| 19 | they're expecting to get a location header using the | 06:50 |
| 20 | presence -- or using the presence of the X-Client -- | 06:50 |
| 21 | presence or absence of the X-Client-Data header as a | 06:50 |
| 22 | proxy here for situations when you would or wouldn't | 06:50 |
| 23 | expect to get a location header. | 06:50 |
| 24 | Q.   I understand that. | 06:50 |
| 25 | A.   And that is the only way it is being used, to | 06:50 |

Page 91

```
 1   my knowledge.                                          06:50

 2       Q.   And what is the basis of your knowledge for -- 06:50

 3   what's the basis of your knowledge for that conclusion? 06:50

 4       A.   A few different things.                        06:51

 5            Talking to Quentin Fiard who was involved in   06:51

 6   actually implementing this field.                       06:51

 7            Looking in code search, including historical   06:51

 8   code search, for where this field is set and used.      06:51

 9            And also if you look in the protocol buffer    06:51

10   that has this field, there is an annotation saying that 06:51

11   it is specifically only used in ██████ logs.            06:51

12            And that there's also a comment that links to  06:51

13   the design doc that we talked about earlier that is     06:51

14   related to this field.                                  06:51

15       Q.   And that comment is on an internal document at 06:51

16   Google?                                                 06:51

17       A.   It is a source code comment.                   06:51

18       Q.   Okay.                                          06:52

19       A.   Not a document comment.  And it is a comment   06:52

20   directly above the definition of this field.            06:52

21            MR. MCGEE:  Okay.  I don't have any further     06:52

22   questions.                                              06:52

23            Thank you.                                     06:52

24            MR. ANSORGE:  We'd like to take a break to see 06:52

25   if we have any questions.                               06:52
```

Page 92

```
 1              Five minutes okay, Mr. McGee?              06:52

 2              MR. MCGEE:  As long as you need.  We can go  06:53

 3       off.                                            06:53

 4              MR. ANSORGE:  All right.  We'll go off the  06:53

 5       record.                                         06:53

 6              THE VIDEOGRAPHER:  We are now going off the  06:53

 7       record.  The time is 6:53 p.m.                  06:53

 8                  (Break taken in proceedings.)        06:53

 9              THE VIDEOGRAPHER:  We are now back on the  07:01

10       record.  The time is 7:01 p.m.                  07:01

11              MR. ANSORGE:  Dr. Sadowski, thank you for your  07:01

12       patience and grace today.  No questions from us.  We're  07:01

13       happy to close the deposition at this time.     07:01

14              Mr. McGee, should we go off the record?   07:01

15              MR. MCGEE:  Yeah.  We can go off.  But before  07:01

16       we go off, I guess I would like to note Google has  07:01

17       continued production of documents after the March 4th  07:01

18       deadline for document production, so I won't be closing  07:01

19       this deposition.  But we can argue about that,   07:01

20       Dr. Ansorge, later.                             07:02

21              MR. ANSORGE:  Yeah.  We can let Dr. Sadowski  07:02

22       get to her kids and we can argue about that, you know,  07:02

23       before and after our further brush of meet and confers.  07:02

24              MR. MCGEE:  Yeah.                         07:02

25              MR. ANSORGE:  Okay.  So with that, we can go  07:02
```

                                                      Page 93

1    off the record.                                          07:02

2             MR. MCGEE:  Yes.                                07:02

3             THE VIDEOGRAPHER:  Conclusion of depo?          07:02

4             We are now going off the record.  The time is  07:02

5    7:02 p.m. and this concludes today's testimony given by 07:02

6    Caitlin Sadowski.  The total number of media units used 07:02

7    was seven, and will be retained by Veritext Legal       07:02

8    Solutions.                                               07:02

9       (Whereupon, the deposition adjourned at 7:02 p.m.)

10                         ---o0o---

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 94