# EXHIBIT 4
# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4                           ---o0o---
 5   CHASOM BROWN, et al.,          )
     on behalf of themselves and    )
 6   all others similarly           )
     situated,                      )
 7                                  )
              Plaintiffs,           )Case No.
 8                                  )5:20-cv-03664-LHK
     vs.                            )
 9                                  )
     GOOGLE LLC,                    )
10                                  )
              Defendant.            )
11   _____)
12
13                           ---o0o---
14                 Videotaped Zoom Deposition of
15                           MANDY LIU
16                         CONFIDENTIAL
17                   Tuesday, March 8, 2022
18                           ---o0o---
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Job No.: 5121622
```

Page 1

| | | |
|---|---|---|
| 1 | Q. And if you know, was this project Bert's idea | 07:18 |
| 2 | or did someone else come up with the idea? | 07:18 |
| 3 | MR. ANSORGE: Objection. Form. | 07:18 |
| 4 | THE WITNESS: I'm not sure who came up with | 07:18 |
| 5 | this idea. | 07:18 |
| 6 | BY MR. FRAWLEY: | 07:18 |
| 7 | Q. But it wasn't Bert? | 07:18 |
| 8 | A. I'm not sure. | 07:18 |
| 9 | Q. Now, can you go back a couple of pages to the | 07:18 |
| 10 | page that ends in Bates 925? | 07:18 |
| 11 | A. Yeah. I'm looking at it. | 07:19 |
| 12 | Q. And do you see the entry for February 11th, | 07:19 |
| 13 | 2020? | 07:19 |
| 14 | A. Yes. | 07:19 |
| 15 | Q. Okay. Now, just go back down two pages to the | 07:19 |
| 16 | Bates ending in 927. | 07:19 |
| 17 | A. Mm-hm. | 07:19 |
| 18 | Q. And now do you see the "Browser Intelligence" | 07:19 |
| 19 | bullet at the top? | 07:19 |
| 20 | A. Yes. | 07:19 |
| 21 | Q. And then do you see the sub-bullet "Working on | 07:19 |
| 22 | ████████████ bit" in bold? | 07:19 |
| 23 | A. Yes. | 07:19 |
| 24 | Q. So the ████████████ bit was part of | 07:19 |
| 25 | the browser intelligence project? | 07:19 |

Page 14

| | | |
|---|---|---|
| 1 | A.  Yes. | 07:20 |
| 2 | Q.  And at that point, in February 2020, was | 07:20 |
| 3 | anyone else besides you working on the | 07:20 |
| 4 | ▮▮▮▮ bit? | 07:20 |
| 5 | MR. ANSORGE:  Objection.  Vague. | 07:20 |
| 6 | THE WITNESS:  I only know that I am the only | 07:20 |
| 7 | one who has been working on the ▮▮▮▮ | 07:20 |
| 8 | bit. | 07:20 |
| 9 | BY MR. FRAWLEY: | 07:20 |
| 10 | Q.  And what is ▮▮? | 07:20 |
| 11 | A.  ▮▮▮▮ | 07:20 |
| 12 | Q.  Do you know why it's called ▮▮? | 07:20 |
| 13 | A.  I'm not sure. | 07:20 |
| 14 | Q.  Do you know if it is referring to a ▮▮ | 07:21 |
| 15 | ▮▮? | 07:21 |
| 16 | A.  I don't know. | 07:21 |
| 17 | Q.  And in February 2020, while you were working | 07:21 |
| 18 | on the ▮▮▮▮ bit, who at Google was | 07:21 |
| 19 | aware of your work? | 07:21 |
| 20 | MR. ANSORGE:  Objection.  Vague, and | 07:21 |
| 21 | foundation. | 07:21 |
| 22 | THE WITNESS:  Can you be more specific about | 07:21 |
| 23 | which work you're talking about? | 07:21 |
| 24 | BY MR. FRAWLEY: | 07:21 |
| 25 | Q.  The work on the ▮▮▮▮ bit | 07:21 |

Page 15

| | | |
|---|---|---|
| 1 | that is being referenced in this document. | 07:21 |
| 2 | And my question is: Who else knew that you | 07:21 |
| 3 | were working on that? | 07:21 |
| 4 | MR. ANSORGE: Same objection. | 07:21 |
| 5 | THE WITNESS: Do you mean who else in Google? | 07:22 |
| 6 | MR. FRAWLEY: Yes. | 07:22 |
| 7 | THE WITNESS: And -- there are a few people | 07:22 |
| 8 | who knew that I was working on this, but I don't | 07:22 |
| 9 | remember exactly how many or who are they. | 07:22 |
| 10 | BY MR. FRAWLEY: | |
| 11 | Q. Off the top of your head, can you think of | 07:22 |
| 12 | anybody? | 07:22 |
| 13 | A. Bert and Chris for sure. | 07:22 |
| 14 | Q. Okay. I'm going to introduce another exhibit. | 07:23 |
| 15 | (Plaintiffs' Exhibit 2 was | 07:23 |
| 16 | marked for identification.) | 07:23 |
| 17 | BY MR. FRAWLEY: | 07:23 |
| 18 | Q. Okay. I've introduced Exhibit 2. | 07:23 |
| 19 | Please let me know when you have Exhibit 2 in | 07:23 |
| 20 | front of you. | 07:23 |
| 21 | And I apologize but the stamp says "Exhibit 1" | 07:23 |
| 22 | again. We'll fix that later. Let's just call this | 07:23 |
| 23 | Exhibit 2. | 07:24 |
| 24 | MR. ANSORGE: So it's Exhibit 1, Tab D that | 07:24 |
| 25 | we're looking at now? | 07:24 |

| | | |
|---|---|---|
| 1 | MR. FRAWLEY: This would be Tab 3. | 07:24 |
| 2 | MR. ANSORGE: Tab 3. Okay. Got it. | 07:24 |
| 3 | MR. FRAWLEY: Yeah. Sorry. | 07:24 |
| 4 | MR. ANSORGE: Got it. | 07:24 |
| 5 | MR. FRAWLEY: The stamp Is the most fun part | 07:24 |
| 6 | to me and I always mess it up. Okay. Sorry. | 07:24 |
| 7 | THE WITNESS: Yes. I'm looking at it. | 07:24 |
| 8 | BY MR. FRAWLEY: | 07:24 |
| 9 | Q. Okay. So just so we're all on the same page, | 07:24 |
| 10 | and I apologize, you're looking at the document that's a | 07:24 |
| 11 | September 17th, 2020 e-mail from Bert Leung; correct? | 07:24 |
| 12 | A. Yes. | 07:24 |
| 13 | Q. Okay. Thank you. And I apologize. | 07:24 |
| 14 | Can you look at the second page? | 07:24 |
| 15 | MR. ANSORGE: And, Ms. Liu, you're well within | 07:24 |
| 16 | your rights to familiarize yourself with the whole | 07:24 |
| 17 | document. | 07:24 |
| 18 | THE WITNESS: Okay. | 07:24 |
| 19 | Yeah. I'm looking at the second page. | 07:25 |
| 20 | BY MR. FRAWLEY: | 07:25 |
| 21 | Q. Okay. Do you see the e-mail about a third of | 07:25 |
| 22 | the way down, there is a July 13, 2020 e-mail at | 07:25 |
| 23 | 8:44 a.m. from Chris Liao? | 07:25 |
| 24 | A. Yes. | 07:25 |
| 25 | Q. And do you see where Chris Liao wrote "The | 07:25 |

Page 17

```
1              ███████ bit itself is already inferred"?              07:25
2         A.   Mm-hm.                                                07:25
3         Q.   So the ██████████████ that's the same                 07:25
4    thing as the ████████████████ bit that we were                  07:25
5    talking about from the prior document; correct?                 07:25
6         A.   I'm not sure if Chris meant that.                     07:25
7         Q.   If you know, were there any other bits about          07:25
8    incognito that he might have been referring to instead?         07:26
9              MR. ANSORGE:  Objection.  Form and foundation.        07:26
10             THE WITNESS:  I don't know other bits for             07:26
11   incognito.                                                      07:26
12   BY MR. FRAWLEY:                                                 07:26
13        Q.   And then do you see just above where he wrote         07:26
14   "We should probably rename that to ██████████████ and           07:26
15   link to the documentation"?                                     07:26
16        A.   Yes.                                                  07:26
17        Q.   So it sounds like from this -- and correct me         07:26
18   if I'm wrong -- the name started as ████████████,               07:26
19   then it changed to ██████████, and now Chris Liao was           07:26
20   saying "let's change it back to ████████████"?                  07:26
21             Is that right?                                        07:26
22             MR. ANSORGE:  Objection.  Form and foundation.        07:26
23             THE WITNESS:  What I can read from this e-mail        07:27
24   is that it changed from ██████████ to ██████████████.           07:27
25   ///
```

Page 18

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. FRAWLEY: | 07:27 |
| 2 | Q.  And before this, did it ever change from | 07:27 |
| 3 | ███████████ to ███████████? | 07:27 |
| 4 | MR. ANSORGE:  Objection.  Foundation. | 07:27 |
| 5 | THE WITNESS:  Sorry.  The light is... | 07:27 |
| 6 | MR. FRAWLEY:  It's okay. | 07:27 |
| 7 | THE WITNESS:  I don't know.  If it's a | 07:27 |
| 8 | ███████████ before. | 07:27 |
| 9 | BY MR. FRAWLEY: | 07:27 |
| 10 | Q.  And right now does Chris Liao have any | 07:27 |
| 11 | responsibility for the ███████████ bit? | 07:28 |
| 12 | MR. ANSORGE:  Objection.  Foundation. | 07:28 |
| 13 | THE WITNESS:  I don't know if he has. | 07:28 |
| 14 | BY MR. FRAWLEY: | 07:28 |
| 15 | Q.  When was the last time you talked to | 07:28 |
| 16 | Chris Liao about the ███████████ bit? | 07:28 |
| 17 | A.  I don't remember. | 07:28 |
| 18 | Q.  Do you think it was more than six months ago | 07:28 |
| 19 | or less? | 07:28 |
| 20 | A.  I don't remember. | 07:28 |
| 21 | Q.  And at this time, in July 2020, if you know, | 07:29 |
| 22 | were any lawyers involved in the ███████████ bit? | 07:29 |
| 23 | MR. ANSORGE:  Objection.  Vague and form. | 07:29 |
| 24 | THE WITNESS:  Well, first of all, I want to | 07:29 |
| 25 | clarify the ███████████ bit should -- you are | 07:29 |

```
 1    talking about should be the ████████ Boolean              07:29
 2    field.                                                    07:29
 3           And about the lawyers, I don't know.                07:29
 4    BY MR. FRAWLEY:                                           07:29
 5        Q.   And thank you for that clarification.            07:29
 6             Can you explain to me what is a Boolean field?   07:29
 7        A.   A Boolean field is a type of data container      07:30
 8    that only contains value that is either true or false.    07:30
 9        Q.   Okay.  I'm going to introduce another exhibit.   07:30
10                   (Plaintiffs' Exhibit 3 was                 07:30
11                    marked for identification.)               07:30
12    BY MR. FRAWLEY:                                           07:31
13        Q.   Okay.  Today is not my day with marking          07:31
14    exhibits.  We'll call this Exhibit 3, even though         07:31
15    there's no stamp.                                         07:31
16             Let me know when you have this document in       07:31
17    front of you, Ms. Liu.                                    07:31
18        A.   Is it the Exhibit 3, Tab 1?                      07:31
19        Q.   That's correct.  I'm sorry that I'm making it    07:31
20    confusing with the different numbers.                     07:31
21        A.   That's okay.                                     07:31
22        Q.   My question here is about the fourth page of     07:31
23    this document.                                            07:31
24             MR. ANSORGE:  Ms. Liu, you're well within your   07:31
25    rights to familiarize yourself with the document.         07:31
```

| | | |
|---|---|---|
| 1 | THE WITNESS: Okay. Thank you. | 07:31 |
| 2 | Would you please tell me the Bates number for | 07:32 |
| 3 | the page? | 07:32 |
| 4 | BY MR. FRAWLEY: | |
| 5 | Q. Yes. | 07:32 |
| 6 | The Bates ending in 280. | 07:32 |
| 7 | A. Okay. Yeah, I'm looking at this. | 07:32 |
| 8 | Q. Okay. Do you see the bottom e-mail where you | 07:32 |
| 9 | wrote: | 07:32 |
| 10 | "Hi all. Ads identity team is currently working on | 07:32 |
| 11 | a project to detect third-party cookie-blocking | 07:32 |
| 12 | browsers"? | 07:32 |
| 13 | A. Yes. | 07:32 |
| 14 | Q. And you are a member of the ads identity team; | 07:32 |
| 15 | correct? | 07:32 |
| 16 | A. Yes. | 07:32 |
| 17 | Q. And who else was a member of the ads identity | 07:32 |
| 18 | team at this point in October 2020? | 07:32 |
| 19 | A. Bert and Chris. | 07:32 |
| 20 | Q. So you were working with them on this project | 07:32 |
| 21 | to detect third-party cookie-blocking browsers? | 07:32 |
| 22 | MR. ANSORGE: Objection. Form, and vague. | 07:33 |
| 23 | THE WITNESS: I was working with Bert and | 07:33 |
| 24 | Chris on this third-party cookie-blocking browser | 07:33 |
| 25 | project. | 07:33 |

Veritext Legal Solutions
866 299-5127

```
 1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           08:22
 2    ▓▓▓▓▓▓▓▓▓▓▓▓?                                    08:22
 3         A.   Yes.                                   08:22
 4         Q.   And that's referring to the rate according to  08:22
 5    your dashboard; correct?                         08:22
 6         A.   Yes.                                   08:22
 7         Q.   So on January 27th, your dashboard said that   08:22
 8    the incognito rate is around ▓ or ▓ percent.     08:22
 9              But now on February 3rd, the dashboard is      08:22
10    saying the incognito rate is around ▓▓▓ percent; fair?  08:22
11         A.   Yes.                                   08:23
12              MR. ANSORGE:  Objection.  Compound.    08:23
13    BY MR. FRAWLEY:                                  08:23
14         Q.   And why was that good news?            08:23
15         A.   Because it's closer to the number Bert told  08:23
16    me.                                              08:23
17         Q.   What did Bert say about this good news?  08:23
18         A.   I don't remember exactly.              08:23
19         Q.   And what, if anything, did you do -- well --  08:23
20    yeah.  Sorry.  Let me restart.                   08:24
21              What, if anything, did you do between  08:24
22    January 27th and February 3rd?                   08:24
23              MR. ANSORGE:  Objection.  Vague.       08:24
24              THE WITNESS:  Could you be more specific?  08:24
25    ///
```

```
 1   BY MR. FRAWLEY:                                          08:24
 2       Q.   Right.                                          08:24
 3            What, if anything, did you change that          08:24
 4   resulted in the rate from your dashboard going from      08:24
 5   around ▇ to ▇ percent to then going down to around       08:24
 6   ▇▇▇ percent?                                             08:24
 7       A.   I didn't do anything.                           08:24
 8       Q.   So then how can you explain the rate going      08:25
 9   from ▇ to ▇ percent to around ▇▇▇ percent?               08:25
10       A.   It's because on January 27th, the change that   08:25
11   makes the incognito rate from ▇ or ▇ percent to          08:25
12   ▇▇▇ percent has -- hasn't rolled out yet.                08:25
13       Q.   Did you say "the change"?                       08:25
14       A.   Yes.                                            08:25
15       Q.   What do you mean -- what's the change?          08:25
16       A.   To exclude mobile app traffic from Chrome       08:25
17   traffic.                                                 08:26
18       Q.   When was that change rolled out?                08:26
19       A.   I think it's between January 27th and           08:26
20   February 3rd.                                            08:26
21       Q.   Okay.  Let me introduce a new exhibit.          08:26
22                    (Plaintiffs' Exhibit 8 was              08:26
23                    marked for identification.)             08:26
24   BY MR. FRAWLEY:                                          08:27
25       Q.   Okay.  I've introduced Exhibit 8.               08:27
```

```
 1              Please let me know when you have Exhibit 8 in    08:27
 2   front of you.                                               08:27
 3       A.   Yeah.  I'm looking at Exhibit 8.                   08:27
 4       Q.   Okay.  Exhibit 8 is a list of logs; correct?       08:27
 5       A.   Exhibit 8 is an email that has a list of logs.     08:27
 6       Q.   And is this the list of logs that has the          08:27
 7   ████████████████████████ field?                             08:28
 8       A.   Looks like, yes.                                   08:28
 9       Q.   Now, if you know, when was the                     08:28
10   ████████████████████████ field added to these logs?         08:28
11            MR. ANSORGE:  Objection.  Compound.                08:28
12            THE WITNESS:  I'm not sure of the exact date.      08:28
13   BY MR. FRAWLEY:                                             08:28
14       Q.   Was it the same date for every single log or       08:28
15   was it added to different logs at different times?          08:28
16       A.   It was added at one time.                          08:29
17       Q.   Sorry.  So for each log it was added at the        08:29
18   exact same time; right?  Is that what you mean?             08:29
19       A.   Yes.                                               08:29
20       Q.   And you explained earlier that a Boolean field     08:29
21   means that it can only be true or false; correct?           08:29
22       A.   Yes.                                               08:29
23       Q.   So right now, today, could you -- sorry.  Let      08:29
24   me restart.                                                 08:29
25            Right now, today, could someone at Google run      08:29
```

Page 41

```
1    a search for every single log entry where              08:29
2    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ shows up as true?                   08:29
3              MR. ANSORGE:  Objection.  Foundation.  And   08:30
4    calls for speculation.  And form.                      08:30
5              THE WITNESS:  I think that only someone with 08:30
6    certain permission to the logs -- to access the logs   08:30
7    may query the log to see this Chrome_incognito --      08:30
8    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Boolean field.                      08:30
9    BY MR. FRAWLEY:                                        08:30
10        Q.   And that person could run a query for        08:30
11   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ equals true?                        08:30
12        A.   Yes.                                         08:30
13        Q.   Now, can you just explain to me at a high    08:31
14   level the logic that goes into making the choice of    08:31
15   whether something should be labeled true for           08:31
16   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇?                                      08:31
17             MR. ANSORGE:  Objection.  Form and vague.    08:31
18             THE WITNESS:  The high level logic, you mean 08:31
19   like -- could you specify what's high level logic?     08:31
20   BY MR. FRAWLEY:                                        08:31
21        Q.   Sure.                                        08:31
22             Like what kind of information is the field   08:31
23   using or looking at to decide whether it's going show up 08:31
24   as true?                                               08:31
25        A.   I will be -- so the input for determining this 08:32
```

Page 42

```
 1          ▇▇▇▇▇▇▇▇▇▇ Boolean field will include the absence   08:32
 2   of X-Client-Data header and also whether the request is    08:32
 3   from WebView and also if the request is from OS or         08:32
 4   macOS.                                                     08:32
 5        Q.   And the information that you just listed, is    08:32
 6   all of that information stuff that's already part of the  08:33
 7   same list of logs?                                         08:33
 8             MR. ANSORGE:  Objection.  Vague.                 08:33
 9             THE WITNESS:  Do you mean are those input I      08:33
10   talk about, are they in the -- in this list of logs, or   08:33
11   do you mean --                                             08:33
12             MR. FRAWLEY:  Yes.  That's exactly what I        08:33
13   mean.                                                      08:33
14             THE WITNESS:  Okay.  So my input -- my input    08:33
15   for like determining the ▇▇▇▇▇▇▇▇▇▇ Boolean field         08:33
16   will not -- are not logged in this log.                    08:34
17             MR. FRAWLEY:  Okay.  Could we do like a          08:34
18   five-minute break, Ms. Liu?                                08:34
19             THE WITNESS:  Okay.                              08:34
20             MR. FRAWLEY:  Okay, Joey?                        08:34
21             MR. ANSORGE:  Yeah.  Fine by me.  Should we     08:34
22   reconvene at 20 to the hour?                               08:34
23             MR. FRAWLEY:  Yes.                               08:34
24             MR. ANSORGE:  Does that work?                    08:34
25             MR. FRAWLEY:  Perfect.                           08:34
```