# EXHIBIT 1

# Redacted Version of Document Sought to be Sealed

Message

**From:** Google Forms [forms-receipts-noreply@google.com]
**Sent:** 6/9/2020 12:15:35 AM
**To:** bertleung@google.com
**Subject:** PWG-Display Sellside Silo Office Hours Booking



Thanks for filling out PWG-Display Sellside Silo Office Hours Booking

Here's what we got from you:

# PWG-Display Sellside Silo Office Hours Booking

Complete this form to book a slot for PWG-Display Office Hours. If you've booked a slot and need to cancel, please ping/email katrinaswanson@.

Your email address (**bertleung@google.com**) was recorded when you submitted this form.

Top of Form

What is your primary goal for attending Office Hours? *
Select the first option that applies.

- I was asked by a PWG representative (Display or otherwise) to attend PWG-Display Office Hours
- I need the privacy bit for my launch approved
- I have a few simple privacy questions or concerns
- I have multiple or complex privacy questions / concerns

**Project Details**

Help us help you help us all. Details about your project help us get the right folks in the room so that we can most efficiently answer your questions!

What is the name of your project/launch? *

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Who is the presenter? *
Please enter the presenter's username. This could be you or another person.

bertleung

Who else should be invited to the Office Hours slot? *
Comma separated list of usernames. If you're not the presenter but need to attend, add yourself!

bertleung

What is this launch/product about? Give the elevator pitch, providing a quick summary to someone who has no idea what you do. *

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓ g ▓▓▓▓▓▓▓

In your opinion, what are the privacy or other vulnerabilities? Do you propose any mitigation? *

▓▓▓▓▓▓▓▓▓▓▓▓▓ gg g ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

If you have an ▓▓▓▓ launch, please link it below: *

Not yet.

Please link to any relevant docs, including design docs, presentation decks, etc. *

▓▓▓▓▓▓▓▓▓▓▓▓▓

If this is not a first launch, what is the delta from the last time it was reviewed by the Privacy team? *

CONFIDENTIAL
GOOG-BRWN-00845640

This is the first design.

Have you visited PWG-Display office hours before for this topic? Include the date if you remember it. *

This is the first time.

Have you consulted directly with anyone in any PWG or the Ads Privacy team outside of Office Hours? If so, who? *

This includes anyone from the Ads Internal Controls team, Ads Transparency and Control team, Serving Ads Privacy Team, Ads Identity, or Ads Partner Policy team.

No.

Have you been in contact with your PCounsel regarding this launch? If so, please include their LDAP. *

Not sure who your PCounsel is? Check https://goto.google.com/whichlawyer

Not yet.

## Booking Details

Tell us when you want to attend Office Hours!

When would you like to attend Office Hours? *

If none of the available options work for you, please reach out to pwg-display@.

Thu Jun 18 2020 10:30:00 GMT-0700 (Pacific Daylight Time)

Thu Jun 18 2020 10:45:00 GMT-0700 (Pacific Daylight Time)

Thu Jun 25 2020 10:30:00 GMT-0700 (Pacific Daylight Time)

CONFIDENTIAL
GOOG-BRWN-00845641

Thu Jun 25 2020 10:45:00 GMT-0700 (Pacific Daylight Time)

Thu Jul 09 2020 10:30:00 GMT-0700 (Pacific Daylight Time)

Thu Jul 09 2020 10:45:00 GMT-0700 (Pacific Daylight Time)

Bottom of Form

Create your own Google Form

CONFIDENTIAL

GOOG-BRWN-00845642