# EXHIBIT 2

# Redacted Version of Document Sought to be Sealed

**Message**

| | |
|---|---|
| From: | Mandy Liu (Google Docs) [comments-noreply@docs.google.com] |
| Sent: | 10/6/2020 12:34:54 AM |
| To: | bertleung@google.com |
| Subject: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

## Mandy Liu resolved a comment in the following document

Detect 3P Cookie Blocking Browser Technical Design

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Bert Leung

▓▓▓▓▓   ▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓

Mandy Liu
New ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

*Marked as resolved*

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL

GOOG-BRWN-00845596