# EXHIBIT 8

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4                        ---o0o---
 5   PATRICK CALHOUN, et al.,     )
     on behalf of themselves and  )
 6   all others similarly         )
     situated,                    )
 7                                )
             Plaintiffs,          )Case No.
 8                                )5:20-cv-5146-LHK-SVK
     vs.                          )
 9                                )
     GOOGLE LLC,                  )
10                                )
             Defendant.           )
11   _____)
     CHASOM BROWN, et al.,        )
12   on behalf of themselves and  )
     all others similarly         )
13   situated,                    )
                                  )
14           Plaintiffs,          )Case No.
                                  )5:20-cv-03664-LHK
15   vs.                          )
                                  )
16   GOOGLE LLC,                  )
                                  )
17           Defendant.           )
     _____)
18
                          ---o0o---
19             Videotaped Zoom Deposition of
20                HUEI-HUNG (CHRIS) LIAO
21            CONFIDENTIAL, ATTORNEYS' EYES ONLY
22               Friday, December 3, 2021
23                        ---o0o---
24
     Katy E. Schmidt
25   RPR, RMR, CRR, CSR 13096
     Veritext Job No.: 4962198
```

Page 1

DocuSign Envelope ID: F1537ECF-7A98-4A98-8454-2374768D6FE2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

---

**Page 2**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4              ---o0o---
 5   PATRICK CALHOUN, et al ,      )
     on behalf of themselves and   )
 6   all others similarly          )
     situated,                     )
 7                                 )
                                   )
 8      Plaintiffs,    )Case No
                       )5:20-cv-5146-LHK-SVK
 9   vs                )
                       )
10   GOOGLE LLC,       )
                       )
11      Defendant      )
     _____)
     CHASOM BROWN, et al ,        )
12   on behalf of themselves and  )
     all others similarly         )
13   situated,                    )
                                  )
14      Plaintiffs,    )Case No
                       )5:20-cv-03664-LHK
15   vs                )
                       )
16   GOOGLE LLC,       )
                       )
17      Defendant      )
     _____)
18      BE IT REMEMBERED that, pursuant to Notice, and
19   on Friday, the 3rd day of December, 2021, commencing at
     the hour of 9:05 a m , thereof, in Sunnyvale,
20   California, before me, KATY E  SCHMIDT, a Certified
     Shorthand Reporter in and for the County of Yolo, State
21   of California, there virtually personally appeared
22      HUEI-HUNG (CHRIS) LIAO
23   called as a witness herein, who, being by me first duly
     sworn, was thereupon examined and interrogated as
24   hereinafter set forth
25
```

---

**Page 3**

```
 1   APPEARANCES:
 2   For The Plaintiffs:
 3          (Appeared via Zoom)
 4      BLEICHMAR FONTI & AULD LLP
        BY: LESLEY WEAVER, Esq
 5      555 12th Street, Suite 1600
        Oakland, California 994607
 6      415 445 4003
        lweaver@bfalaw com
 7
            (Appeared via Zoom)
 8
        SIMMONS HANLY CONROY
 9      BY: JASON "JAY" BARNES, Esq
        BY: AN TRUONG, Esq
10      One Court Street
        Alton, Illinois 62002
11      618 693 3104
        jaybarnes@simmonsfirm com
12
            (Appeared via Zoom)
13
        BOIES SCHILLER FLEXNER LLP
14      BY: MARK MAO, Esq
        BY: BEKO RICHARDSON, Esq
15      BY: ERIKA NYBORG-BURCH, Esq
        44 Montgomery Street, 41st Floor
16      San Francisco, California 94104
        415 293 6800
17      mmao@bsfllp com
18   For The Defendants:
19          (Appeared via Zoom)
20      Quinn Emanuel Urquhart & Sullivan LLP
        BY: JOSEF ANSORGE, Esq
21      BY: TRACY GAO, Esq
        51 Madison Avenue, 22nd Floor
22      New York, New York 10010
        212 849 7000
23      josefansorge@quinnemanuel com
24   ///
25   ///
```

---

**Page 4**

```
 1   APPEARANCES CONTINUED:
 2   Also present:
 3        David West, Videographer
 4        Ryan McGee, In-house counsel
 5        Toni Baker, In-house counsel
 6
            ---o0o---
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 5**

```
 1           INDEX OF EXAMINATION
 2              ---o0o---
 3                       Page
 4   Examination by Mr. Mao          09
 5   Examination by Mr. Ansorge      197
 6              ---o0o---
 7
 8      QUESTIONS INSTRUCTED NOT TO ANSWER
 9
10      Page    Line
11
12      (NOTHING OFFERED.)
13              ---o0o---
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)



1  BY MR. MAO:                           12:53
2      Q.  Good afternoon, Mr. Liao.     12:53
3          If I can trouble you to pull Exhibit No. 4.   12:53
4  Thank you.                            12:53
5      A.  Exhibit No. 4.                12:53
6      Q.  Yeah.  It's the "Ads Identity &    12:53
7  Infrastructure" document again.       12:53
8      A.  I have it.                     12:53
9      Q.  If you don't mind going to page 11, which is   12:53
10 on the bottom 24.  It should be -- let's see -- that   12:53
11 page.  I know it's a very long document.   12:53
12     A.  I have it.                     12:53
13     Q.  Okay.  Great.                  12:54
14         By the way, were you the author or one of the   12:54
15 authors of this presentation?         12:54
16     A.  Yes.                           12:54
17     Q.  On the top right there, what exactly is an   12:54
18 identity handler?                      12:54
19     A.  I believe I created this slide, but I borrowed  12:54
20 some graphics created earlier by other people.  And the   12:54
21 diagrams containing the identity handler was one of the   12:54
22 graphics I borrowed.                   12:54
23         In this case, I think identity handlers refers   12:54
24 to what eventually became ▮▮▮         12:54
25     Q.  Got it.                        12:54

Page 122

1          And so this is an older -- this is the old   12:54
2  original serving model and not the current ▮▮ serving   12:54
3  model.                                12:54
4          Is that right?  Or do I have that wrong?   12:54
5      A.  As I stated, I did not create the graphics on   12:55
6  this particular slide.  So I think some of the graphics   12:55
7  does look outdated, including referring -- having   12:55
8  referred to ▮▮ with a different name.   12:55
9      Q.  Okay.  But I think what you're trying to --   12:55
10 what you were trying to show in the middle column of   12:55
11 these three columns is that the identity handler --   12:55
12     A.  Oh, that's my Nest thermal detector auto   12:55
13 testing.  I apologize for the disruption.   12:55
14     Q.  Oh, no worries.  I've had that happen before   12:55
15 with my Nest.                          12:55
16         That middle column, were you trying to show   12:55
17 with that middle column that the identity handler is   12:55
18 handling data that goes into the stack from both I guess   12:56
19 P-logs and B-logs?                     12:56
20         MR. ANSORGE:  Objection.  Vague.   12:56
21         THE WITNESS:  I believe the middle diagram is   12:56
22

Page 123

8

Page 124

13         So I think you were asked about this   12:59
14 yesterday, if you don't mind going down to page --   12:59
15 sorry.  My .pdf number is not coming up for some   12:59
16 reason -- page 13.                     12:59
17     A.  Page 13.                        12:59
18     Q.  Which is 26 on the bottom.      12:59
19     A.  26.  I have it.                 12:59
20     Q.  It's -- yeah.  It's this chart, this one that   12:59
21 you were asked about yesterday.        01:00
22     A.  I have it.                      01:00
23     Q.  Yep.  Great.                    01:00
24         So with regard to this chart, I guess are   01:00
25 Gaia cookies and Biscotti cookies here in the middle and   01:00

Page 125

32 (Pages 122 - 125)



also PPID on the right there, are these all external 01:00
signals -- I'm sorry -- signal -- identity signals 01:00
coming in from the external world? 01:00
A. Yes. 01:00
Q. And that is getting parsed on the top right 01:00
where it says the "Parsing Layer." And where does [redacted] 01:00
sit in this chart? 01:00
A. In this chart, [redacted] is represented by the 01:00
larger bounding box containing the individual smaller 01:00
boxes. 01:00
Q. Got it. Okay. 01:00
So [redacted] is the bigger gray box covering all the 01:01
yellow boxes. 01:01
And I guess are you trying to convey that it's 01:01
ingesting the different identity signals coming in from 01:01
the external world to move downward in the process in 01:01
terms of what comes out? 01:01
MR. ANSORGE: Objection. Vague and form. 01:01
BY MR. MAO: 01:01
Q. I'm just trying to understand literally what 01:01
you're trying to convey with this graph. 01:01
A. The graph is trying to describe the 01:01
internal -- some of the internal components of [redacted] by 01:01
their logical functional grouping. 01:01
Q. Ah. Got it. 01:01

Page 126

And then if you move down one more page, and 01:01
you were asked about this as well yesterday, which is 01:01
page 13, and on the bottom it should be 27. 01:01
A. 27. 01:02
Q. Yeah. 01:02
A. I have it. 01:02
Q. Yep. This one? 01:02
A. Yes. 01:02
Q. [redacted]

Page 127

[redacted]
Q. Got it. Okay. That's super helpful. Thank 01:04
you so much. 01:04
(Plaintiffs' Exhibit 25 was 01:04
marked for identification.) 01:04
BY MR. MAO: 01:04
Q. If you don't mind, I had introduced into 01:04
Exhibit -- let me just make sure I have the right number 01:04
here. Sorry. It should be Exhibit No. 25. Would you 01:04

Page 128

mind pulling that? 01:04
A. Exhibit 25. 01:04
Q. I think it's [redacted]." 01:04
A. I have it. 01:04
Q. Yeah. Take some time to familiarize yourself 01:04
with it. 01:04
And my first question to you is basically 01:04
going to be have you seen this before? 01:04
A. I don't recall seeing it. I may have been 01:05
present in the room the presentation was given, but I 01:05
have no recollection at this moment. 01:05
Q. Got it. 01:05
Would you mind going to page 4, which is 59 on 01:05
the bottom right? 01:05
A. Can I take a brief moment to read through -- 01:05
Q. Of course. Please. Please do. Thank you so 01:05
much. 01:05
A. Okay. 01:06
Q. I'm still at page -- sorry. Not complaining 01:06
about the deposition software -- page 3 on the bottom 01:06
right. 01:06
A. Page 3. 01:06
Q. Yeah. Bottom right. It would be 59. 01:06
A. 59. 01:06
Q. Yes. 01:06

Page 129

CONFIDENTIAL - ATTORNEYS' EYES ONLY



1    A.  Okay.  I have it.                              01:06
2    Q.  This looks to me to basically be a variant of  01:06
3  your prior graph, I think.                           01:07
4       You could take a look --                        01:07
5    A.  It appears so.                                 01:07
6    Q.  Yeah.                                          01:07
7       So my question to you, and I think -- I think   01:07
8  Mr. Barnes asked this, either from this graph or the 01:07
9  graph like you saw before on the other exhibit that was 01:07
10 right below this.                                     01:07
11      I think my question to you is -- I think --     01:07
12 oh, yes.  There, I see it.  It's been grayed out.    01:07
13      You see on the top right, right under "Parse    01:07
14 PPID," there's a "Parse privacy req params"?         01:07
15      Again, I might be referring to the wrong one    01:07
16 of two graphs.  But I believe that you said that that's 01:07
17 parsing whether or not the incoming signal from the  01:07
18 external world contains a privacy preference or setting 01:07
19 of some type.                                         01:07
20      Is that -- do I have that right?                01:08
21      MR. ANSORGE:  Objection.  Mischaracterizes      01:08
22 prior testimony.                                      01:08
23      THE WITNESS:  For the box of "parse privacy     01:08
24 req," which stands for "request," parameters, the    01:08
25 purpose of this piece of logic is to parse the URL   01:08

Page 130

1  parameters that are related to privacy treatment as we 01:08
2  receive from the URL network request itself.         01:08
3       As I stated yesterday, I believe some of the   01:08
4  examples of such a URL can be, for example, GDPR, which 01:08
5  indicates to our systems that applicable GDPR behaviors 01:08
6  have to be enabled for this particular ad query.     01:08
7       I believe another example I gave was TFCD,      01:08
8  which stands for "treat for child directed."  I believe 01:09
9  the presence of the parameter enables our systems to 01:09
10 treat the ad query with the necessary child directed 01:09
11 treatments.                                           01:09
12 BY MR. MAO:                                           01:09
13   Q.  Got it.  Got it.                                01:09
14      As far as you're aware, amongst these privacy   01:09
15 signals, is there one for incognito mode browsing on 01:09
16 Chrome?                                               01:09
17   A.  No.                                            01:09
18   Q.

Page 131

Page 132

Page 133

Veritext Legal Solutions
866 299-5127



1 BY MR. MAO:
2    Q.  Did you explore whether or not you would use   01:15
3 the X-Client-Data header as a signal?                  01:15
4    A.  Yes.                                             01:15
5    Q.  And what was the conclusion on that?            01:16
6    A.  We did explore the use of X-Data -- User        01:16
7 Data -- Data User header -- I apologize. I don't have  01:16
8 the exact code name.                                    01:16
9        In the end it was determined that the accuracy 01:16
10 of using that header as the indication for incognito  01:16
11 mode is rather low, and, again, I am not a Chrome      01:16
12 engineer, so I do not know the specifics around the   01:16
13 header.                                                01:16
14       My understanding is that the absence of the     01:16
15 header can be due to a variety of reasons, one of which 01:16
16 can be incognito mode, but it can also -- the header can 01:16
17 also be absent for a large number of other reasons.    01:16
18    Q.  Right.                                          01:16
19       But you would agree that at least in Chrome,    01:16
20 all incognito traffic would not include the            01:16
21 X-Client-Data header generally.                        01:16
22       Isn't that correct?                              01:17
23       MR. ANSORGE: Objection. Vague. Form and         01:17
24 foundation.                                            01:17
25       THE WITNESS: Again, I'm not a Chrome            01:17

Page 136

21 BY MR. MAO:
22    Q.  And that was within the confines of the        01:14
23 existing architecture? Because you said that you didn't 01:14
24 then build any new dedicated signals, right, for       01:14
25 incognito mode.                                         01:14

Page 134

1        And my question is can you build that?          01:14
2        MR. ANSORGE: Objection. Vague. Foundation.      01:14
3        THE WITNESS: I'm not certain if we can build    01:14
4 that or not.                                            01:14
5 BY MR. MAO:                                             01:14
6    Q.  Why are you not certain?                         01:14
7    A.  Because of the technical constraints that I     01:14
8 mentioned because of the lack of a reliable way of      01:14
9 detecting incognito, I'm not sure if such a signal can  01:14
10 be built.                                              01:14
11    Q.  So tell me a little bit about what was the     01:14
12 problem that you ran into when you were trying to detect 01:14
13 in incognito mode?                                      01:14
14       MR. ANSORGE: Objection. Vague.                   01:14
15       THE WITNESS: I can't comment on the detailed     01:15
16 implementation of Chrome so I can only comment from an  01:15
17 ads perspective.                                        01:15
18       We were not able to reliably detect incognito   01:15
19 mode because there is no apparent differences or signals 01:15
20 that are unique to the incognito mode as opposed to     01:15
21 non-incognito mode.                                     01:15
22       For example, incognito mode blocks third-party   01:15
23 cookies today but third-party cookies can also be absent 01:15
24 for a large number of other reasons that are not a      01:15
25 result of incognito mode.                               01:15

Page 135

1 engineer, so I do not know the exact conditions under   01:17
2 which the header may or may not be sent.                01:17
3        My understanding is in general, incognito mode  01:17
4 will not carry that header, but also a large number of  01:17
5 scenarios will also lead to the absence of the header.  01:17
6 BY MR. MAO:                                             01:17
7    Q.  Right.                                           01:17
8        But are you aware of situations where the       01:17
9 X-Client-Data header would be included in incognito     01:17
10 mode?                                                   01:17
11       MR. ANSORGE: Objection --                        01:17
12       THE WITNESS: No.                                 01:17
13       MR. ANSORGE: -- vague. Form and foundation.     01:17
14 BY MR. MAO:                                             01:17
15    Q.  So you say "No."                                01:17
16       Is the reason for -- so it sounds like what     01:17
17 you're saying is that inaccuracy is one of             01:17
18 over-inclusiveness; right? In other words, you're       01:17
19 saying the lack of the X-Client-Data header, even though 01:17
20 you're not aware of incognito mode ever carrying the    01:17
21 X-Client-Data header, the lack of the X-Client-Data     01:17
22 header to you, as a non-Chrome engineer, at least is not 01:17
23 indicative of the incognito mode.                       01:18
24       Did I say that correctly?                        01:18
25       MR. ANSORGE: Objection. Form and narrative.     01:18

Page 137

35 (Pages 134 - 137)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    THE WITNESS:  As far as I'm aware -- and I do   01:18
2  not know the specific implementation of the Chrome   01:18
3  header in question here.                           01:18
4     But my general understanding is incognito mode  01:18
5  does not carry this header.  I do not know if the   01:18
6  opposite is true or not.                           01:18
7  BY MR. MAO:                                         01:18
8    Q.  Got it.                                      01:18
9     So are there not other ways that can be custom  01:18
10  built to signal to ▮▮▮ that, hey, this is incognito  01:18
11  traffic?                                           01:18
12    MR. ANSORGE:  Objection. Form.                  01:18
13    THE WITNESS:  As I stated earlier, there isn't  01:18
14  a reliable signal that we are aware of that can be used   01:18
15  to infer incognito mode.  And as a result, I cannot   01:19
16  think of a way of building a mechanism to reliably   01:19
17  detect incognito mode.                             01:19
18  BY MR. MAO:                                         01:19
19    Q.  At least from the ▮▮▮ side; right?  Or is your  01:19
20  opinion also opining on whether or not Chrome can be  01:19
21  built to convey that this is incognito mode?       01:19
22    A.  I cannot speak for Chrome.                   01:19
23    Q.  Even though you're not a Chrome engineer, you  01:19
24  would agree with me that surely Chrome can be built to  01:19
25  signal that something is in incognito mode, wouldn't you  01:19

Page 138

1  agree?                                             01:19
2    MR. ANSORGE:  Objection. Form. Foundation.       01:19
3    THE WITNESS:  I do not have the necessary        01:19
4  knowledge to assess that statement.                01:19
5  BY MR. MAO:                                         01:19
6    Q.  Okay.  So then let me ask you the opposite.  01:19
7     As a result of that, how would ▮▮▮ when it's    01:19
8  looking at the traffic that has already been generated,  01:19
9  know whether or not something was in incognito mode?  01:19
10    MR. ANSORGE:  Objection. Vague. Form.           01:19
11  BY MR. MAO:                                         01:20
12    Q.  Let me give you a better example, something a  01:20
13  little more clear.                                 01:20
14     If I were to say I wanted to delete all        01:20
15  entries of logs in the ad query log, for example, that  01:20
16  we had just looked at, that were generated as a result  01:20
17  of being somebody in X -- somebody in incognito mode,  01:20
18  am I able to use ▮▮▮ to identify those entries and  01:20
19  delete it from the logs?                           01:20
20    A.  I think there are two parts to your question,  01:20
21  and the first part is whether or not it is technically  01:20
22  feasible to detect incognito from the logs.        01:20
23     And the second part of your question was       01:20
24  whether or not UIS can be the place to -- for that to  01:20
25  happen?                                            01:20

Page 139

1    Do I understand your questions correctly?        01:20
2    Q.  Yes.  We can answer it in that order.  That's  01:20
3  perfectly fine.                                     01:20
4     Let's start with the logs and then let's start  01:21
5  with ▮▮▮ ability in that role.                      01:21
6    A.  As I stated before, we do not have a reliable  01:21
7  signal to infer incognito mode at this time we receive  01:21
8  an ad query.  And as a result, we are also unable to  01:21
9  infer incognito mode using the same set of signals from  01:21
10  the logs.                                           01:21
11    Q.  So you would have no way of looking at the   01:21
12  logs and knowing what is incognito mode traffic to be  01:21
13  removed, if I needed to remove incognito traffic or not.  01:21
14     Isn't that correct?                            01:21
15    A.  To the best of my knowledge, there exists no  01:21
16  way to definitively know the incognito state of a given  01:21
17  ad query.                                           01:21
18    Q.  If the Court were in this case to order Google  01:21
19  to delete all log entries containing incognito traffic,  01:21
20  at least sitting from the perspective of the head of  01:22
21  product of ▮▮▮ is there a way in which you can see  01:22
22  within your purview of how we go about doing that?  01:22
23    MR. ANSORGE:  Objection. Form. Vague. And       01:22
24  incomplete hypothetical.                           01:22
25    THE WITNESS:  Because of the lack of reliable   01:22

Page 140

1  signals to infer incognito mode, we will not be able to  01:22
2  definitively identify incognito traffic or log entries  01:22
3  from this system.                                   01:22
4  BY MR. MAO:                                         01:22
5    Q.  Got it.                                      01:22
6     Let me move down two pages on this exhibit to   01:22
7  Exhibit -- I'm sorry -- page 61 there -- it's page 6,  01:22
8  dash 61 on the bottom.                             01:23
9    A.  Dash 61.  I have it.                         01:23
10    Q.  Great.                                      01:23
11     My question to you is -- and I'm going to give  01:23
12  you some time to look at this.                     01:23
13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 141

36 (Pages 138 - 141)