# EXHIBIT 20

# Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | owner-googleteam@lists.susmangodfrey.com on behalf of Mark C. Mao |
| **To:** | Josef Ansorge; Ryan McGee x3030; Timothy Schmidt; Douglas Brush |
| **Cc:** | QE Brown; GOOGLETEAM@lists.susmangodfrey.com |
| **Subject:** | Re: Brown ((20-3664) Calhoun (20-5146) v. Google - Informal Meet and Confer Conferences this Wednesday - Confidential |
| **Date:** | Wednesday, February 23, 2022 8:17:34 PM |

**EXTERNAL Email**

Mr. Ansorge. ██████████████████████████████████
████████████████████████████████.

Get Outlook for iOS

---

**From:** Josef Ansorge <josefansorge@quinnemanuel.com>
**Sent:** Wednesday, February 23, 2022 5:06:21 PM
**To:** Mark C. Mao <mmao@BSFLLP.com>; Ryan McGee x3030 <rmcgee@forthepeople.com>; Timothy Schmidt <timothy.schmidt@accelconsulting.llc>; Douglas Brush <douglas.brush@accelconsulting.llc>
**Cc:** QE Brown <qebrown@quinnemanuel.com>; GOOGLETEAM@lists.susmangodfrey.com <GOOGLETEAM@lists.susmangodfrey.com>
**Subject:** Re: Brown ((20-3664) Calhoun (20-5146) v. Google - Informal Meet and Confer Conferences this Wednesday - Confidential

Mr. Mao:

Our understanding is that the log source ████████████████ has a field named ████████████████████████████████████████████████. As we have explained before, ████████████ lists the largest 100 fields in a given ████████ log. If the field ████████████████████████████████████████████████ is not one of the largest 100 fields, then it won't be listed in ████████████.

Please let us know what time tomorrow afternoon you would like to meet and confer.

Best,

**Josef Ansorge**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8267 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
josefansorge@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client

communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mark C. Mao <mmao@BSFLLP.com>
**Sent:** Wednesday, February 23, 2022 7:18:43 PM
**To:** Ryan McGee x3030 <rmcgee@forthepeople.com>; Timothy Schmidt <timothy.schmidt@accelconsulting.llc>; Douglas Brush <douglas.brush@accelconsulting.llc>
**Cc:** QE Brown <qebrown@quinnemanuel.com>; GOOGLETEAM@lists.susmangodfrey.com <GOOGLETEAM@lists.susmangodfrey.com>
**Subject:** RE: Brown ((20-3664) Calhoun (20-5146) v. Google - Informal Meet and Confer Conferences this Wednesday - Confidential

**[EXTERNAL EMAIL from mmao@bsfllp.com]**

Mr. Ansorge: In addition to the question below, I am also open tomorrow and Friday to meet and confer with you as requested by the Special Master.

Special Master Brush and Mr. Schmidt – After Mr. Ansorge gives me a time to meet and confer, I will send out proposals for another meeting with you, prior to the next regular scheduled meeting.  Thank you.

---

**From:** Mark C. Mao
**Sent:** Wednesday, February 23, 2022 2:01 PM
**To:** Ryan McGee x3030 <rmcgee@forthepeople.com>; Timothy Schmidt <timothy.schmidt@accelconsulting.llc>; Douglas Brush <douglas.brush@accelconsulting.llc>
**Cc:** QE Brown <qebrown@quinnemanuel.com>; GOOGLETEAM@lists.susmangodfrey.com
**Subject:** RE: Brown ((20-3664) Calhoun (20-5146) v. Google - Informal Meet and Confer Conferences this Wednesday - Confidential

Mr. Ansorge:

I looked at the [REDACTED] log you identified, and there is no field for the [REDACTED] bit. We looked at every field.

Which field from this schema would that bit be located?  Please let us know that quickly.

Thank you in advance.

---

**From:** Ryan McGee x3030 <rmcgee@forthepeople.com>
**Sent:** Tuesday, February 22, 2022 5:11 PM
**To:** Timothy Schmidt <timothy.schmidt@accelconsulting.llc>; Douglas Brush <douglas.brush@accelconsulting.llc>

**Cc:** QE Brown <qebrown@quinnemanuel.com>; GOOGLETEAM@lists.susmangodfrey.com; Mark C. Mao <mmao@BSFLLP.com>
**Subject:** RE: Brown ((20-3664) Calhoun (20-5146) v. Google - Informal Meet and Confer Conferences this Wednesday - Confidential

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Dear Special Master Brush, Mr. Schmidt, and Counsel:

The *Brown* Plaintiffs propose the following agenda for our session:

1. Field Descriptions and Schema
    - Plaintiffs want to know when they will receive the field descriptions that the Special Master ordered on December 15, 2021 (see attached email)
    - Plaintiffs also want to know when they can expect schemas for all logs that Bert Leung used for his Incognito analysis
2. Any Withheld Information
    - Has Google limited or withheld any production of fields from the data sources, including Search and [REDACTED] bits. If so, when, which, and why?
3. [REDACTED] Bit
    - Please identify all data sources that contain or contained the [REDACTED] bit.
4. Identifiers & Data Sources
    - Are there any identifiers that Plaintiffs have submitted that do not exist in the data sources requested to be searched with those identifiers?
5. Plaintiffs' Data
    - Googled stated it would search [REDACTED] and produce the results to the Special Master for review; when can Plaintiffs expect that production?
6. Searching Historical Data (more than 8 days)
    - What has Google done to search for historical data?
7. Finishing Iterative Search 1

Thank you,
Ryan


**Ryan McGee**
Attorney
My Bio

**P:** (813) 223-0931
**F:** (813) 222-4702
**A:** 201 N Franklin St, 7th Floor, Tampa, FL 33602



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

---

**From:** Timothy Schmidt <timothy.schmidt@accelconsulting.llc>
**Sent:** Tuesday, February 22, 2022 3:51 PM
**To:** QE Calhoun <qecalhoun@quinnemanuel.com>; QE Brown <qebrown@quinnemanuel.com>; GOOGLETEAM@lists.susmangodfrey.com; Lesley Weaver <lweaver@bfalaw.com>; David Straite <dstraite@dicellolevitt.com>; jaybarnes@simmonsfirm.com; Mark C. Mao <mmao@bsfllp.com>; Sharon Cruz <scruz@dicellolevitt.com>; Ryan McGee x3030 <rmcgee@forthepeople.com>; Adam Prom <aprom@dicellolevitt.com>; Angelica Ornelas <aornelas@bfalaw.com>
**Cc:** Douglas Brush <douglas.brush@accelconsulting.llc>
**Subject:** *EXT* Brown ((20-3664) Calhoun (20-5146) v. Google - Informal Meet and Confer Conferences this Wednesday - Confidential

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

---

All,

In light of our upcoming informal conferences tomorrow, Special Master Brush and I have discussed and continue to review your submissions.

If you have further (brief) submissions for Special Master Brush, he will be taking those only until 5:00 pm EST today to have adequate time to prepare for the sessions thoughtfully.

Please also work together (Plaintiffs and Google) in preparing agendas for the conferences. As before, Mr. Brush has asked that these agendas be joint submissions with bullet points and only the necessary technical language to support issues. These are due no later than 8:00 pm EST, today.

Thank you,
Tim Schmidt

*Timothy Schmidt*
Consultant
**M** 202.577.5302
**E** timothy.schmidt@accelconsulting.llc

**Accel Consulting LLC**
BOULDER, CO 80301

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to other contractual or confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply email and delete this message.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the GOOGLETEAM list, click here