UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-03664-YGR   (SVK) <br><br> **ORDER REGARDING DOCUMENTS SUBMITTED FOR IN-CAMERA REVIEW** <br><br> Re: Dkt. Nos. 456, 468, 486 |

Plaintiffs sought in-camera review of certain documents for which Defendant claims privilege in whole or in part. Dkt. 456. The Court found cause to review four of the disputed documents in-camera and asked for briefing from Defendant. Dkt. 468, Dkt. 486. The Court has reviewed the submissions of both Parties, conducted an in-camera review of the disputed documents and **ORDERS** as follows:

| Document | Ruling |
|---|---|
| GOOG-CABR-03667431 | The document is covered by the attorney-client privilege; no production and may be clawed back. |
| GOOG-CABR-05766200 | The redacted sections under "Considerations . . . .privacy" and "Privacy review guidance" are covered by the attorney-client privilege, and the redactions remain in place. |
| GOOG-BRWN-00846508 | At page -00846513: <br> The redacted bullet point which begins "Option 1:" and continues on the same line ending with "types" shall be unredacted. The sub-bullets that follow are to remain redacted. <br><br> The redacted bullet point which begins "Option 2:" and continues to the next line ending with "headers" shall be unredacted. The sub-bullets that follow are to remain redacted. |

|  | All other redactions remain in place as covered by the attorney-client privilege. |
|---|---|
| GOOG-CABR-00547295 | The redaction sections at -296 are covered by the attorney-client privilege, and the redactions remain in place. |

**SO ORDERED.**

Dated: March 24, 2022

SUSAN VAN KEULEN
United States Magistrate Judge