1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Diane M. Doolittle (CA Bar No. 142046)          Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com                 andrewschapiro@quinnemanuel.com
   Sara Jenkins (CA Bar No. 230097)                Teuta Fani (admitted *pro hac vice*)
3  sarajenkins@quinnemanuel.com                    teutafani@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor               191 N. Wacker Drive, Suite 2700
4  Redwood Shores, CA 94065                        Chicago, IL 60606
   Telephone: (650) 801-5000                       Telephone: (312) 705-7400
5  Facsimile: (650) 801-5100                       Facsimile: (312) 705-7401
6
   Stephen A. Broome (CA Bar No. 314605)           Josef Ansorge (admitted *pro hac vice*)
7  stephenbroome@quinnemanuel.com                  josefansorge@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)              Xi ("Tracy") Gao (CA Bar No. 326266)
8  violatrebicka@quinnemanuel.com                  tracygao@quinnemanuel.com
   Crystal Nix-Hines (Bar No. 326971)              Carl Spilly (admitted *pro hac vice*)
9  crystalnixhines@quinnemanuel.com                carlspilly@quinnemanuel.com
   Alyssa G. Olson (CA Bar No. 305705)             1300 I Street NW, Suite 900
10 alyolson@quinnemanuel.com                       Washington D.C., 20005
   865 S. Figueroa Street, 10th Floor              Telephone: (202) 538-8000
11 Los Angeles, CA 90017                           Facsimile: (202) 538-8100
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13
14
   Jomaire Crawford (admitted *pro hac vice*)      Jonathan Tse (CA Bar No. 305468)
15 jomairecrawford@quinnemanuel.com                jonathantse@quinnemanuel.com
   51 Madison Avenue, 22nd Floor                   50 California Street, 22nd Floor
16 New York, NY 10010                              San Francisco, CA 94111
   Telephone: (212) 849-7000                       Telephone: (415) 875-6600
17 Facsimile: (212) 849-7100                       Facsimile: (415) 875-6700
18
   *Counsel for Defendant Google LLC*
19
                          UNITED STATES DISTRICT COURT
20
                  NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
21

22 CHASOM BROWN, WILLIAM BYATT,                    Case No. 4:20-cv-03664-YGR-SVK
   JEREMY DAVIS, CHRISTOPHER
   CASTILLO, and MONIQUE TRUJILLO,                 **DECLARATION OF JONATHAN TSE IN**
23 individually and on behalf of themselves and    **SUPPORT OF JOINT SUBMISSION RE:**
   all others similarly situated,                  **SEALING PORTIONS OF THE JOINT**
24                                                 **SUBMISSION IN RESPONSE TO DKT.**
              Plaintiffs,                          **506 RE 487, 505: DISCOVERY ORDERS 1**
25                                                 **& 2**
       vs.
26                                                 **Referral: Hon. Susan van Keulen, USMJ**
   GOOGLE LLC,
27
              Defendant.
28

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of the Parties' Joint Submission in Response to Dkt. 506 re 487, 505: Discovery Orders 1 & 2. In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential information and that public disclosure could cause competitive harm.

3. Google respectfully requests that the Court seal the redacted portions identified in the Orders.

4. The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including details related to internal systems and operations that Google does not share publicly, including internal projects, identifiers, internal practices with regard to Incognito and its proprietary functionalities, as well as internal metrics and investigation into financial impact of certain features, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

5. Such confidential information reveals Google's internal systems and operations and falls within the protected scope of the Protective Order entered into this action. *See* Dkt. 81 at 2-3.

6. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google.

7. On March 28, 2022, the parties conferred on the proposed redactions to the Orders. Plaintiffs take no position on sealing the proposed redactions.

8. For these reasons, Google respectfully requests that the Court order the identified portions of the Orders to be sealed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on March 28, 2022.

DATED: March 28, 2022	QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Jonathan Tse*
　　Jonathan Tse

*Attorney for Defendant*