**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR EXPERT DISCOVERY AND CLASS CERTIFICATION**<br><br>Judge:   Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Defendant Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, Google seeks a modest extension of time to file an Answer to Plaintiffs' Third Amended Complaint—from April 1, 2022 to April 8, 2022;

WHEREAS, the Parties agree that Plaintiffs should have an opportunity to review Google's Answer prior to the deadline for submitting opening expert reports;

WHEREAS, the Parties agree that Plaintiffs should have an opportunity to review all productions in response to Search 2 of the Special Master process prior to the deadline for submitting opening expert reports;

WHEREAS, Google has committed to completing all productions in response to Search 2 of the Special Master process by April 8, 2022;

WHERES, the Parties have agreed to extend by two weeks each of the deadlines for opening expert reports and rebuttal expert reports;

WHEREAS, the Parties wish to have more flexibility for scheduling expert depositions, and therefore seek to extend the close of expert discovery in this case;

WHEREAS, the Parties have agreed to a protocol to govern scheduling expert depositions, namely, each party must provide a date for the expert's deposition within three business days of the other party requesting a date; the producing party must make a good faith effort to provide a deposition date that is within two weeks of the request, subject to the expert's availability;

WHEREAS, the Parties have agreed to a modest extension of the class certification briefing schedule, which will not impact the currently scheduled September 20, 2022 hearing.

NOW THEREFORE, the Parties stipulate as follows:

1. The deadline for Google to file an Answer to the Third Amended Complaint is extended from April 1, 2022 to April 8, 2022.

2. Google shall complete all productions for Search 2 of the Special Master process by April 8, 2022.

3. The deadline for the exchange of opening expert reports is extended from April 1, 2022 to April 15, 2022.

4. The deadline for the exchange of rebuttal expert reports is extended from May 6, 2022 to May 20, 2022.

5. The deadline for the close of expert discovery is extended from June 2, 2022 to August 25, 2022.

6. Each party must provide a date for the expert's deposition within three business days of the other party requesting a date; the producing party must make a good faith effort to provide a deposition date that is within two weeks of the request, subject to the expert's availability.

7. The last day to file a motion for class certification is extended from June 9, 2022 to June 16, 2022.  Any opposition shall be due August 4, 2022, and any reply shall be due August 25, 2022.

8. The Parties agree to keep the currently scheduled September 20, 2022 hearing for Plaintiffs' motion for class certification.

DATED:  March 28, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSMAN GODFREY LLP |
|---|---|
| _/s/ Stephen A. Broome_ <br> Andrew H. Schapiro (admitted pro hac vice) <br> andrewschapiro@quinnemanuel.com <br> Teuta Fani (admitted pro hac vice) <br> teutafani@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> Crystal Nix-Hines (Bar No. 326971) <br> crystalnixhines@quinnemanuel.com <br> Alyssa G. Olson (CA Bar No. 305705) <br> alyolson@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor | _/s/ Amanda Bonn_ <br> Mark C. Mao (CA Bar No. 236165) <br> mmao@bsfllp.com <br> Beko Reblitz-Richardson (CA Bar No. 238027) <br> brichardson@bsfllp.com <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 <br> Tel: (415) 293 6858 <br> Fax: (415) 999 9695 <br><br> James W. Lee (*pro hac vice*) <br> jlee@bsfllp.com <br> Rossana Baeza (*pro hac vice*) <br> rbaeza@bsfllp.com <br> 100 SE 2nd Street, Suite 2800 <br> Miami, FL 33130 <br> Tel: (305) 539-8400 <br> Fax: (305) 539-1304 <br><br> William Christopher Carmody (*pro hac vice*) |

| | |
|---|---|
| Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* | bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330<br><br>Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br><br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736<br><br>Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br><br>*Attorneys for Plaintiffs* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: March 28, 2022                    By     */s/ Amanda Bonn*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER**<br><br>Judge:   Honorable Yvonne Gonzalez Rogers |

Pursuant to stipulation of the Parties, the Court revises the case schedule as follows:

| Scheduled Event | Current Date | New Date |
|---|---|---|
| Google's Answer to Third Amended Complaint | April 1, 2022 | April 8, 2022 |
| Google's Deadline to Complete Productions in Response to Search 2 of the Special Master process | N/A | April 8, 2022 |
| Opening Expert Reports | April 1, 2022 | April 15, 2022 |
| Rebuttal Expert Reports | May 6, 2022 | May 20, 2022 |
| Close of Expert Discovery | June 2, 2022 | August 25, 2022 |
| Class Certification Motion | Motion: June 9, 2022<br>Opp'n: July 28, 2022<br>Reply: August 25, 2022 | Motion: June 16, 2022<br>Opp'n: August 4, 2022<br>Reply: No change: August 25, 2022 |
| Class Certification Hearing | September 20, 2022 | No change: September 20, 2022 |

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge