# EXHIBIT 3
# Redacted Version of Document Sought to be Sealed

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4                        ---o0o---
5    CHASOM BROWN, et al.,          )
     on behalf of themselves and    )
6    all others similarly           )
     situated,                      )
7                                   )
             Plaintiffs,            )Case No.
8                                   )5:20-cv-03664-LHK
     vs.                            )
9                                   )
     GOOGLE LLC,                    )
10                                  )
             Defendant.             )
11   _____)
12
13                       ---o0o---
14           Videotaped Zoom Deposition of
15              DR. CAITLIN SADOWSKI
16                    CONFIDENTIAL
17            Thursday, March 10, 2022
18                       ---o0o---
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Veritext Job No.: 5130524
```

Page 1

| | | |
|---|---|---|
| 1 | MR. MCGEE:  Actually, I'd like to go off the | 03:56 |
| 2 | record right now. | 03:56 |
| 3 | MR. ANSORGE:  Okay.  Let's go off the record. | 03:56 |
| 4 | THE VIDEOGRAPHER:  We're now going off the | 03:56 |
| 5 | record.  The time is 3:56 p.m. | 03:56 |
| 6 | (Break taken in proceedings.) | 03:56 |
| 7 | THE VIDEOGRAPHER:  We are now back on the | 04:15 |
| 8 | record.  The time is 4:15 p.m. | 04:15 |
| 9 | (Plaintiffs' Exhibit 2 was | 04:15 |
| 10 | marked for identification.) | 04:15 |
| 11 | BY MR. MCGEE: | 04:15 |
| 12 | Q.   Dr. Sadowski, when we went off the record, we | 04:15 |
| 13 | were provided what I've marked as Exhibit 2. | 04:15 |
| 14 | Is that the document that you referenced was | 04:15 |
| 15 | the fax sheet? | 04:15 |
| 16 | A.   I should look at the drive folder and see. | 04:15 |
| 17 | Okay.  I see something called Exhibit 2.  I am | 04:16 |
| 18 | opening it now. | 04:16 |
| 19 | Q.   Great.  Thank you. | 04:16 |
| 20 | A.   Yes.  This document is what I had referred to | 04:16 |
| 21 | as, I believe, reference sheet. | 04:16 |
| 22 | Q.   Okay.  And the third line it says "No fields | 04:16 |
| 23 | named" and in bold "███████████  or | 04:16 |
| 24 | ████████████." | 04:16 |
| 25 | What is that reference, the "No fields named"? | 04:16 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | What does that mean? | 04:16 |
| 2 | A.   I mentioned I use our internal code search | 04:16 |
| 3 | tool to look up these two field names, and they did not | 04:16 |
| 4 | appear. | 04:16 |
| 5 | Q.   Okay.  So it's your testimony that with the | 04:16 |
| 6 | internal code search tool, the ███████████████ | 04:16 |
| 7 | █████████████████ search term did not return any | 04:17 |
| 8 | results? | 04:17 |
| 9 | A.   Yes.  When I looked at -- when I did a search | 04:17 |
| 10 | for ██████████████████████████ across | 04:17 |
| 11 | Google's multibillion line repository that I have access | 04:17 |
| 12 | to internally, I did not get any search results. | 04:17 |
| 13 | Q.   Do you know what data sources that tool | 04:17 |
| 14 | searches over? | 04:17 |
| 15 | MR. ANSORGE:  Objection.  Vague and out of | 04:17 |
| 16 | scope. | 04:17 |
| 17 | BY MR. MCGEE: | 04:17 |
| 18 | Q.   You can answer. | 04:17 |
| 19 | A.   The code search tool searches over a | 04:17 |
| 20 | multibillion line code base.  That's the main code base | 04:17 |
| 21 | that is used at Google. | 04:17 |
| 22 | Q.   Okay.  Let me ask it this way: | 04:18 |
| 23 | Are there any data sources that would not be | 04:18 |
| 24 | searched by that tool? | 04:18 |
| 25 | MR. ANSORGE:  Objection.  Vague. | 04:18 |

Page 19

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  There are millions or billions | 04:18 |
| 2 | of data sources in the world.  Many of them would not be | 04:18 |
| 3 | searched via that tool. | 04:18 |
| 4 | BY MR. MCGEE: | 04:18 |
| 5 | Q.  Okay.  Let me ask it this way: | 04:18 |
| 6 | Within Google, are there any data sources that | 04:18 |
| 7 | that tool would not search? | 04:18 |
| 8 | MR. ANSORGE:  Objection.  Vague, and out of | 04:18 |
| 9 | the scope. | 04:18 |
| 10 | THE WITNESS:  Yes. | 04:18 |
| 11 | BY MR. MCGEE: | 04:18 |
| 12 | Q.  What sources are those? | 04:18 |
| 13 | A.  There are many.  One example is the chromium | 04:18 |
| 14 | open source repository, which any -- anyone externally | 04:18 |
| 15 | can also search over. | 04:19 |
| 16 | Q.  Okay.  What other sources would it not search | 04:19 |
| 17 | within Google? | 04:19 |
| 18 | MR. ANSORGE:  Same objection. | 04:19 |
| 19 | THE WITNESS:  My e-mail. | 04:19 |
| 20 | BY MR. MCGEE: | 04:19 |
| 21 | Q.  Okay. | 04:19 |
| 22 | A.  As an example. | 04:19 |
| 23 | Q.  What other data sources? | 04:19 |
| 24 | A.  The -- | 04:19 |
| 25 | MR. ANSORGE:  Same objection. | 04:19 |

Page 20

CONFIDENTIAL

```
 1              THE WITNESS:  -- e-mail of -- oh -- other    04:19

 2    e-mails.                                               04:19

 3    BY MR. MCGEE:                                          04:19

 4        Q.   What other data source would it not search   04:19

 5    over?                                                  04:19

 6        A.   Documents in a drive folder.                 04:19

 7        Q.   Would it search all log files?               04:19

 8              MR. ANSORGE:  Objection.  Vague, and out of 04:19

 9    scope.                                                 04:20

10              THE WITNESS:  Code search does not search over 04:20

11    log files.  Code search searches over source code.    04:20

12    BY MR. MCGEE:                                          04:20

13        Q.   Okay.  Would it search over proto files?     04:20

14              MR. ANSORGE:  Objection.  Vague.            04:20

15              THE WITNESS:  It would search over proto    04:20

16    definitions.                                           04:20

17    BY MR. MCGEE:                                          04:20

18        Q.   Would it search all available proto          04:20

19    definitions or is it a subset?                        04:20

20              MR. ANSORGE:  Objection.  Calls -- objection. 04:20

21    Calls for speculation and out of scope.               04:20

22              THE WITNESS:  It would search over all      04:20

23    proto definitions in Google's main repository.        04:20

24    BY MR. MCGEE:                                          04:20

25        Q.   Okay.  Let me ask it this way:               04:20
```

Page 21

| | | |
|---|---|---|
| 1 | If there was a field in a log file that had | 04:21 |
| 2 | ████████████████████████ but that same | 04:21 |
| 3 | ████████████████████████ did not have | 04:21 |
| 4 | a field or a proto definition, would your internal code | 04:21 |
| 5 | search tool return results for that search term? | 04:21 |
| 6 | MR. ANSORGE:  Objection.  Form, and incomplete | 04:21 |
| 7 | hypothetical. | 04:21 |
| 8 | THE WITNESS:  I could create a proto field on | 04:21 |
| 9 | my local machine with any field names that I want, and | 04:21 |
| 10 | create a proto -- a proto file for testing with some | 04:21 |
| 11 | kind of -- or on the machine that I do work -- work at. | 04:21 |
| 12 | So you could create a specific proto with an arbitrary | 04:21 |
| 13 | name and log that specific proto. | 04:22 |
| 14 | BY MR. MCGEE: | 04:22 |
| 15 | Q.   Okay.  Let me ask you this: | 04:22 |
| 16 | Are all proto fields -- do they all have | 04:22 |
| 17 | descriptions at Google? | 04:22 |
| 18 | MR. ANSORGE:  Objection.  Vague and | 04:22 |
| 19 | foundation, and out of the scope. | 04:22 |
| 20 | THE WITNESS:  I have not seen all proto fields | 04:22 |
| 21 | at Google. | 04:22 |
| 22 | BY MR. MCGEE: | 04:22 |
| 23 | Q.   All right.  Are there proto fields that you've | 04:22 |
| 24 | seen at Google that did not have descriptions? | 04:22 |
| 25 | A.   Yes.  But it also depends on what you mean by | 04:22 |

Page 22

| 1 | description.  I am assuming that you are referring to a | 04:22 |
|---|---|---|
| 2 | code comment directly above the name of the field.  I | 04:23 |
| 3 | have seen proto fields at Google that do not have a code | 04:23 |
| 4 | comment directly above the name of the field. | 04:23 |

| 5 |      Q.   Okay. | 04:23 |
|---|---|---|
| 6 |      A.   Typically in those cases the name of the field | 04:23 |
| 7 | is descriptive. | 04:23 |
| 8 |      Q.   So if ████████████████████ | 04:23 |
| 9 | ██████ did not have what you just described, would it | 04:23 |
| 10 | still -- would your internal code search tool return any | 04:23 |
| 11 | results for it? | 04:23 |
| 12 |           MR. ANSORGE:  Objection.  Form, and calls for | 04:23 |
| 13 | speculation, and out of scope. | 04:23 |
| 14 |           THE WITNESS:  If there was a proto field in | 04:23 |
| 15 | the main Google repository that had a particular name, | 04:23 |
| 16 | that field would be returned when searching for it, | 04:23 |
| 17 | regardless of whether there was a comment in the code | 04:23 |
| 18 | next to the field. | 04:24 |
| 19 | BY MR. MCGEE: | 04:24 |
| 20 |      Q.   Okay.  Let me ask it more on a broad level. | 04:24 |
| 21 |      Your search for the ████████████████ | 04:24 |
| 22 | ████████████████ with the internal code search tool, | 04:24 |
| 23 | you said it did not return any results. | 04:24 |
| 24 |      Is that correct? | 04:24 |
| 25 |      A.   That is correct. | 04:24 |

Page 23

1      Q.   Are there any other ways that you could search    04:24

2   to see if the ████████████████████████████████████    04:24

3   search term exists within any -- exists at Google?    04:24

4        So just to give you an example, I understand    04:24

5   that you're saying that the internal code search tool is    04:24

6   limited in what it can return because of the limitations    04:24

7   that you just described.    04:24

8        Are there other ways to search for that ████    04:24

9   ██████████████████████████████ at Google?    04:25

10        MR. ANSORGE:  Objection.  Form.  Compound.    04:25

11   And out of the scope.    04:25

12        THE WITNESS:  I could -- there are always ways    04:25

13   to search for something.  I could, for example, navigate    04:25

14   to a doc in my drive folder and search over that doc.    04:25

15   I could use public Google search and search for that    04:25

16   term -- for that string rather, just, you know, not    04:25

17   anything that's Google internal but something that's    04:25

18   visible equally outside of Google.    04:25

19        As I mentioned, there are other repositories,    04:25

20   like the chromium open source repository.  There could    04:25

21   be other code or documents at Google that I do not have    04:25

22   access to.  Over the main multibillion line repository,    04:25

23   I did not see a field with that name.    04:26

24   BY MR. MCGEE:    04:26

25      Q.   Okay.  For -- okay.  What dashboards are    04:26

Page 24

| | | |
|---|---|---|
| 1 | going to belabor the questions.  They're the same.  I | 05:49 |
| 2 | won't even ask them to you. | 05:49 |
| 3 | So if you can turn to Exhibit 14, please. | 05:49 |
| 4 | A.    I still see 12 as the top one so... | 05:49 |
| 5 | Q.    Oh, okay. | 05:49 |
| 6 | A.    Just a minute.  I'm reloading. | 05:49 |
| 7 | Q.    Yeah.  No problem. | 05:49 |
| 8 | A.    Okay.  I see something called Exhibit 14.  I'm | 05:50 |
| 9 | opening it. | 05:50 |
| 10 | I see what appears to be a shorts design | 05:50 |
| 11 | document that starts with ███████████████████ | 05:50 |
| 12 | ████████████████████████████████████ | 05:50 |
| 13 | Q.    Have you ever seen this design document | 05:50 |
| 14 | before? | 05:50 |
| 15 | A.    Yes. | 05:50 |
| 16 | Q.    When? | 05:50 |
| 17 | A.    In preparation for this deposition. | 05:50 |
| 18 | Q.    Did you speak with anybody in preparation for | 05:50 |
| 19 | this deposition about this design document? | 05:50 |
| 20 | A.    Yes. | 05:50 |
| 21 | Q.    Who, aside from your lawyers? | 05:50 |
| 22 | A.    Quentin Fiard. | 05:50 |
| 23 | Q.    And what department is Quentin Fiard with in | 05:50 |
| 24 | Google? | 05:51 |
| 25 | A.    I don't remember what he works on right now, | 05:51 |

Page 64

| | | |
|---|---|---|
| 1 | but he used to work on ███████ in -- on ███████ at the | 05:51 |
| 2 | time this document was produced. | 05:51 |
| 3 |     Q.   Okay.  And why did you choose to speak with | 05:51 |
| 4 | Quentin Fiard about this document? | 05:51 |
| 5 |     A.   From the comment threads in the document, it's | 05:51 |
| 6 | clear that he is the person who is most knowledgeable | 05:51 |
| 7 | about the document. | 05:51 |
| 8 |     Q.   Okay.  Did you speak with anyone else whose | 05:51 |
| 9 | identity is reflected in this document? | 05:51 |
| 10 |     MR. ANSORGE:  Objection.  Form, and vague. | 05:51 |
| 11 |     THE WITNESS:  In the comments I see a | 05:51 |
| 12 | selection of four different user names. | 05:51 |
| 13 |     Are you asking about that set of four user | 05:52 |
| 14 | names? | 05:52 |
| 15 |     MR. MCGEE:  Yes. | 05:52 |
| 16 |     THE WITNESS:  Quentin Fiard I spoke to in | 05:52 |
| 17 | preparation for this deposition, and not previously. | 05:52 |
| 18 |     The only other user name that I recognize is | 05:52 |
| 19 | msramek. | 05:52 |
| 20 | BY MR. MCGEE: | 05:52 |
| 21 |     Q.   And who is that? | 05:52 |
| 22 |     A.   He has Chrome's privacy working group.  We | 05:52 |
| 23 | have a close relationship because we take user privacy | 05:52 |
| 24 | very seriously, and we talk to the privacy working group | 05:52 |
| 25 | whenever there is anything that comes up related to | 05:52 |

Page 65

```
 1    privacy that we have questions about and to ensure that    05:52
 2    we are upholding all the privacy policies that Google as    05:52
 3    a company supports and that we want to be supporting as     05:52
 4    a team.                                                     05:53
 5         Q.   And what is that person's name?                  05:53
 6         A.   Martin Sramek.                                   05:53
 7         Q.   Do you know how to spell Martin's last name?     05:53
 8         A.   I believe it is S-r-a-m-e-k.  The same as in     05:53
 9    this user name.                                            05:53
10         Q.   Okay.  And what is this design document?  What   05:53
11    is it talking about?                                       05:53
12              MR. ANSORGE:  Objection.  Vague, and form.       05:53
13              THE WITNESS:  Reading from the design            05:53
14    document:                                                  05:53
15    ███████████████████████████████████████████               05:53
16    ██████████████████████████████████████████████            05:53
17    ██████████████████████    ████████████████████████████    05:53
18    ██████████████████████████████████████                    05:53
19    ███████████████████████████████████████████████           05:53
20    ████████████████████████                                  05:53
21              Do you -- would you like me to keep reading?     05:54
22              MR. MCGEE:  I thank you for pausing.  I would    05:54
23    not like you to keep reading.                             05:54
24    BY MR. MCGEE:                                             05:54
25         Q.   Does this design document relate to any         05:54
```

Page 66

```
 1    particular bit?                                   05:54

 2           Well, let me back that up.                05:54

 3           Are you familiar with something within Google   05:54

 4    being described as a bit or a field?             05:54

 5           MR. ANSORGE:  Objection.  Vague and compound.  05:54

 6           THE WITNESS:  Many things within Google are   05:54

 7    described as a bit or a field, either colloquially or   05:54

 8    exactly.  At some level ultimately your computer is just   05:54

 9    a sequence of bits.                              05:54

10           MR. MCGEE:  Right.  Ones and zeros.       05:54

11    BY MR. MCGEE:                                    05:54

12       Q.   But a field in a log, are you familiar with   05:54

13    that description or colloquialism at Google?     05:54

14           MR. ANSORGE:  Objection.  Vague, and out of   05:55

15    scope.                                           05:55

16           THE WITNESS:  Yes.                        05:55

17    BY MR. MCGEE:                                    05:55

18       Q.   And does this design document relate to any   05:55

19    field or fields at Google?                       05:55

20       A.   Yes.                                     05:55

21       Q.   Which?                                   05:55

22       A.   I'm reading from my reference sheet to make   05:55

23    sure I get it right.                             05:55

24           This design document is related to the    05:55

25    ███████████████████████████████████████████     05:55
```

Page 67

```
 1    ███████████ mode.                                   05:55

 2         Q.    And how do you know that?               05:55

 3         A.    Because the source code for that particular   05:56

 4    field, as you say, has a link to this design document   05:56

 5    and says that it is -- annotation that it is         05:56

 6    specifically limited to ██████ logs.                05:56

 7         Q.    And what is an ██████ log?              05:56

 8         A.    ████████████████████████, is my        05:56

 9    understanding.                                       05:56

10         Q.    And are they keyed by any particular    05:56

11    identifiers?                                         05:56

12              MR. ANSORGE:   Objection.   Vague, and out of   05:56

13    the scope.                                           05:56

14    BY MR. MCGEE:                                        05:56

15         Q.    You can answer.                          05:56

16         A.    There is a -- looking at my reference sheet,   05:57

17    there is a set of ██████ logs that is not GAIA keyed   05:57

18    and there are some ██████ logs that are ██████████   05:57

19    ████████████████.                                   05:57

20         Q.    Okay.   And I see that from your reference   05:57

21    sheet.                                               05:57

22              When you say that the █████████████████   05:57

23    ██████████████████████████ is non-GAIA keyed,      05:57

24    what does that mean?   How would you explain that?   05:57

25         A.    Sorry.   There was a beep when you were talking   05:57
```

Page 68

| | | |
|---|---|---|
| 1 | so I -- part of it cut off. | 05:57 |
| 2 | Q.    Sure. | 05:57 |
| 3 | I'm asking -- let me mute my computer -- your | 05:57 |
| 4 | colleagues were e-mailing me. | 05:57 |
| 5 | The ███████████████████ | 05:57 |
| 6 | ████████████████, you said that it's not GAIA keyed. | 05:57 |
| 7 | What do you mean by that? | 05:58 |
| 8 | A.    I did not say that ████████████████ | 05:58 |
| 9 | ████████████████████████████ mode is | 05:58 |
| 10 | not GAIA keyed.  You had asked about ██████ logs. | 05:58 |
| 11 | Q.    Okay.  Let me just then back it up. | 05:58 |
| 12 | On your information sheet, Notice 2, Topic 10, | 05:58 |
| 13 | there are -- there appear to be two field names or -- | 05:58 |
| 14 | let me back it up so we're speaking the same language. | 05:58 |
| 15 | What would you consider the ███████████ | 05:58 |
| 16 | ████████████████████████ -- how -- | 05:58 |
| 17 | what -- how would someone at Google describe that?  Is | 05:58 |
| 18 | it a field?  Is it a field name?  Is it a bit?  I'm | 05:59 |
| 19 | trying to understand that.  What's the jargon that | 05:59 |
| 20 | someone at Google would use to refer to those? | 05:59 |
| 21 | MR. ANSORGE:  Objection.  Compound. | 05:59 |
| 22 | THE WITNESS:  I think there are many different | 05:59 |
| 23 | ways someone at Google might use to refer to those. | 05:59 |
| 24 | There is multiple jargon we could call it. | 05:59 |
| 25 | So I would say that ████████████████ | 05:59 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1    ██████████████████████████████████████ mode is      05:59

2    a binary field that is specifically used only in temp   05:59

3    ████████ logs.                                           05:59

4    BY MR. MCGEE:                                            05:59

5        Q.   And why is it only in temp ████████ logs?      05:59

6        A.   It was a field that was created by the ████████ 06:00

7    team to help them understand potential problems with    06:00

8    their product location and where searching so that they 06:00

9    could develop the best product possible for Google      06:00

10   users.                                                  06:00

11       Q.   Okay.  And it -- there's a note here that it   06:00

12   was introduced in 2017, but then the project wrapped up 06:00

13   in June of 2018.                                         06:00

14            Is that binary field still implemented at      06:00

15   Google?                                                 06:00

16            MR. ANSORGE:  Objection.  Vague.               06:00

17            THE WITNESS:  That binary field is -- still    06:00

18   exists as a binary field in and only in ████████ logs.  06:00

19   BY MR. MCGEE:                                            06:01

20       Q.   Are values written to that binary field in     06:01

21   ████████ logs?                                           06:01

22       A.   Yes.  I believe values are written to that     06:01

23   binary field in ████████ logs.                          06:01

24       Q.   So even though the project wrapped in June of  06:01

25   2018, that is still an actively used binary field?      06:01
```

Page 70

```
 1          MR. ANSORGE:  Objection.  Form.              06:01

 2          THE WITNESS:  As I understand it, it is not  06:01

 3   actively used.  It is still being written.  It is not  06:01

 4   being reviewed.                                     06:01

 5   BY MR. MCGEE:                                       06:01

 6      Q.   Can you please clarify what you mean by "not  06:01

 7   being reviewed"?                                    06:01

 8      A.   ██████████████████████████████             06:02

 9   ███████████████████████████████                    06:02

10   ████████████████████████████                       06:02

11   ██████████████████████████████████                 06:02

12   █████████████████████████████████                  06:02

13   ██████████████████████████████████                 06:02

14   ████████████████████                               06:02

15        ████████████████████████                      06:02

16   ███████████████████████                            06:02

17   █████████████                                      06:02

18        ██████████████████████████████               06:02

19   ███████████████████████████                        06:02

20   ██████████████████████                             06:02

21   ████████████████████  ██████████                  06:03

22   ██████████████████████████████                     06:03

23   ██                                                 06:03

24        ███████████████████████████████              06:03

25   ██████████████████████                             06:03
```

Page 71

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 06:03 |
| 2 | ████████████████████ | 06:03 |
| 3 | Q.   But if they pulled up the graph, there would | 06:03 |
| 4 | be responsive data that would fill in the graph; | 06:03 |
| 5 | correct? | 06:03 |
| 6 | MR. ANSORGE:  Objection.  Vague, and calls for | 06:03 |
| 7 | a legal conclusion. | 06:03 |
| 8 | THE WITNESS:  I don't know what you mean by | 06:03 |
| 9 | responsive data that would fill in the graph. | 06:03 |
| 10 | BY MR. MCGEE: | 06:03 |
| 11 | Q.   Sure. | 06:03 |
| 12 | So you're saying they aren't looking at the | 06:03 |
| 13 | graph anymore.  They're not reviewing it. | 06:03 |
| 14 | What I'm asking is:  Is if they did pull up | 06:04 |
| 15 | the graph, the graph would still have lines or bars or | 06:04 |
| 16 | whatever visual representation or graphical | 06:04 |
| 17 | representation the graph was designed to display. | 06:04 |
| 18 | Is that fair? | 06:04 |
| 19 | MR. ANSORGE:  Objection.  Compound.  Form. | 06:04 |
| 20 | THE WITNESS:  My understanding is that ███ | 06:04 |
| 21 | ████████████████████████████████ | 06:04 |
| 22 | ████████ mode is a field that is being filled in in | 06:04 |
| 23 | ███ -- not ███ -- not in ███ logs.  It is not in ███ | 06:04 |
| 24 | logs, to be clear.  It is only in ██████ logs.  And it | 06:04 |
| 25 | is a field that is still being filled in in ██████ logs | 06:04 |

Page 72

| | | |
|---|---|---|
| 1 | today, despite the fact that the reason the field was | 06:04 |
| 2 | introduced has passed. | 06:04 |
| 3 | BY MR. MCGEE: | 06:05 |
| 4 |     Q.   Okay.  And from your fact sheet, the | 06:05 |
| 5 | ███████████████████████████████████ | 06:05 |
| 6 |   ██████  -- so without the underscore mode -- | 06:05 |
| 7 |     THE COURT REPORTER:  I'm so sorry, Counsel. | 06:05 |
| 8 | Can you start that question over?  There was a little | 06:05 |
| 9 | bit of feedback.  I didn't get it. | 06:05 |
| 10 |     MR. MCGEE:  Sure. | 06:05 |
| 11 | BY MR. MCGEE: | 06:05 |
| 12 |     Q.   So the -- you've got two bullet points in your | 06:05 |
| 13 | fact sheet. | 06:05 |
| 14 |     One is the ███████████████████ | 06:05 |
| 15 | █████████████████, no GAIA. | 06:05 |
| 16 |     What does that mean? | 06:05 |
| 17 |     A.   What that means is that the -- these ██████ | 06:05 |
| 18 | logs that have this field set are not GAIA keyed.  ████ | 06:05 |
| 19 | ████████████████████  ██████████████████ | 06:05 |
| 20 | █████████████████████  ████████████ | 06:06 |
| 21 | ███████████████████████████████ | 06:06 |
| 22 | ██████████ | 06:06 |
| 23 |     Q.   Got it. | 06:06 |
| 24 |     A.   And not -- notably not GAIA IDs. | 06:06 |
| 25 |     Q.   Understood. | 06:06 |

Page 73

```
 1        And then in ███████████████████████        06:06

 2    ████████████  there are either ███████████████  06:06

 3    ████████████████████?                           06:06

 4      A.    To be clear --                           06:06

 5            MR. ANSORGE:  Objection.  Form.          06:06

 6            THE WITNESS:  There are not ████████     06:06

 7    ███████████████        inside ███████████████    06:06

 8    ██████████████████.  I believe that is the name of a  06:06

 9    field that is in the logs listed on this reference sheet  06:07

10    below.  Those logs have a ████████████████████   06:07

11    in them, as well as this field.                  06:07

12    BY MR. MCGEE:                                     06:07

13      Q.    Do you know what other identifiers exist in  06:07

14    the GFS temp slash -- okay.  Let me just -- I'm not even  06:07

15    going to read it out for you.                     06:07

16            But what other identifiers exist in the first  06:07

17    sub-bullet point of the ████████████████████████  06:07

18    ██████████████████  list there?                  06:07

19            MR. ANSORGE:  Objection.  Vague.  Out of the  06:07

20    scope, and foundation.                            06:07

21            THE WITNESS:  I am not familiar with the full  06:07

22    set of things that is in this -- in that log.  I can  06:07

23    tell you there is not an un-obfuscated GAIA ID.  I can  06:08

24    also tell you that there is no direct mapping of this to  06:08

25    ████  So there is no ████ client ID or a way to somehow  06:08
```

```
 1    combine this with ███ data.                          06:08

 2            MR. MCGEE:  I think we've been going for about 06:08

 3    40 minutes now.  I just need to take a break so --    06:08

 4            MR. ANSORGE:  Yeah.  I'm fine with that.       06:08

 5            Could we get a time count as well?  How much   06:08

 6    time is left on the record?                           06:08

 7            THE VIDEOGRAPHER:  Yeah.  So off the record?   06:08

 8            MR. MCGEE:  Yes.  Off the record.              06:08

 9            THE VIDEOGRAPHER:  Okay.  We're now going off  06:08

10    the record.  The time is 6:08 p.m.                    06:08

11            (Break taken in proceedings.)                  06:17

12            THE VIDEOGRAPHER:  We are now back on the      06:17

13    record.  The time is 6:18 p.m.                        06:17

14    BY MR. MCGEE:                                         06:18

15        Q.   Dr. Sadowski, for the bits that we were -- or 06:18

16    excuse me -- the binary fields that we were just talking 06:18

17    about, the ███████████████████████                   06:18

18    ██████████████████████████ mode, ██████████████      06:18

19    ████████████████████████████████, and                06:18

20    ██████████████████████████████, do you know          06:18

21    what logic is being used to derive the values that are 06:18

22    stored in those binary fields?                        06:18

23            MR. ANSORGE:  Objection.  Vague and compound. 06:18

24            THE WITNESS:  I believe the ██████████████    06:18

25    ████████████████████████████ is referring            06:18
```

Page 75

```
 1    to the same thing as ███████████████████████    06:18

 2    ███████████████████████████ mode.  I do know about    06:18

 3    how that field is filled in.                           06:19

 4    BY MR. MCGEE:                                          06:19

 5        Q.   Okay.  And what's the logic for filling in    06:19

 6    that field?                                            06:19

 7        A.   It looks specifically at whether there is an  06:19

 8    X-Client -- X hyphen Client hyphen Data header in the  06:19

 9    request that is sent.                                  06:19

10        Q.   Is there any other thing that it looks for or 06:19

11    is that all that it looks for?                         06:19

12        A.   I believe that is all that it looks for.  The 06:19

13    ██████████████████████████████████████████████        06:19

14    ██████████ mode is if there is a X-Client-Data --      06:19

15    X-Client-Data header sent, then that is the logic used 06:20

16    to set that to true.                                   06:20

17             This is a proxy for incognito, but it is not  06:20

18    a what I would call a reliable or accurate way to      06:20

19    determine incognito usage.                             06:20

20        Q.   Okay.  And what's the -- what types of traffic 06:20

21    is this logic being applied to?  Is it mobile traffic? 06:20

22    Is it -- you know, is it platform specific?            06:20

23             MR. ANSORGE:  Objection.  Vague and compound.  06:20

24             THE WITNESS:  It is in ██████ logs ███████     06:21

25    ████████████████████.  I believe it will be            06:21
```

Page 76

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | cross-platform, but I do not know for certain.  I would | 06:21 |
| 2 | have to investigate. | 06:21 |
| 3 | BY MR. MCGEE: | |
| 4 | Q.   Who would you speak with at Google to | 06:21 |
| 5 | investigate that? | 06:21 |
| 6 | A.   I would speak again with Quentin Fiard if I | 06:21 |
| 7 | had a question about the -- this particular field in | 06:21 |
| 8 | Oolong logs. | 06:21 |
| 9 | Q.   Okay.  And then I did this backwards but -- | 06:21 |
| 10 | apologies. | 06:21 |
| 11 | I can -- I've introduced two new exhibits. | 06:21 |
| 12 | They're going to be 16 and 15. | 06:22 |
| 13 | (Plaintiffs' Exhibits 15 and 16 | 06:22 |
| 14 | were marked for identification.) | 06:22 |
| 15 | BY MR. MCGEE: | 06:22 |
| 16 | Q.   But I'd actually like you to look at 16 first. | 06:22 |
| 17 | A.   16 first?  Okay.  I'm waiting for it to load. | 06:22 |
| 18 | Q.   Thank you. | 06:22 |
| 19 | A.   One other thing to answer your question. | 06:22 |
| 20 | To the best of my knowledge the ███████████ | 06:22 |
| 21 | ███████████████████████ field is derived from the | 06:22 |
| 22 | ███████████████████████████████████████ | 06:22 |
| 23 | ██████████ mode.  It is still depending on X-Client-Data | 06:22 |
| 24 | header logic and also looking at the user agent, but it | 06:22 |
| 25 | is not derived through some other mechanism than | 06:22 |

Page 77

| | | |
|---|---|---|
| 1 | presence or absence of X-Client-Data header, and | 06:23 |
| 2 | suffers from the same limitations. | 06:23 |
| 3 |     Q.   So for the ████████████████ | 06:23 |
| 4 | ████████████████, does that look -- you | 06:23 |
| 5 | mentioned user agent. | 06:23 |
| 6 |        Does that one look at user agent? | 06:23 |
| 7 |     A.   To the best of my recollection, it does not. | 06:23 |
| 8 | It is looking at whether there is an X-Client-Data | 06:23 |
| 9 | header with the assumption that it would be coming from | 06:23 |
| 10 | Chrome if that header shows up.  That assumption could | 06:23 |
| 11 | be false, but I would -- Chrome is the browser that use | 06:23 |
| 12 | that header. | 06:23 |
| 13 |     Q.   So then why does ████████████ | 06:23 |
| 14 | ████████████████ look at a user agent in addition to | 06:23 |
| 15 | the X-Client-Data header? | 06:24 |
| 16 |        MR. ANSORGE:  Objection.  Vague. | 06:24 |
| 17 |        THE WITNESS:  If you are looking at -- so if | 06:24 |
| 18 | you have an X-Client-Data header, that implies that it's | 06:24 |
| 19 | coming from Chrome.  The absence of an X-Client-Data | 06:24 |
| 20 | header does not -- in some kind of data sense does not | 06:24 |
| 21 | have the same implication. | 06:24 |
| 22 | BY MR. MCGEE: | 06:24 |
| 23 |     Q.   Okay. | 06:24 |
| 24 |     A.   Should I look at Exhibit 16? | 06:24 |
| 25 |     Q.   Yes, please.  Exhibit 16. | 06:24 |

Page 78

| | | |
|---|---|---|
| 1 | Actually -- | 06:24 |
| 2 | A.   There -- | 06:25 |
| 3 | Q.   -- I'm really sorry.  Can you look at | 06:25 |
| 4 | Exhibit 15, please? | 06:25 |
| 5 | A.   Okay.  I see a document at the top in blue it | 06:25 |
| 6 | says "Document 338," and it starts with "In The | 06:25 |
| 7 | United States District Court For The Northern District | 06:25 |
| 8 | of California, San Jose Division." | 06:25 |
| 9 | Q.   Have you ever seen this document before? | 06:25 |
| 10 | A.   The preamble looks unfamiliar.  I am scrolling | 06:25 |
| 11 | down. | 06:25 |
| 12 | This document looks unfamiliar. | 06:26 |
| 13 | Q.   Okay.  Do you know who Andre Goleuke is, | 06:26 |
| 14 | G-o-l-e-u-k-e?  I apologize if I mispronounced that. | 06:26 |
| 15 | MR. ANSORGE:  Objection.  Out of the scope. | 06:26 |
| 16 | BY MR. MCGEE: | 06:26 |
| 17 | Q.   You can answer. | 06:26 |
| 18 | A.   No, I do not. | 06:26 |
| 19 | Q.   Okay.  If you'll turn to what was attached as | 06:26 |
| 20 | Exhibit A. | 06:26 |
| 21 | The logs you identified under "Fact Sheet," | 06:26 |
| 22 | under "Notice 1, Topic 10," do any of those logs or data | 06:26 |
| 23 | sources appear in Exhibit A, whether directly or by any | 06:26 |
| 24 | other name? | 06:27 |
| 25 | MR. ANSORGE:  Objection.  Vague.  Compound. | 06:27 |

Page 79

```
 1    Foundation, and out of the scope.                      06:27

 2           THE WITNESS:  I do not see those -- the --      06:27

 3    those particular strings in this document.  I am not   06:27

 4    familiar with many of the names in this document or how 06:27

 5    it was generated.  I just saw it.  So I cannot answer  06:27

 6    the "by any other" name parts.                         06:27

 7           But this document -- I do not see the word      06:27

 8    ████████  in this document, and the log sources you were 06:27

 9    referencing were ██████ logs.                          06:28

10    BY MR. MCGEE:                                          06:28

11      Q.   Okay.  So by way of example, if we go to the   06:28

12    sixth page of the document itself -- there's eight     06:28

13    pages -- there's a ███████████                         06:28

14           That -- is there any possibility that the      06:28

15    first log source that's listed under the first bullet  06:28

16    point could be referred to as ███████████?             06:28

17           MR. ANSORGE:  Objection.  Vague.                06:28

18    Mischaracterizes the evidence and foundation.  And out 06:28

19    of scope.                                              06:28

20    BY MR. MCGEE:                                          06:28

21      Q.   You can answer.                                 06:28

22      A.   Your question was whether the specific strings  06:28

23    representing log sources listed in the reference sheet 06:29

24    would be referred to as ██████████?                    06:29

25      Q.   By way of example.  Sure.                       06:29
```

Page 80

```
1        A.    I would be very surprised.              06:29

2        Q.    Okay.                                   06:29

3        A.    If someone referred to those as ██████, 06:29

4   I would expect someone to refer to them as ████ logs  06:29

5   or have the word ██████ in the name.  That is the name  06:29

6   used to refer to logs for that particular product and  06:29

7   they are only for ██████.                         06:29

8        Q.    Okay.  And if I can draw your attention to  06:29

9   Exhibit 16.                                        06:29

10       A.    But I'm not going to speculate what other  06:29

11  people could refer to something as.  I would refer to  06:30

12  them as ██████ logs, and would generally expect that  06:30

13  people would refer to them as ██████ logs or with the  06:30

14  word ██████ in the name.                           06:30

15       I have a document that says "Contains           06:30

16  Information Designated 'Highly Confidential Attorneys'  06:30

17  Eyes Only'" as the -- in quotes as the top line and then  06:30

18  a lot of names.                                    06:30

19       Q.    Okay.  And I'm presenting it to you.  There's  06:30

20  a lot of instructions.  But on the sixth page of the  06:30

21  document, and it is a "6" at the bottom, there's a  06:30

22  topic.  And I'd represent that this is the topic that  06:30

23  you were designated for but I don't believe --       06:30

24       And there's a carve-out, and Mr. Ansorge -- or  06:30

25  excuse me -- Dr. Ansorge will describe the carve-out.  06:30
```

Page 81

```
 1              But that you've been partially designated to   06:30

 2    testify on this topic.                                   06:31

 3              And I apologize, the lights in my office went  06:31

 4    out.                                                     06:31

 5              MR. ANSORGE:  Dr. Sadowski is designated for   06:31

 6    the ███████████████████████████ field, for              06:31

 7    the ██████████████████████████████ field,               06:31

 8    and for the ████████████████████████████████            06:31

 9    field.  She's not designated for the                    06:31

10    ███████████████████████ field, nor for anything else    06:31

11    that's covered by this topic, and all the questions that 06:31

12    relate to ███████████████████ field or dashboard        06:31

13    fields on that are out of the scope.                     06:31

14              MR. MCGEE:  Okay.  But to be clear, Mr. --     06:31

15    Dr. -- I -- it's late.                                   06:31

16              Dr. Ansorge, it's -- part of the topic         06:31

17    includes why Google developed, implemented, and used any 06:31

18    such bit or field.  Also includes the log or traffic     06:31

19    sources, as well as the design used to determine the bit 06:32

20    or field, as well as any logs or data sources where such 06:32

21    a bit or field is used and how it is used.               06:32

22              So I understand she's not designated for       06:32

23    ██████████████████████████████████████████, but for     06:32

24    the other three, you're not limiting her testimony based 06:32

25    on the further clarification of the topic, are you?      06:32
```

Page 82

```
 1              MR. ANSORGE:  For the other three, she's      06:32
 2    already testified as to the development, the           06:32
 3    implementation, the use of bits and fields.  We've gone 06:32
 4    over those.                                            06:32
 5              MR. MCGEE:  Understood.  Just making sure     06:32
 6    we're clear.                                           06:32
 7              I see.  Okay.                                 06:33
 8              And -- okay.  I see what you're saying.       06:33
 9              So Notice 2, Topic 10 has overlap with       06:33
10    Notice 4, Topic 1, is what you're saying, Dr. Ansorge? 06:33
11              MR. ANSORGE:  I'm not sure it's Notice 4,    06:33
12    Topic 1, that that's a specific exhibit you're referring 06:33
13    to.                                                    06:33
14              MR. MCGEE:  Exhibit 16.  Sure.               06:33
15              MR. ANSORGE:  Dr. Sadowski already testified 06:33
16    as to each of those three fields.                      06:33
17              MR. MCGEE:  Right.                            06:33
18    BY MR. MCGEE:                                          06:33
19        Q.   So, Dr. Sadowski, I understand that in the    06:33
20    beginning we spoke about this, but the -- you used an  06:33
21    internal code search tool to look for ███████████      06:33
22    ████████████████████████.  That returned no results    06:33
23    but that tool did not search all data sources for      06:34
24    Google; correct?                                       06:34
25              MR. ANSORGE:  Objection.  Mischaracterizes   06:34
```

Page 83

CONFIDENTIAL

```
 1   prior testimony.                                       06:34
 2          THE WITNESS:  I searched on our internal code   06:34
 3   search tool over the multibillion line repository that 06:34
 4   is viewable to me internally, and did not see that field 06:34
 5   in the history of the repository.                      06:34
 6   BY MR. MCGEE:                                          06:34
 7       Q.   Okay.  And then the same thing for ████████   06:34
 8   ██████████████████████████████?                       06:34
 9       A.   If you search for █████████████               06:34
10   ████████████████████  in the internal code search     06:34
11   and browsing tool over the multibillion line repository 06:34
12   that's visible to me, when I did that, I got hits for  06:35
13   █████████████████████████████████████████████████████ 06:35
14   ██████████  mode.                                      06:35
15       Q.   Okay.  Did you do any other searches for      06:35
16   fields or bits that would contain the term "incognito"? 06:35
17       A.   No.                                           06:35
18          MR. ANSORGE:  Objection.  Vague.                06:35
19   BY MR. MCGEE:                                          06:35
20       Q.   Did you do any other research or speak with   06:35
21   anyone at Google to determine whether any such fields  06:35
22   were developed whose function was intended to detect   06:35
23   incognito usage?                                       06:35
24          MR. ANSORGE:  Objection.  Vague and out of      06:35
25   the scope.                                             06:35
```

Page 84

| 1 | THE WITNESS:  The only accurate way I know | 06:36 |
| 2 | about to report incognito usage statistics is through | 06:36 |
| 3 | ███ because ███ is so privacy preserving that we can | 06:36 |
| 4 | report statistics about incognito usage.  We do not have | 06:36 |
| 5 | other ways that we generate statistics -- accurate | 06:36 |
| 6 | statistics about incognito usage. | 06:36 |
| 7 | BY MR. MCGEE: | 04:15 |
| 8 | Q.   Right. | 04:15 |
| 9 | A.   There is one proxy, this -- using the | 06:36 |
| 10 | X-Client-Data header that's -- we have talked about the | 06:36 |
| 11 | ███ team used, but that is -- I would not | 06:36 |
| 12 | characterize that as a reliable way to look at | 06:36 |
| 13 | incognito usage statistics. | 06:36 |
| 14 | If someone asked me how to look at incognito | 06:36 |
| 15 | usage statistics, I would say the ways through ███ and | 06:36 |
| 16 | the metrics are visible in the external open source | 06:36 |
| 17 | chromium repository for full transparency. | 06:37 |
| 18 | Q.   Okay.  And did you do any further research to | 06:37 |
| 19 | see if any other fields can -- ever containing the word | 06:37 |
| 20 | "incognito" were implemented by Google, aside from the | 06:37 |
| 21 | four that are in this document and that you've | 06:37 |
| 22 | previously described? | 06:37 |
| 23 | MR. ANSORGE:  Objection.  Vague, and out of | 06:37 |
| 24 | the scope. | 06:37 |
| 25 | THE WITNESS:  I did not do research on whether | 06:37 |

Page 85

```
1    there are fields in some protocol buffer at Google that    06:37
2    use the word "incognito."  That is an English word that    06:37
3    could have multiple meanings and could be used in          06:37
4    arbitrary ways by arbitrary people at Google.              06:37
5    BY MR. MCGEE:                                               06:37
6         Q.   Okay.  And did you do any research to see if     06:38
7    any such bit or field containing the word "incognito" is   06:38
8    being used at Google, other than what you've testified     06:38
9    to today?                                                  06:38
10         MR. ANSORGE:  Objection.  Out of the scope.          06:38
11    Form.  And asked and answered.                            06:38
12         THE WITNESS:  I believe I already answered           06:38
13    that.  I did not do extra research about fields in        06:38
14    protocol buffers related to incognito beyond what we      06:38
15    have talked about today.                                  06:38
16    BY MR. MCGEE:                                              06:38
17         Q.   Okay.  Who at Google is responsible for         06:38
18    maintaining the ███ dashboards?                           06:38
19         MR. ANSORGE:  Objection.  Vague, and out of          06:38
20    scope.                                                     06:38
21         THE WITNESS:  My team.                               06:38
22    BY MR. MCGEE:                                              06:39
23         Q.   I'm sorry.  You said your team?                 06:39
24         A.   My -- I manage the Chrome metrics team which    06:39
25    owns ███ infrastructure, including the dashboards.        06:39
```

Page 86

1    Q.   Okay.  And who are those dashboards accessible          06:39

2    by at Google?                                               06:39

3              MR. ANSORGE:  Objection.  Vague.                  06:39

4              THE WITNESS:  The ███ dashboards are generally     06:39

5    available to engineers at Google.  Generally viewable by    06:39

6    engineers at Google.                                        06:39

7    BY MR. MCGEE:                                               06:39

8    Q.   For the -- going back to Exhibit No. 2, your           06:40

9    fact sheet, how did you determine for the Zwieback          06:40

10   logs -- how did you determine that those were the ███       06:40

11   responsive logs that contain that binary field?            06:40

12   A.   What do you mean by Zwieback logs?  Zwieback           06:40

13   is a type of ID, not a type of log.                         06:40

14   Q.   Right.                                                 06:40

15              The ███████████████████████████████████          06:40

16   and that it would -- ███████████████████████ and            06:40

17   then you list ███ logs; right?                             06:41

18              How did you determine a -- how was that list     06:41

19   created?  How were those logs identified?                   06:41

20   A.   By asking Quentin Fiard.                               06:41

21              If you're asking where did these bullet points   06:41

22   come from, he's the person that I talked to that knows      06:41

23   about ███ logs.                                            06:41

24   Q.   Okay.  And did he explain how he populated             06:41

25   that list?                                                  06:41

Page 87

```
 1              MR. ANSORGE:  Objection.  Vague.           06:41

 2              THE WITNESS:  Populated what list?        06:42

 3      BY MR. MCGEE:                                     06:42

 4         Q.   The ████ log sources that are on that list, did  06:42

 5      he explain how he identified those?  Or did you just  06:42

 6      take his word for it?                             06:42

 7              MR. ANSORGE:  Objection.  Compound, and   06:42

 8      argumentative.                                    06:42

 9              THE WITNESS:  I asked him about the -- what  06:42

10      logs were stored in ████  and what their retention  06:42

11      periods were, and he came back with this list.    06:42

12      BY MR. MCGEE:                                     06:42

13         Q.   When you did the internal code search for all  06:43

14      of these binary fields that we've identified in both  06:43

15      Notice 2, Topic 10, and then the other notice, did you  06:43

16      save the results of your queries?                 06:43

17         A.   No.                                       06:43

18         Q.   Why not?                                  06:43

19         A.   Because the way code search works, you search  06:43

20      for something, similar to Google search, you don't save  06:43

21      the results of your search if you are just looking up  06:43

22      a -- a stat -- like if you're looking if for definition  06:43

23      of a word or doing some math.                     06:43

24         Q.   But I can .pdf the results of a Google search;  06:43

25      right?                                            06:43
```

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  Objection.  Form, and out of the | 06:43 |
| 2 | scope. | 06:44 |
| 3 | THE WITNESS:  When developers look at or | 06:44 |
| 4 | browse source code, they use the code search tool.  They | 06:44 |
| 5 | do not save a copy of that tool on the side.  That is an | 06:44 |
| 6 | internally available code search tool.  You generally | 06:44 |
| 7 | shouldn't print out or save any kind of source code on | 06:44 |
| 8 | your local machine. | 06:44 |
| 9 | So the way that you would view source code is | 06:44 |
| 10 | through the code search tool.  You don't save a copy of | 06:44 |
| 11 | your results.  You search for results afresh if you want | 06:44 |
| 12 | to see them again. | 06:44 |
| 13 | BY MR. MCGEE: | 06:44 |
| 14 | Q.   Okay.  When you -- did you use the internal | 06:44 |
| 15 | code search tool to search for the ████████████████ | 06:44 |
| 16 | ████████████████? | 06:45 |
| 17 | A.   I looked up ███████████████████████ | 06:45 |
| 18 | ████████, ████████████████████████████████, | 06:45 |
| 19 | and ██████████████████████████████ | 06:45 |
| 20 | ██████████████████ mode, and that returns the same | 06:45 |
| 21 | set of results as ██████████████████████ | 06:45 |
| 22 | ████████. | 06:45 |
| 23 | Q.   Okay.  But -- sorry.  To be clear, did you run | 06:46 |
| 24 | ███████████████████████████████████ through the | 06:46 |
| 25 | internal code search tool? | 06:46 |

Page 89

CONFIDENTIAL

```
 1        A.   No.                                              06:46

 2        Q.   But you did run the other one.  And is that     06:46

 3   how the list of log sources was populated in this         06:46

 4   Exhibit 2 for Notice 2, Topic 10?                          06:46

 5        A.   The way that the --                             06:46

 6             MR. ANSORGE:  Objection.  Vague.                06:46

 7             THE WITNESS:  The list -- the bulleted list in  06:46

 8   Notice 2, Topic 10 were populated by Quentin Fiard.       06:46

 9   BY MR. MCGEE:                                              06:46

10        Q.   Okay.  But when you ran the ████████████        06:46

11   ████████ -- when you ran ████████████████████████ -- you  06:46

12   did -- let me ask it this way:                            06:47

13             You did a lot of -- or you did a few internal   06:47

14   code search queries; right?                               06:47

15        A.   Yes.                                            06:47

16             I would also like to note that in the course    06:47

17   of my job, I frequently run internal code search          06:47

18   queries.                                                  06:47

19        Q.   Okay.                                           06:47

20        A.   I did a couple code search queries in           06:47

21   preparation for this case, either yesterday or this       06:47

22   morning.  It has blended together and I'm not sure        06:47

23   which.  But I make queries in code search in the normal   06:47

24   course of my job.                                         06:47

25        Q.   Okay.  And one of those queries returned        06:48
```

Page 90

CONFIDENTIAL

```
 1    results; right?                                    06:48

 2         A.    Yes.   If you search for  ███████████   06:48

 3    ████████████████████ , that substring is part of a 06:48

 4    name of a Boolean field in ████ logs that I have    06:48

 5    already testified about.  And that binary field is using 06:48

 6    X-Client-Data header information to proxy incognito 06:48

 7    states.   It is not an accurate name for the binary 06:48

 8    field, and it is not used in ████ logs.            06:49

 9         Q.    Okay.  I think I am -- very close.  Just want 06:49

10    to make sure.                                       06:49

11         Does the ████████████████████████████         06:49

12    █████████████████████████ mode bit exist in         06:49

13    non-████████ logs?                                  06:49

14         A.    To the best of my knowledge, that is the only 06:49

15    place it exists.  If you -- this particular binary field 06:49

16    was developed with -- in -- as part of the design doc 06:50

17    that we reviewed earlier so that the ████ team could 06:50

18    look at how often they don't get a location header when 06:50

19    they're expecting to get a location header using the 06:50

20    presence -- or using the presence of the X-Client -- 06:50

21    presence or absence of the X-Client-Data header as a 06:50

22    proxy here for situations when you would or wouldn't 06:50

23    expect to get a location header.                    06:50

24         Q.    I understand that.                        06:50

25         A.    And that is the only way it is being used, to 06:50
```

Page 91

| | | |
|---|---|---|
| 1 | my knowledge. | 06:50 |
| 2 | Q.   And what is the basis of your knowledge for -- | 06:50 |
| 3 | what's the basis of your knowledge for that conclusion? | 06:50 |
| 4 | A.   A few different things. | 06:51 |
| 5 | Talking to Quentin Fiard who was involved in | 06:51 |
| 6 | actually implementing this field. | 06:51 |
| 7 | Looking in code search, including historical | 06:51 |
| 8 | code search, for where this field is set and used. | 06:51 |
| 9 | And also if you look in the protocol buffer | 06:51 |
| 10 | that has this field, there is an annotation saying that | 06:51 |
| 11 | it is specifically only used in ███ logs. | 06:51 |
| 12 | And that there's also a comment that links to | 06:51 |
| 13 | the design doc that we talked about earlier that is | 06:51 |
| 14 | related to this field. | 06:51 |
| 15 | Q.   And that comment is on an internal document at | 06:51 |
| 16 | Google? | 06:51 |
| 17 | A.   It is a source code comment. | 06:51 |
| 18 | Q.   Okay. | 06:52 |
| 19 | A.   Not a document comment.  And it is a comment | 06:52 |
| 20 | directly above the definition of this field. | 06:52 |
| 21 | MR. MCGEE:  Okay.  I don't have any further | 06:52 |
| 22 | questions. | 06:52 |
| 23 | Thank you. | 06:52 |
| 24 | MR. ANSORGE:  We'd like to take a break to see | 06:52 |
| 25 | if we have any questions. | 06:52 |

Page 92

```
 1              Five minutes okay, Mr. McGee?              06:52

 2              MR. MCGEE:  As long as you need.  We can go 06:53

 3         off.                                            06:53

 4              MR. ANSORGE:  All right.  We'll go off the  06:53

 5         record.                                         06:53

 6              THE VIDEOGRAPHER:  We are now going off the 06:53

 7         record.  The time is 6:53 p.m.                  06:53

 8                  (Break taken in proceedings.)          06:53

 9              THE VIDEOGRAPHER:  We are now back on the   07:01

10         record.  The time is 7:01 p.m.                  07:01

11              MR. ANSORGE:  Dr. Sadowski, thank you for your 07:01

12         patience and grace today.  No questions from us.  We're 07:01

13         happy to close the deposition at this time.     07:01

14              Mr. McGee, should we go off the record?    07:01

15              MR. MCGEE:  Yeah.  We can go off.  But before 07:01

16         we go off, I guess I would like to note Google has 07:01

17         continued production of documents after the March 4th 07:01

18         deadline for document production, so I won't be closing 07:01

19         this deposition.  But we can argue about that,  07:01

20         Dr. Ansorge, later.                             07:02

21              MR. ANSORGE:  Yeah.  We can let Dr. Sadowski 07:02

22         get to her kids and we can argue about that, you know, 07:02

23         before and after our further brush of meet and confers. 07:02

24              MR. MCGEE:  Yeah.                          07:02

25              MR. ANSORGE:  Okay.  So with that, we can go 07:02
```

Page 93

| | | |
|---|---|---|
| 1 | off the record. | 07:02 |
| 2 | MR. MCGEE:  Yes. | 07:02 |
| 3 | THE VIDEOGRAPHER:  Conclusion of depo? | 07:02 |
| 4 | We are now going off the record.  The time is | 07:02 |
| 5 | 7:02 p.m. and this concludes today's testimony given by | 07:02 |
| 6 | Caitlin Sadowski.  The total number of media units used | 07:02 |
| 7 | was seven, and will be retained by Veritext Legal | 07:02 |
| 8 | Solutions. | 07:02 |
| 9 | (Whereupon, the deposition adjourned at 7:02 p.m.) | |
| 10 | ---o0o--- | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 94