# EXHIBIT 4
# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4                          ---o0o---
 5   CHASOM BROWN, et al.,          )
     on behalf of themselves and    )
 6   all others similarly           )
     situated,                      )
 7                                  )
             Plaintiffs,            )Case No.
 8                                  )5:20-cv-03664-LHK
     vs.                            )
 9                                  )
     GOOGLE LLC,                    )
10                                  )
             Defendant.             )
11   _____)
12
13                          ---o0o---
14               Videotaped Zoom Deposition of
15                         MANDY LIU
16                        CONFIDENTIAL
17                  Tuesday, March 8, 2022
18                          ---o0o---
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Job No.: 5121622
```

Page 1

| | | |
|---|---|---|
| 1 | Q. And if you know, was this project Bert's idea | 07:18 |
| 2 | or did someone else come up with the idea? | 07:18 |
| 3 | MR. ANSORGE: Objection. Form. | 07:18 |
| 4 | THE WITNESS: I'm not sure who came up with | 07:18 |
| 5 | this idea. | 07:18 |
| 6 | BY MR. FRAWLEY: | 07:18 |
| 7 | Q. But it wasn't Bert? | 07:18 |
| 8 | A. I'm not sure. | 07:18 |
| 9 | Q. Now, can you go back a couple of pages to the | 07:18 |
| 10 | page that ends in Bates 925? | 07:18 |
| 11 | A. Yeah. I'm looking at it. | 07:19 |
| 12 | Q. And do you see the entry for February 11th, | 07:19 |
| 13 | 2020? | 07:19 |
| 14 | A. Yes. | 07:19 |
| 15 | Q. Okay. Now, just go back down two pages to the | 07:19 |
| 16 | Bates ending in 927. | 07:19 |
| 17 | A. Mm-hm. | 07:19 |
| 18 | Q. And now do you see the ▇▇▇▇▇▇▇▇▇▇▇▇ | 07:19 |
| 19 | bullet at the top? | 07:19 |
| 20 | A. Yes. | 07:19 |
| 21 | Q. And then do you see the sub-bullet "Working on | 07:19 |
| 22 | ▇▇▇▇▇▇▇▇▇▇ bit" in bold? | 07:19 |
| 23 | A. Yes. | 07:19 |
| 24 | Q. So the ▇▇▇▇▇▇▇▇▇▇▇▇ bit was part of | 07:19 |
| 25 | the ▇▇▇▇▇▇▇▇▇ project? | 07:19 |

Page 14

| | | |
|---|---|---|
| 1 | A. Yes. | 07:20 |
| 2 | Q. And at that point, in February 2020, was | 07:20 |
| 3 | anyone else besides you working on the | 07:20 |
| 4 | ████████████ bit? | 07:20 |
| 5 | MR. ANSORGE: Objection. Vague. | 07:20 |
| 6 | THE WITNESS: I only know that I am the only | 07:20 |
| 7 | one who has been working on the ████████████ | 07:20 |
| 8 | bit. | 07:20 |
| 9 | BY MR. FRAWLEY: | 07:20 |
| 10 | Q. And what is ██? | 07:20 |
| 11 | A. ████████████████████████████. | 07:20 |
| 12 | Q. Do you know why it's called ██? | 07:20 |
| 13 | A. I'm not sure. | 07:20 |
| 14 | Q. Do you know if it is referring to a ████ | 07:21 |
| 15 | ██? | 07:21 |
| 16 | A. I don't know. | 07:21 |
| 17 | Q. And in February 2020, while you were working | 07:21 |
| 18 | on the ████████████ bit, who at Google was | 07:21 |
| 19 | aware of your work? | 07:21 |
| 20 | MR. ANSORGE: Objection. Vague, and | 07:21 |
| 21 | foundation. | 07:21 |
| 22 | THE WITNESS: Can you be more specific about | 07:21 |
| 23 | which work you're talking about? | 07:21 |
| 24 | BY MR. FRAWLEY: | 07:21 |
| 25 | Q. The work on the ████████████████ bit | 07:21 |

Page 15

```
 1   that is being referenced in this document.              07:21
 2           And my question is:  Who else knew that you     07:21
 3   were working on that?                                   07:21
 4           MR. ANSORGE:  Same objection.                   07:21
 5           THE WITNESS:  Do you mean who else in Google?   07:22
 6           MR. FRAWLEY:  Yes.                              07:22
 7           THE WITNESS:  And -- there are a few people     07:22
 8   who knew that I was working on this, but I don't        07:22
 9   remember exactly how many or who are they.              07:22
10   BY MR. FRAWLEY:
11       Q.  Off the top of your head, can you think of      07:22
12   anybody?                                                07:22
13       A.  Bert and Chris for sure.                        07:22
14       Q.  Okay.  I'm going to introduce another exhibit.  07:23
15                   (Plaintiffs' Exhibit 2 was              07:23
16                   marked for identification.)             07:23
17   BY MR. FRAWLEY:                                         07:23
18       Q.  Okay.  I've introduced Exhibit 2.               07:23
19           Please let me know when you have Exhibit 2 in   07:23
20   front of you.                                           07:23
21           And I apologize but the stamp says "Exhibit 1"  07:23
22   again.  We'll fix that later.  Let's just call this     07:23
23   Exhibit 2.                                              07:24
24           MR. ANSORGE:  So it's Exhibit 1, Tab D that     07:24
25   we're looking at now?                                   07:24
```

| | | |
|---|---|---|
| 1 | MR. FRAWLEY:  This would be Tab 3. | 07:24 |
| 2 | MR. ANSORGE:  Tab 3.  Okay.  Got it. | 07:24 |
| 3 | MR. FRAWLEY:  Yeah.  Sorry. | 07:24 |
| 4 | MR. ANSORGE:  Got it. | 07:24 |
| 5 | MR. FRAWLEY:  The stamp Is the most fun part | 07:24 |
| 6 | to me and I always mess it up.  Okay.  Sorry. | 07:24 |
| 7 | THE WITNESS:  Yes.  I'm looking at it. | 07:24 |
| 8 | BY MR. FRAWLEY: | 07:24 |
| 9 | Q.  Okay.  So just so we're all on the same page, | 07:24 |
| 10 | and I apologize, you're looking at the document that's a | 07:24 |
| 11 | September 17th, 2020 e-mail from Bert Leung; correct? | 07:24 |
| 12 | A.  Yes. | 07:24 |
| 13 | Q.  Okay.  Thank you.  And I apologize. | 07:24 |
| 14 | Can you look at the second page? | 07:24 |
| 15 | MR. ANSORGE:  And, Ms. Liu, you're well within | 07:24 |
| 16 | your rights to familiarize yourself with the whole | 07:24 |
| 17 | document. | 07:24 |
| 18 | THE WITNESS:  Okay. | 07:24 |
| 19 | Yeah.  I'm looking at the second page. | 07:25 |
| 20 | BY MR. FRAWLEY: | 07:25 |
| 21 | Q.  Okay.  Do you see the e-mail about a third of | 07:25 |
| 22 | the way down, there is a July 13, 2020 e-mail at | 07:25 |
| 23 | 8:44 a.m. from Chris Liao? | 07:25 |
| 24 | A.  Yes. | 07:25 |
| 25 | Q.  And do you see where Chris Liao wrote "The | 07:25 |

Page 17

1       ███████ bit itself is already inferred"?                    07:25
2           A.   Mm-hm.                                             07:25
3           Q.   So the ███████████████ that's the same             07:25
4    thing as the ████████████████ bit that we were                 07:25
5    talking about from the prior document; correct?                07:25
6           A.   I'm not sure if Chris meant that.                  07:25
7           Q.   If you know, were there any other bits about       07:25
8    incognito that he might have been referring to instead?        07:26
9                MR. ANSORGE:  Objection.  Form and foundation.     07:26
10               THE WITNESS:  I don't know other bits for          07:26
11   incognito.                                                     07:26
12   BY MR. FRAWLEY:                                                07:26
13          Q.   And then do you see just above where he wrote      07:26
14   "We should probably rename that to ███████████ and             07:26
15   link to the documentation"?                                    07:26
16          A.   Yes.                                               07:26
17          Q.   So it sounds like from this -- and correct me      07:26
18   if I'm wrong -- the name started as ███████████,               07:26
19   then it changed to ████████, and now Chris Liao was            07:26
20   saying "let's change it back to ███████████"?                  07:26
21               Is that right?                                     07:26
22               MR. ANSORGE:  Objection.  Form and foundation.     07:26
23               THE WITNESS:  What I can read from this e-mail     07:27
24   is that it changed from ███████████ to ███████████.            07:27
25   ///

```
 1   BY MR. FRAWLEY:                                              07:27
 2       Q.   And before this, did it ever change from            07:27
 3   ▇▇▇▇▇▇▇ to ▇▇▇▇▇▇▇?                                          07:27
 4            MR. ANSORGE:   Objection.  Foundation.              07:27
 5            THE WITNESS:   Sorry.  The light is...              07:27
 6            MR. FRAWLEY:   It's okay.                           07:27
 7            THE WITNESS:   I don't know.  If it's a             07:27
 8   ▇▇▇▇▇▇▇ before.                                              07:27
 9   BY MR. FRAWLEY:                                              07:27
10       Q.   And right now does Chris Liao have any              07:27
11   responsibility for the ▇▇▇▇▇▇▇ bit?                          07:28
12            MR. ANSORGE:   Objection.  Foundation.              07:28
13            THE WITNESS:   I don't know if he has.              07:28
14   BY MR. FRAWLEY:                                              07:28
15       Q.   When was the last time you talked to                07:28
16   Chris Liao about the ▇▇▇▇▇▇▇ bit?                            07:28
17       A.   I don't remember.                                   07:28
18       Q.   Do you think it was more than six months ago        07:28
19   or less?                                                     07:28
20       A.   I don't remember.                                   07:28
21       Q.   And at this time, in July 2020, if you know,        07:29
22   were any lawyers involved in the ▇▇▇▇▇▇▇ bit?                07:29
23            MR. ANSORGE:   Objection.  Vague and form.          07:29
24            THE WITNESS:   Well, first of all, I want to        07:29
25   clarify the ▇▇▇▇▇▇▇ bit should -- you are                    07:29
```

```
 1    talking about should be the ███████ Boolean         07:29
 2    field.                                              07:29
 3           And about the lawyers, I don't know.         07:29
 4    BY MR. FRAWLEY:                                     07:29
 5       Q.   And thank you for that clarification.       07:29
 6            Can you explain to me what is a Boolean field? 07:29
 7       A.   A Boolean field is a type of data container 07:30
 8    that only contains value that is either true or false. 07:30
 9       Q.   Okay.  I'm going to introduce another exhibit. 07:30
10                    (Plaintiffs' Exhibit 3 was          07:30
11                    marked for identification.)         07:30
12    BY MR. FRAWLEY:                                     07:31
13       Q.   Okay.  Today is not my day with marking     07:31
14    exhibits.  We'll call this Exhibit 3, even though   07:31
15    there's no stamp.                                   07:31
16            Let me know when you have this document in  07:31
17    front of you, Ms. Liu.                              07:31
18       A.   Is it the Exhibit 3, Tab 1?                 07:31
19       Q.   That's correct.  I'm sorry that I'm making it 07:31
20    confusing with the different numbers.               07:31
21       A.   That's okay.                                07:31
22       Q.   My question here is about the fourth page of 07:31
23    this document.                                      07:31
24            MR. ANSORGE:  Ms. Liu, you're well within your 07:31
25    rights to familiarize yourself with the document.   07:31
```

Page 20

| | | |
|---|---|---|
| 1 | THE WITNESS: Okay. Thank you. | 07:31 |
| 2 | Would you please tell me the Bates number for | 07:32 |
| 3 | the page? | 07:32 |
| 4 | BY MR. FRAWLEY: | |
| 5 | Q. Yes. | 07:32 |
| 6 | The Bates ending in 280. | 07:32 |
| 7 | A. Okay. Yeah, I'm looking at this. | 07:32 |
| 8 | Q. Okay. Do you see the bottom e-mail where you | 07:32 |
| 9 | wrote: | 07:32 |
| 10 | "Hi all. Ads identity team is currently working on | 07:32 |
| 11 | a project to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 07:32 |
| 12 | ▮▮▮▮▮▮"? | 07:32 |
| 13 | A. Yes. | 07:32 |
| 14 | Q. And you are a member of the ads identity team; | 07:32 |
| 15 | correct? | 07:32 |
| 16 | A. Yes. | 07:32 |
| 17 | Q. And who else was a member of the ads identity | 07:32 |
| 18 | team at this point in October 2020? | 07:32 |
| 19 | A. Bert and Chris. | 07:32 |
| 20 | Q. So you were working with them on this project | 07:32 |
| 21 | to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮? | 07:32 |
| 22 | MR. ANSORGE: Objection. Form, and vague. | 07:33 |
| 23 | THE WITNESS: I was working with Bert and | 07:33 |
| 24 | Chris on this ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 07:33 |
| 25 | ▮▮▮▮▮▮. | 07:33 |

```
 1    ███████████████████████████████████████             08:22
 2    ████████████?                                       08:22
 3         A.   Yes.                                      08:22
 4         Q.   And that's referring to the rate according to  08:22
 5    your dashboard; correct?                            08:22
 6         A.   Yes.                                      08:22
 7         Q.   So on January 27th, your dashboard said that   08:22
 8    the incognito rate is around ██ or ██ percent.      08:22
 9              But now on February 3rd, the dashboard is 08:22
10    saying the incognito rate is around █████ percent; fair?  08:22
11         A.   Yes.                                      08:23
12              MR. ANSORGE:  Objection.  Compound.       08:23
13    BY MR. FRAWLEY:                                     08:23
14         Q.   And why was that good news?               08:23
15         A.   Because it's closer to the number Bert told  08:23
16    me.                                                 08:23
17         Q.   What did Bert say about this good news?   08:23
18         A.   I don't remember exactly.                 08:23
19         Q.   And what, if anything, did you do -- well --  08:23
20    yeah.  Sorry.  Let me restart.                      08:24
21              What, if anything, did you do between     08:24
22    January 27th and February 3rd?                      08:24
23              MR. ANSORGE:  Objection.  Vague.          08:24
24              THE WITNESS:  Could you be more specific? 08:24
25    ///
```

```
 1   BY MR. FRAWLEY:                                              08:24
 2       Q.   Right.                                              08:24
 3            What, if anything, did you change that              08:24
 4   resulted in the rate from your dashboard going from          08:24
 5   around ██ to ██ percent to then going down to around         08:24
 6   ████ percent?                                                08:24
 7       A.   I didn't do anything.                               08:24
 8       Q.   So then how can you explain the rate going          08:25
 9   from ██ to ██ percent to around ████ percent?                08:25
10       A.   It's because on January 27th, the change that       08:25
11   makes the incognito rate from ██ or ██ percent to            08:25
12   ████ percent has -- hasn't rolled out yet.                   08:25
13       Q.   Did you say "the change"?                           08:25
14       A.   Yes.                                                08:25
15       Q.   What do you mean -- what's the change?              08:25
16       A.   ████████████████████████████████████████            08:25
17   ████████                                                     08:26
18       Q.   When was that change rolled out?                    08:26
19       A.   I think it's between January 27th and               08:26
20   February 3rd.                                                08:26
21       Q.   Okay.  Let me introduce a new exhibit.              08:26
22                    (Plaintiffs' Exhibit 8 was                  08:26
23                    marked for identification.)                 08:26
24   BY MR. FRAWLEY:                                              08:27
25       Q.   Okay.  I've introduced Exhibit 8.                   08:27
```

| | | |
|---|---|---|
| 1 | Please let me know when you have Exhibit 8 in | 08:27 |
| 2 | front of you. | 08:27 |
| 3 | A.   Yeah.  I'm looking at Exhibit 8. | 08:27 |
| 4 | Q.   Okay.  Exhibit 8 is a list of logs; correct? | 08:27 |
| 5 | A.   Exhibit 8 is an email that has a list of logs. | 08:27 |
| 6 | Q.   And is this the list of logs that has the | 08:27 |
| 7 | ▮▮▮▮▮▮▮▮▮▮ field? | 08:28 |
| 8 | A.   Looks like, yes. | 08:28 |
| 9 | Q.   Now, if you know, when was the | 08:28 |
| 10 | ▮▮▮▮▮▮▮▮▮▮ field added to these logs? | 08:28 |
| 11 | MR. ANSORGE:  Objection.  Compound. | 08:28 |
| 12 | THE WITNESS:  I'm not sure of the exact date. | 08:28 |
| 13 | BY MR. FRAWLEY: | 08:28 |
| 14 | Q.   Was it the same date for every single log or | 08:28 |
| 15 | was it added to different logs at different times? | 08:28 |
| 16 | A.   It was added at one time. | 08:29 |
| 17 | Q.   Sorry.  So for each log it was added at the | 08:29 |
| 18 | exact same time; right?  Is that what you mean? | 08:29 |
| 19 | A.   Yes. | 08:29 |
| 20 | Q.   And you explained earlier that a Boolean field | 08:29 |
| 21 | means that it can only be ▮▮▮▮▮▮▮; correct? | 08:29 |
| 22 | A.   Yes. | 08:29 |
| 23 | Q.   So right now, today, could you -- sorry.  Let | 08:29 |
| 24 | me restart. | 08:29 |
| 25 | Right now, today, could someone at Google run | 08:29 |

Page 41

```
 1    a search for every single log entry where              08:29
 2    ████████████████████████ shows up as ████ ?            08:29
 3               MR. ANSORGE:  Objection.  Foundation.  And  08:30
 4    calls for speculation.  And form.                      08:30
 5               THE WITNESS:  I think that only someone with 08:30
 6    certain permission to the logs -- to access the logs   08:30
 7    may query the log to see this Chrome_incognito --      08:30
 8    ████████████████████████ Boolean field.                08:30
 9    BY MR. FRAWLEY:                                        08:30
10        Q.   And that person could run a query for         08:30
11    ████████████████████████ equals ████ ?                 08:30
12        A.   Yes.                                          08:30
13        Q.   Now, can you just explain to me at a high     08:31
14    level the logic that goes into making the choice of    08:31
15    whether something should be labeled true for           08:31
16    ████████████████████ ?                                 08:31
17               MR. ANSORGE:  Objection.  Form and vague.   08:31
18               THE WITNESS:  The high level logic, you mean 08:31
19    like -- could you specify what's high level logic?     08:31
20    BY MR. FRAWLEY:                                        08:31
21        Q.   Sure.                                         08:31
22               Like what kind of information is the field  08:31
23    using or looking at to decide whether it's going show up 08:31
24    as true?                                               08:31
25        A.   I will be -- so the input for determining this 08:32
```

Page 42

```
1    ███████████████  Boolean field will include the absence    08:32
2    of X-Client-Data header and also whether the request is    08:32
3    from WebView and also if the request is from OS or         08:32
4    macOS.                                                     08:32
5         Q.   And the information that you just listed, is    08:32
6    all of that information stuff that's already part of the   08:33
7    same list of logs?                                         08:33
8              MR. ANSORGE:  Objection.  Vague.                 08:33
9              THE WITNESS:  Do you mean are those input I      08:33
10   talk about, are they in the -- in this list of logs, or    08:33
11   do you mean --                                             08:33
12             MR. FRAWLEY:  Yes.  That's exactly what I        08:33
13   mean.                                                      08:33
14             THE WITNESS:  Okay.  So my input -- my input     08:33
15   for like determining the ███████████ Boolean field         08:33
16   will not -- are not logged in this log.                    08:34
17             MR. FRAWLEY:  Okay.  Could we do like a          08:34
18   five-minute break, Ms. Liu?                                08:34
19             THE WITNESS:  Okay.                              08:34
20             MR. FRAWLEY:  Okay, Joey?                        08:34
21             MR. ANSORGE:  Yeah.  Fine by me.  Should we      08:34
22   reconvene at 20 to the hour?                               08:34
23             MR. FRAWLEY:  Yes.                               08:34
24             MR. ANSORGE:  Does that work?                    08:34
25             MR. FRAWLEY:  Perfect.                           08:34
```

Veritext Legal Solutions
866 299-5127