UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

[PROPOSED] ORDER

Judge: Honorable Yvonne Gonzalez Rogers

Pursuant to stipulation of the Parties, the Court revises the case schedule as follows:

| Scheduled Event | Current Date | New Date |
|---|---|---|
| Google's Answer to Third Amended Complaint | April 1, 2022 | April 8, 2022 |
| Google's Deadline to Complete Productions in Response to Search 2 of the Special Master process | N/A | April 8, 2022 |
| Opening Expert Reports | April 1, 2022 | April 15, 2022 |
| Rebuttal Expert Reports | May 6, 2022 | May 20, 2022 |
| Close of Expert Discovery | June 2, 2022 | August 25, 2022 |
| Class Certification Motion | Motion: June 9, 2022<br>Opp'n: July 28, 2022<br>Reply: August 25, 2022 | Motion: June 16, 2022<br>Opp'n: August 4, 2022<br>Reply: No change: August 25, 2022 |
| Class Certification Hearing | September 20, 2022 | No change: September 20, 2022 |

**IT IS SO ORDERED.**

DATED: __March 31__, 2022

Hon. Yvonne Gonzalez Rogers
United States District Judge