UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, et al.,

    Plaintiffs,

    v.

GOOGLE LLC,

    Defendant.

PATRICK CALHOUN, et al.,

    Plaintiffs,

    v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-03664-YGR   (SVK)
Case No. 20-cv-05146-YGR   (SVK)

**REDACTION ORDER**

The April 4, 2022 Special Master's Report and Recommendation on Referred Discovery Issues (Preservation Plan) (*Brown* Dkt. 524; *Calhoun* Dkt. 604) (the "R&R") has been provisionally filed under seal. The parties are ordered to meet and confer and submit joint proposed redactions to the R&R (to the extent any redaction is required) and a proposed order in each case by **April 11, 2022**. If no proposed redactions are received by 11:59 p.m. on April 11, 2022, the Court will unseal the R&R in its entirety.

**SO ORDERED.**

Dated: April 4, 2022

SUSAN VAN KEULEN
United States Magistrate Judge