UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant.<br><br>PATRICK CALHOUN, *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant | Case No. 20-cv-03664-YGR   (SVK)<br>Case No. 20-cv-05416-YGR   (SVK)<br><br>**SCHEDULING ORDER RE SPECIAL MASTER'S APRIL 4, 2022 REPORT & RECOMMENDATION** |

Special Master Brush's Report and Recommendation on a preservation plan issued today, April 4, 2022. *Brown* Dkt. 524; *Calhoun* Dkt. 604. Pursuant to Fed. R. Civ. Proc. 53(f), and in consideration of other impending deadlines in these actions, the Court **ORDERS** as follows:

- Any objections to the Special Master's recommendation are due by **April 15, 2022**.
- Any responses to objections are due by **April 25, 2022.**
- Should any Party object to any recommendation in either action, the Court will hold an in-person hearing on **May 3, 2022, at 2:00 p.m.**

**SO ORDERED.**

Dated: April 4, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge