UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' REQUEST FOR AN ORDER FOR GOOGLE TO SHOW CAUSE FOR WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Google LLC's Administrative Motion to Seal Portions Google's Submission in Google's Opposition to Plaintiffs' Request for an Order for Google to Show Cause for Why It Should Not Be Sanctioned for Discovery Misconduct ("Opposition"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Text to be Sealed | Reason(s) for Court's Ruling |
|---|---|---|
| Google's Opposition for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages i:5-7, i:10, i:12, i:14, i:21, 1:10-11, 1:13, 1:15, 1:25-28, 2:1-3, 2:7, 2:10, 2:27, 3:21, 4:3-4, 4:6-7, 4:12, 4:15, 4:19-20, 5:1-5, 5:9-10, 5:13, 5;24-25, 6:7-8, 6:10-11, 6:13-15, 6:18-23, 7:1-3, 7:10, 7:18-19, 7:21-23, 8:6-10, 8;12-13, 9:1, 9:3-17, 10:1, 10:4, 10:7, 10:10, 10:16-28, 11:1, 11:3-8, 12:15, 12:19-20, 13:4-15, 13:17, 13:19, 13:22-26, 14:1, 14:6-7, 14:27-28, 15:9. 15:15, 15:18, 15:20, 15:22, 15:26-28, 16:2, 16:6, 16:9-10, 16:12, 16:15, 18:7, 18:11, 18:28, 19:1, 19:3-4, 19:6, 19:12, 19:24, 19:27, 21:12, 21:14-17, 21;19, 22:2, 24:9-10. 25:13. | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Ansorge Declaration | Portions Highlighted in Yellow at:<br><br>Pages 2:20, 2:23, 3:3, 3:10, 4:2, 4:11, 4;14, 4:17, 5:17, 5:24, 5:25, 5:27-28 6:3-6, 6:8-12, 6:14-15, 7:1, 7:5-7, 7:13-14, 7:15, 7:21, 7:24-25, 7:28, 8:8, 8:13-14, 8:28, 9:14, 9:27, 10:6-7, 10:10-12, 10:18, 10:25, 10:27-28, 11:2-4, 11:11, 11:19-20, 11:22-23, 12:11, 12:18-20, 13:10, 13:16-17, 13:22-23, 14:1,14:14-15, 14:17, 14:20, 14:27, 15:14, 15:25, 16:4, 16:14 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

| Exhibit 3 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages 66:5, 67:18 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to data signals and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
|---|---|---|
| Exhibit 4 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Page 2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal data sources, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 5 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages 1-2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 6 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages 1-2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 7 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Page 1 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal data sources, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or |

| | | | Google's competitors. |
|---|---|---|---|
| | Exhibit 9 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Page 1 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, as well as Google's internal practices with regard to Incognito and its proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 10 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages 1-2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 11 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages 1-8 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 12 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Page 1 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, Google's internal practices with regard to Incognito and its proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or |

| | | |
|---|---|---|
| | | Google's competitors. |
| Exhibit 15 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages 8-10 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 16 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Page 1 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 17 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages 3-4 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 18 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages 2, 6-7, 10-11 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 19 to Ansorge Declaration in support of Google's | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to logs and their proprietary |

| | | |
|---|---|---|
| Opposition to Plaintiffs' Request for Sanctions | | functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 20 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 21 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 22 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 23 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 24 to Ansorge Declaration in support of | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details |

| | | |
|---|---|---|
| Google's Opposition to Plaintiffs' Request for Sanctions | | related to project names, internal metrics, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 25 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal metrics, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 26 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 27 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 28 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal metrics, project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 29 to | Redacted in its entirety | Narrowly tailored to protect confidential |

| | | | |
|---|---|---|---|
| 1-5 | Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | | technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal metrics, project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 6-11 | Exhibit 30 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal metrics, project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 12-17 | Exhibit 31 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal metrics, project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 18-23 | Exhibit 32 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal metrics, project names, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 24-28 | Exhibit 33 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal metrics, project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not |

| | | | |
|---|---|---|---|
| | | | generally known to the public or Google's competitors. |
| | Exhibit 34 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which include details related to internal metrics, project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 35 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal metrics, project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 36 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities, as well as, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 37 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal metrics, project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 38 to Ansorge Declaration in support of Google's | Portions Highlighted in Yellow at:<br><br>Pages 8:12 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to data signals, logs, and their |

| | | |
|---|---|---|
| Opposition to Plaintiffs' Request for Sanctions | | proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 39 to Ansorge Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Liao Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages caption page at line 21, 25, 1:4-5, 1:7-8. 1:12-15, 1:24, 1:25, 2:1-4, 2:9-11, 2:24, 2:25, 3:1-24, 3:25, 4:1-24, 4:25, 5:1, 5:25 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Leung Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages caption page at lines 20-21, 25, 1:5-6, 1:9-17, 1:20-22, 1:25, 2:10-12, 2:15-22, 2:25, 3:1-20, 3:25, 4:1-2, 4:5-6, 4:8-10, 4:25 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Golueke Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages 1:22, 1:24, 2:12-13, 2:15-16, 2:20, 2:26-27, 3:1-2, 3:10, 3:25-26, 4:3-4, 4:6, 4:8, 4:13, 4:15-16 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, data sources, logs, and its proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 1 to Trebicka | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly |

| | | |
|---|---|---|
| Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | | sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, as well as internal metrics and investigation into financial impact of certain features, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 2 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, as well as internal metrics and investigation into financial impact of certain features, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 3 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal metrics, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 4 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal metrics, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 5 to Trebicka Declaration in support of Google's Opposition to | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal metrics, and their |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | Plaintiffs' Request for Sanctions | | proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 4<br>5<br>6<br>7<br>8<br>9 | Exhibit 7 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 10<br>11<br>12<br>13<br>14 | Exhibit 8 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect highly sensitive and confidential information regarding Google's internal systems and operations, including details related to employees and organizational structure, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 15<br>16<br>17<br>18<br>19<br>20 | Exhibit 9 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal metrics, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 21<br>22<br>23<br>24<br>25<br>26 | Exhibit 10 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal metrics, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| 27<br>28 | Exhibit 11 to Trebicka | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly |

| | | |
|---|---|---|
| Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | | sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, internal metrics and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 12 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which details related to internal project names, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 13 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 15 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 16 to Trebicka Declaration in support of Google's Opposition | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal data signals, internal identifiers, and their proprietary |

| | | |
|---|---|---|
| Plaintiffs' Request for Sanctions | | functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 17 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 18 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 19 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal metrics, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 20 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal metrics, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

| | | |
|---|---|---|
| Exhibit 21 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, details related to internal project names, internal identifiers, internal metrics, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 22 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 23 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 24 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 25 to Trebicka Declaration in | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal |

| | | |
|---|---|---|
| support of Google's Opposition to Plaintiffs' Request for Sanctions | | systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 26 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 27 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 28 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 29 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google |

| | | |
|---|---|---|
| for Sanctions | | maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 30 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 31 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 33 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Page 2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal data signals and logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 34 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at: Pages 2-7, 9-25 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal metrics, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 35 to Trebicka | Portions Highlighted in Yellow at: | Narrowly tailored to protect confidential technical information regarding highly |

| | | |
|---|---|---|
| Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Pages 2, 4 | sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 36 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages 2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, internal links, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 39 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages 102:12, 103:9, 261:10, 261:12, 261:17, 261:22, 262:1, 262:4-5, 262:7-8, 262:15-16, 262:20, 262:24 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, data signals, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 40 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages 131:19, 131:25, 132:5, 132:10-11, 132:15, 132:22, 133:4, 133:9, 133:12, 133:15, 133:19 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 41 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request | Portions Highlighted in Yellow at:<br><br>Pages 57:19 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal data signals, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not |

| | | |
|---|---|---|
| for Sanctions | | generally known to the public or Google's competitors. |
| Exhibit 42 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages 69:5-6, 69:8-10, 69:15-16, 69:25, 70:1, 70:3, 70:5-6, 70:18, 70:21, 70:23, 71:9, 72:20-22, 72:24-25, 73:5-6, 73:14-15, 73:17, 73:22, 75:17-20, 75:24-25, 76:1-2, 76:13-14, 76:24-25, 77:8, 77:20-23, 90:10-11, 91:2-4, 91:11-13, 91:17, 92:11 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 47 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages 40:4, 40:23-24, 41:1, 41:3, 41:15, 47:23-24, 48:6, 48:8-9, 48:18 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 49 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Portions Highlighted in Yellow at:<br><br>Pages 4:12, 4:15-16, 4:18. 4:21-22, 371:11, 371:15, 373:24, 374:1-2, 374:5-24 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal project names, internal identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 50 to Trebicka Declaration in support of Google's Opposition to Plaintiffs' Request for Sanctions | Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____     _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge