QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR<br><br>**DECLARATION OF VIOLA TREBICKA IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' REQUEST FOR AN ORDER FOR GOOGLE TO SHOW CAUSE FOR WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT**<br><br>The Honorable Susan van Keulen<br>Date: April 21, 2022<br>Time: 10:00 a.m.<br><br>Trial Date:  None Set |

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Opposition to Plaintiffs' Request for an Order for Google to Show Cause for Why It Should Not Be Sanctioned for Discovery Misconduct. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by Defendant in this action, on April 23, 2021, as GOOG-BRWN-00033225.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Defendant in this action, on June 18, 2021, as GOOG-BRWN-00175744.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Defendant in this action, on June 18, 2021, as GOOG-BRWN-00181672.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Defendant in this action, on June 18, 2021, as GOOG-BRWN-00182034.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Defendant in this action, on June 18, 2021, as GOOG-BRWN-00204684.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Defendant in this action, on September 30, 2021, as GOOG-BRWN-00525099.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Defendant in this action, on October 5, 2021, as GOOG-BRWN-00536949.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Defendant in this action, on September 1, 2021, as GOOG-CABR-00064421.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by Defendant in this action, on September 1, 2021, as GOOG-CABR-00484343.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by Defendant in this action, on September 1, 2021, as GOOG-CABR-00544408.

TREBICKA DECL. ISO OF GOOGLE'S OPPOSITION TO PLAINTIFFS' REQUEST FOR AN ORDER FOR GOOGLE TO SHOW CAUSE FOR WHY IT SHOULD NOT BE SANCTIONED

12. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by Defendant in this action, on September 1, 2021, as GOOG-CABR-00547295.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by Defendant in this action, on September 2, 2021, as GOOG-CABR-00901891.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by Defendant in this action, on September 24, 2021, as GOOG-CABR-03668216.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by Defendant in this action, on September 1, 2021, as GOOG-BRWN-00023886.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by Defendant in this action, on June 18, 2021, as GOOG-BRWN-00176433.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Defendant in this action, on September 24, 2021, as GOOG-CABR-03668991.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Defendant in this action, on September 24, 2021, as GOOG-CABR-03669472.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Defendant in this action, on September 24, 2021, as GOOG-CABR-03669574.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Defendant in this action, on October 5, 2021, as GOOG-CABR-04324934.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by Defendant in this action, on October 6, 2021, as GOOG-CABR-04470006.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by Defendant in this action, on October 29, 2021, as GOOG-CABR-04796629.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285402.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285407.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285409.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285410.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285411.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285414.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285416.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285418.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285420.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a document produced by Defendant in this action, on November 24, 2021, as GOOG-CABR-05285422.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a letter dated January 25, 2021 from Jonathan Tse to Beko Reblitz-Richardson.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a letter dated February 5, 2021 from Josef Ansorge to Beko Reblitz-Richardson.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a letter dated July 16, 2021 from Beko Reblitz-Richardson to Counsel for Defendant Google, LLC.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a letter dated October 1, 2021 from Josef Ansorge to Special Master Douglas Brush.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a letter dated November 9, 2021 from Erika Nyborg-Burch to Counsel for Defendant Google, LLC.

38. Attached hereto as **Exhibit 37** is a true and correct copy of an email dated January 11, 2022 from Sara Jenkins to Erika Nyborg-Burch.

39. Attached hereto as **Exhibit 38** is a true and correct copy of an email dated February 13, 2022 from Alex Frawley to Sara Jenkins.

TREBICKA DECL. ISO OF GOOGLE'S OPPOSITION TO PLAINTIFFS' REQUEST FOR AN ORDER FOR GOOGLE TO SHOW CAUSE FOR WHY IT SHOULD NOT BE SANCTIONED

40. Attached hereto as **Exhibit 39** is a true and correct copy of transcript excerpts from the March 4, 2022 deposition of Bert Leung.

41. Attached hereto as **Exhibit 40** is a true and correct copy of transcript excerpts from the December 3, 2021 deposition of Huei-Hung (Chris) Liao.

42. Attached hereto as **Exhibit 41** is a true and correct copy of transcript excerpts from the March 8, 2022 deposition of Mandy Liu.

43. Attached hereto as **Exhibit 42** is a true and correct copy of transcript excerpts from the March 10, 2022 deposition of Caitlin Sadowski.

44. Attached hereto as **Exhibit 43** is a true and correct copy of transcript excerpts from the March 5, 2022 proceeding before Special Master Douglas Brush.

45. Attached hereto as **Exhibit 44** is a true and correct copy of Mozilla Corporation's Objections and Response to Subpoena to Produce Documents, Information or Objects, dated August 27, 2021.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a letter dated September 20, 2021 from Sean Pinner to Ryan J. McGee in response to subpoena to Apple Inc.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Microsoft Corporation's Objections and Responses to Plaintiffs' Subpoena, dated August 27, 2021.

48. Attached hereto as **Exhibit 47** is a true and correct copy of excerpts from the transcript of proceedings before the Special Master on March 23, 2022.

49. Attached hereto as **Exhibit 48** is a true and correct copy of excerpts from Plaintiffs' Requests for Production to Defendant Google, Set Two, dated October 19, 2020.

50. Attached hereto as **Exhibit 49** is a true and correct copy of transcript excerpts from the June 16, 2021 deposition of Glenn Berntson, pursuant to FRCP 30(b)(6).

51. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by Defendant in this action, on July 31, 2021, as GOOG-BRWN-00432930.

52. Attached hereto as **Exhibit 51** is a true and correct copy of a document produced by Defendant in this action, November 6, 2020, as GOOG-BRWN-00000152.

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct. Executed in Los Angeles, California on April 4, 2022.

By     */s/ Viola Trebicka*
Viola Trebicka