UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR AN ORDER FOR GOOGLE TO SHOW CAUSE FOR WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT**<br><br>Judge: Hon. Susan van Keulen<br><br>Hearing Date:  April 21, 2022<br>Hearing Time:  10:00 AM |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Request for an Order for Google to Show Cause For Why It Should Not Be Sanctioned for Discovery Misconduct (the "Request"). Having considered the parties' papers filed in support of and in opposition to the Request, and other papers on file, and good cause having been shown, the Court **ORDERS** as follows:

The Request is denied.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge