UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-03664-YGR   (SVK) <br><br> **ORDER TO PROVIDE CHAMBERS COPIES OF BRIEFING ON PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE RE SANCTIONS** |

By **April 13, 2022**, the Court requests that each side submit <u>**two copies**</u> of its briefs, declarations, and exhibits on Plaintiffs' motion for an order to show cause re sanctions (Dkt. 430). The chambers copies should be organized in binders with tabs and may be delivered to the San Jose Clerk's Office by 1:00 p.m. or placed in the drop box at the San Jose Courthouse by 4:30 p.m.

**SO ORDERED.**

Dated: April 11, 2022

SUSAN VAN KEULEN
United States Magistrate Judge