| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE SUBMISSION RE: IN CAMERA REVIEW AND RE-REVIEW PROPOSAL (RE: DKT. 522)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

April 11, 2022

Submitted via ECF
Magistrate Judge Susan van Keulen
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

Re:   Google Submission re: *In Camera Privilege* Review and Re-Review Proposal
      *Brown v. Google LLC,* Case No. 4:20-cv-03664-YGR-SVK (N.D. Cal.)

Dear Magistrate Judge van Keulen:

Pursuant to your Honor's April 1, 2022 order (Dkt. 522), Google submits this statement, supporting declaration, and documents (submitted *in camera*) for the Court's consideration.

# GOOGLE'S STATEMENT

## I.  PLAINTIFFS' REQUEST FOR REMOVAL OF CERTAIN REDACTIONS FROM DOCUMENT SUBMITTED *IN CAMERA* (GOOG-CABR-05269357.R)

Plaintiffs' request for production of GOOG-CABR-05269357.R with certain redactions removed should be denied because the redacted content discusses and reflects legal advice of Google in-house counsel, and it is thus protected from disclosure by the attorney-client privilege. GOOG-CABR-05269357.R is a 94-page slide presentation of which only five pages contain redactions. Plaintiffs have challenged the redactions on only two pages (at -380.R-81.R), which correspond to a single slide and the associated presenter notes. Dkt. 516-3, at 3. The redacted information in this section contains and reflects legal guidance from Google in-house counsel regarding regulatory compliance and competition issues. Bindra Decl. ¶¶ 3-5. As such, it is protected from disclosure by the attorney-client privilege. *See Chrimar Sys. Inc v. Cisco Sys. Inc*, 2016 WL 1595785, at *3 (N.D. Cal. Apr. 21, 2016) ("[A] document that is not communicated between an attorney and a client may still be privileged as long as 'the document by its nature and contents memorializes and reflects legal advice rendered in a privileged conversation.'") (citing *Baxter Healthcare Corp. v. Fresenius Med. Care Holding, Inc.*, 2009 WL 533124, at *1 (N.D. Cal. Mar. 3, 2009)); Oct. 27, 2021 Hrg. Tr. 9:13-19 ("[Y]ou often have non-lawyers transmitting legal advice, sharing legal advice, acting on legal advice that is reflected in a document, and as we know . . . from the Ninth Circuit, transmitting legal advice, sharing it, discussing it, even without the lawyer, is still within the coverage of attorney-client privilege."). Plaintiffs' request to compel production of this document with these two redactions removed should be denied.

## II.  GOOGLE'S RE-REVIEW PROPOSAL

Google has identified a random sample of 500 documents from its privilege logs where (i) the document has been designated as privileged in the document's text, but no attorney is identified on Google's privilege log; and (ii) emails where an attorney is copied and does not respond. These categories align with Plaintiffs' complaints from the parties' joint brief. *See* Dkt. 516-3, at 2. Google has already begun re-reviewing these documents, and it expects to provide the results of this re-review and produce any documents that it determines were inadvertently mis-designated as privileged by April 19, 2022.

If the error rate for these 500 documents is over 10%, Google will re-review an additional random sample of 500 documents from the same two categories described above. If this additional re-review proves to be necessary, Google will complete it by April 29, 2022.

This proposal is reflected in Google's Proposed Order submitted concurrently with this statement.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | |
| 4 | /s/ Andrew H. Schapiro |
| 5 | Andrew H. Schapiro (admitted *pro hac vice*) andrewschapiro@quinnemanuel.com Teuta Fani (admitted *pro hac vice*) |
| 6 | teutafani@quinnemanuel.com 191 N. Wacker Drive, Suite 2700 |
| 7 | Chicago, IL 60606 Telephone: (312) 705-7400 |
| 8 | Facsimile: (312) 705-7401 |
| 9 | Diane M. Doolittle (CA Bar No. 142046) dianedoolittle@quinnemanuel.com |
| 10 | Sara Jenkins (CA Bar No. 230097) sarajenkins@quinnemanuel.com |
| 11 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065 |
| 12 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 13 | |
| 14 | Stephen A. Broome (CA Bar No. 314605) stephenbroome@quinnemanuel.com |
| 15 | Viola Trebicka (CA Bar No. 269526) violatrebicka@quinnemanuel.com |
| 16 | Crystal Nix-Hines (Bar No. 326971) crystalnixhines@quinnemanuel.com |
| 17 | Alyssa G. Olson (CA Bar No. 305705) alyolson@quinnemanuel.com |
| 18 | 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017 |
| 19 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 20 | Jomaire A. Crawford (admitted *pro hac vice*) jomairecrawford@quinnemanuel.com |
| 21 | 51 Madison Avenue, 22nd Floor New York, NY 10010 |
| 22 | Telephone: (212) 849-7000 Facsimile: (212) 849-7100 |
| 23 | |
| 24 | Josef Ansorge (admitted *pro hac vice*) josefansorge@quinnemanuel.com |
| 25 | Xi ("Tracy") Gao (CA Bar No. 326266) tracygao@quinnemanuel.com |
| 26 | Carl Spilly (admitted *pro hac vice*) carlspilly@quinnemanuel.com |
| 27 | 1300 I Street NW, Suite 900 Washington D.C., 20005 Telephone: (202) 538-8000 |
| 28 | Facsimile: (202) 538-8100 |

|   |   |
|---|---|
| 1 |   |
| 2 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 5 | *Attorneys for Defendant Google LLC* |