QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Andrew H. Schapiro (admitted *pro hac vice*) | Diane M. Doolittle (CA Bar No. 142046) |
| andrewschapiro@quinnemanuel.com | dianedoolittle@quinnemanuel.com |
| 191 N. Wacker Drive, Suite 2700 | 555 Twin Dolphin Drive, 5th Floor |
| Chicago, IL 60606 | Redwood Shores, CA 94065 |
| Telephone: (312) 705-7400 | Telephone: (650) 801-5000 |
| Facsimile: (312) 705-7401 | Facsimile: (650) 801-5100 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Carl Spilly (admitted *pro hac vice*) |
| violatrebicka@quinnemanuel.com | carlspilly@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I. Street, N.W., Suite 900 |
| Los Angeles, CA 90017 | Washington, D.C. 20005 |
| Telephone: (213) 443-3000 | Telephone: 202-538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: 202-538-8100 |
| | |
| Jonathan Tse (CA Bar No. 305468) | Jomaire A. Crawford (admitted *pro hac vice*) |
| jonathantse@quinnemanuel.com | jomairecrawford@quinnemanuel.com |
| 50 California Street, 22nd Floor | 51 Madison Avenue, 22nd Floor |
| San Francisco, CA 94111 | New York, NY 10010 |
| Telephone: (415) 875-6600 | Telephone: (212) 849-7000 |
| Facsimile: (415) 875-6700 | Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>        v. | Case No. 5:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF CHETNA BINDRA IN SUPPORT OF GOOGLE'S ASSERTION OF PRIVILEGE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

GOOGLE LLC,

    Defendant.

I, Chetna Bindra, declare as follows:

1. I am a Google Product Manager. I make this declaration of my own personal, firsthand knowledge, and if called as a witness, I could and would testify competently thereto.

2. In my role as a Google Product Manager, I have regularly communicated with Google engineers and Google in-house counsel to discuss legal advice regarding Google's compliance with privacy and competition regulations and laws in connection with the implementation of changes to certain user controls and settings.

3. I am familiar with and was directly involved in preparing, reviewing, and presenting GOOG-CABR-05269357.R and the information contained therein.

4. I understand that the information contained in GOOG-CABR-05269357.R (at -380.R-81.R) has been redacted and withheld from disclosure.

5. The redacted text on GOOG-CABR-05269357.R at -380.R–81.R consists of slides and speaker notes containing and reflecting legal guidance from Google in-house counsel regarding regulatory compliance and competition issues. As indicated by the reference to "legal advice" in the speaker notes, this information was prepared by non-attorneys in collaboration with Google in-house counsel, and it contains and reflects Google in-house counsel's legal advice regarding certain user controls and settings designed to comply with privacy and competition laws and regulations.

6. It is and was my understanding that the redacted information noted above was confidential and privileged within Google, and was sent for the purposes of conveying legal advice of Google in-house counsel along with proposed changes to user settings and controls that reflect and incorporate this legal advice.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Parker, Colorado on April 8, 2022.

DATED: April 8, 2022.

By  */s/Chetna Bindra*
    Chetna Bindra