UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | **[PROPOSED] ORDER RE: IN CAMERA SUBMISSION AND RE-REVIEW PROPOSAL** |

# [PROPOSED] ORDER

Before the Court is Google's submission regarding in camera review and re-review proposal. Having considered the submission, (i) Plaintiffs' request for production of GOOG-CABR-05269357.R with certain redactions removed is DENIED; and (ii) Google's re-review proposal is GRANTED.

Pursuant to this order, Google will re-review a random sample of 500 documents from its privilege logs where (i) the document has been designated as privileged in the document's text, but no attorney is identified on Google's privilege log; and (ii) emails where an attorney is copied and does not respond. Google will provide the results of this re-review to Plaintiffs and produce any documents that it determines were inadvertently mis-designated as privileged by April 19, 2022.

If the error rate for these 500 documents is over 10%, Google will re-review an additional random sample of 500 documents from the same two categories described above. If this additional re-review proves to be necessary, Google will complete it by April 29, 2022.

**IT IS SO ORDERED.**

DATED: _____    _____
Honorable Susan van Keulen
United States Magistrate Judge