1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL PORTIONS OF SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON REFERRED DISCOVERY ISSUES (PRESERVATION PLAN) IN RESPONSE TO DKT. NOS. 524, 525**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Submission Re: Sealing Portions of Special Master's Report and Recommendations on Referred Discover Plan (Preservation Plan) in Response to Dkt. Nos. 524, 525. Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Special Master's Report and Recommendations on Referred Discovery Issues (Preservation Plan) (Dkt. 524) | GRANTED as to the Portions of Exhibit A to Special Master Report re Preservation Plan at:<br><br>Pages 2-3 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED**.

DATED: _____

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge