Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' MOTION RE: SEALING PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF REQUEST FOR AN ORDER FOR GOOGLE TO SHOW CAUSE RE: DISCOVERY MISCONDUCT**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 – 4th Floor<br>Date: April 21, 2022 |

1   Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether
2   Google LLC ("Google")'s material should be sealed. This material is included in Plaintiffs' Reply
3   in Support of Their Motion for Order Requiring Google to Show Cause Why It Should Not Be
4   Sanctioned for Discovery Misconduct ("Reply").  The material has been designated by Google as
5   "Confidential" or "Highly Confidential – Attorneys' Eyes Only."  This motion to seal pertains to
6   the following information in the Reply:

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Reply Brief | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Declaration of Mark C. Mao in Support of Plaintiffs' Reply ("Mao Reply Decl.") | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Exhibits 1-6 of the Mao Reply Declaration | Google | Entirety | Material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Declaration of Christopher Thompson ("Thompson Decl.") | Google | Entirely | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Exhibits B-D of the Thompson Declaration | Google | Entirety | Material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |

  Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the
responsibility to establish that its designated material is sealable.

Dated: April 11, 2022

Respectfully submitted,

By: */s/ Mark Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor

ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY
IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE
Case No. 4:20-cv-03664-YGR-SVK

|   |   |
|---|---|
| 1 | Tampa, FL 33602 |
| 2 | Telephone: (813) 223-5505 |
|   | Facsimile: (813) 222-4736 |
| 3 | Michael F. Ram, CA Bar No. 104805 |
| 4 | MORGAN & MORGAN |
|   | 711 Van Ness Ave, Suite 500 |
| 5 | San Francisco, CA 94102 |
|   | Tel: (415) 358-6913 |
| 6 | mram@forthepeople.com |
| 7 | *Attorneys for Plaintiffs* |