# THOMPSON DECLARATION

# FILED UNDER SEAL