# EXHIBIT A

# FILED UNDER SEAL

# Christopher Thompson

233 Analytics, LLC
112 Hadley Reserve Ct.
Nolensville, TN 37135
Cell Phone (727) 481-2833
chris@233analytics.com

| | |
|---|---|
| **Education** | **Vanderbilt University** Nashville, Tennessee   *Bachelor of Engineering May 2010*<br>Major: Computer Engineering<br>Minor: Engineering Management (School of Engineering) |
| **Publications** | **Journal Publications**<br>Jules White, Chris Thompson, Hamilton Turner, Brian Dougherty, Douglas C. Schmidt, WreckWatch: Automatic Traffic Accident Detection and Notification with Smartphones, Springer Journal of Mobile Applications and Networks<br><br>Jules White, Sibohan Clarke, Brian Dougherty, Chris Thompson, Douglas C. Schmidt, R&D Challenges and Solutions for Mobile Cyber-Physical Applications and Supporting Internet Services, Springer Journal of Internet Services and Applications<br><br>Jules White, Brian Dougherty, Chris Thompson, Douglas C. Schmidt, "ScatterD: Spatial Deployment Optimization with Hybrid Heuristic / Evolutionary Algorithms," ACM Transactions on Autonomous and Adaptive Systems Special Issue on Spatial Computing.<br><br>**Conference Publications**<br>Chris Thompson, Hamilton Turner, Jules White, and Douglas C. Schmidt, Analyzing Mobile Application Software Power Consumption via Model-Driven Engineering, Proceedings of the 1st International Conference on Pervasive and Embedded Computing and Communication Systems, Algarve, Portugal, March 5-7, 2011. **Received Best Student Paper Award**<br><br>Chris Thompson, Jules White, and Douglas C. Schmidt, Analyzing Mobile Application Software Power Consumption via Model-Driven Engineering,  ACM/IEEE 13th International Conference on Model Driven Engineering Languages and Systems, October 3-8, 2010 Oslo, Norway<br><br>Chris Thompson, Jules White, Brian Dougherty and Douglas C. Schmidt, Using Smartphones to Detect Car Accidents and Provide Situational Awareness to Emergency Responders, MobilWare 2010, June 28 – July 2, 2010, Chicago, IL USA. **Best Paper Recipient**<br><br>Brian Dougherty, Jules White, Jaiganesh Balasubramanian, Chris Thompson, and Douglas C. Schmidt, Deployment Automation with BLITZ, 31st International Conference on Software Engineering, May 16-24, 2009 Vancouver, Canada.<br><br>Brian Dougherty, Jules White, Chris Thompson, and Douglas C. Schmidt, Automating Hardware and Software Evolution Analysis, 16th Annual IEEE International Conference and Workshop on the Engineering of Computer Based Systems (ECBS), April 13-16, 2009 San Francisco, CA USA.<br><br>**Workshop Publications**<br>Chris Thompson, Jules White, Brian Dougherty, and Douglas C. Schmidt, Optimizing Mobile Application Performance with Model-Driven Engineering, The Seventh Annual IFIP Workshop on Software Technologies for Future Embedded and Ubiquitous Systems, November 16-18, 2009 Newport Beach, California<br><br>**Book Chapters**<br>Hamilton Turner, Jules White, Chris Thompson, Krzysztof Zienkiewicz, Scott Campbell, Douglas C. Schmidt, Building Mobile Sensor Networks Using Smartphones and Web Services: Ramifications and Development Challenges, *Handbook of Research on Mobility and Computing: Evolving Technologies and Ubiquitous Impacts*, edited by Maria Manuela Cruz-Cunha and Fernando Moreira, IGI Global, Hershey, PA, USA 2009 (Accepted Proposal) |

| | |
|---|---|
| **Patents** | **Issued**<br>8,907,772: *System and method for automatic unsafe driving determination and notification*<br>9,578,445: *Systems and methods to synchronize data to a mobile device based on a device usage context*<br>9,363,670: *Systems and methods for restricting access to network resources via in-location access point protocol*<br>9,773,107: *Systems and methods for enforcing security in mobile computing* |
| **Testimony** | September 2021, submitted an expert report/provided testimony on behalf of Ravgen Inc. in Ravgen Inc. v. Natera, Inc.<br>Western District of Texas; Case No. 6:20-cv-451 |
| **Experience** | **NewsBreak Media Networks** Nashville, Tennessee<br>*Chief Technology Officer* January 2022 – Present<br>• Responsible for ground-up architecture of marketing automation tools for brick and mortar, convenience retail<br>• Designed and built critical software components and infrastructure for video distribution to remote and distributed player software<br>• Tasked with defining and implementing the product roadmap and technology vision<br>**Nationwide Studios** Nashville, Tennessee<br>*Chief Product Officer* December 2017 – November 2018<br>• Responsible for overseeing development and architecture of photography capture and commerce products<br>• Designed and implemented data analytics platform to leverage historical customer data to increase product efficacy<br>• Managed migration of legacy back office systems to modern architectures to increase efficiency and agility<br>**233 Analytics, LLC** Nashville, Tennessee<br>*Consultant* April 2010 – Present<br>• Provided and performed analysis of software components to support IP litigation and prosecution<br>• Worked for numerous firms including Kirkland & Ellis, Morrison & Foerster, Wilmer Hale and Gibson Dunn & Crutcher<br>• Provided software development and project management services to clients in a number of industries including development of mobile applications, backend services and ERP-type systems<br>**OptioLabs, LLC** Nashville, Tennessee<br>*Senior Software Development Consultant* March 2012 – December 2016<br>• Worked on numerous projects including a secure Android middleware layer, command and control systems for remote devices, custom data analytics packages and other business services<br>• Architected and managed cloud computing resources including EC2 instances and infrastructure<br>• Automated deployment and testing frameworks<br>**Cyber Physical Systems, Inc.** Nashville, Tennessee<br>*Founder & CEO* May 2010 – May 2013<br>• Raised over $2.1m in venture funding for consumer electronic startup<br>• Architected and implemented command and control server for distributed network of devices<br>• Managed product development cycle to bring concept to physical product<br>• Featured in Engadget, TechCrunch, VentureBeat, FoxNews.com among others<br>**Institute for Software Integrated Systems** Vanderbilt University, Nashville, Tennessee<br>*Undergraduate Research Assistant* Summer 2009<br>• Constructed 4 mobile applications based on the Android platform |

- Conducted research on mobile performance analysis and power-consumption optimization
- Presented findings and projects to upper-level administrators within the School of Engineering and Vanderbilt University.