# EXHIBIT B-1

# FILED UNDER SEAL