# EXHIBIT B-2

# FILED UNDER SEAL