| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (Bar No. 326971)<br>crystalnixhines@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: GOOGLE'S PRODUCTION OF DASHBOARD DATA AND PLAINTIFFS' DAMAGES EXPERT REPORT**<br><br>Judge:    Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Defendant Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, in response to the Court's March 15, 2022 Order on Dispute P27 (Dashboard Data) (Dkt. 487), Google made a production to Plaintiffs on March 24, 2022;

WHEREAS, following a meet-and-confer, Google committed to supplementing that production;

WHEREAS, Google will complete that supplemental production by April 15, 2022;

WHEREAS, one of Plaintiffs' experts ("Plaintiffs' Damages Expert") wishes to review the data from this supplemental production prior to submitting his report;

WHEREAS, the parties have agreed that Plaintiffs' Damages Expert may have one additional week to complete his report, making it due on April 22, 2022 instead of April 15, 2022;

WHEREAS, the Parties will serve opening expert reports from all other experts on April 15, 2022, as currently scheduled;

WHEREAS, the parties have agreed that Google will have one additional week to serve any rebuttal report to Plaintiffs' Damages Expert's report, making Google's deadline to rebut that report May 27, 2022 instead of May 20, 2022.

WHEREAS, the parties agree that any opening expert reports served by Google will not be shared with Plaintiffs' Damages Expert until his report is served to Google;

WHEREAS, the parties agree that any rebuttal expert reports served by Plaintiffs' experts on May 20, 2022 will not be shared with any Google expert submitting a rebuttal report to Plaintiffs' Damages Expert until that rebuttal report(s) has been served by Google to Plaintiffs.

NOW THEREFORE, the Parties stipulate as follows:

1. The deadline for Plaintiffs' Damages Expert to serve his opening expert report is moved from April 15, 2022 to April 22, 2022.

2. The deadline for Google to serve any rebuttal reports to Plaintiffs' Damages Expert's report is moved from May 20, 2022 to May 27, 2022.

3. The parties will otherwise serve expert reports on April 15, 2022 and May 20, 2022, as currently scheduled (Dkt. 521)

4. All other case deadlines remain in effect.

DATED: April 14, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSMAN GODFREY LLP |
|---|---|
| /s/ Viola Trebicka | /s/ Amanda Bonn |

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted pro hac vice)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.

| | | |
|---|---|---|
| 1 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602 |
| 2 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | Tel: (813) 223-5505<br>Fax: (813) 222-4736 |
| 3 | Washington D.C., 20005<br>Tel: (202) 538-8000 | Michael F. Ram (CA Bar No. 104805) |
| 4 | Fax: (202) 538-8100 | mram@forthepeople.com<br>MORGAN & MORGAN, P.A. |
| 5 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | 711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102 |
| 6 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Tel: (415) 358-6913 |
| 7 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | *Attorneys for Plaintiffs* |
| 8 | | |
| 9 | *Attorneys for Defendant Google LLC* | |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: April 14, 2022                              By      */s/ Amanda Bonn*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER**<br><br>Judge:　Honorable Yvonne Gonzalez Rogers |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____, 2022

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge