| | | |
|---|---|---|
| 1 | Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| 2 | Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
|   | Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| 3 | **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
|   | 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| 4 | San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
|   | Tel.: (415) 293-6800 | 1301 Avenue of the Americas, 32nd Floor |
| 5 | mmao@bsfllp.com | New York, NY 10019 |
|   | brichardson@bsfllp.com | Tel.: (212) 336-8330 |
| 6 | enyborg-burch@bsfllp.com | bcarmody@susmangodfrey.com |
| 7 |   | srabin@susmangodfrey.com |
|   | James Lee (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| 8 | Rossana Baeza (admitted *pro hac vice*) | afrawley@susmangodfrey.com |
|   | **BOIES SCHILLER FLEXNER LLP** |   |
| 9 | 100 SE 2nd St., 28th Floor | John A. Yanchunis (admitted *pro hac vice*) |
|   | Miami, FL 33131 | Ryan J. McGee (admitted *pro hac vice*) |
| 10 | Tel.: (305) 539-8400 | **MORGAN & MORGAN** |
| 11 | jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
|   | rbaeza@bsfllp.com | Tampa, FL 33602 |
| 12 |   | Tel.: (813) 223-5505 |
|   | Alison L. Anderson, CA Bar No. 275334 | jyanchunis@forthepeople.com |
| 13 | **BOIES SCHILLER FLEXNER LLP** | mram@forthepeople.com |
|   | 725 S. Figueroa Street, 31st Floor | rmcgee@forthepeople.com |
| 14 | Los Angeles, CA 90017 |   |
|   | Tele: (213) 629-9040 | Michael F. Ram, CA Bar No. 104805 |
| 15 | alanderson@bsfllp.com | **MORGAN & MORGAN** |
| 16 | Amanda K. Bonn, CA Bar No. 270891 | 711 Van Ness Ave, Suite 500 |
|   | **SUSMAN GODFREY L.L.P** | San Francisco, CA 94102 |
| 17 | 1900 Avenue of the Stars, Suite 1400 | Tel: (415) 358-6913 |
|   | Los Angeles, CA 90067 | mram@forthepeople.com |
| 18 | Tel: (310) 789-3100 |   |
| 19 | abonn@susmangodfrey.com |   |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated, | Case No.: 4:20-cv-03664-YGR-SVK |
|   | **PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL ALISON L. ANDERSON** |
| Plaintiffs, |   |
| vs. |   |
| GOOGLE LLC, |   |
| Defendant. |   |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**

2  **OF RECORD IN THIS ACTION:**

3  PLEASE TAKE NOTICE THAT Alison L. Anderson, of the law firm Boies Schiller Flexner LLP, hereby appears in the above-captioned matter as counsel for Plaintiffs. Ms. Anderson is a member in good standing in the State Bar of California and is admitted to practice law in California. Counsel requests that all pleadings, notices, and other filings to be served are directed to the following address, telephone number, facsimile number, and email address:

> Alison L. Anderson
> alanderson@bsfllp.com
> 725 S. Figueroa St., 31st Floor
> Los Angeles, CA 90017
> Telephone: (213) 629-9040
> Facsimile: (213) 629-9022

Dated: April 14, 2022

Respectfully submitted,

By: */s/ Alison L. Anderson*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Tele: (213) 629-9040

|   |   |
|---|---|
| 1 | Amanda Bonn (CA Bar No. 270891) |
|   | abonn@susmangodfrey.com |
| 2 | SUSMAN GODFREY L.L.P. |
|   | 1900 Avenue of the Stars, Suite 1400 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: (310) 789-3100 |
| 4 |   |
|   | William Christopher Carmody (*pro hac vice*) |
| 5 | bcarmody@susmangodfrey.com |
|   | Shawn J. Rabin (*pro hac vice*) |
| 6 | srabin@susmangodfrey.com |
|   | Steven Shepard (*pro hac vice*) |
| 7 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley (*pro hac vice*) |
| 8 | afrawley@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 9 | 1301 Avenue of the Americas, 32nd Floor |
| 10 | New York, NY  10019 |
|   | Telephone: (212) 336-8330 |
| 11 |   |
|   | John A. Yanchunis (*pro hac vice*) |
| 12 | jyanchunis@forthepeople.com |
|   | Ryan J. McGee (*pro hac vice*) |
| 13 | rmcgee@forthepeople.com |
|   | MORGAN & MORGAN, P.A. |
| 14 | 201 N Franklin Street, 7th Floor |
|   | Tampa, FL 33602 |
| 15 | Telephone: (813) 223-5505 |
|   | Facsimile: (813) 222-4736 |
| 16 |   |
|   | Michael F. Ram, CA Bar No. 104805 |
| 17 | MORGAN & MORGAN |
|   | 711 Van Ness Ave, Suite 500 |
| 18 | San Francisco, CA 94102 |
|   | Tel: (415) 358-6913 |
| 19 | mram@forthepeople.com |
| 20 |   |
|   | *Attorneys for Plaintiffs* |