UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-03664-YGR (SVK)<br><br>**ORDER REGARDING RE-ASSESSMENT OF DOCUMENTS FOR WHICH PRIVILEGE HAS BEEN CLAIMED**<br><br>Re: Dkt. No. 533 |

Pursuant to this Court's Order at Dkt. 522, Google submitted a proposal for re-evaluating some portion of the documents for which it has claimed privileged in this case. Dkt. 533. For context, Google's privilege log has more than 25,000 entries, and Google has previously re-assessed 830 documents. *Id.;* Dkt. 516-3 at 1, 4. The Court has evaluated Google's submission and modifies it to **ORDER** as follows:

Google will re-review a random sample of 1000 documents from its privilege logs where (i) the document has been designated as privileged in the document's text, but no attorney is identified on Google's privilege log; and (ii) emails where an attorney is copied and does not respond. Google will provide the results of the re-review (as a raw number and as a percentage of both documents reviewed and of documents for which privilege is claimed) to Plaintiffs and to the Court and will produce any documents that it determines were mis-designated as privileged no later than **April 29, 2022**. The Court will then determine if the error rate warrants re-evaluation of additional documents.

　　**SO ORDERED.**

Dated: April 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge