| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, 32nd Floor |
| mmao@bsfllp.com | New York, NY 10019 |
| brichardson@bsfllp.com | Tel.: (212) 336-8330 |
| enyborg-burch@bsfllp.com | bcarmody@susmangodfrey.com |
| | srabin@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | afrawley@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | |
| 100 SE 2nd St., 28th Floor | John A. Yanchunis (admitted *pro hac vice*) |
| Miami, FL 33131 | Ryan J. McGee (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | **MORGAN & MORGAN** |
| jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| Amanda K. Bonn, CA Bar No. 270891 | jyanchunis@forthepeople.com |
| **SUSMAN GODFREY L.L.P** | mram@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | rmcgee@forthepeople.com |
| Los Angeles, CA 90067 | |
| Tel: (310) 789-3100 | Michael F. Ram, CA Bar No. 104805 |
| Fax: (310) 789-3150 | **MORGAN & MORGAN** |
| abonn@susmangodfrey.com | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 4:20-cv-03664-YGR-SVK <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. 524)** <br><br> The Honorable Susan van Keulen <br> Courtroom 6 – 4th Floor <br> Date: May 3, 2022 <br> Time: 2:00 PM |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC ("Google")'s material should be sealed. This material is included in Plaintiffs' Objections to the Special Master's Report and Recommendation (the "Objections"). The material has been designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." This motion to seal pertains to the following information in the Objections:

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Objections | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Declaration of Mark C. Mao in Support of Plaintiffs' Objections ("Mao Decl.") | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Exhibit 1 of the Mao Declaration | Google | Entirety | Material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Declaration of Christopher Thompson ("Thompson Decl.") | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Exhibits A-B of the Thompson Declaration | Google | Entirety | Material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: April 15, 2022                     Respectfully submitted,

By: */s/ Amanda Bonn*
Amanda Bonn (CA Bar No. 270891)

| | |
|---|---|
| 1 | abonn@susmangodfrey.com |
| | 1900 Avenue of the Stars, Suite 1400 |
| 2 | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| 3 | |
| | Mark C. Mao (CA Bar No. 236165) |
| 4 | mmao@bsfllp.com |
| | Beko Rebitz-Richardson (CA Bar No. 238027) |
| 5 | brichardson@bsfllp.com |
| | Erika Nyborg-Burch (CA Bar No. 342125) |
| 6 | enyborg-burch@bsfllp.com |
| 7 | BOIES SCHILLER FLEXNER LLP |
| | 44 Montgomery Street, 41st Floor |
| 8 | San Francisco, CA 94104 |
| | Telephone: (415) 293 6858 |
| 9 | Facsimile (415) 999 9695 |
| 10 | James W. Lee (*pro hac vice*) |
| | jlee@bsfllp.com |
| 11 | Rossana Baeza (*pro hac vice*) |
| | rbaeza@bsfllp.com |
| 12 | BOIES SCHILLER FLEXNER LLP |
| 13 | 100 SE 2nd Street, Suite 2800 |
| | Miami, FL 33130 |
| 14 | Telephone: (305) 539-8400 |
| | Facsimile: (305) 539-1304 |
| 15 | |
| | William Christopher Carmody (*pro hac vice*) |
| 16 | bcarmody@susmangodfrey.com |
| | Shawn J. Rabin (*pro hac vice*) |
| 17 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| 18 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley (*pro hac vice*) |
| 19 | afrawley@susmangodfrey.com |
| 20 | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Floor |
| 21 | New York, NY  10019 |
| | Telephone: (212) 336-8330 |
| 22 | |
| | John A. Yanchunis (*pro hac vice*) |
| 23 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 24 | rmcgee@forthepeople.com |
| 25 | MORGAN & MORGAN, P.A. |
| | 201 N Franklin Street, 7th Floor |
| 26 | Tampa, FL 33602 |
| | Telephone: (813) 223-5505 |
| 27 | Facsimile: (813) 222-4736 |
| 28 | |

ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OBJECTIONS
TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION
Case No. 4:20-cv-03664-YGR-SVK

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*