Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. 524)**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 – 4th Floor<br>Date: May 3, 2022<br>Time: 2:00 PM |

**[PROPOSED] ORDER ON PLAINTIFFS' OBJECTIONS**

Before the Court is the Special Master's Report and Recommendation for a preservation plan (Dkt. 524) (the "Special Master's Report"), as well as the parties' separately filed objections to the Special Master's Report, each filed on April 15, 2022. Having considered the Special Master's Report, and the parties' objections thereto, the Court **ADOPTS** the following aspects of Plaintiffs' Objections:

1. The Special Master's Report establishes that Google did not meet its preservation obligations in this litigation.

2. Google has not met its legal obligation of demonstrating that preservation of a substantially narrowed, relevant subset of records in Google's logs would be unduly burdensome and not proportional to the litigation.

3. A sampling-based preservation plan is not warranted in this matter. Any sampling-based preservation plan would result in unfair prejudice to Plaintiffs and Class Members.

4. Google shall preserve the following for all U.S.-based Google Account holders:

   - All sources identified in the Special Master's Report
   - The ▬▬▬▬▬. Although Google has represented that this log is stored permanently, the Court finds good cause to order that Google continue to preserve all information contained in this log.
   - All ▬▬▬▬▬ for the ▬▬▬▬▬  ▬▬▬▬▬.
   - All ▬▬▬▬▬ that could be used to ▬▬▬▬▬ ▬▬▬▬▬.

5. Google's preservation of this information shall be required through a final judgment in this matter.

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Susan van Keulen
United States Magistrate Judge