| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, 32nd Floor |
| mmao@bsfllp.com | New York, NY 10019 |
| brichardson@bsfllp.com | Tel.: (212) 336-8330 |
| enyborg-burch@bsfllp.com | bcarmody@susmangodfrey.com |
| | srabin@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | afrawley@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | |
| 100 SE 2nd St., 28th Floor | John A. Yanchunis (admitted *pro hac vice*) |
| Miami, FL 33131 | Ryan J. McGee (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | **MORGAN & MORGAN** |
| jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| Amanda K. Bonn, CA Bar No. 270891 | jyanchunis@forthepeople.com |
| **SUSMAN GODFREY L.L.P** | mram@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | rmcgee@forthepeople.com |
| Los Angeles, CA 90067 | |
| Tel: (310) 789-3100 | Michael F. Ram, CA Bar No. 104805 |
| Fax: (310) 789-3150 | **MORGAN & MORGAN** |
| abonn@susmangodfrey.com | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 4:20-cv-03664-YGR-SVK <br><br> **PLAINTIFFS' [PROPOSED] ORDER REGARDING PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. 524)** <br><br> The Honorable Susan van Keulen <br> Courtroom 6 – 4th Floor <br> Date: May 3, 2022 <br> Time: 2:00 PM |

# [PROPOSED] ORDER ON PLAINTIFFS' OBJECTIONS

Before the Court is the Special Master's Report and Recommendation for a preservation plan (Dkt. 524) (the "Special Master's Report"), as well as the parties' separately filed objections to the Special Master's Report, each filed on April 15, 2022. Having considered the Special Master's Report, and the parties' objections thereto, the Court **ADOPTS** the following aspects of Plaintiffs' Objections:

1. The Special Master's Report establishes that Google did not meet its preservation obligations in this litigation.

2. Google has not met its legal obligation of demonstrating that preservation of a substantially narrowed, relevant subset of records in Google's logs would be unduly burdensome and not proportional to the litigation.

3. A sampling-based preservation plan is not warranted in this matter. Any sampling-based preservation plan would result in unfair prejudice to Plaintiffs and Class Members.

4. Google shall preserve the following for all U.S.-based Google Account holders:

   - All sources identified in the Special Master's Report
   - The ▆▆▆▆▆▆▆. Although Google has represented that this log is stored permanently, the Court finds good cause to order that Google continue to preserve all information contained in this log.
   - All ▆▆▆▆▆▆▆ for the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.
   - All ▆▆▆▆▆▆ that could be used to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

5. Google's preservation of this information shall be required through a final judgment in this matter.

**IT IS SO ORDERED.**

DATED: _____       _____

Honorable Susan van Keulen
United States Magistrate Judge