1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

Case No. 4:20-cv-03664-YGR-SVK

13    CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER            **[PROPOSED] ORDER GRANTING**
14    CASTILLO, and MONIQUE TRUJILLO,      **GOOGLE LLC'S ADMINISTRATIVE**
      individually and on behalf of all similarly   **MOTION TO SEAL PORTIONS OF**
15    situated,                            **GOOGLE LLC'S PROPOSED FINDINGS**
                                           **OF FACT AND CONCLUSIONS OF LAW**
16         Plaintiffs,

17         v.                              Referral: Hon. Susan van Keulen, USMJ

18    GOOGLE LLC,

19         Defendant.

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2       Before the Court is Google LLC's Administrative Motion to Seal Portions of Google's

3   Proposed Findings of Fact and Conclusions of Law on Plaintiffs' Request for an Order to Show Cause

4   for Why It Should Not Be Sanctioned for Discovery Misconduct.  Having considered the Motion,

5   supporting declaration, and other papers on file, and good cause having been found, the Court

6   **ORDERS** as follows:

7
8

| Documents Sought to Be Sealed | Text to be Sealed | Reason(s) for Court's Ruling |
|---|---|---|
| Google's Proposed Findings of Fact and Conclusions of Law | Portions Highlighted in Yellow at:<br><br>Pages 1:18–19, 1:23, 2:9, 2:12, 2:18–19, 2:21–22, 2:24–26, 3:1–7, 3:15, 3:20–22, 4:1, 4:5–6, 4:8, 4:15, 4:18, 5:13–18; 6:6–7, 6:17–19, 6:23–24, 6:27–28, 7:8–9, 7:11–13, 7:15, 7:17–18, 7:24–25, 8:15–19, 8:21, 9:1, 9:9, 9:11, 9:15–16, 9:18, 9:20, 9:27, 10:10, 10:15, 12:4–5, 12:17. | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including details related to project names, internal identifiers, data signals, logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

16

17       **SO ORDERED.**

18

19   DATED:  _____     _____

                                              HON. SUSAN VAN KEULEN
20                                            United States Magistrate Judge

21

22

23

24

25

26

27

28