# EXHIBIT B-1

# Sealed in Entirety

# EXHIBIT B-2

# Redacted Version of Document Sought to be Sealed

Message

**From:** rorymcclelland@google.com [rorymcclelland@google.com]
**Sent:** 7/16/2020 3:39:56 PM
**To:** rorymcclelland@google.com; mgalonsky@google.com; msramek@google.com
**Subject:** AAAAD--SkdU-tG4WigFTVLM

- **rorymcclelland@google.com** 2020-07-16T15:39:56.067Z

Privacy question of the day: Does anyone know where the 'we promise not to join Incognito and Regular data/logs' comes from? And for bonus points, where the commitment is recorded?

- **mgalonsky@google.com** 2020-07-16T15:48:56.578Z

What makes a data log an Incognito data log?

- **msramek@google.com** 2020-07-16T15:49:21.669Z

What are you referring to? Chrome Incognito should be indistinguishable to Google servers (modulo experiment IDs), I don't think we're separating logs.

- **msramek@google.com** 2020-07-16T15:49:34.308Z

Unless you mean "Incognito" of other Google products (i.e. Sin Rastro).

- **mgalonsky@google.com** 2020-07-16T15:50:26.756Z

There should be seperate Zwieback cookies between Incognito sessions, but they could be joinable on a technical level

- **msramek@google.com** 2020-07-16T15:51:29.380Z

Which is the same as separate Zwieback cookies across ▇▇▇ cookie deletion. So it's more about "we won't use your IP to fingerprint you" rather than Incognito separation.

- **msramek@google.com** 2020-07-16T15:52:14.703Z

Rory, did you maybe confuse this with the commitment to not join signed-in (GAIA) and signed-out (Zwieback) logs? That is definitely something that's written publicly somewhere.

- **rorymcclelland@google.com** 2020-07-16T16:07:28.763Z

Yes a bit of both of the above: the more generic question then: Where is the commitment recorded that we won't attempt to join separate Zwieback cookies or signed-in/out sessions?

- **rorymcclelland@google.com** 2020-07-16T16:07:32.061Z

Thanks!

- **msramek@google.com** 2020-07-16T16:11:02.234Z

I believe that was one of the things that were talked about during ▇▇▇ times.

- **msramek@google.com** 2020-07-16T16:12:05.691Z

I'm not sure where to look for it though, other than searching for keywords in Moma. We do hear it often from other privacy teams that deal with those cookies more.

- **rorymcclelland@google.com** 2020-07-16T16:14:50.142Z

Okay, thanks both. I'll do a bit of searching. FYI @Ramin Halavati

EXHIBIT
Rory McClelland
17

CONFIDENTIAL

GOOG-CABR-00799341

# EXHIBIT C

# Sealed in Entirety

# EXHIBIT D

# Sealed in Entirety