# PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSONS OF LAW

# FILED UNDER SEAL