**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: GOOGLE'S PRODUCTION OF DASHBOARD DATA AND PLAINTIFFS' DAMAGES EXPERT REPORT**<br><br>Judge:   Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Defendant Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, in response to the Court's March 15, 2022 Order on Dispute P27 (Dashboard Data) (Dkt. 487), Google made a production to Plaintiffs on March 24, 2022;

WHEREAS, following a meet-and-confer, Google committed to supplementing that production;

WHEREAS, Google will complete that supplemental production by April 15, 2022;

WHEREAS, one of Plaintiffs' experts ("Plaintiffs' Damages Expert") wishes to review the data from this supplemental production prior to submitting his report;

WHEREAS, the parties have agreed that Plaintiffs' Damages Expert may have one additional week to complete his report, making it due on April 22, 2022 instead of April 15, 2022;

WHEREAS, the Parties will serve opening expert reports from all other experts on April 15, 2022, as currently scheduled;

WHEREAS, the parties have agreed that Google will have one additional week to serve any rebuttal report to Plaintiffs' Damages Expert's report, making Google's deadline to rebut that report May 27, 2022 instead of May 20, 2022.

WHEREAS, the parties agree that any opening expert reports served by Google will not be shared with Plaintiffs' Damages Expert until his report is served to Google;

WHEREAS, the parties agree that any rebuttal expert reports served by Plaintiffs' experts on May 20, 2022 will not be shared with any Google expert submitting a rebuttal report to Plaintiffs' Damages Expert until that rebuttal report(s) has been served by Google to Plaintiffs.

NOW THEREFORE, the Parties stipulate as follows:

1. The deadline for Plaintiffs' Damages Expert to serve his opening expert report is moved from April 15, 2022 to April 22, 2022.

2. The deadline for Google to serve any rebuttal reports to Plaintiffs' Damages Expert's report is moved from May 20, 2022 to May 27, 2022.

3. The parties will otherwise serve expert reports on April 15, 2022 and May 20, 2022, as currently scheduled (Dkt. 521)

4. All other case deadlines remain in effect.

DATED: April 14, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSMAN GODFREY LLP |
|---|---|
| /s/ Viola Trebicka | /s/ Amanda Bonn |
| Andrew H. Schapiro (admitted pro hac vice) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| Teuta Fani (admitted pro hac vice) | Beko Reblitz-Richardson (CA Bar No. 238027) |
| teutafani@quinnemanuel.com | brichardson@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | 44 Montgomery Street, 41st Floor |
| Chicago, IL 60606 | San Francisco, CA 94104 |
| Telephone: (312) 705-7400 | Tel: (415) 293 6858 |
| Facsimile: (312) 705-7401 | Fax: (415) 999 9695 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | James W. Lee (*pro hac vice*) |
| stephenbroome@quinnemanuel.com | jlee@bsfllp.com |
| Viola Trebicka (CA Bar No. 269526) | Rossana Baeza (*pro hac vice*) |
| violatrebicka@quinnemanuel.com | rbaeza@bsfllp.com |
| Crystal Nix-Hines (Bar No. 326971) | 100 SE 2nd Street, Suite 2800 |
| crystalnixhines@quinnemanuel.com | Miami, FL 33130 |
| Alyssa G. Olson (CA Bar No. 305705) | Tel: (305) 539-8400 |
| alyolson@quinnemanuel.com | Fax: (305) 539-1304 |
| 865 S. Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | William Christopher Carmody (*pro hac vice*) |
| Telephone: (213) 443-3000 | bcarmody@susmangodfrey.com |
| Facsimile: (213) 443-3100 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| Diane M. Doolittle (CA Bar No. 142046) | Steven Shepard (*pro hac vice*) |
| dianedoolittle@quinnemanuel.com | sshepard@susmangodfrey.com |
| Sara Jenkins (CA Bar No. 230097) | Alexander P. Frawley (*pro hac vice*) |
| sarajenkins@quinnemanuel.com | afrawley@susmangodfrey.com |
| 555 Twin Dolphin Drive, 5th Floor | SUSMAN GODFREY L.L.P. |
| Redwood Shores, CA 94065 | 1301 Avenue of the Americas, 32nd Floor |
| Telephone: (650) 801-5000 | New York, NY 10019 |
| Facsimile: (650) 801-5100 | Tel: (212) 336-8330 |
| | |
| Jomaire A. Crawford (admitted *pro hac vice*) | Amanda Bonn (CA Bar No. 270891) |
| jomairecrawford@quinnemanuel.com | abonn@susmangodfrey.com |
| 51 Madison Avenue, 22nd Floor | SUSMAN GODFREY L.L.P. |
| New York, NY 10010 | 1900 Avenue of the Stars, Suite 1400 |
| Telephone: (212) 849-7000 | Los Angeles, CA 90067 |
| Facsimile: (212) 849-7100 | Tel: (310) 789-3100 |
| | |
| Josef Ansorge (admitted *pro hac vice*) | John A. Yanchunis (*pro hac vice*) |
| | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |

| | | |
|---|---|---|
| 1 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602 |
| 2 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | Tel: (813) 223-5505<br>Fax: (813) 222-4736 |
| 3 | Washington D.C., 20005<br>Tel: (202) 538-8000 | Michael F. Ram (CA Bar No. 104805) |
| 4 | Fax: (202) 538-8100 | mram@forthepeople.com<br>MORGAN & MORGAN, P.A. |
| 5 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | 711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102 |
| 6 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Tel: (415) 358-6913 |
| 7 | Tel: (415) 875-6600<br>Fax: (415) 875-6700 | *Attorneys for Plaintiffs* |
| 8 | | |
| 9 | *Attorneys for Defendant Google LLC* | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: April 14, 2022                    By      /s/ Amanda Bonn

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

   Plaintiffs,

   v.

GOOGLE LLC,

   Defendant.

Case No. 4:20-cv-03664-YGR-SVK

[PROPOSED] ORDER

Judge:   Honorable Yvonne Gonzalez Rogers

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  April 19        , 2022

Hon. Yvonne Gonzalez Rogers
United States District Judge