# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 21, 2022     **Time:** 5 hours, 17 minutes     **Judge:** Hon. Susan van Keulen
**Case No.:** 20-cv-03664-YGR     **Case Name:** Brown v. Google LLC

**Attorney for Plaintiff:** David Boies, Alison Anderson, John Yanchunis, Ryan McGee & Mark Mao
**Attorney for Defendant:** Viola Trebicka, Josef Ansorge & Andrew Schapiro
**Special Master:** Douglas Brush & Timothy Schmidt

**Deputy Clerk:** Justine Fanthorpe     **Reported by:** Lee-Anne Shortridge

## PROCEEDINGS

Evidentiary Hearing re Dkt. 430 held.

Witnesses: Christopher Michael Thompson, Chris Liao, Wing-pan (Bert) Leung, Andre Golueke, Dr. Caitlin Sadowski.

Parties to meet and confer re the Glen Berntson deposition transcript and the 2/25 and 3/25 special master hearing transcripts.

Matter taken under submission.


- *See attached Trial Log*