UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **4:20-cv-03664-YGR**
Case Name: **Brown et al v. Google LLC et al**

**EVIDENTIARY HEARING SHEET, EXHIBIT and WITNESS LIST**

| JUDGE | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Susan van Keulen | David Boies, Alison Anderson, John Yanchunis, Ryan McGee & Mark Mao | Viola Trebicka, Josef Ansorge & Andrew Schapiro |

**SPECIAL MASTER:** Douglas Brush with Timothy Schmidt

| EVIDENTIARY HEARING DATE RE DKT. 430: April 21, 2022 | REPORTER(S): Lee-Anne Shortridge | CLERK: Justine Fanthorpe |
|---|---|---|

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:26am | | | Court convenes |
| | | 10:30am | | | Opening Statement by Plaintiff |
| | | 10:40am | | | Opening Statement by Defendant |
| | | 10:56am | | | Argument presented by Plaintiff |
| | | 11:14am | | | **Witness Christopher Michael Thompson-sworn. Direct by M. Mao** |
| 110 | | 11:17am | X | X | Thompson Exhibit A |
| | | 11:20am | | | Christopher Michael Thompson deemed expert witness for this proceeding |
| | | 11:49am | | | **Cross-examination by A. Schapiro** |
| | | 12:26pm | | | **Redirect** |
| | | 12:33pm | | | **Re-cross** |
| | | 12:35pm | | | Recess |
| | | 1:01pm | | | Reconvene |
| | A | 1:03pm | X | X | Tab No. 2 |
| 15 | | | X | X | |
| 19 | | | X | X | |
| 20 | | | X | X | |
| 75 | | | X | X | |

| | | | | | |
|---|---|---|---|---|---|
| 87 | | | X | X | |
| 88 | | | X | X | |
| | | 1:04pm | | | Continued argument by Plaintiff |
| 63 | | 1:12pm | X | X | |
| 109 | | 1:38pm | X | X | |
| | | 1:40pm | | | Argument presented by Defendant |
| | | 2:33pm | | | Recess |
| | | 3:22pm | | | Reconvene |
| | | 3:25pm | | | **Witness Chris Liao-sworn. Direct by V. Trebicka** |
| | | 3:26pm | | | **Cross-examination by J. Yanchunis** |
| | | 3:49pm | | | **Witness Wing-pan (Bert) Leung-sworn. Direct by J. Ansorge** |
| | | 3:59pm | | | **Cross-examination by R. McGee** |
| | | 4:07pm | | | **Witness Andre Golueke-sworn. Direct by A. Schapiro** |
| | | 4:18pm | | | **Cross-examination by D. Boies** |
| | | 4:29pm | | | **Witness Dr. Caitlin Sadowski-sworn. Direct by V. Trebicka** |
| | | 4:39pm | | | **Cross-examination by R. McGee** |
| 46 | | 4:51pm | X | X | |
| 48 | | | X | X | |
| 85 | | | X | X | |
| 103 | | | X | X | |
| | B | 4:53pm | X | X | Tab No.3 |
| | | 4:58pm | | | Court adjourned. |

2