# EXHIBIT 1
# Redacted Version of Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   _____
                                       )
 5   CHASOM BROWN, WILLIAM BYATT,      )CASE NO.:
     JEREMY DAVIS, CHRISTOPHER         )
 6   CASTILLO, and MONIQUE TRUJILLO,   )5:20-cv-03664-
     individually and on behalf of     )LHK-SVK
 7   all other similarly situated,     )
                                       )
 8                   Plaintiffs,       )
                                       )
 9             v.                      )
                                       )
10   GOOGLE, LLC,                      )
                                       )
11                   Defendant.        )
     _____)
12
13
14
15
16         DEPOSITION OF GLENN BERNTSON
17                    VOLUME I
18      REMOTELY IN LOS ANGELES, CALIFORNIA
19            FRIDAY, MARCH 18, 2022
20
21
22
23   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
24                  CSR NO. 14125
25   JOB NO.:       5142481
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4     _____
                                        )
 5     CHASOM BROWN, WILLIAM BYATT,     )CASE NO.:
       JEREMY DAVIS, CHRISTOPHER        )
 6     CASTILLO, AND MONIQUE TRUJILLO,  )5:20-cv-03664-
       INDIVIDUALLY AND ON BEHALF OF    )LHK-SVK
 7     ALL OTHER SIMILARLY SITUATED,    )
                                        )
 8                    Plaintiffs,       )
                                        )
 9             v.                       )
                                        )
10     GOOGLE, LLC,                     )
                                        )
11                    Defendant.        )
       _____)
12
13
14
15
16     DEPOSITION OF GLENN BERNTSON, VOLUME I
17     TAKEN ON BEHALF OF THE PLAINTIFFS
18     REMOTELY VIA ZOOM VIDEO CONFERENCING, IN
19     LOS ANGELES, CALIFORNIA, BEGINNING AT
20     10:36 A.M. AND ENDING AT 5:01 P.M., ON
21     FRIDAY, MARCH 18, 2022, BEFORE
22     NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
23     REPORTER NUMBER 14125.
24
25
                                                  Page 2
```

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | you just said about PPID never being linked to              |          |
| 2  | any ID.                                                      |          |
| 3  |         So how does that differ from a                      |          |
| 4  | PPID-mapped Biscotti?  What's the difference in              |          |
| 5  | how you're using the word linked from mapped                | 14:39:47 |
| 6  | there?                                                       |          |
| 7  |     A.  No, what I described is that its                    |          |
| 8  | representation in different parts of the system              |          |
| 9  | will change, but it's still logically the same              |          |
| 10 | ID.  And what I mean by that is the PPID, when              | 14:40:01 |
| 11 | a publisher passes us this thing to represent                |          |
| 12 | their user, it comes in as a string.  And when              |          |
| 13 | we receive this value, we hash it, and then we              |          |
| 14 | take the hashed value, the hashed string                     |          |
| 15 | provided by the publisher, we then add to it                | 14:40:28 |
| 16 | the network ID of the publisher.                             |          |
| 17 |         And so with this, we have sort of what              |          |
| 18 | is, to the publisher, a unique representation                |          |
| 19 | of the user.  And when we store it, we store it             |          |
| 20 | with the publisher identify -- the publisher                | 14:40:48 |
| 21 | network code, which is unique to that                        |          |
| 22 | publisher.  And when this comes in the first                |          |
| 23 | time, we generate a new random number, and we               |          |
| 24 | associate that random number -- which is an                 |          |
| 25 | integer -- and we store it alongside what we                | 14:41:06 |

```
 1    get from the publisher.
 2              Now, internally, all of Google's
 3    systems for when we're building profiles, or
 4    doing frequency capping, we always expect a
 5    user ID to be an integer.  Externally, if a        14:41:20
 6    publisher is generating a PPID from an e-mail
 7    address, an e-mail address is not a number.
 8    And if they then hash it, they hash it into,
 9    say, another string, which is an opaque
10    reputation with a one-way mapping from the         14:41:41
11    prior string, and pass that to us.
12              We have to somehow represent that
13    string as an integer.  So the way we do that is
14    by creating what's called a mapping table.  And
15    what the mapping table is is it allows us to       14:42:00
16    have a string reputation that comes from a
17    publisher, come into our system, that we then
18    add the publisher ID.
19              And we add the publisher ID to make
20    sure that, if two different publishers have the    14:42:13
21    same e-mail address and they happen to use the
22    same hashing function, it is possible that two
23    different publishers can pass us what -- a PPID
24    value that's the same for the same user.  But
25    we explicitly partition these IDS by a             14:42:31
```

Page 121

```
 1    publisher.  And the way in we partition them is
 2    we store the value they send us along with the
 3    publisher ID.
 4            And so, whenever we're looking up a
 5    PPID, when we receive an ad request with a              14:42:40
 6    value from the publisher, we look up the
 7    concatenation of their string representation of
 8    the user and the network ID.
 9            Now, to represent that as a number
10    internally in our systems, that's what the             14:42:56
11    mapping table is.  When you say a "mapped
12    Biscotti," this is problem with names.  And
13    that is, "Biscotti" was originally named for
14    the internal system we use to generate random
15    numbers.  And that internal system that                14:43:13
16    generated a random integer is also what we
17    happen to call the cookie that we publish
18    client-side.  Our internal systems that use
19    these integers -- because the system generates
20    the random number itself is a Biscotti ID              14:43:36
21    generator, even though it's really just
22    generating a random number, the name here is a
23    mapped Biscotti ID.  That mapped Biscotti ID is
24    never present external to our systems.  It's
25    only the internal representation of exactly the        14:43:57
```

Page 122

| | | |
|---|---|---|
| 1 | value passed by the publisher.  So it's not | |
| 2 | (indiscernible) with another one.  It's the | |
| 3 | same ID, in a different form, internal to our | |
| 4 | systems. | |
| 5 | Q.  Where do these mapping tables sit? | 14:44:06 |
| 6 | A.  I believe they are stored in ▇ now. | |
| 7 | They were originally stored in ▇▇▇. | |
| 8 | Q.  So with respect to a PPID or using | |
| 9 | that -- the other term, a PPID-mapped Biscotti, | |
| 10 | how does Google view that, if at all, in | 14:44:51 |
| 11 | connection with that conversion tracking? | |
| 12 | A.  So we don't, really.  And here is the | |
| 13 | thing.  Conversion tracking is an advertiser | |
| 14 | feature.  So an advertiser comes to DV3 or -- | |
| 15 | or Google Ads and says, "I want to set up a | 14:45:31 |
| 16 | campaign" or "I want to see how many clicks I | |
| 17 | get or how many conversions I make."  And so, | |
| 18 | that's an attribute of the advertiser.  And the | |
| 19 | thing is, you need to be able to sort of link | |
| 20 | how a user interacts with an ad to then what | 14:45:48 |
| 21 | happens after the user has interacted with the | |
| 22 | ad.  That's conversions.  And so, it's really | |
| 23 | fundamentally an advertiser concept. | |
| 24 | PPID doesn't help with conversions | |
| 25 | because the ID only exists on the publisher's | 14:46:06 |

```
 1   client side, which means we wouldn't see them
 2   server-side, they'll go stale, and we'll just
 3   delete all the data.
 4        Q.   I want to make sure I understand what        16:38:56
 5   you were saying on the -- not on the client
 6   side, but on the Google side.
 7        A.   Uh-huh.
 8        Q.   If a user browses an Incognito
 9   session, closes the session without having
10   signed in, is it your testimony that, within        16:39:13
11   30 days, you believe, Google will delete from
12   Google's servers or its server logs all of the
13   data that Google collected during that
14   Incognito browsing session?
15        A.   It's 30 or 60 days.                       16:39:35
16             MR. ANSORGE:  Objection.  Vague and
17   mischaracterizes prior testimony.
18             THE WITNESS:  What will happen is the
19   ID, after having not been seen for that amount
20   of time, will trigger something called wipeout.    16:39:48
21   Wipeout is a functionality inside Google's ad
22   serving systems -- and it's actually broader
23   across Google, but I'll just focus on the ad
24   serving side, which is the only place Biscotti
25   exists -- when wipeout is triggered for a          16:40:08
```

```
1    Biscotti cookie, all of the data -- all of the
2    presence of that Biscotti cookie are, within
3    logs, anonymized.  And all of the data that is
4    stored, for example, in ████ or █ that is
5    specifically keyed off of that ID is deleted.        16:40:26
6               So after that ID goes stale, wipeout
7    is triggered.  And wipeout is common
8    functionality that we support for all of our
9    IDs.  Imagine you were still in the Incognito
10   session, and you see an ad that was served to        16:40:45
11   you, and, "Oh, I was looking at shoes on this
12   other site, and now I'm seeing an advertisement
13   for shoes," there is an ad choices icon in the
14   top right of the ad.  And even in the Incognito
15   session, if you click on that, you'll see that       16:41:03
16   there's basically an opportunity to opt out of
17   personalized ads.
18              Even in the Incognito session, if you
19   opt out of personalized ads, that will
20   basically send a message to Google to say,           16:41:18
21   "Trigger wipeout for this ID."  We try to make
22   it really easy for users who say, "Delete my
23   data" to delete their data.  And it's even
24   easier if they were signed in, but this is a
25   non-signed-in incognito session, so even within      16:41:38
```

Page 173

```
1    the session, the user can delete all the
2    date -- delete all of the data associated with
3    that.  But if they haven't taken that explicit
4    step and they just closed the session, because
5    the ID goes stale, we wait for verification          16:41:51
6    that this ID isn't used for its 30 or 60 days,
7    then we trigger the same process that we would
8    as if they opted out of personalization.
9    BY MS. BONN:
10       Q.   So in the instance where a user              16:42:08
11   browses Incognito, does not sign into Google,
12   closes the Incognito browsing session, I think
13   you said after 30 days, the Biscotti cookie is
14   anonymized and then all of the data that was
15   keyed off of that ID in ▓▓▓▓ is deleted.            16:42:30
16            Did I have that right?
17       A.   Yeah.
18            MR. ANSORGE:  Objection.
19   Mischaracterizes prior testimony.
20            THE WITNESS:  Yeah.  All of the data         16:42:39
21   and all of the references to the Biscotti ID
22   and the logs is anonymized.  All of the data
23   that is explicitly keyed off of that ID, for
24   example, in ▓▓▓▓, all of those entries are
25   deleted.                                              16:42:58
```

```
 1   BY MS. BONN:
 2        Q.   What do you mean when you say all of
 3   the references to the Biscotti ID are
 4   anonymized?
 5        A.   Basically, a bunch of events that then        16:43:24
 6   get written into storage.  And you can think of
 7   it as a stream of information that's somewhat
 8   structured in terms of all of these events.  We
 9   don't delete events from the logs because then
10   we wouldn't have a full record of, say, the            16:43:39
11   fact an ad request occurred.
12             And instead, anonymization is where if
13   there is an ID in one of these entries that's
14   inside a log, we will then encrypt it and throw
15   away the key, which means you can't actually          16:43:57
16   find it anymore because the value that's stored
17   there doesn't match what it was previously, and
18   because we transformed it using, say,
19   encryption and thrown away the key, there is no
20   way to get the data back.  So it's effectively        16:44:12
21   anonymized.  The thing that is valuable for
22   that is it allows us to see that, "Oh, these
23   two entries are still associated with the same
24   entity, but we can't map that entity to
25   anything anymore."                                    16:44:27
```

Page 175