# TREBICKA EXHIBIT 1 Redacted in its Entirety