| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, 32nd Floor |
| mmao@bsfllp.com | New York, NY 10019 |
| brichardson@bsfllp.com | Tel.: (212) 336-8330 |
| enyborg-burch@bsfllp.com | bcarmody@susmangodfrey.com |
| | srabin@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | afrawley@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | |
| 100 SE 2nd St., 28th Floor | John A. Yanchunis (admitted *pro hac vice*) |
| Miami, FL 33131 | Ryan J. McGee (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | **MORGAN & MORGAN** |
| jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| Amanda K. Bonn, CA Bar No. 270891 | jyanchunis@forthepeople.com |
| **SUSMAN GODFREY L.L.P** | mram@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | rmcgee@forthepeople.com |
| Los Angeles, CA 90067 | |
| Tel: (310) 789-3100 | Michael F. Ram, CA Bar No. 104805 |
| Fax: (310) 789-3150 | **MORGAN & MORGAN** |
| abonn@susmangodfrey.com | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' RESPONSE TO GOOGLE'S OBJECTIONS TO SPECIAL MASTER ORDER**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 – 4th Floor<br>Date: May 3, 2022<br>Time: 10:00 AM |

1  Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether
2  Google LLC ("Google")'s material should be sealed. This material is included within Plaintiffs'
3  Response to Google's Objections to the Special Master's Preservation Order. The material has
4  been designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."
5  This motion to seal pertains to the following information.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Response to Google's Objections to Special Master Brush Report | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |
| Thompson Declaration | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" and "Highly Confidential" pursuant to the Protective Order |

15  Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the
16  responsibility to establish that its designated material is sealable.

17  Dated: April 25, 2022                    Respectfully submitted,

By: */s/ Amanda Bonn*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800

| | |
|---|---|
| 1 | Miami, FL 33130 |
| | Telephone: (305) 539-8400 |
| 2 | Facsimile: (305) 539-1304 |
| 3 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| 4 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 5 | Telephone: (310) 789-3100 |
| 6 | William Christopher Carmody (*pro hac vice*) |
| | bcarmody@susmangodfrey.com |
| 7 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 8 | Steven Shepard (*pro hac vice*) |
| 9 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley (*pro hac vice*) |
| 10 | afrawley@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 11 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY  10019 |
| 12 | Telephone: (212) 336-8330 |
| 13 | |
| | John A. Yanchunis (*pro hac vice*) |
| 14 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 15 | rmcgee@forthepeople.com |
| 16 | MORGAN & MORGAN, P.A. |
| | 201 N Franklin Street, 7th Floor |
| 17 | Tampa, FL 33602 |
| | Telephone: (813) 223-5505 |
| 18 | Facsimile: (813) 222-4736 |
| 19 | |
| | Michael F. Ram, CA Bar No. 104805 |
| 20 | MORGAN & MORGAN |
| | 711 Van Ness Ave, Suite 500 |
| 21 | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| 22 | mram@forthepeople.com |
| 23 | *Attorneys for Plaintiffs* |

ADMINISTRATIVE MOTION TO SEAL
Case No. 4:20-cv-03664-YGR-SVK