| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION REGARDING ADMISSION OF EXHIBITS FOR PURPOSES OF THE APRIL 21, 2022 EVIDENTIARY HEARING**<br><br>Judge:    Honorable Susan van Keulen |

WHEREAS, Counsel for Plaintiffs and Defendant Google ("Google") met and conferred regarding Google's request to admit certain deposition and hearing transcripts as exhibits for purposes of the April 21, 2022 evidentiary hearing in this matter, *see* Dkt. 554;

WHEREAS, The parties have reached agreement on admission of the hearing transcripts, but have not reached agreement on admission of transcript pages 374 through 376 and 385 through 387 of the June 16, 2021 Rule 30(b)(6) deposition of Glenn Berntson. At the Court's request, the parties are willing to submit a short statement explaining their positions.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant (the "Parties"), as follows:

1. Plaintiffs have no objection to the attached excerpt of the February 16, 2022 Special Master Hearing Transcript being admitted as Google's **Exhibit C**;

2. Plaintiffs have no objection to the attached excerpt of the March 23, 2022 Special Master Hearing Transcript being admitted as Google's **Exhibit D**.

DATED: April 27, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORGAN & MORGAN P.A. |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Ryan J. McGee* |
| Andrew H. Schapiro (admitted *pro hac vice*) | Ryan J. McGee (*pro hac vice*) |
| andrewschapiro@quinnemanuel.com | rmcgee@forthepeople.com |
| 191 N. Wacker Drive, Suite 2700 | John A. Yanchunis (*pro hac vice*) |
| Chicago, IL 60606 | jyanchunis@forthepeople.com |
| Tel: (312) 705-7400 | MORGAN & MORGAN, P.A. |
| Fax: (312) 705-7401 | 201 N Franklin Street, 7th Floor |
|  | Tampa, FL 33602 |
| Stephen A. Broome (CA Bar No. 314605) | Tel: (813) 223-5505 |
| sb@quinnemanuel.com | Fax: (813) 222-4736 |
| Viola Trebicka (CA Bar No. 269526) | Mark C. Mao (CA Bar No. 236165) |
| violatrebicka@quinnemanuel.com | mmao@bsfllp.com |
| 865 S. Figueroa Street, 10th Floor | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Los Angeles, CA 90017 | brichardson@bsfllp.com |
| Tel: (213) 443-3000 | 44 Montgomery Street, 41st Floor |
| Fax: (213) 443-3100 | San Francisco, CA 94104 |

-2-     Case No. 4:20-cv-03664-YGR-SVK
STIPULATION REGARDING EXHIBITS FOR APRIL 21, 2022 EVIDENTIARY HEARING

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* | Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com<br>Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33130<br>Tel: (305) 539-8400<br>Fax: (305) 539-1304<br><br>William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330<br><br>Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br><br>Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br><br>*Attorneys for Plaintiffs* |

Exhibits C and D identified in the parties' stipulation are hereby admitted as evidentiary exhibits for purposes of the April 21, 2022 evidentiary hearing.

**IT IS SO ORDERED.**

DATED: _____, 2022                    _____
                                                Honorable Susan van Keulen
                                                United States Magistrate Judge

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this **STIPULATION REGARDING ADMISSION OF EXHIBITS FOR PURPOSES OF THE APRIL 21, 2022 EVIDENTIARY HEARING**.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro