| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br>        Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br>        Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING THEIR RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI**<br><br>The Honorable Susan van Keulen |

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully seek the Court's guidance regarding their request to depose Google CEO Sundar Pichai.

On April 4, 2022, Judge Gonzalez Rogers vacated the Order (Dkt. 365) permitting Mr. Pichai's deposition on the basis that the Order did not "consider whether Mr. Pichai has 'unique or superior personal knowledge'" or "address whether plaintiffs exhausted all less intrusive means of discovery with respect to Mr. Pichai." Dkt. 523. Judge Gonzalez Rogers noted that the record was not sufficient for the Court "to undertake the analysis itself" but vacated "without prejudice to renewing the request if the appropriate foundation is established." Dkt. 523.

Plaintiffs wish to renew their request to depose Mr. Pichai, so that the appropriate foundation is established, and Plaintiffs believe they can submit additional evidence further establishing that Mr. Pichai has unique and superior personal knowledge and that Plaintiffs have exhausted all less intrusive means of discovery.

On April 5, 2022, Plaintiffs proposed to Google a stipulation where Plaintiffs would postpone renewing their request to depose Mr. Pichai until after the depositions of Lorraine Twohill (proceeding pursuant to Your Honor's prior Order and per Dkt. 523) and Sabine Borsay (proceeding pursuant to prior Orders from Your Honor). *See* Declaration of Rossana Baeza.

Google did not respond until about three weeks later, on April 27, 2022, after Plaintiffs reached out again earlier that day. *Id.* Google rejected the proposed stipulation. *Id.* Google claimed the Court's Order (Dkt. 523) "is clear and a stipulation is unnecessary." *Id.*

Plaintiffs now respectfully seek the Court's guidance on next steps for their renewed request to depose Mr. Pichai. Plaintiffs initially proposed briefing after completing the depositions of Ms. Twohill and Ms. Borsay, two remaining Google witnesses. Plaintiffs, however, are concerned with issues Google raised that have further delayed the scheduling of Ms. Borsay's deposition. That deposition was originally proposed for the second week of May, but Google has since tried to postpone it to at least late June.

Plaintiffs do not anticipate needing Mr. Pichai's deposition testimony for purposes of class certification (subject to Google not relying on Mr. Pichai to respond to Plaintiffs' forthcoming

motion for class certification), but Plaintiffs want to ensure an opportunity to depose Mr. Pichai before any summary judgment briefing, as Mr. Pichai has unique, firsthand knowledge of key issues.

Plaintiffs are willing to proceed however the Court wishes with their renewed request. As one possibility, provided the parties can complete Ms. Borsay's deposition in the coming months, Plaintiffs would respectfully request permission to submit a brief of no more than five pages (with a supporting declaration and exhibits) within 21 days of Ms. Borsay's deposition. If there is further delay with Ms. Borsay, then Plaintiffs would respectfully update the Court.

Dated: April 29, 2022                    Respectfully submitted,

By: /s/ Mark C. Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)

| | |
|---|---|
| 1 | afrawley@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 2 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY  10019 |
| 3 | Telephone: (212) 336-8330 |
| 4 | |
| | Amanda Bonn (CA Bar No. 270891) |
| 5 | abonn@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 6 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 7 | Telephone: (310) 789-3100 |
| 8 | |
| | John A. Yanchunis (*pro hac vice*) |
| 9 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 10 | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 11 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 12 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 13 | |
| 14 | Michael F. Ram, CA Bar No. 104805 |
| | MORGAN & MORGAN |
| 15 | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| 16 | Tel: (415) 358-6913 |
| | mram@forthepeople.com |
| 17 | |
| 18 | *Attorneys for Plaintiffs* |

3
PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING THEIR
RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI
Case No. 4:20-cv-03664-YGR-SVK