Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF ROSSANA BAEZA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING THEIR RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI**<br><br>The Honorable Susan van Keulen |

**DECLARATION OF ROSSANA BAEZA**

I, Rossana Baeza, declare as follows.

1. I am an attorney with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an active member in good standing of the bar of Florida. I am admitted *pro hac vice* in this case (Dkt. 11). I have personal knowledge of the matters set forth herein and am competent to testify.

2. Pursuant to Civil Local Rule 7-11(b), I submit this Declaration in Support of Plaintiffs' Administrative Motion Regarding Their Renewed Request to Depose Google CEO Sundar Pichai.

3. On April 5, 2022, Plaintiffs requested that Google stipulate to defer briefing on any renewed request to depose Mr. Pichai. *See* Exhibit 1.

4. About three weeks later, after not receiving a response from Google, Plaintiffs followed up with Google about this request.

5. Google then stated that it did not consent to Plaintiffs' proposed stipulation because "Google believes a renewed request is improper and would also fail" and because "a stipulation is unnecessary." *Id.*

6. As a result, Plaintiffs were unable to obtain a stipulation from Google.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of April, 2022 in Miami, Florida.

 /s/ Rossana Baeza
Rossana Baeza