# EXHIBIT 1

# Rossana Baeza

| | |
|---|---|
| **From:** | Seth Fortenbery <sethfortenbery@quinnemanuel.com> |
| **Sent:** | Wednesday, April 27, 2022 12:52 PM |
| **To:** | Rossana Baeza; QE Brown |
| **Cc:** | Google Team |
| **Subject:** | RE: Brown v. Google - Deposition of Sundar Pichai |

Rosy, Google does not consent to the proposed stipulation.  Google believes a renewed request is improper and would also fail, but in any event, the Court's order is clear and a stipulation is unnecessary.  Google reserves all rights.

Thanks,
Seth

**From:** Rossana Baeza [mailto:rbaeza@BSFLLP.com]
**Sent:** Wednesday, April 27, 2022 9:28 AM
**To:** Rossana Baeza <rbaeza@BSFLLP.com>; QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** RE: Brown v. Google - Deposition of Sundar Pichai

**[EXTERNAL EMAIL from rbaeza@bsfllp.com]**

Counsel,

It's been more than three weeks, and we still have not heard back. Please let us know if you have any objections with us raising this issue with the court.

**Rossana Baeza**
Associate

**BOIES SCHILLER FLEXNER** LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
(t)  +1 305 357 8436
(m) +1 305 498 9484
rbaeza@bsfllp.com
www.bsfllp.com

**From:** owner-googleteam@lists.susmangodfrey.com <owner-googleteam@lists.susmangodfrey.com> **On Behalf Of** Rossana Baeza
**Sent:** Tuesday, April 5, 2022 3:25 PM
**To:** QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** Brown v. Google - Deposition of Sundar Pichai

Counsel,

We write concerning the Court's order on the deposition of Sundar Pichai. Dkt. 523.

1

The order allows Plaintiffs to renew their request to depose Mr. Pichai. Plaintiffs are willing to postpone renewing this request until Plaintiffs depose Lorraine Twohill and Sabine Borsay. Attached is a draft stipulation. Please let us know if you agree so we can get this on file.

Rosy

**Rossana Baeza**
Associate

BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
(t)   +1 305 357 8436
(m) +1 305 498 9484
rbaeza@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the GOOGLETEAM list, click here

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]