UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING THEIR RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI**<br><br>The Honorable Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion Regarding Their Renewed Request to Depose Google CEO Sundar Pichai. Dkt. XXX ("Motion"). Having considered Plaintiffs' Motion and other papers on file, the Court **ORDERS** as follows:

- Provided the parties complete Google employee Sabine Borsay's deposition in the coming months, Plaintiffs may submit a brief of no more than five pages (with a supporting declaration and exhibits) within 21 days of Ms. Borsay's deposition.
- If there is further delay with Ms. Borsay's deposition, Plaintiffs may submit an update to the Court.

**SO ORDERED.**

DATED: _____           _____
                                         HON. SUSAN VAN KEULEN
                                         United States Magistrate Judge