UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.  20-cv-3664-YGR   (SVK)<br>               20-cv-5146-YGR (SVK)<br><br>**ORDER RE MAY 3, 2022 DISCOVERY HEARING** |
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | |

In preparation for the discovery hearing on May 3, 2022 at 1 p.m. Pacific, via Zoom, the Court anticipates allowing approximately 75 minutes of argument in each the *Brown* and *Calhoun* actions.  To assist the Parties in preparing for the hearing, the Court directs them to be prepared to address the following:

- How Plaintiffs intend to support class certification and whether the preservation plan affects that approach and, if so, how;
- How the preservation plan impacts support of or challenges to liability and damages;
- What specific alternatives ameliorate any issues identified in response to the inquiries above?

**SO ORDERED.**

Dated:  May 2, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge