# Redacted Version of Document Sought to Be Sealed

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' RESPONSE TO GOOGLE'S SUBMISSION RE: PRIVILEGE RE-REVIEW (DKT. 566)**<br><br>The Honorable Susan van Keulen |

Plaintiffs respectfully respond to Google's April 29 submission (Dkt. 566) regarding Google's Court-ordered re-review of 1,000 privilege log entries where (i) the document was designated as privileged in the text, but no attorney was identified on Google's privilege log; and (ii) emails where an attorney is in the to, cc, or bcc line but does not respond (Dkt. 542).

Plaintiffs now ask that the Court order Google to re-review all additional entries in these two categories. This re-review by Google is warranted based on (1) Google's **37% error rate** with those 1,000 entries (with Google changing its designations for 371 documents) and (2) the high likelihood that Google's re-review of the additional entries will similarly yield production of relevant, non-privileged documents that Google improperly withheld.

Google's error rate is alarmingly high, which in itself warrants additional review. Google "chang[ed] its privilege designation" for 371 out of the 1,000 documents. Dkt. 566 at 1. Google's 37% error rate for this set of 1,000 entries is even more concerning than, in this Court's own words, the "significant correction rate of 25%" for the first 830 documents that Google re-reviewed. Dkt. 522 at 1-2. Google's earlier 25% error rate, for an even smaller set, "g[ave] the Court pause" and led the Court to conclude that "[s]ome form of reassessment of privilege assertions is warranted." Dkt. 522 at 2. Google's subsequent 37% error rate, for an even larger set (which Google characterizes as a "random sample" but "not a representative sample"), shows that further review is necessary. Even Google's initial re-review proposal admitted that an error rate of over 10% warrants additional review. *See* Dkt. 533 (Google submission stating: "If the error rate for these 500 documents is over 10%, Google will re-review an additional random sample of 500 documents from the same two categories described above.").

Additional review by Google is also warranted given that these Google errors resulted in Google improperly withholding key documents. Google notes that some of these documents were duplicates (116 out of the 371, according to Google), but Google's April 29 production of previously withheld documents contained a treasure trove of unique, key documents (or portions thereof) that Google would have continued withholding but for this Court's re-review Order. For example:

- **GOOG-BRWN-00848723**: ■
- **GOOG-BRWN-00853326**: ■
- **GOOG-BRWN-00850441**: ■
- **GOOG-CABR-04780837.R**: ■
- **GOOG-CABR-05888096**: ■
- **GOOG-BRWN-00848778**: ■
- **GOOG-BRWN-00854174**: ■
- **GOOG-CABR-05886497**: ■
- **GOOG-CABR-05894563**: ■



---

[1] Google previously produced a version of this document where the language quoted here was cut-off, and only visible within the document's metadata. *See* GOOG-BRWN-00157001. By contrast, the withheld version, produced on April 29, 2022, contained this quote in the document itself.

████████████████████████████████████

At best, Google's privilege review has been woefully inadequate. Whether these designations were mistakes or intentional, the existence of Google's internal "Communicate with Care" practice raises serious concerns regarding the manner in which documents were created and then reviewed for production. *See, e.g.*, *United States v. Google, LLC*, Case No. 1:20-cv-03010-APM, at Dkt. 326-1 (Mar. 21, 2022, D.D.C.). Google has now re-reviewed almost 2,000 entries from its privilege log and changed its privilege designation for roughly 31% of them. This means that many key documents, like the ones above, are being withheld improperly. Google's April 29 submission does not argue that it would be burdensome to undertake an additional re-review, nor does Google provide any information about how many documents fall into the two categories at issue that would need to be re-reviewed. Whatever the number is, given the circumstances, this is not an undue burden and is proportional to the needs of this case.

For these reasons, Plaintiffs respectfully submit that the Court order Google to re-review all documents on its privilege log where (i) the document was designated as privileged in the document's text, but no attorney was identified on Google's privilege log; and (ii) emails where an attorney is in the to, cc, or bcc line but does not respond. Plaintiffs are continuing to evaluate any additional relief that they make seek in terms of these improperly withheld documents, including for example limited additional deposition testimony.

Dated: May 9, 2022                          Respectfully submitted,

                                            By: */s/ Amanda Bonn*

                                            Mark C. Mao (CA Bar No. 236165)
                                            mmao@bsfllp.com
                                            Beko Reblitz-Richardson (CA Bar No. 238027)
                                            brichardson@bsfllp.com
                                            Erika Nyborg-Burch (*pro hac vice*)
                                            Enyborg-burch@bsfllp.com
                                            BOIES SCHILLER FLEXNER LLP
                                            44 Montgomery Street, 41st Floor
                                            San Francisco, CA 94104
                                            Telephone: (415) 293 6858
                                            Facsimile (415) 999 9695

|   |   |
|---|---|
| 1 | James W. Lee (*pro hac vice*) |
|   | jlee@bsfllp.com |
| 2 | Rossana Baeza (*pro hac vice*) |
|   | rbaeza@bsfllp.com |
| 3 | BOIES SCHILLER FLEXNER LLP |
|   | 100 SE 2nd Street, Suite 2800 |
| 4 | Miami, FL 33130 |
|   | Telephone: (305) 539-8400 |
| 5 | Facsimile: (305) 539-1304 |

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

4