UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>[~~PROPOSED~~] ORDER<br><br>Judge:    Honorable Yvonne Gonzalez Rogers |

Pursuant to stipulation of the Parties, the Court revises the case schedule as follows:

| Scheduled Event | Current Date | New Date |
|---|---|---|
| Rebuttal Expert Reports (for all except (i) Google's rebuttals to Jonathan E. Hochman's opening report and certain sections of Bruce Schneier's opening report; and (ii) Plaintiffs' rebuttals to Dr. Georgios Zervas) | May 20, 2022[1] | No change: May 20, 2022[2] |
| Google's rebuttals to Jonathan E. Hochman's opening report and certain sections of Bruce Schneier's opening report; and Plaintiffs' rebuttals to Dr. Georgios Zervas | May 20, 2022 | June 7, 2022 |
| Close of Expert Discovery | August 25, 2022 | No change: August 25, 2022 |

---

[1] By agreement of the parties, Google's deadline for serving rebuttals to the expert report of Michael J. Lasinski is May 27, 2022.
[2] By agreement of the parties, Google's deadline for serving rebuttals to the expert report of Michael J. Lasinski is May 27, 2022.

| Class Certification Motion | Motion: June 16, 2022<br>Opp'n: August 4, 2022<br>Reply: August 25, 2022 | Motion: June 20, 2022<br>Opp'n: August 5, 2022<br>Reply: August 26, 2022 |
|---|---|---|
| Class Certification Hearing | September 20, 2022 | No change: September 20, 2022 |

IT IS SO ORDERED.

DATED: __May 13__, 2022

Hon. Yvonne Gonzalez Rogers
United States District Judge