| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY 10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Susan van Keulen |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 4:20-cv-03664-YGR-SVK

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs' Administrative Motion Seeking Leave to Supplement their Motion for Sanctions (Dkt. 430).

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Mao Declaration | Google | Portions highlighted in Yellow | Refers to material designated "Confidential" pursuant to the Protective Order |
| Ex. A to Mao Declaration | Google | Portions highlighted in Yellow | Refers to material designated "Confidential" pursuant to the Protective Order |
| Ex. B to Mao Declaration | Google | Entirety | Material designated "Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: May 16, 2022                    Respectfully submitted,


                                        By: /s/Mark Mao

                                        Mark C. Mao (CA Bar No. 236165)
                                        mmao@bsfllp.com
                                        Beko Rebitz-Richardson (CA Bar No. 238027)
                                        brichardson@bsfllp.com
                                        Erika Nyborg-Burch (*pro hac vice*)
                                        Enyborg-burch@bsfllp.com
                                        BOIES SCHILLER FLEXNER LLP
                                        44 Montgomery Street, 41st Floor
                                        San Francisco, CA 94104
                                        Telephone: (415) 293 6858
                                        Facsimile (415) 999 9695

                                        James W. Lee (*pro hac vice*)
                                        jlee@bsfllp.com
                                        Rossana Baeza (*pro hac vice*)
                                        rbaeza@bsfllp.com
                                        BOIES SCHILLER FLEXNER LLP

|   |   |
|---|---|
| 1 | 100 SE 2nd Street, Suite 2800 |
| 2 | Miami, FL 33130<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1304 |
| 3 | William Christopher Carmody (*pro hac vice*) |
| 4 | bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*) |
| 5 | srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*) |
| 6 | sshepard@susmangodfrey.com |
| 7 | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 8 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 9 | New York, NY  10019<br>Telephone: (212) 336-8330 |
| 10 |  |
| 11 | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com |
| 12 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 |
| 13 | Los Angeles, CA 90067<br>Telephone: (310) 789-3100 |
| 14 |  |
| 15 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 16 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 17 | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 18 | Tampa, FL 33602<br>Telephone: (813) 223-5505 |
| 19 | Facsimile: (813) 222-4736 |
| 20 | Michael F. Ram, CA Bar No. 104805 |
| 21 | MORGAN & MORGAN<br>711 Van Ness Ave, Suite 500 |
| 22 | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 23 | mram@forthepeople.com |
| 24 | *Attorneys for Plaintiffs* |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 4:20-cv-03664-YGR-SVK