| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY  10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR SANCTIONS MOTION**<br><br>The Honorable Susan van Keulen |

1       Pursuant to Local Rule 7-11, Plaintiffs respectfully seek leave to file a two-page supplement to their Sanctions Motion (Dkt. 430). This proposed supplement addresses (1) Google's May 12, 2022 supplemental response to Interrogatory No. 35, which discusses the maybe_chrome_incognito, is_chrome_incognito, and is_chrome_non_incognito bits, and (2) Google's April 25, 2022 Declaration of Richard Harting (Dkt. 559-1). Consistent with the relief Plaintiffs seek in their Sanctions Motion, the proposed supplement explains why Google should not be permitted to rely on this belatedly produced information.

         The proposed supplement is attached as Exhibit A to the Declaration of Mark Mao, concurrently filed herewith. Google's supplemental response to Interrogatory No. 35 is attached as Exhibit B to the Declaration of Mark Mao.

         The Court should permit Plaintiffs to file this supplement because it addresses material that Google provided *after* the April 21, 2022 hearing on Plaintiffs' Sanctions Motion. *See Goodwin v. John*, 2020 WL 6947690, at *1 (D. Nev. Sept. 21, 2020) (granting leave "to file supplemental briefs" to "address" material obtained "while the motion was pending").

         Plaintiffs reached out to Google to seek its position on this motion. As of this filing, Google has not yet taken a position. Mao Decl. ¶ 7.

Dated: May 16, 2022                         Respectfully submitted,

                                            By: /s/ Mark Mao

                                            Mark C. Mao (CA Bar No. 236165)
                                            mmao@bsfllp.com
                                            Beko Rebitz-Richardson (CA Bar No. 238027)
                                            brichardson@bsfllp.com
                                            Erika Nyborg-Burch (*pro hac vice*)
                                            Enyborg-burch@bsfllp.com
                                            BOIES SCHILLER FLEXNER LLP
                                            44 Montgomery Street, 41st Floor
                                            San Francisco, CA 94104
                                            Telephone: (415) 293 6858
                                            Facsimile (415) 999 9695

                                            James W. Lee (*pro hac vice*)
                                            jlee@bsfllp.com
                                            Rossana Baeza (*pro hac vice*)

PLAINTIFFS' ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR SANCTIONS MOTION
Case No. 4:20-cv-03664-YGR-SVK

| | |
|---|---|
| 1 | rbaeza@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 2 | 100 SE 2nd Street, Suite 2800 |
| | Miami, FL 33130 |
| 3 | Telephone: (305) 539-8400 |
| | Facsimile: (305) 539-1304 |

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*