| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| mmao@bsfllp.com | 32nd Floor |
| brichardson@bsfllp.com | New York, NY  10019 |
| enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| abonn@susmangodfrey.com | **MORGAN & MORGAN** |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.:  4:20-cv-03664-YGR-SVK <br><br> **DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR SANCTIONS MOTION** <br><br> The Honorable Susan van Keulen |

# DECLARATION OF MARK MAO

I, Mark Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Pursuant to Civil Local Rule 7-11(b), I submit this Declaration in Support of Plaintiffs' Administrative Motion to Supplement their Sanctions Motion. Plaintiffs' proposed supplement is attached hereto as Exhibit A.

3. On December 22, 2021, Plaintiffs Served Interrogatory No. 35, which asked:

4. Google served its response to this Interrogatory on January 28, 2022, stating:

*See* Exhibit B.

5. On May 12, 2022—over two months after the March 4, 2022 close of fact discovery, and almost one month after the parties' April 15, 2022 deadline to serve opening expert reports, Google amended its response to Interrogatory No. 35.

6. Plaintiffs now respectfully seek leave to submit a supplement to their Sanctions Motion (Dkt. 430), including to address Google's supplemental interrogatory response.

7. My colleague emailed counsel for Google, attaching Plaintiffs' proposed supplement and asking for Google's position on this Administrative Motion. Counsel for Google has not yet taken a position.

8. As a result, Plaintiffs were unable to obtain a stipulation from Google.

9. Attached hereto as **Exhibit A** is Plaintiffs' proposed supplement to their Sanctions Motion.

DECLARATION OF MARK MAO
Case No. 4:20-cv-03664-YGR-SVK

1  10. Attached hereto as **Exhibit B** is a true and correct copy of Google's May 12, 2022
2  supplemental response to Interrogatory No. 35.
3  I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct. Executed this 16th day of May, 2022 in San Francisco, California.

  */s/ Mark Mao*
  Mark Mao