1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Diane M. Doolittle (CA Bar No. 142046)      Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com              andrewschapiro@quinnemanuel.com
   Sara Jenkins (CA Bar No. 230097)             Teuta Fani (admitted *pro hac vice*)
3  sarajenkins@quinnemanuel.com                 teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor            191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                     Chicago, IL 60606
5  Telephone: (650) 801-5000                    Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                    Facsimile: (312) 705-7401
6
7  Stephen A. Broome (CA Bar No. 314605)        Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com               josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)           Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com               tracygao@quinnemanuel.com
9  Crystal Nix-Hines (Bar No. 326971)           Carl Spilly (admitted *pro hac vice*)
   crystalnixhines@quinnemanuel.com             carlspilly@quinnemanuel.com
10 Alyssa G. Olson (CA Bar No. 305705)          1300 I Street NW, Suite 900
11 alyolson@quinnemanuel.com                    Washington D.C., 20005
   865 S. Figueroa Street, 10th Floor           Telephone: (202) 538-8000
12 Los Angeles, CA 90017                        Facsimile: (202) 538-8100
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100
14
   Jomaire Crawford (admitted *pro hac vice*)   Jonathan Tse (CA Bar No. 305468)
15 jomairecrawford@quinnemanuel.com             jonathantse@quinnemanuel.com
   51 Madison Avenue, 22nd Floor                50 California Street, 22nd Floor
16 New York, NY 10010                           San Francisco, CA 94111
17 Telephone: (212) 849-7000                    Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                    Facsimile: (415) 875-6700
18
   *Counsel for Defendant Google LLC*

19                    UNITED STATES DISTRICT COURT
20        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
21

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF DONALD SETH FORTENBERY IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR SANCTIONS MOTION**<br><br>Hon. Susan van Keulen, USMJ |

I, Donald Seth Fortenbery, declare as follows:

1. I am an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I have been admitted *pro hac vice* in this matter. Dkt. 547. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Opposition to Plaintiffs' Administrative Motion to Supplement Their Sanctions Motion.

3. On Monday May 16, 2022, at 9:06 a.m. PT, counsel for Plaintiffs emailed counsel for Google a copy of Plaintiffs' proposed supplement to Plaintiffs' motion for sanctions. Counsel for Plaintiffs stated that "Plaintiffs at noon PT today will file the attached two-page supplement to their sanctions motion," which was less than three hours from the time Google's counsel first received the supplement.

4. Counsel for Google responded to Plaintiffs email stating we were "conferring with our client on Plaintiffs' proposed supplement and will provide Google's position by the end of the day." Counsel for Google did not receive a response to this email.

5. Instead, Plaintiffs filed their administrative motion as Dkt. 583 before 3:00 PM PT without further conferring with Google.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Hoboken, New Jersey on May 19, 2022.

DATED:     May 19, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Donald Seth Fortenbery

Donald Seth Fortenbery
*Attorney for Defendant*
*Pro Hac Vice*