1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SUPPLEMENT THEIR SANCTIONS MOTION**<br><br>Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Supplement Their Sanctions Motion (the "Motion"). Having considered the Motion, Opposition, and supporting documents, the Court finds there is good cause to **DENY** the Motion.

**IT IS SO ORDERED.**

_____            _____
DATE                                                    HON. SUSAN VAN KEULEN
                                                        United States Magistrate Judge