1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

13   CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

Case No. 4:20-cv-03664-YGR-SVK

**[PROPOSED] ORDER GRANTING JOINT SUBMISSION RE: SEALING PORTIONS OF THE MARCH 17, 2022 HEARING TRANSCRIPT**

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Judge: Hon. Susan van Keulen, USMJ

**[PROPOSED] ORDER**

Before the Court is the Joint Submission Re: Sealing Portions of the March 17, 2022 Hearing Transcript ("Joint Submission").  Having considered the Joint Submission, supporting declaration, and pleadings on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality | Reason(s) for Court's Ruling |
|---|---|---|---|
| March 17, 2022 Hearing Transcript | GRANTED as to redacted portions at: Pages 13:7, 13:24-14:1, 14:5, 14:10, 14:14, 14:22, 14:24, 15:3 | Google | The information requested to be sealed contains Google's highly confidential and proprietary information, including details related to Google's internal systems, projects, identifiers, and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| March 17, 2022 Hearing Transcript | GRANTED as to redacted portions at: 4:15-17 | Plaintiffs | The information requested to be sealed contains sensitive medical information. |

1    **IT IS SO ORDERED**.

2

3    DATED: _____    _____
                                        THE HONORABLE SUSAN VAN KEULEN
4                                       United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28