UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 20-cv-03664-YGR   (SVK)<br><br>**REDACTION ORDER**<br><br>Re: Dkt. Nos. 587, 588 |

The following orders have been provisionally filed under seal: (1) Order Adopting in Part and Modifying In Part the Special Master's Report and Recommendation on Referred Discovery Issues re Preservation Plan (Dkt. 587); and (2) Order on Plaintiffs' Motion for Sanctions for Discovery Misconduct (Dkt. 588) (the "Orders"). The Parties are ordered to meet and confer and submit joint proposed redactions to the Orders and a proposed order by **May 31, 2022**. If no proposed redactions are received by 11:59 p.m. on May 31, 2022, the Court will unseal the Orders in their entirety.

**SO ORDERED.**

Dated: May 20, 2022

SUSAN VAN KEULEN
United States Magistrate Judge