# PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENT ISO THEIR MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT; DELCARATION OF MARK C. MAO

# Redacted Version of Document Sought to be Sealed

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel.: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENT IN SUPPORT OF THEIR MOTION FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR DISCOVERY MISCONDUCT; DELCARATION OF MARK C. MAO**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 – 4th Floor<br>Date: April 21, 2022 |

Pursuant to Local Rule 7-11 and this Court's March 21 Order (Dkt. No. 508), Plaintiffs respectfully submit this administrative motion requesting leave to supplement their motion for sanctions (Dkt. 430) with the material outlined in this five-page motion.  The material below consists of recently-discovered evidence showing Google further withheld discovery regarding the identification of private browsing activity.  Plaintiffs' sanctions motion focused on Google's concealment of a "maybe_chrome_incognito" field.  Plaintiffs have now learned that Google *also* concealed the implementation of *additional* Google fields that Google has used to detect Chrome browser Incognito traffic, since 2017, including fields named "is_chrome_incognito" and "is_chrome_non_incognito."  These fields rely not only on the X-Client Data header information ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████ Yet Google withheld this information.   Because Plaintiffs' discovery of these additional fields further illustrates the severe prejudice caused by Google's pattern and practice of withholding key information regarding identification of private browsing activity, Plaintiffs seek leave to supplement their motion.

## SUPPLEMENTAL FACTS

Since filing their motion for an order to show cause, Plaintiffs have continued to request full production of schema and fields, which Google has continued to resist.  ¶ 9.[1]  Having learned about Google's withholding of discovery concerning Google's "maybe_chrome_incognito" field, Plaintiffs pressed Google for what other "incognito" fields Google may have been redacting from the schema.  ¶ 10.  During the Special Master process, Plaintiffs asked Google about an internal proposal to ████████████████████████████████████████████████████

---

[1] Except where otherwise noted, all exhibit and paragraph references in this submission are to the Declaration of Mark C. Mao in Support of Plaintiffs' Administrative Motion to File Supplement in Support of Their Request for an Order to Show Cause, which is filed concurrently herewith.

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  *See* Ex. 1, GOOG-BRWN-00536949. Google still refused

2  to answer.  Instead, it required Plaintiffs to wait until the 30(b)(6) deposition of Dr. Caitlin

3  Sadowski, which was not until March 10.  ¶ 11.

4  　　　At the ensuing deposition, Dr. Sadowski produced a document showing that Google has

5  multiple, live logs containing fields entitled "is_chrome_non_incognito" and

6  "is_chrome_incognito." ¶ 13 & Ex. 2.  That Google document lists ▮▮ Google logs that contain

7  these Incognito detection fields, none of which had previously been disclosed to Plaintiffs or

8  Special Master Brush.  ¶¶ 14-15.  Dr. Sadowski testified that in each of these logs, Google uses

9  ▮▮▮▮▮▮▮▮▮▮▮▮ the X-Client-Data header—t▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮▮▮.  *See* Ex. 3, Sadowski Tr. 71:8-23.  Further, Dr. Sadowski testified:

- <u>Undisclosed Witness</u>: A Google employee named Quinton Fiard is the person most knowledgeable about these Incognito detection fields and logs. Ex. 3, Sadowski Tr. 77:6-8, 87:18-20, 92:4-6.  Mr. Fiard was not previously identified by Google as a witness with relevant information.  *See* Dkt. 430-5 (list of over 200 Google employees provided to Plaintiffs).

- <u>Undisclosed Dashboard</u>: These Google logs containing the Incognito detection fields are also used by some unidentified Google dashboard relating to Chrome Incognito mode, which also was not previously disclosed by Google.  Ex, 3, Sadowski Tr. 69:25-73:2 (Google still has not provided requested discovery concerning that dashboard.)

- <u>Undisclosed Logs</u>: Dr. Sadowski did not know how many *other* Google logs contain the term "incognito" in the field name, although she acknowledged that Google could craft a query to search its logs using that term. Ex. 3, Sadowski Tr. 23:8-24:23, 85:18-86:15.

　　　Despite Plaintiffs' multiple demands and meet and confer efforts, Google has still not

provided schema for these additional logs containing these Chrome Incognito fields.  ¶ 17.  And

Google's counsel will not confirm how many logs it left out from the Special Master process that

contain the term "incognito" in a field name, or whether Google made a full production of all

documentation relating to these logs and fields.[2]  ¶ 18.

---

[2] Plaintiffs note that they have repeatedly asked for confirmation that the documentation around the omitted logs has been produced, but counsel has not commented one way or the other.  ¶ 18. Setting aside the obvious relevance of these fields, there may be comments in the log schemas themselves relating to these "incognito" fields that have not been produced, including employee comments in the log proto-files about these fields.

2

1    On March 11 (following the Rule 30(b)(6) deposition), Plaintiffs raised these issues with

2    the Special Master, explaining that the deficiencies are also relevant to the pending motion for an

3    order to show cause.  The Special Master indicated that he did not object to Plaintiffs raising these

4    issues directly with the Court.  ¶ 19.     That day, with a supplemental and belated schema

5    production, Google produced for the first time a version of the schema for the █████████

6    log that showed the "is_chrome_non_incognito" field.  ¶ 22.

7    Notably, although this log contains an "incognito" detection field, Google did not identify

8    this log to Plaintiffs and Special Master Brush.  ¶ 22.  Plaintiffs requested this log after learning

9    Bert Leung analyzed the log for his Chrome Incognito detection work and, in December, the

10   Special Master ordered that it be produced over Google's objection.  ¶ 22.  Even after being

11   compelled to produce this log, Google initially produced an incomplete version of the schema that

12   omitted the "is_chrome_non_incognito" field.  ¶ 22.

13   On March 11, Google also produced for the first time a supplemental and belated schema

14   for Google's █████████      log, another log used by Bert Leung.  ¶ 23.    This schema

15   likewise    revealed    for    the    first    time    that    this    log    also    included    Google's

16   "is_chrome_non_incognito" field.  ¶ 23.

17   Plaintiffs have, since March 11, tried to confer with counsel for Google multiple times

18   regarding discrepancies concerning the schema productions.  ¶ 30. Google still will not (1) explain

19   what happened, (2) commit to producing full schemas for all logs identified during the Special

20   Master process, or (3) identify all logs that contain bits regarding Chrome Incognito usage.  ¶ 30.

21   Google  recently  capitulated  on  insisting  that  only  the  100-largest  fields  for  schema  be

22   produced.  ¶¶ 21-22.  Google has not explained why it is now able to produce schema larger than

23   what it previously provided with a tool that purportedly limited Plaintiffs to just the 100 largest

24   fields.  *See id.*; Dkt. 430-21.  Had Google produced full schema in the first instance, as requested

25   and as ordered, Plaintiffs would have discovered these "incognito" fields months ago.

26

27

28

## SUPPLEMENTAL ANALYSIS

The Court's November 12 Order was clear.  Dkt. 331.  Google was required to identify all relevant logs and sources, i.e., "the tools to identify class members using Google's data." *Id.* at 4. Google's refusal to comply has prejudiced Plaintiffs' ability to obtain and seek preservation of relevant discovery.  Plaintiffs' motion for an order to show cause was focused on Google's concealment of the "maybe_chrome_incognito" bit.  Plaintiffs now seek to supplement with evidence that Google has been concealing *other* logs with *additional* bits for detecting incognito— including the "is_chrome_incognito" and "is_chrome_non_incognito" bits.

With respect to the schemas for the logs Google has identified, Google had argued to the Special Master that its redaction of fields was simply an unintended consequence of its ▮▮▮ ▮▮ tool producing schema for the "largest 100" fields.  *See* Dkt. 430-21.  According to Google, it would not produce schema containing all of the fields in some of these logs because there were over ▮▮▮▮ in these logs.  ¶ 20.  But Google had the lists of fields, and it could have readily turned them over to Plaintiffs.  Google's claimed inadvertence is difficult to square with the facts.

*First*, Google only arbitrarily limited its schema productions to 100 fields for certain logs – which coincidentally include logs that contain these Google-created "incognito" fields.  By contrast, Google produced ▮ fields for the ▮▮▮▮▮▮ log.  *See* Dkt. 430-1 ¶ 19.

*Second*, Google clearly had alternative methods of producing schemas with more than 100 fields.  Google's March 11 production of schema for the ▮ "maybe_chrome_incognito" logs built by Chris Liao, Bert Leung, and Mandy Liu show that Google did have such alternatives because the schema was finally populated with the incognito bit. ¶ 24.

*Third*, imposing an arbitrary "100 largest" fields filter necessarily omitted the relevant "incognito" fields.  On March 8, pursuant to this Court's order, Plaintiffs deposed Google employee Mandy Liu, one of the employees who created the "maybe_chrome_incognito" field. Ex. 4, Liu Tr. 15:2-8. Ms. Liu explained that the "maybe_chrome_incognito" value is expressed as a Boolean bit, which means that it simply stores a "true" or "false" value. Ex. 4, Liu Tr. 19:24-

4

20:8.[3]  Storing this maybe_chrome_incognito value would take Google merely one bit.  ¶ 28.  Any numerical integer, in contrast, would require 32-bits of storage.  ¶ 28.   In short, Google's "maybe_chrome_incognito" bit is far smaller than any other field containing a single number.   Similarly, Dr. Sadowski testified that the "is_chrome_incognito" and "is_chrome_non_incognito" fields are also Boolean bits and therefore far smaller than the rest of the fields she identified.  Ex. 3, Sadowski Tr. 91:2-8.  Google's strategy of refusing to produce schema reflecting more than the "largest 100" fields thus virtually guaranteed that Google would withhold information regarding these single-bits Incognito detection fields.  ¶ 29.

Google had every opportunity to be forthcoming with respect to the "is_chrome_non_incognito" being in the ████████ and ██████████ logs.  It was not.  And for the two logs that Google did identify that contain these bits, Google *removed* the "is_chrome_non_incognito" field from the logs' schema before producing the schema.[4]

Discovery is now closed.  And yet Plaintiffs still do not have answers to multiple questions: Has Google actually identified all logs containing the term "incognito" in the field names?  Has Google been redacting or removing fields from the production of Plaintiffs' data in the Special Master process?  Has Google withheld relevant documents concerning these fields and log sources in the course of its ESI production?  Had this information been fully and timely disclosed, the parties could have had an informed discussion about preservation to ensure that Google did not delete relevant data.  Plaintiffs submit this supplement so that Google may respond to these questions, and this Court may consider them at the April evidentiary hearing.

Plaintiffs requested that Google stipulate to this administrative filing, and Google's counsel stated in response that they could "stipulate consistent with the court's order."  Plaintiffs submit that this filing is consistent with the Court's order.

---

[3]  Ms. Liu also explained that ████████████████████████████████ Ex. 4, Liu Tr. 41:23-42:12.

[4]  It is unclear if Google also removed the field from the Plaintiffs' data that has been produced. This question may be a proper subject of inquiry at the hearing.

5

Dated: March 21, 2022

BOIES SCHILLER FLEXNER LLP

By */s/ Mark Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

6

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

7

# DECLARATION OF MARK C. MAO ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENT IN SUPPORT OF THEIR REQUEST FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE

# Redacted Version of Document Sought to be Sealed

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENT IN SUPPORT OF THEIR REQUEST FOR ORDER REQUIRING GOOGLE TO SHOW CAUSE**<br><br>The Honorable Susan van Keulen<br>Courtroom 6 - 4th Floor<br>Date: April 21, 2022<br>Time: 10:00 a.m. |

### <u>DECLARATION OF MARK C. MAO</u>

I, Mark C. Mao, declare as follows.

1.      I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California.  I have personal knowledge of the matters set forth herein and am competent to testify.

2.      I submit this Declaration in support of Plaintiffs' Administrative Motion to File Supplement in Support of Their Motion for Order Requiring Google to Show Cause Why It Should Not Be Sanctioned for Discovery Misconduct. (Dkt. 430).

3.      On February 26, 2022, Plaintiffs filed their Motion for an Order to Show Cause Why Google Should Not Be Sanctioned (Dkt. 430, the "Sanctions Motion").

4.      Since filing the Sanctions Motion, Plaintiffs have uncovered additional evidence of Google withholding relevant discovery regarding Google's identification of private browsing activity.

5.      While Plaintiffs' Sanctions Motion focused on Google's concealment of a "maybe_chrome_incognito" field that Google developed between 2020 and 2022, Plaintiffs have since discovered that Google also concealed Google's implementation of additional fields that Google has used to detect Chrome Incognito traffic since 2017, including (without limitation) "is_chrome_incognito" and "is_chrome_non_incognito."

6.      On October 5, 2021, Google produced a single-page design document relating to the *potential* use of ███████████████████████████████████████ The document suggested potentially logging ████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████ GOOG-BRWN-00536949.  A true and correct copy of this document is attached hereto as **Exhibit 1**.

7.      Notably absent from this single-page design document is any reference to the actual Google field name that would be implemented.  Google was on notice of Plaintiffs' interest in the

1

1 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ mode because Plaintiffs had,

2 in December, noticed the subject as a topic for the Google 30(b)(6) depositions.

3       8.      Pursuant to the Court's November 12, 2021 Order on discovery (Dkt. 331), Google

4 was required to identify all relevant log sources that could contain Plaintiffs' data and information.

5 Google then provided a declaration from Andre Golueke (a Discovery Manager in Google's Legal

6 Department) confirming that Google had identified all relevant data sources, listed in Exhibit A to

7 that declaration (Dkt. 338).

8       9.      Following the filing of the Sanctions Motions, Plaintiffs continued meeting and

9 conferring with Google, both with and without the supervision of the Special Master.  During those

10 meet and confer discussions, Plaintiffs reiterated their request for full productions of schema and

11 fields used by Google, but Google refused.

12       10.     After Plaintiffs learned about Google's withholding of discovery concerning

13 Google's "maybe_chrome_incognito" field, Plaintiffs pressed for what other "incognito" fields

14 Google may have been redacting from the schema.

15       11.     When pressed about the proposal outlined in GOOG-BRWN-00536949 during the

16 Special Master process, Google still would not answer, insisting that it wanted to save the topic

17 for the 30(b)(6) deposition of Dr. Caitlin Sadowski, which was not until March 10.

18       12.     On March 10, 2022, Plaintiffs deposed Dr. Sadowski.

19       13.     During her testimony, Dr. Sadowski relied on a "Fact Sheet," which was marked as

20 Exhibit 2 for that deposition.  A true and correct copy of that document is attached hereto as

21 **Exhibit 2**.

22       14.     This "Fact Sheet" stated that Google had multiple, live logs containing fields with

23 the word "incognito," including "is_chrome_non_incognito" and "is_chrome_incognito."  *See*

24 **Exhibit 2**.

25       15.     The document identifies at least five logs that contain those fields, none of which

26 had previously been disclosed to Plaintiffs (or to the Court or Special Master Brush).

27       16.     When Dr. Sadowski was asked to review the November 18, 2022 Declaration of

28

Andre Golueke and the list of data sources attached thereto in Exhibit A, Dr. Sadowski testified that the declaration did not list any of the five logs that contain either **"is_chrome_non_incognito"** or **"is_chrome_incognito."** **Exhibit 3,** Sadowski Tr. 79:19-80:9.

17. Despite Plaintiffs' multiple requests and meet and confer efforts, Google still has not provided Google's schema for these additional logs containing the Chrome Incognito fields.

18. Google's counsel also will not confirm how many logs it left out from the Special Master process that contain the term "incognito" in a field name, or if Google made a full production of all documentation relating to these log fields. Plaintiffs have also repeatedly asked for confirmation that documentation around the omitted logs has been produced, but Google's counsel has not commented one way or the other.

19. On March 11, 2022, following the Rule 30(b)(6) deposition, Plaintiffs raised these issues with the Special Master, explaining that the deficiencies are also relevant to the pending motion for an Order to Show Cause, and the Special Master indicated that he did not object to Plaintiffs raising these issues directly with the Court.

20. Google had initially maintained that only the 100-largest fields for schema would be produced. According to Google, the reason it would not produce schema containing all of the fields in some of these logs is because there were over ██████████ in these logs.

21. Plaintiffs never agreed to this limitation, consistently requested schema containing all of the fields in the logs, and Google has recently admitted that this alleged 100-largest field limitation can be overcome.

22. On March 11, 2022, Google produced more robust schema for the ██████████ log that showed the **"is_chrome_non_incognito"** field. This log, despite having an "incognito" field, was not identified in the Declaration of Andre Golueke, Exhibit A (Dkt. 338). Instead, after learning that Bert Leung had analyzed this log for his Incognito detection work, Plaintiffs in December requested this log, and the Special Master ordered Google to produce it (over Google's objection). Even after being compelled to produce this log, Google still initially produced an incomplete version of the schema that omitted the **"is_chrome_non_incognito"** field.

3

23.     On March 11, 2022, Google produced for the first time a more complete schema for the ████████████ log, another log used by Bert Leung.  This schema likewise revealed for the first time that this log also included the "is_chrome_non_incognito" field.

24.     On March 11, 2022, Google also produced schema for ██ logs containing the "maybe_chrome_incognito" field relied on by Chris Liao, Bert Leung, and Mandy Liu, further demonstrating that Google has alternatives to produce schema with fields containing "incognito."

25.     On March 8, 2022, pursuant to the Court's order, Plaintiffs deposed Google employee Mandy Liu, who is one of the Google employees who created the "maybe_chrome_incognito" field.  *See* **Exhibit 4** (excerpts from Liu transcript).

26.     Ms. Liu testified that the "maybe_chrome_incognito" field value is expressed as a Boolean bit, which means that it simply stores a "true" or "false" value.  **Exhibit 4**, Liu Tr. 19:24-20:8.  Ms. Liu further testified that Google could run a query for all log entries in which "maybe_chrome_incognito" is set to true.  **Exhibit 4**, Liu Tr. 41:23-42:12.

27.     Dr. Sadowski similarly testified that the "is_chrome_incognito" and "is_chrome_non_incognito" field values are stored as "true" or "false."  **Exhibit 3**, Sadowski Tr. 91:2-8.

28.     Because these fields store only a "true" or "false" value, the fields only use one bit to express that value.  Other fields that contain a numerical integer, for example, would require at least 32 bits of storage.

29.     Because a single bit field value is substantially smaller than any field value with an integer (*i.e.*, 1 bit versus 32 bits), the "maybe_chrome_incognito" bit would necessarily be smaller than any field containing an integer, and it would therefore not be represented in the 100-largest fields that Google previously offered for schema.

30.     Plaintiffs have tried to confer with Google's counsel multiple times regarding the discrepancies concerning Google's schema productions.  Google's counsel still will not commit to producing full schemas for the logs identified during the Special Master process or identify all logs that stored bits regarding Chrome Incognito usage.

4

31.     Attached hereto as **Exhibit 1** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00536949.   The document was produced on October 5, 2021.

32.     Attached hereto as **Exhibit 2** is a true and correct copy of a document Google produced during the deposition of Dr. Caitlin Sadowski, marked as Exhibit 2 to that deposition.

33.     Attached hereto as **Exhibit 3** are excerpts from the transcript of the deposition of Dr. Caitlin Sadowski conducted on March 10, 2022.

34.     Attached hereto as **Exhibit 4** are excerpts from the transcript of the deposition of Ms. Mandy Liu conducted on March 8, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of March, 2022, at San Francisco, California.

*/s/ Mark C. Mao*

# EXHIBIT 1

# Redacted in its Entirety

# EXHIBIT 2

# Redacted in its Entirety

# EXHIBIT 3

# Redacted Version of Document Sought to be Sealed

```
 1                IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4                         ---o0o---
 5   CHASOM BROWN, et al.,            )
     on behalf of themselves and     )
 6   all others similarly            )
     situated,                       )
 7                                    )
              Plaintiffs,            )Case No.
 8                                    )5:20-cv-03664-LHK
     vs.                             )
 9                                    )
     GOOGLE LLC,                     )
10                                    )
              Defendant.             )
11   _____)
12
13                         ---o0o---
14            Videotaped Zoom Deposition of
15               DR. CAITLIN SADOWSKI
16                   CONFIDENTIAL
17             Thursday, March 10, 2022
18                         ---o0o---
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Veritext Job No.: 5130524
```

                                                    Page 1

| | | |
|---|---|---|
| 1 | MR. MCGEE:  Actually, I'd like to go off the | 03:56 |
| 2 | record right now. | 03:56 |
| 3 | MR. ANSORGE:  Okay.  Let's go off the record. | 03:56 |
| 4 | THE VIDEOGRAPHER:  We're now going off the | 03:56 |
| 5 | record.  The time is 3:56 p.m. | 03:56 |
| 6 | (Break taken in proceedings.) | 03:56 |
| 7 | THE VIDEOGRAPHER:  We are now back on the | 04:15 |
| 8 | record.  The time is 4:15 p.m. | 04:15 |
| 9 | (Plaintiffs' Exhibit 2 was | 04:15 |
| 10 | marked for identification.) | 04:15 |
| 11 | BY MR. MCGEE: | 04:15 |
| 12 | Q.   Dr. Sadowski, when we went off the record, we | 04:15 |
| 13 | were provided what I've marked as Exhibit 2. | 04:15 |
| 14 | Is that the document that you referenced was | 04:15 |
| 15 | the fax sheet? | 04:15 |
| 16 | A.   I should look at the drive folder and see. | 04:15 |
| 17 | Okay.  I see something called Exhibit 2.  I am | 04:16 |
| 18 | opening it now. | 04:16 |
| 19 | Q.   Great.  Thank you. | 04:16 |
| 20 | A.   Yes.  This document is what I had referred to | 04:16 |
| 21 | as, I believe, reference sheet. | 04:16 |
| 22 | Q.   Okay.  And the third line it says "No fields | 04:16 |
| 23 | named" and in bold "not_Chrome_incognito or | 04:16 |
| 24 | Chrome_non_incognito." | 04:16 |
| 25 | What is that reference, the "No fields named"? | 04:16 |

Page 18

CONFIDENTIAL

```
1    What does that mean?                              04:16

2        A.   I mentioned I use our internal code search   04:16

3    tool to look up these two field names, and they did not   04:16

4    appear.                                           04:16

5        Q.   Okay.  So it's your testimony that with the   04:16

6    internal code search tool, the not underscore Chrome   04:16

7    underscore incognito search term did not return any   04:17

8    results?                                          04:17

9        A.   Yes.  When I looked at -- when I did a search   04:17

10   for not underscore Chrome underscore incognito across   04:17

11   Google's multibillion line repository that I have access   04:17

12   to internally, I did not get any search results.   04:17

13       Q.   Do you know what data sources that tool   04:17

14   searches over?                                    04:17

15            MR. ANSORGE:  Objection.  Vague and out of   04:17

16   scope.                                            04:17

17   BY MR. MCGEE:                                      04:17

18       Q.   You can answer.                          04:17

19       A.   The code search tool searches over a   04:17

20   multibillion line code base.  That's the main code base   04:17

21   that is used at Google.                           04:17

22       Q.   Okay.  Let me ask it this way:           04:18

23            Are there any data sources that would not be   04:18

24   searched by that tool?                            04:18

25            MR. ANSORGE:  Objection.  Vague.          04:18
```

Page 19

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  There are millions or billions | 04:18 |
| 2 | of data sources in the world.  Many of them would not be | 04:18 |
| 3 | searched via that tool. | 04:18 |
| 4 | BY MR. MCGEE: | 04:18 |
| 5 | Q.   Okay.  Let me ask it this way: | 04:18 |
| 6 | Within Google, are there any data sources that | 04:18 |
| 7 | that tool would not search? | 04:18 |
| 8 | MR. ANSORGE:  Objection.  Vague, and out of | 04:18 |
| 9 | the scope. | 04:18 |
| 10 | THE WITNESS:  Yes. | 04:18 |
| 11 | BY MR. MCGEE: | 04:18 |
| 12 | Q.   What sources are those? | 04:18 |
| 13 | A.   There are many.  One example is the chromium | 04:18 |
| 14 | open source repository, which any -- anyone externally | 04:18 |
| 15 | can also search over. | 04:19 |
| 16 | Q.   Okay.  What other sources would it not search | 04:19 |
| 17 | within Google? | 04:19 |
| 18 | MR. ANSORGE:  Same objection. | 04:19 |
| 19 | THE WITNESS:  My e-mail. | 04:19 |
| 20 | BY MR. MCGEE: | 04:19 |
| 21 | Q.   Okay. | 04:19 |
| 22 | A.   As an example. | 04:19 |
| 23 | Q.   What other data sources? | 04:19 |
| 24 | A.   The -- | 04:19 |
| 25 | MR. ANSORGE:  Same objection. | 04:19 |

Page 20

| | | |
|---|---|---|
| 1 | THE WITNESS:  -- e-mail of -- oh -- other | 04:19 |
| 2 | e-mails. | 04:19 |
| 3 | BY MR. MCGEE: | 04:19 |
| 4 | Q.   What other data source would it not search | 04:19 |
| 5 | over? | 04:19 |
| 6 | A.   Documents in a drive folder. | 04:19 |
| 7 | Q.   Would it search all log files? | 04:19 |
| 8 | MR. ANSORGE:  Objection.  Vague, and out of | 04:19 |
| 9 | scope. | 04:20 |
| 10 | THE WITNESS:  Code search does not search over | 04:20 |
| 11 | log files.  Code search searches over source code. | 04:20 |
| 12 | BY MR. MCGEE: | 04:20 |
| 13 | Q.   Okay.  Would it search over proto files? | 04:20 |
| 14 | MR. ANSORGE:  Objection.  Vague. | 04:20 |
| 15 | THE WITNESS:  It would search over proto | 04:20 |
| 16 | definitions. | 04:20 |
| 17 | BY MR. MCGEE: | 04:20 |
| 18 | Q.   Would it search all available proto | 04:20 |
| 19 | definitions or is it a subset? | 04:20 |
| 20 | MR. ANSORGE:  Objection.  Calls -- objection. | 04:20 |
| 21 | Calls for speculation and out of scope. | 04:20 |
| 22 | THE WITNESS:  It would search over all | 04:20 |
| 23 | proto definitions in Google's main repository. | 04:20 |
| 24 | BY MR. MCGEE: | 04:20 |
| 25 | Q.   Okay.  Let me ask it this way: | 04:20 |

Page 21

| | | |
|---|---|---|
| 1 | If there was a field in a log file that had | 04:21 |
| 2 | ==not underscore Chrome underscore incognito== but that same | 04:21 |
| 3 | ==not underscore Chrome underscore incognito== did not have | 04:21 |
| 4 | a field or a proto definition, would your internal code | 04:21 |
| 5 | search tool return results for that search term? | 04:21 |
| 6 | MR. ANSORGE:  Objection.  Form, and incomplete | 04:21 |
| 7 | hypothetical. | 04:21 |
| 8 | THE WITNESS:  I could create a proto field on | 04:21 |
| 9 | my local machine with any field names that I want, and | 04:21 |
| 10 | create a proto -- a proto file for testing with some | 04:21 |
| 11 | kind of -- or on the machine that I do work -- work at. | 04:21 |
| 12 | So you could create a specific proto with an arbitrary | 04:21 |
| 13 | name and log that specific proto. | 04:22 |
| 14 | BY MR. MCGEE: | 04:22 |
| 15 | Q.   Okay.  Let me ask you this: | 04:22 |
| 16 | Are all proto fields -- do they all have | 04:22 |
| 17 | descriptions at Google? | 04:22 |
| 18 | MR. ANSORGE:  Objection.  Vague and | 04:22 |
| 19 | foundation, and out of the scope. | 04:22 |
| 20 | THE WITNESS:  I have not seen all proto fields | 04:22 |
| 21 | at Google. | 04:22 |
| 22 | BY MR. MCGEE: | 04:22 |
| 23 | Q.   All right.  Are there proto fields that you've | 04:22 |
| 24 | seen at Google that did not have descriptions? | 04:22 |
| 25 | A.   Yes.  But it also depends on what you mean by | 04:22 |

Page 22

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | description.  I am assuming that you are referring to a | 04:22 |
| 2 | code comment directly above the name of the field.  I | 04:23 |
| 3 | have seen proto fields at Google that do not have a code | 04:23 |
| 4 | comment directly above the name of the field. | 04:23 |
| 5 | Q.   Okay. | 04:23 |
| 6 | A.   Typically in those cases the name of the field | 04:23 |
| 7 | is descriptive. | 04:23 |
| 8 | Q.   So if not underscore Chrome underscore | 04:23 |
| 9 | incognito did not have what you just described, would it | 04:23 |
| 10 | still -- would your internal code search tool return any | 04:23 |
| 11 | results for it? | 04:23 |
| 12 | MR. ANSORGE:  Objection.  Form, and calls for | 04:23 |
| 13 | speculation, and out of scope. | 04:23 |
| 14 | THE WITNESS:  If there was a proto field in | 04:23 |
| 15 | the main Google repository that had a particular name, | 04:23 |
| 16 | that field would be returned when searching for it, | 04:23 |
| 17 | regardless of whether there was a comment in the code | 04:23 |
| 18 | next to the field. | 04:24 |
| 19 | BY MR. MCGEE: | 04:24 |
| 20 | Q.   Okay.  Let me ask it more on a broad level. | 04:24 |
| 21 | Your search for the not underscore Chrome | 04:24 |
| 22 | underscore incognito with the internal code search tool, | 04:24 |
| 23 | you said it did not return any results. | 04:24 |
| 24 | Is that correct? | 04:24 |
| 25 | A.   That is correct. | 04:24 |

Page 23

1    Q.   Are there any other ways that you could search    04:24

2    to see if the not underscore Chrome underscore incognito    04:24

3    search term exists within any -- exists at Google?    04:24

4         So just to give you an example, I understand    04:24

5    that you're saying that the internal code search tool is    04:24

6    limited in what it can return because of the limitations    04:24

7    that you just described.    04:24

8         Are there other ways to search for that not    04:24

9    underscore Chrome underscore incognito at Google?    04:25

10        MR. ANSORGE:   Objection.   Form.   Compound.    04:25

11   And out of the scope.    04:25

12        THE WITNESS:   I could -- there are always ways    04:25

13   to search for something.   I could, for example, navigate    04:25

14   to a doc in my drive folder and search over that doc.    04:25

15   I could use public Google search and search for that    04:25

16   term -- for that string rather, just, you know, not    04:25

17   anything that's Google internal but something that's    04:25

18   visible equally outside of Google.    04:25

19        As I mentioned, there are other repositories,    04:25

20   like the chromium open source repository.   There could    04:25

21   be other code or documents at Google that I do not have    04:25

22   access to.   Over the main multibillion line repository,    04:25

23   I did not see a field with that name.    04:26

24   BY MR. MCGEE:    04:26

25        Q.   Okay.   For -- okay.   What dashboards are    04:26

Page 24

```
 1    going to belabor the questions.  They're the same.  I      05:49

 2    won't even ask them to you.                                05:49

 3              So if you can turn to Exhibit 14, please.        05:49

 4       A.   I still see 12 as the top one so...                05:49

 5       Q.   Oh, okay.                                          05:49

 6       A.   Just a minute.  I'm reloading.                     05:49

 7       Q.   Yeah.  No problem.                                 05:49

 8       A.   Okay.  I see something called Exhibit 14.  I'm     05:50

 9    opening it.                                                05:50

10              I see what appears to be a shorts design         05:50

11    document that starts with ███████████████████              05:50

12    ████████████████████████████                              05:50

13       Q.   Have you ever seen this design document            05:50

14    before?                                                    05:50

15       A.   Yes.                                               05:50

16       Q.   When?                                              05:50

17       A.   In preparation for this deposition.                05:50

18       Q.   Did you speak with anybody in preparation for      05:50

19    this deposition about this design document?                05:50

20       A.   Yes.                                               05:50

21       Q.   Who, aside from your lawyers?                      05:50

22       A.   Quentin Fiard.                                     05:50

23       Q.   And what department is Quentin Fiard with in       05:50

24    Google?                                                    05:51

25       A.   I don't remember what he works on right now,       05:51
```

Page 64

| | | |
|---|---|---|
| 1 | but he used to work on ███████ in -- on ███████ at the | 05:51 |
| 2 | time this document was produced. | 05:51 |
| 3 | Q.   Okay.  And why did you choose to speak with | 05:51 |
| 4 | Quentin Fiard about this document? | 05:51 |
| 5 | A.   From the comment threads in the document, it's | 05:51 |
| 6 | clear that he is the person who is most knowledgeable | 05:51 |
| 7 | about the document. | 05:51 |
| 8 | Q.   Okay.  Did you speak with anyone else whose | 05:51 |
| 9 | identity is reflected in this document? | 05:51 |
| 10 | MR. ANSORGE:  Objection.  Form, and vague. | 05:51 |
| 11 | THE WITNESS:  In the comments I see a | 05:51 |
| 12 | selection of four different user names. | 05:51 |
| 13 | Are you asking about that set of four user | 05:52 |
| 14 | names? | 05:52 |
| 15 | MR. MCGEE:  Yes. | 05:52 |
| 16 | THE WITNESS:  Quentin Fiard I spoke to in | 05:52 |
| 17 | preparation for this deposition, and not previously. | 05:52 |
| 18 | The only other user name that I recognize is | 05:52 |
| 19 | msramek. | 05:52 |
| 20 | BY MR. MCGEE: | 05:52 |
| 21 | Q.   And who is that? | 05:52 |
| 22 | A.   He has Chrome's privacy working group.  We | 05:52 |
| 23 | have a close relationship because we take user privacy | 05:52 |
| 24 | very seriously, and we talk to the privacy working group | 05:52 |
| 25 | whenever there is anything that comes up related to | 05:52 |

Page 65

```
 1    privacy that we have questions about and to ensure that     05:52

 2    we are upholding all the privacy policies that Google as     05:52

 3    a company supports and that we want to be supporting as      05:52

 4    a team.                                                      05:53

 5         Q.    And what is that person's name?                   05:53

 6         A.    Martin Sramek.                                    05:53

 7         Q.    Do you know how to spell Martin's last name?      05:53

 8         A.    I believe it is S-r-a-m-e-k.  The same as in      05:53

 9    this user name.                                              05:53

10         Q.    Okay.  And what is this design document?  What    05:53

11    is it talking about?                                         05:53

12              MR. ANSORGE:  Objection.  Vague, and form.         05:53

13              THE WITNESS:  Reading from the design              05:53

14    document:                                                    05:53

15    ████████████████████████████████████████████               05:53

16    ██████████████████████████████████████████████             05:53

17    ███████████████████████████  ██████████████████████        05:53

18    ████████████████████████████████████                       05:53

19    ████████████████████████████████████████████               05:53

20    ███████████████████                                         05:53

21              Do you -- would you like me to keep reading?       05:54

22              MR. MCGEE:  I thank you for pausing.  I would      05:54

23    not like you to keep reading.                                05:54

24    BY MR. MCGEE:                                                05:54

25         Q.    Does this design document relate to any           05:54
```

Page 66

```
 1    particular bit?                                        05:54

 2           Well, let me back that up.                      05:54

 3           Are you familiar with something within Google   05:54

 4    being described as a bit or a field?                   05:54

 5           MR. ANSORGE:  Objection.  Vague and compound.   05:54

 6           THE WITNESS:  Many things within Google are     05:54

 7    described as a bit or a field, either colloquially or  05:54

 8    exactly.  At some level ultimately your computer is just 05:54

 9    a sequence of bits.                                    05:54

10           MR. MCGEE:  Right.  Ones and zeros.             05:54

11    BY MR. MCGEE:                                          05:54

12       Q.   But a field in a log, are you familiar with    05:54

13    that description or colloquialism at Google?           05:54

14           MR. ANSORGE:  Objection.  Vague, and out of     05:55

15    scope.                                                 05:55

16           THE WITNESS:  Yes.                              05:55

17    BY MR. MCGEE:                                          05:55

18       Q.   And does this design document relate to any    05:55

19    field or fields at Google?                             05:55

20       A.   Yes.                                           05:55

21       Q.   Which?                                         05:55

22       A.   I'm reading from my reference sheet to make    05:55

23    sure I get it right.                                   05:55

24           This design document is related to the          05:55

25    is underscore Chrome underscore non underscore incognito 05:55
```

Page 67

CONFIDENTIAL

```
 1    underscore mode.                                      05:55

 2         Q.   And how do you know that?                   05:55

 3         A.   Because the source code for that particular 05:56

 4    field, as you say, has a link to this design document 05:56

 5    and says that it is -- annotation that it is          05:56

 6    specifically limited to ██████ logs.                  05:56

 7         Q.   And what is an ██████ log?                   05:56

 8         A.   ███████████████████████████, is my          05:56

 9    understanding.                                        05:56

10         Q.   And are they keyed by any particular        05:56

11    identifiers?                                          05:56

12              MR. ANSORGE:  Objection.  Vague, and out of 05:56

13    the scope.                                            05:56

14    BY MR. MCGEE:                                         05:56

15         Q.   You can answer.                             05:56

16         A.   There is a -- looking at my reference sheet,05:57

17    there is a set of ██████ logs that is not GAIA keyed  05:57

18    and there are some ██████ logs that are Zwieback or   05:57

19    ████████████████████.                                 05:57

20         Q.   Okay.  And I see that from your reference   05:57

21    sheet.                                                05:57

22              When you say that the is underscore Chrome  05:57

23    underscore non underscore incognito is non-GAIA keyed,05:57

24    what does that mean?  How would you explain that?     05:57

25         A.   Sorry.  There was a beep when you were talking 05:57
```

Page 68

| | | |
|---|---|---|
| 1 | so I -- part of it cut off. | 05:57 |
| 2 | Q.   Sure. | 05:57 |
| 3 |      I'm asking -- let me mute my computer -- your | 05:57 |
| 4 | colleagues were e-mailing me. | 05:57 |
| 5 |      The is underscore Chrome underscore non | 05:57 |
| 6 | underscore incognito, you said that it's not GAIA keyed. | 05:57 |
| 7 |      What do you mean by that? | 05:58 |
| 8 | A.   I did not say that is underscore Chrome | 05:58 |
| 9 | underscore non underscore incognito underscore mode is | 05:58 |
| 10 | not GAIA keyed.  You had asked about ████ logs. | 05:58 |
| 11 | Q.   Okay.  Let me just then back it up. | 05:58 |
| 12 |      On your information sheet, Notice 2, Topic 10, | 05:58 |
| 13 | there are -- there appear to be two field names or -- | 05:58 |
| 14 | let me back it up so we're speaking the same language. | 05:58 |
| 15 |      What would you consider the is underscore | 05:58 |
| 16 | Chrome underscore non underscore incognito -- how -- | 05:58 |
| 17 | what -- how would someone at Google describe that?  Is | 05:58 |
| 18 | it a field?  Is it a field name?  Is it a bit?  I'm | 05:59 |
| 19 | trying to understand that.  What's the jargon that | 05:59 |
| 20 | someone at Google would use to refer to those? | 05:59 |
| 21 |      MR. ANSORGE:  Objection.  Compound. | 05:59 |
| 22 |      THE WITNESS:  I think there are many different | 05:59 |
| 23 | ways someone at Google might use to refer to those. | 05:59 |
| 24 | There is multiple jargon we could call it. | 05:59 |
| 25 |      So I would say that is underscore Chrome | 05:59 |

Page 69

CONFIDENTIAL

```
 1    ██████████ mode is                                    05:59

 2    a binary field that is specifically used only in temp  05:59

 3    ████  logs.                                            05:59

 4    BY MR. MCGEE:                                          05:59

 5         Q.   And why is it only in temp ████ logs?        05:59

 6         A.   It was a field that was created by the ████  06:00

 7    team to help them understand potential problems with   06:00

 8    their product location and where searching so that they 06:00

 9    could develop the best product possible for Google     06:00

10    users.                                                 06:00

11         Q.   Okay.  And it -- there's a note here that it 06:00

12    was introduced in 2017, but then the project wrapped up 06:00

13    in June of 2018.                                       06:00

14         Is that binary field still implemented at         06:00

15    Google?                                                06:00

16              MR. ANSORGE:  Objection.  Vague.             06:00

17              THE WITNESS:  That binary field is -- still  06:00

18    exists as a binary field in and only in ████ logs.     06:00

19    BY MR. MCGEE:                                          06:01

20         Q.   Are values written to that binary field in   06:01

21    ████ logs?                                             06:01

22         A.   Yes.  I believe values are written to that   06:01

23    binary field in ████ logs.                             06:01

24         Q.   So even though the project wrapped in June of 06:01

25    2018, that is still an actively used binary field?     06:01
```

Page 70

```
 1              MR. ANSORGE:  Objection.  Form.              06:01

 2              THE WITNESS:  As I understand it, it is not   06:01

 3   actively used.  It is still being written.  It is not   06:01

 4   being reviewed.                                          06:01

 5   BY MR. MCGEE:                                            06:01

 6       Q.   Can you please clarify what you mean by "not   06:01

 7   being reviewed"?                                         06:01

 8       A.   So from talking to Quentin, this field went   06:02

 9   into a particular dashboard that the ████ team used     06:02

10   to identify situations where they are not getting a     06:02

11   location header but should be getting a location header. 06:02

12   And if a -- in situations where an X-Client-Data header 06:02

13   is not sent, they would also expect a location header to 06:02

14   not be sent in most situations like that.               06:02

15              So if there is an X-Client-Data header but   06:02

16   there's no location header, then that's potentially     06:02

17   indicative of a bug in the system.                      06:02

18              So they have a dashboard that shows, you know, 06:02

19   how often that occurs and they could look at to, you    06:02

20   know, minimize the amount of times where a location     06:02

21   header should be sent but isn't sent.  And they use that 06:03

22   dashboard to improve the product in this 2017-2018 time 06:03

23   range.                                                  06:03

24              And from talking to Quentin, my understanding 06:03

25   is there's -- they're not actually looking at that      06:03
```

Page 71

| | | |
|---|---|---|
| 1 | particular graph anymore in the normal course of | 06:03 |
| 2 | operations for the team. | 06:03 |
| 3 | Q.   But if they pulled up the graph, there would | 06:03 |
| 4 | be responsive data that would fill in the graph; | 06:03 |
| 5 | correct? | 06:03 |
| 6 | MR. ANSORGE:  Objection.  Vague, and calls for | 06:03 |
| 7 | a legal conclusion. | 06:03 |
| 8 | THE WITNESS:  I don't know what you mean by | 06:03 |
| 9 | responsive data that would fill in the graph. | 06:03 |
| 10 | BY MR. MCGEE: | 06:03 |
| 11 | Q.   Sure. | 06:03 |
| 12 | So you're saying they aren't looking at the | 06:03 |
| 13 | graph anymore.  They're not reviewing it. | 06:03 |
| 14 | What I'm asking is:  Is if they did pull up | 06:04 |
| 15 | the graph, the graph would still have lines or bars or | 06:04 |
| 16 | whatever visual representation or graphical | 06:04 |
| 17 | representation the graph was designed to display. | 06:04 |
| 18 | Is that fair? | 06:04 |
| 19 | MR. ANSORGE:  Objection.  Compound.  Form. | 06:04 |
| 20 | THE WITNESS:  My understanding is that is | 06:04 |
| 21 | underscore Chrome underscore non underscore incognito | 06:04 |
| 22 | underscore mode is a field that is being filled in in | 06:04 |
| 23 | UMA -- not UMA -- not in UMA logs.  It is not in UMA | 06:04 |
| 24 | logs, to be clear.  It is only in ███ logs.  And it | 06:04 |
| 25 | is a field that is still being filled in in ███ logs | 06:04 |

Page 72

| | | |
|---|---|---|
| 1 | today, despite the fact that the reason the field was | 06:04 |
| 2 | introduced has passed. | 06:04 |
| 3 | BY MR. MCGEE: | 06:05 |
| 4 | Q.   Okay.  And from your fact sheet, the | 06:05 |
| 5 | is underscore Chrome underscore non underscore | 06:05 |
| 6 | incognito -- so without the underscore mode -- | 06:05 |
| 7 | THE COURT REPORTER:  I'm so sorry, Counsel. | 06:05 |
| 8 | Can you start that question over?  There was a little | 06:05 |
| 9 | bit of feedback.  I didn't get it. | 06:05 |
| 10 | MR. MCGEE:  Sure. | 06:05 |
| 11 | BY MR. MCGEE: | 06:05 |
| 12 | Q.   So the -- you've got two bullet points in your | 06:05 |
| 13 | fact sheet. | 06:05 |
| 14 | One is the is underscore Chrome underscore | 06:05 |
| 15 | non underscore incognito, no GAIA. | 06:05 |
| 16 | What does that mean? | 06:05 |
| 17 | A.   What that means is that the -- these ▉ | 06:05 |
| 18 | logs that have this field set are not GAIA keyed.  They | 06:05 |
| 19 | have location information.  And then this is a Boolean | 06:05 |
| 20 | field, so it would be true or false.  And there's the | 06:06 |
| 21 | location information, plus the Boolean field in the | 06:06 |
| 22 | ▉ temp logs. | 06:06 |
| 23 | Q.   Got it. | 06:06 |
| 24 | A.   And not -- notably not GAIA IDs. | 06:06 |
| 25 | Q.   Understood. | 06:06 |

Page 73

| | | |
|---|---|---|
| 1 | And then in is underscore Chrome underscore | 06:06 |
| 2 | incognito, there are either Zwieback or ███████ | 06:06 |
| 3 | ██████████? | 06:06 |
| 4 | A.   To be clear -- | 06:06 |
| 5 | MR. ANSORGE:  Objection.  Form. | 06:06 |
| 6 | THE WITNESS:  There are not Zwieback or | 06:06 |
| 7 | ██████████ inside is underscore Chrome | 06:06 |
| 8 | underscore incognito.  I believe that is the name of a | 06:06 |
| 9 | field that is in the logs listed on this reference sheet | 06:07 |
| 10 | below.  Those logs have a Zwieback or ███████████ | 06:07 |
| 11 | in them, as well as this field. | 06:07 |
| 12 | BY MR. MCGEE: | 06:07 |
| 13 | Q.   Do you know what other identifiers exist in | 06:07 |
| 14 | the GFS temp slash -- okay.  Let me just -- I'm not even | 06:07 |
| 15 | going to read it out for you. | 06:07 |
| 16 | But what other identifiers exist in the first | 06:07 |
| 17 | sub-bullet point of the is underscore Chrome underscore | 06:07 |
| 18 | non underscore incognito list there? | 06:07 |
| 19 | MR. ANSORGE:  Objection.  Vague.  Out of the | 06:07 |
| 20 | scope, and foundation. | 06:07 |
| 21 | THE WITNESS:  I am not familiar with the full | 06:07 |
| 22 | set of things that is in this -- in that log.  I can | 06:07 |
| 23 | tell you there is not an un-obfuscated GAIA ID.  I can | 06:08 |
| 24 | also tell you that there is no direct mapping of this to | 06:08 |
| 25 | UMA.  So there is no UMA client ID or a way to somehow | 06:08 |

Page 74

| | | |
|---|---|---|
| 1 | combine this with UMA data. | 06:08 |
| 2 | MR. MCGEE:  I think we've been going for about | 06:08 |
| 3 | 40 minutes now.  I just need to take a break so -- | 06:08 |
| 4 | MR. ANSORGE:  Yeah.  I'm fine with that. | 06:08 |
| 5 | Could we get a time count as well?  How much | 06:08 |
| 6 | time is left on the record? | 06:08 |
| 7 | THE VIDEOGRAPHER:  Yeah.  So off the record? | 06:08 |
| 8 | MR. MCGEE:  Yes.  Off the record. | 06:08 |
| 9 | THE VIDEOGRAPHER:  Okay.  We're now going off | 06:08 |
| 10 | the record.  The time is 6:08 p.m. | 06:08 |
| 11 | (Break taken in proceedings.) | 06:17 |
| 12 | THE VIDEOGRAPHER:  We are now back on the | 06:17 |
| 13 | record.  The time is 6:18 p.m. | 06:17 |
| 14 | BY MR. MCGEE: | 06:18 |
| 15 | Q.   Dr. Sadowski, for the bits that we were -- or | 06:18 |
| 16 | excuse me -- the binary fields that we were just talking | 06:18 |
| 17 | about, the is underscore Chrome underscore non | 06:18 |
| 18 | underscore incognito underscore mode, is underscore | 06:18 |
| 19 | Chrome underscore non-underscore incognito, and | 06:18 |
| 20 | is underscore Chrome underscore incognito, do you know | 06:18 |
| 21 | what logic is being used to derive the values that are | 06:18 |
| 22 | stored in those binary fields? | 06:18 |
| 23 | MR. ANSORGE:  Objection.  Vague and compound. | 06:18 |
| 24 | THE WITNESS:  I believe the is underscore | 06:18 |
| 25 | Chrome underscore non underscore incognito is referring | 06:18 |

Page 75

| | | |
|---|---|---|
| 1 | to the same thing as ==is underscore Chrome underscore non== | 06:18 |
| 2 | ==underscore incognito underscore== mode.  I do know about | 06:18 |
| 3 | how that field is filled in. | 06:19 |
| 4 | BY MR. MCGEE: | 06:19 |
| 5 | Q.   Okay.  And what's the logic for filling in | 06:19 |
| 6 | that field? | 06:19 |
| 7 | A.   It looks specifically at whether there is an | 06:19 |
| 8 | X-Client -- X hyphen Client hyphen Data header in the | 06:19 |
| 9 | request that is sent. | 06:19 |
| 10 | Q.   Is there any other thing that it looks for or | 06:19 |
| 11 | is that all that it looks for? | 06:19 |
| 12 | A.   I believe that is all that it looks for.  The | 06:19 |
| 13 | ==is underscore Chrome underscore non underscore incognito== | 06:19 |
| 14 | ==underscore== mode is if there is a X-Client-Data -- | 06:19 |
| 15 | X-Client-Data header sent, then that is the logic used | 06:20 |
| 16 | to set that to true. | 06:20 |
| 17 | This is a proxy for incognito, but it is not | 06:20 |
| 18 | a what I would call a reliable or accurate way to | 06:20 |
| 19 | determine incognito usage. | 06:20 |
| 20 | Q.   Okay.  And what's the -- what types of traffic | 06:20 |
| 21 | is this logic being applied to?  Is it mobile traffic? | 06:20 |
| 22 | Is it -- you know, is it platform specific? | 06:20 |
| 23 | MR. ANSORGE:  Objection.  Vague and compound. | 06:20 |
| 24 | THE WITNESS:  It is in ▇▇▇▇ logs ▇▇▇▇▇ | 06:21 |
| 25 | ▇▇▇▇▇▇▇▇▇▇.  I believe it will be | 06:21 |

Page 76

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | cross-platform, but I do not know for certain.  I would | 06:21 |
| 2 | have to investigate. | 06:21 |
| 3 | BY MR. MCGEE: | |
| 4 | Q.   Who would you speak with at Google to | 06:21 |
| 5 | investigate that? | 06:21 |
| 6 | A.   I would speak again with Quentin Fiard if I | 06:21 |
| 7 | had a question about the -- this particular field in | 06:21 |
| 8 | Oolong logs. | 06:21 |
| 9 | Q.   Okay.  And then I did this backwards but -- | 06:21 |
| 10 | apologies. | 06:21 |
| 11 | I can -- I've introduced two new exhibits. | 06:21 |
| 12 | They're going to be 16 and 15. | 06:22 |
| 13 | (Plaintiffs' Exhibits 15 and 16 | 06:22 |
| 14 | were marked for identification.) | 06:22 |
| 15 | BY MR. MCGEE: | 06:22 |
| 16 | Q.   But I'd actually like you to look at 16 first. | 06:22 |
| 17 | A.   16 first?  Okay.  I'm waiting for it to load. | 06:22 |
| 18 | Q.   Thank you. | 06:22 |
| 19 | A.   One other thing to answer your question. | 06:22 |
| 20 | To the best of my knowledge the ==is underscore== | 06:22 |
| 21 | ==Chrome underscore incognito== field is derived from the | 06:22 |
| 22 | ==is underscore Chrome underscore non underscore incognito== | 06:22 |
| 23 | ==underscore== mode.  It is still depending on X-Client-Data | 06:22 |
| 24 | header logic and also looking at the user agent, but it | 06:22 |
| 25 | is not derived through some other mechanism than | 06:22 |

Page 77

```
1    presence or absence of X-Client-Data header, and          06:23

2    suffers from the same limitations.                         06:23

3        Q.   So for the is underscore Chrome underscore        06:23

4    non underscore incognito, does that look -- you            06:23

5    mentioned user agent.                                      06:23

6             Does that one look at user agent?                 06:23

7        A.   To the best of my recollection, it does not.      06:23

8    It is looking at whether there is an X-Client-Data         06:23

9    header with the assumption that it would be coming from    06:23

10   Chrome if that header shows up.  That assumption could     06:23

11   be false, but I would -- Chrome is the browser that use    06:23

12   that header.                                               06:23

13       Q.   So then why does is underscore Chrome             06:23

14   underscore incognito look at a user agent in addition to   06:23

15   the X-Client-Data header?                                  06:24

16            MR. ANSORGE:  Objection.  Vague.                  06:24

17            THE WITNESS:  If you are looking at -- so if      06:24

18   you have an X-Client-Data header, that implies that it's   06:24

19   coming from Chrome.  The absence of an X-Client-Data       06:24

20   header does not -- in some kind of data sense does not     06:24

21   have the same implication.                                 06:24

22   BY MR. MCGEE:                                              06:24

23       Q.   Okay.                                             06:24

24       A.   Should I look at Exhibit 16?                      06:24

25       Q.   Yes, please.  Exhibit 16.                         06:24
```

Page 78

| | | |
|---|---|---|
| 1 | Actually -- | 06:24 |
| 2 | A.   There -- | 06:25 |
| 3 | Q.   -- I'm really sorry.  Can you look at | 06:25 |
| 4 | Exhibit 15, please? | 06:25 |
| 5 | A.   Okay.  I see a document at the top in blue it | 06:25 |
| 6 | says "Document 338," and it starts with "In The | 06:25 |
| 7 | United States District Court For The Northern District | 06:25 |
| 8 | of California, San Jose Division." | 06:25 |
| 9 | Q.   Have you ever seen this document before? | 06:25 |
| 10 | A.   The preamble looks unfamiliar.  I am scrolling | 06:25 |
| 11 | down. | 06:25 |
| 12 | This document looks unfamiliar. | 06:26 |
| 13 | Q.   Okay.  Do you know who Andre Goleuke is, | 06:26 |
| 14 | G-o-l-e-u-k-e?  I apologize if I mispronounced that. | 06:26 |
| 15 | MR. ANSORGE:  Objection.  Out of the scope. | 06:26 |
| 16 | BY MR. MCGEE: | 06:26 |
| 17 | Q.   You can answer. | 06:26 |
| 18 | A.   No, I do not. | 06:26 |
| 19 | Q.   Okay.  If you'll turn to what was attached as | 06:26 |
| 20 | Exhibit A. | 06:26 |
| 21 | The logs you identified under "Fact Sheet," | 06:26 |
| 22 | under "Notice 1, Topic 10," do any of those logs or data | 06:26 |
| 23 | sources appear in Exhibit A, whether directly or by any | 06:26 |
| 24 | other name? | 06:27 |
| 25 | MR. ANSORGE:  Objection.  Vague.  Compound. | 06:27 |

Page 79

| | | |
|---|---|---|
| 1 | Foundation, and out of the scope. | 06:27 |
| 2 | THE WITNESS:  I do not see those -- the -- | 06:27 |
| 3 | those particular strings in this document.  I am not | 06:27 |
| 4 | familiar with many of the names in this document or how | 06:27 |
| 5 | it was generated.  I just saw it.  So I cannot answer | 06:27 |
| 6 | the "by any other" name parts. | 06:27 |
| 7 | But this document -- I do not see the word | 06:27 |
| 8 | ██████  in this document, and the log sources you were | 06:27 |
| 9 | referencing were █████ logs. | 06:28 |
| 10 | BY MR. MCGEE: | 06:28 |
| 11 | Q.  Okay.  So by way of example, if we go to the | 06:28 |
| 12 | sixth page of the document itself -- there's eight | 06:28 |
| 13 | pages -- there's a ████████ | 06:28 |
| 14 | That -- is there any possibility that the | 06:28 |
| 15 | first log source that's listed under the first bullet | 06:28 |
| 16 | point could be referred to as ██████████? | 06:28 |
| 17 | MR. ANSORGE:  Objection.  Vague. | 06:28 |
| 18 | Mischaracterizes the evidence and foundation.  And out | 06:28 |
| 19 | of scope. | 06:28 |
| 20 | BY MR. MCGEE: | 06:28 |
| 21 | Q.  You can answer. | 06:28 |
| 22 | A.  Your question was whether the specific strings | 06:28 |
| 23 | representing log sources listed in the reference sheet | 06:29 |
| 24 | would be referred to as █████████? | 06:29 |
| 25 | Q.  By way of example.  Sure. | 06:29 |

Page 80

CONFIDENTIAL

```
 1        A.    I would be very surprised.                06:29

 2        Q.    Okay.                                     06:29

 3        A.    If someone referred to those as ███████,  06:29

 4   I would expect someone to refer to them as ████ logs 06:29

 5   or have the word ██████ in the name.  That is the name 06:29

 6   used to refer to logs for that particular product and 06:29

 7   they are only for ██████.                            06:29

 8        Q.    Okay.  And if I can draw your attention to 06:29

 9   Exhibit 16.                                          06:29

10        A.    But I'm not going to speculate what other 06:29

11   people could refer to something as.  I would refer to 06:30

12   them as ██████ logs, and would generally expect that 06:30

13   people would refer to them as ██████ logs or with the 06:30

14   word ██████ in the name.                             06:30

15        I have a document that says "Contains           06:30

16   Information Designated 'Highly Confidential Attorneys' 06:30

17   Eyes Only'" as the -- in quotes as the top line and then 06:30

18   a lot of names.                                      06:30

19        Q.    Okay.  And I'm presenting it to you.  There's 06:30

20   a lot of instructions.  But on the sixth page of the 06:30

21   document, and it is a "6" at the bottom, there's a   06:30

22   topic.  And I'd represent that this is the topic that 06:30

23   you were designated for but I don't believe --       06:30

24        And there's a carve-out, and Mr. Ansorge -- or 06:30

25   excuse me -- Dr. Ansorge will describe the carve-out. 06:30
```

Page 81

```
 1              But that you've been partially designated to    06:30

 2   testify on this topic.                                      06:31

 3              And I apologize, the lights in my office went    06:31

 4   out.                                                        06:31

 5              MR. ANSORGE:  Dr. Sadowski is designated for     06:31

 6   the is underscore Chrome underscore incognito field, for    06:31

 7   the not underscore Chrome underscore incognito field,       06:31

 8   and for the Chrome underscore non underscore incognito      06:31

 9   field.  She's not designated for the                        06:31

10   maybe_Chrome_incognito field, nor for anything else         06:31

11   that's covered by this topic, and all the questions that    06:31

12   relate to maybe_Chrome_incognito field or dashboard         06:31

13   fields on that are out of the scope.                        06:31

14              MR. MCGEE:  Okay.  But to be clear, Mr. --       06:31

15   Dr. -- I -- it's late.                                      06:31

16              Dr. Ansorge, it's -- part of the topic           06:31

17   includes why Google developed, implemented, and used any    06:31

18   such bit or field.  Also includes the log or traffic        06:31

19   sources, as well as the design used to determine the bit    06:32

20   or field, as well as any logs or data sources where such    06:32

21   a bit or field is used and how it is used.                  06:32

22              So I understand she's not designated for         06:32

23   maybe underscore Chrome underscore incognito, but for       06:32

24   the other three, you're not limiting her testimony based    06:32

25   on the further clarification of the topic, are you?         06:32
```

                                                          Page 82

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  For the other three, she's | 06:32 |
| 2 | already testified as to the development, the | 06:32 |
| 3 | implementation, the use of bits and fields.  We've gone | 06:32 |
| 4 | over those. | 06:32 |
| 5 | MR. MCGEE:  Understood.  Just making sure | 06:32 |
| 6 | we're clear. | 06:32 |
| 7 | I see.  Okay. | 06:33 |
| 8 | And -- okay.  I see what you're saying. | 06:33 |
| 9 | So Notice 2, Topic 10 has overlap with | 06:33 |
| 10 | Notice 4, Topic 1, is what you're saying, Dr. Ansorge? | 06:33 |
| 11 | MR. ANSORGE:  I'm not sure it's Notice 4, | 06:33 |
| 12 | Topic 1, that that's a specific exhibit you're referring | 06:33 |
| 13 | to. | 06:33 |
| 14 | MR. MCGEE:  Exhibit 16.  Sure. | 06:33 |
| 15 | MR. ANSORGE:  Dr. Sadowski already testified | 06:33 |
| 16 | as to each of those three fields. | 06:33 |
| 17 | MR. MCGEE:  Right. | 06:33 |
| 18 | BY MR. MCGEE: | 06:33 |
| 19 | Q.   So, Dr. Sadowski, I understand that in the | 06:33 |
| 20 | beginning we spoke about this, but the -- you used an | 06:33 |
| 21 | internal code search tool to look for not underscore | 06:33 |
| 22 | Chrome underscore incognito.  That returned no results | 06:33 |
| 23 | but that tool did not search all data sources for | 06:34 |
| 24 | Google; correct? | 06:34 |
| 25 | MR. ANSORGE:  Objection.  Mischaracterizes | 06:34 |

Page 83

```
 1   prior testimony.                                     06:34

 2           THE WITNESS:  I searched on our internal code 06:34

 3   search tool over the multibillion line repository that 06:34

 4   is viewable to me internally, and did not see that field 06:34

 5   in the history of the repository.                    06:34

 6   BY MR. MCGEE:                                        06:34

 7       Q.   Okay.  And then the same thing for Chrome   06:34

 8   underscore non underscore incognito?                 06:34

 9       A.   If you search for Chrome underscore         06:34

10   non underscore incognito in the internal code search 06:34

11   and browsing tool over the multibillion line repository 06:34

12   that's visible to me, when I did that, I got hits for 06:35

13   is underscore Chrome underscore non underscore incognito 06:35

14   underscore mode.                                     06:35

15       Q.   Okay.  Did you do any other searches for    06:35

16   fields or bits that would contain the term "incognito"? 06:35

17       A.   No.                                         06:35

18           MR. ANSORGE:  Objection.  Vague.             06:35

19   BY MR. MCGEE:                                        06:35

20       Q.   Did you do any other research or speak with 06:35

21   anyone at Google to determine whether any such fields 06:35

22   were developed whose function was intended to detect  06:35

23   incognito usage?                                     06:35

24           MR. ANSORGE:  Objection.  Vague and out of   06:35

25   the scope.                                           06:35
```

Page 84

```
1              THE WITNESS:  The only accurate way I know      06:36
2    about to report incognito usage statistics is through    06:36
3    UMA because UMA is so privacy preserving that we can      06:36
4    report statistics about incognito usage.  We do not have 06:36
5    other ways that we generate statistics -- accurate        06:36
6    statistics about incognito usage.                         06:36
7    BY MR. MCGEE:                                              04:15
8         Q.   Right.                                           04:15
9         A.   There is one proxy, this -- using the           06:36
10   X-Client-Data header that's -- we have talked about the   06:36
11   ███████  team used, but that is -- I would not            06:36
12   characterize that as a reliable way to look at            06:36
13   incognito usage statistics.                               06:36
14             If someone asked me how to look at incognito    06:36
15   usage statistics, I would say the ways through UMA and    06:36
16   the metrics are visible in the external open source       06:36
17   chromium repository for full transparency.                06:37
18        Q.   Okay.  And did you do any further research to   06:37
19   see if any other fields can -- ever containing the word   06:37
20   "incognito" were implemented by Google, aside from the    06:37
21   four that are in this document and that you've            06:37
22   previously described?                                     06:37
23             MR. ANSORGE:  Objection.  Vague, and out of     06:37
24   the scope.                                                06:37
25             THE WITNESS:  I did not do research on whether  06:37
```

Page 85

```
 1    there are fields in some protocol buffer at Google that    06:37
 2    use the word "incognito."  That is an English word that    06:37
 3    could have multiple meanings and could be used in          06:37
 4    arbitrary ways by arbitrary people at Google.              06:37
 5    BY MR. MCGEE:                                              06:37
 6         Q.   Okay.  And did you do any research to see if     06:38
 7    any such bit or field containing the word "incognito" is   06:38
 8    being used at Google, other than what you've testified     06:38
 9    to today?                                                  06:38
10            MR. ANSORGE:  Objection.  Out of the scope.        06:38
11    Form.  And asked and answered.                             06:38
12            THE WITNESS:  I believe I already answered         06:38
13    that.  I did not do extra research about fields in         06:38
14    protocol buffers related to incognito beyond what we       06:38
15    have talked about today.                                   06:38
16    BY MR. MCGEE:                                              06:38
17         Q.   Okay.  Who at Google is responsible for         06:38
18    maintaining the UMA dashboards?                            06:38
19            MR. ANSORGE:  Objection.  Vague, and out of        06:38
20    scope.                                                     06:38
21            THE WITNESS:  My team.                             06:38
22    BY MR. MCGEE:                                              06:39
23         Q.   I'm sorry.  You said your team?                  06:39
24         A.   My -- I manage the Chrome metrics team which    06:39
25    owns UMA infrastructure, including the dashboards.         06:39
```

                                                    Page 86

```
 1        Q.    Okay.  And who are those dashboards accessible   06:39

 2   by at Google?                                               06:39

 3             MR. ANSORGE:  Objection.  Vague.                  06:39

 4             THE WITNESS:  The UMA dashboards are generally    06:39

 5   available to engineers at Google.  Generally viewable by    06:39

 6   engineers at Google.                                        06:39

 7   BY MR. MCGEE:

 8        Q.    For the -- going back to Exhibit No. 2, your     06:40

 9   fact sheet, how did you determine for the Zwieback          06:40

10   logs -- how did you determine that those were the ████      06:40

11   responsive logs that contain that binary field?            06:40

12        A.    What do you mean by Zwieback logs?  Zwieback     06:40

13   is a type of ID, not a type of log.                         06:40

14        Q.    Right.                                           06:40

15             The is underscore Chrome underscore incognito     06:40

16   and that it would -- Zwieback or ███████████  and           06:40

17   then you list ████ logs; right?                             06:41

18             How did you determine a -- how was that list      06:41

19   created?  How were those logs identified?                   06:41

20        A.    By asking Quentin Fiard.                         06:41

21             If you're asking where did these bullet points    06:41

22   come from, he's the person that I talked to that knows      06:41

23   about ████ logs.                                            06:41

24        Q.    Okay.  And did he explain how he populated       06:41

25   that list?                                                  06:41
```

                                                    Page 87

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  Objection.  Vague. | 06:41 |
| 2 | THE WITNESS:  Populated what list? | 06:42 |
| 3 | BY MR. MCGEE: | 06:42 |
| 4 | Q.   The ███ log sources that are on that list, did | 06:42 |
| 5 | he explain how he identified those?  Or did you just | 06:42 |
| 6 | take his word for it? | 06:42 |
| 7 | MR. ANSORGE:  Objection.  Compound, and | 06:42 |
| 8 | argumentative. | 06:42 |
| 9 | THE WITNESS:  I asked him about the -- what | 06:42 |
| 10 | logs were stored in ████ and what their retention | 06:42 |
| 11 | periods were, and he came back with this list. | 06:42 |
| 12 | BY MR. MCGEE: | 06:42 |
| 13 | Q.   When you did the internal code search for all | 06:43 |
| 14 | of these binary fields that we've identified in both | 06:43 |
| 15 | Notice 2, Topic 10, and then the other notice, did you | 06:43 |
| 16 | save the results of your queries? | 06:43 |
| 17 | A.   No. | 06:43 |
| 18 | Q.   Why not? | 06:43 |
| 19 | A.   Because the way code search works, you search | 06:43 |
| 20 | for something, similar to Google search, you don't save | 06:43 |
| 21 | the results of your search if you are just looking up | 06:43 |
| 22 | a -- a stat -- like if you're looking if for definition | 06:43 |
| 23 | of a word or doing some math. | 06:43 |
| 24 | Q.   But I can .pdf the results of a Google search; | 06:43 |
| 25 | right? | 06:43 |

Page 88

```
 1            MR. ANSORGE:  Objection.  Form, and out of the   06:43
 2    scope.                                                  06:44
 3            THE WITNESS:  When developers look at or        06:44
 4    browse source code, they use the code search tool.  They 06:44
 5    do not save a copy of that tool on the side.  That is an 06:44
 6    internally available code search tool.  You generally   06:44
 7    shouldn't print out or save any kind of source code on  06:44
 8    your local machine.                                     06:44
 9            So the way that you would view source code is   06:44
10    through the code search tool.  You don't save a copy of 06:44
11    your results.  You search for results afresh if you want 06:44
12    to see them again.                                      06:44
13    BY MR. MCGEE:                                           06:44
14        Q.   Okay.  When you -- did you use the internal    06:44
15    code search tool to search for the is underscore Chrome 06:44
16    underscore incognito?                                   06:45
17        A.   I looked up not underscore Chrome underscore   06:45
18    incognito, Chrome underscore non underscore incognito,  06:45
19    and is underscore Chrome underscore non underscore      06:45
20    incognito underscore mode, and that returns the same    06:45
21    set of results as Chrome underscore non underscore      06:45
22    incognito.                                              06:45
23        Q.   Okay.  But -- sorry.  To be clear, did you run 06:46
24    is underscore Chrome underscore incognito through the   06:46
25    internal code search tool?                              06:46
```

Page 89

CONFIDENTIAL

```
 1        A.    No.                                          06:46

 2        Q.    But you did run the other one.  And is that   06:46

 3   how the list of log sources was populated in this       06:46

 4   Exhibit 2 for Notice 2, Topic 10?                       06:46

 5        A.    The way that the --                          06:46

 6              MR. ANSORGE:  Objection.  Vague.             06:46

 7              THE WITNESS:  The list -- the bulleted list in 06:46

 8   Notice 2, Topic 10 were populated by Quentin Fiard.    06:46

 9   BY MR. MCGEE:                                           06:46

10        Q.    Okay.  But when you ran the is underscore    06:46

11   Chrome -- when you ran is underscore Chrome -- you     06:46

12   did -- let me ask it this way:                          06:47

13              You did a lot of -- or you did a few internal 06:47

14   code search queries; right?                            06:47

15        A.    Yes.                                         06:47

16              I would also like to note that in the course  06:47

17   of my job, I frequently run internal code search       06:47

18   queries.                                               06:47

19        Q.    Okay.                                        06:47

20        A.    I did a couple code search queries in        06:47

21   preparation for this case, either yesterday or this   06:47

22   morning.  It has blended together and I'm not sure     06:47

23   which.  But I make queries in code search in the normal 06:47

24   course of my job.                                      06:47

25        Q.    Okay.  And one of those queries returned     06:48
```

Page 90

```
 1    results; right?                                        06:48

 2         A.   Yes.   If you search for Chrome underscore   06:48

 3    non underscore incognito, that substring is part of a  06:48

 4    name of a Boolean field in ████ logs that I have       06:48

 5    already testified about.  And that binary field is using  06:48

 6    X-Client-Data header information to proxy incognito    06:48

 7    states.  It is not an accurate name for the binary     06:48

 8    field, and it is not used in UMA logs.                 06:49

 9         Q.   Okay.   I think I am -- very close.  Just want  06:49

10    to make sure.                                          06:49

11         Does the is underscore Chrome underscore          06:49

12    non underscore incognito underscore mode bit exist in  06:49

13    non-████ logs?                                         06:49

14         A.   To the best of my knowledge, that is the only  06:49

15    place it exists.  If you -- this particular binary field  06:49

16    was developed with -- in -- as part of the design doc  06:50

17    that we reviewed earlier so that the ████ team could   06:50

18    look at how often they don't get a location header when  06:50

19    they're expecting to get a location header using the   06:50

20    presence -- or using the presence of the X-Client --   06:50

21    presence or absence of the X-Client-Data header as a   06:50

22    proxy here for situations when you would or wouldn't   06:50

23    expect to get a location header.                       06:50

24         Q.   I understand that.                           06:50

25         A.   And that is the only way it is being used, to  06:50
```

Page 91

| | | |
|---|---|---|
| 1 | my knowledge. | 06:50 |
| 2 | Q.   And what is the basis of your knowledge for -- | 06:50 |
| 3 | what's the basis of your knowledge for that conclusion? | 06:50 |
| 4 | A.   A few different things. | 06:51 |
| 5 | Talking to Quentin Fiard who was involved in | 06:51 |
| 6 | actually implementing this field. | 06:51 |
| 7 | Looking in code search, including historical | 06:51 |
| 8 | code search, for where this field is set and used. | 06:51 |
| 9 | And also if you look in the protocol buffer | 06:51 |
| 10 | that has this field, there is an annotation saying that | 06:51 |
| 11 | it is specifically only used in ▮▮▮▮ logs. | 06:51 |
| 12 | And that there's also a comment that links to | 06:51 |
| 13 | the design doc that we talked about earlier that is | 06:51 |
| 14 | related to this field. | 06:51 |
| 15 | Q.   And that comment is on an internal document at | 06:51 |
| 16 | Google? | 06:51 |
| 17 | A.   It is a source code comment. | 06:51 |
| 18 | Q.   Okay. | 06:52 |
| 19 | A.   Not a document comment.  And it is a comment | 06:52 |
| 20 | directly above the definition of this field. | 06:52 |
| 21 | MR. MCGEE:   Okay.  I don't have any further | 06:52 |
| 22 | questions. | 06:52 |
| 23 | Thank you. | 06:52 |
| 24 | MR. ANSORGE:   We'd like to take a break to see | 06:52 |
| 25 | if we have any questions. | 06:52 |

Page 92

CONFIDENTIAL

```
 1              Five minutes okay, Mr. McGee?            06:52

 2              MR. MCGEE:  As long as you need.  We can go  06:53

 3      off.                                            06:53

 4              MR. ANSORGE:  All right.  We'll go off the  06:53

 5      record.                                         06:53

 6              THE VIDEOGRAPHER:  We are now going off the  06:53

 7      record.  The time is 6:53 p.m.                  06:53

 8                  (Break taken in proceedings.)       06:53

 9              THE VIDEOGRAPHER:  We are now back on the  07:01

10      record.  The time is 7:01 p.m.                  07:01

11              MR. ANSORGE:  Dr. Sadowski, thank you for your  07:01

12      patience and grace today.  No questions from us.  We're  07:01

13      happy to close the deposition at this time.     07:01

14              Mr. McGee, should we go off the record?  07:01

15              MR. MCGEE:  Yeah.  We can go off.  But before  07:01

16      we go off, I guess I would like to note Google has  07:01

17      continued production of documents after the March 4th  07:01

18      deadline for document production, so I won't be closing  07:01

19      this deposition.  But we can argue about that,  07:01

20      Dr. Ansorge, later.                             07:02

21              MR. ANSORGE:  Yeah.  We can let Dr. Sadowski  07:02

22      get to her kids and we can argue about that, you know,  07:02

23      before and after our further brush of meet and confers.  07:02

24              MR. MCGEE:  Yeah.                        07:02

25              MR. ANSORGE:  Okay.  So with that, we can go  07:02
```

Page 93

```
1    off the record.                                    07:02

2              MR. MCGEE:  Yes.                          07:02

3              THE VIDEOGRAPHER:  Conclusion of depo?    07:02

4              We are now going off the record.  The time is  07:02

5    7:02 p.m. and this concludes today's testimony given by  07:02

6    Caitlin Sadowski.  The total number of media units used  07:02

7    was seven, and will be retained by Veritext Legal  07:02

8    Solutions.                                         07:02

9         (Whereupon, the deposition adjourned at 7:02 p.m.)

10                        ---o0o---

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# EXHIBIT 4

# Redacted Version of Document Sought to be Sealed

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4                        ---o0o---
 5   CHASOM BROWN, et al.,              )
     on behalf of themselves and       )
 6   all others similarly              )
     situated,                         )
 7                                      )
             Plaintiffs,               )Case No.
 8                                      )5:20-cv-03664-LHK
     vs.                                )
 9                                      )
     GOOGLE LLC,                        )
10                                      )
             Defendant.                 )
11   _____)
12
13                        ---o0o---
14            Videotaped Zoom Deposition of
15                     MANDY LIU
16                    CONFIDENTIAL
17              Tuesday, March 8, 2022
18                        ---o0o---
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Job No.: 5121622
```

Page 1

| | | |
|---|---|---|
| 1 | Q.   And if you know, was this project Bert's idea | 07:18 |
| 2 | or did someone else come up with the idea? | 07:18 |
| 3 | MR. ANSORGE:  Objection.  Form. | 07:18 |
| 4 | THE WITNESS:  I'm not sure who came up with | 07:18 |
| 5 | this idea. | 07:18 |
| 6 | BY MR. FRAWLEY: | 07:18 |
| 7 | Q.   But it wasn't Bert? | 07:18 |
| 8 | A.   I'm not sure. | 07:18 |
| 9 | Q.   Now, can you go back a couple of pages to the | 07:18 |
| 10 | page that ends in Bates 925? | 07:18 |
| 11 | A.   Yeah.  I'm looking at it. | 07:19 |
| 12 | Q.   And do you see the entry for February 11th, | 07:19 |
| 13 | 2020? | 07:19 |
| 14 | A.   Yes. | 07:19 |
| 15 | Q.   Okay.  Now, just go back down two pages to the | 07:19 |
| 16 | Bates ending in 927. | 07:19 |
| 17 | A.   Mm-hm. | 07:19 |
| 18 | Q.   And now do you see the ███████████████ | 07:19 |
| 19 | bullet at the top? | 07:19 |
| 20 | A.   Yes. | 07:19 |
| 21 | Q.   And then do you see the sub-bullet "Working on | 07:19 |
| 22 | maybe_Chrome_incognito bit" in bold? | 07:19 |
| 23 | A.   Yes. | 07:19 |
| 24 | Q.   So the maybe_Chrome_incognito bit was part of | 07:19 |
| 25 | the ████████████  project? | 07:19 |

Page 14

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   Yes. | 07:20 |
| 2 | Q.   And at that point, in February 2020, was | 07:20 |
| 3 | anyone else besides you working on the | 07:20 |
| 4 | maybe_Chrome_incognito bit? | 07:20 |
| 5 | MR. ANSORGE:  Objection.  Vague. | 07:20 |
| 6 | THE WITNESS:  I only know that I am the only | 07:20 |
| 7 | one who has been working on the maybe_Chrome_incognito | 07:20 |
| 8 | bit. | 07:20 |
| 9 | BY MR. FRAWLEY: | 07:20 |
| 10 | Q.   And what is ▮▮▮? | 07:20 |
| 11 | A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 07:20 |
| 12 | Q.   Do you know why it's called ▮▮▮? | 07:20 |
| 13 | A.   I'm not sure. | 07:20 |
| 14 | Q.   Do you know if it is referring to a ▮▮▮▮ | 07:21 |
| 15 | ▮▮▮? | 07:21 |
| 16 | A.   I don't know. | 07:21 |
| 17 | Q.   And in February 2020, while you were working | 07:21 |
| 18 | on the maybe_Chrome_incognito bit, who at Google was | 07:21 |
| 19 | aware of your work? | 07:21 |
| 20 | MR. ANSORGE:  Objection.  Vague, and | 07:21 |
| 21 | foundation. | 07:21 |
| 22 | THE WITNESS:  Can you be more specific about | 07:21 |
| 23 | which work you're talking about? | 07:21 |
| 24 | BY MR. FRAWLEY: | 07:21 |
| 25 | Q.   The work on the maybe_Chrome_incognito bit | 07:21 |

Page 15

| | | |
|---|---|---|
| 1 | that is being referenced in this document. | 07:21 |
| 2 | And my question is:  Who else knew that you | 07:21 |
| 3 | were working on that? | 07:21 |
| 4 | MR. ANSORGE:  Same objection. | 07:21 |
| 5 | THE WITNESS:  Do you mean who else in Google? | 07:22 |
| 6 | MR. FRAWLEY:  Yes. | 07:22 |
| 7 | THE WITNESS:  And -- there are a few people | 07:22 |
| 8 | who knew that I was working on this, but I don't | 07:22 |
| 9 | remember exactly how many or who are they. | 07:22 |
| 10 | BY MR. FRAWLEY: | |
| 11 | Q.   Off the top of your head, can you think of | 07:22 |
| 12 | anybody? | 07:22 |
| 13 | A.   Bert and Chris for sure. | 07:22 |
| 14 | Q.   Okay.  I'm going to introduce another exhibit. | 07:23 |
| 15 | (Plaintiffs' Exhibit 2 was | 07:23 |
| 16 | marked for identification.) | 07:23 |
| 17 | BY MR. FRAWLEY: | 07:23 |
| 18 | Q.   Okay.  I've introduced Exhibit 2. | 07:23 |
| 19 | Please let me know when you have Exhibit 2 in | 07:23 |
| 20 | front of you. | 07:23 |
| 21 | And I apologize but the stamp says "Exhibit 1" | 07:23 |
| 22 | again.  We'll fix that later.  Let's just call this | 07:23 |
| 23 | Exhibit 2. | 07:24 |
| 24 | MR. ANSORGE:  So it's Exhibit 1, Tab D that | 07:24 |
| 25 | we're looking at now? | 07:24 |

Page 16

```
 1            MR. FRAWLEY:   This would be Tab 3.         07:24

 2            MR. ANSORGE:   Tab 3.   Okay.   Got it.     07:24

 3            MR. FRAWLEY:   Yeah.   Sorry.               07:24

 4            MR. ANSORGE:   Got it.                      07:24

 5            MR. FRAWLEY:   The stamp Is the most fun part  07:24

 6   to me and I always mess it up.   Okay.   Sorry.     07:24

 7            THE WITNESS:   Yes.   I'm looking at it.    07:24

 8   BY MR. FRAWLEY:                                      07:24

 9       Q.   Okay.   So just so we're all on the same page,  07:24

10   and I apologize, you're looking at the document that's a  07:24

11   September 17th, 2020 e-mail from Bert Leung; correct?  07:24

12       A.   Yes.                                        07:24

13       Q.   Okay.   Thank you.   And I apologize.       07:24

14            Can you look at the second page?            07:24

15            MR. ANSORGE:   And, Ms. Liu, you're well within  07:24

16   your rights to familiarize yourself with the whole  07:24

17   document.                                            07:24

18            THE WITNESS:   Okay.                        07:24

19            Yeah.   I'm looking at the second page.     07:25

20   BY MR. FRAWLEY:                                      07:25

21       Q.   Okay.   Do you see the e-mail about a third of  07:25

22   the way down, there is a July 13, 2020 e-mail at     07:25

23   8:44 a.m. from Chris Liao?                           07:25

24       A.   Yes.                                        07:25

25       Q.   And do you see where Chris Liao wrote "The  07:25
```

Page 17

```
 1    is_incognito bit itself is already inferred"?        07:25

 2        A.    Mm-hm.                                      07:25

 3        Q.    So the "is_incognito bit," that's the same 07:25

 4    thing as the maybe_Chrome_incognito bit that we were 07:25

 5    talking about from the prior document; correct?       07:25

 6        A.    I'm not sure if Chris meant that.           07:25

 7        Q.    If you know, were there any other bits about 07:25

 8    incognito that he might have been referring to instead? 07:26

 9            MR. ANSORGE:  Objection.  Form and foundation. 07:26

10            THE WITNESS:  I don't know other bits for     07:26

11    incognito.                                            07:26

12    BY MR. FRAWLEY:                                       07:26

13        Q.    And then do you see just above where he wrote 07:26

14    "We should probably rename that to maybe_incognito and 07:26

15    link to the documentation"?                           07:26

16        A.    Yes.                                        07:26

17        Q.    So it sounds like from this -- and correct me 07:26

18    if I'm wrong -- the name started as maybe_incognito,   07:26

19    then it changed to is_incognito, and now Chris Liao was 07:26

20    saying "let's change it back to maybe_incognito"?     07:26

21            Is that right?                                07:26

22            MR. ANSORGE:  Objection.  Form and foundation. 07:26

23            THE WITNESS:  What I can read from this e-mail 07:27

24    is that it changed from is_incognito to maybe_incognito. 07:27

25    ///
```

Page 18

```
 1    BY MR. FRAWLEY:                                      07:27

 2         Q.   And before this, did it ever change from  07:27

 3    maybe_incognito to is_incognito?                     07:27

 4              MR. ANSORGE:  Objection.  Foundation.      07:27

 5              THE WITNESS:  Sorry.  The light is...       07:27

 6              MR. FRAWLEY:  It's okay.                    07:27

 7              THE WITNESS:  I don't know.  If it's a      07:27

 8    maybe_incognito before.                              07:27

 9    BY MR. FRAWLEY:                                       07:27

10         Q.   And right now does Chris Liao have any     07:27

11    responsibility for the maybe_incognito bit?          07:28

12              MR. ANSORGE:  Objection.  Foundation.      07:28

13              THE WITNESS:  I don't know if he has.      07:28

14    BY MR. FRAWLEY:                                       07:28

15         Q.   When was the last time you talked to       07:28

16    Chris Liao about the maybe_Chrome_incognito bit?     07:28

17         A.   I don't remember.                          07:28

18         Q.   Do you think it was more than six months ago 07:28

19    or less?                                             07:28

20         A.   I don't remember.                          07:28

21         Q.   And at this time, in July 2020, if you know, 07:29

22    were any lawyers involved in the maybe_incognito bit? 07:29

23              MR. ANSORGE:  Objection.  Vague and form.  07:29

24              THE WITNESS:  Well, first of all, I want to 07:29

25    clarify the maybe_incognito bit should -- you are    07:29
```

Page 19

```
 1    talking about should be the ==maybe_incognito== Boolean      07:29

 2    field.                                                       07:29

 3              And about the lawyers, I don't know.               07:29

 4    BY MR. FRAWLEY:                                              07:29

 5        Q.    And thank you for that clarification.              07:29

 6              Can you explain to me what is a Boolean field?     07:29

 7        A.    A Boolean field is a type of data container       07:30

 8    that only contains value that is either true or false.       07:30

 9        Q.    Okay.  I'm going to introduce another exhibit.     07:30

10                    (Plaintiffs' Exhibit 3 was                   07:30

11                    marked for identification.)                  07:30

12    BY MR. FRAWLEY:                                              07:31

13        Q.    Okay.  Today is not my day with marking           07:31

14    exhibits.  We'll call this Exhibit 3, even though            07:31

15    there's no stamp.                                            07:31

16              Let me know when you have this document in         07:31

17    front of you, Ms. Liu.                                       07:31

18        A.    Is it the Exhibit 3, Tab 1?                        07:31

19        Q.    That's correct.  I'm sorry that I'm making it      07:31

20    confusing with the different numbers.                        07:31

21        A.    That's okay.                                       07:31

22        Q.    My question here is about the fourth page of      07:31

23    this document.                                               07:31

24              MR. ANSORGE:  Ms. Liu, you're well within your    07:31

25    rights to familiarize yourself with the document.           07:31
```

Page 20

| | | |
|---|---|---|
| 1 | THE WITNESS:  Okay.  Thank you. | 07:31 |
| 2 | Would you please tell me the Bates number for | 07:32 |
| 3 | the page? | 07:32 |
| 4 | BY MR. FRAWLEY: | |
| 5 | Q.   Yes. | 07:32 |
| 6 | The Bates ending in 280. | 07:32 |
| 7 | A.   Okay.  Yeah, I'm looking at this. | 07:32 |
| 8 | Q.   Okay.  Do you see the bottom e-mail where you | 07:32 |
| 9 | wrote: | 07:32 |
| 10 | "Hi all.  Ads identity team is currently working on | 07:32 |
| 11 | a project to detect third-party cookie-blocking | 07:32 |
| 12 | browsers"? | 07:32 |
| 13 | A.   Yes. | 07:32 |
| 14 | Q.   And you are a member of the ads identity team; | 07:32 |
| 15 | correct? | 07:32 |
| 16 | A.   Yes. | 07:32 |
| 17 | Q.   And who else was a member of the ads identity | 07:32 |
| 18 | team at this point in October 2020? | 07:32 |
| 19 | A.   Bert and Chris. | 07:32 |
| 20 | Q.   So you were working with them on this project | 07:32 |
| 21 | to detect third-party cookie-blocking browsers? | 07:32 |
| 22 | MR. ANSORGE:  Objection.  Form, and vague. | 07:33 |
| 23 | THE WITNESS:  I was working with Bert and | 07:33 |
| 24 | Chris on this third-party cookie-blocking browser | 07:33 |
| 25 | project. | 07:33 |

Page 21

| | | |
|---|---|---|
| 1 | Chrome_incognito rate is three" -- "is around | 08:22 |
| 2 | three percent"? | 08:22 |
| 3 | A.   Yes. | 08:22 |
| 4 | Q.   And that's referring to the rate according to | 08:22 |
| 5 | your dashboard; correct? | 08:22 |
| 6 | A.   Yes. | 08:22 |
| 7 | Q.   So on January 27th, your dashboard said that | 08:22 |
| 8 | the incognito rate is around ■ or ■ percent. | 08:22 |
| 9 | But now on February 3rd, the dashboard is | 08:22 |
| 10 | saying the incognito rate is around three percent; fair? | 08:22 |
| 11 | A.   Yes. | 08:23 |
| 12 | MR. ANSORGE:  Objection.  Compound. | 08:23 |
| 13 | BY MR. FRAWLEY: | 08:23 |
| 14 | Q.   And why was that good news? | 08:23 |
| 15 | A.   Because it's closer to the number Bert told | 08:23 |
| 16 | me. | 08:23 |
| 17 | Q.   What did Bert say about this good news? | 08:23 |
| 18 | A.   I don't remember exactly. | 08:23 |
| 19 | Q.   And what, if anything, did you do -- well -- | 08:23 |
| 20 | yeah.  Sorry.  Let me restart. | 08:24 |
| 21 | What, if anything, did you do between | 08:24 |
| 22 | January 27th and February 3rd? | 08:24 |
| 23 | MR. ANSORGE:  Objection.  Vague. | 08:24 |
| 24 | THE WITNESS:  Could you be more specific? | 08:24 |
| 25 | /// | |

Page 39

CONFIDENTIAL

```
 1    BY MR. FRAWLEY:                                    08:24

 2        Q.   Right.                                    08:24

 3             What, if anything, did you change that    08:24

 4    resulted in the rate from your dashboard going from 08:24

 5    around ■ to ■ percent to then going down to around 08:24

 6    three percent?                                     08:24

 7        A.   I didn't do anything.                     08:24

 8        Q.   So then how can you explain the rate going 08:25

 9    from ■ to ■ percent to around three percent?       08:25

10        A.   It's because on January 27th, the change that 08:25

11    makes the incognito rate from ■ or ■ percent to    08:25

12    three percent has -- hasn't rolled out yet.        08:25

13        Q.   Did you say "the change"?                 08:25

14        A.   Yes.                                      08:25

15        Q.   What do you mean -- what's the change?    08:25

16        A.   ███████████████████████████████          08:25

17    ████████                                           08:26

18        Q.   When was that change rolled out?          08:26

19        A.   I think it's between January 27th and     08:26

20    February 3rd.                                      08:26

21        Q.   Okay.  Let me introduce a new exhibit.    08:26

22                  (Plaintiffs' Exhibit 8 was           08:26

23                  marked for identification.)          08:26

24    BY MR. FRAWLEY:                                    08:27

25        Q.   Okay.  I've introduced Exhibit 8.         08:27
```

Page 40

```
 1              Please let me know when you have Exhibit 8 in    08:27

 2    front of you.                                             08:27

 3       A.   Yeah.  I'm looking at Exhibit 8.                  08:27

 4       Q.   Okay.  Exhibit 8 is a list of logs; correct?     08:27

 5       A.   Exhibit 8 is an email that has a list of logs.   08:27

 6       Q.   And is this the list of logs that has the        08:27

 7    maybe_Chrome_incognito field?                            08:28

 8       A.   Looks like, yes.                                 08:28

 9       Q.   Now, if you know, when was the                   08:28

10    maybe_Chrome_incognito field added to these logs?        08:28

11              MR. ANSORGE:  Objection.  Compound.            08:28

12              THE WITNESS:  I'm not sure of the exact date.  08:28

13    BY MR. FRAWLEY:                                          08:28

14       Q.   Was it the same date for every single log or     08:28

15    was it added to different logs at different times?       08:28

16       A.   It was added at one time.                        08:29

17       Q.   Sorry.  So for each log it was added at the      08:29

18    exact same time; right?  Is that what you mean?          08:29

19       A.   Yes.                                             08:29

20       Q.   And you explained earlier that a Boolean field   08:29

21    means that it can only be true or false; correct?        08:29

22       A.   Yes.                                             08:29

23       Q.   So right now, today, could you -- sorry.  Let    08:29

24    me restart.                                              08:29

25              Right now, today, could someone at Google run  08:29
```

| | | |
|---|---|---|
| 1 | a search for every single log entry where | 08:29 |
| 2 | maybe_Chrome_incognito shows up as true? | 08:29 |
| 3 | MR. ANSORGE:  Objection.  Foundation.  And | 08:30 |
| 4 | calls for speculation.  And form. | 08:30 |
| 5 | THE WITNESS:  I think that only someone with | 08:30 |
| 6 | certain permission to the logs -- to access the logs | 08:30 |
| 7 | may query the log to see this Chrome_incognito -- | 08:30 |
| 8 | maybe_Chrome_incognito Boolean field. | 08:30 |
| 9 | BY MR. FRAWLEY: | 08:30 |
| 10 | Q.   And that person could run a query for | 08:30 |
| 11 | maybe_Chrome_incognito equals true? | 08:30 |
| 12 | A.   Yes. | 08:30 |
| 13 | Q.   Now, can you just explain to me at a high | 08:31 |
| 14 | level the logic that goes into making the choice of | 08:31 |
| 15 | whether something should be labeled true for | 08:31 |
| 16 | maybe_Chrome_incognito? | 08:31 |
| 17 | MR. ANSORGE:  Objection.  Form and vague. | 08:31 |
| 18 | THE WITNESS:  The high level logic, you mean | 08:31 |
| 19 | like -- could you specify what's high level logic? | 08:31 |
| 20 | BY MR. FRAWLEY: | 08:31 |
| 21 | Q.   Sure. | 08:31 |
| 22 | Like what kind of information is the field | 08:31 |
| 23 | using or looking at to decide whether it's going show up | 08:31 |
| 24 | as true? | 08:31 |
| 25 | A.   I will be -- so the input for determining this | 08:32 |

Page 42

| | | |
|---|---|---|
| 1 | Chrome_incognito Boolean field will include the absence | 08:32 |
| 2 | of X-Client-Data header and also whether the request is | 08:32 |
| 3 | from WebView and also if the request is from OS or | 08:32 |
| 4 | macOS. | 08:32 |
| 5 |     Q.   And the information that you just listed, is | 08:32 |
| 6 | all of that information stuff that's already part of the | 08:33 |
| 7 | same list of logs? | 08:33 |
| 8 |             MR. ANSORGE:  Objection.  Vague. | 08:33 |
| 9 |             THE WITNESS:  Do you mean are those input I | 08:33 |
| 10 | talk about, are they in the -- in this list of logs, or | 08:33 |
| 11 | do you mean -- | 08:33 |
| 12 |             MR. FRAWLEY:  Yes.  That's exactly what I | 08:33 |
| 13 | mean. | 08:33 |
| 14 |             THE WITNESS:  Okay.  So my input -- my input | 08:33 |
| 15 | for like determining the Chrome_incognito Boolean field | 08:33 |
| 16 | will not -- are not logged in this log. | 08:34 |
| 17 |             MR. FRAWLEY:  Okay.  Could we do like a | 08:34 |
| 18 | five-minute break, Ms. Liu? | 08:34 |
| 19 |             THE WITNESS:  Okay. | 08:34 |
| 20 |             MR. FRAWLEY:  Okay, Joey? | 08:34 |
| 21 |             MR. ANSORGE:  Yeah.  Fine by me.  Should we | 08:34 |
| 22 | reconvene at 20 to the hour? | 08:34 |
| 23 |             MR. FRAWLEY:  Yes. | 08:34 |
| 24 |             MR. ANSORGE:  Does that work? | 08:34 |
| 25 |             MR. FRAWLEY:  Perfect. | 08:34 |

Page 43