Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' REQUEST FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS INCURRED FOR SUCCESSFUL SANCTIONS MOTION**<br><br>The Honorable Susan van Keulen |

Pursuant to the Court's Order granting in part Plaintiffs' motion for sanctions for discovery misconduct (Dkt. 588) and Federal Rule of Civil Procedure 37(b)(2)(c), Plaintiffs respectfully seek reimbursement of the fees and costs incurred in bringing their motion for sanctions.

The Court has already found that Google committed discovery misconduct, including by violating Court orders and concealing from Plaintiffs key Google employees and relevant data sources. The Court accordingly issued evidentiary sanctions against Google, and the Court also concluded that "Google must pay all attorneys' fees and costs incurred by Plaintiffs in filing the Sanctions Motion, including expert consultant and witness fees." Dkt. 588 at 7; *see also* Fed. R. Civ. P. 37(b)(2)(c) (requiring offending party to "pay the reasonable expenses, including attorney's fees, caused by the failure" to comply). Consistent with that order, Plaintiffs respectfully submit this request for reimbursement. As noted in Exhibit A to the Declaration of Mark Mao filed with this request, Plaintiffs incurred $992,172.00 in attorneys' fees, $28,892.00 in experts' fees, and $57,860.43 in costs, for a total of $1,078,924.43.

The attorney time incurred included: (1) drafting the motion for sanctions and all supporting materials, including detailed review of late-breaking documents produced by Google from the custodial files of Bert Leung that revealed Google's use of the maybe_chrome_incognito bit; (2) drafting the supplement to the motion and supporting materials following Google's disclosure of the is_chrome_incognito and is_chrome_non_incognito bits; (3) reviewing Google's opposition to the sanctions motion, including the 90 exhibits attached to Google's opposition; (4) drafting the reply brief in support of Plaintiffs' sanctions motion and the supporting materials; (5) drafting the proposed findings of fact and conclusions of law; and (6) preparing for and participating in a full-day evidentiary hearing that included an examination of Plaintiffs' consultant and examinations of four Google engineers; and (7) drafting Plaintiffs' second supplement to the sanctions motion. Mao Decl. ¶ 4.  Plaintiffs did <u>not</u> include in their request any attorney time devoted to (1) preparing for or taking depositions of any witnesses; (2) hearings and conferences before the Special Master, or (3) attorney travel time in connection with the April 21 evidentiary hearing on the sanctions motion. Mao Decl. ¶ 5.

Should the Court so request, Plaintiffs are willing to (1) submit detailed time records for *in camera* review, and / or (2) submit additional briefing and materials concerning their hourly rates and fees.

Dated: June 4, 2022  Respectfully submitted,

By: */s/Mark Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

1  Amanda Bonn (CA Bar No. 270891)
   abonn@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 789-3100
4
5  John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
6  Ryan J. McGee (*pro hac vice*)
   rmcgee@forthepeople.com
7  MORGAN & MORGAN, P.A.
   201 N Franklin Street, 7th Floor
8  Tampa, FL 33602
   Telephone: (813) 223-5505
9  Facsimile: (813) 222-4736
10
11 Michael F. Ram, CA Bar No. 104805
   MORGAN & MORGAN
12 711 Van Ness Ave, Suite 500
   San Francisco, CA 94102
13 Tel: (415) 358-6913
   mram@forthepeople.com
14
15 *Attorneys for Plaintiffs*
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' REQUEST FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS INCURRED FOR
SUCCESSFUL SANCTIONS MOTION
Case No. 4:20-cv-03664-YGR-SVK