Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' REQUEST FOR REMIMBURSEMENT OF ATTORNEYS' FEES AND COSTS INCURRED FOR SUCCESSFUL SANCTIONS MOTION**<br><br>The Honorable Susan van Keulen |

# DECLARATION OF MARK C. MAO

I, Mark C. Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration pursuant to the Court's Order granting in part Plaintiffs' motion for sanctions for discovery misconduct (Dkt. 588) and in support of Plaintiffs' request for reimbursement of attorneys' fees and costs incurred.

3. Attached hereto as **Exhibit A** is a summary of the fees and costs incurred by Plaintiffs in connection with their sanctions motion. Exhibit A breaks down Plaintiffs' fees by attorney, rates, and hours billed. Exhibit A also lists the expenses incurred by Plaintiffs for consultant fees, research, printing, graphics, and attorney travel expenses.

4. The attorney time incurred included: (1) drafting the motion for sanctions and all supporting materials, including detailed review of late-breaking documents produced by Google from the custodial files of Bert Leung that revealed Google's use of the maybe_chrome_incognito bit; (2) drafting the supplement to the motion and supporting materials following Google's disclosure of the is_chrome_incognito and is_chrome_non_incognito bits; (3) reviewing Google's opposition to the sanctions motion, including the 90 exhibits attached to Google's opposition; (4) drafting the reply brief in support of Plaintiffs' sanctions motion and the supporting materials; (5) drafting the proposed findings of fact and conclusions of law; and (6) preparing for and participating in a full-day evidentiary hearing that included an examination of Plaintiffs' consultant and examinations of four Google engineers; and (7) drafting Plaintiffs' second supplement to the sanctions motion.

5. Plaintiffs did <u>not</u> include in their request any attorney time devoted to (1) preparing for or taking depositions of any witnesses, (2) hearings and conferences before the Special Master, or (3) attorney travel time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of June, 2022, at San Francisco, California.

*/s/ Mark Mao*

# Exhibit A

## I. Attorneys' Fees

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Abalos, Jianna | Paralegal | $300 | 10.20 | $3,060 |
| Amen, Ra | Associate | $475 | 3.00 | $1,425 |
| Anderson, Alison | Partner | $1020 | 62.70 | $63,954.00 |
| Arborn, Christopher | Administrative Staff | $310 | 5.10 | $1,581 |
| Baeza, Rossana | Associate | $680 | 52.00 | $35,360 |
| Barthle, Patrick | Partner | $800 | 0.40 | $320 |
| Boies, Alexander | Counsel | $870 | 54.70 | $47,589 |
| Boies, David | Managing Partner | $1,950 | 49.10 | $95,745 |
| Bonn, Amanda | Partner | $725 | 132.80 | $96,280 |
| Cabezas, Jennifer | Paralegal | $225 | 6.60 | $1,485 |
| Cividini, Augusto | Associate | $660 | 23.40 | $15,444 |
| Crosby, Ian | Partner | $775 | 0.50 | $387.50 |
| Frawley, Alex | Associate | $550 | 172.20 | $94,710 |
| Keleshyan, Tina | Paralegal | $380 | 2.40 | $912 |
| Lee, James | Partner | $1,030 | 13.50 | $13,905 |
| Mao, Mark | Partner | $1,000 | 92.90 | $92,900 |
| Martin, Jean | Partner | $1,000 | 1.50 | $1,500 |
| McGee, Ryan | Associate | $800 | 182.80 | $146,240 |
| Nyborg-Burch, Erika | Associate | $760 | 83.20 | $63,232 |
| Rabin, Shawn | Partner | $1,350 | 2.50 | $3,375 |
| Ram, Michael | Partner | $1,100 | 12.10 | $13,310 |
| Reblitz-Richardson, Beko | Partner | $1,070 | 68.20 | $72,974 |
| Reddy, Kenya | Associate | $950 | 6.20 | $5,890 |
| Rodriguez, Theresa | Paralegal | $310 | 11.30 | $3,503 |
| Romero Garcilazo, Gabriela | Paralegal | $310 | 17.80 | $5,518 |
| Santos, Vanessa | Paralegal | $325 | 13.90 | $4,517.50 |
| Shepard, Steven | Partner | $875 | 1.50 | $1,312.50 |
| Sila, Ryan | Associate | $575 | 7.10 | $4,082.50 |
| Yanchunis, John | Partner | $1,300 | 78.20 | $101,660 |
| **TOTAL** | | | **1167.80** | **$992,172** |

## II. Expert Fees

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Chris Thompson | Consulting Expert | $275 | 55.83 | $15,355 |
| Lillian Dai | Consulting Expert | $450 | 30.08 | $13,537 |
| **TOTAL** | | | **85.91** | **$28,892** |

**III.     Expenses**

| Name | Total |
|---|---|
| Computer Research | $20,906.34 |
| Printing | $4,304.44 |
| Graphics Support | $13,309.70 |
| Attorneys' Travel to April 21 Hearing, Lodging, Meals | $19,339.95 |
| TOTAL | $57,860.43 |

**TOTAL**               **$1,078,924.43**