| | | |
|---|---|---|
| 1 | Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| 2 | Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
|   | Erika Nyborg-Burch, CA Bar No. 342125 | Shawn J. Rabin (admitted *pro hac vice*) |
| 3 | **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
|   | 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| 4 | San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
|   | Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| 5 | mmao@bsfllp.com | 32nd Floor |
|   | brichardson@bsfllp.com | New York, NY  10019 |
| 6 | enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| 7 | | bcarmody@susmangodfrey.com |
|   | James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| 8 | Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
|   | **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 9 | 100 SE 2nd St., 28th Floor | |
|   | Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| 10 | Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| 11 | jlee@bsfllp.com | **MORGAN & MORGAN** |
|   | rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| 12 | | Tampa, FL 33602 |
|   | Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| 13 | **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
|   | 1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| 14 | Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| 15 | Tel: (310) 789-3100 | |
|   | Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| 16 | abonn@susmangodfrey.com | **MORGAN & MORGAN** |
|   | | 711 Van Ness Ave, Suite 500 |
| 17 | | San Francisco, CA 94102 |
|   | | Tel: (415) 358-6913 |
| 18 | *Attorneys for Plaintiffs* | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS INCURRED FOR SUCCESSFUL SANCTIONS MOTION**<br><br>The Honorable Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' request for reimbursement of attorneys' fees and costs incurred in bringing their motion for sanctions for discovery misconduct ("Plaintiffs' Request"). The Court has already found that Google committed discovery misconduct. The Court accordingly issued evidentiary sanctions against Google, and the Court also concluded that "Google must pay all attorneys' fees and costs incurred by Plaintiffs in filing the Sanctions Motion, including expert consultant and witness fees." Dkt. 588 at 7; *see also* Fed. R. Civ. P. 37(b)(2)(c) (requiring offending party to "pay the reasonable expenses, including attorney's fees, caused by the failure").

Therefore, the Court now **GRANTS** Plaintiffs' Request. Exhibit A to the Declaration of Mark Mao filed with Plaintiffs' Request shows that Plaintiffs incurred $1,078,924.43 in attorneys' fees and costs in connection with their sanctions motion. Within one week of this Order, Google must pay that amount to Plaintiffs. Plaintiffs shall provide counsel for Google with wiring instructions.

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Susan van Keulen
United States Magistrate Judge