Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' UPDATE TO ADMINISTRATIVE MOTION REGARDING THEIR RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI**<br><br>The Honorable Susan van Keulen |

Pursuant to the Court's Order (Dkt. 596), Plaintiffs respectfully submit this update:

<u>Borsay Deposition</u>: On June 3, 2022, after the Court issued its order, Google agreed to produce Ms. Borsay for a video-recorded deposition on June 29 and 30, 2022, with time evenly split between the *Brown* and *Calhoun* Plaintiffs.

The parties are currently finalizing the Hague applications for Ms. Borsay's deposition and intend to file those papers today. Plaintiffs hope the deposition will be completed by June 30, 2022. Plaintiffs will update the Court to confirm that the deposition proceeded as anticipated.

<u>Proposed Order</u>:   Plaintiffs have no changes to their proposed order (Dkt. 565-3). If Plaintiffs are able to complete Ms. Borsay's deposition by June 30, 2022, then Plaintiffs respectfully request leave to submit a brief of no more than five pages (with a supporting declaration and exhibits) within 21 days (by July 21, 2022).

Dated: June 6, 2022                            Respectfully submitted,

By:  /s/Mark C. Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com

| | |
|---|---|
| 1 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 2 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| 3 | Alexander P. Frawley (*pro hac vice*) |
| | afrawley@susmangodfrey.com |
| 4 | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Floor |
| 5 | New York, NY  10019 |
| 6 | Telephone: (212) 336-8330 |
| 7 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| 8 | SUSMAN GODFREY L.L.P. |
| 9 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 10 | Telephone: (310) 789-3100 |
| 11 | John A. Yanchunis (*pro hac vice*) |
| | jyanchunis@forthepeople.com |
| 12 | Ryan J. McGee (*pro hac vice*) |
| | rmcgee@forthepeople.com |
| 13 | MORGAN & MORGAN, P.A. |
| 14 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 15 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 16 | |
| 17 | Michael F. Ram, CA Bar No. 104805 |
| | MORGAN & MORGAN |
| 18 | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| 19 | Tel: (415) 358-6913 |
| | mram@forthepeople.com |
| 20 | |
| 21 | *Attorneys for Plaintiffs* |