United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHASOM BROWN, et al., | Case No. 20-cv-03664-YGR   (SVK) |
| Plaintiffs, | **ORDER RE PLAINTIFFS' REQUEST FOR REIMBURSEMENT OF FEES AND COSTS INCURRED FOR MOTION FOR DISCOVERY SANCTIONS** |
| v. |  |
| GOOGLE LLC, |  |
| Defendant. | Re: Dkt. No. 597 |

Having received Plaintiffs' request for reimbursement of fees and costs incurred in connection with their motion for discovery sanctions (Dkt. 597), the Court **ORDERS** as follows:

1. By **June 17, 2022**, Plaintiffs must supplement their request with a breakdown, by total hours and fees, among the following tasks associated with the sanctions motion:  (1) drafting all documents filed with the Court (including review of Google's opposition); (2) hearing preparation and participation; and (3) reviewing Google document productions, as referenced in paragraph 4 of the Mao Declaration (Dkt. 597-1).

2. Google may file a response to Plaintiffs' request for reimbursement, as supplemented, not to exceed five pages (not including declarations) by **July 1, 2022.**

**SO ORDERED.**

Dated: June 7, 2022

SUSAN VAN KEULEN
United States Magistrate Judge