UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 20-cv-03664-YGR  (SVK)<br><br>**ORDER RE REASSESSMENT OF DOCUMENTS FOR WHICH PRIVILEGE HAS BEEN CLAIMED AND STRIKING PLAINTIFFS' RESPONSE**<br><br>Re: Dkt. Nos. 542, 566, 573-2 |

This is the third order in response to concerns raised by Plaintiffs regarding the scope of Google's assertion of privilege. In its two previous orders, the Court set forth the relevant facts and ordered Google to reassess its assertion of privilege as to either random samples or specified categories of documents and to report the results to the Court. Dkt. Nos. 522, 542. Google's latest report continues to reflect a correction rate of approximately 25% for the categories of documents selected for review. Plaintiffs submitted a response to Google's report, without leave of court. Dkt. 573-2. The Court **STRIKES** Plaintiffs' unauthorized filing and did not consider it in issuing this order.

Having reviewed the proper pleadings in this matter, Court **ORDERS** as follows:

- Google is to review <u>all</u> of the documents on its privilege logs where (i) the document has been designated as privileged in the document's text, but no attorney is identified on Google's privilege log; and (ii) emails where an attorney is copied and does not respond.

- Google may "de-dupe" from the documents to be reviewed those that have already been produced without redactions.

- As re-assessed documents are identified for production, Google shall commence a rolling production to begin no later than **June 27, 2022** and shall continue thereafter in productions every fourteen days.

- Google's reassessment and subsequent productions are to be completed no later than **July 25, 2022.**

**SO ORDERED.**

Dated: June 10, 2022

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge