BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: REBUTTAL EXPERT REPORTS**<br><br>Judge: Honorable Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rule 7-12, this joint stipulation is entered into between Plaintiffs and
2    Defendant Google LLC ("Google", collectively the "Parties").
3    WHEREAS, on April 15, 2022, Google served its opening expert report from Dr. On Amir
4    ("Amir Report") which discussed the results of three surveys Dr. Amir conducted for purposes of
5    his report;
6    WHEREAS, on May 20, 2022, Plaintiffs served a rebuttal report to Dr. Amir from Mark
7    Keegan ("Keegan Rebuttal Report") which provided (i) analysis of Dr. Amir's studies and (ii) a new
8    study conducted by Mr. Keegan (the "Rebuttal Survey");
9    WHEREAS, following a meet-and-confer, the Parties have agreed that, no later than June
10   30, 2022, Dr. Amir may serve a supplemental report (the "Amir Supplement") that is (i) limited to
11   rebuttal of the Rebuttal Survey and (ii) does not contain a new survey;
12   WHEREAS, Google agrees not to object to the Rebuttal Survey on the grounds that it is
13   improper rebuttal under Federal Rule of Procedure 26;
14   WHEREAS, Google reserves its rights to challenge the Keegan Rebuttal Report on all other
15   potential grounds;
16   WHEREAS, Plaintiffs reserve its rights to challenge the Amir Supplement on all other
17   potential grounds;
18   NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED that Dr. Amir may
19   serve a supplemental report limited to rebuttal of the Rebuttal Survey no later than June 30, 2022.
20
21
22
23
24
25
26
27
28

DATED: June 15, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ James W. Lee* |
| Andrew H. Schapiro (admitted *pro hac vice*) andrewschapiro@quinnemanuel.com Teuta Fani (admitted *pro hac vice*) teutafani@quinnemanuel.com 191 N. Wacker Drive, Suite 2700 Chicago, IL 60606 Tel: (312) 705-7400 Fax: (312) 705-7401 | Mark C. Mao (CA Bar No. 236165) mmao@bsfllp.com Sean Phillips Rodriguez (CA Bar No. 262437) srodriguez@bsfllp.com Beko Reblitz-Richardson (CA Bar No. 238027) brichardson@bsfllp.com 44 Montgomery Street, 41st Floor San Francisco, CA 94104 Tel: (415) 293 6858 Fax: (415) 999 9695 |
| Stephen A. Broome (CA Bar No. 314605) stephenbroome@quinnemanuel.com Viola Trebicka (CA Bar No. 269526) violatrebicka@quinnemanuel.com Crystal Nix-Hines (Bar No. 326971) crystalnixhines@quinnemanuel.com Alyssa G. Olson (CA Bar No. 305705) alyolson@quinnemanuel.com 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017 Tel: (213) 443-3000 Fax: (213) 443-3100 | James W. Lee (*pro hac vice*) jlee@bsfllp.com Rossana Baeza (*pro hac vice*) rbaeza@bsfllp.com 100 SE 2nd Street, Suite 2800 Miami, FL 33130 Tel: (305) 539-8400 Fax: (305) 539-1304 |
| Diane M. Doolittle (CA Bar No. 142046) dianedoolittle@quinnemanuel.com Sara Jenkins (CA Bar No. 230097) sarajenkins@quinnemanuel.com 555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065 Telephone: (650) 801-5000 Facsimile: (650) 801-5100 | William Christopher Carmody (*pro hac vice*) bcarmody@susmangodfrey.com Shawn J. Rabin (*pro hac vice*) srabin@susmangodfrey.com Steven Shepard (*pro hac vice*) sshepard@susmangodfrey.com Alexander P. Frawley (*pro hac vice*) afrawley@susmangodfrey.com SUSMAN GODFREY L.L.P. 1301 Avenue of the Americas, 32nd Floor New York, NY 10019 Tel: (212) 336-8330 |
| Jomaire A. Crawford (admitted *pro hac vice*) jomairecrawford@quinnemanuel.com 51 Madison Avenue, 22nd Floor New York, NY 10010 Telephone: (212) 849-7000 Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891) abonn@susmangodfrey.com SUSMAN GODFREY L.L.P. 1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067 Tel: (310) 789-3100 |
| Josef Ansorge (admitted *pro hac vice*) josefansorge@quinnemanuel.com Xi ("Tracy") Gao (CA Bar No. 326266) tracygao@quinnemanuel.com Carl Spilly (admitted *pro hac vice*) carlspilly@quinnemanuel.com 1300 I Street NW, Suite 900 Carl Spilly (admitted *pro hac vice*) | John A. Yanchunis (*pro hac vice*) jyanchunis@forthepeople.com Ryan J. McGee (*pro hac vice*) rmcgee@forthepeople.com MORGAN & MORGAN, P.A. |

| | |
|---|---|
| carlspilly@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100 | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736 |
| Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| *Attorneys for Defendant Google LLC* | *Attorneys for Plaintiffs* |

|   | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)** |
| 2 | I am the ECF user whose ID and password are being used to file this "STIPULATION |
| 3 | AND [PROPOSED] ORDER RE: REBUTTAL EXPERT REPORTS" and I hereby attest that |
| 4 | each of the signatories identified above has concurred in the filing of this document. |

                                  /s/   Andrew H. Schapiro
                                  Andrew H. Schapiro

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court here **ORDERS**:

Google may serve a supplemental expert report limited to rebuttal of Mark Keegan's Rebuttal Survey no later than June 30, 2022.

**IT IS SO ORDERED.**

Date: _____, 2022

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge