Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
mram@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' SUPPLEMENT IN SUPPORT OF REQUEST FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS INCURRED FOR SUCCESSFUL SANCTIONS MOTION**<br><br>The Honorable Susan van Keulen |

Pursuant to the Court's June 7, 2022 Order (Dkt. 603), Plaintiffs respectfully submit this supplement in support of their request for reimbursement of the fees and costs incurred in bringing their motion for sanctions, which the Court granted in part on May 20, 2022 (Dkts. 588 (sealed), 593-3 (redacted)).

In preparing this submission, Plaintiffs realized that their prior submission (Dkt. 597) incorporated certain time entries associated with travel for the April 21, 2022 evidentiary hearing. Plaintiffs do not seek reimbursement for attorney travel time, so those entries are being removed. *See* Second Mao Declaration ¶ 3. Instead of $992,172 in attorneys' fees, Plaintiffs now seek $981,947 in attorneys' fees. *Id.* In addition, as before, Plaintiffs seek $28,892 in experts' fees and $57,860.43 in costs—with Plaintiffs now seeking a total of $1,068,699.43. *Id.*

The $981,947.00 in attorneys' fees were incurred as follows:

| Task | Hours | Total |
| --- | --- | --- |
| (1) Drafting all documents filed with the Court (including review of Google's opposition to the motion for sanctions) | 405.9 | $305,930.50 |
| (2) Hearing preparation and participation | 674.8 | $622,396.50 |
| (3) Reviewing Google document productions | 72.6 | $53,620.00 |
| Total | 1153.30 | $981,947.00 |

Second Mao Declaration ¶ 4.

Should the Court so request, Plaintiffs remain willing to submit detailed time records for *in camera* review.

Dated: June 17, 2022         Respectfully submitted,

By: /s/Mark Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch, CA Bar No. 342125
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP

44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

PLAINTIFFS' SUPPLEMENT IN SUPPORT OF REQUEST FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS INCURRED FOR SUCCESSFUL SANCTIONS MOTION
Case No. 4:20-cv-03664-YGR-SVK

mram@forthepeople.com

*Attorneys for Plaintiffs*