| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>mram@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**SECOND DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' REQUEST FOR REMIMBURSEMENT OF ATTORNEYS' FEES AND COSTS INCURRED FOR SUCCESSFUL SANCTIONS MOTION**<br><br>The Honorable Susan van Keulen |

**DECLARATION OF MARK C. MAO**

I, Mark C. Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration pursuant to the Court's Order requesting additional information about the attorneys' fees incurred by Plaintiffs for their successful motion for sanctions for discovery misconduct (Dkt. 603).

3. In preparing this submission, Plaintiffs realized that their prior submission (Dkt. 597) incorporated certain time entries associated with travel for the April 21, 2022 evidentiary hearing. Plaintiffs do not seek reimbursement for attorney travel time, so those entries are being removed. Instead of $992,172 in attorneys' fees, Plaintiffs now seek $981,947 in attorneys' fees. In addition, as before, Plaintiffs seek $28,892 in experts' fees and $57,860.43 in costs—with Plaintiffs now seeking a total of $1,068,699.43.

4. The $981,947.00 in attorneys' fees were incurred as follows:

| Task | Hours | Total |
|---|---|---|
| (1) Drafting all documents filed with the Court (including review of Google's opposition to the motion for sanctions) | 405.9 | $305,930.50 |
| (2) Hearing Preparation and Participation | 674.8 | $622,396.50 |
| (3) Reviewing Google document productions | 72.6 | $53,620 |
| Total | 1153.30 | $981,947.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June, 2022, at San Francisco, California.

*/s/ Mark Mao*

SECOND DECLARATION OF MARK C. MAO
Case No. 4:20-cv-03664-YGR-SVK