| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| Mark C. Mao, CA Bar No. 236165 | Tel.: (212) 336-8330 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | bcarmody@susmangodfrey.com |
| Erika Nyborg-Burch, CA Bar No. 342125 | srabin@susmangodfrey.com |
| 44 Montgomery St., 41st Floor | sshepard@susmangodfrey.com |
| San Francisco, CA 94104 | afrawley@susmangodfrey.com |
| Tel.: (415) 293-6800 | |
| mmao@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891 |
| brichardson@bsfllp.com | 1900 Avenue of the Stars, Suite 1400 |
| enyborg-burch@bsfllp.com | Los Angeles, CA 90067 |
| | Tel.: (310) 789-3100 |
| James Lee (admitted pro hac vice) | abonn@susmangodfrey.com |
| Rossana Baeza (admitted pro hac vice) | |
| 100 SE 2nd St., 28th Floor | **MORGAN & MORGAN** |
| Miami, FL 33131 | John A. Yanchunis (admitted pro hac vice) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted pro hac vice) |
| jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| Alison L. Anderson, CA Bar No. 275334 | jyanchunis@forthepeople.com |
| 725 S Figueroa St., 31st Floor | rmcgee@forthepeople.com |
| Los Angeles, CA 90017 | |
| Tel.: (213) 995-5720 | Michael F. Ram, CA Bar No. 104805 |
| alanderson@bsfllp.com | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF RYAN MCGEE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 20, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

# DECLARATION OF RYAN MCGEE

I, Ryan McGee, declare as follows.

1. I am an associate with the law firm of Morgan and Morgan, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Florida and admitted *pro hac vice* for this case. Dkt. 19. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Pursuant to Civil Local Rule 79-5, I submit this Declaration in support of Plaintiffs' administrative motion to seal portions of their motion for class certification. In making this request, Plaintiffs have carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5.

3. Plaintiffs respectfully request that the Court seal:

   a. Portions of paragraphs 88-90, 116, 174-78, 224-25, 234, 236, 243, and 246-47 of the April 15, 2022 Expert Report of Jonathan Hochman ("Hochman Report") that contain personal information of Plaintiffs, including identifiers and details of their browsing activity;

   b. Portions of paragraphs 11-13, 18-23, and the entirety of pages 17 through 36 of Hochman Report Appendix B that contain personal information of Plaintiffs, including identifiers and details of their browsing activity;

   c. Portions of paragraphs 7-8, 24, and 26 of Hochman Report Appendix G that contain personal information of Plaintiffs, including identifiers and details of their browsing activity;

   d. Portions of the Table of Contents and portions of paragraphs 1-41 of Hochman Report Appendix H that contain personal information of Plaintiffs, including identifiers and details of their browsing activity;

   e. The entirety of Appendix I and Exhibits B, C, D, E, and F of the Hochman Report that contain personal information of Plaintiffs, including identifiers and details of their browsing activity;

  f. Portions of paragraphs 22-23, 30, 38-47, and 67-69 of the June 7, 2022 Rebuttal and Supplemental Expert Report of Jonathan Hochman ("Hochman Rebuttal") that contain personal information of Plaintiffs, including identifiers and details of their browsing activity; and

  g. The entirety of Exhibits A-B, and Appendices A, B, C, D, E, F, G, H, I, and J of the Hochman Rebuttal that contain personal information of Plaintiffs, including identifiers and details of their browsing activity.

4. The information requested to be sealed is being designated by Plaintiffs as "Confidential" pursuant to the parties' Stipulated Protective Order (Dkt. 81).

5. Specifically, the portions Plaintiffs seek to seal associate Plaintiffs (or their experts) with various identifiers and information related to their browsing activity. One example includes paragraph 234 of Jonathan Hochman's Expert Report (¶ 3(a) above), where a document produced by Google (GOOG-BRWN-00819830) lists a Plaintiff's Google Account ID, name, email address, IP address, and user agent string.

6. In another example, Plaintiffs seek to seal spreadsheets containing records produced from Google's logs and summaries thereof—where Mr. Hochman (Plaintiffs' expert) lists Plaintiffs' names alongside their respective browsing history and identifiers. *See, e.g.*, Hochman Report App. I (Google also designated the underlying data it produced as "Highly Confidential" under the Protective Order).

7. Since these requests are narrowly tailored, they should not interfere with the public's ability to understand the judicial process and the matters at issue in this case.

8. A similar request to seal was granted in the related case of *Calhoun v. Google LLC*, No. 4:20-cv-05146-YGR-SVK (N.D. Cal.), Dkt. 198 (sealing *Calhoun* plaintiffs' web browsing history and information).

9. If the Court were to deny sealing this information, Plaintiffs could be subjected to a heightened risk of injury, including identity theft. I was personally involved at all stages of the litigation in *Adkins v. Facebook, Inc.*, No. 3:18-cv-05982-WHA (N.D. Cal.) including expert discovery and related motions practice. I personally presented plaintiffs' tutorial before Judge

Alsup with two cybersecurity experts (one of whom served as plaintiffs' testifying expert) to discuss data breaches and exploitation of personal information. No. 3:18-cv-05982-WHA, Dkts. 20, 65.

10. I also personally defended the expert deposition of the testifying cybersecurity expert, and I personally argued the *Daubert* motions that Facebook filed against our experts. The information Plaintiffs seek to seal here is of substantially the same type of information that can be used to gain unauthorized access to personal accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of June, 2022, at Tampa, Florida.

*/s/ Ryan McGee*