**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.: 4:20-cv-03664-YGR-SVK

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF MOTION FOR CLASS CERTIFICATION**

Judge: Hon. Yvonne Gonzalez Rogers
Date: September 20, 2022
Time: 2:00 p.m.
Location: Courtroom 1 – 4th Floor

Before the Court is Plaintiffs' Administrative Motion to Seal Portions of their Motion for Class Certification (the "Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been shown, the Court ORDERS as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| April 15, 2022 Expert Report of Jonathan Hochman ("Hochman Report"): Portions highlighted in yellow in paragraphs 88-90, 116, 174-78, 224-25, 234, 236, 243, 246-47 | McGee Declaration ¶¶ 3(a), 4, 5, 7–10 | |
| Hochman Report Appendix B: Portions highlighted in yellow in paragraphs 11-13, 18-23, and the entirety from pages 17 through 36 | McGee Declaration ¶¶ 3(b), 4, 5, 7–10 | |
| Hochman Report Appendix G: Portions highlighted in yellow in paragraphs 7-8, 24, 26 | McGee Declaration ¶¶ 3(c), 4, 7–10 | |
| Hochman Report Appendix H: Portions highlighted in yellow in Table of Contents and paragraphs 1-41 | McGee Declaration ¶¶ 3(d), 4, 7–10 | |
| Hochman Report Appendix I (entirety) | McGee Declaration ¶¶ 3(e), 4, 7–10 | |
| Hochman Report Exhibit B (entirety) | McGee Declaration ¶¶ 3(e), 4, 7–10 | |
| Hochman Report Exhibit C (entirety) | McGee Declaration ¶¶ 3(e), 4, 7–10 | |
| Hochman Report Exhibit D (entirety) | McGee Declaration ¶¶ 3(e), 4, 7–10 | |
| Hochman Report Exhibit E (entirety) | McGee Declaration ¶¶ 3(e), 4, 7–10 | |
| Hochman Report Exhibit F (entirety) | McGee Declaration ¶¶ 3(e), 4, 7–10 | |
| June 7, 2022 Rebuttal and Supplemental Expert Report of Jonathan Hochman ("Hochman Rebuttal"): Portions highlighted in yellow in paragraphs 22-23, 30, 38-47, 67-69, | McGee Declaration ¶¶ 3(f), 4, 7–10 | |

| Hochman Rebuttal Report Exhibit A (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
|---|---|---|
| Hochman Rebuttal Report Exhibit B (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix A (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix B (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix C (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix D (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix E (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix F (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix G (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix H (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix I (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |
| Hochman Rebuttal Report Appendix J (entirety) | McGee Declaration ¶¶ 3(g), 4, 7–10 | |

**IT IS SO ORDERED.**

DATED: ________________________    ______________________________________

Honorable Yvonne Gonzalez Rogers
United States District Judge