# Mao Declaration

# Exhibit 1

# (Filed Under Seal)

GOOG-BRWN-00406065