# Mao Declaration

# Exhibit 2

# (Filed Under Seal)

GOOG-BRWN-00806426