# Mao Declaration

# Exhibit 3

# (Filed Under Seal)

GOOG-BRWN-00441285