# Mao Declaration

# Exhibit 4

# (Filed Under Seal)

GOOG-BRWN-00475063