# Mao Declaration

# Exhibit 5

# (Filed Under Seal)

GOOG-CABR-00084985