# Mao Declaration

# Exhibit 6

# (Filed Under Seal)

GOOG-CABR-05287675