# Mao Declaration

# Exhibit 7

# (Filed Under Seal)

GOOG-CABR-04971904