# Mao Declaration

# Exhibit 8

# (Filed Under Seal)

GOOG-CABR-00142741