# Mao Declaration

# Exhibit 9

# (Filed Under Seal)

GOOG-CABR-00093167