# Mao Declaration

# Exhibit 10

# (Filed Under Seal)

GOOG-BRWN-00388293