# Mao Declaration

# Exhibit 11

# (Filed Under Seal)

GOOG-BRWN-00225677