# Mao Declaration

# Exhibit 12

# (Filed Under Seal)

GOOG-BRWN-00140297