# Mao Declaration

# Exhibit 13

# (Filed Under Seal)

Google's Response to Interrogatory No. 1