# Mao Declaration

# Exhibit 14

# (Filed Under Seal)

GOOG-BRWN-00490767