# Mao Declaration

# Exhibit 16

# (Filed Under Seal)

Google's Response to RFA Nos. 26 & 27