# Mao Declaration

# Exhibit 17

# (Filed Under Seal)

## Palmer Deposition Transcript