# Mao Declaration

# Exhibit 18

# (Filed Under Seal)

GOOG-CABR-05836882