# Mao Declaration

# Exhibit 19

# (Filed Under Seal)

GOOG-BRWN-00183662