# Mao Declaration

# Exhibit 20

# (Filed Under Seal)

GOOG-BRWN-00048967.C