# Mao Declaration

# Exhibit 21

# (Filed Under Seal)

GOOG-CABR-04154452