Mao Declaration

Exhibit 22

(Filed Under Seal)

GOOG-CABR-04508763