# Mao Declaration

# Exhibit 23

# (Filed Under Seal)

GOOG-CABR-04484908