# Mao Declaration

# Exhibit 24

# (Filed Under Seal)

GOOG-CABR-05766200.R