# Mao Declaration

# Exhibit 25

# (Filed Under Seal)

GOOG-CABR-05150754