# Mao Declaration

# Exhibit 26

# (Filed Under Seal)

GOOG-BRWN-00166653