# Mao Declaration

# Exhibit 27

# (Filed Under Seal)

GOOG-CABR-05145513