Mao Declaration

Exhibit 28

(Filed Under Seal)

GOOG-BRWN-00812710