# Mao Declaration

# Exhibit 30

# (Filed Under Seal)

GOOG-CABR-00501220