# Mao Declaration

# Exhibit 31

# (Filed Under Seal)

GOOG-BRWN-00428101