Mao Declaration

Exhibit 32

(Filed Under Seal)

GOOG-CABR-03849022