# Mao Declaration

# Exhibit 33

# (Filed Under Seal)

GOOG-BRWN-00686207