# Mao Declaration

# Exhibit 34

# (Filed Under Seal)

Google's Supplemental Response to Interrogatory No. 40