# Mao Declaration

# Exhibit 35

# (Filed Under Seal)

Berntson March 18, 2022
Rule 30(b)(6) Deposition