Mao Declaration

Exhibit 36

(Filed Under Seal)

GOOG-BRWN-00529122