# Mao Declaration

# Exhibit 37

# (Filed Under Seal)

GOOG-BRWN 00176477