# Mao Declaration

# Exhibit 38

# (Filed Under Seal)

GOOG-CABR-00411915