# Mao Declaration

# Exhibit 39

# (Filed Under Seal)

GOOG-BRWN-00067645