Mao Declaration

Exhibit 40

(Filed Under Seal)

GOOG-BRWN-00224755