Mao Declaration

Exhibit 41

(Filed Under Seal)

GOOG-CABR-00552177