Mao Declaration

Exhibit 42

(Filed Under Seal)

GOOG-CABR-05477364