# Mao Declaration

# Exhibit 43

# (Filed Under Seal)

GOOG-BRWN-0045725515