Mao Declaration

Exhibit 44

(Filed Under Seal)

GOOG-CABR-053710019