# Mao Declaration

# Exhibit 45

# (Filed Under Seal)

## Halavati Deposition Transcript