# Mao Declaration

# Exhibit 46

# (Filed Under Seal)

GOOG-BRWN-00047390