# Mao Declaration

# Exhibit 47

# (Filed Under Seal)

GOOG-BRWN-0018487