Mao Declaration

Exhibit 48

(Filed Under Seal)

GOOG-BRWN-0015700