# Mao Declaration

# Exhibit 49

# (Filed Under Seal)

GOOG-CABR-04668451