# Mao Declaration

# Exhibit 50

# (Filed Under Seal)

GOOG-CABR-00413286