# Mao Declaration

# Exhibit 51

# (Filed Under Seal)

GOOG-BRWN-00182492