# Mao Declaration

# Exhibit 52

# (Filed Under Seal)

GOOG-CABR-00094550