# Mao Declaration

# Exhibit 53

# (Filed Under Seal)

McClelland Deposition Transcript