# Mao Declaration

# Exhibit 54

# (Filed Under Seal)

GOOG-BRWN-00409986