# Mao Declaration

# Exhibit 55

# (Filed Under Seal)

GOOG-BRWN-00477510