# Mao Declaration

# Exhibit 56

# (Filed Under Seal)

GOOG-CABR-05126022