# Mao Declaration

# Exhibit 57

# (Filed Under Seal)

GOOG-CABR-05269357