Mao Declaration

Exhibit 58

(Filed Under Seal)

GOOG-BRWN-00418249