# Mao Declaration

# Exhibit 59

# (Filed Under Seal)

GOOG-BRWN-00167337