# Mao Declaration

# Exhibit 60

# (Filed Under Seal)

GOOG-CABR-05603788