# Mao Declaration

# Exhibit 61

# (Filed Under Seal)

GOOG-CABR-05536108