# Mao Declaration

# Exhibit 62

# (Filed Under Seal)

GOOG-CABR-04803103.C