# Mao Declaration

# Exhibit 64

# (Filed Under Seal)

GOOG-CABR-04324934