# Mao Declaration

# Exhibit 65

# (Filed Under Seal)

GOOG-CABR-05370279