Mao Declaration

Exhibit 66

(Filed Under Seal)

GOOG-BRWN-00410884