# Mao Declaration

# Exhibit 67

# (Filed Under Seal)

GOOG-BRWN-00410884