# Mao Declaration

# Exhibit 68

# (Filed Under Seal)

GOOG-CABR-04718352