# Mao Declaration

# Exhibit 69

# (Filed Under Seal)

GOOG-BRWN-00804212