# Mao Declaration

# Exhibit 70

# (Filed Under Seal)

GOOG-CABR-03764749