# Mao Declaration

# Exhibit 71

# (Filed Under Seal)

GOOG-CABR-04261880