# Mao Declaration

# Exhibit 72

# (Filed Under Seal)

GOOG-CABR-03923580