# Mao Declaration

# Exhibit 73

# (Filed Under Seal)

GOOG-CABR-03827263