# Mao Declaration

# Exhibit 74

# (Filed Under Seal)

GOOG-BRWN-00047399