# Mao Declaration

# Exhibit 75

# (Filed Under Seal)

GOOG-CABR-04991831