# Mao Declaration

# Exhibit 76

# (Filed Under Seal)

GOOG-BRWN-00047341