# Mao Declaration

# Exhibit 77

# (Filed Under Seal)

GOOG-CABR-05269678