# Mao Declaration

# Exhibit 78

# (Filed Under Seal)

GOOG-CABR-04798344