# Mao Declaration

# Exhibit 79

# (Filed Under Seal)

GOOG-BRWN-00701189