# Mao Declaration

# Exhibit 80

# (Filed Under Seal)

GOOG-BRWN-00042388