# Mao Declaration

# Exhibit 81

# (Filed Under Seal)

GOOG-CABR-04431207