# Mao Declaration

# Exhibit 82

# (Filed Under Seal)

GOOG-CABR-04738550