Mao Declaration

Exhibit 83

(Filed Under Seal)

GOOG-CABR-04739841