Mao Declaration

Exhibit 84

(Filed Under Seal)

GOOG-CABR-04746153