# Mao Declaration

# Exhibit 85

# (Filed Under Seal)

GOOG-BRWN-00153850.C