# Mao Declaration

# Exhibit 86

[Filed Under Seal]

June 14, 2022 Declaration of Martin Sramek