# Mao Declaration

# Exhibit 87

**Brown Deposition Transcript**

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3
4
5    CHASOM BROWN, WILLIAM BYATT,
     JEREMY DAVIS, CHRISTOPHER
6    CASTILLO, and MONIQUE
     TRUJILLO, individually and on
7    behalf of all other similarly
     situated,
8
                   Plaintiffs,
9                                    No.
          vs.                        5:20-cv-03664-LHK-SVK
10
     GOOGLE LLC,
11
                   Defendant.
12   _____/
13
14
15        VIDEOTAPED DEPOSITION OF CHASOM BROWN
16             Remote Zoom Proceedings
17             Los Angeles, California
18            Thursday, January 13, 2022
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 208                    Job No. 5028094
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
 6    CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER
 7    CASTILLO, and MONIQUE
      TRUJILLO, individually and on
 8    behalf of all other similarly
      situated,
 9
                    Plaintiffs,
10
          vs.                      No.
11                                 5:20-cv-03664-LHK-SVK
      GOOGLE LLC,
12
                    Defendant.
13    _____/
14
15
16        Videotaped deposition of CHASOM BROWN, taken on
17    behalf of the Defendant, Remote Zoom Proceedings from
18    Los Angeles, California, beginning at 9:52 a.m. Pacific
19    Standard Time and ending at 5:20 p.m. Pacific Standard
20    Time, on Thursday, January 13, 2022, before
21    Leslie Rockwood Rosas, RPR, Certified Shorthand Reporter
22    No. 3462.
23
24
25
```

Page 2

```
 1         A.  At Golden West and Long Beach, Cal State Long

 2    Beach.

 3         Q.  Were you studying for a specific degree?

 4         A.  Business administration.

 5         Q.  How did you get involved in this case?          10:06:25

 6             MR. LEE:  Again, Mr. Brown, you can answer that

 7    question, but to the extent that -- only to the extent

 8    that it doesn't reveal any communications you've had with

 9    your counsel.  Okay?

10             THE WITNESS:  (Nods head.)                       10:06:42

11         I -- I'd noticed some odd things that -- that I

12    had questions about going on with my account and ads and

13    things like that.  And so then I inquired about, you

14    know, talking to an expert in the field, and then that's

15    how I got in touch with my lawyer.                        10:07:04

16         Q.  BY MS. JENKINS:  Okay.  Can you describe the odd

17    things that you just mentioned?  What were those?

18         A.  It -- it just essentially had to do with the ads

19    that were being served to me, and I got curious like how

20    and where they were coming from.                          10:07:30

21         Q.  Were these ads being served to you while you

22    were browsing in Chrome Incognito mode?

23         A.  I don't really remember specifically if it was

24    that or not.  It was more just -- yeah, I don't really

25    remember if it was specifically in the Incognito mode,    10:07:57
```

Page 20

```
 1    but there were -- it would be both, I guess.
 2            MR. LEE:  By the way, Mr. Brown, I just want you
 3    to know that -- I'm sure Ms. Jenkins agrees -- nobody
 4    wants you to guess.  So if you recall something, then you
 5    can recall it, and if you don't recall something, that's      10:08:16
 6    perfectly fine.  But we certainly don't want you to
 7    guess.
 8            THE WITNESS:  Okay.  So I'm not 100 percent
 9    clear if it was in Incognito mode or not.
10       Q.  BY MS. JENKINS:  When -- when you said your --     10:08:31
11    when you were answering the questions earlier, you said
12    both.  By that did you mean it may have been in Incognito
13    mode or it may have been in regular mode on Chrome; is
14    that correct?
15       A.  Yes.                                               10:08:45
16       Q.  So I believe that you said, then, that you --
17    you were looking for an expert about -- after noticing
18    some odd things regarding advertising -- advertisements
19    that you were seeing; is that correct?
20       A.  Yeah.                                              10:09:05
21       Q.  Okay.  And so who did you reach out to when you
22    were looking for an expert about that?
23       A.  It -- one of my business partners had known one
24    of the experts in the lawyers, and so we were discussing
25    it, and I guess he got us in contact.                     10:09:25
```

Page 21

1      Q.   And who was your business partner?

2      A.   Jeff.

3      Q.   Do you know his last name?

4      A.   Mao.

5      Q.   And is he related -- is he related to anyone on      10:09:42

6   your legal team?

7      A.   I believe so, yes.

8      Q.   Is he related to Mark Mao?

9      A.   I believe so.

10      Q.   Do you know what the relation is?                    10:09:53

11      A.   I believe they're cousins.

12      Q.   Is -- how did you first hear about the case; was

13   it from Jeff Mao?

14      A.   No.

15      Q.   Okay.  So how did you first hear about the case?    10:10:11

16           MR. LEE:  Objection to form, vague.

17           THE WITNESS:  Well, I guess this would lean into

18   territory of through the conversations with my lawyers.

19   So I don't -- can I speak about that?

20           MR. LEE:  No.                                        10:10:31

21           THE WITNESS:  It seems like I cannot.

22           MR. LEE:  You're right, Mr. Brown.  And I should

23   have caught that objection.  I'm sorry.  But you were

24   right to raise that.

25      Q.   BY MS. JENKINS:  When you were speaking to Jeff      10:10:40

Page 22

1       Q.  Did you appear in court for that small claims

2   case?

3       A.  Yeah.  Yes, I did.

4       Q.  And where was that court located?

5       A.  In Westminster, California.                    10:16:04

6       Q.  Do you know approximately what year that was?

7       A.  Around the -- around 2007, give or take a

8   couple -- a couple of years.  I'm sorry if I'm off on

9   that.

10      Q.  That's okay.                                    10:16:28

11          Would you say that maintaining the privacy of

12  your information while you're browsing the internet is

13  important to you?

14      A.  Yeah, I would say it is.

15      Q.  And why is that?                                10:16:45

16      A.  I -- I think privacy in general is important,

17  like on the internet, off the internet.  So probably not

18  more than the average person, but I do think it is

19  important.

20      Q.  Do you take precautions to protect your privacy  10:17:06

21  while you're on the internet?

22      A.  Yeah.

23      Q.  And what -- what do you -- what precautions do

24  you take?

25      A.  Well, I was going in Incognito mode.            10:17:24

Page 26

1      Q.  And what other precautions?

2      A.  I think now and again, there are some options to

3  change settings or cookie settings, things like that, and

4  so when things pop up, I generally -- generally will try

5  to look at them and see if something makes sense or not          10:17:46

6  for what I'm doing.

7      Q.  And so by that, do you mean that some -- that

8  sometimes when given the option, you will opt out of

9  cookies?  Is that accurate?

10     A.  Yeah, sometimes.  Or like if -- and I don't know    10:18:06

11  if this really works, but sometimes not accepting the

12  cookies when I'm on a website real quick.  I sometimes

13  will avoid that if I can or have to, or if I have the

14  option, I guess.

15     Q.  And sometimes do you allow cookies when given      10:18:24

16  the option?

17     A.  Sometimes.

18     Q.  How do you make that decision about whether to

19  allow cookies or not?

20     A.  Well, sometimes they're kind of tricky, and        10:18:35

21  they -- they put it in a place where you would

22  accidentally hit it.  So I do, and it happens, and then

23  sometimes you -- you have to give an answer, and then --

24  and then sometimes the content of what I'm going on, it

25  really doesn't bother me or I'm fine with giving cookies.    10:18:52

Page 27

```
1        Q.  BY MS. JENKINS:  All right.  And are there types

2    of websites where you would always object to cookies to

3    the extent that you can or types of information where you

4    would think that it's sensitive that you always want to

5    object to cookies?                                    10:21:02

6        A.  No, I don't think I have any -- any hard lines

7    in that sense.  Like generally, if I'm really concerned

8    about the content I would go into, I would go into

9    Incognito mode.

10       Q.  All right.  Other than Incognito mode and        10:21:23

11   sometimes objecting to cookies, are there any other

12   precautions you take to protect your privacy on the

13   internet?

14       A.  Nothing's coming to mind.

15       Q.  Okay.  Are you in particular concerned about     10:21:39

16   information that Google collects from you as opposed to

17   other web entities that may also be collecting

18   information?

19       A.  I think both.  Like -- like Google obviously is,

20   you know, a juggernaut when it comes to information and   10:22:03

21   data collection, and so to a degree, I'm probably a

22   little more concerned versus some minor small website.

23          But I think in general, I think both.  I'm

24   concerned about, you know, data privacy, data collection.

25       Q.  What have you done to understand Google's data    10:22:26
```

Page 29

1  collection?

2      MR. LEE:  Again, Mr. Brown, I think you can

3  answer this question, but you should do it without

4  revealing any communications you've had with your

5  attorneys.                                    10:22:45

6      THE WITNESS:  What have I done to understand

7  data collection?  Probably -- well, not probably.  I've

8  done some reading.  And I've read like Google about some

9  items, like the Terms of Service.  So I've gone through

10 and read -- more things come to me I would say than I go   10:23:08

11 seek as far as data collection, like when you're saying,

12 oh, hey, if the cookies comes up, or if like some things

13 will pop up, and then you have the opportunity to learn a

14 little bit about what you're doing, what you're reading,

15 what data is being collected and isn't.         10:23:24

16      And so I've probably been a little more vigilant

17 with looking at stuff -- you know, a lot of it's right

18 there so you can kind of see what's happening.

19     Q.  BY MS. JENKINS:  Prior to becoming involved in

20 this lawsuit, had you reviewed Google's disclosures about   10:23:44

21 what data it collects?

22     A.  Just your -- yes.

23     Q.  Do you know which disclosures you had reviewed?

24     A.  Well, just in -- not the top of my head, but I

25 do -- like I've seen the Google Terms of Service.  I've   10:24:09

Page 30

```
 1    seen the privacy policy.

 2        Q.  And -- and did you do any outside research

 3    trying to understand what data Google -- Google was

 4    collecting?

 5        A.  Not that I recall.  I mainly just went straight    10:24:34

 6    to the source and went into what Google was saying.

 7        Q.  When you mentioned before that you had seen some

 8    odd things, odd things happening with advertising, was

 9    that specifically when you were browsing on the Chrome

10    browser?                                                  10:24:55

11        A.  I -- as I stated before, I don't exactly recall,

12    and I don't want to mislead you.

13        Q.  And if you've already stated this, I apologize,

14    but as far as the odd things that were happening with

15    advertising, can you provide a better description of what  10:25:17

16    was happening that you considered to be odd?

17        A.  You know, sometimes you get advertisements that

18    seemed tailored -- tailored to yourself, and you're

19    wondering how -- how did they -- how did they tailor that

20    to me, or is it a coincidence or that's an odd            10:25:43

21    coincidence.  So -- but it was along those lines.

22        Q.  Would it have been times when you had been

23    searching for something on the internet and then later

24    received advertisements for products that are related to

25    those searches that you had been performing?              10:26:02
```

Page 31

1      A.  I don't find it odd when I'm doing normal

2    searching and I get an advertisement later for that,

3    so...

4      Q.  Okay.  So can you help me understand in what --

5    what sort of thing you would consider odd?                  10:26:25

6      A.  If -- like, you know -- you know how a lot of

7    people say that, oh, we were just talking about something

8    and then all the sudden we got this ad for it.  Or if I

9    was browsing something in Incognito mode and, you know, I

10   got an ad for it.  Or if -- like I'm assuming through a     10:26:46

11   pattern of things that I look for, something pops up,

12   like that's just some advertising that is tailored to me

13   seemed odd.  It seemed like I -- I would like to inquire

14   about this.

15     Q.  You mentioned when you're browsing in Incognito      10:27:12

16   mode and you receive an ad.  Do you mean that within a

17   specific Incognito session, ads that you might receive

18   within that session, you would find that odd to be

19   receiving ads, or do you mean something else?

20     A.  Again, I don't recall exactly what it was, but       10:27:37

21   it was just, you know, a pattern of ads that made me

22   think, hmm, that's odd.

23     Q.  Okay.  Is it important for you to know what

24   information websites other than Google are collecting

25   when you're browsing the web?                               10:27:57

Page 32

```
 1    the things.

 2        Q.  Okay.  What is your current understanding of how

 3    Incognito mode in Chrome works?

 4        A.  Is that it doesn't collect your data while

 5    you're in Incognito mode.                              11:13:38

 6        Q.  Okay.  Has that understanding changed over time

 7    or has that been your understanding since you started

 8    using Incognito mode?

 9            MR. LEE:  Sara, I don't -- I don't mean to jump

10    in.  Just for clarity, I think you mean prior to the    11:13:56

11    lawsuit for your question, for the purposes of your

12    question?

13            MS. JENKINS:  Well, yeah, that's fine.  I mean,

14    we cn -- I can ask that question.

15        Q.  Is that the same understanding that you had      11:14:08

16    prior to taking part in this lawsuit?

17        A.  Prior to it, yes.  I feel like post the

18    initiation of the lawsuit, I've learned quite a bit more

19    about it.

20        Q.  Okay.  That's what I was trying to ask           11:14:32

21    originally, which is what is your current understanding

22    of how Incognito mode works?

23        A.  Oh, yeah, my current understanding is that it --

24    it gives the veneer of not collecting your data, but it

25    actually collects quite a bit of your data.  That's my   11:14:50
```

Page 54

1    current understanding.

2         Q.  And when you say it gives the veneer of not

3    collecting data, what do you mean by that?

4         A.  It positions itself and says that we don't

5    collect your data, and you have -- you have the choice,          11:15:12

6    and you have to give consent.  And then it goes and

7    pretty much collects a bunch of your data, apparently.

8              And in some cases, it's actually even worse than

9    regular browsing because at least in regular browsing, I

10   can go in and I can -- I can delete my history, and I can       11:15:38

11   delete the information that you have about me.

12             But in Incognito mode, apparently, I cannot.  So

13   it -- it feels like a worse monster than -- than what I

14   thought it was prior to this.

15        Q.  When you say that you can delete certain things         11:16:01

16   if you're not using Incognito mode, what are you

17   referring to?  How would you go about deleting things?

18        A.  Well, we talked about different things that you

19   can delete going into -- I don't remember what the link

20   was or the My Account or things like that.  But            11:16:21

21   apparently, you can go in there, and I recall deleting

22   things.

23             Even in just normal, like if you go -- I'm

24   sorry, I just forget what that link's called and what it

25   goes to.  But you can go to your account, and you can          11:16:40

Page 55

```
 1    mischaracterizes his prior testimony.
 2           THE WITNESS:  No.  I guess -- well, I didn't
 3    have the concern because I don't use them.  So I haven't
 4    given it any thought because I don't -- I don't use them.
 5    Like when I went on it, I -- I don't even believe I went      11:47:01
 6    on a website.  So there's not much cause for concern
 7    there.
 8           Q.  BY MS. JENKINS:  All right.  If you are in
 9    Incognito mode and you visit Google.com, do you
10    understand that Google will receive certain of your data?   11:47:18
11           A.  From in Incognito mode and I go to Google.com?
12    No, I think that's why I go into Incognito mode.  So they
13    don't collect my data.
14           Q.  So if you were to go into Google.com and, for
15    instance, search for something, you don't think that        11:47:46
16    Google should receive any information about what you're
17    searching for?
18           A.  Well, yeah, if I go into Incognito mode, I
19    don't -- I don't think they should collect anything on
20    me.  If I type in something that I'm seeking, then like a    11:48:02
21    water bottle, I would expect water bottles to come up.
22           Q.  So you would expect information about your
23    request to be sent to Google; is that correct?
24           A.  I would expect it to come up.  I wouldn't expect
25    to be collected.  Because Google said they wouldn't do       11:48:23
```

Page 64

1    that.  That's why I went into Incognito mode.

2         Q.  So what is the difference between having results

3    for your search come up and having Google collect the

4    information that you've input?

5         A.  Well, if I go -- if I like -- as an example, if     11:48:41

6    I go onto -- if I'm in Incognito mode and I go into a

7    website, I would expect that website to come up, but I

8    wouldn't expect things to be collected on the -- while

9    that's happening.

10         And so I guess in your example, I guess it would     11:49:01

11   be the same thing.

12        Q.  But you understand that Google will have to

13   receive some information from you in order to provide you

14   search results if you're searching for something; is that

15   right?                                                      11:49:22

16        A.  I -- I understand that if I go onto Google, and

17   I go into the Google search bar, and I'm in Incognito

18   mode, that some magic in the background happens, and then

19   that comes up.  I don't -- I don't really know how that

20   works, but I do understand that if I search in the Google     11:49:40

21   search bar and I'm in Incognito mode, I do understand

22   that what I search for would come up.

23        Q.  So doesn't that mean that Google will have to

24   receive the information that you input?

25             MR. LEE:  Objection.  Asked and answered, calls     11:49:57

Page 65

```
1    our work email.  It seemed like another layer of

2    protection there, something like that.

3         Q.  Have you ever used a VPN specifically to try to

4    protect your privacy while browsing on the web?

5            MR. LEE:  I'm sorry, could you repeat that          12:24:07

6    question, Sara?

7         Q.  BY MS. JENKINS:  I said have you -- have you

8    ever used a VPN specifically to try to protect your

9    privacy while browsing on the web?

10        A.  No, not specifically for that.                     12:24:20

11        Q.  Have you used any standalone ad-blocker

12   programs, so as opposed to an extension for Chrome, just

13   in any -- any type of ad blocker?

14        A.  No, not -- I don't believe so.

15        Q.  Is it your view that Google does not alert you     12:24:46

16   that your data may be received by Google when you browse

17   the internet in a private browsing mode?

18        A.  Can you repeat that question?

19        Q.  Is it your view that Google does not alert you

20   that your data may be received by Google when you browse  12:25:01

21   the internet in private browsing mode?

22        A.  That they -- they don't alert me when they --

23   when I'm in Incognito mode.  That -- so it's my

24   understanding that Google does not alert me that they're

25   collecting my data when they're in Incognito mode.  It's  12:25:25
```

Page 84

1    actually quite the opposite.  They -- from top to bottom,

2    from the privacy policy to the splash screen, they're

3    indicating that they're not doing that.

4        Q.  How would you expect Google to alert you to the

5    fact that it is receiving information from you when                12:25:49

6    you're browsing in Incognito mode?

7        A.  I would expect them -- well, okay, let me back

8    up.  Let me back up here.  Because that's -- it's a

9    slippery slope I can go down there.

10           I expect them to not collect my data in those           12:26:15

11   modes.  And you're asking me, okay, well, hey, if they

12   were going to, how -- how would they do it?  They don't

13   need to.  I would just do -- use normal Google Chrome

14   if -- or if they were going to do it, I would be -- it

15   should be completely transparent and explained, hey, I        12:26:32

16   know you just went into Incognito mode, but we're going

17   to be tracking you -- like, now.  We're going to be

18   collecting, like, your data, which kind of defeats the

19   purpose of Incognito mode.

20           So like how would I expect them to do that?  I         12:26:52

21   expect them not to do that.  I expect them to not say

22   we're not going to do it and then -- and then do it.

23   It's like -- yeah, I don't expect my girlfriend to cheat

24   on me.  How do I want her to tell me when she does cheat

25   on me?  I'm more concerned that she cheated on me,           12:27:13

```
 1    verbiage.

 2          MS. JENKINS:  All right.  And you have the

 3    Complaint there, I know, in front of you.  But let's --

 4    let's make the Complaint an exhibit.

 5          Tracy, can you load that as the next exhibit.      13:34:09

 6    This will be the Second Amended Complaint.

 7          (Exhibit 4, Second Amended Complaint, was marked

 8           for identification by counsel electronically.)

 9          THE WITNESS:  Exhibit Number 4?

10    Q.  BY MS. JENKINS:  Yes, it is.  It's just come up      13:34:44

11    on my screen.  If you could take a look at that.

12          If you prefer to look at -- I know you have a

13    paper copy.  If you prefer to look at that, it is okay

14    with me.

15          I'll represent that you provided that your copy    13:35:01

16    has the typing at the top, case 5:20-cv.  They should be

17    the same.  This is just the downloaded Complaint from the

18    Court's docket.

19    A.  It does.

20    Q.  Okay.  So if it's easier for you to look at the      13:35:19

21    paper copy, that's okay with me.

22          Could you turn to page 69 in paragraph 268.

23    A.  Okay.

24    Q.  And this is under the section for Count Six,

25    Breach of Contract.  Could you please read paragraph 268.  13:35:58
```

Page 97

1        A.  "Google's relationship with its users is

2   governed by the Google Terms of Service.  The Google

3   Chrome and Chrome OS Additional Terms of Service and

4   Chrome Privacy Policy Notice, which incorporate and/or

5   should be construed consistent with the Privacy Policy,     13:36:18

6   the 'Search & Browse Privacy page,' and the Incognito

7   privately" -- "Search & Browse Privately."  Sorry.

8        Q.  That's all right.

9        A.  "And Incognito Screen."

10        Q.  Thank you.                                         13:36:40

11             And do you agree that those are the documents

12   that make up the contract that you have with Google?

13             MR. LEE:  Objection to the extent it calls for a

14   legal conclusion.

15             You can answer.                                   13:36:50

16             THE WITNESS:  Okay.  Terms of Service.  Yeah, I

17   believe that's -- that's the contract or the agreement.

18   Those indicate what's in the agreement.

19        Q.  BY MS. JENKINS:  Do you recall reviewing the

20   Google's Terms of Service before being involved in this    13:37:18

21   litigation?

22        A.  Yeah.

23        Q.  Do you recall when you first reviewed it?

24        A.  It's probably been multiple times, but like

25   initially when -- when I signed up, I'm sure I took a       13:37:38

Page 98

```
 1    look, and then subsequently when things have come up, I'm

 2    sure I looked again.

 3         Q.  You say when you signed up.  Would that be the

 4    time when you first opened a Google account?

 5         A.  Yes.                                          13:38:02

 6         Q.  Would that be in approximately April of 2012?

 7         A.  Yes, that sounds right.

 8         Q.  And did you review all of the Terms of Service

 9    at that time?

10         A.  From years ago.  So it's hard to say if I     13:38:17

11    reviewed the entire -- reviewed it in its entirety.  But

12    I'm sure I took a look at it, and then I'm sure, you

13    know, I've looked at it other times as well.

14         Q.  And did you agree to the Google Terms of

15    Service?                                               13:38:42

16         A.  Yes, I believe I had to, but yes.

17         Q.  Are there any representations within the Terms

18    of Service that state that you can control what

19    information Google collects by enabling private browsing

20    mode?                                                  13:39:00

21             MR. LEE:  Does your question include all the

22    hyperlinks?

23             MS. JENKINS:  I'm -- my question is currently to

24    the Terms of Service.  Why don't we -- let's make the

25    Terms of Service an exhibit.  Can we make the Terms of  13:39:10
```

Page 99

1    this notice, your activity might still be visible to

2    Google.com since Google.com might be a website that you

3    visit?

4         A.  No, because Google.com is, you know, a product

5    and a service of Google.  It's a search engine.  So my          14:18:02

6    Google, in its privacy policy, can't tell me, hey, we're

7    going to protect your data and all our services will

8    protect your data, and when you go in Incognito mode, and

9    then when I go to a Google service in Incognito mode,

10   then say, well, we can collect your data this way.              14:18:25

11   That -- that -- that seems silly.

12        Q.  What about this notice page would lead you to

13   believe that Google.com would not be able to view your

14   data?

15        A.  Well, because this is the Google Incognito mode,       14:18:45

16   which is -- like it's clear that Google protects your

17   data when you're in Incognito mode from Google and all of

18   its services.

19             So I think it would be self-evident because it

20   is a Google -- it's the Google Incognito mode.                  14:19:08

21        Q.  So do you think the purpose of Incognito mode is

22   to make you invisible to Google?

23             MR. LEE:  Objection to form.  Mischaracterizes.

24             THE WITNESS:  Well, I think the purpose of

25   Incognito mode is to allow a user to browse privately,         14:19:27

Page 123

1    and of course, the more I've found out about this, I

2    can't say that with confidence.  It sounds like Google

3    collects data in a myriad of ways while you're in

4    Incognito mode, but that's not how it was represented.

5    That's not what's been said in its own documents.  That's        14:19:54

6    not how it's even portrayed when it comes up every time

7    on this exact screen we're looking at right now.

8         Q.  BY MS. JENKINS:  So do you believe from what you

9    see on this screen that if you were to go to Yahoo.com

10   and do a search, that this screen discloses that Yahoo          14:20:18

11   may receive your activity?

12        A.  Well, if -- when I'm in Incognito mode, then

13   Google and every product of Google will do everything it

14   can to not protect -- oh, sorry.  It's my Google Android

15   phone just has been listening to us, apparently.  So            14:20:43

16   sorry.

17            I don't want to lose my train of thought, but

18   what was the question again?  I got interrupted by

19   Google, ironically.

20        Q.  Oh.  Do you believe from what you see on the            14:20:58

21   screen that if you were to go to Yahoo.com and do a

22   search there, that this screen we're looking at discloses

23   that Yahoo may receive your activity?

24        A.  Well, yeah, this screen shows me that Google and

25   everything associated with Google, you know, will be            14:21:17

Page 124

```
 1    mode.  Well, then, I'll go there.

 2          And then the other stuff, okay, like I

 3    understand that certain things are going to be tracked

 4    per our contract.

 5        Q.  BY MS. JENKINS:  Do you have an understanding of    14:52:03

 6    what Sync is within Google?

 7        A.  I understand like syncing, you know, devices and

 8    things like that, but if that's a particular like the

 9    name of something, then no.

10        Q.  Are you aware of if, in your Google account, you    14:52:22

11    have Sync on or off or Sync enabled, I should say?

12          MR. LEE:  Objection to form.  Lack of

13    foundation.  He just told you he doesn't know what Sync

14    is.

15          THE WITNESS:  I'm not aware.                          14:52:35

16        Q.  BY MS. JENKINS:  Can you take a look at this

17    page, at Exhibit 10, and see, other than what we just

18    discussed, if you see anything here that you understand

19    to represent from Google that Google would not collect

20    user data in private browsing mode?                        14:52:55

21        A.  "You're in control" -- the first sentence.

22    "You're in control of what information you share with

23    Google when you search."  Like they're telling me from

24    the first sentence, you're in control.  And so -- so when

25    I read that, I think, well, how am I in control?  Oh,      14:53:25
```

Page 137

1    yeah, in the privacy policy, they told me exactly how I'm

2    in control.  And then when I went in Incognito mode, on

3    this splash screen, they showed me again.

4         So I think -- I think the first sentence says

5    it.                                                      14:53:43

6         Q.  Okay.  Any -- any other language on here that

7    you want to point out?

8         A.  "To browse the web privately, you can use

9    private browsing," which is Incognito mode.  So I think

10   that tells me as well.                                   14:54:02

11        Q.  Anything else?

12        A.  Nothing's standing out.  I think -- yeah,

13   nothing's standing out.

14        Q.  All right.  Can you take a look under the

15   section that says "How private browsing works."  Down at  14:54:24

16   the bottom of that section where it says "Important,"

17   could you read that part.

18        A.  "If you sign in to your Google account to use

19   the web service like Gmail, your searches and browsing

20   activity might be saved to your account."                14:54:45

21        Q.  Do you understand that logging into Gmail signs

22   you into your Google account?

23        A.  Logging into Gmail, yes, I understand that that

24   would sign me into my Google account.

25        Q.  And do you understand that when you sign into   14:55:03

Page 138

```
1    your Google account, your searches and browsing activity

2    might be saved to your Google account?

3        A.  I -- well, and this is under the -- you know,

4    private browsing, like I don't do that.  So I -- that's

5    part of the reason why I go into Incognito mode, is so     14:55:26

6    that everything is private.

7            And so if I'm starting to put in passwords or

8    logging into accounts, yeah, I don't know.  I don't do

9    that so I can't really speak -- speak well to it.

10       Q.  So just to be clear, when you are in Incognito     14:55:47

11   mode, you do not sign into Gmail?

12       A.  Yeah.  I'm not sure I ever have.

13       Q.  And you don't have -- do you know if you've ever

14   signed into your Google account in any other way when you

15   were using Incognito mode?                                 14:56:08

16       A.  I don't have a recollection of it.

17       Q.  Earlier we discussed your understanding of your

18   contract with Google, and one of the things that I

19   believe you testified that you were providing to Google

20   as part of that contract was your data; is that correct?   14:56:29

21       A.  Yeah, my usage, my data.

22       Q.  And under that contract, do you understand that

23   you permitted Google to do whatever it wants with the

24   information that it's collecting?

25       A.  My normal browsing mode, yes; in Incognito mode,   14:56:48
```

Page 139

1      Q.  Were you aware of ways to sell your personal

2   information before becoming involved in this lawsuit?

3      A.  Yes.

4      Q.  And what ways are you aware of being able to

5   sell your personal information?                          14:58:54

6      A.  I don't know any specifics, but I do know there

7   are, you know, some -- maybe they're sites or maybe there

8   are search engines out there that, you know, pay you to

9   collect, you know, data on you.

10         And then, you know, off the web, I'm very         14:59:13

11   familiar with -- and I've done in the past where like you

12   can go take surveys and things like that in person and --

13   or even online, you can take surveys and give out a lot

14   of information, and they'll pay -- you'll get paid to

15   take those surveys.                                      14:59:33

16         MS. JENKINS:  Okay.  Tracy, could you load the

17   responses and objections to Rog 3, please.

18         (Exhibit 11, Plaintiff Chasom Brown's Objections

19         and Responses to Defendant's First Set of

20         Interrogatories, was marked for identification     14:59:38

21         by counsel electronically.)

22      Q.  BY MS. JENKINS:  All right.  Mr. Brown, it looks

23   like Exhibit 11 is in the folder.  If you could open that

24   up.  And Exhibit 11 is Objections and Responses to

25   Defendant's First Set of Interrogatories that we received  15:00:43

Page 141

```
1    from you.

2           Could you take a look and see if you recognize

3    this document.

4        A.  Yeah, this document looks familiar.

5        Q.  And could you take a look at -- well, at the     15:01:03

6    Response to Interrogatory Number 3, which looks like

7    it's -- starts on page 4.

8           MR. LEE:  I think you should read the whole

9    Interrogatory Number 3, meaning Interrogatory Number 3

10   and then your response to Interrogatory Number 3,        15:01:28

11   Mr. Brown, just so you have context.

12          THE WITNESS:  Okay.  Give me a moment to read

13   it, if you guys don't mind.

14          Okay.  I'm reacquainted with it.

15       Q.  BY MS. JENKINS:  As you sit here today, does      15:03:08

16   this -- does the Response to Interrogatory Number 3

17   appear accurate to you?

18       A.  Yeah, it appears accurate.

19       Q.  And if you look in the last sentence of this, it

20   says:  "Plaintiff Brown is familiar with other web      15:03:25

21   browsers, such as Brave, among others, which pay users a

22   fee for their browsing."

23          Are you familiar with Brave?

24       A.  I'm familiar there are web browsers, and I'm

25   familiar Brave is one of them.                          15:03:42
```

Page 142

```
 1        Q.  Is there any other -- other than the additional

 2   energy that you mentioned and potentially an effect on

 3   your cell phone plan, is there any other harm that you

 4   have suffered as a result of Google's conduct?

 5        A.  Yes.  When you have your -- your privacy          15:26:22

 6   breached, I consider that harm.  And/or when you sign,

 7   you know, a contract and the other party doesn't live up

 8   to their side of the contract, I consider that harm.

 9        Q.  What type of harm is that?

10        MR. LEE:  Objection to the extent it calls for a      15:26:50

11   legal conclusion.

12        THE WITNESS:  Well, I believe in the -- in the

13   Amended Complaint, I think one of the complaints is a

14   breach of contract.  So that's where we point out the

15   harm.                                                      15:27:14

16        Q.  BY MS. JENKINS:  All right.  Is there any -- any

17   harm in addition to the ones that you've just named?

18        A.  Well, that's the biggest thing.  I think

19   probably a lot of what I named isn't the biggest thing.

20   It's all of my data that has been collected that is being  15:27:31

21   used to -- without my knowledge, without my consent, with

22   not even knowing what it is and what's being done with

23   it, how it's being monetized, like that -- there's a

24   whole, you know, unknown harm out there as well.

25        Q.  Have you lost any property as a result of         15:27:59
```

Page 156

1        A.   Yeah.

2        Q.   What is your opinion about targeted advertising?

3             MR. LEE:  In normal mode?

4             MS. JENKINS:  We can say in normal mode.  I was

5        looking for a general opinion about targeted advertising.        15:29:54

6             THE WITNESS:  I'll do you one better.  I'll do

7        all three:  General, normal mode, and Incognito.

8             Well, yeah, just in general, I think targeted

9        advertising is a good thing.  And normal browsing mode, I

10       think that, again, it's I've given consent.  We have a        15:30:18

11       deal.  I get the deal.  Thank you for showing me, you

12       know, a -- the surfboard I like.

13            And then when I'm in -- when I'm not in

14       Incognito mode -- or I'm sorry, when I am in Incognito

15       mode, I don't think that that's appropriate because you        15:30:37

16       shouldn't be collecting anything about me.  I'm supposed

17       to be hidden.  I'm supposed to be incognito.  I'm

18       supposed to be an invisible spy guy.  That's why I click

19       on the button.

20            And so I think anything along those lines is        15:30:57

21       inappropriate at minimum and, you know, a breach in our

22       deal otherwise.

23       Q.   BY MS. JENKINS:  Sometimes Chrome will suggest

24       searches for you when you start typing into the search

25       bar.  Are you familiar with that?        15:31:16

```
 1    so you don't break it up?

 2          MS. JENKINS:  That's fine.

 3          THE VIDEOGRAPHER:  We are off the record.  The

 4    time is 3:37 p.m.

 5          (Recess.)                                   15:37:36

 6          THE VIDEOGRAPHER:  We are back on the record.

 7    The time is 3:56 p.m.

 8       Q.  BY MS. JENKINS:  Hello, Mr. Brown.  I was just

 9    going to introduce the next exhibit, which I believe will

10    be Exhibit 12.  It may be already there.             15:56:21

11          (Exhibit 12, Defendant's First Set of

12          Interrogatories (Nos. 1-6), was marked for

13          identification by counsel electronically.)

14       Q.  BY MS. JENKINS:  It is.  Could you please open

15    Exhibit 12.                                         15:56:31

16       A.  Yeah.  I'm opening it now.

17       Q.  This is a document titled "Defendant's First Set

18    of Interrogatories (Nos. 1 to 6)".

19          Have you reviewed this document?

20       A.  I'm just reviewing the document.  Yeah, I have   15:57:00

21    seen this.

22       Q.  And do you understand that this document asks

23    certain questions of you?

24       A.  Yes.

25       Q.  And you were asked to provide sworn responses to   15:57:15
```

Page 163

1      Q.  And the other -- the other documents here that

2   are in:  9, Google Terms of Service; 10, Chrome Terms of

3   Service; 11, Chrome Privacy Notice; 12, My Google

4   Activity; 13, Chrome Incognito Notice, did you review all

5   of those documents as well?                              15:59:19

6      A.  I don't -- I'd have to see them again to know,

7   but like all these sound like documents that I've seen or

8   that I reviewed.

9      Q.  All right.  We can move to the next exhibit,

10  which will be your Amended Responses and Objections to     15:59:50

11  Rogs -- Interrogatories Numbers 1, 4, and 5 will be

12  Exhibit 13.

13          (Exhibit 13, Plaintiff Chasom Brown's Verified

14          Amended Objections and Responses to Defendant's

15          Interrogatories 1, 4, and 5, was marked for       16:00:00

16          identification by counsel electronically.)

17      Q.  BY MS. JENKINS:  Do you have the document?

18      A.  It is now up, yes.

19      Q.  And do you recognize this document?

20      A.  Yes.                                               16:00:39

21      Q.  Did you review this document to make sure that

22  your responses were complete and accurate?

23      A.  Yes.

24      Q.  And then if you look -- I'm not sure what page

25  of the PDF is, but if you look down at the verification   16:00:58

Page 165

1    which comes after all of the responses, did you sign that

2    verification for these responses?

3        A.  Yes, I did.  That's my signature and my title.

4        Q.  As you sit here today, are you aware of anything

5    that is no longer accurate that is included in these          16:01:22

6    responses?

7        A.  I'm not aware as I sit here today.  Although I

8    obviously -- it's a fluid case.  I'm sure new evidence is

9    being introduced, but I'm not aware as I sit here.

10       Q.  All right.  Can you take a look specifically at        16:01:45

11   Interrogatory Number 4 and the Amended Response to

12   Interrogatory Number 4.

13       A.  Number one.  I'm just going to reread it, if you

14   don't mind.

15       Q.  Yes, go ahead.                                        16:02:08

16       A.  Okay.

17           MR. LEE:  And before you get into the questions,

18   let me just lay something down for the record.

19           Procedurally what occurred here is Google

20   propounded Interrogatory Number 4 on Mr. Brown.  There        16:02:54

21   was a dispute among the parties as to the scope of what

22   the response should be.  There was an original response

23   to the Interrogatory Number 4.

24           And after the dispute was resolved by the Court,

25   the Amended Response to Interrogatory Number 4 was then       16:03:14

```
 1    submitted, which is reflected here.

 2            And the -- the websites listed in the Amended

 3    Response to Interrogatory Number 4 is consistent with

 4    what the Court ordered the answer to this Interrogatory.

 5            I don't think that's in dispute in any way.  I        16:03:36

 6    just want Mr. Brown to know the history that the lawyers

 7    have.

 8            MS. JENKINS:  All right.  Well, for the record,

 9    I take no position on what you've just said, but...

10            MR. LEE:  Your partner, Andrew Schapiro, agreed      16:03:50

11    with me when he went over the same document.  So I doubt

12    it's controversial.

13        Q.  BY MS. JENKINS:  So, Mr. Brown, with respect to

14    the websites that are listed here in the second paragraph

15    of your Amended Response to Interrogatory Number 4, can      16:04:02

16    you tell me of these websites which websites you know

17    that you have reviewed the privacy policies for?

18        A.  Of these websites can I recall which ones I

19    reviewed the privacy policy?  Google.  The other ones,

20    the Redfin one, like I had some recollection when you        16:04:36

21    brought it up.  Yahoo, I believe I've seen in the past.

22    Wells Fargo, I think kind of -- I vaguely recall reading

23    Wells Fargo.  So some of them, yes.

24        Q.  With respect to the other ones that are listed

25    here that you did not just name, is it that you don't        16:05:04
```

Page 167

1    remember whether or not you've reviewed the privacy

2    policies?

3         A.   Yeah, that would be fair to say.

4         Q.   And for the policies here that you remember that

5    you have read, did you continue to use these websites          16:05:18

6    after reviewing the privacy policies?

7         A.   Yeah.

8         Q.   Have you enabled any privacy features on any of

9    these websites?

10        A.   Well, as -- when I wanted to browse privately on     16:05:42

11   these websites, I would go into Incognito mode, and then

12   that would enable all the privacy afforded to me.

13        Q.   Anything else that you've done with respect to

14   these websites to protect your privacy?

15        A.   No.                                                   16:06:00

16        Q.   And what about the apps that are listed in the

17   following sentence, which looks like:  YouTube, Voxer,

18   Telegram, Google, Yahoo Mail, Instagram, Google Maps,

19   Starbucks, ETrade, and Google Chrome, can you let me know

20   which of those privacy policies you've reviewed?               16:06:19

21        A.   Voxer, Telegram, Google.  I have a vague

22   recollection of looking at Yahoo Mail.  That might have

23   been the Yahoo one that I saw, but I recently downloaded,

24   you know, the new version.

25        Q.   Do you mean that you downloaded the Yahoo Mail        16:06:56

Page 168

1     Q.  Understood.

2     You mentioned you have a Yahoo Mail address.  Is

3  that mail address linked to a Google account?

4     A.  I don't know what you mean by "linked," but how

5  they are associated is I do get -- so I have my Yahoo    16:09:02

6  Mail email address, and then I can click on another tab

7  and a Google email address, my Google mail will come in

8  there from one of my Google accounts.

9     Q.  Is that within the Yahoo Mail app?  Is that what

10  you mean?    16:09:25

11     A.  Yeah, in Yahoo Mail in general.

12     Q.  But do you know whether you have a Google

13  account set up for that Yahoo Mail address?

14     MR. LEE:  Asked and answered.

15     THE WITNESS:  Oh, I think I understand what    16:09:39

16  you're asking now.  No, I don't believe I do.

17     MS. JENKINS:  Okay.

18     All right.  Tracy, can you load the next

19  exhibit, which is the May 6th Amended Responses and

20  Objections.    16:09:57

21     (Exhibit 14, Plaintiff Chasom Brown's Verified

22     Amended Objections and Response to Defendant's

23     Interrogatory No. 2, was marked for

24     identification by counsel electronically.)

25     MR. LEE:  What exhibit are we on?  I'm sorry, 14    16:10:14

Veritext Legal Solutions
866 299-5127

1    or 15?

2            THE WITNESS:  I believe it's 14.

3            MR. LEE:  I wasn't asking you, Mr. Brown.

4            THE WITNESS:  Well, Sara will correct me.

5            MS. JENKINS:  Yeah, it is -- it is 14.        16:10:33

6        Q.  Do you have it open?

7        A.  I do have.  It's open now.

8        Q.  All right.  Do you recognize this document?

9        A.  Yes.  This looks familiar.

10       Q.  Can you take a look at the Interrogatory and   16:10:48

11   Responses to Interrogatory Number 2, please.

12       A.  Number 2, yes.  Give me a moment just to read.

13           Okay.  I'm reacquainted with it.

14       Q.  Does this look accurate to you as we sit here

15   today?                                              16:12:14

16       A.  Yeah, yeah, it looks accurate.

17       Q.  How many Google accounts do you have?

18       A.  They're -- three.

19       Q.  And are the three email addresses -- addresses

20   associated with these accounts listed here in the Amended  16:12:43

21   Response to Interrogatory Number 2?

22       A.  Let me go -- sorry.  Yes, they are listed there.

23       Q.  And I think that you testified earlier that you

24   still use all three of these addresses; is that correct?

25       A.  Correct.                                   16:13:05

                                              Page 171

1     that makes sense.

2           MS. JENKINS:  All right.  Tracy, can you load

3     Exhibit 17, please.

4           (Exhibit 17, Google Subscriber Information,

5           GOOG-BROWN-0039498 - 500, was marked for          16:20:41

6           identification by counsel electronically.)

7      Q.  BY MS. JENKINS:  And Mr. Brown, do you have the

8     document open?

9      A.  Yes.

10     Q.  It appears that this is Google subscriber          16:21:15

11    information for the Google account pleasebagme@gmail.com;

12    is that right?

13     A.  Yeah, correct.

14     Q.  And it shows here that it was created on

15    June 24th, 2018.                                        16:21:29

16          Does that sound correct to you?

17     A.  That sounds about right.

18          MS. JENKINS:  All right.  Tracy, can you upload

19    the June 1st, 2021 Amended Responses and Objections to

20    Google's Second Set of Interrogatories.                 16:21:53

21          (Exhibit 18, Plaintiff Chasom Brown's Amended

22          Objections and Responses to Defendant's Second

23          Set of Interrogatories, was marked for

24          identification by counsel electronically.)

25          THE WITNESS:  I have that up whenever.            16:22:29

Page 176

1      Q.  BY MS. JENKINS:  All right.  Could you take a

2   look down at Interrogatory Number 10 and read through

3   that Interrogatory and your responses.

4          Oh.  Never mind.  You can go ahead and do that.

5          MR. LEE:  We are reading 10?                      16:22:53

6          MS. JENKINS:  Yes.  Thank you.

7          MR. LEE:  Okay.

8          THE WITNESS:  Okay.  I'm familiar.

9      Q.  BY MS. JENKINS:  All right.  Does this response

10  appear accurate to you as we sit here today?            16:24:10

11     A.  Let me read a little more just to be sure.  It's

12  a little longer, but yeah, so far, it's been accurate, to

13  answer your question.

14     Q.  All right.  Can you tell me why you have not

15  attempted to sell your personal data?                   16:24:30

16         MR. LEE:  Objection to form, asked and answered.

17         THE WITNESS:  Why I haven't attempted -- oh, I

18  have sold my personal data before.  And I said I have

19  taken surveys and gotten paid for them, and that was, you

20  know, the personal data on myself.                      16:24:55

21         So why I haven't taken it further?  I'm a busy

22  dude.  That's just difficult to track all that -- track

23  all that down.

24     Q.  BY MS. JENKINS:  All right.  So specifically, I

25  meant personal data as at issue in this litigation.     16:25:13

Page 177

1        Would your answer be the same to that question?

2        A.  Well, I -- my answer would be I like the deal

3    that I have.  I understand that Google is collecting my

4    data, and clearly, as we went through those last

5    documents, I use a lot of different Google products.  So        16:25:37

6    I am in the Google ecosystem.  I'm a Google user.  I'm a

7    Google customer.  So like I understand that they're

8    giving me some free services for that, and I like that

9    deal.

10        The side of the deal that I don't like is the        16:25:54

11    Incognito mode side of the deal.  Because that's supposed

12    to be my out, meaning, hey, I'm not giving you data right

13    now, and you agree, we agree.  And then unfortunately, it

14    seems Google has been collecting my data under those

15    circumstances.        16:26:18

16        Q.  Can you take a look back at Interrogatory

17    Number 8 and your response to that Interrogatory.

18        A.  10, 9, 8.  Excuse me.

19        Okay.  I'm familiar.  You can ask your

20    questions.        16:26:58

21        Q.  Okay.  And you see that this Interrogatory says:

22    "Describe with particularity each category of 'personal

23    and sensitive user data' that you contend Google

24    unlawfully 'intercepted.'"  Correct?

25        A.  I see that, yes.        16:27:12

                                              Page 178

```
 1        Q.  And then as part of your response, in the second

 2    paragraph, there is a list of different types of

 3    information.

 4        Do you see that?  A numbered list starting with

 5    the number 1?                                            16:27:27

 6        A.  Yeah.

 7        Q.  Do you know what a "get request" is?

 8        A.  I believe it's a -- oh, hold on.  Let me read my

 9    complete response.

10        I believe the definition is right behind it, but    16:27:57

11    I think that's the term for it.

12        Q.  Okay.  Can you then read what you believe to be

13    the definition of that?

14        A.  It provides the content the user's browsing

15    software asks the website to display while in private    16:28:15

16    browsing mode.

17        Q.  And do you have a -- with regard to number 2,

18    what's your understanding of what an IP address is?

19        A.  It's -- the identifier of your connection.

20        Q.  And how do you understand an IP address to be    16:28:38

21    used?

22            MR. LEE:  Objection.  Vague.  Used by who?

23            THE WITNESS:  Well, I don't give a lot of

24    thought to how I use an IP address.  I don't think I use

25    it normally.  I think, again, it's an identifier.        16:29:03
```

Page 179

```
 1        Q.  And you would specifically say these six items

 2   of information are personal and sensitive user data; is

 3   that correct?

 4            MR. LEE:  Asked and answered.

 5            THE WITNESS:  Yes.                          16:33:24

 6            MS. JENKINS:  All right.  Tracy, can you load

 7   the next exhibit, which is the September 20th Responses

 8   and Objections to Interrogatory 16.

 9            (Exhibit 19, Plaintiff Chasom Brown's Verified

10            Objections and Responses to Defendant's Fifth    16:33:38

11            Set of Interrogatories (No. 16), was marked for

12            identification by counsel electronically.)

13            THE WITNESS:  Uh-oh.  Now I'm getting lost on

14   exhibits.  Was that 18?

15        Q.  BY MS. JENKINS:  The -- the next one should be    16:34:02

16   19.

17        A.  Okay.

18            MR. LEE:  It just loaded for me right now,

19   Chasom.

20            THE WITNESS:  Got it.  I've got it right now.     16:34:11

21        Q.  BY MS. JENKINS:  Can you please take a look at

22   Interrogatory Number 16 and the response.

23        A.  Okay.  I'm familiar with it.  If there's a

24   certain section, we can go over it.

25        Q.  Does this response look accurate to you?         16:35:21
```

Page 182

1      A.   Yes.

2      Q.   And are you familiar with the different projects

3   that are listed here?

4           MR. LEE:   Objection to form.   Can you be more

5   specific?                                              16:35:37

6      Q.   BY MS. JENKINS:   Yeah.   Are you familiar with

7   Ipsos Screenwise Panel?

8      A.   Let me find the content.   One moment.

9      Q.   It's in the third paragraph of the response.

10     A.   Yeah.                                           16:36:16

11          Okay, yeah.   I understand.   I recall.

12     Q.   Are you familiar with the Ipsos Screenwise

13   Panel?

14     A.   It's the consumer research study; correct?

15     Q.   Yes.                                            16:36:36

16          Is that all of your understanding about what it

17   is?

18     A.   Yeah.   Outside of what I have on here, this is

19   my full understanding of it.   I didn't do a lot of

20   research into it, but I understand what it is.         16:36:52

21     Q.   And what about Google's Opinion Rewards surveys;

22   are you familiar with that?

23     A.   I am.

24     Q.   Have you ever signed up for that?

25     A.   I have signed up for studies.   I don't -- I     16:37:10

Page 183

1    don't recall if it was a Google one or not.

2        Q.   And what about Nielson Computer & Mobile Panel;

3    are you familiar with that?   It's in the next paragraph.

4        A.   Let me pull that up.

5        Q.   Have you signed up for Neilson Computer & Mobile    16:37:50

6    Panel?

7        A.   No, I have not.

8        Q.   It says here that it pays up to $50 a year for

9    passive data collection of a user's internet behavior.

10        Would you sell your internet use data for $50 a        16:38:04

11   year?

12       A.   My data is worth way more than that.

13       Q.   Is there a number you have in mind of what your

14   user data would be worth?

15       A.   I'm willing to work with Google to go over all     16:38:23

16   the data that they have and put the value that they put

17   on it to see if that's in -- in range.   I think it's

18   certainly more than $50 a year.   But I think they're

19   probably the experts on it, and they have some idea of

20   what data is worth.                                         16:38:48

21        Essentially, I defer to the experts on how much

22   data is worth.   My data is definitely worth more than $50

23   a year, though.

24       Q.   Is there a number at which you would agree to

25   sell your user data?                                        16:39:06

Page 184

```
 1    that.

 2         Q.  And sitting here today, is it true that you

 3    can't provide a number?

 4         A.  I don't know.  Same thing.  I would need to

 5    really look into that.  But like my private information,      16:56:29

 6    my private data, yeah, it definitely -- it seems more

 7    valuable.  Because I don't want to give it; right?  But

 8    if you keep upping the price, then maybe at some point,

 9    okay, I'll tell you what my weird fetish is.  So it's

10    like kind of how it would work.                              16:56:55

11         Q.  Right.  That won't be necessary today, but...

12         A.  Oh, that's not the next question?

13         Q.  No.

14         A.  Okay.

15         MS. JENKINS:  Tracy, can you upload the Amended       16:57:06

16    Responses and Objections to the Second Set of Requests

17    For Admissions, please.

18            (Exhibit 20, Plaintiff Chasom Brown's Amended

19            Objections and Responses to Defendant's Second

20            Set of Requests For Admission, was marked for       16:57:14

21            identification by counsel electronically.)

22         Q.  BY MS. JENKINS:  All right.  So Mr. Brown, you

23    should now have Exhibit 20 in your folder.

24            Do you see that?

25         A.  I'm pulling it up.                                 16:57:43
```

Page 187

1          Q.   And this is your Objections and Responses to

2     Defendant's Second Set of Requests For Admission.

3               Do you recognize this document?

4          A.   Yes.

5          Q.   Could you go down to Request For Admission        16:58:07

6     Number 6, please.

7               And could you read aloud that Request For

8     Admission.

9          A.   Let me find it.  It's farther down than I

10    thought.                                                   16:58:27

11              "Admit that Google privacy policy you reviewed

12    disclosed that Google collects information about user's

13    visits to websites that use Google services."

14         Q.   And do you see there that the response says just

15    "denied"?                                                  16:58:47

16         A.   Yes.

17         Q.   What is the basis for that denial?

18         A.   Because it gets -- in Incognito mode, there's no

19    data that is supposed to be collected from any Google

20    service.  So if you're saying in here that Google          16:59:19

21    collects information about user visits to websites that

22    use Google's services, then anything associated with

23    those Google services and Google itself should not be

24    collecting my data.  So I don't admit that, and that's

25    why I denied it.                                           16:59:46

                                              Page 188

1     Q.  Do you see that this request doesn't mention

2    Incognito mode?

3     A.  Admit that each Google...

4         MR. LEE:  I disagree with that characterization.

5    By the way, I know I'm listed as Mark Mao now.  I'm done     17:00:11

6    with that one.

7         MS. JENKINS:  All right.  Sorry, I didn't see

8    you there, James.  I see you now.

9         THE WITNESS:  Like it's -- I do see that it says

10   Google privacy policy, but in the privacy policy, you        17:00:32

11   know, there's -- there's both in there.

12        So maybe because it's just a confusing question

13   to a degree.  So I'm like I still can't admit that.

14    Q.  BY MS. JENKINS:  And can you take a look at

15   Request For Admission Number 7 and read that one aloud,       17:00:56

16   please.

17    A.  "Admit that the Google privacy policy does not

18   represent that using private browsing mode will prevent

19   Google from receiving information through its services."

20    Q.  And do you see that that one is also denied?            17:01:14

21    A.  I do.

22    Q.  Can you explain the basis for your denial?

23    A.  Yes.  Let me reread it.

24        Just say that it does not represent that using

25   private browsing mode will prevent -- yeah, it -- because     17:01:59

Page 189

```
 1    the Google privacy policy represents that it does prevent

 2    it.

 3         Q.  And the ways that you believe that it represents

 4    that are the same ways that we discussed earlier when

 5    looking at the -- at Google's privacy policy; is that        17:02:26

 6    correct?

 7         A.  Well, it represents them by the words Google

 8    uses in their privacy policy.

 9         Q.  And those are the same words that we reviewed

10    earlier today; is that correct?                              17:02:41

11         A.  Correct.

12         Q.  All right.  I'm done with this exhibit.

13              So do you recall providing Google with cookie

14    values from your browser during this litigation?

15         A.  Yeah, I believe we did that.  You're talking        17:03:02

16    about --

17              MR. LEE:  Hold on.  Hold on.  Hold on, Chasom.

18    Hold on.

19              I don't think we're there yet, but I just want

20    to give you a caution about not divulging any                17:03:10

21    communications you had with counsel.  So to the extent

22    you're answering the limited question that Ms. Jenkins

23    asked, I think -- I think you can do it.  But to the

24    extent it gets more substantive into discussions that

25    were had with your lawyers, I would direct you not to        17:03:27
```

Veritext Legal Solutions
866 299-5127

```
 1   answer.
 2          Why don't we hear the question again so that we
 3   can all get on the same page.
 4      Q.  BY MS. JENKINS:  Okay.  Do you recall providing
 5   Google with cookie values from your browser as part of      17:03:39
 6   this litigation?
 7          MR. LEE:  You can answer that limited question.
 8          THE WITNESS:  Yes.
 9      Q.  BY MS. JENKINS:  Did you collect those cookies
10   yourself?                                                    17:03:55
11          MR. LEE:  To the extent that your answer would
12   be based on communications you had with your counsel, I
13   would advise you not to answer.
14          THE WITNESS:  Based on that, yes, I'm --
15          MS. JENKINS:  James, can he -- is there some         17:04:16
16   reason he couldn't answer "yes" or "no" as to whether he
17   collected the cookies himself?
18          MR. LEE:  I'm not ignoring you.  I'm just
19   thinking about it.  That's okay.  He can just answer
20   "yes" or "no.                                                17:04:30
21          MS. JENKINS:  I'll repeat it.
22      Q.  Did you collect those cookies yourself?
23      A.  Yes.
24      Q.  Can you tell me from what devices you collected
25   those cookies?                                               17:04:46
```

Page 191

```
 1              MR. LEE:  You can answer that limited question.

 2              THE WITNESS:  From my laptop and my phone.  I

 3      know those two for sure.  I just don't -- I think my --

 4      my tablet as well.

 5          Q.  BY MS. JENKINS:  And what browser were you using    17:05:12

 6      when you collected those cookies?

 7          A.  I believe I was in Chrome.  I don't -- don't

 8      remember.  I don't -- I can't imagine I used anything

 9      else, but I don't really remember which browser I went

10      to.  I'm sure it was in Chrome.                            17:05:36

11          Q.  Were you browsing in Incognito mode when you

12      collected those cookies?

13          A.  I don't -- I don't recall.  I think there was a

14      series of things I needed to do.  So I was just more

15      focused on doing those series of things.  And so I        17:05:56

16      don't -- I don't really remember the process of which way

17      I did it or not.

18              MR. LEE:  Let's leave it at I don't recall.  I

19      don't want you to get into privileged things.  Okay?

20              THE WITNESS:  Got it.                              17:06:14

21              MR. LEE:  Okay.

22          Q.  BY MS. JENKINS:  Were you logged in when you

23      collected those cookies?

24              MR. LEE:  Objection.  Vague.

25              THE WITNESS:  Yeah.  I don't recall.              17:06:22
```

Page 192

1          Q.   Okay.   You were asked some questions about

2     whether you believe there is a contract between you and

3     Google.

4               Do you remember those questions?

5          A.   Yes.                                    17:12:01

6          Q.   Can you describe for us in your words what

7     Google's promise was to you in that agreement as it

8     relates to Incognito mode?

9               MS. JENKINS:   Objection.   Assumes facts.

10              MR. LEE:   You can answer.               17:12:20

11              THE WITNESS:   So in that contract, at Google's,

12    you know, promise to me is that they would put me in

13    control and that I would give them consent as to when

14    they can collect my data and when they cannot collect my

15    data.                                             17:12:40

16              So that was the deal as -- as pertains to

17    Incognito mode.

18              MR. LEE:   Okay.   And maybe Tracy can help me

19    here because I switched computers.   Tracy, do you mind

20    getting Exhibit 7 on the share screen?             17:13:02

21              MS. GAO:   Okay.   I will try.

22              MR. LEE:   Thank you so much.

23              MS. GAO:   It actually says host is able --

24    parties can screen sharing.

25              THE VIDEOGRAPHER:   I'm on it.            17:13:27

                                              Page 197

```
1              MR. LEE:  Thank you.

2              THE VIDEOGRAPHER:  There you go.  It's been --

3   it's been enabled.

4        Q.  BY MR. LEE:  All right.  This has been

5   previously marked Exhibit 7.                          17:13:47

6              Mr. Brown, do you remember Google's lawyer

7   asking you some questions about this document?

8        A.  Yes.

9        Q.  Okay.  I just want to go over a couple things

10  real fast.                                            17:14:01

11             Do you see in that first sentence it states:

12  "Learn how to control the information that's collected,

13  stored, and shared when you use the Google com browser on

14  your computer or mobile device."

15             Do you see that?                           17:14:16

16       A.  Yes.

17       Q.  Okay.  And do you also see that the -- the last

18  phrase of that same paragraph says that the -- the use of

19  your personal information will be protected in accordance

20  with the Google privacy policy?                       17:14:36

21             MS. JENKINS:  Objection.  Leading and narrative.

22       Q.  BY MR. LEE:  Do you see that?

23       A.  I do see it.

24       Q.  Okay.  And can you tell us for the 50th time

25  today what is in the Google privacy policy with respect  17:14:50
```

Page 198

```
 1    to the collection of your data in Incognito mode?

 2         A.   On -- on the first page in the -- within the

 3    first paragraph, they say it puts you in control.   It

 4    says you can use our services in a variety of ways to

 5    manage your privacy.                                17:15:16

 6              And then it also says you can also choose to

 7    browse the web privately using Chrome in Incognito mode.

 8              MR. LEE:   Okay.   Tracy, could you go to page 8

 9    of this document, please.

10              I think that's -- it's actually I think the page   17:15:41

11    before.   I'm sorry.   It's 8 of 14 on the bottom there.

12    Okay.

13         Q.   Do you see that under Incognito mode and guest

14    mode, it says:   "You can limit the information Chrome

15    stores on your system by using Incognito mode"?     17:16:02

16         A.   Yes.

17         Q.   And the following sentence says:   "Chrome won't

18    store certain information such as your browsing history"?

19         A.   Yes.

20         Q.   "Caching page text, or IP addresses of pages    17:16:14

21    linked from the websites you visit."

22              Do you see that?

23         A.   Yes, I do.

24              MS. JENKINS:   Objection.   Leading and narrative.

25              MR. LEE:   I'm just asking if he sees it.     17:16:25
```

Page 199

1      Q.   Okay.  Now we looked at three different

2   statements in Exhibit 7 in this document about the Chrome

3   privacy notice; right?

4      A.   Correct.

5      Q.   Okay.  If you take those three statements          17:16:40

6   together, what does this communicate with respect to

7   whether Google collects or doesn't collect user

8   information in Incognito mode?

9           MS. JENKINS:  Objection.  Vague.

10          THE WITNESS:  It clearly shows that they don't     17:16:57

11   collect in Incognito mode.

12      Q.  BY MR. LEE:  And now that we've initiated this

13   lawsuit, do you think that those statements are correct?

14      A.   Unfortunately, no.  Unfortunately, that's --

15   which has, you know, come more to light that Incognito     17:17:22

16   mode, that it's not as advertised, not as in their

17   privacy policy, not as per the agreement that we have.

18          And it really -- it really is unfortunate

19   because I am a Google user.  I am a Google fan, and I

20   think that the -- I can't use the service.                17:17:48

21          And the fact that it does this is wrong on so

22   many levels.  So I don't think that -- I think that it --

23   I've been duped, sad to say.  But people can correct

24   their mistakes.

25      Q.   Now you were asked how you were harmed as a        17:18:12

Page 200

1    JAMES LEE, ESQ.

2    jlee@bsfllp.com

3                                        January 17, 2022

4    RE: BROWN VS. GOOGLE LLC

5    JANUARY 13, 2022, CHASOM BROWN, JOB NO. 5028094

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                              Page 206

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, noting the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 207

```
1    RE: BROWN VS. GOOGLE LLC

2    CHASOM BROWN, JOB NO. 5028094

3                  E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                             Date

25
```

Page 208