# Mao Declaration

# Exhibit 88

## Byatt Deposition Transcript

```
 1       UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
 2             SAN JOSE DIVISION
 3
       CHASOM BROWN, WILLIAM BYATT,
 4     JEREMY DAVIS, CHRISTOPHER
       CASTILLO, and MONIQUE TRUJILLO,
 5     individually and on behalf of
       all other similarly situated
 6
           Plaintiffs,          CASE NO.
 7                        5:20-CV-03664-LHK-SVK
       VS.
 8
       GOOGLE LLC
 9
           Defendant.
10
11
           * * * * * * * * * * * * * * * * * * * * * * * * * * *
12       ZOOM VIDEOTAPED DEPOSITION OF WILLIAM BYATT
                 December 20, 2021
13                 11:04 a.m. EST
           * * * * * * * * * * * * * * * * * * * * * * * * * * *
14
15
16     TAKEN BY:
17         VIOLA TREBICKA, ESQ.
           ATTORNEY FOR DEFENDANT
18
19     REPORTED BY:
20         BELLE VIVIENNE, CRR
           CERTIFIED STENOGRAPHIC
21         REALTIME COURT REPORTER
           VERITEXT LEGAL SOLUTIONS
22         JOB NO. 5001125
           866 299-5127
23
24
25
```

Page 1

| | | |
|---|---|---|
| 1 | if you don't understand something, just | 11:07:46 |
| 2 | let me know.  I will be asking you | 11:07:47 |
| 3 | questions.  Your counsel, who is in the | 11:07:49 |
| 4 | room with you -- well, let me take a step | 11:07:52 |
| 5 | back and say, you are represented today, | 11:07:55 |
| 6 | correct? | 11:07:58 |
| 7 |     A.    Yes. | 11:07:58 |
| 8 |     Q.    And Mr. Lee is your counsel? | 11:07:58 |
| 9 |     A.    Yes. | 11:08:01 |
| 10 |     Q.    If -- one -- while I am asking | 11:08:01 |
| 11 | you questions, there may be a moment in | 11:08:03 |
| 12 | which Mr. Lee may object to my question. | 11:08:07 |
| 13 | Unless Mr. Lee instructs you not to | 11:08:11 |
| 14 | answer, you will answer my question to the | 11:08:14 |
| 15 | best of your ability.  Do you understand | 11:08:16 |
| 16 | that? | 11:08:18 |
| 17 |     A.    I do, yeah. | 11:08:19 |
| 18 |     Q.    And you also under -- you also | 11:08:20 |
| 19 | understand that you are under oath today, | 11:08:22 |
| 20 | correct? | 11:08:24 |
| 21 |     A.    I do. | 11:08:24 |
| 22 |     Q.    Great.  So, Mr. Byatt, what do | 11:08:25 |
| 23 | you understand by the term "private | 11:08:29 |
| 24 | browsing"? | 11:08:30 |
| 25 |     A.    I understand that to mean that | 11:08:32 |

Page 11

| | | |
|---|---|---|
| 1 | my behavior and activity while I am | 11:08:35 |
| 2 | browsing the Internet or using, you know, | 11:08:40 |
| 3 | web software, won't be shared with anyone | 11:08:44 |
| 4 | that I don't want it shared with.  It will | 11:08:48 |
| 5 | be private to me. | 11:08:50 |
| 6 | Q.    So -- so your understanding of | 11:08:56 |
| 7 | private browsing is that it won't be | 11:08:59 |
| 8 | shared with anyone that you don't want it | 11:09:02 |
| 9 | shared with, correct? | 11:09:04 |
| 10 | MR. LEE:  Objection to form. | 11:09:06 |
| 11 | A.    Yes, that -- that is my | 11:09:09 |
| 12 | understanding.  That I have control over | 11:09:11 |
| 13 | who it's shared with and -- and that -- | 11:09:14 |
| 14 | that -- yeah, that -- that it's limited to | 11:09:18 |
| 15 | who I sort of affirm that it's going to -- | 11:09:20 |
| 16 | to be shared with, yeah. | 11:09:24 |
| 17 | BY MS. TREBICKA: | 11:09:24 |
| 18 | Q.    And what's your understanding of | 11:09:24 |
| 19 | how you affirm this consent to share your | 11:09:25 |
| 20 | information? | 11:09:30 |
| 21 | A.    I think that I -- pardon me -- | 11:09:33 |
| 22 | agree to share information when I accept | 11:09:39 |
| 23 | various terms of service or privacy | 11:09:47 |
| 24 | policies.  I think that in the case of -- | 11:09:50 |
| 25 | I mean, I do most of my browsing on | 11:09:55 |

Page 12

```
 1    information being shared.                11:20:50
 2        Q.    How -- what steps do you take to    11:20:55
 3    know that certain information is -- about    11:20:58
 4    you is being shared when you browse?       11:21:00
 5        A.    I -- as a -- as a rule, I tend     11:21:03
 6    to read, you know, privacy policies, terms   11:21:06
 7    of service, things like that.  I -- I       11:21:10
 8    actually think about when -- when a        11:21:14
 9    website asks me what they can track or     11:21:17
10    what they're going to put on my computer,  11:21:20
11    I do think about what was, you know,       11:21:24
12    default to hitting okay all the time.      11:21:27
13           So -- so yeah, I think it's --      11:21:30
14    it's -- you know, that sort of thing,      11:21:33
15    paying attention to what is being          11:21:34
16    represented to me as being shared and      11:21:36
17    thinking about whether or not I want that   11:21:38
18    shared.                                    11:21:40
19        Q.    And do you -- would you agree     11:21:49
20    that you take careful precautions to       11:21:50
21    protect your privacy online?               11:21:53
22        A.    I wouldn't use the word           11:21:55
23    "careful" or -- I'm not even sure I would  11:21:56
24    use the word necessarily "precautions."  I  11:22:01
25    would say that I am aware of and -- and     11:22:03
```

Page 23

```
1    cognizant of what I am consenting to        11:22:06
2    share, yeah.                                 11:22:09
3         Q.   When you browse the web, are you   11:22:11
4    generally aware that websites display ads?   11:22:32
5         A.   Yes, certainly.                    11:22:37
6         Q.   You've seen those ads, right?      11:22:38
7         A.   Yeah.  I've definitely seen ads,   11:22:40
8    yeah.                                        11:22:42
9         Q.   Do you ever click on the ads?      11:22:43
10        A.   I do.                              11:22:45
11        Q.   Do you get some value out of       11:22:46
12   clicking out of some ads?                    11:22:48
13        A.   I do, yeah.                        11:22:50
14        Q.   What's the value that you get?     11:22:51
15   Tell me about it.                            11:22:53
16        A.   I -- I enjoy getting new           11:22:55
17   products and services that I maybe hadn't    11:23:02
18   been aware of.  I think finding, you know,   11:23:04
19   new brands or new information or new         11:23:08
20   content that -- that appeals to me is        11:23:12
21   nice.                                        11:23:14
22        Q.   What else do you like about        11:23:14
23   seeing those ads?                            11:23:16
24        A.   I don't know.  That -- sometimes   11:23:22
25   the ads are for sales.  I like sales.        11:23:25
```

Page 24

| | | |
|---|---|---|
| 1 | entities that you just don't want to have | 11:41:59 |
| 2 | your information for one reason or | 11:42:01 |
| 3 | another? | 11:42:04 |
| 4 | A.    Yeah, Breitbart. | 11:42:04 |
| 5 | Q.    Any others that come to mind? | 11:42:06 |
| 6 | A.    That I -- that I just outright | 11:42:09 |
| 7 | don't want to have my information at all? | 11:42:11 |
| 8 | The Taliban, I don't want them to know | 11:42:19 |
| 9 | anything about me, but for the thrust of | 11:42:21 |
| 10 | the question, no, not particularly that I | 11:42:24 |
| 11 | can think of. | 11:42:26 |
| 12 | Q.    What -- how do you feel about | 11:42:27 |
| 13 | Google having your information related to | 11:42:30 |
| 14 | your browsing? | 11:42:33 |
| 15 | A.    In general, having information | 11:42:34 |
| 16 | related to my browsing, I generally like, | 11:42:36 |
| 17 | right?  Like, I think that, in general, | 11:42:41 |
| 18 | it's able to, you know, improve my | 11:42:44 |
| 19 | browsing experience, certainly, when I | 11:42:47 |
| 20 | consent to it.  But I don't necessarily | 11:42:51 |
| 21 | want them to have all of my information | 11:42:53 |
| 22 | all of the time. | 11:42:56 |
| 23 | Q.    You said you don't want them to | 11:42:58 |
| 24 | have all of your information all of the | 11:43:09 |
| 25 | time, and I'd like to ask you a couple of | 11:43:11 |

Page 42

| | | |
|---|---|---|
| 1 | Q.   What is your understanding of | 12:16:29 |
| 2 | Google's promise to you when you browse in | 12:16:31 |
| 3 | Incognito? | 12:16:34 |
| 4 | A.   I certainly can't remember it | 12:16:36 |
| 5 | word for word.  It is what's in sort of | 12:16:38 |
| 6 | the combination of the terms of service, | 12:16:42 |
| 7 | the privacy policy and the Incognito | 12:16:45 |
| 8 | splash screen.  In general, my expectation | 12:16:48 |
| 9 | is that Google is not collecting the | 12:16:54 |
| 10 | information about my behavior when I am in | 12:16:58 |
| 11 | Incognito mode. | 12:17:04 |
| 12 | Q.   Are you drawing a difference | 12:17:08 |
| 13 | between collecting and receiving the | 12:17:09 |
| 14 | information in Incognito mode in your | 12:17:13 |
| 15 | answer? | 12:17:15 |
| 16 | A.   Am I drawing a difference | 12:17:17 |
| 17 | between collecting and receiving?  I don't | 12:17:19 |
| 18 | think so, not at the moment, not yet.  I | 12:17:28 |
| 19 | reserve the right to draw a distinction. | 12:17:34 |
| 20 | Q.   So you understand Google's | 12:17:43 |
| 21 | promise when you browse in Incognito to be | 12:17:45 |
| 22 | that it would not receive any information | 12:17:48 |
| 23 | about your browsing behavior; is that | 12:17:56 |
| 24 | right? | 12:17:59 |
| 25 | A.   Correct, yes. | 12:18:02 |

Page 62

```
 1        Q.    And that includes when you go to      12:18:03
 2   a Google owned and operated website like         12:18:06
 3   Google Search, correct?                          12:18:09
 4        A.    Yes.   Privacy policies               12:18:14
 5   specific -- I think the privacy policy           12:18:18
 6   would be the terms of service specifically       12:18:20
 7   say that I have control over what                12:18:23
 8   information is shared with Google across         12:18:25
 9   their services.   So I would understand          12:18:27
10   search to be one of those services.             12:18:31
11        Q.    If you could go back to the           12:18:33
12   Exhibit 2 that we marked.                        12:18:50
13        A.    I am there.                           12:18:53
14        Q.    Okay.   If you go to, I believe       12:18:54
15   it's -- page is 5.                               12:18:57
16        A.    I am on page 5.                       12:19:01
17        Q.    Okay.                                 12:19:04
18        A.    Yes, I'm on page 5.                   12:19:05
19        Q.    Let us go to page 6.                  12:19:07
20        A.    I am now on page 6.                   12:19:09
21        Q.    All right.   You see bullet -- or     12:19:10
22   you see point 2, what do we do with the          12:19:13
23   information we collect about you?                12:19:17
24        A.    Yes, I do.                            12:19:19
25        Q.    And being a privacy conscious         12:19:20
```

Page 63

```
 1    Incognito mode is inconsistent with your      12:31:10

 2    understanding of Google's disclosures         12:31:16

 3    related to Incognito mode?                     12:31:18

 4        A.    That's -- I don't think I could     12:31:20

 5    nail down something like that                  12:31:23

 6    specifically.                                  12:31:25

 7             MR. LEE:  And I'd also caution        12:31:27

 8        Mr. Byatt, he's doing a great job but      12:31:30

 9        to the extent any answer would reveal      12:31:33

10        any attorney-client communications,        12:31:35

11        I'd advise him -- direct him not to        12:31:38

12        answer.                                    12:31:40

13    BY MS. TREBICKA:                               12:31:40

14        Q.    And I'm not interested in any of     12:31:41

15    your communications with counsel.  I would     12:31:42

16    not -- I would like you to not go into         12:31:44

17    those communications.                          12:31:47

18             I'm just trying to understand         12:31:49

19    when you formed this opinion that              12:31:50

20    Incognito mode is inconsistent with your       12:31:54

21    understanding of Google's disclosures          12:31:56

22    related to Incognito mode.  Was it before      12:31:58

23    the lawsuit was filed?                         12:32:00

24        A.    Yes, it would be before the         12:32:09

25    lawsuit was filed, yes.                        12:32:10
```

Page 75

| | | |
|---|---|---|
| 1 | Q.    Was it months or years before | 12:32:13 |
| 2 | the lawsuit was filed? | 12:32:15 |
| 3 | A.    Months or less. | 12:32:19 |
| 4 | Q.    And when you found out that | 12:32:28 |
| 5 | Google -- actually, let me tell you, how | 12:32:31 |
| 6 | did you find out that Google in your | 12:32:33 |
| 7 | understanding was acting inconsistently | 12:32:36 |
| 8 | with your understanding of Google's | 12:32:39 |
| 9 | disclosures related to Incognito mode? | 12:32:41 |
| 10 | MR. LEE:  And I -- I caution you | 12:32:46 |
| 11 | again, Mr. Byatt, that this question, | 12:32:47 |
| 12 | you can answer only to the extent you | 12:32:48 |
| 13 | can answer it without revealing | 12:32:50 |
| 14 | attorney-client communications. | 12:32:52 |
| 15 | A.    Yeah.  And I'm not sure how to | 12:32:53 |
| 16 | answer that without doing that. | 12:32:57 |
| 17 | MS. TREBICKA:  Let us mark as | 12:33:45 |
| 18 | Exhibit 4, the Twitter privacy policy. | 12:33:46 |
| 19 | (Exhibit 4, Twitter Privacy | 12:33:51 |
| 20 | Policy, marked for identification.) | 12:33:58 |
| 21 | MS. TREBICKA:  Tracy, that's | 12:33:58 |
| 22 | tab 13. | 12:34:00 |
| 23 | MR. LEE:  While we wait for that | 12:34:13 |
| 24 | to load on our side, Counsel, is there | 12:34:15 |
| 25 | a date of the privacy policy, please? | 12:34:17 |

Page 76

| | | |
|---|---|---|
| 1 | reviewed and accepted the terms of | 13:58:27 |
| 2 | service, correct? | 13:58:31 |
| 3 | A.    Yes. | 13:58:31 |
| 4 | Q.    And from the face of this | 13:58:32 |
| 5 | document, the very first -- first page, it | 13:58:35 |
| 6 | says "This is an archived version of our | 13:58:42 |
| 7 | terms of service"; do you see that? | 13:58:45 |
| 8 | A.    I do, yes. | 13:58:46 |
| 9 | Q.    And this is what you were | 13:58:47 |
| 10 | referring to; is that right, that it's not | 13:58:48 |
| 11 | the current version? | 13:58:51 |
| 12 | A.    I would imagine it's not the | 13:58:56 |
| 13 | current version.  Yeah, I -- I'm not | 13:58:58 |
| 14 | looking at the current version to be able | 13:58:59 |
| 15 | to say. | 13:59:01 |
| 16 | Q.    And if our records show that or | 13:59:01 |
| 17 | establish that it was effective from | 13:59:04 |
| 18 | April 2007 to February 2012, would you | 13:59:06 |
| 19 | have any reason to dispute that? | 13:59:09 |
| 20 | A.    I would not. | 13:59:11 |
| 21 | Q.    I'd like to know which portions | 13:59:12 |
| 22 | of this document you reviewed.  So feel | 13:59:20 |
| 23 | free to scroll through it and if you -- if | 13:59:23 |
| 24 | something looks familiar or you know that | 13:59:28 |
| 25 | you reviewed it, can you please let me | 13:59:30 |

Page 106

| | | |
|---|---|---|
| 1 | to the words of this document.  If it | 14:01:40 |
| 2 | encompasses a hyperlink, then | 14:01:44 |
| 3 | Mr. Byatt can say that, but I would | 14:01:46 |
| 4 | like Mr. Byatt to start reviewing the | 14:01:49 |
| 5 | document so he can answer my question. | 14:01:53 |
| 6 | MR. LEE:  Got it.  We're just | 14:01:53 |
| 7 | trying -- you asked the question | 14:01:55 |
| 8 | before he read it, so I just wanted to | 14:01:57 |
| 9 | make sure we're all on the same page | 14:01:57 |
| 10 | for that question.  Thank you. | 14:02:01 |
| 11 | A.    I have reviewed this document | 14:02:02 |
| 12 | here, and I believe that I -- I have | 14:03:38 |
| 13 | reviewed this entire document before.  In | 14:03:47 |
| 14 | particular, section 7, I remember pretty | 14:03:50 |
| 15 | clearly, which is about the privacy and | 14:03:55 |
| 16 | personal information, but I believe I | 14:04:00 |
| 17 | would have reviewed the whole document in | 14:04:03 |
| 18 | the past. | 14:04:04 |
| 19 | BY MS. TREBICKA: | 14:04:04 |
| 20 | Q.    Do you recall following the | 14:04:14 |
| 21 | hyperlink that is in section 7.1? | 14:04:16 |
| 22 | A.    I cannot say if I clicked this | 14:04:22 |
| 23 | link in this document when I reviewed this | 14:04:27 |
| 24 | document.  I can certainly say that I | 14:04:30 |
| 25 | have, at various points, reviewed Google's | 14:04:33 |

Page 109

| | | |
|---|---|---|
| 1 | privacy policy, which is what Google says | 14:04:37 |
| 2 | is at that link. | 14:04:39 |
| 3 | Q. And your -- your testimony is | 14:04:41 |
| 4 | that you reviewed Google's privacy policy | 14:04:46 |
| 5 | multiple times, not just once, right? | 14:04:49 |
| 6 | A. That's correct. | 14:04:51 |
| 7 | Q. Where in this document does it | 14:04:52 |
| 8 | say that Google will not receive any data | 14:05:04 |
| 9 | when you browse in private browsing mode | 14:05:08 |
| 10 | or Incognito mode? | 14:05:13 |
| 11 | A. 7.2, you agreed to the use of | 14:05:15 |
| 12 | your data in accordance with Google's | 14:05:17 |
| 13 | privacy policies led me to believe that | 14:05:19 |
| 14 | the information on Google's privacy | 14:05:22 |
| 15 | policies was what I had to understand. | 14:05:24 |
| 16 | Google's privacy policies told me that I | 14:05:27 |
| 17 | can control what data was going to be | 14:05:29 |
| 18 | used -- that I could control that by using | 14:05:33 |
| 19 | Chrome's Incognito mode and I think that | 14:05:38 |
| 20 | when I opened Incognito mode that would | 14:05:41 |
| 21 | have -- that -- that splash screen was | 14:05:45 |
| 22 | like a new and distinct notice to me as | 14:05:49 |
| 23 | well about what Google was going to do | 14:05:52 |
| 24 | with the information, and I was using | 14:05:54 |
| 25 | Incognito with the agreement of that | 14:05:56 |

Page 110

| | | |
|---|---|---|
| 1 | notice. | 14:05:57 |
| 2 | Q.    Anything else in this document | 14:05:58 |
| 3 | for now that would have led you to believe | 14:06:00 |
| 4 | that Google would not receive your | 14:06:05 |
| 5 | information if you were browsing in | 14:06:08 |
| 6 | Incognito mode? | 14:06:11 |
| 7 | A.    Perhaps.  You know, I -- I have | 14:06:13 |
| 8 | read and reviewed the whole document right | 14:06:15 |
| 9 | now, but, you know, quickly.  I haven't | 14:06:16 |
| 10 | taken notes.  So I can't rule out | 14:06:23 |
| 11 | something else in here making me think | 14:06:26 |
| 12 | that that would be the part that's | 14:06:29 |
| 13 | standing out to me now as making me think | 14:06:31 |
| 14 | that. | 14:06:35 |
| 15 | Q.    Well, take your time, Mr. Byatt. | 14:06:35 |
| 16 | I'd like you to review it. | 14:06:38 |
| 17 | A.    I think this is as good as we're | 14:06:39 |
| 18 | going to get.  This is the section that is | 14:06:41 |
| 19 | certainly the -- the -- the most relevant | 14:06:43 |
| 20 | to me.  I -- I just can't speak to what | 14:06:46 |
| 21 | other lines would have made me think 13 | 14:06:52 |
| 22 | years ago. | 14:06:55 |
| 23 | MS. TREBICKA:  Let's mark as | 14:07:04 |
| 24 | Exhibit 7 the Google privacy policy, | 14:07:05 |
| 25 | tab 40, Tracy. | 14:07:17 |

Page 111

| | | |
|---|---|---|
| 1 | (Exhibit 7, Google Privacy | 14:07:20 |
| 2 | Policy, marked for identification.) | 14:07:38 |
| 3 | A.    I have Exhibit 7 open. | 14:07:38 |
| 4 | BY MS. TREBICKA: | 14:07:38 |
| 5 | Q.    This is -- I'll represent to you | 14:07:44 |
| 6 | that this is the Google privacy policy | 14:07:46 |
| 7 | that's been effective since May 25, 2019. | 14:07:48 |
| 8 | Do you see that? | 14:07:52 |
| 9 | A.    I do see that. | 14:07:53 |
| 10 | Q.    Have you reviewed this privacy | 14:07:54 |
| 11 | policy or a privacy policy that looks | 14:08:14 |
| 12 | generally like this? | 14:08:16 |
| 13 | A.    Yes. | 14:08:18 |
| 14 | Q.    And feel free to review the | 14:08:26 |
| 15 | document, but I'd like you -- I'd like to | 14:08:29 |
| 16 | know which parts of this document you have | 14:08:32 |
| 17 | reviewed over the years?  You mentioned | 14:08:35 |
| 18 | you reviewed privacy policy multiple | 14:08:38 |
| 19 | times, but I'd like you to generally tell | 14:08:40 |
| 20 | me which parts you reviewed. | 14:08:42 |
| 21 | A.    I am reading it now. | 14:08:45 |
| 22 | Q.    And for the record, this is the | 14:08:52 |
| 23 | version of the privacy policy that was | 14:08:55 |
| 24 | effective from May 28, 2018 to January 21, | 14:08:58 |
| 25 | 2019. | 14:09:05 |

Page 112

```
 1        A.    This is a very long document.        14:09:38

 2             MR. LEE:  Take your time.             14:09:40

 3   BY MS. TREBICKA:                                14:09:40

 4        Q.    And, Mr. Byatt, not to disturb       14:09:57

 5   you in your reading, but so that you have       14:09:59

 6   the questions that I'm going to ask you in      14:10:02

 7   mind, the first one is which parts you          14:10:04

 8   generally recall reviewing, and the other       14:10:06

 9   question, which parts led you to believe        14:10:08

10   that browsing in private browsing mode or       14:10:11

11   Chrome Incognito would mean that Google         14:10:14

12   would not collect or receive your browsing      14:10:17

13   information?                                    14:10:21

14        A.    Thank you for the reminder.  I       14:10:24

15   have reviewed this document now.  With          14:13:49

16   regards to the question of what I may have      14:13:53

17   reviewed in the past, I have certainly          14:13:55

18   reviewed the entire privacy policy at           14:13:59

19   times in the past.  I cannot say for            14:14:04

20   certain that I reviewed the entirety of         14:14:06

21   this document in this window from               14:14:11

22   May 25, 2018 to, I believe, you said            14:14:14

23   sometime in 2019.                               14:14:17

24             I can say, of the parts I             14:14:19

25   remember, that roughly the first page,          14:14:23
```

Page 113

| | | |
|---|---|---|
| 1 | certainly the first section -- yeah.  So | 14:14:26 |
| 2 | basically the first page, up to the | 14:14:32 |
| 3 | information Google collects part is very | 14:14:34 |
| 4 | familiar.  This certainly looks like | 14:14:39 |
| 5 | something I have reviewed.  I remember | 14:14:41 |
| 6 | reviewing language very similar to this, | 14:14:44 |
| 7 | substantively similar.  So I think that's | 14:14:47 |
| 8 | what I can offer in terms of what I | 14:14:50 |
| 9 | remember reviewing. | 14:14:53 |
| 10 | For what has led me to believe | 14:14:55 |
| 11 | that Incognito would do what it says on | 14:14:59 |
| 12 | the tin and not collect my information, it | 14:15:04 |
| 13 | would be in, let's see -- so the second | 14:15:09 |
| 14 | sentence of the first paragraph "We | 14:15:14 |
| 15 | understand this is a big responsibility | 14:15:17 |
| 16 | and work hard to protect your information | 14:15:18 |
| 17 | and put you in control."  That sentence | 14:15:20 |
| 18 | led me to believe that I was in control of | 14:15:23 |
| 19 | my data being shared. | 14:15:25 |
| 20 | And then there is a sentence in | 14:15:27 |
| 21 | the, one, two, three, four -- well, the -- | 14:15:33 |
| 22 | the paragraph just underneath the bullet | 14:15:37 |
| 23 | points "You can use our services in a | 14:15:40 |
| 24 | variety of ways to manage your privacy." | 14:15:41 |
| 25 | And then the last two sentences of that, | 14:15:45 |

Page 114

```
1    "You can also choose to browse the web        14:15:47

2    privately using Chrome in Incognito mode.      14:15:50

3    And across our services, you can adjust        14:15:52

4    your privacy settings to control what we       14:15:55

5    collect and how your information is used."      14:15:57

6              Let's see, yeah.  And I              14:16:01

7    understood this section here "You can           14:16:11

8    choose" -- "You can also choose to browse       14:16:13

9    the web privately using Chrome in               14:16:31

10   Incognito mode."  I understood that             14:16:34

11   section to apply to the bulleted list just      14:16:37

12   above it "Google apps, sites, devices,"         14:16:44

13   platforms, "products that are integrated        14:16:51

14   into third-party apps and sites like ads."      14:16:53

15             Yeah.  So I would say, in a           14:16:55

16   broad sense, but it is that whole first         14:16:58

17   page that has led me to believe that            14:17:01

18   Incognito does what Incognito says it           14:17:03

19   does.  And in particular, this sentence         14:17:08

20   "You can also choose to browse the web          14:17:09

21   privately using Chrome in Incognito mode."      14:17:12

22        Q.   Right underneath it, it says          14:17:14

23   Information Google Collects; do you see         14:17:16

24   that?                                           14:17:17

25        A.   I do, yes.                            14:17:18
```

Page 115

| | | |
|---|---|---|
| 1 | Q.   Did you review that section? | 14:17:20 |
| 2 | A.   I can not say with certainty | 14:17:22 |
| 3 | whether I reviewed it during this 2018 to | 14:17:25 |
| 4 | 2019 window that this document was in | 14:17:29 |
| 5 | place.  I have reviewed that for Google | 14:17:31 |
| 6 | privacy policies in the past. | 14:17:36 |
| 7 | Q.   And if you'll scroll down to the | 14:17:37 |
| 8 | second page, it says in bold, in a bold | 14:17:40 |
| 9 | heading "Information we collect as you use | 14:17:44 |
| 10 | our services"; do you see that? | 14:17:47 |
| 11 | A.   I do, yes. | 14:17:48 |
| 12 | Q.   Do you recall reviewing this | 14:17:49 |
| 13 | section, either in this particular version | 14:17:53 |
| 14 | or any other version of the Google privacy | 14:17:56 |
| 15 | notice -- privacy policy? | 14:18:00 |
| 16 | A.   Same answer as previous.  I | 14:18:02 |
| 17 | can't say with certainty whether I | 14:18:04 |
| 18 | reviewed it or this particular version of | 14:18:06 |
| 19 | the document, but I have definitely | 14:18:10 |
| 20 | reviewed something substantively similar. | 14:18:13 |
| 21 | Q.   The second paragraph of that | 14:18:16 |
| 22 | section under "Your apps, browsers & | 14:18:20 |
| 23 | devices," says "The information we collect | 14:18:23 |
| 24 | includes unique identifiers, browser type | 14:18:27 |
| 25 | and settings, device type and settings, | 14:18:32 |

Page 116

```
 1    operating system, mobile network              14:18:35

 2    information including carrier name and         14:18:37

 3    phone number and application version           14:18:41

 4    number.  We also collect information about     14:18:43

 5    the interaction of your apps, browsers and     14:18:46

 6    devices with our services, including IP        14:18:49

 7    address, crash reports, system activity        14:18:53

 8    and the date, time and refer URL of your       14:18:56

 9    request"; do you see that?                     14:19:02

10         A.   I do see that and I took the         14:19:03

11    section in the second sentence of the          14:19:06

12    whole document that says that I'm in           14:19:08

13    control, as to mean that I'm in control of     14:19:11

14    when and how that is shared.  And I took       14:19:13

15    the sentence saying that I can choose to       14:19:16

16    browse the web privately using Chrome in       14:19:19

17    Incognito mode to mean that using Chrome       14:19:22

18    in Incognito mode would limit the way that     14:19:23

19    that information is shared.                     14:19:25

20         Q.   Limited how?                         14:19:28

21         A.   Make it not be shared with           14:19:30

22    Google.                                        14:19:31

23         Q.   And where does it say that it        14:19:32

24    will not be shared with Google?                14:19:37

25         A.   Where it says that I can browse      14:19:39
```

Page 117

```
 1    information they collect.  So the way I        14:24:57
 2    understand what Google is saying when they     14:25:01
 3    say I can browse privately is that I can       14:25:03
 4    stop sharing this information.                 14:25:07
 5        Q.    And where does it say in this        14:25:09
 6    document or in the first page that this        14:25:11
 7    information would -- that you would stop       14:25:15
 8    sharing this information?                      14:25:17
 9        A.    It says I can choose to browse       14:25:19
10    the web privately using Chrome in             14:25:21
11    Incognito mode, and it says that I am in      14:25:23
12    control of how the information is shared.     14:25:27
13        Q.    Those two sentences led you to       14:25:30
14    believe that browsing in Incognito mode       14:25:32
15    would mean that none of your information      14:25:36
16    would be received by Google, correct?        14:25:39
17        A.    That in conjunction with the        14:25:41
18    Incognito splash screen, yes.                 14:25:43
19        Q.    Let us go to the splash screen       14:25:45
20    then, since we've been talking a lot about    14:26:10
21    it.                                           14:26:13
22            MS. TREBICKA:  And this is a          14:26:13
23        document that I will mark as              14:26:16
24        Exhibit 8.                                14:26:23
25            Tab 5, Tracy.                         14:26:30
```

Page 122

| | | |
|---|---|---|
| 1 | (Exhibit 8, Screenshot of | 14:26:32 |
| 2 | Chrome's You've Gone Incognito pop-up | 14:26:32 |
| 3 | screen from 08/20/2020, marked for | 14:26:32 |
| 4 | identification.) | 14:26:32 |
| 5 | BY MS. TREBICKA: | 14:26:32 |
| 6 | Q.   You will see it in a few | 14:26:37 |
| 7 | seconds, but I'll represent to you that | 14:26:38 |
| 8 | it's a screenshot of Chrome's "You've gone | 14:26:40 |
| 9 | Incognito" pop-up screen of | 14:26:43 |
| 10 | August 20, 2020. | 14:26:47 |
| 11 | A.   I have opened the document.  Oh, | 14:26:50 |
| 12 | wow, this one has the opposite problem as | 14:26:57 |
| 13 | that last one.  It is now too huge to see. | 14:27:00 |
| 14 | Give me a moment. | 14:27:00 |
| 15 | Okay.  I can see the screenshot | 14:27:04 |
| 16 | of the Incognito screen. | 14:27:06 |
| 17 | Q.   Is this the Incognito screenshot | 14:27:12 |
| 18 | or splash screen that you've been | 14:27:15 |
| 19 | referring to in your testimony? | 14:27:17 |
| 20 | A.   Yes.  I have -- well, sort of. | 14:27:19 |
| 21 | I have seen this.  I believe that the | 14:27:21 |
| 22 | screen has changed, and there is another | 14:27:26 |
| 23 | slightly different one as well that -- and | 14:27:30 |
| 24 | I mean both of them.  And if there are | 14:27:32 |
| 25 | other changes that I don't recall, I would | 14:27:34 |

Page 123

```
 1    mean all of them.                        14:27:36

 2        Q.    And are you referring to the   14:27:37

 3    addition of the block third-party cookies 14:27:40

 4    language on this Incognito splash screen?  14:27:45

 5        A.    That's the largest bit that I   14:27:49

 6    would be referring to.  I think some of   14:27:52

 7    the other language may have changed       14:27:54

 8    slightly.  I can't speak to that          14:27:55

 9    specifically.  But yeah, that -- that's   14:27:58

10    part of it.                               14:28:03

11        Q.    This is what's also referred to 14:28:05

12    as the new tab page.  In other words, when 14:28:07

13    you open a new Incognito web page, this is 14:28:11

14    the web page that you would see, correct?  14:28:13

15        A.    Yes.                            14:28:18

16        Q.    Earlier, you testified that you 14:28:22

17    use Incognito, Chrome Incognito and that  14:28:25

18    sometimes you use it for a short period of 14:28:30

19    time, sometimes you use it for a more      14:28:32

20    extensive period of time; do you recall   14:28:33

21    that testimony?                           14:28:35

22        A.    I do, yes.                      14:28:35

23        Q.    Does it ever happen -- or let me 14:28:37

24    ask you this:  How long, in terms of hours 14:28:40

25    or days, whatever it is, is the longest   14:28:43
```

Page 124

```
 1    the same session open for more than ten        14:29:38
 2    days?                                           14:29:39
 3         A.   I have no idea.                        14:29:40
 4         Q.   Could have, could not have, you        14:29:40
 5    just don't know?                                14:29:42
 6         A.   That's correct.                        14:29:43
 7         Q.   What about more than 50 days?          14:29:43
 8         A.   Well, I think the first question       14:29:47
 9    in this line was what's the longest you've      14:29:49
10    had it open and I didn't know the answer        14:29:51
11    to that.  I'm not going to know the answer      14:29:54
12    to any particular time limit.  I guess          14:29:56
13    more -- I definitely never had one open         14:30:01
14    for more than 14 years.  You know, like, I      14:30:04
15    really don't know how long I've had one         14:30:07
16    open, and I can't say for any particular        14:30:09
17    length of time that is, you know,               14:30:11
18    physically possible.                            14:30:13
19         Q.   Do you have one open right now         14:30:15
20    in your computer at home?                       14:30:17
21         A.   I don't know.                          14:30:26
22         Q.   You may have, may not have, you        14:30:27
23    just don't recall?                              14:30:29
24         A.   That's correct.                        14:30:30
25         Q.   All right.  So back to the            14:30:36
```

Page 126

```
1    Incognito new tab page, which you have in        14:30:39
2    front of you as Exhibit 8, it says here          14:30:41
3    "Now you can browse privately, and other         14:30:44
4    people who use this device won't see your        14:30:47
5    activity."  Do you see that?                     14:30:50
6         A.    I see both of those two clauses       14:30:53
7    that you just read, yes.                         14:30:56
8         Q.    Why do you say "both of those         14:30:56
9    two clauses"?  What do you mean by that?         14:30:58
10        A.    Well, I understand "now you can       14:31:00
11   browse privately and other people who use        14:31:03
12   this device won't see your activity" to          14:31:04
13   both tell me something --                        14:31:07
14        Q.    What do they tell you --              14:31:08
15        A.    -- separately.                        14:31:14
16        Q.    What do they tell you?                14:31:21
17        A.    The first one "Now you can            14:31:23
18   browse privately," tells me that my              14:31:25
19   browsing will be private.  The other one,        14:31:28
20   the second half "and other people who use        14:31:31
21   this device won't see your activity,"            14:31:33
22   tells me that other people who use this          14:31:36
23   device won't see my activity.                    14:31:39
24        MR. LEE:  You're doing great,               14:31:55
25     just slow down for the court reporter.         14:31:56
```

Page 127

| | | |
|---|---|---|
| 1 | be in control of what information was | 14:39:36 |
| 2 | collected, told me that the way that I | 14:39:39 |
| 3 | could exercise control was by browsing in | 14:39:41 |
| 4 | Incognito mode.  And then while browsing | 14:39:44 |
| 5 | in Incognito mode, they collected the | 14:39:47 |
| 6 | information that they told me I could stop | 14:39:49 |
| 7 | them from collecting, and I think that is | 14:39:52 |
| 8 | a -- yeah, a clear -- like, I asked them | 14:39:56 |
| 9 | not to.  Like it's not even -- it's not | 14:40:01 |
| 10 | even a case of not consenting.  By opening | 14:40:05 |
| 11 | Incognito, I have explicitly said don't | 14:40:11 |
| 12 | collect the information that you said I | 14:40:13 |
| 13 | could control the collection of by opening | 14:40:16 |
| 14 | Incognito mode.  So, yeah, that -- that -- | 14:40:18 |
| 15 | if that information includes IPs, then, | 14:40:22 |
| 16 | yes, collecting that is a violation of | 14:40:24 |
| 17 | that privacy. | 14:40:26 |
| 18 | BY MS. TREBICKA: | 14:40:26 |
| 19 |    Q.    Do you mean that the word | 14:40:37 |
| 20 | "privately" and "private browsing" means | 14:40:41 |
| 21 | that your Internet browsing activity will | 14:40:44 |
| 22 | be concealed from everyone? | 14:40:46 |
| 23 |    A.    Well, in the case of Incognito, | 14:40:48 |
| 24 | I'd expect it to be concealed from Google | 14:40:49 |
| 25 | because they told me it was going to be | 14:40:52 |

Page 135

```
 1    concealed from Google.                        14:40:54

 2        Q.    Just from Google, right?  That's   14:40:56

 3    your understanding?                           14:40:58

 4        A.    So if we look on the Incognito      14:40:58

 5    splash screen or what you called the new     14:41:00

 6    tab page, it lists a few entities that the   14:41:04

 7    activity may still be visible to.  I         14:41:06

 8    believe that disclosure, I believe that it   14:41:10

 9    could be visible to the websites, to my      14:41:13

10    employer or school if I'm on the employer    14:41:16

11    or school network to the Internet service    14:41:18

12    provider, but it doesn't say Google here.    14:41:21

13    It doesn't say my activity might still be     14:41:24

14    visible to Google.  So I understood this     14:41:26

15    as -- and that would have been a great       14:41:29

16    place for Google to put Google.  So I        14:41:32

17    understood this is my information not        14:41:36

18    being visible to Google.                      14:41:39

19        Q.    Do you browse privately on other   14:41:43

20    browsers as well, other than Chrome?         14:41:49

21        A.    I -- I couldn't say.  Yeah, I      14:41:55

22    don't recall with specificity, but maybe.    14:42:04

23        Q.    But your testimony here today is    14:42:15

24    that Google should have been included in     14:42:18

25    this new tab page because why?  Why would    14:42:20
```

Page 136

```
 1   other documents; there's that privacy      14:45:39
 2   policy that represents that Google is --    14:45:40
 3   that the way for me to control what         14:45:45
 4   information is shared is by opening in      14:45:47
 5   Incognito mode.  So I'm not -- I'm not      14:45:54
 6   sure where I would have sort of fallen if   14:45:59
 7   for the past more than decade of using      14:46:03
 8   Incognito mode the -- the -- the            14:46:09
 9   disclosure had been different.  I -- I      14:46:12
10   can't say.                                  14:46:14
11   BY MS. TREBICKA:                            14:46:14
12       Q.   So your testimony is that even     14:46:30
13   if Google had stated on the new tab page    14:46:32
14   that Google is collecting or may receive    14:46:37
15   information from your private browsing       14:46:41
16   sessions, you still may have been confused  14:46:44
17   as to whether or not Google was collecting  14:46:47
18   this information?                           14:46:49
19       MR. LEE:  Objection to form,            14:46:51
20       mischaracterizes prior testimony.       14:46:53
21       A.   What my attorney said, I -- I      14:46:56
22   wouldn't have necessarily felt I was        14:46:58
23   confused.  I don't know what I would have   14:47:00
24   felt.  I also don't feel like I am          14:47:03
25   confused now.  I feel like I am lied to.    14:47:05
```

Page 140

```
 1    previously at minimum.                    15:16:59

 2              (Exhibit 11, Second Amended      15:17:11

 3        Complaint, marked for identification.) 15:17:11

 4    BY MS. TREBICKA:                           15:17:11

 5        Q.    We've marked as Exhibit 10 the   15:17:11

 6    Second Amended Complaint in this lawsuit.  15:17:17

 7    So -- I believe it's Exhibit 10.           15:17:21

 8              THE COURT REPORTER:  I thought    15:17:26

 9        there was a previous Exhibit 10.        15:17:27

10              MS. TREBICKA:  Exhibit 11.  I     15:17:28

11        apologize.                             15:17:34

12        A.    I have Exhibit 11 open.          15:17:37

13    BY MS. TREBICKA:                           15:17:37

14        Q.    Do you recognize this document,  15:17:54

15    Mr. Byatt?                                 15:17:55

16        A.    Yes.                             15:17:56

17        Q.    What is it?                      15:17:56

18        A.    It's the second amended          15:17:57

19    complaint in this lawsuit.                 15:18:00

20        Q.    Have you read it?                15:18:02

21        A.    I have.                          15:18:03

22        Q.    Did you read it before it was    15:18:03

23    filed?                                     15:18:06

24        A.    I did.                           15:18:06

25        Q.    Did you have any changes to it?  15:18:10
```

Page 156

```
1        A.    I don't recall.  That also          15:18:13
2    sounds privileged.  I don't know -- it         15:18:16
3    sounds like you're talking about               15:18:17
4    conversations between me and my attorney       15:18:19
5    so I -- I don't know, I -- I don't recall      15:18:22
6    either way.                                    15:18:24
7             MR. LEE:  It's a very good            15:18:25
8        point, Mr. Byatt.  Thank you.              15:18:26
9    BY MS. TREBICKA:                               15:18:26
10       Q.    And I'm certainly not asking         15:18:28
11   about the contents of any communications.      15:18:29
12   It was a different question, but thank you     15:18:32
13   for that.                                      15:18:34
14       A.    Yeah.                                15:18:35
15       Q.    That you are attuned to those        15:18:36
16   issues.  Let me direct your attention to       15:18:38
17   paragraph 282.                                 15:18:43
18       A.    Do you know what page number         15:18:51
19   just to make my life a little easier?          15:18:52
20       Q.    I will give it you in a second.      15:18:54
21       A.    Okay.                                15:18:54
22       Q.    You may know before I do.  I'm       15:18:58
23   still scrolling.                               15:19:01
24       A.    Me too.  I'm at 147.  I'm almost     15:19:02
25   there.                                         15:19:08
```

Page 157

| | | |
|---|---|---|
| 1 | Q.    Okay.  It's -- it's page 73 of | 15:19:08 |
| 2 | the PDF. | 15:19:13 |
| 3 | A.    I am looking at paragraph 282. | 15:19:14 |
| 4 | Q.    And paragraph 282 says | 15:19:21 |
| 5 | "Plaintiffs and Class members have | 15:19:23 |
| 6 | suffered injury-in-fact, including the | 15:19:25 |
| 7 | loss of money and/or property as a result | 15:19:27 |
| 8 | of Google's unfair and/or unlawful | 15:19:29 |
| 9 | practices"; do you see that? | 15:19:33 |
| 10 | A.    I do, yes. | 15:19:35 |
| 11 | Q.    And I'm -- for the record, to be | 15:19:36 |
| 12 | clear, I'm not reading the entirety of | 15:19:38 |
| 13 | that sentence or paragraph into the | 15:19:40 |
| 14 | record.  Feel free to review it if you | 15:19:42 |
| 15 | need to answer my question, which is: | 15:19:45 |
| 16 | What money did you lose as a result of | 15:19:47 |
| 17 | Google's alleged conduct? | 15:19:52 |
| 18 | A.    Google has taken the data, which | 15:19:55 |
| 19 | is my property and also, my -- by running | 15:19:58 |
| 20 | analytics, collecting data, using my | 15:20:07 |
| 21 | computing power and bandwidth, that does, | 15:20:10 |
| 22 | you know, quite literally cost | 15:20:13 |
| 23 | electricity, it is part of the monthly | 15:20:16 |
| 24 | bills I pay for -- for electric and | 15:20:21 |
| 25 | Internet. | 15:20:22 |

Page 158

| | | |
|---|---|---|
| 1 | And Google is using the | 15:20:23 |
| 2 | electricity and transmitting over that | 15:20:25 |
| 3 | Internet without my consent.  But also, | 15:20:27 |
| 4 | like I said more directly, they've taken | 15:20:31 |
| 5 | the property, which is my data. | 15:20:33 |
| 6 | Q.    So my question was limited to | 15:20:36 |
| 7 | the money portion.  We'll get to the | 15:20:37 |
| 8 | property portion as well. | 15:20:39 |
| 9 | But as far as the money portion, | 15:20:41 |
| 10 | is there anything else that you contend is | 15:20:43 |
| 11 | the money that you have lost as a result | 15:20:48 |
| 12 | of Google's alleged conduct in this | 15:20:50 |
| 13 | lawsuit? | 15:20:52 |
| 14 | MR. LEE:  Hold on.  Let me -- | 15:20:54 |
| 15 | let me just object to the extent this | 15:20:55 |
| 16 | calls for a legal conclusion or an | 15:20:59 |
| 17 | expert opinion. | 15:21:00 |
| 18 | A.    So with those direct losses, | 15:21:04 |
| 19 | the -- the electricity and data bandwidth | 15:21:08 |
| 20 | that it has cost me, it's also -- I -- I | 15:21:12 |
| 21 | subscribe to multiple Google services and | 15:21:18 |
| 22 | I'm not sure that I necessarily would have | 15:21:25 |
| 23 | done that if I weren't sort of in the | 15:21:29 |
| 24 | Google product ecosystem with, you know, | 15:21:33 |
| 25 | Chrome as my primary touch point. | 15:21:35 |

Page 159

```
 1        A.     There's the electrical and          15:28:26
 2   bandwidth fees associated, which is using       15:28:28
 3   a computer and using the Internet.              15:28:31
 4        Q.     Would you be willing to pay         15:28:36
 5   money for a version of Chrome that blocked      15:28:38
 6   all ads?                                        15:28:40
 7        A.     I would certainly consider it.      15:28:49
 8   I think whether I'd be actually willing to      15:28:51
 9   require the product actually being offered      15:28:54
10   and, you know, thinking about what              15:28:56
11   alternatives are, but I would not rule it       15:28:57
12   out.                                            15:29:00
13        Q.     You can set that exhibit aside,     15:29:00
14   although in the virtual world, that             15:29:07
15   doesn't work as well as when we are in          15:29:09
16   person.  All I meant is I'm done with that      15:29:12
17   exhibit.                                        15:29:15
18            MS. TREBICKA:  We'll mark as           15:29:20
19        Exhibit 12, your May 12, 2021 amended      15:29:21
20        responses and objections to Google's       15:29:36
21        interrogatories number 1, 4 and 5.         15:29:39
22        That's tab 12, Tracy.                      15:29:42
23            (Exhibit 12, May 12, 2021              15:29:45
24        Amended Responses and Objections to        15:29:45
25        Google's Interrogatories Number 1, 4       15:29:45
```

Page 166

| | | |
|---|---|---|
| 1 | and 5, marked for identification.) | 15:29:45 |
| 2 | BY MS. TREBICKA: | 15:29:45 |
| 3 | Q.   Mr. Byatt, let me know when | 15:30:05 |
| 4 | you're -- it's up in front of you. | 15:30:06 |
| 5 | A.   It is up in front of me. | 15:30:07 |
| 6 | Q.   Have you seen this document | 15:30:15 |
| 7 | before? | 15:30:16 |
| 8 | A.   Yes, I have. | 15:30:18 |
| 9 | Q.   You understand that in the | 15:30:18 |
| 10 | course of this litigation, Google has | 15:30:22 |
| 11 | asked certain questions of you and you | 15:30:24 |
| 12 | have responded to those questions in a | 15:30:27 |
| 13 | formal document? | 15:30:29 |
| 14 | A.   Yes. | 15:30:30 |
| 15 | Q.   And we call that process | 15:30:31 |
| 16 | interrogatory serving and interrogatory | 15:30:35 |
| 17 | answering process. | 15:30:37 |
| 18 | A.   I will take your word for it. | 15:30:39 |
| 19 | Q.   Okay.  Just wanted you to be | 15:30:40 |
| 20 | aware in case you hadn't encountered those | 15:30:42 |
| 21 | terms before. | 15:30:45 |
| 22 | A.   No, I certainly have. | 15:30:46 |
| 23 | Q.   Okay, good. | 15:30:47 |
| 24 | So if you could direct your | 15:30:49 |
| 25 | attention to that last page of this | 15:30:51 |

Page 167

```
1    document.                                  15:30:56

2         A.    I am on the last page.          15:30:58

3         Q.    I said 11, but I actually meant 15:31:08

4    page 7.  So, Mr. Byatt, I correct my       15:31:11

5    direction.  Could you please turn to       15:31:15

6    page 7?                                     15:31:17

7         A.    There, yes, I'm on page 7.      15:31:18

8         Q.    Do you see the title of that    15:31:21

9    page says Verification?                    15:31:22

10        A.    I do.                           15:31:23

11        Q.    And this is your verification   15:31:24

12   that the answers are true and correct; is  15:31:26

13   that right?                                 15:31:31

14        A.    Yes.  Well, for the -- just     15:31:32

15   under the rule of completeness, let's      15:31:32

16   finish that sentence.  It says that "The   15:31:35

17   answers are true and correct to the best   15:31:36

18   of my knowledge and belief."               15:31:38

19        Q.    Do you remember reviewing the   15:31:47

20   answers and making sure that, to the best  15:31:48

21   of your knowledge and belief, they were    15:31:50

22   correct?                                    15:31:50

23        A.    I do, yes.                      15:31:59

24        Q.    If you could direct your        15:31:59

25   attention to Interrogatory Number 4.  This 15:32:00
```

Page 168

| | | |
|---|---|---|
| 1 | is on page 3. | 15:32:07 |
| 2 | A.    I see Interrogatory Number 4. | 15:32:07 |
| 3 | Q.    And the question that we posed | 15:32:11 |
| 4 | there is "Without limitation as to time | 15:32:12 |
| 5 | period, describe with particularity all | 15:32:14 |
| 6 | websites, applications, or other online | 15:32:16 |
| 7 | services with which you voluntarily shared | 15:32:19 |
| 8 | any data at issue."  Do you see that? | 15:32:22 |
| 9 | A.    I do. | 15:32:25 |
| 10 | Q.    And then if you move to the next | 15:32:26 |
| 11 | page, it says Amended Response to | 15:32:30 |
| 12 | Interrogatory Number 4.  Do you see that? | 15:32:34 |
| 13 | A.    I do. | 15:32:37 |
| 14 | Q.    And in the second paragraph, | 15:32:37 |
| 15 | there is a list of questions -- of | 15:32:40 |
| 16 | websites starting with Twitter.com. | 15:32:43 |
| 17 | A.    I see this. | 15:32:48 |
| 18 | Q.    Do you see that?  And is it | 15:32:49 |
| 19 | correct that this is a list of websites | 15:32:52 |
| 20 | that you remember visiting most regardless | 15:32:53 |
| 21 | of whether you were in private mode? | 15:32:57 |
| 22 | A.    Well, yes.  Those are certainly | 15:33:04 |
| 23 | all websites that I visit a lot.  In the | 15:33:06 |
| 24 | period before I answered this, I believe | 15:33:13 |
| 25 | those would have been the websites I | 15:33:18 |

Page 169

```
 1    visited the most, yes.                        15:33:21

 2         Q.    Has that changed since the         15:33:26

 3    period that you responded to this             15:33:27

 4    interrogatory?                                15:33:30

 5         A.    I could not say.  Yeah, I don't    15:33:31

 6    know.  Those are all still websites I view    15:33:32

 7    a lot.                                         15:33:35

 8         Q.    You also state that, to the        15:33:40

 9    extent you can recall, just further in the    15:33:43

10    paragraph, during the class period, the       15:33:45

11    applications that you most used include       15:33:47

12    and there's a list of applications.           15:33:50

13              Do you see that?                     15:33:53

14         A.    I do see that.                      15:33:53

15         Q.    Has that list changed since the    15:33:54

16    time that you responded to this               15:33:57

17    interrogatory?                                15:33:59

18         A.    All of those are still             15:34:00

19    applications I use a lot.  Pardon me.  I      15:34:04

20    could not say if that's still the             15:34:09

21    applications that I use the most, but I do    15:34:14

22    still use all those applications             15:34:19

23    regularly.                                     15:34:20

24         Q.    Are any of these websites,         15:34:22

25    starting with the websites, are there any    15:34:25
```

Page 170

| | | |
|---|---|---|
| 1 | are listed here?  Do you recall | 15:38:20 |
| 2 | interacting specifically with any of the | 15:38:25 |
| 3 | privacy settings for any of these | 15:38:28 |
| 4 | applications? | 15:38:29 |
| 5 | A.    Yes.  Google Chrome, I interact | 15:38:31 |
| 6 | with that all the time by opening in | 15:38:35 |
| 7 | Incognito mode. | 15:38:38 |
| 8 | Q.    Anything else? | 15:38:38 |
| 9 | A.    I can't say that I remember with | 15:38:39 |
| 10 | specificity for any of the others. | 15:38:44 |
| 11 | MS. TREBICKA:  Let me mark as | 15:39:10 |
| 12 | Exhibit 13 interrogatory response -- | 15:39:12 |
| 13 | oh, I -- I apologize.  It's | 15:39:24 |
| 14 | actually -- it's actually the same | 15:39:25 |
| 15 | exhibit.  So let me -- okay.  So that | 15:39:31 |
| 16 | the record is clear, let me mark as | 15:39:36 |
| 17 | Exhibit 13 interrogatory response to | 15:39:39 |
| 18 | Google's Interrogatory Number 2 on | 15:39:47 |
| 19 | May 6, 2021, and this has Mr. Byatt's | 15:39:51 |
| 20 | verification page -- verification at | 15:39:56 |
| 21 | page 4.  So that's tab 17, Tracy. | 15:39:59 |
| 22 | (Exhibit 13, Byatt's Revised | 15:40:02 |
| 23 | Responses to Defendant's Rog 2, marked | 15:40:02 |
| 24 | for identification.) | 15:40:02 |
| 25 | A.    So I'm sorry, am I looking for | 15:40:05 |

Page 174

| | | |
|---|---|---|
| 1 | an Exhibit 13 and to open it? | 15:40:07 |
| 2 | BY MS. TREBICKA: | 15:40:08 |
| 3 |     Q.    It will eventually show up, yes. | 15:40:09 |
| 4 |     A.    Okay.  I have Exhibit 13 open. | 15:40:11 |
| 5 |     Q.    Do you recognize this document? | 15:40:33 |
| 6 |     A.    I do, yes. | 15:40:33 |
| 7 |     Q.    What is this document? | 15:40:35 |
| 8 |     A.    This is also a document with my | 15:40:39 |
| 9 | response to questions from Google. | 15:40:43 |
| 10 |     Q.    And if you could direct your | 15:40:46 |
| 11 | attention to page 4, this likewise has a | 15:40:49 |
| 12 | verification or page -- it says page -- | 15:40:52 |
| 13 | it's actually page 3.  I apologize.  Oh, | 15:40:56 |
| 14 | no, page 4. | 15:40:59 |
| 15 |     A.    Yes, I see that. | 15:41:02 |
| 16 |     Q.    So this means that -- is this | 15:41:03 |
| 17 | your signature? | 15:41:06 |
| 18 |     A.    Yes, it is. | 15:41:09 |
| 19 |     Q.    And this means that you reviewed | 15:41:10 |
| 20 | and to the best of your knowledge and | 15:41:11 |
| 21 | belief the answers are correct; is that | 15:41:13 |
| 22 | right? | 15:41:15 |
| 23 |     A.    That is correct. | 15:41:16 |
| 24 |     Q.    Okay.  Let me direct your | 15:41:17 |
| 25 | attention to interrogatory -- to the | 15:41:22 |

Page 175

| | | |
|---|---|---|
| 1 | actual interrogatory, which is | 15:41:27 |
| 2 | Interrogatory Number 2, and this asks -- | 15:41:29 |
| 3 | this is a rather long interrogatory | 15:41:32 |
| 4 | question, but it asks to -- you to | 15:41:34 |
| 5 | describe with particularity your use of | 15:41:37 |
| 6 | Chrome.  Do you see that? | 15:41:40 |
| 7 | A.    I do, yes. | 15:41:42 |
| 8 | Q.    Now, if you would direct your | 15:41:44 |
| 9 | attention to page 3, in the middle.  This | 15:41:46 |
| 10 | is part of your amended response, feel | 15:41:53 |
| 11 | free to scroll through the document, you | 15:41:55 |
| 12 | know, to -- these are not trick questions | 15:41:57 |
| 13 | or anything.  I'm just trying to shortcut | 15:41:59 |
| 14 | to the parts that are relevant.  The -- | 15:42:02 |
| 15 | the paragraph -- the first full paragraph | 15:42:04 |
| 16 | that starts with notwithstanding and | 15:42:06 |
| 17 | subject to these objections; do you see | 15:42:08 |
| 18 | that? | 15:42:10 |
| 19 | A.    I do see that. | 15:42:10 |
| 20 | Q.    And it says here that since | 15:42:11 |
| 21 | 2016, you have almost exclusively used | 15:42:14 |
| 22 | Chrome on your laptop computers as well as | 15:42:16 |
| 23 | your Android phone; is that right? | 15:42:20 |
| 24 | A.    Give me just a moment.  Yes. | 15:42:22 |
| 25 | Q.    And then further down you list | 15:42:31 |

Page 176

```
 1   Exhibit 19.                              16:13:09
 2           (Exhibit 19, Plaintiff William   16:13:11
 3       Byatt's Objections and Responses to
 4       Defendant's First Set of
 5       Interrogatories, marked for
 6       identification.)
 7   BY MS. TREBICKA:
 8       Q.   Just let me know when you're    16:13:12
 9   there.                                   16:13:13
10       A.   I have Exhibit 19.              16:13:19
11       Q.   Okay.  This is another amended  16:13:20
12   response and objection to Google's First 16:13:25
13   Set of Interrogatories, numbers 1        16:13:29
14   through 6, and it's dated January 11,    16:13:30
15   2021; do you recognize this document?    16:13:34
16       A.   Yes, I do.                      16:13:36
17       Q.   What is it?                     16:13:37
18       A.    It is exactly what you said.  It  16:13:39
19   is my answers and I -- I guess counsel's 16:13:40
20   objections to questions from Google.     16:13:46
21       Q.   Okay.  And is this -- before    16:13:50
22   this document was served on January 11,  16:13:53
23   2021, did you review to make sure that it 16:13:56
24   was complete and accurate to the best of 16:13:58
25   your knowledge and belief?               16:14:01
```

Page 205

| | | |
|---|---|---|
| 1 | A.     To the best of my knowledge and | 16:14:03 |
| 2 | belief, yes. | 16:14:04 |
| 3 | MS. TREBICKA:  I believe we do | 16:14:09 |
| 4 | not have the verification for this | 16:14:10 |
| 5 | amended inter- -- or response and | 16:14:14 |
| 6 | objection or maybe it has arrived | 16:14:16 |
| 7 | today and I've been in this deposition | 16:14:18 |
| 8 | so I haven't seen it, but I trust that | 16:14:20 |
| 9 | we will receive it shortly, Counsel. | 16:14:23 |
| 10 | Okay.  We will mark next as | 16:14:34 |
| 11 | Exhibit 20, your amended responses and | 16:14:35 |
| 12 | objections to Google's second set of | 16:14:41 |
| 13 | interrogatories, number 7 to 10 and | 16:14:43 |
| 14 | these are dated June 1, 2021. | 16:14:46 |
| 15 | (Exhibit 20, Plaintiff William | 16:14:48 |
| 16 | Byatt's Amended Objections and | 16:14:48 |
| 17 | Responses to Defendant's Second Set of | 16:14:48 |
| 18 | Interrogatories, marked for | 16:14:48 |
| 19 | identification.) | 16:14:51 |
| 20 | MR. LEE:  Hold on.  Just give us | 16:14:51 |
| 21 | a chance to load it. | 16:14:52 |
| 22 | MS. TREBICKA:  Yep. | 16:14:53 |
| 23 | A.     I have it open. | 16:15:08 |
| 24 | BY MS. TREBICKA: | 16:15:08 |
| 25 | Q.     Do you recognize this document? | 16:15:09 |

Page 206

```
 1      A.   Give me just a moment, please.      16:15:11

 2           Yeah, I do.                          16:15:13

 3      Q.   And what is this document?           16:15:14

 4      A.   Same thing as the others.  It is     16:15:17

 5  my responses to some questions from           16:15:19

 6  Google.                                        16:15:24

 7      Q.   Okay.                                 16:15:25

 8           MS. TREBICKA:  And same note as       16:15:30

 9      to this amended response and               16:15:33

10      objection, we have not yet received        16:15:37

11      Mr. Byatt's verification.  We trust it     16:15:39

12      will come shortly.                         16:15:43

13  BY MS. TREBICKA:                               16:15:45

14      Q.   But, Mr. Byatt, did you review        16:15:45

15  to make sure that it is -- the responses,      16:15:46

16  that they are, to the best of your             16:15:49

17  understanding and belief?                      16:15:52

18      A.   When I got this document, I did       16:15:54

19  do that.  Let me -- give me just a moment      16:15:58

20  to check and make sure that this is what I     16:16:02

21  remember reviewing.                            16:16:04

22           Yeah, this looks right, as best       16:16:29

23  as I can remember.                             16:16:33

24      Q.   You're aware of companies like        16:16:36

25  Killi or Brave; is that right?                 16:16:40
```

Page 207

```
1    the information -- my browsing information        16:20:20
2    when I'm in Incognito mode is information         16:20:25
3    that it is more valuable to me for it to          16:20:28
4    remain private, right, yeah.  So I don't          16:20:32
5    know how Google values it, but for me it          16:20:37
6    is certainly -- the highest value is for          16:20:40
7    it to be private when I'm in Incognito            16:20:42
8    mode.                                             16:20:42
9    BY MS. TREBICKA:                                  16:20:42
10       Q.    What about value to others --           16:20:56
11   and actually, let me -- why don't you take        16:20:59
12   a look at the response to Interrogatory 10        16:21:01
13   in this exhibit that you have open, which         16:21:05
14   is on page 7.                                     16:21:09
15       A.    I'm on page 7.                          16:21:20
16       Q.    Okay.  And I'm focusing your            16:21:22
17   attention to the last paragraph on that           16:21:23
18   page, the one that starts with                    16:21:24
19   "Notwithstanding and subject to these             16:21:26
20   objections"; do you see that?                     16:21:28
21       A.    I see that paragraph.                   16:21:32
22       Q.    And you said "Plaintiff Byatt           16:21:33
23   responds that he has been aware of the            16:21:35
24   value of his personal data for years and          16:21:36
25   he chose to browse privately to protect           16:21:38
```

Page 211

```
 1    that personal data from Google and other      16:21:41
 2    tech company's collection for their own        16:21:44
 3    benefit and profit"; do you see that?          16:21:46
 4         A.    I do.                                16:21:48
 5         Q.    Is that a correct statement?         16:21:49
 6         A.    Yes, that seems correct to me.       16:21:51
 7         Q.    And skipping over the -- or          16:21:57
 8    actually, just continuing -- continuing on     16:21:59
 9    with your answer, it says "Plaintiff Byatt     16:22:01
10    cannot recall specifically when he learned     16:22:04
11    of websites like Killi, but he knew about      16:22:06
12    companies like Brave and others that           16:22:09
13    provide monetary compensation for personal     16:22:12
14    data before filing this lawsuit.  To the       16:22:14
15    best of Plaintiff Byatt's recollection, he     16:22:18
16    cannot recall attempting to sell his           16:22:20
17    personal data, but because Plaintiff Byatt     16:22:23
18    could sell his personal data to websites       16:22:26
19    like Killi and similar websites, the           16:22:29
20    personal data that Google has unlawfully       16:22:31
21    intercepted while Plaintiff Byatt was in       16:22:34
22    private browsing mode has inherent value       16:22:37
23    and Google unlawfully collected that           16:22:40
24    personal data without providing                16:22:42
25    compensation to Plaintiff Byatt."              16:22:43
```

Page 212

```
 1    that generally.                          16:25:31

 2        Q.    Tell me how it would be context   16:25:31

 3    dependent, and I'm speaking here about    16:25:34

 4    browsing in Incognito specifically.       16:25:36

 5        A.    Well, I'm not -- much like the    16:25:38

 6    other context-based answers from earlier, 16:25:40

 7    I don't have a valuation algorithm in my  16:25:46

 8    head, but, depending on what my behavior  16:25:52

 9    looks like, what I've done, those values  16:26:03

10    could look different in ways I can't       16:26:07

11    necessarily just predict, sitting here.   16:26:12

12            But there are certainly going to   16:26:15

13    be some referrers that are going to be    16:26:20

14    more valuable to me.  There are going to  16:26:23

15    be some IPs that are more valuable to me. 16:26:28

16    I think it will depend a lot on -- on too  16:26:31

17    many details to be able to enumerate.     16:26:35

18        Q.    If Google were to pay for your    16:26:39

19    data, do you agree that it could use it   16:26:45

20    including for advertising?                 16:26:48

21            MR. LEE:  Objection to form,       16:26:51

22        incomplete hypothetical.               16:26:53

23        A.    Yeah, so if Google were to pay    16:26:56

24    and fully disclose what they were doing   16:27:03

25    and obtain my consent, that's a lot of    16:27:09
```

Veritext Legal Solutions
866 299-5127

```
 1    ifs, then sure, yeah.                        16:27:15
 2            MS. TREBICKA:  Let me mark as        16:27:25
 3        the next exhibit, which is Exhibit 21,   16:27:27
 4        your responses and objections to        16:27:30
 5        Google's third set of interrogatories    16:27:33
 6        number 11.                               16:27:36
 7            MR. LEE:  Can we just get a time      16:27:39
 8        check as to how long we've been on the   16:27:40
 9        record before we get into the           16:27:42
10        document?                                16:27:45
11            THE VIDEOGRAPHER:  Hour 20.          16:27:46
12            MR. LEE:  Hour 20.  Do you mind      16:27:48
13        if we take a break?  We can do it        16:27:51
14        after this document, Viola, if that's    16:27:52
15        better for you, but should be --         16:27:52
16            MS. TREBICKA:  I'm literally         16:27:54
17        just going to put it into the record.    16:27:56
18            MR. LEE:  Okay.                      16:27:57
19            MS. TREBICKA:  So -- okay.           16:27:59
20        Let's -- I'll do it quickly.             16:27:59
21            (Exhibit 21, Plaintiff William       16:28:01
22        Byatt's Verified Objections and
23        Response to Defendant's Third Set of
24        Interrogatories (No. 11), marked for
25        identification.)
```

Page 216

```
 1    BY MS. TREBICKA:
 2         Q.   So, Mr. Byatt, this is          16:28:02
 3    Exhibit 21.  Tell me when it's in front of  16:28:03
 4    you.                                        16:28:07
 5         A.   Exhibit 21 is what I'm looking   16:28:07
 6    for?                                        16:28:09
 7         Q.   Correct.                          16:28:09
 8         A.   I have Exhibit 21 open.           16:28:10
 9         Q.   And this is -- do you remember   16:28:12
10    this document?  Do you recall reviewing    16:28:14
11    it?                                         16:28:16
12              MR. LEE:  You have to answer     16:28:19
13         audibly.                               16:28:20
14              THE WITNESS:  I'm checking it.   16:28:21
15              MR. LEE:  Oh, okay.               16:28:22
16         A.   This looks right.  Yeah, this    16:28:24
17    looks familiar, I have -- I have reviewed  16:28:26
18    this.                                       16:28:28
19    BY MS. TREBICKA:                            16:28:28
20         Q.   Okay.  And do you have any       16:28:28
21    reason to believe that this is not         16:28:32
22    complete and correct, of course, you know, 16:28:34
23    subject to your understanding and the      16:28:41
24    knowledge that you currently have?         16:28:42
25         A.   Right, yeah, to the best of my   16:28:46
```

Page 217

```
 1    knowledge and ability, this seems correct.      16:28:47
 2        Q.    Okay.  Great.                          16:28:51
 3            MS. TREBICKA:  We can get off             16:28:52
 4        the record now if you'd like.                16:28:53
 5            MR. LEE:  Yep, let's take a               16:28:56
 6        ten-minute break.                            16:28:58
 7            MS. TREBICKA:  Sounds good.               16:28:59
 8            THE VIDEOGRAPHER:  All right.             16:29:00
 9        Going off the record.  The time is           16:29:01
10        4:28 p.m.                                    16:29:03
11            (Whereupon, a brief recess is            16:29:18
12        taken.)                                      16:39:11
13            THE VIDEOGRAPHER:  Back on the           16:39:11
14        record.  The time is 4:39 p.m.               16:39:22
15    BY MS. TREBICKA:                                 16:39:22
16        Q.    Mr. Byatt, we've marked as             16:39:33
17    Exhibit 22, your July 30, 2021 responses         16:39:35
18    and objections to Google's fourth set of         16:39:43
19    interrogatories.                                 16:39:47
20            (Exhibit 22, Plaintiff William           16:39:47
21        Byatt's Objections and Responses to
22        Defendant's Fourth Set of
23        Interrogatories (Nos. 12-15), marked
24        for identification.)
25    BY MS. TREBICKA:
```

Page 218

| | | |
|---|---|---|
| 1 | Q.    And it's numbers 12 through 15; | 16:39:50 |
| 2 | do you see that? | 16:39:52 |
| 3 | A.    I do see it. | 16:39:53 |
| 4 | Q.    Do you recognize this document? | 16:39:54 |
| 5 | A.    I do. | 16:39:56 |
| 6 | Q.    Did you review the responses in | 16:39:57 |
| 7 | this document before it was served? | 16:40:01 |
| 8 | A.    I did, yes. | 16:40:02 |
| 9 | Q.    And is -- are they accurate to | 16:40:04 |
| 10 | the best of your knowledge and belief? | 16:40:07 |
| 11 | A.    Yes. | 16:40:11 |
| 12 | Q.    And response to Interrogatory | 16:40:11 |
| 13 | Number 13, which is on page 3, the second | 16:40:18 |
| 14 | full paragraph in the response, but the | 16:40:24 |
| 15 | one that starts with "notwithstanding and | 16:40:28 |
| 16 | subject to these objections"; do you see | 16:40:30 |
| 17 | that? | 16:40:32 |
| 18 | A.    I do, yes. | 16:40:32 |
| 19 | Q.    And you list here, certain | 16:40:34 |
| 20 | Google services that you pay for; do you | 16:40:35 |
| 21 | see that? | 16:40:40 |
| 22 | A.    I do, yes. | 16:40:40 |
| 23 | Q.    Do you continue to pay for these | 16:40:42 |
| 24 | Google services? | 16:40:44 |
| 25 | A.    I believe so, yes. | 16:40:47 |

Page 219

```
 1        Q.    So you haven't discontinued the      16:40:49
 2   use of any of these services; is that           16:40:50
 3   right?                                          16:40:52
 4        A.    Not that I recall.                   16:40:53
 5        Q.    Okay.                                16:40:59
 6              MS. TREBICKA:  We'll mark as         16:41:00
 7        Exhibit 23 another interrogatory           16:41:01
 8        response.  This one is the verified        16:41:10
 9        objections and responses to Google's       16:41:17
10        fifth set of interrogatories,              16:41:20
11        number 16.                                 16:41:22
12              (Exhibit 23, Plaintiff William       16:41:25
13        Byatt's Verified Objections and
14        Responses to Defendant's Fifth Set of
15        Interrogatories (No. 16), marked for
16        identification.)
17   BY MS. TREBICKA:
18        Q.    Do you see that?                      16:41:26
19        A.    I do.                                 16:41:26
20        Q.    Did you review this before it         16:41:26
21   was served to confirm that it was accurate      16:41:28
22   and complete to the best of your knowledge      16:41:31
23   and belief?                                      16:41:33
24        A.    Yes, I did.  And I -- I did           16:41:33
25   review it and I -- I do confirm that it's       16:41:36
```

Page 220

```
 1    accurate, to the best of my knowledge and      16:41:39
 2    belief.                                         16:41:40
 3         Q.    Okay.                                16:41:40
 4              MS. TREBICKA:  And this actually      16:41:41
 5         says "verified objections and             16:41:42
 6         responses," but the verification, I       16:41:44
 7         understand was not received with this     16:41:47
 8         document.  I -- I understand it's been    16:41:49
 9         received today and we will put it into    16:41:52
10         the record.  I just wanted the record     16:41:54
11         to be clear.                              16:41:57
12    BY MS. TREBICKA:                                16:41:57
13         Q.    If you could take a look at         16:42:09
14    interrogatory 16, the answer to                16:42:11
15    interrogatory 16 that -- in the middle of      16:42:13
16    page 2, lines -- between lines 15 and 16,      16:42:15
17    the paragraph that starts with "Google has     16:42:22
18    demonstrated a willingness"; do you see        16:42:23
19    that?                                          16:42:27
20         A.    I do.                               16:42:27
21         Q.    Do you see that this                16:42:28
22    paragraph -- and take your time to             16:42:29
23    review -- but this paragraph and the next      16:42:31
24    have certain examples of data that -- I'm      16:42:34
25    sorry -- have certain examples of consumer     16:42:40
```

| | | |
|---|---|---|
| 1 | research companies or other companies that | 16:42:43 |
| 2 | you contend demonstrate a willingness to | 16:42:45 |
| 3 | pay consumers; is that right, as a general | 16:42:48 |
| 4 | matter? | 16:42:50 |
| 5 |     A.    Yes, I see that, and -- and it | 16:42:51 |
| 6 | says that. | 16:42:53 |
| 7 |     Q.    And were you aware of these | 16:42:54 |
| 8 | consumer research companies before this | 16:42:58 |
| 9 | litigation? | 16:43:01 |
| 10 |     A.    I couldn't say exactly when I | 16:43:04 |
| 11 | became aware of them specifically.  I was | 16:43:07 |
| 12 | aware that, you know, paid consumer | 16:43:09 |
| 13 | research exists.  I -- yeah.  So I would | 16:43:13 |
| 14 | say generally, I was aware of -- of the | 16:43:22 |
| 15 | existence of companies like this.  I | 16:43:25 |
| 16 | cannot say specifically when I became | 16:43:27 |
| 17 | aware of the names of individual | 16:43:29 |
| 18 | companies. | 16:43:32 |
| 19 |     Q.    Have you ever tried to sell your | 16:43:33 |
| 20 | data to any of these companies listed | 16:43:34 |
| 21 | here? | 16:43:37 |
| 22 |     A.    I have done paid consumer | 16:43:38 |
| 23 | research, but a very long time ago and not | 16:43:45 |
| 24 | in relation to Google. | 16:43:48 |
| 25 |     Q.    What do you recall about that? | 16:43:51 |

Page 222

| | | |
|---|---|---|
| 1 | mark it, I'll move on to something | 16:50:38 |
| 2 | else.  Thank you, Tracy.  I jumped the | 16:50:40 |
| 3 | gun. | 16:50:43 |
| 4 | BY MS. TREBICKA: | 16:50:43 |
| 5 | Q.    What has been marked as | 16:50:50 |
| 6 | Exhibit 24 is your amended objections and | 16:50:51 |
| 7 | responses to defendant's second set of | 16:50:56 |
| 8 | requests for admission; do you see that? | 16:51:00 |
| 9 | A.    I do see this. | 16:51:03 |
| 10 | Q.    Okay.  And do you understand | 16:51:05 |
| 11 | what requests for admission are? | 16:51:06 |
| 12 | A.    I would imagine that there is | 16:51:11 |
| 13 | some specific legal meaning of that that I | 16:51:15 |
| 14 | am not familiar with, but in a sort of | 16:51:20 |
| 15 | colloquial sense, yes.  And I can, you | 16:51:23 |
| 16 | know, read the questions on here and | 16:51:27 |
| 17 | understand what they're asking. | 16:51:29 |
| 18 | Q.    Have you seen this document | 16:51:32 |
| 19 | before? | 16:51:34 |
| 20 | A.    Yes, I have. | 16:51:34 |
| 21 | Q.    You have, okay.  Good and feel | 16:51:35 |
| 22 | free to familiarize yourself with it and I | 16:51:38 |
| 23 | will be asking questions about -- | 16:51:41 |
| 24 | specifically, RFA number 6, 7 and 15, | 16:51:44 |
| 25 | because I realize it's a long document. | 16:51:55 |

Page 228

```
1        A.    6, 7 and which?                   16:51:55

2        Q.    15.                                16:51:57

3        A.    15.   Okay.   I have reviewed the  16:51:58

4   document.                                     16:52:07

5        Q.    Okay.   So with respect to a       16:52:08

6   request for admission number 6, which is      16:52:11

7   on page 7, are you there?                     16:52:13

8        A.    I'm scrolling back up.   I am      16:52:16

9   there now, yes.                               16:52:20

10       Q.    This request for admission asks    16:52:21

11  "Admit that each Google privacy policy you    16:52:24

12  reviewed disclosed that Google collects       16:52:26

13  information about users' visits to            16:52:28

14  websites that use Google's services"; do      16:52:31

15  you see that?                                 16:52:33

16       A.    I do see that.                     16:52:33

17       Q.    And then the response says         16:52:34

18  "Denied."   Do you see that?                  16:52:37

19       A.    I do, yes.                         16:52:38

20       Q.    What's the basis for this          16:52:39

21  response?                                     16:52:42

22       A.    That the privacy policies did      16:52:44

23  not disclose that Google ignores             16:52:50

24  everything it has told me about Incognito     16:52:55

25  mode when I go to other websites that use     16:52:58
```

Page  229

```
1    Google from collecting the information        16:55:20
2    that you allege Google illegally             16:55:21
3    'intercepted'"; do you see that?             16:55:24
4         A.    I do see that.                    16:55:25
5         Q.    And do you see that the response  16:55:26
6    is "Denied"?                                 16:55:28
7         A.    I do.                             16:55:29
8         Q.    What's the basis for that         16:55:29
9    denial?                                      16:55:31
10        A.    The fact that the Incognito       16:55:32
11   notice does represent that Incognito mode    16:55:33
12   prevents Google from collecting the          16:55:37
13   information.                                 16:55:38
14        Q.    How does it -- how does it        16:55:39
15   represent it?                                16:55:42
16        A.    The words, it says that I can     16:55:43
17   browse privately.  It's got a little         16:55:46
18   spy-looking dude that suggests privacy as    16:55:49
19   well.  It says that my behavior may be       16:55:52
20   visible to certain websites, but they        16:55:57
21   don't say to them or to certain entities,    16:55:58
22   but they don't say to them, yeah, I think    16:56:02
23   we've gone over pretty clearly how the       16:56:04
24   Incognito notice led me to believe that      16:56:07
25   Incognito mode would prevent Google from     16:56:11
```

Page 232

| | | |
|---|---|---|
| 1 | collecting the information that Google | 16:56:13 |
| 2 | illegally intercepts. | 16:56:14 |
| 3 | Q.   And you would agree that the | 16:56:16 |
| 4 | Incognito notice does not mention the word | 16:56:20 |
| 5 | Google in it, correct? | 16:56:21 |
| 6 | A.   Well, the Incognito notice says | 16:56:25 |
| 7 | Chrome and it's in a Google product, but | 16:56:27 |
| 8 | I'm not aware of it having the word Google | 16:56:30 |
| 9 | in it, sure. | 16:56:32 |
| 10 | Q.   We can set that aside. | 16:56:46 |
| 11 | MS. TREBICKA:  We have now | 16:56:49 |
| 12 | uploaded as marked Exhibits 25 through | 16:56:50 |
| 13 | 28, the verifications we received | 16:56:59 |
| 14 | today, Mr. Byatt. | 16:57:02 |
| 15 | (Exhibits 25 through 28 | 16:57:02 |
| 16 | withdrawn from the record per | 16:57:02 |
| 17 | counsel's agreement.) | 16:57:02 |
| 18 | BY MS. TREBICKA: | 16:57:02 |
| 19 | Q.   We can go through them quickly, | 16:57:07 |
| 20 | I would just like you -- I would just like | 16:57:07 |
| 21 | to put them in the record, but Exhibit 25 | 16:57:07 |
| 22 | is a verification that declares under the | 16:57:10 |
| 23 | penalty of perjury that you have read the | 16:57:13 |
| 24 | foregoing answers and interrogatories and | 16:57:15 |
| 25 | that they are true and correct to the best | 16:57:18 |

Page 233

| | | |
|---|---|---|
| 1 | of your knowledge and belief; do you see | 16:57:20 |
| 2 | that? | 16:57:22 |
| 3 | A.    I do see that. | 16:57:22 |
| 4 | Q.    And this -- do you recall | 16:57:23 |
| 5 | preparing or signing this verification? | 16:57:27 |
| 6 | A.    Yeah, so remind me which | 16:57:34 |
| 7 | document is this for, which responses? | 16:57:35 |
| 8 | Q.    This is -- that's a very good | 16:57:38 |
| 9 | question.  And I will have to -- actually, | 16:57:40 |
| 10 | why don't we do this:  I'm going to skip | 16:57:46 |
| 11 | over these right now, and when we get back | 16:57:50 |
| 12 | on the record, we will have it matched.  I | 16:57:52 |
| 13 | thought they were matched but they're not, | 16:57:55 |
| 14 | so we'll match it to the particular | 16:57:57 |
| 15 | exhibits that you looked at earlier. | 16:57:59 |
| 16 | A.    The title in Exhibit Share does | 16:58:00 |
| 17 | say first set for that, second set for the | 16:58:03 |
| 18 | next one, et cetera.  I don't know if | 16:58:05 |
| 19 | that's helpful. | 16:58:07 |
| 20 | Q.    It probably is, but I'd like to | 16:58:07 |
| 21 | be more exact because there's also been | 16:58:11 |
| 22 | amended responses. | 16:58:12 |
| 23 | A.    Sure. | 16:58:13 |
| 24 | Q.    So why don't you -- | 16:58:14 |
| 25 | MS. TREBICKA:  Well, Tracy, I | 16:58:15 |

Page 234

1    VIOLA TREBICKA, ESQ.

2    violatrebicka@quinnemanuel.com

3                                    December 23, 2021

4    RE: BROWN VS. GOOGLE LLC

5    DECEMBER 20, 2021, WILLIAM BYATT, JOB NO. 5001125

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10        to schedule a time to review the original transcript at

11        a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13        Transcript - The witness should review the transcript and

14        make any necessary corrections on the errata pages included

15        below, notating the page and line number of the corrections.

16        The witness should then sign and date the errata and penalty

17        of perjury pages and return the completed pages to all

18        appearing counsel within the period of time determined at

19        the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21        Counsel - Original transcript to be released for signature

22        as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24        time of the deposition.

25

                                              Page 260

```
 1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

 2      Transcript - The witness should review the transcript and

 3      make any necessary corrections on the errata pages included

 4      below, noting the page and line number of the corrections.

 5      The witness should then sign and date the errata and penalty

 6      of perjury pages and return the completed pages to all

 7      appearing counsel within the period of time determined at

 8      the deposition or provided by the Federal Rules.

 9   _X_Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 261

```
 1    RE: BROWN VS. GOOGLE LLC

 2    WILLIAM BYATT, JOB NO. 5001125

 3                      E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____     _____

24    WITNESS                            Date

25
```

Page 262