# Mao Declaration

# Exhibit 89

### Castillo Deposition Transcript

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3

4   CHASOM BROWN, WILLIAM BYATT,

5   JEREMY DAVIS, CHRISTOPHER

6   CASTILLO, and MONIQUE

7   TRUJILLO, individually and on

8   behalf of all other similarly

9   situated,

10              Plaintiffs,

11        vs.                   Case No.

12  GOOGLE LLC,                 5:20-cv-03664-LHK-SVK

13              Defendant.

14  _____/

15

16      VIDEOTAPED DEPOSITION OF CHRISTOPHER CASTILLO

17              Remote Zoom Proceedings

18              Sacramento, California

19              Tuesday, February 8, 2022

20

21  REPORTED BY:

22  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23  JOB No. 5077508

24

25  Pages 1 - 266

                                        Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   CHASOM BROWN, WILLIAM BYATT,

 5   JEREMY DAVIS, CHRISTOPHER

 6   CASTILLO, and MONIQUE

 7   TRUJILLO, individually and on

 8   behalf of all other similarly

 9   situated,

10              Plaintiffs,

11        vs.                    Case No.

12   GOOGLE LLC,                 5:20-cv-03664-LHK-SVK

13              Defendant.

14   _____/

15

16

17         Videotaped deposition of CHRISTOPHER CASTILLO,

18   taken on behalf of the Defendant, Remote Zoom Proceedings

19   from Sacramento, California, beginning at 9:06 a.m.

20   Pacific Standard Time and ending at 5:53 p.m. Pacific

21   Standard Time, on Tuesday, February 8, 2022, before

22   Leslie Rockwood Rosas, RPR, Certified Shorthand Reporter

23   No. 3462.

24

25
```

                                                    Page 2

```
 1        Q.  How frequently or how many times would you say
 2   that you've read the Privacy Policy on a website?
 3        A.  I can't even recall.  Maybe once or twice, two
 4   or three times in the course of my use of the internet.
 5        Q.  But you read Google's Privacy Policy; right?      09:30:01
 6        A.  I'm familiar with it.  I've read it.
 7        Q.  Okay.  Did you read it during the class period?
 8   And when I say "class period," I mean 2016 to the date
 9   the Complaint was filed.
10        A.  Yes.  Yes, I've read it.                          09:30:16
11        Q.  Did you read it when you signed up for your
12   Google Account?
13        A.  I'm familiar with it.  Yeah, I looked at it.
14        Q.  Yeah, that's not quite the question I'm asking.
15   Let me break it down into bite-sized pieces.              09:30:30
16           You signed up for a Google Account in or around
17   2012; right?
18        A.  (Nods head.)
19        Q.  "Yes"?  You have to answer --
20        A.  Yes.  Yes.                                        09:30:45
21        Q.  I'm sorry.  Just because the court reporter's
22   typing everything down, you need to.  She can't get the
23   head nods.
24           Okay.  And when you signed up for your Google
25   Account in or around 2012, did you at that time read      09:30:54
```

Page 25

1    Google's Privacy Policy?

2          MR. MCGEE:  Object to the form.

3          You can answer.

4          THE WITNESS:  Yes.  And I -- I read it, and I

5    had to -- I think at the time -- I don't recall exactly        09:31:07

6    because it was so long ago, but I think I had to scroll

7    to the bottom and accept it.

8       Q.  BY MR. BROOME:  Are you referring to the Terms

9    of Service or are you referring to the Google Privacy

10   Policy?                                                         09:31:23

11      A.  Well, when I refer to the Terms of Service, the

12   Privacy Policy is part of the Terms of Service, and it is

13   embedded in the Terms of Service.  At least on the last

14   one I reviewed, it's on page 2.  And it is an

15   over-arching policy that is contained in the Terms of          09:31:38

16   Service.  So yes.

17      Q.  Well, let's be clear about what we mean here.

18          When you say it's embedded, you mean there's a

19   link to the Privacy Policy; right?

20      A.  No.  I mean that the Privacy Policy is a              09:31:54

21   document that says in it that it encompasses all

22   activities of Google.  So I am inferring from that and

23   reading the Terms of Service that it is part of the Terms

24   of Service.  Or else it wouldn't be included in the Terms

25   of Service.                                                    09:32:13

                                                         Page 26

```
1    page 4?

2         Q.  Yes.

3         A.  Okay.  I'm there.

4         Q.  Do you see "Our Warranties and Disclaimers"?

5         A.  Okay.  I've reviewed it.                      09:58:54

6         Q.  It says:  "We provide our services using a

7    commercially reasonable level of skill and care and we

8    hope that you will enjoy using them.  But there are

9    certain things that we don't promise about our services."

10        Do you see that?                                   09:59:09

11        A.  Sure.

12        Q.  Okay.

13        A.  Yes, I see it.

14        Q.  And then in all caps it says:  Other than as

15   expressly set out in these terms or additional terms,    09:59:16

16   neither Google nor its suppliers or distributors make any

17   specific promises about the services.  For example, we

18   don't make any commitments about the content within the

19   services, the specific function of the services, or their

20   reliability, availability, or ability to meet your needs.  09:59:31

21   We provide the services 'as is.'"

22        Do you see that?

23        A.  Yes, I see it on the page in front of me.

24        Q.  Is the Chrome browser, in your understanding, a

25   Google service?                                          09:59:43
```

Page 47

```
 1              MR. MCGEE:  Object to the form, calls for a

 2     legal conclusion.

 3              You can answer.

 4              THE WITNESS:  As far as I know, Chrome is a

 5     service provided by Google.                         09:59:52

 6        Q.  BY MR. BROOME:  And what about Incognito mode;

 7     is that a service provided by Google?

 8              MR. MCGEE:  Object to the form, calls for a

 9     legal conclusion.

10              You can answer.                            10:00:00

11              THE WITNESS:  I believe it is a -- part of a

12     Chrome browser, and it's -- it was built and it's

13     presented to offer me an ability to indicate clearly to

14     Google my non-consent for surreptitious interception of

15     my communications.                                 10:00:20

16        Q.  BY MR. BROOME:  Okay.  Is it a service provided

17     by Google?

18              MR. MCGEE:  Same objection.

19              THE WITNESS:  Is it a service provided by

20     Google.  It's a service provided by Chrome.  So     10:00:30

21     therefore, it is a service provided by Google.

22        Q.  BY MR. BROOME:  Okay.  And then -- and you

23     agreed to this provision; correct?  When you signed up to

24     your Google Account?

25        A.  What provision are you referring to?         10:00:42
```

Page 48

1    said and it wasn't clear.

2        Q.  The documents that your counsel provided you for

3    purposes of this deposition today, that are sitting in

4    front of you right now, there's four documents; right?

5        A.  Yes, that's correct.                          10:26:54

6        Q.  And one of them is the Incognito screen, one of

7    them is the Privacy Policy, and one of them is the Terms

8    of Service; correct?

9        A.  One is the Terms of Service, one is the Privacy

10   Policy, another is the -- a representation of the         10:27:09

11   screenshot of the Incognito screen, and the fourth is the

12   copy of the Second Amended Complaint.

13       Q.  Do those have Bates Numbers in the bottom, like

14   a little code at the bottom that says Goog-Brown or

15   something like that, some numbers?  Bottom right-hand      10:27:26

16   corner.

17       A.  I see page numbers.  I don't see Bates-stamp

18   numbers.

19       Q.  Thank you.  All right.

20           So I will represent to you that Exhibit 3 is the   10:27:33

21   Google Privacy Policy that was in effect when you signed

22   up for your Google Account in 2012.

23           Did you review this document?  And by "review,"

24   I mean did you read it.

25       A.  Your question is did I review this document?  Is   10:27:53

                                              Page 57

```
1    that question already.

2         Q.  Well, let me ask it again because I don't think

3    I got an answer.

4         Before you got involved in this case, had you

5    reviewed Exhibit 6?                                    12:16:31

6         MR. MCGEE:  Objection.  Asked and answered.

7         You can still answer, Mr. Castillo.

8         THE WITNESS:  Yes.

9         Q.  BY MR. BROOME:  You had.  Okay.  When did you

10   first review Exhibit 6?                                12:16:47

11        A.  I don't recall the exact time.

12        Q.  How -- how -- was it after this case was filed?

13        MR. MCGEE:  Objection.  Asked and answered.

14        Q.  BY MR. BROOME:  You can answer.

15        A.  I said already I don't recall when I reviewed   12:17:10

16   it.

17        Q.  And you don't recall whether you reviewed it

18   after the case was filed; is that your testimony?

19        MR. MCGEE:  Objection.  Asked and answered.

20   Objection.  Misstates and mischaracterizes previous     12:17:22

21   testimony.

22        THE WITNESS:  I've answered the question.  I

23   don't recall.

24        Q.  BY MR. BROOME:  Okay.  All right.

25        Then it's possible that you reviewed this          12:17:36
```

Page 84

1    document for the first time after the case was filed;

2    correct?

3            MR. MCGEE:  Object to the form, asked and

4    answered, mischaracterizes testimony, misstates

5    testimony.                                        12:17:43

6            You can answer, Mr. Castillo.

7            THE WITNESS:  I don't recall when I reviewed it,

8    but I do take privacy matters very seriously.  And it

9    would be characteristic of me to review this type of

10   material even before the lawsuit.                 12:18:11

11       Q.  BY MR. BROOME:  Yes, but I think I asked you at

12   the beginning of the deposition if you made a habit of

13   reviewing Privacy Policies, and you said you'd probably

14   only done it once or twice in your life.

15       A.  No, that's not accurate.                  12:18:24

16           MR. MCGEE:  Object.

17           THE WITNESS:  That's not what I said.

18           MR. MCGEE:  Mischaracterizes previous testimony.

19           THE WITNESS:  What I said was you asked me

20   specifically your -- your -- you have changed the      12:18:33

21   question.  You asked me if I looked at individual Privacy

22   Policy on individual web sites, and it's not my practice

23   to really hunt for that stuff on individual websites I'm

24   reviewing.

25           But Google's an entirely different matter.  It's  12:18:49

Page 85

```
1    an entire suite, and I do take privacy seriously, and I

2    would review that.

3        Q.  BY MR. BROOME:  Okay.  So is it your testimony

4    that you periodically review or re-review Google's

5    Privacy Policy?                                    12:19:13

6            MR. MCGEE:  Object to the form.

7            You can answer, Mr. Castillo.

8            THE WITNESS:  Yes.  I would review the Privacy

9    Policy for Google.

10       Q.  BY MR. BROOME:  And how often would you do that?  12:19:24

11       A.  My answer is periodically.

12       Q.  Well, in what frequency?

13       A.  Every time you change your policy, which I would

14   answer frequently, I would get notice.  When I get

15   notice, I bother to take a look and read it.          12:19:44

16       Q.  Okay.  And you're referring to the emails that

17   are sent when Google updates its Terms of Service or

18   Privacy Policies, your testimony is that you would click

19   on those and -- and review the document?

20       A.  Yes.  I think that's a question instead of a    12:20:03

21   statement, and I'll say yes.

22       Q.  Okay.  And do you do that for any other

23   companies or just for Google?

24       A.  Yes.

25       Q.  Do you do that for any other companies or just  12:20:27
```

Page 86

```
 1    the web privately using Chrome in Incognito mode," does

 2    the word "privately" mean privacy from everyone or just

 3    from Google?

 4         MR. MCGEE:  Object to the form.  Asked and

 5    answered.                                          12:30:29

 6         THE WITNESS:  In answer to your question, I

 7    think I've already answered the question.

 8    Q.   BY MR. BROOME:  You most certainly have not.

 9         Does the word "privately" mean privacy from

10    Google or from everyone?  Let me ask it this way:  Does  12:30:44

11    the word "privately" mean absolutely private, meaning no

12    one other than Mr. Castillo can see this activity?

13         MR. MCGEE:  Same objection.

14         THE WITNESS:  Well, I'll answer in that I think

15    the -- my answer is reflected from that sentence.  You  12:31:02

16    can also choose to browse the web privately using Chrome

17    in Incognito mode.

18         You're asking about the word "privately," but to

19    really answer your question, one has to look at the word

20    before privately, and that says "web privately."        12:31:19

21    Q.   BY MR. BROOME:  Yeah.

22    A.   "To browse the web privately."  The word

23    "privately" is an English word that has to do with

24    privacy.  And so to browse the web privately means to

25    browse the web privately.  And there's no further need to  12:31:35
```

Page 94

1    explain what private means because private is private.

2        Q.   Private is private.   And, it means that if

3    you're browsing the web, nobody can see your activity.

4            Is that your understanding of that sentence?

5            MR. MCGEE:   Object to the form, asked and         12:31:50

6    answered.

7            You can still answer, Mr. Castillo.

8            THE WITNESS:   I've answered that question

9    already, and I believe privacy is privacy, and private is

10   private.                                                   12:32:04

11       Q.   BY MR. BROOME:   Okay.   So when you read this

12   sentence, your takeaway or your understanding was that

13   when you're browsing the web, no other entities could see

14   your activities, no other people or entities?

15       A.   Well, I think I would -- I would go to, let's      12:32:23

16   say -- I'll give you an example:   I went into the

17   internet and I went to Lowe's, and I was going to buy a

18   shovel.   Well, of course, I'm buying a shovel online, I

19   want Lowe's to be able to see where I bought a shovel,

20   where to deliver it to.                                    12:32:44

21           But what is private and what is interpreted as

22   private by me is this is Google's Privacy Policy.   Google

23   won't collect it.   Google won't know that I bought the

24   shovel, and Google won't share that or monetize it.   That

25   is privacy to me in terms of the Google Privacy Policy as   12:32:57

Page 95

1   agent.

2       Q.  And did you -- well, withdrawn.

3           All right.  I just want to refer back to your

4   answer to a previous question.  You said -- I asked you

5   are you aware that you can enable cookie blockers within        12:57:21

6   Chrome?  I mean -- well, then I rephrased the question.

7   I said:  "Are you aware that you can enable cookie

8   blockers within Incognito mode?"

9           And you said:  I wasn't aware of that, and I

10  would have to say the reason I'm not aware of that is          12:57:36

11  because the definition of Incognito mode is that you're

12  not recording any of my communications with this

13  third-party website.  Therefore, why would cookies even

14  be enabled in the first place?  That makes no sense, that

15  question."                                                     12:57:53

16          That was your testimony; right?

17      A.  Yes.

18      Q.  Okay.  And what -- when you say "the definition

19  of Incognito mode," what are you referring to?

20      A.  I'm referring to what -- how Incognito mode is        12:58:01

21  described in your Privacy Policy and on the splash

22  screen.

23      Q.  Okay.  And where is it described in the Privacy

24  Policy?

25          MR. MCGEE:  And I'd like to just object to the        12:58:15

                                                        Page 113

```
 1    form, and I promise it's not a nefarious objection.  But

 2    Mr. Broome, is there a specific Privacy Policy, a time

 3    period?  I know that you've gone over, I believe, two so

 4    far.

 5         Q.  BY MR. BROOME:  Well, I think you still have          12:58:31

 6    Exhibit 6 in front of you; right?

 7              THE WITNESS:  So do you want me to answer that?

 8    Can I answer that?

 9              MR. MCGEE:  I'm not instructing you not to

10    answer it.  I was just asking if Mr. Broome wanted to          12:58:44

11    clarify which Privacy Policy he was speaking about.

12              THE WITNESS:  Yeah.  Please clarify.

13         Q.  BY MR. BROOME:  Clarify what?

14         A.  Which Privacy Policy are you referring to?

15         Q.  Do you still have the Exhibit 6 in front of you?      12:59:00

16         A.  Yeah.  Are you referring to Privacy Policy dated

17    May 25th, 2018?

18         Q.  Yeah, I think that -- I thought that's the one

19    we were talking about.

20         A.  So I'm referring to paragraph 4.  "You can also       12:59:12

21    choose to browse the web privately using Chrome in

22    Incognito mode."  That's what I'm referring to.

23         Q.  That's the definition of Incognito mode that you

24    referenced earlier?

25              MR. MCGEE:  Object to the form, mischaracterizes     12:59:30
```

Page 114

1    and misstates prior testimony.

2         You can answer.

3         THE WITNESS:  That, and coupled with what it

4    says on the Incognito screen, on the splash screen is the

5    definition of what -- Incognito mode, that's all I have          12:59:41

6    to go on because that's all you've provided.  Or not you,

7    your company that you're representing has provided.

8         MR. BROOME:  All right.

9         MR. MCGEE:  Mr. Broome, I know we've been going

10   close to an hour.  I'm not asking necessarily for a stop          13:00:09

11   now, but if you are going to move on to another exhibit,

12   it might be a logical place to take a break.

13        MR. BROOME:  Yeah, I will in a minute.

14   Actually, let me just go back to page -- stay on

15   Exhibit 6 for a second and we can break in a moment.             13:00:23

16   Bear with me.  I'm almost done with this one.

17       Q.  On page 15 of Exhibit 6.

18       A.  Page 15?  Going there now.

19       Q.  It says:  "When this Privacy Policy" -- or

20   sorry.  It says:  "When This Policy Applies."                    13:00:44

21        Do you see that?

22       A.  "When This Policy Applies."  Right.  I see it.

23       Q.  And Mr. Castillo, have you ever used any private

24   browsing modes in browsers other than Chrome?

25       A.  I don't recall.                                          13:00:58

                                                      Page 115

1        Q.  All right.  And then back to the Privacy Policy

2    in Exhibit 6, it says:  "This Privacy Policy doesn't

3    apply to," then it has two bullets.  "The information

4    practices of other companies and organizations that

5    advertise our services."                          13:01:17

6            You see that?

7        A.  Okay.  I see it.

8        Q.  And then the next bullet says:  "Services

9    offered by other companies or individuals, including

10   products or sites that may include Google services be    13:01:31

11   displayed to you in search results, or be linked from our

12   services."

13           Do you see that?

14       A.  Right, right.  I see it.

15       Q.  Okay.  And would you agree that the Google    13:01:41

16   Privacy Policy does not apply to private browsing modes

17   other than Chrome?

18           MR. MCGEE:  Object to the form, calls for a

19   legal conclusion.

20           THE WITNESS:  I'm no attorney, but I can say    13:01:54

21   that your Privacy Policy applies to Google.  It applies

22   to how -- how I control my information, and it applies to

23   what you collect on me and the method that Google

24   collects against me or with me or on me or about me.

25   That's what I think the Privacy Policy applies to.    13:02:18

                                                     Page 116

```
 1    it pretty -- pretty much like similar to some place that

 2    I would visit on a regular basis.  I know it.

 3         Q.  And you mentioned that it is referenced in the

 4    Google Privacy Policy.

 5         A.  Yes.  It's specifically brought up in          14:20:27

 6    paragraph -- paragraph 4.

 7         Q.  And the reference you're referring to there is

 8    the reference to Incognito mode; correct?

 9         A.  Yes.  And it's identified as how I control the

10    information that Google collects.  It says I'm in control  14:20:44

11    on the Privacy Policy in paragraph 1.  It puts me in

12    control, paragraph 4.  You can also choose to browse the

13    web privately using Chrome in Incognito mode.  And this

14    is what comes up when you go to Incognito mode on the

15    Google Chrome browser.                                  14:21:11

16         Q.  Is it your understanding that this is -- this

17    document is part of a contract that you've entered with

18    Google?

19              MR. MCGEE:  Object to the form, calls for a

20    legal conclusion.                                       14:21:27

21              THE WITNESS:  I'm not an attorney so I can't

22    speculate as to it is part of the contract, but it is a

23    promise -- it appears to be a promise.

24         Q.  BY MR. BROOME:  Okay.  Give me one second.

25              All right.  It says, "You've gone Incognito,"  14:22:21
```

Page 150

1    and then the first sentence is, "Now you can browse

2    privately and other people who use this device won't see

3    your activity."

4            Do you see that?

5        A.  I see the statement.  It's on the splash screen.   14:22:34

6        Q.  And is it -- is it your testimony that Google is

7    conveying two different concepts there:  One, you can

8    browse privately; and two, other people who use this

9    device won't see your activity?

10           MR. MCGEE:  Objection.  Calls for a legal          14:22:54

11   conclusion.

12           You can answer.

13           THE WITNESS:  I'm no attorney, but when I see

14   this, what in my words, what I see is, is that I can

15   browse the internet privately, and other people who use   14:23:05

16   my device that this appears on won't see my activity.

17   And other people, and it literally says "other people."

18   It doesn't say other people in my house, it doesn't say

19   other people who live down the street, it says other

20   people.  Other people.                                    14:23:22

21       Q.  BY MR. BROOME:  Well, you're missing -- you're

22   leaving out a few words there, aren't you?

23       A.  And other people who use this device.  How is

24   that different?

25       Q.  Oh, I see.  So you're saying that when Google      14:23:34

Page 151

```
 1    meaning that other people who use this device won't see

 2    my activity.  That's what I think this says.

 3         Q.  BY MR. BROOME:  Got it.  All right.

 4             So when you see those two -- the -- the --

 5    withdrawn.                                          14:25:24

 6             The next sentence says:  "However, downloads and

 7    bookmarks will be saved.  Learn more."

 8             You see that?

 9         A.  Yes, I see it.  It's written here on the splash

10    screen.                                             14:26:13

11         Q.  Yeah.  And there's a -- the "learn more" is in

12    blue; right?  And that can be -- you understand that

13    means it hyperlinks to some other page?

14         A.  Right.

15         Q.  Have you clicked on that link?               14:26:24

16         A.  I -- I don't know when, but I think I have, and

17    I've -- I've -- I'm somewhat familiar with it.  I'm

18    not -- I'd have to review it to see -- I'd have to click

19    on it now to make sure it jars my memory.

20         Q.  Okay.                                        14:26:37

21         A.  But the splashing is pretty specific, like it

22    says it all right here.  It has, at the beginning, a

23    little man that is in like a little piece -- in disguise.

24    Then it says:  "You've gone Incognito."  Then it says:

25    "Now you can browse privately and other people who use    14:26:55
```

                                                        Page 153

1   this device won't see your activity."

2          It says:  "However, downloads and bookmarks will

3   be saved."  It doesn't say where, but it says saved.

4   "Chrome won't save the following information:  Your

5   browser history."  It says it right here on the page.          14:27:15

6   "Cookies and site data."  It says it right here on this

7   page.  "Information entered in forms."  It says it right

8   here on the page.  And logically, it says activity might

9   be visible to websites you visit.  Of course, if you go

10  to Lowe's and you want to buy a shovel, they're going to          14:27:28

11  see you went to Lowe's and wanted to buy a shovel.

12          But what's precariously -- what's dangerously

13  not on here is that it doesn't say that Google will still

14  see your activity.  It doesn't say that Google will

15  record your activity and Google will use that and          14:27:41

16  monetize it.  That's not written here under your activity

17  might still be visible to.  It's left off what Google's

18  there.  So that's what I see when I see this page.

19      Q.  Thank you for that.

20          Let me ask my question again:  Have you clicked          14:27:57

21  on that link?

22          MR. MCGEE:  Asked and answered.  Objection.

23          THE WITNESS:  I believe I have.  I believe I

24  have, and I don't recall when.

25      Q.  BY MR. BROOME:  Earlier I think you said that          14:28:10

Page 154

1    documents that were linked in the Terms of Service are

2    part of the Terms of Service.  The same is true of the

3    Privacy Policy, "yes"?

4        A.  Sure, yes.

5        Q.  And if the Incognito screen is -- or the splash    14:28:25

6    screen, as you called it, is part of the Privacy Policy,

7    is the page linked from that "learn more," is that page

8    also part of the Privacy Policy?

9        A.  I would say it's defined as, learn more, as if I

10   want to go in and learn more, then I would click on here.    14:28:44

11   Unlike in the Terms of Service where it says:  "Privacy

12   Policy, click here to review the Privacy Policy, "that's

13   included.  That's in there.  This is a simple tab to

14   learn more.

15       Q.  Okay.  So pages linked via "learn more" are not    14:29:02

16   part of the Privacy Policy, but pages that are linked

17   with their actual titles are part of the Privacy Policy?

18       A.  Again, I'm not an attorney.  I can't

19   differentiate the two, but I think that the two go hand

20   in hand.  You -- you -- you want to get more information,    14:29:18

21   you click on the link that's highlighted in blue.

22       Q.  Yeah.  No, I know you're not an attorney, but

23   unfortunately, the posture of the case right now is that

24   it may depend on what a -- you know, what the plaintiffs

25   actually interpret it.  So I'm trying to get your    14:29:32

Page 155

```
1    interpretation.

2         A.  I don't think it depends on that.  I think it

3    depends on the fact that -- that Google, your employer,

4    surreptitiously recorded information and intercepted

5    information when we -- when we asked you overtly not to.      14:29:46

6    I think that's the violation of the -- of civil violation

7    and criminal.

8              I think you don't stand on very solid ground

9    when you're representing Google on this.  So I say that

10   slightly annoyed because don't lecture me that I'm going      14:30:01

11   to be told here that it hinges on whether I click "learn

12   more."  That's ridiculous on its face.

13        Q.  All right.  I'm not lecturing you, and I'm not

14   telling you that it hinges on whether you clicked on

15   "learn more."  I'm asking you a question, and I would        14:30:20

16   appreciate an answer.

17             The question is:  Are the pages linked to the --

18   the splash screen part of the Privacy Policy?

19             MR. MCGEE:  Object to the form, asked and

20   answered, calls for a legal conclusion.                      14:30:34

21             THE WITNESS:  Linked to the Privacy Policy.

22        Q.  BY MR. BROOME:  No, no.  No.  Are the pages --

23   is the page that is linked to the splash screen part of

24   the Privacy Policy?

25             MR. MCGEE:  Same objections.                       14:30:51
```

Page 156

1      But that sounds like a legalese question.  Can you please

2      rephrase it or please ask it again so I can try to

3      understand what you're saying.

4          Q.  BY MR. BROOME:  Do you agree that if Incognito

5      mode conceals your activity, your browsing activity from      14:33:05

6      other people who might use your device, that provides

7      some degree of privacy for you?

8              MR. MCGEE:  Same objections.

9              THE WITNESS:  Well, after I -- to answer your

10     question, after I reviewed the Terms of Service and the       14:33:27

11     Google Privacy Policy, I believe that using Incognito

12     mode, as identified in the Privacy Policy, gives me --

13     should give me some form of privacy when browsing the

14     internet.  The allegations are that it doesn't.

15         Q.  BY MR. BROOME:  I know what your allegations          14:33:45

16     are.

17             Let's look at the splash screen; right?  It

18     says:  "Now you can browse privately and other people who

19     use this device won't see your activity."

20             If indeed Incognito mode conceals your Incognito      14:33:56

21     browsing activity from other people who use your device,

22     do you agree that that would provide some degree of

23     privacy for you?

24             MR. MCGEE:  Same objections.

25             THE WITNESS:  I'm not an attorney.  I'm not a         14:34:11

Page 158

```
 1    computer engineer, but from the splash screen, it is

 2    reasonable for me to -- me to infer that when I'm viewing

 3    privately, that Google and Chrome and all your engineers

 4    will not be collecting, gathering, intercepting, my

 5    communications with third-party websites.  That is what I    14:34:34

 6    infer from this screen.

 7        Q.  BY MR. BROOME:  Okay.  I understand that's what

 8    you infer from this screen.  That's not my question,

 9    though.

10        Do you agree that if Incognito mode concealed          14:34:48

11    your Incognito browsing activity from other people who

12    use your device, that would provide you some degree of

13    privacy?

14        MR. MCGEE:  Same objections as the last three or

15    four questions.                                             14:35:06

16        THE WITNESS:  Okay.  So the whole purpose of

17    this lawsuit is not about -- I'm -- it's not accusing

18    people that may use my device.  It's accusing Google of

19    gathering that information.

20        So you're asking me a question that's totally          14:35:19

21    irrelevant to the case-in-chief, but I'll happy to answer

22    it.

23        Do I think it gives me some privacy, some

24    moniker of privacy?  Yes.

25        Q.  BY MR. BROOME:  Thank you.  Okay.               14:35:30
```

Page 159

1    on.

2            Tracy, let's mark tab 14.

3            (Exhibit 14, Plaintiff Christopher Castillo's

4            Verified Amended Objections and Response to

5            Defendant's Interrogatories 1, 4, and 5, was        15:50:57

6            marked for identification by counsel

7            electronically.)

8        Q.   BY MR. BROOME:  Okay.  So you should have

9    Exhibit 14 now.

10       A.   Okay.  Going there.                                15:51:53

11            Okay, I'm there.

12       Q.   All right.  So let's go -- these are your -- do

13   you remember providing verified amended objections and

14   responses to Google's interrogatories?

15       A.   Yes.                                               15:52:29

16       Q.   And just for the record, these are -- excuse me.

17   These are -- Exhibit 14 is Plaintiff Christopher

18   Castillo's Verified Amended Objections and Responses to

19   Defendants Interrogatories 1, 4, and 5.

20            And if you go to Interrogatory Number 1, you      15:52:54

21   were asked the question:  "Describe with particularity

22   each time you reviewed the Google Terms of Service,

23   Google Privacy Policy, My Google activity, Chrome

24   Incognito notice, Chrome's Terms of Service and/or Chrome

25   Privacy Notice prior to filing the Complaint, and if you   15:53:21

                                                    Page 202

```
 1   reviewed such documents, on what dates and which versions

 2   you reviewed, and whether you reviewed the entire

 3   document or only portions of the document.  If only

 4   portions, describe with particularity which portions you

 5   reviewed."                                           15:53:36

 6           Do you recall being asked that question?

 7       A.  Before I respond, I'd like to review this and

 8   read what it says in its entirety.  I'm familiar with it,

 9   and I helped draft it, but I would still like to review

10   it before I respond.                                 15:53:49

11       Q.  Sure.  I'm just going to ask you about

12   Interrogatory Number 1 for now.

13       A.  Okay.  I'm just going to review -- I'll do them

14   in turn, but let me review this.

15       Q.  Okay.                                        15:54:02

16       A.  Okay.  I've reviewed the information that was

17   asked of me in the Interrogatory and my response and my

18   amended response.

19       Q.  Right.

20           Do you see in your Amended Response to         15:56:33

21   Interrogatory 1 on page -- I guess it's the third page.

22   It says:  "Notwithstanding and subject to these

23   objections, Claimant Castillo responds that he reviewed

24   the Incognito splash screen and Google's representations

25   contained therein each time he began a private browsing    15:57:01
```

1    mode session in Chrome.  Plaintiff Castillo further

2    responds that at or around the time he opened his Google

3    Account in approximately 2013, and at times thereafter,

4    he reviewed Google representations in Google's Privacy

5    Policy and Chrome policy that he was in control of what          15:57:20

6    information Google collects and could exercise such

7    control by enabling private browsing mode."

8         Do you see that?

9         A.  Yeah, I see that.

10        Q.  And then at the end of this document, you          15:57:33

11   submitted a sworn statement; right?

12        A.  Yes.

13        Q.  It says on behalf -- I agree.

14             And is that statement true?

15        A.  Yes.                                                15:57:44

16        Q.  Okay.  Well, I asked you earlier if you'd

17   reviewed the Google Privacy Policy in 2000 -- at or

18   around the time you opened up your account, and I thought

19   you said you do not recall.

20        A.  I don't recall -- I don't recall the specifics,     15:57:57

21   but I know that I reviewed the Google Privacy Policy

22   because it was parts of the Terms of Service.

23        Q.  Well, you reviewed the Terms of Service.  You

24   did testify to that.  And I asked you earlier if you'd

25   reviewed the Privacy Policy as well, and I believe you     15:58:12

Page 204

1    having to log in every time I use it.  It's a big hassle,

2    and I thought it was retaliation because of the lawsuit.

3        Q.  You thought Google was retaliating against you

4    because of the lawsuit --

5        A.  Yes.  It was forcing me to log into my account     16:05:15

6    every time I wanted to use it.

7        Q.  All right.

8        A.  And I expressed that to my attorneys as well.

9            MR. MCGEE:  Chris, remember, attorney-client

10   privilege.                                                 16:05:30

11           THE WITNESS:  Oh, that's correct.

12           MR. BROOME:  I look forward to seeing their next

13   Complaint.

14       Q.  All right.  Okay.

15           So what are the other -- I'm trying to find the     16:05:46

16   Interrogatory here.  But at one point, you were asked to

17   list your Google accounts.  So why don't you list other

18   email addresses associated with your other Google

19   accounts.

20       A.  Yeah, I'd have to review it.  I can recall some     16:06:00

21   of them off the top of my head, but I don't know them off

22   the top of my head.  I'd have to go and open my -- sit at

23   my device, and I'd have to pull it up and see what they

24   all are.  I mean, I know some of them off the top of my

25   head, of course.                                           16:06:15

Page 209

```
 1    Tracy.  Skip that one.  You know what?  Why don't we go

 2    off the record a minute here, Ryan.  I might be getting

 3    close to being done.

 4         I'm just going to see what I can -- what I can

 5    scrap, if that's okay.                              16:10:21

 6         MR. MCGEE:  That's fine.  Thank you.

 7         THE VIDEOGRAPHER:  We are off the record.  The

 8    time is 4:10 p.m.

 9         (Recess.)

10         THE VIDEOGRAPHER:  We are back on the record.    16:23:10

11    The time is 4:23 p.m.

12         MR. BROOME:  Mr. Castillo, we should have loaded

13    what's been marked as Exhibit 15.

14         (Exhibit 15, Plaintiff Christopher Castillo's

15         Objections and Responses to Defendant's Fourth   16:23:16

16         Set of Interrogatories (Nos. 12-15), was marked

17         for identification by counsel electronically.)

18         MR. BROOME:  See if you can find that in your

19    Exhibit Share.

20         THE WITNESS:  Stand by.  Okay.                   16:23:26

21      Q.  BY MR. BROOME:  All right.  Exhibit 15 is

22    Plaintiff Christopher Castillo's Objections and Responses

23    to Defendant's Fourth Set of Interrogatories, Numbers 12

24    through 15; right?

25      A.  Yes.                                            16:24:00
```

1       Q.  All right.  And I want to ask you about

2    Interrogatory Number 13.

3       A.  Okay.  Let me take a moment to review it.

4       Q.  Yeah.  It asks:  "Identify and describe with

5    particularity any money that you have paid to Google."        16:24:12

6    And then you provide a response, and go ahead and read --

7    you don't have to read it out loud, but go ahead and read

8    it, and I'll ask you some questions about it when you're

9    ready.

10      A.  Okay.  I'll review it now.                            16:24:24

11          Okay, I've reviewed it.  We haven't amended this

12   yet.  So there's only one paragraph in response.  I've

13   reviewed it.

14      Q.  Were you planning on amending it?

15      A.  Am I planning on amending it?                         16:26:02

16      Q.  Yes.

17      A.  No.  I said we have not yet amended it so

18   there's only one paragraph, and I've reviewed it.  That's

19   what I said.

20      Q.  Right.  I'm just -- I'm just reading -- maybe         16:26:13

21   I'm reading too much into the word "yet."  It suggests

22   maybe --

23      A.  Yeah.  I only made that in reference to the fact

24   that in the previous Interrogatory, there was an amended

25   paragraph.  There is no amended paragraph in this one.        16:26:25

                                                          Page 212

```
 1        Q.   Understood.

 2             You write:  "Notwithstanding and subject to

 3    these objections, Plaintiff Castillo responds that to the

 4    best of his recollection, he has not directly paid any

 5    money to Google."                                    16:26:39

 6             And that's true; right?

 7        A.   Yes, to the best of my recollection.

 8        Q.   And then it goes on to say:  "Plaintiff has,

 9    however, provided valuable consideration in the form of

10    his personal information for the use of Google products."   16:26:50

11             And what do you mean by that, that sentence?

12    What valuable considerations have you provided in the

13    form of personal information?

14        A.   Well, my identity, my search patterns, my

15    information has value.  And when I go into private       16:27:17

16    browsing mode, I'm looking at something that, at least

17    from my perspective, might be a quintessential search

18    that is something that I'm particularly interested in,

19    that I am specifically identifying to Google that I don't

20    want to be -- my communication to be intercepted         16:27:41

21    surreptitiously.  I am specifically not just passively

22    not giving consent, but I'm specifically and overtly

23    saying that I am not consenting.

24             And as a result, that has value when that's

25    collected because it's something important to me.        16:27:59
```

Page 213

1    purposes; correct?

2         A.  I don't know the answer to that.

3              MR. MCGEE:  Object to the form.  Yeah, post

4    mortem, but object to the form.

5              I think it's time to take a break.  So let's go        16:43:03

6    off the record.

7              MR. BROOME:  Not quite.  I'm almost done here.

8              MR. MCGEE:  Mr. Castillo, do you need a break

9    right now?

10             THE WITNESS:  You know, I have to use the               16:43:13

11   restroom.  So I would like to take a break.  Thank you

12   very much.

13             MR. MCGEE:  Thanks.  Go off the record.

14             THE VIDEOGRAPHER:  We are off the record.  The

15   time is 4:43 p.m.                                                 16:43:23

16             (Recess.)

17             THE VIDEOGRAPHER:  We are back on the record the

18   time is 4:50 p.m.

19        Q.  BY MR. BROOME:  Mr. Castillo, do you still have

20   Exhibit 15 in front of you?                                      16:49:43

21        A.  Hang on.  I don't.  It's disappeared.  Let me

22   see if I can find it.

23             I don't have it up.  No.  It's not here.

24        Q.  All right.  Well, let's try to find it.

25        A.  I would have to open -- hang on.  Let me see         16:50:02

                                                      Page 225

1    here.  Okay, I found it.  I have it.  This is the one

2    that is Interrogatory Number 13; is that correct?

3        Q.  Yep.  We're just looking at that paragraph

4    again.

5        A.  Okay.  Okay.  Go ahead.                          16:50:16

6        Q.  All right.  And I asked you about the sentence

7    that says:  "Plaintiff has, however, provided valuable

8    information in the form of his personal information for

9    the use of Google products."  Right?

10       A.  Yes.                                              16:50:27

11       Q.  You remember that?

12           And then it goes on and says:  "But Google

13   unlawfully intercepted, collected data from, analyzed,

14   and monetized plaintiff's browsing activity conducted in

15   private browsing mode, the value of which has been        16:50:39

16   diminished, and Google has used to its benefit to

17   increase its profits and revenues from targeted

18   advertising and improvements of Google's other products."

19           What do you mean by "diminished"?

20           MR. MCGEE:  Object to the form to the extent it   16:50:54

21   calls for expert opinion.

22           THE WITNESS:  Okay, which -- which line of the

23   paragraph are you referring to?

24       Q.  BY MR. BROOME:  It looks like it's sitting in

25   between lines 19 and 20.                                  16:51:08

Page 226

1    Q.   Okay.  Are you familiar with the Brave browser?

2    A.   What browser?

3    Q.   Brave.

4    A.   No.

5         MR. BROOME:  Tracy, why don't we load tab 17,        16:54:37

6    unless we've already done this one.

7         Maybe we already did this one.  Hold on a

8    second.  I think it's -- no.  Tracy, let's load 17.

9         (Exhibit 16, Plaintiff Christopher Castillo's

10        Objections and Responses to Defendant's First       16:55:07

11        Set of Interrogatories, was marked for

12        identification by counsel electronically.)

13   Q.   BY MR. BROOME:  All right.  Take a look at

14   Exhibit 17 (sic).

15   A.   Okay.                                                16:55:54

16   Q.   Oh, actually, this may be the wrong document.

17   Hold on.

18   A.   One second.  17.  All right.  Plaintiff

19   Castillo's Objections and Responses to Defendant's First

20   set of Interrogatories."                                 16:56:20

21        All right.  I see this document.  I'm familiar

22   with it.

23        MR. MCGEE:  Can I just -- sorry.  I don't want

24   to interrupt the flow here, but it's marked as Exhibit 15

25   in the ShareFile, but I think it's Exhibit 16 is the      16:56:31

Page 229

```
 1        A.   Yeah.   There's companies that I participate in

 2    that ask me my opinion, and I give it to them, and they

 3    pay me for that.

 4        Q.   All right.  So I asked you about whether -- I

 5    asked you whether you're familiar with companies that          16:58:17

 6    compensate you for the types of data that are at issue in

 7    this case.

 8        A.   Yeah.   At the time, at this moment, I don't

 9    recall their names.  I'm familiar with.  I've heard of

10    them, but I just don't know them specifically.                 16:58:31

11        Q.   Well, you just said there's companies that I

12    participate in that ask me for my opinion and I give it

13    to them and I pay them for that.

14        A.   Yeah, I'm familiar with those companies, and I

15    know the names of those, but I don't know the names of         16:58:45

16    companies that I sell my information to -- to get -- to

17    get like that you're referring to, Brave or Killi, or

18    where I give them my information and they give me money.

19             I know that they exist.  I just don't recall at

20    the moment their names.  It's been a long day, and I'd         16:59:02

21    have to sit down and think about it and -- before I

22    respond to that from an answer coming from something that

23    I know as a fact.  I'd just be speculating at this point.

24        Q.   If you were to learn that Incognito mode

25    actually does prevent your browsing activity from being        16:59:23
```

Page 231

1    associated with your Google Account, would you agree that

2    that provides at least some degree of privacy?

3         MR. MCGEE:  Object to the form, foundation,

4    calls for a legal conclusion, calls for an expert

5    opinion.                                            16:59:40

6         THE WITNESS:  Yeah, I'm not -- I'm not an

7    attorney, and I've not been designated an expert in this

8    field, but I can tell you this:  If you or Google or any

9    element of Google surreptitiously collects my data when I

10   have specifically said don't, and specifically not        16:59:59

11   consented, not only is that in violation of your Privacy

12   Policy, not only is it a violation of your Terms of

13   Service, not only is it a violation of the Incognito

14   screen, it's also wrong, against the law, and you guys

15   have all been there before, and you've done similar       17:00:22

16   activity before.  You were even under a dissent decree on

17   this issue.

18        So I just want to point out -- and I'm not

19   trying to lecture you.  I'm just telling you that when

20   someone does not consent and they tell you they don't     17:00:36

21   consent, and you surreptitiously intercept that

22   communication, you're in violation of the -- the company

23   is in violation of the law.

24        And I've reviewed many documents, and I've seen

25   some of the discovery that even shows your own executives  17:00:56

Page 232

```
 1    talking about this on email and saying they're on shaky

 2    ground or they don't -- they're in a difficult spot.

 3    I've reviewed it, I've seen it, and you know what you

 4    did.  The company knows what they did.

 5          Not only do they know what they did, they're --      17:01:10

 6    they've admitted culpability to it in these emails.

 7          Q.  BY MR. BROOME:  Tell me more about that.

 8          A.  It's easy for me to suspect what I suspect.

 9    It's very reasonable.  And the lawsuit -- when I

10    discovered the lawsuit, the light went on for me, and I    17:01:25

11    said, yeah, it's just not coincidence, it's Google.

12    There it is.  There's the lawsuit.  There's the news

13    story.  And I connected the dots at that point, and

14    that's how I figured it out.

15          Q.  Tell me more about the emails that you've been   17:01:37

16    shown, Google's internal emails.  What have you seen?

17          A.  I've seen discovery that shows internal emails

18    of -- actually, I'm not going to talk about that because

19    that's between me and my attorneys.

20          Q.  Your attorneys have shown you internal Google    17:01:55

21    emails that were produced in discovery in this case; is

22    that your testimony?

23          A.  Yes, and they are in the Second Amended

24    Complaint that I've reviewed.

25          Q.  Okay.  Have they shown you any -- any other      17:02:08
```

Page 233

1    emails other than the ones that are in the Second Amended

2    Complaint?

3        A.  No, but the ones in the Second Amended Complaint

4    are quite damning.

5        Q.  All right.  Well, let me go back to my question        17:02:22

6    because you gave me a speech, but you didn't answer the

7    question.

8            And I know you're not a lawyer, although you

9    keep telling me how my client has violated the law.  Let

10   me go back to the actual question here.                        17:02:39

11           If you were to learn that Incognito mode

12   actually does prevent your browsing activity from being

13   associated with your Google Account, would you agree that

14   that provides at least some degree of privacy?

15           MR. MCGEE:  Same objections and asked and            17:02:53

16   answered.

17           THE WITNESS:  I've already answered that

18   question.

19       Q.  BY MR. BROOME:  Okay.  I don't think you have,

20   but if that's -- if you're not going to answer it             17:03:01

21   further, that's fine.

22           If you were to learn that Incognito mode

23   prevents your browsing activity from being associated

24   with your personal identity, your Google Account, and

25   your device, automatically when you close the Incognito       17:03:13

Page 234

```
 1    RYAN MCGEE, ESQ.

 2    rmcgee@forthepeople.com

 3                                    February 11, 2022

 4    RE: BROWN vs. GOOGLE LLC

 5    FEBRUARY 8, 2022, CHRISTOPHER CASTILLO, JOB NO. 5077508

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 263

```
1     xx Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
2        Transcript - The witness should review the transcript and
3        make any necessary corrections on the errata pages included
4        below, noting the page and line number of the corrections.
5        The witness should then sign and date the errata and penalty
6        of perjury pages and return the completed pages to all
7        appearing counsel within the period of time determined at
8        the deposition or provided by the Federal Rules.
9     __ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 264

1        I declare under the penalty of perjury under the

2   laws of the State of California that the foregoing is

3   true and correct.

4        Executed on _____, 2022, at

5   _____, _____.

6

7

8

9

10

11        _____

12                CHRISTOPHER CASTILLO

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 265

1    RE: BROWN vs. GOOGLE LLC

2    CHRISTOPHER CASTILLO (JOB NO. 5077508)

3              E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   CHRISTOPHER CASTILLO                Date

25

                                         Page 266