# Mao Declaration
# Exhibit 90

**Davis Deposition Transcript**

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    CHASOM BROWN, WILLIAM BYALL,
     JEREMY DAVIS, CHRISTOPHER
5    CASTILLO, and MONIQUE
     TRUJILLO individually and on
6    behalf of all other similarly  No.
     situated,                    5:20-cv-03664-LHK-SVK

7

8                 Plaintiff,

9         vs.

     GOOGLE LLC,
10

11                Defendant.
     _____/

12

13

14

15        VIDEO-RECORDED DEPOSITION OF JEREMY DAVIS

16              REMOTE ZOOM PROCEEDING

17               Little Rock, Arkansas

18              Friday, January 7, 2022

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 183                    Job No. 5019103

                                         Page 1

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3

4     CHASOM BROWN, WILLIAM BYALL,
      JEREMY DAVIS, CHRISTOPHER
5     CASTILLO, and MONIQUE
      TRUJILLO individually and on
6     behalf of all other similarly   No.
      situated,                       5:20-cv-03664-LHK-SVK
7

8                      Plaintiff,

9              vs.

10    GOOGLE LLC,

11                     Defendant.
      _____/

12

13

14         Video-recorded deposition of JEREMY DAVIS, taken

15    on behalf of the Defendant, Remote Zoom Proceeding from

16    Little Rock, Arkansas, beginning at 10:06 A.M. Central

17    Standard Time and ending at 4:29 P.M. Central Standard

18    Time, on Friday, January 7, 2022, before Leslie Rockwood

19    Rosas, RPR, CSR No. 3462.

20

21

22

23

24

25

                                              Page  2

1    hopefully the video where I'm waving right now

2    demonstrates it's a live feed.

3         Q.  It's looking pretty good.

4             Where are you, by the way?  Are you in a law

5    office right now?                                    10:11:26

6         A.  We are.  We're in a law office in Little Rock,

7    Arkansas.

8         Q.  Okay.  On your -- so obviously I'm asking you

9    these questions and you're answering them through a

10   computer.  On your computer screen, do you have any    10:11:38

11   communication applications open?  Like, texts, chats,

12   emails?

13        A.  No, sir.  The only communication application

14   that's open is the Zoom video right now.  And I also have

15   the -- is it the Veritext marked deposition website?     10:11:55

16        Q.  Okay.  What about your phone?  Is your -- is

17   your cell phone nearby?

18        A.  It's sitting to the left, screen down, and I'm

19   using it as the hotspot for this connection.  But I can't

20   see the screen.                                        10:12:11

21        Q.  Okay.  Mr. Davis, in general terms, what did you

22   do to prepare for this deposition?

23            MR. LEE:  And let me just advise Mr. Davis that

24   you can answer Mr. Schapiro, but do not answer to the

25   extent that it would reveal any communications you had    10:12:34

```
 1    with any of your attorneys.

 2             THE WITNESS:  Understood.

 3             Yeah, to answer the question, there was an

 4    understanding of what the case is all about, right,

 5    understanding the claims against Google in this case, and    10:12:51

 6    also review of material to prepare for this deposition.

 7        Q.  BY MR. SCHAPIRO:  And when you say understanding

 8    what -- what the case is about, what do you mean?  What

 9    did you do to come to an understanding of what the case

10    is about?                                                    10:13:12

11             MR. LEE:  And, again, to the extent that your

12    answer -- well, you can answer the question to the extent

13    it doesn't reveal any communications you had with your

14    attorneys.  You can -- excuse me.  You can say you met

15    with your attorneys, but don't reveal any communications.   10:13:27

16    Okay?

17        Q.  BY MR. SCHAPIRO:  Yeah, and let me just -- let

18    me just echo that.  Obviously you should follow whatever

19    the instructions are of your attorney.

20             I'm not interested in the content of your          10:13:36

21    communications, but -- but you -- you -- to the extent

22    that you met with attorneys, et cetera, that is

23    ordinarily not considered privilege, just the fact you

24    met with them.

25        A.  Understood.  Yes, I did meet with the attorneys     10:13:51
```

Page 13

```
 1    on this case.  And in particular, in understanding the

 2    case, it's mainly the current claims that are claimed

 3    against Google, which I have all the -- I believe the

 4    Complaints here next to me, which I've reviewed.

 5         Q.  And did you review those Complaints as well      10:14:11

 6    before they were filed?

 7         A.  Yeah, I believe that's correct.  I had to review

 8    those and make sure that the Complaints were -- I believe

 9    that I was understanding and that I made sure that I was

10    consulted by my attorneys before they were filed.  I      10:14:35

11    believe that's right.

12         Q.  And was there anything in the -- in the

13    Complaints -- when I refer to the Complaints now, I guess

14    I'll refer to the -- the current operative Complaint,

15    which I think is the Second Amended Complaint.            10:14:51

16         So you went over that.  Is there anything in the

17    Second Amended Complaint that you think is -- is

18    inaccurate or incorrect?

19         A.  No.

20         Q.  All right.  With regard to preparation for this   10:15:05

21    deposition, I think you said a little earlier that you

22    also went over some documents with your attorneys.

23    Without telling me the contents, necessarily, of the

24    documents, can you tell me what types of documents?  Were

25    these -- were these emails?  Privacy policies?  Websites?  10:15:27
```

Page 14

```
 1    photograph from when you were in a thrash brand or

 2    something.

 3          All right.  Well, good.  I think we have your

 4    educational and work history from the testimony here.

 5      A.  Just for the record, yeah, that is not me.        10:21:37

 6      Q.  All right.  Jeremy Davis is probably not the --

 7    there are probably several Jeremy Davises out there in

 8    every state.

 9          Mr. Davis, how -- how did you get involved in

10    this case?  Without revealing any conversations you had   10:21:52

11    with counsel.  But how did you get involved in this case?

12      A.  Understood.  I believe I saw a headline that

13    there was going to be a class action against Google in

14    the case of incognito specifically.  And I saw that, and

15    I responded to the fact that they were soliciting for     10:22:14

16    lead plaintiffs.  And that's how I got engaged.

17      Q.  Do you recall where you saw that, what you

18    described as a headline?

19      A.  I do not specifically.  I recall it was a news

20    article on one of the newsfeeds from, like, either a news 10:22:29

21    aggregator app or when I was on Google or another search

22    engine, like Bing, where I was searching through news,

23    and I think it cropped up there.

24          It just caught my eye on one of the news

25    applications or sites that I was visiting.  I don't have  10:22:47
```

Page 19

1    specific recollection of which one.

2        Q.  And what about your experience -- prior to

3    seeing that headline or that article, what about your

4    experience led you to be interested in -- in a lawsuit

5    about incognito?                                    10:23:08

6        A.  Yeah, I understand the question.  I -- I think

7    most rational people are always interested in the

8    protection of our rights.  And in this case, privacy.

9            And I had used incognito for a long time, and so

10   it caught my eye.  And it was something that piqued my   10:23:31

11   interest, and I got engaged to learn more.

12       Q.  And do you recall which law firm you first spoke

13   with when you -- when you responded to the story that you

14   saw?

15           MR. LEE:  You can answer.                     10:23:54

16           THE WITNESS:  This -- I can answer, but it's

17   embarrassing because I actually don't recall the specific

18   law firm.  It was definitely current counsel.  I know

19   there's multiple law firms involved, but I don't

20   specifically recall which one.                        10:24:09

21       Q.  BY MR. SCHAPIRO:  Do you remember which person?

22       A.  Again, to the best of my recollection, it may

23   have been either Ryan or Rosy, maybe, first.  I can't

24   recall.

25       Q.  Outside of the contact that you made after      10:24:32

                                              Page 20

```
 1    seeing the article or the story, did you have any

 2    preexisting relationship with any of the lawyers or law

 3    firms who are currently representing plaintiffs in this

 4    case?

 5         A.  No, sir.  No prior engagement.  These are all      10:24:47

 6    new contacts for me.

 7         Q.  And have you ever been involved in any other

 8    class action before as a named plaintiff?

 9         A.  No, sir.

10         Q.  All right.  Let's introduce another exhibit.  I    10:25:13

11    think you mentioned earlier what you referred to as the

12    splash screen.  Do you recall that testimony a second

13    ago?

14         A.  Yes, I do.

15         Q.  All right.  Let's introduce an exhibit, and I'll    10:25:37

16    ask if this is what you were referring to.  It should be

17    Exhibit 2.

18              (Exhibit 2, Splash screen, marked for

19              identification electronically by counsel.)

20              THE WITNESS:  Just pulling that up now.           10:25:52

21         Q.  BY MR. SCHAPIRO:  Sure.  And if your Exhibit

22    Share is like mine, it may be giant when you pull it up.

23    There's a little navigation bar at the bottom that allows

24    you to zoom in or zoom out, if you want.

25         A.  Yes, I see that now.                               10:26:06
```

Page 21

```
1              Yes, I would say this is familiar to me as that

2      splash screen or that incognito new tab screen, however

3      we're referring to it.

4          Q.  And is this something that -- a screen that you

5      see whenever you open a new tab in incognito mode?      10:26:27

6          A.  Yes, that's correct.

7          Q.  And so I want to ask you about some of the

8      statements here.

9              Do you have any understanding, just in terms of

10     plain English, of what the word "incognito" means?      10:27:02

11         A.  Sure.  As I understand it -- I haven't gone and

12     referenced the dictionary or anything, but as I -- I

13     think in general, you know, parlance and understanding,

14     people understand incognito to mean concealed, anonymous,

15     unidentifiable.                                          10:27:27

16         Q.  And how about this first sentence here, "Now you

17     can browse privately, and other people who use this

18     device won't see your activity."

19             What is your understanding of that sentence?

20         A.  Sure.  When I read the words, "Now you can       10:27:55

21     browse privately," comma, "and other people who use this

22     device won't see your activity," that first sentence, I

23     understand that to be two statements.

24             I'm being told now by Google in incognito mode

25     in Chrome, that I can browse privately and other people  10:28:18
```

Page 22

1   who use this device won't see my activity.

2        That's how I interpret that sentence.

3   Q.  And is that how you've always interpreted that

4   sentence?

5   A.  Yes.                                          10:28:37

6   Q.  And I noticed when you read it out loud, you --

7   you said the word "comma."  So is the comma important to

8   your understanding of that sentence?

9   A.  Yes.  So -- so in English grammar, comma denotes

10  separation of idea.  And so -- at least that's how I      10:29:01

11  understand it.

12        So I understand, like I said, if it was "and,"

13  then that conjuncts or brings those things together as a

14  single statement.  But the comma, I believe, makes those

15  separate statements.                                      10:29:17

16        So I can browse -- I can browse privately, and

17  people who use this device won't see my activity.

18  Q.  So if the comma were not in that sentence, in

19  what way would your understanding of the sentence be

20  different?                                                10:29:34

21        MR. LEE:  Objection to form.

22        THE WITNESS:  I would still understand the

23  assertion of browsing privately, and then I would also

24  still understand that if I use incognito mode, that

25  people won't be able to see my activity on that device.   10:29:49

Page 23

1        Q.  BY MR. SCHAPIRO:  So you would understand it the

2    same without the comma?

3        A.  Overall, I would say yes.

4        Q.  And what do you understand browse privately to

5    mean?                                                   10:30:08

6        A.  Sure.  Browsing privately denotes, obviously,

7    privacy from peering eyes.  Like even the -- the icon at

8    the top of the page gives you some indication of

9    anonymity; right?  And unidentifiability; right?

10           So I can also read the rest of the words that    10:30:39

11   are on the screen with regard to what Google or Chrome

12   won't say or collect, which is browsing history, cookies

13   and side data and information entered in forms.

14           So I understand that the activity that I'm

15   engaging in inside that browser session, because I've     10:31:02

16   explicitly gone into incognito mode to be private, as the

17   words on the screen say.

18       Q.  So I asked you a little about -- about

19   privately.  How about the second part of that sentence?

20   Is it -- are you contending in -- in this lawsuit that    10:31:18

21   the second part of that sentence -- well, strike that.

22           It's fair to say, right, that one of the reasons

23   you're here is because you believe that when you were in

24   incognito, you -- you weren't actually browsing

25   privately, at least as you understood or expected it;     10:31:45

                                                         Page 24

1    correct?

2         A.   That's -- that's correct.  I understand from the

3    Google Terms of Service, which relay me to the Google

4    Privacy Policy, which I reviewed, that those words in the

5    private policy, that I will be in control of my            10:32:07

6    information and that I can browse privately using Chrome

7    in incognito mode.  And that would cover across Google's

8    services.

9              And so it's my understanding that without my

10   consent, Google actually did collect that information,    10:32:21

11   even though the materials say that they won't when I'm in

12   incognito mode.

13        Q.   Let me ask you about the second part of that

14   sentence.  You're not contending that in incognito mode

15   other people who used your device were able to see your   10:32:47

16   activity, are you?

17        A.   No, that part is clear to me.

18        Q.   And you're not contending that that did not

19   occur; correct?

20             MR. LEE:  Objection to form.                    10:33:05

21             MR. SCHAPIRO:  Yeah, it's a double negative.

22   Let me rephrase the question.

23        Q.   You were contending that Google did various

24   things that -- that you say were -- were not what Google

25   said it was going to do.  But that doesn't apply to the   10:33:19

Page 25

1    entity in this situation.

2           So I just want to make sure I understand your

3    question.  But when I read "Chrome" there, obviously

4    they're referring to the browser.  But I also understand

5    that to include the back-end infrastructure of Google.        10:38:18

6    Because they control the experience of the user when

7    they're in Chrome.

8           And what's happening with what data is saved and

9    relayed and the -- I think it's clear to say that the

10   code that Google wrote is Chrome.  And Chrome does          10:38:36

11   what -- the code that Google wrote -- it executes those

12   instructions.

13      Q.  You said -- a moment ago you said, "I would say

14   Chrome would be" -- I might not have the transcript

15   right, but I think you said the thing that relays back to     10:39:01

16   Google any browsing history.  What do you mean by that?

17      A.  I mean that in the claim, that's the assertion;

18   right?  That when you're in -- yeah, sorry.  Go ahead.

19      Q.  No, no.  Finish your answer, please.

20          MR. LEE:  Actually, actually, you should finish      10:39:20

21   your answer, and then he can follow up.

22          THE WITNESS:  Okay.

23      Q.  BY MR. SCHAPIRO:  Yeah.

24      A.  So my answer was complete, yes.

25      Q.  Okay.  So are you saying that when Chrome relays     10:39:32

1    information to Google, that is the same thing as Chrome

2    saving -- that is the same thing as the browser -- the

3    Chrome browser saving information?

4        A.   I mean, I -- I'm not an engineer working on the

5    Google -- sorry, the Chrome browser.  So the distinction          10:40:00

6    of save in that operation or if it is relayed from a

7    memory, what I'm saying is it is possible -- it is

8    possible, and the claim is that despite whether or not

9    Chrome saves it, that that information was collected by

10   Google without consent.  That's what I'm saying.                  10:40:23

11       Q.   I'm going to ask the same question about this

12   next bullet point, "Cookies and site data."

13            Do you believe that Chrome, the browser, has

14   saved cookies and site data from when you were using

15   incognito mode?                                                   10:40:48

16       A.   I believe that when they -- excuse me just one

17   second.

18            I believe that when Google states something on

19   their page that they're stating what the behavior will

20   be.  But I -- I want to make sure that we don't conflate          10:41:06

21   the claim that just because -- let's just assume that

22   Chrome does what it says on the screen and cookies and

23   site data are not saved.

24            To me, I don't read that as an exclusion of the

25   claim that those cookie and site data might not also be           10:41:28

Page 30

```
 1    you close out of an incognito browsing session?

 2        A.   In general, what I understand is that they would

 3    be crushed or deleted.  But I haven't inspected or

 4    verified to see if that happens in 100 percent of the

 5    cases -- or 100 percent of the time.  But that's my          10:45:14

 6    general understanding.

 7        Q.   Now, Mr. Davis, I understand from some of the

 8    submissions in this case that you do most of your web

 9    browsing in incognito mode; is that correct?

10        A.   Yeah, that is true.  I found it convenient,         10:45:41

11    generally, for that to be my default.  And so, yes, that

12    is true.

13        Q.   And can you give me just a rough sense of the --

14    of the percentage?  Do you do, you know, 51 percent of

15    your browsing in incognito mode?  99 percent?  Something    10:46:11

16    in between?

17        A.   Yeah, I would say it's probably in the low- to

18    mid-90 range.  And then there are certain times in which

19    I have to authenticate or want to have a non-incognito

20    mode, or I may accidentally on a new device haven't         10:46:30

21    configured that option out.  I'm sure I've launched

22    incognito tabs.

23            But, I mean, it's fair to say the majority of my

24    browsing -- strong majority of my browsing is in

25    incognito when I use Chrome, yeah.                          10:46:51
```

Page 33

1    going to use the CoinMarketCap website?

2         MR. LEE:  Objection to form.

3         THE WITNESS:  Well, the fact that I've already

4    used CoinMarketCap, if that information has already been

5    shared, then I suppose there's -- I suppose I would          11:34:04

6    continue to use that site because it provides utility to

7    me regardless of the existence or nonexistence of this

8    Analytics browser add-on.

9         Q.  BY MR. SCHAPIRO:  Are there -- are there

10   websites that you visit that don't provide utility to        11:34:41

11   you?

12        A.  As a general rule, no.  I generally don't waste

13   my time visiting sites for no reason.

14        Q.  All right.  I think you told us earlier -- I

15   think you told us earlier that you have -- that you          11:35:01

16   reviewed the Complaint and the Amended Complaints in this

17   case; is that correct?

18        A.  That's correct.

19        Q.  So one phrase -- I can load it, if you or your

20   lawyer would like me to, but you might know it by heart      11:35:27

21   because it's the first paragraph of the Complaint.

22        It says, "This lawsuit concerns Google's

23   surreptitious interception and collection of personal and

24   sensitive data while users are in private browser mode."

25        Do you have the Complaint next to you?  I see          11:35:47

Page 57

```
1    you looking over at something.

2         A.  Yes, I do.

3         Q.  Do you have any other --

4              MR. LEE:  The Second Amended?

5              MR. SCHAPIRO:  Yeah.                      11:35:53

6         Q.  Do you have any other documents in front of you

7    in the room?

8         A.  I do.  I have the Second Amended Complaint, I

9    have the Google splash screen or new tab screenshot, I

10   have the Google Terms of Service, and I have the Google  11:36:13

11   Privacy Policy.  Those are the four materials I have in

12   front of me.

13        Q.  Are there any notations on any of those

14   documents?

15        A.  Yes, I've made my own notations on these       11:36:28

16   documents.

17             MR. SCHAPIRO:  All right.  James, I would ask

18   that those be produced, if you can produce them at a

19   break.  Or after the -- after the deposition is fine.

20             MR. LEE:  Sure.                            11:36:40

21        Q.  BY MR. SCHAPIRO:  Okay.  So, Mr. Davis,

22   paragraph 1 talks about interception and collection of

23   personal and sensitive user data while users are in a

24   private browsing mode.

25             Do you see that?                           11:36:57
```

Page 58

```
 1          A.  Yes, I see that.

 2          Q.  What information do you consider to be --

 3     actually, strike that.

 4          Do you understand that to be two different

 5     categories, or is personal and sensitive one -- a single    11:37:16

 6     description?

 7          A.  I don't suppose I've ever considered the

 8     distinction on the language.  But personal instance of

 9     user data, I would think of that as a logical construct

10     that would be -- any of the information that I'm           11:37:39

11     communicating -- or using inside that -- inside that

12     private browser session in private browsing mode or

13     incognito mode.

14          Q.  So you're saying that anything you do in a

15     private browsing mode is necessarily personal and         11:38:03

16     sensitive --

17          A.  I'm saying that it is --

18          Q.  -- to you?

19          A.  Yeah, of a personal and sensitive nature

20     generally because it is private.  It is being demarked    11:38:21

21     as -- I'm making an assertion as a user, that I wish for

22     that session to be private.

23          Q.  So what are some categories, in your mind, of --

24     of personal information?  Or maybe, I guess -- the reason

25     I hesitated was based on your -- on your -- your last      11:39:10
```

Page 59

```
 1    answer, maybe you're saying that anything you type into a

 2    browser is personal information.  Is that correct?

 3         A.  That's correct.  I consider my thoughts to be my

 4    property of self.  And I think if people think deeply

 5    about privacy, they'll come to the same conclusion, that      11:39:35

 6    if one is asserting privacy of thoughts, then the

 7    interaction with a mode of communication that is deemed

 8    privacy, as it's stated in the Google Privacy Policy --

 9    you can choose to browse the web privately using Chrome

10    incognito mode.                                               11:40:02

11         So when I assert the use of incognito mode, I'm

12    asserting my desire for privacy.  Because as Google

13    states in the Google Privacy Policy, I can choose to

14    browse the web privately using Chrome in incognito mode.

15         Q.  And I think you said very early in the              11:40:29

16    deposition when I was asking you about, at least, the

17    ordinary definition of incognito, you used terms like

18    "concealed" and "unidentifiable."  Do you recall that?

19         A.  I recall that.

20         Q.  So it's your position that your privacy is being    11:40:54

21    violated if the -- your activity is not concealed or not

22    unidentifiable; is that fair?

23         MR. LEE:  Objection to form.

24         Andy, could you -- could you just ask it again?

25    I think I may have misunderstood your question.              11:41:26
```

Page 60

1    "anonymized fashion," I believe it's a reasonable

2    perspective to assume that if that is actually being

3    collected when I was told that they were not, that erodes

4    my trust in whether or not Google may be leveraging that

5    anonymized persona in a way that perhaps they shouldn't.    11:49:00

6            And so it's a trust erosion perspective to know

7    that tracking activities that I was told I was in control

8    of and that I didn't consent to occurred while I was in

9    incognito mode.

10       Q.  Do you have any basis to believe that any such    11:49:30

11   profile has ever been made based on -- based on your

12   incognito browsing activity?

13       A.  I believe Google has disclosed the fact that for

14   any logged-in user that's an identity that they know.  I

15   also am aware through the disclosures through this case,    11:49:59

16   and/or -- and I may not use that -- that may not be the

17   correct word, but the materials presented in the case,

18   that these anonymized profiles exist.

19           And so I would contend that if information is

20   being collected during incognito sessions, I doubt    11:50:21

21   seriously that Google would do that if there was no value

22   in that; right?

23           And so if the effort is being made to collect

24   that information when I thought it was not being

25   collected, this -- this challenges the notion of the    11:50:43

Page 65

```
 1    behavior, if that's the question, I think that would be a

 2    step in the right direction.  But I don't think that that

 3    would preclude any of the damages or violation of privacy

 4    that may have occurred if that stuff was being stored and

 5    not deleted.  I think that's the fairest way I could          11:53:43

 6    answer that question.

 7         Q.  BY MR. SCHAPIRO:  You mentioned in your answer a

 8    moment ago logging in.  What were you referring to there?

 9         A.  Oh, sure.  Logging in.  That is to provide a

10    username and password in, for example, Gmail account.  I     11:54:05

11    have a Gmail account.  If I want to check Gmail, I would

12    have to authenticate to access that service.

13         Q.  And do you understand that if you log in to your

14    Gmail account, is it still your expectation that Google

15    will receive no information about you?  Or does that --      11:54:25

16         A.  No, I -- no.  In the case in which I'm

17    identifying myself to Google, I -- I understand that they

18    are aware of what my activities are.  When I have

19    identified myself to them.

20         Q.  Do you still have the Complaint handy?              11:55:00

21         A.  I have it here, yes.

22         Q.  So can I ask you to look at paragraph 163 of the

23    Second Amended Complaint?  And, you know, just for the

24    record, even though it's a document on the docket, why

25    don't we go ahead and introduce it.                          11:55:20
```

Page 67

1          Feel free to refer to the version that you have

2     there, the hard copy, if that's easier.  But let's

3     introduce as the next exhibit the Second Amended

4     Complaint, just to have a complete record.

5          So this will be Exhibit 6, I think.                    11:55:35

6     A.  Sir, what was that paragraph number again?

7     Q.  Paragraph 163.

8     A.  163.  Okay.

9          (Exhibit 6, Second Amended Complaint, marked for

10          identification electronically by counsel.)          11:56:03

11     THE WITNESS:  I see it at the bottom of a page,

12     and it starts with:  "It is common knowledge that Google

13     collects."  Is that the paragraph in question?

14     Q.  BY MR. SCHAPIRO:  It is.

15     A.  All right.                                             11:56:15

16     Q.  So, actually, why don't you go ahead, if you

17     don't mind, just read that first sentence out loud.

18     A.  Sure.  What I see here is, paragraph 163, "It is

19     common knowledge that Google collects information about

20     web-browsing activity of users who are not in private      11:56:31

21     browsing mode.  It is also common knowledge" --

22     Q.  You can stop.  I just want to ask you first

23     about that first sentence.

24     A.  Okay.

25     Q.  Feel free to read the whole thing, so you -- if       11:56:45

Page 68

```
1    you want to, to yourself, but...

2          So -- so this is referring to users who are not

3    in private browsing mode; correct?

4          A.   Correct.  I see the emphasis on not in private

5    browsing mode.                                        11:57:06

6          Q.   Yes.  And is that -- so your Complaint here says

7    that this is common knowledge.  Is that knowledge that --

8    that you, Jeremy Davis, had also prior to this lawsuit?

9          A.   Yes, that's my understanding.

10         Q.   And do you agree, as someone who works in the    11:57:24

11    space that you work in, that it is -- it's common

12    knowledge that Google collects information about web

13    browsing activity when people are not in private mode?

14         A.   Yeah, I would say that's a fair statement.

15         Q.   And is that impacted one way or the other by     11:57:57

16    whether the user has Google's -- had Chrome's sync

17    feature enabled?  S-Y-N-C.

18         A.   I'm not 100 percent sure if that is solely

19    required.

20         Q.   No, I guess I'm just asking you -- well, let me   11:58:17

21    back up.

22         Are you aware that -- that Chrome has various

23    modes?  For example, incognito is one mode; right?

24         A.   (Nods head.)

25         Q.   You have to answer verbally so the court          11:58:30
```

Page 69

1    reporter can get it.

2         A.  Yes, I understand incognito to be a mode of

3    operation for Chrome.

4         Q.  And you understand that there's something that

5    is sometimes called basic mode, which is just regular old      11:58:42

6    Chrome right out of the box?

7         A.  Yeah, it's the standard wide screen.  I would

8    call that normal Chrome.  That's how I refer to it.  So a

9    normal Chrome session and an incognito session, yes.

10        Q.  And do you understand that users can sometimes       11:58:58

11   choose to enable a feature called sync, S-Y-N-C, as well,

12   if they have multiple devices?

13        A.  I believe I'm familiar with this in the profile

14   settings of Google.  Like once you're logged in, I think

15   that's an option that is presented to you.                    11:59:15

16        Q.  And do you have any belief that just using plain

17   old Chrome right out of the box, without Sync enabled,

18   gives you privacy protection so that Google won't see

19   what you're doing?

20             MR. LEE:  Objection to form, calls for             11:59:38

21   speculation, lack of foundation.

22             THE WITNESS:  I would assume that -- I can give

23   you my personal perspective.  I don't assume privacy in,

24   quote/unquote, "normal Chrome sessions."  Why else would

25   the incognito mode exist and why else would the Privacy       12:00:01

Page 70

```
 1    Policy refer to it as the prescribed way to browse

 2    privately?

 3          So my assert- -- my impact of understanding

 4    privacy assumptions are fundamentally different between

 5    the two.                                          12:00:19

 6       Q.  BY MR. SCHAPIRO:  All right.  So here in this

 7    same sentence, a paragraph of your Complaint, it also

 8    says, "It is also common knowledge that Google causes

 9    targeted advertisements to be sent based on that

10    information."                                     12:01:01

11          Do you see that?

12       A.  Yes, I've read that sentence.

13       Q.  And do you generally understand that on what for

14    you, I guess, are the rare occasions when you are not

15    incognito, if you see ads tailored to your interests it's  12:01:17

16    because Google or some other entity has received

17    information about your past browsing?

18       A.  Yes, I understand that.

19       Q.  When you've used Chrome, have you ever seen ads

20    that appear to be tailored to you?                12:01:37

21       A.  In normal mode, yes.

22       Q.  And I assume the flip side, but not in incognito

23    mode?

24       A.  I have actually experienced rarely a term that I

25    have searched for or a topic, I've seen those things show  12:01:59
```

Page 71

1    up even in incognito mode.  It is rare.  It is rate, not

2    the rule, but I have seen that occur in incognito mode.

3        Q.  Has that been when you're within a single

4    incognito session, that is you might have multiple tabs

5    open but you've been using incognito during the -- you        12:02:24

6    know, without closing out of it?

7        A.  It's possible.  I'm not sure of the conditions

8    specifically, but I suppose that's possible.

9        Q.  Do you have any belief as to whether a targeted

10   advertising can be beneficial to users such as yourself?     12:02:52

11           MR. LEE:  Objection to form, vague as to scope.

12           THE WITNESS:  I would say that I understand that

13   there's a whole industry and business around targeted

14   advertising.  And I suppose there could be some utility.

15   I think it varies by person.  But, yeah, I would say         12:03:15

16   there's probably utility in those ads.

17       Q.  BY MR. SCHAPIRO:  Is Chrome the browser -- the

18   primary browser that you use to surf the internet?

19       A.  Yes, it is the primary.

20       Q.  What other browsers, if any, do you use?  And        12:03:56

21   maybe just to narrow it a little bit, I guess I would

22   say -- why don't we start with currently.

23       A.  Yeah, the big three that I generally find

24   installed on any of my devices would be the native OS

25   browser, so like if I'm on a Windows device there would      12:04:23

Page 72

1      Q.   When you have an incognito session open, about

2    how long do you usually keep it open?

3          Let me make that more clear.  Do you ever keep

4    tabs or windows open for -- for more than a day?

5      A.   Yeah, there's occasions where I do.  As a          12:29:03

6    general practice, I generally will close out of the

7    browser session.  But there have been occasions where I'm

8    in the middle of researching something or in the middle

9    of working on something and I'll leave it open, suspend

10   the computer, and come back to it the next day.          12:29:22

11     Q.   How about leaving tabs or windows open for more

12   than a week?  Is that something that you commonly do?

13     A.   There are occasions in which I have, yes.

14     Q.   Is that common or -- or rare?

15     A.   It's -- I would say it's -- it's on the rarer      12:29:47

16   side, yeah.  Because most of the times I'm getting in,

17   getting out, doing what I need to do.  But it does --

18   there are occasions in which I'll -- yeah, I'll leave

19   them long running.

20     Q.   So I think earlier in the deposition today you     12:30:09

21   were telling us about your understanding of the -- the

22   incognito splash screen.  Do you recall that?

23     A.   Yes.

24     Q.   And prior to your involvement in this case, was

25   that splash screen the only document that contributed to  12:30:47

Page 80

```
 1    your understanding or your belief about what incognito

 2    does, or were there other documents that you had

 3    reviewed?

 4            MR. LEE:  Objection to form, mischaracterizes

 5    his prior testimony.                                  12:31:11

 6            You can answer.

 7            THE WITNESS:  Yeah.  No, so I had reviewed both

 8    the Google Terms of Service, the Google Privacy Policy,

 9    as well as material, maybe blog posts, on incognito.  So

10    I was not solely informed by the splash screen.       12:31:27

11        Q.  BY MR. SCHAPIRO:  And this is -- so this prior

12    to involvement in the lawsuit, you had looked at, you

13    say, the Privacy Policy and maybe some blog posts?

14        A.  That's correct.

15        Q.  By the way, you said that when you saw the story  12:31:55

16    or advertisement about this lawsuit, it peaked your

17    interest.  Had you, prior to that point, ever seen any

18    articles or blog posts suggesting that incognito -- not

19    by Google, suggesting that incognito mode might not be

20    private in the way that you expected?                 12:32:23

21            MR. LEE:  Hold on.

22            I just want to object to the extent that you are

23    mischaracterizing Mr. Davis' testimony.  He did not -- he

24    did not testify that he responded to an advertisement.

25            MR. SCHAPIRO:  I withdraw the point about the   12:32:37
```

1   and the Google Privacy Policy.

2           I'm not a lawyer.  I'm sure there may be other

3   documents that the Court considers constitution to that

4   contract, but that's my understanding in this case.

5       Q.  Recognizing that you're not a lawyer, but do you        12:36:40

6   have any thoughts, as the person who entered into the

7   contract, of what other documents might be part of it?  I

8   think you just listed the splash screen, the Google Terms

9   of Service and the Google Privacy Policy.

10          You said maybe there are some others.  Any         12:37:00

11  thoughts on what those might be?

12      A.  Oh, yeah, the other one I think that's of

13  interest may be in the health file related to Google

14  Analytics.  I believe it made specific mention of the

15  Google Privacy Policy.  That would be one additional I        12:37:17

16  would add to that list.

17          And it said that Google Analytics would adhere

18  to the Privacy Policy, which clearly states that I am put

19  in control of what information Google collects about me

20  and that we can use Google services to manage our        12:37:38

21  privacy.  And if I choose to browse privately, I can

22  browse the web privately using Chrome in incognito mode.

23          And so the way that I would assert that privacy

24  would be to use incognito mode.

25      Q.  And in connection with this contract, did you        12:38:04

Page 84

```
 1    provide anything to Google in return to the use of

 2    Chrome?

 3         A.  Of course.  I provided my activity and data;

 4    right?  Clearly that -- there is value to the data

 5    provided.  And that is -- that is the -- that is the        12:38:37

 6    exchange of the parties in that contract; right?

 7         Q.  So you agreed to provide data to Google?

 8         A.  In normal -- in normal browsing mode.  Nowhere

 9    in the Terms of Service, the Google Privacy Policy or the

10    splash screen did it provide me an opportunity to consent   12:39:03

11    to the exchange of data while in incognito mode.

12              Again, Google tells me I can browse privately.

13    I have no expectation of exchange of data when in

14    incognito mode.

15         Q.  Can you take a look at paragraph 275 of the        12:39:20

16    Complaint, the Second Amended Complaint?

17         A.  Sure.  Let me just turn to it.  You said 275?

18         Q.  Yes, sir.

19         A.  It's almost to the end.  Let's see.  Okay.  I

20    have it in front of me.                                     12:40:03

21         Q.  Do you see where it says, "Plaintiffs and class

22    members also did not receive the benefit of the bargain

23    for which they contracted and for which they paid

24    valuable consideration in the form of the personal

25    information they agreed to share, which has ascertainable   12:40:20
```

Page 85

1      Q.  Sure.

2      A.  Sure.  So we must have checked the dates around

3  that time, then.

4      Q.  Okay.  So you can -- I don't have any other

5  questions about this exhibit.                          12:47:50

6          But let's take a look at Exhibit 7, which is the

7  Google Terms of Service that were effective through

8  November 4th, 2005.

9      A.  Okay.  I have that document up.

10     Q.  And I'll ask you if you remember which portions   12:48:12

11  you reviewed.  Did you review only certain portions or

12  all of it?

13     A.  I'm just checking to see how familiar this is.

14  This is from 2001 to 2003; is that right?

15     Q.  My understanding is this is 2003 to 2005.          12:48:46

16     A.  I only ask that question because it's

17  copyrighted 2001/2003.

18     Q.  I think that's just when the copyright was.  I

19  don't know.

20         MR. LEE:  Yeah, Mr. Schapiro, I think you need     12:49:05

21  to make a representation of the date.  You either know --

22  you can make that representation or you don't.  I don't

23  think we can say --

24         MR. SCHAPIRO:  Yeah, my understanding, but I

25  want to be careful, because the witness has just pointed   12:49:15

Veritext Legal Solutions
866 299-5127

```
 1    out this copyright point.  But I -- my understanding is

 2    that this is the Terms of Service that were in effect

 3    through November -- from March 29th, 2003, to

 4    November 4th, 2005.

 5          MR. LEE:  And are you making that representation    12:49:40

 6    to this witness today?

 7          MR. SCHAPIRO:  I'm making that representation to

 8    this witness today.  And if I'm wrong, we can, of course,

 9    clear it up later, but...

10          MR. LEE:  Okay.                                     12:49:50

11          THE WITNESS:  So if you don't mind, I'd like to

12    read through this just to see if it's familiar to me.

13    There's a lot of information here, and it's quite old.

14          Q.  BY MR. SCHAPIRO:  Of course.  You're entitled.

15          A.  Okay.  Thanks for give me the opportunity to    12:50:54

16    review.

17          Q.  All right.  Do you recall if you agreed to the

18    Google Terms of Service when you opened your account?

19          A.  I would have absolutely had to.  I think it was

20    a prerequisite to get the account, is my recollection.    12:51:08

21          Q.  And in these Terms of Service, did Google

22    represent to you that you could control what information

23    Google collects by enabling private browsing mode?

24          A.  I don't think that was temporarily possible,

25    because I don't think incognito existed at this time,     12:51:30
```

Page 92

```
 1    when -- when Gmail was first launched.

 2         Q.  So I'll ask you to take a look at the Second

 3    Amended Complaint again, paragraph 31, please.

 4         A.  Paragraph 31?

 5         Q.  Yes, sir.                                    12:51:56

 6         A.  Okay.  I'm there.

 7         Q.  And do you see there's a citation to the Google

 8    Privacy Policy?  And this is in the -- to the May -- the

 9    May 28th -- I guess in the Complaint it just says,

10    "May 2018 modification to the Privacy Policy."          12:52:32

11         Do you see that?

12         A.  Yes, I see that line.

13         Q.  And do you know whether you reviewed that

14    version of the -- ever reviewed that version of the

15    Privacy Policy?                                         12:52:45

16         A.  I did.

17         Q.  And do you recall whether that was before or

18    after your involvement in this litigation?

19         A.  Yes, I believe I rereviewed it when the

20    incognito feature was launched.  And this seems to be   12:52:58

21    aligned with that timeline.

22         Q.  And did you agree to the Google Privacy Policy?

23         MR. LEE:  Objection to form.

24         THE WITNESS:  I don't know -- I don't know that

25    there's -- like, you agree to Terms of Service; right?  12:53:17
```

Page 93

```
 1    But I don't believe there's a -- I just don't understand

 2    the question.  Did I agree to it?

 3        Q.  BY MR. SCHAPIRO:  Did you ever indicate --

 4        A.  Did I agree with the terms?  Or did I -- did I

 5    agree with what they were communicating?  Or are you         12:53:33

 6    asking if I told Google that I agreed to the Privacy

 7    Policy?  I'm just unclear on your question.

 8        Q.  Did you ever indicate to Google in any way that

 9    you did not agree to its Privacy Policy?

10        MR. LEE:  Objection to form.                             12:53:51

11        THE WITNESS:  No.  No.  To my recollection, I

12    never told Google that I disagreed with its statements in

13    its updated Privacy Policy.

14        Q.  BY MR. SCHAPIRO:  Let's take a look at the --

15    what I will represent to you is the updated Privacy          12:54:08

16    Policy referred to in your Complaint, effective from

17    May 28th, 2018, to January 21st, 2019.

18            (Exhibit 9, Google Privacy Policy, marked for

19            identification electronically by counsel.)

20        Q.  BY MR. SCHAPIRO:  And can you tell me what           12:54:36

21    sections in here, if any, you believe promised you that

22    browsing in private mode would prevent Google from

23    receiving your information?

24        A.  One second.  This is the evidence 12 -- or

25    the --                                                       12:55:08
```

Page 94

```
 1        Q.  Yes.  Exhibit 12, yeah.

 2        A.  -- Exhibit 12?

 3            MR. LEE:  You have a paper copy, too.

 4        Q.  BY MR. SCHAPIRO:  Yeah, if you have a paper

 5   copy, you can look at it as well.                  12:55:18

 6        A.  Yeah.  The paper copy I have has section numbers

 7   on it.  And this one --

 8            MR. LEE:  No.

 9            THE WITNESS:  Oh, sorry.  No, it's the Privacy

10   Policy.  Excuse me.                                12:55:30

11            Yeah, just one second.

12            Yeah, I can call out the specific language in

13   the Privacy Policy.

14            So at the end of the first sentence, there are

15   the words "Put you in control"; right?  So I understand,  12:55:47

16   through Google's Privacy Policy, that I am in control;

17   right?

18        Q.  BY MR. SCHAPIRO:  Do you believe that --

19            MR. LEE:  Wait.  Were you done with your answer?

20            Excuse me.  Excuse me.  I'm not sure he was   12:56:06

21   done.  I just want to confirm.

22            THE WITNESS:  No, I wasn't.  I wasn't.

23            MR. LEE:  Why don't you finish.

24            THE WITNESS:  If you scroll further down, below

25   the three bullet points on the first page, there's a   12:56:17
```

Page 95

```
 1    paragraph that begins with, "You can use our services in

 2    a variety of ways."

 3            Do you see that?

 4       Q.  BY MR. SCHAPIRO:  Yeah.

 5       A.  That first sentence, "You can use our services      12:56:30

 6    in a variety of ways to manage your privacy."

 7            Again, the assertion of privacy and the Privacy

 8    Policy from Google to its users.

 9            The last two sentences of that paragraph, I'd

10    like to read.  "You can also choose to browse the web      12:56:51

11    privately using Chrome in incognito mode."  You've heard

12    me say that numerous times today.

13            Next sentence, "And across our services, you can

14    adjust your privacy settings to control what we collect

15    and how your information is used."                         12:57:10

16            Again, this implies to me that Google is stating

17    that I have control; right?  And that any data that I

18    provide to Google, I can -- I would explicitly consent to

19    their collection of that data.

20            They have stated that I can browse privately       12:57:32

21    using Chrome in incognito mode.  I've -- I've testified

22    earlier that when I am browsing privately, I never

23    consent to collection.

24            So, again, in the Privacy Policy, I'm taking

25    Google at their words that when I am browsing privately,   12:57:51
```

Page 96

```
 1    that is the method by which I notify Google that I do not

 2    consent to collection.

 3        Q.  Are you finished?

 4        A.  Yes, I'm finished.  Thank you.

 5        Q.  So you have emphasized the use of this word          12:58:24

 6    "control"; correct?

 7        A.  Correct.

 8        Q.  And so what have you done -- strike that.

 9            And it says that -- the Privacy Policy says that

10    you can control -- or that you can -- that they can --        12:59:00

11    that Google puts you in control.  Is that a fair

12    paraphrase of that first sentence that you've cited?

13        A.  That's -- yes.

14        Q.  So what -- so being in control, what did you do

15    to prevent Google from receiving, let's say, your IP         12:59:27

16    address when you visited a site that ran Google

17    Analytics?  How did you exercise that control?

18        A.  So the control that I exercised is I used the

19    feature incognito mode in Chrome that they expressly

20    called out in this Privacy Policy as a means for me to       12:59:49

21    privately browse the web.

22            So, again, my control in this situation, the

23    recourse that Google has indicated to me in their own

24    Privacy Policy, that if I want to browse privately and

25    not be observed by Google, is to use Chrome in incognito     13:00:12
```

Page 97

1    mode.

2         Q.  And so does --

3         A.  That's exactly what I did.

4         Q.  Sorry.  Did I cut you off?

5         A.  No, that's okay.  I was saying and that's          13:00:26

6    exactly what I did.

7         Q.  So is it your understanding that browsing the

8    web -- that the word -- the phrase "browse the web

9    privately" means that even if a user visits a site that

10   uses Google Analytics, that even the IP address             13:00:57

11   associated with that visit would not be shared with

12   Google?

13        A.  Yes, that's correct.

14        Q.  How would --

15        A.  And I --                                            13:01:17

16        MR. LEE:  I think he's still finishing his

17   answer, Andy.

18        THE WITNESS:  Yeah, I was just going to say the

19   reason why I believe that is that if you look at the help

20   file associated with Google Analytics, it actually          13:01:30

21   specifically refers back to its adherence to the Google

22   Privacy Policy, in which the Google Privacy Policy states

23   that I can browse the web privately using Chrome in

24   incognito mode.

25        So I think it's a fair point of view to come           13:01:54

Page 98

1    information.

2        Q.  And other than what you pointed to on the first

3    page, where it says you can also choose to browse the web

4    privately, is there anywhere here in this list of

5    information that is collected by Google anywhere in here        13:10:13

6    that it tells you that incognito mode would prevent

7    Google from receiving the data?

8            MR. LEE:  Objection to form, mischaracterizes

9    prior testimony.  Mr. Davis didn't point to just one

10   sentence in the Privacy Policy in his prior answer.  He         13:10:30

11   pointed out multiple.

12           MR. SCHAPIRO:  Let me rephrase.

13       Q.  Other than the language that you pointed to on

14   the first page in our -- when we were discussing this

15   document earlier, do you see anything in this description       13:10:46

16   of data that is collected by Google that says that

17   private browsing prevents Google from receiving the data?

18       A.  I don't see anything about incognito mode here.

19   However, I would say I don't have to, because the

20   assertion is that I am in control and that this                 13:11:10

21   information, which I've already testified earlier, is

22   private information.  If the mechanism that Google

23   provides to me is private browsing in incognito mode, as

24   we just read on the first page, then why would I make an

25   assumption that it's okay to collect this information in        13:11:32

                                                        Page 104

```
 1   incognito mode?  I can't make that connection, if that's

 2   what you're asking me.

 3           MR. SCHAPIRO:  So we've been going about an

 4   hour.  Would this be a decent time to take a lunch break?

 5           MR. LEE:  Yeah.  You read my mind.  Thank you,        13:11:50

 6   Mr. Schapiro.

 7           MR. SCHAPIRO:  While we're still on the record,

 8   James, could you, during the lunch break, send us a scan

 9   of the marked up documents that Mr. --

10           MR. LEE:  Sure.  I can try.  It's not my office,       13:12:03

11   but -- I've got to see who's around.  But, just for the

12   record, there are no notations on the documents.

13   Mr. Davis just highlighted some language on the privacy

14   page, which he's already called out.  If you want me to

15   email that to you or scan that to you, I can, but there's    13:12:20

16   no --

17           MR. SCHAPIRO:  Yes.

18           MR. LEE:  -- notes or anything.

19           I don't want you to have the wrong idea.

20           MR. SCHAPIRO:  I see.  That's fine.  Just -- I        13:12:28

21   don't need the whole documents then.  Just -- if you just

22   send me whatever the highlighted parts are, that would be

23   great.

24           MR. LEE:  Sure.  Okay.  We'll do that.

25           MR. SCHAPIRO:  All right.  I'm happy to go off        13:12:38
```

Page 105

1    through its services that are installed on third-party

2    websites?

3         A.  Yes, I do, actually.  If you take a look at the

4    very first page.

5         Q.  Uh-huh.  Page 1 or --                        14:13:17

6         A.  Yes, sir.  Page 1.

7         Q.  Uh-huh.

8         A.  Paragraph 1, just underneath the archive date,

9    June 21, 2016.

10        Q.  Uh-huh.                                        14:13:30

11        A.  The last sentence says, "Although this policy

12   describes features that are specific to Chrome, any

13   personal information that is provided to Google or stored

14   in your Google Account will be used and protected in

15   accordance with Google Privacy Policies."              14:13:48

16             I'll refer back to the Google Privacy Policy

17   that's referenced there where it's stated that I'm in

18   control of the data that is collected, that I can browse

19   the web privately with Chrome in incognito mode, and I

20   can adjust privacy settings to control what is collected  14:14:12

21   and how your information is used.

22             If I never consented to have data collected in

23   private mode, to me this is a direct violation of

24   Google's Privacy Policy, including this one that's been

25   presented.                                             14:14:32

                                              Page 113

```
 1   incognito would -- I think I heard you say the word

 2   "disable" or "break" the ad tech technology on Any Town's

 3   site.

 4        Q.  BY MR. SCHAPIRO:  Correct.

 5        A.  No, I don't have an expectation that Google        14:24:39

 6   breaks ad tech and ad serving.

 7        Q.  Do you have an expectation that incognito

 8   disables or breaks ad serving by Google -- by Google Ad

 9   Manager?

10        A.  Yes, I have a reasonable expectation of that,      14:25:04

11   because as we stated earlier, in the Google Analytics

12   help file, it states, on Google's own product, that it

13   will adhere to the Google Privacy Policy, and in the

14   Google Privacy Policy, it states that I can browse the

15   web privately using Chrome in incognito mode.               14:25:26

16        So, yes, in the case of Google's own product and

17   the reference to their own Privacy Policy, which it

18   states it adheres to, Google asserts that I am in

19   control, that I can browse privately, and it will not

20   collect the information that I consider private.            14:25:47

21        Q.  Have you ever seen ads on the internet when you

22   are browsing in incognito mode?

23        MR. LEE:  Objection.  Asked and answered.

24        MR. SCHAPIRO:  I don't think he answered about

25   in incognito mode, but anyway.                              14:26:05
```

Page 119

1    not make this additional carveout.

2          So to me this at best represents an

3    inconsistency of statement of fact from Google.  So I'm

4    even more -- to be honest with you, I'm very confused by

5    this inconsistency, because if it was important for us to       14:41:14

6    know that, why was this not disclosed previously?

7          Q.  BY MR. SCHAPIRO:  And so you're saying you think

8    this would have been important to disclose?

9          A.  Yes, I do.

10         Q.  Let's take a look at Exhibit 12, please.            14:41:39

11              (Exhibit 12, Search & browse privately -

12              Computer - Google Search Help, marked for

13              identification electronically by counsel.)

14              THE WITNESS:  Okay.  I have that document.

15              MR. LEE:  It's a short document.  Do you want to     14:42:27

16    just read it?

17              THE WITNESS:  Yeah.  Give me just one moment.

18              MR. LEE:  By the way, while we're waiting, Andy,

19    before this deposition closes, can you give me the

20    effective date of the last document we looked at,             14:42:57

21    Exhibit 11, please?

22              MR. SCHAPIRO:  I will see if I can.

23              THE WITNESS:  Okay.  I've reviewed the document.

24         Q.  BY MR. SCHAPIRO:  And do you know if you've seen

25    this document before?                                         14:43:40

Page 128

```
 1        A.  Yes, I've seen this document before.

 2        Q.  In what context?

 3        A.  It was after the case started.  I believe I

 4   reviewed the search and browse privately help section,

 5   and what's caching my eye is their core -- what stands      14:44:01

 6   out in memory for this is that I remember them comparing

 7   themselves to other private browsing modes with other

 8   browsers.

 9        Q.  In that second sentence there it describes

10   several ways you can browse the web privately; right?  It    14:44:30

11   says, "To browse the web privately, you can," and then it

12   lists several things.

13        A.  Sorry, can you restate that?

14        Q.  Sure.

15            The second sentence says, "To browse the web       14:44:44

16   privately, you can see use private browsing, sign out of

17   your account, change your custom results settings, or

18   delete past activity."

19            And my question was:  This sentence says that to

20   browse the web privately, there are several -- there are     14:45:05

21   a number of things you can do; correct?

22        A.  Yes.  I see that verbiage.

23        Q.  And then all of these are things you can do to

24   browse the web privately; correct?

25        A.  They may -- they may destroy the information        14:45:23
```

Page 129

1    that is in the browser, but if that data was collected

2    upstream by Google or another entity, then that browsing

3    session was not private.

4        Q.   And yet this disclosure describes all those

5    things as ways you can browse the web privately, doesn't    14:45:46

6    it?

7        A.   It puts that forward, that's right, and I would

8    agree with private browsing, if it's doing what it's

9    supposed to do, signing out of the account, yes.  If you

10   were signed in, that activity would be identifiable to      14:46:03

11   you.  Not sure what it means about change your custom

12   result settings, and deleting past activity, that's just

13   local.  That wouldn't delete any collected data.

14       Q.   Well, does this change your view as to whether

15   when Google has used the word -- phrase "browse the web"    14:46:19

16   privately," it meant something beyond just deleting

17   local -- or protecting against local retention of data?

18       A.   No.  I mean, the Google Privacy Policy's still

19   in effect, regardless of what is said on the details of

20   search and browse privately in this document.  Again, in    14:46:47

21   Google's Privacy Policy, they say I have the control over

22   my private data, I'm able to browse the web privately in

23   incognito mode, and that I'm in control of what

24   information's collected; right?

25            And if I'm browsing privately and Google in       14:47:13

Page 130

1    incognito is collecting that information, which it is,

2    then I'm not browsing privately, despite any claims of

3    how to search privately on this document.

4        Q.  So is your contention that the phrase "browse

5    the web privately" means one thing in the Privacy Policy    14:47:34

6    and means something else in this other document that you

7    reviewed?

8        A.  I could interpret that as true here, because

9    here they're couching do these things to browse

10   privately, whereas in the Google Privacy Policy, it        14:47:50

11   simply states I can browse privately using Chrome in the

12   incognito with no clarification.  Moreover, it's --

13   moreover, the Privacy Policy states that I would be in

14   control of what is collected, and, in fact, I'm not when

15   I'm in incognito mode, because Google is collecting it.    14:48:11

16        And if you refer back to our previous

17   conversation about the data that has been collected but

18   is anonymized, the fact that that all was collected and

19   can be associated even once anonymized is a violation of

20   Privacy Policy.                                            14:48:31

21       Q.  Do you believe that everyone would understand

22   the phrase "browse the web privately" the way you

23   interpret browse the web privately?

24       A.  Yes.  I believe that people would not parse is

25   it just cookies, is it just my browsing history.  When     14:48:49

Page 131

1    people understand private, I would say the vast majority

2    of layman and reasonable people would say, "I am private.

3    I am free from the collection and observation of this

4    data," anonymized or otherwise.

5         Yes.  My answer's yes.  I believe browsing          14:49:09

6    privately would mean I'm not being observed, and my data

7    is not being collected.

8         Q.  And you said whether anonymized or not, and I

9    thought earlier you -- you -- when you were talking about

10   incognito, you were placing an emphasis on what you          14:49:26

11   thought was a lack of anonymity?

12        MR. LEE:  Objection to form, mischaracterizes.

13        You can answer.

14        THE WITNESS:  I'll state again I think a

15   reasonable person has no concept of anonymization -- you     14:49:37

16   know, anonymized data, because they don't even perceive

17   that the data's being collected, because they perceive

18   that they are being -- that they are able to browse

19   privately in these private browsing modes as they're

20   branded and as the policy states they can control the        14:49:55

21   data when in that mode.

22        Q.  BY MR. SCHAPIRO:  And you see here in the next

23   paragraph under, "How private browsing works," this

24   document indicates, as I think you pointed out, that

25   private browsing works differently depending on which        14:50:16

                                                    Page 132

1        Q.  All right.

2        A.  But I can attest I don't actively use this when

3    I'm using Google services, to my knowledge.

4        Q.  Got it.  Okay.  Let's take a look at another

5    interrogatory.                                          15:42:02

6            (Exhibit 17, Plaintiff Jeremy Davis' Amended

7            Objections and Responses to Defendant's Second

8            Set of Interrogatories, marked for

9            identification electronically by counsel.)

10       Q.  BY MR. SCHAPIRO:  While it's loading -- I mean,   15:42:05

11   interrogatory answer.

12           While it's loading, do you know what a get

13   request is, G-E-T?

14       A.  Sure.  In the context of technology, the way the

15   HTTP protocol works, there's four primary actions, get,   15:42:25

16   put, post and delete, and it's a header -- or an

17   operation header in the packets that are exchanged

18   between the browser and the web application.  Gets

19   generally are pulls, so you're requesting information of

20   the server when a get request is made.  That's my        15:42:50

21   understanding of it.

22       Q.  All right.  So let's take a look at your answer

23   to Interrogatory Number 8.

24       A.  I'm sorry, which exhibit are we looking at?

25       Q.  This would be Exhibit 16 -- no.  Sorry.  It       15:43:08

1    should be 17.

2        A.  Seventeen.

3        Q.  I'm not seeing 17.  Maybe I need to refresh.

4            MR. LEE:  Yeah, it just came up for us, so it

5    should come on your side, too, Andy.                        15:43:25

6            MR. SCHAPIRO:  Okay.  Got it.

7            THE WITNESS:  Okay.  I have that document up.

8        Q.  BY MR. SCHAPIRO:  All right.  And you'll see

9    that Interrogatory Number 8 asks you to, "Describe with

10   particularity each category of 'personal and sensitive      15:43:36

11   user data' that you contend Google unlawfully

12   'intercepted.'"

13           Do you see that?

14       A.  I do.  I see response and -- yeah, Interrogatory

15   8, I see that.                                              15:43:53

16       Q.  So there are some objections, and then after the

17   phrase "notwithstanding and subject to these objections,"

18   there's an answer listing what you describe as some

19   categories of personal and sensitive user data.

20           Do you see that?                                    15:44:21

21       A.  I do.

22       Q.  So I asked you a moment ago about what a get

23   request is, and you described it to us; correct?

24       A.  That's correct.

25       Q.  And that is something that you contend is          15:44:31

                                                      Page 158

1    personal and sensitive user data?

2        A.   Yeah, because it's the activity happening during

3    the private browsing session; right?  It's all the

4    requests that you make while browsing or clicking on

5    links in your -- in your web browser session.  Those          15:44:47

6    would be the -- the normal get requests that the

7    browser's processing.

8        Q.   And the IP address we've already discussed on a

9    number of occasions; right?

10       A.   Yes.                                                  15:45:03

11       Q.   Number 3 says, "information identifying the

12   browser software that the user is using, including any

13   'fingerprint' data (such as a user's" -- I guess a "user

14   interactions with Google's special, unique fonts and

15   pixels) that allow Google to further track and identify a     15:45:23

16   particular user, while in private browsing mode."

17            What did you mean by that in this answer?

18       A.   I meant exactly what was stated, in that it's

19   identifying information that the browser can use to

20   identify my browsing session while in private browsing        15:45:46

21   mode.

22            MR. LEE:  Excuse me.  You've been great about it

23   thus far, Mr. Davis, but to the extent further

24   questioning about this response requires you to reveal

25   any attorney communications, I would caution you not to       15:46:04

                                                     Page 159

1    do that.  Okay?

2              THE WITNESS:  All right.

3              MR. LEE:  Go ahead.

4         Q.  BY MR. SCHAPIRO:  What is fingerprint data?

5         A.  Yeah.  I would consider fingerprint data to be          15:46:22

6    any unique identifier that the browser could pass that

7    would identify a particular device or particular browser

8    serialization or session associated with any activity

9    that I'm doing during incognito mode.

10        Q.  Did you say "serialization"?                            15:47:09

11        A.  Yeah.  It's basically like a unique identifier,

12   if any unique identifier is provided for that browser or

13   device.  It could also include things like IP, but I

14   don't want to blend those two topics; right?

15        Q.  Do you recall during this litigation -- you            15:47:47

16   can -- you don't need to keep this document up if you

17   don't want to.

18             Do you recall providing Google with cookie

19   values from your browser during this litigation?

20        A.  I know that there was data collected after             15:48:04

21   browser sessions, and I believe that data was shared as

22   part of discovery.

23        Q.  And do you know how the cookies -- those cookies

24   were collected?

25        A.  I believe there was a forensics process that was       15:48:21

                                                      Page 160

1    employed to trace custody of that data sample and provide

2    it.

3         Q.  Do you know from what devices that data was

4    collected?

5         A.  I think it's all part of the official record.  I      15:48:41

6    don't recall the device names.  I know I had, I believe,

7    an iPhone and some laptops that were -- and a desktop

8    that were -- that were imaged and that data provided.

9         Q.  And were you browsing in incognito mode when

10   these cookies were collected?                                  15:49:08

11        A.  Yes.

12        Q.  And did you sign in to your Google account when

13   these cookies were collected?

14        A.  The normal browsing activity, as we've talked

15   about in my testimony, is by default in incognito.  I          15:49:25

16   cannot recall if I was asked to provide samples of both,

17   so I don't know if I can accurately answer the question.

18   I don't recall whether it was log in and let's see that

19   data and then let's only do incognito.  I can't recall if

20   we covered both cases or just incognito.                       15:49:45

21             MR. LEE:  Right.  And Mr. Schapiro's asking

22   about actions you took, but I just want to -- you're

23   okay, but just be careful about revealing any

24   communications or things people said to you.

25             THE WITNESS:  Understood.                            15:49:57

                                                        Page 161

```
1    but, no, I know it existed at least -- I think I've been

2    told at least in 2020, but I don't know exact dates.

3              MR. LEE:  Okay.  All right.  Thanks.

4

5                      EXAMINATION                        16:15:19

6    BY MR. LEE:

7         Q.  Mr. Davis, my name is James Lee, and I represent

8    the plaintiffs.  I know it's been a long day.  We'll try

9    to get you out of here really soon.  Okay?

10        A.  Okay.                                        16:15:37

11        Q.  I want to -- I want you to -- I want to focus my

12   first question on the incognito splash screen that you've

13   discussed several times today.  Okay?

14             Now, when you read the incognito splash screen,

15   does it convey to you that Google will collect your data   16:15:59

16   while you're in incognito mode?

17        A.  No, it doesn't.

18        Q.  And why doesn't it convey -- what makes you

19   believe it does not convey to you that Google will

20   collect your data while you're in incognito mode?         16:16:18

21             MR. SCHAPIRO:  Objection to the form of the

22   question.

23             THE WITNESS:  To respond the -- number one,

24   Google is never mentioned on the page anywhere; right?

25   Also, just kind of go through what is on the page, at the   16:16:35
```

Page 169

1    very top we talked about the fact that the very first

2    thing you see is that unidentifiable persona.  This in

3    part says that, you know, these activities are hard or

4    impossible to observe.

5            Incognito, we talked about the definition of          16:16:59

6    that, which is unidentifiable, private.  I'm told in the

7    first sentence that I can browse privately, and so I'm

8    assuming when we say private, relative to that and

9    understanding the Privacy Policy, this also implies

10   privacy from Google.                                          16:17:22

11       Q.  BY MR. LEE:  Okay.  Thank you.

12           And when you read the splash screen in

13   conjunction with the Privacy Policy, what does it tell

14   you about what -- whether Google will collect user data

15   or information in incognito or private browsing mode?        16:17:39

16       A.  Yeah, if I take the totality of the splash

17   screen, the reference to the privacy and personal

18   information section that refers to the Google Privacy

19   Policy and the Google Terms of Service and the Google

20   Privacy Policy itself.  It states that I, the user, am in    16:17:58

21   control of my data, that I can use Chrome to browse the

22   web privately in incognito mode and that I am in control

23   of what Google collects, what information it collects.

24           And we talked a lot about those data that are

25   considered private, and I would reiterate that when I        16:18:29

                                                        Page 170

```
1    initiate an incognito mode, I am following the guidance

2    from the Google Privacy Policy.  This states my recourse

3    for privacy when using Chrome is to use incognito mode,

4    and that's -- I'm -- had every reason to assume and trust

5    that my information would not be collected when using        16:18:51

6    incognito mode.

7         Q.  Do you think there's anything -- any ambiguity

8    about that when you look at the Privacy Policy and the

9    incognito splash screen together?

10        A.  No --                                               16:19:05

11        MR. SCHAPIRO:  Objection.  Calls for a legal

12   conclusion.

13        THE WITNESS:  My answer is no.  I don't have any

14   ambiguity on that fact.

15        Q.  BY MR. LEE:  Okay.  Go ahead.  Sorry.             16:19:18

16        A.  That's my statement.

17        Q.  Okay.  Thank you, Mr. Davis.

18        The concept of identity has come up a few times

19   today, so I want to ask you a few questions about that.

20   Okay?  Will that be all right?                              16:19:31

21        A.  That's fine.

22        Q.  Okay.  When it comes to your understanding of

23   this case, is identity just your name or your email

24   address on your Google account, or is it something else?

25        A.  So my response would be that identity is more     16:19:50
```

Page 171

1    JAMES LEE, ESQ.

2    jlee@bsfllp.com

3                                         January 11, 2022

4    RE: BROWN VS. GOOGLE LLC

5    JANUARY 7, 2022, JEREMY DAVIS, JOB NO. 5019103

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                               Page 181

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, noting the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 182

1    RE: BROWN VS. GOOGLE LLC

2    JEREMY DAVIS, JOB NO. 5019103

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                             Date

25

                                        Page 183