# Mao Declaration
# Exhibit 91

**Trujillo Deposition Transcript**

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4  CHASOM BROWN, WILLIAM BYATT,    ) Case No.
   JEREMY DAVIS, CHRISTOPHER       ) 5:20-cv-03664-LHK-
5  CASTILLO, and MONIQUE TRUJILLO  ) SVK
   individually and on behalf of   )
6  all other similarly situated,   )
                                   )
7           Plaintiffs,            )
                                   )
8           vs.                    )
                                   )
9  GOOGLE LLC,                     )
                                   )
10          Defendant.             )
   _____ )

11

12

13        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

14          DEPOSITION OF MONIQUE TRUJILLO

15

16            Friday, February 11, 2022

17   Remotely Testifying from Los Angeles, California

18

19

20

21

22

23    Reported By:

24    Hanna Kim, CLR, CSR No. 13083

25    Job No. 5077549

                                        Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4  CHASOM BROWN, WILLIAM BYATT,    ) Case No.
    JEREMY DAVIS, CHRISTOPHER       ) 5:20-cv-03664-LHK-
 5  CASTILLO, and MONIQUE TRUJILLO  ) SVK
    individually and on behalf of   )
 6  all other similarly situated,   )
                                    )
 7           Plaintiffs,            )
                                    )
 8           vs.                    )
                                    )
 9  GOOGLE LLC,                     )
                                    )
10           Defendant.             )
    _____  )
11
12
13
14           Virtual videoconference video-recorded
15           deposition of MONIQUE TRUJILLO, remotely
16           testifying from Los Angeles, California,
17           taken on behalf of the Defendant, on
18           Friday, February 11, 2022, before Hanna
19           Kim, CLR, CSR No. 13083.
20
21
22
23
24
25
```

Page 2

```
 1        A.   Yes, I'm familiar.

 2        Q.   And do you read privacy policies of the

 3   companies whose websites you visit online?

 4        A.   Yes, I do.

 5        Q.   Okay.  Is that an additional precaution      09:58:48

 6   that you take, for example, reading the privacy

 7   policies of the websites that you visit?

 8        A.   Yes.

 9        Q.   Would you say that you read the privacy

10   policies of most websites that you visit, some, or     09:59:06

11   none?

12        A.   Most.

13        Q.   Approximately how many times do you do

14   that in a given week?

15        A.   In a given week, that's -- I read the         09:59:23

16   privacy policies when there's an initial account

17   setup or if there's an update.

18        Q.   And how would you know whether there's an

19   update to a website's privacy policy?

20        A.   I will receive an alert.                      09:59:51

21        Q.   Do you always -- do you know if you -- if

22   every website that you visit sends alerts when

23   their privacy policies are updated?

24        A.   I don't know if every websites [sic] sends

25   a updated policy.                                       10:00:11
```

Page 36

1      Q.   But you imagine that some send such

2   notifications; right?

3      A.   I've seen updated policies.  I've received

4   them, but I don't know if every website does that

5   or how often they do it.                        10:00:33

6      Q.   Okay.  Well, it sounds like you have a

7   habit of reading privacy policies.

8           Is that a fair characterization of what

9   you just described to me?

10     A.   I don't know if I would say "a habit," but  10:00:45

11  it is something I read when it's initially

12  presented to me to move forward.

13     Q.   And let's say it's -- it's not presented

14  to you in the context of an account creation

15  process.                                        10:01:12

16          Would you, nonetheless, view a privacy

17  policy that's on a -- a -- a website that you

18  visit?

19     A.   It depends on the website.

20     Q.   And how would you decide which websites'  10:01:36

21  privacy policies you might want to review and

22  which ones you maybe don't need to?

23     A.   Well, for example, if I'm on the Ralphs

24  supermarket website, I wouldn't read their privacy

25  policy.                                         10:02:05

Page 37

1        Q.   Why is that?

2        A.   Because I'm looking for groceries, and it

3   isn't anything personal.

4        Q.   But you might consider content on another

5   website to be personal; is that right?          10:02:33

6        A.   Correct.

7        Q.   But contents through -- that -- that's

8   created in the context of browsing on a site like

9   Ralphs, for example, your view, it's not necessary

10  to review the privacy policy because you're not     10:02:50

11  looking for anything personal; is that right?

12       A.   That's right.  If it's just water, fruit,

13  vegetables, that's not personal to me.

14       Q.   Okay.  Is it important for you to know

15  what type of information the websites that you are   10:03:25

16  visiting collect, or does it depend on the

17  specific website, for example?

18       A.   If a website is collecting my information,

19  it is important for me to know.

20       Q.   Okay.  So if Ralphs, for example, is       10:03:48

21  collecting your information while you're browsing

22  for grocery, let's just say --

23            MS. BAEZA:  Objection.  Form.

24  BY MS. CRAWFORD:

25       Q.   -- is it important for you --             10:03:57

                                            Page 38

1             MS. BAEZA:  Objection.  Form.  Vague as to

2      "data form" [sic].

3      BY MS. CRAWFORD:

4           Q.   You can answer.

5             MS. BAEZA:  "Data flow."  My apologies.     10:57:09

6             THE WITNESS:  No, I'm not.

7      BY MS. CRAWFORD:

8           Q.   Okay.  So then in the lawsuit that's been

9      filed in this case, the basic allegation is that

10     when you visit a website like Williams-Sonoma       10:57:23

11     using incognito mode, you were led to believe that

12     Williams-Sonoma would not share or Google would

13     not receive information from your private browsing

14     session.

15             When you visit websites like                10:57:46

16     Williams-Sonoma, this specific disclosure -- let

17     me know if this is your understanding -- this

18     specific disclosure says Williams-Sonoma is

19     sharing your information with Google.  That is the

20     same information that you've alleged Google         10:58:03

21     improperly collected in the context of your

22     lawsuit; isn't that right?

23          A.   No, that's not right.

24          Q.   What kind of information are you alleging

25     Google has collected on you without your consent,   10:58:18

Page 65

```
 1    if not from your visits on third-party websites?

 2        A.   Google -- I wasn't led to believe.  It is

 3    clearly in Google's privacy policy that if I'm in

 4    incognito mode, my information will not be

 5    collected by Google.                              10:58:43

 6        Q.   And that's what you believe the privacy

 7    policy says specifically?

 8             MS. BAEZA:  Objection.  Form.  Asked and

 9    answered.

10             THE WITNESS:  Yes, that's what the privacy  10:59:05

11    policy says specifically.

12    BY MS. CRAWFORD:

13        Q.   Okay.  So we're going to pull up the

14    privacy policy.  And I'm going to ask, when I do

15    that, that you point me to exactly where it says  10:59:14

16    that within the text of the disclosure.

17             But before we get there, I want to ask a

18    couple questions about the type of personal

19    information that you are suing Google for having

20    received.                                          10:59:32

21             Are you aware of the Complaint that was

22    filed in this case?

23        A.   Yes.

24        Q.   Okay.  And I'm reading from the Complaint,

25    quote, "This lawsuit concerns Google's             10:59:43
```

Page 66

```
 1        A.   Yes, I have seen ads for Macy's and

 2   Target.

 3        Q.   Have you ever clicked on those ads?

 4        A.   Yes.

 5        Q.   Okay.  I want to ask a couple questions        12:24:38

 6   now about your use of the Chrome browser, which,

 7   as you know, is at the heart of this lawsuit.

 8             To the best of your recollection,

 9   Ms. Trujillo, when did you first start using

10   Chrome?                                                  12:24:58

11        A.   I would say around 2008.

12        Q.   What did you like about Chrome when you

13   started using it in 2008?

14        A.   The Google search engine.

15        Q.   Okay.  Anything else?                          12:25:26

16        A.   I preferred Chrome over the browser I had

17   at the time in 2008, which I think was -- I can't

18   recall what -- I can't recall the other browser,

19   but I -- I did -- when I discovered Chrome, I did

20   prefer it.                                               12:26:11

21        Q.   Does Safari jog your memory any?  You

22   might have --

23        A.   No, it's not Safari.

24        Q.   You might have submitted dis- -- it's not

25   Safari.  Okay.                                           12:26:18
```

Page 114

```
 1              I was going to say you might have
 2     submitted discovery responses in this case where
 3     you listed Safari as another browser that you've
 4     used, so I just thought I'd mention that.
 5              But it wasn't Safari that you were using    12:26:29
 6     prior to 2008?
 7          A.   I've used Safari, but in 2008 I can't
 8     recall what I was using.
 9          Q.   Okay.
10          A.   It just --                                12:26:38
11          Q.   And --
12          A.   Chrome was --
13          Q.   I'm sorry.  Go ahead.
14          A.   Chrome was new to me, and I liked it.
15          Q.   And I think you mentioned having          12:26:45
16     discovered Chrome.  Can you tell me how you
17     discovered the browser?
18          A.   I don't know who it was.  It was a -- a
19     friend or a loved one said, "Why are you using
20     that browser?  You should" -- it was -- it was     12:27:08
21     suggested to me.
22          Q.   Okay.  Someone suggested that you switch
23     from the browser you were using prior to 2008 or
24     into -- up to 2008 on to Chrome.  And safe to say
25     you did that?                                       12:27:25
```

Page 115

1     A.   Yes.

2     Q.   Tried it out for a bit?

3     A.   Yes.

4     Q.   Safe to say you enjoyed the experience?

5     A.   Yes.  And I found over time that some --    12:27:34

6  in the workplace, I had to have -- or they were

7  using primarily Chrome.

8     Q.   Okay.  So was that beneficial to you, in

9  any way?

10     A.   Yes, it was beneficial because I could    12:27:59

11  access the different services.

12     Q.   And what services do you have in mind or

13  were you using back then?

14     A.   Being able to browse the web at a decent

15  pace or a decent speed.    12:28:30

16     Q.   Okay.  Anything else beyond using the

17  Chrome browser in terms of the Google services

18  that you just mentioned?

19     A.   Anything else such as?

20     Q.   You mentioned that it was beneficial    12:28:55

21  because you could access the different services.

22     A.   Mm-hmm.

23     Q.   So I'm wondering, besides using Chrome to

24  browse the web, were there any other Google

25  services that you had in mind?    12:29:05

Page 116

1       A.   Gmail.

2       Q.   Okay.  Anything else?  It's okay if -- if

3   you -- if you don't have anything.  Again, it's

4   not designed to be a memory test.  If you happen

5   to know.                                    12:29:32

6       A.   Gmail, Google search.

7       Q.   Okay.  So you used Chrome in 2008.  You

8   used it in the years that followed as well; is

9   that -- is that right?

10      A.   Yes.                               12:29:51

11      Q.   Okay.  Do you still use Chrome to this

12  day?

13      A.   Yes.

14      Q.   Okay.  How often would you say that you

15  use Chrome this year, in 2022?  Do you use it     12:30:01

16  every day, a couple times per week, or on some

17  other cadence?

18      A.   On a daily basis.

19      Q.   Okay.  Do you use Chrome in both modes,

20  incognito and a non-incognito mode daily?        12:30:22

21      A.   It depends on what I'm looking at or what

22  I'm visiting.  I'll use incognito if I want it to

23  be private.  And that varies from day-to-day.

24      Q.   Okay.  When did you first start having

25  concerns, Ms. Trujillo, about Google's collection  12:30:48

Page 117

1    about your data?

2        A.   I would say six or seven years ago when I

3    started using incognito, I started noticing

4    things.  And when I read the article about Google

5    tracking information while I'm in incognito mode,      12:31:36

6    it really resonated with me because it angered me

7    that this was affecting my privacy and my

8    browsing.

9        Q.   Okay.  And you started using Chrome in

10   2008.  When did you start using incognito mode for    12:31:58

11   Chrome?

12       A.   About 2015, 2016 -- 2016.

13       Q.   Any reason why you weren't using incognito

14   mode to safeguard your privacy online before 2015?

15       A.   It was 2016.  And I hadn't known about       12:32:21

16   incognito mode before then.

17       Q.   So from 2008 to 2016, that eight-year --

18   entire eight-year period where you were using

19   Chrome, you were not aware that there was a

20   feature in the browser called "incognito mode"?      12:32:42

21       A.   That's correct, I was not aware.

22       Q.   Okay.  And is it your testimony that at no

23   point prior to 2016 did you review -- sorry, did

24   you use Chrome in incognito mode?

25       A.   That's correct.  Before that time, I had     12:33:02

Page 118

```
 1    not used incognito mode because I did not know
 2    about incognito mode.
 3         Q.   Okay.  And when you first started using
 4    incognito mode in 2016, did you trust the browser
 5    with your personal data?                          12:33:20
 6         A.   Yes.
 7         Q.   Why is that?
 8         A.   Because the privacy policy said that I was
 9    in control and that when I was in incognito mode
10    that my information would not be collected.       12:33:41
11         Q.   Okay.  And -- and, again, we're going to
12    get to the privacy policy and incognito -- the
13    incognito screen in a minute.  And I'm going to
14    ask that when we talk through that disclosure, you
15    show me where in there it contains that specific  12:33:59
16    representation.
17              But until then, let me ask just a couple
18    more questions about your browsing history.
19              You mentioned using Safari and Chrome.
20    Are you aware of any other browsers you've used   12:34:19
21    within the past decade?  Would Internet Explorer,
22    for example, be a browser you might have used?
23         A.   Internet Explorer, yes.
24         Q.   Was that the one you were using back in
25    2008?                                             12:34:42
```

Page 119

1    we're driving and somebody doesn't have good

2    reception, then they'll use my phone or -- just

3    sharing in that way.

4         Q.   Okay.  Has anyone ever used any of those

5    devices to browse the internet?                      12:39:05

6         A.   Yes.

7         Q.   In addition to making calls?

8         A.   Yes.

9         Q.   Have you logged into your Gmail account

10   using each of those devices at any point?            12:39:19

11        A.   Each of them, yes.

12        Q.   Okay.  Now, for the other browsers that we

13   just covered, Safari, Internet Explorer, do you

14   know whether you've ever reviewed their privacy

15   policies?                                            12:39:44

16        A.   Yes, I've reviewed them.

17        Q.   And what was your impression after

18   reviewing the privacy policies of those browsers?

19        A.   My impression was that they were stating

20   what the company -- what their contract is.          12:40:16

21        Q.   Any noticeable differences between the

22   policies of those browsers and Google's policies,

23   for example?

24        A.   Yes.

25             MS. BAEZA:  Objection to the -- to the     12:40:48

                                         Page 122

1    extent this asks for a legal conclusion.

2    BY MS. CRAWFORD:

3         Q.   You can answer.

4         A.   Yes.  The difference is that in Google's

5    privacy policy, it specifically says that I'm in        12:41:09

6    control and when I'm in cog- -- incognito mode, my

7    information will not be collected.

8         Q.   Do you have an understanding of what types

9    of information Google receives when you browse the

10   web in a private browsing mode?                          12:41:32

11        MS. BAEZA:  Objection.  Form.  Asked and

12   answered.

13        You can answer.

14        THE WITNESS:  Anything collected from me

15   is my information.                                       12:41:53

16   BY MS. CRAWFORD:

17        Q.   Okay.  Let's -- let's say you're in

18   incognito mode and you visit google.com.  Do you

19   think Google would receive any data associated

20   with that query that you've made on google.com?         12:42:06

21        A.   Do I think Google would receive any

22   information?

23        Q.   Yes.

24             If you ran a query on google.com, do you

25   think Google would receive information in               12:42:25

Page 123

1        Q.   And you would like to remain private to

2    the websites you visit; yes?

3        A.   Yes.  If I'm in incognito mode, yes, I

4    want to remain private.

5        Q.   Okay.  Now before you were contacted by      02:11:40

6    counsel -- or before you contacted counsel to

7    participate in this case, did you have an

8    understanding of what incognito mode does?

9            MS. BAEZA:  Objection.  Form.  Vague.

10   Compound.                                             02:11:57

11           THE WITNESS:  My understanding of

12   incognito mode was that I would -- my information

13   wouldn't be shared.  I would be private.

14   BY MS. CRAWFORD:

15       Q.   And where did you learn that?               02:12:25

16       A.   In the privacy policy.

17       Q.   Any other documents or disclosures?

18       A.   The privacy policy, it clearly states that

19   I will stay private on the splash screen.

20       Q.   Can you take a look at what's been marked    02:13:15

21   Exhibit 4.  That should be a copy of the splash

22   screen.

23           Can you let me know when you have that in

24   front of you?

25       A.   Yes, one moment.                            02:13:30

                                                    Page 146

```
 1          Q.    Ms. Trujillo, you testified that your
 2    understanding of incognito mode was that your
 3    information would not be shared.
 4               Do you remember that testimony?
 5          A.    I do remember that, but I did not refer to    02:16:49
 6    the splash screen.
 7          Q.    And can you tell me why you didn't refer
 8    to the splash screen?
 9          A.    Why I did not refer to the splash screen?
10          Q.    Yes.                                           02:17:07
11               Does the splash screen state anywhere on
12    here that your information wouldn't be shared?
13          A.    It states it in the privacy policy.
14          Q.    So then just to make sure I get a clear
15    answer to my question, yes or no, does the splash     02:17:36
16    screen state that your information won't be
17    shared?
18               MS. BAEZA:  Objection.  Form.  Vague.
19               Shared with who?
20    BY MS. CRAWFORD:                                       02:17:51
21          Q.    You can answer.
22          A.    The splash screen says that my activity,
23    not my information, my activity will be shared or
24    may be visible to websites, my employer, school,
25    internet service provider, but the Google privacy    02:18:14
```

Page 149

```
 1    policy doesn't say that my activity will be

 2    visible to Google or information in -- collected

 3    and shared.  And the privacy policy says across

 4    all services.

 5        Q.   Ms. Trujillo, we'll get to the privacy       02:18:37

 6    policy in a second.  I'm asking a very specific

 7    question about this disclosure here, the incognito

 8    screen, the one that's in front of you.

 9            Does the incognito screen say anywhere in

10    here that your information won't be shared; yes or    02:18:52

11    no?

12            MS. BAEZA:  Objection.  Form.  Asked and

13    answered.

14    BY MS. CRAWFORD:

15        Q.   Your answer, Ms. Trujillo?                   02:19:15

16        A.   No, it does not say that it will be -- my

17    information will be shared and collected.

18        Q.   So your information won't be shared?

19            MS. BAEZA:  Objection.  Form.  Asked --

20    asked and answered.  Mischaracterizes prior          02:19:34

21    testimony.  And vague.

22            MS. CRAWFORD:  I think the record's clear

23    on this point.

24    BY MS. CRAWFORD:

25        Q.   Ms. Trujillo, do you believe that you       02:19:44
```

Page 150

```
 1    entered a contract with Google?
 2         A.   Yes.
 3         Q.   When did you enter that contract?
 4         A.   My initial setup of my account.
 5         Q.   What does your contract with Google      02:20:05
 6    consist of?
 7         A.   It consists of the privacy policy, terms.
 8         Q.   Anything else?
 9         A.   Terms.  Mainly my concern is the privacy
10    policy and the terms.                              02:20:46
11         Q.   Okay.  Privacy policy and the terms of
12    service.  No other con- -- no other documents in
13    your opinion form the basis of the contracts that
14    you formed with Google?
15              MS. BAEZA:  Objection to form.  Calls for  02:21:03
16    a legal conclusion.
17    BY MS. CRAWFORD:
18         Q.   Your understanding, Ms. Trujillo, as to
19    what documents form the contract that you have
20    with Google.  Are there any other documents beyond  02:21:15
21    the terms of service and the privacy policy?
22              MS. BAEZA:  Same objection.
23              THE WITNESS:  I cannot name all the
24    documents in the contract.
25    BY MS. CRAWFORD:                                    02:21:41
```

Page 151

1      Q.   So you believe that there are additional

2   documents beyond the terms of service and the

3   privacy policy that you have a -- a contract with

4   Google based on?

5      A.   A contract.  The contract that I know that      02:21:48

6   I have with Google is the privacy policy and

7   the -- the terms.

8      Q.   Okay.  I'd like to introduce as Exhibit 5

9   Tab 18.

10          (Trujillo Deposition Exhibit 5 was            02:22:25

11          marked.)

12   BY MS. CRAWFORD:

13      Q.   Ms. Trujillo, we're going to be loading

14   for you your Google account subscriber

15   information.                                          02:22:38

16          In just a moment, please refresh the

17   Exhibit Share site on your end, and let me know

18   when this document is up and open and in front of

19   you.

20      A.   Okay.  I have it open.                        02:23:13

21      Q.   Okay.  Take a -- a moment to look at this

22   document, and let me know when you're done.

23      A.   (Witness reviews.)

24          Okay.

25      Q.   Do you see in the first set of bullets        02:23:49

                                                  Page 152

```
1    meaning that other people who use this device won't see
2    my activity.  That's what I think this says.
3         Q.  BY MR. BROOME:  Got it.  All right.
4         So when you see those two -- the -- the --
5    withdrawn.                                        14:25:24
6         The next sentence says:  "However, downloads and
7    bookmarks will be saved.  Learn more."
8         You see that?
9         A.  Yes, I see it.  It's written here on the splash
10   screen.                                           14:26:13
11        Q.  Yeah.  And there's a -- the "learn more" is in
12   blue; right?  And that can be -- you understand that
13   means it hyperlinks to some other page?
14        A.  Right.
15        Q.  Have you clicked on that link?            14:26:24
16        A.  I -- I don't know when, but I think I have, and
17   I've -- I've -- I'm somewhat familiar with it.  I'm
18   not -- I'd have to review it to see -- I'd have to click
19   on it now to make sure it jars my memory.
20        Q.  Okay.                                     14:26:37
21        A.  But the splashing is pretty specific, like it
22   says it all right here.  It has, at the beginning, a
23   little man that is in like a little piece -- in disguise.
24   Then it says:  "You've gone Incognito."  Then it says:
25   "Now you can browse privately and other people who use    14:26:55
```

Page 153

1    this device won't see your activity."

2          It says:  "However, downloads and bookmarks will

3    be saved."  It doesn't say where, but it says saved.

4    "Chrome won't save the following information:  Your

5    browser history."  It says it right here on the page.          14:27:15

6    "Cookies and site data."  It says it right here on this

7    page.  "Information entered in forms."  It says it right

8    here on the page.  And logically, it says activity might

9    be visible to websites you visit.  Of course, if you go

10   to Lowe's and you want to buy a shovel, they're going to          14:27:28

11   see you went to Lowe's and wanted to buy a shovel.

12          But what's precariously -- what's dangerously

13   not on here is that it doesn't say that Google will still

14   see your activity.  It doesn't say that Google will

15   record your activity and Google will use that and          14:27:41

16   monetize it.  That's not written here under your activity

17   might still be visible to.  It's left off what Google's

18   there.  So that's what I see when I see this page.

19       Q.  Thank you for that.

20          Let me ask my question again:  Have you clicked          14:27:57

21   on that link?

22          MR. MCGEE:  Asked and answered.  Objection.

23          THE WITNESS:  I believe I have.  I believe I

24   have, and I don't recall when.

25       Q.  BY MR. BROOME:  Earlier I think you said that          14:28:10

                                                        Page 154

1    creat- -- the creation of your Google account?

2        A.   Yes, it does.

3        Q.   And do you see at the very bottom,

4    underneath "Terms of Service" -- or next to the

5    "Terms of Service," it says, "Please check the          02:33:55

6    Google Account information you've entered above

7    and review the Terms of Service below"? [As read]

8             Do you see that?

9        A.   Yes.

10        Q.   And then there is a text box underneath      02:34:04

11    that reads "Google Terms of Service"?

12        A.   Yes, I see it.

13        Q.   Do you also see underneath that the

14    words "By clicking on 'I accept' below you are

15    agreeing to the Terms of Service above and both       02:34:22

16    the Program Policy and the Privacy Policy"?

17             Do you see that?

18        A.   Yes.

19        Q.   Do you recall whether you read through the

20    terms of service that were presented here at that     02:34:35

21    time, at the time at which you created your Google

22    account?

23        A.   I did read through.

24        Q.   Okay.  And do you recall whether you did

25    the same thing for the privacy policy?               02:34:48

```
 1        A.   I did read through.

 2        Q.   So you read through both the terms of

 3   service and the privacy policy in connection with

 4   the creation of your Google account; is that

 5   right?                                          02:35:05

 6        A.   Yes, that's right.

 7        Q.   And you did that -- did you do that before

 8   hitting "I accept.  Create my account," the button

 9   that appears at the very bottom -- at the very

10   bottom of the screen here?                      02:35:17

11        A.   Yes.

12        Q.   All right.

13             I'm now going to be showing you and

14   introducing as Exhibit 7, a copy of Google's terms

15   of service that were in effect from April 16th of  02:35:30

16   2007 to February 29th of 2012.

17             (Trujillo Deposition Exhibit 7 was

18             marked.)

19   BY MS. CRAWFORD:

20        Q.   Please refresh your screen and let me know  02:35:41

21   when you have that open in front -- and in front

22   of you.

23        A.   I will let you know.

24        Q.   Thank you.

25        A.   Okay.  I have it open.               02:36:04
```

Page 160

1          Q.    Mm-hmm.

2          A.    -- it references the -- the Google privacy

3     policy.

4          Q.    Correct.  And we're going -- I'm going to

5     show you that in a second, but I'm asking you          02:43:20

6     about private browsing mode specifically.

7                Does this section or any other section in

8     the terms of service mention private browsing

9     mode; yes or no?

10         A.    And it protects your privacy --            02:43:40

11               THE COURT REPORTER:  Excuse me, I don't

12    know if you're reading into the record.

13               THE WITNESS:  Oh.  No, I'm reading out

14    loud to myself.

15               It's -- from what I see here, it's privacy  02:44:22

16    and your personal information.  It says that my

17    personal information will be -- and my privacy will

18    be protected, and this all falls under my privacy

19    protection in the privacy policy.  I...

20    BY MS. CRAWFORD:                                       02:44:54

21         Q.    Okay.  So then it sounds as though the

22    answer to my question is, no, private browsing

23    mode is not mentioned in this document, but there

24    is a reference to privacy in the privacy policy;

25    is that right?                                         02:45:05

                                          Page 166

```
 1              MS. CRAWFORD:  Tracy, let's go ahead and

 2      mark as -- I think we might have marked as

 3      Exhibit 8, Tab12; is that right?

 4              MS. GAO:  That should be Exhibit Number 9.

 5      Oh -- sorry.                                    03:26:53

 6              MS. BAEZA:  Responses and objections, is

 7      that -- I think that's 9.

 8              MS. CRAWFORD:  To the -- to the RFAs?

 9              MS. BAEZA:  Yeah, I see that as 9.

10              MS. CRAWFORD:  Okay.  Ms. -- thank you.   03:27:06

11      Appreciate that.

12              (Trujillo Deposition Exhibit 9 was

13              marked.)

14      BY MS. CRAWFORD:

15         Q.   Ms. Trujillo, can you open up Exhibit 9,  03:27:11

16      which are your responses and objections to RFAs

17      that were served in the course of this litigation.

18         A.   Okay.  I have Exhibit 9 open.

19         Q.   Okay.  Now, can you scan -- if you scroll

20      down to your -- to the second page of this         03:27:34

21      document, page 2, lines 8 through 12,

22      approximately, do you see where it says:

23      "Plaintiff Trujillo admits that, when she opened

24      her Google account, she recalls the disclosures in

25      the Privacy Policy promising that Google would not  03:27:58
```

Page 181

1    intercept and collect" -- "collect her private

2    browsing activity."  [As read]

3           Do you see that quoted language here?

4      A.   Tell me exactly what lines, again, you're

5    reading.                                        03:28:22

6      Q.   In between line 5 and 6, that is

7    where "Plaintiff Trujillo admits" again, and the

8    quoted language ends in between lines 11 and 12.

9      A.   Google.  (Reading.)

10     Q.   Are you done reading?                     03:29:18

11     A.   No.

12     Q.   Okay.  Just let me know when you are,

13   please.

14     A.   I will.

15          (Witness reviews.)                        03:29:27

16          Okay.  I'm done reading.

17     Q.   Okay.  So here this says that you recall a

18   disclosure at the time you signed up for your

19   account in 2009, you re- -- reviewed the

20   disclosures in the privacy policy promising that   03:29:56

21   Google would not intercept and collect private

22   browsing activity.

23          Can you point me to where in the privacy

24   policy that you have in front of you it says that

25   Google would not intercept and collect your        03:30:10

Page 182

```
 1    private browsing activity?

 2         A.   That I have in front of me?

 3         Q.   Yes.  This -- this --

 4         A.   My --

 5         Q.   Mm-hmm.  Sorry.  Go ahead.          03:30:23

 6         A.   My documents, my tangible documents or

 7    what you're putting on the screen?

 8         Q.   What's on the screen because this

 9    exhibit -- this sentence here says that you recall

10    disclosures in the privacy policy at the time you   03:30:39

11    signed up for your account.

12              And so, I'm just asking a simple question.

13    What disclosures do you recall from this privacy

14    policy that's on the screen in front of you that

15    says Google won't collect your private browsing     03:30:56

16    data?

17         A.   I can't recall.

18         Q.   Okay.  So this statement here says that

19    you can recall, but it seems as though you're

20    saying you can no longer recall the disclosures     03:31:07

21    making that promise within this document; is that

22    correct?

23         A.   I recall agreeing to the privacy policy.

24    What the privacy policy exactly said, I cannot

25    recall.                                             03:31:25
```

Page 183

1    about right now.

2          Counsel, your objection -- standing

3    objection is noted for the record.  If we could,

4    please, let's move on.

5    BY MS. CRAWFORD:                              03:43:58

6          Q.   Ms. Trujillo, can you tell me where in

7    this document that you have in front of you, the

8    printed document in front of you or the electronic

9    copy that's on the screen, where does it say in

10   here that Google promises when I'm in incognito    03:44:08

11   mode, my information will not be collected?

12         A.   It says it in the privacy policy, in the

13   one, two, three, four -- fifth paragraph, "and

14   across our services."

15         Q.   Can you tell me what page you're looking  03:44:35

16   at?  I'm sorry.

17         A.   Page 1.

18         Q.   Okay.  So you're talking about the

19   sentence that reads:  "And across our services,

20   you can adjust your privacy settings to control    03:44:51

21   what we collect and how your information is used";

22   is that right?

23         A.   That's right.

24         Q.   Okay.  And so you interpret this sentence

25   to mean that you can adjust your privacy settings  03:45:04

                                            Page 193

1    to mean that Google will not collect your

2    information?

3         A.   I'm not interpreting it.  It clearly says

4    that when I'm in incognito mode, my information

5    will not be collected.                          03:45:23

6         Q.   Where -- but that's -- I think that's the

7    issue.  Ms. Trujillo, I'm trying to figure out

8    where, exactly, it says that.

9              Where do you see the word "incognito" in

10   the one sentence that you just pointed me to on   03:45:37

11   page 1 of this document?

12        A.   It's in the previous sentence.

13        Q.   Okay.  "You can also choose to browse the

14   web privately using Chrome in incognito mode."

15             Where in that sentence does it say that  03:46:00

16   Google will not get data from your private

17   browsing session?

18        A.   In the same sentence, "You can also choose

19   to browse the web privately in Chrome in incognito

20   mode."                                            03:46:27

21        Q.   Right.

22             But nothing in that sentence says that

23   Google won't get information if you are browsing

24   the web privately using Chrome in incognito mode.

25             Do you have a different understanding?   03:46:39

                                           Page 194

```
 1    And if so, what is the basis for that

 2    understanding?

 3             MS. BAEZA:  Objection.  Form.  Compound.

 4    Asked and answered.

 5    BY MS. CRAWFORD:                            03:46:48

 6        Q.   Please respond, Ms. Trujillo.

 7        A.   The privacy policy says that I am in

 8    control, and when I am in incognito mode, my

 9    information will not be collected.

10        Q.   Where does it say that specifically, your  03:47:02

11    information will not be collected?

12             MS. BAEZA:  Objection.  Form.  Asked and

13    answered.

14    BY MS. CRAWFORD:

15        Q.   Your response, Ms. Trujillo?           03:47:29

16        A.   I can adjust my privacy settings to

17    control what we collect.  So I can -- my privacy

18    setting, if I'm in incognito mode, Google should

19    not be able to collect my information because I

20    have chosen -- in my control, I have chosen to be  03:47:49

21    in private mode.

22        Q.   Right.

23             Now, I think I just heard you to say two

24    things.  One is your privacy setting's in

25    incognito mode?                              03:48:06
```

                                              Page 195

```
 1        A.   I'm sorry?

 2        Q.   Are you identifying incognito mode as a

 3   privacy setting?

 4        A.   Yes, I am.

 5        Q.   Okay.  That's the first question.          03:48:19

 6             And then the second question I have is --

 7   you said, "Google should not be able to collect my

 8   information."

 9             Is it your belief that Google says here

10   that it will not collect your information or that     03:48:32

11   you believe it should not do so?

12             MS. BAEZA:  Objection.  Form.  Compound.

13   BY MS. CRAWFORD:

14        Q.   You can answer, Ms. Trujillo.

15        A.   I did not say Google should not.  I said    03:48:47

16   Google promises not to collect my information when

17   I'm in incognito mode.

18        Q.   Okay.  Per- -- perhaps you misspoke.  I'm

19   reading directly from the record here where it

20   says, quote, "Google should not be able to collect   03:49:07

21   my information because I have chosen -- in my

22   control, I have chosen to be in private mode."

23             So do you mean that Google represented

24   that it wouldn't collect it or that, as you stated

25   previously, Google should not be able to collect     03:49:23
```

1        A.   Well, it's incomplete because I cannot

2    click and open the link.

3        Q.   That's fair and fine, but I'm asking if

4    you see any references to "incognito" here.  You

5    had mentioned that it was a specific privacy        03:53:40

6    control.

7             Does it appear as one of the five privacy

8    controls listed on this page?

9        A.   I don't know --

10            MS. BAEZA:  Objection -- just one moment.   03:53:48

11   Sorry, Monique.  Let me just insert my objection.

12            Objection.  Form.  Mischaracterizes

13   testimony.  She said "privacy setting."

14            MS. CRAWFORD:  I think the record speaks

15   for itself.                                          03:54:04

16            MS. BAEZA:  I agree.

17   BY MS. CRAWFORD:

18       Q.   Ms. Trujillo, so just to confirm, do you

19   see "incognito" mentioned anywhere on this list

20   here?                                                03:54:17

21       A.   I can't answer that because I don't have

22   the full avail- -- I don't have all the

23   information available to me.  I can't open the

24   links.

25       Q.   Do you see anything that looks like       03:54:33

                                         Page 199

1    sec- -- the sentence that reads, "We understand

2    this is a big responsibility and work hard to

3    protect your information and put you in control"?

4        A.   Correct.

5        Q.   And is that one of the promises that you        04:15:49

6    believe Google has made to you?

7        A.   Yes.  And it's also promised again -- one,

8    two, three, four -- the middle paragraph, the last

9    sentence, on page 1.

10       Q.   Okay.  And you're referring to the part of       04:16:14

11   the sentence that says, "you can adjust your

12   privacy settings to control what we collect and

13   how your information is used"; is that right?

14       A.   That's correct.

15       Q.   Okay.  And what's the date of this              04:16:25

16   specific policy that you have in front of you?

17       A.   May 2018.

18       Q.   Are you aware of any earlier version of

19   the privacy policy -- Google's privacy policy

20   where those words appear, either "put you in         04:16:41

21   control" or "control what we collect"?

22       A.   Previous -- when you say "previous" --

23       Q.   Earlier versions of the privacy policy.

24   So we looked at one from 2009, for example.  I

25   don't think you referenced the same language in        04:17:06

Veritext Legal Solutions
866 299-5127

1    other people who use the device won't see your

2    history"?

3          Do you see that there?

4      A.   I do.

5      Q.   What do you understand that sentence to          04:37:15

6    mean, Ms. Trujillo?

7      A.   Well, it means two things to me.  It means

8    that I'm able to browse privately and in incognito

9    mode and other people who use the device won't see

10   my history.                                             04:38:05

11     Q.   Do you understand this sentence to be

12   representing that browsing privately and incognito

13   means just what you said it does, which is that

14   other people who use your device won't see your

15   history?                                                04:38:22

16     A.   Please repeat that.

17     Q.   This sentence here beginning with "When

18   you browse privately," do you see how it explains

19   what browsing privately means when it says

20   browsing privately, when you do so, quote, "other      04:38:47

21   people who use the device won't see your history"?

22   Do you see where it says that?

23     A.   I see where it says that.  I don't see how

24   it's an explanation.

25     Q.   What do you think it is, then, if not an         04:39:04

Page 216

1    explanation?

2        A.   It's just -- the two -- it's like the two

3    promises on the splash screen.  It's just

4    conflicting with what the privacy policy says.

5        Q.   This document conflicts with the privacy    04:39:38

6    policy; is that what you mean --

7        A.   Yes.

8        Q.   -- or something else?  Okay.

9        A.   That's what I mean.

10       Q.   So this document here conflicts with the    04:39:47

11   privacy policy.

12            How does it conflict with the privacy

13   policy?

14       A.   Because it's -- let me see.  "When you

15   browse privately."                                   04:40:19

16       Q.   Are you able to identify any way which

17   this document conflicts with the privacy policy?

18   If not, that's fine.  I can ask the -- the -- the

19   next question.

20       A.   Well, it's saying that I'm able to browse   04:40:57

21   privately and other people can't see my history,

22   but that's not what's happening --

23       Q.   Okay.

24       A.   -- when I'm in incognito mode.

25       Q.   Okay.  So you believe this -- this page to  04:41:11

Page 217

```
 1    I'm saying my information.
 2        Q.   Okay.  So that's when you're in regular
 3    mode.
 4             What information of value have you given
 5    to Google when you're in incognito mode?          04:47:52
 6        A.   Google -- when I'm in incognito mode,
 7    Google has taken my information without my
 8    consent.
 9        Q.   So is there no information that you've
10    given Google in the context of your private       04:48:08
11    browsing activity through incognito mode?
12        A.   Did you say "is there no information"?
13        Q.   Correct.  Because it sounds like you were
14    saying Google takes your information.
15             So I'm wondering, is there any information 04:48:28
16    that you voluntarily share with Google in the
17    context of your incognito sessions?
18             MS. BAEZA:  Objection.  Form.  Vague.
19    BY MS. CRAWFORD:
20        Q.   You can answer, Ms. Trujillo.            04:48:42
21        A.   Well, I know when I'm in regular mode, I'm
22    consenting to Google taking my information.
23        Q.   Okay.  And -- and the con- -- because
24    you -- you -- you claim that you have a contract
25    with Google that governs your usage of incognito  04:48:55
```

Page 223

1           MS. BAEZA:  I said, I just don't think you

2    like her answer, Ms. Crawford.

3    BY MS. CRAWFORD:

4           Q.   Ms. Trujillo, please respond.

5           A.   The clear answer is that Google has stolen    04:49:41

6    my information when I'm in incognito mode.

7           Q.   Okay.  I'll -- I'll accept that.  It --

8    I -- I didn't -- don't understand you to have

9    identified any information that you voluntarily

10   gave Google in the context of your use of            04:49:58

11   incognito mode.  If that's incorrect, let -- let

12   me know.

13          But I think I've heard you to say that

14   Google has taken information when you're using

15   incognito without your consent.                       04:50:09

16          In that case, my next question I have is,

17   when you say Google has taken your information

18   without its [verbatim] consent, do you believe

19   that Google, when you're in private browsing mode,

20   is authorized to use your information in any          04:50:26

21   capacity or none whatsoever?

22          A.   They're not -- when I'm in private

23   browsing or incognito, I -- they do not have my

24   consent to use my information.  I've chosen --

25          Q.   So what -- sorry.  Go ahead.              04:50:51

Page 225

```
 1              MS. BAEZA:  Go ahead and finish your
 2     statement, Ms. Trujillo.
 3              THE WITNESS:  If I'm on incognito mode, I
 4     have chosen to be private.
 5     BY MS. CRAWFORD:                              04:51:13
 6         Q.   So it sounds as though there's no
 7     information that you voluntarily agreed to give
 8     Google when you are in an incognito session; is
 9     that right?
10              MS. BAEZA:  Objection.  Form.  Asked and  04:51:23
11     answered.
12              THE WITNESS:  Google -- when I'm in
13     incognito mode, Google does not have my consent to
14     use my information.
15     BY MS. CRAWFORD:                              04:51:39
16         Q.   Okay.  Do you believe that your -- the
17     information that you've provided to Google has
18     monetary value?
19         A.   Yes.
20         Q.   How so?                             04:51:55
21         A.   How so does it have monetary value, the
22     information that Google has either taken with or
23     without my consent?
24              Data and information is the most valuable.
25         Q.   Does it have monetary value?        04:52:24
```

Page 226

```
 1              MS. BAEZA:  Objection.  Form.
 2    Mischaracterizes testimony.
 3              MR. MAO:  Calls for expert...
 4    BY MS. CRAWFORD:
 5       Q.   You can answer.                        04:57:54
 6       A.   When I turn on incognito, I'd expect
 7    Google to stand by their promise in the contract
 8    so when I say I want to be kept private, then no
 9    means no.
10       Q.   Okay.  Can you tell me all the ways,    04:58:34
11    sitting here today, that you've been harmed by
12    Google's conduct in the context of the lawsuit
13    that you filed against it?
14       A.   My personal information has been shared
15    without my consent, and there are probably --    04:58:58
16    because of this, there's -- I'm sure there's a lot
17    more damage than I can even imagine.
18       Q.   And when you say your information was
19    shared, I just want to be clear.  Shared by whom
20    and to whom?                                     04:59:17
21              MS. BAEZA:  Objection.  Form.  Calls for
22    speculation.
23              MS. CRAWFORD:  This is the witness's
24    testimony.
25    BY MS. CRAWFORD:                                 04:59:31
```

Page 230

1   says otherwise?

2      A.   Skyscanner's policy can say whatever it

3   wants.  I -- I -- it was Google who shared my

4   information while I was in incognito mode.

5      Q.   Okay.                                    05:52:51

6           MS. CRAWFORD:  Let's mark as our -- our

7   next exhibit Tab 3, Tracy.

8           (Trujillo Deposition Exhibit 14 was

9           marked.)

10  BY MS. CRAWFORD:                                 05:53:08

11     Q.   I'm going to show you, Ms. Trujillo, a

12  copy of your discovery responses in this case.

13          If you refresh the Exhibit Share window

14  you have open, let me know when this document is

15  in front of you.                                 05:53:22

16     A.   Exhibit what?  I'm sorry, please repeat.

17     Q.   It will either be Exhibit 14 or 15, but

18  perhaps you can refresh and let me know which one

19  is -- has just been loaded.

20     A.   14 is the most recent.                   05:53:55

21     Q.   That might be Skyscanner's privacy policy,

22  in which case you can set that aside and look for

23  Exhibit 15.

24          MS. GAO:  Actually, Exhibit 14 is the

25  correct one.                                     05:54:12

                                              Page 255

```
1              MS. CRAWFORD:  Oh, perfect.  Okay.

2       BY MS. CRAWFORD:

3          Q.   So if you have Exhibit 14 in front of you,

4       Ms. Trujillo, can you turn to -- unfortunately,

5       this document was served without page numbers, but      05:54:20

6       it's the -- the tenth page of this document.

7          A.   Okay.  I'm on the tenth page.

8          Q.   Do you see where it says "Interrogatory

9       Number 10"?

10         A.   Yes.                                             05:54:41

11         Q.   And "Response to Interrogatory Number 10"?

12         A.   Yes.

13         Q.   Okay.  So do you remember a moment ago

14      when I was asking you about selling your personal

15      data and whether you knew anything about that?         05:54:59

16         A.   Yes.

17         Q.   And I believe you testified that you don't

18      know much about that practice.

19              Is that -- is that consistent with what

20      you remember having testified to?                      05:55:20

21              MS. BAEZA:  Objection.  Form.  Vague.

22      BY MS. CRAWFORD:

23         Q.   Do you remember your testimony on that

24      topic, Ms. Trujillo?

25         A.   Yes, I do.                                      05:55:27
```

Page 256

```
 1        Q.   Okay.  And you testified that you didn't

 2   know much about selling your personal information,

 3   but that it would be a pretty desperate way of

 4   making money.

 5        Do you remember that?                           05:55:41

 6        A.   Yes.

 7        Q.   In your response to this interrogatory,

 8   you state -- and if you look on the next page it's

 9   the paragraph that begins with "Notwithstanding."

10        Do you see that paragraph there?               05:56:04

11        A.   Yes.

12        Q.   This says, with specificity, that you've

13   been aware of the value of your personal data for

14   years and that you're aware of websites like

15   Killi, companies like Brave and others, that       05:56:28

16   provides monetary compensation for personal data.

17        Do you see where it says that?

18        A.   Yes.

19        Q.   Are you, in fact, aware of websites like

20   Killi?  I don't believe you testified to Killi     05:56:46

21   when I asked you the question previously.

22        A.   I'm aware that there are websites that do

23   buy personal data.  I'm aware that personal data

24   is very valuable.  But I have not ever sold my

25   personal data.                                      05:57:15
```

Page 257

```
 1    BY MS. CRAWFORD:
 2        Q.   You can answer.
 3        A.   I actually -- I don't know if I ever --
 4    I've never logged in under incognito mode.  Why
 5    not?  I just never tried.  I didn't -- I haven't        06:02:00
 6    tried logging in to Gmail in incognito mode.
 7        Q.   Okay.
 8        A.   I...
 9        Q.   Sorry.  Were you still -- were you
10    finished with your answer?                              06:02:21
11        A.   I was going to say, I've -- I use
12    incognito mode for websites.
13        Q.   Okay.  But not to protect sensitive
14    communications like your personal e-mail?
15        A.   My e-mail, I have never logged in under        06:02:43
16    incognito.  I'm trying to think of any other --
17    no, that's it.
18        Q.   Okay.  Can we queue up as the next exhibit
19    Tab 23, which is going to be, Ms. Trujillo, the
20    splash screen or private browsing screen of Safari      06:03:17
21    mode, one of the browsing modes that you mentioned
22    earlier in your testimony.
23            (Trujillo Deposition Exhibit 15 was
24            marked.)
25    BY MS. CRAWFORD:                                        06:03:30
```

                                                    Page 260

```
 1          Q.   If you could please refresh your Exhibit

 2    Share, and let me know when you have this exhibit

 3    in front of you.  It should be Exhibit 15.

 4          A.   Okay.  I am on Exhibit 15.

 5          Q.   Okay.  Can you take a second to look this    06:03:54

 6    over and let me know when you're done.

 7          A.   (Witness reviews.)

 8               Okay.

 9          Q.   Have you ever used any private browsing

10    mode other that incognito for Chrome?                   06:04:28

11          A.   Yes.  I've used private on Safari.

12          Q.   Any other modes -- sorry.

13               Any other browsers?  If you don't recall,

14    that's fine.

15          A.   I don't recall.                              06:04:58

16          Q.   Okay.  Do you remember seeing this screen

17    before from Safari's private mode?

18          A.   I may have seen it.  I don't recall.

19          Q.   When you're using Safari's private mode,

20    what types of protection do you understand that         06:05:17

21    mode to provide?

22          A.   That my private information will not be

23    collected and stored.

24          Q.   Okay.  And what's the basis of that

25    understanding?                                          06:05:45
```

Page 261

```
 1        A.    The basis is that I'm in private mode.
 2        Q.    Okay.  So you assume that private mode in
 3   Safari, for example, means that your private
 4   information, quote, "will not be collected and
 5   stored," close quote.                            06:06:35
 6              Is that right?
 7        A.    It will not be -- the -- the promise from
 8   Google is that Google will not collect and store
 9   my information if I'm on Safari's -- Safari on
10   private mode -- in private mode.                 06:06:59
11        Q.    Just to make sure I'm clear, are you
12   saying that Google has made representations to you
13   about what data Safari is collecting when you're
14   in private browsing mode in Safari?
15        A.    No, that's not what I'm saying.  I'm    06:07:18
16   saying that Google promises that if I'm in a
17   private setting, in private browsing on Safari,
18   that Google itself will not collect and store my
19   information.
20        Q.    How could Google collect your information 06:07:38
21   if you're browsing in a different company's web
22   browser?
23        A.    I don't --
24              MS. BAEZA:  Objection.  Form.  Calls for
25   speculation and expert opinion.                  06:07:53
```

                                                    Page 262

```
 1    BY MS. CRAWFORD:

 2        Q.   Ms. Trujillo?

 3        A.   I -- I know that's what happens.  How that

 4    happens, I don't know.  I'm not an expert.

 5        Q.   Okay.  You would agree with me, even        06:08:09

 6    though you're not an expert, that nothing about

 7    what appears on this page references Google;

 8    right?  Google isn't mentioned anywhere here?

 9        A.    Well, even I -- even if I'm on Safari,

10    whether I'm in regular mode or private mode,        06:09:08

11    Google is collecting my information.

12        Q.   What's the basis for that belief?

13        A.    My attorneys and experts have found it to

14    be true.

15        Q.   Okay.  Next separate question:  Do you     06:09:42

16    think other companies besides Google are

17    collecting your information the ways you've just

18    described, companies like Apple or companies like

19    Facebook, or is your belief specific to Google?

20        A.    The information that I have isn't          06:10:05

21    belief-specific to Google.  It's fact-specific to

22    Google.  And Apple or Facebook, I -- I'm not sure

23    how they operate.

24        Q.   Okay.  Do you understand the relationship

25    that Safari and Apple share?                        06:10:45
```

Page 263

```
1    ads in incognito mode?

2        A.   Yes.

3        Q.   Did you know that targeted ads in

4    incognito mode were coming from Google before this

5    lawsuit, or did you learn that after the lawsuit?   07:13:47

6            MS. CRAWFORD:  Objection.  Leading.

7            THE WITNESS:  I learned this after the

8    lawsuit.

9    BY MS. BAEZA:

10       Q.   Earlier you were asked about your       07:14:08

11   understanding about what information websites

12   passed on to Google.

13           Do you remember those questions?

14       A.   Yes.

15       Q.   And Google's attorney asked you some    07:14:17

16   questions about your understanding about what

17   information was passed on when in regular mode.

18           Do you remember?

19       A.   Yes.

20       Q.   Based on Google's disclosures, what is   07:14:30

21   your understanding on what information Google

22   should be collecting from websites when you're in

23   incognito mode?

24       A.   When I'm in incognito mode?

25       Q.   Correct.                                07:14:52
```

Page 277

1        A.   Google should not be collecting any of my

2    information when I'm in incognito mode.

3        Q.   The term "irrespective" was used earlier

4    today.

5             Do you remember that?                    07:15:08

6        A.   Yes.

7        Q.   Do you know what the word "irrespective"

8    means?

9        A.   No.  I don't.

10       Q.   Earlier -- oh, sorry.  Go ahead.          07:15:19

11       A.   No, I don't.

12       Q.   Earlier you were asked whether you

13   provided cookie values from your browser during

14   the course of this litigation.

15            Do you remember that?                    07:15:33

16       A.   Yes.

17       Q.   And you testified that you weren't really

18   sure what a cookie is.

19            Do you remember?

20       A.   Correct, yes.                            07:15:42

21       Q.   Without going into the substance of

22   privileged communications with your attorneys, do

23   you recall back in November and December working

24   with people to pull certain values from your

25   computer?                                         07:15:55

Page 278

```
 1        A.   Yes, I do recall.

 2        Q.   And those values were large strings of

 3   characters.

 4             Do you remember?

 5        A.   Yes.                                  07:16:05

 6             MS. CRAWFORD:  Objection.  Leading the

 7   witness.  I mean, Rosy, you're -- you're leading

 8   the witness to give answers to the tar- -- very

 9   narrowly focused questions that you're asking right

10   now.                                            07:16:17

11             I don't think that this is proper, and I'm

12   creating a record that you're leading the witness

13   in a way that I don't think is appropriate at this

14   stage.

15             MS. BAEZA:  Your speaking objection is   07:16:28

16   noted.

17             MS. CRAWFORD:  It is.

18   BY MS. BAEZA:

19        Q.   Let me go back to -- to the last question,

20   'cuz I lost my train of thought here, that long     07:16:39

21   speaking objection.

22             MS. CRAWFORD:  Rosy, let's be respectful,

23   please.

24             MS. BAEZA:  All right.

25   BY MS. BAEZA:                                       07:16:55
```

Page 279

```
 1        Q.   If I represented to you that that large

 2   string of characters were cookie values, would

 3   your earlier answer change to yes, that you now

 4   recall providing cookie values from your browser

 5   during the course of this litigation?          07:17:07

 6        A.   Yes.  My answer's yes.

 7        Q.   Do you remember being asked questions

 8   about the relationship between Apple and Safari?

 9        A.   Yes.

10        Q.   Did you know that the Safari browser is a  07:17:23

11   product of Apple before today?

12        A.   No, I did not.

13        Q.   Knowing this now, would you understand

14   Safari to mean Apple?

15             MS. CRAWFORD:  Objection.  Leading again.  07:17:42

16   The witness's testimony speaks for itself.

17   BY MS. BAEZA:

18        Q.   You can answer.

19        A.   Yes.

20        Q.   Does Apple's collection of your personal  07:17:52

21   data have anything to do with this lawsuit?

22        A.   No.

23        Q.   Do you remember earlier when you were

24   asked questions about the incognito splash screen?

25        A.   Yes.                                     07:18:10
```

Page 280

```
 1        Q.    Okay.  If you can please go to that

 2    document.  It's Exhibit 4.

 3              Let me know when you have that open.

 4        A.    Okay.

 5              I have it open.                          07:18:36

 6        Q.    And do you remember being asked questions

 7    about whether the incognito splash screen

 8    discloses that your information is not shared?

 9        A.    Yes, I remember being asked.

10        Q.    Do you see where it says "Your activity    07:18:50

11    might still be visible to"?

12        A.    Yes.

13        Q.    And below that, it lists three entities

14    your activity might still be visible to.

15              Do you see that?                           07:19:09

16        A.    Yes.

17        Q.    What does that communicate to you?

18              MS. CRAWFORD:  Objection.

19              THE WITNESS:  It communicates to me that

20    my activity may be visible to websites I visited,    07:19:35

21    my employer, school, internet service de- --

22    provider.  But it does not say it might still be

23    visible to Google.

24    BY MS. BAEZA:

25        Q.    Okay.  You can close that exhibit out.     07:20:02
```

Page 281

1      [verbatim].  Your counsel asked if you used

2      incognito mode and ran a Google Search, whether

3      that meant Google would collect your data.

4           Do you remember that?

5      A.   Are you asking -- are you just asking if I       07:28:11

6      remember her asking me that question?

7      Q.   Yeah, I'm asking if you remember your

8      testimony about these questions, yes.

9      A.    My testimony?  Not what she asked me, my

10     testimony?                                            07:28:31

11     Q.   Do you remember tell- -- telling -- do you

12     remember testifying that, quote, "If I'm in

13     incognito mode, my information shouldn't be

14     collected," period, closed quote?  Do you remember

15     that?                                                 07:28:57

16     A.    Yes.  I -- I don't know if you're asking

17     if I remember the exact words, but I do remember

18     saying something along those lines.

19     Q.   You would agree with me that the splash

20     screen that you just looked at does say "Your         07:29:11

21     activity might still be visible to websites" [as

22     read]; right?

23     A.    "Your activity might still be" --

24     (reading.)

25           If you're asking if that is what I see on       07:29:40

                                                             Page 287

```
 1   the splash screen also?

 2       Q.   Yes.

 3            Do you see where it says that?

 4       A.   Yes.

 5       Q.   And google.com is a website; isn't it?      07:29:53

 6       A.   But it doesn't say "Google" on here.

 7       Q.   But it says "Websites you visit," so I'm

 8   asking, do you understand google.com to be a

 9   website?

10       A.   I believe that it should specifically      07:30:11

11   say "Google" on here.

12       Q.   Ms. Trujillo, I appreciate the response,

13   but that's not the question that I've asked you.

14   I'll ask it one more time in the hopes of getting

15   a clear yes-or-no answer.                           07:30:50

16            Do you understand that google.com is a

17   website?

18            MS. BAEZA:  Objection.  Form.  Asked and

19   answered.

20            THE WITNESS:  I understand that in the      07:31:03

21   privacy policy it says any services across Google.

22   BY MS. CRAWFORD:

23       Q.   So is the answer to my question, yes,

24   google.com is a website?

25            MS. BAEZA:  Objection.  Form.  Asked and    07:31:28
```

                                                  Page 288

1    answered.

2            THE WITNESS:  I know that Google -- well,

3    incognito is part of Google and my privacy should

4    be -- or is promised to be protected if I'm in

5    incognito mode across any of the Google services.    07:32:07

6    BY MS. CRAWFORD:

7        Q.   Ms. Trujillo, I appreciate your answer,

8    but do you understand the question that I've

9    asked?

10           MS. BAEZA:  Objection.  Badgering the        07:32:20

11   witness.

12   BY MS. CRAWFORD:

13       Q.   Ms. Trujillo.

14       A.   I understand the question.

15       Q.   Okay.  Are you able to answer it with a     07:32:33

16   yes or no?  Is google.com a website?

17           MS. BAEZA:  Objection.  Form.  Asked and

18   answered.  And she can answer the question however

19   she sees fit.

20           MS. CRAWFORD:  Okay.  Thank you, Rosy.        07:32:44

21   BY MS. CRAWFORD:

22       Q.   Ms. Trujillo.

23       A.   The splash screen should include my

24   activity.  Where it says my activity may still be

25   visible, it should have Google on here.              07:33:04

                                              Page 289

```
 1        Q.   Any other companies that you think should

 2   be listed there or just Google?

 3        A.   Definitely Google, since they collect

 4   data.

 5        Q.   Yep.                                    07:33:27

 6             My question was -- was slightly different.

 7             Any companies other than Google that you

 8   believe should be listed here?

 9        A.   I can't think of any right now.

10        Q.   Okay.  And just to make sure you don't   07:33:37

11   have an answer to give to the question that I've

12   posed several times now, are you able to tell me

13   whether or not you believe google.com is a

14   website; yes or no?

15             MS. BAEZA:  Objection.  Form.  Asked and  07:33:56

16   answered.

17             MS. CRAWFORD:  What was the witness's

18   response to that question, Rosy?  Did she answer

19   "yes" or "no" to that?

20             MS. BAEZA:  I'm not testifying, and she   07:34:09

21   doesn't have to answer with a yes or no.  She

22   already answered the question.

23             MS. CRAWFORD:  Okay.

24   BY MS. CRAWFORD:

25        Q.   Ms. Trujillo --                          07:34:14
```

Page 290

1    JOMAIRE CRAWFORD, ESQ.

2    jomairecrawford@quinnemanuel.com

3                                    FEBRUARY 16, 2022

4    RE: BROWN V. GOOGLE LLC

5    FEBRUARY 11, 2022, MONIQUE TRUJILLO, JOB NO. 5077549

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   ___ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   ___ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                                    Page 296

1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2      Transcript – The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, notating the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   _x_ Federal R&S Not Requested – Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
1    BROWN V. GOOGLE LLC

2    MONIQUE TRUJILLO (#5077549)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____      _____

24   WITNESS                            Date

25
```

                                        Page 298