BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER RE: REBUTTAL EXPERT REPORTS**<br><br>Judge: Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-12, this joint stipulation is entered into between Plaintiffs and Defendant Google LLC ("Google", collectively the "Parties").

WHEREAS, on April 15, 2022, Google served its opening expert report from Dr. On Amir ("Amir Report") which discussed the results of three surveys Dr. Amir conducted for purposes of his report;

WHEREAS, on May 20, 2022, Plaintiffs served a rebuttal report to Dr. Amir from Mark Keegan ("Keegan Rebuttal Report") which provided (i) analysis of Dr. Amir's studies and (ii) a new study conducted by Mr. Keegan (the "Rebuttal Survey");

WHEREAS, following a meet-and-confer, the Parties have agreed that, no later than June 30, 2022, Dr. Amir may serve a supplemental report (the "Amir Supplement") that is (i) limited to rebuttal of the Rebuttal Survey and (ii) does not contain a new survey;

WHEREAS, Google agrees not to object to the Rebuttal Survey on the grounds that it is improper rebuttal under Federal Rule of Procedure 26;

WHEREAS, Google reserves its rights to challenge the Keegan Rebuttal Report on all other potential grounds;

WHEREAS, Plaintiffs reserve its rights to challenge the Amir Supplement on all other potential grounds;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED that Dr. Amir may serve a supplemental report limited to rebuttal of the Rebuttal Survey no later than June 30, 2022.

DATED: June 15, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| /s/ Andrew H. Schapiro | /s/ James W. Lee |
| Andrew H. Schapiro (admitted *pro hac vice*) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| Teuta Fani (admitted *pro hac vice*) | Sean Phillips Rodriguez (CA Bar No. 262437) |
| teutafani@quinnemanuel.com | srodriguez@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Chicago, IL 60606 | brichardson@bsfllp.com |
| Tel: (312) 705-7400 | 44 Montgomery Street, 41st Floor |
| Fax: (312) 705-7401 | San Francisco, CA 94104 |
|  | Tel: (415) 293 6858 |
| Stephen A. Broome (CA Bar No. 314605) | Fax: (415) 999 9695 |
| stephenbroome@quinnemanuel.com |  |
| Viola Trebicka (CA Bar No. 269526) | James W. Lee (*pro hac vice*) |
| violatrebicka@quinnemanuel.com | jlee@bsfllp.com |
| Crystal Nix-Hines (Bar No. 326971) | Rossana Baeza (*pro hac vice*) |
| crystalnixhines@quinnemanuel.com | rbaeza@bsfllp.com |
| Alyssa G. Olson (CA Bar No. 305705) | 100 SE 2nd Street, Suite 2800 |
| alyolson@quinnemanuel.com | Miami, FL 33130 |
| 865 S. Figueroa Street, 10th Floor | Tel: (305) 539-8400 |
| Los Angeles, CA 90017 | Fax: (305) 539-1304 |
| Tel: (213) 443-3000 |  |
| Fax: (213) 443-3100 | William Christopher Carmody (*pro hac vice*) |
|  | bcarmody@susmangodfrey.com |
| Diane M. Doolittle (CA Bar No. 142046) | Shawn J. Rabin (*pro hac vice*) |
| dianedoolittle@quinnemanuel.com | srabin@susmangodfrey.com |
| Sara Jenkins (CA Bar No. 230097) | Steven Shepard (*pro hac vice*) |
| sarajenkins@quinnemanuel.com | sshepard@susmangodfrey.com |
| 555 Twin Dolphin Drive, 5th Floor | Alexander P. Frawley (*pro hac vice*) |
| Redwood Shores, CA 94065 | afrawley@susmangodfrey.com |
| Telephone: (650) 801-5000 | SUSMAN GODFREY L.L.P. |
| Facsimile: (650) 801-5100 | 1301 Avenue of the Americas, 32nd Floor |
|  | New York, NY 10019 |
| Jomaire A. Crawford (admitted *pro hac vice*) | Tel: (212) 336-8330 |
| jomairecrawford@quinnemanuel.com |  |
| 51 Madison Avenue, 22nd Floor | Amanda Bonn (CA Bar No. 270891) |
| New York, NY 10010 | abonn@susmangodfrey.com |
| Telephone: (212) 849-7000 | SUSMAN GODFREY L.L.P. |
| Facsimile: (212) 849-7100 | 1900 Avenue of the Stars, Suite 1400 |
|  | Los Angeles, CA 90067 |
| Josef Ansorge (admitted *pro hac vice*) | Tel: (310) 789-3100 |
| josefansorge@quinnemanuel.com |  |
| Xi ("Tracy") Gao (CA Bar No. 326266) | John A. Yanchunis (*pro hac vice*) |
| tracygao@quinnemanuel.com | jyanchunis@forthepeople.com |
| Carl Spilly (admitted *pro hac vice*) | Ryan J. McGee (*pro hac vice*) |
| carlspilly@quinnemanuel.com | rmcgee@forthepeople.com |
| 1300 I Street NW, Suite 900 | MORGAN & MORGAN, P.A. |
| Carl Spilly (admitted *pro hac vice*) |  |

| | |
|---|---|
| carlspilly@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100 | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736 |
| Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700 | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| *Attorneys for Defendant Google LLC* | *Attorneys for Plaintiffs* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I am the ECF user whose ID and password are being used to file this "STIPULATION AND [PROPOSED] ORDER RE: REBUTTAL EXPERT REPORTS" and I hereby attest that each of the signatories identified above has concurred in the filing of this document.

                                            */s/   Andrew H. Schapiro*
                                            Andrew H. Schapiro

# [PROPOSED] ORDER

Pursuant to stipulation of the Parties, the Court here **ORDERS**:

Google may serve a supplemental expert report limited to rebuttal of Mark Keegan's Rebuttal Survey no later than June 30, 2022.

**IT IS SO ORDERED.**

Date: __June 21__, 2022

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge