1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Diane M. Doolittle (CA Bar No. 142046)           Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com                  andrewschapiro@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)                 Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com                     teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor                191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                         Chicago, IL 60606
5  Telephone: (650) 801-5000                        Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                        Facsimile: (312) 705-7401
6
7  Stephen A. Broome (CA Bar No. 314605)            Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com                   josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)               Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com                   tracygao@quinnemanuel.com
9  Crystal Nix-Hines (Bar No. 326971)               Carl Spilly (admitted *pro hac vice*)
   crystalnixhines@quinnemanuel.com                 carlspilly@quinnemanuel.com
10 865 S. Figueroa Street, 10th Floor               1300 I Street NW, Suite 900
   Los Angeles, CA 90017                            Washington D.C., 20005
11 Telephone: (213) 443-3000                        Telephone: (202) 538-8000
12 Facsimile: (213) 443-3100                        Facsimile: (202) 538-8100

13 Jomaire Crawford (admitted *pro hac vice*)       Jonathan Tse (CA Bar No. 305468)
14 jomairecrawford@quinnemanuel.com                 jonathantse@quinnemanuel.com
   51 Madison Avenue, 22nd Floor                    50 California Street, 22nd Floor
15 New York, NY 10010                               San Francisco, CA 94111
   Telephone: (212) 849-7000                        Telephone: (415) 875-6600
16 Facsimile: (212) 849-7100                        Facsimile: (415) 875-6700

17 *Counsel for Defendant Google LLC*

18                       UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE LLC'S SUBMISSION IN RESPONSE TO DKT. 604**<br><br>Judge: Hon. Susan van Keulen, USMJ |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Google LLC's Administrative Motion to Seal portions of Google's Submission in Response to Dkt. 604 ("Google's Submission"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential and proprietary information and that public disclosure could cause competitive harm.

3. The information requested to be sealed contains Google's confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including internal details related to Google's databases, logs, and encryption practices, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

4. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3.

5. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their identifier system designs and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's data sources, including data logs, internal data structures and internal identifier systems.

6. For these reasons, Google respectfully requests that the Court order Google's Submission to be filed under seal.

1    I declare under penalty of perjury of the laws of the United States that the foregoing is true
2    and correct. Executed in San Francisco, California on June 21, 2022.

3

4    DATED: June 21, 2022              QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
5

6

7                                      By   */s/ Jonathan Tse*
                                            Jonathan Tse
8
                                       *Attorney for Defendant*
9