# Google's Response

# Redacted Version of Document Sought to be Sealed

1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)          Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com                 andrewschapiro@quinnemanuel.com

3  Sara Jenkins (CA Bar No. 230097)                Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com                    teutafani@quinnemanuel.com

4  555 Twin Dolphin Drive, 5th Floor               191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                         Chicago, IL 60606

5  Telephone: (650) 801-5000                       Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                        Facsimile: (312) 705-7401

6

7  Stephen A. Broome (CA Bar No. 314605)           Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com                   josefansorge@quinnemanuel.com

8  Viola Trebicka (CA Bar No. 269526)              Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com                   tracygao@quinnemanuel.com

9  Crystal Nix-Hines (Bar No. 326971)              Carl Spilly (admitted *pro hac vice)*
   crystalnixhines@quinnemanuel.com                 carlspilly@quinnemanuel.com

10 Alyssa G. Olson (CA Bar No. 305705)             1300 I Street NW, Suite 900
   alyolson@quinnemanuel.com                        Washington D.C., 20005

11 865 S. Figueroa Street, 10th Floor              Telephone: (202) 538-8000
   Los Angeles, CA 90017                            Facsimile: (202) 538-8100

12 Telephone: (213) 443-3000

13 Facsimile: (213) 443-3100

14

15 Jomaire Crawford (admitted *pro hac vice*)      Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com                 jonathantse@quinnemanuel.com

16 51 Madison Avenue, 22nd Floor                   50 California Street, 22nd Floor
   New York, NY 10010                               San Francisco, CA 94111

17 Telephone: (212) 849-7000                       Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                        Facsimile: (415) 875-6700

18
   *Counsel for Defendant Google LLC*

19
                        UNITED STATES DISTRICT COURT

20
          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

21
   CHASOM BROWN, WILLIAM BYATT,            Case No. 4:20-cv-03664-YGR-SVK
22 JEREMY DAVIS, CHRISTOPHER
   CASTILLO, and MONIQUE TRUJILLO,         **GOOGLE LLC'S SUBMISSION IN
23 individually and on behalf of all similarly   RESPONSE TO DKT. 604**
   situated,
24
                                          Judge: Hon. Susan van Keulen
          Plaintiffs,
25
                v.
26
   GOOGLE LLC,
27
          Defendant.
28

                                                    Case No. 4:20-cv-03664-YGR-SVK

GOOGLE LLC'S SUBMISSION IN RESPONSE TO DKT. 604

Pursuant to the Court's June 9, 2022 Order on Google's Administrative Motion for Clarification of May 20, 2022 Preservation Order ("Clarification Order") (Dkt. 604), in this submission Google "identifies and describes the keys that Google is seeking to carve out of the Preservation Order on the ground that the keys are not required," Dkt. 604 at 3, and seeks a minor clarification related to retention periods of sources retained permanently.

1. **Clarification On Encryption Keys Google Seeks to Exempt**

The Court ordered only "relevant, *necessary* rotating encryption keys be preserved." Dkt. 604 at 3 (emphasis in original). Two sets of encryption keys fall outside the scope of the preservation order because they are not relevant or necessary:

***Encryption Keys Not Associated with Relevant Data.*** Those encryption keys that are not associated with the data the Court has held needs to be preserved necessarily fall outside of the Court's order because they are not relevant. Google is confident that the Court could not have meant for such keys to be included in the preservation, but out of an abundance of caution Google would like to obtain written clarification by the Court on this exemption.

███████████████ . ██████████████████████████████

████████████████ , *Calhoun* Dkt. 713-8 ¶ 5 (Chan Decl), should also be exempted from the Court's order because, as Google explains below, this encryption key is extremely sensitive and Google proposes a satisfactory work-around in lieu of preservation of the key.

*First*, there are undue privacy and security risks associated with preserving the ████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

1 ██████████████████████████████████████████████████████

2 ██████████████████████████████████████████████████████

3 ████████████████████████████████████████

4       Second, given these outsized risks, Google is committed to engineering and implementing

5 work-arounds to full preservation of the ██████████████████ thus rendering the preservation

6 of this key unnecessary for purposes of decrypting the data to be preserved pursuant to the

7 Preservation Plan. Dkt. 604 at 3; *see also* Dkt. 587 at 8 ("Google should be required to preserve all

8 encryption keys **necessary** to decrypt identifiers and cookies.") (emphasis added). Google is willing

9 to perform the following three steps, which together are more than sufficient to ensure that the

10 relevant data is capable of decryption: ████████████████████████████████

11 ██████████████████████████████████████████████████████

12 ██████████████████████████████████████████████████████

13 █████████████████████████████████████████ *See Calhoun* Dkt. 713-8 ¶ 10

14 (Chan Decl). Google proposes an additional encryption step to store preserved user data securely.

    **2.  Clarification Related to Sources Retained Permanently**

16       The June 9, 2022 Order clarified the Court's intent in requiring Google to seek leave of the

17 Court to shorten any retention period "for any data source that is currently retained 'forever'." Dkt.

18 604 at 2. Specifically, "the Court anticipated that data sources that do not have retention periods …

19 may have been excluded from the lists of data sources to be preserved because of the absence of a

20 retention period." *Id*. Google respectfully notes that the Preservation Plan already included five data

21 sources currently retained "forever": ██████████████████ (Dkt. 587-1 at 2, R&R Index #6);

22 ██████████ (*id.*, R&R Index 52); ██████████ (*id.*, R&R Index #56); ██████████████ (*id.*,

23 R&R Index # 60), and ██████████ (Dkt. 587 at 7:23). In addition, ██████████████ that are

24 currently retained "forever" have been identified as relevant data sources as part of the Special

25 Master   process: ████████████████ ██████████████████████ ██

26 ██████████

27       Google seeks to confirm that the Court's requirement regarding "any data source …

28 preserved in perpetuity" in the Clarification Order is in reference to the aforementioned ██████

1  curated by the Preservation Order and the eight-month review before the Special Master, *not* any

2  data sources within Google. The latter standard would be inefficient and burdensome for both

3  Google to comply with and for the Court to administer.

4

5  DATED:  June 21, 2022                          QUINN EMANUEL URQUHART &
                                                   SULLIVAN, LLP
6

7                                          By   */s/ Andrew H. Schapiro*
                                                Andrew H. Schapiro (admitted *pro hac vice*)
8                                               andrewschapiro@quinnemanuel.com
                                                Teuta Fani (admitted *pro hac vice*)
9                                               teutafani@quinnemanuel.com
                                                191 N. Wacker Drive, Suite 2700
10                                              Chicago, IL 60606
                                                Telephone: (312) 705-7400
11                                              Facsimile: (312) 705-7401

12                                              Stephen A. Broome (CA Bar No. 314605)
13                                              stephenbroome@quinnemanuel.com
                                                Viola Trebicka (CA Bar No. 269526)
14                                              violatrebicka@quinnemanuel.com
                                                Crystal Nix-Hines (Bar No. 326971)
15                                              crystalnixhines@quinnemanuel.com
                                                Alyssa G. Olson (CA Bar No. 305705)
16                                              alyolson@quinnemanuel.com
                                                865 S. Figueroa Street, 10th Floor
17                                              Los Angeles, CA 90017
                                                Telephone: (213) 443-3000
18                                              Facsimile: (213) 443-3100
19
                                                Diane M. Doolittle (CA Bar No. 142046)
20                                              dianedoolittle@quinnemanuel.com
                                                Sara Jenkins (CA Bar No. 230097)
21                                              sarajenkins@quinnemanuel.com
                                                555 Twin Dolphin Drive, 5th Floor
22                                              Redwood Shores, CA 94065
                                                Telephone: (650) 801-5000
23                                              Facsimile: (650) 801-5100
24
                                                Josef Ansorge (admitted *pro hac vice*)
25                                              josefansorge@quinnemanuel.com
                                                Xi ("Tracy") Gao (CA Bar No. 326266)
26                                              tracygao@quinnemanuel.com
                                                Carl Spilly (admitted *pro hac vice)*
27                                              carlspilly@quinnemanuel.com
28                                              1300 I. Street, N.W., Suite 900

1  Washington, D.C. 20005
   Telephone: 202-538-8000
2  Facsimile: 202-538-8100

3  Jomaire A. Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
4  51 Madison Avenue, 22nd Floor
   New York, NY 10010
5  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

6
   Jonathan Tse (CA Bar No. 305468)
7  jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, CA 94111
   Telephone: (415) 875-6600
9  Facsimile: (415) 875-6700

10
   *Attorneys for Defendant Google LLC*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S SUBMISSION IN RESPONSE TO DKT. 604