**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)  Andrew H. Schapiro (admitted *pro hac vice*)
dianedoolittle@quinnemanuel.com  andrewschapiro@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)  Teuta Fani (admitted *pro hac vice*)
sarajenkins@quinnemanuel.com  teutafani@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor  191 N. Wacker Drive, Suite 2700
Redwood Shores, CA 94065  Chicago, IL 60606
Telephone: (650) 801-5000  Telephone: (312) 705-7400
Facsimile: (650) 801-5100  Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)  Josef Ansorge (admitted *pro hac vice*)
stephenbroome@quinnemanuel.com  josefansorge@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)  Xi ("Tracy") Gao (CA Bar No. 326266)
violatrebicka@quinnemanuel.com  tracygao@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)  Carl Spilly (admitted *pro hac vice*)
crystalnixhines@quinnemanuel.com  carlspilly@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)  1300 I Street NW, Suite 900
alyolson@quinnemanuel.com  Washington D.C., 20005
865 S. Figueroa Street, 10th Floor  Telephone: (202) 538-8000
Los Angeles, CA 90017  Facsimile: (202) 538-8100
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)  Jonathan Tse (CA Bar No. 305468)
jomairecrawford@quinnemanuel.com  jonathantse@quinnemanuel.com
51 Madison Avenue, 22nd Floor  50 California Street, 22nd Floor
New York, NY 10010  San Francisco, CA 94111
Telephone: (212) 849-7000  Telephone: (415) 875-6600
Facsimile: (212) 849-7100  Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S SUBMISSION IN RESPONSE TO DKT. 604**<br><br>Judge: Hon. Susan van Keulen |

Pursuant to the Court's June 9, 2022 Order on Google's Administrative Motion for Clarification of May 20, 2022 Preservation Order ("Clarification Order") (Dkt. 604), in this submission Google "identifies and describes the keys that Google is seeking to carve out of the Preservation Order on the ground that the keys are not required," Dkt. 604 at 3, and seeks a minor clarification related to retention periods of sources retained permanently.

### 1. Clarification On Encryption Keys Google Seeks to Exempt

The Court ordered only "relevant, *necessary* rotating encryption keys be preserved." Dkt. 604 at 3 (emphasis in original). Two sets of encryption keys fall outside the scope of the preservation order because they are not relevant or necessary:

**Encryption Keys Not Associated with Relevant Data.** Those encryption keys that are not associated with the data the Court has held needs to be preserved necessarily fall outside of the Court's order because they are not relevant. Google is confident that the Court could not have meant for such keys to be included in the preservation, but out of an abundance of caution Google would like to obtain written clarification by the Court on this exemption.

███████████████. ███████████████

███████████████, *Calhoun* Dkt. 713-8 ¶ 5 (Chan Decl), should also be exempted from the Court's order because, as Google explains below, this encryption key is extremely sensitive and Google proposes a satisfactory work-around in lieu of preservation of the key.

*First*, there are undue privacy and security risks associated with preserving the ███
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

1  ████████████████████████████████████████████████████████████
2  ████████████████████████████████████████████████████████████
3  ██████████████████████████████████████████████████

   Second, given these outsized risks, Google is committed to engineering and implementing work-arounds to full preservation of the ████████████████ thus rendering the preservation of this key unnecessary for purposes of decrypting the data to be preserved pursuant to the Preservation Plan. Dkt. 604 at 3; *see also* Dkt. 587 at 8 ("Google should be required to preserve all encryption keys *necessary* to decrypt identifiers and cookies.") (emphasis added). Google is willing to perform the following three steps, which together are more than sufficient to ensure that the relevant data is capable of decryption: ████████████████
   ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████ *See Calhoun* Dkt. 713-8 ¶ 10 (Chan Decl). Google proposes an additional encryption step to store preserved user data securely.

   ### 2. Clarification Related to Sources Retained Permanently

   The June 9, 2022 Order clarified the Court's intent in requiring Google to seek leave of the Court to shorten any retention period "for any data source that is currently retained 'forever'." Dkt. 604 at 2. Specifically, "the Court anticipated that data sources that do not have retention periods … may have been excluded from the lists of data sources to be preserved because of the absence of a retention period." *Id*. Google respectfully notes that the Preservation Plan already included five data sources currently retained "forever": ████████████████ (Dkt. 587-1 at 2, R&R Index #6); ████████ (*id.*, R&R Index 52); ████████ (*id.*, R&R Index #56); ████████ (*id.*, R&R Index # 60), and ████████ (Dkt. 587 at 7:23). In addition, ████████ that are currently retained "forever" have been identified as relevant data sources as part of the Special Master process: ████████████████████████████████
   ████████

   Google seeks to confirm that the Court's requirement regarding "any data source … preserved in perpetuity" in the Clarification Order is in reference to the aforementioned ████

1  curated by the Preservation Order and the eight-month review before the Special Master, *not* any
2  data sources within Google. The latter standard would be inefficient and burdensome for both
3  Google to comply with and for the Court to administer.

5  DATED:  June 21, 2022                             QUINN EMANUEL URQUHART &
                                                     SULLIVAN, LLP

7                                                    By  */s/ Andrew H. Schapiro*
                                                         Andrew H. Schapiro (admitted *pro hac vice*)
8                                                        andrewschapiro@quinnemanuel.com
                                                         Teuta Fani (admitted *pro hac vice*)
9                                                        teutafani@quinnemanuel.com
                                                         191 N. Wacker Drive, Suite 2700
10                                                       Chicago, IL 60606
                                                         Telephone: (312) 705-7400
11                                                       Facsimile: (312) 705-7401

                                                         Stephen A. Broome (CA Bar No. 314605)
13                                                       stephenbroome@quinnemanuel.com
                                                         Viola Trebicka (CA Bar No. 269526)
14                                                       violatrebicka@quinnemanuel.com
                                                         Crystal Nix-Hines (Bar No. 326971)
15                                                       crystalnixhines@quinnemanuel.com
                                                         Alyssa G. Olson (CA Bar No. 305705)
16                                                       alyolson@quinnemanuel.com
                                                         865 S. Figueroa Street, 10th Floor
17                                                       Los Angeles, CA 90017
                                                         Telephone: (213) 443-3000
18                                                       Facsimile: (213) 443-3100

                                                         Diane M. Doolittle (CA Bar No. 142046)
20                                                       dianedoolittle@quinnemanuel.com
                                                         Sara Jenkins (CA Bar No. 230097)
21                                                       sarajenkins@quinnemanuel.com
                                                         555 Twin Dolphin Drive, 5th Floor
22                                                       Redwood Shores, CA 94065
                                                         Telephone: (650) 801-5000
23                                                       Facsimile: (650) 801-5100

25                                                       Josef Ansorge (admitted *pro hac vice*)
                                                         josefansorge@quinnemanuel.com
26                                                       Xi ("Tracy") Gao (CA Bar No. 326266)
                                                         tracygao@quinnemanuel.com
27                                                       Carl Spilly (admitted *pro hac vice*)
                                                         carlspilly@quinnemanuel.com
28                                                       1300 I. Street, N.W., Suite 900

| | |
|---|---|
| 1 | Washington, D.C. 20005 |
| | Telephone: 202-538-8000 |
| 2 | Facsimile: 202-538-8100 |
| 3 | |
| | Jomaire A. Crawford (admitted *pro hac vice*) |
| | jomairecrawford@quinnemanuel.com |
| 4 | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| 5 | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| 6 | |
| | Jonathan Tse (CA Bar No. 305468) |
| 7 | jonathantse@quinnemanuel.com |
| 8 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 10 | |
| 11 | *Attorneys for Defendant Google LLC* |