| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER GOOGLE'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Susan van Keulen |

1   Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs' Administrative Motion Regarding the Court's May 20, 2022 Order ("Plaintiffs' Administrative Motion")

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Plaintiffs' Administrative Motion | Google | Contains Material Designated "Highly Confidential" by Google pursuant to the Protective Order |
| Exhibit A to the Declaration of Mark Mao | Google | Material Designated "Highly Confidential" by Google pursuant to the Protective Order |
| Exhibit B to the Declaration of Mark Mao | Google | Material Designated "Highly Confidential" by Google pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: June 24, 2022                    Respectfully submitted,

By: /s/ Mark Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com

1
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER GOOGLE'S MATERIAL SHOULD BE SEALED
Case No. 4:20-cv-03664-YGR-SVK

1  Rossana Baeza (*pro hac vice*)
   rbaeza@bsfllp.com
2  BOIES SCHILLER FLEXNER LLP
   100 SE 2nd Street, Suite 2800
3  Miami, FL 33130
   Telephone: (305) 539-8400
4  Facsimile: (305) 539-1304

5  Bill Carmody (*pro hac vice*)
   bcarmody@susmangodfrey.com
6  Shawn J. Rabin (*pro hac vice*)
   srabin@susmangodfrey.com
7  Steven Shepard (*pro hac vice*)
   sshepard@susmangodfrey.com
8  Alexander P. Frawley (*pro hac vice*)
   afrawley@susmangodfrey.com
9  SUSMAN GODFREY L.L.P.
10 1301 Avenue of the Americas, 32nd Floor
   New York, NY 10019
11 Telephone: (212) 336-8330

12 Amanda Bonn (CA Bar No. 270891)
   abonn@susmangodfrey.com
13 SUSMAN GODFREY L.L.P.
14 1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
15 Telephone: (310) 789-3100

16 John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
17 Ryan J. McGee (*pro hac vice*)
18 rmcgee@forthepeople.com
   MORGAN & MORGAN, P.A.
19 201 N Franklin Street, 7th Floor
   Tampa, FL 33602
20 Telephone: (813) 223-5505
21 Facsimile: (813) 222-4736

22 Michael F. Ram, CA Bar No. 104805
   MORGAN & MORGAN
23 711 Van Ness Ave, Suite 500
   San Francisco, CA 94102
24 Tel: (415) 358-6913
25 mram@forthepeople.com

26 *Attorneys for Plaintiffs*

27

28