# Mao Declaration

# Exhibit A

[Filed Under Seal]

# June 14 Sramek Declaration