# Mao Declaration

# Exhibit B

[Filed Under Seal]

# May 31 Sramek Declaration