1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

     Plaintiffs,

     v.

GOOGLE LLC,

        Defendant.

Case No. 4:20-cv-3664-YGR-SVK

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING COURT'S MAY 20, 2022 ORDER**

The Honorable Susan van Keulen

1

**[PROPOSED] ORDER**

2      Before the Court is Plaintiffs' Administrative Motion Regarding Sanctions Briefing. Dkt.

3 ___ ("Motion"). Having considered Plaintiffs' Motion and other papers on file, the Court **ORDERS**

4 the following briefing schedule:

5      • Plaintiffs shall file any motion no later than July 1, 2022. The motion shall not exceed

6        eight (8) pages.

7      • Google may respond no later than July 8, 2022. The response shall not exceed eight

8        (8) pages.

9      • Plaintiffs may reply no later than July 15, 2022. The reply shall not exceed five (5)

10       pages.

11     **SO ORDERED.**

12

13 DATED: _____          _____

14                                    HON. SUSAN VAN KEULEN
                                      United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28