1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

|  |  |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE APRIL 21, 2022 HEARING TRANSCRIPT**<br><br>Judge: Hon. Susan van Keulen, USMJ |

1

## [PROPOSED] ORDER

2    Before the Court is Google LLC's Administrative Motion To Seal Portions Of The April 21,

3 2022 Hearing Transcript ("Motion").  Having considered the Motion, supporting declaration, and

4 pleadings on file, and good cause having been found, the Court **ORDERS** as follows:

5

| Document | Portions to be Filed Under Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Transcript for April 21, 2022 Proceedings | GRANTED as to redacted portions at:<br><br>Pages 12:16, 18:14, 18:19, 89:20, 121:4, 121:7, 121:13, 128:8, 128:18-19, 128:22, 131:20-22, 131:25, 132:3, 132:6-7, 132:11, 132:15, 140:11, 140:14-15, 140:18, 155:20-21, 155:24-25, 169:12, 169:20, 169:22, 189:6, 189:13, 190:10-12, 192:10 | The information requested to be sealed contains Google's highly confidential and proprietary information, including details related to Google's internal projects, internal identifiers, data signals and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

21    **IT IS SO ORDERED**.

22

23  DATED: _____          _____

24                                            THE HONORABLE SUSAN VAN KEULEN
                                              United States Magistrate Judge
25

26

27

28

[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE
MOTION TO SEAL PORTIONS OF THE APRIL 21, 2022 HEARING TRANSCRIPT