UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING WITH MODIFICATION PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING COURT'S MAY 20, 2022 ORDER**<br><br>Judge: Hon. Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion Regarding Court's May 20, 2022 Order ("Motion"), requesting leave to file additional sanctions briefing. Having considered the Motion and other papers on file, the Court **ORDERS** as follows:

- Plaintiffs shall file any motion no later than August 4, 2022. The motion shall not exceed eight (8) pages.

- Google may respond no later than August 18, 2022. The response shall not exceed eight (8) pages.

- Plaintiffs may reply no later than August 25, 2022. The reply shall not exceed five (5) pages.

**SO ORDERED**.

DATED: _____    _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge