**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

Additional counsel listed in signature blocks below

**SUSMAN GODFREY L.L.P.**
William C. Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE ADMISSIBILITY OF CERTAIN DOCUMENTS RELATING TO GOOGLE EMPLOYEE SABINE BORSAY**<br><br>Referral: The Honorable Susan van Keulen |

1    Pursuant to Civil Local Rule 7-12, this joint stipulation is entered into between Plaintiffs
2 and Google LLC ("Google") (collectively, the "Parties").
3    WHEREAS, the Court previously ordered the deposition of Google employee Sabine
4 Borsay subject to certain limitations (Dkts. 447, 469-3);
5    WHEREAS, the *Brown* Plaintiffs will depose Ms. Borsay on June 30, 2022, with a limit of
6 three hours for their questioning of Ms. Borsay;
7    WHEREAS, on June 17, 2022, given the limited amount of time provided for the *Brown*
8 Plaintiffs to question Ms. Borsay, Plaintiffs asked Google whether it would stipulate to the
9 admissibility of certain documents produced by Google from Ms. Borsay's files;
10    WHEREAS, on June 23, 2022, Google produced additional documents from the files of
11 Ms. Borsay based on Google's privilege re-review;
12    WHEREAS, Google has agreed that it will not object to the admissibility of any of the
13 documents identified in Exhibit A;
14    WHEREAS, Google will in good faith continue to negotiate with Plaintiffs regarding the
15 admissibility of additional documents, including without limitation from any productions based on
16 Google's privilege re-review; however the parties have no obligation to reach any further
17 stipulation on admissibility of trial evidence prior to the stipulation included with the submission
18 of the Trial Readiness Binder;
19    NOW THEREFORE, the Parties stipulate as follows:
20    1. For trial and all other purposes, Google waives any objection to the admissibility of
21       the 32 documents listed in Exhibit A and agrees that Plaintiffs need not mark any of
22       these documents as exhibits during the deposition of Ms. Borsay in order to establish
23       a basis for their admission at trial; and
24    2. Consistent with Judge Gonzalez Rogers' requirements, the Parties will continue in
25       good faith to stipulate to admissibility of additional documents as exhibits for
26       purposes of trial, including without limitation any productions in connection with
27       Google's privilege re-review; however the parties have no obligation to reach any
28       further stipulation on the admissibility of trial evidence prior to the stipulation

included with the submission of the Trial Readiness Binder.

DATED: June 29, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSMAN GODFREY LLP |
|---|---|
| */s/ Andrew Schapiro* | */s/ Amanda Bonn* |
| Andrew H. Schapiro (admitted pro hac vice) | Amanda Bonn (CA Bar No. 270891) |
| andrewschapiro@quinnemanuel.com | abonn@susmangodfrey.com |
| Teuta Fani (admitted pro hac vice) | SUSMAN GODFREY L.L.P. |
| teutafani@quinnemanuel.com | 1900 Avenue of the Stars, Suite 1400 |
| 191 N. Wacker Drive, Suite 2700 | Los Angeles, CA 90067 |
| Chicago, IL 60606 | Tel: (310) 789-3100 |
| Telephone: (312) 705-7400 | |
| Facsimile: (312) 705-7401 | Mark C. Mao (CA Bar No. 236165) |
| | mmao@bsfllp.com |
| Stephen A. Broome (CA Bar No. 314605) | Beko Reblitz-Richardson (CA Bar No. 238027) |
| stephenbroome@quinnemanuel.com | brichardson@bsfllp.com |
| Viola Trebicka (CA Bar No. 269526) | 44 Montgomery Street, 41st Floor |
| violatrebicka@quinnemanuel.com | San Francisco, CA 94104 |
| Crystal Nix-Hines (Bar No. 326971) | Tel: (415) 293 6858 |
| crystalnixhines@quinnemanuel.com | Fax: (415) 999 9695 |
| Alyssa G. Olson (CA Bar No. 305705) | |
| alyolson@quinnemanuel.com | James W. Lee (*pro hac vice*) |
| 865 S. Figueroa Street, 10th Floor | jlee@bsfllp.com |
| Los Angeles, CA 90017 | Rossana Baeza (*pro hac vice*) |
| Telephone: (213) 443-3000 | rbaeza@bsfllp.com |
| Facsimile: (213) 443-3100 | 100 SE 2nd Street, Suite 2800 |
| | Miami, FL 33130 |
| Diane M. Doolittle (CA Bar No. 142046) | Tel: (305) 539-8400 |
| dianedoolittle@quinnemanuel.com | Fax: (305) 539-1304 |
| Sara Jenkins (CA Bar No. 230097) | |
| sarajenkins@quinnemanuel.com | William Christopher Carmody (*pro hac vice*) |
| 555 Twin Dolphin Drive, 5th Floor | bcarmody@susmangodfrey.com |
| Redwood Shores, CA 94065 | Shawn J. Rabin (*pro hac vice*) |
| Telephone: (650) 801-5000 | srabin@susmangodfrey.com |
| Facsimile: (650) 801-5100 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| Jomaire A. Crawford (admitted *pro hac vice*) | Alexander P. Frawley (*pro hac vice*) |
| jomairecrawford@quinnemanuel.com | afrawley@susmangodfrey.com |
| 51 Madison Avenue, 22nd Floor | SUSMAN GODFREY L.L.P. |
| New York, NY 10010 | 1301 Avenue of the Americas, 32nd Floor |
| Telephone: (212) 849-7000 | New York, NY 10019 |
| Facsimile: (212) 849-7100 | Tel: (212) 336-8330 |
| Josef Ansorge (admitted *pro hac vice*) | John A. Yanchunis (*pro hac vice*) |
| | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |

-3-

1 | josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
2 | Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
3 | Washington D.C., 20005
Tel: (202) 538-8000
4 | Fax: (202) 538-8100

5 | Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
6 | 50 California Street, 22nd Floor
San Francisco, CA 94111
7 | Tel: (415) 875-6600
Fax: (415) 875-6700
8
*Attorneys for Defendant Google LLC*

201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

**EXHIBIT A**

1. GOOG-BRWN-00457256
2. GOOG-CABR-05468324
3. GOOG-CABR-04970004
4. GOOG-CABR-03750737
5. GOOG-BRWN-00051404
6. GOOG-BRWN-00166653
7. GOOG-CABR-05836882.C
8. GOOG-BRWN-00391825
9. GOOG-CABR-04154452
10. GOOG-CABR-00352924
11. GOOG-BRWN-00418175
12. GOOG-BRWN-00391231
13. GOOG-BRWN-00183943
14. GOOG-BRWN-00183662
15. GOOG-CABR-04430816
16. GOOG-BRWN-00165567
17. GOOG-BRWN-00063504
18. GOOG-CABR-00413286
19. GOOG-BRWN-00047341
20. GOOG-CABR-00095921
21. GOOG-CABR-05144251
22. GOOG-CABR-05892543
23. GOOG-CABR-00141578
24. GOOG-CABR-05757174
25. GOOG-CABR-04508763
26. GOOG-CABR-00358713
27. GOOG-CABR-04738550

28. GOOG-CABR-04484908
29. GOOG-CABR-04746237
30. GOOG-CABR-04509467
31. GOOG-CABR-04746237
32. GOOG-CABR-04746153

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: June 29, 2022                          By           /s/ Amanda Bonn
                                                         Amanda Bonn
                                                         *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that Google has waived any objection to the admissibility of the 32 documents listed in Exhibit A and agreed that Plaintiffs need not mark any of the following documents as exhibits during the deposition of Ms. Borsay in order to establish a basis for their admission at trial:

1. GOOG-BRWN-00457256
2. GOOG-CABR-05468324
3. GOOG-CABR-04970004
4. GOOG-CABR-03750737
5. GOOG-BRWN-00051404
6. GOOG-BRWN-00166653
7. GOOG-CABR-05836882.C
8. GOOG-BRWN-00391825
9. GOOG-CABR-04154452
10. GOOG-CABR-00352924
11. GOOG-BRWN-00418175
12. GOOG-BRWN-00391231
13. GOOG-BRWN-00183943
14. GOOG-BRWN-00183662
15. GOOG-CABR-04430816
16. GOOG-BRWN-00165567
17. GOOG-BRWN-00063504
18. GOOG-CABR-00413286
19. GOOG-BRWN-00047341
20. GOOG-CABR-00095921
21. GOOG-CABR-05144251
22. GOOG-CABR-05892543
23. GOOG-CABR-00141578

| | | |
|---|---|---|
| 1 | 24. | GOOG-CABR-05757174 |
| 2 | 25. | GOOG-CABR-04508763 |
| 3 | 26. | GOOG-CABR-00358713 |
| 4 | 27. | GOOG-CABR-04738550 |
| 5 | 28. | GOOG-CABR-04484908 |
| 6 | 29. | GOOG-CABR-04746237 |
| 7 | 30. | GOOG-CABR-04509467 |
| 8 | 31. | GOOG-CABR-04746237 |
| 9 | 32. | GOOG-CABR-04746153 |

Consistent with Judge Gonzalez Rogers' requirements, the Parties will continue in good faith to stipulate to admissibility of additional documents as exhibits for purposes of trial, including without limitation any productions in connection with Google's privilege re-review; however the parties have no obligation to reach any further stipulation on the admissibility of trial evidence prior to the stipulation included with the submission of the Trial Readiness Binder.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: _____          _____

                                                Hon. Susan van Keulen,
                                                United States Magistrate Judge