| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br><br>Additional counsel listed in signature blocks below | **SUSMAN GODFREY L.L.P.**<br>William C. Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE ADMISSIBILITY OF CERTAIN DOCUMENTS RELATING TO GOOGLE EMPLOYEE SABINE BORSAY**<br><br>Referral: The Honorable Susan van Keulen |

Pursuant to Civil Local Rule 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google") (collectively, the "Parties").

WHEREAS, the Court previously ordered the deposition of Google employee Sabine Borsay subject to certain limitations (Dkts. 447, 469-3);

WHEREAS, the *Brown* Plaintiffs will depose Ms. Borsay on June 30, 2022, with a limit of three hours for their questioning of Ms. Borsay;

WHEREAS, on June 17, 2022, given the limited amount of time provided for the *Brown* Plaintiffs to question Ms. Borsay, Plaintiffs asked Google whether it would stipulate to the admissibility of certain documents produced by Google from Ms. Borsay's files;

WHEREAS, on June 23, 2022, Google produced additional documents from the files of Ms. Borsay based on Google's privilege re-review;

WHEREAS, Google has agreed that it will not object to the admissibility of any of the documents identified in Exhibit A;

WHEREAS, Google will in good faith continue to negotiate with Plaintiffs regarding the admissibility of additional documents, including without limitation from any productions based on Google's privilege re-review; however the parties have no obligation to reach any further stipulation on admissibility of trial evidence prior to the stipulation included with the submission of the Trial Readiness Binder;

NOW THEREFORE, the Parties stipulate as follows:

1. For trial and all other purposes, Google waives any objection to the admissibility of the 32 documents listed in Exhibit A and agrees that Plaintiffs need not mark any of these documents as exhibits during the deposition of Ms. Borsay in order to establish a basis for their admission at trial; and

2. Consistent with Judge Gonzalez Rogers' requirements, the Parties will continue in good faith to stipulate to admissibility of additional documents as exhibits for purposes of trial, including without limitation any productions in connection with Google's privilege re-review; however the parties have no obligation to reach any further stipulation on the admissibility of trial evidence prior to the stipulation

included with the submission of the Trial Readiness Binder.

DATED:  June 29, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSMAN GODFREY LLP |
|---|---|
| /s/ Andrew Schapiro | /s/ Amanda Bonn |
| Andrew H. Schapiro (admitted pro hac vice)<br>andrewschapiro@quinnemanuel.com<br>Teuta Fani (admitted pro hac vice)<br>teutafani@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100 |
| Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (Bar No. 326971)<br>crystalnixhines@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695 |
| Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com<br>Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33130<br>Tel: (305) 539-8400<br>Fax: (305) 539-1304 |
| Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330 |
| Josef Ansorge (admitted *pro hac vice*) | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>MORGAN & MORGAN, P.A. |

-3-

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE ADMISSIBILITY OF CERTAIN DOCUMENTS RELATING TO GOOGLE EMPLOYEE SABINE BORSAY- Case No. 5:20-cv-03664-LHK-SVK

| | |
|---|---|
| josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736<br><br>Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br><br>*Attorneys for Plaintiffs* |

-4-

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE ADMISSIBILITY OF CERTAIN DOCUMENTS RELATING TO GOOGLE EMPLOYEE SABINE BORSAY- Case No. 5:20-cv-03664-LHK-SVK

**EXHIBIT A**

1. GOOG-BRWN-00457256
2. GOOG-CABR-05468324
3. GOOG-CABR-04970004
4. GOOG-CABR-03750737
5. GOOG-BRWN-00051404
6. GOOG-BRWN-00166653
7. GOOG-CABR-05836882.C
8. GOOG-BRWN-00391825
9. GOOG-CABR-04154452
10. GOOG-CABR-00352924
11. GOOG-BRWN-00418175
12. GOOG-BRWN-00391231
13. GOOG-BRWN-00183943
14. GOOG-BRWN-00183662
15. GOOG-CABR-04430816
16. GOOG-BRWN-00165567
17. GOOG-BRWN-00063504
18. GOOG-CABR-00413286
19. GOOG-BRWN-00047341
20. GOOG-CABR-00095921
21. GOOG-CABR-05144251
22. GOOG-CABR-05892543
23. GOOG-CABR-00141578
24. GOOG-CABR-05757174
25. GOOG-CABR-04508763
26. GOOG-CABR-00358713
27. GOOG-CABR-04738550

28. GOOG-CABR-04484908
29. GOOG-CABR-04746237
30. GOOG-CABR-04509467
31. GOOG-CABR-04746237
32. GOOG-CABR-04746153

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: June 29, 2022          By          /s/ Amanda Bonn
                                    Amanda Bonn
                                    *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that Google has waived any objection to the admissibility of the 32 documents listed in Exhibit A and agreed that Plaintiffs need not mark any of the following documents as exhibits during the deposition of Ms. Borsay in order to establish a basis for their admission at trial:

1. GOOG-BRWN-00457256
2. GOOG-CABR-05468324
3. GOOG-CABR-04970004
4. GOOG-CABR-03750737
5. GOOG-BRWN-00051404
6. GOOG-BRWN-00166653
7. GOOG-CABR-05836882.C
8. GOOG-BRWN-00391825
9. GOOG-CABR-04154452
10. GOOG-CABR-00352924
11. GOOG-BRWN-00418175
12. GOOG-BRWN-00391231
13. GOOG-BRWN-00183943
14. GOOG-BRWN-00183662
15. GOOG-CABR-04430816
16. GOOG-BRWN-00165567
17. GOOG-BRWN-00063504
18. GOOG-CABR-00413286
19. GOOG-BRWN-00047341
20. GOOG-CABR-00095921
21. GOOG-CABR-05144251
22. GOOG-CABR-05892543
23. GOOG-CABR-00141578

|   |     |                       |
|---|-----|-----------------------|
| 1 | 24. | GOOG-CABR-05757174    |
| 2 | 25. | GOOG-CABR-04508763    |
| 3 | 26. | GOOG-CABR-00358713    |
| 4 | 27. | GOOG-CABR-04738550    |
| 5 | 28. | GOOG-CABR-04484908    |
| 6 | 29. | GOOG-CABR-04746237    |
| 7 | 30. | GOOG-CABR-04509467    |
| 8 | 31. | GOOG-CABR-04746237    |
| 9 | 32. | GOOG-CABR-04746153    |

Consistent with Judge Gonzalez Rogers' requirements, the Parties will continue in good faith to stipulate to admissibility of additional documents as exhibits for purposes of trial, including without limitation any productions in connection with Google's privilege re-review; however the parties have no obligation to reach any further stipulation on the admissibility of trial evidence prior to the stipulation included with the submission of the Trial Readiness Binder.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: June 29, 2022          _____
                              Hon. Susan van Keulen,
                              United States Magistrate Judge