UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-03664-YGR   (SVK)<br><br>**ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION FOR FURTHER BRIEFING RE DISCOVERY SANCTIONS**<br><br>Re: Dkt. No. 615 |

The Court has considered Plaintiffs' administrative motion requesting expedited briefing for further discovery sanctions. Dkt. 615. The basis for Plaintiffs' request is Google's recent disclosure of data logs pursuant to this Court's Order on Plaintiffs' Motion for Sanctions for Discovery Misconduct. Dkt. 588. Google responds to Plaintiffs' request with an alternative briefing schedule. Dkt. 618. The Court has previously entertained extensive briefing, proposed findings and an evidentiary hearing on related issues, culminating in its sanctions order referenced above. Accordingly, the Court will address this issue as follows:

- Plaintiffs' brief, due **August 4, 2022** and not to exceed 8 pages, must set forth with specificity the following:
    - How Plaintiffs have been prejudiced by Google's late disclosure of the additional logs, *beyond* the prejudice addressed by the Court in connection with Plaintiffs' previous sanctions motion;
    - The relief Plaintiffs are seeking, *beyond* the relief awarded by the Court in its previous sanctions order.

- Google's brief, due **August 18, 2022** and not to exceed 8 pages, must address with specificity the following:
    - Google's failure to seek an extension from the Court for compliance with this Court's Order of May 20, 2022;

- - o Google's failure to identify the logs disclosed on June 14, 2022 during the course of this litigation, particularly in light of the attention brought to these issues in the past six months;
  - o Google's failure to affirm, as ordered by this Court, that it has identified *all* data sources with the disputed fields.

- Plaintiffs' reply shall be due **August 25, 2022** and not exceed 4 pages.

The Court will set a hearing if it determines it is necessary.

**SO ORDERED.**

Dated: July 1, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2