**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I Street NW, Suite 900 |
| Los Angeles, CA 90017 | Washington D.C., 20005 |
| Telephone: (213) 443-3000 | Telephone: (202) 538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: (202) 538-8100 |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google, LLC (additional counsel listed in signature block)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant**.** | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE'S SUBMISSION RE: PLAINTIFFS' REQUEST FOR FEES AND COSTS (DKT. 603)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

July 1, 2022

Submitted via ECF

Magistrate Judge Susan van Keulen
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

    Re:    Google Submission re: Plaintiffs' Submission re: Reimbursement of Fees and Costs

Dear Magistrate Judge van Keulen:

    Pursuant to your Honor's June 7, 2022 order (Dkt. 603), Google submits this statement for the Court's consideration.

**GOOGLE'S STATEMENT**

Google has three concerns with Plaintiffs' submission. *First*, Plaintiffs seek fees for time spent on tasks that are outside the scope of the Court's sanctions order. *Second*, Plaintiffs have not provided sufficient evidentiary support for their reimbursement request by opting not to provide detailed time records. *Third,* Plaintiffs seek reimbursement for fees from 29 timekeepers, including several attorneys who have not otherwise participated in this litigation.

I. Plaintiffs' Fees For Document Review And Hearing Preparation And Participation Are Outside The Scope Of Fees Envisioned By The Court's Sanctions Order

The Court's sanctions order provides that "Google must pay all attorneys' fees and costs incurred by Plaintiffs ***in filing the Sanctions Motion***, including expert consultant and witness fees." Dkt. 588, at 7 (emphasis added). Plaintiffs' request extends beyond the scope of the order to fees for document review and hearing preparation and participation. *See* Dkt. 607, at 1 (requesting $622,396.50 in fees for "[h]earing preparation and participation" and $53,620 for "[r]eviewing Google document productions").

II. Plaintiffs' Submission Lacks Sufficient Evidentiary Support

Plaintiffs have submitted only the total hours spent by each of the 29 attorneys and staff members without providing any detail on the timing or nature of the specific tasks performed. Specifically, Plaintiffs' submission comprises a table detailing the *total hours billed* for each attorney and staff member. This is insufficient evidence. To obtain reimbursement of fees and costs, a party must provide a reasonably supported reimbursement request detailing the hours worked on the matter in question and the rates claimed for each attorney. *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). To make this showing, a party seeking fees must submit adequate documentation that accounts for the hours expended in detail, like contemporaneous time records. *See, e.g.*, *Ackerman v. W. Elec. Co., Inc.*, 643 F. Supp. 836, 863 (N.D. Cal. 1986). Block-billing, or entering the total time worked on the case each day, rather than itemizing individual tasks, will not satisfy this requirement and may subject parties to a reduction in fees awarded. *See, e.g.*, *Welch v. Metropolitan Life Ins. Co.*, 480 F.3d 942, 948 (9th Cir. 2007).

Google respectfully submits that before any fees are awarded, Plaintiffs should be required to provide detailed time records to remedy the deficiencies identified above. Without these records, the Court lacks sufficient evidence to assess whether Plaintiffs' request is reasonable.

III. Plaintiffs' Requested Fees Are Excessive Because They Seek Reimbursement For Unexplained Tasks Performed By Attorneys Who Have Not Otherwise Participated In This Case

Google is also concerned that Plaintiffs' requested fees are excessive because they seek reimbursement for time spent on myriad unidentified tasks performed by attorneys who have not otherwise been involved in this litigation (including multiple attorneys who have not entered

appearances).[1] In particular, Plaintiffs offer no justification for their decision to have David Boies get up to speed to argue the complex issues in the sanctions motion. Mr. Boies has not previously participated in this case, and charges an hourly rate significantly higher ($1,950 per hour) than the many other Plaintiffs' attorneys who were already well versed in the issues at hand.

In addition to Mr. Boies, Plaintiffs request reimbursement for work performed by the following attorneys who, as far as Google can tell, have not otherwise participated in this litigation:

| Name | Law Firm | Rate | Hours | Total |
| --- | --- | --- | --- | --- |
| Barthle, Patrick*[2] | Morgan & Morgan | $800 | .4 | $320 |
| Boies, Alexander* | Boies Schiller & Flexner LLP | $870 | 54.7 | $47,589 |
| Boies, David | Boies Schiller & Flexner LLP | $1,950 | 49.1 | $95,745 |
| Crosby, Ian* | Susman Godfrey LLP | $775 | .5 | $387.50 |
| Rabin, Shawn | Susman Godfrey LLP | $1,350 | 2.5 | $3,375 |
| Reddy, Kenya* | Morgan & Morgan | $950 | 6.2 | $5,890 |

These attorneys have not (i) attended any other hearings in this case; (ii) participated in the hundreds of meet and confers and meetings with the Special Master; or (iii) attended any of the more than 40 depositions in this case.

Google respectfully suggests that reimbursement of their fees should be significantly reduced, or conditioned on a more detailed justification.

---

[1] At least eight attorneys representing Plaintiffs attended the sanctions hearing, with five of those attorneys entering appearances on the record. By contrast, only four of Google's outside counsel attended the hearing.
[2] The attorney names listed with an asterisk (*) are attorneys who have not filed for admission *pro hac vice* or entered an appearance in this case.

Respectfully,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted pro hac vice)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire A. Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted pro hac vice)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**Attorneys for Defendant Google LLC**