UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-03664-YGR (SVK) <br><br> **ORDER TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW** |

In connection with Plaintiffs' request for reimbursement of attorneys fees and costs incurred in connection with Plaintiffs' motion for discovery sanctions (Dkt. 597, 607), the Court **ORDERS** Plaintiffs to submit for *in camera* review only the underlying records that support the summary in Ex. A to the Declaration of Mark C. Mao (Dkt. 597-1), as follows:

- The records are to be submitted in pdf format with a chronological index.
- Any summaries of timekeepers or tasks that Plaintiffs created in support of Ex. A may be submitted along with the relevant underlying records.
- The requested documents are to be submitted by **July 13, 2022**; by email to svkcrd@cand.uscourts.gov.

**SO ORDERED.**

Dated: July 6, 2022

SUSAN VAN KEULEN
United States Magistrate Judge