

July 13, 2022

<u>**VIA ELECTRONIC MAIL**</u>
svkcrd@cand.uscourts.gov

Honorable Susan van Keulen
United States Magistrate Judge
San Jose Courthouse, Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

      Re:    *Brown v. Google LLC*
               Case No. 4:20-cv-03664-YGR-SVK

Dear Judge van Keulen:

      Pursuant to this Court's Order (Dkt. 626), Plaintiffs submit a chronological index of (1) attorneys' fees, (2) expert fees, and (3) expenses (along with the invoices for (A) printing and (B) graphics support) created in support of Exhibit A to the Declaration of Mark Mao (Dkt. 597-1) ("Declaration").

      Plaintiffs would like to bring to the Court's attention a few modifications.

      **I.**      **Attorneys' Fees**

      On June 17, 2022, Plaintiffs alerted the Court that the Declaration inadvertently included certain time entries associated with travel for the April 21, 2022, hearing, which reduced the total attorneys' fees sought by Plaintiffs to $981,947. Dkt. 607-1.

      In preparing this submission, Plaintiffs realized the Declaration inadvertently incorporated an entry dated 4/20/2022 including 1.4 hours of travel time. Accordingly, 1.4 hours (totaling $1,120.00 in fees) should be subtracted from the total attorneys' fees.

      **II.**      **Expert Fees**

      The Declaration inadvertently underrepresented expert consultant Lillian Dai's totals as 30.08 hours ($13,537 in fees) and expert consultant Chris Thompson's totals as 55.83 hours ($15,355 in fees). The correct totals for Ms. Dai are 31.41 hours ($14,134.50



in fees) and for Mr. Thompson are 57 hours ($15,675.00 in fees), as reflected in **Attachment 2**.

### III.     Expenses

The Declaration inadvertently underrepresented total graphics support as $ 13,309.70. The correct total expenses for graphics support (excluding travel time) are $13,324.70, as reflected in **Attachment 3**.

                                            Respectfully submitted,

                                            /s/*Rossana Baeza*