# EXHIBIT D
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL