# EXHIBIT G
# DOCUMENT SOUGHT TO BE FILED
# UNDER SEAL