# EXHIBIT M
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL