# EXHIBIT N
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL