# EXHIBIT P

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL