# EXHIBIT Q
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL