# EXHIBIT R
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL