# EXHIBIT S
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL