# EXHIBIT T
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL