# EXHIBIT U

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL