# EXHIBIT V
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL