# EXHIBIT W

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL