# EXHIBIT X
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL