# EXHIBIT Y
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL