# EXHIBIT Z

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL