# EXHIBIT AA
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL