# EXHIBIT BB

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL