# EXHIBIT CC

# DOCUMENT SOUGHT TO BE FILED

# UNDER SEAL