# EXHIBIT DD
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL