**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel: (213) 995-5270
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI**<br><br>Magistrate Judge: Hon. Susan van Keulen |

1   Pursuant to the Court's orders (Dkt. 523, 602), Plaintiffs respectfully renew their request
2   to depose Google CEO Sundar Pichai. As detailed below, the evidence here far exceeds all apex
3   requirements, showing (1) Mr. Pichai has unique, superior, and personal knowledge about key
4   issues in this case, including Google's perpetuation of known private browsing misconceptions,
5   and (2) Plaintiffs exhausted less intrusive means of discovery for this information. Plaintiffs
6   deposed over 20 former and current Google employees, including the recent deposition of Sabine
7   Borsay, who wrote about critical decisions and statements by and to Mr. Pichai regarding
8   Incognito. Google witnesses repeatedly testified that they had no recollection of what Mr. Pichai
9   said, considered, or decided with respect to these key issues. Because of Mr. Pichai's extensive
10  involvement, and Plaintiffs' inability to obtain relevant testimony from others, Plaintiffs
11  respectfully request 3.5 hours for his deposition,[1] to take place at least 15 days before Plaintiffs'
12  opposition to any summary judgment motion or start of trial, whichever comes first. Attached as
13  **Exhibit 1** is the Declaration of Rossana Baeza with supporting documents, and attached as **Exhibit**
14  **2** is a proposed order.

| Mr. Pichai's Unique, First-Hand & Superior Personal Knowledge & Involvement in Key Events & Decisions | Plaintiffs' Exhaustion of Less Intrusive Means to Obtain This Information Without Mr. Pichai's Deposition |
|---|---|
| **2015 ███████████████ Regarding Incognito ███████**: A 2015 Google study called ███████████████████████████ ███████████████████████████ ███████████████ Ex. A ███████████████████████████ ███████ *Id.* (emphasis added).[2] This document indicates Mr. Pichai had knowledge in 2015 about ███████ ███████████████ | Plaintiffs sought production (e.g., RFPs 27 (Ex. B), 169 (Ex. C)) but were unable to identify any produced copy of the ███████ ███████████████████████ Plaintiffs also deposed multiple lower-level Google employees about ███████████████, but they were unable to provide information about ███████. Ex. D, Borsay Tr. 205:13-17; Ex. E, Palmer Tr. 86:6-14; Ex. F, Felt Tr. 60:19-61:22. |

---

[1] With the exception of Ex. M, submitted documents reference Mr. Pichai either in the main text or in the metadata (showing Mr. Pichai received the document as part of one or more email distribution lists included in the emails). In Plaintiffs' last submission, Plaintiffs inadvertently did not include that metadata showing Mr. Pichai's involvement.
[2] All exhibit references in this submission are exhibits to the Declaration of Rossana Baeza.

PLAINTIFFS' RENEWED REQUEST TO DEPOSE SUNDAR PICHAI, Case No.: 4:20-cv-03664-YGR-SVK
1

| | |
|---|---|
| 1   **2016** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Plaintiffs sought production (e.g., RFPs 33 (Ex. B), 169 (Ex. C)) but have been unable to identify any document revealing what discussions Google employees ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ None of the witnesses Plaintiffs deposed were able to provide that information. Ex. E, Palmer Tr. 113:23-114:4 (testifying he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓); Ex. F, Felt Tr. Felt Tr. 122:14-24 (testifying she ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. D, Borsay Tr. 258:17-260:23. Incredibly, Ms. Borsay even testified ▓▓▓▓▓▓▓▓▓▓▓▓ Id., Borsay Tr. 252:18-254:5, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. K, *Calhoun* Borsay Tr. 53:12-14. Like the other witnesses, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. D, Borsay Tr. 266:8-20, 262:3-11, 253:7-25 (testifying she ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. |

In 2016 emails, Google employee Sabine Borsay ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. G. Ms. Borsay wrote ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Id. A later email from Ms. Borsay to Google employee Chris Palmer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. H (emphasis added). Mr. Palmer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. I. Ms. Borsay also wrote that Mr. Pichai was the one who ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. J. These emails establish that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**2019 Pichai &** ▓▓▓▓▓▓▓▓▓▓▓▓: In March 2019, Mr. Pichai ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. L.[3] | Plaintiffs deposed lower-level employees about ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

[3] The ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. M.

PLAINTIFFS' RENEWED REQUEST TO DEPOSE SUNDAR PICHAI, Case No.: 4:20-cv-03664-YGR-SVK

2

| | |
|---|---|
| Ex. N, and ▓▓▓ Ex. O. These documents establish ▓▓▓ | ▓▓▓ Ex. P, McClelland Tr. 118:11-18 ▓▓▓), *id.* 120:8-10 ▓▓▓); *see also* Ex. Q, Mardini Tr. 317:12-319:18 ▓▓▓. Mr. Palmer, ▓▓▓ Ex. E, Palmer Tr. 187:7-189:7 ▓▓▓ During the *Calhoun* deposition of Chetna Bindra ▓▓▓ Ex. R, *Calhoun* Bindra Tr. 218:11-15. |
| **2019 Pichai &** ▓▓▓ In April 2019, Google employee AbdelKarim Mardini reported that ▓▓▓ Ex. S. Mr. Mardini ▓▓▓ *Id.* (emphasis added). These documents establish that ▓▓▓ | Mr. Mardini testified he ▓▓▓ Ex. Q, Mardini Tr. 334:21-335:11, 336:13-20. Plaintiffs also questioned Ms. Twohill about this, and she testified ▓▓▓ Ex. T, Twohill Tr. 82:14-83:4. |
| **2019 Pichai & Incognito** ▓▓▓: An April 2019 ▓▓▓ Ex. U. This document shows ▓▓▓. | This document was produced from the files of Mr. Mardini, but he ▓▓▓ Ex. Q, Mardini Tr. 327:24-328:17. No deponents were able to provide any information regarding Mr. Pichai's ▓▓▓ |
| **2019 Pichai & Incognito** ▓▓▓: In July 2019, Google employees discussed ▓▓▓ | Plaintiffs also questioned Mr. Halavati about this document, and ▓▓▓ |

PLAINTIFFS' RENEWED REQUEST TO DEPOSE SUNDAR PICHAI, Case No.: 4:20-cv-03664-YGR-SVK

3

| | |
|---|---|
| ■■■ Ex. V. This document shows first-hand, superior knowledge by Mr. Pichai about ■■■ | Ex. W, Halavati Tr. 99:11-100:2. Plaintiffs also questioned another Google employee who ■■■ Ex. X, Adhya Tr. 104:9-105:15. |
| **2019 Pichai & Incognito** ■■■: An October 2019 ■■■ Ex. Y. This document establishes Mr. Pichai has first-hand, superior knowledge about ■■■ | No deponent has been able to provide any insight into Mr. Pichai's ■■■ Ex. Q, Mardini Tr. 371:5-373:5. |
| **2021 Pichai & Incognito** ■■■ In 2021, Ms. Twohill emailed Mr. Pichai ■■■ Ex. Z. | During her deposition, Ms. Twohill ■■■ Ex. T, Twohill Tr. 120:5-21 (testifying she ■■■ 131:17-19 (testifying she ■■■ |
| ■■■ Ex. AA. In 2009, when Google employees discussed ■■■ Ex. BB. Mr. Pichai ■■■ | Plaintiffs deposed Brian Rakowski, who ■■■ Ex. DD, Rakowski Tr. 20:12-22:24. Mr. Rakowski— |

PLAINTIFFS' RENEWED REQUEST TO DEPOSE SUNDAR PICHAI, Case No.: 4:20-cv-03664-YGR-SVK

4

|  |  |
|---|---|
| ██████████████████████ Ex. CC. | ██████████████████████ . Ex. DD, Rakowski Tr. 212:14-214:25. |

The evidence here far exceeds what was deemed sufficient to depose CEOs in many other cases. *See, e.g., Wonderland Nurserygoods Co. v. Baby Trend, Inc.*, 514CV1153JWHSPX, 2022 WL 1601402, at *3–4 (C.D. Cal. Jan. 7, 2022) (allowing 4-hour CEO deposition where party "made a plausible showing" that CEO "may have unique knowledge" even though "efforts to use less intrusive discovery methods could have been more thorough"); *In re Google Litig.*, No. C 08-03172 RMW PSG, 2011 WL 4985279, at *2 (N.D. Cal. Oct. 19, 2011) (allowing deposition of former Google CEO Larry Page for three hours where party had shown he had "unique knowledge of facts that cannot be secured by other less intrusive means of discovery"); *Khan v. Boohoo.com USA, Inc.*, CV2003332GWJEMX, 2021 WL 3882969, at *2–3 (C.D. Cal. July 28, 2021) (allowing 4-hour CEO deposition where emails showed CEO was "hands on" and had "direct involvement" in relevant decisions); *Finisar Corp. v. Nistica, Inc.*, No. 13-CV-03345-BLF(JSC), 2015 WL 3988132, at *2 (N.D. Cal. June 30, 2015) (allowing CEO deposition where no other deponents were "able to testify to the contents of [relevant] conversations"); *In re Apple iPhone Antitrust Litig.*, No. 11CV06714YGRTSH, 2021 WL 485709, at *3 (N.D. Cal. Jan. 26, 2021) (allowing 7-hour CEO deposition because as CEO, he had "unique and non-repetitive" knowledge of Apple's business model); *WebSideStory, Inc. v. NetRatings, Inc.*, No. 06CV408 WQH(AJB), 2007 WL 1120567, at *3, *5 (S.D. Cal. Apr. 6, 2007) (permitting deposition of CEO with "unique, relevant knowledge" after party completed only one deposition, which "would aid in developing and refining a line of questioning" for CEO deposition); *Opperman v. Path, Inc.*, No. 13-CV-00453-JST, 2015 WL 5852962, at *2 (N.D. Cal. Oct. 8, 2015) (allowing CEO deposition where CEO "personally participated in" and also "appears" he "may have been involved" in relevant decisions). Google opposed the addition of more document custodians and depositions, and Google at this point should not be allowed to argue that Plaintiffs should have deposed others. Plaintiffs have done more than enough.

Dated: July 21, 2022                                               Respectfully submitted,

|   |   |
|---|---|
| 1 | By: */s/ Beko Reblitz-Richardson* |
| 2 | Beko Reblitz-Richardson |

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
enyborg-burch@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293 6858
Fax: (415) 999 9695

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com

afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

PLAINTIFFS' RENEWED REQUEST TO DEPOSE SUNDAR PICHAI, Case No.:  4:20-cv-03664-YGR-SVK
7