1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING JOINT SUBMISSION RE: SEALING PORTIONS OF JULY 15, 2022 ORDER CLARIFYING PRESERVATION PLAN (DKT. 630)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1   **[PROPOSED] ORDER**

2   Before the Court is the Parties' Joint Submission Re: Sealing Portions of the July 15, 2022

3   Order Clarifying Preservation Plan (Dkt. 630) ("Joint Submission"). Having considered the Joint

4   Submission, supporting declaration, and other papers on file, and good cause having been found,

5   the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motions to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| July 15, 2022 Order | GRANTED as to redacted portions at:<br><br>Page 2:7 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including internal data security measures, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 1 - List of Logs Identified in Proceedings before SM | GRANTED as to redacted portions at:<br><br>In its entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business |

| | | |
|---|---|---|
| | | practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED.**

DATED: _____    _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge