UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal Portions of the May 3, 2022 Hearing Transcript re: Special Master Objections (Dkt. 627) ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| May 3, 2022 Transcript of Sealed Proceedings | GRANTED as to the portions at:<br><br>Pages 16:4-5, 23:21, 28:7, 33:22, 35:11, 38:8, 38:17, 38:21, 39:17, 41:17, 43:14, 44:13, 45:15-16, 46:4, 46:10, 46:19, 48:8, 48:12-13, 48:15-18, 48:20-22, 50:11, 50:21, 52:21-23, 54:5-7, 54:18-19, 55:1, 55:3, 55:5, 58:5-6, 58:9, 58:19, 58:22-24, 59:2, 59:12-13, 59:15, 60:6, 60:15, 61:2, 61:9-10, 62:10, 63:1, 63:6, 63:14-15, 64:9-10, 64:13-14, 64:18 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to Google's internal projects, internal identifiers, data signals and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

1
2    **SO ORDERED**.
3
4    DATED: _____        _____
                                           HON. SUSAN VAN KEULEN
5                                          United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28