| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' RENEWED REQUEST TO DEPOSE SUNDAR PICHAI SHOULD BE SEALED (DKT. 634)**<br><br>The Honorable Susan van Keulen |

1     Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between
2 Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."
3     WHEREAS, on July 21, 2022, Plaintiffs filed their Administrative Motion to Consider
4 Whether Portions of Plaintiffs' Renewed Request to Depose Google CEO Sundar Pichai Should Be
5 Sealed ("Motion to Seal") (Dkt. 634);
6     WHEREAS, on July 21, 2022, Google received unredacted copies of Plaintiffs' Motion to
7 Seal and exhibits cited in Dkt. 635;
8     WHEREAS, pursuant to Civil Local Rule 79-5(e), the deadline for Google, as the
9 Designating Party to portions of Plaintiffs' Motion to Seal (Dkt. 634), to establish that such
10 designated material is sealable, is Thursday, July 28, 2022;
11     WHEREAS, Google has requested and Plaintiffs do not oppose an extension of time of 14
12 days to Thursday, August 11, 2022, which Google has represented will provide it with sufficient
13 time to submit its declaration in support of its designated materials in the filings (Dkt. 634);
14     NOW THEREFORE, the Parties stipulate to extend the deadline by which Google shall
15 submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 634), to Thursday, August 11,
16 2022.

DATED: July 26, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| /s/ Andrew H. Schapiro | /s/ Mark Mao |
| Andrew H. Schapiro (admitted *pro hac vice*) | Mark C. Mao (CA Bar No. 236165) |
| andrewschapiro@quinnemanuel.com | mmao@bsfllp.com |
| Teuta Fani (admitted *pro hac vice*) | Beko Reblitz-Richardson (CA Bar No. 238027) |
| teutafani@quinnemanuel.com | brichardson@bsfllp.com |
| 191 N. Wacker Drive, Suite 2700 | 44 Montgomery Street, 41st Floor |
| Chicago, IL 60606 | San Francisco, CA 94104 |
| Tel: (312) 705-7400 | Tel: (415) 293 6858 |
| Fax: (312) 705-7401 | Fax: (415) 999 9695 |
| Stephen A. Broome (CA Bar No. 314605) | James W. Lee (*pro hac vice*) |
| sb@quinnemanuel.com | jlee@bsfllp.com |
| Viola Trebicka (CA Bar No. 269526) | Rossana Baeza (*pro hac vice*) |
| violatrebicka@quinnemanuel.com | rbaeza@bsfllp.com |
| Crystal Nix-Hines (Bar No. 326971) | 100 SE 2nd Street, Suite 2800 |
| crystalnixhines@quinnemanuel.com | Miami, FL 33130 |

| | | |
|---|---|---|
| 1 | Alyssa G. Olson (CA Bar No. 305705) | Tel: (305) 539-8400 |
| | alyolson@quinnemanuel.com | Fax: (305) 539-1304 |
| 2 | 865 S. Figueroa Street, 10th Floor | |
| | Los Angeles, CA 90017 | William Christopher Carmody (*pro hac* |
| 3 | Tel: (213) 443-3000 | *vice*) |
| | Fax: (213) 443-3100 | bcarmody@susmangodfrey.com |
| 4 | | Shawn J. Rabin (*pro hac vice*) |
| | Diane M. Doolittle (CA Bar No. 142046) | srabin@susmangodfrey.com |
| 5 | dianedoolittle@quinnemanuel.com | Steven Shepard (*pro hac vice*) |
| | Sara Jenkins (CA Bar No. 230097) | sshepard@susmangodfrey.com |
| 6 | sarajenkins@quinnemanuel.com | Alexander P. Frawley (*pro hac vice*) |
| | 555 Twin Dolphin Drive, 5th Floor | afrawley@susmangodfrey.com |
| 7 | Redwood Shores, CA 94065 | SUSMAN GODFREY L.L.P. |
| | Telephone: (650) 801-5000 | 1301 Avenue of the Americas, 32nd Floor |
| 8 | Facsimile: (650) 801-5100 | New York, NY 10019 |
| | | Tel: (212) 336-8330 |
| 9 | Jomaire A. Crawford (admitted *pro hac vice*) | |
| | jomairecrawford@quinnemanuel.com | Amanda Bonn (CA Bar No. 270891) |
| 10 | 51 Madison Avenue, 22nd Floor | abonn@susmangodfrey.com |
| | New York, NY 10010 | SUSMAN GODFREY L.L.P. |
| 11 | Telephone: (212) 849-7000 | 1900 Avenue of the Stars, Suite 1400 |
| | Facsimile: (212) 849-7100 | Los Angeles, CA 90067 |
| 12 | | Tel: (310) 789-3100 |
| | Josef Ansorge (admitted *pro hac vice*) | |
| 13 | josefansorge@quinnemanuel.com | John A. Yanchunis (*pro hac vice*) |
| | 1300 I Street NW, Suite 900 | jyanchunis@forthepeople.com |
| 14 | Carl Spilly (admitted *pro hac vice*) | Ryan J. McGee (*pro hac vice*) |
| | carlspilly@quinnemanuel.com | rmcgee@forthepeople.com |
| 15 | Xi ("Tracy") Gao (CA Bar No. 326266) | MORGAN & MORGAN, P.A. |
| | tracygao@quinnemanuel.com | 201 N Franklin Street, 7th Floor |
| 16 | Washington D.C., 20005 | Tampa, FL 33602 |
| | Tel: (202) 538-8000 | Tel: (813) 223-5505 |
| 17 | Fax: (202) 538-8100 | Fax: (813) 222-4736 |
| 18 | | Michael F. Ram (CA Bar No. 104805) |
| | Jonathan Tse (CA Bar No. 305468) | mram@forthepeople.com |
| 19 | jonathantse@quinnemanuel.com | MORGAN & MORGAN, P.A. |
| | 50 California Street, 22nd Floor | 711 Van Ness Avenue, Suite 500 |
| 20 | San Francisco, CA 94111 | San Francisco, CA 94102 |
| | Tel: (415) 875-6600 | Tel: (415) 358-6913 |
| 21 | Fax: (415) 875-6700 | |
| | | *Attorneys for Plaintiffs* |
| 22 | *Attorneys for Defendant Google LLC* | |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' RENEWED REQUEST TO DEPOSE SUNDAR PICHAI SHOULD BE SEALED (DKT. 634). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: July 26, 2022      By      */s/ Andrew H. Schapiro*
                                         Andrew H. Schapiro
                                         *Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to submit a Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Portions of Plaintiffs' Renewed Request to Depose Google CEO Sundar Pichai Should Be Sealed (Dkt. 634), shall be extended to August 11, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 27, 2022

HON. SUSAN VAN KEULEN
United States Magistrate Judge