UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Motion for Class Certification, Dkt. 608 ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Representatives and Class Counsel<br><br>Pages 2:20, 4:5, 4:18, 15:5, 15:7, 15:11-12, 15:27, 16:1, 16:19, 22:7, 22:26-27, 24:15 | Tse Declaration ¶ 4 | |
| [PROPOSED] Order Granting Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel<br><br>Pages 5:8, 5:23, 16:8-9, 16:11-12, 16:21-22, 22:21 | Tse Declaration ¶ 4 | |
| Plaintiffs' Trial Plan in Support of Motion for Class Certification<br><br>Pages 1:11, 1:16, 3:27-28, 10:5-6, 10:18-27, 11:18-19, 11:25, 13:2, 14:6, 15:8-9, 15:17, 15:24-25, 16:19-21, 18:28, 19:1, 19:14, 20:6-7, 21:23-24 | Tse Declaration ¶ 4 | |
| Exhibit 1 to Mao Declaration (GOOG-BRWN-00406065)<br><br>Pages -6065-6069 | Tse Declaration ¶ 4 | |
| Exhibit 4 to Mao Declaration (GOOG-BRWN-00475063)<br><br>Pages -5063-5064, -5066 | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Exhibit 5 to Mao Declaration (GOOG-CABR-00084985)<br><br>Page -5043 | Tse Declaration ¶ 4 | |
| Exhibit 9 to Mao Declaration (GOOG-CABR-00093167)<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 10 to Mao Declaration (GOOG-BRWN-00388293)<br><br>Page -8295 | Tse Declaration ¶ 4 | |
| Exhibit 12 to Mao Declaration (GOOG-BRWN-00140297)<br><br>Pages -0311-313, -0315-319, -0323, -0325, -0327-329 | Tse Declaration ¶ 4 | |
| Exhibit 14 to Mao Declaration (GOOG-BRWN-00490767)<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 18 to Mao Declaration (GOOG-CABR-05836882)<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 21 to Mao Declaration (GOOG-CABR-04154452)<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 24 to Mao Declaration (GOOG-CABR-05766200.R)<br><br>Pages -6201.R, -6204.R | Tse Declaration ¶ 4 | |
| Exhibit 25 to Mao Declaration (GOOG-CABR-05150754)<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 26 to Mao Declaration (GOOG-BRWN-00166653)<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 27 to Mao Declaration (GOOG-CABR-05145513) | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Entirety | | |
| Exhibit 29 to Mao Declaration (GOOG-BRWN-00388293)  Page -8295 | Tse Declaration ¶ 4 | |
| Exhibit 30 to Mao Declaration GOOG-CABR-00501220  Pages -1221, -1222, -1224, -1225 | Tse Declaration ¶ 4 | |
| Exhibit 31 to Mao Declaration (GOOG-BRWN-00428101)  Entirety | Tse Declaration ¶ 4 | |
| Exhibit 32 to Mao Declaration (GOOG-CABR-03849022)  Entirety | Tse Declaration ¶ 4 | |
| Exhibit 33 to Mao Declaration (GOOG-BRWN-00686207)  Entirety | Tse Declaration ¶ 4 | |
| Exhibit 36 to Mao Declaration (GOOG-BRWN-00529122)  Pages -9122, -9123 | Tse Declaration ¶ 4 | |
| Exhibit 37 to Mao Declaration GOOG-BRWN 00176477  Pages -6478, -6479, 6480 | Tse Declaration ¶ 4 | |
| Exhibit 38 to Mao Declaration (GOOG-CABR-00411915)  Entirety | Tse Declaration ¶ 4 | |
| Exhibit 39 to Mao Declaration (GOOG-BRWN-00067645)  Entirety | Tse Declaration ¶ 4 | |
| Exhibit 44 to Mao Declaration GOOG-CABR-05371009  Pages -1009, -1011, PDF page 5 | Tse Declaration ¶ 4 | |
| Exhibit 46 to Mao Declaration | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| GOOG-BRWN-00047390<br><br>Pages -7391, -7395, -7396, -7397, -7398 | | |
| Exhibit 51 to Mao Declaration<br>GOOG-BRWN-00182492<br><br>Page -2492 | Tse Declaration ¶ 4 | |
| Exhibit 53 to Mao Declaration<br>Deposition of Rory McClelland<br><br>Pages 124:5, 132:15, 133:17, 133:20-25 | Tse Declaration ¶ 4 | |
| Exhibit 54 to Mao Declaration<br>GOOG-BRWN-00409986<br><br>Pages -9986-987 | Tse Declaration ¶ 4 | |
| Exhibit 55 to Mao Declaration<br>GOOG-BRWN-00477510<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 56 to Mao Declaration<br>GOOG-CABR-05126022<br><br>Page -6023 | Tse Declaration ¶ 4 | |
| Exhibit 57 to Mao Declaration<br>GOOG-CABR-05269357.RR<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 58 to Mao Declaration<br>GOOG-BRWN-00418249<br><br>Pages -8249, -8250, PDF p. 4-5 | Tse Declaration ¶ 4 | |
| Exhibit 59 to Mao Declaration<br>GOOG-BRWN-00167337<br><br>Pages -7337, -7339<br>PDF p. 6-7 | Tse Declaration ¶ 4 | |
| Exhibit 60 to Mao Declaration<br>GOOG-CABR-05603788<br><br>Page -3788, PDF p. 5 | Tse Declaration ¶ 4 | |
| Exhibit 61 to Mao Declaration<br>GOOG-CABR-05536108 | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Page -6109 | | |
| Exhibit 62 to Mao Declaration<br>GOOG-CABR-04803103.C<br><br>Pages -3103.C-3104.C | Tse Declaration ¶ 4 | |
| Exhibit 64 to Mao Declaration<br>GOOG-CABR-04324934<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 66 to Mao Declaration<br>GOOG-BRWN-00390418<br><br>Pages -0418, -0419 | Tse Declaration ¶ 4 | |
| Exhibit 67 to Mao Declaration<br>GOOG-BRWN-00410884<br><br>Pages -0884, -0885<br>PDF p. 4-6 | Tse Declaration ¶ 4 | |
| Exhibit 71 to Mao Declaration<br>GOOG-CABR-04261880<br><br>Pages -1880, PDF Page 3 | Tse Declaration ¶ 4 | |
| Exhibit 72 to Mao Declaration<br>GOOG-CABR-03923580<br><br>Pages -3580-584, PDF page 6 | Tse Declaration ¶ 4 | |
| Exhibit 73 to Mao Declaration<br>GOOG-CABR-03827263<br><br>Pages -7263 | Tse Declaration ¶ 4 | |
| Exhibit 74 to Mao Declaration<br>GOOG-BRWN-00047399<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 75 to Mao Declaration<br>GOOG-CABR-04991831<br><br>Page -831, PDF Page 4 | Tse Declaration ¶ 4 | |
| Exhibit 76 to Mao Declaration<br>GOOG-BRWN-00047341<br><br>Page -344 | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Exhibit 77 to Mao Declaration GOOG-CABR-05269678<br><br>Page -680 | Tse Declaration ¶ 4 | |
| Exhibit 78 to Mao Declaration GOOG-CABR-04798344<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 80 to Mao Declaration GOOG-BRWN-00042388<br><br>Pages -404, -408, -410 | Tse Declaration ¶ 4 | |
| Exhibit 81 to Mao Declaration GOOG-CABR-04431207<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 83 to Mao Declaration GOOG-CABR-04739841<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 84 to Mao Declaration GOOG-CABR-04746153<br><br>Entirety | Tse Declaration ¶ 4 | |
| Exhibit 86 to Mao Declaration<br><br>Pages 2:14, 2:20, 2:24-26, 2:28, 3:1, 3:3-10, 3:12-23, 3:27-28, 4:1-4, 6:1, 6:3-4, 6:6, 6:8-11, 6:13-27, 7:1, 7:3-9, 7:11-26, 8:1-13, 8:15-18<br><br>Supplemental Declaration of Martin Sramek in Response to May 20, 2022 Order | Tse Declaration ¶ 4 | |
| Expert Report of Jonathan E. Hochman<br><br>Pages 9, 36, 44-46, 51-56, 59, 61, 63-71, 73-76, 82, 86-91, 93-96, 98-108, 110-112, 115-126, 128-132, 134, 136-137, 139, 142, 145, 150, 152-154 | Tse Declaration ¶ 4 | |
| Hochman Appendix A<br><br>Pages 3-4, 15, 19 | Tse Declaration ¶ 4 | |

| | |
|---|---|
| Hochman Appendix D<br><br>Pages 1-5 | Tse Declaration ¶ 4 |
| Hochman Appendix E<br><br>Entirety | Tse Declaration ¶ 4 |
| Hochman Appendix F<br><br>Pages 2-10 | Tse Declaration ¶ 4 |
| Hochman Appendix G<br><br>Pages 1-6, 8-13 | Tse Declaration ¶ 4 |
| Hochman Appendix H<br><br>Pages 1-30 | Tse Declaration ¶ 4 |
| Hochman Appendix I<br><br>Entirety | Tse Declaration ¶ 4 |
| Hochman Exhibit C<br><br>Entirety | Tse Declaration ¶ 4 |
| Hochman Exhibit E<br><br>Entirety | Tse Declaration ¶ 4 |
| Hochman Rebuttal to Report of Georgios Zervas and Supplemental Report of Jonathan E. Hochman<br><br>Pages 8-18, 20-23, 26, 28, 30-31, 33, 35-37, 40, 42-44, 48-50, 66-67. 69, 71-74 | Tse Declaration ¶ 4 |
| Hochman Rebuttal Appendix A<br><br>Entirety | Tse Declaration ¶ 4 |
| Hochman Rebuttal Appendix B<br><br>Entirety | Tse Declaration ¶ 4 |
| Hochman Rebuttal Appendix C<br><br>Entirety | Tse Declaration ¶ 4 |
| Hochman Rebuttal Appendix D | Tse Declaration ¶ 4 |

| | | |
|---|---|---|
| Entirety | | |
| Hochman Rebuttal Appendix E Entirety | Tse Declaration ¶ 4 | |
| Hochman Rebuttal Appendix F Entirety | Tse Declaration ¶ 4 | |
| Hochman Rebuttal Appendix G Entirety | Tse Declaration ¶ 4 | |
| Hochman Rebuttal Appendix H Entirety | Tse Declaration ¶ 4 | |
| Hochman Rebuttal Appendix I Entirety | Tse Declaration ¶ 4 | |
| Hochman Rebuttal Appendix J Entirety | Tse Declaration ¶ 4 | |
| Hochman Rebuttal Appendix K Entirety | Tse Declaration ¶ 4 | |
| Expert Report of Mark Keegan: Rebuttal of Expert Report of Professor On Amir and Appendices Pages 59, 61 | Tse Declaration ¶ 4 | |
| Keegan Exhibit 8 Pages  Keegan_Exhibits_81, 83-87 | Tse Declaration ¶ 4 | |
| Expert Report of Michael J. Lasinski Pages: TOC, 1-2, 7, 9-16, 18-59, 65-67, 73-78, 80-82 PDF Pages (Schedules): 107-178, 180-184, 186-188, 190, 192, 196, 199-203, 205-214, 216-230, 232, 235-239, 241-297 | Tse Declaration ¶ 4 | |
| Expert Report of Bruce Schneier Pages 25, 57-59, 73-75, 80, 83, 87, | Tse Declaration ¶ 4 | |

| 89-91, 93, 96-97 | | |
| --- | --- | --- |
| Expert Rebuttal Report of Bruce Schneier: Rebuttal of Expert Georgios Zervas<br><br>Pages 11-14, 21-25 | Tse Declaration ¶ 4 | |

**SO ORDERED.**

DATED: _____    _____
                                                                    HON. YVONNE GONZALEZ ROGERS
                                                                    United States District Judge