**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted pro hac vice)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted pro hac vice)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S SUPPLEMENT TO ADMINISTRATIVE MOTION UPDATING THE COURT ON ITS PRESERVATION IMPLEMENTATION EFFORTS AND SEEKING RELIEF FROM THE JULY 30 DEADLINE IMPOSED BY THE JULY 15, 2022 PRESERVATION ORDER (DKT. 630)**<br><br>Judge: Hon. Susan van Keulen |

In response to the Court's Order following July 28, 2022 Status Conference in *Calhoun v. Google* (Case No. 4:20-cv-05146-YGR, Dkt. 789), Google hereby provides anticipated dates of completion for items identified in its administrative motion as "in progress" or for which it has requested additional time.

The engineering and resources required to implement aspects of the Court's preservation order (Dkt. 630) are unprecedented for Google. The Order requires numerous subject matter experts to re-engineer Google systems and processes, and in some cases to create new systems and processes. As these experts have worked diligently towards meeting the Court's deadline, new challenges have arisen on an almost daily basis, requiring more meetings, creative thinking, and consultation with counsel to ensure the solutions ultimately arrived at satisfy the Court's objective.

The problem is not merely one of manpower or server space—though those are issues as well. Implementing certain aspects of the Court's Order requires unique skills, experience, and knowledge of particular data sources that are in limited supply, even at a company the size of Google. Indeed, to date, 17 Google subject matter experts have been working to design, scope, and implement the pipelines necessary to meet the order (Dkt. 630). In addition to resources, Google needs time.

Google acknowledges the Court's admonition that it "will not grant open-ended extensions or any extension in excess of 30 days." (4:20-cv-05146-YGR, Dkt. 789 at 2. And Google will continue to work expeditiously to complete all remaining tasks as quickly as possible. But based on the complexity of the tasks and progress to date, completion of all tasks in 30 days simply is not possible.

The current status of the preservation projects in progress are set forth below. Upon the Court's request, Google is willing to provide more detailed explanations as to each task or answer specific questions of the Court.

| Data Source | Responsible Team | Anticipated Date of Completion |
|---|---|---|
| ███ ██ | █ | █ |
| █████ | | ████ ██ ███ ███ |
| | | █ ██ █ |
| | | █ █████ |
| | | ████ ██ |
| ████████ | ███ | █ ███ ██ █ |
| | | ████ █ |
| ███ ██ | ████ | ██ ██ ██ |
| | | █ ████ |
| ████ █ | █ | █ ████ ██ |
| | | █████ |
| | | █████ |
| | | █████ |
| | | █████ |

DATED: July 29, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Andrew H. Schapiro
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)

---

[1] *See* Dkt. 587 at 7; Dkt. 587-1, Index ## 2-42, 52-56, 59, 60.
[2] *See* Dkt. 587-1, Index # 47, 48, 49.
[3] *See* Dkt. 587-1, Index ## 43, 45.

stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*