QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted pro hac vice) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | 1300 I. Street, N.W., Suite 900 |
| violatrebicka@quinnemanuel.com | Washington, D.C. 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: 202-538-8000 |
| Los Angeles, CA 90017 | Facsimile: 202-538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jonathan Tse (CA Bar No. 305468) | Jomaire A. Crawford (admitted pro hac vice) |
| jonathantse@quinnemanuel.com | jomairecrawford@quinnemanuel.com |
| 50 California Street, 22nd Floor | 51 Madison Avenue, 22nd Floor |
| San Francisco, CA 94111 | New York, NY 10010 |
| Telephone: (415) 875-6600 | Telephone: (212) 849-7000 |
| Facsimile: (415) 875-6700 | Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF ANDREW SCHAPIRO IN SUPPORT OF GOOGLE LLC'S RESPONSE TO PLAINTIFFS' RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI (DKT. 635)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# DECLARATION OF ANDREW H. SCHAPIRO

I, Andrew H. Schapiro, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Illinois and admitted to practice *pro hac vice* in the Northern District of California by this Court. Dkt. 37. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the June 30, 2022 deposition of Sabine Borsay.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the May 6, 2022 deposition of Lorraine Twohill.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the February 18, 2022 deposition of Rory McClelland.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the January 18, 2022 deposition of Ramin Halavati.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the November 19, 2021 deposition of Sammit Adhya.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the November 24, 2021 deposition of Abdelkarim Mardini.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the August 19, 2021 deposition of Brian Rakowski.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 4th day of August, 2022, at Chicago, Illinois.

By /s/ *Andrew H. Schapiro*
Andrew H. Schapiro