# EXHIBIT 1

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1            IN THE UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4
5
     PATRICK CALHOUN, et al.,      )
6    CHASOM BROWN, et al., on      )
     behalf of themselves and      )
7    all others similarly          )
     situated,                     )
8                                  )
             Plaintiffs,            )
9                                  )
        vs.                        ) Case Nos.
10                                 ) 4:20-cv-5146- and
     GOOGLE LLC,                   ) 5:20-cv-05146-
11                                 ) YGR-SVK
             Defendants.            )
12                                 )
13
14
15
16       *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19              REMOTE VIDEO DEPOSITION OF
20               SABINE BORSAY - VOLUME II
21
22
23
     DATE TAKEN:  JUNE 30, 2022
24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 5268903
25   PAGES:  173 - 350
```

Page 173

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5
      PATRICK CALHOUN, et al.,      )
 6    CHASOM BROWN, et al., on      )
      behalf of themselves and      )
 7    all others similarly          )
      situated,                     )
 8                                  )
             Plaintiffs,            )
 9                                  )
         vs.                        ) Case Nos.
10                                  ) 4:20-cv-5146- and
      GOOGLE LLC,                   ) 5:20-cv-05146-
11                                  ) YGR-SVK
             Defendants.            )
12                                  )
13
14
15
16      *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19      Remote Video Deposition of SABINE BORSAY,
20   Volume II, taken in Zurich, Switzerland and Zoom
21   Conference Video, commencing at 1:02 p.m., CEST,
22   Thursday, June 30, 2022, before Renee Harris,
23   CSR No. 14168, Registered Professional Reporter.
24
25
```

Page 174

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   APPEARANCES OF COUNSEL:
 2   For CALHOUN PLAINTIFFS:
 3      BLEICHMAR FONTI & AULD LLP
 4            BY:  ANGELICA M. ORNELAS, ESQ.
 5            555 12th Street, Suite 1600
 6            Oakland, California 94607
 7            (415) 445-4003
 8            aornelas@bfalaw.com
 9
10   For BROWN PLAINTIFFS:
11      BOIES SCHILLER & FLEXNER LLP
12            BY: JAMES LEE, ESQ.
13                AUGUSTO CIVIDINI, ESQ.
14            100 SE Second Street, Suite 2800
15            Miami, Florida 33131
16            (305) 357 8434
17            jlee@bsfllp.com
18            acividini@bsfllp.com
19   -and-
20            BY:  MARK MAO, ESQ.
21            44 Montgomery Street, 41st Floor,
22            San Francisco, California 94104
23            (415) 293-6800
24            mmao@bsfllp.com
25            (Attending remotely)
```

Page 175

CONFIDENTIAL ATTORNEYS' EYES ONLY

1  APPEARANCES OF COUNSEL: (CONTINUED)
2  For DEFENDANT:
3     QUINN EMANUEL URQUHART & SULLIVAN LLP
4        BY: JOMAIRE CRAWFORD, ESQ.
5            CARL SPILLY, ESQ.
6        51 Madison Avenue, 22nd Floor
7        New York, New York 10010
8        (212) 849-7000
9        jomairecrawford@quinnemanuel.com
10       carlspilly@quinnemanuel.com
11
12 QUINN EMANUEL URQUHART & SULLIVAN  (Schweiz)
13       GmbH
14       BY:  REMO DECURTINS, ASSOC.
15       Dufourstrasse 29
16       8008 Zürich
17       Switzerland
18       (+41) 44 253 8014
19       remodecurtins@quinnemanuel.swiss
20
21 ALSO PRESENT:
22       David West, Videographer (remotely)
23       Matthew Gubiotti, Google
24
25

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                            INDEX
 2    EXAMINATION BY:                                     PAGE
 3    MR. LEE                                             183
 4
 5
 6
 7
 8
 9                           EXHIBITS
10    EXHIBIT NO.        DESCRIPTION                      PAGE
11    Exhibit 1   - Bates GOOG-CABR-00352924              188
12    Exhibit 2   - Bates GOOG-CABR-05468324              197
13    Exhibit 3   - Bates GOOG-BRWN-00437645              209
14    Exhibit 3A  - Screenshot                            245
15    Exhibit 4   - Bates GOOG-BRWN-00391825              223
16    Exhibit 5   - Bates GOOG-BRWN-00391231              234
17    Exhibit 6   - Bates GOOG-BRWN-00410878              256
18    Exhibit 7   - Bates GOOG-CABR-04971904              275
19    Exhibit 8   - Bates GOOG-BRWN-00275959              287
20    Exhibit 9   - Bates GOOG-BRWN-00047341              293
21    Exhibit 10  - Bates GOOG-CABR-04509467              301
22    Exhibit 11  - Bates GOOG-CABR-04746153              309
23
24
25
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                    EXHIBITS (continued)
 2
                EXHIBITS MARKED BUT NOT IDENTIFIED
 3
      Exhibit 12 - Bates GOOG-CABR-05287675
 4
      Exhibit 13 - Bates GOOG-BRWN-00185344
 5
      Exhibit 14 - Bates GOOG-BRWN-00165706
 6
      Exhibit 15 - Bates GOOG-CABR-051455132
 7
      Exhibit 16 - Bates GOOG-CABR-05270219
 8
      Exhibit 17 - Bates GOOG-CALH-00044423
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the findings in Exhibit 2 that Incognito users had | |
| 2 | various misconceptions about Incognito Mode which | |
| 3 | could put their privacy in jeopardy? | |
| 4 |     MS. CRAWFORD:  Argumentative.  Assumes | |
| 5 | facts.  Lack of foundation. | 01:33:18 |
| 6 |     THE WITNESS:  So again, I'm not aware of | |
| 7 | who this is talking about nor what was said | |
| 8 | or not said. | |
| 9 |     But let me just read that sentence one | |
| 10 | more time -- sorry, just let me look at it | 01:33:28 |
| 11 | here. | |
| 12 |     MS. CRAWFORD:  Yeah, you should always | |
| 13 | look. | |
| 14 |     THE WITNESS:  So even that sentence | |
| 15 | doesn't talk about whether this research was | 01:33:49 |
| 16 | presented as you framed it. | |
| 17 | BY MR. LEE: | |
| 18 | Q.  Yeah, I'm not saying what's in the | |
| 19 | document.  I'm asking for your personal knowledge. | |
| 20 |     Do you know, as the product manager for | 01:34:00 |
| 21 | Chrome Privacy, if the mystery man named Sundar | |
| 22 | was informed in 2015 of the finding in this | |
| 23 | document that Incognito users had various | |
| 24 | misconceptions about Incognito Mode which could | |
| 25 | put their privacy at risk? | 01:34:16 |

Page 208

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1        A.   So again, I do not know.  But I can add
2   that I would be extremely surprised if the
3   findings of this super-long-looking research would
4   have been shared with, let's say, if you are, you                01:34:34
5   know, looking for Sundar Pichai, I would be very
6   surprised about that.
7            MR. LEE:  Okay.  Let's look at the next
8        document, Augusto.
9            MS. CRAWFORD:  And, Augusto, just let us
10           know when it's been published.                          01:34:58
11           MR. CIVIDINI:  Been published.
12           MS. CRAWFORD:  Thank you.
13           MR. LEE:  We're going to mark this.  Let
14       me identify.  The beginning Bates is
15       GOOG-BRWN-00437645, and it will be marked for               01:35:12
16       this deposition as Exhibit 3.
17           (Exhibit 3 was received and marked
18            for identification on this date and is
19            attached hereto.)
20   BY MR. LEE:                                                     01:35:24
21       Q.   You worked on the Chrome Incognito Mode
22   rebranding effort in 2015, Mrs. Borsay, right?
23       A.   I'm not sure what you are referring with
24   Incognito rebranding effort from 2015.
25       Q.   Did you work on any effort to rebrand                  01:35:37
```

Page 209

CONFIDENTIAL ATTORNEYS' EYES ONLY

1       Incognito Mode in 2015?
2           A.  Well, effort, I'm not sure if that's the
3       right word.  At some point we did explore with the
4       team what rebrand could potentially look like.
5           Q.  Okay.  Now, why don't you turn to the          01:35:55
6       last page of the document.
7           A.  Give me a moment, please.
8           Q.  While you're heading there, I'll just
9       state for the record this is the metadata provided
10      by Google in producing this document.                  01:36:39
11          A.  Okay.
12          Q.  Do you see the title of the document at
13      the very bottom is "Chrome Incognito Mode
14      rebranding"?
15          A.  Mm-hmm.                                        01:37:28
16          Q.  And do you see the field titled
17      "Custodian/Source"?
18          A.  Yes, I do.
19          Q.  Okay.  And whose -- whose name is listed
20      there?                                                 01:37:40
21          A.  It's mine.
22          Q.  Okay.  And do you see, just under that,
23      it says "AllCustodians"?
24          A.  Yes.
25          Q.  And who is the only name listed there?         01:37:48

Page 210

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4            I, RENEE HARRIS, do hereby certify that I
 5    am a licensed Certified Shorthand Reporter;
 6        That prior to being examined, the witness named
 7    in the foregoing deposition was by me duly sworn
 8    to testify to tell the truth, the whole truth, and
 9    nothing but the truth;
10        That the said deposition was by me recorded
11    stenographically;
12        And the foregoing pages constitute a full,
13    true, complete and correct record of the testimony
14    given by the said witness;
15            That I am a disinterested person, not
16    being in any way interested in the outcome of said
17    action, or connected with, nor related to any of
18    the parties in said action, or to their respective
19    counsel, in any manner whatsoever.
20
21            Date: July 7, 2022
22
23            [signature]
24            Renee Harris, CSR, CCR, RPR
              CA CSR No. 14168,
25            NJ CRR No. 30XI00241200; RPR
```

Page 347