# EXHIBIT 2

# Redacted Version of Document Sought to be Sealed

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4                     ---o0o---

5   CHASOM BROWN, et al.,           )

    on behalf of themselves and     )

6   all others similarly            )

    situated,                       )

7                                   )

            Plaintiffs,             )Case No.

8                                   )5:20-cv-03664-LHK

    vs.                             )

9                                   )

    GOOGLE LLC,                     )

10                                  )

            Defendant.              )

11  _____)

12

13                     ---o0o---

14          Videotaped Zoom Deposition of

15               LORRAINE TWOHILL

16              Highly Confidential

17              Friday, May 6, 2022

18                     ---o0o---

19

20

21

22

23  Katy E. Schmidt

24  RPR, RMR, CRR, CSR 13096

25  Veritext Job No.: 5211818

                                      Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4                        ---o0o---
 5   CHASOM BROWN, et al.,          )
     on behalf of themselves and    )
 6   all others similarly           )
     situated,                      )
 7                                  )
            Plaintiffs,             )Case No.
 8                                  )5:20-cv-03664-LHK
     vs.                            )
 9                                  )
     GOOGLE LLC,                    )
10                                  )
            Defendant.              )
11   _____)
12
13            BE IT REMEMBERED that, pursuant to Notice,
14   and on Friday, the 6th day of May, 2022, commencing at
15   the hour of 10:10 a.m., thereof, in Atherton,
16   California, before me, KATY E. SCHMIDT, a Certified
17   Shorthand Reporter in and for the County of Yolo,
18   State of California, there virtually personally
19   appeared
20
                        LORRAINE TWOHILL
21
22   called as a witness herein, who, being by me first
23   duly sworn, was thereupon examined and interrogated as
24   hereinafter set forth.
25
```

Page  2

```
 1    APPEARANCES:
 2    For The Brown Plaintiffs:
 3                  (Appeared via Zoom)
 4           MORGAN & MORGAN
             BY: JOHN YANCHUNIS, Esq.
 5           BY: RYAN MCGEE, Esq.
             201 North Franklin Street, Suite 700
 6           Tampa, Florida 33602
             813.223.0931
 7           rmcgee@forthepeople.com
 8                   (Appeared via Zoom)
 9           BOIES SCHILLER FLEXNER LLP
             BY: MARK MAO, Esq.
10           44 Montgomery Street, 41st Floor
             San Francisco, California 94104
11           415.293.6800
             mmao@bsfllp.com
12
      For the Calhoun Plaintiffs:
13
                        (Appeared via Zoom)
14
             DICELLO LEVITT GUTZLER
15           BY: DAVID A. STRAITE, Esq.
             One Grand Central Place
16           60 East 42nd Street, Suite 2400
             New York, New York 10165
17           646.933.1000
             dstraite@dicellolevitt.com
18
      For The Defendants:
19
                     (Appeared via Zoom)
20
             QUINN EMANUEL URQUHART & SULLIVAN LLP
21           BY: ANDREW SCHAPIRO, Esq.
             BY: SETH FORTENBERY, Esq.
22           191 N Wacker Drive, Suite 2700
             Chicago, Illinois 60606
23           312.705.7403
             andrewschapiro@quinnemanuel.com
24
      ///
25    ///
```

Page 3

HIGHLY CONFIDENTIAL

1    Also present:

2              Robert Fenton, Videographer

3              Matthew Gubiotti, In-house counsel

4                    ---oOo---

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page 4

1                          INDEX OF EXAMINATION

2                              ---o0o---

3                                                              Page

4     Examination by Mr. Yanchunis                             10

5                              ---o0o---

6

7                  QUESTIONS INSTRUCTED NOT TO ANSWER

8

9                      Page        Line

10                     23          86

11                     20          112

12                             ---o0o---

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                  Page  5

HIGHLY CONFIDENTIAL

```
 1                       INDEX OF EXHIBITS
 2                         ---o0o---
 3                                                  Page
 4    Exhibit 1          Document:  Marketing in 2020  21
                         Bates beginning
 5                       GOOG-BRWN-00684451
 6    Exhibit 2          Document:  We need a Best of  31
                         mobile apps strategy
 7                       Bates beginning
                         GOOG-BRWN-00847949
 8
      Exhibit 3          Document:  Trust Marketing    47
 9                       Update
                         Bates beginning
10                       GOOG-BRWN-00683491
11    Exhibit 4          Email Bates beginning         63
                         GOOG-BRWN-00896397
12
      Exhibit 5          Email Bates beginning         73
13                       GOOG-BRWN-00848427
14    Exhibit 6          Email Bates beginning         78
                         GOOG-BRWN-00388293
15
      Exhibit 7          Document:  Incognito Comms    86
16                       WIP Bates beginning
                         GOOG-BRWN-00048967C
17
      Exhibit 8          Document:  Brand Studio       94
18                       Incognito Icon Redesign
                         Update April 24, 2019
19                       Bates beginning
                         GOOG-BRWN-04421325
20
      Exhibit 9          Email Bates beginning         98
21                       GOOG-BRWN-00848401
22    Exhibit 10         Email Bates beginning        108
                         GOOG-BRWN-00696888
23
      Exhibit 11         Email Bates beginning        114
24                       GOOG-BRWN-00406065
25    ///
```

Page 6

```
 1    Exhibit 12          Email Bates beginning        124
                          GOOG-BRWN-00848444
 2
      Exhibit 13          Email Bates beginning        128
 3                        GOOG-BRWN-00696977
 4    Exhibit 14          Document:  Safer with Google 132
                          Bates beginning
 5                        GOOG-BRWN-04739271
 6    Exhibit 15          Document:  Safer with Google 142
                          Brand Playbook
 7                        Bates beginning
                          GOOG-BRWN-00686435
 8
      Exhibit 16          Document:  KOF Research      156
 9                        Review:  Reputation Council
                          Update Bates beginning
10                        GOOG-BRWN-00686207
11    Exhibit 17          Document:  Every day Google  152
                          protects ████████ devices
12                        from risky sites
13                             ---o0o---
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

| | | |
|---|---|---|
| 1 | Who is that individual? | 11:53 |
| 2 | A.   I honestly don't know. | 11:53 |
| 3 | Q.   Do you recognize any of the individuals to | 11:53 |
| 4 | whom Mr. Mardini sent the e-mail? | 11:53 |
| 5 | A.   The only name -- | 11:54 |
| 6 | Q.   Go ahead.  I'm sorry. | 11:54 |
| 7 | A.   Sorry. | 11:54 |
| 8 | The only name I recognize here is Parisa. | 11:54 |
| 9 | She's the head of the Chrome product. | 11:54 |
| 10 | Q.   That's Parisa Tabriz? | 11:54 |
| 11 | A.   Correct. | 11:54 |
| 12 | Q.   If you go down to the -- again, focused only | 11:54 |
| 13 | on the top e-mail to numbered paragraph 2, kind of a | 11:54 |
| 14 | bold 2 that begins with the words "This was driven by | 11:54 |
| 15 | Lorraine"? | 11:54 |
| 16 | A.   Yeah. | 11:54 |
| 17 | Q.   Do you see that? | 11:54 |
| 18 | A.   I do. | 11:54 |
| 19 | Q.   And let me read it into the record. | 11:54 |
| 20 | "This was driven by Lorraine who told | 11:54 |
| 21 | the PDPO Steering Committee that incognito | 11:54 |
| 22 | might need re-branding so a workstream | 11:54 |
| 23 | ensued involving the brand studio about | 11:55 |
| 24 | two to three weeks ago.  Yesterday, at the | 11:55 |
| 25 | PDPO SC meeting, Tom Oliveri was present | 11:55 |

Page 79

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | and told them that Sundar didn't want to | 11:55 |
| 2 | put incognito under the spotlight so the | 11:55 |
| 3 | iconography/re-branding should not be an | 11:55 |
| 4 | I slash O topic." | 11:55 |
| 5 | Did I read that correctly? | 11:55 |
| 6 | A.   Yes, you did. | 11:55 |
| 7 | Q.   Okay.  Is Mr. Mardini referencing you when | 11:55 |
| 8 | he says "Lorraine"? | 11:55 |
| 9 | A.   Yes. | 11:55 |
| 10 | Q.   Does reading that document refresh your | 11:55 |
| 11 | recollection that you had told the PDPO Steering | 11:55 |
| 12 | Committee that incognito might need re-branding? | 11:55 |
| 13 | A.   I don't believe this is a correct summary of | 11:56 |
| 14 | the conversation we had at the steering committee. | 11:56 |
| 15 | Q.   Was there any discussion at the steering | 11:56 |
| 16 | committee about re-branding incognito in any way? | 11:56 |
| 17 | A.   I believe, going from my memory, that there | 11:56 |
| 18 | was a presentation from some members of the team about | 11:56 |
| 19 | whether or not we should look at the re-branding of | 11:56 |
| 20 | incognito in the context of rolling it out to maps, | 11:56 |
| 21 | search, and YouTube.  And to also look at the icon. | 11:56 |
| 22 | And I believe that we agreed that we should | 11:56 |
| 23 | look -- do some work to look at whether or not the | 11:56 |
| 24 | icon needed refreshing. | 11:56 |
| 25 | Q.   And what precipitated the examination of | 11:56 |

Page 80

| | |
|---|---|
| 1 | that particular part of the live stream? | 11:56 |
| 2 | A.   I'm sorry.  I don't -- I didn't hear the | 11:56 |
| 3 | last part of the question. | 11:56 |
| 4 | Q.   Yeah. | 11:56 |
| 5 | So what precipitated examining that | 11:56 |
| 6 | particular part? | 11:56 |
| 7 | A.   It would be standard practice.  If we are | 11:57 |
| 8 | rolling a feature out to new products, we look at the | 11:57 |
| 9 | icon, and we see if the icon still works and if the | 11:57 |
| 10 | icon fits within the new products.  It's also an icon | 11:57 |
| 11 | we've been using for a long time.  We refresh our | 11:57 |
| 12 | icons a lot.  We do it all across all of our top | 11:57 |
| 13 | products.  So it would be very much standard practice. | 11:57 |
| 14 | Q.   Was there any concern by any employees at | 11:57 |
| 15 | Google that the icon misled users to believe that they | 11:57 |
| 16 | were not being tracked or that any information was | 11:57 |
| 17 | being collected from them while in incognito mode? | 11:57 |
| 18 | A.   From my memory, the concern around the icon | 11:57 |
| 19 | was that it was dated, and also that in some places in | 11:57 |
| 20 | some countries it was seen as spy guy, you know, not | 11:57 |
| 21 | necessarily always the most positive icon to use. | 11:57 |
| 22 | Q.   Are you aware of any research that -- or | 11:58 |
| 23 | surveys that Google had undertaken to determine | 11:58 |
| 24 | consumer perception of that icon? | 11:58 |
| 25 | A.   I believe that the research that the team | 11:58 |

Page 81

HIGHLY CONFIDENTIAL

```
 1    shared in that meeting would have been -- I don't        11:58

 2    remember it in detail.  I don't remember the research.    11:58

 3    But I believe that there were some slides that day        11:58

 4    talking about research or summarizing research the        11:58

 5    team had done.                                            11:58

 6         Q.   And would that research that the team had       11:58

 7    done indicate that some consumers were confused about     11:58

 8    the use of the icon on the slide screen?                  11:58

 9              MR. SCHAPIRO:  Objection.  Vague.               11:58

10    Ambiguous.                                                11:58

11              THE WITNESS:  And I really don't remember.      11:58

12    I'd need to see the research.                             11:58

13    BY MR. YANCHUNIS:                                         11:58

14         Q.   And in connection with maintenance, Sundar      11:58

15    didn't want to put incognito under the spotlight.         11:58

16              Do you know what that referenced?               11:58

17         A.   Again, I'm going from memory, and I don't       11:59

18    remember all the details of that conversation.  But I     11:59

19    do know we were preparing for I/O, which is our big       11:59

20    product event, which is -- was a few weeks later, and     11:59

21    were typically only putting a spotlight on new            11:59

22    announcements and new features at I/O.  And we were       11:59

23    rolling incognito out to search, maps, and I think it     11:59

24    was YouTube.                                              11:59

25              And so that was our focus.  And we did          11:59
```

Veritext Legal Solutions
866 299-5127

1    actually, in fact, talk about incognito mode in Chrome        11:59

2    there too.                                                     11:59

3         Q.   Okay.  And so Sundar, as used in this               11:59

4    e-mail, refers to Sundar Pichai; correct?                     11:59

5         A.   Correct.                                            11:59

6         Q.   And what is the I slash O?  What does that          11:59

7    reference?                                                    11:59

8         A.   That's the event I just mentioned, I/O.             11:59

9    It's an event we have once a year.  It's actually next        11:59

10   week.  It's an event we have once a year where we talk        11:59

11   about product updates.  It's usually about 90 minutes         11:59

12   long.  It's an important moment for the company.              11:59

13        Q.   Okay.  And is that given to the general             12:00

14   public or to investors or just internally to employees       12:00

15   at the company?                                               12:00

16        A.   It's -- the main audience are developers and       12:00

17   some press attend too.                                        12:00

18        Q.   Okay.  And these developers are individuals        12:00

19   or entities outside of Google's employ?                       12:00

20        A.   Yes, they are.                                      12:00

21        Q.   Are you familiar with an individual by the         12:00

22   name of Tom Oliveri?                                          12:00

23        A.   Yes, I am.                                          12:00

24        Q.   And what position did Mr. Oliveri hold back        12:00

25   on April 20th -- or excuse me -- April 30th of 2019?         12:00

Page 83

HIGHLY CONFIDENTIAL

```
 1          A.   He's Sundar's chief of staff.              12:00

 2          Q.   Are there any written meetings kept of the  12:01

 3   PDPO Steering Committee when those meetings were held?  12:01

 4              MR. SCHAPIRO:  Objection to the form of the  12:01

 5   question.                                               12:01

 6              THE WITNESS:  I'm sorry.  I didn't hear the  12:01

 7   question.                                               12:01

 8   BY MR. YANCHUNIS:                                       12:01

 9          Q.   The PDPO Steering Committee, are you a      12:01

10   member of that committee?                               12:01

11          A.   Yes, I was.                                 12:01

12          Q.   Okay.  And you were at one time but you're  12:01

13   no longer?                                              12:01

14          A.   We don't -- we no longer have this meeting. 12:01

15          Q.   Okay.  When did meetings of the             12:01

16   PDPO Steering Committee cease?                          12:01

17          A.   I don't quite remember when all the titles  12:01

18   changed but this became I believe the privacy counsel,  12:01

19   and that's the meeting that I mentioned earlier that    12:01

20   we've -- or we use both names -- I'm not sure whether   12:01

21   we use both names or when they changed, but it's one    12:01

22   and the same.                                           12:01

23          Q.   In connection with the PDPO Steering        12:01

24   Committee or Privacy Counsel, as it's now known, are    12:01

25   minutes kept of the meeting?                            12:02
```

Page 84

HIGHLY CONFIDENTIAL

```
 1        Q.    Do you see on the second page of this        12:10

 2   document points under the header "Don'ts"?             12:10

 3        A.    Mm-hm.                                       12:10

 4        Q.    Do you know what are those points?           12:10

 5        A.    I'm just reading it now.                     12:10

 6              Okay.                                        12:10

 7        Q.    Were those points conveyed to Mr. Pichai?    12:11

 8        A.    I have no idea.                              12:11

 9        Q.    Would you please read aloud for the record   12:11

10   the first point under "Don'ts"?                        12:11

11        A.    "Do not use the words private,              12:11

12        confidential, anonymous or off the record         12:11

13        when describing benefits of incognito             12:11

14        mode."                                            12:11

15              Do you want me to keep going?                12:11

16        Q.    Yes, please continue.                       12:11

17        A.    "These words run the risk of                12:11

18        exacerbating known misconceptions about           12:11

19        protections incognito mode provides (see          12:11

20        misconceptions here)."                            12:11

21        Q.    And what do you understand that statement to 12:11

22   mean?                                                  12:11

23        A.    Honestly, I have no context on this document 12:11

24   and I don't know who wrote it.                         12:11

25        Q.    You agree with that statement?              12:11
```

Page 89

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    I'm just looking at the statement again. | 12:11 |
| 2 | I'm not sure that I would have worded it | 12:12 |
| 3 | that way but I'm not close enough to the feature to be | 12:12 |
| 4 | an expert. | 12:12 |
| 5 | Q.   You agree that Google should not use the | 12:12 |
| 6 | word "private" when describing the benefits of | 12:12 |
| 7 | incognito mode? | 12:12 |
| 8 | A.    I'm not an expert in incognito mode, but I | 12:12 |
| 9 | think private browsing would be more accurate because | 12:12 |
| 10 | it's a private browsing mode within Chrome. | 12:12 |
| 11 | Q.   You agree that using the word "private" in | 12:12 |
| 12 | connection with incognito mode runs the risk of | 12:12 |
| 13 | exacerbating known misconceptions regarding incognito | 12:12 |
| 14 | mode? | 12:12 |
| 15 | A.    I really don't know what they're speaking | 12:12 |
| 16 | about here.  I'd have to look at the research and | 12:12 |
| 17 | understand the context. | 12:12 |
| 18 | Q.   But would a final copy of this document have | 12:12 |
| 19 | been given to Mr. Pichai? | 12:12 |
| 20 | A.    I really hope not.  It's badly written, | 12:12 |
| 21 | badly formated.  This looks like a working doc by a | 12:13 |
| 22 | team and not something that would ever go to the CEO. | 12:13 |
| 23 | Q.   Right. | 12:13 |
| 24 | I'm not talking about this document, but the | 12:13 |
| 25 | final version of this document, would this have gone | 12:13 |

Page 90

1    to Mr. Pichai?                                          12:13

2         A.   I'm not familiar with this document.  I      12:13

3    think highly unlikely, though, looking at the content. 12:13

4    I think it's including the words he used "at I/O," I    12:13

5    assume it was for somebody else, to brief somebody      12:13

6    else who was doing some more detailed conversations,    12:13

7    and they just included his talking points from I/O as   12:13

8    context is how I'm interpreting this but, again, I'm     12:13

9    looking at it...                                        12:13

10        Q.   In communications with you, whether in        12:13

11   person, over the phone, or by e-mail, that you may      12:13

12   have received or been copied, did Mr. Pichai ever       12:13

13   express any concerns this warning that Google should    12:13

14   not use the word "private" when describing the          12:13

15   benefits of incognito mode?                             12:13

16          MR. SCHAPIRO:  Objection to the form of the      12:13

17   question.  Foundation.                                  12:14

18          THE WITNESS:  And the answer is no.              12:14

19   BY MR. YANCHUNIS:                                       12:14

20        Q.   Did you ever have any conversations with      12:14

21   Mr. Pichai regarding the wording "communicated to       12:14

22   consumers using the incognito mode or private browsing  12:14

23   mode"?                                                  12:14

24        A.   No, I did not.  I mean, honestly, I've had    12:14

25   very few conversations about incognito mode in my       12:14

                                        Page 91

```
 1   19 years in the company.  It's -- you know, at my        12:14

 2   level, I'm looking at, you know, our biggest products,   12:14

 3   not a niche feature of one product.                      12:14

 4       Q.   But in your position, you would be concerned    12:14

 5   as to the expectations of privacy that users of a        12:14

 6   private browsing mode would have in using it; correct?   12:14

 7       A.   I mean, it's certainly not on my radar at       12:14

 8   all.  And from the research I've seen that we've done    12:15

 9   in terms of what users care about, they care about       12:15

10   security first and foremost, are they safe?  And they    12:15

11   care about privacy at large, i.e., their data           12:15

12   associated with their Google account.                    12:15

13            And that's really the extent of how I've        12:15

14   engaged in the privacy and security space.               12:15

15            MR. YANCHUNIS:  I think we've been going two     12:15

16   hours.  I need to take a convenience break.              12:15

17            Ma'am, do you mind if we go off the record      12:15

18   for a break?                                             12:15

19            MR. SCHAPIRO:  Let's go off the record          12:15

20   and -- but then let's stay on for a second just to       12:15

21   discuss timing.                                          12:15

22            MR. YANCHUNIS:  All right.                       12:15

23            THE VIDEOGRAPHER:  Going off the record at      12:15

24   12:15 p.m.                                               12:15

25                     (Lunch recess.)                        12:58
```

Page 92

```
 1              MR. YANCHUNIS:  Let me ask it again.        01:12

 2    BY MR. YANCHUNIS:

 3        Q.   Is it correct that Google for years has been  01:12

 4    tracking user conceptions or misconceptions using    01:12

 5    private browsing modes?                              01:12

 6              MR. SCHAPIRO:  Objection.  Lacks foundation.  01:12

 7              THE WITNESS:  And I don't know.             01:12

 8                    (Plaintiffs' Exhibit 9 was           01:12

 9                    marked for identification.)          01:12

10              MR. YANCHUNIS:  Okay.  Let me go to a       01:12

11    document which I'll mark for purposes of             01:12

12    identification to your deposition as Exhibit 9.      01:12

13    BY MR. YANCHUNIS:                                    01:12

14        Q.   It's a one-page document, as it's being     01:12

15    populated.  It bears the Bates number 848401.        01:12

16        A.   I'm just opening it now.                    01:13

17             I have it open.                             01:13

18        Q.   Okay.  And this is an e-mail that you        01:13

19    received from Mr. Scott Beaumont on or about         01:13

20    November 21st, 2019 to which you responded on        01:13

21    November 26, 2019; correct?                          01:13

22        A.   Yes.  That's correct.                       01:14

23        Q.   And at the time that Mr. Beaumont,          01:14

24    Scott Beaumont sent this e-mail to you, he was       01:14

25    president of Google Asia Pacific; correct?           01:14
```

Page 98

1     A.    That is correct.                              01:14

2     Q.    And what was the problem with incognito from   01:14

3  Chrome that you referenced in the e-mail response to     01:14

4  him on November the 26th, 2019?                          01:14

5     A.    I believe he was speaking about the word      01:14

6  "incognito" as the name of the feature and how that     01:14

7  word is perceived in some of his countries.              01:14

8     Q.    And you responded back, "Part of the problem   01:14

9  is that there is heritage in incognito from Chrome."     01:14

10         Did I read that correctly?                       01:15

11    A.    Yes, you did.                                   01:15

12    Q.    What is the problem that you're referring to   01:15

13  there?                                                   01:15

14    A.    Well, it's a good problem.  It's a good        01:15

15  problem.                                                 01:15

16         I'm -- as somebody who runs marketing, I'm      01:15

17  typically at the receiving end of requests to rename    01:15

18  or re-brand products and features.  And when a feature  01:15

19  has heritage and it's been named for some time, I'm     01:15

20  very loath to change it.                                 01:15

21         That's why I was saying, part of the problem    01:15

22  here is this feature has heritage, this name has        01:15

23  heritage in Chrome, and you wouldn't want to change     01:15

24  that.                                                    01:15

25    Q.    But you went on to acknowledge, did you not,   01:15

Page 99

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that it was something that should continue to be | 01:15 |
| 2 | looked at? | 01:15 |
| 3 | A.   In the context of this e-mail, I believe it | 01:15 |
| 4 | was -- at the time we were thinking of launching | 01:15 |
| 5 | incognito mode in search, maps, and YouTube.  So I | 01:15 |
| 6 | think that's why Scott reached out because he already | 01:15 |
| 7 | had some concerns in his markets about how the words | 01:15 |
| 8 | perceived can be a negative word, incognito, and he | 01:16 |
| 9 | was worried about us rolling it out to more products. | 01:16 |
| 10 | I believe that was the context of the conversation. | 01:16 |
| 11 | Q.   It's correct, is it not, that Google hasn't | 01:16 |
| 12 | changed the substance of Chrome Incognito NTP since | 01:16 |
| 13 | you wrote this e-mail? | 01:16 |
| 14 | MR. SCHAPIRO:  Objection.  Vague. | 01:16 |
| 15 | Ambiguous. | 01:16 |
| 16 | THE WITNESS:  I also didn't hear the last | 01:16 |
| 17 | part of -- "didn't change the substance" of what? | 01:16 |
| 18 | BY MR. YANCHUNIS: | 01:16 |
| 19 | Q.   Yeah.  Chrome incognito NTP. | 01:16 |
| 20 | A.   So I can't hear the last word. | 01:16 |
| 21 | Q.   NTP.  The letter N, letter T, the letter P. | 01:16 |
| 22 | Since you -- | 01:17 |
| 23 | A.   I don't know what that is. | 01:17 |
| 24 | Q.   New tab page? | 01:17 |
| 25 | A.   Oh, sorry.  I didn't know the shorthand. | 01:17 |

Page 100

```
 1   they chose incognito?                               01:36

 2        A.   No.  That does not ring a bell.           01:36

 3        Q.   I'll show you a document we'll mark for   01:37

 4   purposes of identification in your deposition as    01:37

 5   Exhibit 11.  There's a Bates range of 406065 through 01:37

 6   406070.                                             01:37

 7                    (Plaintiffs' Exhibit 11 was        01:37

 8                    marked for identification.)        01:37

 9             THE WITNESS:  I'm just opening it up now. 01:37

10             Okay.  I have it in front of me now.      01:38

11   BY MR. YANCHUNIS:                                   01:38

12        Q.   Okay.  This is an e-mail that you wrote and 01:38

13   circulated to various individuals referenced on the 01:38

14   "To" line on January 29th, 2020; correct?           01:38

15        A.   Yes.  That looks correct.  2021.          01:39

16        Q.   And -- yes, ma'am.  I'm sorry.            01:39

17   January 29th, 2021.                                 01:39

18             And what did you write in the "Subject"   01:39

19   portion of the e-mail?                              01:39

20        A.   I wrote "Today is data privacy day so please 01:39

21   read."                                              01:39

22        Q.   And who are the individuals to whom this  01:39

23   e-mail was sent?                                    01:39

24        A.   To Sundar Pichai, Rahul Roy-Chowdhury,    01:39

25   Jen Fitzpatrick, and Luiz Andre Barroso.            01:39
```

Page 114

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   And what position did Mr. Roy-Chowdhury hold | 01:39 |
| 2 | at that time that you wrote this? | 01:39 |
| 3 | A.   He was our VP of privacy. | 01:39 |
| 4 | Q.   And what position did Jen -- I'm sorry. | 01:40 |
| 5 | A.   Sorry.  I was just clarifying. | 01:40 |
| 6 | He was VP of privacy in the product team, | 01:40 |
| 7 | product lead. | 01:40 |
| 8 | Q.   And what position did Jen Fitzpatrick hold | 01:40 |
| 9 | at the time you wrote this e-mail? | 01:40 |
| 10 | A.   She was his boss, and so she runs what we | 01:40 |
| 11 | call core infrastructure and that includes privacy and | 01:40 |
| 12 | security. | 01:40 |
| 13 | Q.   And Mr. Barroso, what position did he hold | 01:40 |
| 14 | at the time? | 01:40 |
| 15 | A.   He's a lead engineer on the engineering side | 01:40 |
| 16 | across core infrastructure.  And at the time that | 01:40 |
| 17 | included I believe our privacy and security products | 01:40 |
| 18 | related to the Google account. | 01:40 |
| 19 | Q.   So it would be true that each of the | 01:40 |
| 20 | individuals to whom this e-mail was sent would be | 01:40 |
| 21 | involved in some aspect of privacy in relation to | 01:40 |
| 22 | individuals using incognito mode; correct? | 01:40 |
| 23 | A.   It -- actually, Jen, Rahul, and Luiz are far | 01:41 |
| 24 | more focused on the Google account and privacy related | 01:41 |
| 25 | to the Google account.  Incognito mode does not roll | 01:41 |

Page 115

```
 1    up to them.  It rolls up to the Chrome product team.      01:41
 2         Q.    Okay.  Well, let's rephrase the question       01:41
 3    then.                                                      01:41
 4              It's true that each of the individuals to       01:41
 5    whom this e-mail was sent would have some control over    01:41
 6    the privacy of consumer data?                             01:41
 7         A.    Certainly Luiz and Rahul would have some       01:41
 8    control over the privacy of user data.                    01:41
 9         Q.    Certainly Mr. Pichai as the CEO of Google;     01:41
10    correct?  He controls everybody.                          01:41
11              MR. SCHAPIRO:  Objection to the form of the     01:41
12    question.                                                 01:41
13              THE WITNESS:  Sundar has a very strong          01:41
14    management team and he defers to them, and especially     01:42
15    to technical experts like Luiz and Rahul.                 01:42
16    BY MR. YANCHUNIS:                                         01:42
17         Q.    And that team is under his control and         01:42
18    supervision; correct?                                     01:42
19         A.    The team is under his -- the team is           01:42
20    actually under Jen's control and supervision and Jen      01:42
21    reports to Sundar.                                        01:42
22         Q.    If you go to page 2 of the document, which     01:42
23    bears the Bates No. 406066, about two-thirds at the       01:42
24    bottom it says in bold type "Giving users more            01:42
25    transparency and control over their data."                01:42
```

Page 116

| | | |
|---|---|---|
| 1 | MR. SCHAPIRO:  I'm sorry.  What are the last | 01:42 |
| 2 | three digits? | 01:42 |
| 3 | MR. YANCHUNIS:  Last three digits, the | 01:42 |
| 4 | second page of the document, 066. | 01:42 |
| 5 | MR. SCHAPIRO:  Okay. | 01:42 |
| 6 | THE WITNESS:  Yep. | 01:43 |
| 7 | BY MR. YANCHUNIS: | 01:43 |
| 8 | Q.   As of January 2020, you believe that Google | 01:43 |
| 9 | should give users more transparency and control over | 01:43 |
| 10 | their data; correct? | 01:43 |
| 11 | MR. SCHAPIRO:  Objection.  Vague. | 01:43 |
| 12 | THE WITNESS:  Actually, the note was written | 01:43 |
| 13 | in 2021.  And we do give users a lot of great control | 01:43 |
| 14 | they can use in their activity settings, and that's | 01:43 |
| 15 | really what we were speaking about here. | 01:43 |
| 16 | BY MR. YANCHUNIS: | 01:43 |
| 17 | Q.   But you wrote in this e-mail that "users | 01:43 |
| 18 | should have more transparency and control over their | 01:43 |
| 19 | data." | 01:43 |
| 20 | Isn't that what you wrote? | 01:43 |
| 21 | A.   First of all, I think it's a section | 01:43 |
| 22 | heading, not a statement. | 01:43 |
| 23 | And secondly, to be clear, my team pulled | 01:43 |
| 24 | together this note for me.  So reality is the language | 01:43 |
| 25 | at the very top head of the letter "L" is what I added | 01:44 |

Page 117

```
 1   to the note, but the rest of the contents were written      01:44

 2   on behalf of me by folks on my team.                        01:44

 3        Q.   But you sent it out to the individuals that       01:44

 4   you identified earlier, including Mr. Pichai; correct?      01:44

 5        A.   That is correct.                                  01:44

 6        Q.   You're responsible for the document that you      01:44

 7   sent to them; correct?                                      01:44

 8             MR. SCHAPIRO:  Objection to the form of the       01:44

 9   question.                                                   01:44

10             THE WITNESS:  I often have folks on my team       01:44

11   put together some thoughts for me and help my               01:44

12   communications because I'm not the --                       01:44

13   BY MR. YANCHUNIS:                                           01:44

14        Q.   You ever send out -- you ever send out            01:44

15   materials that people prepare for you that you don't        01:44

16   believe in?                                                 01:44

17        A.   I defer to the experts on my team, to be          01:44

18   honest.  So when they pull together some thoughts for       01:44

19   me, I'll often be helpful and try and share those.          01:44

20        Q.   If they go out under your name, to people,        01:45

21   including the CEO of Google, Mr. Pichai, you adopt          01:45

22   those based upon your belief that those people are          01:45

23   responsible for the messaging that you're sending;          01:45

24   correct?                                                    01:45

25             MR. SCHAPIRO:  Objection to the form of the       01:45
```

Page 118

1    question.                                                    01:45

2          THE WITNESS:  The top of the note, the part           01:45

3    that I wrote, was also summarized in some of the good        01:45

4    work we had done.  And I did want to keep Sundar in          01:45

5    the loop on that.                                            01:45

6          But the primary audience for the note would           01:45

7    have been Rahul, Jen, and Luiz because they're the           01:45

8    ones who do the work.  And the authors of the majority       01:45

9    of the note would have been experts in my team who           01:45

10   really understand this stuff much better than I do.          01:45

11   BY MR. YANCHUNIS:                                            01:45

12      Q.  And you weren't disagreeing with anything            01:45

13   that they wrote and prepared for you that you sent out       01:45

14   on this e-mail to Mr. Pichai and others; correct?           01:45

15      A.  To be honest, I didn't pay too much                  01:46

16   attention to all the detail towards the end.  There's        01:46

17   even a section called "Other Random Ideas."  Had I           01:46

18   seen that,  I would likely have deleted that before it       01:46

19   went to my boss.  You know, I was more focused on the        01:46

20   top half of the doc.  It's a long doc.                       01:46

21      Q.  Here's the first sentence -- go to the third         01:46

22   page which bears the Bates Nos. 067...  And about the        01:46

23   middle of the page, in bold, section heading says            01:46

24   "Make Incognito Mode Truly Private."                         01:46

25          Once you found that, you'll so indicate to           01:47

Page 119

HIGHLY CONFIDENTIAL

```
1    me.                                               01:47

2         A.   I found it.                             01:47

3         Q.   Okay.  Would you read aloud the first   01:47

4    sentence after "Make Incognito Mode Truly Private"?  01:47

5         A.   So the document says:                   01:47

6              "Make incognito mode truly private by   01:47

7         strengthening it with a free VPN, making     01:47

8         it for signed-in only users only, turning    01:47

9         cookie blocking on by default, ensure        01:47

10        sessions/tabs disappear by default after     01:47

11        period of time, and adding cautionary        01:47

12        language at moments like 3P sign-in."        01:47

13        Q.   Has Google implemented these changes to make  01:47

14   incognito truly private?                          01:47

15             MR. SCHAPIRO:  Objection.  Foundation.  01:47

16             THE WITNESS:  To be honest, I'm not sure.  I  01:48

17   believe we've done the default turning cookie blocking  01:48

18   on, as I think it's on that tab page you spoke about  01:48

19   earlier.  And I think you can use the free VPN through  01:48

20   Google one account.  I'm not -- I'm not an expert on  01:48

21   that, though.                                      01:48

22   BY MR. YANCHUNIS:                                  01:48

23        Q.   Has Google implemented any of these changes  01:48

24   to Chrome Incognito Mode?                          01:48

25             MR. SCHAPIRO:  Objection.  Foundation.  01:48
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1            THE WITNESS:  Yeah.  I believe I just          01:48

 2   answered that.  The cookie blocking on by default is   01:48

 3   in incognito mode.                                      01:48

 4   BY MR. YANCHUNIS:                                       01:48

 5       Q.   Was that blocking all cookies or only         01:48

 6   third-party cookies?                                    01:48

 7            MR. SCHAPIRO:  Objection.  Foundation.         01:48

 8            THE WITNESS:  And I just don't know.  I        01:48

 9   think it's third party but I'm going from memory.       01:48

10   BY MR. YANCHUNIS:                                       01:48

11       Q.   Read the second sentence on the topic         01:48

12   heading "Make Incognito Mode Truly Private."            01:48

13       A.   The "We are limited" sentence?                01:49

14       Q.   Yes, ma'am.                                    01:49

15       A.   "We are limited" -- so the document says:     01:49

16            "We are limited in how strongly we            01:49

17       can market incognito because it's not              01:49

18       truly private, thus requiring really               01:49

19       fuzzy, hedging language that is almost             01:49

20       more damaging."                                     01:49

21       Q.   And when you wrote "it's not truly private,"  01:49

22   you were referring to Chrome Incognito Mode; correct?  01:49

23       A.   Again, like I mentioned earlier, I didn't     01:49

24   actually write this.  This is written for me by the    01:49

25   experts in my team on privacy and security.  So I      01:49
```

                                                 Page 121

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | would -- I'd have to guess what they were referring to | 01:49 |
| 2 | here. | 01:49 |
| 3 | Q.  Well, is it your understanding reading this | 01:49 |
| 4 | document now that that's a reference to Chrome | 01:49 |
| 5 | Incognito Mode? | 01:49 |
| 6 | A.  Yes.  I would -- yes.  I would read it as | 01:49 |
| 7 | such. | 01:49 |
| 8 | Q.  Okay.  And you were relying upon the people | 01:49 |
| 9 | who reported to you to write accurate information that | 01:49 |
| 10 | you were passing on to Mr. Pichai; correct? | 01:49 |
| 11 | A.  I would trust the team to pull together | 01:50 |
| 12 | ideas in the spirit of a brainstorm.  Again, the | 01:50 |
| 13 | context as  to why we sent this is because it was | 01:50 |
| 14 | international I think privacy safety day or data | 01:50 |
| 15 | privacy day, and so the team ran a brainstorming | 01:50 |
| 16 | session. | 01:50 |
| 17 | I should be clear that my team are not | 01:50 |
| 18 | technical experts so my team would often have lots of | 01:50 |
| 19 | ideas that are not actually even remotely technically | 01:50 |
| 20 | feasible.  For example, the idea in the issue above, | 01:50 |
| 21 | the paragraph you're speaking about, I just had a look | 01:50 |
| 22 | at that one and I think that's a very -- you know, | 01:50 |
| 23 | another idea that's very, very technically complicated | 01:50 |
| 24 | and probably not even, you know, feasible. | 01:50 |
| 25 | Q.  And Chrome Incognito Mode has never been | 01:50 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    truly private; correct?                          01:50

 2            MR. SCHAPIRO:  Objection to the form of the   01:50

 3    question.  Vague.  Ambiguous.  Foundation.        01:50

 4            You may answer.                           01:50

 5            THE WITNESS:  Again, I'm not a product    01:50

 6    expert.                                           01:50

 7    BY MR. YANCHUNIS:                                 01:50

 8        Q.   I want to take you back to the beginning of  01:51

 9    this document, first page.                        01:51

10            Do you see after the introduction, "Hi,  01:51

11    folks"?                                           01:51

12        A.   Yes, I do.                               01:51

13        Q.   Okay.  Could you read that paragraph into  01:51

14    the record?                                       01:51

15        A.   So the paragraph says:                   01:51

16            "As today is International Data           01:51

17        Privacy Day (check out our homepage) and      01:51

18        Privacy has been on my mind, as well as       01:51

19        all yours for some time, I wanted to share    01:51

20        some thoughts.  It's been almost 11 years     01:51

21        since I first spoke at Exec Circle (and       01:51

22        Ben listened) about User Trust and needing    01:52

23        a Google account with controls.  And          01:52

24        7 years since I did the User Trust tgif.      01:52

25        I have been doing a lot of thinking (and      01:52
```

Page 123

| | | |
|---|---|---|
| 1 | asking) over the years.  And we have made | 01:52 |
| 2 | a lot of progress but our challenges are | 01:52 |
| 3 | even greater.  We need more velocity!  So | 01:52 |
| 4 | since I know you all agree and I know | 01:52 |
| 5 | Sundar that you have been thinking about | 01:52 |
| 6 | this too, I wanted to share my random | 01:52 |
| 7 | thoughts here, as hopefully somewhat | 01:52 |
| 8 | useful and actionable.  And yes, there | 01:52 |
| 9 | will be reasons why a lot of this is hard | 01:52 |
| 10 | but we are at our best when solving really | 01:52 |
| 11 | hard problems!  And then just maybe we | 01:52 |
| 12 | could get to this vision that we put | 01:52 |
| 13 | together just over a year ago." | 01:52 |
| 14 | Q.   I'm going to show you a document I'll mark | 01:52 |
| 15 | as Exhibit 12. | 01:52 |
| 16 | And for the record, it bears the Bates range | 01:52 |
| 17 | of 848444 through 449. | 01:52 |
| 18 | (Plaintiffs' Exhibit 12 was | 01:52 |
| 19 | marked for identification.) | 01:52 |
| 20 | THE WITNESS:  Shall I close this one? | 01:52 |
| 21 | BY MR. YANCHUNIS: | 01:52 |
| 22 | Q.   You can close that one.  Yes, ma'am. | 01:52 |
| 23 | A.   So I have it up open in front of me now. | 01:53 |
| 24 | Q.   This is an e-mail at the top from | 01:53 |
| 25 | Cassidy Morgan to you and other individuals who are | 01:53 |

Page 124

| | | |
|---|---|---|
| 1 | copied.  It is dated January 15th 2021, which is | 01:53 |
| 2 | approximately 14 days before Exhibit 11 was written. | 01:53 |
| 3 | And my reference to this document for you is | 01:54 |
| 4 | similarity between Exhibits 12 and 11.  In other | 01:54 |
| 5 | words, it appears to me, and I'm asking you this | 01:54 |
| 6 | question, if it is in fact correct, that the substance | 01:54 |
| 7 | of Exhibit 12 was reproduced in Exhibit 11 when you | 01:54 |
| 8 | sent that to Mr. Pichai and others? | 01:54 |
| 9 | A.   Yes.  That's what I was explaining to you a | 01:55 |
| 10 | few minutes ago, that the team pulled together this | 01:55 |
| 11 | doc with all these ideas and I added them to the note | 01:55 |
| 12 | to Sundar. | 01:55 |
| 13 | Q.   So, in essence, you read what was sent to | 01:55 |
| 14 | you by Mr. Cassidy and those comments and thoughts, | 01:55 |
| 15 | and put that in the e-mail to Mr. Pichai and others | 01:55 |
| 16 | that we saw in Exhibit 11; correct? | 01:55 |
| 17 | MR. SCHAPIRO:  Objection to the form of the | 01:55 |
| 18 | question. | 01:55 |
| 19 | THE WITNESS:  I believe actually that | 01:55 |
| 20 | Cassidy and the team wrote the entire draft of the | 01:55 |
| 21 | note to Sundar in the doc.  I made some edits to the | 01:55 |
| 22 | top paragraph.  And then my assistant would have | 01:55 |
| 23 | probably loaded it in drafts for me to send. | 01:55 |
| 24 | BY MR. YANCHUNIS: | 01:55 |
| 25 | Q.   Okay.  Go to page 848447 of Exhibit 12. | 01:55 |

Page 125

```
 1              And specifically about two-thirds of the      01:55

 2     bottom of the page, there's a section called ██████    01:55

 3     ████                                                    01:56

 4              Do you see that, ma'am?                        01:56

 5        A.    Yes, I do.                                     01:56

 6        Q.    Would you please read into the record the      01:56

 7     sentence after the bold type ████████████?  Both        01:56

 8     sentences.                                              01:56

 9        A.    So the document says:                          01:56

10            ████████████     ████████████████               01:56

11          ████████████████████████████████                  01:56

12          ████████████████████████                          01:56

13          ████████████  ████████████████                    01:56

14          ████████████████████████████████                  01:56

15          ████████████████████████████                      01:56

16          ████████████                                      01:56

17        Q.    That statement or recommendation did not go    01:56

18     to Mr. Pichai in your e-mail that we saw in             01:56

19     Exhibit 11; correct?                                   01:56

20        A.    I'd have to go back and check.                 01:57

21        Q.    Okay.  We'll populate your screen with         01:57

22     Exhibit No. 11.                                         01:57

23              MR. SCHAPIRO:  Ms. Twohill, I think you can    01:57

24     just go there yourself.                                 01:57

25              I don't think, John, you have the ability to   01:57
```

Veritext Legal Solutions
866 299-5127

```
 1    put it on her screen?                              01:57

 2            MR. YANCHUNIS:  Yeah.  That's accurate.     01:57

 3            MR. SCHAPIRO:  So are you asking if you want 01:57

 4    her to --                                          01:57

 5            MR. YANCHUNIS:  Yeah, yeah.  Go to          01:57

 6    Exhibit 11 to find reference to  ██████████        01:57

 7            THE WITNESS:  No.  I don't think it's there. 01:58

 8    Although I'm not quite sure what  ██████████  is, but I 01:58

 9    don't see it there.                                01:58

10    BY MR. YANCHUNIS:                                  01:58

11        Q.   Okay.  So you took that out of -- from what 01:58

12    your team prepared before you sent that to Mr. Pichai; 01:58

13    correct?                                           01:58

14            MR. SCHAPIRO:  Objection.  Misstates the    01:58

15    testimony.                                         01:58

16            THE WITNESS:  I'm not sure that that was    01:58

17    something that I even looked at or took in or put out. 01:58

18    I think that Cassidy might have shortened this doc or 01:58

19    added more to it or structured this doc with the team 01:58

20    before it shipped.                                 01:58

21            MR. YANCHUNIS:  Why don't we take a break.   01:58

22    I think we've got about an hour left, Andy.  So it  01:58

23    would be helpful for me to kind of marshal my       01:58

24    resources and figure out what I can do in that hour. 01:59

25            MR. SCHAPIRO:  That's fine with us.  Sure.   01:59
```

Page 127

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Going off the record at | 01:59 |
| 2 | 1:59 p.m. | 01:59 |
| 3 | (Break taken in proceedings.). | 01:59 |
| 4 | THE VIDEOGRAPHER:  We are back on the record | 02:17 |
| 5 | at 2:17 p.m. | 02:17 |
| 6 | (Plaintiffs' Exhibit 13 was | 02:17 |
| 7 | marked for identification.) | 02:17 |
| 8 | BY MR. YANCHUNIS: | 02:17 |
| 9 | Q.   Ms. Twohill, I'll show you a document that's | 02:17 |
| 10 | been marked for identification purposes to your | 02:17 |
| 11 | deposition as Exhibit 13.  It bears a Bates range of | 02:17 |
| 12 | 696977 through 696981. | 02:17 |
| 13 | And I'm going to ask you about the e-mail on | 02:17 |
| 14 | the first page. | 02:17 |
| 15 | A.   Just opening it now. | 02:17 |
| 16 | Okay.  Yes, I've got it open. | 02:18 |
| 17 | Q.   Okay.  You see at the bottom of that page | 02:18 |
| 18 | the e-mail that we saw in Exhibit 12 -- or excuse | 02:18 |
| 19 | me -- Exhibit 11 to Mr. Pichai and others? | 02:18 |
| 20 | A.   Yes, I do. | 02:18 |
| 21 | Q.   Okay.  And then Mr. Barroso responded to you | 02:18 |
| 22 | on January 29th, 2021; correct? | 02:18 |
| 23 | A.   Yes.  That is correct. | 02:18 |
| 24 | Q.   And he says -- and I'll read the first | 02:18 |
| 25 | sentence: | 02:18 |

Page 128

```
 1              "Hi, Lorraine.  I've been saying to       02:18

 2       people behind your back that you are the        02:18

 3       most indispensable voice in                     02:18

 4       privacy council, and it is really great to      02:18

 5       read this."                                     02:19

 6              Would you agree with Mr. Barroso that you 02:19

 7    were the most indispensable voice in the privacy   02:19

 8    council back in 2021 when he wrote it?             02:19

 9       A.   That was very kind of him.  I definitely am 02:19

10    not the most indispensable voice.  A lot of it's very 02:19

11    technical.  I try and add value where I can.  I think 02:19

12    he was being very sweet.                           02:19

13       Q.   Would it be fair to say that you were or are 02:19

14    an important voice in privacy council when it existed 02:19

15    before it was changed?                             02:19

16       A.   It would depend on the topic.  So a lot of  02:19

17    the topics are very technical, but to the extent that 02:19

18    we're covering a topic that I would have an opinion 02:19

19    on, for sure I would speak up.                     02:19

20       Q.   Okay.  And you responded to him, did you   02:19

21    not, on February 1st, 2021?                        02:19

22       A.   I'm just checking the date here.           02:19

23              Yes, I did.                               02:19

24       Q.   Okay.  And in the second line -- and let me 02:19

25    read it into the record.                           02:19
```

                                                      Page 129

HIGHLY CONFIDENTIAL

```
 1              "I spoke with SP on other stuff on        02:20

 2       Friday and I asked him to keep pushing the       02:20

 3       PAs to help.  They need to care."                02:20

 4              Did I read that correctly?                02:20

 5       A.   Yes, you did.                               02:20

 6       Q.   Okay.  And "SP" refers to Sundar Pichai;    02:20

 7   correct?                                             02:20

 8       A.   Yes, it does.                               02:20

 9       Q.   The PAs that is referenced in that sentence, 02:20

10   what does that stand for?  Or who are those folks?   02:20

11       A.   That is the product areas.  The company's   02:20

12   structured with a number of different product areas  02:20

13   and the leads of each of those product areas really  02:20

14   manage and control what happens across all of their  02:20

15   products and features.                               02:20

16       Q.   And why did you ask Mr. Pichai to keep       02:20

17   pushing the PAs to help?                             02:20

18       A.   Because they're busy.  They have a lot on    02:20

19   their roadmaps.  They're always launching new        02:20

20   products, new features.  And so just encouraging them 02:21

21   to think about building privacy in as they build new  02:21

22   products and features.                               02:21

23              So part of -- if you look at the top part of 02:21

24   Exhibit 11, a lot of what I was speaking about is more 02:21

25   comms through our products.  It's also rolling out our 02:21
```

Page 130

1    "Safer with Google" narrative across our products.          02:21

2    And part of that framework was to build products from       02:21

3    the get-go with privacy built in related to your            02:21

4    Google account, and all of that work.                       02:21

5          And that was what I was referencing.                  02:21

6          Q.   And did you that include pushing the PAs to help 02:21

7    with changes to Chrome Incognito Mode to make it truly      02:21

8    private?                                                     02:21

9          A.   I really don't think we ever discussed           02:21

10   incognito mode in that context.                             02:21

11         The work I've done with Luiz and Rahul and            02:21

12   Jen was all around the user settings.  And especially       02:21

13   the work we're launching at I/O, which was auto             02:21

14   delete, location history, user settings across search      02:21

15   history, video history.  And really all of that work        02:22

16   that we've done over the years.                             02:22

17         Q.   Do you know if Mr. Pichai did it as you          02:22

18   asked him to?                                               02:22

19         A.   I have no idea.                                  02:22

20         Q.   Let me direct your attention to Exhibit 14.      02:22

21   It's a document which contains a Bates range of             02:22

22   4739271, through 4739316.  And I only have a few            02:22

23   questions about a few pages in that document.               02:22

24         A.   Okay.  Just opening it.                          02:22

25   ///                                                         02:23

                                                    Page 131

```
 1                     (Plaintiffs' Exhibit 14 was        02:23

 2                     marked for identification.)        02:23

 3    BY MR. YANCHUNIS:                                   02:23

 4         Q.   And I'll represent to you, ma'am, that this   02:23

 5    is a document that was produced from your files by   02:23

 6    Google's counsel in connection with discovery in this   02:23

 7    case.                                               02:23

 8         A.   I have a lot of documents shared with me on   02:23

 9    a daily basis.                                      02:23

10         Q.   Do you recognize this document?           02:23

11         A.   No, I don't.  But I'm just looking through   02:23

12    it now.  It feels like my team's work.              02:23

13              Yeah.  I'm familiar with some of the work in   02:23

14    this document for sure.                             02:24

15         Q.   I see it's titled -- at least the          02:24

16    significant heading on the first slide is "Safer with   02:24

17    Google, I/O, Data Transparency" --                  02:24

18         A.   Yeah.                                      02:24

19         Q.   -- Privacy Council, February 8, 2021."     02:24

20              Does that refresh your recollection as to   02:24

21    what this document was or prepared for?             02:24

22         A.   Yes.  It's clearly a document for the      02:24

23    privacy council.  It covers -- I guess it covers the   02:24

24    three topics we were covering at privacy council that   02:24

25    week.  I don't remember in detail.                  02:24
```

Page 132

```
 1                  REPORTER'S CERTIFICATE

 2                      ---oOo---

 3   STATE OF CALIFORNIA    )

                           ) ss.

 4   COUNTY OF YOLO         )

 5         I, KATY E. SCHMIDT, a Certified Shorthand

 6   Reporter in and for the State of California, duly

 7   commissioned and a disinterested person, certify:

 8         That the foregoing deposition was taken before

 9   me at the time and place herein set forth;

10         That LORRAINE TWOHILL, the deponent herein, was

11   put on oath by me;

12         That the testimony of the witness and all

13   objections made at the time of the examination were

14   recorded stenographically by me to the best of my

15   ability and thereafter transcribed into typewriting;

16         That the foregoing deposition is a record of

17   the testimony of the examination.

18         IN WITNESS WHEREOF, I subscribe my name on this

19   10th day of Mav. 2022.

20

21

            Katy E. Schmidt, RPR, RMR, CRR, CSR 13096

22          Certified Shorthand Reporter

            in and for the

23          County of Sacramento,

            State of California

24

25   Ref. No. 5211818 KES

                                          Page 163
```