# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5    CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER
 6    CASTILLO, and MONIQUE
      TRUJILLO, individually and on
 7    behalf of all other similarly
      situated,
 8
                  Plaintiffs,
 9                                    No.
           vs.                        5:20-cv-03664-LHK-SVK
10
      GOOGLE LLC,
11
                  Defendant.
12    _____/
13
14              -- CONFIDENTIAL --
15
16       VIDEOTAPED DEPOSITION OF RAMIN HALAVATI
17             Remote Zoom Proceedings
18              Zurich, Switzerland
19           Tuesday, January 18, 2022
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 238                Job No. 5035959
```

Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5    CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER
 6    CASTILLO, and MONIQUE
      TRUJILLO, individually and on
 7    behalf of all other similarly
      situated,
 8
                  Plaintiffs,
 9                                           No.
            vs.                              5:20-cv-03664-LHK-SVK
10
      GOOGLE LLC,
11
                  Defendant.
12    _____/
13
14                    -- CONFIDENTIAL --
15
16        Videotaped deposition of RAMIN HALAVATI,
17   taken on behalf of the Defendant, Remote Zoom Proceedings
18   from Zurich, Switzerland, beginning at 7:39 a.m. Central
19   European Standard Time and ending at 3:16 p.m. Central
20   European Standard Time, on Tuesday, January 18, 2022,
21   before Leslie Rockwood Rosas, RPR, Certified Shorthand
22   Reporter No. 3462.
23
24
25
                                                            Page 2
```

```
 1   APPEARANCES:
 2
 3   FOR THE BROWN PLAINTIFFS:
 4        BOIES SCHILLER & FLEXNER LLP
 5        BY: BEKO REBLITZ-RICHARDSON, ESQ.
 6             ERIKA NYBORG-BURCH, ESQ.
 7        44 Montgomery Street, 41st Floor
 8        San Francisco, California 94104
 9        (415) 293-6804 (Mr. Reblitz-Richardson)
10        (215) 873-7264 (Ms. Nyborg-Burch)
11        brichardson@bsfllp.com
12        enyborg-burch@bsfllp.com
13             -and-
14        BY: HSIAO (MARK) C. MAO, ESQ.
15        44 Montgomery Street, 41st Floor
16        San Francisco, California 91401
17        (415) 293-6800
18        mmao@bsfllp.com
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES (Continued):
 2
 3   FOR THE CALHOUN PLAINTIFFS:
 4        BLEICHMAR FONTI & AULD LLP
 5        BY: ANGELICA M. ORNELAS, ESQ.
 6        555 12th Street, Suite 1600
 7        Oakland, California 94607
 8        (415) 445-4011
 9        aornelas@bfalaw.com
10
11   FOR THE DEFENDANT:
12        QUINN EMANUEL URQUHART & SULLIVAN
13        BY: DR. JOSEF ANSORGE, ESQ.
14        1300 I Street NW, Suite 900
15        Washington, D.C. 20005
16        (202) 538-8000
17        josefansorge@quinnemanuel.com
18             -and-
19        BY: ANGELA KATSIKANTAMIS, ESQ.
20        GmbH
21        Dufourstrasse 29
22        8008 Zurich, Switzerland
23        41-44-253-8000
24        angelakatsikantamis@quinnemanuel.com
25
```

Page 4

```
 1    APPEARANCES (Continued):
 2

 3    Also Present:
 4         Remo Decurtins, Swiss Commissioner
 5         Ralf Uhrich, Esq. (Google counsel)
 6         Scott Slater, Videographer
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                         I N D E X
 2
 3
 4    TUESDAY, JANUARY 18, 2022
 5
 6    WITNESS                                    EXAMINATION
 7    RAMIN HALAVATI
 8
 9       BY MR. REBLITZ-RICHARDSON                        17
10
11
12
13       QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
14                         Page      Line
15                          227        13
16
17
18
19
20
21
22
23
24
25
                                                    Page 6
```

CONFIDENTIAL

```
                        DEPOSITION EXHIBITS

                          RAMIN HALAVATI

   NUMBER          DESCRIPTION                    IDENTIFIED

   Exhibit 1       Ramin Halavati LinkedIn            12
                   Profile

   Exhibit 2       Email string from                  12
                   mardini@google.com to
                   Christina Collada, 10/15/19,
                   GOOG-BRWN-00387574

   Exhibit 3       Email string from Ramin            12
                   Halavati to Mark Pearson,
                   03/10/20, GOOG-BRWN-00601267
                   - 268

   Exhibit 4       Incognito Mode, Current and        12
                   Possible Promises, Last
                   Update 09/24/18,
                   GOOG-BRWN-00047390 - 398

   Exhibit 5       Incognito NTP Message Since        33
                   2016, GOOG-BRWN-00555223 -
                   225

   Exhibit 6       What Do We Need To Know About      53
                   Chrome Incognito Mode To
                   Improve It, 09/24/18,
                   GOOG-BRWN-00047399 - 405
```

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| 1 | Exhibit 7 | Incognito User Education PRD, | 53 |
| 2 | | 11/30/18, GOOG-CABR-410282 - | |
| 3 | | 297 | |
| 4 | Exhibit 8 | Incognito Mode UXR Review, | 53 |
| 5 | | March 2020, | |
| 6 | | GOOG-BRWN-00042388 - 418 | |
| 7 | Exhibit 9 | Incognito Mode, Last Edit | 90 |
| 8 | | July 2020, GOOG-BRWN-00140157 | |
| 9 | | - 163 | |
| 10 | Exhibit 10 | Email from Ramin Halavati to | 90 |
| 11 | | miraglia@google.com, | |
| 12 | | 02/14/19, GOOG-BRWN-00222016 | |
| 13 | | - 017 | |
| 14 | Exhibit 11 | Email string from Ramin | 90 |
| 15 | | Halavati to Sammit Adhya, | |
| 16 | | 07/30/19, GOOG-CABR-00830718 | |
| 17 | | - 721 | |
| 18 | Exhibit 12 | Email string from Ramin | 90 |
| 19 | | Halavati to Sammit Adhya, | |
| 20 | | 08/08/19, GOOG-CABR-00501220 | |
| 21 | | - 226 | |
| 22 | Exhibit 13 | Email from Ramin Halavati to | 112 |
| 23 | | Chris Liao, 01/02/20, | |
| 24 | | GOOG-CABR-00545997 | |
| 25 | | | |

| | | | |
|---|---|---|---|
| 1 | Exhibit 14 | Email string from Ramin Halavati to Atef Chaudhury, 02/06/20, GOOG-BRWN-00386798 - 799 | 119 |
| 5 | Exhibit 15 | Email string from Google Docs to Rory McClelland, 01/27/20, GOOG-BRWN-00701189 - 191 | 132 |
| 8 | Exhibit 16 | Email from Sammit Adhya to Sabine Borsay, 01/29/20, GOOG-BRWN-00184883 - 884 | 132 |
| 11 | Exhibit 17 | Email string from Ramin Halavati to mardini@google.com, 03/06/20, GOOG-CABR-00832014 - 015 | 133 |
| 15 | Exhibit 18 | Email from Ramin Halavati to Rory McClelland, 06/04/19, GOOG-BRWN-00699534 - 535 | 133 |
| 18 | Exhibit 19 | Email from Ramin Halavati to Rory McClelland, 02/10/20, GOOG-BRWN-00782689 - 690 | 133 |
| 21 | Exhibit 20 | Email string from Ramin Halavati to Mark Pearson, 05/07/20, GOOG-CABR-00487012 - 031 | 133 |

| # | Exhibit | Description | Page |
|---|---------|-------------|------|
| 1 | Exhibit 21 | Email from Ramin Halavati to Chrome Privacy Core, 05/17/19, GOOG-BRWN-00394965 | 164 |
| 4 | Exhibit 22 | Collecting Incognito Usage Stats, 05/22/19, GOOG-BRWN-00147870 - 872 | 164 |
| 7 | Exhibit 23 | Email string from Mark Pearson to Florian Uunk, 01/17/20, GOOG-CABR-04967959 - 975 | 169 |
| 11 | Exhibit 24 | Email string from Ramin Halavati to Tim Schumann, 07/22/20, GOOG-BRWN-00183909 - 910 | 174 |
| 15 | Exhibit 25 | Email string from Ramin Halavati to Rory McClelland, 12/30/19, GOOG-BRWN-00455104 - 117 | 185 |
| 19 | Exhibit 26 | Incognito (and Guest) Metrics, 11/25/20, GOOG-BRWN-00164509 - 515 | 185 |
| 22 | Exhibit 27 | Incognito Metrics, 02/10/20, GOOG-CABR-04648434 - 461 | 192 |
| 24 | Exhibit 28 | Native document, GOOG-CABR-04486714 | 194 |

CONFIDENTIAL

| # | Exhibit | Description | Page |
|---|---|---|---|
| 1-2 | Exhibit 28.1 | Excel spreadsheet, GOOG-CABR-04486714 | 195 |
| 3-6 | Exhibit 29 | Email string from Rory McClelland to Christian Dullweber, 02/06/20, GOOG-BRWN-00601022 - 023 | 205 |
| 7-9 | Exhibit 30 | Email string from Ramin Halavati to Sammit Adhya, 02/04/20, GOOG-BRWN-00750077 | 209 |
| 10-12 | Exhibit 31 | Email from Ramin Halavati to Steven Holte, 06/03/20, GOOG-BRWN-00233056 | 215 |
| 13-16 | Exhibit 32 | Email string from Ramin Halavati to Kenji Baheax, 07/27/21, GOOG-BRWN-00608759 - 763 | 218 |
| 17-19 | Exhibit 33 | Incognito NTP Revamp PRD, 07/09/21, GOOG-CABR-04746237 - 241 | 222 |

1        Zurich, Switzerland; Tuesday, January 18, 2022

2           7:39 a.m. Central European Standard Time

3                           --oOo--

4                         PROCEEDINGS

5

6        (Exhibit 1, Ramin Halavati LinkedIn Profile, was

7        marked for identification by counsel

8        electronically.)

9        (Exhibit 2, Email string from mardini@google.com

10       to Christina Collada, 10/15/19,

11       GOOG-BRWN-00387574, was marked for

12       identification by counsel electronically.)

13       (Exhibit 3, Email string from Ramin Halavati to

14       Mark Pearson, 03/10/20, GOOG-BRWN-00601267 -

15       268, was marked for identification by counsel

16       electronically.)

17       (Exhibit 4, Incognito Mode, Current and Possible

18       Promises, Last Update 09/24/18,

19       GOOG-BRWN-00047390 - 398, was marked for

20       identification by counsel electronically.)            07:38:25

21       THE VIDEOGRAPHER:  Good morning.  We are on the

22  record at 7:39 a.m. Central European Standard Time on

23  January 18th, 2022.

24       Please note that the microphones are sensitive

25  and may pick up whispering, private conversations, or     07:39:04

Page 12

| | | |
|---|---|---|
| 1 | treat the user as a user that is in regular mode, but | |
| 2 | Google does not know their identity. | |
| 3 | So if Google knew that user is in Incognito | |
| 4 | mode, they could behave differently. | |
| 5 | Q.   BY MR. REBLITZ-RICHARDSON:  And that's something | 10:13:57 |
| 6 | you evaluated as part of your work for Google, whether or | |
| 7 | not to send Google information that would allow Google to | |
| 8 | not save Incognito browsing activity; right? | |
| 9 | A.   Yes.  I worked on the possibility of telling | |
| 10 | Google that user is in more private browsing mode. | 10:14:14 |
| 11 | Q.   And Google never implemented that change; | |
| 12 | correct? | |
| 13 | A.   We had a very long discussion about it, more | |
| 14 | than a year, and the benefits of this feature did not | |
| 15 | outweigh the negative side effects.  So we did not do | 10:14:33 |
| 16 | that. | |
| 17 | Q.   Exhibit 11.  GOOG-CABR-00830718. | |
| 18 | Do you have that in front of you, Mr. Halavati? | |
| 19 | A.   Yes. | |
| 20 | Q.   Is Exhibit 11 an email you sent as part of your | 10:14:59 |
| 21 | work for Google? | |
| 22 | A.   Yes, it looks so. | |
| 23 | Q.   Do you need a moment to look it over? | |
| 24 | A.   Yes.  Thank you. | |
| 25 | I read it. | 10:19:37 |

```
 1         Q.   Mr. Halavati, is this a document you reviewed
 2    yesterday in preparation for your deposition here today?
 3         A.   No, I did not.
 4         Q.   Okay.  Do you see where it references Chrome in
 5    the subject line?                                              10:19:53
 6         A.   Subject line, yes, SinRastro Chrome.
 7         Q.   And then in your email at the top, there's one,
 8    two, three bullets.
 9              Do you see that?
10         A.   Yes.                                                 10:20:03
11         Q.   And at the end of the third bullet, you wrote:
12    "This is not what Sundar promised."
13              Do you see that?
14         A.   Yes.
15         Q.   Was that a reference to Sundar Pichai?               10:20:14
16         A.   Yes.
17         Q.   What did Mr. Pichai promise?
18         A.   I don't recall exactly, but I think it was a
19    statement from him in Google IO 2019 conference that he
20    talked about how there would be a closer contact between      10:20:35
21    Incognito mode of different Google products and Android
22    ecosystem.
23              Yeah, I don't recall beyond this.  But the main
24    point was that on Android, because they are also
25    controlling OS, we can have stronger ties between             10:20:55
```

Veritext Legal Solutions
866 299-5127

```
 1    Incognito mode of different products and deliver better

 2    services.

 3         Q.   That included Chrome; correct?

 4         A.   Yes.

 5         Q.   And where you wrote:  "Therefore, instead of the      10:21:07

 6    expected result of going to Incognito mode stops Google

 7    logging in all products, we would have 'users have a way

 8    to set up Incognito to tell Google to stop logging for

 9    all products.'"

10              Do you see that?                                      10:21:26

11         A.   Yes.

12         Q.   And "Google logging in all products," would that

13    include Google Ads and Analytics products?

14         A.   Yeah.  Well, product in this context mostly

15    refers to Maps and YouTube, but let me read it once more.       10:21:47

16    It can be also related to other Google products,

17    including Ads and whatever that's --

18         Q.   And Analytics; correct?

19         A.   Analytics, correct.

20         Q.   And then you wrote:  "Hence, I see the solution       10:22:14

21    mostly as a remedy for Google to tell regulators that we

22    gave the option to the users."

23              What did you mean by that?

24         A.   I don't remember exactly the context here, but I

25    know there were GDPR regulations about giving users the        10:22:33
```

```
1    STATE OF CALIFORNIA    ) ss:
2    COUNTY OF MARIN        )
3           I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
4    hereby certify:
5           That the foregoing deposition testimony was
6    taken before me at the time and place therein set forth
7    and at which time the witness was administered the oath;
8           That testimony of the witness and all objections
9    made by counsel at the time of the examination were
10   recorded stenographically by me, and were thereafter
11   transcribed under my direction and supervision, and that
12   the foregoing pages contain a full, true and accurate
13   record of all proceedings and testimony to the best of my
14   skill and ability.
15          I further certify that I am neither counsel for
16   any party to said action, nor am I related to any party
17   to said action, nor am I in any way interested in the
18   outcome thereof.
19          IN WITNESS WHEREOF, I have subscribed my name
20   this 20th day of January, 2022.
21
22
23
24
25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 235