# EXHIBIT 5

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---oOo---

CHASOM BROWN; MARIA NGUYEN;
WILLIAM BYATT; JEREMY DAVIS;
and CHRISTOPHER CASTILLO,
individually and on behalf
of all other similarly
situated,

        Plaintiffs,

vs.                                  No. 5:20-cv-03664-LHK

GOOGLE LLC,

        Defendant.
_____/

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF SAMMIT ADHYA

WITNESS LOCATION: SAN JOSE, CALIFORNIA

FRIDAY, NOVEMBER 19, 2021

Stenographically Reported by:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

California CSR No. 9830

Job No. 765904

MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com



Page 2

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                         ---oOo---
 4
 5   CHASOM BROWN; MARIA NGUYEN;
     WILLIAM BYATT; JEREMY DAVIS;
 6   and CHRISTOPHER CASTILLO,
     individually and on behalf
 7   of all other similarly
     situated,
 8
                    Plaintiffs,
 9   vs.                              No. 5:20-cv-03664-LHK
10   GOOGLE LLC,
11                  Defendant.
     _____/
12
13
14        REMOTE VIDEOTAPED DEPOSITION OF SAMMIT ADHYA,
15      taken on behalf of the Plaintiffs, on Friday,
16      November 19, 2021, beginning at 9:08 a.m., and
17      ending at 5:38 p.m., Pursuant to Notice, and
18      remotely before me, ANDREA M. IGNACIO, CSR, RPR,
19      CRR, CLR ~ License No. 9830.
20
21
22
23
24
25
```



```
                                                          Page 3
 1   R E M O T E   A P P E A R A N C E S:
 2
 3
 4       COUNSEL FOR THE PLAINTIFFS:
 5            BOIES SCHILLER & FLEXNER LLP
 6            By:  BEKO REBLITZ-RICHARDSON, ESQ.
 7                 MARK MAO, ESQ.
 8            44 Montgomery Street, 41st Floor
 9            San Francisco, California 94104
10
11
12            MORGAN & MORGAN
13            By:  RYAN MCGEE, ESQ.
14                 JENNI CABEZAS, Paralegal
15            201 N. Franklin Street, 7th Floor
16            Tampa, Florida 33602
17
18
19
20
21
22
23
24
25
```



```
                                                               Page 4
 1    R O M O T E  A P P E A R A N C E S:  (Cont.)
 2
 3
 4        COUNSEL FOR THE DEFENDANT:
 5            QUINN EMANUEL URQUHART & SULLIVAN
 6            By:  SARA JENKINS, ESQ.
 7                 TRACY GAO, ESQ.
 8                 555 Twin Dolphin Drive, 5th Floor
 9                 Redwood Shores, California 94065
10
11
12        ALSO PRESENT:  Matthew Gubiotti, Google
13                       Evan Tsilimidos, Videographer
14                       Vanessa Wheeler, Exhibit Technician
15
16                       ---oOo---
17
18
19
20
21
22
23
24
25
```



```
                                                          Page 5
 1                    INDEX OF EXAMINATION
 2
 3     WITNESS:  Sammit Adhya
 4
 5     EXAMINATION                                         PAGE
 6     By Mr. McGee                                           9
 7
 8                 INDEX OF DEPOSITION EXHIBITS
 9     EXHIBIT                                             PAGE
10     Exhibit 1    Sammit Adhya PM Transfer Candidate       32
11                  Bates GOOG-BRWN-00540053 - '61
12     Exhibit 2    Document Bates GOOG-BRWN-00561420        42
13     Exhibit 3    12-22-18 E-mail Re: End of the           48
14                  Year Update on the Unauth
15                  Workstream, Bates
16                  GOOG-CABR-03689232 - '233
17     Exhibit 4    5-3-19 E-mail Re: Incognito              62
18                  Questio... I think the product
19                  meta question is..., Bates
20                  GOOG-BRWN-00611987
21     Exhibit 5    Incognito Strategy and Creative          67
22                  Brief August 2019, Bates
23                  GOOG-BRWN-00569625 - '632
24     //
25     //
```



```
                                                              Page 6
 1                  INDEX OF DEPOSITION EXHIBITS
 2   EXHIBIT                                                   PAGE
 3   Exhibit 6     8-13-19 E-mail Re: Chrome/Sin                87
 4                 Rastro options, Bates
 5                 GOOG-BRWN-00700255 - '56
 6   Exhibit 7     8-20-19 E-mail Re: Chrome/Sin               105
 7                 Rast, Bates GOOG-BRWN-00700347
 8                 - '48
 9   Exhibit 8     Incognito Google-wide Summary               111
10                 BATES GOOG-BRWN-00567843 - '50
11   Exhibit 9     2-14-20 Chat Message, Bates                 119
12                 GOOG-BRWN-00177302 - '306
13   Exhibit 10    2-14-20 E-mail Re: Proposal under           125
14                 Martin to check with sthamilton,
15                 Bates GOOG-BRWN-00441285 - '86
16   Exhibit 11    6-18-20 Chat Message, Bates                 137
17                 GOOG-BRWN-00176724 - '726
18   Exhibit 12    6-28-20 E-mail Re: Reuters:                 143
19                 Inaccurate YouTube Incognito
20                 press, Bates GOOG-BRWN-00176684
21                 - '85
22   Exhibit 13    2-15-20 E-mail Re: Summary of               150
23                 Sin Rastro meeting with Chrome
24                 leads and next steps, Bates
25                 GOOG-BRWN-00177296 - '298
```



Page 7

1                INDEX OF DEPOSITION EXHIBITS
2    EXHIBIT                                                PAGE
3    Exhibit 14    8-7-19 E-mail Re: SinRastro/Chrome       154
4                  Bates GOOG-BRWN-00503271 - '277
5    Exhibit 15    7-22-20 Chat Message, Bates              157
6                  GOOG-BRWN-00176477 - '80
7    Exhibit 16    Sammit/Saud Bates                        164
8                  GOOG-BRWN-00564810 - '17
9    Exhibit 17    7-29-20 Notes, Bates                     175
10                 GOOG-BRWN-00536956
11   Exhibit 18    Meeting Notes: Incognito Next            182
12                 Steps, Bates GOOG-BRWN-00165567
13   Exhibit 19    7-22-20 Chat Message, Bates              184
14                 GOOG-BRWN-00176481
15   Exhibit 20    5-19-20 Chat Message, Bates              190
16                 GOOG-BRWN-00176937 - '44
17   Exhibit 21    3-22-19 E-mail Re: ███████ Weekly        202
18                 Update, Bates GOOG-BRWN-00178120
19                 - '122
20                        ---oOo---
21
22
23
24
25



|   |   | Page 155 |
|---|---|---|
| 1 | MR. MCGEE:  Q.  And I want to -- Mr. Adhya, | 02:56:44 |
| 2 | when you get the document, I just want to draw your | 02:56:46 |
| 3 | attention to the fourth page that's going to have | 02:56:47 |
| 4 | Bates label '274. | 02:56:51 |
| 5 | A   Okay.  I have the document. | 02:57:08 |
| 6 | Q   Okay.  And again on the fourth page, '2774, | 02:57:09 |
| 7 | there's a message to you in -- an July 30, 2019, at | 02:57:13 |
| 8 | 6:25 a.m.  And that third bullet point: | 02:57:19 |
| 9 | "Therefore, instead of the expected result of | 02:57:30 |
| 10 | 'Going to Incognito mode stops Google logging in all | 02:57:34 |
| 11 | products', we would have 'Users have a way to set up | 02:57:37 |
| 12 | Incognito to tell Google to stop logging for all | 02:57:45 |
| 13 | products." | 02:57:48 |
| 14 | Do you have any independent recollection of | 02:57:50 |
| 15 | your discussions with Mr. Halavati about the substance | 02:57:51 |
| 16 | of that quote? | 02:57:55 |
| 17 | MS. JENKINS:  Objection. | 02:57:58 |
| 18 | To the extent you need to review part of the | 02:57:59 |
| 19 | document to respond, please do so. | 02:58:01 |
| 20 | MR. MCGEE:  Q.  Mr. Adhya, I'm just asking | 02:58:03 |
| 21 | you about this very specific quote. | 02:58:05 |
| 22 | Do you currently have any independent | 02:58:08 |
| 23 | recollection about the substance of what you were | 02:58:09 |
| 24 | discussing with Mr. Halavati? | 02:58:13 |
| 25 | A   I just wanted to make sure -- like this is a | 02:58:23 |



```
                                                              Page 156
 1    long e-mail thread.                                     02:58:26
 2        Q   Right.  I know it is, but I'm just asking       02:58:28
 3    about this very specific part, about the proposed       02:58:29
 4    change about, quote:                                    02:58:34
 5           "Going into Incognito mode stops Google          02:58:35
 6    logging in all products," end quote.  To, quote,        02:58:38
 7    "Users have a way to set up Incognito to tell Google    02:58:42
 8    to stop logging for all product."                       02:58:45
 9           Do you have any independent recollection of      02:58:48
10    that discussion with Mr. Halavati?                      02:58:49
11        A   I don't.  I'd have to read the e-mail and see   02:58:56
12    if I can remember any of the context here, but I don't  02:58:59
13    remember this specifically.                             02:59:02
14        Q   Do you have any understanding about what        02:59:03
15    Sundar may or may not have promised related to that     02:59:08
16    quote?                                                  02:59:14
17        A   I don't.                                        02:59:16
18           MS. JENKINS:  Objection; vague.                  02:59:16
19           MR. MCGEE:  Q.  And Sundar in that would be      02:59:18
20    Mr. Pichai; correct?                                    02:59:19
21           MS. JENKINS:  Objection; calls for               02:59:21
22    speculation.                                            02:59:25
23           THE WITNESS:  I don't know.                      02:59:25
24           MR. MCGEE:  Okay.  And we'll mark as             02:59:34
25    Exhibit 15 GOOG-BRWN-00176477.                          02:59:38
```



|   |   | Page 157 |
|---|---|---|
| 1 | (Document remotely marked Exhibit 15 | 02:59:42 |
| 2 | for identification.) | 03:00:21 |
| 3 | MR. MCGEE:  Q.  Mr. Adhya, please take a | 03:00:21 |
| 4 | moment to review this document, and let me know when | 03:00:23 |
| 5 | you've had a chance to review it. | 03:00:25 |
| 6 | A  Okay.  Thank you. | 03:00:27 |
| 7 | Okay.  I've had a chance to review. | 03:02:46 |
| 8 | Q  Okay.  And if you look at the top of the | 03:02:47 |
| 9 | second page that has the Bates label '478, there's a | 03:02:49 |
| 10 | message from Greg Fair at 14:07:01.  It says: | 03:02:55 |
| 11 | "Slide 9?  The &quot;Google wants to track | 03:03:05 |
| 12 | you&quot; message will have too much negative impact | 03:03:09 |
| 13 | on user trust." | 03:03:09 |
| 14 | Do you agree with that statement, that Google | 03:03:16 |
| 15 | informing users it wants to track them will have | 03:03:19 |
| 16 | too much negative impact on their trust? | 03:03:22 |
| 17 | MS. JENKINS:  Objection; vague; lacks | 03:03:25 |
| 18 | foundation. | 03:03:34 |
| 19 | THE WITNESS:  I don't agree with that. | 03:03:39 |
| 20 | MR. MCGEE:  Q.  Why not? | 03:03:40 |
| 21 | A  I don't have the full context.  I don't | 03:03:57 |
| 22 | remember the full context of this conversation.  But I | 03:03:58 |
| 23 | think this is talking about some changes related to | 03:04:01 |
| 24 | iOS 14 and requirements from Apple on somehow the -- | 03:04:07 |
| 25 | on somehow the -- how these things work. | 03:04:16 |



CONFIDENTIAL

Page 217

```
 1                CERTIFICATE OF STENOGRAPHER
 2
 3            I, ANDREA M. IGNACIO, hereby certify that the
 4    witness in the foregoing remote deposition was by me
 5    remotely sworn to tell the truth, the whole truth, and
 6    nothing but the truth in the within-entitled cause;
 7            That said deposition was taken in shorthand by
 8    me, a disinterested person, remotely at the time stated,
 9    and that the testimony of the said witness was
10    thereafter reduced to typewriting, by computer, under my
11    direction and supervision;
12            That before completion of the deposition,
13    review of the transcript [x] was [ ] was not requested.
14    If requested, any changes made by the deponent (and
15    provided to the reporter) during the period allowed are
16    appended hereto.
17            I further certify that I am not of counsel or
18    attorney for either or any of the parties to the said
19    deposition, nor in any way interested in the event of
20    this cause, and that I am not related to any of the
21    parties thereto.
22    Dated:
23    _____Andrea M. Ignacio_____
24      ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
25
```

