# EXHIBIT 6

```
 1   ** C O N F I D E N T I A L **
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   SAN JOSE DIVISION
 5   Case No. 5:20-cv-5146-LHK
 6   ------------------------------------x
     PATRICK CALHOUN, ELAINE CRESPO,
 7   HADIYAH JACKSON and CLAUDIA
     KINDLER, on behalf of all
 8   others similarly situated,
 9            Plaintiffs,
10
11      - against -
12
13   GOOGLE LLC,
14            Defendant.
     ------------------------------------x
15              (Caption Continued)
16              November 24, 2021
                9:06 a.m.
17
                    VOLUME II
18
19      Continued Videotaped Deposition of
20   ABDELKARIM MARDINI, taken by Plaintiffs,
21   pursuant to Notice, held via Zoom
22   videoconference, before Todd DeSimone, a
23   Registered Professional Reporter and Notary
24   Public of the States of New York and New
25   Jersey.
```

Page 240

CONFIDENTIAL

```
1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   SAN JOSE DIVISION
4   Case No. 5:20-cv-03664-LHK
5   ------------------------------------x
    CHASOM BROWN, WILLIAM BYATT,
6   JEREMY DAVIS, CHRISTOPHER
    CASTILLO and MONIQUE TRUJILLO,
7   individually and on behalf of all
    others similarly situated,
8
              Plaintiffs,
9
10
        - against -
11
12
    GOOGLE LLC,
13
              Defendant.
14  ------------------------------------x
15
16
17
18
19
20
21
22
23
24
25
```

Page 241

CONFIDENTIAL

```
 1  A P P E A R A N C E S :
 2  BLEICHMAR FONTI & AULD LLP
    555 12th Street
 3  Suite 1600
    Oakland, California 94607
 4      Attorneys for Plaintiffs
        in Calhoun case
 5  BY:  LESLEY E. WEAVER, ESQ.
           lweaver@bfalaw.com
 6
 7
 8  DICELLO LEVITT GUTZLER LLC
    One Grand Central Place
 9  60 East 42nd Street
    Suite 2400
10  New York, New York 10165
        Attorneys for Plaintiffs
11      in Calhoun case
    BY:  DAVID A. STRAITE, ESQ.
12         dstraite@dicellolevitt.com
13
14
15  SIMMONS HANLY CONROY LLC
    112 Madison Avenue
16  7th Floor
    New York, New York 10016
17      Attorneys for Plaintiffs
        in Calhoun case
18  BY:  JASON "JAY" BARNES, ESQ.
           jaybarnes@simmonsfirm.com
19         AN TRUONG, ESQ.
           atruong@simmonsfirm.com
20
21
22
23
24
25
```

Page 242

CONFIDENTIAL

```
 1   A P P E A R A N C E S: (Continued)
 2   BOIES SCHILLER FLEXNER LLP
     44 Montgomery Street
 3   41st Floor
     San Francisco, California 94104
 4        Attorneys for Plaintiffs in
          Brown Case
 5   BY:   BEKO O. REBLITZ-RICHARDSON, ESQ.
             brichardson@bsfllp.com
 6         ERIKA NYBORG-BURCH, ESQ.
             enyborg-burch@bsfllp.com
 7
 8
 9   QUINN EMANUEL URQUHART & SULLIVAN LLP
     191 North Wacker Drive
10   Suite 2700
     Chicago, Illinois 60606
11        Attorneys for Defendant
     BY:   ANDREW H. SCHAPIRO, ESQ.
12           andrewschapiro@quinnemanuel.com
           TEUTA FANI, ESQ.
13           teutafani@quinnemanuel.com
14
15
16   ALSO PRESENT:
17     MATTHEW GUBIOTTI, Google LLC
18     MARC FRIEDMAN, Videographer
19
20
21
22
23
24
25
```

Page 243

```
 1  document?
 2       Q.     Yes.
 3              (Witness perusing document.)
 4       A.     Yes.
 5       Q.     Mr. Mardini, do you see the
 6  second bullet point there states
 7  "Sundar/Sin Rastro wants to expand the
 8  incognito brand to other Google product and
 9  to provide privacy towards Google (versus
10  only local privacy)"?
11              Do you see that?
12       A.     Yes.
13       Q.     If you know, did Mr. Pichai
14  want to expand the incognito brand to other
15  Google products?
16              MR. SCHAPIRO:  Objection, calls
17  for speculation.
18       A.     As I said, I have not met or
19  been on e-mail threads or videoconferences
20  with Mr. Pichai, but I do know that, you
21  know, via hearing about it from other
22  people that there was a desire to expand
23  our incognito brand to other Google apps.
24       Q.     And based on your discussions
25  with others, was it your understanding that
```

Page 371

1  it was Mr. Pichai's desire to expand the
2  incognito brand to other Google apps?
3           MR. SCHAPIRO:  Objection to the
4  form of the question, calls for
5  speculation.
6     A.    No, I wouldn't say that this
7  was exclusively the case.  I have been in
8  discussions with the PDPO team, the privacy
9  and data protection office at Google who
10 were interested in that, irrespective of
11 anything related to Mr. Pichai.
12          Also, I have been -- probably
13 some folks reached out to me from the
14 Google search app maybe or YouTube, I don't
15 remember, and wanted to learn a little bit
16 about how Chrome incognito works and what
17 are the promises that Chrome incognito
18 makes.
19          But users -- not users --
20 Googlers or employees in Google sometime
21 drop the name to get your attention.  So
22 they would use that sometimes as a
23 technique to ensure that this request or
24 this request for meeting or this e-mail
25 gets the right level of attention or

Page 372

```
 1  traction.  So I would be very skeptical or
 2  wary when someone sends me an e-mail saying
 3  executive X wants this now, as a technique
 4  to make me like maybe prioritize the
 5  request.
 6       Q.     If you go on to the fourth
 7  bullet, it states "Chrome is a Google
 8  product.  And Chrome is a browser."
 9              Do you see that?
10       A.     Yes.
11       Q.     Do you agree with that?
12       A.     Yes.
13       Q.     And then the next bullet states
14  "We all agree that we want to expand
15  incognito mode to also offer some privacy
16  towards Google.  But we need to align on
17  what level of privacy towards Google we can
18  and want to support."
19              Do you see that?
20       A.     Yes.
21       Q.     Do you have an understanding as
22  to what that means, "We all agree that we
23  want to expand incognito mode to also offer
24  some privacy towards Google"?
25              MR. SCHAPIRO:  Objection, calls
```

Page 373

```
 1  for speculation.
 2       A.    I did not write this specific
 3  line or this specific bullet, so I cannot
 4  assert what expanding of incognito mode to
 5  offer some privacy toward Google would mean
 6  exactly.
 7       Q.    Well, going back to the second
 8  bullet where it says "and to provide
 9  privacy towards Google (versus only local
10  privacy)," what understanding, if any, do
11  you have as to what that means?
12             MR. SCHAPIRO:  Objection, calls
13  for speculation.
14       A.    My understanding of this is
15  local privacy is what I mentioned about not
16  leaving any trace behind on the local
17  device.  Privacy towards Google would imply
18  things like preventing you from logging in,
19  from signing in to a Google property if you
20  are in incognito mode.
21       Q.    Would privacy towards Google
22  involve not logging/deleting logs from
23  Chrome incognito browsing?
24             MR. SCHAPIRO:  Objection to the
25  form of the question.
```

Page 374

1          CERTIFICATION

2

3     I, TODD DeSIMONE, a Notary Public for

4  and within the State of New York, do hereby

5  certify:

6     That the witness whose testimony as

7  herein set forth, was duly sworn by me; and

8  that the within transcript is a true record

9  of the testimony given by said witness.

10    I further certify that I am not related

11 to any of the parties to this action by

12 blood or marriage, and that I am in no way

13 interested in the outcome of this matter.

14    IN WITNESS WHEREOF, I have hereunto set

15 my hand this 1st day of December, 2021.

16

17

18           *Todd DeSimone* (signature)

19          TODD DESIMONE

20             *     *     *

21

22

23

24

25

Page 474