# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---oOo---

CHASOM BROWN; MARIA NGUYEN;
WILLIAM BYATT; JEREMY DAVIS;
and CHRISTOPHER CASTILLO,
individually and on behalf
of all other similarly
situated,

             Plaintiffs,

vs.                                   No. 5:20-cv-03664-LHK

GOOGLE LLC,

             Defendant.

_____/

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF BRIAN RAKOWSKI

THURSDAY, AUGUST 19, 2021

Stenographically Reported by:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
California CSR No. 9830
Job No. 741808

MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                         ---oOo---
 4
 5   CHASOM BROWN; MARIA NGUYEN;
     WILLIAM BYATT; JEREMY DAVIS;
 6   and CHRISTOPHER CASTILLO,
     individually and on behalf
 7   of all other similarly
     situated,
 8
                     Plaintiffs,
 9   vs.                                 No. 5:20-cv-03664-LHK
10   GOOGLE LLC,
11                   Defendant.
     _____/
12
13
14      REMOTE VIDEOTAPED DEPOSITION OF BRIAN RAKOWSKI,
15   taken on behalf of the Plaintiffs, on Thursday,
16   August 19, 2021, beginning at 9:00 a.m., and ending
17   at 6:02 p.m., Pursuant to Notice, and remotely
18   before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~
19   License No. 9830.
20
21
22
23
24
25
```

```
 1   R E M O T E   A P P E A R A N C E S:

 2

 3

 4      COUNSEL FOR THE PLAINTIFFS:

 5           BOIES SCHILLER & FLEXNER LLP

 6           By:  BEKO RICHARDSON, ESQ.

 7                MARC C. MAO, ESQ.

 8                ERIKA NYBORG-BURCH, ESQ.

 9           44 Montgomery Street, 41st Floor

10           San Francisco, California 94104

11

12           BOIES SCHILLER & FLEXNER LLP

13           By:  ROSSANA BAEZA, ESQ.

14           100 SE 2nd Street, 28th Floor

15           Miami, Florida 33131

16

17           MORGAN & MORGAN

18           By:  RYAN MCGEE, ESQ.

19                RA AMEN, ESQ.

20           201 N. Franklin Street, 7th Floor

21           Tampa, Florida 33602

22

23

24

25
```

```
 1   R O M O T E  A P P E A R A N C E S:  (Cont.)
 2
 3
 4      COUNSEL FOR THE DEFENDANT:
 5           QUINN EMANUEL URQUHART & SULLIVAN
 6           By:  VIOLA TREBICKA, ESQ.
 7                TEUTA FANI, ESQ.
 8           865 S. Figueroa Street, 10th Floor
 9           23 Los Angeles, California 90017
10
11
12      ALSO PRESENT:  Matthew Gubiotti, Google
13                     Evan Tsilimidos, Videographer
14                     Vanessa Wheeler, Exhibit Technician
15                     ---oOo---
16
17
18
19
20
21
22
23
24
25
```

```
                                                        Page 5
 1                       INDEX OF STATEMENT
 2
 3    WITNESS:  Brian Rakowski
 4
 5    EXAMINATION                                         PAGE
 6    By Mr. Richardson                                 12, 320
 7    By Mr. Trebicka                                     318
 8
 9                 INDEX OF DEPOSITION EXHIBITS
10    EXHIBIT                                             PAGE
11    Exhibit 2    6-10-08 E-mail, Re:  Chrome             68
12                 top 10 - mk, Bates
13                 GOOG-BRWN-00228744.R - '745.R
14    Exhibit 3    6-12-08 E-mail, Re: Chrome              85
15                 Closing Interviews Today -
16                 Summary of P2, P6, P5, Bates
17                 GOOG-BRWN-00228597 - '99
18    Exhibit 4    7-11-08 E-mail, Re: Chrome             103
19                 redirect loop issue - observation
20                 Bates GOOG-BRWN-00410076
21    Exhibit 5    7-11-08 E-mail, Chrome redirect        120
22                 loop issue - observation
23                 Bates GOOG-BRWN-00226894 - '95
24    Exhibit 6    7-17-18 E-mail, Chrome Team Meeting    135
25                 Notes, Bates GOOG-BRWN-00409986 - '87
```

Page 6

| | | | |
|---|---|---|---|
| 1 | | INDEX OF DEPOSITION EXHIBITS | |
| 2 | EXHIBIT | | PAGE |
| 3 | Exhibit 7 | 7-11-08 E-mail, Re: UX/l10n | 142 |
| 4 | | feedback on the "great go | |
| 5 | | incognito debate" Bates | |
| 6 | | GOOG-BRWN-00477487 - '89 | |
| 7 | Exhibit 9 | 7-16-08 E-mail, Re: Incognito, | 154 |
| 8 | | New Tab, Bates GOOG-BRWN-00410098 | |
| 9 | | - '100 | |
| 10 | Exhibit 10 | 7-16-08 E-mail, Re: Incognito, | 164 |
| 11 | | New Tab, Bates GOOG-BRWN-000410042 | |
| 12 | | - '47 | |
| 13 | Exhibit 11 | 8-22-08 E-mail, Re: FAQs - Some | 180 |
| 14 | | more missing pieces, Bates | |
| 15 | | GOOG-BRWN-00409792 - '93 | |
| 16 | Exhibit 14 | 9-7-08 E-mail, Re: Weekly Media | 192 |
| 17 | | Highlights, Bates | |
| 18 | | GOOG-BRWN-00226141 - '166 | |
| 19 | Exhibit 15 | 9-11-08 E-mail, Re: User action | 197 |
| 20 | | dashboard now showing post-launch | |
| 21 | | user data, Bates GOOG-BRWN-00409640 | |
| 22 | Exhibit 16 | 9-11-08 E-mail, Re: Chrome Usage | 202 |
| 23 | | Stats, Bates GOOG-BRWN-00226125 - | |
| 24 | | '127 | |
| 25 | /// | | |

Case 4:20-cv-03664-YGR   Document 654-8   Filed 08/04/22   Page 8 of 19

```
                                                          Page 7
 1                INDEX OF DEPOSITION EXHIBITS
 2   EXHIBIT                                              PAGE
 3   Exhibit 17   9-11-08 E-mail, Re: Add UMA             208
 4                tracking for incognito, Bates
 5                GOOG-BRWN-00226124
 6   Exhibit 18   9-26-08 E-mail, Re: Incognito           212
 7                switch that can be used to launch
 8                Chrome in Incognito mod, Bates
 9                GOOG-BRWN-00226088 - '89
10   Exhibit 19   10-10-08 E-mail, Re:                    215
11                ecommerce-guide.com piece on
12                affiliate marketing, Bates
13                GOOG-BRWN-00225976 - '80
14   Exhibit 20   10-13-08 E-mail, Re:  Tin foil hat      221
15                mode brainstorm (and wine)
16                tomorrow afternoon, Bates
17                GOOG-BRWN-00474874 - '75
18   Exhibit 21   2-2-09 E-mail, Re: IE8 "inprivate       246
19                Filtering" is not a part of a
20                "porn mode" and may be an attack
21                on Google ads or analytics, Bates
22                GOOG-BRWN-00225677 - '79
23   Exhibit 22   12-08-09 E-mail, Re: Profile +          251
24                SharedWorkers, Bates
25                GOOOG-BRWN-00225151
```

```
                                                              Page 8
 1                 INDEX OF DEPOSITION EXHIBITS
 2      EXHIBIT                                                PAGE
 3      Exhibit 23   12-16-09 E-mail, Re: Privacy in           260
 4                   Chrome4, Bates GOOG-BRWN-00408322
 5                   - '24
 6      Exhibit 24   Chrome privacy work to be                 268
 7                   completed before March 2010, Bates
 8                   GOOG-BRWN-00219213 - '18
 9      Exhibit 25   1-26-10 E-mail, Re: Stats for             277
10                   Chrome incognito, Bates
11                   GOOG-BRWN-00472720 - '22
12      Exhibit 26   3-25-10 E-mail, Re: Add incognito         280
13                   guidelines to the overview, Bates
14                   GOOG-BRWN-00136869
15      Exhibit 27   3-25-10 E-mail, Re: Issue 22846           283
16                   in chromium: ChromeFrame does not
17                   respect IE privacy features, Bates
18                   GOOG-BRWN-00224762 - '63
19      Exhibit 28   4-1-10 E-mail, Re: Issue 37535 in         286
20                   Chromium: Content settings and
21                   incognito mode do not work well
22                   together, Bates GOOG-BRWN-00224755
23      Exhibit 30   5-4-10 E-mail, Re: Chrome's               287
24                   incognito mode, Bates
25                   GOOG-BRWN-00407784
```

1                INDEX OF DEPOSITION EXHIBITS
2    EXHIBIT                                                    PAGE
3    Exhibit 33   12-13-10 E-mail, Re: Simpler                  289
4                 incognito NTP, Bates
5                 GOOG-BRWN-00224310 - '311
6    Exhibit 35   2-11-15 E-mail, Re: Your Help                 291
7                 Privacy + Security, Bates
8                 GOOG-BRWN-00393428
9    Exhibit 36   Google Privacy Policy, Bates                  308
10                GOOG-BRWN-00000302 - '34

11
12                          ---oOo---
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                 Page 19
 1          Can you clarify "the inventor."  What do you           09:11
 2   mean by "the inventor"?                                       09:11
 3          MR. RICHARDSON:  Q.  Are you the person who            09:11
 4   invented Incognito Mode for the Chrome browser?               09:11
 5      A   I would say that I'm one of the people who             09:11
 6   helped design it, but I wouldn't take full credit for         09:11
 7   inventing it.                                                 09:11
 8      Q   Would it be inaccurate to say that you were            09:11
 9   the inventor of Incognito Mode?                               09:11
10          MS. TREBICKA:  Objection; form.                        09:11
11          THE WITNESS:  I would take objection to the            09:11
12   word "the," the article "the."  If you said "an               09:11
13   inventor," I would -- I would say yep.                        09:12
14          MR. RICHARDSON:  Q.  But if someone                    09:12
15   introduced you as the inventor of Incognito Mode, you         09:12
16   would correct that; is that right?                            09:12
17      A   That's right.                                          09:12
18          MS. TREBICKA:  Objection; form.                        09:12
19          MR. RICHARDSON:  Q.  Are you aware of anyone           09:12
20   referring to you as the father of Incognito Mode?             09:12
21      A   I've heard a similar construction.  I don't            09:12
22   know if I've heard that exact construction.                   09:12
23      Q   What construction have you heard?                      09:12
24      A   I can't exactly recall.  There was a --                09:12
25   there -- there was a -- I can't exactly recall, but --        09:12
```

```
                                                              Page 20
 1   but something to the effect of the father of Incognito      09:12
 2   would be fairly accurate.                                   09:12
 3       Q   Is it commonly or generally known within            09:12
 4   Google that you're the father of Incognito Mode?            09:12
 5           MS. TREBICKA:  Objection; calls for                 09:12
 6   speculation.                                                09:12
 7           THE WITNESS:  I don't think so.                     09:13
 8           MR. RICHARDSON:  Q.  What is Incognito Mode?        09:13
 9           MS. TREBICKA:  Objection; vague.                    09:13
10           THE WITNESS:  Incognito is a feature of the         09:13
11   Chrome browser.                                             09:13
12           MR. RICHARDSON:  Q.  And when did Google come       09:13
13   up with that name Incognito Mode as a feature of the        09:13
14   Chrome browser?                                             09:13
15       A   We came up with it before launch.  I'm not          09:13
16   certain exactly how far before launch.                      09:13
17       Q   And if you know, who came up with the idea to       09:13
18   name Google's private browsing mode Incognito Mode?         09:13
19       A   I don't remember who in the team came up with       09:13
20   the idea.                                                   09:13
21       Q   Did you come up with the idea?                      09:14
22       A   It's possible.                                      09:14
23       Q   Who else could have come up with the idea?          09:14
24           Who else was part of that team?                     09:14
25       A   Typically in product naming -- as I said, I         09:14
```

1   don't remember specifically in this case.  But                09:14
2   typically in product naming, the marketing,                   09:14
3   engineering, and product teams will assemble a list of        09:14
4   suggestions.                                                  09:14
5       Q    What are the names of the individuals that           09:14
6   were part of those teams who could have came up with          09:14
7   the Incognito name?                                           09:14
8       A    I don't remember.                                    09:14
9            MS. TREBICKA:  Objection to form; calls for          09:14
10  speculation.                                                  09:14
11           THE WITNESS:  I don't recall the full list           09:14
12  of -- of people who could have submitted suggestions          09:14
13  into that process.  Some of them may not have even            09:14
14  been on the team at the time.                                 09:14
15           MR. RICHARDSON:  Q.  What names do you               09:15
16  recall?                                                       09:15
17      A    The key people, key collaborators, the people        09:15
18  I worked most closely at the time would have been             09:15
19  Anna-Christina Douglas, who was our marketing lead;           09:15
20  Glen Murphy, who is our UX leader; and the engineering        09:15
21  team, which was led by Linus Upson at the time.               09:15
22      Q    Why is the private browsing mode for Chrome          09:15
23  named Incognito?                                              09:15
24           MS. TREBICKA:  Objection to form.  Objection;        09:15
25  vague, more specifically.                                     09:16

```
                                                           Page 22
 1            THE WITNESS:  When -- when naming a feature,    09:16
 2   we try to consider a range of -- of -- of names and      09:16
 3   give it the best name from those options.                09:16
 4            If you can be more specific, that might help    09:16
 5   me answer.                                               09:16
 6            MR. RICHARDSON:  Q.  Do you recall any other    09:16
 7   names that were considered for the Chrome private        09:16
 8   browsing mode other than Incognito?                      09:16
 9       A   It's hard to remember.  We considered lots of    09:16
10   names, like, some whimsical names, you know, such as     09:16
11   Invisibility Cloak or, you know, something really        09:16
12   whimsical.  We considered some very literal names that   09:16
13   would have matched other -- similar features in other    09:16
14   products, such as -- I can't remember -- Off the         09:17
15   Record or Private Browsing.  I'm not exactly sure.       09:17
16   I'm trying -- trying to reconstruct memories here.       09:17
17       Q   Are there any other names that you can think     09:17
18   of that were considered as alternatives to the name      09:17
19   Incognito?                                               09:17
20       A   I can't recall the -- the list.  It's been --    09:17
21   it's been a while.  But we did -- I do recall            09:17
22   considering many alternatives to arrive at the final     09:17
23   feature name, which would have been typical for any      09:17
24   feature that we would name.                              09:17
25       Q   If you know, who at Google made the decision     09:18
```

Page 23

| | | |
|---|---|---|
| 1 | to select Incognito as the name for the Chrome private | 09:18 |
| 2 | browsing mode? | 09:18 |
| 3 | A   Well -- | 09:18 |
| 4 | MS. TREBICKA: Assumes facts; objection. | 09:18 |
| 5 | THE WITNESS: -- I'm not sure there is an | 09:18 |
| 6 | answer to your question. At Google, things aren't | 09:18 |
| 7 | really decided by one person. | 09:18 |
| 8 | MR. RICHARDSON: Q. If it's more than one | 09:18 |
| 9 | person, who is that group of people that made the | 09:18 |
| 10 | decision? | 09:18 |
| 11 | A   It would have been the people I named as my | 09:18 |
| 12 | key collaborators and myself. | 09:18 |
| 13 | Q   So the individuals who would have decided to | 09:18 |
| 14 | use the Incognito name would have included yourself, | 09:18 |
| 15 | Anna-Christina Douglas, Glen Murphy, and Linus Upson; | 09:18 |
| 16 | is that correct? | 09:18 |
| 17 | A   That's -- that's fair, with input from many | 09:18 |
| 18 | more people. | 09:18 |
| 19 | Q   Did Mr. Pichai provide any input on the | 09:18 |
| 20 | selection of the Incognito name? | 09:18 |
| 21 | A   I don't believe so, but I don't recall. | 09:19 |
| 22 | Q   Was Mr. Eric Schmidt involved in that | 09:19 |
| 23 | decision in any way? | 09:19 |
| 24 | A   I don't think so. | 09:19 |
| 25 | Q   What about Mr. Larry Page? | 09:19 |

```
                                                              Page 24
 1     A    I don't think so.                                   09:19
 2     Q    What considerations went into making that           09:19
 3  decision to call the Chrome private browsing mode           09:19
 4  Incognito?                                                  09:19
 5          MS. TREBICKA:  Objection to form.                   09:19
 6          THE WITNESS:  Some of the considerations            09:19
 7  would have been, we wanted -- something that was            09:19
 8  important to me at the time was that some of the --        09:19
 9  the names, the features, had a bit of a -- a bit of         09:19
10  fun to them.  They weren't the standard boring names       09:19
11  that you would find in other products.                      09:19
12          We also wanted a name that was -- that was --      09:20
13  that would help users understand what the mode was          09:20
14  for.                                                        09:20
15          And it needed to be short enough to work in         09:20
16  the user interface to fit in a menu so that we could,      09:20
17  you know, have a way to refer to it, as with any -- as      09:20
18  with any feature names.                                     09:20
19          MR. RICHARDSON:  Q.  Why was it that you            09:20
20  didn't want a name for the Chrome private browsing          09:20
21  mode that was boring?                                       09:20
22     A    As a -- as a new browser and a challenger in        09:20
23  the space, we really wanted to have a bit of                09:20
24  personality in the product.                                 09:20
25          And so there are several places across the          09:20
```

```
 1   product where we found places to put, you know, a           09:20
 2   little bit of -- of Google's or the team's personality      09:20
 3   through naming or imagery or -- or wordings in              09:20
 4   messages.  We wanted it to be memorable and fun to          09:21
 5   use.                                                        09:21
 6      Q    Was it the same team of people involved with        09:21
 7   the selection of the icon for the Incognito Mode?           09:21
 8           MS. TREBICKA:  Objection; vague.                    09:21
 9           THE WITNESS:  Yes.                                  09:21
10           MS. TREBICKA:  Go ahead.                            09:21
11           THE WITNESS:  Sorry.                                09:21
12           Yeah, largely.                                      09:21
13           MR. RICHARDSON:  Q.  Were there additional          09:21
14   individuals involved with the selection of the              09:21
15   Incognito icon?                                             09:21
16      A    I can't recall with respect to that specific        09:21
17   icon.                                                       09:21
18      Q    As best you can recall, when did development        09:21
19   of Incognito Mode begin?                                    09:21
20      A    I would have to give a range, because I can't       09:21
21   recall exactly.  It likely would have been somewhere        09:21
22   between 2006 and early 2008.                                09:22
23      Q    And who was involved with the development of       09:22
24   Incognito Mode for the Chrome browser?                     09:22
25      A    Myself as the product manager, the design           09:22
```

```
                                                              Page 26
 1   team led by Glen Murphy, and the engineering team           09:22
 2   would have been the -- the primary team.                    09:22
 3       Q    And how does Incognito Mode work with              09:22
 4   Google's Chrome browser?                                    09:22
 5            MS. TREBICKA:  Objection; vague.                   09:22
 6            THE WITNESS:  Can you please be more               09:22
 7   specific.                                                   09:22
 8            MR. RICHARDSON:  Q.  More specific than how        09:22
 9   it works?                                                   09:22
10       A    Correct.                                           09:23
11       Q    How does Incognito Mode function in the            09:23
12   Google Chrome browser?                                      09:23
13       A    I'm sorry.  I was asking, because the way --       09:23
14   the way it works to a user is, you open a menu, select      09:23
15   new Incognito window, or you hit a keyboard shortcut        09:23
16   to open an Incognito window.                                09:23
17            I'm not sure if that's the answer you're           09:23
18   looking for.                                                09:23
19       Q    That's helpful.                                    09:23
20            Does the Chrome browser have different modes?      09:23
21       A    "Mode" is a very general term in -- in my          09:23
22   line of work, so I'm not sure what -- how you're using      09:23
23   it.  But there are many different ways you could say        09:23
24   that there's modes.                                         09:23
25       Q    Is there a difference between Incognito Mode       09:23
```

1                CERTIFICATE OF REPORTER

2

3       I, ANDREA M. IGNACIO, hereby certify that the

4  witness in the foregoing remote deposition was by me

5  remotely sworn to tell the truth, the whole truth, and

6  nothing but the truth in the within-entitled cause;

7       That said deposition was taken in shorthand

8  by me, a disinterested person, at the time and place

9  therein stated, and that the testimony of the said

10 witness was thereafter reduced to typewriting, by

11 computer, under my direction and supervision;

12      That before completion of the deposition,

13 review of the transcript [x] was [ ] was not

14 requested.  If requested, any changes made by the

15 deponent (and provided to the reporter) during the

16 period allowed are appended hereto.

17      I further certify that I am not of counsel or

18 attorney for either or any of the parties to the said

19 deposition, nor in any way interested in the event of

20 this cause, and that I am not related to any of the

21 parties thereto.

22 Dated:

23      _____

24  ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

25