UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI (DKT. 635)**<br><br>Judge: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Renewed Request to Depose Google CEO Sundar Pichai (Dkt. 635) (the "Motion").  Having considered the Motion, Opposition, and all other supporting papers, and finding the apex discovery doctrine has not been satisfied because there has been no showing that Mr. Pichai has unique or superior knowledge of relevant issues, the Court **DENIES** the Motion.

**SO ORDERED**.

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge