**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER GOOGLE'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 79-5** |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed.

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Portions highlighted in yellow of Plaintiffs' Supplemental Sanctions Motion | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Portions highlighted in yellow of Mao Declaration ISO Plaintiffs' Supplemental Sanctions Motion | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Portions highlighted in yellow of Exhibit A to the Mao Declaration ISO Plaintiffs' Supplemental Sanctions Motion | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Entirety of Thompson Declaration ISO Plaintiffs' Supplemental Sanctions Motion | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Portions highlighted in yellow of Plaintiffs' Proposed Order | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |

Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

Dated: August 4, 2022

Respectfully submitted,

By: /s/Mark Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

|   |   |
|---|---|
| 1 | Telephone: (415) 293 6858<br>Facsimile (415) 999 9695 |
| 2 | James W. Lee (*pro hac vice*) |
| 3 | jlee@bsfllp.com<br>Rossana Baeza (*pro hac vice*) |
| 4 | rbaeza@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP |
| 5 | 100 SE 2nd Street, Suite 2800<br>Miami, FL 33130 |
| 6 | Telephone: (305) 539-8400<br>Facsimile: (305) 539-1304 |
| 7 | |
| 8 | Bill Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com |
| 9 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 10 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 11 | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 12 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY  10019<br>Telephone: (212) 336-8330 |
| 14 | |
| 15 | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com |
| 16 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 |
| 17 | Los Angeles, CA 90067<br>Telephone: (310) 789-3100 |
| 18 | |
| 19 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 20 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 21 | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 22 | Tampa, FL 33602<br>Telephone: (813) 223-5505 |
| 23 | Facsimile: (813) 222-4736 |
| 24 | |
| 25 | Michael F. Ram, CA Bar No. 104805<br>MORGAN & MORGAN |
| 26 | 711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102 |
| 27 | Tel: (415) 358-6913<br>mram@forthepeople.com |
| 28 | |

2
PLAINTIFFS' ADMINISTRATIVE MOTION RE: SEALING
Case No. 4:20-cv-03664-YGR-SVK

*Attorneys for Plaintiffs*