# Filed Under Seal –
# Declaration of Christopher Thompson in Support of Plaintiffs' Supplemental Sanctions Motion Pursuant to Dkt. 624