UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case Nos.  20-cv-03664-YGR   (SVK)<br><br>20-cv-5146-YGR   (SVK)<br><br>**REDACTION ORDER**<br><br>Re: *Brown* Dkt. 657; *Calhoun* Dkt. 815 |

The Court's August 5, 2022 Order on (1) Google's Administrative Motions for Extension/Clarification of Preservation Plan Orders; and (2) *Calhoun* Plaintiffs' Administrative Motion for Clarification of Preservation Plan Order has been provisionally filed under seal. The Parties in each case are ordered to meet and confer and submit joint proposed redactions to the Order, an administrative motion for leave to file under seal, and a proposed order by **August 15, 2022**. If no proposed redactions are received by 11:59 p.m. on August 15, 2022, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: August 5, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge