1   QUINN EMANUEL URQUHART & SULLIVAN, LLP

2   Diane M. Doolittle (CA Bar No. 142046)      Andrew H. Schapiro (admitted *pro hac vice*)
    dianedoolittle@quinnemanuel.com            andrewschapiro@quinnemanuel.com
3   555 Twin Dolphin Drive, 5th Floor          191 N. Wacker Drive, Suite 2700
    Redwood Shores, CA 94065                   Chicago, IL 60606
4   Telephone: (650) 801-5000                  Telephone: (312) 705-7400
    Facsimile: (650) 801-5100                  Facsimile: (312) 705-7401
5

6   Stephen A. Broome (CA Bar No. 314605)      Josef Ansorge (admitted *pro hac vice*)
    stephenbroome@quinnemanuel.com             josefansorge@quinnemanuel.com
7   Viola Trebicka (CA Bar No. 269526)         1300 I. Street, N.W., Suite 900
    violatrebicka@quinnemanuel.com             Washington, D.C. 20005
8   865 S. Figueroa Street, 10th Floor         Telephone: 202-538-8000
    Los Angeles, CA 90017                      Facsimile: 202-538-8100
9   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
10

11  Jonathan Tse (CA Bar No. 305468)           Jomaire A. Crawford (admitted *pro hac vice*)
    jonathantse@quinnemanuel.com               jomairecrawford@quinnemanuel.com
12  50 California Street, 22nd Floor           51 Madison Avenue, 22nd Floor
    San Francisco, CA 94111                    New York, NY 10010
13  Telephone: (415) 875-6600                  Telephone: (212) 849-7000
    Facsimile: (415) 875-6700                  Facsimile: (212) 849-7100
14

15  *Attorneys for Defendant Google LLC*

16

17              UNITED STATES DISTRICT COURT

18      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

19  CHASOM BROWN, WILLIAM BYATT,        Case No. 4:20-cv-03664-YGR-SVK
20  JEREMY DAVIS, CHRISTOPHER
    CASTILLO, and MONIQUE TRUJILLO,     **GOOGLE LLC'S ADMINISTRATIVE**
21  individually and on behalf of all similarly   **MOTION TO SEAL PORTIONS OF**
    situated,                                     **OPPOSITION TO PLAINTIFFS'**
22                                                **MOTION FOR CLASS CERTIFICATION**
            Plaintiffs,
23                                      Judge: Hon. Yvonne Gonzalez Rogers
            v.
24
25  GOOGLE LLC,

            Defendant.
26

27

28

## I.   INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google LLC ("Google") respectfully seeks to seal certain portions of Google's Opposition to Plaintiffs' Motion for Class Certification (Google's Opposition), which contain Google's confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations that Google does not share publicly, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, as well as internal metrics. This information is highly confidential and should be protected.

This Administrative Motion pertains to the following information contained in Google's Opposition:

| Document | Portions to be Filed Under Seal | Basis for Sealing |
|---|---|---|
| Google LLC's Opposition to Plaintiffs' Motion for Class Certification | Highlighted Portions at:<br><br>Pages 4:8, 4:10, 4:11-12, 4:19, 5:1-2, 5:4-7, 5:13, 8:5, 8:10, 8:18, 9:13, 22:28 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity |

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

| | | threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 36 to Broome Declaration<br><br>Hochman 7/20 Deposition Excerpts | Highlighted Portions at:<br><br>Page 116:10 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 41 to Broome Declaration<br><br>Fair 12/14 Deposition Excerpts | Highlighted Portions at:<br><br>Pages 75:24, 76:5, 76:9, 76:25, 77:7, 77:16-19, 77:22 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including Google's internal projects and identifiers, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its |

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

| | | important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 44 to Broome Declaration<br><br>GOOG-BRWN-0002819 | Highlighted Portions at:<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including Google's internal projects and market research, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 45 to Broome Declaration | Highlighted Portions at: | The information requested to be sealed contains Google's highly confidential and proprietary information regarding |

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| GOOG-BRWN-00477546 | Seal Entirely | highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and market research, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Josef Ansorge In Support of Google's Opposition to Plaintiffs' Motion for Class Certification | Highlighted Portions at: Pages 1:22, 2:17, 3:10, 3:12, 3:16, 3:19-20, 3:22 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of dated related to Google's logs and internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could |

| | | |
|---|---|---|
| | | affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 1 to Ansorge Declaration | Highlighted Portions at:<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Jonathan McPhie Regarding Google Disclosures | Highlighted Portions at:<br><br>Pages 16:15, 16:18, 16:25, 23:10, 23:14, 25:8, 26:11-12, 29:3, 29:5-14, 32:5, 32:22, 33:10 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and logs, and their proprietary functionalities, as |

| | | |
|---|---|---|
| | | well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 2 to McPhie Declaration<br><br>GOOG-CABR-05424608 | Highlighted Portions at:<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may |

| | | also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 3 to McPhie Declaration GOOG-CABR-05424610 | Highlighted Portions at:<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 6 to McPhie Declaration<br><br>GOOG-CABR-04067825 | Highlighted Portions at:<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's |

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

| | | competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| --- | --- | --- |
| Exhibit 9 to McPhie Declaration<br><br>GOOG-BRWN-00030922 | Highlighted Portions at:<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal identifiers and log data, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise |

| | | Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 10 to McPhie Declaration<br><br>GOOG-BRWN-00708085 | Highlighted Portions at:<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and log data, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 12 to McPhie Declaration<br><br>GOOG-BRWN-00229498 | Highlighted Portions at:<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and log data, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and |

| | | maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 13 to McPhie Declaration<br><br>GOOG-BRWN-00708058 | Highlighted Portions at:<br><br>Sealed Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and log data, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 15 to McPhie Declaration<br><br>GOOG-CABR- | Highlighted Portions at: | The information requested to be sealed contains Google's highly confidential and proprietary information regarding |

| 05435660 | Sealed Entirely | highly sensitive features of Google's internal systems and operations, including various types of Google's identifiers and log data, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 17 to McPhie Declaration<br><br>GOOG-CABR-05876957 | Highlighted Portions at:<br><br>Sealed Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential |

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

| | | and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Declaration of Glenn Berntson Regarding Google Ad Manager | Highlighted Portions at:<br><br>Pages 19-21 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of George Levitte | Highlighted Portions at:<br><br>Pages 4:23, 4:25-26, 4:28-5:2, 5:7-9, 5:11-12, 5:13-15 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal pricing and metrics, that |

| | | Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 1 to On Amir Declaration

4/15/22 Expert Report of Prof. On Amir | Highlighted Portions at:

Pages 2-4, 24-28, 30-35, 41-42, Exhibits 1-13 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at |

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

| | | an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 2 to Amir Declaration<br><br>5/20/22 Rebuttal Report of Prof. On Amir | Highlighted Portions at:<br><br>Pages 3-4, 9, 25-29, 31-33, 42, 45-47, 49, 54, 57-58 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 3 to Amir Declaration<br><br>6/30/22 Supplemental Report of Prof. On Amir | Highlighted Portions at:<br><br>Pages 13-14, 16-17, 19-25, Exhibit 1.a, Exhibit 1.b | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal |

| | | strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 1 to Psounis Declaration<br><br>6/7/22 Expert Report of Konstantinos Psounis, Ph.D. | Highlighted Portions at:<br><br>Pages 3-4, 22-24, 31-32, 38-43, 50-53, 58-59, 65-66, 73, 78, 87-89, 94-95, 105, 107-108, 110-112, 114, 117, 175-184, 187-190 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION

| Exhibit 1 to Schwartz Declaration<br><br>6/7/22 Expert Report of Prof. Paul Schwartz | Highlighted Portions at:<br><br>Pages 35-37, 39-41 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and policies, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 1 to Strombom Declaration<br><br>5/27/22 Expert Report of Bruce A. Strombom | Highlighted Portions at:<br><br>Pages i, ii, 1, 3-6, 16-17, 19, 21, 27, 31-37, 39, 41, 44-48, 51-56, 60, 62, 64-76, 78, 80-82, 84-90, 94-96, 98-102, 104-112, Exhibit 2:1-4, Exhibit 5-10.C: all pages<br>Appendix B - Page 1 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, identifiers, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the |

| | | |
|---|---|---|
| | | protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 2 to Zervas Declaration<br><br>6/7/22 Rebuttal Report of Georgios Zervas, Ph.D. | Highlighted Portions at:<br><br>Pages 9, 53 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including Google's internal projects, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

## II.  LEGAL STANDARD

The common law right of public access to judicial records in a civil case is not a constitutional right and it is "not absolute." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978) (noting that the "right to inspect and copy judicial records is not absolute" and that "courts have refused to permit their files to serve as reservoirs of . . . sources of business information that might harm a litigant's competitive standing"). Sealing is appropriate when the information at issue constitutes "competitively sensitive information," such as "confidential research, development, or commercial information." *France Telecom S.A. v. Marvell Semiconductor Inc.*, 2014 WL 4965995, at *4 (N.D. Cal. Oct. 3, 2014); *see also Phillips v. Gen. Motors Corp*., 307 F.3d 1206, 1211 (9th Cir. 2002) (acknowledging courts' "broad latitude" to "prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information").

## III.  THE ABOVE IDENTIFIED MATERIALS EASILY MEET THE "GOOD CAUSE" STANDARD AND SHOULD ALL BE SEALED

Courts have repeatedly found it appropriate to seal documents that contain "business information that might harm a litigant's competitive standing." *Nixon*, 435 U.S. at 589-99. Good cause to seal is shown when a party seeks to seal materials that "contain[ ] confidential information about the operation of [the party's] products and that public disclosure could harm [the party] by disclosing confidential technical information." *Digital Reg. of Texas, LLC v. Adobe Sys., Inc*., 2014 WL 6986068, at *1 (N.D. Cal. Dec. 10, 2014). Materials that could harm a litigant's competitive standing may be sealed even under the "compelling reasons" standard. *See e.g.*, *Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc*., 2015 WL 984121, at *2 (N.D. Cal. Mar. 4, 2015) (information "is appropriately sealable under the 'compelling reasons' standard where that information could be used to the company's competitive disadvantage") (citation omitted).

Google's Opposition contains confidential and proprietary information as the materials involve highly sensitive features of Google's internal systems and operations that Google does not share publicly. Specifically, this information provides details related to Google's internal projects, data signals, and logs, and their proprietary functionalities, as well as internal metrics. Such information

1   reveals Google's internal strategies, system designs, and business practices for operating and

2   maintaining many of its important services while complying with legal and privacy obligations.

3       Public disclosure of the above-listed information would harm Google's competitive standing it

4   has earned through years of innovation and careful deliberation, by revealing sensitive aspects of

5   Google's proprietary systems, strategies, designs, and practices to Google's competitors.  That alone is

6   a proper basis to seal such information.  *See, e.g.*, *Free Range Content, Inc. v. Google Inc*., No. 14-cv-

7   02329-BLF, Dkt. No. 192, at 3-9 (N.D. Cal. May 3, 2017) (granting Google's motion to seal certain

8   sensitive business information related to Google's processes and policies to ensure the integrity and

9   security of a different advertising system); *Huawei Techs., Co. v. Samsung Elecs. Co*., No. 3:16-cv-

10   02787-WHO, Dkt. No. 446, at 19 (N.D. Cal. Jan. 30, 2019) (sealing confidential sales data because

11   "disclosure would harm their competitive standing by giving competitors insight they do not have");

12   *Trotsky v. Travelers Indem. Co*., 2013 WL 12116153, at *8 (W.D. Wash. May 8, 2013) (granting

13   motion to seal as to "internal research results that disclose statistical coding that is not publically

14   available").

15       Moreover, if publicly disclosed, malicious actors may use such information to seek to

16   compromise Google's internal systems and data structures.  Google would be placed at an increased

17   risk of cyber security threats, and data related to its users could similarly be at risk.  *See, e.g.*, *In re*

18   *Google Inc. Gmail Litig*., 2013 WL 5366963, at *3 (N.D. Cal. Sept. 25, 2013) (sealing "material

19   concern[ing] how users' interactions with the Gmail system affects how messages are transmitted"

20   because if made public, it "could lead to a breach in the security of the Gmail system").  The security

21   threat is an additional reason for this Court to seal the identified information.

22       The information Google seeks to redact, including internal projects and their proprietary

23   functions, is the minimal amount of information needed to protect its internal systems and operations

24   from being exposed to not only its competitors but also to nefarious actors who may improperly seek

25   access to and disrupt these systems and operations. The "good cause" rather than the "compelling

26   reasons" standard should apply but under either standard, Google's sealing request is warranted.

27   **IV.   CONCLUSION**

28

1   For the foregoing reasons, Google respectfully requests that the Court seal identified portions

2   of Google's Opposition.

3

4   DATED:  August 5, 2022                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

5
                                          By   /s/ Jonathan Tse
6                                              Andrew H. Schapiro (admitted pro hac vice)
                                               andrewschapiro@quinnemanuel.com
7                                              191 N. Wacker Drive, Suite 2700
                                               Chicago, IL 60606
8                                              Telephone: (312) 705-7400
                                               Facsimile: (312) 705-7401
9

10                                             Stephen A. Broome (CA Bar No. 314605)
                                               sb@quinnemanuel.com
11                                             Viola Trebicka (CA Bar No. 269526)
                                               violatrebicka@quinnemanuel.com
12                                             865 S. Figueroa Street, 10th Floor
                                               Los Angeles, CA 90017
13                                             Telephone: (213) 443-3000
                                               Facsimile: (213) 443-3100
14

15                                             Diane M. Doolittle (CA Bar No. 142046)
                                               dianedoolittle@quinnemanuel.com
16                                             555 Twin Dolphin Drive, 5th Floor
                                               Redwood Shores, CA 94065
17                                             Telephone: (650) 801-5000
                                               Facsimile: (650) 801-5100
18

19                                             Jomaire Crawford (admitted pro hac vice)
                                               jomairecrawford@quinnemanuel.com
20                                             51 Madison Avenue, 22nd Floor
                                               New York, NY 10010
21                                             Telephone: (212) 849-7000
                                               Facsimile: (212) 849-7100
22

23                                             Josef Ansorge (admitted pro hac vice)
                                               josefansorge@quinnemanuel.com
24                                             1300 I Street NW, Suite 900
                                               Washington D.C., 20005
25                                             Telephone: (202) 538-8000
                                               Facsimile: (202) 538-8100
26

27                                             Jonathan Tse (CA Bar No. 305468)
                                               jonathantse@quinnemanuel.com
28

-20-                                Case No. 4:20-cv-03664-YGR-SVK

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS
CERTIFICATION

50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

Case No. 4:20-cv-03664-YGR-SVK
GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION