UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1  **[PROPOSED] ORDER**

2  Before the Court is Google LLC's Administrative Motion to Seal portions of Google's

3  Opposition to Plaintiffs' Motion for Class Certification ("Motion"). Having considered the Motion,

4  supporting declaration, and other papers on file, and good cause having been found, the Court

5  **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google LLC's Opposition to Plaintiffs' Motion for Class Certification<br><br>Pages 4:8, 4:10, 4:11-12, 4:19, 5:1-2, 5:4-7, 5:13, 8:5, 8:10, 8:18, 9:13, 22:28 | Tse Declaration ¶ 3 | |
| Exhibit 36 to Broome Declaration<br><br>Hochman 7/20 Deposition Excerpts<br><br>Page 116:10 | Tse Declaration ¶ 3 | |
| Exhibit 41 to Broome Declaration<br><br>Fair 12/14 Deposition Excerpts<br><br>Pages 75:24, 76:5, 76:9, 76:25, 77:7, 77:16-19, 77:22 | Tse Declaration ¶ 3 | |
| Exhibit 44 to Broome Declaration<br><br>GOOG-BRWN-0002819<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Exhibit 45 to Broome Declaration<br><br>GOOG-BRWN-00477546<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Declaration of Josef Ansorge In | Tse Declaration ¶ 3 | |

| | | |
|---|---|---|
| Support of Google's Opposition to Plaintiffs' Motion for Class Certification<br><br>Pages 1:22, 2:17, 3:10, 3:12, 3:16, 3:19-20, 3:22 | | |
| Exhibit 1 to Ansorge Declaration<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Declaration of Jonathan McPhie Regarding Google Disclosures<br><br>Pages 16:15, 16:18, 16:25, 23:10, 23:14, 25:8, 26:11-12, 29:3, 29:5-14, 32:5, 32:22, 33:10 | Tse Declaration ¶ 3 | |
| Exhibit 2 to McPhie Declaration<br><br>GOOG-CABR-05424608<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Exhibit 3 to McPhie Declaration<br><br>GOOG-CABR-05424610<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Exhibit 6 to McPhie Declaration<br><br>GOOG-CABR-04067825<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Exhibit 9 to McPhie Declaration<br><br>GOOG-BRWN-00030922<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Exhibit 10 to McPhie Declaration<br><br>GOOG-BRWN-00708085<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Exhibit 12 to McPhie Declaration<br><br>GOOG-BRWN-00229498 | Tse Declaration ¶ 3 | |

| | | | |
|---|---|---|---|
| Seal Entirely | | | |
| Exhibit 13 to McPhie Declaration<br><br>GOOG-BRWN-00708058<br><br>Sealed Entirely | Tse Declaration ¶ 3 | | |
| Exhibit 15 to McPhie Declaration<br><br>GOOG-CABR-05435660<br><br>Sealed Entirely | Tse Declaration ¶ 3 | | |
| Exhibit 17 to McPhie Declaration<br><br>GOOG-CABR-05876957<br><br>Sealed Entirely | Tse Declaration ¶ 3 | | |
| Declaration of Glenn Berntson Regarding Google Ad Manager<br><br>Pages 19-21 | Tse Declaration ¶ 3 | | |
| Declaration of George Levitte<br><br>Pages 4:23, 4:25-26, 4:28-5:2, 5:7-9, 5:11-12, 5:13-15 | Tse Declaration ¶ 3 | | |
| Exhibit 1 to On Amir Declaration<br><br>4/15/22 Expert Report of Prof. On Amir<br><br>Pages 2-4, 24-28, 30-35, 41-42, Exhibits 1-13 | Tse Declaration ¶ 3 | | |
| Exhibit 2 to Amir Declaration<br><br>5/20/22 Rebuttal Report of Prof. On Amir<br><br>Pages 3-4, 9, 25-29, 31-33, 42, 45-47, 49, 54, 57-58 | Tse Declaration ¶ 3 | | |
| Exhibit 3 to Amir Declaration<br><br>6/30/22 Supplemental Report of Prof. On Amir<br><br>Pages 13-14, 16-17, 19-25, Exhibit 1.a, Exhibit 1.b | Tse Declaration ¶ 3 | | |
| Exhibit 1 to Psounis | Tse Declaration ¶ 3 | | |

| | | |
|---|---|---|
| Declaration<br><br>6/7/22 Expert Report of Konstantinos Psounis, Ph.D.<br><br>Pages 3-4, 22-24, 31-32, 38-43, 50-53, 58-59, 65-66, 73, 78, 87-89, 94-95, 105, 107-108, 110-112, 114, 117, 175-184, 187-190 | | |
| Exhibit 1 to Schwartz Declaration<br><br>6/7/22 Expert Report of Prof. Paul Schwartz<br><br>Pages 35-37, 39-41 | Tse Declaration ¶ 3 | |
| Exhibit 1 to Strombom Declaration<br><br>5/27/22 Expert Report of Bruce A. Strombom<br><br>Pages i, ii, 1, 3-6, 16-17, 19, 21, 27, 31-37, 39, 41, 44-48, 51-56, 60, 62, 64-76, 78, 80-82, 84-90, 94-96, 98-102, 104-112, Exhibit 2:1-4, Exhibit 5-10.C: all pages Appendix B - Page 1 | Tse Declaration ¶ 3 | |
| Exhibit 2 to Zervas Declaration<br><br>6/7/22 Rebuttal Report of Georgios Zervas, Ph.D.<br><br>Pages 9, 53 | Tse Declaration ¶ 3 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge