QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(F), Defendant Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed pertaining to the following information indicated below, which contain, reflect, or summarize information designated by Plaintiffs as confidential under the terms of the Stipulated Protective Order (Dkt. 81):

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Plaintiff Chasom Brown's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5 | Highlighted Portions at: Pages 4-7 | Plaintiffs |
| Plaintiff William Byatt's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5 | Highlighted Portions at: Pages 4-7 | Plaintiffs |
| Plaintiff Christopher Castillo's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5 | Highlighted Portions at: Pages 4-7 | Plaintiffs |
| Plaintiff Jeremy Davis' Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5 | Highlighted Portions at: Pages 4-7 | Plaintiffs |
| Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Set of Interrogatories | Highlighted Portions at: Pages 3-4, 6-7 | Plaintiffs |
| Exhibit 16 to Broome Declaration<br><br>Plaintiff William Byatt's Objections and Responses to Defendant's Fourth Set of Interrogatories | Highlighted Portions at: Page 16 | Plaintiffs |
| Exhibit 21 to Broome Declaration<br><br>Plaintiff William Byatt's Objections and Responses to Defendant's Third Set of Requests for Admission | Highlighted Portions at: Page 7 | Plaintiffs |

| Exhibit 25 to Broome Declaration<br><br>Deposition Excerpts of William Byatt | Highlighted Portions at:<br><br>Page 10:7-8 | Plaintiffs |
|---|---|---|
| Declaration of Jonathan McPhie Regarding Google Disclosures | Highlighted Portions at:<br><br>Pages 22:21, 22:23, 22:25, 23:2, 23:4, 23:6 | Plaintiffs |

Google respectfully requests that the above-identified information provisionally remain under seal. Pursuant to Civil Local Rule 79-5(f), Plaintiffs bear the responsibility to establish that the above-identified information is sealable.

DATED: August 5, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Jonathan Tse
Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
sb@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*