**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Marie Hayrapetian (CA Bar No. 315797)
mariehayrapetian@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1      I, Jonathan Tse, declare as follows:

2      1.      I am a member of the bar of the State of California and an attorney with Quinn

3  Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant, Google LLC ("Google") in this action.

4  I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a

5  witness, I could and would testify competently thereto.

6      2.      Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Google

7  LLC's Administrative Motion To Consider Whether Another Party's Material Should be Sealed in

8  connection with Google's Opposition to Plaintiffs' Motion for Class Certification.

9      3.      Google respectfully requests that the Court seal the portions of Google's Opposition

10  that contain, reflect, or summarize information Plaintiffs have previously designated as confidential

11  according to the Stipulated Protective Order (Dkt. 81).

12      4.      I understand that as the designating party, Plaintiffs will file a declaration

13  establishing that the materials Plaintiffs designated as confidential are sealable.

14

15      I declare under penalty of perjury of the laws of the United States that the foregoing is true

16  and correct. Executed in San Francisco, California on August 5, 2022.

17

18  DATED:  August 5, 2022                    QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
19

20

21                                    By      /s/ Jonathan Tse
                                              Jonathan Tse
22                                            *Attorney for Defendant*

23

24

25

26

27

28

TSE DECLARATION ISO GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED