UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed re: Google's Opposition to Plaintiffs' Motion for Class Certification ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Party Claiming Confidentiality | Ruling |
|---|---|---|
| Plaintiff Chasom Brown's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5 at: Pages 4-7 | Plaintiffs | |
| Plaintiff William Byatt's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5 at: Pages 4-7 | Plaintiffs | |
| Plaintiff Christopher Castillo's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5 at: Pages 4-7 | Plaintiffs | |
| Plaintiff Jeremy Davis' Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5 at: Pages 4-7 | Plaintiffs | |
| Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Set of Interrogatories at: Pages 3-4, 6-7 | Plaintiffs | |
| Exhibit 16 to Broome Declaration | Plaintiffs | |

| | | |
|---|---|---|
| Plaintiff William Byatt's Objections and Responses to Defendant's Fourth Set of Interrogatories at:<br><br>Page 16 | | |
| Exhibit 21 to Broome Declaration<br><br>Plaintiff William Byatt's Objections and Responses to Defendant's Third Set of Requests for Admission at:<br><br>Page 7 | Plaintiffs | |
| Exhibit 25 to Broome Declaration<br><br>Deposition Excerpts of William Byatt at:<br><br>Page 10:7-8 | Plaintiffs | |
| Declaration of Jonathan McPhie Regarding Google Disclosures at:<br><br>Pages 22:21, 22:23, 22:25, 23:2, 23:4, 23:6 | Plaintiffs | |

**SO ORDERED.**

DATED: _____    _____
                                 HON. YVONNE GONZALEZ ROGERS
                                 United States District Judge