1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

     Plaintiffs,

     v.

GOOGLE LLC,

         Defendant.

Case No. 4:20-cv-3664-YGR-SVK

[PROPOSED] ORDER GRANTING MOTION TO SEAL

Judge: Hon. Yvonne Gonzalez Rogers

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal portions of Google's Motions to Exclude Opinions of Plaintiffs' Experts re: Plaintiffs' Motion for Class Certification ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google LLC's Notice of Motion and Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski at:<br><br>Pages 4:4, 4:5, 7:22, 7:25, 7:28, 8:3, 8:7-8, 8:10, 8:14, 8:19-20, 8:23-24, 9:8, 9:11, 9:14, 9:28, 10:3-4, 10:7, 11:26, 20:10, 20:19, 20:21, 20:28 | Tse Declaration ¶ 3 | |
| Exhibit 1 to Trebicka Declaration (Lasinski Deposition Excerpt) at:<br><br>Pages 52:18, 52:20, 53:2-3, 53:5, 53:20, 54:22, 55:1, 147:23, 148:5, 149:5-7, 161:14, 161:22, 163:9-10, 170:7, 170:9, 170:11-12, 171:13, 171:16, 172:4-5, 173:11, 173:13, 173:15, 174:5, 174:18-19, 174:21-23, 174:25, 175:3-6, 175:9, 175:12, 177:8, 177:18-19, 177:22-23, 178:3, 178:7, 178:9-10, 178:13, 179:12, 182:9, 188:13, 189:4, 189:6, 189:22, 189:24, 190:5, 191:25, 192:15, 192:23, 193:2, 193:11, 193:13, 193:23, 194:5, 194:11, 195:8, 195:12, 195:22, 196:17, 196:19, 196:21-23, 197:10, Word Index Pages 1-3, 8, 10-11, 28, 52 | Tse Declaration ¶ 3 | |
| Exhibit 2 to Trebicka Declaration (Declaration of Bruce Strombom ISO Google's Opposition to Plaintiffs' Motion | Tse Declaration ¶ 3 | |

| for Class Certification) at:<br><br>Pages i, ii, 1, 3-6, 16-17, 19, 21, 27, 31-39, 40-48, 51-56, 60, 62, 64-76, 78, 80-82, 84-90, 94-96, 98-102, 104-112;<br>Exhibit 5-10.C: all pages<br>Appendix B - Page 1 | | |
|---|---|---|
| Exhibit 4 to Trebicka Declaration (GOOG-CABR-00116174) at:<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Exhibit 5 to Trebicka Declaration (GOOG-CABR-04703695) at:<br><br>Seal Entirely | Tse Declaration ¶ 3 | |
| Exhibit 7 to Trebicka Declaration (Hochman Deposition Excerpts) at:<br><br>Page 574:14-19 | Tse Declaration ¶ 3 | |
| Notice of Motion and Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier at:<br><br>Pages 7:2-4 | Tse Declaration ¶ 3 | |

**SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

Case No. 4:20-cv-03664-LHK-SVK
[PROPOSED] ORDER GRANTING MOTION TO SEAL