# [PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' DAMAGES EXPERT MICHAEL J. LASINSKI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' DAMAGES EXPERT MICHAEL J. LASINSKI**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 20, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

**[PROPOSED] ORDER**

Google's Motion to Exclude the Opinions of Plaintiffs' Damages Expert Michael J. Lasinski (the "Motion") came for hearing before this Court on September 20, 2022. Having considered all papers and oral argument in support and against the Motion, as well as the record in this case and the applicable legal standards, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Mr. Lasinski's opinions, including those expressed in the report submitted in support of Plaintiffs' Motion for Class Certification (Dkt. No. 643-11) and in his deposition in this case on July 20, 2022, are excluded in their entirety.

**IT IS SO ORDERED.**

DATED:

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE