# DECLARATION OF VIOLA TREBICKA IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' DAMAGES EXPERT MICHAEL J. LASINSKI

1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Diane M. Doolittle (CA Bar No. 142046)         Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com                andrewschapiro@quinnemanuel.com
   Sara Jenkins (CA Bar No. 230097)               Teuta Fani (admitted *pro hac vice*)
3  sarajenkins@quinnemanuel.com                   teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor              191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                       Chicago, IL 60606
5  Telephone: (650) 801-5000                      Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                      Facsimile: (312) 705-7401
6
7  Viola Trebicka (CA Bar No. 314605)             Josef Ansorge (admitted *pro hac vice*)
   stephenTrebicka@quinnemanuel.com               josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)             Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com                 tracygao@quinnemanuel.com
9  Crystal Nix-Hines (Bar No. 326971)             Carl Spilly (admitted *pro hac vice*)
10 crystalnixhines@quinnemanuel.com               carlspilly@quinnemanuel.com
   Alyssa G. Olson (CA Bar No. 305705)            1300 I Street NW, Suite 900
11 alyolson@quinnemanuel.com                      Washington D.C., 20005
   865 S. Figueroa Street, 10th Floor             Telephone: (202) 538-8000
12 Los Angeles, CA 90017                          Facsimile: (202) 538-8100
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14
   Jomaire Crawford (admitted *pro hac vice*)    Jonathan Tse (CA Bar No. 305468)
15 jomairecrawford@quinnemanuel.com               jonathantse@quinnemanuel.com
   51 Madison Avenue, 22nd Floor                  50 California Street, 22nd Floor
16 New York, NY 10010                             San Francisco, CA 94111
   Telephone: (212) 849-7000                      Telephone: (415) 875-6600
17 Facsimile: (212) 849-7100                      Facsimile: (415) 875-6700
18
   *Counsel for Defendant Google LLC*

19                       **UNITED STATES DISTRICT COURT**

20             **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

21

22  CHASOM BROWN, *et.al*, individually and        Case No. 4:20-cv-03664-YGR-SVK
    on behalf of all similarly situated,
23                                                 **DECLARATION OF VIOLA TREBICKA
           Plaintiffs,                             IN SUPPORT OF MOTION TO
24                                                 EXCLUDE OPINIONS OF PLAINTIFFS'
           v.                                      DAMAGES EXPERT MICHAEL J.
25                                                 LASINSKI**
    GOOGLE LLC,
26         Defendant.                              Judge: Hon. Yvonne Gonzalez Rogers
                                                   Date: September 20, 2022
27                                                 Time: 2:00 p.m.
                                                   Location: Courtroom 1 – 4th Floor
28

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Michael J. Lasinski, taken in this litigation on July 20, 2022 ("Lasinski Deposition").

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Bruce A. Strombom In Support of Google's Opposition to Plaintiffs' Motion for Class Certification, which attaches a true and correct copy of Mr. Strombom's Expert Report, dated May 27, 2022.

4. Attached hereto as Exhibit 3 is a true and correct copy of the document marked as Exhibit 15 at the Lasinski Deposition.

5. Attached hereto as Exhibit 4 is a true and correct copy of the document bearing Bates Number GOOG-CABR-00116174, which was produced by Google in this litigation.

6. Attached hereto as Exhibit 5 is a true and correct copy of the document bearing Bates Number GOOG-CABR-04703695, which was produced by Google in this litigation.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript of the deposition of Bruce Schneier, taken in this litigation on July 18, 2022.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the transcript of the deposition of Jonathan Hochman, taken in this litigation on July 21, 2022.

//
//
//
//
//
//
//

1   I declare under penalty of perjury of the laws of the United States that the foregoing is true
2   and correct. Executed in Los Angeles, California on August 5, 2022.

By   */s/ Viola Trebicka*
     Viola Trebicka