# Exhibit 3




LATHAM & WATKINS LLP

# LATHAM ADVISES CONSORTIUM ON LANDMARK ACQUISITION OF CHELSEA FOOTBALL CLUB

**£4.25 billion transaction represents one of the largest sports M&A deals in history.**

view ▸

**The cookies we use**

Latham & Watkins uses cookies which are essential for the operation of our website. We would also like to use analytics cookies to help us understand how visitors use our site so we can continue to improve it, but we will only do so with your consent. We use a cookie to remember your preferences. You can access and change your preferences at any time by clicking on the gear icon.

Save and close

**Essential cookies**

Essential cookies enable the core functionality of our website such as security, authentication, and accessibility. You can change your browser settings to disable these cookies, but it may affect your ability to access and use the site.

**Analytics cookies** Off

We would like to use Google Analytics to analyse how visitors interact with our site so that we can continue to develop and improve it. These services are provided in Europe by Google Ireland Limited and elsewhere by Google LLC and affiliated Google Entities. Google Analytics uses cookies to collect information about visitors to our site (data related to the device/browser, IP address and on-site activity). They measure and report on user interactions, such as the volume and nature of visits to our site. If you agree to the use of these analytics cookies, please move the slider to "On." Please refer to the Cookies Policy on our Privacy page for more information.

© 2022 Latham & Watkins Prior results do not guarantee a similar outcome. 

Latham & Watkins LLP has office locations in Austin, Beijing, Boston, Brussels, Century City, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Moscow, Munich, New York, Orange County, Paris, Riyadh,* San Diego, San Francisco, Shanghai, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, and Washington, D.C.
*In cooperation with the Law Firm of Salman M. Al-Sudairi LLC

**Exhibit**
**0015**
7/20/2022
Michael Lasinski