# EXHIBIT 4

# Sealed in its Entirety