# EXHIBIT 5

# Sealed in its Entirety