# DECLARATION OF CARL SPILLY IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT DAVID NELSON

QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Andrew H. Schapiro (admitted *pro hac vice*) | Diane M. Doolittle (CA Bar No. 142046) |
| andrewschapiro@quinnemanuel.com | dianedoolittle@quinnemanuel.com |
| 191 N. Wacker Drive, Suite 2700 | 555 Twin Dolphin Drive, 5th Floor |
| Chicago, IL 60606 | Redwood Shores, CA 94065 |
| Telephone: (312) 705-7400 | Telephone: (650) 801-5000 |
| Facsimile: (312) 705-7401 | Facsimile: (650) 801-5100 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Carl Spilly (admitted *pro hac vice*) |
| violatrebicka@quinnemanuel.com | carlspilly@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I. Street, N.W., Suite 900 |
| Los Angeles, CA 90017 | Washington, D.C. 20005 |
| Telephone: (213) 443-3000 | Telephone: 202-538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: 202-538-8100 |
| | |
| Jonathan Tse (CA Bar No. 305468) | Jomaire A. Crawford (admitted *pro hac vice*) |
| jonathantse@quinnemanuel.com | jomairecrawford@quinnemanuel.com |
| 50 California Street, 22nd Floor | 51 Madison Avenue, 22nd Floor |
| San Francisco, CA 94111 | New York, NY 10010 |
| Telephone: (415) 875-6600 | Telephone: (212) 849-7000 |
| Facsimile: (415) 875-6700 | Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-LHK-SVK<br><br>**DECLARATION OF CARL SPILLY IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT DAVID NELSON**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 20, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

# DECLARATION OF CARL SPILLY

I, Carl Spilly, declare as follows:

1. I am a member of the bar of the District of Columbia and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the July 6, 2022 deposition of Plaintiffs' Rebuttal Expert David Nelson.

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt of the transcript of the July 20, 2022 deposition of Plaintiffs' Expert Jonathan Hochman.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt of the transcript of the July 18, 2022 deposition of Plaintiffs' Expert Bruce Schneier.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Washington, DC, on August 5, 2022.

DATED: August 5, 2022.

By /s/Carl Spilly
Carl Spilly