# Exhibit B

CONFIDENTIAL

```
 1         UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3              OAKLAND DIVISION
 4
 5    CHASOM BROWN,
 6            Plaintiff,      Case No.
 7    vs.                     4:20-cv-03664-YGR-SVK
 8    GOOGLE LLC,
              Defendant.
 9    ***********************************
                    CONFIDENTIAL
10       ZOOM VIDEOTAPED DEPOSITION OF
                JONATHAN E. HOCHMAN
11                July 20, 2022
12                 10:15 a.m.
13    ***************************************
14
15    TAKEN BY:
16       JOSEF ANSORGE, ESQ.
17       ATTORNEY FOR DEFENDANT
18
19    REPORTED BY:
20       BELLE VIVIENNE, RPR, CRR, NJ-CRR,
21       WA/CO/NM-CCR
22       NATIONALLY CERTIFIED REALTIME
23       COURT REPORTER
24       JOB NO. 5308381
25
                                          Page 1
```

| | | |
|---|---|---|
| 1 | A. I mean, one thing I would point | 13:56:09 |
| 2 | you to is -- is how often law enforcement | 13:56:11 |
| 3 | goes and seeks this information and what | 13:56:14 |
| 4 | their success rate is in identifying | 13:56:15 |
| 5 | people, okay? That's been written up. | 13:56:17 |
| 6 | But I also had a chance to ask | 13:56:21 |
| 7 | Dave Nelson, who was until recently, | 13:56:23 |
| 8 | employed by the FBI doing cyber | 13:56:26 |
| 9 | investigations, and he said that he's done | 13:56:28 |
| 10 | a lot of these investigations, and he | 13:56:30 |
| 11 | always gets the perpetrator when he's got | 13:56:32 |
| 12 | this data. It just doesn't -- it doesn't | 13:56:35 |
| 13 | fail. | 13:56:38 |
| 14 | BY MR. ANSORGE: | 13:56:38 |
| 15 | Q. Apart from IP address and user | 13:56:41 |
| 16 | agent, is it your opinion that any of the | 13:56:44 |
| 17 | other data at issue in this case | 13:56:46 |
| 18 | constitutes PII? | 13:56:48 |
| 19 | A. I mean, I think I've enumerated | 13:56:51 |
| 20 | what the other data is and that, | 13:56:53 |
| 21 | ultimately, you know, it may be a legal | 13:56:55 |
| 22 | conclusion as to what is PII, but I think | 13:56:58 |
| 23 | that a lot of this data is identifying, | 13:57:03 |
| 24 | especially when taken together. | 13:57:06 |
| 25 | So I want to be sure that no | 13:57:09 |