# Exhibit C

```
 1                 UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
 3
 4
 5    CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER
 6    CASTILLO, and MONIQUE
      TRUJILLO, individually and on
 7    behalf of all other similarly
      situated,
 8
                   Plaintiffs,
 9                                         No.
            vs.                            4:20-cv-03664-YGR-SVK
10
      GOOGLE LLC,
11
                   Defendant.
12    _____/
13
14
15          VIDEOTAPED DEPOSITION OF BRUCE SCHNEIER
16                  Remote Zoom Proceedings
17                 Cambridge, Massachusetts
18                   Monday, July 18, 2022
19
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 233                      Job No. 5312337
```

Page 1

```
 1   question, you started with a dictionary definition that
 2   says -- that offers as one definition "whose identity is
 3   concealed or unavowed."
 4          And I guess I'm trying to get at whether that is
 5   accurate; right?  I mean, if for the most part, you know,      14:17:08
 6   a user is not identified in Incognito mode, then one
 7   would argue, Google perhaps, that -- that the use of the
 8   term is accurate.
 9          And so I'm just asking if you have seen any
10   evidence to dispute that users' identities are not             14:17:25
11   concealed -- or are disputed that -- well, gosh, I lost
12   the thread.
13      A.  I know.
14      Q.  Have you seen any evidence that users'
15   identities are revealed when they are in Incognito mode?       14:17:39
16      A.  I guess the only thing I've read was the
17   deposition of the former FBI agent who talked about being
18   able to uncover identities of people who are using
19   Incognito.
20          Something that you said earlier, and I -- that I       14:17:57
21   wanted to comment on, and I lost it.  I should notes.
22   But I can't take notes.
23      Q.  You can.  I think I might be entitled to them at
24   the end, if you do, but...
25      A.  Right.                                                  14:18:15
```

Page 115