# [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: September 20, 2022<br>Time: 2:00 p.m. |

**[PROPOSED] ORDER**

Plaintiffs' Motion for Class Certification (Dkt. 609) (the "Motion") came for hearing before this Court on September 20, 2022.  Having considered all papers and oral argument in support and against the Motion, as well as the record in this case and the applicable legal standards, the Court DENIES the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion for Class Certification (Dkt. 609) is denied.

**IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge