# DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF GOOGLE, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLASS

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK <br><br> **DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF GOOGLE, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLASS.** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Date: September 20, 2022 <br> Time: 2:00 p.m. <br> Location: Courtroom 1 – 4th Floor |

1       I, Stephen A. Broome, declare as follows:

2       1.    I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3 counsel for Defendant Google LLC in this matter.  I am an attorney at law duly licensed to practice

4 before all courts of the State of California and admitted to practice in the Northern District of

5 California by this Court.  I have personal knowledge of the matters set forth herein and am

6 competent to testify.

7 **Written Discovery**

8       2.    Attached as **Exhibit 1** is a true and correct copy of Plaintiff Chasom Brown's

9 Amended Objection and Response to Defendant's First Set of Requests for Admission.

10       3.    Attached as **Exhibit 2** is a true and correct copy of Plaintiff William Byatt's

11 Amended Objections and Response to Defendant's First Set of Requests for Admission.

12       4.    Attached as **Exhibit 3** is a true and correct copy of Plaintiff Christopher Castillo's

13 Amended Objections and Response to Defendant's First Set of Requests for Admission.

14       5.    Attached as **Exhibit 4** is a true and correct copy of Plaintiff Jeremy Davis'

15 Amended Objections and Response to Defendant's First Set of Requests for Admission.

16       6.    Attached as **Exhibit 5** is a true and correct copy of Plaintiff Chasom Brown's

17 Amended Objections and  Responses to Defendant's Second Set of Requests for Admission.

18       7.    Attached as **Exhibit 6** is a true and correct copy of Plaintiff William Byatt's

19 Amended Objections and Responses to Defendant's Second Set of Requests for Admission.

20       8.    Attached as **Exhibit 7** is a true and correct copy of  Plaintiff Christopher Castillo's

21 Amended Objections Responses to Defendant's Second Set of Requests for Admission.

22       9.    Attached as **Exhibit 8** is a true and correct copy of Plaintiff Jeremy Davis's Amended

23 Objections and Responses to Defendant's Second Set of Requests for Admission.

24       10.    Attached as **Exhibit 9** is a true and correct copy of Plaintiff Monique Trujillo's

25 Objections and Responses to Defendant's First and Second Sets of Requests for Admission.

26       11.    Attached as **Exhibit 10** is a true and correct copy of Plaintiff Chasom Brown's

27 Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5.

28

12.     Attached as **Exhibit 11** is a true and correct copy of Plaintiff William Byatt's Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4 and 5.

13.     Attached as **Exhibit 12** is a true and correct copy of Plaintiff Christopher Castillo's Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5.

14.     Attached as **Exhibit 13** is a true and correct copy of Plaintiff Jeremy Davis's Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5.

15.     Attached as **Exhibit 14** is a true and correct copy of Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Sets of Interrogatories.

16.     Attached as **Exhibit 15** is a true and correct copy of Plaintiff Chasom Brown's Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 12-15).

17.     Attached as **Exhibit 16** is a true and correct copy of Plaintiff William Byatt's Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 12-15).

18.     Attached as **Exhibit 17** is a true and correct copy of Plaintiff Christopher Castillo's Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 12-15).

19.     Attached as **Exhibit 18** is a true and correct copy of Plaintiff Jeremy Davis' Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 12-15).

20.     Attached as **Exhibit 19** is a true and correct copy of Plaintiff Monique Trujillo's Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 12-15).

21.     Attached as **Exhibit 20** is a true and correct copy of Plaintiff Chasom Brown's Objections and Responses to Defendant's Third Set of Requests for Admission.

22.     Attached as **Exhibit 21** is a true and correct copy of Plaintiff William Byatt's Objections and Responses to Defendant's Third Set of Requests for Admission.

23.     Attached as **Exhibit 22** is a true and correct copy of Plaintiff Christopher Castillo's Objections and Responses to Defendant's Third Set of Requests for Admission.

24.     Attached as **Exhibit 23** is a true and correct copy of Plaintiff Jeremy Davis' Objections and Responses to Defendant's Third Set of Requests for Admission.

25.     Attached as **Exhibit 24** is a true and correct copy of  Plaintiff Monique Trujillo's Objections and Responses to Defendant's Third Set of Requests for Admission.

**Deposition Transcripts and Exhibits**

26.     Attached as **Exhibit 25** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff William Byatt, taken on December 20, 2021.

27.      Attached as **Exhibit 26** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Jeremy Davis, taken on January 7, 2022.

28.      Attached as **Exhibit 27** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Chasom Brown, taken on January 13, 2022.

29.     Attached as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Christopher Castillo, taken on February 8, 2022.

30.     Attached as **Exhibit 29** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Monique Trujillo, taken on February 11, 2022.

31.     Attached as **Exhibit 30** is a true and correct copy of excerpts from the transcript of the deposition of David Nelson, taken on July 6, 2022.

32.     Attached as **Exhibit 31** is a true and correct copy of excerpts from the transcript of the deposition of Mark Keegan, taken on July 15, 2022.

33.     Attached as **Exhibit 32** is a true and correct copy of excerpts from the transcript of the deposition of Bruce Schneier, taken on July 18, 2022.

34.     Attached as **Exhibit 33** is a true and correct copy of excerpts of the document marked as Exhibit 3 to the deposition of Bruce Schneier.

35.     Attached as **Exhibit 34** is a true and correct copy of excerpts of the document marked as Exhibit 5 to the deposition of Bruce Schneier.

36.     Attached as **Exhibit 35** is a true and correct copy of the document marked as Exhibit 7 to the deposition of Bruce Schneier.

37.     Attached as **Exhibit 36** is a true and correct copy of excerpts from the transcript of the deposition of Jonathan Hochman, taken on July 20, 2022.

38.     Attached as **Exhibit 37** is a true and correct copy of excerpts from the transcript of the deposition of Jonathan Hochman, taken on July 21, 2022.

BROOME DECLARATION IN SUPPORT OF GOOGLE'S OPPOSITION TO MOTION TO CERTIFY CLASS

39.     Attached as **Exhibit 38** is a true and correct copy of excerpts from the transcript of the deposition of Michael Lasinski, taken on July 20, 2022.

40.     Attached as **Exhibit 39** is a true and correct copy of the document marked as Exhibit 15 to the deposition of Michael Lasinski.

41.     Attached as **Exhibit 40** is a true and correct copy of excerpts from the transcript of the deposition of Steven Weisbrot, taken on August 2, 2022.

42.     Attached as **Exhibit 41** is a true and correct copy of excerpts from the transcript of the deposition of Gregory Fair, taken on December 14, 2021.

43.     Attached as **Exhibit 42** is a true and correct copy of excerpts from the transcript of the deposition of Rory McClelland, taken on February 18, 2022.

**Summary Exhibit**

44.     Attached as **Exhibit 43** is a chart summarizing the putative class members' alleged contracts with Google during the class period.

**Google-Produced Documents**

45.     Attached as **Exhibit 44** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-BRWN-00028191 through GOOG-BRWN-00028376.

46.     Attached as **Exhibit 45** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-BRWN-00477546 through GOOG-BRWN-00477604.

**Plaintiffs' Counsel and Expert Websites**

47.     Attached as **Exhibit 46** is a true and correct copy of a document produced in this litigation by Google bearing Bates number GOOG-CABR-05877547.

48.     Attached as **Exhibit 47** is a true and correct copy of a document produced in this litigation by Google bearing Bates number GOOG-CABR-05877548.

49.     Attached as **Exhibit 48** is a true and correct copy of a document produced in this litigation by Google bearing Bates number GOOG-CABR-05877549.

1    50.    Attached as **Exhibit 49** is true and correct copy of a screenshot of Hochman

2 Consultants website page Hochman Consultants Privacy Policy, accessed by Google counsel on

3 July 18, 2022.

4    51.    Attached as **Exhibit 50** is true and correct copy of a screenshot of Keegan and Donato

5 Consultants website home page, accessed by Google counsel on July 5, 2022.

6    **Website Privacy Policies and Other Disclosures**

7    52.    Attached as **Exhibit 51** is a true and correct copy of a document produced in this

8 litigation by Google bearing Bates numbers GOOG-CABR-05876958 through GOOG-CABR-

9 05876967.

10    53.    Attached as **Exhibit 52** is a true and correct copy of a document produced in this

11 litigation by Google bearing Bates numbers GOOG-CABR-05877056 through GOOG-CABR-

12 05877063.

13    54.    Attached as **Exhibit 53** is a true and correct copy of a document produced in this

14 litigation by Google bearing Bates numbers GOOG-CABR-05877083 through  GOOG-CABR-

15 05877114.

16    55.    Attached as **Exhibit 54** is a true and correct copy of a document produced in this

17 litigation by Google bearing Bates numbers GOOG-CABR-05877154 through GOOG-CABR-

18 05877161.

19    56.    Attached as **Exhibit 55** is a true and correct copy of a document produced in this

20 litigation by Google bearing Bates numbers GOOG-CABR-05877162 through GOOG-CABR-

21 05877211.

22    57.    Attached as **Exhibit 56** is a true and correct copy of a document produced in this

23 litigation by Google bearing Bates numbers GOOG-CABR-05877244 through  GOOG-CABR-

24 05877263.

25    58.    Attached as **Exhibit 57** is a true and correct copy of a document produced in this

26 litigation by Google bearing Bates numbers GOOG-CABR-05877264 through  GOOG-CABR-

27 05877274.

28

59.    Attached as **Exhibit 58** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877300 through  GOOG-CABR-05877320.

60.    Attached as **Exhibit 59** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877321 through  GOOG-CABR-05877324.

61.    Attached as **Exhibit 60** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877336 through  GOOG-CABR-05877342.

62.    Attached as **Exhibit 61** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877343 through  GOOG-CABR-05877344.

63.    Attached as **Exhibit 62** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877345 through  GOOG-CABR-05877358.

64.    Attached as **Exhibit 63** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877359 through  GOOG-CABR-05877365.

65.    Attached as **Exhibit 64** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877366 through  GOOG-CABR-05877372.

66.    Attached as **Exhibit 65** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877373 through  GOOG-CABR-05877402.

67.    Attached as **Exhibit 66** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877407 through GOOG-CABR-05877409.

68.     Attached as **Exhibit 67** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877410 through   GOOG-CABR-05877411.

69.     Attached as **Exhibit 68** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877412 through   GOOG-CABR-05877429.

70.     Attached as **Exhibit 69** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877430 through   GOOG-CABR-05877441.

71.     Attached as **Exhibit 70** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877497 through   GOOG-CABR-05877498.

72.     Attached as **Exhibit 71** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877499 through  GOOG-CABR-05877508.

73.     Attached as **Exhibit 72** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877509 through  GOOG-CABR-05877510.

74.     Attached as **Exhibit 73** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877515 through  GOOG-CABR-05877526.

75.     Attached as **Exhibit 74** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877550 through  GOOG-CABR-05877552.

76.     Attached as **Exhibit 75** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877568 through  GOOG-CABR-05877572.

77.     Attached as **Exhibit 76** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877578 through GOOG-CABR-05877603.

78.     Attached as **Exhibit 77** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877625 through GOOG-CABR-05877631.

79.     Attached as **Exhibit 78** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877633 through GOOG-CABR-05877640.

80.     Attached as **Exhibit 79** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877662 through GOOG-CABR-05877665.

81.     Attached as **Exhibit 80** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877678 through GOOG-CABR-05877681.

82.     Attached as **Exhibit 81** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877689 through GOOG-CABR-05877699.

83.     Attached as **Exhibit 82** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877700 through GOOG-CABR-05877711.

84.     Attached as **Exhibit 83** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877712 through GOOG-CABR-05877719.

85.     Attached as **Exhibit 84** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877720 through GOOG-CABR-05877725.

86.     Attached as **Exhibit 85** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877726 through GOOG-CABR-05877775.

87.     Attached as **Exhibit 86** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877776 through GOOG-CABR-05877780.

88.     Attached as **Exhibit 87** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877781 through GOOG-CABR-05877790.

89.     Attached as **Exhibit 88** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877791 through GOOG-CABR-05877802.

90.     Attached as **Exhibit 89** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877803 through GOOG-CABR-05877812.

91.     Attached as **Exhibit 90** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877825 through GOOG-CABR-05877831.

92.     Attached as **Exhibit 91** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877852 through GOOG-CABR-05877864.

93.     Attached as **Exhibit 92** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877879 through GOOG-CABR-05877891.

94.     Attached as **Exhibit 93** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877892 through GOOG-CABR-05877894.

1    95.    Attached as **Exhibit 94** is a true and correct copy of a document produced in this

2    litigation by Google bearing Bates numbers GOOG-CABR-05877899 through  GOOG-CABR-

3    05877891.

4    96.    Attached as **Exhibit 95** is a true and correct copy of a document produced in this

5    litigation by Google bearing Bates numbers GOOG-CABR-05877900 through GOOG-CABR-

6    05877901.

7    97.    Attached as **Exhibit 96** is a true and correct copy of a document produced in this

8    litigation by Google bearing Bates numbers GOOG-CABR-05877902 through GOOG-CABR-

9    05877909.

10    98.    Attached as **Exhibit 97** is a true and correct copy of a document produced in this

11    litigation by Google bearing Bates numbers GOOG-CABR-05877910 through GOOG-CABR-

12    05877936.

13    99.    Attached as **Exhibit 98** is a true and correct copy of a document produced in this

14    litigation by Google bearing Bates numbers GOOG-CABR-05877064 through GOOG-CABR-

15    05877071.

16    100.    Attached as **Exhibit 99** is a true and correct copy of a document produced in this

17    litigation by Google bearing Bates numbers GOOG-CABR-05877078 through GOOG-CABR-

18    05877082.

19    101.    Attached as **Exhibit 100** is a true and correct copy of a document produced in this

20    litigation by Google bearing Bates numbers GOOG-CABR-05877115 through GOOG-CABR-

21    05877127.

22    102.    Attached as **Exhibit 101** is a true and correct copy of a document produced in this

23    litigation by Google bearing Bates numbers GOOG-CABR-05877128 through GOOG-CABR-

24    05877132.

25    103.    Attached as **Exhibit 102** is a true and correct copy of a document produced in this

26    litigation by Google bearing Bates numbers GOOG-CABR-05877215 through GOOG-CABR-

27    05877220.

28

104.     Attached as **Exhibit 103** is a true and correct copy of a document produced in this litigation by Google bearing Bates number GOOG-CABR-05877469.

105.     Attached as **Exhibit 104** is a true and correct copy of a document produced in this litigation by Google bearing Bates numbers GOOG-CABR-05877573 through   GOOG-CABR-05877577.

**Public Articles**

106.     Attached as **Exhibit 105** is a true and correct copy of an article available at (https://www.consumerreports.org/privacy/what-your-web-browsers-incognito-mode-really-does-a8213975018/) that counsel for Google accessed on August 3, 2022 and added highlighting to for the purposes of this declaration.

107.     Attached as **Exhibit 106** is a true and correct copy of an article available at (https://www.howtogeek.com/117776/htg-explains-how-private-browsing-works-and-why-it-doesnt-offer-complete-privacy/) that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

108.     Attached as **Exhibit 107** is a true and correct copy of an article available at (https://www.pcmag.com/news/private-browsing-wont-protect-you-from-everything) that counsel for Google accessed on May 23, 2022 and added highlighting to for the purposes of this declaration.

109.     Attached as **Exhibit 108** is a true and correct copy of an article available at (https://www.wired.co.uk/article/google-chrome-incognito-mode-privacy) that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

110.     Attached as **Exhibit 109** is a true and correct copy of an article available at (http://america.aljazeera.com/articles/2014/9/24/private-browsing.html) that counsel for Google accessed on August 3, 2022 and added highlighting to for the purposes of this declaration.

111.     Attached as **Exhibit 110** is a true and correct copy of an article available at (https://spreadprivacy.com/how-anonymous-is-duckduckgo/) that counsel for Google accessed on September 15, 2021 and added highlighting to for the purposes of this declaration.

112.     Attached as **Exhibit 111** is a true and correct copy of an article available at (https://www.idropnews.com/news/privacy-matters-dont-let-google-chromes-incognito-mode-

BROOME DECLARATION IN SUPPORT OF GOOGLE'S OPPOSITION TO MOTION TO CERTIFY CLASS

fool-you/106453/) that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

113.   Attached as **Exhibit 112** is a true and correct copy of an article available at (https://nypost.com/2018/08/22/googles-incognito-mode-isnt-as-private-as-you-thought/) that counsel for Google accessed on September 15, 2021 and added highlighting to for the purposes of this declaration.

114.   Attached as **Exhibit 113** is a true and correct copy of an article available at (https://www.fastcompany.com/90311396/incognito-mode-wont-keep-you-private-try-browser-compartmentalization) that counsel for Google accessed on June 7, 2022 and added highlighting to for the purposes of this declaration.

115.   Attached as **Exhibit 114** is a true and correct copy of an article available at (https://medium.com/searchencrypt/chromes-incognito-mode-isn-t-private-so-what-s-the-point-89b2f0144c27) that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

116.   Attached as **Exhibit 115** is a true and correct copy of an article available at (https://www.huffingtonpost.co.uk/entry/weve-got-some-bad-news-turns-out-googles-incognito-mode-isnt-that-incognito_uk_5a142c99e4b0aa32975dbd46) that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

117.   Attached as **Exhibit 116** is a true and correct copy of an article available at (https://www.wired.com/story/incognito-mode-explainer/) that counsel for Google accessed on November 29, 2021 and added highlighting to for the purposes of this declaration.

118.   Attached as **Exhibit 117** is a true and correct copy of an article available at (https://www.usatoday.com/story/tech/columnist/saltzman/2018/04/23/incognito-browsing-isnt-really-private-and-4-other-privacy-myths/537695002/) that counsel for Google accessed on August 3, 2022 and added highlighting to for the purposes of this declaration.

119.   Attached as **Exhibit 118** is a true and correct copy of an article available at (https://www.trustedreviews.com/news/google-chrome-incognito-mode-3337991) that counsel for Google accessed on May 24, 2022 and added highlighting to for the purposes of this declaration.

120.     Attached as **Exhibit 119** is a true and correct copy of an article available at (https://www.indy100.com/tech/google-chrome-incognito-mode-private-internet-security-8868576) that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

121.     Attached as **Exhibit 120** is a true and correct copy of an article available at (https://bdtechtalks.com/2019/11/21/google-chrome-incognito-private-browsing/) that counsel for Google accessed on June 2, 2022 and added highlighting to for the purposes of this declaration.

122.     Attached as **Exhibit 121** is a true and correct copy of an article available at (https://www.metacompliance.com/blog/3-reasons-to-browse-the-internet-in-incognito-mode/) that counsel for Google accessed on May 20, 2022 and added highlighting to for the purposes of this declaration.

123.     Attached as **Exhibit 122** is a true and correct copy of an article available at (https://www.nytimes.com/2018/04/19/technology/personaltech/browser-privacy-mode.html) that counsel for Google accessed on August 3, 2022 and added highlighting to for the purposes of this declaration.

124.     Attached as **Exhibit 123** is a true and correct copy of an article available at (https://medium.com/duckduckgo-privacy-blog/incognito-28f10bb88554) that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

125.     Attached as **Exhibit 124** is a true and correct copy of an article available at (https://www.forbes.com/advisor/in/software/what-is-incognito-mode/) that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

126.     Attached as **Exhibit 125** is a true and correct copy of an article available at (https://global.factiva.com/hp/printsavews.aspx?pp=Print&hc=Publication) that counsel for Google accessed on July 18, 2021 and added highlighting to for the purposes of this declaration.

127.     Attached as **Exhibit 126** is a true and correct copy of an article available at (https://www.usatoday.com/story/tech/columnist/komando/2013/02/14/kim-komando-private-browsing-chrome-ebooks-software/1910085/) that counsel for Google accessed on August 3, 2022 and added highlighting to for the purposes of this declaration.

128.   Attached as **Exhibit 127** is a true and correct copy of an article available at (https://www.washingtonpost.com/news/the-switch/wp/2013/09/05/weve-all-practically-given-up-on-internet-privacy-heres-how-not-to/) that counsel for Google accessed on August 3, 2022 and added highlighting to for the purposes of this declaration

129.   Attached as **Exhibit 128** is a true and correct copy of an article available at (https://www.guidingtech.com/33828/chromes-incognito-mode-private/) that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

130.   Attached as **Exhibit 129** is a true and correct copy of an article available at (https://www.bustle.com/articles/184465-11-reasons-to-use-incognito-mode-when-browsing-the-internet-according-to-reddit) that counsel for Google accessed on July 30, 2022 and added highlighting to for the purposes of this declaration.

131.   Attached as **Exhibit 130** is a true and correct copy of an article available at (https://www.theverge.com/2016/9/27/13076032/google-app-adds-incognito-mode-ios)     that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

132.   Attached as **Exhibit 131** is a true and correct copy of an article available at (https://www.computerworld.com/article/3186941/you-are-not-very-incognito-in-incognito-mode.html) that counsel for Google accessed on August 3, 2022 and added highlighting to for the purposes of this declaration.

133.   Attached as **Exhibit 132** is a true and correct copy of an article available at (https://www.thrillist.com/entertainment/nation/what-is-incognito-mode-google-chrome)     that counsel for Google accessed on May 24, 2022 and added highlighting to for the purposes of this declaration.

134.   Attached as **Exhibit 133** is a true and correct copy of an article available at (https://metro.co.uk/2017/11/20/google-says-chromes-incognito-mode-was-not-designed-to-let-people-secretly-watch-porn-7094117/) that counsel for Google accessed on May 25, 2022 and added highlighting to for the purposes of this declaration.

135.   Attached as **Exhibit 134** is a true and correct copy of an article available at (https://www.thesun.co.uk/tech/4954837/google-chrome-incognito-not-private-boss-employer-school-can-see/) that counsel for Google accessed on May 25, 2022 and added highlighting to for the purposes of this declaration.

136.   Attached as **Exhibit 135** is a true and correct copy of an article available at (https://www.independent.co.uk/life-style/gadgets-and-tech/news/incognito-mode-chrome-safari-firefox-meaning-privacy-nsfw-content-who-can-see-google-a8064876.html) that counsel for Google accessed on May 2, 2021 and added highlighting to for the purposes of this declaration.

137.   Attached as **Exhibit 136** is a true and correct copy of an article available at (https://www.standard.co.uk/lifestyle/london-life/google-chrome-s-incognito-mode-isn-t-100-private-a3697146.html) that counsel for Google accessed on August 5, 2022 and added highlighting to for the purposes of this declaration.

138.   Attached as **Exhibit 137** is a true and correct copy of an article available at (https://www.theguardian.com/commentisfree/2018/may/27/incognito-mode-what-does-it-mean-history-google-chrome-privacy-settings) that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

139.   Attached as **Exhibit 138** is a true and correct copy of an article available at (https://finance.yahoo.com/news/lot-misconceptions-browsing-apos-incognito-172900804.html) that counsel for Google accessed on May 22, 2022 and added highlighting to for the purposes of this declaration.

140.   Attached as **Exhibit 139** is a true and correct copy of an article available at (https://www.digitalinformationworld.com/2018/07/research-busts-popular-myths-about.html) that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

141.   Attached as **Exhibit 140** is a true and correct copy of an article available at (https://www.thesun.co.uk/tech/7072213/google-incognito-mode-private-browsing-history/) that counsel for Google accessed on May 25, 2022 and added highlighting to for the purposes of this declaration.

1    142.    Attached as **Exhibit 141** is a true and correct copy of an article available at

2    (https://www.quora.com/How-anonymous-is-DuckDuckGo/answer/Gabriel-Weinberg/)    that

3    counsel for Google accessed on June 9, 2022 and added highlighting to for the purposes of this

4    declaration.

5    143.    Attached as **Exhibit 142** is a true and correct copy of an article available at

6    (https://thenextweb.com/google/2018/12/05/google-reportedly-personalizes-search-results-even-

7    when-youre-in-incognito-mode/) that counsel for Google accessed on June 7, 2022 and added

8    highlighting to for the purposes of this declaration.

9    144.    Attached as **Exhibit 143** is a true and correct copy of an article available at

10   (https://www.techradar.com/vpn/does-google-chrome-have-its-own-vpn) that counsel for Google

11   accessed on June 7, 2022 and added highlighting to for the purposes of this declaration.

12   145.    Attached as **Exhibit 144** is a true and correct copy of an article available at

13   (https://www.cosmopolitan.com/uk/entertainment/a27162618/is-google-incognito-private/)    that

14   counsel for Google accessed on April 23, 2021 and added highlighting to for the purposes of this

15   declaration.

16   146.    Attached as **Exhibit 145** is a true and correct copy of an article available at

17   (https://www.wired.com/story/privacy-browsers-duckduckgo-ghostery-brave/)    that   counsel   for

18   Google accessed on June 2, 2022 and added highlighting to for the purposes of this declaration.

19   147.    Attached as **Exhibit 146** is a true and correct copy of an article available at

20   (https://www.washingtonpost.com/technology/2019/06/27/help-desk-how-fight-spies-your-

21   chrome-browser/) that counsel for Google accessed on August 3, 2022 and added highlighting to

22   for the purposes of this declaration

23   148.    Attached as **Exhibit 147** is a true and correct copy of an article available at

24   (https://mashable.com/article/watch-porn-anonymously-with-this-trick/) that counsel for Google

25   accessed on May 23, 2022 and added highlighting to for the purposes of this declaration.

26   149.    Attached as **Exhibit 148** is a true and correct copy of an article available at

27   (https://boingboing.net/2019/12/03/what-does-incognito-mode-r.html) that counsel for Google

28   accessed on June 2, 2022 and added highlighting to for the purposes of this declaration.

150.    Attached as **Exhibit 149** is a true and correct copy of an article available at (https://www.inc.com/chris-matyszczyk/google-calls-it-private-browsing-oh-no-it-isnt.html)   that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

151.    Attached as **Exhibit 150** is a true and correct copy of an article available at (https://home.sophos.com/en-us/security-news/2019/how-private-is-private-browsing) that counsel for Google accessed on August 3, 2022 and added highlighting to for the purposes of this declaration.

152.    Attached as **Exhibit 151** is a true and correct copy of an article available at (https://www.pandasecurity.com/en/mediacenter/security/incognito-mode-not-as-secure/)   that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

153.    Attached as **Exhibit 152** is a true and correct copy of an article available at (https://cybernews.com/privacy/google-chrome-incognito-mode/) that counsel for Google accessed on August 5, 2022 and added highlighting to for the purposes of this declaration.

154.    Attached as **Exhibit 153** is a true and correct copy of an article available at (https://www.fastcompany.com/90534809/what-private-browsing-does-and-doesnt-to-shield-you-from-prying-eyes-online) that counsel for Google accessed on May 27, 2022 and added highlighting to for the purposes of this declaration.

155.    Attached as **Exhibit 154** is a true and correct copy of an article available at (https://www.keepersecurity.com/blog/2020/12/14/incognito-mode-is-it-safe-keeper-security/) that counsel for Google accessed on August 4, 2022 and added highlighting to for the purposes of this declaration.

156.    Attached as **Exhibit 155** is a true and correct copy of an article available at (https://www.analyticsinsight.net/dont-trust-the-incognito-mode-for-online-privacy-do-this-instead/) that counsel for Google accessed on November 29, 2021 and added highlighting to for the purposes of this declaration.

1    157.    Attached as **Exhibit 156** is a true and correct copy of an article available at

2  (https://www.cnn.com/2022/07/23/tech/private-browser-

3  security/index.html?utm_source=facebook&utm_medium=news_tab) that counsel for Google

4  accessed on August 1, 2022 and added highlighting to for the purposes of this declaration.

5

6    I declare under penalty of perjury of the laws of the United States that the foregoing is true

7  and correct. Executed in Los Angeles, California on August 5, 2022.

8

9

10    By    */s/ Stephen A. Broome*

11        Stephen A. Broome

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28