# EXHIBIT 96

# Privacy Policy



*Published: October 5, 2021*

This Privacy Policy (or "Policy") explains how WP Company LLC ("**The Washington Post**," "**we**," or "**us**") collects, uses, and shares information about you when you use our sites, mobile and tablet apps, and other online products and services that link to this Policy; subscribe to our print newspaper; receive our emails and newsletters; and attend our events (collectively, the "**Services**") or when you otherwise interact with us or receive a communication from us related to the Services. For certain Services we may provide you with additional privacy information that supplements this Policy. Other Washington Post services may refer to a different privacy policy, and for those products or services this Policy does not apply.

For your choices about your information, you can visit Account Management & Privacy Choices and Jurisdiction-Specific Privacy Information & Rights below and our Cookie Notice, which outlines your choices about personalized advertising.

Please note, this Policy includes sections with additional information for users in specific jurisdictions, including Privacy Information for California Residents and Information for Certain Users Outside of the United States. You understand that your personal data, including any data you provide, is processed by The Washington Post in the United States, which may have different data protection standards if you reside in another country.

This Privacy Policy covers the following:

Information We Collect

How We Use Information

How We Share Information

Third-Party Content and Links

Account Management & Privacy Choices

Jurisdiction-Specific Privacy Information & Rights

- California Residents
- Nevada Residents
- Information for Certain Users Outside the United States

Data Security

Children's Privacy

Changes to Our Privacy Policy

### Information We Collect

**Information You Provide to Us.** We collect the information you provide to us directly when you use the Services, including when you:

- Register an account or for a newsletter; register for or attend an event; subscribe to or purchase a product (such as our newspaper); participate in a contest, promotion or survey.
  - *Contact information* such as your name, e-mail address, street address, and phone number;

GOOG-CABR-05877902

- *Demographic Information* such as year of birth, gender, race, or general location, such as your city and state;

  - *Professional Information* such as job title, industry, and education; and

  - *Payment information* such as your credit card number (processed by our third-party payment processor) and expiration date, where appropriate to process a financial transaction you have requested.

- Submit Content to the Services or Interact with Content.
  - *User-Generated Content* such as comments on articles, content in message boards, images, photos, videos, online ads you post, or other content you provide to the Services. Please review our Discussion and Submission Guidelines for more information about our practices applicable to content that you submit to certain areas of our Services.

  - *Actions You Take Related to Content* such as sharing content; customizing newsletters, notifications and alerts; and liking, replying to, or reporting (and providing additional information regarding) comments.

- Contact Us or Provide Feedback.
  - *Contact information* such as your name, e-mail address, street address, and phone number;

  - *Comments, requests, and questions* you submit through customer service interactions with us; and

  - *Survey responses.*

**Automatically Collected Information.** We automatically collect certain information about your use of the Services or your device. For example, we may collect:

- *Device information* such as hardware model, IP address, device identifiers, operating system, browser type and settings (like language and available font settings) and settings of the device you use to access the Services.

- *Usage information* such as the Services you use, the time and duration of your use, and other information about your interaction with content, such as the articles you read and how you interact with our emails.

- *Location information* such as general location derived from your computer's IP address, your mobile device's GPS signal, or information about nearby WiFi access points and cell towers that may be transmitted when you use certain Services.

We and our service providers may use cookies, web beacons, and other tracking technologies to collect such information. See our Cookie Notice for more information about these technologies.

**Information From Third-Party Sources.** We may receive online or offline information about you from other sources, which we may combine with other information we receive from or about you. For example, we receive information from:

- *Other Users*, including your contact information if they provide you a gift subscription.

- *Enterprise Subscribers,* such as your employer or educational institution who provide us with your email address so you can register an account and use the Services.

- *Publicly and commercially available sources*, as permitted by law, including contact information, demographic and professional data, and interests.

- *Social Media Services,* if you interact with us through a social media service or log in using social media credentials. Depending on your social media settings, we may have access to your information from that service, such as your name, email address, friend or followers/following list, profile and demographic information, current city, comments about or reactions to our Services, and the people/sites you follow.

- *Data analytics providers and advertising partners,* including usage information, and information about your activity and transactions on other websites or platforms or with other companies.

GOOG-CABR-05877903

**Other Information** that we collect and use when you access and use the Services in ways that we describe to you at the point of collection or otherwise with your consent. You may choose not to provide us with certain types of information but doing so may affect your ability to use some of the Services.

### How We Use Information

We may use your information:

**To Provide and Manage the Services**, including to:

- provide account access, process your registrations and subscriptions, send you electronic newsletters, and/or enable you to participate in the features (such as commenting) provided by the Services;

- complete your payments and transactions;

- provide customer service;

- understand and resolve technical issues, app crashes and other issues being reported;

- personalize the Services, including content and recommendations (including via email). Through such features, we are able to bring you information and content tailored to your individual interests and needs.

**To Contact You.** We may periodically contact you with Services-related updates, new features you are entitled to access, legal information, customer service communications, newsletters and alerts (where applicable, based on your registrations and preferences), surveys, offers, promotions, and other information that may be of interest to you.

**To Better Understand Our Readers and Users and Improve our Services.** We analyze our users' interactions with the Services along with demographics, interests, and other information to better understand and serve our users and to improve our Services.

**To Deliver and Measure Advertising, Including Personalized Advertising.** We and third parties may use your information to deliver you ads, promotions, and offers that may be personalized to you, and to measure the placement, frequency, efficacy, and compliance of advertising and ad impressions (including contextual and targeted ads). The ads are for us and third-party advertisers and appear both on and off the Services.

We and third parties may use cookies and other tracking technologies to understand how you use the Services and facilitate serving relevant ads. This helps us determine if you have seen an ad before, tailor ads to you, including based on your activity, and avoid showing you duplicate ads. See our Cookie Notice for more information about how we use cookies and other tracking technologies and for your cookie choices, including how to opt out of personalized advertising.

We may also use other information we have collected about you, such as demographic and personal information (e.g., e-mail address) for purposes related to advertising, including personalized advertising.

**To Protect the Rights of the Services and Others.** We may use your information that we, in good faith, believe is necessary or appropriate to secure, protect, enforce, or defend the legal rights, privacy, safety, or property of the Services, its employees or agents, or other users, and to comply with applicable law and legal process.

**With Consent.** We may otherwise use your information with your consent or at your direction.

### How We Share Information

We may share your information with:

- **Affiliates** within our family of affiliated companies.

- **Business Partners** to provide you with services that you participate in or request, such as co-sponsors of a promotion that runs on our Services. We are not responsible for the privacy practices of these entities.

- **Service Providers** that provide services on our behalf, such as hosting vendors, advertising service providers, list managers and payment processors.

GOOG-CABR-05877904

- **Other Parties When Required by Law or as Necessary to Protect Our Services**, including as we believe is necessary or appropriate to protect, enforce, or defend the legal rights, privacy, safety, or property of the Services, our employees or agents or users, or to comply with applicable law or legal process, including responding to requests from public and government authorities.

- **Social Media Services,** if you log into the Services with a social media service or if you connect a social media account with the Services. In that case, we may share your information with that social media service depending on your settings. The social media service's privacy policy then applies to their practices regarding your information.

- **Third Parties that Provide Analytics, Content, Advertising, or Functionality.** Third parties may collect or receive certain information about you and/or your use of the Services to provide content, ads (including personalized ads), or functionality, or to measure and analyze ad performance, on our Services or other websites or platforms.

  - We may share or allow third parties to collect device information (e.g., browser type, IP address, or device ID), usage information, or click information obtained through cookies or other tracking technologies. Some of this information may be combined with information collected across different websites, online services, and other linked or associated devices. We try to limit how our third parties can use the information they gather from you or that we provide. However, some advertising and analytics vendors combine information they gather about you through our Services with information they receive from others in order to target ads to you across other services and to improve their own services. Our Cookie Notice provides more information about how these technologies are used.

  - We may also share information, including personal information about you (e.g., e-mail address) in hashed or other obscured format, for advertising purposes, including personalized advertising, either on our Services or for our products on other websites or platforms. Recipients are prohibited from using this personal information for their own purposes.

- **Other Parties in Connection with a Corporate Transaction.** We may share information we have about you in the event that we sell or transfer all or a portion of our business or assets to a third party, such as in the event of a merger, acquisition, or in connection with a bankruptcy reorganization, or in contemplation of or due diligence related to such a corporate transaction.

- **Otherwise With Your Consent or At Your Direction.** We may also share information about you with third parties whenever you consent to or direct such sharing.

We also may share other information with third parties in a manner that does not identify particular users, including, for example, aggregated data about how users are using our Services.

### Third-Party Content and Links

Our Services may embed content from, or link to, third-party websites and services, including social media platforms, that are outside of our control. We are not responsible for their practices and this Privacy Policy does not govern those third parties' content, services, or use of your information.

### Account Management & Privacy Choices

**Account & Subscription Management.** You may access or modify your Washington Post account, update your subscriptions and email newsletters associated with that account, and view your comment history on the User Profile page.

**Email Promotions.** You may opt out of receiving commercial email messages from us by following the instructions contained in those email messages.

**Analytics.** Some analytics providers we partner with may provide specific opt-out mechanisms. For example, you may opt out of having Google Analytics use your information for analytics by installing the Google Analytics Opt-out Browser Add-on. You can visit our Cookie Notice for additional information on how to opt out of certain analytics providers.

GOOG-CABR-05877905

**Personalized Advertising.** We want to give you more information about how to change the choices that may be available to you with respect to personalized advertising. You may choose whether to receive certain personalized (also known as targeted) advertising from participating ad networks, audience segment providers, ad serving vendors, other service providers or entities by visiting websites operated by the Network Advertising Initiative and Digital Advertising Alliance or if you are a user in the European Economic Area, Your Online Choices. These third-party tools may have limitations such as the browsers on which they are effective. Many mobile devices also allow you to opt-out of certain personalized advertising for mobile apps and related tracking using the settings within the mobile app or your mobile device. For more information, please check your mobile device settings.

**Browser Signals.** Some web browsers may transmit a "do-not-track" signal. Because there currently is no industry standard concerning how to treat such signals, the Services currently do not take action in response to these signals. We respond to the Global Privacy Control signal for California residents, as described further in the ***Privacy Information for California Residents*** section.

**Other Choices.** The local laws where you live (e.g., laws of the EEA, UK, and California) may permit you to make certain requests. See the section applicable to the place of your residency below.

*Jurisdiction-Specific Privacy Information & Rights*

*California Residents*

**Additional information.** If you are a California resident, the California Consumer Privacy Act ("CCPA") requires us to provide you with some additional information. Please note the information and the rights discussed below are not applicable to our employees, former employees, candidates, contractors, service providers, or business contacts.

- We may collect, use, and disclose for our business and commercial purposes, the following categories of information about you or your use of the Services:
  - Identifiers (such as name, address, email address); commercial information (such as transaction data); financial data (such as credit card information); user-generated content; device information and identifiers (such as IP address); internet or other network or device activity (such as browsing history or app usage); professional and employment related information; location data; audio or visual information (such as if you participate in a phone survey or submit a photo); demographic data (such as gender); inference data; and other information that identifies or can be reasonably associated with you.
  - Please see Information We Collect above for more information

- We may use the above categories of information:
  - to provide and manage the Services you request; to contact you; to deliver advertising; to better understand our readers and users and improve our Services; for bug detection and error reporting; to audit consumer interactions on the Services; to protect the rights of the Services and with your consent.
  - Please see How We Use Information above for more information.

- We may share
  - any of the above categories of information we collect with: our affiliates; business partners to provide you with services that you request; service providers; other parties, including government entities, when required by law or to protect our users and services; social media services pursuant to that service and your settings; and with your consent or in connection with a corporate transaction.
  - commercial information and financial data, including your payment information, with payment processors, and
  - device information and identifiers and internet or other network or device activity with entities that provide content, advertising, and functionality.
  - Please see Sharing of Information above for more information.

GOOG-CABR-05877906

**Sale of personal information.** We engage in personal information-based advertising on our Services, on other sites and when we advertise our Services elsewhere. In connection with such advertising, we may share the following categories of information with advertising networks and providers, advertisers, certain analytics providers, and social media networks, which may be considered a sale under California law

- device information and identifiers, such as IP address, and unique advertising identifiers and cookies; usage information, such as browsing history or app usage; location information, such as city; and inference data.

California residents can opt out of such targeted advertising as set forth here: Do Not Sell My Personal Information. California residents can also turn on the Global Privacy Control (GPC) to opt out of the "sale" of your personal information for each participating browser system that you use. Learn more at the Global Privacy Control website.

**Privacy Rights.**

California residents can request:

- the categories of personal information we collect, disclose or sell about you; the categories of sources of such information; the business or commercial purpose for collecting or selling your personal information; and the categories of third parties with whom we share personal information. Such information is also set forth in this Privacy Policy.

- access to and/or a copy of certain personal information we hold about you;

- deletion of certain personal information we have collected from you; and/or

- provide information about financial incentives that we offer to you, if any.

If you would like information regarding your rights or would like to make a request, please click here or email us at privacy@washpost.com. We will take reasonable steps to verify your identity and requests, including by verifying your account information, residency or the email address you provide. Certain information may be exempt from such requests under applicable law such as information we retain for legal compliance and to secure our Services. We may need certain information in order to provide the Services to you; if you ask us to delete it, you may no longer be able to use the Services. The CCPA further provides you with the right to not be discriminated against (as provided for in applicable law) for exercising your rights under the CCPA.

CCPA Requests: We received the following CCPA requests from California consumers between August 14, 2020 to December 31, 2020:

| REQUESTS | AUG. 14, 2020 TO DEC. 31, 2020 | AVERAGE NUMBER OF DAYS FROM VERIFICATION TO COMPLETION | AVERAGE NUMBER OF DAYS TO RESPOND TO INITIAL REQUEST |
|---|---|---|---|
| **CCPA Requests to Know Received** | 6 | ———— | 1.8 |
| Completed in whole or in part | 0 | | N/A |
| Incomplete (due to lack of verification or confirmation of request) | 6 | N/A | 1.8 |
| **CCPA Requests to Delete** | 33 | ———— | 2.3 |
| Completed in whole or in part | 19 | 42 | 2.5 |
| Incomplete (due to lack of verification or confirmation of request) | 14 | N/A | N/A |

GOOG-CABR-05877907

| | NUMBER FROM AUG. 14, 2020 TO DEC. 31, 2020 | AVERAGE NUMBER OF DAYS TO COMPLETION |
|---|---|---|
| **CCPA Requests to Opt Out** | | ———— |
| Completed in whole or in part | 161,722 | 1 |
| Incomplete | N/A | N/A |

Once a year, California residents can also request certain information regarding our disclosure, if any, of certain categories of personal information to third parties for their direct marketing purposes in the preceding calendar year. We do not share personal information with third parties for their own direct marketing purposes.

California residents who are under 18 and registered users of the Services can request removal of content that they have posted on the Services by emailing us at comments@washpost.com with your name and email address and/or your Washington Post username, birth year, mailing address, and the material that you want removed and information that will enable us to locate it, and the subject line "California Removal Request". Your request does not ensure complete removal of the material. For example, materials may be republished or reposted by another user or third party.

### Nevada Residents

Nevada consumers who have purchased goods or services from us may opt out of the "sale" of "covered information" as such terms are defined under Nevada law. We do not engage in such activity, but if you have questions about this you can email us at privacy@washpost.com.

### Information for Certain Users Outside the United States

Under applicable law in the EEA, UK, and Switzerland, the Washington Post is considered the "data controller" of the personal information we handle under this Policy. In other words, The Washington Post is responsible for deciding how to collect, use and disclose this information, subject to applicable law. Our contact information appears at the end of this Policy. Residents of certain jurisdictions may be able to request one or more individual rights set forth in "Individual Rights" below under applicable law.

**International Transfers.** The Services are headquartered in the United States, where we process and store information. We may also store information on servers and equipment in other countries depending on a variety of factors, including the locations of our users and service providers. We will ensure that transfers of personal data to a third country or an international organization are subject to appropriate safeguards. By using the Services or otherwise providing information to us, you consent to the processing, transfer, and storage of information in and to the U.S. and other countries, where you may not have the same rights as you do under local law. Our Privacy Shield Policy governs use of personal information was transferred to us from organizations in the EEA, UK, and Switzerland under such transfer mechanism.

### Users in the EEA, United Kingdom, and Switzerland

**Purposes of processing and legal basis for processing.** We process personal data consistent with our disclosures in this Privacy Policy. We process personal data on the following legal bases: (1) as necessary to perform our agreement to provide Services to you; (2) as necessary for our legitimate interests in providing the Services where those interests do not override your fundamental rights and freedoms related to data privacy; or (3) with your consent.

**Individual Rights.** If you are a resident of the EEA, UK, or Switzerland you have certain rights under applicable law, including

- provide access to and/or a copy of certain information we hold about you
- delete certain information that we hold about you
- prevent the processing of your information for direct-marketing purposes (including any direct marketing processing based on profiling)
- update or rectify information that is out of date or incorrect

GOOG-CABR-05877908

- restrict the ways that you process, disclose or share your information

- transfer your information to a third-party provider of services

- revoke your consent for the processing of your information

Residents of certain other countries may also be able request one or more of the above under applicable law. To make a request, you can contact us here. In order to respond to your request, we will need to verify your identity and residency and may require you to provide us with supporting information. If applicable, you may make a complaint to the data protection supervisory authority in the country where you are based. Alternatively, you may seek a remedy through local courts if you believe your rights have been breached.

**Additional Marketing & Advertising Choices.**

Our Cookies Notice has information about how to manage cookies and other choices that may be available to you with respect to personalized advertising.

If you are a resident of the EEA, UK, Switzerland, or Canada, as described above, you may opt out of (withdraw your consent to) receiving marketing emails from us by following the instructions in such emails. You may also opt out of (withdraw your consent to) our use of your email to provide you special offers via email and through other platforms (such as social media) by emailing us at optout-request@washpost.com.

*Data Security*

We have in place physical, electronic and managerial procedures to help protect the information we collect. However, as effective as these measures are, no security system is impenetrable. We cannot guarantee the security of our systems, nor can we guarantee that the information you supply will not be intercepted while being transmitted to us over the Internet.

*Children's Privacy*

We do not knowingly collect any personal information from children under the age of 16 without parental consent, unless permitted by law. If we learn that a child under the age of 16 has provided us with personal information, we will delete it in accordance with applicable law.

*Changes to this Privacy Policy*

We may modify this Privacy Policy from time to time. We will notify you of changes by posting changes here, or by other appropriate means. Any changes to the Privacy Policy will become effective when the updated policy is posted on the Services. Your use of the Services or your provision of information to us following such changes indicates your acceptance of the revised Privacy Policy.

**For More Information**. Please contact us here.

GOOG-CABR-05877909

# EXHIBIT 97



# WebMD Privacy Policy

WebMD understands how important the privacy of personal information is to our users. This Privacy Policy will tell you what information we collect about you and about your use of WebMD and its services. It will explain the choices you have about how your personal information is used and how we protect that information. We urge you to read this Privacy Policy carefully.

This Privacy Policy applies to websites owned and operated by WebMD that are intended for use by consumers (non-professionals) for non-commercial personal, family or household purposes, including WebMD.com, MedicineNet.com, RxList.com, OnHealth.com, and eMedicineHealth.com and including the mobile optimized versions of these sites and our Mobile Device Applications or "Apps" (we refer to these sites and Apps collectively as the "WebMD Sites"). We refer to the WebMD Sites and Apps, along with the information and services made available to you through the WebMD Sites and Apps, as the "Services."

This Privacy Policy also applies to the consumer-facing version of the WebMD Health Manager Product. However, if you are an employee or health plan member who has enabled access to your health record at

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877910

WebMD.com. If your employer or health plan account is no longer made available to you by your employer or health plan, you will continue to have access to your health information from WebMD.com, using the same username and password, but will be subject to this Privacy Policy.

Except where noted, statements in this Privacy Policy with respect to the WebMD Sites also apply to the Apps. If you do not want us to collect, use or disclose information about you and your use of the Services as described in this Privacy Policy, then you should not use the Services. By using the Services, you must agree to the WebMD Terms of Use, which is the contract between us and users of the Services.  By accepting the WebMD Terms of Use, you confirm that you have read and understand this Privacy Policy and the WebMD Cookie Policy and you acknowledge that we will store, use and otherwise process your information in the United States where we are located.

References to "WebMD," "we" or "us" mean WebMD LLC, including any company that WebMD LLC controls (for example, a subsidiary that WebMD LLC owns). WebMD may share information among its subsidiaries or websites that it owns or controls, but information collected under this Privacy Policy is always protected under the terms of this Privacy Policy. Except as otherwise noted in this Privacy Policy, WebMD LLC is the data controller responsible for the processing of your personal information

By using this site, you agree with our use of cookies.  **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877911

## Information Collected About You

Some of our Services (such as certain quizzes or calculators) do not retain your personal information, while others (such as WebMD Lab Testing and the Ovulation/Pregnancy Calendar and the Healthy Target Program in the WebMD App and certain of our registration-only Apps like WebMD Baby, WebMD Pregnancy and WebMD Allergy) store your personal information in accordance with this Privacy Policy. Even if you do not register with or provide any personal information to WebMD, we collect information about your use of the WebMD Sites and Apps and the Services. We may also acquire information about our users from external sources.

When you use the Services, we collect information as follows:

Registration

While you may use most of the Services without registering, certain Services do require that you register with WebMD for them to function properly. If you choose to register or update an existing account with WebMD or access certain Services, you may be required to provide certain personal information, such as your name, address, telephone number, gender, email address and date of birth, and a username and password to access your WebMD account. You are responsible for ensuring the accuracy

By using this site, you agree with our use of cookies.  **Cookie Policy**        **Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877912

Some of our Services, such as WebMD Symptom Checker, are interactive and may request that you submit health-related information, along with other information such as your age and gender. You are not required to register with WebMD to use WebMD Symptom Checker and if you are registered with WebMD, we do not associate information that you submit to the Symptom Checker with registration information that you have previously provided.

WebMD Health Manager

WebMD Health Manager provides you with a secure place to gather, store, manage and share your personal information and provides tools and services to better manage your health and the health of your family. You are required to register with WebMD to use WebMD Health Manager.  WebMD Health Manager has the ability to use information that you provide to send you personalized emails or secure electronic messages. However, WebMD does not allow any third parties to gather any data about you in connection with your use of the WebMD Health Manager including through the use of cookies and other tracking technologies.  Furthermore, WebMD does not use any information that you submit in connection with WebMD Health Manager to deliver any advertisements to you on or off of the WebMD Sites.

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877913

enables you to place a secure online order for certain lab tests. Once you've ordered your test, you'll visit a designated testing center where an experienced lab technician will collect your samples. WebMD has selected PWNHealth to provide care coordination (including independent physician review of test orders) and other administrative services (including processing credit card payments for the lab test orders). Ordering a lab test with WebMD Lab Testing requires you to register with WebMD. WebMD will share the personal information you use to register with WebMD with PWNHealth for purposes of processing and administering your lab test order. You will be able to access your lab test orders and results from PWNHealth through your WebMD account but WebMD will never receive your lab test results or your payment information. Only PWNHealth will have access to this information. PWNHealth may disclose to WebMD certain personal information in the aggregate which does not identify you. PWNHealth will use your personal information and other information it collects about you in providing the WebMD Lab Testing services in accordance with its privacy policy available here and terms of use available here. When you interact with WebMD Lab Testing you may interact with certain website pages that are hosted by WebMD or by PWNHealth. This Privacy Policy describes what information WebMD collects about you when you use WebMD's Services and how that information is used, disclosed, and maintained by WebMD. PWNHealth's privacy policy and terms of use will

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877914

WebMD Lab Testing, including which lab tests you have viewed and to statistically analyze trends and other user behavior on the WebMD Lab Testing pages. Other than PWNHealth, WebMD does not allow any third parties to gather any data about you in connection with your purchase of a lab test through WebMD Lab Testing including through the use of cookies or other tracking technologies. Furthermore, WebMD does not use any personal information that you submit in connection with WebMD Lab Testing to deliver any advertisements to you on or off of the WebMD Sites.

Email Newsletters

At registration and at various times as you use the WebMD Sites, you will be given the option of providing us with personal information in order to receive informational/promotional newsletters – such as a newsletter relating to a specific health condition – via email from WebMD and/or directly from third parties. From time to time WebMD may offer users of third party websites the opportunity to subscribe to our newsletters through those websites. If you elect to subscribe to one of our newsletters on a third party website, the operator of that website will provide us with the personal information you have provided in connection with the subscription request, which we may use in accordance with this Privacy Policy as though you had provided it directly to WebMD.

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**



GOOG-CABR-05877915

WebMD Site or a newsletter, we will ask you for your name, your email address and your friend's email address. We will automatically send your friend a one-time email inviting him or her to visit the site using your name and email address as the "from" email address. WebMD does not use your friend's email information for any other purpose. We will only use the information you provide to send the requested email to your friend.

If you believe that one of your contacts has provided us with your personal information and you would like to request that it be removed from our database, please use the Contact Us link provided at the bottom of every page of the WebMD Sites.

Market Research

From time to time, WebMD may conduct online research surveys on behalf of itself and third parties through email invitations, pop-up surveys and online focus groups. When participating in a survey, we may require you to provide your location, age and if there's a sweepstakes associated with the market research survey, your name and contact information for purposes of sweepstakes administration. The information you submit in a survey may be used by WebMD for research and measurement purposes, as described below, including to measure the effectiveness of content, advertising or programs. The personal information you provide in

By using this site, you agree with our use of cookies. **Cookie Policy**      **Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877916

behalf of WebMD will contain a link to this Privacy Policy.

## User Reviews and Other Public Forums

In connection with the use of our Physician Directory, users are able to submit provider reviews. Our reviews feature in the Physician Directory and are open to the public and should not be considered private.

Any information (including personal information) you share in any review, or other forum is by design open to the public and is not private. You should think carefully before posting any personal information in any public forum. What you post can be seen, disclosed to or collected by third parties and may be used by others in ways we cannot control or predict, including to contact you for unauthorized purposes. As with any public forum on any site, the information you post may also show up in third-party search engines.

## Emails You Send to WebMD

This Privacy Policy does not apply to information, content, business information, ideas, concepts or inventions that you send to WebMD by email. If you want to keep content or business information, ideas, concepts or inventions private or proprietary, do not send them in an email to

By using this site, you agree with our use of cookies.  **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877917

When you access and use the Services, WebMD automatically collects and stores in its server logs information from your browser or mobile device such as your IP address or unique device identifier, browser information (including referring URL), your preferences and settings, cookies and information about the content you have viewed and actions taken (e.g., search queries, ad engagement, clicks and the associated dates and times). WebMD may also collect device-specific information when you install and use an App including your device model, operating system information, advertising ID (which is a unique, user-resettable identification number for advertising associated with a mobile device) and App version and usage information. When enabled by you, we collect precise location information provided by your mobile device, which you may disable through the device settings.

Precise Geolocation Data

When enabled by you, we collect precise location information provided by your mobile device. We do so to provide you more relevant content including advertising based on your location. You may disable the collection and use of your location data through your device settings. To change location settings on your device, please refer to your device's official knowledge base.

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877918

the Services. "Cookies" are small data files assigned to your browser when you visit a WebMD Site which enable recognition of your browser and collect and store information about your use of the Services, as described above. In addition to cookies, we and our partners use other tracking technologies that collect information about your use of the Services, including mobile identifiers and "web beacons" which are small graphic files (sometimes called "clear GIFs" or "web pixels") embedded in a web page or email typically used to monitor activity and send relevant information back to a home server (which can belong to the host site, a network advertiser or some other third party). The information collected by such tracking technologies may be combined with other information that our partners have access to, including your name, email address and physical address, so that we can send you materials, either electronically or by direct mail, that may be of interest to you.

Our advertising service partners may use cookies and other tracking technologies to collect information about your use of the WebMD Sites, including content you have viewed. These third parties may use this information to help WebMD deliver advertising on the WebMD Sites and on other third party websites based on your browsing activity on the WebMD Sites. WebMD may further tailor the advertising on the WebMD Sites and these other third party websites based on additional information to the

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

Accept Cookies

✕

3/1/2022, 4:01 PM

GOOG-CABR-05877919

use information collected through our use of the Google services on the WebMD Sites visit https://www.google.com/policies/privacy/partners. While Facebook does not provide any personal information to WebMD, Facebook may use information that it has about you and that it collects performing services for WebMD (which may be associated with personal information that Facebook has about you) as described in its privacy policy available at https://www.facebook.com/about/privacy.

To provide you with certain personalization and advertising services described herein, when you use our WebMD Sites, we may share information that we may collect from you, such as your email address (in hashed form), IP address or information about your browser or operating system, with our service provider, LiveRamp Inc. and its affiliates, which may in turn link demographic or interest-based information to your browser. To opt out of this use, visit https://liveramp.com/opt_out/.

We also work with third party ad networks to display advertising on our WebMD Sites and on third party websites. Our ad network vendors use technologies to collect information about your activities on the WebMD Sites and in our flagship WebMD App to provide you cookie-based targeted advertising on our WebMD Sites and on third party websites based upon your browsing activity and your interests.

For more information about our how cookies and other tracking

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

3/1/2022, 4:01 PM

GOOG-CABR-05877920

we assign a random number to your App installation. This number cannot be used to identify you personally, and we cannot identify you personally unless you choose to become a registered user of the App. We use this random number in a manner similar to our use of cookies as described in this Privacy Policy and in our Cookie Policy. Unlike cookies, the random number is assigned to your installation of the App itself and not a browser, because the App does not work through your browser. Therefore the random number cannot be removed through settings. If you do not want us to use the random number for the purposes for which we use cookies, please do not use the Apps. Our use of cookies and other tracking technologies on our mobile optimized sites and our flagship WebMD App are similar to our use on our desktop sites. Your choices to reject cookies, use the Network Advertising Initiative and the opt-out mechanism described below in the section "Your Choices and Rights" are available on our flagship WebMD App and on our mobile optimized sites.

## Cross-Device Tracking

We and our service providers collect and store information about users' interactions with unaffiliated websites and applications that use our technologies, including cookies and similar tracking technologies. This allows us to infer the presence of a common user or household behind multiple devices. We do so in order to:

By using this site, you agree with our use of cookies.  **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877921

- allow users to use our service on one device and pick up seamlessly where they left off on another device;

- limit the number of times a user is shown the same advertisement, across known or inferred devices

For information on your advertising choices and opt-out, please see the "Your Choices and Rights" section of this Privacy Notice.

## How Information Collected About You Is Used

Information about your use of the Services may be used for the following purposes:

- to provide, improve and create new Services,

- to respond to your inquiries and to send you administrative communications about the WebMD Sites and Services,

- to obtain your feedback about the WebMD Sites and Services,

- to send you secure electronic messages and personalized emails pertaining to your interests as inferred from your use of the Services, including news, announcements, reminders and opportunities from WebMD,

- to statistically analyze trends and user behavior and activity including how frequently areas of the WebMD Sites are visited, how the Services are being used and how many emails are received and opened,

By using this site, you agree with our use of cookies.    **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

3/1/2022, 4:01 PM

GOOG-CABR-05877922

- to detect and defend against fraud and other threats to the Services and our users,

- to identify issues with the Services,

- to conduct research and measurement activities, including those described below, and

- to administer your account.

In addition, WebMD may use personal information about you for other purposes that are disclosed to you at the time we collect the information and/or with your consent.

WebMD may combine your personal information and other information collected about your use of the Services, and also supplement with information from external sources for the purposes described in this Privacy Policy. For example, information that WebMD collects about you may be combined by WebMD with other information available to WebMD through third parties for research and measurement purposes, including measuring the effectiveness of content, advertising or programs. This information from other sources may include age, gender, demographic, geographic, personal interests, product purchase activity or other information. We may report aggregate information, which is not able to be identified back to an individual user of the WebMD Sites, to our current or prospective advertisers and other business partners.

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877923

We may share your information with our subsidiaries, affiliates and companies acquired by or merged with us and our affiliates for their use for the purposes set forth in this Privacy Policy. We partner with our affiliate, PulsePoint, Inc., for the purposes set forth in this Privacy Policy, including for measurement, analytics, identification, personalization and in connection with advertising and sponsored programs. Subject to applicable law, we may share your information with PulsePoint, which may also use cookies and other tracking technologies described herein, for behavioral or targeted advertising, and to provide to us analytics, insights, actions and other information related to your use of the Services or those of third parties and to its clients to provide similar services to you. Please review PulsePoint's privacy policy for more information on its privacy practices. In the event of a corporate change in control resulting from, for example, a sale to, or merger with, another entity, or in the event of a sale of assets or a bankruptcy, WebMD reserves the right to transfer your personal information to the new party in control or the party acquiring assets. In the event of such a change, your personal information will continue to be treated in accordance with this Privacy Policy unless any changes to the Privacy Policy are made in accordance with the section below that discusses "Changes to This Privacy Policy."

Companies and Contractors that Work with WebMD

By using this site, you agree with our use of cookies. Cookie Policy

Manage Preferences

Accept Cookies

GOOG-CABR-05877924

technology, data analysis, research, email management and deployment, sweepstakes and contest administration, advertising and marketing and/or content. If you are in the United States, we may also partner with certain service providers to better understand your experience on the WebMD Sites, including technology that enables us to review and optimize the Services based on your interactions with certain pages (e.g., how much time you spend on which pages, which links you choose to click, what you do and don't like, etc.) in an anonymized format. WebMD contractors sometimes have limited access to your information in the course of providing products or services to WebMD. We contractually require that our contractors not use or disclose your information for any purpose other than providing the limited service or function for WebMD.

Third Party Advertisers and Third Party Websites

We may share information that we have about you, such as a cookie ID or IP address, with third party advertising service providers who may use this information, on our behalf, to help WebMD deliver advertising on the WebMD Sites as well as on third party websites, as further described in our Cookie Policy.

Certain content, services and advertisements offered to you through the WebMD Sites are served on, or contain links to, websites hosted and

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877925

these Third Party Websites is not subject to this Privacy Policy. WebMD does not endorse and is not responsible for the privacy practices of these Third Party Websites. You should review the privacy policy posted on the Third Party Website to understand how that Third Party Website collects and uses your information. WebMD makes an effort to make it obvious to you when you leave a WebMD Site and enter a Third Party Website, either by requiring you to click on a link or by notifying you on the WebMD Site before you visit the third party site. In addition, if you see a phrase such as "Powered by" or "in association with" followed by the name of a company other than WebMD, then you are on a website hosted by a company other than WebMD.  When you use a co-branded service (a service operated with a partner of WebMD, such as WebMD Lab Testing), or register or otherwise provide information on a co-branded site, where applicable, we may pass the collected information back to that partner, which may include third party service providers whose services are embedded into and/or appear within the Services.

We may also include social widgets on the WebMD Sites which enable you to interact with the associated social media services, e.g., to share an article. These widgets may collect browsing data which may be received by the third party that provided the widget, and are controlled by these third parties. You may be able to manage your privacy preferences directly with the applicable social network platform.

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877926

parties to enforce and comply with law, we may release personal information to third parties: (1) to comply with legal requirements such as a law, regulation, search warrant, subpoena or court order; (2) when we believe in good faith that disclosure is necessary to protect our rights, protect your safety or the safety of others, investigate fraud, or respond to a government request; or (3) in special cases, such as in response to a physical threat to you or others, to protect property or defend or assert legal rights. In addition, we may disclose personal information as described below.

## How Your Information is Secured and Retained

We take reasonable security measures to protect the security of your personal information. Despite WebMD's efforts to protect your personal information, there is always some risk that an unauthorized third party may find a way around our security systems or that transmissions of your information over the Internet may be intercepted.

The security of your personal information is important to us.  When you enter personal information (including personal health information in various Services), we encrypt the transmission of that information or use SSL connections (Secure Socket Layer) technology.

We will retain your personal information as long as your account is active or

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877927

Choices and Rights" below for more information on how you can update or remove your personal information. We will also retain your personal information as necessary to comply with legal obligations, resolve disputes and enforce our agreements.

## **Your Choices and Rights**

Updating/Removing Your Personal Information

If you do not want your personal information used by WebMD as provided in this Privacy Policy, you should not use the WebMD Sites, Apps and Services.  You can correct, update or review personal information you have previously submitted by going back to the specific Service, logging-in and making the desired change. You can also update any personal information you have submitted by contacting us using the contact information listed below or through the Contact Us link provided at the bottom of every page of the WebMD Sites.

If you have registered and desire to delete any of your registration information you have provided to us from our systems please contact us using the contact information listed below in the "Contacting WebMD About Your Personal Information or Privacy" section or through the Contact Us link provided at the bottom of every page of the WebMD Sites. Upon

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877928

servers.

When you sign up to receive email communications for any of our Services, including our email newsletters, or at any time, you can choose to opt out of receiving additional newsletters or other email communications from WebMD or our advertisers or sponsors.

You can unsubscribe from an email newsletter by:

- Following the directions included at the bottom of the newsletter and using the "Unsubscribe" link found in the emails.
- Logging in to the WebMD Sites and unchecking the newsletters you no longer wish to receive under the "My Profile" section.

If you decide that you would prefer not to receive personalized email or secure electronic messages from the WebMD Health Manager tool, you may also "Opt-out" of the Service by clicking on the settings tab on your Health Manager home page and changing your email preference or following the unsubscribe instructions included in each email.

All promotional emails that WebMD sends with opportunities from WebMD or with offers or informational materials from WebMD on behalf of our sponsors will contain an opportunity to unsubscribe from getting additional emails of that type in the future from WebMD unless you re-subscribe.

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877929

instructions on how to reset the browser to reject Cookies in the "Help" or "Settings" or "Preferences" section of your browser's toolbar.  Refer to our Cookie Policy for additional information about opting out of Cookies.

Interest-Based Advertising Opt-Out

In order to give you more control over your privacy choices we have implemented a DAA (Digital Advertising Alliance) approved opt-out mechanism for interest-based advertising. At the bottom of every page of the WebMD Sites you will see an AdChoices logo (which looks like this:

AdChoices ▷).  In our flagship WebMD App you can find the AdChoices option in the "Settings" screen.  By clicking on that logo on the WebMD Sites or following the instructions in the flagship WebMD App, you will be presented with a window that will identify all of the companies that WebMD uses to direct tailored advertisements to you, both on the WebMD Sites and in the flagship WebMD App as well as on third-party websites. If you would like to stop this tailored advertising from WebMD, you can manage these advertisements through the choices in that window. Please note that even if you opt-out of interest-based advertising, you will continue to receive generic advertisements through the Services. Please note that your choice to stop tailored advertising is specific to the browser or mobile device that you are using so if you make a choice to opt out from

By using this site, you agree with our use of cookies.  Cookie Policy

Manage Preferences

Accept Cookies

✕

GOOG-CABR-05877930

that vendor assists us with the delivery of advertisements. The WebMD Sites do not respond to web browser "do not track" signals. This opt-out mechanism is available in the flagship WebMD App for iOS and Android, as well as on our mobile optimized sites, but is not currently available on our other Apps (WebMD Pregnancy, WebMD Baby and WebMD Allergy).

Mobile Opt-out

You may also control interest-based advertising on your mobile device by enabling the "Limit Ad Tracking" setting in your iOS device's settings or "Opt out of Ads Personalization" in your Android device's settings. This will not prevent you from seeing advertisements, but will limit the use of device advertising identifiers to personalize ads based on your interests.  If you have questions about how to reject cookies on your specific device please check with the device manufacturer.

California Residents

If you are a California resident, California law may provide you with additional rights regarding our use of your personal information. For more information relevant to our users who are California residents, please click here.

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877931

WebMD Sites do not collect personal information from any person we actually know is under the age of 13. A parent or guardian, however, may use WebMD Health Manager to establish a personal health record and a WebMD Health Manager home page for a minor. The parent or guardian is solely responsible for providing supervision of the minor's use of WebMD Health Manager. The parent or guardian assumes full responsibility for ensuring that the registration information is kept secure and that the information submitted is accurate. The parent or guardian also assumes full responsibility for the interpretation and use of any information or suggestions provided through WebMD Health Manager for the minor.

## **Note to Users Outside of the United States**

WebMD and our technical infrastructure are located in the United States. The personal information that you provide to us is stored on servers located in the United States. If you are located in another jurisdiction, you should be aware that in order to provide the Services to you, we must transfer your personal information to the United States where it will be stored and processed in accordance with this Privacy Policy. We may transfer your information outside the United States to service providers with operations in other countries. By using the Services, you consent to such collection, storage and processing in the United States and elsewhere, though the United States and other jurisdictions may not afford the same

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877932

## Additional Information for WebMD's Visitors from the European Economic Area ("EEA")

When you use the Services, we collect, store, use and otherwise process your personal information as described in this Privacy Policy. We rely on a number of legal bases to process your information, including where: (i) necessary for our legitimate interests in providing and improving the Services including offering you content and advertising that may be of interest to you; (ii) necessary for our legitimate interest in keeping the Services, Sites and Apps safe and secure; (iii) necessary for the legitimate interests of our service providers and partners; (iv) necessary to perform our contractual obligations in the WebMD Terms of Use; (v) you have consented to the processing, which you can revoke at any time (however a revocation does not affect the lawfulness of processing of your personal data that occurred prior to the date of revocation); (vi) you have expressly made the information public, e.g., in public forums; (vii) necessary to comply with a legal obligation such as a law, regulation, search warrant, subpoena or court order or to exercise or defend legal claims; and (viii) necessary to protect your vital interests, or those of others.

If you are a WebMD user in the EEA, you can: (i) access personal information we have about you (we will try to provide information within 30 days of your request); (ii) have your personal information corrected or deleted (in

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877933

we have compelling legitimate grounds to continue; (iv) withdraw consent previously provided (however a withdrawal does not affect the lawfulness of processing of your personal data that occurred prior to the date of withdrawal); or (v) if you believe that we have not complied with applicable data protection laws, you may lodge a complaint with your local supervisory authority. If you wish to inquire as to whether we maintain any of your personal information and if so, whether you wish to exercise any of those rights that are available to you with respect to such personal information, you may contact us as described in the Contacting WebMD About Your Personal Information or Privacy section below. We will respond to your request within a reasonable timeframe.

Where we process your personal information for direct marketing purposes, you can opt-out through the unsubscribe link in the email communications we send to you, by changing your subscription preferences in your account settings or as otherwise specified in this Privacy Policy.

We will retain your personal information for as long as necessary to provide the Services to you and fulfill the purposes described in this Privacy Policy. This is also the case for third parties within whom we share your information to perform services on our behalf.  When we no longer need to use your personal information and there is no need for us to keep it to

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✖

GOOG-CABR-05877934

## Contacting WebMD About Your Personal Information or Privacy

Please send us an email by using the Contact Us link at the bottom of every page of the WebMD Sites if you have any questions about this Privacy Policy or the personal information we maintain about you. We will respond to your request within a reasonable timeframe.

You can also contact WebMD's Privacy Office at:

WebMD LLC

Attn: Office of Privacy

1201 Peachtree Street, NE

400 Colony Square, Suite 2100

Atlanta, GA 30361

Phone: 866-788-3097

If you have an unresolved privacy or data use concern that we have not addressed satisfactorily, please contact our U.S.-based third party dispute resolution provider (free of charge) at https://feedback-form.truste.com /watchdog/request.

WebMD users from the EEA may also contact our Data Protection Officer at DPO@webmd.net.

## Changes to this Privacy Policy

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877935

Privacy Policy we will notify you by means of a notice on the WebMD Sites and/or by email to our registered users (sent to the email address specified when you register) prior to the change becoming effective. By continuing to use the Services after changes are made to this Privacy Policy, you agree to such changes. We encourage you to periodically review this Privacy Policy for the latest information on our privacy practices. If you do not accept the terms of this Privacy Policy, we ask that you do not register with us and that you do not use the WebMD Sites. Please exit the WebMD Sites immediately if you do not agree to the terms of this Privacy Policy.

## **Accreditations and Privacy Seals**

 To view our certification status click here.

WebMD.com, MedicineNet.com, eMedicineHealth.com, and RxList.com comply with the HONcode standard for trustworthy health information, which can be verified here.

Last Updated
January 07, 2022

By using this site, you agree with our use of cookies. **Cookie Policy**

**Manage Preferences**

**Accept Cookies**

✕

GOOG-CABR-05877936

# EXHIBIT 98





## EXPLORE CLASSICS



**Suede Classic XXI Men's Sneakers**

**$70.00**

**Suede Classic XXI Men's Sneakers**

**$70.00**



### This website uses cookies

PUMA and our third party partners use cookies and related technologies to improve and customize the browsing experience for optimized ad delivery, social media engagement and analytics. By clicking 'I Agree' below, you consent to our use of cookies. You may disable cookies in your browser settings at any time. For more information, please see our **Privacy Policy.**

I agree

GOOG-CABR-05877065



## This website uses cookies

PUMA and our third party partners use cookies and related
technologies to improve and customize the browsing experience for
optimized ad delivery, social media engagement and analytics. By
clicking 'I Agree' below, you consent to our use of cookies. You may
disable cookies in your browser settings at any time. For more
information, please see our **Privacy Policy.**

I agree

GOOG-CABR-05877066

# FALL WEATHER FRESH

EXPLORE FALL FITS

**This website uses cookies**

PUMA and our third party partners use cookies and related technologies to improve and customize the browsing experience for optimized ad delivery, social media engagement and analytics. By clicking 'I Agree' below, you consent to our use of cookies. You may disable cookies in your browser settings at any time. For more information, please see our **Privacy Policy.**

I agree

GOOG-CABR-05877067

**This website uses cookies**

PUMA and our third party partners use cookies and related technologies to improve and customize the browsing experience for optimized ad delivery, social media engagement and analytics. By clicking 'I Agree' below, you consent to our use of cookies. You may disable cookies in your browser settings at any time. For more information, please see our **Privacy Policy.**

I agree

GOOG-CABR-05877068

## RECOMMENDED FOR YOU

PUMA x LIBERTY Printed Women's Kimono

$245.00

Desierto v2 PureTEX Sneakers

**$69.99**
~~$110.00~~

### This website uses cookies

PUMA and our third party partners use cookies and related technologies to improve and customize the browsing experience for optimized ad delivery, social media engagement and analytics. By clicking 'I Agree' below, you consent to our use of cookies. You may disable cookies in your browser settings at any time. For more information, please see our **Privacy Policy.**

I agree

GOOG-CABR-05877069



## SHOP MENS

| SHOES | CLOTHING | ACCESSORIES |

## SHOP WOMENS

| SHOES | CLOTHING | ACCESSORIES |

## SHOP KIDS

| SHOES | CLOTHING | ACCESSORIES |

Email Sign Up

EMAIL →

Support                                                                              ›

**This website uses cookies**

PUMA and our third party partners use cookies and related
technologies to improve and customize the browsing experience for
optimized ad delivery, social media engagement and analytics. By
clicking 'I Agree' below, you consent to our use of cookies. You may
disable cookies in your browser settings at any time. For more
information, please see our **Privacy Policy.**

I agree

TRAC

GOOG-CABR-05877070



ESPAÑOL

© PUMA SE, 2021. All Rights Reserved.

Imprint & Legal Data



**This website uses cookies**

PUMA and our third party partners use cookies and related
technologies to improve and customize the browsing experience for
optimized ad delivery, social media engagement and analytics. By
clicking 'I Agree' below, you consent to our use of cookies. You may
disable cookies in your browser settings at any time. For more
information, please see our **Privacy Policy.**

I agree

GOOG-CABR-05877071

# EXHIBIT 99



GOOG-CABR-05877078

## Top Stories



**BREAKING: Alabama Flooding Kills Two, Leaves Two Others Missing**

  

Will Southeast Rain Linger into the Weekend?

Officer's Terrifying Near-Miss Caught on...

Atticus to Zion: Here Are This Season's Winter...

▶ Drought Creates a New, Strange Kind of Crime

▶ Widespread Snow, Cold & Wind Arrives this Weekend

▶ Area off Southeast Coast Could Bring Rip Currents, Rain

▶ Why Phoenix Is Turning Its Streets Gray

**More Stories**

Advertisement



Help build the future of education

Call for Code®
Education Innovation Case Competition

IBM.
Call for Code
Founding Partner

### Hurricane Tracker



**Tropical Depression Twentytwo**
Oct 7 5:00 am

| Max Winds | Movement | Pressure |
|-----------|----------|----------|
| 35 mph | NW at 8 mph | -- |

**Track Storm**

Advertisement

✕



**Your Privacy**

Please refer to the CCPA Notice in our Privacy Policy to learn about the types of data we collect and how we use and share it. We collect data from your device to personalize your weather and the ads you see.

**Review Privacy and Advertising Settings**

## Weather Today Across the Country



**Read More**

Advertisement



### At 75, To...

Sponsored by Worldemand

SEE MORE ↗

## Recommended

          

88% of U.S. Deaths From...

Why California Wildfires...

Home Fires Rise as Temperatur...

Regularly Seeing Severe...

**See More**

## Stay Safe



## COVID-19

See the latest in the new information hub, including county-level tracking for the US. Stay safe.

**Track COVID-19**

## Featured Deal



Warm Up Your Pup on Walks With This Heated Dog Vest

**See More**

Advertisement

Help build the



### Your Privacy

Please refer to the CCPA Notice in our Privacy Policy to learn about the types of data we collect and how we use and share it. We collect data from your device to personalize your weather and the ads you see.

**Review Privacy and Advertising Settings**

×

GOOG-CABR-05877080

## Photos

   

Aerial Images Show the...

Volcano's Crater Collapses...

Photos of California's Devastatin...

Sad Images Show the Drying of ...

**See More**

## Sponsored Content

Ranking the Best American Muscle Cars of All Time 1-25, So Who Is Number 1?
Daquan

After 73 Years, the Fulbright Program Persists. Here Why.
Georgetown University

Los Angeles: Liquidation Of Unsold 2020 SUVs. Prices May Surprise You
SUV Deals | Search Ads

New $47 Monocular Better Than $3000 Telescopes:
Trendy Tech Genius

Macular Degeneration Signs - Many May Wish The Identified Sooner
Macular Degeneration | Search Ads



**Your Privacy**

Please refer to the CCPA Notice in our Privacy Policy to learn about the types of data we collect and how we use and share it. We collect data from your device to personalize your weather and the ads you see.

**Review Privacy and Advertising Settings**

GOOG-CABR-05877081



**Connect With Us**    

  

Feedback    Careers    Press Room    Advertise With Us    TV

**Terms of Use** | **Privacy Policy** | **Ad Choices** ▷ | **Accessibility Statement** | **Data Vendors**

 

We recognize our responsibility to use data and technology for good. Take control of your data.



**Your Privacy**

Please refer to the CCPA Notice in our Privacy Policy to learn about the types of data we collect and how we use and share it. We collect data from your device to personalize your weather and the ads you see.

**Review Privacy and Advertising Settings**

GOOG-CABR-05877082

# EXHIBIT 100





# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're

website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877115





# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

|  |  |  |
|---|---|---|
| **LEARN MORE →** | **DISAGREE AND CLOSE** | **AGREE AND CLOSE** |

GOOG-CABR-05877116



# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🥠.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877117





# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877118





# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877119





# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877120





# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877121

✕



# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877122





# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877123



# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877124

✕



# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877125





# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |

GOOG-CABR-05877126

✕



# 👋 Welcome to Didomi, beloved user!

You are looking at Didomi's CMP. It gives you total control on the data we're collecting and using - its the core value of our company, and it's your right! 😇. You can come back to modify your cookie preferences at any time by clicking on the "Your consents" link on the footer. To know more visit our Privacy Center 🍪.

With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

**We and our partners do the following data processing:**
Personalised ads and content, ad and content measurement, audience insights and product development, Personalised content, content performance measurement, audience data, and product development, Storing and/or accessing information on a terminal

| LEARN MORE → | DISAGREE AND CLOSE | AGREE AND CLOSE |
|---|---|---|

GOOG-CABR-05877127

# EXHIBIT 101



# CreativePeople

## partnership program

# warning! cookies

By using our website, you agree to process **cookies** and your personal data: location; OS type and version; browser type and version; device type and its screen resolution; website access sources; OS and browser language; visited pages of the site and actions on them; IP-address for the functioning of the site, retargeting, conducting statistical research and transferring to third parties. If you don't want us to process your personal data, please leave our website.

I agree

GOOG-CABR-05877128

# we recommend partners to clients

We physically cannot transform all
incoming calls into projects. But we still
care.
Using our recommendation system
we help clients and partners to find each
other.

**How does it work?**

We select and suggest to our clients few
companies with suitable expertise, which
can deal with the task in time and within
budget.

We accompany improvised mini-tender
of two to four partners and the client
makes the choice between them.

We check the result at the end of the
project.

**Our expertise**

Web design and development
Branding
Service design and mobile apps
Video production
Promotion

# warning! cookies

By using our website, you agree to process **cookies**
and your personal data: location; OS type and version;
browser type and version; device type and its screen
resolution; website access sources; OS and browser
language; visited pages of the site and actions
on them; IP-address for the functioning of the site,
retargeting, conducting statistical research and
transferring to third parties. If you don't want us
to process your personal data, please leave our
website.

| I agree |

GOOG-CABR-05877129

# community of Creat
# aspect and not only
# with our partners in
# other in mutual proj
# strengths and comp

# warning!
# cookies

**Contractors pool**

All key specialists — creative, design,
management — we keep inside, and
we actively use external resources for larger
projects and attract unique masters such
as illustrators, copywriters, specialists
in narrow technical fields.

Most often we seek reliable outsource frond-
end and back-end developers, who mastered
Vue, React, Laravel and, 1C-Bitrix. But this
stack is certainly not limited.

We regularly recruit
copywriters, photog
CGI-professionals.

By the way, we alwa
on our hr **website**.

If you are a wander
achieved all the goa
of a mutual project
to contact us.We'll
drink some wine/be
prefer, and very like

By using our website, you agree to process **cookies**
and your personal data: location; OS type and version;
browser type and version; device type and its screen
resolution; website access sources; OS and browser
language; visited pages of the site and actions
on them; IP-address for the functioning of the site,
retargeting, conducting statistical research and
transferring to third parties. If you don't want us
to process your personal data, please leave our
website.

I agree

GOOG-CABR-05877130

# warning! cookies

**CreaitveCrew — is an enclosed club. At the moment it includes approximately 70 companies. We seek to enhance the quality of services, not quantity, that's why every partner is carefully selected.**

Participation in the partnership program is free and voluntary. We provide more detailed terms of collaboration upon receiving your request with questionnaire.

# how to become a partner.

**Collaboration form**
Choose a collaboration option



By using our website, you agree to process **cookies** and your personal data: location; OS type and version; browser type and version; device type and its screen resolution; website access sources; OS and browser language; visited pages of the site and actions on them; IP-address for the functioning of the site, retargeting, conducting statistical research and transferring to third parties. If you don't want us to process your personal data, please leave our website.

I agree

GOOG-CABR-05877131



# warning!
# cookies

# fill in the form
# to participate
# in partnership program

Company name

Phone number

Email

☐ I **agree** to have my personal data
processed on terms according to the
Privacy policy.

**Send request**

This site is protected by reCAPTCHA and the Google
Privacy Policy and Terms of Service apply.

+7 495 917-7258
+7 495 917-7146

Ask a question
**partners@cpeople.ru**

**Privacy policy on our website**.

By using our website, you agree to process **cookies**
and your personal data: location; OS type and version;
browser type and version; device type and its screen
resolution; website access sources; OS and browser
language; visited pages of the site and actions
on them; IP-address for the functioning of the site,
retargeting, conducting statistical research and
transferring to third parties. If you don't want us
to process your personal data, please leave our
website.

**I agree**

GOOG-CABR-05877132

# EXHIBIT 102

Case 4:20-cv-03664-YGR Document 666-7 Filed 08/05/22 Page 74 of 96

**We are committed to serving you safely. Learn more.** ✕



Order
Now

Grow your career with us
**Apply to work at a Chick-fil-A restaurant**

Cookies Settings

Just a heads up that cookies on this site are used by Chick-fil-A and our advertising and analytic partners for different purposes, including personalizing content, tailoring advertising to your interests, and measuring site usage. By continuing, you agree to our use of cookies. You can manage or disable these by clicking on "Cookie Settings" or find out more from our Cookie Policy. (For even tastier, edible cookies, please visit the treats section of our menu page.)

**Cookie Policy**

10/7/2021, 3:06 PM

GOOG-CABR-05877215

**We are committed to serving you safely. Learn more.**

✕



Order
Now



Cookies Settings

# Grilled. Bacon. Bliss.

Add a Grilled Chicken Club to your order today.

Just a heads up that cookies on this site are used by Chick-fil-A and our
advertising and analytic partners for different purposes, including personalizing
content, tailoring advertising to your interests, and measuring site usage. By
continuing, you agree to our use of cookies. You can manage or disable these by
clicking on "Cookie Settings" or find out more from our Cookie Policy. (For even
tastier, edible cookies, please visit the treats section of our menu page.)

**Cookie Policy**

10/7/2021, 3:06 PM

GOOG-CABR-05877216





**We are committed to serving you safely. Learn more.**



Order
Now

## We're cooking up your favorites

We're serving the food you love every day of the week (except Sunday, of course).



**Cookies Settings**

**Start earning**



# Earn points on your next order with Chick-fil-A One®

Just a heads up that cookies on this site are used by Chick-fil-A and our advertising and analytic partners for different purposes, including personalizing content, tailoring advertising to your interests, and measuring site usage. By continuing, you agree to our use of cookies. You can manage or disable these by clicking on "Cookie Settings" or find out more from our Cookie Policy. (For even tastier, edible cookies, please visit the treats section of our menu page.)

**Cookie Policy**



10/7/2021, 3:06 PM

GOOG-CABR-05877217





We are committed to serving you safely. Learn more.

Order
Now



**In the community**

# Remarkable Futures Scholarships

Each year, twelve extraordinary Chick-fil-A Team Members win a $25,000 scholarship toward their education. These Team Members are invited to join the Chick-fil-A Scholars alumni program, where they get additional leadership development opportunities and unique experiences, including some behind-the-scenes fun at the recent Chick-fil-A Kickoff Game. Congrats to Emiya (pictured here) and all of our past and present Remarkable Futures Scholarship winners!

Cookies Settings

# Our favorite stories

Inside the restaurant and around the community, these are the stories that are making us smile. We hope you will, too.

Just a heads up that cookies on this site are used by Chick-fil-A and our advertising and analytic partners for different purposes, including personalizing content, tailoring advertising to your interests, and measuring site usage. By continuing, you agree to our use of cookies. You can manage or disable these by clicking on "Cookie Settings" or find out more from our Cookie Policy. (For even tastier, edible cookies, please visit the treats section of our menu page.)

Cookie Policy

10/7/2021, 3:06 PM

GOOG-CABR-05877218



**We are committed to serving you safely. Learn more.**



Order
Now

**My Chick-fil-A Success Story: How being a Team Member prepared this ER nurse to care on the frontlines**

FEATURED INSIDE CHICK-FIL-A



**My Chick-fil-A Success Story: Team-Member-turned-Team-Leader focuses on creating connections**

FEATURED INSIDE CHICK-FIL-A

Cookies Settings



Accept Cookies

**My Chick-fil-A Success Story: From restaurant Team Member to fifth-grade teacher**

Just a heads up that cookies on this site are used by Chick-fil-A and our
advertising and analytic partners for different purposes, including personalizing
FEATURED INSIDE CHICK-FIL-A
content, tailoring advertising to your interests, and measuring site usage. By
continuing, you agree to our use of cookies. You can manage or disable these by
clicking on "Cookie Settings" or find out more from our Cookie Policy. (For even
tastier, edible cookies, please visit the treats section of our menu page.)

**Cookie Policy**

10/7/2021, 3:06 PM

GOOG-CABR-05877219

✕

**We are committed to serving you safely. Learn more.**





Made with you in mind

# Nutrition and allergens

**Learn more**

**Nutrition & Allergens    Contact us    Careers    Franchising**
**Merchandise    Do business with us**

Terms and Conditions of Use    Privacy Policy    Cookie and Internet-Based Advertising Policy

Cookies Settings    Accessibility    Locations listing    Legal

© 2021 CFA Properties, Inc. All rights reserved.

Cookies Settings



Just a heads up that cookies on this site are used by Chick-fil-A and our advertising and analytic partners for different purposes, including personalizing content, tailoring advertising to your interests, and measuring site usage. By continuing, you agree to our use of cookies. You can manage or disable these by clicking on "Cookie Settings" or find out more from our Cookie Policy. (For even tastier, edible cookies, please visit the treats section of our menu page.)

**Cookie Policy**

10/7/2021, 3:06 PM

GOOG-CABR-05877220

# EXHIBIT 103

The Wayback Machine - https://web.archive.org/web/20180411130023/https://www.cnn.com/2018/0...

#  House Speaker Paul Ryan won't seek re-election

 By Phil Mattingly and Maegan Vazquez, CNN

Updated 8:59 AM ET, Wed April 11, 2018

**Washington (CNN)** — House Speaker Paul Ryan has told confidantes he is not seeking re-election and will soon announce his decision, two sources with direct knowledge of the matter told CNN Wednesday.

He is expected to address his decision in a closed-door GOP conference meeting Wednesday morning, the sources said.

A source familiar told CNN that Ryan called House Majority Leader Kevin McCarthy about his retirement before the news broke.

Ryan, a Wisconsin Republican, has been in Congress since 1999 and became House speaker in 2015.

Some of Ryan's close friends previously told CNN that he might leave office after the 2018 midterms. Ryan said in a January interview with CBS News that re-election was a decision he and his wife were planning to make together in late spring, and in March he denied a rumor that he wouldn't seek re-election.

The news of Ryan's retirement was first reported by Axios.

*CNN's Dana Bash and Eli Watkins contributed to this report.*

By using this site, you agree to the **Privacy Policy** and **Terms of Service**. 

GOOG-CABR-05877469

# EXHIBIT 104

The Wayback Machine - https://web.archive.org/web/20200608000258/https://www.theguardian.com/busines…



Business ▶ Economics  Sustainable business  Diversity & equality in business

**US small business**

# The Cares Act's best-kept secret is a boon not just for survival but for growth
## *Gene Marks*

Generous temporary incentives linked to Section 7(a) loans
mean there has rarely been a better time to fund investment

Sun 7 Jun 2020 06.00 EDT

  

365



## Your privacy

We and our partners use your information - collected through cookies and similar
technologies - to improve your experience on our site, analyse how you use it and
show you personalised advertising.

You can find out more in our privacy policy and cookie policy, and manage your
consent at any time by going to 'Privacy settings' at the bottom of any page.

⌄ Information that may be used
⌄ Purposes

 **I'm OK with that**    Options

GOOG-CABR-05877573

The Cares Act's best-kept secret is a boon not just for survival but for gr...    https://web.archive.org/web/20200608000258/www.theguardian.com/bu...

W hen Congress passed the Cares coronavirus recovery act in late March, most of the attention was given to the billions in funding made available to small businesses for the paycheck protection program and economic injury disaster loans provided by the Small Business Administration. Those loan programs were designed specifically for firms affected by the coronavirus pandemic and since then millions of small businesses have taken advantage of the relief.

But there's another part of the Cares Act that also provides a big benefit to small businesses that some see as an "opportunity of a lifetime" and yet it hasn't received as much attention. That part is related to the SBA's Section 7(a) loans.

What's a Section 7(a) loan? It's a Small Business Administration program that's been around for a long time. Under the program, small businesses (generally those with fewer than 500 employees) who are unable to get traditional financing through banks can apply for funds which can then be used for anything from buying a business and real estate to working capital. The loans, like the paycheck protection program loans, are received through an approved lender. But unlike the PPP, the Section 7(a) loans are not forgivable. When you borrow under this program, your interest rate is the prime rate (which is now 3.25%) plus anywhere from 2.25% to 4.75% (depending on the loan) and your payback can range from five to seven years for working capital to 25 years for real estate.

The loans have been popular in the past because the SBA guarantees them, so banks are able to get the money into the hands of small businesses that don't have collateral or financial history. But now, thanks to the Cares Act, these loans have become even more attractive.

# Your privacy

We and our partners use your information - collected through cookies and similar technologies - to improve your experience on our site, analyse how you use it and show you personalised advertising.

You can find out more in our privacy policy and cookie policy, and manage your consent at any time by going to 'Privacy settings' at the bottom of any page.

⌄ Information that may be used
⌄ Purposes

✓ **I'm OK with that**    Options

GOOG-CABR-05877574

much-needed relief. Tax incentives – from deferrals to the employee retention tax credit – are also helping. But these are programs designed to provide respite to small businesses who need the aid to survive the current economic downturn. The short-term tweaks to the Section 7(a) program have another purpose: help small businesses grow beyond the pandemic.

That's because economic downturns cause disruption. But now that most signs are pointing to recovery, many of the smart business owners I know are looking to take advantage of opportunities. They see the potential to hire key people, buy real estate, snap up inventory and equipment and even acquire other businesses. The ones with capital right now are the ones who will benefit. The incentives for getting a Section 7(a), thanks to the Cares Act, can help provide that much-needed capital – not for survival, but for future growth.

"In all my years in M&A, I've never seen anything like this," Max Friar, a founding partner of Michigan-based Calder Capital, says. "While this is a challenging time for

**Your privacy**

We and our partners use your information - collected through cookies and similar technologies - to improve your experience on our site, analyse how you use it and show you personalised advertising.

You can find out more in our privacy policy and cookie policy, and manage your consent at any time by going to 'Privacy settings' at the bottom of any page.

⌄ Information that may be used
⌄ Purposes

✓ **I'm OK with that**     **Options**

GOOG-CABR-05877575

At a time like this, an independent news organisation that fights for truth and holds power to account is not just optional. It is essential. Because we believe every one of us deserves equal access to fact-based news and analysis, we've decided to keep Guardian journalism free for all readers, regardless of where they live or what they can afford to pay. This is made possible thanks to the support we receive from readers across America in all 50 states.

Our business model is coming under great pressure from an unprecedented collapse in advertising revenues, and we'd love your help so that we can carry on our essential work. **If you can, support the Guardian from as little as $1 – and it only takes a minute. Thank you.**

**Support The Guardian**     

Topics

US small business

Coronavirus outbreak / comment

## Your privacy

We and our partners use your information - collected through cookies and similar technologies - to improve your experience on our site, analyse how you use it and show you personalised advertising.

You can find out more in our privacy policy and cookie policy, and manage your consent at any time by going to 'Privacy settings' at the bottom of any page.

ⱽ Information that may be used
ⱽ Purposes

✓ **I'm OK with that**    Options

GOOG-CABR-05877576

**Business** ▶ Economics  Sustainable business  Diversity & equality in business

**News** | **Opinion** | **Sport** | **Culture** | **Lifestyle**

**Sign up to our daily email**

Email address | **Sign up**

About us

Contact us

Complaints & corrections

SecureDrop

Work for us

Privacy policy

Cookie policy

All topics

All writers

Digital newspaper archive

Facebook

Twitter

# Your privacy

We and our partners use your information - collected through cookies and similar technologies - to improve your experience on our site, analyse how you use it and show you personalised advertising.

You can find out more in our privacy policy and cookie policy, and manage your consent at any time by going to 'Privacy settings' at the bottom of any page.

⌄ Information that may be used
⌄ Purposes

✓ **I'm OK with that** | **Options**

GOOG-CABR-05877577

# EXHIBIT 105



Consumer Reports

Sign In

**Become a Member** | Donate

# What Your Web Browser's Incognito Mode Really Does

## This tool can be useful as long as you understand its limitations

By Nicholas De Leon

Published June 19, 2018 | Updated June 24, 2022

55



Illustration: Lacey Browne/Consumer Reports, iStock

You don't have to be a computer whiz to grasp the value of private browsing.

At a time when consumers are worried about sensitive

information falling into the wrong hands–including the websites they go to and the content they view–it's nice to have a browser tool that conceals some online activity.

All of today's major web browsers–Google Chrome, Microsoft Edge, Mozilla Firefox, and Apple's Safari–offer a feature that provides a private browsing window and deletes the browsing history on your device after you close it.

# What's New from Consumer Reports

Get trusted advice delivered weekly straight to your inbox. Essential product news, advice, and updates from Consumer Reports.

Sign Up

MORE ON PRIVACY

**Digital Security & Privacy Guide**

**30 Second Privacy Fixes**

**HIPAA & Your Privacy**

**How to Use Facebook Privacy Settings**

This feature–commonly referred to as incognito mode–is available in desktop and mobile versions.

In Chrome, the world's most commonly used browser, you simply click File > New Incognito Window for the desktop version or tap the three-dot menu near the top of your mobile screen and

select New Incognito Tab.

Other browsers require similar steps, though Safari and Firefox call the feature Private Window, while Edge dubs it InPrivate.

These browsing tools can help reduce the amount of information collected on you by retailers and advertising companies. They have other smart uses, too. But it's important to understand that they don't necessarily conceal your activities from Facebook and Google, your employer, or law enforcement officials.

"I wouldn't discourage anyone from taking these steps," says Justin Brookman, director of privacy and technology policy for Consumer Reports. "You just need to know that they aren't bulletproof. They're effective at slowing down infringements on your privacy and security as long as you have a clear picture of their limitations."

Here's what these modes really do–and what they don't do.

# How Does Incognito Mode Work?

Generally speaking, when you browse the web in a regular, non-incognito window, your browser stores the web address, also known as the URL, of every page you go to and keeps that data even after you close the window. That makes it easier for you to retrace your steps and find the same pages again later on.

The browser also stores cookies, which are small files that websites and advertisers embed in websites.

The next time your browser loads a page with elements (as little as a single pixel) from a company's servers, the information is sent back.

Cookies have a lot of functions, such as letting you go to password-protected sites without having to manually log in every time. They're used to keep track of any items you place in a commerce site's shopping cart, letting you fill the cart now and check out later. Cookies also let big advertisers, such as Google's DoubleClick, track you across the web.

Incognito windows work differently.

Here, all of those cookies are deleted from your browser after you close the incognito window. Browser history isn't saved, either, so if someone else uses that computer, smartphone, or tablet, it will not list the web pages you just went to. This can be useful if you share a device with roommates or live at home with your parents. It's even more so if you're searching for ways to escape domestic abuse.

Another benefit: You may notice less tracking from advertisers.

If you search for a product–blenders, say–in a private window, you're not as likely to see cooking supplies show up in web ads over the next few days.

Some browsers, including Firefox and Safari, also protect against fingerprinting, a technique employed by

data collectors to identify you and track you across the web by using a collection of variables such as your IP address, which browser version and operating system you use, and which graphics card you have installed.

## Why Is Incognito Mode Useful?

Despite some limitations, incognito mode may be useful in a variety of situations.

Let's say you're shopping for a gift for your spouse on the family laptop–maybe a day pass for a local spa. Using incognito mode will prevent anyone else who might later use that laptop after you're done from seeing that you searched for "best spas near me." And because any cookies that might be generated by your search are deleted as soon as you close the window, you're unlikely to see ads for spas pop up over the following days in that browser.

Other somewhat "low stakes" cases for incognito mode may include looking at someone's LinkedIn profile without the person finding out about it; checking the score of last night's Yankee game without triggering all sorts of baseball-related alerts and notifications on your Android smartphone; or taking a quick gander at the latest celebrity gossip without condemning yourself to a future of nonstop pop culture nonsense filling up your feeds.

Incognito mode will also prove handy if you need to log in to your email account at, say, a public library or office supply store, perhaps to print out some documents if

you don't have a printer at home. As soon as you close the window, your information is zapped from that browser forever. We still recommend logging in to sensitive accounts from your home if at all possible, but incognito mode is a good plan B.

# What Doesn't Incognito Mode Do?

Once you close an incognito window, most of the data about your web session will be deleted, but this only covers data that would have been saved locally on your device, such as cookies. Any data that may have been stored on the servers of the websites themselves won't be affected by your use of incognito mode.

In other words, using incognito mode won't erase the records of your visit from a website's servers or from any networks you went through to get to a site. Crucially, this means that if you go to a website while connected to your employer's WiFi network while using incognito mode, your company will know which sites you've visited. Depending upon your company's policies, you may want to keep your Facebook, Twitter, or ESPN.com habit to yourself at your home.

Put another way, if it isn't safe for work, then you shouldn't go there even while in incognito mode.

Incognito mode also doesn't do anything to protect you from malware. For that, you'll want to take other steps, such as ensuring that your software is fully up to date with the latest security patches. (It's best to make sure

you have automatic updates enabled.) And while the latest versions of Windows and macOS do include robust anti-malware capabilities built into them, you might also want to consider using a trusted piece of dedicated anti-malware software.

Lastly, know that any files you download while using incognito mode will remain on your device even after you close the window. If you've downloaded a sensitive file that you don't want the next person who uses the device to find, be sure to delete it and then empty the Recycle Bin (Windows) or Trash (macOS).

For 85 years, we have been fighting to make sure you get a fair deal and safe products. Our scientists, engineers, journalists, and researchers work tirelessly to bring consumers like you trusted information, so you have the answers you need. Not just so you can buy an appliance or car with confidence, but also so that you can know what's safe for you and your family. As a nonprofit organization, we rely on the support of our members to help raise the standards of the products and services we use every day. Every donation, no matter the size, contributes to this work. Please support Consumer Reports today – even a gift of as little as $3 will help. Thank you.

**Select a Donation Amount**

⦿ One Time      ◯ Monthly

[ $3 ]      [ $15 ]      [ Other ]



Continue ›



**Nicholas De Leon**

I've been covering consumer electronics for more than 10 years for publications like TechCrunch, The Daily (R.I.P.), and Motherboard. When I'm not researching or writing about laptops or headphones I can likely be found obsessively consuming news about FC Barcelona, replaying old Super Nintendo games for the hundredth time, or chasing my pet corgi Winston to put his harness on so we can go for a walk. Follow me on Twitter (@nicholasadeleon).

**Digital Privacy Challenge**

Protect your online data and privacy with an easy step-by-step action plan.

First Name

Last Name

Email

By clicking "Sign Up" I agree to the Privacy Policy and User Agreement.

**Sign Up** ✐