# EXHIBIT 1

# Sealed Entirely

# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
                CASE NO. 4:20-cv-03664-YGR-AVK
 3

 4

 5   CHASOM BROWN, et. al.,

 6              Plaintiffs,

 7   vs.

 8   GOOGLE, LLC,

 9              Defendant.

10   _____/

11

12             TRANSCRIPT OF ZOOM MEETING

13

14   DATE:     April 14, 2022

15
     BEFORE:   Douglas Brush,
16             Special Master

17

18

19   This cause came on to be heard at the time and place
     aforesaid, when and where the following proceedings
20   were transcribed by:

21            NICOLE L. CASH-IANNELLO,
                  Transcriptionist
22

23              Huseby-Melbourne
            14 Suntree Place, Suite 101
24            Viera, Florida  32940
                (321) 242-8080
25
```

**Page 2**

```
 1
 2                  Appearances:
 3
 4        For the Plaintiffs:
 5            MARK MAO, Esquire
              ALISON ANDERSON, Esquire
 6            Boies Schiller Flexner LLP
          725 South Figueroa Street, 31st Floor
 7            Los Angeles, California
                  (213) 629-9040
 8
 9
10            RYAN MCGEE, Esquire
         Morgan & Morgan Complex Litigation Group
11         201 North Franklin Street, Floor 7
                Tampa, Florida 33602
12                 (813) 223-5055
                rmcgee@forthepeople.com
13
14
15       Counsel for the Defendant:
16
              ANDREW SCHAPIRO, Esquire
17            JOSEF ANSORGE, Esquire
              VIOLA TREBICKA, Esquire
18            TRACY GAO, Esquire
         Quinn Emanuel Urquhart & Sullivan LLP
19        191 Upper Wacker Drive, Suite 2700
                Chicago, Illinois 60606
20                 (312) 705-7403
21
22              Also Present:
23              TIMOTHY SCHMIDT
24
25
```

**Page 3**

```
 1   4/14/2022
 2        (Whereupon, these proceedings were
 3     transcribed from a digital recording.)
 4        SPECIAL MASTER BRUSH:  All right.  Thanks
 5   everybody for coming back on, particularly in
 6   this later hour, for those on the east coast,
 7   being that it's Thursday, April 14th, it's 6:00
 8   p.m. on the east coast.  I know folks have had
 9   long days in various aspects of their days and
10   lives.
11        But this is a continuance of the
12   conference that we had this morning on the
13   Brown vs. Google.  I'm going to ask counsels to
14   just make a quick appearances, just so we put
15   names and voices together for the court
16   transcriber, and then we can jump into it.  So
17   if plaintiffs want to jump in, we can now get
18   back on it.
19        MR. MAO:  Yes.  Good afternoon, Special
20   Master Brush, Mr. Schmidt, and counsel.  This
21   is Mark Mao with Boies Schiller Flexner.  Also
22   online are my colleagues, Alison Anderson of
23   Boies Schiller Flexner, also Ryan McGee of
24   Morgan & Morgan for the plaintiffs.
25        MR. SCHAPIRO:  Andrew Schapiro from Quinn
```

**Page 4**

```
 1   Emanuel for Google.  I'll invite my colleagues
 2   to identify themselves.
 3        MR. ANSORGE:  Josef Ansorge, also with
 4   Quinn Emanuel for Google.
 5        MS. TREBICKA:  Viola Trebicka, Quinn
 6   Emanuel, Google.
 7        MS. GAO:  Tracy Gao, Quinn Emanuel, also
 8   for Google.
 9        SPECIAL MASTER BRUSH:  Great, thanks.
10   And, again, we're picking up on an exchange of
11   the special master update on Brown vs. Google
12   that was -- some information that was exchanged
13   April 13th, yesterday, and we've had some
14   updates.
15        And based on what we were looking to have
16   updated was some specificity from plaintiffs
17   around particular search criteria that was
18   being put into Google.  We're calling it
19   cascading search for the kind of final round of
20   searches, and particular search three and four.
21        And I just wanted to let plaintiffs go
22   first and see if they were able to clarify that
23   information and see if we've made some progress
24   that could facilitate that without error.
25        MR. MAO:  Yeah.  Special Master Brush and
```

**Page 5**

```
 1   counsel, as you can see, we clarified that term
 2   to narrow it down to two specific terms, two
 3   specific types of IDs for search two that was
 4   not in search one.
 5        So we did that for search two, step one;
 6   did that for search three, step one; did that
 7   for search four, step one.  And then we removed
 8   that term altogether from search two, step two;
 9   search two, step three; search three, step two;
10   search three, step three.  And then the same
11   steps for search four.  That should remove that
12   and, you know, that issue altogether.
13        SPECIAL MASTER BRUSH:  Okay.  And Google
14   counsel, did you get a chance to review that
15   yet?  Did that --
16        MR. ANSORGE:  Yes.  Based on our --
17        SPECIAL MASTER BRUSH:  -- help --
18        MR. ANSORGE:  So, when looking at the
19   spreadsheet here that we received April 14th,
20   today, and it's version two, just to make sure
21   we're looking at the same one.
22        And it did help, and I think it really
23   crystalizes for us what the underlying problem
24   is, and I was hoping to take a minute to
25   explain it to everybody to make sure that we're
```

Page 82

1    MR. MAO: You just want to know it's their
2  devices. That's --
3    MR. SCHAPIRO: No, not just that it's
4  their devices. We want to understand if they
5  can attest that other people aren't using them.
6  That's a first step. I'm not saying it's
7  sufficient, but I'm taking that to at least be
8  the assignment.
9    I think often after these sessions, we've
10 been sent back with assignments for things that
11 we're supposed to come back and describe. I
12 think just in deference to the people on the
13 east coast, you know, that --
14   MR. MAO: Yes.
15   MR. SCHAPIRO: -- if we can, as a first
16 step, say, you know, that's -- that seems like
17 a reasonable homework assignment and it
18 addresses at least some of these concerns, and
19 then let's see what we can come up with.
20   SPECIAL MASTER BRUSH: I think, look, we
21 don't want to be in a position here -- and I
22 can't be put in a position here or the court be
23 put in a position here -- that even though
24 there's something hypothetical, the problem is
25 there's enough of a degree of uncertainty that

Page 83

1  allows it.
2    All we're trying to do is protect all
3  parties in this, that if we're going to be
4  touching data that's going to be produced or
5  even involved in this litigation, that it's for
6  the named plaintiffs. It's just the boundaries
7  we have to respect on this, and we're trying to
8  build some framework around that that protects
9  that.
10   Even if plaintiffs don't agree that, hey,
11 what's the chances, there's enough of a chance
12 that makes me concerned. I've been doing this
13 a long time and I've seen information like this
14 particularly with IP addresses and IPv4
15 addresses that are concerning. They're not
16 that unique.
17   And so, this is what we're seeing, is that
18 if we can get down to this IPv6 device issue
19 and show that a human -- because this is what
20 we're coming down to -- is computers are not
21 the named plaintiffs in this.
22   IP addresses are not the named plaintiffs.
23 It's the individuals themselves that we have to
24 map to these actions. And if we can show that,
25 that gives us the degree of confidence that

Page 84

1  allows us to move forward to, if there's a
2  search result with that IPv6, with that user
3  agent string, on that date and time, and we
4  decrypt any of the IDs that are the result of
5  that, it's improbably that it's anybody else
6  other than the named plaintiff.
7    And that's what we're trying to get to,
8  Mr. Mao. It's just to protect that process so
9  you get what you need but it's also done within
10 the guidelines of respecting the privacy of
11 others and making sure we don't, you know,
12 produce incorrect data. You know, we don't
13 want to get you data that's not going to be
14 subject to this litigation that could actually
15 not help you.
16   So it's -- if we can narrow down on the
17 IPv6s, because it's associated with the device,
18 and show me confidence for each one of those
19 sessions that are listed, you know, for the IP
20 address UA -- what was that? Like about 27,
21 28? Yeah, that is, hey, Mr. Brown was the one
22 doing it from that IPv6 address on this device,
23 then we have some confidence that it's the
24 person, not the machine.
25   MS. ANDERSON: May I ask just a quick --

Page 85

1  for a procedural or scheduling issue? I know I
2  haven't spoken much, but I just wanted to ask,
3  you know, I think, as one of the people that's
4  going to be doing some of this homework, each
5  time we seem to kind of get a new issue.
6    So if there's any other issues, you know,
7  that Google is already spotting right now, if
8  they could raise those for us now? Or if in
9  the next, you know, hour or so can shoot just
10 an email?
11   Because I do think it would really help
12 us. You know, we're really sort of addressing
13 this on the fly sometimes, and I know that
14 sometimes that's unavoidable. But to the
15 extent, if there's other issues, you know, that
16 -- because the IP address obviously has been
17 around for a while.
18   If there's other issues that are out
19 there, if you can let us know so we can try to
20 do our homework as best we can with our -- you
21 know, our experts and the people who know this
22 stuff -- to really try to get you, Special
23 Master Brush, the best information, I think
24 that would really help. You know, if --
25   SPECIAL MASTER BRUSH: That's an

**Page 114**

1  engineers, we already did.
2      SPECIAL MASTER BRUSH:  That's even better
3  news.  Okay.  And, again, is there -- I'm not
4  going to hold you -- a rough idea of when you
5  might think there might be completion or at
6  least something we can put out there to aim
7  towards?
8      MS. GAO:  I think two weeks for the ones
9  that don't require written publisher notice.
10     SPECIAL MASTER BRUSH:  Publisher -- yep.
11     MS. GAO:  And we need to add two more
12  weeks for the ones that do.  That should be a
13  reasonable estimate.
14     SPECIAL MASTER BRUSH:  Perfect.
15     MS. GAO:  Thank you.
16     SPECIAL MASTER BRUSH:  What I would like
17  is at least updates on that, but if we -- if
18  things can look sooner or later, you know,
19  maybe just even, hey, things are still running,
20  things haven't timed out, we haven't had any
21  issues, you know, maybe on a every couple days
22  would be helpful just so we know that things
23  are moving along.
24     MS. GAO:  Yes.  Will do.
25     SPECIAL MASTER BRUSH:  That would be

**Page 115**

1  great.  Thank you.
2      Okay, great.  Well, with that, I think we
3  can adjourn on this and we look forward to
4  resolving this.  And for those, we will be --
5  Mr. Schmidt, I will be present next week.  The
6  judge has asked us to be there just in case
7  there's any questions.  Just so you guys are on
8  notice, we'll be there next Thursday.  But in
9  the meantime, we'll continue to work on these
10  issues as they come up.
11     MR. MCGEE:  You'll be in person this time,
12  Special Master Brush?
13     SPECIAL MASTER BRUSH:  That's correct.
14     MR. SCHAPIRO:  Looking forward to meeting.
15     SPECIAL MASTER BRUSH:  Yeah.
16     MR. SCHAPIRO:  Thanks.
17     SPECIAL MASTER BRUSH:  It's rare that it
18  happens these days.  We're all meeting on Zoom.
19  But yeah, it will be in person.
20     All right.  Well, I hope everybody has a
21  good evening.  Get some rest, get some food,
22  and we'll talk soon.
23     (The proceedings were concluded.)
24
25

**Page 116**

1
2
3              CERTIFICATE OF TRANSCRIBER
4
5  STATE OF FLORIDA   ]
                      ]
6  COUNTY OF BREVARD  ]
7
8      I, NICOLE L. CASH-IANNELLO, Digital/Video
   Transcriber, do hereby certify that I was
9  authorized to and did transcribe the foregoing
   proceeding, and that the transcript is a true
10 and correct record of the proceeding to the
   best of my ability.
11     Done and dated this 26th day of April,
   2022, at Melbourne, Brevard County, Florida.
12
13     _____
14     NICOLE L. CASH-IANNELLO,
       DIGITAL/VIDEO TRANSCRIBER
15
16
17
18
19
20
21
22
23
24
25