# DECLARATION OF JONATHAN McPHIE REGARDING GOOGLE'S DISCLOSURES

# Redacted Version of Document Sought to be Sealed

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF JONATHAN MCPHIE REGARDING GOOGLE'S DISCLOSURES**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date:  September 20, 2022<br>Time: 2:00 p.m. |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Jonathan McPhie, declare as follows:

1.      I am a Group Product Manager for Google's Privacy and Data Protection Office ("PDPO") and have been in this role since September 8, 2020.  Prior to that time, I have worked in a variety of teams across Google, including YouTube (identity and privacy), Search (results quality and personalization), and Identity (account systems and settings).  I have been employed by Google since September 2007. In the regular course of my duties while at Google, I participated in the management of Google's framework for obtaining user consent, and I reviewed and approved related disclosures, including disclosure to users about Google's data collection practices. As a result of my role and responsibilities at Google, I am familiar with Google's processes for obtaining consent from Google Account holders and users of Google's various services.  In particular, I am familiar with Google's processes for obtaining consent to the data Google receives when a user visits a Google website or a third-party website that uses certain Google services, such as Analytics and Ad Manager.  Except where otherwise stated below, I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I am informed that Plaintiffs are asking the Court to certify two classes:

**Class 1** -  "All Chrome browser users with a Google account who accessed a non-Google website containing Google tracking or advertising code using such browser and who were (a) in 'Incognito mode' on that browser and (b) were not logged into their Google account on that browser, but whose communications, including identifying information and online browsing history, Google nevertheless intercepted, received, or collected from June 1, 2016 through the present" (the "Class Period").

**Class 2** - "All Safari, Edge, and Internet Explorer browser users with a Google account who accessed a non-Google website containing Google tracking or advertising code using such browser and who were (a) in 'Incognito mode' on that browser and (b) were not logged into their Google account on that browser, but whose communications, including identifying information and online browsing history, Google nevertheless intercepted, received, or collected from June 1, 2016 through the present."

Case No. 4:20-cv-03664-YGR-SVK
DECLARATION OF JONATHAN MCPHIE

Dkt. 609 at 1.

3.    I am informed that Incognito Mode provides privacy in three ways.  *First,* websites visited while in Incognito mode are not saved in the user's Chrome browsing history, so that other people who use the same device cannot review it in Chrome's "History" tab. *Second*, Incognito mode automatically logs users out of their Google Account and any other website account. This means that so long as the user does not sign-in to those accounts during the session, the private browsing activity will not be stored in their Google Account and therefore is not linked to their identity (or other browsing activity). It also means that (again assuming the user does not sign-in) ads served to a user based on Google Account-keyed data in non-private modes are not personalized based on a user's browsing activity in Incognito mode.  *Third*, in Incognito mode, Chrome does not share any existing cookies with the websites visited and any new cookies placed on the browser during an Incognito mode session are deleted once all Incognito mode windows are closed. This means that the data transmitted during private browsing sessions is not linked through cookies to data transmitted during regular browsing sessions, to the user's device, or to the user herself.  It also ensures that data from a given private browsing session is not used, for example, to serve ads during any other session in any other mode (private or non-private).

4.    Google's disclosures about Incognito mode, and private browsing generally, are consistent with the features I am informed Incognito mode provides (as described above).  For example, the Incognito Screen states: "Now you can browse privately, and other people who use this device won't see your activity."  Additionally, Google Help pages explain that "[y]our activity, like your location, might still be visible to: [w]ebsites you visit, including the ads and resources on those sites" and that "you might see search results and suggestions based on your location or other searches you've done during your current browsing session." And the Chrome Private Notice explains that "[s]ites may deposit new cookies on your system while you are in these modes, but they'll only be stored and transmitted until you close the last incognito or guest window."

5.    I am informed that Plaintiffs allege Google improperly collected the following categories of information during the Class Period when users with a Google Account visited non-

Google websites that use certain Google web-services—such as Google Analytics and Google advertising services (the "Services")—when those users were not logged into their Google Account and were browsing in Incognito mode or the private browsing modes offered by Safari, Edge, or Internet Explorer:  (1) "[t]he 'GET request'"; (2) "[t]he IP address of the user's connection to the internet"; (3) "[i]nformation identifying the browser software that the use is using, including any 'fingerprint' data"; (4) "[a]ny 'User-ID' issued by the website to the user, if available"; (5) "[g]eolocation of the user, if available"; and (6) "[i]nformation contained in 'Google cookies'" (the "Data").  Third Amended Complaint ("TAC") ¶¶ 63, 192. Google discloses that it collects such Data in its Privacy Policy, Account Holder Agreements, and other disclosures described below.  I am not aware of any Google disclosure stating that Incognito mode, or any other private browsing mode, would block all transmissions of Data to Google. As explained above, Google's disclosures accurately described that Incognito mode provides privacy from others who use the same device, by not saving users' activity to their browsing history, and prevents the sharing of pre-existing cookies, deletes any new cookies placed on the browser during the private browsing session when the session is closed, and logs the user out of her accounts by default.

6. In this declaration, I explain the various disclosures that Google makes available to Google Account holders about the Data collection that I understand to be at issue in this case. In section A, I describe the relevant portions of the Google Terms of Service. In Section B, I describe the relevant portions of the various versions of Google's Privacy Policy that were in effect during the Class Period, and Help articles that are linked to the Privacy Policy.  In section C, I describe the New Account Holder Agreements that were shown to some Plaintiffs and members of the proposed Class. In section D.1, I describe the relevant portions of the various versions of the Chrome Privacy Notice that were in effect during the Class Period, and Help articles that are linked to the Chrome Privacy Notice. In section D.2., I describe the relevant portions of the various versions of the Chrome Privacy Whitepaper that were available during the Class Period. In section D.3., I describe the Incognito Screen, and the Google Help pages that were linked from that screen during the Class Period. In section E, I describe relevant requirements Google has of its

Case No. 4:20-cv-03664-YGR-SVK
DECLARATION OF JONATHAN MCPHIE

Ads and Analytics customers to disclose their use of Google services, and examples of website privacy policies that do so. In section F, I describe the other ways in which users can see that Incognito does not block Google services, including Chrome developer tools, website pop-ups, and links from advertisements. In section G, I describe disclosures made by other browser publishers about their private browsing modes.

**A.   Google Modified Its Terms Of Service Throughout The Class Period**

7.     Google maintained a publicly available Terms of Service online throughout the Class Period. A true and correct copy of the Terms of Service can be viewed online at https://policies.google.com/terms, and true and correct copies of archived versions of the Terms of Service in effect throughout the Class Period can be viewed by clicking the "Archived versions" link at the top of the same page.

8.     The Google Terms of Service in effect between April 14, 2014 and March 30, 2020 contained a section titled "Our Warranties and Disclaimers." This section stated:

> We provide our Services using a commercially reasonable level of skill and care and we hope that you will enjoy using them. But there are certain things that we don't promise about our Services.
>
> OTHER THAN AS EXPRESSLY SET OUT IN THESE TERMS OR ADDITIONAL TERMS, NEITHER GOOGLE NOR ITS SUPPLIERS OR DISTRIBUTORS MAKE ANY SPECIFIC PROMISES ABOUT THE SERVICES. FOR EXAMPLE, WE DON'T MAKE ANY COMMITMENTS ABOUT THE CONTENT WITHIN THE SERVICES, THE SPECIFIC FUNCTIONS OF THE SERVICES, OR THEIR RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS. WE PROVIDE THE SERVICES "AS IS".
>
> SOME JURISDICTIONS PROVIDE FOR CERTAIN WARRANTIES, LIKE THE IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. TO THE EXTENT PERMITTED BY LAW, WE EXCLUDE ALL WARRANTIES.

9.     The Terms of Service during that time period included a section titled "Liability for our services." This section stated:

> WHEN PERMITTED BY LAW, GOOGLE, AND GOOGLE'S SUPPLIERS AND DISTRIBUTORS, WILL NOT BE RESPONSIBLE FOR LOST PROFITS, REVENUES, OR DATA, FINANCIAL LOSSES OR INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES.
>
> TO THE EXTENT PERMITTED BY LAW, THE TOTAL LIABILITY OF GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, FOR ANY CLAIMS UNDER THESE

DocuSign Envelope ID: F607DC4B-9464-4B8A-A875-31A527149C21

TERMS, INCLUDING FOR ANY IMPLIED WARRANTIES, IS LIMITED TO THE AMOUNT YOU PAID US TO USE THE SERVICES (OR, IF WE CHOOSE, TO SUPPLYING YOU THE SERVICES AGAIN).

IN ALL CASES, GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

10.     These two paragraphs were modified in the Terms of Service Effective as of March 31, 2020. This version has separate "Warranty," "Disclaimers," and "Liabilities" paragraphs:

**Warranty**

We provide our services using reasonable skill and care. If we don't meet the quality level described in this warranty, you agree to tell us and we'll work with you to try to resolve the issue.

**Disclaimers**

The only commitments we make about our services (including the content in the services, the specific functions of our services, or their reliability, availability, or ability to meet your needs) are (1) described in the Warranty section, (2) stated in the service-specific additional terms, or (3) provided under applicable laws. We don't make any other commitments about our services.

And unless required by law, we don't provide implied warranties, such as the implied warranties of merchantability, fitness for a particular purpose, and non-infringement.

**Liabilities**

…

These terms only limit our responsibilities as allowed by applicable law. Specifically, these terms don't limit Google's liability for death or personal injury, fraud, fraudulent misrepresentation, gross negligence, or willful misconduct.

Other than the rights and responsibilities described in this section (In case of problems or disagreements), Google won't be responsible for any other losses, unless they're caused by our breach of these terms or service-specific additional terms.

11.     Additionally, the Google Terms of Service in effect between April 14, 2014 and March 30, 2020 stated that:

Google's privacy policies explain how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can use such data in accordance with our privacy policies.

12.     The Terms of Service effective March 31, 2020 instead stated that

Besides these terms, we also publish a Privacy Policy. Although it's not part of these terms, we encourage you to read it to better understand how you can update, manage, export, and delete your information.

Case No. 4:20-cv-03664-YGR-SVK

DECLARATION OF JONATHAN MCPHIE

13.     Finally, the current Terms of Service, effective January 5, 2022 says this:

> Besides these terms, we also publish a Privacy Policy. We encourage you to read it to better understand how you can update, manage, export, and delete your information

**B.      Google's Privacy Policy Discloses That Google Receives Data When Users Visit Websites that Use Google's Services**

14.     Google maintained a publicly available Privacy Policy online throughout the Class Period. A true and correct copy of the Privacy Policy can be viewed online at https://policies.google.com/privacy, and true and correct copies of archived versions of the Privacy Policy in effect throughout the Class Period can be viewed by clicking the "Archived versions" link at the top of the same page.  Throughout the Class Period, internet users (whether or not they have a Google Account) could access the Privacy Policy by, among other things, searching for "Google Privacy Policy" in their preferred search engine, or by clicking on links to the Privacy Policy from the homepage or menu of other Google apps, websites, or products, in other Google disclosures, such as the Chrome Privacy Notice and Google's Terms of Service.  A link to the Privacy Policy was also provided in the Account Holder Agreements that some of the Plaintiffs were shown and accepted.

15.     The Privacy Policy discloses that Google collects the Data described in paragraph 5 above when users visit websites that use Google Services.  For example, the March 25, 2016 Privacy Policy, which was in effect at the beginning of the Class Period, explained in relevant part:

> We collect information to provide better services to all of our users – from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful,[1] the people who matter most to you online, or which YouTube videos you might like.
>
> We collect information in the following ways:
>
> - **Information you give us.** For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask

---

[1] The phrase "ads you'll find most useful" is blue and links to a definition at the bottom of the Privacy Policy that states:  "For example, if you frequently visit websites and blogs about gardening, you may see ads related to gardening as you browse the web."

DECLARATION OF JONATHAN MCPHIE

DocuSign Envelope ID: F607DC4B-9464-4B8A-A875-31A527149C21

you to create a publicly visible Google Profile, which may include your name and photo.

- **Information we get from your use of our services.** We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

  - **Device information**

    We collect device-specific information (such as your hardware model, operating system version, unique device identifiers, and mobile network information including phone number). Google may associate your device identifiers or phone number with your Google Account.

  - **Log information**

    When you use our services or view content provided by Google, we automatically collect and store certain information in server logs. This includes:

    - details of how you used our service, such as your search queries.

    - telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

    - Internet protocol address.

    - device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

    - cookies that may uniquely identify your browser or your Google Account.

  - **Location information**
    When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

  - **Unique application numbers**
    Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

    \*\*\*

  - **Cookies and similar technologies**

DocuSign Envelope ID: F607DC4B-0464-4B8A-A375-31A527149C21

1

We and our partners use various technologies to collect and store
information when you visit a Google service, and this may include using
2   cookies or similar technologies to identify your browser or device. We also
use these technologies to collect and store information when you interact
3   with services we offer to our partners, such as advertising services or
Google features that may appear on other sites. Our Google Analytics
4   product helps businesses and site owners analyze the traffic to their
websites and apps. When used in conjunction with our advertising services,
5   such as those using the DoubleClick cookie, Google Analytics information
is linked, by the Google Analytics customer or by Google, using Google
6   technology, with information about visits to multiple sites.

7   Information we collect when you are signed in to Google, in addition to information we
obtain about you from partners, may be associated with your Google Account. When
8   information is associated with your Google Account, we treat it as personal information.
For more information about how you can access, manage or delete information that is
9   associated with your Google Account, visit the Transparency and choice section of this
policy.

10

11   16.      The Privacy Policy also explains that Google uses the data to, among other things,

12   give users "more relevant search results and ads."  The Privacy Policy also explains:

13   We use information collected from cookies and other technologies, like pixel tags, to
improve your user experience and the overall quality of our services. One of the products
14   we use to do this on our own services is Google Analytics. For example, by saving your
language preferences, we'll be able to have our services appear in the language you prefer.
15   When showing you tailored ads, we will not associate an identifier from cookies or similar
technologies with sensitive categories, such as those based on race, religion, sexual
16   orientation or health.

17   17.      The Privacy Policy also directs users to their settings, including signed-out settings:

18   Review and update your Google activity controls to decide what types of data, such as
videos you've watched on YouTube or past searches, you would like saved with your
19   account when you use Google services. You can also visit these controls to manage
whether certain activity is stored in a cookie or similar technology on your device when
20   you use our services while signed-out of your account.

21   18.      The Privacy Policy does not state that using a private browsing mode will prevent

22   Google from collecting the information described above.  To the contrary, the Privacy Policy

23   broadly describes Google's collection when you use "our services," which includes Chrome and

24   its various modes, like Incognito mode.  In fact, the Privacy Policy did not even mention Incognito

25   mode specifically or private browsing modes generally before the version effective beginning May

26   25, 2018.

27

28

DECLARATION OF JONATHAN MCPHIE

DocuSign Envelope ID: F607DC4B-0464-4B8A-A375-31A523149C21

19.     The Privacy Policy also directs readers to additional materials:

Further privacy and security related materials can be found through Google's policies and principles pages, including:

- Information about our technologies and principles, which includes, among other things, more information on

    ■   how Google uses cookies.

    ■   technologies we use for advertising.

    ■   how we recognize patterns like faces.

- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

20.     The webpage hyperlinked to the word "page" in the final bullet takes users to https://policies.google.com/technologies/partner-sites, which explains "HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICES."  Attached as **Exhibit 1** is a true and correct copy of the Help Center Article titled "HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICE," which is also publicly available at https://policies.google.com/technologies/partner-sites. Specifically, that page explains:

Many websites and apps use Google services to improve their content and keep it free. When they integrate our services, these sites and apps share information with Google.

For example, when you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising.

Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps. See our Privacy Policy to learn more about how we process data for each of these purposes and our Advertising page for more about Google ads, how your information is used in the context of advertising, and how long Google stores this information.

***

Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in

the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so.

***

If ad personalization is turned on, Google will use your information to make your ads more useful for you. For example, a website that sells mountain bikes might use Google's ad services. After you visit that site, you could see an ad for mountain bikes on a different site that shows ads served by Google.

If ad personalization is off, Google will not collect or use your information to create an ad profile or personalize the ads Google shows to you. You will still see ads, but they may not be as useful. Ads may still be based on the topic of the website or app you're looking at, your current search terms, or on your general location, but not on your interests, search history, or browsing history. Your information can still be used for the other purposes mentioned above, such as to measure the effectiveness of advertising and protect against fraud and abuse.

When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google. Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off or your account is ineligible for personalized ads.

***

Here are some ways you can control the information that is shared by your device when you visit or interact with sites and apps that use Google services:

***

Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser or Account history (unless you choose to sign in). Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies.

21.   As explained further below, the statements in this page about how Incognito

works—*i.e.*, that Incognito mode allows you to "browse the web without recording webpages and

files *in your browser* or *Account history (unless you choose to sign-in)*," and that cookies placed

on the browser during an Incognito session "are deleted *after* you've closed all of your incognito

windows and tabs"—are accurate.  This is exactly how Incognito mode works.

22.   Similar to the March 25, 2016 Privacy Policy, the March 31, 2020 Privacy Policy,

which was in effect when Plaintiffs filed the Complaint, explained, in relevant part:

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

● Google apps, sites, and devices, like Search, YouTube, and Google Home

1    ● Platforms like the Chrome browser and Android operating system

2    ● Products that are integrated into third-party apps and sites, like ads and embedded
        Google Maps[2]

3    ***

4    INFORMATION GOOGLE COLLECTS

5    We want you to understand the types of information we collect as you use our services

6    We collect information to provide better services to all our users — from figuring out basic
7    stuff like which language you speak, to more complex things like which ads you'll find
     most useful, the people who matter most to you online, or which YouTube videos you
8    might like. The information Google collects, and how that information is used, depends on
     how you use our services and how you manage your privacy controls.
9

10   When you're not signed in to a Google Account, we store the information we collect with
     unique identifiers tied to the browser, application, or device you're using. This helps us do
11   things like maintain your language preferences across browsing sessions.[3]

12   When you're signed in, we also collect information that we store with your Google
     Account, which we treat as personal information.
13

14   ***

     **Information we collect as you use our services**
15
     **Your apps, browsers & devices**
16
17   We collect information about the apps, browsers, and devices you use to access Google
     services, which helps us provide features like automatic product updates and dimming your
18   screen if your battery runs low.

19   The information we collect includes unique identifiers, browser type and settings, device
     type and settings, operating system, mobile network information including carrier name
20   and phone number, and application version number. We also collect information about the
     interaction of your apps, browsers, and devices with our services, including IP address,
21   crash reports, system activity, and the date, time, and referrer URL of your request.

22   We collect this information when a Google service on your device contacts our servers —
     for example, when you install an app from the Play Store or when a service checks for
23   automatic updates. If you're using an Android device with Google apps, your device
     periodically contacts Google servers to provide information about your device and
24   connection to our services. This information includes things like your device type, carrier
     name, crash reports, and which apps you've installed.

25

26   _____
     [2] The current version of the Privacy Policy includes "Products that are integrated into third-party
27   apps and sites, like ads, analytics, and embedded Google Maps."
     [3] The current version of the Privacy Policy has added to this sentence and states: "This allows us
28   to do things like maintain your preferences across browsing sessions, such as your preferred
     language or whether to show you more relevant search results or ads based on your activity."

Case No. 4:20-cv-03664-YGR-SVK
                                                          DECLARATION OF JONATHAN MCPHIE

**Your activity**

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- ○ Terms you search for
- ○ Videos you watch
- ○ Views and interactions with content and ads
- ○ Voice and audio information when you use audio features
- ○ Purchase activity
- ○ People with whom you communicate or share content
- ○ Activity on third-party sites and apps that use our services
- ○ Chrome browsing history you've synced with your Google Account

\*\*\*

**Your location information**

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS
- IP address
- Sensor data from your device
- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

\*\*\*

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

Case No. 4:20-cv-03664-YGR-SVK

DECLARATION OF JONATHAN MCPHIE

23.     This version of the Privacy Policy also stated that "[t]here are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more."

24.     Like the March 25, 2016 Privacy Policy, and all iterations of the Privacy Policy in effect during the Class Period, the March 31, 2020 Privacy Policy explains that Google uses the data it collects to, among other things, personalize ads:

**Provide personalized services, including content and ads**

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results….[4]

\*\*\*

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings…..

Go to Ad Settings

\*\*\*

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

\*\*\*

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

---

[4]  Since the May 25, 2018 version of the Privacy Policy, clicking on "customized search results" links to a definition at the bottom of the Privacy Policy that states:  "For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization." Clicking on "search and browse private" takes users to the "Search & Browse Privately page discussed below.

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

25.     As described above, Google provides signed-out users, including those browsing in Incognito mode, with the option to turn Ads Personalization off, which prevents Google from using information from that user's browsing for advertising.  The image below is a true and correct copy of a screenshot of the current signed-out ad personalization setting, visited in Incognito mode, which is publicly available at https://adssettings.google.com/.



26. Like the March 25, 2016 Privacy Policy, the March 31, 2020 Privacy Policy does not suggest that browsing in Incognito Mode in particular, or private browsing mode in general, will prevent Google from receiving the disputed data when a user visits third-party sites that use Google Services. Like the preceding versions of the Privacy Policy, the March 31, 2020 Privacy Policy says Google collects the data when you use "our services," which includes "the Chrome browser."

27. The only mention in the March 31, 2020 Privacy Policy of private browsing or Incognito Mode, identifies Incognito mode as one way users can "manage [their] privacy":

> You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode.[5] And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

28. I am informed that Plaintiffs are basing their claims, in part, on the sentence "You can also choose to browse the web privately using Chrome in Incognito mode." This sentence first appeared in the Privacy Policy effective May 25, 2018. As the sentence at the beginning of the paragraph states, Incognito mode is simply one of "a variety of ways to manage your privacy" generally. Incognito mode provides privacy in the manner described above in paragraph 3. This paragraph in the Privacy Policy also refers to other ways of managing privacy that provide different degrees of privacy–*e.g.*, using Google services "when you're signed out" of a Google Account, in which case the data Google collects is associated with a delete-able and pseudonymous cookie, rather than with a Google Account (which may contain information reflecting the user's identity). Neither this sentence nor any other sentence in Google's Privacy Policies from the date Plaintiffs filed the complaint back to the start of the class period makes any reference to private browsing modes in non-Chrome browsers.

---

[5] This sentence was added in the May 25, 2018 version of the Privacy Policy. In the current version of the Privacy Policy, this sentence reads: "You can also choose to browse the web in a private mode, like Chrome Incognito mode."

29.     I am further informed that Plaintiffs are basing their claims, in part, on the sentence "And across our services, you can adjust your privacy settings to control what we collect and how your information is used."  This sentence also first appeared in the Privacy Policy effective May 25, 2018.  The sentence does not refer to Chrome or Incognito mode specifically; rather, it refers to the fact that Google has many services, each with its own variety of privacy settings that may be used to affect the information Google collects and how the information is used.  Chrome, for example, has a variety of privacy settings, including cookie blocker settings, sign-in and Sync modes, and Incognito and Guest modes, which affect the data Google collects and/or how the data is used.

30.     Neither of these sentences should be interpreted to mean that Incognito mode prevents Google from collecting the data that the Privacy Policy makes clear Google receives to provide its analytics and advertising services.

31.     Google keeps statistics on how many times its Privacy Policy and other disclosure pages are viewed and how much time users spent on the page.  I have consulted these records, and they show that Google's Privacy Policy was viewed more than ██████ times by U.S.-based users between March 23, 2018 (the date Google started collecting this data) and July 27, 2020 (the date the related *Calhoun* complaint was filed).  On average during this same time period, users spent ████████████████████ reviewing the Privacy Policy.  Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of the Google system that measures these statistics that Google produced as GOOG-CABR-05424608.

32.     Like the March 25, 2016 Privacy Policy, the March 31, 2020 Privacy Policy (and all versions in between), provided a link to the page titled "How Google uses information from sites or apps that use our services" that is described above in paragraph 20.  Google's records show that the "How Google uses information from sites or apps that use our services" webpage was viewed more than ██████ times between March 23, 2018 (the date Google started collecting this data) and July 27, 2020 by U.S.-based users.  Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot of the Google system that measures these statistics that Google produced as GOOG-CABR-05424610.

**C.**     **Users Creating New Google Accounts During The Class Period Agreed to New Account Creation Agreements That Specifically Disclose Google's Receipt of the Disputed Data Through The Services**

33.     Users signing up for a new Google Account are required to view the New Account Creation Agreement.

34.     Users creating new accounts prior to 2013 were shown a New Account Creation Agreement that told users to "review the Terms of Service below" and that "[w]ith Gmail, you won't see blinking banner ads. Instead we display ads you might find useful that are relevant to the content of your messages."  The Agreement then stated "By clicking on 'I accept' below you are agreeing to the Terms of Service  [which was hyperlinked and also included directly on the screen] above and both the Program Policy [which was hyperlinked] and the Privacy Policy [which was also hyperlinked]." To create an account, users were required to select "I accept. Create my account."  Attached hereto as **Exhibit 4** is a true and correct copy of a New Account Creation Agreement from before 2013 that Google produced as GOOG-CABR-04981576.

35.     Users creating new accounts between 2013 and June 2016 were shown a modified New Account Creation Agreement.  This screen required users to select that they "agree to the Google Terms of Service [which was hyperlinked] and Privacy Policy [which was also hyperlinked]."  I agree to the Google Terms of Service and Privacy Policy Attached hereto as **Exhibit 5** is a true and correct copy of the New Account Creation Agreement from approximately 2013-June 2016 that Google produced as GOOG-CABR-04981575.

36.     Beginning in or around June 2016, Google updated its New Account Creation Agreement. Attached hereto as **Exhibit 6** is a true and correct copy of a presentation showing the launched user experience for the Consent Bump and New Account Creation Agreements that Google produced as GOOG-CABR-04067825-67. Unless stated otherwise, the screenshots pasted in this section are taken from Exhibit 6.  However, as further explained below, Google has also produced—and I enclose as exhibits herein—true and correct copies of printouts of the precise text of the New Account Creation Agreements shown to each Plaintiff, where applicable.

37.     First, the New Account Creation screen was modified so that the checkbox for "I agree to the Google Terms of Service and Privacy Policy" was removed from the page where users enter in their information:



Ex. 6 at GOOG-CABR-04067829.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JONATHAN MCPHIE

38.     After the user input the required information and selected "Next step," the user was shown the updated New Account Creation Agreement:



Ex. 6 at GOOG-CABR-04067829-30.

39.     The New Account Creation Agreement states: "By choosing '**I agree**' below you agree to Google's Terms of Service. You also agree to our Privacy Policy, which describes how we process your information, including these key points…."  The phrases "Terms of Service" and "Privacy Policy" linked to the then-current versions of Google's Terms of Service and Privacy Policy.

40.     The New Account Creation Agreement disclosed the "Data we process when you use Google."  Specifically, the screen explained:

> When you search for a restaurant on Google Maps or watch a video on YouTube, for example, we process information about that activity—*including information like the video you watched, device IDs, IP address, cookie data, and location*.
>
> *We also process the kinds of information described above **when you use apps or sites that use Google services like ads, Analytics, and the YouTube video player**.*
>
> Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information.  You can control how we collect and use this data at My Account (myaccount.google.com).

*Id.* (emphasis added).

41.     The New Account Creation Agreement also explains that Google uses the data for a variety of purposes, including to "[d]eliver personalized ads, . . . both on Google services and on sites and apps that partner with Google."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

42.     In May 2018, Google modified the New Account Creation Agreement in several ways.  Attached hereto as **Exhibit 7** are true and correct copies of screenshots taken of the New Account Creation Agreement in or around May 2020 that Google produced as GOOG-CABR-04067873-74:

43.     First, the top of the screen was modified to say: "To create a Google Account, you'll need to agree to the Terms of Service below. In addition, when you create an account, we process your information as described in our Privacy Policy, including these key points: … "  Like the prior version, the phrases "Terms of Service" and "Privacy Policy" linked to the then-current versions of Google's Terms of Service and Privacy Policy.

44.     Second, Google added the "Learn More" link which brought users to https://policies.google.com/privacy/google-partners which explains the data collection at issue here and states that "over 2 million non-Google websites and apps partner with Google to show ads."

45.     Third, Google added a paragraph at the end ("You're in control") and a "MORE OPTIONS" link to make it easier for users to adjust their settings and control the data associated with their Google Accounts.  Attached hereto as **Exhibit 8** are true and correct copies of screenshots taken of the "MORE OPTIONS" dropdown in or around September 2019 that Google produced as GOOG-CABR-04067875-80.

46.     In order to create an account, users had to click the "I AGREE" button at the bottom of the New Account Creation Screen.

47.     Google records confirm that Plaintiffs Jeremy Davis and Chasom Brown each created at least one Google Account after June 2016. Both of these Plaintiffs were presented with the New Account Creation Agreement and selected "I AGREE."

48.     I am informed that Plaintiff Davis represented that he has a Google account associated with the email address ███████████.  Attached hereto as **Exhibit 9** is a true and correct copy of a Google record that Google produced as GOOG-BRWN-00030922 that shows that account was created on ███████████.  Attached hereto as **Exhibit 10** is a true and correct copy of a Google record that Google produced as GOOG-BRWN-00708085 – 92 that shows Davis viewed the New Account Creation Agreement on ███████████ and that he selected "I AGREE."  Attached hereto as **Exhibit 11** is a true and correct copy of a record Google produced as GOOG-BRWN-00708167 that shows the text of the New Account Creation Agreement that was shown to Davis, and to which Davis selected "I AGREE."

49.     I am informed Plaintiff Brown represented that he has a Google account associated with the email address ███████████████. Attached hereto as **Exhibit 12** is a true and correct copy of a Google record that Google produced as GOOG-BRWN-00229498-500 that shows that account was created on ████████. Attached hereto as **Exhibit 13** is a true and correct copy of a Google record that Google produced as GOOG-BRWN-00708058 – 66 that shows Brown viewed the New Account Creation Agreement on ████████, and that he selected "I AGREE."  Attached hereto as **Exhibit 14** is a true and correct copy of a record Google produced as GOOG-BRWN-00708165-66 that shows the text of the New Account Creation Agreement shown to Brown, and to which Brown selected "I AGREE."

50.     ████████████ of U.S.-based accounts were created after users selected "I AGREE" to the New Account Creation Agreement. Attached hereto as **Exhibit 15** is a true and correct copy of a screenshot of the Google system that measures these statistics that Google produced as GOOG-CABR-05435660.

51.     The other Plaintiffs, and ██████ of other Class Members, who created Google accounts prior to June 2016 would not have seen these screens.

**D.     <u>Google's Disclosures Relating to Incognito Mode</u>**

52.     As described above, Google discloses that it receives the data at issue when users visit non-Google websites that use Google services.  In other documents described below, Google describes the purpose and functionality of Incognito mode and/or private browsing modes generally.  None of these documents represents that Incognito or other private browsing modes prevent Google from receiving the data used to provide its advertising and analytics services.

**1.     The Chrome Privacy Notice**

53.     I understand that Plaintiffs allege the Chrome Privacy Notice is part of their contract with Google.  TAC ¶ 268.  Google's Chrome Privacy Notice currently identifies five modes in which Chrome may be used (Basic, Sign-In, Sync, Guest, and Incognito).  True and correct copies of the current and archived versions of the Chrome Privacy Notice are publicly available at: https://www.google.com/chrome/privacy/.

DocuSign Envelope ID: F607DC4B-0A64-4B8A-A375-31A523149C21

54.     The May 20, 2020 Chrome Privacy Notice, in effect at the time Plaintiffs' filed the Complaint, defines "Chrome" as "refer[ring] to all the products in the Chrome family listed above."[6] The Chrome Privacy Notice uses the terms Chrome and Google differently. For example, the May 20, 2020 Chrome Privacy Notice states that "Chrome periodically sends information to Google to check for updates, get connectivity status, validate the current time, and estimate the number of active users." And the Chrome Privacy Notices in effect between June 21, 2016 and October 23, 2018 states that "You can stop Chrome from accepting cookies from Google or other sites."

55.     The May 20, 2020 Chrome Privacy Notice also explains that in Incognito mode:

You can limit the information Chrome stores on your system by using incognito mode or guest mode. In these modes, Chrome won't store certain information, such as:

- Basic browsing history information like URLs, cached page text, or IP addresses of pages linked from the websites you visit

- Snapshots of pages that you visit

- Records of your downloads, although the files you download will still be stored elsewhere on your computer or device

***

Cookies. Chrome won't share existing cookies with sites you visit in incognito or guest mode. Sites may deposit new cookies on your system while you are in these modes, but they'll only be stored and transmitted until you close the last incognito or guest window.

***

Profile information. In incognito mode, you will still have access to information from your existing profile, such as suggestions based on your browsing history and saved passwords, while you are browsing. In guest mode, you can browse without seeing information from any existing profiles.

56.     This page makes clear that Incognito mode allows a user to "limit the information Chrome [*i.e.*, the user's browser] stores on *your system*."  It also makes clear that cookies may still be placed on a user's browser *during* an Incognito session, and will be deleted when the user *closes* "the last incognito window."

---

[6] In contrast, Google defines "Google" in the Terms of Service and Privacy Policy as "Google LLC and its affiliates."

57.     The text "incognito mode or guest mode" is hyperlinked and directs users to the "Browse in Private" help page.  Attached as **Exhibit 16** is a true and correct copy of the Help Center Article titled "Browse in Private," which is also publicly available at https://support.google.com/chrome/answer/95464. The "Browse in private" page similarly explains "[w]hat happens when you browse privately" including that "Chrome won't save your browsing history, cookies and site data, or information entered in to forms," and "[y]our activity isn't hidden from websites you visit, your employer or school, or your internet service provider." The "Browse in Private" help page was viewed nearly ▮▮▮▮▮ times between August 1, 2016 (the month the page was created) to January 1, 2022 (the most recent statistic as of the date the data was pulled) by U.S.-based users. Attached hereto as **Exhibit 17** is a true and correct copy of an export from the Google system that measures these statistics that Google produced as GOOG-CABR-05876957.

58.     The "Browse in Private" help page directs users to "Learn more about how private browsing works." Clicking on the "how private browsing works" hyperlink referenced above takes users to the "How private browsing works in Chrome" page. Attached as **Exhibit 18** is a true and correct copy of the Help Center Article titled "How private browsing works in Chrome," which is also publicly available at https://support.google.com/chrome/answer/7440301. The "How private browsing works in Chrome" page explains that:

> When you browse privately, other people who use the device won't see your history.
>
> Chrome doesn't save your browsing history or information entered in forms. Cookies and site data are remembered while you're browsing, but deleted when you exit Incognito mode. You can choose to block third-party cookies when you open a new incognito window. Learn more about cookies.
>
> ***
>
> **Your activity might still be visible**
>
> Incognito mode stops Chrome from saving your browsing activity to your local history. Your activity, like your location, might still be visible to:
>
> - Websites you visit, including the ads and resources used on those sites
> - Websites you sign in to
> - Your employer, school, or whoever runs the network you're using

- Your internet service provider
- Search engines
  - Search engines may show search suggestions based on your location or activity in your current Incognito browsing session. When you search on Google, Google will always estimate the general area that you're searching from. Learn more about location when you search on Google.

**Some of your info might still be visible**

A web service, website, search engine, or provider may be able to see:

- Your IP address, which can be used to identify the general area you're in
- Your activity when you use a web service
- Your identity if you sign in to a web service, like Gmail

59.     The "How private browsing works in Chrome" help page was viewed more than ██ █████ times between July 1, 2017 (the month the page was created) to January 1, 2022 (the most recent statistic as of the date the data was pulled) by U.S.-based users. Attached hereto as Exhibit 17 is a true and correct copy of an export from the Google system that measures these statistics that Google produced as GOOG-CABR-05876957.

60.     The text "cookies" in paragraph 55 above is hyperlinked to a definition of cookies within the Chrome Privacy Notice, which states:

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

61.     Clicking on the "how Google uses cookies" hyperlink takes users to the "How Google uses cookies" help center article. Attached as **Exhibit 18** is a true and correct copy of the Help Center Article titled "How Google uses cookies," which is also publicly available at https://policies.google.com/technologies/cookies?hl=en-US. This page explains that:

Google Chrome also has Incognito mode, which doesn't store your Chrome history of visited sites or cookies on your device after you close all Incognito windows.

62.     Clicking on the "when you use our partners' sites or apps takes you to the "HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICES" page described above in Paragraph 20.

63.     Similarly, the September 1, 2015 Chrome Privacy Notice, in effect at the start of the Class Period, explains:

> Sites that you visit using Chrome will automatically receive standard log information similar to that received by Google. These sites may also set their own cookies or store site data on your system. You can restrict cookies[7] and other site data in Chrome's preferences page.
>
> ***
>
> If you use Chrome in incognito mode[8] or guest mode, it will not transmit any pre-existing cookies to sites that you visit. Sites may deposit new cookies on your system while you are in these modes; these cookies will only be temporarily stored and transmitted to sites while you remain in incognito / guest mode. They will be deleted when you close the browser, close all open incognito windows or exit guest mode.
>
> ***
>
> Incognito mode is useful if you would still like to have access to information from your existing profile, such as suggestions based on your browsing history, while you are browsing. Guest mode is useful if you would prefer to begin a browsing session without seeing information from any existing profiles. In either of these modes, Chrome will not store basic browsing history information such as URLs, cached page text, or IP addresses of pages linked from the websites you visit. It will also not store snapshots of pages that you visit or keep a record of your downloads (although this information could still be stored elsewhere on your system, e.g. in a list of recently opened files). New cookies received in these modes will not be saved after you close your browser, close all open incognito windows or exit guest mode. You can see when you are in incognito / guest mode because the incognito icon appears in the top corner of your browser; in some cases the border of your browser window may also change color.

**2.      Google Chrome Privacy Whitepaper**

64.     Since June 21, 2016, the Chrome Privacy Whitepaper was linked to the Chrome Privacy Notice. The Google Chrome Privacy Whitepaper, publicly available at https://www.google.com/chrome/privacy/whitepaper.html, describes Incognito Mode similarly to the Chrome Privacy Notice.

65.     The current version, which was last updated on February 4, 2021, explains:

> Incognito mode in Chrome is a temporary browsing mode. It ensures that you don't leave browsing history and cookies on your computer. The browsing history and cookies are

---

[7] This hyperlink directs users to the cookie definition discussed in paragraph 57 above.
[8] This hyperlink directs users to the "Browse in private" page discussed in paragraph 54 above.

Case No. 4:20-cv-03664-YGR-SVK
DECLARATION OF JONATHAN MCPHIE

deleted only once you have closed the last incognito window. Incognito mode cannot make you invisible on the internet. Websites that you navigate to may record your visits. Going incognito doesn't hide your browsing from your employer, your internet service provider, or the websites you visit.

66. Prior versions of the Google Chrome Privacy Whitepaper have the same language. Attached as **Exhibit 19** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on September 30, 2020, that Google produced as GOOG-CABR-00048617. Attached as **Exhibit 20** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on April 7, 2020, that Google produced as GOOG-CABR-00087981. Attached as **Exhibit 21** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on March 12, 2019, that Google produced as GOOG-CABR-00000066. Attached as **Exhibit 22** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on January 29, 2019, that Google produced as GOOG-CABR-00000122. Attached as **Exhibit 23** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on December 5, 2018, that Google produced as GOOG-CABR-00000150.  Attached as **Exhibit 24** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on November 11, 2018, that Google produced as GOOG-CABR-00000290.  Attached as **Exhibit 25** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on September 4, 2018, that Google produced as GOOG-CABR-00000262. Attached as **Exhibit 26** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on July 19, 2018, that Google produced as GOOG-CABR-00000455.  Attached as **Exhibit 27** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on April 17, 2018, that Google produced as GOOG-CABR-00000430.  Attached as **Exhibit 28** is a true and correct copy of the Google Chrome Privacy Whitepaper, last modified on March 6, 2018, that Google produced as GOOG-CABR-00000505.

/ / /

/ / /

/ / /

/ / /

/ / /

DocuSign Envelope ID: F607DC4B-0A64-4B8A-A375-31A527149C21

67.     The Google system that measures these statistics shows that the English language version of the Chrome Privacy Whitepaper available at /chrome/privacy/whitepaper.html?hl=en-US was viewed nearly ▉▉▉▉▉▉ times between October 3, 2018 (the date Google started collecting this data) to July 27, 2022 (the date the data was pulled):

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

### 3.      The Incognito Screen

68.      In addition to the description of Incognito mode in the Chrome Privacy Notice and the Chrome Privacy Whitepaper, the Incognito Screen that appears each time a user opens an Incognito window states:



69.      The Incognito screen explains that "[n]ow you can browse privately, and other people who use this device won't see your activity."

70.      It also states that Chrome won't save the following information: []Your browsing history[,] Cookies and site data[, and ] information entered in forms."

71.       It also makes clear that Incognito mode is not private from entities on the web because that "[y]our activity might still be visible to," among other things,"[w]ebsites you visit."

/ / /

/ / /

/ / /

/ / /

/ / /

72.     I am informed that the screen itself was largely the same throughout the class period with one exception: In May 2020, Google announced the addition of the "Block third-party cookies" box. The box was slowly rolled out to Incognito users throughout June and July 2020. Prior to that date, although third-party cookies were not blocked by default, users could still navigate to their cookies settings at chrome://settings/cookies and block third-party cookies:



73.     Additionally, the "Learn more" hyperlink took users to different pages throughout the class period. From approximately August 2016 until approximately July 2017, the "Learn more" hyperlink took users to the "Browse in private" help center page, described above in paragraph 58. Between July 2017 and May 2020, the "Learn more" hyperlink took users to the "How Private Browsing Works in Chrome" help page, described above in paragraph 59.

Beginning in May 2020, the "Learn more" hyperlink has taken users to the "How Chrome Incognito keeps your browsing private" help page.  Attached as **Exhibit 29** is a true and correct copy of the Help Center Article titled "How Chrome Incognito keeps your browsing private," which is also publicly available at https://support.google.com/chrome/answer/9845881.  The "Learn more" link has been clicked more than ███████ times between August 1, 2016 (the month the "Browse in private" help page was created) to January 1, 2022 (the most recent statistic as of the date the data was pulled) by U.S.-based users. Attached hereto as Exhibit 17 is a true and correct copy of an export from the Google system that measures these statistics that Google produced as GOOG-CABR-05876957.

74.     The "How Chrome Incognito keeps your browsing private" page explains that "Incognito mode can help keep your browsing private from other people who use your device." It also explains "[w]hat Incognito mode does" including "Browsing in Incognito mode means your activity data isn't saved on your device, or to a Google Account you're not signed into" and "Chrome doesn't tell websites, including Google, when you're browsing privately in incognito mode."  It further explains "[w]hat Incognito mode doesn't do" including:

- Prevent you from telling a website who you are. If you sign in to any website in Incognito mode, that site will know that you're the one browsing and can keep track of your activities from that moment on.

- Prevent your activity or location from being visible to the websites you visit, your school, employer, or your Internet Service provider.

- Prevent the websites you visit from serving ads based on your activity during an Incognito session. After you close all Incognito windows, websites won't be able to serve ads to you based on your signed-out activity during that closed session.

75.     The "How Chrome Incognito keeps your browsing private" help page was viewed more than ██████ times between May 1, 2020 (the month the page was created) to January 1, 2022 (the most recent statistic as of the date the data was pulled) by U.S.-based users. Attached hereto as Exhibit 17 is a true and correct copy of an export from the Google system that measures these statistics that Google produced as GOOG-CABR-05876957.

76.     Google similarly explains in the "Search & browse privately" help page that "[i]f you want to search the web without saving your search activity to your account, you can use

1    private browsing mode in a browser (like Chrome or Safari)." It also explains that "Private

2    browsing works differently depending on which browser you use," but it "usually

3    means…[c]ookies are deleted after you close your private browsing window or tab" and "[y]ou

4    might see search results and suggestions based on your location or other searches you've done

5    during your current browsing session."  Finally, it notes: "Important: If you sign in to your Google

6    Account to use a web service like Gmail, your searches and browsing activity might be saved to

7    your account." Attached as **Exhibit 30** is a true and correct copy of the Help Center Article titled

8    "Search & browse privately," which is also publicly available at

9    https://support.google.com/websearch/answer/4540094?.  The "Search & browse privately" help

10   page was viewed fewer than ███████ times between August 1, 2016 (the month the page was

11   created) to January 1, 2022 (the most recent statistic as of the date the data was pulled) by U.S.-

12   based users. Attached hereto as Exhibit 17 is a true and correct copy of an export from the Google

13   system that measures these statistics that Google produced as GOOG-CABR-05876957.

14          77.     The Search & browse privately page was not linked from the Privacy Policy until

15   May 25, 2018. Before that time, it could be found in the Google Help Center, and was linked from

16   other Help Center articles, such as the "View & control activity in your account" page, which is

17   publicly available at https://support.google.com/accounts/answer/7028918. Beginning with the

18   May 25, 2018 Privacy Policy, the following sentence was added:

19          We use the information we collect to customize our services for you, including providing
             recommendations, personalized content, and customized search results.
20

21          78.     Clicking on the blue "customized search results" text displayed the following text:

22          For example, when you're signed in to your Google Account and have the Web & App
             Activity control enabled, you can get more relevant search results that are based on your
23          previous searches and activity from other Google services. You can learn more here. You
             may also get customized search results even when you're signed out. If you don't want this
24          level of search customization, you can search and browse privately or turn off signed-out
             search personalization.
25          79.     Clicking on the blue "search and browse privately" text would take users to the

26   "Search & browse privately" page discussed in the preceding paragraphs.

27

28

E.   **Google's Agreements With Analytics and Ad Manager Customers Require That Websites Disclose The Use Of Those Services**

80.   Google's agreements with websites that use its services require those websites to make certain disclosures.

81.   For example, the Google Analytics Terms of Service requires websites to:

post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology used to collect data. You must disclose the use of Google Analytics, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses data when you use our partners' sites or apps", (located at www.google.com/policies/privacy/partners/, or any other URL Google may provide from time to time).

82.   Attached as **Exhibit 31** is a true and correct copy of the Google Analytics Terms of Service, which is also publicly available at https://marketingplatform.google.com/about/analytics/terms/us/. The link www.google.com/policies/privacy/partners/ is hyperlinked to the "How Google Uses Information From Sites and Apps That Use Our Services," attached as Exhibit 1 and excerpted in Paragraph 20, above.

83.   Google Analytics also has a Privacy Disclosures Policy that requires websites to "disclose the use of Google Analytics and how it collects and processes data."  Attached as **Exhibit 32** is a true and correct copy of the Privacy Disclosures Policy, which is also publicly available at https://support.google.com/analytics/answer/7318509.

84.   Similarly, Google's Ad Manager Publisher policies require websites that use Google Ad Manager to:

have and abide by a privacy policy that clearly discloses any data collection, sharing and usage that takes place on any site, app, email publication or other property as a consequence of your use of Google products. The privacy policy must disclose to users that third parties may be placing and reading cookies on your users' browsers, or using web beacons to collect information as a result of ad serving on your website. To comply with this disclosure obligation with respect to Google's use of data, you have the option to display a prominent link to How Google uses data when you use our partners' sites or apps.

85.   Attached as **Exhibit 33** is a true and correct copy of Google's Ad Manager Publisher policies, which is also publicly available at https://support.google.com/admanager/answer/10502938?visit_id=637746843701355304-

1137658824&rd=1. Relevant portions of the page a user would go to if they clicked on the hyperlink "How Google uses data when you use our partners' sites or apps" are displayed above in paragraph 20 and the full page is attached as Exhibit 1.

86.     Websites can comply with these rules in many ways. For example, the Drudge Report Website (a website I am informed Plaintiff Castillo has represented he has visited) Cookie Policy explains that:

> We use Google Analytics cookies to collect aggregate statistical data about how visitors use the Sites so that we can improve the user experience and serve up the content our visitors find most useful. Google Analytics cookies store information such as what pages users visit, how long they are on the Sites, how they arrived at the Sites, and what they click on.  To learn more about Google's practices and to opt out, please visit http://www.google.com/policies/privacy/partners/, https://developers.google.com/ analytics/devguides/collection/analyticsjs/cookie-usage, and https://tools.google.com/dlpage/gaoptout....We may partner with certain third parties to deliver advertising that we believe may interest you based on your activity on our Sites and other websites over time. …Google Ads [__gads]...is a cookie associated with Google Ads, a digital advertising service. To learn more about Google's practices and to opt out, please visit Ads Settings.

87.     Attached as **Exhibit 34** is a true and correct copy of the Drudge Report Website Cookie Policy, which is also publicly available at which is publicly available at https://www.drudgereport.com/privacy/cookie-policy/.

88.     Plaintiffs' law firm Boies Schiller Flexner LLP has a Privacy and Cookie Policy that discloses that:

> Non-personal Information. Like many websites, we may collect certain technical information about your use of the website and generally this is not information the Firms could use to identify you without reference to other information. For example, we may collect your internet protocol (IP) address, browser type, the identity of your internet service provider (ISP), the number and duration of page visits, how you were directed to the website, and the number of clicks you make when you use the website….We may use third parties, such as Google and our website host, to provide analytics services based on this data.

89.     Attached as **Exhibit 35** is a true and correct copy of the Boies Schiller Flexner LLP Privacy and Cookie Policy, which is also publicly available at which is publicly available at https://www.bsfllp.com/privacy-policy.html.

90.     The Privacy Policy of another of Plaintiffs' law firms, Morgan & Morgan, discloses that:

We and our third party providers may use cookies and other technologies such as log files, tracking pixels, and analytic tools and services to collect information (including Personal Information) automatically from you. Such information includes your IP address, location information, the type of the web browser and operating system you use, browsing activities, usage information, and any other information that your web browsing software or Internet Service Provider automatically provides to our Services….We may use third party analytics tools, such as Google Analytics and Mouseflow, in order to better understand your use of our Services and how we can improve them. These tools collect information sent by your browser or mobile device, including the pages you visit and other usage information. For more information regarding how Google collects, uses, and shares your information please visit http://www.google.com/policies/privacy/partners/.

91.     Attached as **Exhibit 36** is a true and correct copy of the Morgan & Morgan Privacy Policy, which is also publicly available at which is publicly available at

https://www.forthepeople.com/privacy-policy/. The link at the end of the paragraph is hyperlinked

to the "How Google Uses Information From Sites and Apps That Use Our Services," attached as

Exhibit 1 and excerpted in Paragraph 20, above.

92.     In addition to privacy and cookie policies, websites may also chose to include

additional disclosures in a "pop-up."  For example, I visited Latham & Watkins' website in

Incognito mode, which is publicly available at https://www.lw.com/, and it had a specific Google

Analytics pop-up disclosure that the user has to toggle on before Analytics is enabled:



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

93.   Additionally, when users see ads on non-Google websites, including while in a private browsing mode, the ads are accompanied by an "AdChoices" icon:



94.   When clicked, users see that the ad is served through Google Ads:



95.     Users can then click on an icon titled "Why this ad?" that provides information on what type of data Google used to serve the ad. If Ad personalization is off, this page will explain that ads are shown based on factors like "[T]he time of day," "The website you're on," and "Your general location (like your country or city)."



96.     As noted above, a user can opt out of personalized ads even if they are not signed into a Google Account by navigating to https://adssettings.google.com, where they can select a setting to disable "Ad personalization on the Web."

97.     Google also makes available help pages that explain how ad personalization works. For example, the "About Google ad personalization" help page, which is publicly available at https://support.google.com/ads/answer/1660762, explains:

DocuSign Envelope ID: F607DC4B-0A64-4B8A-A375-31A527149C21

Ads that Google shows can be personalized based on many factors, like the types of websites you visit or mobile apps you've installed. If ad personalization is off, ads may still use non-personal data, such as your general location or the topics on the website or app you're looking at.

98.     Additionally, the "Why you're seeing an ad" help page, publicly available at https://support.google.com/ads/answer/1634057, includes many explanations as to why a user may see an ad, including: (1) the user's general location; (2) user activity, like "[y]our current search query," "[p]revious search activity," "[y]our previous interactions with ads," and "[t]ypes of websites you visit,"; and (3) other info, such as "time of day" and "[i]nfo you gave to an advertiser, like if you signed up for a newsletter with your email address."

**F.     Chrome's Developer Tools**

99.     I am informed that Plaintiffs have described the process through which Google receives the data at issue through its services installed on third-party websites as "surreptitious[]" and as being conducted in "secret." *See, e.g.,* TAC ¶¶ 63-66, 68-69, 85, 87.  As described in the preceding section, there are ways that Incognito users can see, in real time, that Incognito is not blocking Google's services. In addition, Google designed a tool that comes standard on Chrome that allows Chrome users to view, on each website they visit, a list of providers of third-party web-services the website is using, including Google Services such as Google Ad Manager and Google Analytics, and which are receiving data when the user visits those sites.  To view all of the third-party scripts (including Google scripts) on a given website, a Chrome user may simply click on Chrome's "View" tab, select Developer > Developer Tools > and then click on the Sources tab. Chrome users can access the same tool and information by right clicking on the webpage, selecting "View Page Source," and selecting "Sources."  This feature is available in all Chrome modes including Incognito.

/ / /

/ / /

/ / /

/ / /

/ / /

-39-                    Case No. 4:20-cv-03664-YGR-SVK

DECLARATION OF JONATHAN MCPHIE

1    100.    Plaintiffs appear to be aware of this tool because their complaint includes a

2  screenshot of a visit in Incognito mode to a website that uses Google services, the New York

3  Times, while using what appears to be Chrome's Developer Tools function:

4  

16  TAC ¶ 86.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DECLARATION OF JONATHAN MCPHIE

**G.** **Other Browsers' Disclosures**

101.    The Firefox private browsing screen explains that private browsing "doesn't make you anonymous."



102.    Clicking "Learn more" takes users to a page  called "Common Myths about Private Browsing." Attached as **Exhibit 37** is a true and correct copy of the "Common Myths about Private Browsing" page, which is publicly available at https://support.mozilla.org/en-US/kb/common-myths-about-private-browsing?as=u&utm_source=inproduct.  This page explains that "Private Browsing is a useful feature of Firefox, but only if you understand the protection it offers. It helps you obscure your online activity from other people who use Firefox on your computer, but does not make you invisible online" and that "Private Browsing does not mask your identity or activity online. Websites and Internet service providers can still gather information about your visit, even if you are not signed in."

/ / /

/ / /

103.     Similarly, Microsoft Edge's private browsing page explains that private browsing does not "[h]ide your browsing from your school, employer, or internet service providers[;] [g]ive you additional protection from tracking by default[;] [or] [a]dd additional protection to what's available in normal browsing."



104.     A Microsoft Edge help page also provides details of "[w]hat data is collected or stored, and why" and provides instructions to limit the amount of data collected. Attached as **Exhibit 38** is a true and correct copy of the "Microsoft Edge, browsing data, and privacy" page, which is publicly available at https://support.microsoft.com/en-us/windows/microsoft-edge-browsing-data-and-privacy-bb8174ba-9d73-dcf2-9b4a-c582b4e640dd.

105.    Another Microsoft help page notes that "[w]ebsites can still personalize content for you during your InPrivate browsing session because cookies and other site permissions aren't deleted until you close all InPrivate windows." Attached as **Exhibit 39** is a true and correct copy of the "Browse InPrivate in Microsoft Edge" page, which is publicly available at https://support.microsoft.com/en-us/microsoft-edge/browse-inprivate-in-microsoft-edge-cd2c9a48-0bc4-b98e-5e46-ac40c84e27e2.

106.    And Safari's private browsing pop-up explains that "[a]fter you close this window, Safari won't remember the pages you visited, your search history, or your Autofill information."



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct to the best of my knowledge. Executed in Mountain View, California

3   on August 5, 2022.

4

5                                                     Jonathan McPhie
                                                _____
6                                                Jonathan McPhie

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28