# DECLARATION OF GEORGE LEVITTE REGARDING GOOGLE AD MANAGER PROFITS

# Redacted Version of Document Sought to be Sealed

1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

10   CHASOM BROWN, *et al.*, on behalf of          Case No. 4:20-cv-03664-YGR-SVK
     themselves and all others similarly situated,
11                                                 **DECLARATION OF GEORGE LEVITTE**
                    Plaintiffs,                    **REGARDING GOOGLE AD MANAGER**
12                                                 **PROFITS**
             vs.
13                                                 Judge: Hon. Yvonne Gonzalez Rogers
     GOOGLE LLC,                                   Date: September 20, 2022
14                                                 Time: 2:00 p.m.
                    Defendant.                     Location: Courtroom 1 – 4th Floor
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, George Levitte, declare as follows:

2    1.    I am currently a Group Product Manager for Google Ad Manager.  I make this

3 declaration on the basis of my personal knowledge and if called as a witness would competently

4 testify thereto.

5    2.    I have been employed at Google since 2014. I started as a Product Manager for Real-

6 Time Bidding, and in 2017, expanded to work on several other areas of Google's advertising

7 platform.  During my time at Google, I've worked on projects across various ads businesses,

8 including Google Ad Manager (previously two separate products - DoubleClick for Publishers and

9 DoubleClick Ad Exchange), AdMob, and AdSense. Since 2019, I have been part of the Ad Manager

10 leadership team. I manage a team of product managers and am responsible for many components of

11 ads monetization, including the Ad Manager auction.  Currently, my team's scope of responsibilities

12 includes the core auction itself, auction optimizations, Google's real-time bidding services, and

13 several other parts of Ad Manager. I consider myself a subject matter expert for all ad monetization

14 features of Ad Manager.

15    3.    I am informed that Plaintiffs in this lawsuit allege Google improperly collected five

16 categories of data when users visit websites that use Google web-services, including Google Ad

17 Manager services, regardless of whether users are browsing while in private browsing mode.

18 According to Plaintiffs, the five categories of data (the "Data") that Google improperly collected

19 are: (a) the GET request sent from the user's computer to a website;  (b) the IP address of the user;

20 (c) any user-id issued by the website to the user; (d) geolocation of the user; and (e) information

21 contained in "Google cookies." Dkt. No. 395-3, Third Amended Complaint ¶ 63.

22    4.    I understand that Plaintiffs' class definition is:

23    Class 1 – All Chrome browser users with a Google account who accessed a non-Google
website containing Google tracking or advertising code using such a browser and who
24    were (a) in "Incognito mode" on that browser and (b) were not logged into their Google
account on that browser, but whose communications, including identifying information
25    and online browsing history, Google nevertheless intercepted, received, or collected from
June 1, 2016 through the present.
26

27    Class 2 – All non-Chrome browser users with a Google account who accessed a non-
Google website containing Google tracking or advertising code using any such browser
28    and who were (a) in "private browsing mode" on that browser, and (b) were not logged

into their Google account on that browser, but whose communications, including identifying information and online browsing history, Google nevertheless intercepted, received, or collected from June 1, 2016 through the present.

*Id.* ¶ 192.

5.    I also understand that Plaintiffs seek to certify two classes:

Class 1 – All Chrome browser users with a Google account who accessed a non-Google website containing Google tracking or advertising code using such browser and who were (a) in "Incognito mode" on that browser and (b) were not logged into their Google account on that browser, but whose communications, including identifying information and online browsing history, Google nevertheless intercepted, received, or collected from June 1, 2016 through the present.

Class 2 – All Safari, Edge, and Internet Explorer users with a Google account who accessed a non-Google website containing Google tracking or advertising code using such browser and who were (a) in a "private browsing mode" on that browser and (b) were not logged into their Google account on that browser, but whose communications, including identifying information and online browsing history, Google nevertheless intercepted, received, or collected from June 1, 2016 through the present.

Dkt. No. 608-3, Plaintiffs' Motion for Class Certification at 1.

6.    I further understand that Plaintiffs allege that Google improperly used the Data from Putative Class Members to augment its advertising profits.

7.    In summary, Google does not calculate advertising profits on a per-individual-user basis. Nor does Google calculate advertising profits on the basis of the Data as defined by Plaintiffs. Further, it would be impossible to calculate Google's advertising profits from each Putative Class Member.   To explain this conclusion, I provide some background on Google's Ad Manager and AdSense products and the way that they monetize user data.

8.    Google Ad Manager is an ad management platform that includes publisher ad server functionality (previously known as DFP / DoubleClick for Publishers) and ad exchange functionality (previously known as AdX / DoubleClick Ad Exchange). An "ad server" is a technology platform that can host and serve advertisements, including display advertisements. An "ad exchange" is a technology platform that facilitates the programmatic selling and buying of ad inventory. These exchanges create a marketplace where ads can be bid on, like an auction, and

1   bought in real time. Both ad server functionality and ad exchange functionality are services offered

2   to publishers who are selling space on their webpages to advertisers.

3        9.     AdSense is an ad network for publishers who want to monetize their websites, blogs,

4   and forums. Similar to Ad Manager, it provides customers with access to demand from advertisers

5   and helps them set up their ad inventory.  However, AdSense provides more automated and

6   simplified ad solutions for publishers than Google Ad Manager. As described in Paragraph 13,

7   AdSense only supports one transaction type. AdSense is frequently used by smaller publishers or

8   those just starting out in the digital advertising space.

9        10.    The current role of myself and my team is to help publishers monetize their inventory

10  (for example, webpage space).  Part of my team's role is also supporting infrastructure for obtaining

11  access to inventory on publishers' websites, including the Google Publisher Tag ("GPT") for Ad

12  Manager.  GPT is a piece of code that our customers may embed in their websites to make use of

13  our services.  This code, among other things, causes user "signals" to be sent to Ad Manager

14  services. These signals are the data we receive related to the publisher's request for an ad on that

15  website.

16       11.    Google Ad Manager uses the signals it receives to help publishers monetize their

17  inventory. As a result, the revenue Google Ad Manager derives may vary depending on whether or

18  not it receives these signals or whether any restrictions in use of the data received are in place.  The

19  user signals Ad Manager receives, the conditions under which they are received (if at all), and how

20  they are used (if at all) are described in more detail in the Declaration of Glenn Berntson Regarding

21  Google Ad Manager In Opposition to Plaintiffs' Motion for Class Certification .

22       12.    For most ad server functionality on display ads, Ad Manager charges a CPM ("cost

23  per mille," or cost per thousand impressions) standard fee ████████████ ) in the United

24  States. For many publishers who use ad server functionality and ad exchange functionality on the

25  same impression, Ad Manager ██████████████████████

26  ████████████████████ )Ad Manager CPM fees for ad server functionality do not

27  depend on the specific signals passed from GPT.  In fact, these are based on CPM impression rates

28  that are included in contracts between the publishers and Google. ████████████

1   ██████████████████████████████████████████████████████████

2   ████████████████

3        13.     For the ad exchange functionality, Ad Manager has different revenue share

4   agreements with publishers for different transaction types. The most basic transaction type for ad

5   exchange functionality is Open Auction. Open Auction queries are available to all buyers who have

6   integrated with the ad exchange platform. Open Auction impressions are generally subject to a

7   ████████████████ of the auction clearing price, ████████████████████████████████

8   ██████████████████████████████████████████████████████████

9   ████████████████. Google Ad Manager also supports several other transaction types

10  including (i) Private Auction, (ii) Preferred Deals, (iii) Programmatic Guaranteed, and (iv) Open

11  Bidding. Each of these transaction types has a ████████████████████████████████

12  ████████████ of the auction clearing price. In addition, AdSense charges a similar fee but only

13  supports the Open Auction transaction type. ████████████████████████████████

14  ██████████████████████████████████████████████████████████

15  ████████████████████████████████████

16       14.     Google Ad Manager helps its customers monetize their inventory through

17  programmatic and non-programmatic advertising. AdSense helps its customers monetize their

18  inventory only through programmatic advertising.

19       15.     Programmatic advertising involves the use of automated technology to buy and sell

20  online advertising space. When publishers sell ad space programmatically using Ad Manager or

21  AdSense, they have access to tools that allow them to manage the ads that appear on their site. When

22  a user visits that site, Ad Manager or AdSense runs an auction to find the highest bidding advertiser

23  that meets the publisher's requirements for each query. Advertisers participate in this auction by

24  using a buy-side platform to make automated bidding decisions on a per-query basis. When an ad is

25  shown programmatically through Ad Manager or AdSense, publishers keep a percentage of the

26  auction clearing price, and Google Ad Manager or AdSense receives a percentage of the auction

27  clearing price, as described in Paragraph 13.

28

16.     As part of this process, the prices for online advertising space are set by the various advertising companies that place bids for the space. These advertising companies often rely on user data, including data they have themselves collected or purchased through a third-party, to determine how much to bid. As such, some of the advertising revenue Ad Manager and AdSense receive depends on user data collected by third-party advertising companies.

17.     Non-programmatic advertising involves traditional marketing where a publisher receives order details from an advertiser or advertising agency. For this type of advertising, Google Ad Manager does not have a technical interaction with the advertiser. Rather, Google Ad Manager selects the line item requested by the publisher. The publisher, in turn, bills the advertiser or advertising agency. The revenue Google Ad Manager receives from this type of advertising is determined by a fixed fee and does not depend on user Data, as described in Paragraph 12..

18.     For these reasons, the entirety of revenues from Google Ad Manager and AdSense are not proportional to the revenues publishers obtain.

19.     In the regular course of business, Google does not separate out the Ad Manager revenue attributed to the use of Data received from the browsing of any particular individual or a set of individuals who browsed while in private browsing mode.  Nor does Google separate Ad Manager revenue attributed to user Data in general.

20.     Further, Google Ad Manager does not, in the ordinary course, keep track of the monetary value it receives from a particular individual.  Given the way that user data is incorporated into the Ad Manager product, there is no way to calculate revenue or profits derived from a particular individual. Nor is there a way to calculate profits derived from individuals who use the Chrome Browser specifically, much less those individuals who browsed while in Incognito mode, or those individuals who use any other browser's private browsing mode.

21.     The monetary value both Ad Manager and AdSense derive through programmatic advertising is based on the auction clearing price for advertising space, which is ultimately set by bidders, in part, based on a variety of characteristics of the target audience. Google Ad Manager and AdSense usually do not have visibility into why advertisers bid a certain price for advertising space,

1    and, as explained in Paragraph 16, bidders often have access to additional user data that Google Ad

2    Manager does not have visibility into.

3    22.    Bidding prices, and thus the ultimate revenue Google Ad Manager and AdSense

4    receive for programmatic advertising can vary dramatically based on several user characteristics.

5    Therefore, over a single fixed time period, Google Ad Manager and AdSense will derive more

6    revenue from some users than others. For example, depending on the ad space at issue, user

7    browsing and shopping behaviors, and even the month or season during which the bidding occurs,

8    Google Ad Manager may derive more value from a user located in Lower Manhattan than a user

9    located in a rural region of Alabama, because advertisers may bid more to show ads to the user in

10    Lower Manhattan. As another example, Google Ad Manager may derive more value from a user

11    browsing on an iOS device than a user browsing on an Android device because advertisers may bid

12    more to show ads to the iOS user.

13    23.    Google Ad Manager does not measure profits as a function of how many times a user

14    browses while in private browsing mode. Moreover, dividing Google Ad Manager or AdSense

15    profits by the total number of Google account holders browsing in private browsing mode while

16    signed out of their Google account would arrive at an average that would be wildly larger than the

17    real value derived from some users, and wildly smaller than the real value derived from other users.

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct to the best of my knowledge. Executed in New York, New York on

3  August 5, 2022.

4

5

6  George Levitte

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28