# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT DAVID NELSON**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 20, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

**[PROPOSED] ORDER**

Google's Motion to Exclude the Opinions of Plaintiffs' Expert David Nelson (the "Motion") came for hearing before this Court on September 20, 2022. Having considered all papers and oral argument in support and against the Motion, as well as the record in this case and the applicable legal standards, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Mr. Nelson's opinions expressed in his April 22, 2022 rebuttal report (Dkt. 608-8 ) are excluded in their entirety.

**IT IS SO ORDERED.**

DATED:

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE