# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO EXCLUDE EXPERT OPINIONS OF BRUCE SCHNEIER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 20, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

## [PROPOSED] ORDER

Google's Motion to Exclude Expert Opinions of Bruce Schneier (the "Motion") came for hearing before this Court on September 20, 2022. Having considered all papers and oral argument in support and against the Motion, as well as the record in this case and the applicable legal standards, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Mr. Schneier's opinions, including those expressed in the reports submitted in support of Plaintiffs' Motion for Class Certification (Dkt. Nos. 608-6, 608-7, 643-12, 643-13), are excluded in their entirety.

**IT IS SO ORDERED.**

DATED:

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE