1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

4                              ,          Case No. _____
5         Plaintiff(s),
        v.                              **APPLICATION FOR ADMISSION OF**
6                                        **ATTORNEY PRO HAC VICE**
                                         (CIVIL LOCAL RULE 11-3)
7                              ,
8         Defendant(s).

10    I, _____, an active member in good standing of the bar of
11    _____, hereby respectfully apply for admission to practice pro hac
12    vice in the Northern District of California representing: _____ in the
13    above-entitled action. My local co-counsel in this case is _____, an
14    attorney who is a member of the bar of this Court in good standing and who maintains an office
15    within the State of California.  Local co-counsel's bar number is: _____.

17    _____        _____
      MY ADDRESS OF RECORD                     LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18
19    _____        _____
      MY TELEPHONE # OF RECORD                 LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20
      _____        _____
      MY EMAIL ADDRESS OF RECORD               LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21

22    I am an active member in good standing of a United States Court or of the highest court of
23    another State or the District of Columbia, as indicated above; my bar number is: _____.
24    A true and correct copy of a certificate of good standing or equivalent official document
25    from said bar is attached to this application.
26    I have been granted pro hac vice admission by the Court _____ times in the 12 months
27    preceding this application.
28

*United States District Court*
*Northern District of California*

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Joseph H Margolies

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **February 4, 2019,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on August 5, 2022.*

*Clerk of the Court*

CertID-00078271