# EXHIBITS A-C, and 1-19

# FILED UNDER SEAL