**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTING DECLARATIONS IN SUPPORT OF SEALING (DKTS. 660, 671) AND RESPONDING TO PLAINTIFFS' ADMINISTRATIVE MOTION (DKT. 672)**<br><br>The Honorable Susan van Keulen |

Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

**Google's Motion to Seal (Dkt. 660)**

WHEREAS, on August 5, 2022, Google filed its Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Google's Motion to Seal") (Dkt. 660);

WHEREAS, on August 5, 2022, Plaintiffs received unredacted copies of Google's Motion to Seal and exhibits cited in Dkt. 666;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the deadline for Plaintiffs, as the Designating Party to portions of Google's Motion to Seal (Dkt. 660), to establish that such designated material is sealable, is Friday, August 12, 2022;

WHEREAS, Plaintiffs have requested, and Google does not oppose an extension of time of 14 days to Friday, August 26, 2022, which Plaintiffs have represented will provide them with sufficient time to submit their declaration in support of the designated materials in the filings (Dkt. 660);

**Plaintiffs' Motion to Seal (Dkt. 671)**

WHEREAS, on August 8, 2022, Plaintiffs filed their Administration Motion to Consider Whether Google's Material Should Be Sealed ("Plaintiffs' Motion to Seal") (Dkt. 671);

WHEREAS, on August 8, 2022, Google received unredacted copies of Plaintiffs' Motion to Seal and exhibits cited in Dkt. 672;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the deadline for Google, as the Designating Party to portions of Plaintiffs' Motion to Seal (Dkt. 671), to establish that such designated material is sealable, is Monday, August 15, 2022;

WHEREAS, Google has requested, and Plaintiffs do not oppose an extension of time of 14 days to Monday, August 29, 2022, which Google has represented will provide it with sufficient time to submit its declaration in support of the designated materials in the filings (Dkt. 671);

**Plaintiffs' Motion Concerning Withheld Privileged Documents**

WHEREAS, on August 8, 2022, Plaintiffs filed their Administrative Motion for Relief re Google's Production of Documents Improperly Withheld as Privileged ("Plaintiffs' Motion Concerning Withheld Privileged Documents") (Dkt. 672);

WHEREAS, Google's current deadline to respond to Plaintiffs' Motion Concerning Withheld Privileged Documents is Friday, August 12, 2022;

WHEREAS, Google has requested, and Plaintiffs do not oppose an extension of time until Tuesday, August 16, 2022, for Google to respond to Plaintiffs' Motion Concerning Withheld Privileged Documents;

NOW THEREFORE, the Parties stipulate to extend the deadline by which:

1. Google shall respond to Plaintiffs' Motion Concerning Withheld Privileged Documents (Dkt. 672), to Tuesday, August 16, 2022;
2. Plaintiffs shall submit a Declaration in support of Google's Motion to Seal (Dkt. 660), to Friday, August 26, 2022; and
3. Google shall submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 671), to Monday, August 29, 2022.

DATED:  August 9, 2022

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORGAN & MORGAN COMPLEX LITIGATION GROUP |
| */s/ Jonathan Tse* <br> Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> Teuta Fani (admitted *pro hac vice*) <br> teutafani@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> sb@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> Crystal Nix-Hines (Bar No. 326971) <br> crystalnixhines@quinnemanuel.com <br> Alyssa G. Olson (CA Bar No. 305705) | */s/ Michael F. Ram* <br> Michael F. Ram (CA Bar No. 104805) <br> mram@forthepeople.com <br> MORGAN & MORGAN, P.A. <br> 711 Van Ness Avenue, Suite 500 <br> San Francisco, CA 94102 <br> Tel: (415) 358-6913 <br><br> John A. Yanchunis (*pro hac vice*) <br> jyanchunis@forthepeople.com <br> Ryan J. McGee (*pro hac vice*) <br> rmcgee@forthepeople.com <br> MORGAN & MORGAN, P.A. <br> 201 N Franklin Street, 7th Floor <br> Tampa, FL 33602 <br> Tel: (813) 223-5505 <br> Fax: (813) 222-4736 |

| | |
|---|---|
| alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* | Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com<br>Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33130<br>Tel: (305) 539-8400<br>Fax: (305) 539-1304<br><br>William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330<br><br>Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br><br>*Attorneys for Plaintiffs* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTIN DECLARATIONS IN SUPPORT OF SEALING (DKTS. 660, 671) AND RESPONDING TO PLAINTIFFS' ADMINISTRATIVE MOTION (DKT. 672).  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: August 9, 2022                         By    */s/ Michael F. Ram*
                                                                Michael F. Ram
                                                                *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to respond to Plaintiffs' Motion for Relief re Google Documents Improperly Withheld as Privileged (Dkt. 672), shall be extended to August 16, 2022.

The deadline for Plaintiffs to submit a Declaration in support of Google's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 660), shall be extended to August 26, 2022.

The deadline for Google to submit a Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Google's Material Should Be Sealed (Dkt. 671), shall be extended to August 29, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge