1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

13   CHASOM BROWN, WILLIAM BYATT,
     JEREMY DAVIS, CHRISTOPHER
14   CASTILLO, and MONIQUE TRUJILLO,
     individually and on behalf of all similarly
15   situated,

16        Plaintiffs,

17        v.

18   GOOGLE LLC,

19        Defendant.

20

Case No. 4:20-cv-03664-YGR-SVK

**[PROPOSED]  ORDER  GRANTING
MOTION TO SEAL**

The Honorable Susan van Keulen

21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding Plaintiffs' Reply in Support of Their Renewed Request to Depose Google CEO Sundar Pichai ("Plaintiffs' Reply"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to be Sealed | Party Claiming Confidentiality | Text to Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Reply | Google | Granted as to Portions highlighted yellow on pages 1, 2, 3, 4, and 5. | Refers to material designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" pursuant to the Protective Order |
| Exhibit EE of Exhibit 1 (Declaration of Rossana Baeza) to Plaintiffs' Motion | Google | Granted as to entire document | Refers to material designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" pursuant to the Protective Order |

**SO ORDERED**.

DATED: _____     _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge