# EXHIBIT EE

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL