# Redacted Version of Document Sought to be Sealed

# Exhibit A to Declaration of Mark Mao in Support of Plaintiffs' Supplemental Sanctions Motion Pursuant to Dkt. 624

# EXHIBIT A TO MAO DECLARATION

### Plaintiffs' Proposed Preclusion Orders Pursuant to
### Federal Rule of Civil Procedure 37(b)(2)(A)

1. Google is precluded from arguing that it does not join Incognito browsing data to authenticated data.

2. Google is precluded from arguing that it does not use Incognito browsing data to "perform analysis and modeling to predict ad revenues."

3. Google is precluded from arguing that it does not use Incognito browsing data for "ads related to third-party exchanges."

4. Google is precluded from arguing that it has not made Incognito browsing data available for other business purposes.

### Plaintiffs' Proposed Jury Instruction Pursuant to
### Federal Rule of Civil Procedure 37(b)(2)(A)

Google failed to turn over relevant evidence regarding its tracking of private browsing activity. That included evidence regarding how Google, within ▇ logs that were withheld from Plaintiffs, saves and uses private browsing activity, including without limitation ▇▇▇▇▇▇▇▇▇▇▇▇. You may, but are not required, to infer that Google withheld evidence that was favorable to Plaintiffs' claims and unfavorable to Google's defenses in this case.

### Plaintiffs' Proposed Jury Instruction Pursuant to
### Federal Rule of Civil Procedure 37(e)

Google during the course of this litigation breached its duty to preserve relevant evidence by deleting data regarding Google's tracking of private browsing activity. That included data regarding how Google saves and uses private browsing activity, including without limitation ▇▇▇▇▇▇▇▇▇▇▇▇. You may, but are not required, to infer that the deleted material included evidence that was favorable to Plaintiffs' claims and unfavorable to Google's defenses in this case.