1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>          v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING RELEASE OF SEALED TRANSCRIPT**<br><br>The Honorable Susan van Keulen |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The sealed transcript from the Court's August 4, 2022 Preservation Hearing is hereby released to the parties upon ordering from the Court reporter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge