# EXHIBIT A

# Sealed Entirely