# EXHIBIT E

# Redacted Version of Document Sought to be Sealed

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
---oOo---

CHASOM BROWN; MARIA NGUYEN;
WILLIAM BYATT; JEREMY DAVIS;
and CHRISTOPHER CASTILLO,
individually and on behalf
of all other similarly
situated,

        Plaintiffs,

vs.                      No. 5:20-cv-03664-LHK

GOOGLE LLC,

        Defendant.
_____/

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF CHRISTOPHER R. PALMER
WITNESS LOCATION:  SAN FRANCISCO, CALIFORNIA
WEDNESDAY, JANUARY 5, 2022

Stenographically Reported by:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
California CSR No. 9830
Job No. 773740

MAGNA LEGAL SERVICES
866-624-6221



```
                                                              Page 86
 1           Do you see that?                                  12:26
 2      A    Let me find it.  On page 2?                       12:26
 3      Q    Page 2 under "Objective."  It's the very last     12:26
 4   sentence in the "Objective" section.                      12:26
 5      A    Oh, I see.  Yeah, I see that.                     12:26
 6      Q    And it says:                                      12:26
 7           "In early Q1, the work contributed towards        12:26
 8   the Privacy/Policy presentation to Sundar."               12:26
 9           Do you see that?                                  12:27
10      A    I do.                                             12:27
11      Q    Do you have any knowledge or recollection of      12:27
12   any Privacy/Policy presentation to Sundar as              12:27
13   referenced here?                                          12:27
14      A    I don't.                                          12:27
15           MR. RICHARDSON:  Okay.  Let's go to the next      12:27
16   exhibit, which is Exhibit 11, which is                    12:27
17   GOOG-BRWN-00051404.                                       12:27
18      Q    Do you have that exhibit in front of you?         12:27
19      A    Excuse me.                                        12:27
20           Yes, I do.                                        12:27
21      Q    And would you take a moment to review that        12:27
22   document.                                                 12:27
23      A    Yeah.                                             12:27
24           (Witness reading document.)                       12:27
25           Okay.                                             12:29
```



```
                                                              Page 113
 1   Ms. Tabriz, copying three other Google employees; is       13:58
 2   that right?                                                13:58
 3        A    Yeah.                                            13:58
 4        Q    And the first bullet states:                     13:58
 5             "Sabine told me about this just yesterday."      13:58
 6             Do you see that?                                 13:58
 7        A    Yeah.                                            13:58
 8        Q    Do you have any understanding as to who          13:58
 9   Sabine is?                                                 13:58
10        A    Parisa probably means Sabine Borsay.             14:00
11        Q    And then Parisa continued here and said:         13:58
12             "Chrome Privacy team did raise concerns about    13:59
13   an ▓▓▓▓▓▓▓ raising expectations of what Chrome             13:59
14   incognito can provide, and the ▓▓▓▓▓▓ team in turn         13:59
15   raised it with Sundar."                                    13:59
16             Do you see that?                                 13:59
17        A    I do.                                            13:59
18        Q    Do you have any understanding of who the         13:59
19   "Sundar" is in that sentence?                              13:59
20        A    I would assume that it's Sundar Pichai.          13:59
21        Q    And that's the CEO of Google; correct?           13:59
22        A    Yeah.                                            13:59
23        Q    What understanding, if any, do you have          13:59
24   regarding any concerns about Incognito that were           13:59
25   raised with Mr. Sundar Pichai?                             13:59
```



Page 114

| | | |
|---|---|---|
| 1 | MS. CRAWFORD:  Objection. | 13:59 |
| 2 | THE WITNESS:  I don't know.  I wasn't in | 13:59 |
| 3 | those meetings.  I -- I don't know what concerns were | 14:00 |
| 4 | raised. | 14:00 |
| 5 | MR. RICHARDSON:  Q.  Did anyone report back | 14:00 |
| 6 | to you on what concerns were raised? | 14:00 |
| 7 |     A   Not that I recall. | 14:00 |
| 8 |     Q   Have you had any discussions with Mr. Pichai | 14:00 |
| 9 | concerning Incognito Mode? | 14:00 |
| 10 |    A   No.  I've never spoken to him at all. | 14:00 |
| 11 |    Q   Have -- has anyone at Google ever talked to | 14:00 |
| 12 | you about discussions with Mr. Pichai regarding | 14:00 |
| 13 | Incognito Mode? | 14:00 |
| 14 |    A   There is this e-mail just, like, saying that | 14:00 |
| 15 | some discussion did or would happen, but nothing | 14:00 |
| 16 | beyond that that I can recall. | 14:00 |
| 17 |    Q   And from this e-mail, is it your | 14:00 |
| 18 | understanding that certain Google employees raised | 14:00 |
| 19 | concerns with Mr. Pichai regarding Incognito Mode? | 14:00 |
| 20 | MS. CRAWFORD:  Objection insofar as you're | 14:00 |
| 21 | asking the witness to speculate. | 14:00 |
| 22 | THE WITNESS:  Yeah, again, I wasn't in that | 14:00 |
| 23 | meeting.  But I think this e-mail might be about more | 14:00 |
| 24 | than just Incognito in Chrome. | 14:01 |
| 25 | MR. RICHARDSON:  Q.  Are you familiar with | 14:01 |



```
                                                            Page 187
 1            THE WITNESS:  I've never heard of that.         16:07
 2            MR. RICHARDSON:  Q.  No one ever told you       16:07
 3    that?                                                    16:07
 4       A    No.                                              16:07
 5            (Document previously marked Mardini              16:07
 6             Exhibit 35 for identification.)                 16:07
 7            MR. RICHARDSON:  Would you please look at        16:07
 8    what's been marked as Mardini Exhibit 35.                16:07
 9       Q    Do you have that?                                16:07
10       A    Okay.                                            16:07
11       Q    And do you see in there, there is an e-mail     16:07
12    from Ben Galbraith?                                      16:07
13       A    I see.                                           16:07
14       Q    He says:                                         16:07
15            "Hi Mardini, Alex,                               16:07
16            "We're aligning on some revisions to the         16:07
17    ███████  plans that incorporate some elements for        16:07
18    which visual concepts which be quite helpful for some    16:07
19    upcoming exec reviews."                                  16:07
20            And then it says Hiroshi on March 7th, and       16:07
21    Sundar on March 21st.                                    16:07
22            Do you see that?                                 16:07
23       A    I do.                                            16:08
24       Q    And then it says:                                16:08
25            "The concepts are:"                              16:08
```



```
                                                          Page 188
1           And the first one is:                         16:08
2                    ██████████████████, in line with the  16:08
3      thinking from Chris Palmer and others."            16:08
4           Do you see that?                              16:08
5      A    I do.                                         16:08
6      Q    Did anyone inform you that there were         16:08
7      discussions regarding ████████████████ in          16:08
8      line with the thinking from you and others in March of  16:08
9      2019?                                              16:08
10          MS. CRAWFORD:  Objection; foundation.         16:08
11          THE WITNESS:  I don't recall knowing about    16:08
12     this.                                              16:08
13          MR. RICHARDSON:  Q.  And it goes down -- two  16:08
14     paragraphs more, it says:                          16:08
15          "To me, most of the problems Chris outlined   16:08
16     about Incognito in this deck aren't related to     16:08
17     ██████."                                           16:08
18          And I'll represent that Google has stated     16:08
19     that the hyperlink "this deck" is a copy of your The  16:08
20     Incognito Problem presentation.                    16:08
21          Did you ever have any discussions with anyone 16:08
22     regarding a meeting with Hiroshi Lockheimer regarding 16:09
23     ██████████████████?                                16:09
24     A    No.                                           16:09
25     Q    Did you ever have any discussions with anyone 16:09
```



```
                                                           Page 189
 1   regarding meeting with Sundar Pichai regarding              16:09
 2   ████████████████████ ?                                      16:09
 3       A    No.                                                16:09
 4       Q    Do you recall anyone ever providing you with       16:09
 5   a copy of the March 2019 presentation to Mr. Pichai         16:09
 6   proposing an ████████████████                               16:09
 7       A    I don't.                                           16:09
 8       Q    Are you familiar with something called             16:09
 9   ████████████                                                16:09
10       A    I'm trying to think if I remember hearing          16:09
11   that.  I can't recall.  I -- I don't think I -- I do        16:09
12   recall that exactly.                                        16:09
13       Q    Are you familiar with something called             16:09
14   ██████████████████                                          16:10
15       A    I -- I don't think so.  I can't recall             16:10
16   anything specific about that.                               16:10
17       Q    Are you familiar with a proposal internally        16:10
18   at Google to ████████████████████████████████               16:10
19   ████████████████████████████████████████████                16:10
20   ████████████████████████████████████████████                16:10
21   ██████                                                      16:10
22            MS. CRAWFORD:  Objection to the form of the        16:10
23   question.                                                   16:10
24            THE WITNESS:  Not -- again, I'm not --             16:10
25   Incognito is not my main job, and I don't work on           16:10
```

