# EXHIBIT H

# Redacted Version of Document Sought to be Sealed

Message

**From:** Parisa Tabriz [parisa@google.com]
**Sent:** 5/19/2016 2:26:23 PM
**To:** Chris Palmer [palmer@google.com]
**CC:** Adrienne Porter Felt [felt@google.com]; Alex Ainslie [ainslie@google.com]; Mark Larson [mal@google.com]
**Subject:** Re: [enamelites] Google "Incognito" Precision

I'm OOO today, so just some short notes for now.

- Sabine told me about this just yesterday. IIRC, her, odean@, and Chrome Privacy team did raise concerns about an ▬▬▬▬ raising expectations of what Chrome incognito can provide, and the ▬▬▬▬ team in turn raised it with Sundar. Ultimately, Sundar's high-level vision is that ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (I'm hugely paraphrasing. Please follow up with Sabine and Tyler in person to hear about the interaction.)

- Sabine said a recent user study showed people didn't confuse what Incognito provided as much as we previously thought. I haven't seen the study, but I asked her to share it. I would personally like to see us invest more in clarifying what Incognito means, or invest in totally new branding and education related to that.

- I don't like the idea of marketing driving a privacy mode effort across Google products, and I didn't like it when it started 2 years ago. I do like the idea of a privacy mode across products, and recognize that the branding and expectations will be hard to get mostly right and impossible for everyone to understand.

Can you add me to the original thread? I'm curious to follow the discussion.



CONFIDENTIAL

GOOG-CABR-04971903

| | |
|---|---|
| **PRODBEG** | GOOG-CABR-04971903 |
| **PRODEND** | GOOG-CABR-04971903 |
| **PRODVOL** | CROSS-PROD035 |
| **DATELASTMOD** | 05/19/2016 |
| **ILS_ProdDate** | 11/09/2021 |
| **CUSTODIAN/SOURCE** | Adrienne Porter Felt |
| **AllCustodians** | Adrienne Porter Felt;Alex Ainslie;Chris Palmer |