# EXHIBIT L

# Redacted Version of Document Sought to be Sealed

Message

| | |
|---|---|
| From: | Ben Galbraith [bgalbs@google.com] |
| Sent: | 2/27/2019 6:06:04 PM |
| To: | AbdelKarim Mardini [mardini@google.com]; Alex Ainslie [ainslie@google.com] |
| CC: | Vivek Sekhar [vsekhar@google.com]; Parisa Tabriz [parisa@google.com]; Alex Nicolaou [anicolao@google.com] |
| Subject: | [Urgent] Browser UI concepts aligned w/ ▇▇▇▇ |

Hi Mardini, Alex,

We're aligning on some revisions to the ▇▇▇▇ plans that incorporate some elements for which visual concepts which be quite helpful for some upcoming exec reviews:

- Hiroshi on Mar. 7th
- Sundar on Mar. 21st

The concepts are:



We'd like to iterate on some concepts to illustrate these concepts (positioning them as WIP and conceptual).

Given the distribution of the teams, what's the right way to get a tight loop going on this work? Should we engage w/ Hwi on the platform side, and have her coordinate w/ various UX counterparts?

Should we give collaborate with Rory and the MUC team and give feedback? This is fine, but I'm mindful of differing priorities between the ▇▇▇▇ team and the MUC team.

Thanks for your help!

Ben

CONFIDENTIAL
GOOG-CABR-04991831

| | |
|---|---|
| **PRODBEG** | GOOG-CABR-04991831 |
| **PRODEND** | GOOG-CABR-04991831 |
| **PRODVOL** | CROSS-PROD040 |
| **DATELASTMOD** | 02/27/2019 |
| **ILS_ProdDate** | 11/16/2021 |
| **CUSTODIAN/SOURCE** | Alex Ainslie |
| **AllCustodians** | AbdelKarim Mardini;Alex Ainslie |