# EXHIBIT M

# Redacted Version of Document Sought to be Sealed

# The Incognito Problem

Chris Palmer (palmer@)

CONFIDENTIAL

# Key Fact: Incognito Confuses People

CONFIDENTIAL

GOOG-BRWN-00140298

## "Incognito" Confuses People

We know from intuition, anecdotes, and now empirically (Yuxi Wu, et al.; see also Habib, et al.) that the "incognito"/Spy Guy branding, and the complex disclosures (like all complex disclosures), confuse people as to what exact guarantees it offers and does not offer.

Ironically, across all browsers, Chrome's disclosures were the least confusing by a modest amount. But it's still bad.

CONFIDENTIAL

GOOG-BRWN-00140299

| Id | Date | Text |
|----|------|------|
| 1 | 07/22/2018 07:53:36 | I'd be good to try to replicate or further validate the study, but I'd be surprised if we got a significantly different result. |

CONFIDENTIAL

WWW 2018, April 23–27, 2018, Lyon, France

Yuxi Wu, Panya Gupta, Miranda Wei, Yasemin Acar[†], Sascha Fahl[†], Blase Ur

**Table 5: Scenarios where participants held misconceptions, shown with the correct answers and percentage of participants who gave incorrect answers. For comparative scenarios, (in)equality symbols denote the correct answer, and we give the sum of all participants answering otherwise.**

| Scenario | Answer | | % Incorrect | |
|---|---|---|---|---|
| | Std. | Priv. | Std. | Priv. |
| *Overestimating private mode's privacy protections* | | | | |
| Search queries associated (logged in) | Yes | Yes | 1.5 | 56.3 |
| Bookmarks saved across sessions | Yes | Yes | 25.4 | 46.5 |
| Geolocation can be estimated | Yes | Yes | 5.2 | 40.2 |
| Employer can track browsing | Yes | Yes | 1.1 | 37.0 |
| Better protected from viruses/malware | Std. = Priv. | | 27.1 | |
| IP address can be collected | Yes | Yes | 0.7 | 25.2 |
| Government can track browsing | Yes | Yes | 4.1 | 22.6 |
| ISP can track browsing | Yes | Yes | 3.0 | 22.0 |
| *Underestimating private mode's privacy protections* | | | | |
| Downloaded file in browser's list | Yes | No[*] | 1.3 | 51.7 |
| Proportion of targeted ads | Std. > Priv. | | 30.9 | |
| Search queries associated (not logged in) | Yes | No | 20.2 | 30.0 |

[*]Except in Brave's private mode, which does retain download history

**Table 6: Distinguishing scenarios where private mode's impact depends on the browser or context.**

| Scenario | % Yes | |
|---|---|---|
| | Std. | Priv. |
| Items in shopping cart saved across sessions | 97.8 | 78.8 |
| Browser extensions active across sessions | 98.3 | 69.1 |
| Forensic expert can reconstruct browsing history | 98.7 | 52.8 |
| Site-specific preferences (e.g., for pop-ups) saved | 98.3 | 31.3 |

**Table 7: Distribution of responses for comparative scenarios where the impact depends on the browser or context.**

| Scenario | % Responses | | |
|---|---|---|---|
| | Std. > Priv. | Std. = Priv. | Std. < Priv. |
| Amount of ads | 32.2 | 64.9 | 2.9 |
| Page loading speed | 24.8 | 53.6 | 21.6 |

($\chi^2(12) = 38.1$, $p = .001$). In the control condition, 32.4% of participants mistakenly believed downloaded files would still be listed in the browser. A higher proportion of participants in Brave (62.2%,

CONFIDENTIAL

GOOG-BRWN-00140301

## This Is Bad

**We are over-promising and under-delivering.**

This is bad for people and reflects badly on our product when/if people do come to understand.

GOOG-BRWN-00140302

# Key Question: What Do People Use Incognito For?

CONFIDENTIAL

GOOG-BRWN-00140303

## Why Do People Use Private Modes?

From Wu, et al.:

1. Hide browsing history, especially visits to adult websites;
2. prevent targeted ads and search suggestions;
3. achieve "safer" browsing;
4. Prevent browsers from saving login-related information;
5. avoid cookies;
6. accommodate intentional or unintentional use by others.

CONFIDENTIAL

GOOG-BRWN-00140304

| Id | Date | Text |
|---|---|---|
| 1 | 07/23/2018 13:28:04 | what's the motivation here? how does this differ from 2? |
| 2 | 07/23/2018 13:28:04 | This is a list of reasons that people reported to the researchers for why they use private browsing modes. Part of the point of the research is that people don't fully understand the mechanisms. |

CONFIDENTIAL

## Incognito Is Overloaded

Those 6 reasons are related but different. Perhaps we really need multiple modes (we've already got Guest mode)?

Or more and easier affordances for privacy and control in Settings/elsewhere?

CONFIDENTIAL

Key Fact: There's
A Privacy Feature
Race

CONFIDENTIAL

GOOG-BRWN-00140307



GOOG-BRWN-00140308

tom's HARDWARE   PRODUCT REVIEWS   BUYING GUIDES   HOW TO   DEALS   NE

## A Firefox Competitive Advantage

The Tor Project developers said that Project Fusion has the accord of Mozilla's CEO and CTO, which probably means it has a high chance of coming to fruition. However, many issues have to be considered first, such as developing private telemetry, fixing the problem with fingerprinting resistance breaking websites, and so on.

Additionally, Mozilla wants to first standardize the Tor client specification, write conformance tests for it, and open the documentation. All of that means that more people could look at how Tor is implemented in Firefox and see if there are any issues with that implementation.

The main reason why Mozilla would even want to integrate Tor into Firefox is because it could provide its users real private browsing, something that most competitors will not be able to offer. Mozilla has taken an increasingly strong pro-privacy stance in the past few years, and Project Fusion could further boost its pro-privacy image.

It could also put Firefox in a much more direct contrast with Chrome, a browser developed by Google, which is heavily invested in user tracking in order to serve more targeted ads.

CONFIDENTIAL

## ITP, ITP2, ITP3

Safari and Mozilla are moving in this area, and we'll need to have some kind of response as well.

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL
GOOG-BRWN-00140312



CONFIDENTIAL

GOOG-BRWN-00140313



CONFIDENTIAL

GOOG-BRWN-00140314



CONFIDENTIAL

GOOG-BRWN-00140315



CONFIDENTIAL

GOOG-BRWN-00140316



CONFIDENTIAL

GOOG-BRWN-00140317



GOOG-BRWN-00140318



CONFIDENTIAL
GOOG-BRWN-00140319



GOOG-BRWN-00140320



GOOG-BRWN-00140321



source: https://gist.github.com/kennwhite/1f3bc4d889b02b35d8aa

CONFIDENTIAL

GOOG-BRWN-00140322



GOOG-BRWN-00140323

Key Question:
How Much
Breakage Will
People Tolerate?

GOOG-BRWN-00140324



CONFIDENTIAL

Conclusion:
Options, But No
Single Clear Path

CONFIDENTIAL

GOOG-BRWN-00140326





GOOG-BRWN-00140328



CONFIDENTIAL

**PRODBEG** GOOG-BRWN-00140297

**PRODEND** GOOG-BRWN-00140329

**CUSTODIAN/SOURCE** Alexei Svitkine

**DATECREATED** 07/21/2018

**DATELASTMOD** 10/09/2019

**DOCTITLE** The Incognito Problem

**CONFIDENTIALITY** Confidential

**PRODVOL** PROD023

**REDACTED** N

**MD5 HASH** D073B8D9E8F4A04FB597F6D6AD115E38

**TEXTPATH** GOOG-BRWN-00140297.txt

**AllCustodians** AbdelKarim Mardini;Alexei Svitkine;Helen Harris

**Owner** palmer@google.com