# EXHIBIT N

# Redacted Version of Document Sought to be Sealed

Message

| | |
|---|---|
| From: | Jochen Eisinger [eisinger@google.com] |
| Sent: | 3/22/2019 7:42:29 AM |
| To: | Mike West [mkwst@google.com]; AbdelKarim Mardini [mardini@google.com] |
| CC: | Alex Nicolaou [anicolao@google.com]; Michael Kleber [kleber@google.com]; Rick Byers [rbyers@google.com]; Rory McClelland [rorymcclelland@google.com]; Vivek Sekhar [vsekhar@google.com] |
| Subject: | Re: Follow up from Sundar meeting |

+AbdelKarim Mardini

On Fri, Mar 22, 2019 at 6:13 AM Mike West <mkwst@google.com> wrote:
> +Jochen, Rory
>
> On Fri 22. Mar 2019 at 05:59, Alex Nicolaou <anicolao@google.com> wrote:
>> Ads Team summary.
>>
>> ---------- Forwarded message ---------
>> From: **Ben Galbraith** <bgalbs@google.com>
>> Date: Thu, Mar 21, 2019 at 4:33 PM
>> Subject: Fwd: Follow up from Sundar meeting
>> To: Jack Chen <jlchen@google.com>, Darin Fisher <darin@google.com>, Parisa Tabriz <parisa@google.com>, Margret Schmidt <margrets@google.com>, Alex Nicolaou <anicolao@google.com>, Vivek Sekhar <vsekhar@google.com>, Ivy Choi <ivyc@google.com>, Ben Goodger <beng@google.com>
>> Cc: Anil Sabharwal <anilsa@google.com>
>>
>>
>> Privileged and confidential
>>
>> FYI, here's the Ads team version of the note I sent out earlier.
>>
>> ---------- Forwarded message ---------
>> From: **Struan Robertson** <struan@google.com>
>> Date: Thu, Mar 21, 2019 at 12:54 PM
>> Subject: Re: Follow up from Sundar meeting
>> To: Chetna Bindra <cbindra@google.com>, Jack Chen <jlchen@google.com>
>> Cc: Jerry Dischler <jdischler@google.com>, Suresh Kumar <sureshkm@google.com>, Shiv Venkataraman <shivav@google.com>, Sagnik Nandy <sagnik@google.com>, Anurag Agarwal <anuragag@google.com>, Darin Fisher <darin@google.com>, Anil Sabharwal <anilsa@google.com>, Ben Galbraith <bgalbs@google.com>, Brad Bender <bradbender@google.com>
>>
>>
>> +Jack Chen
>>
>> On Thu, Mar 21, 2019 at 12:37 PM Chetna Bindra <cbindra@google.com> wrote:
>>> Privileged and confidential
>>>
>>> All,
>>>
>>> Thanks for all the collaboration leading up to the Sundar meeting. Overall we had a positive meeting with Sundar, landing on approval for our recommendation in the deck. He acknowledged the complexity of this space and expressed his gratitude on the progress we've made given the complex topic. He specifically said that we do not need to come back for a review, but he would review comms in the lead up to I/O.

**Key takeaways**
- Totally agreed with the strategic value of balancing both ecosystem health and privacy
- Overall comfortable with not removing 3P cookies, but wanted to focus on how Chrome is helping users with 3P cookie concerns (i.e., "3P cookies" have become a strong industry narrative that we can't ignore or wait years to address). He was supportive of our plans ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that we should make sure are incorporated as part of our messaging at I/O.
- Overall approval of plan on data disclosures, Ads Privacy center, Chrome guard controls - 3P / Incognito controls
- Focus on messaging by I/O. Ensure it covers the entire proposal - data disclosures, Ads privacy center, Chrome controls, data retention within Chrome and Ads. A lot of enthusiasm for ▓▓▓▓▓▓▓▓▓▓" and encouragement to dovetail with the broader Google Incognito narrative if we're ready.
  - (A tactical AI was given to the Chrome team to dovetail with a broader data retention initiative.)
- Comfortable with reactive messaging on saying that Apples 3P cookies removal hasn't done enough, and 3P tracking continues
  - Sundar drove the point in the meeting (with several other examples) that if Chrome removes 3P cookies, it would create a very disruptive situation for publishers, and is keen to support overall ecosystem health. He acknowledged that Apple and Google are optimizing for different things.
- He firmly expressed a desire for both Chrome and Ads to get out in public with a narrative ASAP. He felt that silence in the market was no longer an option, and alignment that I/O was the right initial moment, followed by GML
- Eventual enforcement seemed to be a punted question

**Key AIs / Next Steps**
Evaluate an advisory board rather than a coalition, and learn from the AI advisory board
Plug in with the I/O and GML team for messaging

Best,
Chetna (on behalf of the team)

--

Struan Robertson | Director, Legal | struan@google.com | 650-713-7613

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.

--
-mike

CONFIDENTIAL                                                                                                                                  GOOG-CABR-05126023

| | |
|---|---|
| **PRODBEG** | GOOG-CABR-05126022 |
| **PRODEND** | GOOG-CABR-05126023 |
| **PRODVOL** | CROSS-PROD040 |
| **DATELASTMOD** | 03/22/2019 |
| **ILS_ProdDate** | 11/16/2021 |
| **CUSTODIAN/SOURCE** | Jochen Eisinger |
| **AllCustodians** | AbdelKarim Mardini;Jochen Eisinger;Michael Kleber |