# EXHIBIT O

# Redacted Version of Document Sought to be Sealed

Message

**From:** Rory McClelland [rorymcclelland@google.com]
**Sent:** 7/9/2019 6:31:23 AM
**To:** Mardini [mardini@google.com]; Florian Uunk [feuunk@google.com]
**CC:** Parisa Tabriz [parisa@google.com]; Alex Ainslie [ainslie@google.com]; Alex Nicolaou [anicolao@google.com]; Anil Sabharwal [anilsa@google.com]; Ben Galbraith [bgalbs@google.com]; Ben Goodger [beng@google.com]; Brad Lassey [lassey@google.com]; Darin Fisher [darin@google.com]; Ivy Choi [ivyc@google.com]; Jack Chen [jlchen@google.com]; Jochen Eisinger [eisinger@google.com]; Margret Schmidt [margrets@google.com]; Michael Kleber [kleber@google.com]; Mike West [mkwst@google.com]; Rick Byers [rbyers@google.com]; Shimi Rahim [srahim@google.com]; Vivek Sekhar [vsekhar@google.com]
**Subject:** Re: Update on Sundar ▮▮▮ review

+Florian Uunk

On Tue, 26 Mar 2019 at 16:53, Mardini <mardini@google.com> wrote:
+ Shimi

On Mon 25 Mar 2019 at 12:28, Parisa Tabriz <parisa@google.com> wrote:
+Alex Ainslie

On Fri, Mar 22, 2019 at 8:40 AM Jack Chen <jlchen@google.com> wrote:

# Redacted - Privilege

Jack

**From:** Parisa Tabriz <parisa@google.com>
**Sent:** Friday, March 22, 2019 11:00 AM
**To:** Michael Kleber <kleber@google.com>
**Cc:** Jochen Eisinger <eisinger@google.com>; Brad Lassey <lassey@google.com>; Mike West <mkwst@google.com>; AbdelKarim Mardini <mardini@google.com>; Alex Nicolaou <anicolao@google.com>; Anil Sabharwal <anilsa@google.com>; Ben Galbraith <bgalbs@google.com>; Ben Goodger <beng@google.com>; Darin Fisher <darin@google.com>; Ivy Choi <ivyc@google.com>; Jack Chen <jlchen@google.com>; Margret Schmidt <margrets@google.com>; Rick Byers <rbyers@google.com>; Rory McClelland <rorymcclelland@google.com>; Vivek Sekhar <vsekhar@google.com>
**Subject:** Re: Update on Sundar ▮▮▮ review

Thanks for the notes Ben, and thanks for driving this presentation for Chrome.

On Fri, Mar 22, 2019 at 7:07 AM Michael Kleber <kleber@google.com> wrote:
+Brad Lassey

CONFIDENTIAL                                                                                                                                          GOOG-CABR-04675770

On Fri, Mar 22, 2019 at 3:43 AM Jochen Eisinger <eisinger@google.com> wrote:
+AbdelKarim Mardini

On Fri, Mar 22, 2019 at 6:12 AM Mike West <mkwst@google.com> wrote:
+Jochen, Rory

On Fri 22. Mar 2019 at 05:58, Alex Nicolaou <anicolao@google.com> wrote:
[+kleber, rbyers, mkwst]

On Thu, Mar 21, 2019 at 4:29 PM Ben Galbraith <bgalbs@google.com> wrote:
Hi gang,

Good meeting w/ Sundar today. Quick takeaways, more formal debrief to follow in an already-scheduled meeting:

- Overall, Sundar showed a great deal of savviness about the nuance of the space, and was very appreciative of our efforts. He acknowledged that our position is a hard one, and shared his desire for us to get out in public with our own narrative ASAP.

- He agreed that we should be investing in the aggressive, browser-brokered, privacy-preserving API work, but he felt that it would take a long time to bear fruit, and agreed that we should field a shorter-term roadmap in parallel

- He liked the elements of the plan we presented:

[redacted]

- There was some discussion about whether we should block 3P cookies because it was becoming a de facto expectation of a modern browser. Sundar led the discussion on the topic, and ultimately trusted us to game it out properly, but encouraged us to not underestimate how much the specific mechanism of 3P cookies had become part of the public narrative and to look for ways to defuse that concern, balancing simplicity and nuance appropriately.

Look forward to going into deeper detail when we meet.

On a personal note, today marked an important milestone in 8+ months of intense work from so many people across Chrome and Ads. *Thank you* to everyone on this thread, and please convey that to so many on your teams who have helped.

This is obviously just one more step in a long journey. There are lots of details to flesh out on all of these tracks.

To the Browser leads and teams, thank you for being flexible as the scope of this update expanded to represent some of your ideas and plans, and I look forward to working closely w/ you as you develop them further.

Best...

Ben

--
-mike


--
Forewarned is worth an octopus in the bush.

--

CONFIDENTIAL
GOOG-CABR-04675772

| | |
|---|---|
| **PRODBEG** | GOOG-CABR-04675770 |
| **PRODEND** | GOOG-CABR-04675772 |
| **PRODVOL** | CROSS-PROD031 |
| **DATELASTMOD** | 07/09/2019 |
| **ILS_ProdDate** | 10/27/2021 |
| **CUSTODIAN/SOURCE** | Alex Ainslie |
| **AllCustodians** | Alex Ainslie;Florian Uunk;Michael Kleber;Rory McClelland |