# EXHIBIT P

# Redacted Version of Document Sought to be Sealed

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - - x
CHASOM BROWN; MARIA NGUYEN; WILLIAM
BYATT; JEREMY DAVIS; and CHRISTOPHER
CASTILLO, individually and on behalf
of all other similarly situated,

       Plaintiffs,
               No. 5:20-cv-03664-LHK
  -against-

GOOGLE LLC,

       Defendant.

- - - - - - - - - - - - - - - - - - - - x

    Zoom video conference deposition of
RORY McCLELLAND, taken pursuant to
notice, was held remotely, commencing
February 18, 2022, 5:30 a.m. Eastern
Standard Time, before Leslie Fagin, a
Stenographic Court Reporter and Notary
Public in the State of New York.
               - - -


MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



Page 118

```
 1                R. McClelland
 2   with the theme of ███████████; Sundar
 3   was particularly excited about this and felt
 4   it could be a very powerful component of the
 5   narrative.
 6              What do you understand the
 7   reference to ███████████ mean?
 8              MS. CRAWFORD:  Objection, insofar
 9       as you are asking the witness to
10       speculate.
11         A.    I am speculating.  I can't remember
12   whether this came before the ██████████
13   proposal or afterwards, but at this point in
14   time, generally, there were various
15   conversations around what an ███████
16   ████████ might look like, so it's basically
17   referring to something of the nature of the
18   previous document we looked at.
19         Q.    So aside from the previous
20   documents that we looked at that had two
21   different proposals, what other proposals
22   were being considered by Google that would
23   fall into the category of ████████████
24              MS. CRAWFORD:  Objection, assumes
25       facts, foundation.
```



Page 120

```
 1                    R. McClelland
 2        A.    I have no reason to doubt it, no.
 3        Q.    If you know, why was Mr. Pichai
 4   particularly excited about ██████
 5   ██████
 6             MS. CRAWFORD:  Same objection,
 7        calls for speculation.
 8        A.    I don't know, I wasn't in the
 9   meeting.  I only got the feedback as per this
10   email.
11        Q.    ██████████████████ was not
12   implemented, correct?
13        A.    No, it was never implemented.
14        Q.    Aside from the two proposals that
15   we discussed earlier that involved changes to
16   Incognito mode, do you recall any other ones
17   that were not implemented?
18        A.    No, I think we have them all there.
19        Q.    Let's look at the next exhibit.
20   This one has been marked as Exhibit 8.
21             Exhibit 8 is a document Google
22   produced with production Nos.
23   GOOG-CABR-04734899 through 902.
24             Please let me know when you have it
25   in front of you.
```

