# EXHIBIT R

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4     _____
 5     PATRICK CALHOUN, et al., on  )
 6     behalf of themselves and all )
 7     others similarly situated,   )
 8              Plaintiff,          )
 9        vs.                       )Case No.
10     GOOGLE, LLC,                 )5:20-cv-05146-LHK-
11              Defendant.          )SVK
12     _____)
13                ** TRANSCRIPT CONFIDENTIAL **
14
15            ZOOM VIDEOTAPED DEPOSITION OF
16                     CHETNA BINDRA
17                   Parker, Colorado
18              Tuesday, February 8, 2022
19                       Volume I
20
21     Reported by:
22     LORI M. BARKLEY, CSR No. 6426
23     Job No. 5066214
24
25     PAGES 1 - 341
```

Page 1

CONFIDENTIAL

```
 1    time is 5:18 p.m.                                    16:18:02
 2           (Whereupon a discussion was held off
 3           the record.)                                  16:20:09
 4           VIDEO OPERATOR:  Back on the record.  The     16:20:09
 5    time is 5:20 p.m.                                    16:20:11
 6    BY MS. WEAVER:
 7       Q.   Dr. Bindra, when we broke, we were looking   16:20:13
 8    at this page ending 4320 regarding Incognito.        16:20:14
 9           Do you recall that?                           16:20:21
10       A.   I do.                                        16:20:21
11       Q.   Do you know what ███████████████ is?         16:20:21
12       A.   I not know how to describe ███████           16:20:24
13    ███████████                                          16:20:26
14       Q.   Do you know at all what it is?               16:20:27
15       A.   No.                                          16:20:31
16       Q.   Okay.  Do you recall in Exhibit 24 there was 16:20:31
17    discussion of a slide that was described as slide 18.16:20:36
18    Did slide 18 make it into Exhibit 22 when this was   16:20:42
19    presented to Mr. Pachai?                             16:20:46
20       A.   I do not know.                               16:20:52
21       Q.   Who would know?                              16:20:55
22       A.   I don't know.  I was not driving those       16:21:03
23    aspects of it.  I was entirely focused on the Ads    16:21:05
24    aspects of it --                                     16:21:08
25       Q.   You were it, you were driving the Ads aspect 16:21:10
```

Page 218