# EXHIBIT T

# Redacted Version of Document Sought to be Sealed

HIGHLY CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4                          ---oOo---
 5   CHASOM BROWN, et al.,            )
     on behalf of themselves and      )
 6   all others similarly             )
     situated,                        )
 7                                    )
              Plaintiffs,             )Case No.
 8                                    )5:20-cv-03664-LHK
     vs.                              )
 9                                    )
     GOOGLE LLC,                      )
10                                    )
              Defendant.              )
11   _____  )
12
13                          ---oOo---
14              Videotaped Zoom Deposition of
15                     LORRAINE TWOHILL
16                    Highly Confidential
17                    Friday, May 6, 2022
18                          ---oOo---
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Veritext Job No.: 5211818


                                                         Page 1
```

| | | |
|---|---|---|
| 1 | shared in that meeting would have been -- I don't | 11:58 |
| 2 | remember it in detail.  I don't remember the research. | 11:58 |
| 3 | But I believe that there were some slides that day | 11:58 |
| 4 | talking about research or summarizing research the | 11:58 |
| 5 | team had done. | 11:58 |
| 6 | Q.   And would that research that the team had | 11:58 |
| 7 | done indicate that some consumers were confused about | 11:58 |
| 8 | the use of the icon on the slide screen? | 11:58 |
| 9 | MR. SCHAPIRO:  Objection.  Vague. | 11:58 |
| 10 | Ambiguous. | 11:58 |
| 11 | THE WITNESS:  And I really don't remember. | 11:58 |
| 12 | I'd need to see the research. | 11:58 |
| 13 | BY MR. YANCHUNIS: | |
| 14 | Q.   And in connection with maintenance, Sundar | 11:58 |
| 15 | didn't want to put incognito under the spotlight. | 11:58 |
| 16 | Do you know what that referenced? | 11:58 |
| 17 | A.   Again, I'm going from memory, and I don't | 11:59 |
| 18 | remember all the details of that conversation.  But I | 11:59 |
| 19 | do know we were preparing for I/O, which is our big | 11:59 |
| 20 | product event, which is -- was a few weeks later, and | 11:59 |
| 21 | were typically only putting a spotlight on new | 11:59 |
| 22 | announcements and new features at I/O.  And we were | 11:59 |
| 23 | rolling incognito out to search, maps, and I think it | 11:59 |
| 24 | was YouTube. | 11:59 |
| 25 | And so that was our focus.  And we did | 11:59 |

| | | |
|---|---|---|
| 1 | actually, in fact, talk about incognito mode in Chrome | 11:59 |
| 2 | there too. | 11:59 |
| 3 | Q.   Okay.  And so Sundar, as used in this | 11:59 |
| 4 | e-mail, refers to Sundar Pichai; correct? | 11:59 |
| 5 | A.   Correct. | 11:59 |
| 6 | Q.   And what is the I slash O?  What does that | 11:59 |
| 7 | reference? | 11:59 |
| 8 | A.   That's the event I just mentioned, I/O. | 11:59 |
| 9 | It's an event we have once a year.  It's actually next | 11:59 |
| 10 | week.  It's an event we have once a year where we talk | 11:59 |
| 11 | about product updates.  It's usually about 90 minutes | 11:59 |
| 12 | long.  It's an important moment for the company. | 11:59 |
| 13 | Q.   Okay.  And is that given to the general | 12:00 |
| 14 | public or to investors or just internally to employees | 12:00 |
| 15 | at the company? | 12:00 |
| 16 | A.   It's -- the main audience are developers and | 12:00 |
| 17 | some press attend too. | 12:00 |
| 18 | Q.   Okay.  And these developers are individuals | 12:00 |
| 19 | or entities outside of Google's employ? | 12:00 |
| 20 | A.   Yes, they are. | 12:00 |
| 21 | Q.   Are you familiar with an individual by the | 12:00 |
| 22 | name of Tom Oliveri? | 12:00 |
| 23 | A.   Yes, I am. | 12:00 |
| 24 | Q.   And what position did Mr. Oliveri hold back | 12:00 |
| 25 | on April 20th -- or excuse me -- April 30th of 2019? | 12:00 |

```
 1   me.                                                      01:47
 2       A.   I found it.                                     01:47
 3       Q.   Okay.  Would you read aloud the first           01:47
 4   sentence after "Make Incognito Mode Truly Private"?      01:47
 5       A.   So the document says:                           01:47
 6        ████████████████████████████████████                01:47
 7        ███████████████████████████                         01:47
 8        █████████████████████████████████                   01:47
 9        ██████████████████████████████                      01:47
10        █████████████████████████████████                   01:47
11        ████████████████████████████████                    01:47
12        ████████████████████████████                        01:47
13       Q.   Has Google implemented these changes to make    01:47
14   incognito truly private?                                 01:47
15            MR. SCHAPIRO:  Objection.  Foundation.          01:47
16            THE WITNESS:  To be honest, I'm not sure.  I    01:48
17   believe we've done the default turning cookie blocking   01:48
18   on, as I think it's on that tab page you spoke about     01:48
19   earlier.  And I think you can use the free VPN through   01:48
20   Google one account.  I'm not -- I'm not an expert on     01:48
21   that, though.                                            01:48
22   BY MR. YANCHUNIS:                                        01:48
23       Q.   Has Google implemented any of these changes     01:48
24   to Chrome Incognito Mode?                                01:48
25            MR. SCHAPIRO:  Objection.  Foundation.          01:48
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | "Safer with Google" narrative across our products. | 02:21 |
| 2 | And part of that framework was to build products from | 02:21 |
| 3 | the get-go with privacy built in related to your | 02:21 |
| 4 | Google account, and all of that work. | 02:21 |
| 5 | And that was what I was referencing. | 02:21 |
| 6 | Q.   And did that include pushing the PAs to help | 02:21 |
| 7 | with changes to Chrome Incognito Mode to make it truly | 02:21 |
| 8 | private? | 02:21 |
| 9 | A.   I really don't think we ever discussed | 02:21 |
| 10 | incognito mode in that context. | 02:21 |
| 11 | The work I've done with Luiz and Rahul and | 02:21 |
| 12 | Jen was all around the user settings.  And especially | 02:21 |
| 13 | the work we're launching at I/O, which was auto | 02:21 |
| 14 | delete, location history, user settings across search | 02:21 |
| 15 | history, video history.  And really all of that work | 02:22 |
| 16 | that we've done over the years. | 02:22 |
| 17 | Q.   Do you know if Mr. Pichai did it as you | 02:22 |
| 18 | asked him to? | 02:22 |
| 19 | A.   I have no idea. | 02:22 |
| 20 | Q.   Let me direct your attention to Exhibit 14. | 02:22 |
| 21 | It's a document which contains a Bates range of | 02:22 |
| 22 | 4739271, through 4739316.  And I only have a few | 02:22 |
| 23 | questions about a few pages in that document. | 02:22 |
| 24 | A.   Okay.  Just opening it. | 02:22 |
| 25 | /// | 02:23 |