# EXHIBIT Y

# Redacted Version of Document Sought to be Sealed



CHROME PRIVACY

**Sin Rastro & Chrome**

Oct 2019

CONFIDENTIAL

## Context

- SinRastro - Google wide incognito initiative.
- Aligned on many things
- ben@ update
- Not a review - want to get your input on our current thinking

Aligned on many things
Initial disagreement, but since Ben review more aligned
Still somewhat in flux
Were planning to have an Anil review, seems less urgent now, need to realign
But want to share the current state and tradeoffs.

CONFIDENTIAL

GOOG-CABR-05756490



GOOG-CABR-05756491

 ## Introduction to Sin Rastro

### What is our mission?

Incognito is now a Google-wide brand, so the Incognito experience should be **predictable and coherent across all of our products and platforms.**

We're focused on **strengthening Incognito**, aligning its functionality to meet user mental models. We're also focused on making it **easier to discover and access**, building privacy into the most important surfaces on the internet.

### A simpler way to explain Incognito

Can we make Incognito the Google-wide brand when users want more privacy?

In Incognito, does Google:

- keep personal data?
- keep device or other unique IDs?
- serve personalized ads?
- personalize the product?
- save local copies of data?
- require consent for any processing?

Last May, the ask from the Google leads was to strengthen the promises of Incognito.

CONFIDENTIAL



GOOG-CABR-05756493



GOOG-CABR-05756494

## Why Chrome is different

- Chrome is a Google product, but Chrome also is a browser.
- Aligning fully with SinRastro would mean telling Google the user is incognito.
- A key promise for incognito mode is that the server is unaware, and we've gone in on this hard (keyword blog).
- Special casing Google websites in Chrome is both confusing to the user, and a PR risk.

westoverscott@: If we do that, we will be criticized as hypocrites 100%

GOOG-CABR-05756495

## Request from PDPO (ben@)

- Solve privacy in incognito for the broader web, not just Google products. Looking for solutions that don't necessarily depend on the industry to improve.

GOOG-CABR-05756496

## Tell sites afterwards

- We could still do something for SinRastro
- Tell sites afterwards when the incognito session ends.
- Would allow Google (and other sites) to delete all data from the incognito session server-side.

CONFIDENTIAL

## Tell sites afterwards - effect on Web ecosystem

- Depends on industry to adopt this signal.
- Unclear incentives for the industry to play along.
- User can't tell if websites actually delete the data.

CONFIDENTIAL

## Tell sites afterwards - Effect for Google

- Provides meaningful privacy from Google (Vegas rules).
- Anonymize all logs
- Still inconsistent SinRastro story across Chrome and other 1p apps (which block all personalization, sign-in, etc).
- Reducing lifetime of data for signed out users would be a more complete solution. (but ███████████ is signed-out)

CONFIDENTIAL

## Incognito and other apps

- Now that more Android apps support incognito mode, we'd like to make it possible for users to do more complex tasks in incognito mode (Chrome -> Maps, YT -> Chrome, etc).
- Work with other app teams to support incognito intents.
- Agreeing with other apps on offering isolated incognito CCT.
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

GOOG-CABR-05756500

## AGSA and Incognito



- Chrome allows other apps to start a new incognito tab.
- AGSA would like to link to incognito in Chrome for their first launch.
- However, the user may already be browsing in incognito, and even be signed in.

## Incognito notification

- With many apps potentially having active incognito sessions, we'll need to think about what to do with the incognito notification.

GOOG-CABR-05756502

**Thank you!**

CONFIDENTIAL

GOOG-CABR-05756503

## Context

- Chrome made PR statements that
  - a.) we just made it harder for sites to detect when a user is Incognito and
  - b.) we won't tell websites when a user in Incognito to prevent sites from abusing it.

## Context

- Chrome made PR statements that
  - ○ a.) we just made it harder for sites to detect when a user is Incognito and
  - ○ b.) we won't tell websites when a user in Incognito to prevent sites from abusing it.
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

GOOG-CABR-05756505

## Challenges

- Chrome is a Google product *and* a browser.
- Agreement on wanting to offer some privacy towards Google. We aren't yet aligned on the *level* of privacy we can/want to support.

CONFIDENTIAL

GOOG-CABR-05756506



GOOG-CABR-05756507





CONFIDENTIAL

GOOG-CABR-05756509



CONFIDENTIAL

GOOG-CABR-05756510



We think this tradeoff is ok because xyz

CONFIDENTIAL



CONFIDENTIAL

GOOG-CABR-05756512

| | |
|---|---|
| **PRODBEG** | GOOG-CABR-05756489 |
| **PRODEND** | GOOG-CABR-05756512 |
| **PRODVOL** | CROSS-PROD078 |
| **DATECREATED** | 03/04/2021 |
| **DATELASTMOD** | 03/04/2021 |
| **ILS_ProdDate** | 01/31/2022 |
| **CUSTODIAN/SOURCE** | Google |
| **AllCustodians** | Google |