1
2
3
4
5
6
7
8
9
10                     **UNITED STATES DISTRICT COURT**
11            **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
12

| | |
|---|---|
| 13   CHASOM BROWN, MONIQUE | Case No. 4:20-cv-03664-YGR-SVK |
| 14   TRUJILLO, WILLIAM BYATT, JEREMY | **[PROPOSED] ORDER GRANTING** |
|       DAVIS, and CHRISTOPHER CASTILLO, | **RELEASE OF SEALED TRANSCRIPT** |
| 15   individually and on behalf of all similarly | |
| 16   situated, | The Honorable Susan van Keulen |
| 17        Plaintiffs, | |
| 18             v. | |
| 19   GOOGLE LLC, | |
| 20        Defendant. | |

21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The sealed transcript from the Court's August 4, 2022 Preservation Hearing is hereby released to ~~the parties~~ counsel of record upon ordering from the Court reporter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 12, 2022

HON. SUSAN VAN KEULEN
United States Magistrate Judge