UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING RELEASE OF SEALED TRANSCRIPT<br><br>The Honorable Susan van Keulen |

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The sealed transcript from the Court's August 4, 2022 Preservation Hearing is hereby released to ~~the parties~~ counsel of record upon ordering from the Court reporter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 12, 2022

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge