**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 643-5)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1  Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed
2  Documents to remove from the docket the following document:
3  
- Mao Exhibit 1 (Dkt. 643-5)

4  After filing of the docket entry listed above, Google discovered that certain confidential
5  information was inadvertently unredacted. The information sought to be redacted contains highly
6  sensitive, confidential, and proprietary business information that could affect Google's competitive
7  standing and may expose Google to increased security risks, including cybersecurity threats, if
8  publicly disclosed. Google has filed a corrected, redacted version herein with this Motion.
9  Accordingly, Google respectfully requests that Docket No. 643-5 be permanently deleted from the
10 docket.

12 DATED: August 15, 2022          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

   By  /s/ Andrew H. Schapiro
       Andrew H. Schapiro (admitted *pro hac vice*)
       andrewschapiro@quinnemanuel.com
       Teuta Fani (admitted *pro hac vice*)
       teutafani@quinnemanuel.com
       191 N. Wacker Drive, Suite 2700
       Chicago, IL 60606
       Telephone: (312) 705-7400
       Facsimile: (312) 705-7401

       Diane M. Doolittle (CA Bar No. 142046)
       dianedoolittle@quinnemanuel.com
       Sara Jenkins (CA Bar No. 230097)
       sarajenkins@quinnemanuel.com
       555 Twin Dolphin Drive, 5th Floor
       Redwood Shores, CA 94065
       Telephone: (650) 801-5000
       Facsimile: (650) 801-5100

       Stephen A. Broome (CA Bar No. 314605)
       stephenbroome@quinnemanuel.com
       Viola Trebicka (CA Bar No. 269526)
       violatrebicka@quinnemanuel.com
       Crystal Nix-Hines (Bar No. 326971)
       crystalnixhines@quinnemanuel.com
       Alyssa G. Olson (CA Bar No. 305705)

alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*