1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

12  CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,

13        Plaintiffs,

14        v.

15  GOOGLE LLC,

16        Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**[PROPOSED] ORDER GRANTING JOINT SUBMISSION RE: SEALING PORTIONS OF AUGUST 5, 2022 ORDER ON (1) GOOGLE'S ADMINISTRATIVE MOTIONS FOR EXTENSION/ CLARIFICATION OF PRESERVATION PLAN ORDERS AND (2) *CALHOUN* PLAINTIFFS' MOTION FOR CLARIFICATION OF PRESERVATION PLAN ORDER (DKT. 657)**

Referral: Hon. Susan van Keulen, USMJ

17
18
19
20
21
22
23
24
25
26
27
28

1  **[PROPOSED] ORDER**

2  Before the Court is the Parties' Joint Submission Re: Sealing Portions of the August 5, 2022

3  Order on (1) Google's Administrative Motions for Extension/Clarification of Preservation Plan

4  Order; and (2) *Calhoun* Plaintiffs' Administrative Motion for Clarification of the Preservation Plan

5  Order (Dkt. 657) ("Joint Submission").  Having considered the Joint Submission, supporting

6  declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as

7  follows:

| Document Sought to Be Sealed | Court's Ruling on Motions to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| August 5, 2022 Order on (1) Google's Administrative Motions for Extension/Clarification of the Preservation Plan Orders and (2) *Calhoun* Plaintiffs' Motion for Clarification of Preservation Plan Order | GRANTED as to redacted portions at:<br><br>Pages 4:5, 4:8-9, 5:3, 5:15, 6:3-5, 6:11, 6:13, 6:17, 7:3, 7:5-6, 7:11, 8:5, 8:7, 9:2, 9:14, 10:1-4, 10:12-14, 11:1-3, 11:16-17, 12:1-2, 12:6-7, 12:20, 12:23-24, 13:8, 13:11-12, 13:14-15 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge