# EXHIBIT 1

1    **BOIES SCHILLER FLEXNER LLP**       **SUSMAN GODFREY L.L.P.**

2    David Boies (admitted *pro hac vice*)       Bill Carmody (admitted *pro hac vice*)
     333 Main Street                             Shawn J. Rabin (admitted *pro hac vice*)
3    Armonk, NY 10504                            Steven M. Shepard (admitted *pro hac vice*)
     Tel: (914) 749-8200                         Alexander Frawley (admitted *pro hac vice*)
4    dboies@bsfllp.com                           1301 Avenue of the Americas, 32nd Floor
                                                 New York, NY  10019
5    Mark C. Mao, CA Bar No. 236165              Tel.: (212) 336-8330
     Beko Reblitz-Richardson, CA Bar No. 238027  bcarmody@susmangodfrey.com
6    Erika Nyborg-Burch, CA Bar No. 342125       srabin@susmangodfrey.com
     44 Montgomery St., 41st Floor               sshepard@susmangodfrey.com
7    San Francisco, CA 94104                     afrawley@susmangodfrey.com
     Tel.: (415) 293-6800
8    mmao@bsfllp.com                             Amanda K. Bonn, CA Bar No. 270891
     brichardson@bsfllp.com                      1900 Avenue of the Stars, Suite 1400
9    enyborg-burch@bsfllp.com                    Los Angeles, CA 90067
                                                 Tel: (310) 789-3100
10   James Lee (admitted *pro hac vice*)         abonn@susmangodfrey.com
     Rossana Baeza (admitted *pro hac vice*)
11   100 SE 2nd St., 28th Floor                  **MORGAN & MORGAN**
     Miami, FL 33131                             John A. Yanchunis (admitted *pro hac vice*)
12   Tel.: (305) 539-8400                        Ryan J. McGee (admitted *pro hac vice*)
     jlee@bsfllp.com                             201 N. Franklin Street, 7th Floor
13   rbaeza@bsfllp.com                           Tampa, FL 33602
                                                 Tel.: (813) 223-5505
14   Alison L. Anderson, CA Bar No. 275334       jyanchunis@forthepeople.com
                                                 rmcgee@forthepeople.com
15   725 S Figueroa St., 31st Floor
     Los Angeles, CA 90017                       Michael F. Ram, CA Bar No. 104805
16   Tel.: (213) 995-5270                        711 Van Ness Ave, Suite 500
     alanderson@bsfllp.com                       San Francisco, CA 94102
17                                               Tel: (415) 358-6913
                                                 mram@forthepeople.com
18   ***Attorneys for Plaintiffs***

19
                    **UNITED STATES DISTRICT COURT**
20                 **NORTHERN DISTRICT OF CALIFORNIA**

21   CHASOM BROWN, WILLIAM BYATT,          Case No.:  4:20-cv-03664-YGR-SVK
22   JEREMY DAVIS, CHRISTOPHER
     CASTILLO, and MONIQUE TRUJILLO        **DECLARATION OF ROSSANA BAEZA**
23   individually and on behalf of all similarly   **IN SUPPORT OF PLAINTIFFS' REPLY**
     situated,                             **IN SUPPORT OF THEIR RENEWED**
24                                         **REQUEST TO DEPOSE GOOGLE CEO**
                    Plaintiffs,            **SUNDAR PICHAI**
25
     v.
26                                         The Honorable Susan van Keulen
     GOOGLE LLC,
27
                    Defendant.
28

1

**<u>DECLARATION OF ROSSANA BAEZA</u>**

2

I, Rossana Baeza, declare as follows.

3

     1.    I am an associate with the law firm of Boies Schiller Flexner LLP, counsel for

4

Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the

5

State of Florida and admitted *pro hac vice* in this case (Dkt. 11). I have personal knowledge of the

6

matters set forth herein and am competent to testify.

7

     2.    Attached as **Exhibit EE** is a true and correct copy of excerpts of the June 30, 2022

8

deposition of Sabine Borsay.

9

     I declare under penalty of perjury under the laws of the United States of America that the

10

foregoing is true and correct.

11

     Executed this 9th day of August, 2022, in Nashville, Tennessee.

12

13

14

                               */s/ Rossana Baeza*

                                 Rossana Baeza

15

16

17

18

19

20

21

22

23

24

25

26

27

28