# EXHIBIT EE

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1                IN THE UNITED STATES DISTRICT COURT
2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                         SAN JOSE DIVISION
4
5
     PATRICK CALHOUN, et al.,          )
6    CHASOM BROWN, et al., on          )
     behalf of themselves and          )
7    all others similarly              )
     situated,                         )
8                                      )
              Plaintiffs,              )
9                                      )
        vs.                            ) Case Nos.
10                                     ) 4:20-cv-5146- and
     GOOGLE LLC,                       ) 5:20-cv-05146-
11                                     ) YGR-SVK
              Defendants.              )
12                                     )
13
14
15
16         *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19              REMOTE VIDEO DEPOSITION OF
20              SABINE BORSAY - VOLUME II
21
22
23
     DATE TAKEN:  JUNE 30, 2022
24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 5268903
25   PAGES:  173 - 350
```

Page 173

| | | |
|---|---|---|
| 1 |         You can answer. | |
| 2 |         THE WITNESS:  So I am aware that users | |
| 3 | have misconceptions with what private | |
| 4 | browsing modes offered to them. | |
| 5 |         For example, I am aware that some people | 01:21:56 |
| 6 | assume and desire, I guess, to be able to | |
| 7 | sign in to a website like LinkedIn and be | |
| 8 | invisible so that LinkedIn wouldn't see that | |
| 9 | they signed in. | |
| 10 |         So that's one of the misconceptions that | 01:22:14 |
| 11 | I'm aware of. | |
| 12 |         (Exhibit 2 was received and marked | |
| 13 |     for identification on this date and is | |
| 14 |     attached hereto.) | |
| 15 |  BY MR. LEE: | 01:22:20 |
| 16 |     Q.  Okay.  So take a look at Exhibit 2. | |
| 17 | Exhibit 2 is a document produced by Google with | |
| 18 | production numbers GOOG-CABR-05468324.  That's the | |
| 19 | beginning Bates. | |
| 20 |     Mrs. Borsay, do you have the document up | 01:22:38 |
| 21 | on your screen, just so I know? | |
| 22 |     A.  Yes. | |
| 23 |     Q.  Okay.  Do you see on the first page, | |
| 24 | right at the top, that your name is listed right | |
| 25 | there under "Perceptions of Google Chrome | 01:22:51 |

Page 197

```
 1   Incognito"?
 2       A.  No.
 3       Q.  All right.  Let's take it from the top.
 4   Let me try it again.
 5           Do you see, right at the top, the title         01:23:02
 6   of the document is "Perceptions of Google Chrome
 7   Incognito"?
 8       A.  Yeah, under "userexperience."
 9       Q.  Yeah.  Okay.  And the document is dated
10   January 2015; right?                                    01:23:18
11       A.  Mm-hmm.
12       Q.  So at the time that you received this
13   document, you were the product manager for Chrome
14   Privacy; correct?
15       A.  Correct.                                        01:23:28
16       Q.  And do you see right there under "PM,"
17   which I'm assuming means product manager, you were
18   actually listed as receiving this document; right?
19   Sabine Borsay.  Do you see that?
20       A.  It doesn't say it.  I'm listed as the PM        01:23:37
21   contact there.  It doesn't say if I received it or
22   anything else.  I'm listed as the PM contact
23   there.
24       Q.  Okay.  Why don't we -- why don't we go to
25   the last page.                                          01:23:50
```

Page 198

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1        A.  Sure.  Yeah.
2        Q.  I'll represent to you this is the
3   metadata that Google provided which tells us where
4   the document came from.  Okay?
5        A.  Okay.  I don't see owner, though, here,        01:24:23
6   but --
7        Q.  Well, it tells you who the custodians
8   are.  So that tells us whose files this document
9   exists in.  Okay?
10       A.  I don't know what custodians are.  I know      01:24:35
11  like owner of the doc is someone who created the
12  document.
13       Q.  Okay.  I'm not suggesting you created
14  this document.  Custodian -- I'll represent to you
15  custodian -- if it's in your custodial file, that      01:24:46
16  means this document exists in your files.
17            Do you understand what that means?
18       A.  I do not fully, but I think that's
19  okay --
20       Q.  Okay.  Do you see under "AllCustodians"        01:24:55
21  it has your name listed as one of the recipients
22  of this document?
23       A.  No, it doesn't mean that I would be one
24  of the recipients of this document.  I don't see
25  an e-mail at the moment --                              01:25:05
```

Page 199

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1         Q.  Okay.
 2         A.  -- 2015.
 3         Q.  Right.  Even though you're --
 4             MS. CRAWFORD:  Let's just make sure she's
 5      done with her answer, James, before you --          01:25:11
 6             THE WITNESS:  Yeah.
 7             MS. CRAWFORD:  -- jump in.
 8             THE WITNESS:  So all what I see -- I
 9      don't know what custodian means -- is their
10      list of people, I'm listed as one of them.          01:25:20
11   BY MR. LEE:
12         Q.  Sure.  And that's why I'm -- if you
13   accept my representation that custodian means that
14   you have received this in your files, does that --
15         A.  I don't know what that means, received in    01:25:31
16   files.
17         Q.  Okay.  That's -- that's fine.
18             Do you have a memory of reviewing this
19   document or receiving this document?
20             MS. CRAWFORD:  Objection.  Compound.         01:25:41
21      Vague.
22             THE WITNESS:  We looked at the title
23      slide and then the last slide, which I -- or
24      slide, which I certainly didn't see it.  So
25      I'm not sure.  I would need to review it.           01:25:53
```

Page 200

```
 1        BY MR. LEE:
 2        Q.  Okay.  If you look at the -- let's go to
 3   the top again under "Executive summary."
 4        A.  Mm-hmm.
 5        Q.  If you look at the second paragraph under      01:26:05
 6   the "Executive summary," you'll see that this
 7   report was based on an online survey that was
 8   conducted.
 9            Do you see that?
10        A.  Let me read.                                   01:26:26
11            I don't know what Amazon's Mechanical
12   Turk refers to, crowdsourcing platform.  I also
13   don't know what an exploratory online survey is
14   referring to.
15            One thing I can mention, the "N"              01:26:52
16   typically stands in user studies for the number of
17   users that were looked at, which is, yeah --
18        Q.  Yeah.
19        A.  -- 264.
20        Q.  So I'm not asking you about all that.         01:27:02
21   I'm just -- if you look at the very first line in
22   that -- that sentence, I'm just saying, do you
23   understand that this report that we're looking at,
24   Exhibit 2, is based on the results of an
25   exploratory online survey?                             01:27:16
```

```
 1         A.  You asked -- your question before was
 2    different, so I answered that I cannot answer the
 3    question before because I don't know what Amazon's
 4    Mechanical Turk is.
 5         Q.  Okay.  So why don't you answer my next        01:27:25
 6    question --
 7             MS. CRAWFORD:  Wait -- wait a second,
 8         James.  I don't think she was done.  Perhaps
 9         you can't hear her clearly, but she was still
10         answering the question you posed.              01:27:34
11             THE WITNESS:  Yeah.  So what was your
12         last question?  Because, again, the one --
13         the previous one, I explained why I cannot
14         answer it.  So --
15    BY MR. LEE:                                         01:27:42
16         Q.  According to --
17         A.  -- what was the question?
18         Q.  Sure.  According to this report, it was
19    based on results from an exploratory online
20    survey; right?                                      01:27:48
21         A.  That's what it says.
22         Q.  Okay.  Go to the next paragraph where it
23    says, "Our results show."
24             Do you see that paragraph, Mrs. Borsay?
25         A.  I do see the paragraph.  I haven't read   01:27:57
```

Page 202

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1     it.
2          Q.  Okay.  Why don't you read it to yourself.
3          A.  Okay, I read it.
4          Q.  Okay.  Item iii, do you see where there's
5     a Roman numeral iii there in the paragraph?              01:28:32
6          A.  Yes.
7          Q.  In the beginning of the paragraph, it
8     says, "Our results show."  Right?
9          A.  Mm-hmm.
10         Q.  And the third thing they identify based         01:28:41
11    on the results is that "participants valued the
12    benefits of Incognito but have various
13    misconceptions which could put their privacy at
14    risk."
15             Did I read that correctly?                      01:28:53
16         A.  Yes.
17         Q.  Okay.  So if you received this document
18    in 2015, you would have known that participants in
19    this survey had various misconceptions about
20    Incognito Mode that could put their privacy at           01:29:07
21    risk; right?
22             MS. CRAWFORD:  Objection.  Assumes facts.
23        Lack of foundation.
24             THE WITNESS:  So, first of all, again, I
25        have no idea if I received this user research        01:29:17
```

```
 1        or not.
 2             One thing I can say for sure now, looking
 3        at the first page, I did not write it.  I was
 4        not a user researcher.
 5             Yeah, that's what I can say to the first      01:29:33
 6        part of your question already.
 7   BY MR. LEE:
 8        Q.  Okay.  And are you aware generally of any
 9   kind of surveys that were taken as part of your --
10   strike that.                                            01:29:44
11             Are you aware generally of surveys that
12   were taken while you were the product manager of
13   Chrome Privacy regarding user conceptions or
14   misconceptions of Incognito Mode?
15             MS. CRAWFORD:  Objection.  Vague and          01:29:56
16        overbroad.  Foundation.
17             You can answer.
18             THE WITNESS:  I wouldn't be able to tell
19        after so many years what -- if it was exactly
20        about conceptions or misconceptions, what you     01:30:07
21        said, but I am aware that there were user
22        studies that were conducted.
23   BY MR. LEE:
24        Q.  Okay.  And would you have reviewed any of
25   those studies as part of your function as a            01:30:17
```

Page 204