# Declaration of Carl Spilly in Support of Google LLC'S Opposition to Plaintiffs' Administrative Motion for Relief (Dkt. 672)

# Unredacted Version

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF CARL SPILLY IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELIEF (DKT. 672)**<br><br>Judge: Hon. Susan van Keulen<br><br>Trial Date:   None Set |

1. I am a member of the bar of the District of Columbia and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to the Court's April 15, 2022 (Dkt. 542) and June 10, 2022 (Dkt. 605) order, Google re-reviewed all documents on its privilege logs where (i) the document has been designated as privileged in the document's text, but no attorney is identified on Google's privilege log; and (ii) emails where an attorney is copied and does not respond. A total of 2,441 documents were re-reviewed pursuant to these orders.

3. Pursuant to the Court's April 15 and June 10 Orders, Google began producing documents that were de-designated upon re-review on April 19, 2022. Google made additional productions on a rolling basis, and completed its re-review and production on July 22, 2022.

4. Attached hereto as Exhibit A is a true and correct copy of an excerpt of the transcript of the June 16, 2021 30(b)(6) Deposition of Dr. Glenn Berntson in this action.

5. Attached hereto as Exhibit B is a true and correct copy of the text file for a document marked with the Bates number GOOG-BRWN-00157001, which was produced to Plaintiffs on June 18, 2021. Exhibit B is highlighted to identify the relevant text.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Washington, D.C., on August 16, 2022.

DATED: August 16, 2022

By   /s/Carl Spilly
     Carl Spilly