# EXHIBIT A

# Redacted Version of Document Sought to be Sealed

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

- - -

| | | |
|---|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated, | : : : : : : : : | Case No. 5:20-cv-03664-LHK CONFIDENTIAL |
| Plaintiffs, | : : : | |
| v. | : | |
| GOOGLE, LLC, | : : | |
| Defendant. | : | |

- - -

Wednesday, June 16, 2021

- - -

Videotaped 30(b)(6) deposition of
GLENN BERNTSON held pursuant to notice,
beginning at 10:27 AM, on the above date,
and recorded stenographically by
Constance S. Kent, a Certified Court
Reporter, Registered Professional
Reporter and Notary Public.

\* \* \*

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

```
 1   APPEARANCES:
 2   BOIES SCHILLER FLEXNER LLP
     BY:  MARK C MAO, ESQ
 3        BEKO REBLITZ-RICHARDSON, ESQ
     44 Montgomery Street, 41st Floor
 4   San Francisco, California 94104
     (415) 293-6800
 5   mmao@bsfllp.com
     brichardson@bsfllp.com
 6   Attorneys for Plaintiffs
 7
     BOIES SCHILLER FLEXNER LLP
 8   BY:  ROSSANA BAEZA, ESQ
          (pro hac vice)
 9   100 SE 2nd Street, 28th Floor
     Miami, Florida 33131
10   (305) 539-8400
     rbaeza@bsfllp.com
11   Attorney for Plaintiffs
12
     MORGAN & MORGAN
13   BY:  RYAN McGEE, ESQ
     201 N Franklin Street, 7th Floor
14   Tampa, Florida 33602
     (813) 223-5505
15   rmcgee@forthepeople.com
     Attorney for the Plaintiff
16
17   SUSMAN GODFREY L L P
     BY:  ALEXANDER FRAWLEY, ESQ
18   1900 Avenue of the Stars, Suite 1400
     Los Angeles, California 90067
19   (310) 789-3100
     afrawley@susmangodfrey.com
20   Attorneys for Plaintiffs
21
22
23
24
```

Page 3

```
 1   APPEARANCES, continued
 2   QUINN EMANUEL URQUHART & SULLIVAN,
     LLP
 3   BY:  STEPHEN BROOME, ESQUIRE
          JOSEF ANSORGE, ESQUIRE
 4   1300 I Street, NW, Suite 900
     Washington, D.C. 20005
 5   (202) 538.8000
     stephenbroome@quinnemanuel.com
 6   josefansorge@quinnemanuel.com
     Counsel for Defendants
 7
     ALSO PRESENT:
 8
     Matthew Gubiotti, Esquire
 9   In-house counsel for Google
10   Jay Bhatia
11   Chris Thompson, 233 Analytics, LLC
12   Adam Depew, Video Specialist
13   Noah Fox, Trial Technician
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1           - - -
           I N D E X
 2           - - -
 3   Testimony of: GLENN BERNTSON
 4   By Mr Mao               9
     By Mr Broome          372
 5   By Mr Mao             378
 6
             - - -
 7         E X H I B I T S
             - - -
 8
     NO     DESCRIPTION        PAGE
 9
     Exhibit 1  Plaintiff's Notice of    10
10      30(b)(6) Deposition
     Exhibit 2  Confidential-Google      15
11      Display Server for
        [redacted] by [redacted]
12      Bates
        GOOG-BRWN-000029458
13
     Exhibit 3  Highly                  107
14      Confidential-Document
        Entitled Fantastic
15      Identifiers and Where to
        Find Them, Bates
16      GOOG-BRWN- 00078278
        through 78385
17
     Exhibit 4  Confidential-Document   124
18      entitled [redacted] Bates
        GOOG-BRWN- 00027305
19      through 27313
20
     Exhibit 5  Confidential-Document,  193
21      http://go[redacted]
        coverage-ratio,
22      GOOG-BRWN-00026161
        through 26168
23
24
```

Page 5

```
 1   NO     DESCRIPTION        PAGE
 2   Exhibit 6  Highly Confidential-    222
        Document entitled
 3      Biscotti Identifiers,
        Bates GOOG-BRWN-00078361
 4      through 78363
 5   Exhibit 7  Highly Confidential-    258
        Document entitled GFP
 6      Cookies, Bates
        GOOG-BRWN-00078370
 7      through 78371
 8   Exhibit 8  Confidential-Document   302
        entitled Logs Sources
 9      and Access Types, Bates
        GOOG-BRWN-00029445
10      through 29453
11   Exhibit 9  Confidential-Document   312
        entitled Chrome Logs,
12      Bates GOOG-BRWN-
        00029381 through 29385
13
     Exhibit 10  Highly Confidential-   335
14      Document entitled
        [redacted] Bates
15      GOOG-BRWN-00078389
        through 78390
16
17   Exhibit 11  Confidential-Document  350
        entitled Google
18      Analytics, Backend Core
        Processing Pipelines,
19      GOOG-BRWN- 00078439
        through 78452
20
     Exhibit 12  Documents reviewed by  356
21      Mr Berntson in
        preparation for
22      deposition (not
        attached)
23
     Exhibit 13  Berntson Fact Sheet    357
24      (not attached)
```



2 (Pages 2 to 5)

Page 370

1  MR. BROOME: Are you done?
2  Are you done, Mark?
3  MR. MAO: I am not done.
4  I'm reserving my rights.
5  MR. BROOME: You're done,
6  right? I mean, do you have -- let
7  me -- let me put it this way: Do
8  you have any more questions for
9  the witness to ask right now?
10 We're not bringing him back
11 because you want to reserve time
12 hypothetically.
13 MR. MAO: We are off the
14 clock, my clock. If you want to
15 go on your clock --
16 MR. BROOME: Yeah, I do.
17 I'm just asking are you done with
18 your questioning? It's a pretty
19 straightforward question. Are you
20 done with your questioning of this
21 witness?
22 MR. MAO: I'm reserving my
23 rights.
24 MR. BROOME: Reserving your

Page 371

1  rights for what?
2  MR. MAO: I'm reserving my
3  rights to ask additional questions
4  of a witness that's properly
5  prepared to testify to the topics,
6  including the topics which the
7  court had actually ordered.
8  MR. BROOME: Okay. But you
9  don't have any more questions for
10 Mr. Berntson?
11 MR. MAO: Disagree. I don't
12 know.
13 MR. BROOME: You don't know
14 if you have any more questions for
15 him?
16 MR. MAO: Steve, stop
17 burning my time.
18 MR. BROOME: Do you have any
19 more questions for Mr. Berntson?
20 MR. MAO: I'm pausing my
21 portion.
22 MR. BROOME: Okay. I'm
23 going to take that as a no.
24 Did -- can I -- can I ask my

Page 372

1  questions now? I'm going to take
2  your silence, your non-response as
3  a yes.
4        - - -
5     E X A M I N A T I O N
6        - - -
7  BY MR. BROOME:
8  Q.  Mr. Berntson, do you recall
9  that Mr. Mao asked you some questions
10 today about Google mapping Biscotti IDs
11 and [REDACTED] and conversion
12 tracking?
13 A.  Yes.
14 Q.  And I believe you testified
15 that mapping in [REDACTED] requires a
16 Gaia ID; is that -- is that right?
17 A.  That is correct.
18 Q.  For the dataflow that's at
19 issue in this case where users are on
20 their browsers, they're signed out of
21 their Google accounts, they're in private
22 browsing mode, would there be any mapping
23 from Gaia to Biscotti?
24 A.  No, because when you go into

Page 373

1  private browsing mode, you start off with
2  a completely empty cookie jar. A
3  Biscotti is created, and if you don't
4  sign in to Google, there's no Gaia to map
5  that new Biscotti to. The Biscotti that
6  is present on the non-incognito browser
7  instance is not shared with the incognito
8  browser instance so there's no way of
9  creating that mapping from an incognito
10 session.
11 Q.  Okay. And -- and conversely
12 would there be any mapping from Biscotti
13 to Gaia under those same conditions?
14 A.  No. Again for similar
15 reasons, there is no Gaia to map that
16 Biscotti to.
17 Q.  Mr. Mao asked -- also asked
18 you a number of questions about the
19 X-Client-Data header.
20     Do you recall that?
21 A.  Yes.
22 Q.  Do you understand that the
23 plaintiffs in this case have proposed
24 that Google could use the absence of the

Page 374

1  X-Client-Data header to identify users
2  who are in incognito mode?
3      A.  Yes.
4      Q.  And does Google use the
5  absence of the X-Client-Data header to
6  identify users who are in incognito mode?
7      A.  No.
8      Q.  And would that be a good way
9  to identify incognito users?
10     A.  No.
11     Q.  And why is that?
12     A.  Because there are cases that
13 will lead to false positives; that is,
14 where you see an empty X-Client-Data
15 header and you assume it's incognito but
16 not and false negatives where the reverse
17 is also true.  There are processes that
18 can result in empty client -- empty
19 X-Client-Data headers and to take an
20 empty client -- X-Client-Data header and
21 populate values.
22     Q.  Can you give us a couple of
23 examples?
24     A.  Sure.  For the first case

Page 375

1  where there are instances where the
2  X-Client-Data header is empty and it's
3  not in incognito browsing, there -- there
4  are quite a few different ways that that
5  can happen.  One is if it's a new browser
6  instance, no X-client header is present
7  in any call out from the browser.
8          The second is if you haven't
9  used your browser for 30 days or more,
10 the X-client header data is considered to
11 be stale and just purged and no
12 X-Client-Data header is passed.
13         Another case is if the
14 variation IDs that are carried in the
15 X-Client-Data header, if too many are
16 returned to Chrome to prevent the
17 requests coming from Chrome from being
18 too large, they just delete them all and
19 so you'd see no X-Client-Data header.
20         Yet another permutation is
21 the presence of a firewall can also
22 prevent Chrome, the browser, from getting
23 the variation IDs that are used to
24 populate the X-Client-Data header, and

Page 376

1  this is because the variation IDs are
2  basically instructions as to what new
3  features are enabled in the browser, and
4  so Chrome, after it starts out, will make
5  an asynchronous call to retrieve these
6  data from the server, and if that server
7  endpoint is blocked by a firewall, no
8  X-Client-Data header is provided, none of
9  the variation IDs.  So that's another
10 case where you can have an empty
11 X-Client-Data header.
12     Q.  Thank you.  That's very
13 helpful.
14         Mr. Berntson, do -- do you
15 understand that you have been designated
16 by Google to testify on topics, with the
17 exception of Topic No. 5 to which Google
18 objected to producing a witness, Topics 1
19 through 4 and 6 through 12?  You
20 understand that you've been designated to
21 testify on those topics?
22     A.  Yes, I do.
23     Q.  On behalf of Google?
24     A.  Yes, I do.

Page 377

1      Q.  And -- and did you -- did
2  you indeed prepare to testify on all of
3  those topics?
4      A.  I did.
5      Q.  How much time do you think
6  you spent preparing to testify on those
7  topics?
8      A.  At least 25 hours.
9      Q.  And did you conduct
10 interviews with relevant subject matter
11 experts in order to educate yourself on
12 the topics for which you've been
13 designated?
14     A.  I did.  I interviewed eight
15 different people.
16     Q.  Okay.  And -- and did you
17 review documents in order to educate
18 yourself on the topics for which you've
19 been designated?
20     A.  Yes, and those have been
21 entered as Exhibits 12 and 13.
22     Q.  Okay.  And that's -- that's
23 a -- a binder of 61 documents by my
24 count; is that right?

Page 378

1   A.  That is correct, 61.
2   Q.  And -- and did you review
3   all of those documents --
4   A.  I did.
5   Q.  -- as part of your
6   preparation?
7   A.  I did.
8   Q.  Thank you.
9       MR. BROOME:  Unless Mr. Mao
10      has any further questions, I have
11      no further questions.
12          - - -
13      E X A M I N A T I O N
14          - - -
15  BY MR. MAO:
16  Q.  Hi, Mr. Berntson, I have
17  some questions.
18      Regarding the X-Client-Data
19  header, you provided four instances in
20  which X-Client-Data header would not be
21  present.  Can you think of any other
22  instances in which they would not be
23  present other than the four in which you
24  stated?

Page 379

1   A.  Chrome does not send the
2   X-Client-Data header when it is in
3   incognito mode.
4   Q.  Okay.  That -- that's super
5   helpful.
6       So let me cover the first
7   three.  You said a new browser instance,
8   it would not send the X-Client-Data
9   header.  How long does that last?
10  A.  Until the call that Chrome
11  makes to retrieve the -- the variation
12  IDs is successful, so it's going to
13  depend on the network connection, and as
14  I noted, whether or not there is a
15  firewall in place.
16  Q.  Right.  But for the --
17  solely for the new browser instance,
18  that's almost near instantaneous in terms
19  of the browsing session, right?  After
20  the first call is made, X-Client-Data
21  header is assigned for that group, and
22  then thereafter it continues to transmit
23  that in normal mode is and not present in
24  the other modes?

Page 380

1       MR. BROOME:  Object to the
2       form.
3   BY MR. MAO:
4   Q.  Sorry, in the incognito
5   mode; is that correct?
6       MR. BROOME:  Object to the
7       form.
8       THE WITNESS:  Can you
9       specify what you mean by "near
10      instantaneous"?
11  BY MR. MAO:
12  Q.  How long does it take in
13  your experience?
14  A.  If it's a low -- slow
15  network connection it can easily take a
16  minute or two.
17  Q.  Okay.  But beyond that, are
18  you aware of how long it can persist
19  beyond that without having an X-Client-
20  Data header?
21      MR. BROOME:  Object to the
22      form.
23      THE WITNESS:  How long --
24      you're asking how long --

Page 381

1   BY MR. MAO:
2   Q.  Basically with a slow
3   connection -- with a slow connection, it
4   may take a minute or two before they
5   actually get an X-Client-Data header
6   assigned, but after that, it would have
7   an X-Client-Data assigned after the new
8   install; isn't that correct, after a
9   minute?
10  A.  Except for the other cases
11  that I identified.
12  Q.  Okay.  All right.  So next
13  case.  Still browser for 30 days or more.
14  That's subject to the same caveat, right,
15  if it's a slow browser for 30 days or
16  more, but after the initial request to
17  the Google server, the Google server
18  would then basically assign X-Client-Data
19  header, and with a stale connection that
20  would not take longer than a minute;
21  isn't that correct?
22  A.  I would expect to see
23  similarly latency to the first case.
24  Q.  Okay.  All right.  Last

MAGNA LEGAL SERVICES

Page 382

1  one -- I'm sorry, third one.  You're
2  talking about when there are too many
3  variations of the X-Client-Data header,
4  all of that will be purged.  That's on
5  the server level, that's not on the
6  browser level in terms of when it's
7  transmitted; isn't that true, sir?
8         MR. BROOME:  Object to the
9     form.
10        THE WITNESS:  The variation
11    I -- the variation IDs are set on
12    the server and returned to the
13    client, and the client makes a
14    determination as to whether or not
15    they have too many.
16        So it's client-side logic,
17    processing data retrieved from the
18    server.
19 BY MR. MAO:
20    Q.   Ah, okay.  So in how -- in
21 how often do you see there being too many
22 variations of the X-Client-Data header
23 resulting in the browser purging the
24 X-Client-Data header?

Page 383

1     A.   I don't have an answer to
2  that question.
3     Q.   Sorry --
4     A.   I don't know how often that
5  happens.
6     Q.   You spent hours preparing
7  for this topic as Mr. Broome has
8  established; isn't that correct?
9         MR. BROOME:  Object to the
10    form.
11 BY MR. MAO:
12    Q.   You oversee Google Ads;
13 isn't that correct?
14    A.   No.
15    Q.   Sorry.  You oversee Google
16 Ad Manager, isn't that correct?
17    A.   No.
18    Q.   Okay.  You are the designee
19 for Google with regard to this topic
20 insofar as it relates to any of the
21 topics properly noticed today.  My
22 question to you is:  How often, because
23 your answers are going to be binding on
24 Google, how often do you see variations

Page 384

1  ID of X-Client-Data header being too
2  numerous such that it is actually purged
3  by the browser?
4         MR. BROOME:  Objection.  He
5     just answered that he doesn't
6     know.
7  BY MR. MAO:
8     Q.   Is that theoretical or is
9  that actual is my question.  Have you
10 actually seen it?
11        MR. BROOME:  That's a
12    different question.
13        THE WITNESS:  If this code
14    is executed client side, there is
15    no X-Client-Data header passed,
16    which means it's going to look
17    exactly like the other cases that
18    we just identified because there's
19    no X-Client-Data.
20 BY MR. MAO:
21    Q.   In all your time at Google,
22 how often have you actually seen this?
23    A.   It's not something that's
24 observable from a server perspective.

Page 385

1     Q.   How often have you actually
2  seen this flagged as a problem with the
3  X-Client-Data header?
4     A.   I have not seen this flagged
5  as a problem.
6     Q.   Ever, right, in your career
7  at Google?
8         MR. BROOME:  Object to the
9     form.  Mark, let him finish before
10    you start.  Mark, let him finish.
11    Let him finish.  I know you're
12    trying to do a nice cross, but
13    just let him finish his answers.
14 BY MR. MAO:
15    Q.   Have you ever seen that in
16 your career at Google, this problem?
17    A.   As I noted, this is not
18 observable from a server perspective
19 because it's client-side code that makes
20 the call and purges the variation IDs
21 that are sent to the X-Client-Data
22 header.
23    Q.   You're saying the
24 variations -- you're saying the

Page 386

```
 1  variations as in there is more total
 2  number of variations out on the field
 3  than the actual string can actually hold,
 4  right?  The string is too small to hold
 5  the total number of variations, and
 6  therefore, does not know what to do with
 7  it and it purges it, is that what you
 8  mean?
 9       A.   That is not what I said.
10       Q.   Okay.  So explain to me how
11  this third case scenario actually
12  happens.
13       A.   If Chrome sends too many
14  variations IDs to -- if the Chrome server
15  sends too many variation IDs to the
16  Chrome browser, the Chrome browser has
17  the ability of looking at that and
18  saying, this is going to increase the
19  payload size more than is good and could
20  increase latency for the amount of data
21  that I need to send over the server, for
22  example, over a slow connection and it
23  purges that data.  So it's client-side
24  logic that makes that determination.
```

Page 387

```
 1       Q.   Okay.  And again, you have
 2  not actually seen that theoretical
 3  problem appear in practice; isn't that
 4  correct?
 5            MR. BROOME:  Object to the
 6       form.
 7            THE WITNESS:  No, but I have
 8       seen -- I have seen another
 9       problem that goes the other
10       direction where Chrome will send
11       an empty X-Client-Data header and
12       our GFE will insert values.  So
13       what we see within GWS is an
14       X-Client-Data header that was
15       empty when it leaves Chrome but
16       then is populated with values in
17       the GFE.
18  BY MR. MAO:
19       Q.   Right.  But in terms of the
20  absence of the X-Client-Data header as
21  being something that's the result of
22  there being too many variations or too
23  numerous, that's not actually something
24  which have seen; isn't that correct?
```

Page 388

```
 1            MR. BROOME:  Objection.
 2            THE WITNESS:  I already told
 3       you --
 4            MR. BROOME:  Objection to
 5       form.
 6            THE WITNESS:  -- it's not
 7       observable from the server side.
 8  BY MR. MAO:
 9       Q.   Right.  But you have not
10  even heard of that as being a problem in
11  actuality, right?
12       A.   I'm not sure how to answer
13  the question.  I am not aware of any bugs
14  that are currently open that are
15  describing this as a problem.  Whether
16  it's actually a problem or not is
17  different than whether or not it's
18  happening.
19       Q.   Okay.
20       A.   The -- the number of
21  occurrences --
22       Q.   Sorry.  I have one other
23  question.
24       A.   -- of cases where -- that's
```

Page 389

```
 1  great, let me finish.
 2       Q.   Sure.
 3       A.   The number of occurrences
 4  where variation IDs are inserted by the
 5  GFE turns out to be relatively high, and
 6  this is going to result in a case where
 7  if there was an empty X-Client-Data
 8  header, for any of the reasons that it
 9  could be empty, it ends up not being
10  empty when it's seen by GWS.
11            So there are cases both
12  where you'll see an empty client data
13  header that is not related to whether or
14  not Chrome is in incognito mode, and
15  there are cases where you're going to see
16  an X-Client-Data header that is not empty
17  that could be associated with incognito
18  mode.
19            And so as a signal, Google
20  does not use whether or not the
21  X-Client-Data header is empty or not, as
22  an indication of whether or not incognito
23  mode is enabled in Chrome.
24       Q.   With regard to your talking
```

Page 390

1  about ▮▮▮ did you actually
2  prepare for the topic of ▮▮▮
3  before you came to testify here today?
4       A.   It was a topic that was
5  covered briefly in one of my discussions.
6       Q.   Is that topic for Chris Law?
7  Sorry, Chris -- Chris Liao or is that a
8  topic in which you are prepared to
9  discuss in terms of how that is actually
10 formed?
11           MR. BROOME:  Objection to
12      form.
13           THE WITNESS:  I believe -- I
14      believe I answered the question as
15      it relates to how ▮▮▮
16      works, what IDs are used and the
17      use cases that it supports.  I
18      don't know what additional
19      information you're looking for as
20      it relates to ▮▮▮
21           MR. MAO:  I have no further
22      follow-up.  Again, I reserve my
23      rights.
24           MR. BROOME:  Okay.  All

Page 391

1  right.  Well, thank you,
2  everybody.  Thank you, Connie.
3  Our condolences.  And Adam, Mark,
4  thank you.  And see you all next
5  time.
6           THE VIDEOGRAPHER:  Let me
7      take us off the record.  Hold on.
8           The time is now 7:34 PM, and
9      we are going off the record.
10          (Witness excused.)
11          (Deposition concluded at
12      approximately 7:34 PM.)

Page 392

1
2           CERTIFICATE
3
4       I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
5   within deposition is a true and accurate
    transcript of the stenographic notes of
6   the testimony given by the witness.
7
        It was requested before
8   completion of the deposition that the
    witness, GLENN BERNTSON, have the
9   opportunity to read and sign the
    deposition transcript.
10
11      ▮▮▮
12
    ▮▮▮
13  Certified Court Reporter
    Registered Professional Reporter
14  Certified LiveNote Reporter
    and Notary Public
15  Dated:  June 20, 2021
16
17
18
19
20      (The foregoing certification
21  of this transcript does not apply to any
22  reproduction of the same by any means,
23  unless under the direct control and/or
24  supervision of the certifying reporter.)

Page 393

1           INSTRUCTIONS TO WITNESS
2
3       Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8       After doing so, please sign
9  the errata sheet and date it.
10      You are signing same subject
11 to the changes you have noted on the
12 errata sheet, which will be attached to
13 your deposition.
14      It is imperative that you
15 return the original errata sheet to the
16 deposing attorney within thirty (30) days
17 of receipt of the deposition transcript
18 by you.  If you fail to do so, the
19 deposition transcript may be deemed to be
20 accurate and may be used in court.

Page 394

**ERRATA SHEET FOR THE TRANSCRIPT OF**
1  Case:      Calhoun, et al. v. Google LLC
2  Deposition Date: June 11, 2021
3  Deponent:   David Monsees
4

| | Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|---|
| 5 | | | | |
| 6 | 27:21; | | | |
| 7 | 174:12, 17; | | | |
| 8 | 175:1; | | | |
| 9 | 178:17; | | | |
| 10 | 181:5; | | | |
| 11 | 244:4, 15, 19, 21; | | | |
| 12 | 253:14; | | | |
| 13 | 309:22 | STKs | SDKs | transcription error |
| 14 | 28:11, 15; | | | |
| 15 | 37:5; | | | |
| 16 | 38:8; | | | |
| 17 | 88:6, 10, 15; | | | |
| 18 | 97:19; | | | |
| 19 | 102:5; | | | |
| 20 | 105:8; | | | |
| 21 | 117:22, 23; | | | |
| 22 | 118:1, 4; | | | |
| 23 | 120:5, 14, 18; | | | |
| 24 | 131:7, 8; | STK | SDK | transcription error |

Page 395

| cont | Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|---|
| 1 | 158:4; | | | |
| 2 | 172:19, 22; | | | |
| 3 | 174:20, 23; | | | |
| 4 | 175:6; | | | |
| 5 | 176:3, 8, 9, 12, 18, 20, | | | |
| 6 | 23; | | | |
| 7 | 226:5; | | | |
| 8 | 228:5; | | | |
| 9 | 245:1, 2, 4, 13; | | | |
| 10 | 254:21, 22; | | | |
| 11 | 255:3, 8, 13, 15; | | | |
| 12 | 256:19; | | | |
| 13 | 274:7, 8, 10, 13; | | | |
| 14 | 276:13; | | | |
| 15 | 277:19; | | | transcription error |
| 16 | 310:10 | STK | SDK | |
| 17 | 54:9, 11, 12, 14, 18, 19, | | | |
| 18 | 23, 24; | | | |
| 19 | 55:6, 10, 17; 56:3, 7, 9; | | | |
| 20 | 58:3, 9; | | | |
| 21 | 59:3, 5, 10; 61:4, 11, | | | |
| 22 | 12; | | | |
| 23 | 62:2, 8, 11, 13, 16, 17, | ■ | ■ | transcription error |
| 24 | 22; | | | |

Page 396

| cont | Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|---|
| 1 | 63:2, 3, 8, 10; | | | |
| 2 | 65:24; | | | |
| 3 | 66:2; | | | |
| 4 | 68:24; | | | |
| 5 | 69:2; | | | |
| 6 | 71:13, 15; | | | |
| 7 | 121:9, 10, 13; | | | |
| 8 | 126:5, 15; | | | |
| 9 | 243:4, 7; | | | |
| 10 | 294:3, 4; | | | |
| 11 | 298:20, 23; | | | |
| 12 | 299:2, 4, 5; | | | |
| 13 | 300:23; | | | |
| 14 | 331:1, 3 | ■ | ■ | transcription error |
| 15 | 88:6 | A, the | The | transcription error |
| 16 | 107:10 | 00078278 | 00078378 | transcription error |
| 17 | 109:12 | up-to-date | out-of-date | misspoke |
| 18 | 157:19 | If Biscotti | A Biscotti | transcription error |
| 19 | 166:11; | | | |
| 20 | 202:23; | conversation | | |
| 21 | 203:3; 15 | s | conversions | transcription error |
| 22 | 204:6 | conversation | conversion | transcription error |

Page 397

DocuSigned by:

*Glenn Berntson*
—AADA263B18144EF...
Signature of Deponent

7/27/2021
Date

```
                                              Page 398                                           Page 399
 1                                              1         LAWYER'S NOTES
 2         ACKNOWLEDGMENT OF DEPONENT           2    PAGE  LINE
 3                                              3    ____  ____  _____
 4      I, Glenn Berntson        , do           4    ____  ____  _____
 5   hereby certify that I have read the        5    ____  ____  _____
 6   foregoing pages, 1 - 396, and that the     6    ____  ____  _____
 7   same is a correct transcription of the     7    ____  ____  _____
 8   answers given by me to the questions       8    ____  ____  _____
 9   therein propounded, except for the         9    ____  ____  _____
10   corrections or changes in form or         10    ____  ____  _____
11   substance, if any, noted in the enclosed  11    ____  ____  _____
12   Errata Sheet.                             12    ____  ____  _____
13      ┌─DocuSigned by:                       13    ____  ____  _____
14      │                                      14    ____  ____  _____
15      │ Glenn Berntson    7/27/2021          15    ____  ____  _____
16      └─AADA263B18144EF...                   16    ____  ____  _____
         GLENN BERNTSON        DATE            17    ____  ____  _____
17                                             18    ____  ____  _____
18                                             19    ____  ____  _____
19                                             20    ____  ____  _____
20                                             21    ____  ____  _____
21                                             22    ____  ____  _____
22                                             23    ____  ____  _____
23                                             24    ____  ____  _____
24
```