# EXHIBIT B

# Sealed in its Entirety