1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)         Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com               andrewschapiro@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)              Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com                  teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor             191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                      Chicago, IL 60606
5  Telephone: (650) 801-5000                     Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                     Facsimile: (312) 705-7401

6
   Stephen A. Broome (CA Bar No. 314605)         Josef Ansorge (admitted *pro hac vice*)
7  stephenbroome@quinnemanuel.com                josefansorge@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)            Xi ("Tracy") Gao (CA Bar No. 326266)
8  violatrebicka@quinnemanuel.com                tracygao@quinnemanuel.com
   Crystal Nix-Hines (Bar No. 326971)            Carl Spilly (admitted *pro hac vice)*
9  crystalnixhines@quinnemanuel.com              carlspilly@quinnemanuel.com
   Alyssa G. Olson (CA Bar No. 305705)           1300 I Street NW, Suite 900
10 alyolson@quinnemanuel.com                     Washington D.C., 20005
   865 S. Figueroa Street, 10th Floor            Telephone: (202) 538-8000
11 Los Angeles, CA 90017                         Facsimile: (202) 538-8100
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Jomaire Crawford (admitted *pro hac vice*)    Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com              jonathantse@quinnemanuel.com
14 51 Madison Avenue, 22nd Floor                 50 California Street, 22nd Floor
   New York, NY 10010                            San Francisco, CA 94111
15 Telephone: (212) 849-7000                     Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                     Facsimile: (415) 875-6700

16

17 *Counsel for Defendant Google LLC*

18
                    UNITED STATES DISTRICT COURT
19
                 NORTHERN DISTRICT OF CALIFORNIA
20

21 CHASOM BROWN, WILLIAM BYATT,          Case No. 4:20-cv-03664-YGR-SVK
   JEREMY DAVIS, CHRISTOPHER
22 CASTILLO, and MONIQUE TRUJILLO,       **[PROPOSED] ORDER GRANTING**
   individually and on behalf of themselves and   **MOTION TO STRIKE**
23 all others similarly situated,
                                         Judge: Hon. Susan van Keulen, USMJ
24                Plaintiffs,

25        vs.

26 GOOGLE LLC,

27                Defendant.

28

1    Before the Court is Google's Motion to Strike Exhibit A (in Dkt. 672-2) to the Declaration

2  of Mark Mao in Support of Plaintiffs' Administrative Motion for Relief (the "Motion"). Having

3  considered Google's papers filed in support of the Motion, and all other matters properly

4  considered by this Court, the Court GRANTS Google's Motion.

5    Exhibit A in Dkt. 672-2 is hereby STRICKEN.

6

7  **SO ORDERED**.

8

9    DATED: _____        _____

10                                         HON. SUSAN VAN KEULEN
                                           United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           [PROPOSED] ORDER GRANTING MOTION TO STRIKE