1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)    Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com           andrewschapiro@quinnemanuel.com

3  Sara Jenkins (CA Bar No. 230097)          Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com              teutafani@quinnemanuel.com

4  555 Twin Dolphin Drive, 5th Floor         191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                  Chicago, IL 60606

5  Telephone: (650) 801-5000                 Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                 Facsimile: (312) 705-7401

6

7  Stephen A. Broome (CA Bar No. 314605)     Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com            josefansorge@quinnemanuel.com

8  Viola Trebicka (CA Bar No. 269526)        Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com            tracygao@quinnemanuel.com

9  Crystal Nix-Hines (Bar No. 326971)        Carl Spilly (admitted *pro hac vice)*
   crystalnixhines@quinnemanuel.com          carlspilly@quinnemanuel.com

10 Alyssa G. Olson (CA Bar No. 305705)       1300 I Street NW, Suite 900
   alyolson@quinnemanuel.com                 Washington D.C., 20005

11 865 S. Figueroa Street, 10th Floor        Telephone: (202) 538-8000
   Los Angeles, CA 90017                     Facsimile: (202) 538-8100

12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

13

14

15 Jomaire Crawford (admitted *pro hac vice*)   Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com          jonathantse@quinnemanuel.com

16 51 Madison Avenue, 22nd Floor             50 California Street, 22nd Floor
   New York, NY 10010                        San Francisco, CA 94111

17 Telephone: (212) 849-7000                 Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                 Facsimile: (415) 875-6700

18 *Counsel for Defendant Google LLC*

19                 **UNITED STATES DISTRICT COURT**

20      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

21 CHASOM BROWN, WILLIAM BYATT,          Case No. 4:20-cv-03664-YGR-SVK
   JEREMY DAVIS, CHRISTOPHER
22 CASTILLO, and MONIQUE TRUJILLO,       **DECLARATION OF JONATHAN TSE IN**
   individually and on behalf of themselves and  **SUPPORT OF GOOGLE LLC'S MOTION**
23 all others similarly situated,        **TO SEAL PORTIONS OF GOOGLE LLC'S**
                                         **OPPOSITION    TO        PLAINTIFFS'**
24             Plaintiffs,               **SUPPLEMENTAL SANCTIONS BRIEF**
                                         **PURSUANT TO DKT. 624**
25        v.

26 GOOGLE LLC,                           Judge: Hon. Susan van Keulen, USMJ

27             Defendant.

28

1       I, Jonathan Tse, declare as follows:

2       1.      I am a member of the bar of the State of California and an attorney at Quinn Emanuel

3   Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make

4   this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I

5   could and would testify competently thereto.

6       2.      I am making this declaration pursuant to Civil Local Rule 79-5(e)-(f) as an attorney

7   for Google as the Designating Party, pursuant to Civil Local Rule 79-5(f)(3) in response to Dkt.

8   682.

9       3.      I have reviewed the documents that Google seeks to file under seal pursuant to Civil

10  Local Rule 79-5.  Based on my review, there is good cause to seal the following information:

| Document | Basis for Sealing |
|---|---|
| Google LLC's Opposition to Plaintiffs' Supplemental Sanctions Brief Pursuant to Dkt. 624<br><br>Pages 1:13, 2:6, 2:18, 2:22-23, 2:26, 2:28, 3:1-6, 3:8-9, 4:10, 4:14, 5:12, 8:7 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Second Supplemental Declaration of Martin Sramek in Response to May 20, 2022 Order<br><br>Pages 1:10, 1:16-18, 2:18, 2:20-24, 2:26-3:3, 3:5-8 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and |

| | |
|---|---|
| | maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 1 to Trebicka Declaration<br><br>PDF Pages 2-3 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals and logs,, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 2 to Trebicka Declaration<br><br>Pages 140:11, 140:14-15, 140:18 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the |

| | information to compromise Google's internal practices relating to competing products. |
|---|---|
| Exhibit 3 to Trebicka Declaration<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 4 to Trebicka Declaration<br><br>Seal Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 5 to Trebicka Declaration<br><br>Pages 4:12, 4:18, 4:21, 5:14-15, 198:7, 198:18, 199:17, 201:4-5, 372:11, 372: 15, 390:1-2, 390:15, 390:20 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, that Google maintains as confidential in the ordinary course of its business and is not generally known |

| | |
|---|---|
| | to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 7 to Trebicka Declaration<br><br>Pages 94:15-24, 96:4, 97:24, 101:11, 101:15, 101:18 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 10 to Trebicka Declaration<br><br>Pages 409:1, 410:13, 410:17, 411:22, 412:5-6, 412:10, 412:12, 413:7, 415:19-21, 417:11, 419:23, 418:1, 418:4, 418:16, 419:23, 420:2, 420:7 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to |

TSE DECLARATION ISO GOOGLE'S ADMINISTRATIVE MOTION TO SEAL

| | competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|

4.      Google's request is narrowly tailored in order to protect its confidential information. These redactions are limited in scope and volume.  Because the proposed redactions are narrowly tailored and limited to portions containing Google's highly-confidential or confidential information, Google requests that the portions of the aforementioned documents be redacted from any public version of those documents.

5.      Google does not seek to redact or file under seal any of the remaining portions of Google LLC's Opposition to Plaintiffs' Supplemental Sanctions Brief Pursuant to Dkt. 624 not indicated in the table above.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on August 18, 2022.

DATED:  August 18, 2022                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP


                                    By _____/s/ Jonathan Tse_____
                                           Jonathan Tse
                                           *Attorney for Defendant*