**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF VIOLA TREBICKA IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SANCTIONS BRIEF PURSUANT TO DKT. 624**<br><br>Magistrate Judge: Hon. Susan Van Keulen |

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Opposition to Plaintiffs' Supplemental Sanctions Brief Pursuant to Dkt. 624. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Google's March 1, 2022 letter to the Special Master and Plaintiffs.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the April 21, 2022 hearing transcript.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document Google produced to Plaintiffs, bearing Bates number GOOG-CABR-00892455.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a document Google produced to Plaintiffs, bearing Bates number GOOG-CABR-04750983.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the June 16, 2021 Rule 30(b)(6) deposition of Google's corporate designee Glenn Berntson.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the February 18, 2022 deposition of ex-Googler employee Rory McClelland.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the March 23, 2022 deposition of Google employee Steve Ganem.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the July 18, 2022 deposition of Plaintiffs' expert Bruce Schneier.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the July 21, 2022 deposition of Plaintiffs' expert Jonathan Hochman.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the November 24, 2021 deposition of Google employee AbdelKarim Mardini.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Google's November 6, 2020 Responses and Objections to Plaintiffs' Request for Admission No. 7.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Google's January 20, 2022 Responses and Objections to Plaintiffs' Request for Admission No. 47.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on August 18, 2022.

By     */s/ Viola Trebicka*
        Viola Trebicka