# Exhibit 1

# Redacted Version of Document Sought to be Sealed

**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S EMAIL ADDRESS
josefansorge@quinnemanuel.com

March 1, 2022

**HIGHLY CONFIDENTIAL - SPECIAL MASTER AND ATTORNEY'S EYES ONLY**

**VIA E-MAIL**

Special Master Douglas Brush
(douglas.brush@accelconsulting.llc)
Accel Consulting, LLC

Timothy Schmidt
(timothy.schmidt@accelconsulting.llc)
Accel Consulting, LLC

Mark Mao
(mmao@BSFLLP.com)
Boies Schiller Flexner LLP

Re:   *Brown v. Google LLC*, Case No. 5:20-cv-03664-LHK-SVK (N.D. Cal.)

Dear Special Master Brush, Mr. Schmidt:

      As requested at yesterday's hearing with Judge van Keulen, Google hereby confirms that the ▮▮▮▮▮▮▮▮▮▮▮▮ Dashboard pulls data from the following logs:

- ▮▮▮▮▮▮▮▮
    - ▮▮▮▮▮▮▮
    - ▮▮▮▮▮▮▮▮▮▮
    - ▮▮▮▮▮▮▮▮
    - ▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮
    - ▮▮▮▮▮▮▮▮▮▮▮▮

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH



Respectfully,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Josef Ansorge