# EXHIBIT 3

# Sealed in Its Entirety