# Exhibit 7

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

```
 1               IN THE UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4      CHASOM BROWN, WILLIAM BYATT,        )
        JEREMY DAVIS, CHRISTOPHER CASTILLO,)
 5      and MONIQUE TRUJILLO, individually )
        and on behalf of all others        )
 6      similarly situated,                )
              Plaintiffs,                  )
 7                                         ) Case No.:
           vs.                             ) 5:20-cv-03664-LHK-SVK
 8                                         )
        GOOGLE, LLC,                       )
 9          Defendant.                     )
        _____)
10
11
12
13
14                        CONFIDENTIAL
15      VIDEO-RECORDED REMOTE DEPOSITION OF STEVE GANEM
16              Huntington Beach, California
17           Wednesday, March 23, 2022; 12:37 p.m.
18
19
20
21
22      REPORTED BY:
23      Victoria A. Guerrero, CSR, RPR, RMR, CRR
24      Job No. 5130916
25      Pages 1 - 113
```

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4   CHASOM BROWN, WILLIAM BYATT,    )
     JEREMY DAVIS, CHRISTOPHER CASTILLO,)
 5   and MONIQUE TRUJILLO, individually )
     and on behalf of all others       )
 6   similarly situated,               )
          Plaintiffs,                  )
 7                                     ) Case No :
        vs                             ) 5:20-cv-03664-LHK-SVK
 8                                     )
     GOOGLE, LLC,                      )
 9      Defendant                      )
                                       )
10   _____)
11
12
13
14
15
16      BE IT REMEMBERED that, pursuant to Federal
17   Rules of Civil Procedure, the deposition of STEVE
18   GANEM was taken before Victoria A Guerrero,
19   California Certified Shorthand Reporter, Registered
20   Merit Reporter, and Certified Realtime Reporter, on
21   Wednesday, March 23, 2022, commencing at the hour of
22   12:37 p m , the witness responding to questions by
23   videoconference from Huntington Beach, California;
24   the questions being propounded and proceedings
25   reported remotely via videoconference
                                                    Page 2
```

```
 1   R E M O T E   A P P E A R A N C E S:
 2
 3   FOR THE PLAINTIFFS:
 4      BOIES SCHILLER FLEXNER
         ERIKA NYBORG-BURCH
 5       BEKO REBLITZ-RICHARDSON
         MARK MAO
 6       44 Montgomery Street, 41st Floor
         San Francisco, California  94104
 7       T 415 293 6800
         enyborg-burch@bsfllp com
 8       brichardson@bsfllp com
         mmao@bsfllp com
 9
10   FOR THE PLAINTIFFS IN "CALHOUN V GOOGLE":
11      BLEICHMAR FONTI AND AULT
         ANGELICA M ORNELAS
12       555 12th Street, Suite 1600
         Oakland, California  94607
13       T 415 445 4011
         aornelas@bfalaw com
14
15   FOR THE DEFENDANTS:
16      QUINN EMANUEL URQUHART & SULLIVAN, LLP
         ALY OLSON
17       STEPHEN BROOME
         865 Figueroa Street, Tenth Floor
18       Los Angeles, California  90017
         T 213 443 3000  F 213 443 3100
19       alyolson@quinnemanuel com
         stephenbroome@@quinnemanuel com
20
21
22   ALSO PRESENT:
23      Matthew Gubiotti, Google in-house counsel
24      Sean Grant, Videographer
25
                                                    Page 3
```

```
 1            INDEX TO EXAMINATION
 2           WITNESS: STEVE GANEM
 3
 4   EXAMINATION:                         PAGE  LINE
      By Ms. Nyborg-Burch                   7    14
 5
 6              * * *
 7
 ...
25
                                                    Page 4
```

```
 1              INDEX TO EXHIBITS
 2              STEVE GANEM
 3          Brown, et al. vs. Google
 4          Wednesday, March 23, 2022
 5    Victoria A. Guerrero, CSR, RPR, RMR, CRR
 6
     MARKED         DESCRIPTION            PAGE  LINE
 7
     Exhibit 1    Life of a Visit;          28    9
 8                GOOG-BRWN-00026812 through
                  26830
 9
     Exhibit 2    Google Analytics: Starting 41   15
10                Conversation;
                  GOOG-CABR-00381312 through
11                00381576
12   Exhibit 3    Declaration of Steve Ganem 60    1
                  Regarding Google Analytics in
13                Opposition to Plaintiffs'
                  Motion for Class Certification
14                (No Bates)
15   Exhibit 4    Slide deck produced by     71   10
                  S. Pothana; GOOG-BRWN-00550613
16                through 00550644
17   Exhibit 5    6/25/21 email to S. Pothana 91   9
                  from S. Ganem;
18                GOOG-BRWN-00597920 through
                  00597922
19
20              * * *
21
...
25
                                                    Page 5
```

2 (Pages 2 - 5)

```
 1   the data they're supplying is kept separated from    15:56:13
 2   the signed-out pseudonymous dataset.                 15:56:18
 3        So this is a discussion about technologies      15:56:22
 4   we could apply to make it actually impossible for    15:56:27
 5   Google to ever do anything, combine their dataset,   15:56:32
 6   this signed-in dataset with the signed-out           15:56:39
 7   pseudonymous dataset.                                15:56:44
 8        So I -- sorry. Go ahead.                        15:56:48
 9   Q    Go ahead. Sorry. No, I interrupted you.         15:56:49
10   A    So this statement you're referring to about    15:56:53
11   using encryption is a mechanism that would enable us 15:56:54
12   to meet our customer's expectations around           15:56:57
13   separation of that data.                             15:56:59
14   Q    And so going back where you were speaking       15:57:05
15   about the ▓▓▓ being enabled, what is an ▓▓▓?         15:57:08
16   A    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   15:57:28
17        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 15:57:33
18        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 15:57:36
19        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓            15:57:39
20        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                        15:57:46
21        ▓▓▓▓▓▓▓▓                                       15:57:53
22   Q    ▓▓▓▓▓▓▓▓                                       15:57:54
23        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 15:58:03
24        ▓▓▓▓▓▓▓▓?                                      15:58:07
25   A    This is something that's still in              15:58:09
                                                          Page 94

 1   discussion. We haven't finalized.                    15:58:10
 2        MS. OLSON: I'm just going to take the          15:58:17
 3   opportunity to designate the transcript as           15:58:18
 4   Confidential.                                        15:58:20
 5        MS. NYBORG-BURCH: Okay. I think we'll do       15:58:23
 6   the same as we've done before where you'll follow up 15:58:24
 7   later with specific designations?                    15:58:27
 8        MS. OLSON: That process relates to             15:58:34
 9   Attorneys' Eyes Only designations; but yes, we'll do 15:58:35
10   that.                                                15:58:38
11        MS. NYBORG-BURCH: Yes. Okay. You're            15:58:42
12   right. Thank you, Aly.                               15:58:43
13   BY MS. NYBORG-BURCH:                                 15:58:44
14   Q    So the question was whether you had             15:58:45
15   testified that anonymous baseview is where the       15:58:58
16   Client ID is stored.                                 15:59:02
17   A    Yes, that's correct.                            15:59:08
18   Q    And is anonymous baseview also where the        15:59:10
19   UID is stored?                                       15:59:17
20        MS. OLSON: Objection. Lacks foundation.        15:59:28
21        THE WITNESS: There is separate storage         15:59:42
22   where we -- a parallel storage where we keep User ID 15:59:44
23   key data.                                            15:59:50
24   BY MS. NYBORG-BURCH:                                 15:59:52
25   Q    And what is that storage?                       15:59:52
                                                          Page 95

 1   A    It's a User ID baseview                         15:59:55
 2   Q    And so the reference here where it says,        16:00:00
 3   Assuming UID is stored in anonymous baseview today,  16:00 02
 4   is that saying that ▓▓▓ is currently stored in       16:00:09
 5   anonymous baseview?                                  16:00:14
 6   A    I was actually unclear of that  And in         16 00:26
 7   this thread aimed to get clarity on that subject     16:00:30
 8   Q    And do you have clarity now on that             16:00:35
 9   subject?                                             16:00:36
10   A    Yes  I believe that the User ID itself is      16:00:46
11   also stored as metadata in the anonymous baseview    16:00:53
12   today which enables us to, among other things,       16:01:01
13   export it to big query, which is for our customers   16:01:05
14   to be able to perform custom processing and analysis 16:01:10
15   on their data                                        16:01:13
16   Q    And the message From Sree Pothana at            16:01:18
17   14:50:52 where it says, Problem is we don't encrypt  16:01:24
18   it today                                             16:01:29
19        Is the "it" there in reference to the UID?     16:01:29
20        MS  OLSON: Objection  Lacks foundation         16:01:35
21   Calls for speculation                                16:01:40
22        THE WITNESS: I'm not sure                      16:01:46
23   BY MS  NYBORG-BURCH:                                 16:01:47
24   Q    And where you said, Sure, but we could          16:01:47
25   start; do you know what you were referring to, right 16:01:49
                                                          Page 96

 1   below?                                               16:01:54
 2   A    I believe I interpreted her response to         16:02:10
 3   mean that User ID is stored in the Client ID space   16:02:12
 4   unencrypted today.                                   16:02:18
 5   Q    And do you see where Sree Pothana wrote         16:02:23
 6   later down, that, We still will have historical data 16:02:26
 7   that is not encrypted and joinable.  Just two lines  16:02:31
 8   down.                                                16:02:36
 9   A    Yes.                                            16:02:38
10   Q    What was not encrypted -- what historical       16:02:39
11   data was not encrypted and joinable?                 16:02:42
12        MS. OLSON: Objection. Calls for                16:02:47
13   speculation.                                         16:02:48
14        THE WITNESS: See, this -- there's an           16:02:50
15   existing feature, which is User ID, which is not     16:02:51
16   separately encrypted from the rest of Analytics      16:02:57
17   today and is not -- we don't communicate any         16:03:02
18   expectation that it would be to customers.           16:03:06
19        And so Sree's statement that, We will have     16:03:09
20   historical data that's not encrypted and joinable,   16:03:14
21   just reflects the current state of the product.      16:03:17
22   BY MS. NYBORG-BURCH:                                 16:03:20
23   Q    And would that historical data be joinable      16:03:20
24   with a ▓▓▓?                                          16:03:23
25        MS. OLSON: Objection. Calls for                16:03:27
                                                          Page 97
```

## Page 98

1  speculation.   16:03:28
2      THE WITNESS: This is a thread from nine   16:03:29
3  months ago. And my understanding is that this is --   16:03:32
4  first of all, the feature has not launched. So   16:03:40
5  we're talking speculatively about the behavior of a   16:03:44
6  still-to-be-implemented feature.   16:03:47
7      And then additionally, this is something   16:03:50
8  that we are -- we are addressing with the design, I   16:03:54
9  believe. So if and when this new feature does come   16:03:59
10 to light and if encryption of this data is something   16:04:04
11 that we believe our customers would demand, if we   16:04:08
12 promised that we will do it, we will do it.   16:04:13
13     BY MS. NYBORG-BURCH:   16:04:16
14     Q   And do you know in the statement, we will   16:04:16
15 have historical data that is not encrypted and   16:04:19
16 joinable, do you know where this join would happen?   16:04:22
17     MS. OLSON: Objection. Calls for   16:04:27
18 speculation.   16:04:27
19     THE WITNESS: To say that something is   16:04:31
20 joinable is not to say something will be joined.   16:04:32
21 Often in Google we go to great lengths to make joins   16:04:38
22 impossible. So that any speculation that Google   16:04:43
23 would do some joining would be, on their face, false   16:04:46
24 because it would be literally impossible.   16:04:52
25 ///   16:04:53

## Page 99

1  BY MS. NYBORG-BURCH:   16:04:55
2      Q   Let me rephrase. Do you know in this   16:04:59
3  statement, do you know where this join could happen,   16:05:01
4  not that Google would do it?   16:05:06
5      MS. OLSON: Objection. Asked and answered.   16:05:09
6  Calls for speculation.   16:05:11
7      THE WITNESS: No. There is no process that   16:05:17
8  would aim to join these things. This discussion is   16:05:18
9  about how making it so that even in theory such a   16:05:24
10 join would not be possible.   16:05:27
11     BY MS. NYBORG-BURCH:   16:05:28
12     Q   Right. And I understand that this   16:05:29
13 conversation is, in part, about that. My question   16:05:31
14 was, where Sree wrote, We still will have historical   16:05:34
15 data that is not encrypted and joinable, and this   16:05:41
16 was a concern, where was -- where would that join be   16:05:44
17 able to happen? Not where would Google perform a   16:05:50
18 joining of that data.   16:05:55
19     MS. OLSON: Objection to the   16:05:57
20 characterization of the document and calls for   16:06:00
21 speculation.   16:06:02
22     THE WITNESS: I think if you read the   16:06:07
23 document in context and in total you'll see that the   16:06:08
24 issue is not actually practical.   16:06:10
25     So there's reference to data retention   16:06:14

## Page 100

1  settings and the fact that we have time to launch   16:06:17
2  the feature which make this point or this concern   16:06:20
3  moot. So there will be no concern about   16:06:23
4  joinability. And some questions about where a join   16:06:29
5  could occur, to me, seem irrelevant.   16:06:32
6      BY MS. NYBORG-BURCH:   16:06:34
7      Q   Sure. It may be irrelevant, but my   16:06:35
8  question is, in the context of this document, where   16:06:37
9  was the concern that joins would occur back in June   16:06:39
10 of 2021?   16:06:43
11     MS. OLSON: Objection. Asked and answered.   16:06:51
12 Calls for speculation. And mischaracterizes the   16:06:51
13 document.   16:07:01
14     THE WITNESS: Sorry. I'm still not   16:07:13
15 following. I'm hung up on this -- I really will   16:07:14
16 just end up repeating myself, that there is no   16:07:16
17 actual concern of joinability and you're asking   16:07:19
18 where joins could occur.   16:07:22
19     BY MS. NYBORG-BURCH:   16:07:23
20     Q   So let's turn to the page ending in 9 --   16:07:24
21     MS. OLSON: This is actually a good   16:07:28
22 stopping point. It's been about another hour.   16:07:29
23     MS. NYBORG-BURCH: We'll just finish this   16:07:32
24 document and we'll stop. I'm almost done.   16:07:33
25 ///   16:07:35

## Page 101

1  BY MS. NYBORG-BURCH:   16:07:39
2      Q   Do you see where Sree wrote, At least we   16:07:39
3  have options to think through without expensive   16:07:41
4  rewrites? And you wrote, Exactly, but is that the   16:07:46
5  only potential join key? Do you see that?   16:07:49
6      A   I do.   16:07:54
7      Q   What was the potential join key being   16:07:54
8  referred to there?   16:07:56
9      MS. OLSON: Objection. Calls for   16:08:01
10 speculation.   16:08:02
11     THE WITNESS: This is a reference to ▮▮▮   16:08:09
12 and UID.   16:08:12
13 BY MS. NYBORG-BURCH:   16:08:16
14     Q   And so the join key would be between a UID   16:08:16
15 and an ▮▮▮?   16:08:20
16     A   The UID, in theory; but again, it was   16:08:32
17 rendered moot. Could, without any changes,   16:08:37
18 potentially be a join key between the ▮▮▮ space,   16:08:41
19 which doesn't exist yet, and the pseudonymous   16:08:47
20 baseview.   16:08:51
21     And the concern was resolved in this   16:08:55
22 thread. And you'll see that Sree answers in the   16:08:58
23 next question that there are no other potential join   16:09:01
24 keys rendering the whole discussion resolved, and   16:09:03
25 that there are no known potential join keys between   16:09:09

26 (Pages 98 - 101)

## Page 110

```
 1        REPORTER'S CERTIFICATE
 2     I, VICTORIA A. GUERRERO, California Certified Shorthand
 3  Reporter, Registered Merit Reporter, Certified Realtime
 4  Reporter, do hereby certify that, pursuant to Federal Rules
 5  of Civil Procedure, STEVE GANEM appeared remotely before me
 6  at the time and place mentioned in the caption herein; that
 7  the witness was, by me, first duly sworn/affirmed under oath
 8  and examined upon oral interrogatories propounded by
 9  counsel;
10     that said examination together with the testimony of
11  said witness was taken down by me in stenotype and
12  transcribed through computer-aided transcription; I further
13  certify that I am not a relative or employee of any attorney
14  of the parties, nor financially interested in the action;
15     and the foregoing transcript, pages 1 through 109,
16  review requested by the witness or a party, constitutes a
17  full, true, and correct record of such testimony adduced and
18  oral proceedings had and of the whole thereof
19     WITNESS MY HAND AND DIGITAL SIGNATURE this Monday,
20  March 28, 2022
21
22
23  Victoria A. Guerrero, CSR, RMR, CRR
    Oregon CSR No 14-0428   (exp 6-30-2023)
24  Washington CCR No 3293   (exp 3-15-2023)
    California CSR No 8370   (exp 3-15-2023)
25  Hawaii CSR No 490       (exp 12-31-2022)
```

## Page 111

```
 1  ALY OLSON, ESQ.
 2  alyolson@quinnemanuel.com
 3              MARCH 28, 2022
 4  RE: BROWN V. GOOGLE
 5  MARCH 23, 2022, STEVE GANEM, JOB NO. 5130916
 6  The above-referenced transcript has been
 7  completed by Veritext Legal Solutions and
 8  review of the transcript is being handled as follows:
 9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10     to schedule a time to review the original transcript at
11     a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13     Transcript - The witness should review the transcript and
14     make any necessary corrections on the errata pages included
15     below, noting the page and line number of the corrections.
16     The witness should then sign and date the errata and penalty
17     of perjury pages and return the completed pages to all
18     appearing counsel within the period of time determined at
19     the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21     Counsel - Original transcript to be released for signature
22     as determined at the deposition.
23  __ Signature Waived – Reading & Signature was waived at the
24     time of the deposition.
25
```

## Page 112

```
 1  _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
 2     Transcript - The witness should review the transcript and
 3     make any necessary corrections on the errata pages included
 4     below, noting the page and line number of the corrections.
 5     The witness should then sign and date the errata and penalty
 6     of perjury pages and return the completed pages to all
 7     appearing counsel within the period of time determined at
 8     the deposition or provided by the Federal Rules.
 9  __ Federal R&S Not Requested - Reading & Signature was not
10     requested before the completion of the deposition.
```

## Page 113

```
 1  BROWN V. GOOGLE
 2  STEVE GANEM (#5130916)
 3         E R R A T A  S H E E T
 4  PAGE_____ LINE_____ CHANGE_____
 5  _____
 6  REASON_____
 7  PAGE_____ LINE_____ CHANGE_____
 8  _____
 9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  WITNESS                   Date
25
```