# Exhibit 10

# Redacted Version of Document Sought to be Sealed

```
 1   ** C O N F I D E N T I A L **
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   SAN JOSE DIVISION
 5   Case No. 5:20-cv-5146-LHK
 6   ------------------------------------x
     PATRICK CALHOUN, ELAINE CRESPO,
 7   HADIYAH JACKSON and CLAUDIA
     KINDLER, on behalf of all
 8   others similarly situated,
 9            Plaintiffs,
10
11       - against -
12
13   GOOGLE LLC,
14            Defendant.
     ------------------------------------x
15              (Caption Continued)
16              November 24, 2021
                9:06 a.m.
17
                VOLUME II
18
19      Continued Videotaped Deposition of
20   ABDELKARIM MARDINI, taken by Plaintiffs,
21   pursuant to Notice, held via Zoom
22   videoconference, before Todd DeSimone, a
23   Registered Professional Reporter and Notary
24   Public of the States of New York and New
25   Jersey.
```

Page 240

Page 241:

```
 1  UNITED STATES DISTRICT COURT
 2  NORTHERN DISTRICT OF CALIFORNIA
 3  SAN JOSE DIVISION
 4  Case No. 5:20-cv-03664-LHK
 5  ----------------------------------x
    CHASOM BROWN, WILLIAM BYATT,
 6  JEREMY DAVIS, CHRISTOPHER
    CASTILLO and MONIQUE TRUJILLO,
 7  individually and on behalf of all
    others similarly situated,
 8
          Plaintiffs,
 9
10        - against -
11
12
    GOOGLE LLC,
13
          Defendant.
14  ----------------------------------x
15
...
25
```

Page 242:

```
 1  A P P E A R A N C E S :
 2  BLEICHMAR FONTI & AULD LLP
      555 12th Street
 3    Suite 1600
      Oakland, California 94607
 4      Attorneys for Plaintiffs
          in Calhoun case
 5  BY:  LESLEY E WEAVER, ESQ
         lweaver@bfalaw com
 6
 7
 8  DICELLO LEVITT GUTZLER LLC
      One Grand Central Place
 9    60 East 42nd Street
      Suite 2400
10    New York, New York 10165
        Attorneys for Plaintiffs
11      in Calhoun case
    BY:  DAVID A STRAITE, ESQ
12       dstraite@dicellolevitt com
13
14
15  SIMMONS HANLY CONROY LLC
      112 Madison Avenue
16    7th Floor
      New York, New York 10016
17      Attorneys for Plaintiffs
           in Calhoun case
18  BY:  JASON "JAY" BARNES, ESQ
         jaybarnes@simmonsfirm com
19       AN TRUONG, ESQ
         atruong@simmonsfirm com
20
...
25
```

Page 243:

```
 1  A P P E A R A N C E S: (Continued)
 2  BOIES SCHILLER FLEXNER LLP
      44 Montgomery Street
 3    41st Floor
      San Francisco, California 94104
 4      Attorneys for Plaintiffs in
          Brown Case
 5  BY:  BEKO O. REBLITZ-RICHARDSON, ESQ.
         brichardson@bsfllp.com
 6       ERIKA NYBORG-BURCH, ESQ.
         enyborg-burch@bsfllp.com
 7
 8
 9  QUINN EMANUEL URQUHART & SULLIVAN LLP
      191 North Wacker Drive
10    Suite 2700
      Chicago, Illinois 60606
11      Attorneys for Defendant
    BY:  ANDREW H. SCHAPIRO, ESQ.
12       andrewschapiro@quinnemanuel.com
         TEUTA FANI, ESQ.
13       teutafani@quinnemanuel.com
14
15
16  ALSO PRESENT:
17    MATTHEW GUBIOTTI, Google LLC
18    MARC FRIEDMAN, Videographer
19
...
25
```

Page 244:

```
 1           THE VIDEOGRAPHER: Good morning
 2  We are going on the record at 9:06 a.m.
 3  eastern standard time on Wednesday,
 4  November 24th, 2021.  Please silence your
 5  cell phones, computer tone or any other
 6  electronic devices you have near you.
 7  Audio and video recording will continue to
 8  take place unless all parties agree to go
 9  off the record.
10           This is media unit number one
11  of the video-recorded deposition of
12  AbdelKarim Mardini, Volume II.  The caption
13  of this case is Patrick Calhoun, et al.,
14  versus Google LLC.  This case is filed in
15  the United States District Court, Northern
16  District of California, San Jose Division,
17  case number 5:20-CV-5146.  Second caption,
18  Chasom Brown, et al., versus Google LLC.
19  This case is also filed in the United
20  States District Court, Northern District of
21  California, San Jose Division, case number
22  5:20-CV-03664.  This is also Volume II of
23  Mr. Mardini's testimony.
24           My name is Marc Friedman, I'm
25  your certified video legal specialist, your
```

```
 1  estimate of the impact of ▇▇▇▇▇▇
 2     A.    I believe that Mr. Liao was the
 3  Ads person who was conducting the analysis
 4  or was leading maybe the analysis on the
 5  Ads side.
 6     Q.    And did you have any role in
 7  the preparation of Exhibit 49?
 8     A.    No.
 9     Q.    If you look at the page ending
10  210 in the middle, do you see where it says
11  "Chrome key metrics," and then it says
12  "POCs: rorymcclelland, mjv, mardini, feuunk
13  and dullweber"?
14     A.    Yes.
15     Q.    Is that a reference to you,
16  Mr. Mardini?
17           MR. SCHAPIRO:  Objection to the
18  form of the question.
19     A.    Yeah, this Mardini here is a
20  reference to me.
21     Q.    And what does POC stand for, if
22  you know?
23     A.    Point of contact.
24     Q.    If you know, who is MJV?
25     A.    MJV is a product manager on the
                                        Page 409
```

```
 1  Chrome privacy sandbox team.  His name is
 2  Marshall, M-a-r-s-h-a-l-l, Vale, V-a-l-e.
 3     Q.    And if you look at the bottom
 4  it says "Ads revenue key numbers," and the
 5  POC is jongreenberg.  Do you see that?
 6     A.    Yes, Jon Greenberg, yeah.
 7     Q.    Do you have any understanding
 8  as to who Jon Greenberg is?
 9     A.    No, I don't recall seeing this
10  user name before.
11     Q.    So if you look on the page
12  ending 209, there is a table that says
13  ▇▇▇▇▇▇    Impact M83.  Do you see that?
14     A.    Yes.
15     Q.    And is it your understanding
16  that this table reflects the financial
17  impact of ▇▇▇▇▇▇ on Google search ads,
18  YouTube ads, and display ads?
19     A.    Yes.
20     Q.    And then do you see there is a
21  prorated and annualized, there is two
22  separate columns?
23     A.    Yes.
24     Q.    What do you understand prorated
25  to mean there?
                                        Page 410
```

```
 1     A.    I don't know what prorated
 2  means in this context.
 3     Q.    And annualized, do you know
 4  what annualized refers to in this context?
 5     A.    Typically annualized means
 6  yearly, per year.
 7     Q.    Do you have an understanding of
 8  what the difference between the post-COVID
 9  and pre-COVID metrics are in this table?
10     A.    I cannot confirm exactly what
11  this means, the post-COVID or pre-COVID.  I
12  don't remember seeing or -- I don't
13  remember this stopping me to think about
14  it.
15           No, I mean, I know what was in
16  the e-mail.  Post-COVID and pre-COVID is
17  not something I spent a lot of time
18  thinking about or discussing with anyone.
19     Q.    If you go back to what was
20  marked as Exhibit 48, Mr. McClelland
21  referenced an impact on revenue to be
22  around ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ per year.
23  You see that, right?
24     A.    Yes.
25     Q.    And that was -- that was impact
                                        Page 411
```

```
 1  on Google revenue, correct?
 2     A.    Yes, on Ads revenue.
 3     Q.    And if you look at what's
 4  marked as Exhibit 49, the calculations here
 5  are post-COVID annualized ▇▇▇▇▇▇▇, and
 6  pre-COVID annualized ▇▇▇▇▇▇▇.  Do you
 7  see that?
 8     A.    Yes.
 9     Q.    Can you explain the difference
10  between the ▇▇▇▇▇▇▇▇▇▇▇▇ per
11  year referenced in Mr. McClelland's e-mail
12  and the ▇▇▇▇▇▇▇▇▇▇▇ calculation
13  included in Exhibit 49?
14     A.    I believe, if I'm reading the
15  table correctly with you here, that the
16  number in Mr. McClelland's e-mail refers to
17  search ads and the numbers in the table
18  here add up the search ads, the YouTube
19  ads, and the display ads.
20     Q.    So it's your understanding that
21  Mr. McClelland was only reporting the
22  impact on search ads, but this table
23  includes the impact on Google's revenues
24  for not just search ads, but also YouTube
25  ads and display ads; is that correct?
                                        Page 412
```

```
 1    A.   That is my understanding at
 2 this time, yes.  But I have to confirm it
 3 with the author of that table.
 4    Q.   Right.  And these were
 5 reductions in revenue based on blocking
 6 third-party cookies by default in incognito
 7 with ▮▮▮▮▮▮▮▮ correct?
 8         MR. SCHAPIRO:  Objection to the
 9 form of the question, foundation, assumes
10 facts not in evidence.
11    A.   That seems to be the case.
12    Q.   And if you go back to the page
13 ending 210, where your name appears under
14 Chrome Key Metrics, there is a Chrome
15 overall traffic share per Google property,
16 and then the second box is Chrome incognito
17 mode traffic out of all Chrome traffic.  Do
18 you see that?
19    A.   Uh-huh.
20    Q.   Do you have an understanding as
21 to what that row represents, Chrome
22 incognito mode traffic out of all Chrome
23 traffic?
24    A.   Yes.
25    Q.   What do you understand that to
```
Page 413

```
 1 represent?
 2    A.   That represents from all the
 3 usage of Chrome, I think time spent in
 4 Chrome, or page loaded in Chrome, I don't
 5 know which exactly, how much percent of it
 6 is in regular mode and how much percent of
 7 it is in incognito mode.
 8    Q.   So was this an attempt by
 9 Google to assess the portion of the Chrome
10 traffic that represented incognito mode
11 traffic?
12         MR. SCHAPIRO:  Objection to the
13 form of the question.
14    A.   I mean, as I mentioned, we know
15 when a user starts an incognito session, we
16 don't know what happens in the incognito
17 session on the Chrome side, and then we
18 know when the incognito session ended, and
19 then this data, as I said, is aggregated
20 and anonymized to give an overall picture
21 of the usage of incognito mode.
22         The term "traffic" here is
23 ambiguous in my opinion, because I don't
24 know what exactly it means here.  Traffic,
25 like is it number of kilobytes or what?  I
```
Page 414

```
 1 don't know.  But I can tell you that in
 2 Chrome, this is what we measure, the
 3 percentage of users who clicked on open new
 4 incognito window.
 5    Q.   Were you the one who prepared
 6 the calculations included in that row,
 7 Chrome incognito mode traffic out of all
 8 Chrome traffic?
 9    A.   No, I was not the person
10 involved in making that calculation,
11 specific calculation.  I'm not sure what
12 the numbers also mean next to it.
13    Q.   Do you know who was involved in
14 preparing that calculation?
15    A.   Probably a Chrome data analyst,
16 Mr. Dullweber.
17    Q.   Is this Exhibit 49 consistent
18 with your recollection regarding
19 ▮▮▮▮▮▮▮▮ that the annualized impact on
20 Google's revenue from ▮▮▮▮▮▮▮▮ was
21 estimated as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 per year?
23    A.   That's what the document says,
24 yes.  I don't recall the exact numbers.
25 Like I did not memorize the numbers, but
```
Page 415

```
 1 that's what the document says.
 2    Q.   Let's look at what has been
 3 marked as Exhibit 50.
 4    A.   Exhibit 50.
 5    Q.   Which is GOOG-BRWN-00439740.
 6    A.   Yes, I have it in front of me.
 7    Q.   And, Mr. Mardini, this is an
 8 e-mail exchange that starts with
 9 Mr. McClelland's e-mail at the back and
10 ends with an e-mail from you on the first
11 page.  I only have questions about your
12 e-mail on the first page, but you're
13 welcome to review the document.
14    A.   Okay.  Could you give me a
15 moment to review the initial thread?
16 Because I don't think I remember that.  It
17 is quite a long thread it seems.
18         (Witness perusing document.)
19    A.   Okay, thank you.
20    Q.   Mr. Mardini, is Exhibit 50 an
21 e-mail that you sent as part of your work
22 with Google?
23    A.   Yes, this appears to be the
24 case.
25    Q.   Do you see where you wrote
```
Page 416

45 (Pages 413 - 416)

```
 1  "Here is a chronological recap," and then
 2  you include a series of dates and comments?
 3     A.   Yes.
 4     Q.   What were you trying to convey
 5  there with that chronological recap?
 6          MR. SCHAPIRO:  Objection to the
 7  form of the question.
 8     A.   What I was trying to convey
 9  when I sent this e-mail is the full history
10  of engagement with the Ads team related to
11  the ▮▮▮▮▮▮ project.  This e-mail is
12  sent on May 5th, 2020, and you can see I
13  was trying to say okay, here is what we
14  have been discussing with them to refresh
15  Matt and Parisa's memory.
16          Matt was not on the team in
17  August/September 2019, and I think Matt had
18  just joined at that time, around that time,
19  like in May 2020, so it is more, literally
20  what I said, like a recap so that we are
21  all on the same page and so that they know
22  the history of the engagements.
23     Q.   Thank you.  And the first part
24  of your recap says "August to September
25  2019:  We shared the plan to launch
```
Page 417

```
 1  ▮▮▮▮▮▮ in M79."
 2          Do you see that?
 3     A.   Yes.
 4     Q.   Did ▮▮▮▮▮▮ launch in M79?
 5          MR. SCHAPIRO:  Objection,
 6  foundation, vague.
 7     A.   I don't remember whether we
 8  launched a small experiment in M79 or not,
 9  but at the time, like in August and
10  September 2019, we probably had a plan to
11  launch it in M79, and this is the plan
12  referenced here.  Whether it launched in
13  M79 or not, I do not recall whether we did
14  that.
15     Q.   It launched in M83, correct,
16  ▮▮▮▮▮▮
17          MR. SCHAPIRO:  Objection,
18  foundation, vague.
19     A.   No.  I mean, I'm reading the
20  chronology with you right now as we are
21  speaking, because I don't remember now in
22  2021 what happened at the end of 2019, and
23  it seems that we did not launch 1 percent
24  on M79, but then we launched it in the
25  following one, in January 2020.
```
Page 418

```
 1  M83 was probably the full
 2  launch to 100 percent.  But in the period
 3  between like January 2020 and May 2020, I
 4  think there were multiple experiments and
 5  measurements.
 6     Q.   That's very helpful.  Would you
 7  also look at what has been marked as
 8  Exhibit 51, which is GOOG-BRWN-00230425.
 9     A.   Yes.
10     Q.   And that's an e-mail from you
11  that you sent as part of your work for
12  Google, correct?
13     A.   Yes.
14     Q.   And that was an e-mail you sent
15  on July 15th, 2020; is that right?
16     A.   Yes.
17     Q.   And you start "I would like to
18  give you an update on how our User Agency
19  moment for Chrome M83 has landed."
20          Do you see that?
21     A.   Yes.
22     Q.   And that list there includes
23  ▮▮▮▮▮▮ on Desktop and Android?
24     A.   Yes.
25     Q.   Does that refresh your
```
Page 419

```
 1  recollection that the full launch of
 2  ▮▮▮▮▮▮ was part of M83?
 3          MR. SCHAPIRO:  Objection,
 4  misstates the testimony.
 5     A.   Yes.
 6     Q.   And would that full launch of
 7  ▮▮▮▮▮▮ have been on or about July
 8  15th, 2020?
 9     A.   Sorry, could you repeat the
10  question?
11     Q.   I'm just trying to understand,
12  your e-mail here is from July 15th, 2020
13  talking about M83, and I'm asking was M83
14  released on or about July 15th, 2020?
15     A.   No.
16     Q.   Do you know when M83 was
17  launched or released?
18     A.   It would have been around the
19  May 2020 time frame.
20     Q.   So it's your understanding that
21  M83 was released in or -- in May 2020?
22     A.   We can check that online.  I
23  think it was around May 2020.
24     Q.   Great, thank you.
25          Going back to Exhibit 50 which
```
Page 420

```
 1        EXHIBITS
 2  MARDINI    DESCRIPTION          PAGE
    Exhibit 43  GOOG-BRWN-00051039-   358
 3              00051048
    Exhibit 44  GOOG-CABR-05269678-   358
 4              05269708
    Exhibit 45  GOOG-CABR-00413286-   370
 5              00413289
    Exhibit 46  GOOG-BRWN-00182492-   381
 6              00182495
    Exhibit 47  GOOG-CABR-00410304-   386
 7              00410322
    Exhibit 48  GOOG-BRWN-00454633-   403
 8              00454634
    Exhibit 49  GOOG-CABR-04455208-   403
 9              04455218
    Exhibit 50  GOOG-BRWN-00439740-   403
10              00439745
    Exhibit 51  GOOG-BRWN-00230425-   403
11              00230427
    Exhibit 52  GOOG-CABR-04668451    430
12  Exhibit 53  GOOG-CABR-04739841-   430
                04739845
13
    DIRECTIONS NOT TO ANSWER
14
       Page   Line
15     (NONE)
16
17
    REQUESTS
18
       Page   Line
19     (NONE)
20
21
22
23
24
25
                                    Page 473
```

```
 1         CERTIFICATION
 2
 3    I, TODD DeSIMONE, a Notary Public for
 4  and within the State of New York, do hereby
 5  certify:
 6    That the witness whose testimony as
 7  herein set forth, was duly sworn by me; and
 8  that the within transcript is a true record
 9  of the testimony given by said witness.
10    I further certify that I am not related
11  to any of the parties to this action by
12  blood or marriage, and that I am in no way
13  interested in the outcome of this matter.
14    IN WITNESS WHEREOF, I have hereunto set
15  my hand this 1st day of December, 2021.
16
17
18       Todd DeSimone
19       TODD DESIMONE
20         *   *   *
21
22
23
24
25
                                    Page 474
```

```
 1                ERRATA SHEET
       VERITEXT/NEW YORK REPORTING, LLC
 2
    CASE NAME: CALHOUN v GOOGLE
 3  DATE OF DEPOSITION: 11/24/21
    WITNESS' NAME: ABDELKARIM MARDINI
 4
    PAGE/LINE(S)/    CHANGE       REASON
 5  ___/___/_____/_____
 6  ___/___/_____/_____
 7  ___/___/_____/_____
 8  ___/___/_____/_____
 9  ___/___/_____/_____
10  ___/___/_____/_____
11  ___/___/_____/_____
12  ___/___/_____/_____
13  ___/___/_____/_____
14  ___/___/_____/_____
15  ___/___/_____/_____
16  ___/___/_____/_____
17  ___/___/_____/_____
18  ___/___/_____/_____
19
20  _____
         ABDELKARIM MARDINI
21  SUBSCRIBED AND SWORN TO
    BEFORE ME THIS_____DAY
22  OF_____, 2021
23  _____
        NOTARY PUBLIC
24  MY COMMISSION EXPIRES_____
25
                                    Page 475
```

```
 1  BEKO O REBLITZ-RICHARDSON, ESQ
 2  brichardson@bsfllp com
 3                DECEMBER 1, 2021
 4  RE: PATRICK CALHOUN v GOOGLE LLC
 5  NOVEMBER 24, 2021, ABDELKARIM MARDINI, VOL II, JOB NO 4962196
 6  The above-referenced transcript has been
 7  completed by Veritext Legal Solutions and
 8  review of the transcript is being handled as follows:
 9  __ Per CA State Code (CCP 2025 520 (a)-(e)) – Contact Veritext
10     to schedule a time to review the original transcript at
11     a Veritext office
12  __ Per CA State Code (CCP 2025 520 (a)-(e)) – Locked PDF
13     Transcript - The witness should review the transcript and
14     make any necessary corrections on the errata pages included
15     below, notating the page and line number of the corrections
16     The witness should then sign and date the errata and penalty
17     of perjury pages and return the completed pages to all
18     appearing counsel within the period of time determined at
19     the deposition or provided by the Code of Civil Procedure
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21     Counsel - Original transcript to be released for signature
22     as determined at the deposition
23  __ Signature Waived – Reading & Signature was waived at the
24     time of the deposition
25
                                    Page 476
```