UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' SUPPLEMENTAL REQUEST FOR SANCTIONS**<br><br>Judge: Hon. Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Supplemental Sanctions Brief Pursuant to Dkt. 624 ("Supplemental Request for Sanctions").  Having considered the parties' papers filed in support of and in opposition to the Supplemental Request for Sanctions, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

The Supplemental Request for Sanctions is denied.

**SO ORDERED**.

DATED: _____    _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge