| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted *pro hac vice*) | Bill Carmody (admitted *pro hac vice*) |
| 333 Main Street | Shawn J. Rabin (admitted *pro hac vice*) |
| Armonk, NY 10504 | Steven M. Shepard (admitted *pro hac vice*) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted *pro hac vice*) |
| dboies@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| Mark C. Mao, CA Bar No. 236165 | Tel.: (212) 336-8330 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | bcarmody@susmangodfrey.com |
| Erika Nyborg-Burch, CA Bar No. 342125 | srabin@susmangodfrey.com |
| 44 Montgomery St., 41st Floor | sshepard@susmangodfrey.com |
| San Francisco, CA 94104 | afrawley@susmangodfrey.com |
| Tel.: (415) 293-6800 | |
| mmao@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891 |
| brichardson@bsfllp.com | 1900 Avenue of the Stars, Suite 1400 |
| enyborg-burch@bsfllp.com | Los Angeles, CA 90067 |
| | Tel.: (310) 789-3100 |
| James Lee (admitted *pro hac vice*) | abonn@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | |
| 100 SE 2nd St., 28th Floor | **MORGAN & MORGAN** |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| Alison L. Anderson, CA Bar No. 275334 | jyanchunis@forthepeople.com |
| 725 S Figueroa St., 31st Floor | rmcgee@forthepeople.com |
| Los Angeles, CA 90017 | |
| Tel.: (213) 995-5720 | Michael F. Ram, CA Bar No. 104805 |
| alanderson@bsfllp.com | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER GOOGLE'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 79-5** |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed.

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Portions highlighted in yellow on pages 5, 6, 11, and 16 of Plaintiffs' Opposition to Google's Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier | Google | Contains Material Designated "Confidential" and "Highly Confidential" by Google pursuant to the Protective Order |
| Entirety of Exhibits 1, 3-4, and 6-9 of Frawley Declaration In Opposition to Google's Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier | Google | Material Designated "Confidential" and "Highly Confidential" by Google pursuant to the Protective Order |

Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

Dated: August 19, 2022

Respectfully submitted,

By: /s/ Mark Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Bill Carmody (*pro hac vice*)

| | |
|---|---|
| 1 | bcarmody@susmangodfrey.com |
| | Shawn J. Rabin (*pro hac vice*) |
| 2 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| 3 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley (*pro hac vice*) |
| 4 | afrawley@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 5 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| 6 | Telephone: (212) 336-8330 |
| 7 | |
| | Amanda Bonn (CA Bar No. 270891) |
| 8 | abonn@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 9 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 10 | Telephone: (310) 789-3100 |
| 11 | |
| | John A. Yanchunis (*pro hac vice*) |
| 12 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 13 | rmcgee@forthepeople.com |
| 14 | MORGAN & MORGAN, P.A. |
| | 201 N Franklin Street, 7th Floor |
| 15 | Tampa, FL 33602 |
| | Telephone: (813) 223-5505 |
| 16 | Facsimile: (813) 222-4736 |
| 17 | |
| | Michael F. Ram, CA Bar No. 104805 |
| 18 | MORGAN & MORGAN |
| | 711 Van Ness Ave, Suite 500 |
| 19 | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| 20 | mram@forthepeople.com |
| 21 | |
| | *Attorneys for Plaintiffs* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

PLAINTIFFS' ADMINISTRATIVE MOTION RE: SEALING
Case No. 4:20-cv-03664-YGR-SVK