**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
William C. Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF JAMES LEE IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' DAMAGES EXPERT MICHAEL J. LASINSKI**<br><br>The Honorable Yvonne Gonzalez Rogers |

## DECLARATION OF JAMES W. LEE

I, James W. Lee, declare as follows:

1.  I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Florida. I have personal knowledge of the matters set forth herein and am competent to testify.

2.  I submit this Declaration in support of Plaintiffs' Response to Google's Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski.

3.  Attached hereto as **Exhibit 1** are true and accurate excerpts from the transcript of the June 30, 2022 deposition of Google employee Sabine Borsay.

4.  Attached hereto as **Exhibit 2** is a true and accurate copy of an August 21, 2018, Washington Post article titled "*Don't want Google tracking you? You have almost no choice, according to a study*," authored by Hayley Tsukayama, available at https://www.washingtonpost.com/technology/2018/08/22/dont-want-google-tracking-you-you-have-almost-no-choice-according-new-study/.

5.  Attached hereto as **Exhibit 3** are true and accurate excerpts from the transcript of the August 16, 2022 deposition of On Amir.

6.  Attached hereto as **Exhibit 4** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04324934.

7.  Attached hereto as **Exhibit 5** are true and accurate excerpts from the transcript of the March 24, 2022 deposition of Google employee and designated Rule 30(b)(6) witness Troy Walker.

8.  Attached hereto as **Exhibit 6** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04820567.

9.  Attached hereto as **Exhibit 7** are true and accurate excerpts from the transcript of the March 10, 2022 deposition of Google employee and designated Rule 30(b)(6) witness Sonal Singhal.

10. Attached hereto as **Exhibit 8** are true and accurate excerpts from the rough transcript of the August 18, 2022 deposition of Bruce Strombom.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04010128.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00230425.

13. Attached hereto as **Exhibit 11** are true and accurate excerpts from the transcript of the August 2, 2022 deposition of Steven Weisbrot.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of August, 2022, at Miami, Florida.

*/s/ James W. Lee*