1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,

          Plaintiffs,

vs.

GOOGLE LLC,

          Defendant.

Case No.: 4:20-cv-03664-YGR-SVK

**DECLARATION OF ALEXANDER P. FRAWLEY IN OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT BRUCE SCHNEIER (DKT. 664)**

Judge: Hon. Yvonne Gonzalez Rogers
Date: September 20, 2022
Time: 2:00 p.m.
Location: Courtroom 1 – 4th Floor

## <u>DECLARATION OF ALEXANDER P. FRAWLEY</u>

1.      I am an associate with the law firm of Susman Godfrey LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of New York and admitted *pro hac vice* for this case (Dkt. 97). I have personal knowledge of the matters set forth herein and am competent to testify.

2.      I submit this Declaration with Plaintiffs' opposition to Google's motion to exclude the opinions of Plaintiffs' expert Bruce Schneier (Dkt. 664).

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from a document that Google produced in discovery, labeled GOOG-CABR-00128941.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the July 18, 2022 deposition of Bruce Schneier in this case.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from a document that Google produced in discovery, labeled GOOG-CABR-00111416.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from a document that Google produced in discovery, labeled GOOG-BRWN-00051239.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of an article titled, "Google's Eric Schmidt Calls Julian Assange 'Paranoid' and Says Tim Cook is Wrong," written by Nicole Sawyer and published on September 23, 2014. This article was last accessed on August 19, 2022 and is available at this link: https://abcnews.go.com/Business/googles-eric-schmidt-calls-julian-assange-paranoid-tim/story?id=25679642.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-CABR-04780837.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-BRWN-00060463.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-CABR-00358713.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-CABR-00501220.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August, 2022, at New York, New York.

*/s/ Alexander Frawley*