# Exhibit 5 to Frawley Declaration in Opposition to Google's Motion to Exclude Plaintiffs' Expert Bruce Schneier

# Google's Eric Schmidt Calls Julian Assange 'Paranoid' and Says Tim Cook Is Wrong

Google's executive chairman complains about Julian Assange, Tim Cook and data.

By NICOLE SAWYER
September 23, 2014, 1:02 PM

→ Share



**0:43**

Eric Schmidt's Message To Tim Cook
Watch Google's Chairman with Rebecca Jarvis on Real Biz

&#151; -- Eric Schmidt, Google's executive chairman, spent more than a decade as the Google's CEO, taking the company from a startup to a global tech giant. He spoke with ABC News' Real Biz about disagreements with Apple CEO Tim Cook, this whole privacy thing and why he thinks WikiLeaks' Julian Assange is "paranoid."

## Top Stories


Yellowstone says foot in hot spring linked to July 31 death
1 hour ago


Colorado homeowner emptied pistol to kill bear that broke in
Aug 18, 5:33 PM


Liz Cheney to ABC News on Pence testifying: 'I would hope that he will d…
11 minutes ago


Apple warns of security flaw for iPhones, iPads and Macs
Aug 19, 9:24 AM


Sunken World War II ships revealed on Danube River amid drought
3 hours ago

 ABC News Live

AD

**If You Eat Oatmeal Every Day, This Is What Happens**

Gundry MD

VIDEO    LIVE    SHOWS    GUNS IN AMERICA    JAN. 6

[Google Glass](#), [driverless cars](#) and, of course, those money-making ads.

Schmidt and Rosenberg's book focuses on the management of Google, revealing Schmidt's leadership secrets of how to get everyone on your management team to agree on a big decision.

In an interview with ABC News' chief business correspondent Rebecca Jarvis, Schmidt said: "You need buy-in and you need ownership for whatever the corporation is going to do," to avoid the "bobble head" effect in which "everybody goes yes and then the moment they leave the table, they go and they fight against you."

Recent Stories from ABC News

 Top Articles

READ MORE

**See it? Squish it! Fighting the invasive spotted lanternfly**

"Start your staff meeting by asking everyone their opinion and making sure everyone speaks," he suggested.

Instead of beginning the meeting with the most senior head honcho in the room dominating the conversation, he said it's important to get a discussion going from all of the people involved in the meeting to make sure the best idea comes out as fast as it can and then "set a deadline."

The Mountain View, California-based company is not only famous for its decision making, it's also known for its sneaker-wearing culture of co-founders Larry Page and [Sergey Brin](#), and their motto, "Don't be evil." But Schmidt's book reminds readers that Google is indeed a mammoth, global corporation.

[The C-Suite Insider: Google's Eric Schmidt Wakes Up at 8 AM](#)

[Google Seeks Help Defining 'Right to Be Forgotten'](#)


Eric Schmidt's Message To Tim Cook

Girl Gives Garbage Man Cup[...]
Week Until Dad Follows Him[...]
Ad  HealthyGem

[Google's EU Antitrust Woes Extended](#)

Speaking with ABC News, Schmidt addressed a recent comment by Apple CEO Tim Cook that for Internet companies, "You're the product." While Cook didn't address Google by name, he criticized firms that "build a profile based on your email content or Web browsing habits to sell to advertisers."

"I think that's not quite right," Schmidt said of Cook's letter published last week. "The fact of the matter is Google allows you to delete the information that we know about you and in fact, Google is so concerned about privacy that you could in fact, if you're using Chrome for example, you can browse in what is called 'incognito mode' where no one sees anything about you. So I just don't think that's right."

Days ago, WikiLeaks founder Julian Assange told the BBC and Sky News that, "Google's business model is to spy," and that the tech firm's "behavior" is "a privatized version of the [National Security Agency]."

Though Assange prefaced that Google is not acting illegally.

Eric Schmidt's Message To Tim Cook

Schmidt took a poke back at Assange's comments, saying, "Well, he's, of course, writing from the, shall we say, luxury lodgings of the local embassy in London. The fact of the matter is Julian is very paranoid about things and it's true that the NSA did things that they shouldn't have done, but Google has done none of those things. Google never collaborated with NSA and in fact, we've fought very hard against

encrypted them so no one can get them, especially the government."

# abcNEWS

**Customise Your Character, Choose Your Battle Weapon, Forge Your Legacy, Download TOF Now!**
Tower of Fantasy | Play Now

**Try Ka'Chava to Turbocharge Your Nutrition!**
Kachava | Learn More

**You'll Be Like Walking on a Cloud in These Shoes - Now 70% Off!**
COMFY SHOES | Shop Now

Part of a foot, in a shoe, spotted in Yellowstone hot spring

Doctor who sexually abused patients kills himself in jail

Russia warns Britain against planned spy plane overflight

**BaldiePro™ Electric Head Shaver, Bald Head Razor Kit, Best Head Clipper & Trimmer for Bald Men - Groomie™**
groomie.club

**These Prices on Hotels Could Surprise You**
Daily Deals | Learn More

**New Senior Apartments Near Ashburn (Take a Look at the Prices)**
US-Senior-Apartment-DT | Learn More

Promoted Links by Taboola

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-B
Do Not Sell My Personal Information | Contact Us
Copyright © 2022 ABC News Internet Ventures. All rights res

Eric Schmidt's Message To Tim Cook