| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| Mark C. Mao, CA Bar No. 236165 | Tel.: (212) 336-8330 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | bcarmody@susmangodfrey.com |
| Erika Nyborg-Burch, CA Bar No. 342125 | srabin@susmangodfrey.com |
| 44 Montgomery St., 41st Floor | sshepard@susmangodfrey.com |
| San Francisco, CA 94104 | afrawley@susmangodfrey.com |
| Tel.: (415) 293-6800 | |
| mmao@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891 |
| brichardson@bsfllp.com | 1900 Avenue of the Stars, Suite 1400 |
| enyborg-burch@bsfllp.com | Los Angeles, CA 90067 |
| | Tel.: (310) 789-3100 |
| James Lee (admitted pro hac vice) | abonn@susmangodfrey.com |
| Rossana Baeza (admitted pro hac vice) | |
| 100 SE 2nd St., 28th Floor | **MORGAN & MORGAN** |
| Miami, FL 33131 | John A. Yanchunis (admitted pro hac vice) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted pro hac vice) |
| jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| Alison L. Anderson, CA Bar No. 275334 | jyanchunis@forthepeople.com |
| 725 S Figueroa St., 31st Floor | rmcgee@forthepeople.com |
| Los Angeles, CA 90017 | |
| Tel.: (213) 995-5720 | Michael F. Ram, CA Bar No. 104805 |
| alanderson@bsfllp.com | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' MOTION EXCLUDE PORTIONS OF THE REBUTTAL EXPERT REPORT OF KONSTANTINOS PSOUNIS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 27, 2022<br>Time: 2:00 p.m. |

CASE NO. 4:20-CV-03664-YGR-SVK

Decl. of Mark Mao ISO Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis

I, Mark Mao, declare as follows:

1. I am a member of the Bar of the State of California and a partner at the law firm of Boies Schiller Flexner LLP, counsel to Plaintiffs. I make this declaration in support of Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. The Special Master data production process restarted in November, following this Court's November 12, 2022 Order. Dkt. 331. As part of the process, Google initially identified ▇ data sources, and Plaintiffs selected ▇ for searches.

3. Attached hereto as **Exhibit A** is a chart that summarizes the Google data sources reviewed and analyzed by Plaintiffs' expert Jonathan Hochman, in his April 15, 2022 opening expert report (Dkt. 608-12) as well as the data sources reviewed and analyzed by Google expert Dr. Konstantinos Psounis, in his June 7, 2022 rebuttal expert report (Dkt. 659-10) The chart takes information from Appendix E of the Hochman Report, where he listed the ▇ data sources that Google initially identified through the Special Master process and the ▇ sources from which he analyzed data, as well as Appendix G of the Psounis Report, where he identified the sole source from which he reviewed data produced through the Special Master process. The chart also includes the ▇ logs that Google identified on June 14, 2022 as additional logs containing Incognito detection bits.

4. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the deposition of Konstantinos Psounis, taken by me on August 19, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August 2022 in San Francisco, California.

By: /s/ Mark C. Mao
Mark C. Mao
BOIES SCHILLER FLEXNER LLP