# Exhibit A
# to Mark Mao Declaration In Support of Plaintiffs' Motion to Exclude Portions of Rebuttal Expert Report of Konstantinos Psounis

## FILED UNDER SEAL