**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>  v.<br>GOOGLE LLC,<br>           Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE PORTIONS OF THE REBUTTAL EXPERT REPORT OF KONSTANTINOS PSOUNIS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 27, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

[Proposed] Order Granting Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert
Report of Konstantinos Psounis
4:20-cv-03664-YGR-SVK

1  Before the Court is Plaintiffs' Chasom Brown, William Byatt, Jeremy Davis, Christopher
2  Castillo, and Monique Trujillo, on behalf of themselves and all others similarly situated
3  ("Plaintiffs'") Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos
4  Psounis. On June 7, 2022, Defendant Google LLC ("Google") served the expert report of Dr.
5  Psounis. In this report, Dr. Psounis provided 13 opinions purporting to rebut the opinions
6  rendered by two experts proffered by Plaintiffs: Mr. Hochman and Mr. Schneier. On August 23,
7  2022, Plaintiffs filed the present motion to exclude Psounis opinions 1, 3, and 7-10, all of which
8  attempt to rebut opinions proffered by Mr. Hochman.

9  Upon full consideration of this matter, the Court holds that opinions 1, 3, and 7-10 of Dr.
10 Psounis's report should be excluded. Google has failed to sustain its burden to show these
11 opinions are the product of "reliable principles and methods" that have been "reliably applied."
12 Fed. R. Evid. 702; *see also Shelton v. Air & Liquid Sys. Corp.*, 2022 WL 2712381, at *1 (N.D.
13 Cal. July 11, 2022) (Gonzalez, Rogers, J.) ("The proponent of expert testimony has the burden
14 of proving admissibility in accordance with Rule 702."). In preparing his opening expert report,
15 Mr. Hochman ran tests on over ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓. Hochman Report App. G ¶ 25. In contrast, Dr. Psounis ran no tests at all,
17 and only reviewed data from one of the ▓▓ relevant data sources, and then improperly
18 extrapolated based on that narrow analysis. This is insufficient. *See In re Roundup Prod. Liab.*
19 *Litig.*, 390 F. Supp. 3d 1102, 1112 (N.D. Cal. 2018) ("[U]njustified extrapolations from existing
20 data can require the Court to exclude an expert."); *see also Young v. Cree Inc.*, 2021 WL 292549,
21 at *5 (N.D. Cal. Jan. 28, 2021) (Gonzalez Rogers, J.) (excluding as unreliable testimony from
22 expert that merely "grouped together similar Cree LED bulbs, tested a fraction of them, and then
23 extrapolated his conclusions across a wide array of Cree products.").

24 Moreover, the limited analysis included within Dr. Psounis's report was conducted ▓
25 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

26

27  2
28  [Proposed] Order Granting Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert
    Report of Konstantinos Psounis
    4:20-cv-03664-YGR-SVK

[REDACTED]

Finally, as Dr. Psounis did not even attempt to disprove the Hochman data analysis he purports to rebut, his opinions fall outside the scope of proper rebuttal testimony and are, therefore, untimely. *See* Dkt. 465; *People v. Kinder Morgan Energy Partners, L.P.*, 159 F. Supp. 3d 1182, 1192-93 (S.D. Cal. 2016) (excluding as untimely expert testimony that failed to constitute proper rebuttal report).

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Court **GRANTS** Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        The Honorable Yvonne Gonzalez Rogers
                                        United States District Judge