# EXHIBIT 2

# To the Frawley Declaration ISO Plaintiffs' Motion to Strike Non-Retained Expert Declarations

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S DISCLOSURE OF PERCIPIENT WITNESSES WHO MAY TESTIFY AT TRIAL WITH TECHNICAL EXPERTISE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Pursuant to Standing Order 10, Google identifies the following percipient witnesses with technical expertise who may also testify at trial:

1. Glenn Berntson
2. Brian Rakowski
3. Stephen Chung
4. Steve Ganem
5. Chris Liao
6. Adrienne Porter Felt

DATED: April 15, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Andrew H. Schapiro
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000

| | |
|---|---|
| 1 | Facsimile: (650) 801-5100 |
| 2 | Josef Ansorge (admitted *pro hac vice*) |
| 3 | josefansorge@quinnemanuel.com<br>Xi ("Tracy") Gao (CA Bar No. 326266) |
| 4 | tracygao@quinnemanuel.com<br>Carl Spilly (admitted *pro hac vice*) |
| 5 | carlspilly@quinnemanuel.com |
| 6 | 1300 I. Street, N.W., Suite 900<br>Washington, D.C. 20005 |
| 7 | Telephone: 202-538-8000<br>Facsimile: 202-538-8100 |
| 8 | Jomaire A. Crawford (admitted *pro hac vice*) |
| 9 | jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor |
| 10 | New York, NY 10010<br>Telephone: (212) 849-7000 |
| 11 | Facsimile: (212) 849-7100 |
| 12 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com |
| 13 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 |
| 14 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 15 | |
| 16 | *Attorneys for Defendant Google LLC* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-2-   Case No. 4:20-cv-03664-YGR-SVK
GOOGLE LLC'S DISCLOSURE OF PERCIPIENT WITNESSES WHO
MAY TESTIFY AT TRIAL WITH TECHNICAL EXPERTISE