# EXHIBITS 3, 5, 6, 8, 9, 11

To the Frawley Declaration ISO Plaintiffs' Motion to Strike Non-Retained Expert Declarations

Filed Under Seal