**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE NON-RETAINED EXPERT DECLARATIONS FOR WHOM GOOGLE PROVIDED NO EXPERT REPORT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 27, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

[Proposed] Order Granting Plaintiffs' Motion to Strike Non-Retained Expert Declarations
4:20-cv-03664-YGR-SVK

Before the Court is Plaintiffs' motion to strike the declarations of Google's non-retained employee-experts George Levitte, Glenn Berntson, Steve Ganem, and Jonathan McPhie, filed with Google's opposition to Plaintiffs' motion for class certification at Dkts. 666-19 (Levitte), 666-18 (Berntson), 666-17 (Ganem), and 666-12 (McPhie) (the "Motion to Strike").

Under this Court's Standing Order in Civil Cases, **all** expert witnesses—"***whether retained or non-retained***"—"must provide written reports in compliance with Federal Rule of Civil Procedure 26(a)(2)(B)." Dkt. 392 ¶ 10 (emphasis added). On February 11, 2022, the Court reminded the parties that this order was in effect and must be followed. Feb. 11, 2022 Hr'g Tr. at 11:13-14. And on March 22, 2022, the Court issued a Case Management and Pretrial Order making clear that the deadlines for expert reports under Rule 26(a)(2)(B) applied to "All Experts, Retained *and Non-Retained*." Dkt. 465 at 1 (emphasis added).

Despite the Court's clear and unambiguous orders and instructions, Google improperly attached to its opposition to class certification declarations from four non-retained employee-experts who never submitted any expert report. Those four declarations very clearly fall within the scope of the Court's Standing Order:

- **George Levitte:**  Mr. Levitte declares himself "a ***subject matter expert*** for all ad monetization features of Ad Manager" and then proceeds to offer various expert opinions which Google uses to rebut Plaintiffs' expert Mr. Lasinski's unjust enrichment and apportionment opinions. Dkt. 666-12 ¶ 2 (emphasis added).

- **Glenn Berntson:**  Dr. Berntson expressly seeks to ***rebut Plaintiffs' technical expert Mr. Hochman***, purporting to "address some errors and false assumptions made in Mr. Jonathan Hochman's expert report, submitted in this case," including with respect to Dr. Berntson's opinions about the "reliability" of Google's "maybe_chrome_incognito" detection bit. Dkt. 666-17 ¶¶ 1, 41 (emphasis added).

- **Steve Ganem:**  Mr. Ganem also presents himself as an expert, providing technical opinions regarding Google's data and data systems and opining, for example, that it would be "impossible" to make specific revenue and profits calculations using Google's data. Dkt. 666 Ex. 18 ¶ 36.

- **Jonathan McPhie:**  Mr. McPhie also offers expert testimony, as shown by his repeated use of "I am informed" to introduce his opinions, including for example regarding how "Incognito provides privacy" and then opining that "Google's disclosures about Incognito mode, and private browsing generally,

are *consistent with the features I am informed Incognito mode provides*." Dkt. 666-19 ¶¶ 3-5, 72 (emphasis added).

"[T]he testimony [Google] seek[s] to offer . . . is excluded on the grounds that [Google] failed to disclose these experts timely or provide full expert reports as required by Federal Rule of Civil Procedure 26(a)(2)." *Trulove v. D'Amico*, 2018 WL 1090248, at *2 (N.D. Cal. Feb. 27, 2018) (Gonzalez Rogers, J.) (quoting Fed. R. Civ. P. 26(a)(2)(C)) (excluding unretained experts for failing to provide expert disclosures required by Rule 26(a), explaining that exclusion is "self-executing" and "automatic" under Rule 37(c)(1)).

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED:**

1. The Court **GRANTS** Plaintiffs' Motion to Strike.
2. The Court strikes the following Google-employee expert declarations filed with Google's opposition to Plaintiffs' motion for class certification: George Levitte (Dkt. 666-19), Glenn Berntson (666-18), Steve Ganem (666-17), and Jonathan McPhie (Dkt. 666-12).

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                 The Honorable Yvonne Gonzalez Rogers
                                                 United States District Judge