| | | |
|---|---|---|
| 1 | **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| 2 | David Boies (admitted *pro hac vice*) | William C. Carmody (admitted *pro hac vice*) |
| | 333 Main Street | Shawn J. Rabin (admitted *pro hac vice*) |
| 3 | Armonk, NY 10504 | Steven M. Shepard (admitted *pro hac vice*) |
| 4 | Tel: (914) 749-8200 | Alexander Frawley (admitted *pro hac vice*) |
| | dboies@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| 5 | Mark C. Mao, CA Bar No. 236165 | New York, NY 10019 |
| | Beko Reblitz-Richardson, CA Bar No. 238027 | Tel.: (212) 336-8330 |
| 6 | Erika Nyborg-Burch, CA Bar No. 342125 | bcarmody@susmangodfrey.com |
| | 44 Montgomery St., 41st Floor | srabin@susmangodfrey.com |
| 7 | San Francisco, CA 94104 | sshepard@susmangodfrey.com |
| 8 | Tel.: (415) 293-6800 | afrawley@susmangodfrey.com |
| | mmao@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891 |
| 9 | brichardson@bsfllp.com | 1900 Avenue of the Stars, Suite 1400 |
| | enyborg-burch@bsfllp.com | Los Angeles, CA 90067 |
| 10 | James Lee (admitted *pro hac vice*) | Tel.: (310) 789-3100 |
| 11 | Rossana Baeza (admitted *pro hac vice*) | abonn@susmangodfrey.com |
| | 100 SE 2nd St., 28th Floor | **MORGAN & MORGAN** |
| 12 | Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| | Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| 13 | jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| 14 | rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Alison L. Anderson, CA Bar No. 275334 | Tel.: (813) 223-5505 |
| 15 | 725 S Figueroa St., 31st Floor | jyanchunis@forthepeople.com |
| | Los Angeles, CA 90017 | rmcgee@forthepeople.com |
| 16 | Tel.: (213) 995-5720 | Michael F. Ram, CA Bar No. 104805 |
| 17 | alanderson@bsfllp.com | 711 Van Ness Ave, Suite 500 |
| | | San Francisco, CA 94102 |
| 18 | | Tel: (415) 358-6913 |
| 19 | | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 21 | CHASOM BROWN, WILLIAM BYATT, | Case No.: 4:20-cv-03664-YGR-SVK |
| 22 | JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO | |
| 23 | individually and on behalf of all similarly situated, | **DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' REPLY RE: SUPPLEMENTAL SANCTIONS** |
| 24 | Plaintiffs, | |
| 25 | vs. | Referral: The Honorable Susan van Keulen |
| 26 | GOOGLE LLC, | |
| 27 | Defendant. | |
| 28 | | |

DECLARATION OF MARK C. MAO
ISO PLAINTIFFS' SUPPLEMENTAL SANCTIONS REPLY
Case No. 4:20-cv-03664-YGR-SVK

## DECLARATION OF MARK C. MAO

I, Mark C. Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify

2. I submit this Declaration in support of Plaintiffs' Reply in Support of Their Supplemental Sanctions Brief Pursuant to Dkt. 624.

3. Attached hereto as **Exhibit B**[1] is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00857642.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-00546609.

5. Attached hereto as **Exhibit D** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04087254.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of August, 2022, at San Francisco, California.

*/s/ Mark C. Mao*

---

[1] For the Court's ease of reference, Plaintiffs continue the serial labeling of exhibits from their opening brief.