**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
William C. Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 20, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Dkt. 660 ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court ORDERS as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiff Chasom Brown's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5<br><br>Highlighted Portions at: Pages 4-7 | McGee Decl. ¶ 6 | |
| Plaintiff William Byatt's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5<br><br>Highlighted Portions at: Pages 4-7 | McGee Decl. ¶ 6 | |
| Plaintiff Christopher Castillo's Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5<br><br>Highlighted Portions at: Pages 4-7 | McGee Decl. ¶ 6 | |
| Plaintiff Jeremy Davis' Verified Amended Objections and Responses to Defendant Interrogatories 1, 4, and 5<br><br>Highlighted Portions at: Pages 4-7 | McGee Decl. ¶ 6 | |
| Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Set of Interrogatories<br><br>Highlighted Portions at: Pages 3-4, 6-7 | McGee Decl. ¶ 6 | |

| | | |
|---|---|---|
| Exhibit 16 to Broome Declaration<br><br>Plaintiff William Byatt's Objections and Responses to Defendant's Fourth Set of Interrogatories<br><br>Highlighted Portions at: Page 16 | McGee Decl. ¶ 6 | |
| Exhibit 21 to Broome Declaration<br><br>Plaintiff William Byatt's Objections and Responses to Defendant's Third Set of Requests for Admission<br><br>Highlighted Portions at: Page 7 | McGee Decl. ¶ 6 | |
| Exhibit 25 to Broome Declaration<br><br>Deposition Excerpts of William Byatt<br><br>Highlighted Portions at: Page 10:7-8 | McGee Decl. ¶ 6 | |
| Declaration of Jonathan McPhie Regarding Google Disclosures<br><br>Highlighted Portions at:<br><br>Pages 22:21, 22:23, 22:25, 23:2, 23:4, 23:6 | McGee Decl. ¶ 6 | |

**SO ORDERED.**


    **IT IS SO ORDERED.**

DATED: _____    _____
                                                                                           Honorable Yvonne Gonzalez Rogers
                                                                                               United States District Judge