**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br>   v.<br><br>GOOGLE LLC,<br>                    Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**SECOND DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. 609)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>September 20, 2022<br>Time:  2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

I, Mark Mao, declare as follows:

1. I am a member of the Bar of California and a partner at the law firm of Boies Schiller Flexner LLP, counsel to Plaintiffs in this matter. I make this declaration in support of Plaintiffs' motion for class certification (Dkt. 609). I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit 92** is a true and correct copy of the transcript from the June 30, 2022 deposition of Google employee Sabine Borsay, taken by Plaintiffs. For ease of reference, I have numbered the exhibits attached hereto so as to continue where the exhibit numbering left off in my prior Declaration in Support of Plaintiffs' Motion for Class Certification (Dkt. 609-17), filed on June 21, 2022. The final exhibit to that Declaration was Exhibit 91.

3. Attached hereto as **Exhibit 93** is a true and correct copy of the transcript from the August 22, 2022 deposition of Google expert Georgios Zervas, taken by Plaintiffs.

4. Attached hereto as **Exhibit 94** is a true and correct copy of email communications between my colleagues and counsel for Google between May 20, 2022, and June 3, 2022.

5. Attached hereto as **Exhibit 95** is a true and correct copy of the transcript from the August 16, 2022 deposition of Google expert On Amir, taken by Plaintiffs.

6. Attached hereto as **Exhibit 96** is a true and correct copy of the transcript from the July 15, 2022 deposition of Plaintiffs' expert Mark Keegan, taken by Google.

7. Attached hereto as **Exhibit 97** is a true and correct copy of a document that Google produced, labeled GOOG-BRWN-00856578, which Google produced on July 6, 2022, in response to the Court's privilege re-review order (Dkt. 605).

8. Attached hereto as **Exhibit 98** is a true and correct copy of the transcript from the August 19, 2022 deposition of Google expert Konstantinos Psounis, taken by Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of August 2022 in San Francisco, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:  /s/ *Mark C. Mao*
Mark C. Mao
BOIES SCHILLER FLEXNER LLP