# EXHIBITS 92 – 98

# FILED UNDER SEAL