UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Administrative Motion to Seal Portions of Google LLC's Reply In Support of Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski ("Reply"). Having considered the Motion and good cause having been found, the Court **ORDERS** as follows:

| Document | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google LLC's Reply In Support of Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski<br><br>Pages 4:8, 8:27, 9:20-21, 9:24, 10:5, 10:12-13, 10:15-16 | Tse Declaration ¶¶ 3-4 | |
| Exhibit 9 to Trebicka Declaration –<br>8/18/22 Strombom Depo Trans. Excerpts<br><br>Page 113:21 | Tse Declaration ¶¶ 3-4 | |

**SO ORDERED**.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge