# EXHIBIT 9

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4      CHASOM BROWN, WILLIAM BYATT,        )

 5      JEREMY DAVIS, CHRISTOPHER CASTILLO,)

 6      and MONIQUE TRUJILLO, individually )

 7      and on behalf of all others        )

 8      similarly situated,                )

 9           Plaintiffs,                   )

10         vs.                             ) Case No.:

11      GOOGLE, LLC,                       ) 5:20-cv-03664-YGR-SVK

12           Defendant.                    )

13      _____)

14                         CONFIDENTIAL

15

16         VIDEO-RECORDED REMOTE DEPOSITION OF

17                BRUCE A. STROMBOM, Ph.D.

18                 Long Beach, California

19         Thursday, August 18, 2022; 8:07 a.m.

20

21      REPORTED BY:

22      Victoria A. Guerrero, CSR, RPR, RMR, CRR

23      JOB No. 5344578

24

25      PAGES 1 - 181
```

Page 1

| | | |
|---|---|---|
| 1 | that we identified. | 11:14:34 |
| 2 | Q   Do the Ads Impact document include any | 11:14:38 |
| 3 | reference to net profit margin? | 11:14:40 |
| 4 | A   No.  The Ads Impact study only looked at | 11:14:45 |
| 5 | revenue. | 11:14:48 |
| 6 | Q   Can you identify for me on the evidence | 11:14:52 |
| 7 | that anyone at Google faulted that Ads Impact | 11:14:54 |
| 8 | analysis for somehow inappropriately admitting | 11:14:57 |
| 9 | consideration of expenses? | 11:15:02 |
| 10 | MS. TREBICKA:  Objection to form. | 11:15:03 |
| 11 | THE WITNESS:  I'm not saying -- first of | 11:15:05 |
| 12 | all, it's not my opinion it was improper for that | 11:15:07 |
| 13 | study to not calculate profits.  It was clearly | 11:15:10 |
| 14 | driven as an estimate of the revenue impact. | 11:15:16 |
| 15 | So whether it's proper or improper depends | 11:15:20 |
| 16 | on the purpose of the analysis.  And the purpose of | 11:15:23 |
| 17 | a damage analysis of unjust enrichment is to | 11:15:27 |
| 18 | evaluate the impact on profits, not just the impact | 11:15:32 |
| 19 | on revenue. | 11:15:37 |
| 20 | So it may be perfectly fine for the | 11:15:39 |
| 21 | purposes of their study, in the ▇▇▇▇▇ study, | 11:15:44 |
| 22 | but it's not appropriate for purposes of a damage | 11:15:47 |
| 23 | analysis, in my opinion. | 11:15:50 |
| 24 | BY MR. REBLITZ-RICHARDSON: | 11:15:52 |
| 25 | Q   And did you talk to anybody about the | 11:15:53 |

Page 113