**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com 51
Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted pro hac vice)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted pro hac vice)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com 50
California Street, 22nd Floor San
Francisco, CA 94111 Telephone:
(415) 875-6600
Facsimile: (415) 875-6700

*Counsel* for *Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S NOTICE REGARDING THE AUGUST 4 HEARING AND STEPS TAKEN TO ENSURE COMPLIANCE WITH THE PRESERVATION ORDERS**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Google submits this filing to notify the Court of an inadvertent factual misstatement its employee representative made at the August 4, 2022 hearing addressing various preservation issues. During the hearing Google's employee, Dr. Berntson, informed the Court that the lifetime of the vast majority of data in Google's ▌ database was ▌▌, which he believed was accurate at the time of the hearing based on his own knowledge and the research he did to prepare for the hearing. The Court relied on that representation in granting Google's request for an extension of time to implement the data preservation pipeline for ▌. See Dkt. 657 (Order on Motions for Extension/Clarification of Preservation Plan Orders) at 10. Since then, in working on the relevant preservation pipelines, it was determined that this ▌▌ retention period did not apply to as much data in ▌ as Google initially understood. In light of that discovery, Google immediately began taking proactive steps to ensure that the relevant data since July 30 would be preserved per the Court's order. While this misstatement should not affect Google's ability to preserve the data consistent with the Court's order, Google wanted to advise the Court of the issue and explain the situation promptly.

At the August 4 hearing, the Court asked questions of Google's counsel and employee representatives on various technical subjects relating to the data sources at issue in the Court's preservation orders. Dr. Glenn Berntson, who is an Engineering Director and Lead of the Google Ad Manager team, attended the hearing on behalf of Google to help answer the Court's questions. See Declaration of Glenn Berntson, ¶¶ 1-2. Dr. Berntson diligently prepared in advance of the hearing. *Id*. ¶ 3. At the hearing, among other topics, Dr. Berntson answered questions regarding the length of time that data is stored in the ▌ database, stating that data in ▌ that is keyed off of user *Id*s can be stored for different amounts of time, but the vast majority of it is stored in those databases for ▌▌. *Id*. ¶ 4. Dr. Berntson made this statement based on his extensive knowledge of and experience with the ▌ storage space. *Id*.

Subsequent to the hearing, in the course of developing the data preservation pipelines for the ▌ database, Google has discovered that Dr. Berntson's statement was inaccurate in relation to ▌. *Id*. ¶ 5. Based on the tools available to Google, it estimates that approximately ▌ of GAIA-keyed data and approximately ▌ of DBL-keyed data is stored in ▌ for at least ▌▌. *Id*.

| | |
|---|---|
| 1 | As described in Dr. Berntson's declaration, Google's ability to measure the amount of time that |
| 2 | data will be stored in ▮ is limited in certain respects. *Id*. ¶ 7.  In particular, data may be stored in |
| 3 | columns that are subject to event-based limitations, rather than time-based limitations. *Id*.  For |
| 4 | data that is subject to an event-based limitation, Google does not have a readily available method |
| 5 | to estimate the amount of time the data will be stored.  *Id*. |
| 6 |       Dr. Berntson and Google immediately investigated and have identified steps that Google is |
| 7 | taking to ensure that it will be able to comply with the Court's orders. *Id*. ¶ 8. Specifically, Google |
| 8 | will retain an ▮ backup that was created in the ordinary course of business on July 30, 2022, and |
| 9 | will retain intermittent backups while the data preservation pipelines are in development. *Id*. These |
| 10 | backups will include columns that are subject to time-based and event-based limitations, and |
| 11 | Google's analysis of the data subject to time-based limitations has confirmed that approximately |
| 12 | ▮ of the data that is subject to such a limit in GAIA ▮ and DBL ▮ will be preserved. *Id*. |
| 13 | While these backups will not retain certain data that is subject to a short lifetime, this is consistent |
| 14 | with the examples of short-lived data that Dr. Berntson described at the hearing as not being |
| 15 | preserved with a ▮▮▮ retention period. |
| 16 |       Google believes that the remedial steps outlined above and described in Dr. Berntson's |
| 17 | attached declaration will allow Google to be able to comply with the Court's order. Google will of |
| 18 | course provide additional information upon request, should the Court have any further questions |
| 19 | regarding these issues. |

| | | |
|---|---|---|
| 1 | DATED: August 29, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By: */s/ Andrew H. Schapiro* |
| 4 | | Andrew H. Schapiro (admitted pro hac vice) andrewschapiro@quinnemanuel.com Teuta |
| 5 | | Fani (admitted pro hac vice) teutafani@quinnemanuel.com |
| 6 | | 191 N. Wacker Drive, Suite 2700 Chicago, IL 60606 |
| 7 | | Telephone: (312) 705-7400 |
| 8 | | Facsimile: (312) 705-7401 |
| 9 | | Stephen A. Broome (CA Bar No. 314605) stephenbroome@quinnemanuel.com |
| 10 | | Viola Trebicka (CA Bar No. 269526) violatrebicka@quinnemanuel.com |
| 11 | | Crystal Nix-Hines (CA Bar No. 326971) |
| 12 | | crystalnixhines@quinnemanuel.com Alyssa G. Olson (CA Bar No. 305705) |
| 13 | | alyolson@quinnemanuel.com 865 S. Figueroa Street, 10th Floor |
| 14 | | Los Angeles, CA 90017 Telephone: (213) 443-3000 |
| 15 | | Facsimile: (213) 443-3100 |
| 16 | | |
| 17 | | Diane M. Doolittle (CA Bar No. 142046) dianedoolittle@quinnemanuel.com |
| 18 | | Sara Jenkins (CA Bar No. 230097) sarajenkins@quinnemanuel.com |
| 19 | | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065 |
| 20 | | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 21 | | |
| 22 | | Josef Ansorge (admitted pro hac vice) josefansorge@quinnemanuel.com |
| 23 | | Xi ("Tracy") Gao (CA Bar No. 326266) tracygao@quinnemanuel.com |
| 24 | | Carl Spilly (admitted pro hac vice) carlspilly@quinnemanuel.com |
| 25 | | 1300 I. Street, N.W., Suite 900 Washington, D.C. 20005 |
| 26 | | Telephone: 202-538-8000 |
| 27 | | Facsimile: 202-538-8100 |
| 28 | | |

Jomaire A. Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*
