# EXHIBIT 6

# To the Mao Declaration ISO Plaintiffs' Administrative Motion re: Google's Production of Documents Improperly Withheld as Privileged

# SEALED ENTIRELY