# EXHIBIT 10

## To the Mao Declaration ISO Plaintiffs' Administrative Motion re: Google's Production of Documents Improperly Withheld as Privileged

## REDACTED DOCUMENT SOUGHT TO BE SEALED

Privileged and confidential

# Alex's Consent Conclusions

anicolao@, January 2019

CONFIDENTIAL                                                                                                     GOOG-BRWN-00848723

Privileged and confidential

# UXR Questions — that look already answered!

1. Do users really understand what they're consenting to when they consent to share browsing history or other behaviour data?

1. If they do, do they later remember and agree that they gave consent, or are they doing it just to get through a particular hurdle (phone setup, get to an article, etc.)?

CONFIDENTIAL

GOOG-BRWN-00848724

Privileged and confidential

# References

10 Things We Know about how People Experience Consent

http://go/pinecone

[redacted] Consent Research and Round 2 and 2.5 and 3 and 4 and 5

Summary Deck

CONFIDENTIAL                                                                                                       GOOG-BRWN-00848725

Privileged and confidential

# Alex's Conclusions

1. Do users really understand what they're consenting to when they consent to share browsing history or other behaviour data?

   ███████████████████████████████████████

CONFIDENTIAL GOOG-BRWN-00848726

Privileged and confidential

# Alex's Conclusions II

1. If they do, do they later remember and agree that they gave consent, or are they doing it just to get through a particular hurdle (phone setup, get to an article, etc.)?



CONFIDENTIAL  GOOG-BRWN-00848727