# EXHIBIT 15

## To the Mao Declaration ISO Plaintiffs' Administrative Motion re: Google's Production of Documents Improperly Withheld as Privileged

## SEALED ENTIRELY