**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SET HEARING DATE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**DECLARATION OF MARK MAO**

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Set Hearing Date.

3. The parties discussed briefing schedules and hearing dates during the week of August 15. Plaintiffs informed Google of their intention to file one *Daubert* motion, and (to accommodate Google) proposed a briefing schedule that would (1) give Google additional time for its opposition (on top of the standard two weeks), (2) give Plaintiffs only four days for their reply brief (less than the standard one week), and (3) ensure the motion was fully briefed by September 13, one week prior to the currently scheduled September 20 hearing. Google's counsel at no point during those discussions informed Plaintiffs of any availability issues with respect to the scheduled September 20 hearing or any other potential hearing date. Ultimately, the parties did not reach any stipulated agreement.

4. During the August 26 hearing before this Court in the related *Calhoun v. Google* matter, Google (represented by the same counsel team) asked the Court about the class certification hearing in this case, and told the Court that it is unavailable on both September 27 and October 4. After two weeks of meeting and conferring, this was the first time that Google's counsel stated that they were unavailable on either of those days.

5. Following the *Calhoun* hearing, consistent with the Court's instruction to try to reach an agreed upon date, Plaintiffs asked Google whether it can be available for the hearing in this case on Friday, September 23, or Friday, September 30. Google declined, claiming that it is unavailable on either of those days.

6. I understand that Google will oppose this administrative motion. Google will likely ask that the hearing be scheduled for October 11 or October 25.

7. Attached hereto as **Exhibit 1** is a true and correct copy of an email that my colleague sent to counsel for Google on August 25, 2022.

8. Attached hereto as **Exhibit 2** is a true and correct copy of a draft scheduling stipulation that counsel for Google sent Plaintiffs on August 25, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of August, 2022, at San Francisco, California.

*/s/ Mark Mao*