# Exhibit 1

| | |
|---|---|
| **From:** | Alex Frawley |
| **To:** | Stephen Broome |
| **Cc:** | |
| **Subject:** | RE: Motions to Strike Psounis and Employee Declarations |
| **Date:** | Thursday, August 25, 2022 7:01:00 PM |

Hi Steve,

Do you mean September 13 (which would be an extra week)?

As I stated last week when we were exchanging drafts of a potential stipulation, Plaintiffs are not opposed to Google's request for an extra week, provided Google stipulate that the parties do not wish to move the scheduled hearing date (whether September 20 or September 27). If Google can't agree to this simple request, then Plaintiffs must object.

Best,
Alex


**From:** Stephen Broome <stephenbroome@quinnemanuel.com>
**Sent:** Thursday, August 25, 2022 5:30 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>
**Cc:** 
**Subject:** Motions to Strike Psounis and Employee Declarations

EXTERNAL Email

Alex:

Given everything going on this week, the fact that many of our team are aware for the Labor Day long weekend, we intend to seek an extension for Google's oppositions to plaintiffs' recent motions to strike until September 14. Please let us know if plaintiffs consent.

Thanks,
Steve