**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>GOOGLE LLC,<br>　　　　　Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SET HEARING DATE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Before the Court is Plaintiffs' Motion to set a consolidated hearing date for pending motions related to their motion for class certification ("the Motion"). That motion for class certification (Dkt. 609) and Google's three *Daubert* motions (Dkts. 662-64) are currently scheduled to be heard on September 20, 2022. Plaintiffs have also filed one *Daubert* motion (Dkt. 703), and a motion to strike (Dkt. 705), and those motions are scheduled to be he heard on September 27. The Court would like for all of these motions to be heard on the same day.

The parties have met and conferred about a consolidated hearing date but were unable to reach an agreement.

The Court now GRANTS Plaintiffs' Motion. Plaintiffs reasonably seek to proceed with their class certification hearing, and so the Court will set a September 30 hearing for all of the aforementioned motions. The Court also sets the following briefing schedule for Plaintiffs' *Daubert* motion and motion to strike, which includes the extension that Google seeks.

**Google's oppositions to Plaintiffs' *Daubert* motion and motion to strike**: September 14, 2022

**Plaintiffs' replies**: September 18 (Sunday)

**IT IS SO ORDERED.**

Dated: _____            _____
                                         The Honorable Yvonne Gonzalez Rogers
                                         United States District Judge