| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br>        Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION TO STRIKE (DKT. 693)**<br><br>Judge: Hon. Susan van Keulen |

Before the Court is Google's Motion to Strike Exhibit A to the Mao Declaration in Support of Plaintiffs' Administrative Motion for Relief (Dkt. 693) ("Google's Motion"). For the reasons set forth below, the Court **DENIES** Google's Motion.

On August 8, 2022, Plaintiffs filed an administrative motion seeking relief tied to Google's belated production of non-privileged documents, including for example one document where a Google employee admitted that users do not "really understand what they're consenting to when they consent to share browsing history." Dkt. 672 (citing Dkt. 671-15). Plaintiffs attached to their administrative motion a chart ("Exhibit A") (Dkt. 671-3) listing 15 examples of non-privileged documents that Google had withheld.

Google now seeks to strike the ***entirety*** of this Exhibit A chart, contending that the "***entire chart*** embeds misleading attorney characterizations of the discovery record, and contains self-serving conclusions." Dkt. 693 at 4 (emphasis added)). Google's argument is simply incorrect. Columns one through four of the Exhibit A Chart consist of black-and-white facts about the documents, including their Bates numbers, authors, and specific quotes contained therein. Column five contains direct quotes from prior Google filings. There is no basis for Google's Motion to strike the entire chart. Google's Motion is therefore denied.

**IT IS SO ORDERED.**

Dated: _____

                                                          The Honorable Susan van Keulen
                                                          United States Magistrate Judge