**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHASOM BROWN, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE, LLC**,<br><br>Defendant. | Case No.  4:20-cv-03664-YGR<br><br>**ORDER RE: PENDING ADMINISTRATIVE MOTION TO SEAL**<br><br>Dkt. No. 370 |

Pursuant to Civil Local Rule 79-5, on Plaintiffs Chasom Brown, William Byatt, and Maria Nguyen ("Plaintiffs") filed an administrative motion to consider whether Google LLC's material should be sealed. (*See* Dkt. No. 370.) Having considered these sealing requests, all associated declarations, and exhibits, and for good cause appearing:

It is **HEREBY ORDERED** that the sealing requests are **GRANTED IN PART AND DENIED IN PART** as follows:

| Document Sought to be Sealed | Party Claiming Confidentiality | Description or Pages & Lines | Grant or Deny |
|---|---|---|---|
| Plaintiffs' Motion for Relief from Case Management Schedule, Dkt. No. 370-1 | Google | Portions highlighted in blue on Pages 3, 5, 8, 9, 11, 12, 13, 14, 15, 18, 20, 21, 22 | **GRANTED** with respect to the following highlighted information on: pages 5; 8; 9; 11 (except for information at 11:15-16 and 11:18); certain information on page 12 (12:13-19); certain information on page 13 (13:3-4 and footnote 30; certain information on page 14 (14:8-9, 14:13, and the start of the new sentence at 14:16); page 14 (footnote 4); certain information on page 18 (18:6 starting with "the" and ending with the word before "was"); and page 22<br><br>**DENIED** with respect to the following highlighted information on: page 3; certain information on page 11 (11:15-16 and 11:18); certain information on page 12 (12:1-2, 12:10-11); certain information on page 13 (13:17, 13:19- |

| | | | |
|---|---|---|---|
| | | | 20); certain information on page 14 (14:1-4, 14:10-12, 14:15-16 [to the period], and 14:20); page 15; certain information on page 18 (18:6 starting with the phrase "was part of" and ending with analysis, 18:11, and 18:17-18); page 20; page 21 |
| Declaration of Mark Mao in Support of Plaintiffs' Motion for Relief from Case Management Schedule, Dkt. No. 370-3 | Google | Portions highlighted in blue on Pages 2, 4, 5, 6, 7 | **GRANTED** with respect to the following highlighted information on: page 2, certain information on page 4 (4:19-21 only, denied with respect to the remaining text); certain information on page 5 (5:4, 5:6-7, 5:12, 5:22-25 and denied with respect to everything else); certain information on page 6 (6:4-5, 6:8) and denied with respect to everything else<br><br>**DENIED** with respect to the following highlighted information on page 7. |

This Order terminates Docket No. 370.

**IT IS SO ORDERED.**

Dated: August 30, 2022

                                          **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT JUDGE**