**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | Joseph H. Margolies (admitted *pro hac vice*) |
| Redwood Shores, CA 94065 | josephmargolies@quinnemanuel.com |
| Telephone: (650) 801-5000 | 191 N. Wacker Drive, Suite 2700 |
| Facsimile: (650) 801-5100 | Chicago, IL 60606 |
| | Telephone: (312) 705-7400 |
| | Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (CA Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SET HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. 609) AND OTHER PENDING MOTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Stephen A. Broome, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Opposition to Plaintiffs' Administrative Motion to Set Hearing Date on Plaintiffs' Motion for Class Certification (Dkt. 609) and Other Pending Motions. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I met and conferred with Plaintiffs' counsel regarding whether a schedule was possible so that the motions currently set for hearing on September 27, 2022 (Dkts. 703, 705) (the "September 27 Motions") could be advanced and combined with the motions currently set for hearing on September 20, 2022 (Dkts. 609, 662-64) (the "September 20 Motions"). Part of the agreement would have required Plaintiffs to file their additional motions by August 19, 2022, but agreement on a stipulation was not reached and Plaintiffs' filed their *Daubert* motion (Dkt. 703) and motion to strike (Dkt. 705) on August 23, 2022. Attached hereto as **Exhibit 1** is a true and correct copy of an email that Plaintiffs' counsel sent me on August 15, 2022, attaching a draft scheduling stipulation.

3. Google has always been prepared to proceed with Plaintiffs' motion for class certification (Dkt. 609) and Google's three *Daubert* motions (Dkts. 662-64) on September 20, 2022.

4. Google also agreed not to oppose proceeding with Plaintiffs' *Daubert* motion and motion to strike on September 27, 2022, even though lead counsel Andrew Schapiro is unavailable on that date due to a Jewish holiday, because someone other than Mr. Schapiro can argue the September 27 Motions. Google never agreed that the September 20 Motions could proceed on September 27, 2022, or vice versa.

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the August 26, 2022 hearing in the related *Calhoun* matter.

6. There is not enough time to fully brief the September 27 Motions in advance of the September 20, 2022 hearing date and given Mr. Schapiro's unavailability on September 27, 2022, moving the September 20 Motions to September 27, 2022 does not work for Google's lead counsel.

1  October 4, 2022 also does not work for Google's lead counsel or other key Google counsel (including
2  me).
3       7.   Google offered Tuesday, October 11 or Tuesday, October 25 for a hearing on all
4  motions. Plaintiffs did not indicate – and have never indicated – that they are unavailable on either of
5  those days. Plaintiffs nevertheless rejected that offer, insisting that the hearing occur on a Friday in
6  September.
7       8.   In an effort to accommodate Plaintiffs' demand, Google canvassed its team for
8  availability. However, multiple key team members (including those that will be arguing one or more
9  of the motions) are not available on the two Friday dates Plaintiffs proposed (September 23 and
10 September 30).
11 I declare under penalty of perjury of the laws of the United States that the foregoing is true and
12 correct. Executed in Los Angeles, California on August 30, 2022.

By  */s/ Stephen A. Broome*
    Stephen A. Broome