UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SET HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. 609) AND OTHER PENDING MOTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is the Plaintiffs' Administrative Motion to Set Hearing Date of Plaintiffs' Motion for Class Certification (Dkt. 609) and Other Pending Motions (Dkt. 719) (the "Motion"). Having considered the Motion, the Opposition, and other papers on file, the Court **DENIES** the Motion.

The Court sets October 11, 2022 as a hearing date for all six pending motions (Dkts. 609, 662-64, 703, 705) and sets the following briefing schedule for Plaintiffs' *Daubert* motion (Dkt. 703) and motion to strike (Dkt. 705):

- Google's opposition to Dkts. 703 and 705 are due on September 14, 2022
- Plaintiffs' reply is due on September 21, 2022

**IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge