# EXHIBIT 1

| | |
|---|---|
| **From:** | Alex Frawley <AFrawley@susmangodfrey.com> |
| **Sent:** | Monday, August 15, 2022 4:54 PM |
| **To:** | Stephen Broome; James Lee |
| **Cc:** | Aly Olson |
| **Subject:** | RE: Brown - to Google Stip.DOCX |
| **Attachments:** | Brown - to Google Stip 8 pm.docx |

**[EXTERNAL EMAIL from afrawley@susmangodfrey.com]**

Ok, how's this?

**Alexander P. Frawley**
917.599.6613 (cell)

**From:** Stephen Broome <stephenbroome@quinnemanuel.com>
**Sent:** Monday, August 15, 2022 6:44 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; James Lee <jwlee@bsfllp.com>
**Cc:** Aly Olson <alyolson@quinnemanuel.com>
**Subject:** Brown - to Google Stip.DOCX

EXTERNAL Email
Further revised per our call just now.

1

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION (DKT. 609) AND GOOGLE'S *DAUBERT* MOTIONS (DKTS. 662, 663, 664)**<br><br>The Honorable Yvonne Gonzalez Rogers |

01980-00174/13555697.1

Case No. 4:20-cv-03664-YGR-SVK
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION AND PARTIES' *DAUBERT* MOTIONS

Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on June 21, 2022, Plaintiffs filed their Motion for Class Certification (Dkt. 609);

WHEREAS, on August 5, 2022, Google filed its Opposition to Plaintiffs' Motion for Class Certification (Dkt. 665), as well as three *Daubert* motions (Dkts. 662, 663, 664);

WHEREAS, Plaintiffs' oppositions to Google's *Daubert* motions are currently due on August 19, 2022;

WHEREAS, any replies in support of Google's *Daubert* motions are currently due on August 26, 2022;

WHEREAS, Plaintiffs' Reply in support of their Motion for Class Certification is currently due on August 26, 2022;

WHEREAS, the hearing on Plaintiffs' motion for class certification as well as Google's *Daubert* motions is currently scheduled for September 20, 2022 at 2:00 p.m. (Dkt. 669);

WHEREAS, Google has requested an extension of its deadline for any replies in support of its *Daubert* motions, from August 26 to September 1;

WHEREAS, Plaintiffs wish to ensure that any changes to the briefing schedules do not result in any change to the September 20 hearing date;

WHEREAS, consistent with the current briefing schedules, Plaintiffs wish to maintain a schedule whereby Google files any replies in support of its *Daubert* motions on the same day that Plaintiffs file their Reply in support of their Motion for Class Certification (currently August 26);

WHEREAS, Google has agreed to reciprocally extend the deadline for Plaintiffs' Reply in support of their Motion for Class Certification from August 26 to September 1;

WHEREAS, Google has represented that it will not seek to reschedule the September 20 hearing date based on these stipulated changes to these briefing schedules;

WHEREAS, Plaintiffs have advised Google of their intention to file one *Daubert* motion on August 19, following Plaintiffs' depositions of Google's experts that are occurring during the week of August 15;

WHEREAS, in the interest of allowing this motion to be heard on September 20 during the currently scheduled hearing on Plaintiffs' class certification motion and Google's *Daubert* motions, the Parties have agreed to the following briefing schedule for Plaintiffs' *Daubert* Motion: Google's Opposition shall be due on September 9, and Plaintiffs' Reply shall be due on September 13;

NOW THEREFORE, the Parties stipulate to the following deadlines:

- The deadline for Google to file any replies in support of its *Daubert* motions (Dkts. 662-64) is extended from August 26, 2022 to September 1, 2022.
- The deadline for Plaintiffs to file their Reply in support of their Motion for Class Certification (Dkt. 609) is extended from August 26, 2022 to September 1, 2022.
- Plaintiffs shall file their *Daubert* Motion on August 19. Google's Opposition is due on September 9, and any reply is due on September 13. The hearing date for this motion shall be September 20, 2022.

.

DATED:  August 30, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ TK Draft* | */s/ TK Draft* |
| Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> Teuta Fani (admitted *pro hac vice*) <br> teutafani@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> sb@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> Crystal Nix-Hines (Bar No. 326971) <br> crystalnixhines@quinnemanuel.com <br> Alyssa G. Olson (CA Bar No. 305705) <br> alyolson@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 | Mark C. Mao (CA Bar No. 236165) <br> mmao@bsfllp.com <br> Beko Reblitz-Richardson (CA Bar No. 238027) <br> brichardson@bsfllp.com <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 <br> Tel: (415) 293 6858 <br> Fax: (415) 999 9695 <br><br> James W. Lee (*pro hac vice*) <br> jlee@bsfllp.com <br> Rossana Baeza (*pro hac vice*) <br> rbaeza@bsfllp.com <br> 100 SE 2nd Street, Suite 2800 <br> Miami, FL 33130 <br> Tel: (305) 539-8400 <br> Fax: (305) 539-1304 <br><br> William Christopher Carmody (*pro hac* |

| | |
|---|---|
| Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* | *vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330<br><br>Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br><br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736<br><br>Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br><br>*Attorneys for Plaintiffs* |

01980-00174/13555697.1

-3-   Case No. 4:20-cv-03664-YGR-SVK
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING
DATE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION AND PARTIES' *DAUBERT* MOTIONS

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER. I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: August 30, 2022

By *_____/s/ TK Draft_____*
TK Draft
*Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

- The deadline for Google to file any replies in support of its *Daubert* motions (Dkts. 662-64) is extended from August 26, 2022 to September 1, 2022.
- The deadline for Plaintiffs to file their Reply in support of their Motion for Class Certification (Dkt. 609) is extended from August 26, 2022 to September 1, 2022.
- Plaintiffs shall file their *Daubert* Motion on August 19. Google's Opposition is due on September 9, and any reply is due on September 13. The hearing date for this motion shall be September 20, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge