# EXHIBIT 2

                                                    **Pages 1 - 75**

                   UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

PATRICK CALHOUN, ET AL.,        )
                                )
          Plaintiffs,           )
                                )
  VS.                           )      **NO. CV 20-05146-YGR**
                                )
GOOGLE LLC,                     )
                                )
          Defendant.            )
 _____ )

                              Oakland, California
                              Friday, August 26, 2022

                    **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                    BLEICHMAR FONTI & AULD LLP
                    555 12th Street, Suite 1600
                    Oakland, CA 94607
                BY: **LESLEY WEAVER, ESQUIRE**
                    **ANGELICA MARIA ORNELAS, ESQUIRE**

                    DICELLO LEVITT GUTZLER LLC
                    One Grand Central Place
                    60 East 42nd St., Suite 2400
                    New York, NY 10165
                BY: **DAVID A. STRAITE, ESQUIRE**
                    **CORBAN S. RHODES, ESQUIRE**

                    DICELLO LEVITT GUTZLER
                    Ten North Dearborn Street
                    Chicago, IL 60602
                BY: **ADAM PROM, ESQUIRE**


Reported By:        Pamela Batalo-Hebel, CSR No. 3593, RMR, FCRR
                    Official Reporter

**APPEARANCES CONTINUED:**

SIMMONS HANLY CONROY
231 S. Bemiston Avenue, Suite 525
St. Louis, MO 63105
BY:  **JAY BARNES, ESQUIRE**

SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
BY:  **AN V. TRUONG, ESQUIRE**

SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
BY:  **JENNIFER M. PAULSON, ESQUIRE**

For Defendant:

QUINN EMANUEL URQUHART SULLIVAN LLP
191 N. Upper Wacker Drive, Suite 2700
Chicago, IL 60606
BY:  **ANDREW H. SCHAPIRO, ESQUIRE**
**JOSEPH H. MARGOLIES, ESQUIRE**

QUINN EMANUEL URQUHART SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
BY:  **VIOLA TREBICKA, ESQUIRE**
**STEPHEN BROOME, ESQUIRE**
**ALYSSA G. OLSON, ESQUIRE**

QUINN EMANUEL URQUHART SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
BY:  **XI GAO, ESQUIRE**

1    back.  I'm going to consider everything again based upon your

2    arguments.  If I want briefing or if I want additional

3    argument, I promise you I will let you know.  Okay.

4         Yes?

5              MR. BROOME:  Your Honor, may I respond to the *Opperman*

6    point that Mr. Barnes raised?

7              THE COURT:  No.

8         Okay.  Is there anything else -- the motions are deemed

9    submitted.

10        Is there anything else that I need to talk to you all

11   about while you're here?

12             MR. SCHAPIRO:  Your Honor, we were wondering -- I

13   don't know if Your Honor knows yet -- whether you anticipate

14   that the arguments on the class certification motions in Brown

15   are going to stay on the schedule for September 20th because it

16   affects a few other things we're doing.  We're assuming it is,

17   and we are going full speed ahead.

18             THE COURT:  Well, I've got three trials in September.

19   Do you want to push it over?

20             MR. SCHAPIRO:  Yeah.  I think we would be perfectly

21   content with that, Your Honor.

22             THE COURT:  Isn't this -- okay.

23             MR. BARNES:  We can't speak on behalf of Brown.

24   Mr. Mao is here from Brown.

25             THE COURT:  All right.  Mr. Mao, come on up.

1          **MR.MAO:**  Sorry, Your Honor.

2          **THE COURT:**  No apologies.

3          **MR. MAO:**  This is Mark Mao, Boies Schiller Flexner,

4     for the Brown plaintiffs in a separate case.

5          I know, Your Honor, that there was no mention that they

6     were going to be trying to seek a continuance today.  In fact,

7     we actually have a stipulation in principle with the other side

8     saying that they would not be seeking such a continuance.  We

9     have emails on that, Your Honor.

10         **THE COURT:**  Well, this is really a question about me,

11    not about you.

12         **MR. MAO:**  I appreciate that, Your Honor.

13         **MR. BROOME:**  I think really it is a question for you,

14    Your Honor.  And Mr. Mao is correct.  We had asked for an

15    extension on another *Daubert* motion that they had filed which

16    is noticed for the 27th.  We would assume it would make sense

17    to hear that together, but we did agree that we would not seek

18    a continuance.

19         **THE COURT:**  Okay.  I always -- I always put things on

20    the same date, just because it makes no judicial sense to have

21    cases where -- I mean, if I'm going to work on one case, I'm

22    going to work on all the motions relative to that case.

23         So are you currently scheduled for argument on both the

24    20th and 27th?

25         **MR. BROOME:**  That is correct.

1      **MR. MAO:**  That is because we didn't think that the

2   *Daubert* and motions to strike were necessary to decide --

3      **THE COURT:**  It doesn't matter.  Did you not hear what

4   I just said?  When I look at a case, I look at everything

5   relative to that case.  That's efficient.  Okay.  And I have

6   three trials before then.

7      So everything is getting moved to the 27th, and whether it

8   stays on the 27th, it depends.  I don't know.  I'm not there

9   yet.

10      **MR. BROOME:**  Understood.

11      **MR. SCHAPIRO:**  Your Honor, with apologies, the 27th, I

12   believe, is the second day of Rosh HaShanah which my family

13   observes, so I wouldn't be able to travel or work on that day.

14   Others can handle it, I'm sure, but just flagging that -- any

15   day one or two after or before, but -- I'm sorry to bother

16   Your Honor with that.

17      **THE COURT:**  I'm pulling up my calendar.  When is Rosh

18   HaShanah?

19      **MR. SCHAPIRO:**  The 26th and 27th are the two days on

20   which one is not supposed to work.

21      **THE COURT:**  I can put you on for October 4th.  Any

22   conflicts?

23      **MR. MAO:**  I would have to grab my calendar,

24   Your Honor.  Sorry.

25      **THE COURT:**  You all go -- go and meet and confer and

1     make sure that that works.

2             MR. BROOME:  I actually do have a conflict.

3             THE COURT:  Go and meet and confer and tell me what

4     works.

5             MR. BROOME:  Okay.  And tell you what works.

6     Understood.

7             THE COURT:  Well, after you said you have a conflict,

8     figure it out.  I'm not apparently going to decide it right

9     now, but I do put everything on the same day.

10            MR. MAO:  If I may ask, which may help this, are you

11    only willing to -- are you only able to do that on Fridays

12    because these are all Fridays.

13            THE COURT:  No.  Those are Tuesdays.  My standard law

14    and motion calendar is Tuesday.  The reason you're here on a

15    Friday is because I inherited this case.  It's been on my

16    backlog, and I had to specially set it to get it in.  Typically

17    I don't do this on Fridays.

18            MR. MAO:  Okay.

19            THE COURT:  We will find a day.  Don't worry.  But it

20    will all be together.  It will not be separate.

21            MR. BROOME:  Thank you, Your Honor.

22            THE COURT:  Anything else?  No?  All right.  Then

23    everybody stay safe.

24            MR. BROOME:  Nothing from us.

25            THE COURT:  We'll stand in recess.

1

2

3                    CERTIFICATE OF REPORTER

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:   Monday, August 29, 2022

8

9    *Pamela Batalo Hebel*

10   Pamela Batalo Hebel, CSR No. 3593, RMR, FCRR
     U.S. Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25