**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, ET AL. | Case No.  4:20-cv-03664-YGR |
| Plaintiffs, | **ORDER RE: PENDING ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| GOOGLE, LLC, | Dkt. No. 396 |
| Defendant. | |

Pursuant to Civil Local Rule 79-5, plaintiffs Chasom Brown, William Byatt, and Maria Nguyen ("Plaintiffs") filed an administrative motion to consider whether Google LLC's materials should be sealed. (*See* Dkt. No. 396.) Having considered these sealing requests, all associated declarations, and exhibits, and for good cause appearing:

It is **HEREBY ORDERED** that the sealing requests are **GRANTED** as follows:

| Document Sought to be Sealed | Party Claiming Confidentiality | Description or Pages & Lines | Grant or Deny |
|---|---|---|---|
| Joint Case Management Statement | Google | Portions highlighted in yellow on pages 3 and 11 | **GRANTED** |

This Order terminates Docket No. 396.

**IT IS SO ORDERED.**

Dated: August 31, 2022

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California