UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE**<br><br>Judge: Hon. Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Motion to Strike Exhibit A (in Dkt. 672-2) to the Declaration of Mark Mao in Support of Plaintiffs' Administrative Motion for Relief (the "Motion"). Having considered Google's papers filed in support of the Motion, and all other matters properly considered by this Court, the Court GRANTS Google's Motion.

Exhibit A in Dkt. 672-2, Section II(B) of Plaintiffs' Opposition to Google's Motion to Strike Exhibit A to Mao Declaration in Support of Plaintiffs' Administrative Motion for Relief (Dkt. 722) ("Plaintiffs' Opposition"), and Exhibits 1 and 2 to Plaintiffs' Opposition (Dkt. 722-2, 722-3) are hereby STRICKEN.

**SO ORDERED**.

DATED: _____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge