# EXHIBIT B

# Sealed Entirely