# EXHIBIT C

Sealed Entirely