# EXHIBIT D

# Sealed Entirely