QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Andrew H. Schapiro (admitted *pro hac vice*) | Diane M. Doolittle (CA Bar No. 142046) |
| andrewschapiro@quinnemanuel.com | dianedoolittle@quinnemanuel.com |
| Teuta Fani (admitted *pro hac vice*) | Sara Jenkins (CA Bar No. 230097) |
| teutafani@quinnemanuel.com | sarajenkins@quinnemanuel.com |
| 191 N. Wacker Drive, Suite 2700 | 555 Twin Dolphin Drive, 5th Floor |
| Chicago, IL 60606 | Redwood Shores, CA 94065 |
| Telephone: (312) 705-7400 | Telephone: (650) 801-5000 |
| Facsimile: (312) 705-7401 | Facsimile: (650) 801-5100 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Car No. 36266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (CA Bar No. 326791) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I. Street, N.W., Suite 900 |
| Los Angeles, CA 90017 | Washington, D.C. 20005 |
| Telephone: (213) 443-3000 | Telephone: 202-538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: 202-538-8100 |
| | |
| Jonathan Tse (CA Bar No. 305468) | Jomaire A. Crawford (admitted *pro hac vice*) |
| jonathantse@quinnemanuel.com | jomairecrawford@quinnemanuel.com |
| 50 California Street, 22nd Floor | 51 Madison Avenue, 22nd Floor |
| San Francisco, CA 94111 | New York, NY 10010 |
| Telephone: (415) 875-6600 | Telephone: (212) 849-7000 |
| Facsimile: (415) 875-6700 | Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF SARA JENKINS IN SUPPORT OF MOTION TO STRIKE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

I, Sara Jenkins, declare as follows:

1. I am a member of the bar of the state of California and of counsel at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. The document bearing Bates number GOOG-BRWN-00857642 was reviewed in connection with discovery in this action and initially entirely withheld as privileged and included on Google's privilege log.

3. In compliance with orders issued by Magistrate Judge Susan van Keulen in this action, Google conducted a re-review of certain categories of documents on its privilege logs, which included GOOG-BRWN-00857642.

4. The reviewers who re-reviewed GOOG-BRWN-00857642 were unaware that all communications in the document were made pursuant to the direction of a Google attorney and furthered an internal investigation to obtain information necessary for that attorney to provide legal advice regarding an active regulatory inquiry. Accordingly, the reviewers determined that the document should be produced with redactions to some but not all emails in the chain.

5. Google produced GOOG-BRWN-00857642 with redactions on July 21, 2022. Google's production of this document, which contains its privileged information, was inadvertent.

6. On August 25, 2022, Plaintiffs filed a Reply in Support of their Supplemental Sanctions Brief (Dkt. 708) (the "Reply"). That brief discussed and quoted the privileged contents of GOOG-BRWN-00857642, and specifically referred to an internal audit that Google conducted during the course of a privileged investigation (which GOOG-BRWN-00857642 describes). Upon reviewing the Reply, Google realized that it had inadvertently produced GOOG-BRWN-00857642.

7. On August 26, 2022, Google sent counsel for Plaintiffs a letter providing notice that it was clawing back GOOG-BRWN-00857642 pursuant to the Stipulated Protective Order (Dkt. 81) and Stipulated Order re: Discovery of Electronically Stored Information (Dkt. 80) entered in this matter.

8. In the same letter, Google requested that Plaintiffs agree to withdraw: (i) the portions of the Reply that cite, quote, and discuss GOOG-BRWN-00857642; as well as (ii) Exhibit B to the Reply, which is a copy of GOOG-BRWN-00857642.

9. On August 28, 2022, counsel for Plaintiffs responded to Google's letter. In their response, Plaintiffs asserted that Google "has waived any privilege that might apply" to the unredacted portions of GOOG-BRWN-00857642.

10. Google met and conferred with Plaintiffs concerning this matter on August 29, 2022. During that meet and confer, Plaintiffs confirmed that they do not intend to withdraw any filings that contain information from GOOG-BRWN-00857642.

11. Following the meet and confer, Plaintiffs again asserted that Google "has already waived any privilege" with respect to the unredacted portions of GOOG-BRWN-00857642.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Belmont, California, on September 2, 2022.

DATED: September 2, 2022.

By  */s/ Sara Jenkins*
    Sara Jenkins