1   QUINN EMANUEL URQUHART & SULLIVAN, LLP

2   Andrew H. Schapiro (admitted *pro hac vice*)    Diane M. Doolittle (CA Bar No. 142046)
    andrewschapiro@quinnemanuel.com               dianedoolittle@quinnemanuel.com
3   Teuta Fani (admitted *pro hac vice*)            Sara Jenkins (CA Bar No. 230097)
    teutafani@quinnemanuel.com                     sarajenkins@quinnemanuel.com
4   191 N. Wacker Drive, Suite 2700                555 Twin Dolphin Drive, 5th Floor
    Chicago, IL 60606                              Redwood Shores, CA 94065
5   Telephone: (312) 705-7400                      Telephone: (650) 801-5000
    Facsimile: (312) 705-7401                      Facsimile: (650) 801-5100
6
7   Stephen A. Broome (CA Bar No. 314605)          Josef Ansorge (admitted *pro hac vice*)
    stephenbroome@quinnemanuel.com                 josefansorge@quinnemanuel.com
8   Viola Trebicka (CA Bar No. 269526)             Xi ("Tracy") Gao (CA Car No. 36266)
    violatrebicka@quinnemanuel.com                 tracygao@quinnemanuel.com
9   Crystal Nix-Hines (CA Bar No. 326791)          Carl Spilly (admitted *pro hac vice*)
    crystalnixhines@quinnemanuel.com               carlspilly@quinnemanuel.com
10  865 S. Figueroa Street, 10th Floor             1300 I. Street, N.W., Suite 900
    Los Angeles, CA 90017                          Washington, D.C. 20005
11  Telephone: (213) 443-3000                      Telephone: 202-538-8000
    Facsimile: (213) 443-3100                      Facsimile: 202-538-8100
12
13
14  Jonathan Tse (CA Bar No. 305468)               Jomaire A. Crawford (admitted *pro hac vice*)
    jonathantse@quinnemanuel.com                   jomairecrawford@quinnemanuel.com
15  50 California Street, 22nd Floor               51 Madison Avenue, 22nd Floor
    San Francisco, CA 94111                        New York, NY 10010
16  Telephone: (415) 875-6600                      Telephone: (212) 849-7000
    Facsimile: (415) 875-6700                      Facsimile: (212) 849-7100
17
18  *Attorneys for Defendant Google LLC*

19              UNITED STATES DISTRICT COURT

20      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

21  CHASOM BROWN, individually and on          Case No. 5:20-cv-03664-YGR-SVK
22  behalf of all similarly situated,          **DECLARATION OF MATTHEW**
                                               **KELLOGG IN SUPPORT OF MOTION**
23          Plaintiffs,                         **TO STRIKE**

24              v.                             Referral: Hon. Susan van Keulen, USMJ

25  GOOGLE LLC,

26          Defendant.

27

28

DocuSign Envelope ID: E03D8E35-6CFE-4E9C-9686-BA7528265DCB

I, Matthew Kellogg, declare as follows:

1.    I am a member of the bar for the state of California and Senior Product Counsel for Google LLC ("Google").  I have been employed as in-house counsel at Google since 2015.  Prior to joining Google, I was an associate at the law firm of Covington & Burling LLP from 2011 to 2015.  I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    In my role as Google in-house counsel, I am responsible for providing legal advice regarding, *inter alia*, negotiations with certain domestic and foreign regulatory authorities, including the United Kingdom's Competition and Markets Authority ("CMA").

3.    I often seek information from non-attorney Google employees regarding the technical operation of Google's products in order to provide legal advice regarding ongoing regulatory actions and discussions with regulatory authorities. I frequently direct non-attorney Google employees to conduct, *e.g.*, factual investigations and discussions with other non-attorneys in order to gather such information.

4.    I also often task non-attorney Google employees with providing information regarding the nature of these regulatory inquiries.

5.    I understand that a document with the Bates number GOOG-BRWN-00857642 has been withheld from disclosure in this action pursuant to the attorney-client privilege and work product protection doctrine.

6.    GOOG-BRWN-00857642 is an email thread that begins with a September 27, 2021 email from non-attorney Google Program Manager Nathaniel Schneider regarding an investigation that he conducted at my direction to evaluate certain product features in relation to a regulatory inquiry by the CMA. Information regarding the results of this regulatory inquiry is available at https://assets.publishing.service.gov.uk/media/62052c52e90e077f7881c975/Google_Sandbox_.pdf .

7.    I requested that someone from the product and engineering teams perform this investigation while Google's negotiations with the CMA were ongoing so that I could evaluate the information and provide legal advice to Google regarding its representations to the CMA. Mr.

DocuSign Envelope ID: E03D8E35-6CFE-4E9C-9866-BA7528265DCB

Schneider undertook this investigation based on my request. Mr. Schneider was acting as my agent to seek and obtain information necessary for my provision of legal advice. The internal investigation is protected work product, as it was done at my direction for the purpose of providing legal advice related to responding to an active regulatory inquiry by the CMA.

8.      Mr. Schneider's review of information provided in the course of this internal investigation and explanations of the nature of the underlying regulatory inquiry to other non-attorney employees were done based on my request and in furtherance of my work on the CMA inquiry.  As such, Mr. Schneider contacted certain Google employees, as reflected in GOOG-BRWN-00857642. In this capacity, Mr. Schneider was acting at my request to convey my legal advice regarding these commitments to the CMA, and to gather information in preparation for discussions with the CMA regarding the active regulatory inquiry.

9.      The internal deadline reflected in GOOG-BRWN-00857642, including in the email subject line, was informed by the schedule of the CMA investigation. A public version of that schedule is located here:   https://www.gov.uk/cma-cases/investigation-into-googles-privacy-sandbox-browser-changes#case-timetable.

10.      While the internal investigation was initiated so that I could provide legal advice related to Google's response to the CMA regulatory inquiry, the results of the investigation were eventually shared with the in-house litigation teams working on the *Brown v. Google* and *Calhoun v. Google* litigations.

11.      The discussions regarding my legal advice described above were confidential, only discussed and shared with internal resources on a need-to-know basis, treated as attorney-client privileged within Google, and were performed at my direction for the purposes of obtaining and providing legal advice in connection with an ongoing regulatory inquiry.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

/

/

1     Executed in Alameda, CA, on September 2, 2022.

2   DATED: September 2, 2022.

3

4   By

5     Matthew Kellogg

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28