DocuSign Envelope ID: A8B62A79-E62D-4E61-A133-D1257CA93B02

QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Andrew H. Schapiro (admitted *pro hac vice*) | Diane M. Doolittle (CA Bar No. 142046) |
| andrewschapiro@quinnemanuel.com | dianedoolittle@quinnemanuel.com |
| Teuta Fani (admitted *pro hac vice*) | Sara Jenkins (CA Bar No. 230097) |
| teutafani@quinnemanuel.com | sarajenkins@quinnemanuel.com |
| 191 N. Wacker Drive, Suite 2700 | 555 Twin Dolphin Drive, 5th Floor |
| Chicago, IL 60606 | Redwood Shores, CA 94065 |
| Telephone: (312) 705-7400 | Telephone: (650) 801-5000 |
| Facsimile: (312) 705-7401 | Facsimile: (650) 801-5100 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Car No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (CA Bar No. 326791) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 1300 I. Street, N.W., Suite 900 |
| Los Angeles, CA 90017 | Washington, D.C. 20005 |
| Telephone: (213) 443-3000 | Telephone: 202-538-8000 |
| Facsimile: (213) 443-3100 | Facsimile: 202-538-8100 |
| | |
| Jonathan Tse (CA Bar No. 305468) | Jomaire A. Crawford (admitted *pro hac vice*) |
| jonathantse@quinnemanuel.com | jomairecrawford@quinnemanuel.com |
| 50 California Street, 22nd Floor | 51 Madison Avenue, 22nd Floor |
| San Francisco, CA 94111 | New York, NY 10010 |
| Telephone: (415) 875-6600 | Telephone: (212) 849-7000 |
| Facsimile: (415) 875-6700 | Facsimile: (212) 849-7100 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF NATHANIEL SCHNEIDER IN SUPPORT OF MOTION TO STRIKE**<br><br>Referral: Hon. Susan van Keulen, USMJ |

I, Nathaniel Schneider, declare as follows:

1. I am a Program Manager at Google LLC ("Google"). I have been a Google employee since June 2019.

2. I understand that a document with the Bates number GOOG-BRWN-00857642 has been withheld from disclosure in this action pursuant to the attorney-client privilege and work product protection doctrine.

3. GOOG-BRWN-00857642 is an email thread that begins with a September 27, 2021 email from me regarding an investigation that I conducted at the direction of in-house counsel Matthew Kellogg to evaluate certain product features in relation to a regulatory inquiry by the United Kingdom's Competition and Markets Authority ("CMA"). Information regarding the results of this regulatory inquiry is publicly available at https://assets.publishing.service.gov.uk/media/62052c52e90e077f7881c975/Google_Sandbox_.pdf.

4. In response to a request from Mr. Kellogg directed to the Chrome team, I was assigned to conduct this investigation while Google's negotiations with the CMA were ongoing in order to ensure that Google accurately described certain product features in its representations to the CMA. It was and is my understanding that I was conducting this investigation on behalf of Mr. Kellogg to ensure compliance with our legal commitments to the CMA, to seek and obtain information necessary for the provision of legal advice, and in aid of Google's ongoing discussions with the CMA regarding the regulatory inquiry.

5. I added a "Privileged & Confidential" header at the top of the body of several emails that I sent in this chain, including on November 17, 2021, November 22, 2021, November 25, 2021, and December 13, 2021. *See* GOOG-BROWN-00857642 at -642, -643, and -644. I had the same understanding as that described in Paragraph 4 when sending the emails reflected in this chain, including the first email sent on September 27, 2021. *See* GOOG-BROWN-00857642 at -645.

6. I gathered information to be used during the regulatory inquiry and communicated with certain non-attorney employees to convey Mr. Kellogg's legal advice regarding Google's public commitments to the CMA. GOOG-BROWN-00857642 reflects email correspondence with

1 Google employees Chandan Giri, Florian Uunk, Chris Liao, Bert Leung, and others. It was and is
2 my understanding that, in communicating with these non-attorney Google employees, I was acting
3 on Mr. Kellogg's behalf to convey Mr. Kellogg's legal advice and to obtain information necessary
4 for Mr. Kellogg to provide further advice to Google regarding its commitments to the CMA.

5     7. It was and is my understanding that the communications described above were
6 confidential, treated as attorney-client privileged within Google, and were performed at the
7 direction of Mr. Kellogg as Google in-house counsel to (i) obtain information necessary for the
8 provision of legal advice; and (ii) convey and discuss the legal advice of counsel regarding an
9 ongoing regulatory inquiry.

11 I declare under penalty of perjury of the laws of the United States that the foregoing is true
12 and correct.

13 Executed in Nuremberg, Germany, on September 2, 2022.
14 DATED: September 2, 2022.

By *[DocuSigned by: F9A5122D08504E1...]*
Nathaniel Schneider

-2-    Case No. 4:20-cv-03664-YGR-SVK
DECLARATION OF NATHANIEL SCHNEIDER