UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO STRIKE PLAINTIFFS' SUBMISSIONS OF PRIVILEGED MATERIALS AND REFERENCES THERETO (DKTS. 671-10; 672-2 EX. 6; 708; 708-3)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1
2  **[PROPOSED] ORDER**

3  Before the Court is Defendant Google LLC's Motion to Strike Plaintiffs' Submissions of
4  Privileged Materials and References Thereto (Dkts. 671-10; 672-2 Ex. 6; 708; 708-3). ("Motion to
5  Strike"). Having considered the parties' papers filed in support of and in opposition thereto, and other
6  papers and evidence on file, and good cause having been shown, the Court ORDERS as follows:
7  The Motion to Strike is **GRANTED**.
8
9  **SO ORDERED.**
10
11  DATED: _____

12  THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28