# Exhibit A

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - - - x
CHASOM BROWN; MARIA NGUYEN; WILLIAM
BYATT; JEREMY DAVIS; and CHRISTOPHER
CASTILLO, individually and on behalf
of all other similarly situated,

       Plaintiffs,
                No. 5:20-cv-03664-LHK
  -against-

GOOGLE LLC,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - x


    Zoom video conference deposition of
RORY McCLELLAND, taken pursuant to
notice, was held remotely, commencing
February 18, 2022, 5:30 a.m. Eastern
Standard Time, before Leslie Fagin, a
Stenographic Court Reporter and Notary
Public in the State of New York.
            - - -


MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



Page 2

```
 1
 2   A P P E A R A N C E S:
     (All Parties Present Via Zoom.)
 3
 4
     BOIES SCHILLER & FLEXNER LLP
 5   Attorneys for Plaintiffs
             44 Montgomery Street, 41st Floor
 6           San Francisco, California 94104
     BY:     MARK MAO, ESQUIRE
 7           ROSANNA BAEZA, ESQUIRE
 8
     QUINN EMANUEL URQUHART & SULLIVAN
 9   Attorneys for Defendant
             51 Madison Avenue, 22nd Floor
10           New York, New York 10010
     BY:     JOMAIRE A. CRAWFORD, ESQUIRE
11           CARL SPILLY, ESQUIRE
12
     BAILEY GLASSER
13   Attorneys for Witness
             209 Capitol Street
14           Charleston, West Virginia 25301
     BY:     BENJAMIN L. BAILEY, ESQUIRE
15           ELLIOTT McGRAW, ESQUIRE
16
     ALSO PRESENT:
17
     LESLEY WEAVER, ESQUIRE
18   BLEICHMAR FONTI
         For the Calhoun Plaintiffs
19
     VANESSA WHEELER, Exhibit Tech
20       Magna Legal Services
21
22
23
24
25
```



CONFIDENTIAL

Page 164

1          R. McClelland
2               MS. CRAWFORD:  Objection, insofar
3     as you are asking the witness to
4     speculate.
5     A.    The way third party ads work is
6  that it's a bidding system, programatic
7  bidding system.  Advertisers can bid to show
8  their ad to a user, if they win that bidding
9  process, then their ad is shown on the
10 website the user is visiting.  If the user
11 clicks on the ad, then the advertiser pays
12 Google or, otherwise, depending on the ad
13 tech company for that click, so it's a pay
14 per click model.
15           The probability of the user
16 clicking on the ad is partly dependent on the
17 relevancy of the ad to the user, which is
18 where targeted advertising comes in.
19           If you cannot target the user
20 because there isn't a third party cookie,
21 then you have to display a more generic ad
22 which has a lower probability of the user
23 clicking on it and, therefore, a lower
24 probability of the advertiser paying out to
25 Google.



Page 165

```
 1                R. McClelland
 2           The impact of not having a third
 3   party cookie was approximately a ███████
 4   ███████████ for users that had the cookie
 5   blocked.
 6      Q.   Earlier you mentioned something
 7   along the lines of Google not being able to
 8   know when people are in Incognito mode.
 9           Do you recall that?
10      A.   I do, yes.
11      Q.   Are you saying that the Chrome side
12   cannot see Incognito signals?
13           MS. CRAWFORD:  Objection to the
14      form of the question.
15      A.   Chrome itself is aware that the
16   user is in Incognito mode, but Chrome does
17   not send that signal to Google or any other
18   web server.
19      Q.   Are you familiar with the X-Client
20   Data Header?
21      A.   Not really.  It is data sent to the
22   web server on request, but I am not technical
23   enough to understand the contents of it.
24      Q.   Are you aware that the X-Client
25   Data Header is not sent to Google servers
```



```
 1                 R. McClelland
 2   when users are browsing in Incognito mode?
 3           MS. CRAWFORD:  Objection, assumes
 4      facts, calls for speculation.
 5      A.   I do.  The X-Client Header is about
 6   the current experiments in force on the
 7   browser and it can be used for trouble
 8   shooting, but in Incognito mode, from memory,
 9   it wasn't sent because there is risk that it
10   may identify the user.
11   ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13   ▇▇▇▇▇▇▇
14           MS. CRAWFORD:  Objection, calls for
15      speculation, assumes facts, lack of
16      foundation.
17   ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇
18   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19   ▇▇▇▇▇▇▇▇▇▇▇▇
20   ▇ ▇▇▇▇▇▇▇▇▇▇
21   ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24   ▇▇
25           It could be argued that the
```



CERTIFICATE

I HEREBY CERTIFY that the foregoing proceedings were duly sworn by me and that the proceedings are a true record.

_____
Leslie Fagin,
Registered Professional Reporter
Dated:

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)