# EXHIBIT 1

# SEALED ENTIRELY