| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted *pro hac vice*) | Bill Carmody (admitted *pro hac vice*) |
| 333 Main Street | Shawn J. Rabin (admitted *pro hac vice*) |
| Armonk, NY 10504 | Steven M. Shepard (admitted *pro hac vice*) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted *pro hac vice*) |
| dboies@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY  10019 |
| Mark C. Mao, CA Bar No. 236165 | Tel.: (212) 336-8330 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | bcarmody@susmangodfrey.com |
| Erika Nyborg-Burch, CA Bar No. 342125 | srabin@susmangodfrey.com |
| 44 Montgomery St., 41st Floor | sshepard@susmangodfrey.com |
| San Francisco, CA 94104 | afrawley@susmangodfrey.com |
| Tel.: (415) 293-6800 | |
| mmao@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891 |
| brichardson@bsfllp.com | 1900 Avenue of the Stars, Suite 1400 |
| enyborg-burch@bsfllp.com | Los Angeles, CA 90067 |
| | Tel.: (310) 789-3100 |
| James Lee (admitted *pro hac vice*) | abonn@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | |
| 100 SE 2nd St., 28th Floor | **MORGAN & MORGAN** |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| rbaeza@bsfllp.com | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| Alison L. Anderson, CA Bar No. 275334 | jyanchunis@forthepeople.com |
| 725 S Figueroa St., 31st Floor | rmcgee@forthepeople.com |
| Los Angeles, CA 90017 | |
| Tel.: (213) 995-5720 | Michael F. Ram, CA Bar No. 104805 |
| alanderson@bsfllp.com | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Referral: The Honorable Susan van Keulen |

1  Before the Court is Google's Motion for Leave to File Sur-Reply (Dkt. 735, Google's
2  "Motion"), to which Plaintiffs responded in opposition (Dkt. ___). Having considered the parties'
3  papers filed in support of and in opposition to Google's Motion, and all other matters properly
4  considered by this Court, the Court **DENIES** Google's Motion.
5  As an initial matter, Google cites no rule permitting its requested relief. Google sought no
6  stipulation from Plaintiffs, so Google's filing is therefore not an administrative motion. Civil L.R.
7  7-11(a).
8  After a reply is filed, only two situations permit additional filings: (1) objection to reply
9  evidence; or (2) a relevant judicial opinion published therafter and without argument. Civil L.R.
10 7-3(d). Neither applies here. Google neither objected to any reply evidence nor cited any new law.
11 Even if construed as an objection, it would be untimely. Civil L.R. 7-3(d)(1) (objection required
12 within seven days). Nevertheless, "[s]urreplies are disfavored and the Court routinely rejects
13 them." *Buffin v. City and County of San Francisco*, 2016 WL 2606865, *1 (N.D. Cal. May 6, 2016)
14 (Gonzalez Rogers, J.). Seeking to address "erroneous assertions" does not necessarily justify a sur-
15 reply. *Banga v. First USA, NA*, 29 F. Supp. 3d 1270, 1276 (N.D. Cal. 2014).
16 Google has not demonstrated that a sur-reply is warranted. Google's Motion mostly restates
17 its arguments made in opposition to Plaintiffs' motion for supplemental discovery sanctions (Dkts.
18 656, 696). The Court disregards those impermissible restatements in Google's proposed sur-reply.
19 Where Google did address a document that Plaintiffs first cited in their reply brief (Dkt. 708), that
20 document did not raise a new matter for consideration, but instead was offered in support of
21 arguments Plaintiffs previously made in their opening papers (Dkt. 656) and addressed by Google
22 in its opposition (Dkt. 696). Google has failed to demonstrate that Plaintiffs' reply raised any new
23 arguments not raised in the opening papers.

24 **IT IS SO ORDERED.**

25 DATED: _____    _____
26                                  Honorable Susan van Keulen
                                    United States Magistrate Judge
27
28

[PROPOSED] ORDER DENYING GOOGLE'S MOTION FOR LEAVE TO FILE SUR-REPLY
4:20-cv-03664-YGR-SVK