UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHASOM BROWN, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE, LLC**,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR<br><br>**ORDER RE: PENDING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Dkt. Nos. 394, 427, and 460 |

Pursuant to Civil Local Rule 79-5, on Plaintiffs Chasom Brown, William Byatt, and Maria Nguyen ("Plaintiffs") filed an administrative motion to file under seal their Motion for Leave to Amend the Complaint and supporting documents at Dkt. Nos. 394 and 460. Defendant Google also moved to seal its brief in opposition to plaintiffs' motion for leave to amend. Dkt. No. 427. Having considered these sealing requests, all associated declarations, and exhibits, and for good cause appearing:

It is **HEREBY ORDERED** that the sealing request are **GRANTED IN PART AND DENIED IN PART** as follows:

| Requesting Party and Sealing Request | Document Sought to be Sealed | Description or Pages & Lines | Grant or Deny |
|---|---|---|---|
| Plaintiffs, Dkt. No. 394 | Plaintiffs' Motion | Portions highlighted in yellow on Pages 3, 5, 6, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Declaration of Mark C. Mao in Support of Plaintiffs' Motion for Leave to File their Third Amended Complaint ("Mao Decl.") | Portions highlighted in yellow within paragraphs 6, 8, 9, 10 | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 1 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. | Exhibit 2 to Mao | | |

| | | | |
|---|---|---|---|
| 394 | Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 3 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 4 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 5 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 6 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 7 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 8 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 9 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 10 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 11 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 12 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 13 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 14 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. | Exhibit 15 to Mao | | |

| | | | |
|---|---|---|---|
| 394 | Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 16 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 17 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 18 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 19 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 20 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 21 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 22 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 23 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 24 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 25 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 26 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 27 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 28 to Mao Decl. | Entirety | **GRANTED** |

| | | | |
|---|---|---|---|
| Plaintiffs, Dkt. No. 394 | Exhibit 29 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 30 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 31 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 32 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 33 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 34 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 35 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 36 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 37 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 38 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 39 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 40 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 41 to Mao Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 42 to Mao Decl. | | |

| | | | |
|---|---|---|---|
| 394 | | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 394 | Exhibit 43 to Mao Decl. | Entirety | **GRANTED** |
| Google, Dkt. No. 427 | Exhibit 1 to Tse Decl. | Portions highlighted in yellow at: 8:5-8, 8:10 | **GRANTED** |
| Google, Dkt. No. 427 | Exhibit 5 to Tse Decl. | Portions highlighted in yellow at: 4:12, 5:25-27, 6:1- 8:16, 8:19-9:5 | **GRANTED** |
| Google, Dkt. No. 427 | Exhibit 9 to Tse Decl. | Entirety | **GRANTED** |
| Plaintiffs, Dkt. No. 460 | Reply in Support of Plaintiff's Motion for Leave to Amend | Portions highlighted in yellow on Pages 3, 8, 9, 10 | **GRANTED IN PART** with respect to highlighted information on: page 3; page 8; page 9 except the phrase "collect and monetize users' private browsing information"; and page 10. |
| Plaintiffs, Dkt. No. 460 | Exhibit 2 to Bonn's Decl. | Entirety | **GRANTED** |

This Order terminates Docket Nos. 394, 427, and 460.

**IT IS SO ORDERED.**

Dated: September 7, 2022

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**