1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Materials Should Be Sealed regarding Plaintiffs' Opposition to Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier (Dkt. 664). ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Opposition to Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier (Dkt. 664). Pages 6: 6, 11:22-24, 16: 15-17 | Olson Declaration ¶¶ 4-5 | |
| Exhibit 1 to Frawley Declaration - GOOG-CABR-00128941 Seal Entirely | Olson Declaration ¶¶ 4-5 | |
| Exhibit 3 to Frawley Declaration - GOOG-CABR-00111416 Pages -1419 | Olson Declaration ¶¶ 4-5 | |
| Exhibit 4 to Frawley Declaration - GOOG-BRWN-00051239 Seal Entirely | Olson Declaration ¶¶ 4-5 | |
| Exhibit 9 to Frawley Declaration - GOOG-CABR-00501220 Pages -1221-1222, -1224-1225 | Olson Declaration ¶¶ 4-5 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge