Exhibit 1 to Frawley Declaration in Opposition to Google's Motion to Exclude Plaintiffs' Expert Bruce Schneier  GOOG-CABR-00128941

Sealed in its Entirety