Exhibit 4 to Frawley Declaration in Opposition to Google's Motion to Exclude Plaintiffs' Expert Bruce Schneier  GOOG-BRWN-00051239

Sealed in its Entirety