UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Materials Should Be Sealed regarding Plaintiffs' Opposition to Motion to Exclude Opinions of Plaintiffs' Expert Michael J. Lasinski (Dkt. 698) ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Response to Google's Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski at:<br><br>Pages: 8:12, 11:7–8, 13:3, 13:8–11, 13:19, 14:5, 14:12, 15:22, 16:4, 16:6, 16:17, 16:20 | Margolies Declaration ¶¶ 4–5 | |
| Deposition Excerpts from On Amir at:<br><br>Pages: 264:25–265:4 | Margolies Declaration ¶¶ 4–5 | |
| GOOG-CABR-04324934<br><br>Entirely | Margolies Declaration ¶¶ 4–5 | |
| GOOG-CABR-04820567<br><br>Entirely | Margolies Declaration ¶¶ 4–5 | |
| Deposition Excerpts from Bruce Strombom (Rough) at:<br><br>Pages: 92:22, 94:1, 113:2, 113:8, 113:23, 114:2, 114:10, 114:16, 114:21, 114:23, 115:6–7, 115:16, 115:23–24, 116:8, 116:21, 117:4, 117:18, 117:23, 118:5, 118:13, 118:22, 119:12 | Margolies Declaration ¶¶ 4–5 | |
| GOOG-CABR-04010128 at:<br><br>Pages: -129, -132 | Margolies Declaration ¶¶ 4–5 | |

| GOOG-BRWN-00230425 at: Pages: -425-426. | Margolies Declaration ¶¶ 4–5 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge