# EXHIBIT 8
## [Filed Under Seal]

**CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
BRUCE STROMBOM 8/18/22**

4

1          Thursday, August 18, 2022; 8:07 a.m.

2               Long Beach, California

3                    ooOoo

4          THE VIDEOGRAPHER:  Good morning.  We're on

5     the record.  The time is 8:07 a.m. and the date is

6     August 18, 2022.  Please note that this deposition

7     is being conducted virtually.  Audio recording

8     depends on the quality of the camera and internet

9     connection of the participants what is seen for the

10    witness and heard on the screen is what will be

11    recorded.

12         Audio and video recording will continue to

13    take place unless all parties agree to go off the

14    record.  This is media unit 1 of the video-recorded

15    deposition of Dr. Bruce Strombom.

16         This deposition is being taken by counsel

17    for plaintiff in the matter of Chasom Brown, et al.,

18    vs. Google, LLC.  Filed in United States District

19    Court, northern district of California, Case No.

20    5:20-cv-03664-YGR-SVK.  It is being conducted

21    remotely using virtual technology.

22         My name is Sean Grant representing Veritext

9      Q      You say I use two measures of costs to

10    account for the cost Google incurred to earn the

11    allegedly unjust revenue do you see that there?

12    A      Yes.

13    Q      The first two measures of cost is based on

14    Google's average net profit margin as reported in

15    alphabet's SEC filings on a consolidated basis; is

16    that correct?

17    A      Yes.

18    Q      And the second is based on your estimation

19    of Google's incremental costs, right?

20    A      Yes.

21    Q      And you contend that Google's costs range

22    from ███████████████████████ is that

23    right?

24    A      Yes, depending on which measure you're

25    using.

                **CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
                        BRUCE STROMBOM 8/18/22**
                                                                    93


1      Q      Okay.  Does Google separately report costs

2      associated with the revenue Google derives from

3      private browsing data?

4      A      No, not that I'm aware of.

5      Q      And does Google separately report costs

6    associated with the allegedly unjust revenue?

7         A    No.  They don't separate out costs like

8    that in the normal course of business nor do they

9    need to in order to make either of these estimates.

10        Q    If you know, does Google separately

11   calculate costs associated with the revenue Google

12   derives from private browsing data?

13        A    Not to my knowledge.

14        Q    What are the net profit margin?

15        A    It's the profit margin after deducting all

16   costs that are incurred -- give me one second here,

17   I want to look at something.  After deducting all

18   costs that the firm incurs.

19        Q    What do you mean the firm incurs?

20        A    All costs that essentially hit the income

21   statement of the firm.

22        Q    Can we look at paragraph 81 of your report

23   on page 44?

24        A    Yes.

25        Q    And do you see the reference there to

**CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
BRUCE STROMBOM 8/18/22**

94

1    ████████████

2         A    Yes.

5      come from the SEC filings.

6          Q      And the inputs for your regression

7      analyses, those are from SEC filings presenting data

8      on a global basis, right?

9          A      You mean worldwide.

10         Q      Worldwide.  Correct.

11         A      Yes.  They're not segregated out for US.

12     They're not global in a sense that the regression

13     analysis that I rely upon of the two is limited to

14     certain business segments, is not global in that

15     sense, but it is global in the sense that it's

16     worldwide.

17         Q      Are any of the revenue input for your

18     regression analyses limited to Google's US

19     operations?

20         A      No.

21         Q      Were any of the inputs used for your

22     regression analyses limited to revenues generated

23     from private browsing activity?

24         A      They include revenues generated from

25     private browsing activity, but they're not limited

         **CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
                    BRUCE STROMBOM 8/18/22**
                                                           111


1      to those.

2       Q    Okay.  Are the expenses that you used as

3  inputs for your regression analyses limited to US

4  operations of Google?

5       A    No.  I'm matching expenses to revenues and

6  those are not limited to US.

7       Q    And so for your regression analyses for

8  both the revenue inputs and the expense inputs,

9  you're using worldwide inputs; is that right?

10      A    That's correct.

11      Q    And is it correct that for your regression

12 analyses your expense inputs are not limited to

13 expenses incurred in relation to private browsing

14 activity; is that correct?

15      A    Well, as I say, they include expenses from

16 private browsing but they're not limited to those

17 expenses.

18      Q    Let's talk about Google's business for a

19 minute.  Okay?

20      A    Okay.

21      Q    Does Google operate data centers?

22           MS. TREBICKA:  Objection.  Outside of the

23 scope.

24           THE WITNESS:  Well --

25           MS. TREBICKA:  Objection to form.

**CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
BRUCE STROMBOM 8/18/22**

```
 1              THE WITNESS:  Your question is operation.

 2    They certainly have data centers expense as part of

 3    the expenses.  I don't know what their arrangement

 4    is with those data centers whether they subcontract

 5    some or all of that function or whether that's

 6    internal.  They incur costs for data centers in

 7    their costs of revenue.

 8    BY MR. REBLITZ-RICHARDSON:

 9         Q    Does Google utilize servers as part of its

10    business?

11         A    It's my understanding that they do, yes.

12         Q    Does Google use electricity?

13         A    Yes.

14         Q    Does Google employ engineers?

15         A    Yes, they do.

16         Q    Does Google employ R & D teams?

17         A    They do.

18         Q    Does Google employ sales professionals?

19         A    Yes.

20         Q    Does Google employ administrative staff?

21         A    They do.

22         Q    Does Google employ managers and executives?

23         A    Yes.
```

24        Q    Would you agree with me that the analyses

25   detailed in the Ads Impact document related to

**CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
BRUCE STROMBOM 8/18/22**

113

1    revenue that Google expected to lose as a result of

2    the [REDACTED] changes?

3        A    Can you ask the question again?  I

4    apparently didn't understand it or hear it.

5        Q    Would you agree with me that the analyses

6    detailed in the Ads Impact document related to

7    revenue that Google expected to lose as a result of

8    the [REDACTED] changes?

9        A    That's my understanding about what it was

10   attempting to measure.  Yes.

11       Q    So if you assume there are corresponding

12   expenses associated with those revenues, those would

13   be cost savings, right?

14       A    Correct.

15       Q    So if Google didn't generate those

16   revenues, it would not incur the corresponding

17   costs, correct?

18       A    Yes.  That's correct.  There would be

19   incremental costs that would not be incurred if the

20   revenue wasn't incurred.

21      Q    Did you ask Google for data regarding the

22   costs that were expected to be saved as a result of

23   the ███████ changes?

24      A    No.  I did not.

25      Q    Did you ask Google for data regarding the

**CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
BRUCE STROMBOM 8/18/22**

114

1    costs that were actually saved as a result of the

2    ███████ changes?

3       A    I didn't ask for that.  I mean, there's no

4    -- I found no analysis of that or indication of that

5    in the record that that was something that they

6    wanted to calculate or did attempt to calculate, but

7    I didn't ask anyone specifically.

8       Q    If you know, what were the specific costs

9    that were expected to be saved as a result of the

10   ███████ changes?

11      A    I don't know -- when you say "specific

12   costs," you know, I guess the incremental costs

13   would be the costs that would be saved.  So that's I

14   guess how I'd answer your question.

15      Q    Do you know whether any specific costs were

16   actually saved as a result of the ███████

17   changes?

18          A     Well, there certainly are cost categories

19     that we can attribute to the generation of this kind

20     of revenue.  But there was no discussion of that in

21     the ███████████ study which was focused strictly on

22     revenue.

23          Q     As a result of the ███████████ changes were

24     any data centers modified?

25          A     I don't see why that's a pertinent

        **CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
                    BRUCE STROMBOM 8/18/22**

                                                           115

1      question.  I don't know whether any were or not.

2      There may be a question about whether there were

3      some that would have been added that weren't added.

4      But I'm not aware of anything in the record that

5      attempted to look at costs associated with

6      implementation of ███████████.

7          Q     As a result of the ███████████

8      implementation, are you aware of any data centers

9      being taken off-line?

10          MS. TREBICKA:  Objection.  Outside of the

11     scope.  Objection to form.

12          THE WITNESS:  That's not something that I

13     looked into or found evidence of in the record one

14     way or the other.

15    BY MR. REBLITZ-RICHARDSON:

16        Q    As a result of the ████████

17    implementation are you aware of any servers being

18    modified in any way?

19        A    That question is really not pertinent to my

20    -- to any analysis but no I'm not aware of that.

21    There's nothing in the record that I'm aware of with

22    respect to anyone trying to analyze the cost impact

23    of ████████

24        Q    If you know as a result of the ████████

25    implementation were any servers taken off line?

        **CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
                 BRUCE STROMBOM 8/18/22**

                                                        116

1        MS. TREBICKA:  Objection to scope.

2    Objection to form.

3        THE WITNESS:  That really wouldn't be

4    pertinent to my analysis so that's nothing I've

5    investigated and I haven't happened across any

6    information on that topic.

7    BY MR. REBLITZ-RICHARDSON:

8        Q    As a result of the ████████

9    implementation do you know whether Google's

10    electricity consumption went down?

11        MS. TREBICKA:  Objection.  It's outside

12    ever the scope and objection to form.

13         THE WITNESS:  I don't think there's any

14    reason to expect it to go down relative to

15    historical levels because there's lots of other

16    activity going on within Google.  So as I said,

17    that's really not pertinent to my analysis so it's

18    nothing that I've seen any analysis of.  From Google

19    or any data relate today it.

20    BY MR. REBLITZ-RICHARDSON:

21      Q    Do you know whether or not the ██████████

22    implementation impacted Google's electricity

23    consumption?

24         MS. TREBICKA:  Same objections.

25         THE WITNESS:  Do I know whether it did?  I

          **CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
                    BRUCE STROMBOM 8/18/22**

                                                              117

1     would expect it to have, but I don't -- I haven't

2     seen any analysis of that.

3     BY MR. REBLITZ-RICHARDSON:

4       Q    As a result of the ████████

5     implementation were any Google engineers eliminated?

6          MS. TREBICKA:  Same objections is.

7          THE WITNESS:  Again, that's not pertinent

8     to my analysis so it's nothing that I've

9    investigated.  I'm not aware of any data related to

10   that in this case.

11   BY MR. REBLITZ-RICHARDSON:

12       Q    So fair to say you don't know one way or

13   the other; is that correct?

14           MS. TREBICKA:  Same objections.

15           THE WITNESS:  I don't know of any analysis

16   that shows that and I also wouldn't expect there to

17   be that type of analysis, given the focus of the

18   ████████████ study on revenue. if you're trying to

19   estimate incremental costs I think that would be the

20   wrong way to go about doing it.  That's why it's not

21   a pertinent question for -- in my opinion.

22   BY MR. REBLITZ-RICHARDSON:

23       Q    ██████████ implementation, are you aware

24   of any R & D teams being eliminated?

25           MS. TREBICKA:  Outside of the scope and

         **CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
                   BRUCE STROMBOM 8/18/22**

                                                        118

1    objection to form.

2            (Reporter requests clarification.)

3    BY MR. REBLITZ-RICHARDSON:

4        Q    Sorry.  Let me ask it again.

5            As a result of the ███████████

6      implementation, are you aware of any Google R & D

7      teams being eliminated?

8              MS. TREBICKA:  Same objection.

9              THE WITNESS:  That isn't pertinent to my

10     analysis and it's nothing I've investigated one way

11     or the other.

12     BY MR. REBLITZ-RICHARDSON:

13         Q    As a result of the ███████

14     implementation, are you aware of any Google sales

15     professionals being eliminated?

16         A    Same answer.  It's not pertinent to the

17     analysis or the determination of incremental costs

18     and it's nothing I investigated.

19     BY MR. REBLITZ-RICHARDSON:

20         Q    Did you investigate whether there was

21     specific costs that were saved as a result of the

22     ███████  implementation?

23         A    Not directly F there were costs that were

24     saved they'd be incorporated in my regression

25     results but I haven't identified them specifically.

**CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
BRUCE STROMBOM 8/18/22**

119

1          Q    Am I correct that your regression analyses

2      were attempting to estimate the expenses in the

3    absence of data regarding the specific costs that

4    were saved?

5         A    I wouldn't say that.  I would say that the

6    regression analysis actually incorporates any costs

7    that were saved.  To the extent that they affected

8    costs and/or revenues in the period that I looked

9    at, they would be incorporated in the regression

10   results.

11        Q    But do you have evidence of actual costs

12   that were saved as a result of the ██████████

13   implementation?

14        A    That's not one of the two methods that

15   economists would typically use to estimate

16   incremental costs and I haven't attempted to do that

17   in this case.

18        Q    If you go to paragraph 101 of your report

19   which is on page 54.  Paragraph 101 begins assuming

20   auto bidding grew from 2016 to 2020 at the same

21   annualized rate it grew in 2020, do you see that?

22        A    Yes.

23        Q    You have a footnote there, right?  Footnote

24   151?

25        A    Yes.

**CONFIDENTIAL UNCERTIFIED ROUGH DRAFT-DEPOSITION OF
BRUCE STROMBOM 8/18/22**