# EXHIBIT 9
[Filed Under Seal]

# Privacy Scenarios Analysis Plan

Last updated: July 31, 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY GOOG-CABR-04010128

Working group
Stakeholders: Chetna Bindra, Nitish Korula, Rahul Srinivasan, Scott Spencer
Apps
APAT - Conor, Eddie (buyside), Kenny (consulting), Connie
Sellside - Yan Zhang, Heeten
Noether (Buyside) leads
PM: Peter Sologoub, Lawrence Chang, Vinod Koverkathu (OTT)
Eng: EuJin, Karthik
Web
APAT - Andrey, Connie
Sellside - Heeten, Steven Delong, Hyewon Jun
Buyside - Deepak Ravichandran, Yijian Bai, Wei Shi
Finance - Ben Malthus (Display), Atanas? (Search), TBD (YT)
Youtube
APAT - Tarun, Connie
Eng - Vic Liu

**AI (ccchoi): Send weekly updates to this group!**
**When ITP2 was announced, where did the money shift?**
**Kai brodersen, Romil (budgeting), Matt (optional) - original model guy?, Basar (ITP, PM),**

**EOM on Noether, ACM - they could use these #s as well**

**Apps**
**Experiments; Impact of losing 1P cookie, IDFA, App ID**
**IDFA [REDACTED] of effectiveness of campaign**
**iOS**
**Conversion tracking, ACE, install campaigns - we are still ok, use GCLID BUT need google SDK (firebase)**
**% of revenue firebase coverage SDK when looking at ACE (lower bound)**
**2nd order: scramble to update SDKs**
**App ID**
**Gaia, [REDACTED] sign-in, play install info no scenarios where we are blind from a technical standpoint**
**May be self blinded from a policy standpoint**
**OTT**
**Haven't looked into this**
**Check with Android TV team vkk@**

**Dimensions - What are the scenarios? (Web, conversions from Web for App)**

| | No 3P Cookies | 3P Cookies, w/constraints |
|---|---|---|
| GKS[1] | X | ✓ |
| 3P Cookies | X | ✓ |
| 1P Cookies[2] | ? | ✓ |
| IDFA / ADID (Apps) | X | ✓ |
| Privacy-preserving APIs<br>- GCLID | ✓ | ✓ |
| Fingerprinting / link decoration[3] | X | X |
| ID Consortium using 1P<br>- Tech standards<br>- Server-to-server | ? | ✓ |
| Other considerations? | • Consent rate change (Narnia3)<br>• Limits on data sharing<br>• Limits on data retention / use | |

[1] GKS may not be available in no 3P cookie condition. GKS could be tied to 3P cookies in Chrome.
[2] Google maybe. Others may take action against this explicitly
[3] Google no. Others do this already / might start doing this

**Dimensions - Apps**

| | No 3P Cookies | 3P Cookies, w/constraints |
|---|---|---|
| GKS[1] | X | ✓ |
| 3P Cookies | X | ✓ |
| 1P Cookies[2] | ? | ✓ |
| IDFA / ADID (Apps) | X | ✓ |
| Privacy-preserving APIs<br>- GCLID | ✓ | ✓ |
| Fingerprinting / link decoration[3] | X | X |
| ID Consortium using 1P<br>- Tech standards<br>- Server-to-server | ? | ✓ |
| Other considerations? | • Consent rate change (Narnia3)<br>• Limits on data sharing<br>• Limits on data retention / use | |

[1] GKS may not be available in no 3P cookie condition. GKS could be tied to 3P cookies in Chrome.
[2] Google maybe. Others may take action against this explicitly
[3] Google no. Others do this already / might start doing this

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY GOOG-CABR-04010131



## Rasta experiments

| | RASTA Experiments |
|---|---|
| GKS[1] | [redacted] Experiment - No GKS & No 3P Cookies. Non-Safari. |
| 3P Cookies | [redacted] Experiment - No GKS & No 3P Cookies. Non-Safari. |
| 1P Cookies[2] | ITP2 Simulation - No personalization or frequency capping. Chrome. |
| IDFA / ADID (Apps) | No ID Experiments - iOS only<br>• Do we anything for Android? |
| Privacy-preserving APIs<br>- GCLID | |
| Fingerprinting / link decoration[3] | • Potentially a demand shift away from Google |
| ID Consortium using 1P<br>- Tech standards<br>- Server-to-server | |
| Other considerations? | • Consent rate change [redacted]<br>• Limits on data sharing<br>• Limits on data retention / use<br>3P Cookie TTL [redacted] |

[1] GKS may not be available when user opts out of 3P cookies ([redacted])
[2] Google maybe. Others may take action against this explicitly
[3] Google no. Others do this already / might start doing this

| Id | Date | Text |
|---|---|---|
| 1 | 07/31/2019 15:35:43 | +deepakr@google.com I've added the experiment results we used in prior analyses. Please supplement any additional experiments you think will be helpful!<br>_Assigned to Deepak Ravichandran_ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY GOOG-CABR-04010133

## No 3P Cookies - Scope

Products

- Display buyside - DBM, GDN, AdX
- Search remarketing (+AFS)
- Youtube remarketing

Platforms / browsers

- Chrome, Safari
- Mobile, desktop, web, webview
- iOS, Android, OTT (Apps)
- Signed in vs. signed out

Differentiating between AdID going away (iOS, Android) vs. 3P Cookies going away (Chrome)
AI (Deepak, Yijian): RASTA experiment, documentation here

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY GOOG-CABR-04010134

## No 3P Cookies - Effects

**First order effects**
*Direct impacts due to the loss of 3P cookie (web) and device ID (app)*

- Bidding
- Targeting
- Attribution / measurement

**Second order effects**
*Conscious decisions made by advertisers or publishers in response to the change*

- Where does the lost $$$ go?
  - Other Ad Tech companies (which ones?)
  - Other walled gardens w/Ad Tech
  - Redistributed back to Google
  - Redistribution across channels
- Organic search impact

- Other walled gardens w/Ad Tech = FB, AMZN
- Yavin(?)
- Organic search impact - E.g. What happens when the long-tailed pubs no longer appear in search results?
- May need to add channel breakdown (e.g. Display vs. others)



Appendix

Youtube remarketing not affected beause viral stack, not 3P cookie
RSLA currently still works rn because it's getting remarketing lists from other browsers
We would just lose the premium

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY GOOG-CABR-04010136

## Analysis resources

Chrome model (go/chromebb)

App Network IDFA Deprecation Model

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY GOOG-CABR-04010137

## No 3P Cookies

*No 3P cookies. Strong enforcement against fingerprinting, but potentially some ID consortia. Identity continues to exist in walled gardens.*

- Publishers shift inventory to walled gardens
  - Google demand weakens (e.g. no cookies on FB webviews)
  - Indirect effect on Search
  - Larger pubs (re)turning increasingly to direct deals with their largest advertisers
- DBM no longer has identity when buying on 3PE
- AdX buyers shift to header bidding
- Google may shift to bid using privacy-preserving APIs / federated learning techniques, if they exist

- What are the innovations that Google will be doing to address changes?
- How are we supporting publishers for each change

- Ask Tarun about Youtube impact on remarketing -- might not have an impact

## 3P Cookies (w/constraints)

*World in which third-party cookies continue to exist, but with some constraints.*

- Google limits data usage or retention, reducing remarketing revenue.
- Users have opt-outs and controls, enforced by regulation. This could also affect monetization negatively
- Walled gardens may still be exempt in this world, but the hope is that the monetization delta would be reduced.
- DBM buying on 3PE and AdX buyers could get identifiers when the user has not opted out, and we can bid using privacy-preserving APIs for the other users, if these APIs exist