# EXHIBIT 10
[Filed Under Seal]

Message

**From:** Mardini [mardini@google.com]
**Sent:** 7/15/2020 8:20:44 PM
**To:** Chrome Trust & Safety team [chrome-ts-team@google.com]
**CC:** brapp-pack [brapp-pack@google.com]
**Subject:** ✈ Trust & Safety features in Chrome M83 🏰

Hi all,

I would like to give you an update on how our User Agency moment for Chrome M83 has landed. To recap, the constituents of this moment were:

- Friendly Privacy and Security Settings

- Safety check

- DNS-over-HTTPS(DoH)

- Enhanced Safe Browsing Protection

- ▇▇▇▇▇▇▇ on desktop and Android

- Extensions Trusted Space

This has been a particularly challenging time for everyone yet the team was able to deliver a high-quality feature-packed release on time per the plan made in January 2020. It was extremely well received by the press and by Power Users/Key Opinion Formers as shown in this snapshot report. We have seen continuous decline in vocal detractors and continued positivity towards Chrome according to our social media monitoring. I am truly honored to be part of this team and we are proud that we were able to have two highly-visible moments within the span of 6 months despite the unusual circumstances!

As you know, one of the top-level Chrome OKRs is to improve privacy and security sentiment in Chrome by delivering features that meaningfully increase user agency. So we are closely monitoring the impact of these launches on user sentiment using both in-product HaTS and our brand tracker. We are still collecting data but I am happy to report that preliminary HaTS results show ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for users who are "mostly + completely satisfied" with accomplishing what they wanted to do after visiting Settings for Privacy and Security ▇▇▇▇▇▇▇.

Here are some other interesting high-level metrics from this launch:

- ▇▇▇▇▇▇▇▇▇▇ in users going to privacy and security settings

- Over ▇▇▇▇▇▇▇▇ users have run Safety Check:

CONFIDENTIAL  GOOG-BRWN-00230425

- 
  - 
    - ▇ of these users take action if told that a password was compromised
    - 
    - 
    - 
    - ▇ of these users relaunch Chrome if told their version is out of date
- 
- ▇ of our users so far are protected by DoH and numbers are trending upwards
- 
- ▇ of our incognito users are now browsing the web with 3rd-party cookie-blocking on

Here are some selected headlines and quotes from the press:

*The revamped Chrome controls will now make it easier to manage cookies, the pesky trackers that follow you around the web. It's now more simple to manage these cookies in Chrome and you can block third party cookies in regular or Incognito mode. It's also easier to delete your browsing history—Google has moved "Clear browsing data" to the top of the Privacy & Security section. Safety check is another useful feature. If you've asked Chrome to remember your passwords, Google is offering a new tool that will tell you if these have been compromised, and how to fix them. Safety check also alerts you if Google's Safe Browsing—which warns you before you visit a dangerous site or download a bad app—is turned off. -- Forbes*
*The next version of Chrome for desktops is shaping up to be a much bigger update than usual. In addition to tab grouping and automatically blocking battery-killing ads, the browser is also getting a big set of improvements for security, safety, and privacy. -- The Verge*

*And as of today, Google Chrome is getting a massive privacy boost thanks to the inclusion of DNS-over-HTTPS. -- Fast Company*

**CNET** - Chrome now can stop an important type of network snooping
**The Verge** - Chrome is getting a ton of big safety and security updates soon
**Forbes** - Google Strikes Back At Microsoft With These New Chrome Security Features
**Chip (Germany)** - Chrome 83 to download - Google is starting a big privacy initiative
**CNet (France)** - Chrome 83 strengthens security and privacy with new encryption technology

To expand on our launch post and the nice shout-out from Sundar, we've also recently started a second wave of marketing: Shimi's Designing for Safety kicked off a new video series about Chrome improvements, we will be prompting our users to take Safety check and launch a new section about privacy on Chrome.com. We've been also working with the GSEC team on promoting the M83 moment.

This launch wouldn't have been possible without the amazing contributions of all of you. Here are some of the people who made it possible. Apologies in advance if I have missed anyone.

**Eng**: Monica Basta, Jan Wilken Dörrie, Viktor Semeniuk, Friedrich Horschig, Christoph Schwering, Christos Froussios, Andrey Zaytsev, Sean Harrison, Rainhard Findling, Theodore Olsauskas-Warren, Huanzhong Huang, Demetrios Papadopoulos, Esmael Elmoslimany, Rebekah Potter, Nathan Parker, Bettina Dea, Daniel Rubery, Ehimare Okoyomon, Huanzhong Huang, Caroline Rising, Tim Judkins, Peter Boström, Charlene Yan, Bret Sepulveda, Eric Orth, Katharine Daly, Ben Schwartz, Martin Šrámek, Thomas Lottermann, Christian Dullweber, Dominic Battré, Mihai Sardarescu, Florian Uunk, Thomas Thrainer, Vasilii Sukhanov, Varun Khaneja, Florian Uunk, Devlin Cronin, Kaustubha Govind, Brad Lassey
**UX**: Martijn van den Broeck, Max Walker, Peter Dijkgraaf, Johannes Tonollo, Edward Jung, Yuan Chen, Debbie Kim, Joel Beukelman, Meggyn Watkins
**UXR**: Emanuel von Zezschwitz, Helen Harris, Lorin Dole, Florian Lachner
**PgM/TPM**: Kay Chen, Margarita Rutgayzer, Warren Kumari
**SRE**: Ramón Medrano Llamas
**DevRel**: Simeon Vincent
**Marketing**: Martina Laresova, Lindsey Wolf
**PR**: Victoria Keough, Scott Westover, Alex Garcia-Kummert

**Policy:** Rosie Luff, David Lieber, Danielle Osler
**Legal**: Matt Kellogg, Chelsea Tanaka, Matt Kellogg, Noelle Kvasnosky Luiten
**Accessibility**: Laura Palmaro, Kara Booker
**gUP**: Lisa Yelsey, Craig Tumblison
**GSEC**: Claudia Frank, Hannah Samland, Lena Heuermann, Eva Ringk
**Safe Browsing**: Divya Chitimalla, Weining Yang, Alex Wozniak
**Footprints:** Johanna Woll, Dave Monsees
**Ads:** Chris Liao, Bert Leung
**Partnerships:** Barb Smith, Kelsey LeBeau, Mike Blanche
**PM**: Audrey An, Patrick Nepper, Sabine Borsay, Kiran Nair, Eric Mill, Rory McClelland, Alexandre Blondin, Kenji Baheux, Justin Henck, Andreas Tuerk
**Leadership**: Parisa Tabriz, Alex Ainslie, James Croom, Colin Smith, Anil Sabharwal, Mark Risher, Chetna Bindra, Chrome Trust & Safety Quartet ♪ (Shimi Rahim (UX), Jochen Eisinger and Justin Schuh (Eng), AbdelKarim Mardini (PM))

Thank you all and I look forward to continuing to work with you in 2020 and beyond on making Chrome safer and more trustworthy for our users. Wishing you all a nice summer!

--Mardini on behalf of the ♪

--
You received this message because you are subscribed to the Google Groups "brapp-pack" group.
To unsubscribe from this group and stop receiving emails from it, send an email to brapp-pack+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/brapp-pack/CAGQY0OcNaxm9CT68nUTSAFmun9pdrKxs%3DT5TY6VitTL%2B9VVJUQ%40mail.gmail.com.

CONFIDENTIAL

GOOG-BRWN-00230427