1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
12
13   CHASOM BROWN, *et al.*, individually and     Case No. 4:20-cv-03664-YGR-SVK
     on behalf of all similarly situated,
14                                                **[PROPOSED] ORDER GRANTING
          Plaintiffs,                             MOTION TO SEAL**
15
          v.                                      Judge: Hon. Yvonne Gonzalez Rogers
16
     GOOGLE LLC,
17
          Defendant.
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Materials Should Be Sealed regarding Plaintiffs' Notice of Motion and Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis. ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Notice of Motion and Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis<br><br>Pages 2:19, 3:1, 3:13, 3:17, 3:24, 4:9, 5:23, 6:3-4, 6:18-19, 7:1-7, 8:4, 9:6, 9:9, 9:11, 10:5, 12:4, 12:17, 14:10 | Tse Declaration ¶¶ 4-5 | |
| Declaration of Mark Mao In Support of Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis<br><br>Pages 2:9, 2:14-15, 2:18 | Tse Declaration ¶¶ 4-5 | |
| Exhibit A to Mao Declaration - Chart of Data Sources Google Identified as Relevant<br><br>Seal Entirely | Tse Declaration ¶¶ 4-5 | |
| Exhibit B to Mao Declaration - 8/19/22 Psounis Depo Transcript (full)<br><br>Pages 59:17, 59:21, 59:25, 60:7, 60:14, 60:19, 61:5, 61:17, 63:4-5, 134, 22-23, 135:19, 135:21, 135:23, 135:25, 136:9, 157:15, 157:23-158:1, 158:3, 158:11, 158:18, 158:23, 159:7, 159:17, 159:23-24, 161:15, 161:17, 161:22-23, 161:25, 162:2, 162:13, 164:3, 164:6, 166:10, 166:22, 167:10, 167:18, 167:21, 167:25, | Tse Declaration ¶¶ 4-5 | |

| | | |
|---|---|---|
| 168:8-9, 168:21, 169:6, 169:8, 169:12, 169:17, 169:19, 169:23, 170:2, 170:4, 170:10, 170:22, 171:15, 171:17, 171:20, 171:23, 189:7, 189:22, 190:9, 190:21, 190:23, 191:4, 191:20, 191:23, 192:2, 192:18, 213:14-15, 216:4, 216:8-9, 230:9, 237:14-15, Index pgs. 20, 21, 51, 52 | | |
| [Proposed] Order Granting Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis<br><br>Pages 2:15, 2:17 | Tse Declaration ¶¶ 4-5 | |

**SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge