# Mark Mao Declaration ISO Plaintiffs' Motion to Exclude Portions of Rebuttal Expert Report of Konstantinos Psounis

# Redacted Version of Document Sought to be Sealed

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>GOOGLE LLC,<br>                    Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' MOTION EXCLUDE PORTIONS OF THE REBUTTAL EXPERT REPORT OF KONSTANTINOS PSOUNIS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 27, 2022<br>Time:  2:00 p.m. |

1    I, Mark Mao, declare as follows:

2       1.       I am a member of the Bar of the State of California and a partner at the law firm of

3    Boies Schiller Flexner LLP, counsel to Plaintiffs. I make this declaration in support of Plaintiffs'

4    Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis.  I make this

5    declaration based upon matters within my own personal knowledge.  If called as a witness, I could

6    and would competently testify to the matters set forth herein.

7       2.       The Special Master data production process restarted in November, following this

8    Court's November 12, 2022 Order. Dkt. 331. As part of the process, Google initially identified

9    █ data sources, and Plaintiffs selected █ for searches.

10      3.       Attached hereto as **Exhibit A** is a chart that summarizes the Google data sources

11   reviewed and analyzed by Plaintiffs' expert Jonathan Hochman, in his April 15, 2022 opening

12   expert report (Dkt. 608-12) as well as the data sources reviewed and analyzed by Google expert

13   Dr. Konstantinos Psounis, in his June 7, 2022 rebuttal expert report (Dkt. 659-10) The chart takes

14   information from Appendix E of the Hochman Report, where he listed the █ data sources that

15   Google initially identified through the Special Master process and the █ sources from which he

16   analyzed data, as well as Appendix G of the Psounis Report, where he identified the sole source

17   from which he reviewed data produced through the Special Master process. The chart also includes

18   the █ logs that Google identified on June 14, 2022 as additional logs containing Incognito

19   detection bits.

20      4.       Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the

21   deposition of Konstantinos Psounis, taken by me on August 19, 2022.

22

23      I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd

24   day of August 2022 in San Francisco, California.

25       By:   */s/ Mark C. Mao*

26       Mark C. Mao
         BOIES SCHILLER FLEXNER LLP

27

28

Decl. of Mark Mao ISO Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of
Konstantinos Psounis