# Exhibit B

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

                          ---o0o---

4    CHASOM BROWN, et al.,        )

5    on behalf of themselves      )

6    and all others similarly     )

7    situated,                    )

8            Plaintiffs,          )

9    vs.                          )Case No.

10   GOOGLE LLC,                  )4:20-cv-03664-YGR-SVK

11           Defendant.           )

     _____)

12

13                     CONFIDENTIAL

14                      ---o0o---

15          Videotaped Zoom Deposition of

16            KONSTANTINOS PSOUNIS, Ph.D.

17             Friday, August 19, 2022

18                      ---o0o---

19

20

21   Katy E. Schmidt

22   RPR, RMR, CRR, CSR 13096

23   Veritext Job No.: 5344586

24

25   PAGES 1 - 250

                                          Page 1

CONFIDENTIAL

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                       OAKLAND DIVISION

                          ---o0o---

4    CHASOM BROWN, et al.,       )

5    on behalf of themselves     )

6    and all others similarly    )

7    situated,                   )

8            Plaintiffs,         )

9    vs.                         )Case No.

10   GOOGLE LLC,                 )4:20-cv-03664-YGR-SVK

11           Defendant.          )
     _____)

12           BE IT REMEMBERED that, pursuant to Notice,

13   and on Friday, the 19th day of August, 2022,

14   commencing at the hour of 9:04 a.m., thereof, in Los

15   Angeles, California, before me, KATY E. SCHMIDT, a

16   Certified Shorthand Reporter in and for the County of

17   Yolo, State of California, there virtually personally

18   appeared

19

20           KONSTANTINOS PSOUNIS, Ph.D.

21   called as a witness herein, who, being by me first

22   duly sworn, was thereupon examined and interrogated as

23   hereinafter set forth.

24

25
```

Page  2

CONFIDENTIAL

```
1    APPEARANCES:

2

3    For The Brown Plaintiffs:

4                  (Appeared via Zoom)

5            MORGAN & MORGAN

6            BY: JOHN YANCHUNIS, Esq.

7            BY: RYAN MCGEE, Esq.

8            201 North Franklin Street, Suite 700

9            Tampa, Florida 33602
             813.223.0931

10           jyanchunis@forthepeople.com

11
                  (Appeared via Zoom)

12           BOIES SCHILLER FLEXNER LLP

13           BY: MARK MAO, Esq.

14           BY: ALISON ANDERSON, Esq.

15           BY: ERIKA NYBORG-BURCH, Esq.

16           BY: LOGAN WRIGHT, Esq.

17           44 Montgomery Street, 41st Floor

18           San Francisco, California 94104
             415.293.6800

19           mmao@bsfllp.com

20

21           SUSMAN GODFREY, LLP

22           BY: JOHN PRIDDY, Esq.

23           1301 Avenue Of The Stars, 32nd Floor

24           New York, New York 10019

25           212.729.2044
```

Page 3

```
 1    APPEARANCES CONT.:

 2

 3    For the Calhoun Plaintiffs:

 4                    (Appeared via Zoom)

 5            SIMMONS HANLY CONROY

 6            BY: AN TRUONG, Esq.

 7            112 Madison Avenue, 7th Floor

 8            New York, New York 10016-7416

 9            212.257.8482

10            atruong@simmonsfirm.com

11

12    For The Defendants:

13                    (Appeared via Zoom)

14            QUINN EMANUEL URQUHART & SULLIVAN LLP

15            BY: JOSEF ANSORGE, Esq.

16            BY: CARL SPILLY, Esq.

17            1300 I Street, Suite 900

18            Washington, D.C. 20005

19            202.538.8000

20            josefansorge@quinnemanuel.com

21

22    Also present:

23            Sean Grant, Videographer

24            Jonathan Hochman, Expert Witness

25
```

Page 4

```
1                    INDEX OF EXAMINATION

2                        ---o0o---

3                                                      Page

4    Examination by Mr. Mao                             10

5    Examination by Mr. Ansorge                         229

6

7                        ---o0o---

8

9         QUESTIONS INSTRUCTED NOT TO ANSWER

10

11                    Page        Line

12

13                 (NOTHING OFFERED.)

14

15                        ---o0o---

16

17

18

19

20

21

22

23

24

25

                                            Page  5
```

```
 1                    INDEX OF EXHIBITS

 2                       ---o0o---

 3   Number                                    Page

 4   Exhibit 1           Document: Expert Report of     22

 5                       Konstantinos Psounis, Ph.D.

 6   Exhibit 2           Document: Order on             29

 7                       Plaintiffs'  Motion for

 8                       Sanctions for Discovery

 9                       Misconduct, Unredacted

10                       Version of Document Sought

11                       to be Sealed

12   Exhibit 3           Document: Supplemental        101

13                       Declaration of Martin Sramek

14                       in Response to May 20, 2022

15                       Order

16   Exhibit 4           Document: Fax Transmission     68

17                       Order Adopting in Part and

18                       Modifying in Part the

19                       Special Master's Report and

20                       Orders on Referred Discovery

21                       Issues

22   Exhibit 5           Document: Second              106

23                       Supplemental Declaration

24                       of Martin Sramek in

25                       Response to May 20, 2022 Order
```

Veritext Legal Solutions
866 299-5127

1    Exhibit 6          Document: Incognito Events      129
2                       Labeling
3    Exhibit 7          Document: Email                 137
4    Exhibit 8          Document: W3C TAG               151
5                       Observations on Private
6                       Browsing Modes
7    Exhibit 9          Document: Letter dated          156
8                       3/17/22 to Mark C. Mao
9                       from Brett N. Watkins
10   Exhibit 10         Document: Unified ID            158
11                      Linkage Design
12
13                           ---o0o---
14
15
16
17
18
19
20
21
22
23
24
25

```
 1              LOS ANGELES, CALIFORNIA

 2          FRIDAY, AUGUST 19, 2022; 9:04 A.M.

 3                  ---oOo---

 4          THE VIDEOGRAPHER:  Good morning.  We are on      09:04

 5   the record.  The time is 9:04 a.m., and the date is    09:04

 6   August 19th, 2022.                                     09:04

 7          Please note that this deposition is being       09:04

 8   conducted virtually.  Quality of recording depends on  09:04

 9   the quality of camera and internet connection of       09:04

10   participants.  What is seen from the witness and heard 09:04

11   on screen is what will be recorded.                    09:04

12          Audio and video recording will continue to      09:04

13   take place unless all parties agree to go off the      09:04

14   record.                                                09:04

15          This is Media Unit No. 1 of the                 09:04

16   video-recorded deposition of Konstantinos Psounis,     09:04

17   Ph.D., taken by counsel for plaintiffs in the matter   09:05

18   of Chasom Brown, et al., versus Google, LLC, filed in  09:05

19   the United States District Court, Northern District of 09:05

20   California, Case No. 5 colon 20 dash CV dash 03664      09:05

21   dash YGI dash SEK, and is being conducted remotely     09:05

22   using virtual technology.                              09:05

23          My name is Sean Grant from the firm             09:05

24   Veritext.  I'm the videographer.                       09:05

25          And the court reporter is Kathryn Schmidt,      09:05
```

| | | |
|---|---|---|
| 1 | also from Veritext. | 09:05 |
| 2 | I am not related to any party in this | 09:05 |
| 3 | action, nor am I financially interested in the | 09:05 |
| 4 | outcome. | 09:05 |
| 5 | If there are any objections to proceeding, | 09:05 |
| 6 | please state them at the time of your appearance. | 09:05 |
| 7 | Counsel and all present, including remotely, | 09:05 |
| 8 | will now state their appearance and affiliations for | 09:05 |
| 9 | the record, beginning with the noticing attorney, | 09:05 |
| 10 | Mr. Mao. | 09:05 |
| 11 | MR. MAO:  I'm just going to state it for the | 09:05 |
| 12 | plaintiffs, and I apologize to anybody in advance. | 09:05 |
| 13 | This is Mark Mao of Boies Schiller Flexner | 09:05 |
| 14 | for plaintiffs. | 09:05 |
| 15 | Also with me are Ms. Alison Anderson, | 09:05 |
| 16 | Ms. Erika Nyborg-Burch, Mr. Logan Wright, and I think | 09:06 |
| 17 | that is it for BSF. | 09:06 |
| 18 | I also have with us plaintiffs' technical | 09:06 |
| 19 | expert, Jonathan -- Dr. Jonathan Hochman. | 09:06 |
| 20 | Also with us are colleagues at the | 09:06 |
| 21 | Morgan & Morgan firm, Mr. Ryan McGee and | 09:06 |
| 22 | Mr. John Yanchunis.  And lastly from Susman Godfrey we | 09:06 |
| 23 | have Mr. John Priddy. | 09:06 |
| 24 | MR. ANSORGE:  Josef Ansorge with | 09:06 |
| 25 | Quinn Emanuel Urquhart & Sullivan. | 09:06 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | And I'm joined here today by Carl Spilly | 09:06 |
| 2 | who's also with Quinn Emanuel Urquhart & Sullivan. | 09:06 |
| 3 | MS. TRUONG:  An Truong, | 09:06 |
| 4 | Simmons Hanly Conroy, on behalf of Calhoun plaintiffs. | 09:06 |
| 5 | THE VIDEOGRAPHER:  Would the certified | 09:06 |
| 6 | court reporter please swear in the witness. | 09:06 |
| 7 | ---o0o--- | 09:06 |
| 8 | KONSTANTINOS PSOUNIS, | 09:06 |
| 9 | called as a witness by the Plaintiffs, who, being | 09:06 |
| 10 | first duly sworn to tell the truth, the whole truth | 09:06 |
| 11 | and nothing but the truth, was examined and testified | 09:06 |
| 12 | as follows: | 09:06 |
| 13 | THE VIDEOGRAPHER:  Counsel. | 09:07 |
| 14 | EXAMINATION BY MR. MAO | 09:07 |
| 15 | BY MR. MAO: | 09:07 |
| 16 | Q.  Good morning, Professor. | 09:07 |
| 17 | If my questions are -- sorry.  Just -- | 09:07 |
| 18 | A.  Good morning. | 09:07 |
| 19 | Q.  Yeah.  Make sure -- I will try my best to | 09:07 |
| 20 | pause to allow you to state your answers, and -- it's | 09:07 |
| 21 | a little awkward because, you know, these Zoom | 09:07 |
| 22 | depositions, it's very difficult to see body language | 09:07 |
| 23 | and hand gestures.  So we're going to miss our visual | 09:07 |
| 24 | queues a little bit here and there.  So I apologize in | 09:07 |
| 25 | advance.  And I apologize to the poor stenographer | 09:07 |

Page 10

| | | |
|---|---|---|
| 1 | who's going to have to type this down. | 09:07 |
| 2 | So if my questions are unclear today, can | 09:07 |
| 3 | you please just -- my suggestion is maybe just hold up | 09:07 |
| 4 | your hand.  That way I know that you want to speak. | 09:07 |
| 5 | That way, you know, you can ask me to clarify. | 09:07 |
| 6 | Is that understood? | 09:07 |
| 7 | A.   Yes. | 09:07 |
| 8 | So would you like me to do this during your | 09:07 |
| 9 | question or should I wait until you're done? | 09:07 |
| 10 | Q.   It's totally up to you.  We're going to have | 09:07 |
| 11 | to find our visual queues with each other over Zoom. | 09:08 |
| 12 | I typically prefer these over in person.  I'm kind of | 09:08 |
| 13 | an in-person kind of guy.  But, you know, we will work | 09:08 |
| 14 | with the technology in the new paradigms. | 09:08 |
| 15 | Is there Google counsel representing you | 09:08 |
| 16 | today for this deposition?  Can you state that for the | 09:08 |
| 17 | record who that is? | 09:08 |
| 18 | A.   It's Mr. Josef Ansorge. | 09:08 |
| 19 | Q.   Okay.  Where are you currently for this | 09:08 |
| 20 | deposition, physically? | 09:08 |
| 21 | A.   I am in my home. | 09:08 |
| 22 | Q.   It's -- | 09:08 |
| 23 | A.   In Pacific Palisades.  This is where my | 09:08 |
| 24 | address is.  Inside right now in the master bedroom of | 09:08 |
| 25 | the house. | 09:08 |

Page 11

CONFIDENTIAL

```
 1        Q.   Yeah.  I know that's a little confusing    09:08

 2   because your background is a library but, you know,  09:08

 3   it's within your home.                               09:08

 4             And did you say it's Pacifica?             09:08

 5        A.   Pacific Palisades.  The ZIP code is 90272. 09:09

 6   I don't know if you know the Los Angeles area.  It's 09:09

 7   very close to Santa Monica.                          09:09

 8        Q.   Got it.  West side.  That's considered west 09:09

 9   side, yes.                                           09:09

10             Is there anybody with you in that room     09:09

11   currently for that deposition?                       09:09

12        A.   No.  There is nobody.                      09:09

13        Q.   Okay.  Do you have any documents with you  09:09

14   for this deposition?  In other words, did you bring  09:09

15   any documents?                                       09:09

16        A.   Perfect.  The only document I have with me 09:09

17   is hard copy of my expert report -- well, because of 09:09

18   the -- but it was brought to me by Quinn Emanuel     09:09

19   yesterday.                                           09:09

20        Q.   Okay.  Are there any markings or writings on 09:09

21   that?                                                09:09

22        A.   Not at all.                                09:09

23        Q.   Okay.  So one suggestion -- and we can wait 09:09

24   for the break for this to happen -- is at some point 09:09

25   I'm going to start referring you to Dr. Hochman's    09:09
```

Page 12

| | | |
|---|---|---|
| 1 | report as well, so you may want a physical copy.  I | 09:09 |
| 2 | think it's going to make it a little easier.  But | 09:10 |
| 3 | that's just my suggestion.  Everybody uses interfaces | 09:10 |
| 4 | differently, and it's completely up to you. | 09:10 |
| 5 | Okay? | 09:10 |
| 6 | A.   How would I do this?  I guess I can live | 09:10 |
| 7 | with the electronic copy, unless Mr. Ansorge wants to | 09:10 |
| 8 | assist with Quinn Emanuel -- | 09:10 |
| 9 | MR. ANSORGE:  Yeah.  I fear we won't be able | 09:10 |
| 10 | to express deliver that in time.  So I think we would | 09:10 |
| 11 | just have to work with the Exhibit Share copy of any | 09:10 |
| 12 | exhibits that are entered. | 09:10 |
| 13 | MR. MAO:  Okay.  Totally understood. | 09:10 |
| 14 | BY MR. MAO: | 09:10 |
| 15 | Q.   What, if anything, did you do to prepare for | 09:10 |
| 16 | this deposition here today? | 09:10 |
| 17 | A.   I viewed documents and testimony and had | 09:10 |
| 18 | some meetings with counsel. | 09:10 |
| 19 | Q.   Did you review any documents not identified | 09:10 |
| 20 | in your report? | 09:11 |
| 21 | A.   I don't think so.  No, I can't think of any. | 09:11 |
| 22 | Q.   In total, how much time did you spend to | 09:11 |
| 23 | prepare for this deposition? | 09:11 |
| 24 | A.   I'm just trying to get -- that's why I'm | 09:11 |
| 25 | counting.  About 20, maybe 30 maximum hours. | 09:11 |

Page 13

| | | |
|---|---|---|
| 1 | Q.   And when you are talking about the hours | 09:11 |
| 2 | here, you're talking about hours with counsel or just | 09:11 |
| 3 | total hours preparing for this deposition? | 09:11 |
| 4 | A.   Total.  Total hours. | 09:12 |
| 5 | Q.   Preparing for the deposition? | 09:12 |
| 6 | A.   Right. | 09:12 |
| 7 | So in these hours, there are some hours | 09:12 |
| 8 | included that we are meeting with counsel. | 09:12 |
| 9 | Q.   Got it. | 09:12 |
| 10 | Can you tell me who hired you for this case | 09:12 |
| 11 | initially? | 09:12 |
| 12 | MR. ANSORGE:  Objection.  Form. | 09:12 |
| 13 | THE WITNESS:  I'm sorry.  I apologize. | 09:12 |
| 14 | BY MR. MAO: | 09:12 |
| 15 | Q.   So let me -- | 09:12 |
| 16 | A.   Can you please rephrase -- | 09:12 |
| 17 | Q.   Sure.  Yeah.  I was going to do that because | 09:12 |
| 18 | I do think that Mr. Ansorge's objection is proper. | 09:12 |
| 19 | Who first reached out to you regarding | 09:12 |
| 20 | expert work for this case? | 09:12 |
| 21 | A.   To the best of my recollection, because it's | 09:12 |
| 22 | been some time, it was Mr. Josef Ansorge. | 09:12 |
| 23 | Q.   Do you and Mr. Ansorge have a prior | 09:13 |
| 24 | relationship? | 09:13 |
| 25 | A.   No. | 09:13 |

Page 14

| | | |
|---|---|---|
| 1 | Q.   I was going to ask you if he was your | 09:13 |
| 2 | student and whether or not he got an A in the course. | 09:13 |
| 3 |       But -- so you have no knowledge of how -- | 09:13 |
| 4 | how Mr. Ansorge found you? | 09:13 |
| 5 | A.   I think that he found me through DLD, but | 09:13 |
| 6 | that's something that -- I'm not sure.  I don't know | 09:13 |
| 7 | the process.  I'm just -- | 09:13 |
| 8 | Q.   What is -- what is DLD? | 09:13 |
| 9 | A.   It's DLD.  It's a firm that refers experts, | 09:13 |
| 10 | that matches experts -- I don't know.  I guess | 09:13 |
| 11 | Mr. Ansorge would know more.  But it is a firm that | 09:14 |
| 12 | you submit your CV and they match experts with | 09:14 |
| 13 | attorney offices, I guess.  I haven't worked with them | 09:14 |
| 14 | much. | 09:14 |
| 15 | Q.   Got it. | 09:14 |
| 16 |       Can you -- I think at some point during the | 09:14 |
| 17 | break we're going to ask you for exactly the spelling | 09:14 |
| 18 | of either the acronym of the name of that firm, if you | 09:14 |
| 19 | don't mind. | 09:14 |
| 20 |       Okay? | 09:14 |
| 21 |       When did this outreach to you or to the | 09:14 |
| 22 | agency first happen? | 09:14 |
| 23 | A.   I think it was towards the end of 2021, | 09:14 |
| 24 | early 2022, to the best of my recollection. | 09:15 |
| 25 | Q.   Do you have an estimated month, you think, | 09:15 |

Page 15

| | | |
|---|---|---|
| 1 | that he first reached out? | 09:15 |
| 2 | A.  I just don't want to answer it inaccurately. | 09:15 |
| 3 | That's why I'm thinking about it.  Maybe December, | 09:15 |
| 4 | January, in that time frame. | 09:15 |
| 5 | Q.  Of 2021 you said? | 09:15 |
| 6 | A.  December 2021 or January 2022. | 09:15 |
| 7 | Q.  Got it. | 09:15 |
| 8 | Have you ever spoken with a | 09:15 |
| 9 | Dr. Georgios Zervas? | 09:15 |
| 10 | A.  I do not think so. | 09:16 |
| 11 | Q.  Do you know in this case what is the | 09:16 |
| 12 | difference between what you're supposed to do versus | 09:16 |
| 13 | what Dr. Zervas is supposed to do? | 09:16 |
| 14 | MR. ANSORGE:  Objection.  Vague. | 09:16 |
| 15 | BY MR. MAO: | 09:16 |
| 16 | Q.  What is the delineation between the two | 09:16 |
| 17 | roles, to the best of your understanding? | 09:16 |
| 18 | A.  I don't want to mischaracterize this because | 09:16 |
| 19 | I know what I've been asked to do for this case, | 09:16 |
| 20 | obviously.  So I've been asked to offer opinions on | 09:16 |
| 21 | Mr. Hochman's and Mr. Schneier's reports, rebuttals, | 09:16 |
| 22 | for the specific opinions and quotes that -- from | 09:16 |
| 23 | their reports that I cite inside my report, but I'm | 09:16 |
| 24 | not sure I can give a very precise answer -- an | 09:17 |
| 25 | accurate enough answer because I haven't ever talked | 09:17 |

Page 16

| | | |
|---|---|---|
| 1 | to Mr. -- or Professor -- or Dr. Zervas to know | 09:17 |
| 2 | exactly what he's supposed to cover and what I'm | 09:17 |
| 3 | supposed to cover. | 09:17 |
| 4 |     Q.  Got it. | 09:17 |
| 5 |       So that means that you have no prior | 09:17 |
| 6 | relationship with Dr. Zervas. | 09:17 |
| 7 |       Is that correct? | 09:17 |
| 8 |     A.  It is correct.  I have no prior | 09:17 |
| 9 | relationship.  I don't -- he's an academic, so it | 09:17 |
| 10 | could be the case that we met at a conference, but I | 09:17 |
| 11 | do not remember this happening.  So I can tell you my | 09:17 |
| 12 | recollection is that I have never met him.  It's just | 09:18 |
| 13 | that some conferences have a thousand people and I | 09:18 |
| 14 | don't want to say anything remotely inaccurate. | 09:18 |
| 15 |     Q.  Got it. | 09:18 |
| 16 |       What about the other experts on Google's | 09:18 |
| 17 | side in this case; do you have any prior relationships | 09:18 |
| 18 | with the rest of them? | 09:18 |
| 19 |       MR. ANSORGE:  Objection.  Compound. | 09:18 |
| 20 |       THE WITNESS:  Could you please tell me which | 09:18 |
| 21 | ones you are -- well, maybe list them so that I make | 09:18 |
| 22 | sure I don't give you any inaccurate answer. | 09:18 |
| 23 | BY MR. MAO: | 09:18 |
| 24 |     Q.  So I understand you want to be extremely | 09:18 |
| 25 | precise.  You said it a couple times.  So let me just | 09:18 |

Page 17

```
 1    understand -- let me just maybe make this easier.      09:18

 2            It doesn't sound like you actually spoke to    09:18

 3    any other Google expert for the purposes of your       09:18

 4    report or your testimony here today.                   09:18

 5            Is that correct?                                09:18

 6       A.   I have not talked with any other Google        09:18

 7    expert for the purposes of my report or testimony.     09:19

 8            I did have a meeting, I think, with            09:19

 9    Dr. Schwartz for 30 minutes -- about 30 minutes,       09:19

10    actually.  I don't remember for how long.              09:19

11       Q.   Was this with -- in the presence of other     09:19

12    counsel?                                               09:19

13       A.   Yes.  In the presence of Mr. Ansorge.         09:19

14       Q.   Got it.                                        09:19

15            Who explained to you -- and I don't want to    09:19

16    know about what was explained to you.  I just want to  09:19

17    know who -- who explained to you what your assignment  09:19

18    was going to be in this case?                          09:19

19            I'm talking about first, the initial           09:19

20    engagement.                                            09:19

21       A.   Mr. Ansorge.                                   09:19

22       Q.   Got it.                                        09:19

23            And this, to the best of your recollection,    09:20

24    this first interaction was in December of 2021.        09:20

25            Is that correct?                               09:20
```

                                                     Page 18

```
 1        A.    December 2021, January 2022, somewhere      09:20

 2   there.  It's also the break, so things are a little    09:20

 3   bit more, you know, muddy.                              09:20

 4        Q.    Got it.  Got it.                             09:20

 5             So then other than this lawsuit, and I think  09:20

 6   the Calhoun lawsuit, have you ever done any work for    09:20

 7   Quinn Emanuel?                                          09:20

 8             MR. ANSORGE:  Objection.  Compound.  Assumes  09:20

 9   facts not in evidence.                                  09:20

10             THE WITNESS:  So would you break this down?   09:20

11             So I haven't done any other work for any      09:20

12   other case.  For Quinn Emanuel, you mentioned another   09:20

13   case.                                                   09:20

14   BY MR. MAO:

15        Q.    Calhoun.  I see.  I see.                     09:20

16             So you're not -- you're not an expert in      09:20

17   Calhoun versus Google.                                  09:20

18             Is that correct?                              09:20

19        A.    Yes, it is correct.  I am not.               09:20

20        Q.    Got it.                                      09:21

21             And other than this lawsuit, so you have      09:21

22   not -- I'm sorry.  Strike that.                         09:21

23             Other than for this lawsuit, have you ever    09:21

24   done any work for Google?                               09:21

25             MR. ANSORGE:  Objection.  Vague.              09:21
```

Page 19

| | | |
|---|---|---|
| 1 | THE WITNESS:  I have not -- I'm trying to | 09:21 |
| 2 | remember.  I've been in the business for high tech and | 09:21 |
| 3 | multiple distributor systems for like 25 years. | 09:21 |
| 4 | I have not worked for Google.  I'm not sure | 09:21 |
| 5 | if I am working for Google now either.  Maybe that's | 09:21 |
| 6 | a -- maybe it's a terminology issue. | 09:21 |
| 7 | I would argue I'm working for counsel.  But | 09:22 |
| 8 | anyway, this is a debate, I'm just saying. | 09:22 |
| 9 | BY MR. MAO: | 09:22 |
| 10 | Q.   Got it.  No.  I think that's actually very | 09:22 |
| 11 | precise and helpful. | 09:22 |
| 12 | So when you say that you're not sure you're | 09:22 |
| 13 | working for Google, is that because you have not had | 09:22 |
| 14 | much interactions with Google employees? | 09:22 |
| 15 | A.   You mean in the context of this case? | 09:22 |
| 16 | Q.   Yes.  In the context of this case. | 09:22 |
| 17 | A.   I have not had any interaction with Google | 09:22 |
| 18 | employees. | 09:22 |
| 19 | Q.   Got it. | 09:22 |
| 20 | So did you -- have you interviewed any | 09:22 |
| 21 | Google employees?  I know that probably counts as an | 09:22 |
| 22 | interaction, but I want to be precise because you're | 09:22 |
| 23 | being very precise. | 09:22 |
| 24 | A.   To the best of my recollection, no. | 09:22 |
| 25 | Q.   Have you been able to access any Google | 09:22 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | technologies directly? | 09:22 |
| 2 | A.   I'm not sure -- | 09:23 |
| 3 | MR. ANSORGE:  Objection.  Vague. | 09:23 |
| 4 | BY MR. MAO: | 09:23 |
| 5 | Q.   So, for example, have you been able to run | 09:23 |
| 6 | any test against Google systems? | 09:23 |
| 7 | A.   No.  I haven't ran any test against Google | 09:23 |
| 8 | systems, whereby against Google systems I interpret or | 09:23 |
| 9 | I understand this to be that Google is giving me | 09:23 |
| 10 | access to their internal system, I'm getting passwords | 09:23 |
| 11 | to connect to their VPN or I go in presence at | 09:23 |
| 12 | Mountain View and I do tests.  No, I have not. | 09:23 |
| 13 | Q.   Got it. | 09:23 |
| 14 | So let's be very precise, because you're | 09:23 |
| 15 | being very precise. | 09:23 |
| 16 | For example, right, like you have not been | 09:23 |
| 17 | given access to do any data mapping, for example. | 09:23 |
| 18 | Is that correct? | 09:24 |
| 19 | MR. ANSORGE:  Objection.  Vague. | 09:24 |
| 20 | THE WITNESS:  I -- I do have access, as I | 09:24 |
| 21 | describe in my report.  Maybe I could open it up to | 09:24 |
| 22 | make sure I'm using the correct terminology here to | 09:24 |
| 23 | the -- obviously to the data that I am citing in my | 09:24 |
| 24 | report.  There's also an appendix with data, and I | 09:24 |
| 25 | have done some analysis of this data. | 09:24 |

Page 21

| | | |
|---|---|---|
| 1 | And this access is done without me requiring | 09:24 |
| 2 | to log in into the Google system as if I were a Google | 09:25 |
| 3 | engineer employee, employed by Google. | 09:25 |
| 4 | BY MR. MAO: | 09:25 |
| 5 | Q.   Got it. | 09:25 |
| 6 | A.   Does that -- okay. | 09:25 |
| 7 | Q.   Got it. | 09:25 |
| 8 | So have you interacted directly with Google | 09:25 |
| 9 | in any way to do kind of like your own direct testing, | 09:25 |
| 10 | like the way you were just talking about? | 09:25 |
| 11 | MR. ANSORGE:  Objection.  Asked and | 09:25 |
| 12 | answered. | 09:25 |
| 13 | THE WITNESS:  No, I have not, as I said. | 09:25 |
| 14 | BY MR. MAO: | 09:25 |
| 15 | Q.   Okay.  That is helpful. | 09:25 |
| 16 | And if I may just make sure we have marked | 09:25 |
| 17 | as Exhibit 1, which has already been marked. | 09:25 |
| 18 | (Plaintiffs' Exhibit 1 was | 09:25 |
| 19 | marked for identification.) | 09:25 |
| 20 | BY MR. MAO: | 09:25 |
| 21 | Q.   If you don't mind pulling up Exhibit 1.  Can | 09:25 |
| 22 | you just confirms that that is your rebuttal report? | 09:25 |
| 23 | A.   Let me -- | 09:25 |
| 24 | Q.   Go ahead.  Please take your time.  Confirm | 09:25 |
| 25 | that. | 09:26 |

Page 22

CONFIDENTIAL

```
 1        A.    Let me just put this box here.              09:26

 2              Yes.  This is my report.                    09:26

 3        Q.    Got it.                                      09:27

 4              And does that report contain all of your    09:27

 5    opinions?                                              09:27

 6        A.    Yes.                                         09:27

 7        Q.    And does this report contain all of the     09:27

 8    basis for your opinions as well?                       09:27

 9        A.    Yes.  I mean -- let me be precise again.    09:27

10              Yes.  I remember in the report saying        09:27

11    something to the effect of if new information comes,   09:27

12    then, you know, I can revisit the issues and add       09:27

13    supplementary opinions, I guess in that process.  I    09:27

14    may also have new basis for the new -- for the         09:27

15    supplemental thoughts or opinions of mine.             09:27

16        Q.    Got it.                                      09:28

17              When you look at your report, there is a     09:28

18    place where you list all the materials you relied on   09:28

19    for your rebuttal report.                              09:28

20              Do you see that?                             09:28

21        A.    Let me open it up.                           09:28

22        Q.    By the way, totally fine to use the physical 09:28

23    copy if that's easier for you, Professor.              09:28

24        A.    Are you referring to the produced documents  09:28

25    section page starting at 203?                          09:28
```

Page 23

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   I am referring to -- oh, physical copies | 09:28 |
| 2 | versus virtual copies. | 09:28 |
| 3 | I'm talking about the sources considered on | 09:28 |
| 4 | 191 and onward. | 09:28 |
| 5 | Do you see that? | 09:29 |
| 6 | A.   Ah, 8, "Sources Considered."  Yes.  So let | 09:29 |
| 7 | me go through this. | 09:29 |
| 8 | Q.   Sure.  Please, go ahead.  Let's be precise. | 09:29 |
| 9 | A.   Yes.  This -- can you repeat the question? | 09:30 |
| 10 | Q.   Yes.  Of course.  Let's be precise. | 09:30 |
| 11 | Is this a complete list of the materials you | 09:30 |
| 12 | relied upon for your rebuttal report? | 09:30 |
| 13 | A.   To the best of my knowledge, yes. | 09:30 |
| 14 | Q.   How did you get these documents and sources? | 09:30 |
| 15 | A.   Depends on the type of document.  For | 09:30 |
| 16 | example, let me scroll at the top of this. | 09:30 |
| 17 | So some documents have been provided to me | 09:30 |
| 18 | by counsel.  Like produced documents, the ones that | 09:31 |
| 19 | have Bates numbers start with Google, expert reports, | 09:31 |
| 20 | deposition text. | 09:31 |
| 21 | Some documents are documents that I have | 09:31 |
| 22 | researched myself.  Like if you look, for example, at | 09:31 |
| 23 | public documents, but they are -- you see the public | 09:31 |
| 24 | documents? | 09:31 |
| 25 | And even what I just said, it's not a | 09:31 |

Page 24

| | | |
|---|---|---|
| 1 | hundred percent -- it's not the case that every single | 09:31 |
| 2 | one document, you know, what it's -- Bates document -- | 09:31 |
| 3 | do you see what I mean?  I don't want to be to the | 09:32 |
| 4 | point of being too -- but basically this is the main | 09:32 |
| 5 | two sources:  Either I found them on my own or they | 09:32 |
| 6 | have been provided to me by counsel. | 09:32 |
| 7 | Q.   Got it. | 09:32 |
| 8 | Now we've talked about how you've got the | 09:32 |
| 9 | documents. | 09:32 |
| 10 | May I ask were there documents that you | 09:32 |
| 11 | specifically requested yourself?  And you can go by | 09:32 |
| 12 | categories.  Like what did you actually request? | 09:32 |
| 13 | A.   There were documents that they were | 09:32 |
| 14 | specifically requested by me.  I wouldn't be able to | 09:32 |
| 15 | tell you, especially when it comes to the produced | 09:32 |
| 16 | documents just by the numbers, which ones in | 09:33 |
| 17 | particular.  Because while I was reviewing documents, | 09:33 |
| 18 | I wanted to further investigate, look for some topics. | 09:33 |
| 19 | So I would say I would like, you know, any additional | 09:33 |
| 20 | documents you may have related to this topic. | 09:33 |
| 21 | And then they give me more documents. | 09:33 |
| 22 | With respect to public documents, I just | 09:33 |
| 23 | found them myself.  The vast majority of public | 09:33 |
| 24 | documents, if not all of them -- if I say all of them, | 09:33 |
| 25 | I would have to go one by one and make sure.  But I'm | 09:33 |

Page 25

```
 1    sure that very vast majority of them is actually        09:33

 2    documents I found myself, I accessed them myself.  For  09:33

 3    practical purposes, all of them I would say, public     09:33

 4    documents.                                              09:34

 5           Then the reports, they were obviously            09:34

 6    provided to me by counsel.                              09:34

 7           The same thing I said about produced             09:34

 8    documents also holds for depositions.  I obviously      09:34

 9    wouldn't know in advance who has been deposed.  And I   09:34

10    don't know any of the people -- well, actually, I       09:34

11    should read all the names that has been deposed.  But   09:34

12    I got some deposition transcripts, I would review       09:34

13    them, and then I would say are there any other...       09:34

14        Q.   Got it.                                        09:34

15           So I note on the very end of your                09:34

16    "Sources Considered," you have "Source Files."          09:34

17           Can you tell me a little bit what those are?     09:34

18    I see four.  There's a "DBL" row, two of them,          09:34

19    "Consolidated", and then "IP Plus UA Analysis."         09:34

20           Do you see at the very end, page 207?            09:35

21        A.   Mm-hm.                                         09:35

22        Q.   What are those?                                09:35

23           The main reason, Doctor, I'm trying to ask       09:35

24    about that is because I'm trying to be precise.  I'm    09:35

25    trying to understand what makes them source files as    09:35
```

Page 26

```
 1    opposed to, you know, something else in that list.      09:35

 2    I'm trying to understand your categorization.           09:35

 3        A.   Okay.  So I can tell you -- because here is    09:35

 4    this a matter of me remembering.  You know when --      09:35

 5    better than me, I assume that similar to Mr. Ansorge,   09:35

 6    you have been working on this for a long time.          09:35

 7    There's a lot of documents here, so forgive me.         09:35

 8    Sometimes I don't remember everything.                  09:35

 9             So the first two I actually list them in       09:35

10    appendix G, the one ending at B1 and DC.  So you could  09:35

11    also see --                                             09:36

12        Q.   Yeah.                                          09:36

13             Again, Doctor -- Professor, remember, I'm      09:36

14    just trying to understand your categorization.  Like    09:36

15    what makes these source files as opposed to other       09:36

16    files?  I'm just trying to understand the genre in      09:36

17    which you're organizing everything.                     09:36

18             MR. ANSORGE:  Mr. Mao, please let him          09:36

19    finish.  I don't think he was finished with his answer  09:36

20    yet.                                                    09:36

21             THE WITNESS:  So looking at appendix G as an   09:36

22    example, the text document has source code, meaning     09:36

23    it's not text that would be understood by somebody      09:36

24    without knowledge of the particular syntax of creating  09:36

25    this structures.  It's not a sentence.                  09:37
```

Page  27

```
 1            So for the case of B1 and DC, this is why      09:37

 2     I'm listing them differently separately from the     09:37

 3     others.                                               09:37

 4            And the other two, I have to remember.         09:37

 5     Because they are not in my report, I wouldn't want to 09:37

 6     say something inaccurate.                             09:37

 7            But hopefully you already got what you         09:37

 8     needed.                                               09:37

 9     BY MR. MAO:

10        Q.   Right.                                        09:37

11            And so what I'm trying to understand is did    09:37

12     you request all four of these source files yourself or 09:37

13     were they provided to you by counsel, to the best of  09:38

14     your recollection?                                    09:38

15            MR. ANSORGE:  Objection.  Form and compound.   09:38

16            THE WITNESS:  I think -- I don't remember.     09:38

17     I think I did request them.  For example, the -- the  09:38

18     two that I have in my report, and hence I know what   09:38

19     they are.                                             09:38

20            I believe the way I would put it as            09:38

21     precisely as possible is I said could you give me     09:38

22     files that they associated with two different Biscotti 09:39

23     IDs?  Because, you know -- and then they would give me 09:39

24     files.  Maybe some other files that they associated   09:39

25     with different Biscotti IDs.                          09:39
```

Page 28

```
 1              So I guess I requested them.  But before I      09:39
 2   see -- you know, there is a lot of files.  I don't       09:39
 3   want say that, you know, one day I said can I please     09:39
 4   have the file DBL row 22C947?                            09:39
 5              You understand what I'm saying?               09:39
 6   BY MR. MAO:                                               09:39
 7        Q.   Got it.                                         09:39
 8              So let me -- let me give you the reason why    09:39
 9   I'm asking.                                               09:39
10        A.   Perfect.                                        09:39
11        Q.   Okay.  That way we can both be precise.        09:39
12              I'm going to introduce to you a document,      09:39
13   and I'll explain to you what it is, if you don't know.   09:39
14   But if you've seen this before, please let me know.      09:39
15   It's Exhibit No. 2.  If you've never seen it before,     09:39
16   let me know immediately and then we'll kind of get to    09:39
17   the point.                                               09:40
18                      (Plaintiffs' Exhibit 2 was            09:40
19                      marked for identification.)           09:40
20   BY MR. MAO:                                               09:40
21        Q.   Exhibit No. 2 is an Order on Plaintiffs'       09:40
22   Motion for Sanctions for Discovery Misconduct.          09:40
23        A.   Let me open it up.  Order...                   09:40
24        Q.   Take your time.                                09:40
25              My first question to you is:  Have you ever    09:40
```

Page 29

```
1   seen this document before?                      09:40

2        A.   Let me first use a local copy.  I just   09:40

3   downloaded.  It's just easier to browse through it.  09:40

4   So I'm not reading it.  I'm just scanning it to see if  09:41

5   it rings a bell to answer whether I...          09:41

6             I do not think that I have seen this before.  09:41

7        Q.   So are you aware that Google was sanctioned  09:41

8   for discovery misconduct in this case?          09:41

9        A.   No.  I mean, I don't think I am.  No.  09:41

10       Q.   So are you aware that Google was -- oh, go  09:41

11   ahead.  Sorry.  Go ahead.  That was -- that was our  09:41

12   safe signal for you interrupting me; right?     09:41

13             So go ahead.  Yeah, please.            09:42

14       A.   I don't remember.  But Mr. Hochman's report  09:42

15   I believe had in a paragraph something to that effect.  09:42

16             So basically I read this to say -- I read  09:42

17   Mr. Hochman's report and I think -- I think -- I'm not  09:42

18   sure.  I think -- perhaps you can confirm.  I think  09:42

19   that he mentions something about misconduct in -- in  09:42

20   his report.  But I have not seen this document.  09:42

21       Q.   Got it.                                09:42

22             And you did not hear that from any other  09:42

23   source; right?  I'm not talking about your attorneys.  09:42

24   But you have not heard about the Court sanctioning  09:42

25   Google for discovery misconduct from another source.  09:42
```

Page 30

```
1              Is that correct?                          09:42

2         A.   Yes.  It is correct.                      09:42

3         Q.   Okay.  So the reason why I ask is because 09:42

4    part of the sanctions that was imposed related to data 09:42

5    sources.  And one of the reasons why the Court        09:43

6    sanctioned Google was for the withholding of data     09:43

7    sources.                                              09:43

8              And you may take time to read through this, 09:43

9    if you need, but I actually have a very, very specific 09:43

10   question, which is on page 6, at the bottom, towards  09:43

11   the conclusion.  So if you scroll to page 6, under    09:43

12   "Conclusion," bulletproof -- bullet point 1.          09:43

13             MR. ANSORGE:  And, Dr. Psounis, since you've 09:43

14   not seen this document before, you're well within your 09:43

15   rights to familiarize yourself with the whole         09:43

16   document.                                             09:43

17             MR. MAO:  Please do.  If you want to first  09:43

18   read it, please do.  But I'm actually specifically    09:43

19   asking you about that one point right there.  But you 09:43

20   may take your time.                                   09:43

21             THE WITNESS:  Thank you.  I will very likely 09:43

22   take my time to make sure I am precise.  But you are  09:43

23   welcome to -- who knows.  Maybe I can be fast for you. 09:43

24   I mean, I'm not trying to --                          09:43

25   ///
```

Page 31

```
 1    BY MR. MAO:                                           09:43

 2         Q.   This is my suggestion:  We can spend three  09:43

 3    or four minutes on the record, trying to read this.   09:44

 4    If you need longer than that and you want longer than  09:44

 5    that, we're going to take a break and you can read it  09:44

 6    on your own time.                                     09:44

 7              How is that?                                09:44

 8              MR. ANSORGE:  No, we're not going to do     09:44

 9    that, Mr. Mao.  We're not going to have the witness   09:44

10    reading documents during the breaks.                 09:44

11              MR. MAO:  Is this your deposition or my     09:44

12    deposition, Mr. Ansorge?                             09:44

13              MR. ANSORGE:  It's common practice, Mr. Mao.  09:44

14    We're not going to be sending the witness into a break  09:44

15    to be reviewing a 50-page document that you've shown  09:44

16    to him.  That's not something we're going to do.     09:44

17              MR. MAO:  Well, then I'm going to ask him:  09:44

18    BY MR. MAO:

19         Q.   Do you want to read this document,

20    Professor Psounis?  I presume you do; right?         09:44

21         A.   I would like to read this document.        09:44

22         Q.   Go ahead.  Just do it.  Let Mr. Ansorge and  09:44

23    I argue about that later.                            09:44

24              Go ahead.                                   09:44

25         A.   Okay.                                       09:44
```

Page 32

| | | |
|---|---|---|
| 1 | I'm at "Conclusions."  I'm trying to scan | 09:47 |
| 2 | it.  So let me just read the "Conclusions" carefully | 09:48 |
| 3 | now. | 09:48 |
| 4 | I read it. | 09:49 |
| 5 | Q.   Great.  Thank you. | 09:49 |
| 6 | A.   Up to page 7; right?  I didn't go. | 09:49 |
| 7 | Q.   Oh, you didn't read the "Findings"? | 09:49 |
| 8 | A.   I was reading the first seven pages. | 09:49 |
| 9 | Q.   Ah.  No.  If you need to find the -- read | 09:49 |
| 10 | the "Findings of Fact," please go ahead.  I'll wait | 09:49 |
| 11 | for you. | 09:49 |
| 12 | A.   If I -- okay.  It's another 40 pages.  I'm | 09:49 |
| 13 | doing my best. | 09:49 |
| 14 | Q.   Go ahead.  If Mr. Ansorge wants to argue | 09:49 |
| 15 | about this, we'll argue with the Court on this. | 09:50 |
| 16 | Go ahead. | 09:50 |
| 17 | MR. ANSORGE:  Mr. Mao, just so I'm clear, | 09:51 |
| 18 | you're asking him to read the "Findings of Fact" in | 09:51 |
| 19 | the order that extend from -- is it page 1 to 16? | 09:51 |
| 20 | Is that correct? | 09:51 |
| 21 | MR. MAO:  I already told you that we should | 09:51 |
| 22 | take a break.  If you want to argue with me at this | 09:51 |
| 23 | time, you're trying to duck from me, I will do that in | 09:51 |
| 24 | front of the judge.  We can do that. | 09:51 |
| 25 | Go ahead. | 09:51 |

Page 33

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  I'm just asking what you have | 09:51 |
| 2 | asked the witness to look at in particular.  Because | 09:51 |
| 3 | there's two findings of fact.  There's one right at | 09:51 |
| 4 | the beginning of the document, to abbreviate it, and | 09:51 |
| 5 | then there's one that's like 16 pages. | 09:52 |
| 6 | MR. MAO:  I'm going to ask him about the | 09:52 |
| 7 | document and I'm going to be asking him specifically | 09:52 |
| 8 | about the parts that relate to data and logs. | 09:52 |
| 9 | THE WITNESS:  So let me tell you what I've | 09:52 |
| 10 | done already.  I've read the first seven pages, and I | 09:52 |
| 11 | am down to page 2.  If -- on background. | 09:52 |
| 12 | If there is a specific part that you could | 09:52 |
| 13 | direct me to, I have -- I'll be happy to go there. | 09:52 |
| 14 | BY MR. MAO: | 09:52 |
| 15 | Q.   Sure. | 09:52 |
| 16 | So if you look at Exhibit A, which starts at | 09:52 |
| 17 | page 8, if you're paginating -- sorry -- page 9, if | 09:52 |
| 18 | you're paginating by .pdf, there's a section on | 09:52 |
| 19 | "Google's Discovery Deficiencies."  It's going to | 09:52 |
| 20 | be -- | 09:53 |
| 21 | A.   The .pdf page 9?  I'm sorry. | 09:53 |
| 22 | Q.   Yeah, .pdf page 9. | 09:53 |
| 23 | A.   So "Finding Facts, Google Discovery | 09:53 |
| 24 | Deficiency," yes, I see that. | 09:53 |
| 25 | Q.   Okay.  There are three bullets under there. | 09:53 |

Page 34

| | | |
|---|---|---|
| 1 | Okay? | 09:53 |
| 2 | A.    Yes. | 09:53 |
| 3 | Q.    Timely -- "Fail to timely disclose relevant | 09:53 |
| 4 | witnesses."  There's going to be "Fail to disclose | 09:53 |
| 5 | existence of incognito detection bits." | 09:53 |
| 6 | A.    Mm-hm. | 09:53 |
| 7 | Q.    And then there's going to be "Court order | 09:53 |
| 8 | required Google to produce plaintiffs' data and | 09:53 |
| 9 | identify relevant data sources." | 09:53 |
| 10 | A.    Okay.  Which one would you like me -- or | 09:53 |
| 11 | which one -- | 09:53 |
| 12 | Q.    I think you're going to need to read that | 09:53 |
| 13 | entire subsection, "Google's Discovery Deficiencies." | 09:53 |
| 14 | A.    Okay. | 09:53 |
| 15 | Q.    And "Findings of the Fact."  Because I'm | 09:53 |
| 16 | going to ask you -- it's going to be relevant for my | 09:53 |
| 17 | questions to you about your analysis. | 09:53 |
| 18 | A.    Okay.  And -- | 09:53 |
| 19 | Q.    Take your time. | 09:53 |
| 20 | A.    Interestingly, I was almost there, | 09:53 |
| 21 | meaning -- | 09:53 |
| 22 | Q.    Of course. | 09:53 |
| 23 | A.    -- I was almost at this page, which is I | 09:53 |
| 24 | guess good. | 09:53 |
| 25 | And I actually -- I think it was helpful for | 09:53 |

Page 35

| | | |
|---|---|---|
| 1 | me that I read -- scanned really quickly the first | 09:54 |
| 2 | seven pages, just to understand what this document is | 09:54 |
| 3 | about. | 09:54 |
| 4 | Q.   Yeah.  Well, I'm a little surprised you | 09:54 |
| 5 | don't have this so I do want you to take your time, | 09:54 |
| 6 | you know, so that we're asking questions to you fairly | 09:54 |
| 7 | and you can be precise. | 09:54 |
| 8 | A.   I'm at "Google's Discovery Deficiencies," | 09:55 |
| 9 | and I'm going through this section. | 09:55 |
| 10 | I think I'm done but let me again | 09:59 |
| 11 | double-check the pages of the section you asked me. | 09:59 |
| 12 | "Discovery Deficiencies" 9 to 16. | 09:59 |
| 13 | You said that pages 9 to 16; correct? | 09:59 |
| 14 | Q.   Yes. | 09:59 |
| 15 | A.   Let me see where I am. | 09:59 |
| 16 | Let me see already.  I'm on page 16, | 10:00 |
| 17 | "Required to Produce" -- | 10:00 |
| 18 | THE COURT REPORTER:  I'm sorry, Doctor, when | 10:00 |
| 19 | you speak to yourself, I need to hear it clearly or | 10:00 |
| 20 | not. | 10:00 |
| 21 | THE WITNESS:  I believe I should -- I | 10:00 |
| 22 | scanned all the way to page 33 so that we can move on, | 10:00 |
| 23 | and see if I really need to spend more time, I can | 10:00 |
| 24 | ask.  I don't want to just, you know... | 10:00 |
| 25 | /// | |

Page 36

```
 1    BY MR. MAO:                                      10:00

 2         Q.   Sure.   Sure.                          10:00

 3         A.   So 23 is the last page, correct,       10:00

 4    essentially?                                     10:00

 5         Q.   Yeah.   Yeah.                          10:00

 6         A.   Okay.                                  10:00

 7         Q.   Yeah.                                  10:00

 8              So -- so let's be very precise.        10:00

 9              Okay?                                  10:00

10              Looking at Exhibit 1, which is your report,  10:00

11    it is dated June 7, 2022.                        10:01

12         A.   It is dated June 7, 2022, yes.         10:01

13         Q.   Did you finish your report on June 7, 2022?  10:01

14         A.   Around the date.   I was --            10:01

15         Q.   Okay.                                  10:01

16              Here is where the precision is required:  10:01

17              On May 20th is when we received the    10:01

18    sanctions order.   You can verify that against   10:01

19    Exhibit No. 2.                                   10:01

20              My question to you, Professor --       10:01

21         A.   Mm-hm.                                 10:01

22         Q.   -- is did you take into consideration the  10:01

23    findings that were issued on May 20th, 2022 into your  10:01

24    report?                                          10:01

25              MR. ANSORGE:   Objection.   Vague.   And calls  10:01
```

Page 37

```
 1    for a legal conclusion.                              10:02

 2    BY MR. MAO:                                          10:02

 3        Q.   I'm asking because you said you've never    10:02

 4    seen this document before, and that's what I'm trying 10:02

 5    to understand.  I'm trying to reconcile the two.     10:02

 6        A.   I've never seen this document before, to the 10:02

 7    best of my recollection.  There are many, many, many 10:02

 8    documents.                                           10:02

 9            So what I can tell, going through this        10:02

10    document now, is that I didn't see something in       10:02

11    this -- in this document that would change what I say 10:02

12    in my report.                                        10:02

13            My understanding of what this document is     10:02

14    saying is that -- I'm not a legal expert -- excuse    10:02

15    me -- if I will not be super precise now -- is that   10:02

16    there were some logs that -- that Google produced some 10:03

17    logs with incognito bit.                             10:03

18            And then, Mr. Mao, you I assume wrote some    10:03

19    objections, evidentiary objections, that called for   10:03

20    Google's request to strike some of this.  And         10:03

21    objections, I guess some others I don't know, but this 10:03

22    is what I saw at the beginning.                      10:03

23            There was also a discussion in the section    10:03

24    you asked me to look at, "Discovery Deficiencies,"    10:04

25    about whether it timely disclosed relevant witnesses. 10:04
```

Page 38

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | There were three witnesses that were excluded, I | 10:04 |
| 2 | think, something like that it said, that -- or that it | 10:04 |
| 3 | failed to disclose the existence of incognito bits. | 10:04 |
| 4 | My report is about the incognito detection | 10:04 |
| 5 | bits from a technical point of view.  When they are | 10:04 |
| 6 | set, what they may or may not mean, if they are or | 10:04 |
| 7 | they are not reliable with respect to Mr. Hochman's | 10:04 |
| 8 | report assertion that they are a reliable method to | 10:04 |
| 9 | detecting incognito mode. | 10:04 |
| 10 | And I have an opinion about this, in | 10:04 |
| 11 | particular opinion 8, and I couldn't see anything in | 10:05 |
| 12 | this 15 minutes that I've been going through this that | 10:05 |
| 13 | would change anything in opinion 8 of mine. | 10:05 |
| 14 | Q.   Right.  Right.  So let's get to that for a | 10:05 |
| 15 | moment; right? | 10:05 |
| 16 | This is what I'm trying to understand: | 10:05 |
| 17 | Remember, I asked you about -- about your source | 10:05 |
| 18 | files. | 10:05 |
| 19 | Okay? | 10:05 |
| 20 | What I'm trying to understand is before you | 10:05 |
| 21 | issued the report, okay, on June 7th, did you request | 10:05 |
| 22 | all the data sources at issue in this sanctions order? | 10:05 |
| 23 | Feel free to go through and look at the | 10:05 |
| 24 | sanctions order again because it lists a number of | 10:05 |
| 25 | logs and log sources. | 10:05 |

Page  39

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  Objection.  Form. | 10:06 |
| 2 | THE WITNESS:  I can go through the list, but | 10:06 |
| 3 | I can tell you already I very much doubt I will | 10:06 |
| 4 | remember -- I very much doubt that I remember now | 10:06 |
| 5 | every single string name of every single file. | 10:06 |
| 6 | So can you repeat the question to | 10:06 |
| 7 | understand?  I never said I won't file X, Y, Z. | 10:06 |
| 8 | BY MR. MAO: | |
| 9 | Q.   That is the question.  The question I'm | 10:06 |
| 10 | going to have for you is how did you go about | 10:06 |
| 11 | selecting the data sources in which you considered? | 10:06 |
| 12 | Okay? | 10:06 |
| 13 | And what I'm pointing out is if you were | 10:06 |
| 14 | not, okay -- and this is not a question, because you | 10:06 |
| 15 | asked me a question, although this is my deposition. | 10:06 |
| 16 | I just want to facilitate the precision. | 10:06 |
| 17 | Okay? | 10:06 |
| 18 | If you were not told about this order on | 10:06 |
| 19 | May 20th, I'm trying to figure out whether and how you | 10:06 |
| 20 | got any of the sources at issue in this order where | 10:06 |
| 21 | the Court found that Google had withheld these sources | 10:07 |
| 22 | from the plaintiffs? | 10:07 |
| 23 | That's going to be my question. | 10:07 |
| 24 | So if you need to stop to look at the data, | 10:07 |
| 25 | do that.  If you need to stop to look at your sources, | 10:07 |

Page 40

| | | |
|---|---|---|
| 1 | do that.  If you need to stop and go back and look at | 10:07 |
| 2 | your report, please do that. | 10:07 |
| 3 | MR. ANSORGE:  Objection to counsel | 10:07 |
| 4 | testifying.  Argumentative.  Compound. | 10:07 |
| 5 | Is there a question pending, Mr. Mao? | 10:07 |
| 6 | MR. MAO:  There is. | 10:07 |
| 7 | THE WITNESS:  Okay.  Can I ask you to | 10:07 |
| 8 | please rephrase your question because I don't | 10:07 |
| 9 | understand what you're asking me to -- | 10:07 |
| 10 | BY MR. MAO: | |
| 11 | Q.   Sure. | 10:07 |
| 12 | My question to you again is:  For the logs | 10:07 |
| 13 | at issue in this May 20th, 2022 sanctions order, were | 10:07 |
| 14 | the log sources part of your consideration of sources | 10:07 |
| 15 | considered for your June 7th report, 18 days later? | 10:07 |
| 16 | A.   I honestly do not know.  I don't know how I | 10:08 |
| 17 | can check this right now. | 10:08 |
| 18 | Q.   Please, that's what today is for.  Please | 10:08 |
| 19 | figure out for me.  Because my next question is going | 10:08 |
| 20 | to be how did you go about figuring that out before | 10:08 |
| 21 | the plaintiffs were given that data? | 10:08 |
| 22 | A.   Figuring what out?  I still don't | 10:08 |
| 23 | understand. | 10:08 |
| 24 | Q.   The relevant data sources. | 10:08 |
| 25 | You are a data scientist, aren't you, | 10:08 |

Page 41

| | | |
|---|---|---|
| 1 | Professor?  I'm trying to figure out how did you pick | 10:08 |
| 2 | your sources? | 10:08 |
| 3 | MR. ANSORGE:  Objection.  Argumentative. | 10:08 |
| 4 | Compound, and form. | 10:08 |
| 5 | THE WITNESS:  If you're asking about the | 10:08 |
| 6 | four source file listed in my report on Bates 207, | 10:08 |
| 7 | with respect to the first two that I recall, what has | 10:08 |
| 8 | happened is I asked to have two files with two | 10:09 |
| 9 | different Biscotti IDs for the corresponding | 10:09 |
| 10 | plaintiff -- I believe it was a plaintiff there -- for | 10:09 |
| 11 | the reasons of making an argument in my report.  And I | 10:09 |
| 12 | can also point out the paragraph where I am actually | 10:09 |
| 13 | referring to this. | 10:09 |
| 14 | So for these two, there are four source | 10:09 |
| 15 | files.  I can tell you now how I asked about the first | 10:09 |
| 16 | two. | 10:09 |
| 17 | BY MR. MAO: | 10:09 |
| 18 | Q.   Yeah.  But I don't want to get that. | 10:09 |
| 19 | You and I agree, right, for data analysis, | 10:09 |
| 20 | we start with the sources you select. | 10:09 |
| 21 | Do you and I disagree on that? | 10:09 |
| 22 | MR. ANSORGE:  Objection.  Form. | 10:09 |
| 23 | Argumentative. | 10:09 |
| 24 | THE WITNESS:  This is a very general | 10:09 |
| 25 | statement. | 10:09 |

Page 42

```
 1    BY MR. MAO:                                        10:10

 2        Q.    Right.                                   10:10

 3              So let me -- you expressed two big opinions,   10:10

 4    in my mind in your report, Professor.             10:10

 5              Okay?                                     10:10

 6              Which is that using Google's data, users  10:10

 7    cannot be identified.                             10:10

 8        A.    Mm-hm.                                    10:10

 9        Q.    And then use -- and then incognito mode  10:10

10    cannot be reasonably accurately detected.          10:10

11              Do you disagree with those two as being your   10:10

12    opinion?                                           10:10

13              MR. ANSORGE:   Objection.   Form.         10:10

14    Mischaracterizes Exhibit 1.                        10:10

15              THE WITNESS:   The two opinions that I   10:10

16    believe you are referring to are my opinion --    10:10

17              MR. MAO:   No, no.   Please stick to my  10:10

18    question, Professor.   Those are my questions.     10:10

19              Court reporter, can you please read back my   10:10

20    questions?                                         10:10

21              (Court reporter reads back.)            10:11

22              THE WITNESS:   My -- as a matter of accuracy,   10:11

23    I would like to read the exact text title of the two   10:11

24    opinions I believe you are referring to from my   10:11

25    report.                                           10:11
```

                                                  Page  43

| | | |
|---|---|---|
| 1 | Opinion -- it's because I don't want to use | 10:11 |
| 2 | different words from the words I have put a lot of | 10:11 |
| 3 | time to use and put down in my report, if you don't | 10:11 |
| 4 | mind. | 10:11 |
| 5 | So opinion 1 says Mr. Hochman's -- | 10:11 |
| 6 | BY MR. MAO: | 10:11 |
| 7 | Q.   No, no.  We're not doing that.  I can see | 10:11 |
| 8 | your opinions on your report. | 10:11 |
| 9 | I'm simply asking -- | 10:11 |
| 10 | MR. ANSORGE:  Let him answer your questions, | 10:11 |
| 11 | Mr. Mao. | 10:11 |
| 12 | BY MR. MAO: | 10:11 |
| 13 | Q.   -- is my characterization correct of your | 10:11 |
| 14 | opinions? | 10:11 |
| 15 | MR. ANSORGE:  Mr. Mao, please wait -- | 10:11 |
| 16 | BY MR. MAO: | 10:12 |
| 17 | Q.   If you disagree, please simply say you | 10:12 |
| 18 | disagree. | 10:12 |
| 19 | MR. ANSORGE:  Mr. Mao, please let the | 10:12 |
| 20 | witness respond.  He was completed responding to your | 10:12 |
| 21 | questions.  Clearly in the middle of a sentence. | 10:12 |
| 22 | THE WITNESS:  I want to make sure we are | 10:12 |
| 23 | talking about the same opinions. | 10:12 |
| 24 | My understanding is that you are referring | 10:12 |
| 25 | to the following two opinions of mine: | 10:12 |

Page 44

| | | |
|---|---|---|
| 1 | The first is what I call in my report | 10:12 |
| 2 | opinion 1 and says "Mr. Hochman's opinion that users | 10:12 |
| 3 | can readily be identified from the data at issue is | 10:12 |
| 4 | incorrect." | 10:12 |
| 5 | And the second opinion I believe is | 10:12 |
| 6 | opinion 8, "Mr. Hochman's opinion that there may be | 10:12 |
| 7 | Chrome incognito bit reliably detects incognito | 10:12 |
| 8 | traffic is incorrect." | 10:12 |
| 9 | So your question about these two opinions of | 10:12 |
| 10 | mine is which one?  Could you please tell me what is | 10:12 |
| 11 | the question about those? | 10:12 |
| 12 | BY MR. MAO: | 10:12 |
| 13 | Q.   Sure.  Let's stick to 1 and 8.  So let me | 10:12 |
| 14 | just rephrase your opinions there for a moment. | 10:12 |
| 15 | Okay? | 10:13 |
| 16 | Would you agree with me that "users can be | 10:13 |
| 17 | readily identified from the data at issue" is | 10:13 |
| 18 | incorrect? | 10:13 |
| 19 | MR. ANSORGE:   Objection.  Form and compound. | 10:13 |
| 20 | THE WITNESS:   This is getting very legal. | 10:13 |
| 21 | I'm not an expert in legal stuff. | 10:13 |
| 22 | So my opinion says that "Mr. Hochman's | 10:13 |
| 23 | opinion that users can readily be identified from the | 10:13 |
| 24 | data at issue is incorrect."  So that's my opinion. | 10:13 |
| 25 | /// | |

Page 45

```
 1   BY MR. MAO:                                          10:13

 2       Q.   So what's incorrect?  Mr. Hochman's opinion  10:13

 3   or the fact that correct users can be readily         10:13

 4   identified --                                         10:13

 5       A.   Okay.  I am offering rebuttal to             10:14

 6   Mr. Hochman's report.  My opinion is that users cannot 10:14

 7   readily be -- so I am saying that it's incorrect to   10:14

 8   state that users can readily be identified from the   10:14

 9   data at issue.                                        10:14

10       Q.   Okay.  So let's stick with that for a        10:14

11   moment.                                               10:14

12            Okay?                                        10:14

13       A.   Okay.                                        10:14

14       Q.   Your opinion that users can be readily       10:14

15   identified from the data at issue is incorrect, you   10:14

16   and I do not disagree that that's your opinion.       10:14

17            Is that correct?                             10:14

18            MR. ANSORGE:  Objection.  Form.  Compound.   10:14

19            THE WITNESS:  In the context of my report -- 10:14

20   in the context of my report -- and I'm only saying    10:14

21   this because I don't understand all the legal nuances. 10:14

22   I just want to be accurate.                           10:14

23            My report is a rebuttal to Mr. Hochman's     10:14

24   report.  So all the opinions I'm expressing in my     10:14

25   report are, by definition, an opinion on whether      10:14
```

Page 46

```
 1    something that Mr. Hochman is saying is correct or      10:14

 2    incorrect.                                              10:15

 3    BY MR. MAO:                                             10:15

 4        Q.   That's what I asked you; right?  I asked you   10:15

 5    very, very clearly, right, just a few minutes ago:      10:15

 6            Are you saying that it's only Mr. Hochman's     10:15

 7    opinion that is incorrect or the statement that users   10:15

 8    can be readily identified from the data at issue?       10:15

 9            MR. ANSORGE:  Objection.  Argumentative.        10:15

10    BY MR. MAO:                                             10:15

11        Q.   Or both?                                       10:15

12            MR. ANSORGE:  Compound.  Form.                  10:15

13    BY MR. MAO:                                             10:15

14        Q.   Are you saying both -- both are incorrect?     10:15

15            MR. ANSORGE:  Objection.  Form.                 10:15

16            THE WITNESS:  I don't -- I am saying that       10:15

17    Mr. Hochman's opinion that users can readily be         10:15

18    identified from the data at issue is incorrect.         10:15

19            I will also add to offer -- you know, so        10:15

20    that -- I don't see what is the difference?  I'm also   10:15

21    saying that based on all the, you know, data I have     10:15

22    seen, the documents I have read, the understanding      10:16

23    that I have about -- that were distributed systems      10:16

24    from all these years and in particular, this            10:16

25    particular system and this particular data at issue     10:16
```

Page  47

 1    that we are talking about, that users cannot readily      10:16

 2    be identified from the data at issue.  And I explain      10:16

 3    in multiple pages why I'm making this statement so --     10:16

 4    okay.                                                     10:16

 5    BY MR. MAO:                                               10:16

 6        Q.   Great.  We finally have a concession that        10:16

 7    that is the broad statement you're making.                10:16

 8             Now I'm going to ask you what is the basis       10:16

 9    upon which you make that opinion?                         10:16

10             Let's go back to the sanctions order.            10:16

11             Okay?                                            10:16

12             Again, my question to you is:  On the basis      10:16

13    of your statement saying that users can readily be        10:16

14    identified from the data at issue is incorrect, did       10:16

15    you actually look at and assess the data source at        10:16

16    issue in the sanctions order?                             10:17

17             MR. ANSORGE:  Objection.  Argumentative.         10:17

18    Compound, and form.                                       10:17

19    BY MR. MAO:                                               10:17

20        Q.   Take the time you need to verify the             10:17

21    sources, Doctor.  I want an A in your class.  I want      10:17

22    to be able to tell my friend that I got an A in your      10:17

23    course.  Please, tell me, which sources did you           10:17

24    consider?                                                 10:17

25        A.   I have --                                        10:17

                                                   Page 48

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  Objection.  Asked and | 10:17 |
| 2 | answered. | 10:17 |
| 3 | THE WITNESS:  I have considered everything | 10:17 |
| 4 | that is listed on my report, and in particular | 10:17 |
| 5 | appendix 8 has all the source that I have considered. | 10:17 |
| 6 | So all the opinions I'm offering are using all the | 10:17 |
| 7 | sources in appendix 8.  And there are a lot of | 10:17 |
| 8 | sources. | 10:18 |
| 9 | So, again, that's why I'm putting them down | 10:18 |
| 10 | and writing them in appendix 8 so there is no | 10:18 |
| 11 | controversy of what I have and I have not considered | 10:18 |
| 12 | to form my opinions. | 10:18 |
| 13 | BY MR. MAO: | 10:18 |
| 14 | Q.   Great. | 10:18 |
| 15 | So can we agree that if they are not listed | 10:18 |
| 16 | in your "Sources Considered" list, okay, they were not | 10:18 |
| 17 | part of the basis for your opinion?  Can we agree on | 10:18 |
| 18 | that? | 10:18 |
| 19 | A.   To the extent that there is no oversight | 10:18 |
| 20 | when we were compiling -- when I was compiling, since | 10:18 |
| 21 | I was taking this appendix 8, you could say that if | 10:18 |
| 22 | there was another source that could be put in | 10:18 |
| 23 | appendix 8, maybe it wasn't placed in the route of | 10:19 |
| 24 | oversight. | 10:19 |
| 25 | But, again, when I'm forming my opinions, I | 10:19 |

Page 49

| | | |
|---|---|---|
| 1 | am also using my expertise formed throughout all these | 10:19 |
| 2 | years, decades, on these type of systems. | 10:19 |
| 3 | So, again, I'm -- I'm really trying to | 10:19 |
| 4 | understand. | 10:19 |
| 5 | You see, am I supposed to list in there | 10:19 |
| 6 | every single paper, document, article, book that I | 10:19 |
| 7 | have read over the last 30 years that I've been | 10:19 |
| 8 | working in this field?  Proposal, et cetera, | 10:19 |
| 9 | et cetera, all these are sources that are forming my | 10:19 |
| 10 | expertise on the matter. | 10:20 |
| 11 | So you see, I'm -- my understanding of what | 10:20 |
| 12 | I'm putting in this appendix is I am putting specific | 10:20 |
| 13 | things -- do you see what I'm trying to say here?  I | 10:20 |
| 14 | don't know -- | 10:20 |
| 15 | Q.   No.  I actually don't, because I now have | 10:20 |
| 16 | questions about regarding when you got data sources. | 10:20 |
| 17 | Did you get any data sources after May 20th, | 10:20 |
| 18 | 2022?  Did you get any new data sources after | 10:20 |
| 19 | May 20th, 2022? | 10:20 |
| 20 | A.   I don't remember if I got data sources after | 10:20 |
| 21 | that day.  You said May 20th -- | 10:20 |
| 22 | Q.   20th, 2022 -- | 10:20 |
| 23 | A.   I honestly don't know.  I don't remember. | 10:20 |
| 24 | I -- I remember it was towards the end of May. | 10:20 |
| 25 | Again, I remember it was -- it must be | 10:21 |

Page 50

| | | |
|---|---|---|
| 1 | towards the end of May that I have asked for these | 10:21 |
| 2 | analysis. | 10:21 |
| 3 | Q.   Let's make this easier. | 10:21 |
| 4 | When is the last time you got new data | 10:21 |
| 5 | sources? | 10:21 |
| 6 | A.   To the best of my recollection, a couple of | 10:21 |
| 7 | days before the June 7th deadline. | 10:21 |
| 8 | Q.   And after the June 7 deadline, did you get | 10:21 |
| 9 | any new data sources? | 10:21 |
| 10 | A.   I do not think so, to the best of my | 10:21 |
| 11 | recollection.  So once I submitted my report, I don't | 10:21 |
| 12 | remember requesting additional data analysis and that | 10:22 |
| 13 | receiving data sources to the best of my recollection | 10:22 |
| 14 | again. | 10:22 |
| 15 | Q.   Do you have a record and trail of when you | 10:22 |
| 16 | receive data sources, if I make a request? | 10:22 |
| 17 | MR. ANSORGE:  Objection.  Vague, form, and | 10:22 |
| 18 | compound. | 10:22 |
| 19 | THE WITNESS:  I don't know what would be a | 10:22 |
| 20 | record trail.  I can tell you I have -- I recall | 10:22 |
| 21 | sending e-mails to counsel.  I'm not sure whether this | 10:22 |
| 22 | is privileged or not.  I'm not a lawyer.  You guys | 10:23 |
| 23 | have to figure that out.  Saying, ah, I would like | 10:23 |
| 24 | this run or can you run this test for me on this data, | 10:23 |
| 25 | you see.  And so if you are -- | 10:23 |

Page 51

| | | |
|---|---|---|
| 1 | BY MR. MAO: | 10:23 |
| 2 | Q.   If you have the data source, right, you | 10:23 |
| 3 | would have listed it in your report; correct? | 10:23 |
| 4 | MR. ANSORGE:   Objection.   Asked and answered | 10:23 |
| 5 | a number of times now, Mr. Mao. | 10:23 |
| 6 | BY MR. MAO: | 10:23 |
| 7 | Q.   We've got seven hours with you, Professor. | 10:23 |
| 8 | I'm going to be going after this for a long time. | 10:23 |
| 9 | A.   So I -- if you -- okay.   So here is what -- | 10:23 |
| 10 | I don't know if this is helpful for you, but I'm | 10:24 |
| 11 | really trying hard here to help as much as possible. | 10:24 |
| 12 | Q.   I appreciate it. | 10:24 |
| 13 | A.   My report was submitted June 7th.   I | 10:24 |
| 14 | remember having back and forth, asking counsel to run | 10:24 |
| 15 | some tests on data all the way until the last couple | 10:24 |
| 16 | of days.   And hence this is after May -- you said what | 10:24 |
| 17 | was the date? -- I mean it's after towards the end of | 10:24 |
| 18 | May.   I don't remember the exact date you mentioned | 10:24 |
| 19 | earlier. | 10:24 |
| 20 | I had and I have access to the data, but I | 10:24 |
| 21 | didn't want to use resources that I have through USC | 10:24 |
| 22 | to run experiments. | 10:25 |
| 23 | You understand why.   It's not allowed.   It's | 10:25 |
| 24 | not the right -- it's not within the policy of USC. | 10:25 |
| 25 | So I am instructed with very specific | 10:25 |

Page 52

```
 1    instructions, some people from the counsel's side, to      10:25

 2    run some analysis.  And I am referring to this             10:25

 3    analysis in my report.  I offered to go through this.      10:25

 4    You said you don't want to do it now.  That's fine.        10:25

 5    And they did it.                                           10:25

 6            So that's the most precise recollection of         10:25

 7    the whole process that I'm giving you.                     10:25

 8            So I don't know if this answers your               10:25

 9    question or if it at least helps.                          10:25

10        Q.   And that's the entire process up to              10:25

11    June 7th; right?                                           10:25

12            MR. ANSORGE:  Objection.  Mischaracterizes         10:25

13    prior testimony.                                           10:25

14            THE WITNESS:  I don't know what you mean by        10:25

15    the entire process.                                        10:25

16            So when it comes to processing data -- let        10:25

17    me help this way:  When it comes to processing data,       10:26

18    whose findings -- whose results are in my report, the      10:26

19    process I recall following is the one I described.         10:26

20    BY MR. MAO:                                                10:26

21        Q.   Got it.                                           10:26

22            And the tests that you're referring to,           10:26

23    right, refer to your analysis against the sources you      10:26

24    listed in your report.                                     10:26

25            Isn't that correct?                               10:26
```

Page 53

```
 1        A.    Rather than going to the four sources        10:26
 2   because, as I said earlier, I don't really remember     10:26
 3   the last two sources, what exactly they are, but I do   10:26
 4   remember the first two sources, what they are, the      10:26
 5   reason being I could see them in appendix.              10:26
 6            They are referring to the analysis that I      10:27
 7   have done with respect to IP addresses, UAs, and UAs    10:27
 8   as it relates to -- I'm going to find the appendix to   10:27
 9   point it out to you again -- as it relates to           10:27
10   appendix D, and there could be other places in the      10:27
11   report.  I could go through paragraphs and just list    10:27
12   paragraphs for you.                                     10:27
13   BY MR. MAO:                                             10:27
14        Q.    I'm not asking for the paragraphs.           10:27
15            I'm asking for the sources in which you        10:27
16   actually ran tests against.  They're limited to what    10:27
17   was in your report.                                     10:27
18            Isn't that correct?                            10:27
19        A.    To the best of my understanding, yes.        10:27
20            Again, I'm answering this way because there    10:27
21   are so many documents and data sources, it's kind of    10:27
22   hard for me to follow all the legal steps that you      10:27
23   guys understand and I don't.                            10:27
24        Q.    Or is it that you don't understand because   10:28
25   you had your counsel run the tests for you?             10:28
```

Page 54

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  Objection.  Argumentative. | 10:28 |
| 2 | THE WITNESS:  No.  This is -- | 10:28 |
| 3 | MR. MAO:  That's actually in the record. | 10:28 |
| 4 | BY MR. MAO: | 10:28 |
| 5 | Q.   Did you run the test yourself, Professor, or | 10:28 |
| 6 | did you have your counsel run the test? | 10:28 |
| 7 | A.   So let me answer your first question first. | 10:28 |
| 8 | No, it is not because I had my counsel run | 10:28 |
| 9 | the test for me. | 10:28 |
| 10 | And the reason why this is not the case is | 10:28 |
| 11 | because, as I said, I oversaw the experiments.  And | 10:28 |
| 12 | the only reason why I didn't run the experiments | 10:28 |
| 13 | myself is because I didn't want to use the computing | 10:28 |
| 14 | facilities that I have to my disposal myself, which is | 10:28 |
| 15 | that of USC, and that wouldn't be proper. | 10:28 |
| 16 | But I did send very specific instructions | 10:28 |
| 17 | about what to run. | 10:28 |
| 18 | So, no, this is not the reason why. | 10:28 |
| 19 | Could you please now repeat the second | 10:28 |
| 20 | question after this one?  There was another question. | 10:29 |
| 21 | Maybe you can re- -- | 10:29 |
| 22 | BY MR. MAO: | 10:29 |
| 23 | Q.   Yeah. | 10:29 |
| 24 | I'm just trying to figure out:  Who actually | 10:29 |
| 25 | ran the test; you or your counsel? | 10:29 |

Page 55

| | | |
|---|---|---|
| 1 | A.   As I said, it was me who oversaw the tests, | 10:29 |
| 2 | asked specifically what needs to be done, gave | 10:29 |
| 3 | specific instructions. | 10:29 |
| 4 | And if you don't mind me drawing the | 10:29 |
| 5 | parallel here, this is how I have been running | 10:29 |
| 6 | experimental tests for the last 20 years that I've | 10:29 |
| 7 | been a professor. | 10:29 |
| 8 | So I have my Ph.D. students and I tell them | 10:29 |
| 9 | I would like this test to be conducted. I explain what | 10:29 |
| 10 | needs to be done.  I give instructions.  They send me | 10:29 |
| 11 | the results back and -- because this also happened in | 10:29 |
| 12 | this case.  That's why I'm giving there's a parallel. | 10:29 |
| 13 | And then I say, well, why this looks like | 10:29 |
| 14 | that?  Is this exactly what you did?  Is this what you | 10:30 |
| 15 | did?  Is this what you did? | 10:30 |
| 16 | And then they give back and get back to me | 10:30 |
| 17 | with some other numbers. | 10:30 |
| 18 | So I pretty much followed the exact same | 10:30 |
| 19 | process. | 10:30 |
| 20 | I guess -- does this shed some light on the | 10:30 |
| 21 | process? So I -- | 10:30 |
| 22 | Q.   Yeah.  But I'm -- | 10:30 |
| 23 | A.   You're saying -- so just to -- I am in | 10:30 |
| 24 | charge of the tests.  The same way I am in charge of | 10:30 |
| 25 | the tests in the context of me being a faculty and a | 10:30 |

Page 56

| | | |
|---|---|---|
| 1 | Ph.D. advisor of a number of Ph.D. students.  And I | 10:30 |
| 2 | get a very large grant from the government, from the | 10:30 |
| 3 | industry.  I am in charge.  I have my students helping | 10:30 |
| 4 | me. | 10:30 |
| 5 | I guess similarly with, Mr. Hochman.  I | 10:30 |
| 6 | don't know actually how he operates.  But my | 10:30 |
| 7 | understanding is that he has some people working for | 10:30 |
| 8 | him.  So I don't know -- | 10:30 |
| 9 | Q.   Again, I'm asking about yours. | 10:30 |
| 10 | Okay? | 10:30 |
| 11 | Please don't burn my time on extraneous | 10:30 |
| 12 | answers. | 10:30 |
| 13 | All I'm simply asking is who ran the tests | 10:30 |
| 14 | for you; right? | 10:30 |
| 15 | MR. ANSORGE:  Mr. Mao -- | 10:31 |
| 16 | BY MR. MAO: | 10:31 |
| 17 | Q.   Who ran the tests for you? | 10:31 |
| 18 | MR. ANSORGE:  Objection.  Argumentative. | 10:31 |
| 19 | Please let the witness answer your questions.  And | 10:31 |
| 20 | asked and answered.  You've been asking the same | 10:31 |
| 21 | question repeatedly.  So when it comes to burning | 10:31 |
| 22 | time, I think you should consider what you're using | 10:31 |
| 23 | your time for. | 10:31 |
| 24 | BY MR. MAO: | 10:31 |
| 25 | Q.   Let me ask you, Professor. | 10:31 |

Page 57

```
 1              Do you or do you not know whether or not the    10:31

 2   data sources listed in the sanctions order is actually    10:31

 3   part of your report in terms of sources considered?       10:31

 4   That's a simple yes-or-no question.  Do you or do you     10:31

 5   not know?                                                 10:31

 6        A.   I do not remember.  As I said multiple          10:31

 7   times, it's a big report.  It's been a lot of             10:31

 8   documents.  I do not remember right now its source        10:31

 9   file listed in my report, what it corresponds to.  I      10:31

10   do remember what is the first two, as I said, but not     10:31

11   the other two.                                            10:31

12        Q.   The first two, as in the first two listed on    10:31

13   your report, or the first two listed on the sanctions     10:32

14   order?                                                    10:32

15        A.   The first two listed on my report.             10:32

16              Source files, it has four bullets; right?  I   10:32

17   remember --                                               10:32

18        Q.   Yes.                                            10:32

19        A.   -- the first two.  I don't remember about       10:32

20   the other two.  That's --                                 10:32

21        Q.   Right.                                          10:32

22              So do you know whether or not any of those     10:32

23   four files are files referenced in the sanctions          10:32

24   order?                                                    10:32

25        A.   I wouldn't know.  And if you want me -- you     10:32
```

Page 58

| | | |
|---|---|---|
| 1 | could point me to specific page in the sanctions order | 10:32 |
| 2 | to see if I can somehow figure it out now.  I'm not | 10:32 |
| 3 | trying to -- | 10:32 |
| 4 | Q.    Sure.  Sure.  Yeah, yeah, yeah.  That's | 10:32 |
| 5 | fair.  So let's do that.  Let's go back to Exhibit 2. | 10:32 |
| 6 | A.    Okay. | 10:32 |
| 7 | Q.    Sorry.  I've got the wrong exhibit up. | 10:32 |
| 8 | Okay.  Going back to -- let's go to | 10:33 |
| 9 | page 19 -- I'm sorry -- page 28 of the .pdf, | 10:33 |
| 10 | paragraph 92 of the order. | 10:33 |
| 11 | A.    Page -- what page on .pdf?  I'm sorry? | 10:33 |
| 12 | Q.    It's 29 of the .pdf. | 10:33 |
| 13 | A.    Page 29 on the .pdf.  19; right? | 10:33 |
| 14 | Q.    92.  Paragraph 92. | 10:33 |
| 15 | A.    92.  I am there.  Yes. | 10:33 |
| 16 | Please go ahead. | 10:33 |
| 17 | Q.    Okay.  You see how it refers to ███ logs in | 10:33 |
| 18 | which there is Chrome incognito, and that is Chrome | 10:33 |
| 19 | non-incognito fields in the logs in 2017? | 10:34 |
| 20 | A.    Yes.  "Specifically in connection with the | 10:34 |
| 21 | Google referred -- (reading to self) any of the ███ | 10:34 |
| 22 | logs in which the -- in the fields have been logged | 10:34 |
| 23 | since 2017... | 10:34 |
| 24 | (Witness reading to self.) | 10:34 |
| 25 | THE WITNESS:  ...all but ███ of the ███ | 10:34 |

Page 59

| | | |
|---|---|---|
| 1 | logs -- have been logged since June. | 10:34 |
| 2 | Okay.  So your question is whether in my | 10:34 |
| 3 | analysis -- can you repeat now me question about | 10:34 |
| 4 | this -- | 10:34 |
| 5 | BY MR. MAO: | 10:34 |
| 6 | Q.    Sure, sure, sure. | 10:34 |
| 7 | Those ■ logs there -- | 10:34 |
| 8 | A.    Mm-hm. | 10:34 |
| 9 | Q.    -- okay, with incognito bits -- | 10:34 |
| 10 | A.    Okay. | 10:34 |
| 11 | Q.    -- which of those logs were part of your | 10:34 |
| 12 | analysis in your report? | 10:34 |
| 13 | A.    I don't remember honestly which of those | 10:34 |
| 14 | ■ logs have been analyzed in the context of my | 10:34 |
| 15 | report. | 10:34 |
| 16 | But as I said at the very, very beginning of | 10:34 |
| 17 | this line of questions, there is nothing in my report | 10:35 |
| 18 | that would change because of not looking at all the | 10:35 |
| 19 | ■ logs.  There is -- these logs are either what they | 10:35 |
| 20 | are called P logs or B logs.  And I will be happy to | 10:35 |
| 21 | explain to you the difference between the two because | 10:35 |
| 22 | it's a technical issue. | 10:35 |
| 23 | And regardless of whether it's a P log or a | 10:35 |
| 24 | B log, there is specific logic on the system with | 10:35 |
| 25 | respect to how there may be Chrome incognito bit is | 10:35 |

Page 60

| | | |
|---|---|---|
| 1 | set, what it may or it may not mean, why is it there | 10:35 |
| 2 | or it is not there, and so on. | 10:36 |
| 3 | And since I have reviewed very carefully the | 10:36 |
| 4 | system itself and how it deals with this particular | 10:36 |
| 5 | bit, looking at the subset of these ■ logs is enough | 10:36 |
| 6 | for me to make a solid opinion with respect to this | 10:36 |
| 7 | particular bit, how it's used, how it's set, what it | 10:36 |
| 8 | means, what it doesn't mean.  So -- | 10:36 |
| 9 | Q.   So did you actually look at the code for the | 10:36 |
| 10 | bit? | 10:36 |
| 11 | MR. ANSORGE:  Will you please let him finish | 10:36 |
| 12 | answering, Mr. Mao? | 10:36 |
| 13 | THE WITNESS:  And the exact same analysis | 10:36 |
| 14 | that I have in my report -- and, again, I will be more | 10:36 |
| 15 | than happy to go through this but I don't want to jump | 10:36 |
| 16 | on it if you don't want me to -- calls for all the | 10:36 |
| 17 | ■ logs.  There will be no difference whatsoever | 10:36 |
| 18 | between one log or the other log. | 10:37 |
| 19 | BY MR. MAO: | 10:37 |
| 20 | Q.   Let's get specific then. | 10:37 |
| 21 | Go page 17 of Exhibit 2, .pdf 17. | 10:37 |
| 22 | A.   Okay.  Page 1 of the .pdf or of the -- | 10:37 |
| 23 | Q.   The .pdf. | 10:37 |
| 24 | A.   The .pdf. | 10:37 |
| 25 | I am there, yes. | 10:37 |

Page 61

```
 1        Q.   Where do these logs appear in your report as      10:37
 2   a source in which you ran tests?                             10:37
 3        A.   I never said that I have run tests in all of       10:37
 4   these logs.                                                  10:37
 5        Q.   Okay.  Did you run tests against any of            10:37
 6   these logs?                                                  10:37
 7        A.   I'm trying to remember.  I have to go              10:37
 8   through them one by one, but --                              10:37
 9        Q.   Go ahead.  Please do that.                         10:37
10        A.   I will.                                            10:37
11             But let me also say that there is -- okay.         10:37
12             The opinion -- I assume that this discussion       10:38
13   is about the maybeChromeincognito field.  And               10:38
14   everything I say in my report about the                     10:38
15   maybeChromeincognito field is based on the totality of      10:38
16   all the documents that I have listed, all the sources       10:38
17   that I have listed -- not just the source code.  All        10:38
18   the sources that I have listed on my report.                10:38
19             And I'm absolutely confident that what I say      10:38
20   about the maybeincognito -- Chromeincognito field on        10:38
21   my report with respect to what it means, how it is          10:38
22   said, what it doesn't mean, what is its purpose,            10:38
23   et cetera, et cetera, is absolutely precise.               10:38
24             And I can explain to you under all possible       10:38
25   scenarios that you would like to ask me how it is set,     10:39
```

Page 62

```
 1    what it means, why it is not set, everything.        10:39

 2           So that's the point here.  Whether I have     10:39

 3    run or I have not run myself or through counsel       10:39

 4    specific tests on these █ logs, on the subset of      10:39

 5    these █ logs, would have no effect on what I have     10:39

 6    written at this point because what I wrote is based on 10:39

 7    testimony from the engineers that wrote the source    10:39

 8    code, and they created the system on documents that   10:39

 9    they describe the architecture of the system in       10:39

10    detail.  And my complete understanding of how the     10:40

11    system operates with respect to the                   10:40

12    maybeChromeincognito field.                           10:40

13           Q.   So, Dr. Psounis, you raised something that's 10:40

14    very curious in this case.                            10:40

15           Okay?                                          10:40

16           Your counsel actually has not allowed          10:40

17    anybody to look at source code as part of this case.  10:40

18           All right?                                     10:40

19           So now I'm very curious.                       10:40

20           What source code are you talking about?        10:40

21           A.   I -- I never said I looked at source code. 10:40

22    I --                                                  10:40

23           Q.   Wait, wait, wait.                         10:40

24           MR. ANSORGE:  Mr. Mao, you need to wait a      10:40

25    minute.  You've been jumping on his answers,          10:40
```

Page 63

| | | |
|---|---|---|
| 1 | interrupting him far too much.  We've let it run for | 10:40 |
| 2 | quite a bit.  Please give him a moment to answer your | 10:40 |
| 3 | questions. | 10:40 |
| 4 | BY MR. MAO: | 10:40 |
| 5 | Q.   My question is source code. | 10:40 |
| 6 | A.   Right. | 10:40 |
| 7 | So the reason why I'm answering the words | 10:40 |
| 8 | source code is because you mentioned it a couple of | 10:40 |
| 9 | minutes ago.  You basically said -- I don't remember. | 10:40 |
| 10 | I'm sure the stenographer could repeat it, if you | 10:40 |
| 11 | would like, something about source code. | 10:40 |
| 12 | So if that's the only reason why I brought | 10:40 |
| 13 | it up and I said source code, that the Google | 10:40 |
| 14 | engineers, that they were deposed may be the ones that | 10:40 |
| 15 | wrote it.  I didn't say anything about me and the | 10:41 |
| 16 | source code.  I was referring to source code as an | 10:41 |
| 17 | engineer working in this field for like decades, | 10:41 |
| 18 | knowing that all this distributed network systems are | 10:41 |
| 19 | based on some source code.  That's what I meant. | 10:41 |
| 20 | Q.   Sure.  So let's be clear. | 10:41 |
| 21 | Did you look at any source code as part of | 10:41 |
| 22 | your analysis? | 10:41 |
| 23 | A.   I did not look at any Google source code as | 10:41 |
| 24 | part of my analysis. | 10:41 |
| 25 | Q.   Okay.  Did you look at any Google schemas as | 10:41 |

Page 64

| | | |
|---|---|---|
| 1 | part of your analysis? | 10:41 |
| 2 | MR. ANSORGE:  Objection.  Vague. | 10:41 |
| 3 | THE WITNESS:  Google -- would you please | 10:41 |
| 4 | repeat the word? | 10:41 |
| 5 | BY MR. MAO: | 10:41 |
| 6 | Q.   Log schemas. | 10:41 |
| 7 | MR. ANSORGE:  Objection.  Vague. | 10:41 |
| 8 | THE WITNESS:  Log -- what was the next -- | 10:41 |
| 9 | BY MR. MAO: | 10:41 |
| 10 | Q.   Log schemas. | 10:41 |
| 11 | A.   Log schemas? | 10:41 |
| 12 | Q.   Logging schemas, yes. | 10:41 |
| 13 | A.   I'm sorry.  I don't understand what you mean | 10:41 |
| 14 | by logging schemas. | 10:41 |
| 15 | You mean logs like -- | 10:41 |
| 16 | Q.   The schemas for the logs. | 10:41 |
| 17 | A.   I'm sorry.  I don't understand. | 10:41 |
| 18 | Q.   Do you -- sure. | 10:42 |
| 19 | I mean, you know what a schema is? | 10:42 |
| 20 | MR. ANSORGE:  Objection.  Vague. | 10:42 |
| 21 | BY MR. MAO: | 10:42 |
| 22 | Q.   S-c-h-e-m-a.  A schema. | 10:42 |
| 23 | A.   I do know what a schema is because it's | 10:42 |
| 24 | actually based on the Greek root.  It has a Greek | 10:42 |
| 25 | root, schema in Greek.  But I'm not sure -- I don't | 10:42 |

Page 65

1  understand what you mean by log schema.                    10:42

2      Q.  Did you look at any of the schemas for any         10:42

3  of the log sources at issue in this case?                  10:42

4      A.  I don't understand what is a log schema.           10:42

5      Q.  Are you aware that schemas were produced for       10:42

6  data sources for Google in this case?                      10:42

7          MR. ANSORGE:  Objection.                           10:42

8  BY MR. MAO:                                                10:42

9      Q.  I'm not trying to trick you.  I'm literally        10:42

10  telling you that they were produced.                      10:42

11          So my question is whether or not you looked       10:42

12  at them?                                                  10:42

13      A.  I am aware that there were logs produced for      10:42

14  this case.  I'm not sure what log schemas is.             10:43

15      Q.  So structure fields, structure field lists.       10:43

16          Are you aware that that was produced in the       10:43

17  case?                                                     10:43

18      A.  Structured...                                     10:43

19          MR. ANSORGE:  I'm sorry, Dr. Psounis.  Can        10:43

20  you just wait a moment for me to lodge my objections?     10:43

21          THE WITNESS:  I'm sorry.                          10:43

22          MR. ANSORGE:  Objection.  Vague and               10:43

23  ambiguous.                                                10:43

24          THE WITNESS:  Can you please repeat?              10:43

25  Structured...                                             10:43

Page 66

```
1    BY MR. MAO:                                          10:43

2         Q.    Structured field lists.                   10:43

3              My question is simply did you look at any  10:43

4    such things for that in this case?                   10:43

5         A.    Do you have an example that you could show 10:43

6    me so that maybe I can tell you I have seen something 10:43

7    like that or not?  So that I --                      10:43

8         Q.    No.  Well, because I'm asking -- it's     10:44

9    actually important to understand whether or not you  10:44

10   looked at it.                                         10:44

11        A.    But --                                     10:44

12        Q.    -- if you didn't look at source code, right, 10:44

13   and I'm trying to understand whether or not you      10:44

14   actually looked at the field structures for specific 10:44

15   data sources in the case.                             10:44

16             MR. ANSORGE:  Objection.  Form.  Asked and 10:44

17   answered.                                             10:44

18             THE WITNESS:  I am still trying to         10:44

19   understand.  I would have to hypothesize about what  10:44

20   you mean.  I'm not trying not to answer.  To         10:44

21   hypothesize about what you mean by log schemas.  So if 10:44

22   do you have an example, please show it to me because 10:44

23   this is going to just help us move on.  I have looked 10:44

24   at logs --                                            10:44

25   ///
```

Page 67

```
 1    BY MR. MAO:                                        10:44

 2         Q.   Are you aware of being provided any schemas   10:44

 3    in this case?                                      10:45

 4         A.   I --                                     10:45

 5              MR. ANSORGE:  Objection.  Asked and      10:45

 6    answered.  And vague and ambiguous.                10:45

 7              MR. MAO:  Part of the court order,        10:45

 8    Mr. Ansorge.                                       10:45

 9    BY MR. MAO:                                        10:45

10         Q.   Have you looked at any schemas for any data   10:45

11    sources in this case?                              10:45

12         A.   Without me fully understanding what schemas   10:45

13    means, I cannot give an accurate answer to this    10:45

14    question.                                          10:45

15         Q.   Okay.  Let me give you the Court order.  10:45

16              So it's not going to be Exhibit 3.  It's  10:45

17    going to be Exhibit 4.                             10:45

18              Okay?                                    10:46

19              And we'll go back to Exhibit 3 in a little   10:46

20    bit.                                               10:46

21         A.   Exhibit 4 you said?                      10:46

22                   (Plaintiffs' Exhibit 4 was          10:46

23                   marked for identification.)         10:46

24              MR. MAO:  Mm-hm.  Exhibit 4 is a         10:46

25    transmission dated November 12, 2021.             10:46
```

Page 68

CONFIDENTIAL

```
 1              THE WITNESS:  I'm sorry.  Let me find it      10:46

 2    out.  I thought I opened it up.  But maybe I need to    10:46

 3    refresh my -- ah, okay.  Yes.  Exhibit 4.               10:46

 4              Fax transmission.  Yes, I am there.           10:46

 5              Go ahead.                                     10:46

 6    BY MR. MAO:                                             10:46

 7         Q.   Okay.  If you scroll down to page 5, which    10:46

 8    is the order for the Brown case --                      10:46

 9         A.   Mm-hm.  Yes.  I'm reading the order.  I'm     10:46

10    reading line 13 now.                                    10:46

11         Q.   Okay.  Yep.                                   10:46

12              So you see this order --                      10:46

13         A.   Mm-hm.                                        10:47

14         Q.   And --                                        10:47

15         A.   Should I look at the exhibit or.              10:47

16         Q.   You should look at these two pages, 5 and 6.  10:47

17         A.   Okay.                                         10:47

18         Q.   And the word "schema" appeared here.         10:47

19              MR. ANSORGE:  And, Doctor, assuming that      10:47

20    you're not familiar with this document, you're well    10:47

21    within your rights to familiarize yourself with it.    10:47

22              MR. MAO:  Yeah.  I mean, go ahead and take a  10:47

23    look.                                                   10:47

24    BY MR. MAO:                                             10:47

25         Q.   Okay.  So you see under No. 3 there:          10:47
```

Page 69

| | | |
|---|---|---|
| 1 | "Accordingly, within four days of the | 10:48 |
| 2 | date of this order, Google is to provide | 10:48 |
| 3 | to the special master full schemas, a list | 10:48 |
| 4 | of all fields and their descriptions, a | 10:48 |
| 5 | list of tools used to search the | 10:48 |
| 6 | respective data sources." | 10:48 |
| 7 | A.   Can you please tell me the full -- | 10:48 |
| 8 | Q.   Yeah. | 10:48 |
| 9 | A.   -- the line number? | 10:48 |
| 10 | Q.   .pdf page 8. | 10:48 |
| 11 | A.   And line number? | 10:48 |
| 12 | Q.   Starting with 3. | 10:48 |
| 13 | A.   .pdf 8.  Okay.  I didn't download this one. | 10:48 |
| 14 | Okay.  .pdf page 8, 1 to 3.  Is this what | 10:48 |
| 15 | you mean? | 10:48 |
| 16 | Q.   Mm-hm. | 10:48 |
| 17 | A.   Okay. | 10:48 |
| 18 | Q.   This is a Court order. | 10:48 |
| 19 | A.   Full schemas.  Yes. | 10:48 |
| 20 | Q.   Okay.  Right. | 10:48 |
| 21 | My question -- | 10:48 |
| 22 | A.   If schemas is a list of all fields with | 10:48 |
| 23 | their descriptions, then I can tell you what this is. | 10:48 |
| 24 | Are schemas a list of all fields with their | 10:48 |
| 25 | descriptions or -- | 10:48 |

Page 70

1       Q.   Yes.  Yes.  Let's use that.                    10:48

2       A.   So when I'm looking at logs, usually at the   10:49

3  top of the logs, you could have a way to have fields    10:49

4  with their descriptions, or in a separate file -- I     10:49

5  don't know if this is what schemas you're referring     10:49

6  to.  Somebody may say this is a log that has, for       10:49

7  example, two columns.  Column 1 is your name.           10:49

8  Column 2 is your birth date.                            10:49

9       If this is what you're asking, I -- when I         10:49

10  was looking through the logs, I was aware of what       10:49

11  it's -- so let me say this as follows:                  10:49

12       Logs consist of data logs or datasets             10:49

13  consist of multiple entries.  Each entry               10:49

14  essentially -- each row is a separate data point in    10:50

15  the dataset or a separate -- you want to call it line,  10:50

16  row, input, entry on the log.                           10:50

17       Now, usually the way they are structured is       10:50

18  that each of these lines or rows may consist of         10:50

19  multiple subentries, numbers, strings, whatnot.        10:50

20       So when we talk about fields with their           10:50

21  descriptions, we usually mean that if, for example,    10:50

22  you have a row with, let's say, four fields, so         10:50

23  essentially there are four columns on this big data    10:50

24  log, some would say, okay, what does the first field   10:50

25  mean?  What is it?                                      10:50

Page 71

```
 1              So I would assume that this is what you have      10:50
 2    been asking me.  And when I look at the log, let's say     10:51
 3    P log and B log, right, so there are different things      10:51
 4    that they are -- multiple things that they are there       10:51
 5    at each log.                                                10:51
 6              For example, if you look at the -- log --         10:51
 7    some of the logs, as you have -- some of the Google's      10:51
 8    logs that you have pointed out yourself, and my            10:51
 9    understanding is that this motion is about whether         10:51
10    Google has produced all such logs or not.  Some of         10:51
11    these logs are at each of these rows that I'm              10:51
12    describing, they may have as a field, the value, the       10:51
13    bit value, of the maybeChromeincognito.                    10:51
14              And I'm getting back to this because my          10:51
15    understanding is that this is what you are interested      10:51
16    in.  That's the only reason.                               10:51
17         Q.   Yeah, yeah, yeah.  Right.                        10:51
18              So what I'm interested in and -- Professor,      10:52
19    is whether or not you asked for all of these available    10:52
20    fields for the data sources in which you considered?      10:52
21              MR. ANSORGE:  Objection.  Vague.  Form.          10:52
22              And when you get a chance, Counsel, we're        10:52
23    almost at two hours.  It would be great to have break.     10:52
24              THE WITNESS:  Every time I look at logs, any     10:52
25    logs, either for this case or for my research, I make      10:52
```

Page 72

| | | |
|---|---|---|
| 1 | sure I understand what the logs are about. | 10:52 |
| 2 | So the most accurate answer would be what I | 10:52 |
| 3 | just said.  So, you know, you ask for all the fields. | 10:52 |
| 4 | I make sure whenever I see a dataset that I understand | 10:52 |
| 5 | exactly what it's -- you know, field these, and in | 10:53 |
| 6 | that case, too, when I look at datasets, logs, I would | 10:53 |
| 7 | have an understanding of what each of the fields at | 10:53 |
| 8 | each row is. | 10:53 |
| 9 | BY MR. MAO: | |
| 10 | Q.   Right.  But -- | 10:53 |
| 11 | A.   Otherwise I would have asked for | 10:53 |
| 12 | clarification. | 10:53 |
| 13 | You see what I mean? | 10:53 |
| 14 | I don't want to say I explicitly asked for | 10:53 |
| 15 | these schemas. | 10:53 |
| 16 | But the point is when I look at the log and | 10:53 |
| 17 | I go at column 5, right, and I say, "Oh, what is this | 10:53 |
| 18 | number now?  What does this mean," I would ask, "What | 10:53 |
| 19 | does this mean?" | 10:53 |
| 20 | And then I guess they would send me a schema | 10:53 |
| 21 | or they may say, "Ah, this is what it means." | 10:53 |
| 22 | Does this help you? | 10:53 |
| 23 | Q.   It does.  But I'm going back to Exhibit 4; | 10:53 |
| 24 | right?  Because what Exhibit 4 says: | 10:53 |
| 25 | "Google is to provide to the special | 10:53 |

Page 73

| | | |
|---|---|---|
| 1 | master full schemas a list of all fields" | 10:53 |
| 2 | in caps "with their descriptions." | 10:53 |
| 3 | And what I'm asking you is:  Did you analyze | 10:53 |
| 4 | that type of full schema as part of your opinion for | 10:53 |
| 5 | all the data sources in which you considered? | 10:54 |
| 6 | MR. ANSORGE:  Objection.  Compound.  Asked | 10:54 |
| 7 | and answered a number of times now.  And foundation as | 10:54 |
| 8 | well.  And calls for legal conclusion. | 10:54 |
| 9 | And whenever you find a natural stopping | 10:54 |
| 10 | point, Mr. Mao, it would be great to have a break. | 10:54 |
| 11 | BY MR. MAO: | 10:54 |
| 12 | Q.   Please answer my question, Professor. | 10:54 |
| 13 | A.   I'm trying to -- | 10:54 |
| 14 | Q.   Go ahead and look at that order again, | 10:54 |
| 15 | please. | 10:54 |
| 16 | A.   No.  My understanding is that I already | 10:54 |
| 17 | answered this, but I'm trying to paraphrase it in a | 10:54 |
| 18 | way that both of us are happy; right?  I don't want to | 10:54 |
| 19 | make -- I don't this to look as if I'm -- so the | 10:54 |
| 20 | analysis that I have conducted is take -- when -- the | 10:54 |
| 21 | analysis that I have conducted using logs is taking | 10:55 |
| 22 | into consideration all the information inside these | 10:55 |
| 23 | logs. | 10:55 |
| 24 | How about that? | 10:55 |
| 25 | I could answer yes to your question.  Yes, I | 10:55 |

Page 74

```
 1    have considered everything, but since I can't --        10:55

 2         Q.   No, no, no, no.  But my question -- okay.      10:55

 3         A.   You see --                                     10:55

 4         Q.   Have you requested -- have you requested --    10:55

 5    have you requested -- okay.  Have you requested full     10:55

 6    schemas with a list of all fields and their             10:55

 7    descriptions for each of the data sources in which you  10:55

 8    considered and listed in your report?                   10:55

 9              MR. ANSORGE:  Objection.  Asked and answered   10:55

10    a number of times now.                                  10:55

11              Love that break when you get a chance,        10:55

12    Mr. Mao.                                                 10:55

13              THE WITNESS:  If -- how about that?  If I      10:55

14    had any doubt about any data entry in any of the logs   10:55

15    I have looked at any point in time, I can assure you    10:55

16    that for sure I have requested additional information   10:56

17    to make sure that I have a complete understanding of    10:56

18    all the data points inside the log that I have been     10:56

19    looking at.                                              10:56

20              And I believe this is the essence here.  It   10:56

21    is not the case ever that I was drawing conclusions     10:56

22    from a log whose contents I don't fully understand.     10:56

23    BY MR. MAO:                                             10:56

24         Q.   But have you -- have you run across any        10:56

25    logs, okay, in which you do not believe that the full   10:56
```

Page 75

```
 1    schema was reflected?                               10:56

 2            MR. ANSORGE:  Objection.  Vague.  Compound.  10:56

 3            THE WITNESS:  I don't think so.  I           10:57

 4    wouldn't -- you mean somebody change the logs?       10:57

 5    Somebody messed with the logs and gave me...         10:57

 6    BY MR. MAO:                                          10:57

 7       Q.   Or the logs you're reviewing is not the full 10:57

 8    log.  That's what I'm asking.                        10:57

 9       A.   Somebody -- yes.                             10:57

10       Q.   I'm trying to understand whether or not when 10:57

11    you looked at all the data sources, you said, "Hey,  10:57

12    can you make sure you give me the full log?"         10:57

13       A.   Okay.  Now I understand --                   10:57

14            MR. ANSORGE:  Mr. Mao, asked and answered.   10:57

15    And please stop interrupting the witness.            10:57

16            MR. MAO:  I don't think so.  I think --      10:57

17            MR. ANSORGE:  He's trying to respond.        10:57

18            MR. MAO:  -- the effect here is very clear.  10:57

19    He's helping being elucidated so that we can actually 10:57

20    talk about and move on to the next topic.            10:57

21            MR. ANSORGE:  Right.  But I'm also thinking  10:57

22    of the court reporter who has been going for almost  10:57

23    two hours.  I think at some point pretty soon a break 10:57

24    would be appropriate.                                10:57

25            MR. MAO:  I'd like to just get through these 10:57
```

Page 76

| | | |
|---|---|---|
| 1 | questions.  Yeah. | 10:57 |
| 2 | THE WITNESS:  I do not -- I never felt or | 10:57 |
| 3 | thought that the logs I am being provided with are -- | 10:58 |
| 4 | you know, are not clear to me with respect to what | 10:58 |
| 5 | they mean and what they have. | 10:58 |
| 6 | And if you are alluding that somebody may | 10:58 |
| 7 | have removed parts of the log and gave them to me, | 10:58 |
| 8 | this is not a possibility that I have considered. | 10:58 |
| 9 | When somebody's giving me a log, and I'm | 10:58 |
| 10 | saying I would like to see this log, I would assume | 10:58 |
| 11 | that this is the log that I am to study.  If there is | 10:58 |
| 12 | a something -- | 10:58 |
| 13 | So have I every single time asked for what | 10:58 |
| 14 | you call a full schema? | 10:58 |
| 15 | Since I'm not an attorney and I'm not aware | 10:58 |
| 16 | of all these motions that you are presenting here, | 10:58 |
| 17 | right, you do understand that, I am not into -- as an | 10:59 |
| 18 | expert witness, a technical expert witness, I am not | 10:59 |
| 19 | into, right, make sense, saying -- | 10:59 |
| 20 | BY MR. MAO: | |
| 21 | Q.   Right. | 10:59 |
| 22 | A.   -- "Are you giving me the full log?" | 10:59 |
| 23 | Of course I'm getting the full log is my | 10:59 |
| 24 | understanding.  And if I see something that it's | 10:59 |
| 25 | weird, I would always bring this up. | 10:59 |

Page 77

1      Q.   Right.                                          10:59

2      A.   So there's nothing that looked weird to me     10:59

3   in the logs that I have considered.                    10:59

4        But I don't want, as a matter of precision,       10:59

5   use this particular wording I have used -- I have      10:59

6   forever seen a log, requested the full schema.         10:59

7   Because this full schema is not in my vocabulary.  You 10:59

8   see what I mean?  It's something that the Court        10:59

9   described like that in the context of this case for    10:59

10  you guys.  You guys are the -- for the attorneys, the  10:59

11  lawyers, my counsel to handle.  You understand what I  10:59

12  mean?                                                  10:59

13       I am after this.  So you guys figure out          10:59

14  whatever is going on and, then I'm -- I am a technical 11:00

15  expert; right?  I'm saying can I have the logs,        11:00

16  please?  And then I'm getting the logs.  And then I'm  11:00

17  making sure I fully understand what is in the logs I'm 11:00

18  looking at.                                            11:00

19       I am assuming that you guys are talking to        11:00

20  each other and the Court and you are figuring out what 11:00

21  should and should -- hopefully this clarifies further. 11:00

22  BY MR. MAO:                                            11:00

23     Q.   Right.                                         11:00

24       So all the logs you listed in your report         11:00

25  are all the logs in which you looked at.               11:00

                                                    Page 78

| | | |
|---|---|---|
| 1 | Is that correct? | 11:00 |
| 2 | MR. ANSORGE:  Objection.  Mischaracterizes | 11:00 |
| 3 | prior testimony. | 11:00 |
| 4 | THE WITNESS:  I'm not sure about that | 11:00 |
| 5 | because there are a lot of logs.  Definitely I have | 11:00 |
| 6 | looked at the logs that I list in my report.  There | 11:00 |
| 7 | could be other logs, but I don't know.  I don't want | 11:00 |
| 8 | to say something and then mess up the legal stuff | 11:00 |
| 9 | because of my ignorance about the legal stuff.  You | 11:00 |
| 10 | understand?  I'm not a lawyer. | 11:00 |
| 11 | I did my best to include on my report logs | 11:00 |
| 12 | that I have looked at. | 11:01 |
| 13 | BY MR. MAO: | 11:01 |
| 14 | Q.   And you do not believe that there is any | 11:01 |
| 15 | reason for you to ask for additional logs in addition | 11:01 |
| 16 | to what you have listed in your report in order to | 11:01 |
| 17 | clarify your analysis when you wrote your report. | 11:01 |
| 18 | Isn't that correct? | 11:01 |
| 19 | MR. ANSORGE:  Objection.  Form.  Compound. | 11:01 |
| 20 | THE WITNESS:  In my report, I say that if | 11:01 |
| 21 | you have information -- again, I'm saying this -- I | 11:01 |
| 22 | believe what you're thinking -- but if new information | 11:01 |
| 23 | comes to light, I reserve the right to revisit, | 11:01 |
| 24 | et cetera, et cetera. | 11:01 |
| 25 | Based on the information I have seen up to | 11:01 |

Page 79

| | | |
|---|---|---|
| 1 | this moment that I'm talking to you, I do not believe | 11:01 |
| 2 | that I need to request additional logs.  I believe | 11:01 |
| 3 | that what is in my report that we both have as of | 11:01 |
| 4 | June 7th is precise, accurate, and valid with all the | 11:02 |
| 5 | information I have received myself up to this moment | 11:02 |
| 6 | that we are talking. | 11:02 |
| 7 | BY MR. MAO: | |
| 8 | Q.   Right. | 11:02 |
| 9 | And your report, right, the last time in | 11:02 |
| 10 | which you received logs and sources was June 7, 2022. | 11:02 |
| 11 | Is that correct? | 11:02 |
| 12 | Because you wrote your opinion then. | 11:02 |
| 13 | MR. ANSORGE:  Objection.  Mischaracterizes | 11:02 |
| 14 | prior testimony. | 11:02 |
| 15 | And -- what about that break, Mr. Mao? | 11:02 |
| 16 | THE WITNESS:  Maybe we should have a break. | 11:02 |
| 17 | MR. ANSORGE:  We're at two hours. | 11:02 |
| 18 | MR. MAO:  Wait, wait, wait.  We're pending a | 11:02 |
| 19 | question. | 11:02 |
| 20 | Okay? | 11:02 |
| 21 | Ms. Stenographer, can you please just read | 11:02 |
| 22 | back the question?  I'm just trying to finish this. | 11:02 |
| 23 | (Court Reporter reads back.) | 11:02 |
| 24 | THE WITNESS:  I remember something now. | 11:03 |
| 25 | Okay.  I don't think that the last logs I | 11:03 |

Page 80

| | | |
|---|---|---|
| 1 | have reviewed were as of June 7th because I recall | 11:03 |
| 2 | seeing some -- seeing some logs after that about the | 11:03 |
| 3 | maybeincognitoChrome bit. | 11:03 |
| 4 | So the Exhibit 2 was saying that Google | 11:03 |
| 5 | didn't provide all the logs and there were additional | 11:04 |
| 6 | logs; correct? | 11:04 |
| 7 | BY MR. MAO: | 11:04 |
| 8 | Q.   Yeah.  They were sanctioned for that. | 11:04 |
| 9 | A.   Right. | 11:04 |
| 10 | Q.   Yes. | 11:04 |
| 11 | A.   I recall seeing -- I recall seeing a log | 11:04 |
| 12 | recently.  My understanding is that Google produced | 11:04 |
| 13 | some additional logs; right? | 11:04 |
| 14 | Q.   Yes.  In terms of the names identifying | 11:04 |
| 15 | them, yes. | 11:04 |
| 16 | A.   So I recall seeing parts of these additional | 11:04 |
| 17 | logs.  I believe they were produced after -- I don't | 11:04 |
| 18 | know, actually.  I don't want get into the dates | 11:04 |
| 19 | stuff.  I'm not a technical expert.  But I recall | 11:04 |
| 20 | seeing parts of this additional logs that Google | 11:04 |
| 21 | produced recently.  I don't know exactly when.  And | 11:04 |
| 22 | that was recent.  So it must be after -- it is after | 11:05 |
| 23 | June 7th. | 11:05 |
| 24 | Q.   Other than that, okay, are all the logs in | 11:05 |
| 25 | which you've seen listed in your June 7 report and | 11:05 |

Page 81

| | | |
|---|---|---|
| 1 | received by June 7th, 2022 for your report? | 11:05 |
| 2 | MR. ANSORGE:  Objection.  Mischaracterizes | 11:05 |
| 3 | prior testimony.  And asked and answered so many times | 11:05 |
| 4 | over now. | 11:05 |
| 5 | THE WITNESS:  So as I said, I did the best | 11:05 |
| 6 | job I could to list all the logs I have seen prior to | 11:05 |
| 7 | June 7th on my report dated June 7th.  But I cannot be | 11:05 |
| 8 | a hundred percent certain because there are so many | 11:05 |
| 9 | logs and so many documents that there is no other log | 11:05 |
| 10 | or data that I have seen that somehow failed to find | 11:05 |
| 11 | its way in the report.  I'm being entirely, you know, | 11:05 |
| 12 | accurate and... | 11:06 |
| 13 | MR. ANSORGE:  Mr. Mao, it's starting to | 11:06 |
| 14 | verge on harassment.  We're past two hours now. | 11:06 |
| 15 | MR. MAO:  You're -- we can take a break. | 11:06 |
| 16 | Your witness hasn't answered -- | 11:06 |
| 17 | MR. ANSORGE:  Absolutely -- | 11:06 |
| 18 | MR. MAO:  Yeah. | 11:06 |
| 19 | MR. ANSORGE:  -- he did.  And I've been | 11:06 |
| 20 | requesting -- | 11:06 |
| 21 | MR. MAO:  No, he did not. | 11:06 |
| 22 | MR. ANSORGE:  -- a break at least for the | 11:06 |
| 23 | last 20 minutes. | 11:06 |
| 24 | He did, and you can go and review the | 11:06 |
| 25 | testimony in the break. | 11:06 |

Page 82

| | | |
|---|---|---|
| 1 | But I think a break is appropriate for | 11:06 |
| 2 | everybody. | 11:06 |
| 3 | MR. MAO:  Sure.  Let's take a break.  I will | 11:06 |
| 4 | have questions. | 11:06 |
| 5 | Thank you. | 11:06 |
| 6 | THE WITNESS:  Thank you very much. | 11:06 |
| 7 | THE VIDEOGRAPHER:  Going off the record. | 11:06 |
| 8 | The time is 11:06 a.m. | 11:06 |
| 9 | (Break taken in proceedings.) | 11:06 |
| 10 | THE VIDEOGRAPHER:  Back on the record.  The | 11:20 |
| 11 | time is 11:20 a.m. | 11:20 |
| 12 | BY MR. MAO: | 11:20 |
| 13 | Q.   Hi, Professor. | 11:20 |
| 14 | Did you and Mr. Ansorge speak during the | 11:20 |
| 15 | break? | 11:20 |
| 16 | A.   We do have -- we had a brief chat.  He | 11:20 |
| 17 | reminded me to take my time reviewing documents, if I | 11:20 |
| 18 | have to. | 11:20 |
| 19 | Q.   Did you talk anything about the substance of | 11:20 |
| 20 | the case? | 11:20 |
| 21 | A.   No. | 11:20 |
| 22 | Q.   Did you talk about anything about the | 11:20 |
| 23 | substance of your testimony? | 11:20 |
| 24 | A.   No. | 11:20 |
| 25 | Q.   Okay.  So going back into Exhibit 2, if you | 11:20 |

Page 83

| | | |
|---|---|---|
| 1 | don't mind. | 11:21 |
| 2 | A.   Exhibit 2.  Let me get back to my -- | 11:21 |
| 3 | Q.   Yeah.  No problem. | 11:21 |
| 4 | And I'm going to go to page 17, by the way, | 11:21 |
| 5 | once you're there. | 11:21 |
| 6 | A.   Exhibit -- ah, yeah, yeah, yeah.  Exhibit 2 | 11:21 |
| 7 | is the one we were discussing before.  Yes.  I have a | 11:21 |
| 8 | local copy.  I'm just going to look at my local copy | 11:21 |
| 9 | again. | 11:21 |
| 10 | Perfect.  Yes, I'm there. | 11:21 |
| 11 | Q.   Okay. | 11:21 |
| 12 | A.   What page you would like me to go -- | 11:21 |
| 13 | Q.   17 of the .pdf On .pdf pagination 17. | 11:21 |
| 14 | A.   It's a different... | 11:21 |
| 15 | I open the document of the body and not with | 11:21 |
| 16 | the other one. | 11:21 |
| 17 | So can you tell me page 17 of the .pdf, what | 11:21 |
| 18 | page it is on the -- | 11:21 |
| 19 | Q.   It would be 7. | 11:21 |
| 20 | A.   Okay. | 11:22 |
| 21 | Q.   It looks like this. | 11:22 |
| 22 | A.   Yeah, yeah, yeah.  I'm almost there. | 11:22 |
| 23 | Page 17 of 58.  A list of logs. | 11:22 |
| 24 | Q.   Yes. | 11:22 |
| 25 | A.   Yes, I'm there. | 11:22 |

Page 84

1    Q.   My question is:  Are these the logs that you        11:22

2    said that you saw for the first time after June 7?        11:22

3            MR. ANSORGE:  Objection.  Mischaracterizes        11:22

4    prior testimony.        11:22

5            THE WITNESS:  I don't -- let me -- I don't        11:22

6    remember seeing these logs, no.  I don't remember.  I        11:22

7    know I saw some additional logs, but I don't remember        11:23

8    their name.        11:23

9    BY MR. MAO:        11:23

10   Q.   Were these logs --        11:23

11   A.   I also saw a list of logs but not the logs        11:23

12   themselves.  There are too many logs.  I'm sorry.  I        11:23

13   wouldn't remember by looking at the names.        11:23

14   Q.   But these things, these lists and logs that        11:23

15   you saw after your report was issued, these are not        11:23

16   logs or lists of logs actually referenced on your        11:23

17   report.        11:23

18           Is that correct?        11:23

19           MR. ANSORGE:  Objection.  Form.        11:23

20           THE WITNESS:  I don't -- I cannot answer        11:23

21   this precisely because I still don't remember what are        11:23

22   the last two in this list.        11:23

23           As I said, I'm trying to remember exactly        11:23

24   what I said.  I said I remember looking at parts of a        11:23

25   log after June 7th.        11:24

Page 85

| | | |
|---|---|---|
| 1 | I don't remember which log is this, meaning | 11:24 |
| 2 | definitely I wouldn't remember the name of the log. | 11:24 |
| 3 | And I also remember seeing a list of logs after | 11:24 |
| 4 | June 7th. | 11:24 |
| 5 | That's what I can tell with certainty. | 11:24 |
| 6 | BY MR. MAO: | 11:24 |
| 7 | Q.   I'm simply trying to figure out, Professor, | 11:24 |
| 8 | whether or not you were given logs or lists of logs | 11:24 |
| 9 | after your report was issued that was not initially | 11:24 |
| 10 | listed on your report? | 11:24 |
| 11 | MR. ANSORGE:  Objection.  Form. | 11:24 |
| 12 | THE WITNESS:  No.  I apologize for not being | 11:24 |
| 13 | able to help.  I honestly don't remember all the | 11:24 |
| 14 | logs -- all the names of the logs in this case.  But | 11:24 |
| 15 | I'm going to -- let me say again, I said it already, | 11:24 |
| 16 | but since all these logs about the -- I assume -- no. | 11:24 |
| 17 | They are about the maybeChromeincognito field, there | 11:25 |
| 18 | is nothing -- nothing in my narrative, I believe, the | 11:25 |
| 19 | one about the maybe incognito field that would depend | 11:25 |
| 20 | on a specific log. | 11:25 |
| 21 | So I'm telling you that's my technical | 11:25 |
| 22 | expert opinion on this. | 11:25 |
| 23 | I have a good understanding of the type of | 11:25 |
| 24 | logs that Google keeps after looking at the documents, | 11:25 |
| 25 | that they describe the architecture of the system, how | 11:25 |

Page 86

| | | |
|---|---|---|
| 1 | they set this fields, et cetera.  And the opinion | 11:25 |
| 2 | about the maybeChromeincognito field that I have in | 11:25 |
| 3 | there -- and, again, I would be more than happy to go | 11:25 |
| 4 | through it and with any scenarios you may want to ask | 11:25 |
| 5 | me -- does not really depend on a specific log.  It is | 11:25 |
| 6 | valid across all logs, given my understanding of the | 11:25 |
| 7 | logs that they have and how they populate them. | 11:26 |
| 8 | I'm saying this because it may help you. | 11:26 |
| 9 | That's why I'm saying this, meaning -- | 11:26 |
| 10 | BY MR. MAO: | |
| 11 | Q.   Yeah.  So -- | 11:26 |
| 12 | A.   -- in particular log A or log B is the one | 11:26 |
| 13 | that I have seen or I am listing on the report.  It's | 11:26 |
| 14 | immaterial, in my opinion.  I'm just saying, given how | 11:26 |
| 15 | I'm forming my opinion. | 11:26 |
| 16 | Q.   So in your opinion, you don't actually need | 11:26 |
| 17 | to look at the logs themselves or the data generated | 11:26 |
| 18 | from the logs in order for you to make your | 11:26 |
| 19 | conclusions, the conclusions that you made. | 11:26 |
| 20 | Is that correct? | 11:26 |
| 21 | MR. ANSORGE:  Objection.  Form and | 11:26 |
| 22 | mischaracterizes prior testimony. | 11:26 |
| 23 | THE WITNESS:  So this is not what I said.  I | 11:26 |
| 24 | didn't say that I don't need to look at the logs.  I | 11:26 |
| 25 | said that my opinion is valid for all, regardless of | 11:26 |

Page 87

| | | |
|---|---|---|
| 1 | specific logs, given that I have a very good | 11:27 |
| 2 | understanding of the type of logs about the data at | 11:27 |
| 3 | issue in this case. | 11:27 |
| 4 | I don't want to make a general statement | 11:27 |
| 5 | but, you know, also looking at logs is not helpful. | 11:27 |
| 6 | BY MR. MAO: | 11:27 |
| 7 | Q.   But you realize -- well, do you have to look | 11:27 |
| 8 | at logs in order for you make an opinion in this case? | 11:27 |
| 9 | A.   Depends on the opinion.  If you want to ask | 11:27 |
| 10 | me about a specific opinion -- | 11:27 |
| 11 | Q.   Sure.  Let's start with opinion 1. | 11:27 |
| 12 | A.   Opinion 1. | 11:27 |
| 13 | Q.   "Users can be readily identifiable from the | 11:27 |
| 14 | data at issue." | 11:27 |
| 15 | A.   So let me -- | 11:27 |
| 16 | MR. ANSORGE:  Objection.  Mischaracterizes | 11:28 |
| 17 | Exhibit 1. | 11:28 |
| 18 | THE WITNESS:  So what is your question about | 11:28 |
| 19 | opinion 1? | 11:28 |
| 20 | BY MR. MAO: | 11:28 |
| 21 | Q.   Right. | 11:28 |
| 22 | You said opinion 1, the way you interpret | 11:28 |
| 23 | it, right, is both that it's Mr. Hochman's opinion | 11:28 |
| 24 | that users can be readily identified from the data at | 11:28 |
| 25 | issue is incorrect.  And then you also agree with me | 11:28 |

Page 88

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that you were saying that users can be readily | 11:28 |
| 2 | identified from the data at issue is incorrect is | 11:28 |
| 3 | also -- it's an implication of that opinion. | 11:28 |
| 4 | MR. ANSORGE:  Objection.  Form.  Compound. | 11:28 |
| 5 | Vague and ambiguous. | 11:28 |
| 6 | BY MR. MAO: | 11:28 |
| 7 | Q.   And my question to you -- my question to | 11:28 |
| 8 | you, Professor, is do those two opinions or two parts | 11:28 |
| 9 | of the same opinion, however you want to phrase it, | 11:28 |
| 10 | depend on you looking at logs and the data that would | 11:28 |
| 11 | be generated from those logs? | 11:28 |
| 12 | A.   They do not depend on any specific log | 11:29 |
| 13 | because -- and let me summarize a little bit why I'm | 11:29 |
| 14 | saying this. | 11:29 |
| 15 | Because first, the data at issue here are | 11:29 |
| 16 | not associated at any point with a Google account, you | 11:29 |
| 17 | know.  There is no GAIA. | 11:29 |
| 18 | I don't want to use technical terminology | 11:29 |
| 19 | and confuse anybody.  But that's one reason, and | 11:29 |
| 20 | that's a fact, regardless of whether I'm looking at a | 11:29 |
| 21 | specific log, log A or log B. | 11:29 |
| 22 | What is more, this data, the data at issue, | 11:29 |
| 23 | are essentially stored in a way that it's an | 11:29 |
| 24 | unidentified state, an orphan state -- I'd be happy to | 11:29 |
| 25 | explain what I mean with these terms -- because they | 11:29 |

Page 89

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | are keyed to identifiers that they are pseudonymous. | 11:30 |
| 2 | When they are identified as flowing through the | 11:30 |
| 3 | system, they are also encrypted. | 11:30 |
| 4 | These identifiers are not linked to any | 11:30 |
| 5 | users, and they are unique to each private browsing | 11:30 |
| 6 | session. | 11:30 |
| 7 | And I'm saying this because that's the data | 11:30 |
| 8 | at issue; right?  The data during private browsing | 11:30 |
| 9 | session.  Or they could be keyed to be complete to | 11:30 |
| 10 | pseudonymous identifiers related to website viruses, | 11:30 |
| 11 | you know, what is usually called first-party cases. | 11:30 |
| 12 | Again -- | 11:31 |
| 13 | Q.  How do you know that to be true, those | 11:31 |
| 14 | statements you just made?  How do you know that they | 11:31 |
| 15 | are empirically true? | 11:31 |
| 16 | A.  I will answer this, let me finish what I was | 11:31 |
| 17 | saying before, just to complete my sentence. | 11:31 |
| 18 | Like, you know, PPID, or what is called user | 11:31 |
| 19 | IDs or analytics user IDs.  There are too many names. | 11:31 |
| 20 | Sometimes they're not even key to any identifiers at | 11:31 |
| 21 | all. | 11:31 |
| 22 | So how do I know that the two statements I | 11:31 |
| 23 | made are true? | 11:31 |
| 24 | Because the way the system is architected, | 11:31 |
| 25 | designed, and operated is described in documents.  And | 11:31 |

Page 90

| 1 | this is true for any network distributed system, | 11:32 |
| 2 | including Google's.  And it is a necessity, if you | 11:32 |
| 3 | think about it because there are hundreds, if not | 11:32 |
| 4 | thousands of engineers involved.  So there are | 11:32 |
| 5 | documents that they are basically telling everybody | 11:32 |
| 6 | what they should be doing, what the system should be. | 11:32 |
| 7 | I've been involved in designing distributed | 11:32 |
| 8 | systems, and I can tell you there is no way out of it. | 11:32 |
| 9 | You have to do that, you have to create these | 11:32 |
| 10 | documents that describe the architecture of the system | 11:32 |
| 11 | all the way down to -- | 11:32 |
| 12 | Q.   Right, right, right.  Let's stop there -- | 11:32 |
| 13 | MR. ANSORGE:  Mr. Mao, please -- | 11:32 |
| 14 | MR. MAO:  No, no, no, no. | 11:32 |
| 15 | MR. ANSORGE:  -- don't interrupt the | 11:32 |
| 16 | witness.  He was in the middle of his response and | 11:32 |
| 17 | you've been jumping on the end and the middle of his | 11:32 |
| 18 | questions (sic) -- | 11:32 |
| 19 | MR. MAO:  Well, yeah, because he's | 11:32 |
| 20 | running -- he's running on the responses.  And I am | 11:32 |
| 21 | going to -- well, otherwise, I'm going to have to seek | 11:32 |
| 22 | to compel him to come back more for more time. | 11:32 |
| 23 | Because he's not answering my questions. | 11:32 |
| 24 | BY MR. MAO: | |
| 25 | Q.   Professor, look, what I'm trying to | 11:32 |

Page 91

CONFIDENTIAL

```
 1    understand is these systems you were just talking        11:32

 2    about, right, okay, do you understand that the way       11:32

 3    that data is stored and used in this case is actually    11:32

 4    in dispute?                                              11:33

 5           You understand that; correct?                    11:33

 6           MR. ANSORGE:  Objection.  Vague.                 11:33

 7    BY MR. MAO:                                              11:33

 8       Q.   For example, right, like that people cannot     11:33

 9    be identified; right?  You say people cannot be         11:33

10    identified.  Mr. Hochman says that people --            11:33

11    Dr. Hochman says that they can be identified.           11:33

12           That is actually in dispute.                     11:33

13           Do you and I agree on that between the           11:33

14    parties?                                                11:33

15       A.   Mr. Hochman's opinion is different than mine    11:33

16    with respect to whether they can or they cannot be      11:33

17    identified.                                             11:33

18           But with all due respect, I believe that        11:33

19    Mr. Hochman is wrong, and they cannot be identified.    11:33

20    And I'm explaining why in my report.                   11:33

21       Q.   Right.  Right.                                  11:33

22           So you said that you looked at systems.         11:33

23           Now I'm trying to understand what -- how did    11:33

24    you go about testing the validity of this dispute at   11:33

25    Google?                                                 11:33
```

Veritext Legal Solutions
866 299-5127

```
 1            MR. ANSORGE:  Objection.  Form.  Vague.        11:33

 2   BY MR. MAO:                                             11:33

 3       Q.   There's a dispute about how data is actually   11:34

 4   stored and used.                                        11:34

 5            How did you go about scientifically proving    11:34

 6   that what that you believe is actually empirically      11:34

 7   true?                                                   11:34

 8            You're telling me that we don't necessarily    11:34

 9   have to look at the data.                               11:34

10            So I'm asking, okay, if you didn't actually    11:34

11   have to look at the data, what did you do to go         11:34

12   verify, right, empirical analysis of how the data is    11:34

13   actually stored and used?  Please tell me the           11:34

14   methodology.                                            11:34

15            MR. ANSORGE:  Objection.  Compound.  Form,     11:34

16   and argumentative.                                      11:34

17            THE WITNESS:  So let me answer as follows by   11:34

18   saying, first, as a first matter, I am not offering an  11:34

19   opinion on my rebuttal about how you validate whether   11:34

20   an architecture document -- about how you architect a   11:34

21   network distributed system, how you validate            11:35

22   whether -- what the document is describing about how    11:35

23   data are stored and used.  I'm not offering an opinion  11:35

24   about how you do this, as you say, empirically.  I      11:35

25   don't have an opinion of this on my report.  We should  11:35
```

Page 93

1    agree on that.                                                11:35

2            This does not mean that I cannot offer some          11:35

3    thoughts.  I can offer thoughts for you, if you want.        11:35

4            So I've been working in this -- in this              11:35

5    field for many, many, many years.  I don't want to get       11:35

6    into the legal aspects.  I'm not a lawyer.  I can tell        11:35

7    you what I do as an engineer, as a researcher.               11:35

8            So if I have a physical documentation, like         11:36

9    I do have here, that describes how a system is               11:36

10   architected, including how data are being stored and         11:36

11   how data are being used, then I consider this to be a        11:36

12   valid and accurate source of information.  And I can         11:36

13   form opinions that they are of merit based on these          11:36

14   documents.                                                   11:36

15           Now, in addition, one -- let's say I have my        11:37

16   own system.  I build a system with my students and I         11:37

17   create a document, I publish a paper, and it describes       11:37

18   the system, the architecture of the system, how it           11:37

19   operates.                                                    11:37

20           You know, somebody could always say, "Okay.         11:37

21   Can you give me the source code such that I install it       11:37

22   on my machine and I'm going to run it myself?"               11:37

23           But this doesn't mean that somebody cannot          11:37

24   form an opinion, a valid opinion, on the basis of the        11:37

25   official description of the system.                          11:37

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | For example, when we publish papers, we | 11:37 |
| 2 | don't provide source code.  We describe the system in | 11:37 |
| 3 | detail, and the reviewers are reviewing the paper and | 11:38 |
| 4 | they decide whether this is a meritable paper to be | 11:38 |
| 5 | accepted or not in, you know, very selective | 11:38 |
| 6 | conferences and journals based on the description of | 11:38 |
| 7 | the system that we are offering. | 11:38 |
| 8 | In all distributed systems conferences, this | 11:38 |
| 9 | is how it's done. | 11:38 |
| 10 | And the same thing when we give | 11:38 |
| 11 | presentations, we have slides and we explain the | 11:38 |
| 12 | architecture and how the system works, and it's based | 11:38 |
| 13 | on that description that people form opinions.  So... | 11:38 |
| 14 | BY MR. MAO: | |
| 15 | Q.   So, Professor, can I ask then, like, does | 11:38 |
| 16 | that mean that you do not believe that your opinion is | 11:38 |
| 17 | challenging the accuracy of Google's descriptions in | 11:38 |
| 18 | their documentation? | 11:38 |
| 19 | MR. ANSORGE:  Objection.  Vague. | 11:38 |
| 20 | MR. MAO:  Yeah.  So let me restate that. | 11:38 |
| 21 | That is a bad question, Mr. Ansorge. | 11:39 |
| 22 | BY MR. MAO: | |
| 23 | Q.   Do you agree with me that your opinions do | 11:39 |
| 24 | not dispute the accuracy of Google's technical | 11:39 |
| 25 | documentation? | 11:39 |

Page 95

| 1 | A.   I am basing my opinions in a number of | 11:39 |
|---|---|---|
| 2 | sources, including Google's documentation about the | 11:39 |
| 3 | architecture of the system. | 11:39 |
| 4 | I am taking it that it's not a fake | 11:39 |
| 5 | document.  It's a document that was produced by | 11:39 |
| 6 | Google, by the Google engineers that they have | 11:39 |
| 7 | architected and designed a particular system, and it | 11:40 |
| 8 | is presenting how the system is designed and how the | 11:40 |
| 9 | system operates. | 11:40 |
| 10 | Of course, there are nuances.  You have to | 11:40 |
| 11 | make sure the document is updated; right?  The | 11:40 |
| 12 | document is recent enough.  There haven't been | 11:40 |
| 13 | changes.  Because this is a dynamic environment we are | 11:40 |
| 14 | talking about here; right?  They make changes in other | 11:40 |
| 15 | software companies. | 11:40 |
| 16 | I'm making sure of all that.  But the basis | 11:40 |
| 17 | of my opinion, as you said, is the documents that I | 11:40 |
| 18 | list. | 11:40 |
| 19 | And by listing them there, there is an | 11:40 |
| 20 | assumption that, yeah, I'm not saying I'm listing a | 11:40 |
| 21 | document that I don't trust, if this is what you're | 11:40 |
| 22 | asking.  I'm listing a document.  So I'm listing a lot | 11:40 |
| 23 | of documents in my report.  I am going by -- I'm going | 11:40 |
| 24 | personally by what the documents are saying and by all | 11:40 |
| 25 | my experience in this area, and all of the other | 11:41 |

Page 96

|    |                                                          |       |
|----|----------------------------------------------------------|-------|
| 1  | information and knowledge that I have.                   | 11:41 |
| 2  | Q.   Got it.                                              | 11:41 |
| 3  | So if a Google documentation say that users              | 11:41 |
| 4  | in incognito can be identified, do you have any basis    | 11:41 |
| 5  | to dispute that?                                         | 11:41 |
| 6  | A.   I'm sorry.  If what?                                 | 11:41 |
| 7  | Q.   If Google documentation says that incognito         | 11:41 |
| 8  | users can be identified, do you have any basis to        | 11:41 |
| 9  | dispute that?                                            | 11:41 |
| 10 | MR. ANSORGE:  Objection.  Vague.  If there's             | 11:41 |
| 11 | a specific document, why don't you show it to the        | 11:41 |
| 12 | witness, Mr. Mao.                                        | 11:41 |
| 13 | MR. MAO:  I'm asking him the basis for his               | 11:41 |
| 14 | opinions, his methodology.                               | 11:41 |
| 15 | THE WITNESS:  It would be very helpful if                | 11:41 |
| 16 | you could produce a document that may say something to   | 11:41 |
| 17 | that effect.                                             | 11:41 |
| 18 | BY MR. MAO:                                              | 11:41 |
| 19 | Q.   But, sir, with all due respect, you're              | 11:41 |
| 20 | saying that you're not testing the validity of the       | 11:41 |
| 21 | documentation.                                           | 11:41 |
| 22 | So if I show you a Google documentation that             | 11:41 |
| 23 | shows the contrary, would -- would your opinion          | 11:42 |
| 24 | equally apply and say that that's valid?                 | 11:42 |
| 25 | A.   As I said, if you have an --                        | 11:42 |

Page 97

```
 1              MR. ANSORGE:  Objection.  Incomplete        11:42

 2    hypothetical, and form.                               11:42

 3              THE WITNESS:  If you have -- I'm sorry.      11:42

 4         Okay.  If you have a document, a specific        11:42

 5    document that says something like that, it would      11:42

 6    facilitate a lot of this discussion.  It would not -- 11:42

 7    it would use to be hypothetical.                      11:42

 8              The reason why I'm saying this, I'm not      11:42

 9    trying to not answer, is the following:               11:42

10              What is a document?  It could be an opinion 11:42

11    of an employee.  It could be an e-mail with something 11:42

12    that somebody may hypothetically assume.              11:42

13              What kind of a document are we talking      11:42

14    about?  When is the document dated?  Is it an official 11:42

15    document?  Is it Main document describing the         11:42

16    architecture?  Or is it do an -- is it a potential    11:42

17    idea that never got implemented?                      11:42

18              Do you see what I mean?  So --              11:42

19         Q.   Sure, sure, sure.                           11:43

20              So are you -- are you testing -- I guess    11:43

21    part of your opinion, are you testing the validity of 11:43

22    either what the plaintiffs' cite Google's documents to 11:43

23    be versus what Google's citing the documents to be?   11:43

24    Like are you testing the validity of that either side 11:43

25    in your opinions?                                     11:43
```

Page 98

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  Objection -- objection. | 11:43 |
| 2 | Vague.  Compound, and form. | 11:43 |
| 3 | BY MR. MAO: | 11:43 |
| 4 | Q.   Because, Professor, the problem is you're | 11:43 |
| 5 | saying on the one hand, "I don't need to test the | 11:43 |
| 6 | data," and on the other hand, you're not saying that | 11:43 |
| 7 | you're necessarily trusting the integrity of the | 11:43 |
| 8 | documentation; right? | 11:43 |
| 9 | So it's like which one is it? | 11:43 |
| 10 | MR. ANSORGE:  Yeah.  Objection to attorney | 11:43 |
| 11 | testimony.  Same objection. | 11:44 |
| 12 | THE WITNESS:  I did not say either of those | 11:44 |
| 13 | two things.  I am not saying that, you know, I don't | 11:44 |
| 14 | necessarily trust you said the documentation.  I | 11:44 |
| 15 | didn't say that. | 11:44 |
| 16 | I actually said that source documentation | 11:44 |
| 17 | that I include is a documentation that I have taken | 11:44 |
| 18 | into consideration. | 11:44 |
| 19 | And, for example, if you see two pieces of | 11:44 |
| 20 | documents that they are contradictory, right, then you | 11:44 |
| 21 | may look at the third or a fourth piece of document to | 11:44 |
| 22 | form an opinion.  Abstract -- this is hypothetical. | 11:44 |
| 23 | So I am not saying that I don't trust the | 11:44 |
| 24 | documents I'm citing.  Quite the opposite.  I'm -- I'm | 11:44 |
| 25 | citing sources.  I am taking into consideration what | 11:44 |

Page 99

```
 1    the source documents are saying.                  11:44

 2          And then I'm following an opinion using the 11:44

 3    totality of the picture, if you wish, that these  11:45

 4    documents are painting, in view of my experience of 11:45

 5    this.  And I am not saying either that systems -- I'm 11:45

 6    not making a general statement that systems testing, 11:45

 7    the testing itself, you know, has no use.          11:45

 8          I would -- I don't want to, you know, get    11:45

 9    too general here, Mr. Mao, but just think of the   11:45

10    following:                                          11:45

11          When we have disputes in academia about the  11:45

12    system, say, and someone says, "Can you run some tests 11:45

13    on your system?"  Or somebody may say, "I want      11:45

14    complete access of your system.  I'm going to" -- "I 11:45

15    want you to give me complete access.  I'm going to -- 11:45

16    just send me the source code of your system.  I'm   11:45

17    going to install it on my own computers and I'm going 11:46

18    to run all kind of things I want to run."           11:46

19          You know, you can keep going down this path,  11:46

20    and then somebody is going say, "And how are you going 11:46

21    to test the system?  What kind of scenarios are you 11:46

22    going to try?"                                      11:46

23          There are billion different types of         11:46

24    scenarios.                                          11:46

25          If you could -- I mean, in the area of       11:46
```

Page 100

```
 1    network distributed systems, the systems are complex.      11:46

 2          We can go on and on and on for multiple              11:46

 3    lifetimes.                                                 11:46

 4    BY MR. MAO:                                                11:46

 5       Q.   Sure.  Yeah.  I kind of get it.                    11:46

 6          But, like, Professor, you yourself -- you            11:46

 7    yourself agree, you didn't actually go in to test         11:46

 8    Google systems; right?                                     11:46

 9       A.   Right.                                             11:46

10       Q.   Okay.  So let's go back for a moment then to       11:46

11    Exhibit No. 3.                                             11:46

12          Okay?                                                11:46

13          If you don't mind pulling it out.  I had            11:46

14    introduced that some time ago.                             11:46

15       A.   I will go there.  Give me one second.              11:46

16       Q.   Yeah.  No problem.                                 11:46

17          And my first question is going to be whether         11:46

18    or not you've seen that?                                   11:46

19       A.   Let me find it first.  One second there.          11:46

20          Exhibit 3.  Okay.                                    11:46

21               (Plaintiffs' Exhibit 3 was                      11:46

22               marked for identification.)                     11:46

23          THE WITNESS:  Give me one second to download        11:47

24    it so I can open it locally.                               11:47

25          I did that.  Almost there.  Exhibit 3.              11:47
```

Page 101

```
 1              Okay.  It's on my screen.  Now let me scroll    11:47

 2     through it.                                              11:47

 3     BY MR. MAO:                                              11:47

 4          Q.   Yeah.                                          11:47

 5              So just so -- you know, this is a follow-up     11:47

 6     declaration on additional logs as a response to the     11:47

 7     order that you had seen that was Exhibit 2.              11:47

 8          A.   This does ring a bell, yes.  I believe I      11:48

 9     have seen this before.                                   11:48

10          Q.   All right.  So you have seen this.  Okay.      11:49

11              When did you see this?                         11:49

12          A.   At some point -- I'm sorry.  Go ahead.        11:49

13          Q.   Oh, no, no.  I was asking you, when did you    11:49

14     see this?                                                11:49

15          A.   I don't remember exactly.  Obviously after    11:49

16     my report was submitted since it's dated a week after.  11:49

17     I mean, it should be within -- during the last month    11:49

18     or so.  Summertime is also a little bit -- I don't      11:49

19     remember exactly.                                        11:49

20          Q.   Right.                                         11:49

21              So you see the table of logs on Exhibit A?     11:49

22          A.   I do see them, yes.                           11:49

23          Q.   Were any of those logs considered as part of  11:49

24     your report and analysis?                                11:49

25          A.   I believe no.  Because clearly they didn't    11:50
```

Page 102

1    exist.  At least for me they were not available to me        11:50

2    before June 7, I assume, based on what I quickly              11:50

3    glanced through the document.  I can read it again,           11:50

4    the first paragraphs.  They kind of show some timing.         11:50

5            As I said, Mr. Mao --                                 11:50

6        Q.    Yeah --                                             11:50

7            MR. ANSORGE:  No, no, no.  Don't interrupt            11:50

8    the witness.                                                  11:50

9            THE WITNESS:  Again, I'm saying this, again,          11:50

10   to try to be helpful.  I don't remember the names of         11:50

11   all the logs that I may have seen; right?  So -- but I       11:50

12   can tell you for a fact that based on what I'm reading       11:50

13   in this declaration, it appears that these logs              11:50

14   weren't even available before June 7th.  So I can say        11:50

15   I haven't obviously considered these logs for any of         11:51

16   the analysis in my report that it's dated June 7th.  I       11:51

17   can say that with certainty.  I can.                         11:51

18           Even though I don't remember the name of the         11:51

19   logs, just the fact that they were not available makes       11:51

20   me certain that I have not considered them for my            11:51

21   analysis by June 7.                                          11:51

22   BY MR. MAO:                                                  11:51

23       Q.    Can you do me favor and go back up to              11:51

24   paragraph 4 --                                               11:51

25       A.    Sure.                                              11:51

                                                    Page 103

| | | |
|---|---|---|
| 1 | Q.   -- of this? | 11:51 |
| 2 | A.   Yes. | 11:51 |
| 3 | Q.   Do you mind -- so that thing about the | 11:51 |
| 4 | two-week investigation, you see there in paragraph 4? | 11:51 |
| 5 | A.   Yes.  I read that. | 11:51 |
| 6 | Q.   You see how that is referring to | 11:51 |
| 7 | paragraph 2, that the Court had ordered that Google | 11:51 |
| 8 | must provide plaintiffs with a representation in | 11:51 |
| 9 | writing no later than May 31st, 2022; that other than | 11:51 |
| 10 | the logs identified thus far as containing incognito | 11:52 |
| 11 | detection bits, no other such logs exist. | 11:52 |
| 12 | Do you see that there? | 11:52 |
| 13 | A.   I do see it. | 11:52 |
| 14 | Q.   Were you involved at all in the | 11:52 |
| 15 | investigation ordered by that Court -- by the Court in | 11:52 |
| 16 | this paragraph 2? | 11:52 |
| 17 | A.   No. | 11:52 |
| 18 | Q.   Were you involved in the two-week | 11:52 |
| 19 | investigation referenced by Mr. Sramek in working with | 11:52 |
| 20 | Google employee Matt Heron? | 11:52 |
| 21 | A.   No.  I have no idea about that stuff. | 11:52 |
| 22 | Q.   And you never spoke to Mr. Sramek or | 11:52 |
| 23 | Mr. Heron. | 11:52 |
| 24 | Is that correct? | 11:52 |
| 25 | A.   It is correct, I have never spoken to them. | 11:52 |

Page 104

| | | |
|---|---|---|
| 1 | Q.   Who then gave you this document?  And I mean | 11:52 |
| 2 | Exhibit 3, this order -- I'm sorry -- this | 11:52 |
| 3 | declaration. | 11:52 |
| 4 | Who did you get it from? | 11:52 |
| 5 | A.   By my counsel.  They showed me the document | 11:52 |
| 6 | like a month ago, a few weeks ago. | 11:53 |
| 7 | Q.   When you got this document, did you request | 11:53 |
| 8 | any documentation, code, or data? | 11:53 |
| 9 | MR. ANSORGE:  Objection.  Compound. | 11:53 |
| 10 | THE WITNESS:  Not my recollection.  Because | 11:53 |
| 11 | this document, it's saying that there are additional | 11:53 |
| 12 | logs that contain the maybeChromeincognito field than | 11:53 |
| 13 | the original logs that they have been served. | 11:53 |
| 14 | And since, as we discussed already, I do not | 11:53 |
| 15 | believe that -- you know, seeing or observing or | 11:54 |
| 16 | analyzing additional logs or logs of that matter would | 11:54 |
| 17 | make any change -- would have any bearing in my | 11:54 |
| 18 | opinion 8 about the maybeincognito feed. | 11:54 |
| 19 | I don't see what could be -- it would be of | 11:54 |
| 20 | no use to request them.  As I said, I did not request | 11:54 |
| 21 | any.  But I'm also explaining why.  Because this logs | 11:54 |
| 22 | are P logs and B logs, like all the other logs.  And | 11:54 |
| 23 | the mechanism by which the maybeincognito bit is set | 11:54 |
| 24 | is not in dispute, actually, even by Mr. Hochman. | 11:54 |
| 25 | Mr. Hochman doesn't dispute how the maybeincognito bit | 11:54 |

Page 105

| | | |
|---|---|---|
| 1 | is being set. | 11:54 |
| 2 | BY MR. MAO: | |
| 3 |     Q.   Have you actually examined the computer | 11:55 |
| 4 | systems which set this bit and use the data within the | 11:55 |
| 5 | logs? | 11:55 |
| 6 |         MR. ANSORGE:  Objection.  Vague.  Ambiguous. | 11:55 |
| 7 | And asked and answered. | 11:55 |
| 8 |         THE WITNESS:  I believe I have already | 11:55 |
| 9 | answered this, that I have not.  I don't have access | 11:55 |
| 10 | to Google's systems. | 11:55 |
| 11 | BY MR. MAO: | 11:55 |
| 12 |     Q.   Got it. | 11:55 |
| 13 |         Can you take a look at Exhibit No. -- I | 11:55 |
| 14 | think it's 5 I just introduced. | 11:55 |
| 15 |                (Plaintiffs' Exhibit 5 was | 11:55 |
| 16 |                marked for identification.) | 11:55 |
| 17 |         THE WITNESS:  Exhibit 5.  One -- the one | 11:55 |
| 18 | that is named "Sealed Order"?  Because I don't see -- | 11:55 |
| 19 | ah.  Let me refresh my -- let me refresh my -- | 11:56 |
| 20 | BY MR. MAO: | 11:56 |
| 21 |     Q.   Oh, I am sorry.  That is probably my fault. | 11:56 |
| 22 |     A.   I got Exhibit 5.  No, no, no.  What I did is | 11:56 |
| 23 | I haven't refreshed my browser. | 11:56 |
| 24 |         Now I see Exhibit 5. | 11:56 |
| 25 |     Q.   Let me just make sure I have the right | 11:56 |

Page 106

| | | |
|---|---|---|
| 1 | Exhibit 5.  Now you're making me a little nervous. | 11:56 |
| 2 | Oh, yeah.  Yeah. | 11:56 |
| 3 | So Exhibit 5 should be a second supplemental | 11:56 |
| 4 | declaration of Martin Sramek in response to a | 11:56 |
| 5 | May 20th, 2022 order. | 11:56 |
| 6 | A.   Yes.  I see that. | 11:56 |
| 7 | So you're asking me if I have seen it?  I'm | 11:56 |
| 8 | sorry.  Please ask your question. | 11:56 |
| 9 | Q.   Yeah.  Have you seen this document before? | 11:56 |
| 10 | A.   Can I please scroll through the document? | 11:56 |
| 11 | So I can tell you I don't think I have seen | 11:58 |
| 12 | this before, but clearly it's very related to the one | 11:58 |
| 13 | we were discussing before. | 11:58 |
| 14 | Do you have a question? | 11:58 |
| 15 | Q.   Yeah.  So looking at Exhibit -- like | 11:58 |
| 16 | paragraph 7 there, you see that? | 11:58 |
| 17 | A.   Yes. | 11:58 |
| 18 | What is the date of this, just out of | 11:58 |
| 19 | curiosity? | 11:58 |
| 20 | Q.   August 18th. | 11:58 |
| 21 | A.   Ah, okay.  August 18th, 2022.  Okay. | 11:58 |
| 22 | So you said paragraph 7. | 11:58 |
| 23 | Yes.  Let me read -- do you want me to -- | 11:59 |
| 24 | let me read paragraph 7. | 11:59 |
| 25 | Q.   Please. | 11:59 |

Page 107

| | | |
|---|---|---|
| 1 | A.   I read it. | 11:59 |
| 2 | Q.   Okay.  You see there how Mr. Sramek says | 11:59 |
| 3 | that he can confirm they produced data sources for | 12:00 |
| 4 | three incognito bits, but he cannot for any other bits | 12:00 |
| 5 | that may contain incognito detection. | 12:00 |
| 6 | Do you see that there at paragraph 7? | 12:00 |
| 7 | A.   Yes. | 12:00 |
| 8 | Q.   Do you know what other bits he may be | 12:00 |
| 9 | talking about that's for incognito detection? | 12:00 |
| 10 | A.   No. | 12:00 |
| 11 | Q.   Have you ever asked Google to give you a | 12:00 |
| 12 | list of all logs that would contain incognito bits? | 12:00 |
| 13 | A.   No. | 12:00 |
| 14 | Q.   Have you ever asked Google for a full list | 12:00 |
| 15 | of all logs that would be deemed relevant in this | 12:00 |
| 16 | case? | 12:00 |
| 17 | MR. ANSORGE:  Objection.  Vague.  Calls for | 12:00 |
| 18 | a legal conclusion. | 12:00 |
| 19 | THE WITNESS:  I don't want to get into the | 12:01 |
| 20 | legal stuff because I wouldn't know who and how you | 12:01 |
| 21 | would decide if something is or is not relevant to | 12:01 |
| 22 | this case. | 12:01 |
| 23 | But given that I have not asked -- given | 12:01 |
| 24 | that I answered no on my previous question, I guess to | 12:01 |
| 25 | tell you that the best answer I can give for this | 12:01 |

Veritext Legal Solutions
866 299-5127

```
 1    question is also no.                              12:01

 2            I have not even asked Google to give me all  12:01

 3    the logs about any field that may be related to   12:01

 4    incognito; right?                                 12:01

 5            No.  My answer is no.                      12:01

 6            MR. MAO:  Okay.  Why don't we take a break  12:01

 7    here as well.  It's lunchtime here.               12:01

 8            MR. ANSORGE:  Okay.  I'm fine with going off 12:01

 9    the record.  That works for us.                   12:01

10            MR. MAO:  Is that all right?              12:01

11            Can I get a -- sorry.  Let's go off the    12:01

12    record first.  I apologize.                       12:01

13            THE VIDEOGRAPHER:  Going off the record.   12:01

14    The time is 12:01 p.m.                            12:01

15              (Break taken in proceedings.)           12:01

16            THE VIDEOGRAPHER:  Back on the record.  The 12:20

17    time is 12:20 p.m.                                12:20

18            MR. MAO:  Sorry, Professor.  Before we --  12:20

19    sorry.  Just -- can we pause for a moment?  There's 12:20

20    some noise.  I don't know if you hear it.         12:20

21            THE COURT REPORTER:  It looks like         12:20

22    Mr. Wright is not muted.                          12:20

23            THE VIDEOGRAPHER:  Mr. Wright, can you mute, 12:20

24    please?                                           12:20

25            MR. MAO:  Can we go off the record?  Let me 12:20
```

Page 109

| | | |
|---|---|---|
| 1 | call him. | 12:20 |
| 2 | THE VIDEOGRAPHER:  Going off the record. | 12:20 |
| 3 | The time is 12:21 p.m. | 12:20 |
| 4 | (Pause in proceedings.) | 12:21 |
| 5 | THE VIDEOGRAPHER:  Back on the record.  The | 12:21 |
| 6 | time is 12:21 p.m. | 12:21 |
| 7 | BY MR. MAO: | 12:21 |
| 8 | Q.   Good afternoon, Professor.  We're still back | 12:21 |
| 9 | on the record. | 12:21 |
| 10 | If you don't mind still staying on | 12:21 |
| 11 | Exhibit No. 5, please.  I'm still looking at that | 12:21 |
| 12 | paragraph 7. | 12:21 |
| 13 | A.   Let me find Exhibit No. 5. | 12:21 |
| 14 | Yes, I am there. | 12:22 |
| 15 | Q.   Do you agree with Mr. Sramek, at least in | 12:22 |
| 16 | your expertise, in your experience, that to find all | 12:22 |
| 17 | of the data sources that uses all incognito detection | 12:22 |
| 18 | bits inside Google would take months? | 12:22 |
| 19 | MR. ANSORGE:  Objection.  Mischaracterizes | 12:22 |
| 20 | Exhibit 5. | 12:22 |
| 21 | THE WITNESS:  I'm reading paragraph 7 again. | 12:22 |
| 22 | I'm not sure I can have an opinion about | 12:22 |
| 23 | this because even though I do have an understanding of | 12:23 |
| 24 | Google's system, a good one, to form opinions on the | 12:23 |
| 25 | topics I have in my report, since I never got access | 12:23 |

Page 110

```
 1    to the Google system myself, I don't know how        12:23
 2    streamlined it is or it is not, when it comes to     12:23
 3    essentially doing what is described here.             12:23
 4          And in particular the Court ordered this        12:23
 5    person -- I'm sorry.  I don't remember his name -- to 12:23
 6    attest that there are no other data sources at Google 12:23
 7    in which any field is used by anything to inferring   12:23
 8    incognito browser state in any form.                  12:23
 9          So without knowing more, I cannot make a        12:23
10    useful guess about how long it would take.           12:23
11    BY MR. MAO:
12       Q.   So the fact that Google can't locate all of  12:24
13    the incognito traffic and data in its architecture,  12:24
14    even after two years of litigation, is not a surprise 12:24
15    to you in your experience and expertise?             12:24
16          MR. ANSORGE:  Objection.  Mischaracterizes     12:24
17    prior testimony.  Vague and argumentative.           12:24
18          THE WITNESS:  I did not say this.  Because      12:24
19    the system is very complex, Mr. Mao, it is important  12:24
20    to be very careful with the words.                    12:24
21          So paragraph 7 says "data sources at            12:24
22    Google" -- "any other data sources at Google in which 12:24
23    any field is used by any team to infer incognito     12:24
24    browser state in any form."                           12:25
25          And I said that I cannot make an informed       12:25
```

Page 111

1    opinion on how many months or weeks or whatnot might        12:25

2    be required to do so in a hundred percent precise          12:25

3    manner that this case would require.                       12:25

4         You said something else.  You used different          12:25

5    words.                                                     12:25

6    BY MR. MAO:                                                12:25

7         Q.   Let me help rephrase this a little bit.          12:25

8              Go back and look at paragraph 2 on this.         12:25

9              Okay?                                            12:25

10             Because you might need the prompt -- the         12:25

11   prompt what the response was for.  That might help.        12:25

12        A.   Yeah.  Okay.                                     12:25

13        Q.   You recall you saw this in Exhibit 4?            12:25

14        A.   Yes.                                             12:25

15        Q.   It's the same Martin Sramek, is my              12:25

16   representation.                                            12:25

17        A.   Yes, yes, yes.  I recall that, yes.             12:25

18        Q.   Okay.  So my question to you is does this        12:25

19   surprise you that basically two months later and over      12:25

20   two years into the litigation, by the way, that Google     12:26

21   still cannot identify all of the incognito data in its     12:26

22   systems?                                                   12:26

23             MR. ANSORGE:  Same objection.                    12:26

24             THE WITNESS:  Paragraph 2 says that "Google      12:26

25   must provide plaintiffs with their representation in       12:26

                                        Page 112

| | | |
|---|---|---|
| 1 | writing that other than the logs identified, no other | 12:26 |
| 2 | such logs exist." | 12:26 |
| 3 | So I guess this paragraph says make sure | 12:26 |
| 4 | there are no other logs.  And based on the exhibits | 12:26 |
| 5 | that you showed me so far, apparently there were some | 12:26 |
| 6 | other logs; correct? | 12:26 |
| 7 | BY MR. MAO: | 12:26 |
| 8 | Q.    There were. | 12:26 |
| 9 | And so you see he identifies three bits but | 12:26 |
| 10 | he's saying that there may be other bits and would | 12:26 |
| 11 | take months for it to investigate. | 12:27 |
| 12 | And my question to you is:  Is that | 12:27 |
| 13 | surprising to you? | 12:27 |
| 14 | MR. ANSORGE:  Objection.  Mischaracterizes | 12:27 |
| 15 | Exhibit 5. | 12:27 |
| 16 | THE WITNESS:  In order to be able to give | 12:27 |
| 17 | you an accurate answer, can you tell me exactly what | 12:27 |
| 18 | you are asking me whether it surprises me or not? | 12:27 |
| 19 | BY MR. MAO: | 12:27 |
| 20 | Q.    That after two years of litigation, Google | 12:27 |
| 21 | still cannot figure out all of the bits that identify | 12:27 |
| 22 | incognito and where they sit within the architecture? | 12:27 |
| 23 | A.    My reading of this -- I'm not answering yet, | 12:27 |
| 24 | but I'm just pointing out to the fact that my reading | 12:27 |
| 25 | of this is not that Google cannot identify all places | 12:27 |

Page 113

```
 1   where related to incognito info may be.  It says it        12:27
 2   will take multiple months, something like that.  It        12:27
 3   doesn't say they cannot do it; right?                      12:28
 4        Q.   So if you were to go about locating all of       12:28
 5   the logs that contain incognito bits, how would you go     12:28
 6   about doing that, Professor, as an expert in this          12:28
 7   field?                                                     12:28
 8             MR. ANSORGE:  Objection.  Incomplete             12:28
 9   hypothetical.  Form, and compound.                         12:28
10             THE WITNESS:  I'm not sure I can answer that     12:28
11   question properly for a system that I have no access       12:28
12   to.  And that I would assume it's -- you know, it          12:28
13   started getting built many, many years ago, early         12:28
14   2000s.  You know, a lot of things are patched on top       12:28
15   of it while it is changing.                                12:29
16             So if I don't have access to it, maybe you       12:29
17   could ask some architect from Google.  But I don't         12:29
18   think I can reasonably answer this for this system,        12:29
19   given the level of access that I have to it.               12:29
20   BY MR. MAO:                                                12:29
21        Q.   What would you need to access in order to        12:29
22   ascertain?                                                 12:29
23        A.   I'm sorry.  Can you repeat?                      12:29
24        Q.   What would you need to access in order to        12:29
25   ascertain?                                                 12:29
```

Page 114

```
 1              MR. ANSORGE:  Objection.  Form.          12:29

 2              THE WITNESS:  Could you please rephrase?  12:29

 3    What do I need to access in order to?              12:29

 4    BY MR. MAO:                                        12:29

 5       Q.   Ascertain.  You said that you could not    12:29

 6    access right now.                                  12:29

 7              And I'm saying, well, how would you do that?  12:29

 8    What would you need to do, Professor?              12:29

 9       A.   In the absence of having -- since I have not  12:29

10    used the system, I don't have access to the system.  I  12:30

11    don't have a log-in.  I don't have the credentials  12:30

12    that very few people I would guess from Google have to  12:30

13    access all the logs everywhere.  I can't really make a  12:30

14    guess that would be of value.  I can talk in general  12:30

15    about such systems, but I don't see how this would be  12:30

16    relevant to this particular pretty large, probably  12:30

17    huge, I guess system.                              12:30

18       Q.   So would I be correct to say that you      12:30

19    yourself also do not know where all the incognito data  12:30

20    sits within Google's architecture?                 12:30

21       A.   Within Google's architecture, I do know,   12:30

22    based on the architectural documents that I have   12:31

23    reviewed.  And I can describe at the architecture  12:31

24    level where they would sit.                        12:31

25              But architecture is one thing.  And then  12:31
```

Page 115

```
 1    when you have a live system that is run for multiple      12:31

 2    years and a lot of logs are being created and they are    12:31

 3    in multiple places, that is another thing.                12:31

 4            I wouldn't be able to tell you because I          12:31

 5    don't know obviously, you know.  All the logs that --     12:31

 6    in Google may have incognito bits, obviously.             12:31

 7            You see, I'm drawing a difference between          12:31

 8    architecture, because this is what you said, and what     12:32

 9    are all these logs and what are all these logs and        12:32

10    what's the names, et cetera.                              12:32

11       Q.   Okay.  So you don't know where -- do you          12:32

12    know what all the logs are that contain incognito         12:32

13    bits?                                                     12:32

14            MR. ANSORGE:  Objection.  Vague.                   12:32

15    BY MR. MAO:                                               12:32

16       Q.   All these logs -- sorry.                          12:32

17            MR. ANSORGE:  Asked and answered.                  12:32

18            MR. MAO:  Sorry.  You done with your               12:32

19    objections?                                               12:32

20            Joey, I don't know if you can see, your           12:32

21    mouth is actually below the line so I actually can't      12:32

22    see you when you're objecting.  Sorry.  That's why I      12:32

23    interrupted because you dipped below your line.  And      12:32

24    then I was like, oh, so -- so that's -- again, the        12:32

25    body queues that we're missing from the live depo.        12:32
```

Page 116

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. MAO: | 12:32 |
| 2 |     Q.   So, Professor, let me re-ask. | 12:32 |
| 3 |         Do you know what Google is doing with all of | 12:32 |
| 4 | the data that has incognito bits? | 12:33 |
| 5 |         MR. ANSORGE:  Objection.  Vague.  Form.  And | 12:33 |
| 6 | calls for speculation. | 12:33 |
| 7 |         THE WITNESS:  If you could give me an | 12:33 |
| 8 | example, like a scenario, that could be very helpful | 12:33 |
| 9 | for me to answer accurately.  For example, you asked | 12:33 |
| 10 | me if I know what Google does with all the data that | 12:33 |
| 11 | also having incognito? | 12:33 |
| 12 |         Which data?  Which scenario?  At which log? | 12:33 |
| 13 |         And I do have -- I'm going to say it again, | 12:33 |
| 14 | I do have a number of scenarios myself that I describe | 12:33 |
| 15 | in my report.  But you can ask me about others too, | 12:33 |
| 16 | other scenarios. | 12:33 |
| 17 |         But so general, I don't really, you know -- | 12:33 |
| 18 | so forgive me, but you need to understand the | 12:33 |
| 19 | following:  For a technical expert, you understand, | 12:33 |
| 20 | right, it has to be more specific. | 12:34 |
| 21 | BY MR. MAO: | |
| 22 |     Q.   Yeah.  And you'd be surprised, Professor, | 12:34 |
| 23 | but for a lawyer, you also have to be more specific. | 12:34 |
| 24 | And that's why I'm trying to ask for your help because | 12:34 |
| 25 | I'm hoping maybe the technical person could help me | 12:34 |

Page 117

```
 1    understand.                                          12:34

 2           Because if you look at paragraph 7, I         12:34

 3    actually don't know what other bits may exist out    12:34

 4    there; right?                                         12:34

 5           So what I'm asking you is:  First, do you     12:34

 6    know what these other bits are?  And if not, how do I 12:34

 7    go about finding them?                                12:34

 8           MR. ANSORGE:  Yeah.  Objection.  Vague.       12:34

 9    Asked and answered.  Form.  Calls for speculation.    12:34

10    Compound.  And foundation as well.                    12:34

11    BY MR. MAO:                                           12:34

12       Q.   Again, no, Professor.  This was filed last   12:34

13    night so I don't have any more information than this, 12:34

14    and that's why I'm asking you those two questions;    12:34

15    right?                                                12:34

16           Do you know what else he's talking about and  12:34

17    how do I go about finding those?                      12:35

18           MR. ANSORGE:  Counsel, he's already told you  12:35

19    he wasn't involved with this investigation, and...    12:35

20           THE WITNESS:  I don't know.                    12:35

21    BY MR. MAO:                                           12:35

22       Q.   So you don't snow what these other bits are  12:35

23    and you wouldn't know how to go find them?            12:35

24           MR. ANSORGE:  Yeah.  Objection.               12:35

25    Mischaracterizes Exhibit 5.  Compound.  And asked and 12:35
```

Page 118

| | | |
|---|---|---|
| 1 | answered many times over now, Mr. Mao. | 12:35 |
| 2 | THE WITNESS:  Which bits, again, are you | 12:35 |
| 3 | talking about?  I'm reading paragraph 7.  "There are | 12:35 |
| 4 | no other data sources at Google in which any field is | 12:35 |
| 5 | used by any team to infer incognito browser state in | 12:35 |
| 6 | any form." | 12:35 |
| 7 | I would not -- no, I do not know what | 12:35 |
| 8 | specifically he might be referring to with this | 12:35 |
| 9 | sentence. | 12:35 |
| 10 | BY MR. MAO: | 12:35 |
| 11 | Q.   So you, as Google's expert, you also don't | 12:35 |
| 12 | know. | 12:36 |
| 13 | Isn't that correct? | 12:36 |
| 14 | MR. ANSORGE:  Objection.  Form.  Asked and | 12:36 |
| 15 | answered. | 12:36 |
| 16 | THE WITNESS:  I don't know if he's taking | 12:36 |
| 17 | the sentence from the Court order. | 12:36 |
| 18 | So it says "other data sources at Google," | 12:36 |
| 19 | data sources.  A lot of things could be in which any | 12:36 |
| 20 | field, any field, anything that dates anywhere, in any | 12:36 |
| 21 | data source, is used by anything to infer incognito | 12:36 |
| 22 | browser state in any form. | 12:36 |
| 23 | If this is what the Court ordered -- or at | 12:36 |
| 24 | least this is his understanding of what this -- of | 12:37 |
| 25 | what the Court ordered, this is a very general type of | 12:37 |

Page 119

1    search.                                                      12:37

2          So I cannot go into some specific bits.  I            12:37

3    could not say these are all the bits that they pop up       12:37

4    in my mind, especially given that I am not the              12:37

5    architect of the system; right?  Or an architect           12:37

6    within Google that for years has been working with         12:37

7    this system to, you know...                                 12:37

8    BY MR. MAO:

9          Q.   Did you ask for access to Google's systems?     12:37

10          MR. ANSORGE:  Objection.  Asked and answered         12:37

11    at least three or four times now, Mr. Mao.                 12:37

12          MR. MAO:  No.  He testified that he didn't           12:37

13    have access to the systems.  Now I'm asking him if he      12:37

14    asked for access to the systems.                           12:37

15          Go read the transcript, Mr. Ansorge.                 12:37

16          THE WITNESS:  No, I did not ask.                     12:37

17    BY MR. MAO:                                                 12:38

18          Q.   Why did you think it was not necessary to       12:38

19    ask?                                                        12:38

20          A.   Because the opinions that I have reached        12:38

21    were fully supported already by the source documents       12:38

22    that I have listed.                                         12:38

23          And I'm going to say it again, I'll be happy         12:38

24    to go through the opinions and the details of the          12:38

25    opinions and walk you through about why I'm saying         12:38

Veritext Legal Solutions
866 299-5127

 1    that they are fully supported.                              12:38

 2          I didn't think that I need to have full             12:38

 3    access in order to do a good job in forming the 13        12:39

 4    opinions that I have formed.                               12:39

 5      Q.   Similar question:  Why did you not ask for        12:39

 6    access to data sources outside of what was listed in      12:39

 7    your expert report?                                        12:39

 8      A.   I believe the answer is also very similar.        12:39

 9    It's the same answer.  I was confident about the -- I     12:39

10    am confident about the validity, the merit of the         12:39

11    opinions I am listing in my report and analyzing.         12:39

12          Based on all these sources that I have             12:39

13    listed -- and for the record, there are a lot of          12:40

14    sources.  I have to go through many, many, many           12:40

15    documents, as you can see.  So it's not that I didn't     12:40

16    go through a lot of documents.                             12:40

17      Q.   And the additional information you saw from       12:40

18    the two Martin Sramek declarations did not change your    12:40

19    opinion as to whether or not you need to access           12:40

20    additional data sources.                                  12:40

21          Isn't that correct?                                12:40

22      A.   It is correct.  I do not think that I need        12:40

23    to see additional.                                         12:40

24      Q.   And those additional declarations didn't          12:40

25    cause you to change your opinion that you did not need    12:40

Page 121

| | | |
|---|---|---|
| 1 | access to Google's systems. | 12:41 |
| 2 | Is that correct? | 12:41 |
| 3 | A.   It is correct.  For the reason I described | 12:41 |
| 4 | already, it's more logs. | 12:41 |
| 5 | Q.   Have you ever been in a situation where | 12:41 |
| 6 | software works differently than what is described in | 12:41 |
| 7 | the documentation? | 12:41 |
| 8 | MR. ANSORGE:  Objection.  Vague.  Ambiguous. | 12:41 |
| 9 | Incomplete hypothetical.  Calls for speculation. | 12:41 |
| 10 | THE WITNESS:  I can't recall a situation off | 12:41 |
| 11 | the top of my head.  But if you do have something in | 12:41 |
| 12 | mind, meaning if you have some -- some example, | 12:41 |
| 13 | some -- preferably to keep this tight, related to the | 12:41 |
| 14 | data at issue and the case at issue where software is | 12:42 |
| 15 | not doing what the document that is describing the | 12:42 |
| 16 | software it should be doing is doing, should I repeat | 12:42 |
| 17 | this, where the software is not doing what the | 12:42 |
| 18 | document says that it should be doing, I will be more | 12:42 |
| 19 | than happy to go through it. | 12:42 |
| 20 | BY MR. MAO: | 12:42 |
| 21 | Q.   Okay.  So still at Mr. Sramek's declaration, | 12:42 |
| 22 | paragraph 7, have you seen any documentation on these | 12:42 |
| 23 | additional incognito bits that he's referring to that | 12:42 |
| 24 | he has not yet had time to go find? | 12:42 |
| 25 | MR. ANSORGE:  Objection.  Vague. | 12:42 |

Page 122

| | | |
|---|---|---|
| 1 | Mischaracterizes Exhibit 5. | 12:42 |
| 2 | THE WITNESS:  So he's not referring to | 12:43 |
| 3 | additional incognito bits.  Again, I'm trying to be | 12:43 |
| 4 | precise, especially with technical stuff.  He is | 12:43 |
| 5 | saying something different.  He said "no other data | 12:43 |
| 6 | sources in which any field is used by anything to | 12:43 |
| 7 | infer incognito browser state." | 12:43 |
| 8 | These are not -- he's not talking about any | 12:43 |
| 9 | incognito bits here. | 12:43 |
| 10 | And perhaps I could bring to the discussion | 12:43 |
| 11 | now the following piece of information -- it is in my | 12:43 |
| 12 | report, too -- that this may be a incognito bit for | 12:43 |
| 13 | which I expressed an opinion.  And as you can see from | 12:43 |
| 14 | my report -- I'm not going to go in the report | 12:43 |
| 15 | paragraph now.  You didn't ask for it.  I'm just | 12:43 |
| 16 | trying to help here and say something. | 12:43 |
| 17 | It's basically based in the absence of the | 12:43 |
| 18 | X-Client-Data header.  So keep this in mind, because | 12:43 |
| 19 | this may help understand better, I guess what he's | 12:43 |
| 20 | saying here.  Because he says, "There are no other | 12:44 |
| 21 | data sources in which any field is used to infer | 12:44 |
| 22 | incognito browser state." | 12:44 |
| 23 | So the field that is used to infer incognito | 12:44 |
| 24 | browser state cited both by Mr. Hochman and myself is | 12:44 |
| 25 | the X-Client-Data header.  So you see what I mean, | 12:44 |

Page 123

```
 1    there are no incognito --                          12:44

 2    BY MR. MAO:                                        12:44

 3        Q.   But how do you know that from paragraph 7;  12:44

 4    that the other sources are dependent upon the X-Client  12:44

 5    Data header.                                       12:44

 6            MR. ANSORGE:   Objection.   Mischaracterizes  12:44

 7    prior testimony.   Mischaracterizes Exhibit 5, the  12:44

 8    Sramek declaration.                                12:44

 9            THE WITNESS:   This is not what I said.   I'm  12:44

10    not saying that -- so let me clarify.              12:44

11            I understand this is a technical discussion.  12:44

12    So I am not saying that when he says "in which any  12:44

13    field it must be the X-Client-Data header."        12:45

14            And I don't really want to go into what he  12:45

15    may or he may not mean.   I'm trying to help here  12:45

16    saying the following:   That there is no reference to  12:45

17    additional incognito bits in this paragraph other than  12:45

18    the three incognito bits in quotation marks.       12:45

19            And I am further explaining that the        12:45

20    maybeChromeincognito bit for which I am offering an  12:45

21    opinion in my report, opinion 8, is basically set  12:45

22    based on the absence of the so-called X-Client-Data  12:45

23    header.   That's all I'm saying.                   12:45

24            So it is the X-Client-Data header that it's  12:45

25    a possible field used to infer incognito.   It is used  12:45
```

Page 124

| | | |
|---|---|---|
| 1 | in the case of inferring incognito when it comes to | 12:45 |
| 2 | the maybeChromeincognito bit.  That's all I'm saying. | 12:46 |
| 3 | BY MR. MAO: | 12:46 |
| 4 | Q.   Right. | 12:46 |
| 5 | So have you asked for a list of all data | 12:46 |
| 6 | fields in which Google uses in order to infer | 12:46 |
| 7 | incognito traffic? | 12:46 |
| 8 | MR. ANSORGE:  Objection.  Asked and | 12:46 |
| 9 | answered. | 12:46 |
| 10 | THE WITNESS:  I have not because my opinion | 12:46 |
| 11 | after reviewing this hundreds of documents is that the | 12:46 |
| 12 | field that could be uses to infer incognito browser | 12:46 |
| 13 | state mode is the absence of X-Client-Data header, as | 12:46 |
| 14 | I described in my report and also as Mr. Hochman | 12:46 |
| 15 | described in his report.  Meaning both experts here | 12:46 |
| 16 | agree on this topic, meaning Mr. Hochman as well says, | 12:46 |
| 17 | when he discusses the maybeChromeincognito bit, that | 12:46 |
| 18 | is set in the absence of the X-Client-Data header, | 12:47 |
| 19 | so... | 12:47 |
| 20 | BY MR. MAO: | 12:47 |
| 21 | Q.  So have you asked for a list of all signals | 12:47 |
| 22 | upon which Google would use to infer incognito usage? | 12:47 |
| 23 | MR. ANSORGE:  Objection.  Form.  And asked | 12:47 |
| 24 | and answered. | 12:47 |
| 25 | THE WITNESS:  I have -- let me first clarify | 12:47 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | that.  I don't know what you mean by a signal.  You | 12:47 |
| 2 | know, different words have different -- they can have | 12:47 |
| 3 | meaning on their own. | 12:47 |
| 4 | But regardless, I have not asked Google to | 12:47 |
| 5 | provide me with a list of fields, as I said.  I have | 12:48 |
| 6 | not.  They might be used to infer incognito browser. | 12:48 |
| 7 | Because, again, as I said... | 12:48 |
| 8 | BY MR. MAO: | |
| 9 | Q.  As you said, sir? | 12:48 |
| 10 | A.  Yeah.  As I said from the -- or you can | 12:48 |
| 11 | actually read my -- I'm going to just repeat myself. | 12:48 |
| 12 | You could just read -- I don't mind repeating it | 12:48 |
| 13 | frankly because I'm going to say the exact same thing. | 12:48 |
| 14 | The absence of the X-Client-Data header is | 12:48 |
| 15 | what Google uses to set or not set the so-called | 12:48 |
| 16 | maybeChromeincognito bit, as stated in both | 12:48 |
| 17 | Mr. Hochman's report and my report.  And after | 12:48 |
| 18 | reviewing all the documents, any presence of this | 12:48 |
| 19 | knowledge, I did not believe that there is a need to | 12:48 |
| 20 | ask Google for any other lists about this. | 12:49 |
| 21 | Q.  And it is your opinion that Google does not | 12:49 |
| 22 | use any other data fields to infer incognito usage? | 12:49 |
| 23 | Is that correct? | 12:49 |
| 24 | MR. ANSORGE:  Objection.  Mischaracterizes | 12:49 |
| 25 | prior testimony. | 12:49 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | THE WITNESS:  Can you repeat the question | 12:49 |
| 2 | one more time? | 12:49 |
| 3 | MR. MAO:  Yeah. | 12:49 |
| 4 | Ms. Court Reporter, Katy, can you please | 12:49 |
| 5 | read that back?  Thank you. | 12:49 |
| 6 | (Court reporter reads back.) | 12:49 |
| 7 | THE WITNESS:  To the best of my knowledge, | 12:50 |
| 8 | yes. | 12:50 |
| 9 | BY MR. MAO: | 12:50 |
| 10 | Q.   Okay.  Now back to your opinion No. 1, okay, | 12:50 |
| 11 | which is that "users cannot be readily identified for | 12:50 |
| 12 | the data at issue." | 12:50 |
| 13 | Have you asked from Google for a full list | 12:50 |
| 14 | of all the ways in which Google uses to reidentify | 12:50 |
| 15 | users? | 12:50 |
| 16 | MR. ANSORGE:  Objection.  Vague.  Compound. | 12:50 |
| 17 | Mischaracterizes Exhibit 1. | 12:50 |
| 18 | THE WITNESS:  It would help a lot if we are | 12:50 |
| 19 | a bit more specific, Mr. Mao. | 12:50 |
| 20 | For example, as a first point, as a first | 12:50 |
| 21 | matter, we are talking about the data at issue in this | 12:50 |
| 22 | case; correct?  So we are only interested in the | 12:51 |
| 23 | alleged identification from the data at issue, which | 12:51 |
| 24 | is when a user is in private browsing mode, it's not | 12:51 |
| 25 | logged into a Google account and it is visiting a | 12:51 |

Page 127

1    non-Google website, pretty much pasted -- copy pasted        12:51

2    from the complaint.                                          12:51

3            So if you want to restate the question that          12:51

4    it's a little bit more specific, it would be immensely       12:51

5    helpful.                                                     12:51

6    BY MR. MAO:                                                  12:51

7        Q.   Sure.                                               12:51

8            But you previously testified that you didn't         12:51

9    ask for a full list of all the relevant data logs in        12:51

10   this case.                                                   12:51

11           So how would you even know what data is              12:51

12   relevant and at issue in this case, sir?                     12:51

13           MR. ANSORGE:   Objection.  Vague.                    12:51

14   Mischaracterizes prior testimony.  And --                    12:51

15   BY MR. MAO:                                                  12:52

16       Q.   This is you clarifying me; right?  So I'm           12:52

17   asking you:                                                  12:52

18           How did you come to that determination of           12:52

19   what was relevant and what was not?                          12:52

20       A.   The data at issue, Mr. Mao, are very clearly        12:52

21   described in the Complaint and in my report.  And I          12:52

22   can go through them if you wish now.                         12:52

23       Q.   Right.                                              12:52

24           But you have specific sources; right?  You          12:52

25   confine the analysis to certain sources.  And I'm            12:52

| | | |
|---|---|---|
| 1 | asking you how did you make a determination sources -- | 12:52 |
| 2 | of the sources, that those were the relevant sources? | 12:52 |
| 3 | That's my question. | 12:52 |
| 4 | That was what we were arguing about, are we | 12:52 |
| 5 | not?  That's what I'm trying to understand, Professor. | 12:52 |
| 6 | MR. ANSORGE:  Objection.  Form.  Vague, and | 12:52 |
| 7 | compound. | 12:52 |
| 8 | THE WITNESS:  I ask for the documentation | 12:52 |
| 9 | related to topics that they are described in the | 12:53 |
| 10 | Complaint and in Mr. Hochman's report because recall, | 12:53 |
| 11 | this is a rebuttal to Mr. Hochman's report.  And I | 12:53 |
| 12 | received documentation.  And then I may ask for more | 12:53 |
| 13 | documentation about these topics, and I receive more | 12:53 |
| 14 | documentation. | 12:53 |
| 15 | At some point I determine that I have | 12:53 |
| 16 | received enough documentation.  And together with all | 12:53 |
| 17 | the other sources that I have identified directly | 12:53 |
| 18 | myself, directly myself meaning they are public | 12:53 |
| 19 | documents, allow me to reach an opinion, and I can | 12:53 |
| 20 | stand hundred percent behind it based on what I have | 12:53 |
| 21 | reviewed up to that point. | 12:54 |
| 22 | So that's how I go about it. | 12:54 |
| 23 | (Plaintiffs' Exhibit 6 was | 12:54 |
| 24 | marked for identification.) | 12:54 |
| 25 | /// | |

Page 129

```
 1   BY MR. MAO:                                      12:54

 2       Q.   Okay.  Let me go into Exhibit -- this is  12:54

 3   No. 6.  It should be a document entitled "Incognito  12:54

 4   Events Labeling."                                12:54

 5       A.   Let me figure this out.  Exhibit No. 6.  Let  12:54

 6   me refresh my --                                12:54

 7           MR. ANSORGE:  Is it named Exhibit No. 6,  12:54

 8   Counsel?                                         12:54

 9           MR. MAO:  Oh.  Sorry.  I think I forgot to  12:54

10   add the stamp.  Give me a sec.                  12:54

11           Okay.  Probably fixed it.               12:54

12           THE WITNESS:  I opened it up.  Give me a  12:55

13   second to download.                             12:55

14           MR. MAO:  Take your time, Professor.     12:55

15   Because I'm going to ask you if you were aware of this  12:55

16   other incognito signal.                         12:55

17           THE WITNESS:  Okay.  So this is -- okay.  12:55

18           Yeah.  I'm trying to figure out if I've seen  12:55

19   this before, and I don't think I have.  It's not  12:56

20   listed on my report for sure.  So let me just go  12:56

21   through it.                                     12:56

22           How many pages?                         12:56

23           MR. MAO:  Please.                       12:56

24   BY MR. MAO:                                     12:56

25       Q.   You know my next question is going to be --  12:56
```

Page 130

| | | |
|---|---|---|
| 1 | A.   I don't know. | 12:56 |
| 2 | Q.   Yes, you do. | 12:56 |
| 3 | A.   So should I -- | 12:56 |
| 4 | Q.   Yeah.  Read it. | 12:56 |
| 5 | A.   I'm going to go through the whole thing. | 12:56 |
| 6 | Q.   I've got time.  You've got time. | 12:56 |
| 7 | A.   Sounds good. | 12:56 |
| 8 | I have reached page I guess 7798. | 12:56 |
| 9 | Do you want me to continue reading | 12:59 |
| 10 | everything? | 12:59 |
| 11 | Q.   Yeah.  Please. | 12:59 |
| 12 | A.   I'm searching the document, if you don't | 12:59 |
| 13 | mind for some stuff, so if you see me typing, that's | 12:59 |
| 14 | the only reason why. | 12:59 |
| 15 | And I will also, because I forgot to do so | 01:00 |
| 16 | download, the Exhibit 5.  I was looking at it directly | 01:00 |
| 17 | so let me do that too. | 01:00 |
| 18 | Okay.  I mean, I -- go for it.  I don't want | 01:04 |
| 19 | to use, you know, too much -- I've got an idea about | 01:04 |
| 20 | this document.  If you ask me a question so it's -- | 01:04 |
| 21 | because now I know what's going on with the document. | 01:04 |
| 22 | So let me go to this section of the document, or maybe | 01:04 |
| 23 | I can answer it immediately.  Go for it. | 01:05 |
| 24 | Q.   Sure. | 01:05 |
| 25 | Professor Psounis, have you ever considered | 01:05 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | this document before?  It's not on your list. | 01:05 |
| 2 | A.   It's not on my list, no. | 01:05 |
| 3 | Q.   Do you have a different opinion now | 01:05 |
| 4 | regarding whether or not there are other incognito | 01:05 |
| 5 | signals other than the X-Client-Data header? | 01:05 |
| 6 | A.   No.  Because this document is not related to | 01:05 |
| 7 | the data at issue.  Throughout the document, it's | 01:05 |
| 8 | talking about Zwieback cookies.  It also mentions | 01:05 |
| 9 | GAIA.  Other data at issue are for people, No. 1, | 01:05 |
| 10 | where they are signed out, so there's no GAIA.  And | 01:05 |
| 11 | No. 2, they are not visiting a Google site and hence | 01:05 |
| 12 | they get a Biscotti. | 01:05 |
| 13 | Q.   But if Zwieback signals are in the case, | 01:05 |
| 14 | then that is relevant to the case. | 01:05 |
| 15 | Wouldn't you agree? | 01:05 |
| 16 | MR. ANSORGE:  Objection.  Mischaracterizes | 01:05 |
| 17 | prior testimony.  Calls for speculation.  Calls for | 01:05 |
| 18 | legal conclusion. | 01:05 |
| 19 | BY MR. MAO: | 01:05 |
| 20 | Q.   I would challenge you, sir, to look at the | 01:06 |
| 21 | log sources again because Zwieback is in the case. | 01:06 |
| 22 | A.   To look at where? | 01:06 |
| 23 | Q.   That's a good question for you, sir.  You're | 01:06 |
| 24 | this the one that's supposed to know all the relevant | 01:06 |
| 25 | sources. | 01:06 |

Veritext Legal Solutions
866 299-5127

```
 1              MR. ANSORGE:  Objection.  Argumentative.        01:06

 2              THE WITNESS:  Okay.  Let me repeat again,        01:06

 3       my -- what is your answer -- what is your question?     01:06

 4       BY MR. MAO:                                             01:06

 5          Q.   My question is:  If this is an incognito        01:06

 6       signal for Zwiebacks, and Zwiebacks are in the case,    01:06

 7       wouldn't you agree that this is a different signal      01:06

 8       than the X-Client-Data header?                          01:06

 9              MR. ANSORGE:  Objection.  Mischaracterizes       01:06

10       Exhibit 6.                                              01:06

11              THE WITNESS:  I'm going to break it into         01:06

12       pieces.  Let's first go with the first piece.  Because  01:06

13       I'm going to through my own report now, if you don't    01:06

14       mind.                                                   01:06

15              So let me first repeat what I said about the     01:07

16       Zwieback cookie.  This case is about users that they    01:07

17       are logged out and visit a non-Google website.  In     01:08

18       this case, they will get a Biscotti ID.                 01:08

19              I do include in my report why there are          01:08

20       places where I also refer to the Zwieback ID which is   01:08

21       specific to Google websites because I'm rebutting       01:08

22       Mr. Hochman's report, and he does refer to it a number  01:08

23       of times.                                               01:08

24              But the fact of the matter is that Exhibit 6     01:08

25       in this whole discussion is not about what happens      01:08
```

Page 133

```
 1    when you visit a non-Google website.  It's about when      01:08

 2    you visit a Google website.                                01:08

 3    BY MR. MAO:

 4        Q.   Let's clarify this very fundamental dispute       01:08

 5    you and I seem to be having.                               01:08

 6             Are you saying that in your experience, your      01:08

 7    expert opinion, is that you can't have a Zwieback          01:08

 8    while a user is on a third party website?                  01:09

 9        A.   No.  I did not -- I'm going to -- I did not       01:09

10    say that because a user may first go into a non-Google     01:09

11    website and then go to a Google website, and then both     01:09

12    of those things are going to end up in their jar.          01:09

13        Q.   Right.                                            01:09

14             So now let me ask you a question again:           01:09

15    Would a Zwieback with this signal, okay, would that be     01:09

16    a different signal than the X-Client-Data header for       01:09

17    the purposes of this case?  At least in some               01:09

18    situations?                                                01:09

19             MR. ANSORGE:  Objection.  Vague and              01:09

20    ambiguous.  Mischaracterizes Exhibit 6.                    01:09

21             THE WITNESS:  So there is proposal design         01:09

22    ideas discussed in Exhibit 6.  ██████████████             01:09

23    ████████████████████                                      01:10

24             And is this the -- so why don't you tell me       01:10

25    which particular field header, whatever, you are           01:10
```

Page 134

```
 1   referring to as a signal here?                          01:10

 2   BY MR. MAO:                                             01:10

 3        Q.   My question to you, sir, because it's my      01:10

 4   deposition, is actually how did you not know that       01:10

 5   there was an additional signal?                         01:10

 6        A.   Which of the --                               01:10

 7             MR. ANSORGE:  Objection.  Argumentative.      01:10

 8   Mischaracterizes Exhibit 6.  And assuming facts not in  01:10

 9   evidence, Mr. Mao.                                      01:10

10             THE WITNESS:  So which --                     01:10

11   BY MR. MAO:                                             01:10

12        Q.   Professor Psounis, can you answer the         01:10

13   question, please?                                       01:10

14        A.   Which signal are you referring to?           01:10

15        Q.   The one you just stated back to me.          01:10

16        A.   Which one was that?  I said a lot of things.  01:10

17             This is -- which signal, just to make         01:10

18   sure --                                                 01:10

19        Q.   ███████████████████████                       01:10

20        A.   I'm sorry.  Which one?                        01:10

21        Q.   ███████████████████████                       01:11

22        A.   Okay.  So you are referring to this new       01:11

23   ████████████████████, which is -- oh, okay.  97.        01:11

24             So let me read a little bit about this        01:11

25   ██████████████████ to understand specifically what its  01:11
```

Page 135

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | nature is.  Then -- | 01:11 |
| 2 |    Q.   You and I agree -- you and I agree that you | 01:11 |
| 3 | don't actually know what the signal is; right? | 01:11 |
| 4 |       MR. ANSORGE:  Why don't you let him | 01:11 |
| 5 | answer -- finish answering your questions.  And he was | 01:11 |
| 6 | in the middle of speaking. | 01:11 |
| 7 |       THE WITNESS:  If I read a little bit more | 01:11 |
| 8 | now targeted in the area of Exhibit 6 that talks | 01:11 |
| 9 | explicitly about the ███████, I'll do a search and | 01:11 |
| 10 | it's going to be relatively fast, I will be able to | 01:11 |
| 11 | get back to you about this. | 01:12 |
| 12 |       MR. MAO:  Okay.  Go ahead.  Please do that. | 01:12 |
| 13 |       THE WITNESS:  It happens.  It's fine.  It's | 01:12 |
| 14 | not accessible but it's okay.  It will just take a | 01:12 |
| 15 | little bit longer.  Apologies for that.  I'm trying to | 01:12 |
| 16 | search for the string and it's not working.  So I'll | 01:12 |
| 17 | just do it the old-fashioned way. | 01:12 |
| 18 |       Okay.  So now that I read the corresponding | 01:16 |
| 19 | parts of exactly how the logic works, I can answer | 01:16 |
| 20 | your question hopefully. | 01:16 |
| 21 | BY MR. MAO: | 01:16 |
| 22 |    Q.   Yeah. | 01:16 |
| 23 |       My question is:  Did you know about this | 01:16 |
| 24 | signal before you came to the deposition here today? | 01:16 |
| 25 |       MR. ANSORGE:  Objection.  Mischaracterizes | 01:16 |

Page 136

| | | |
|---|---|---|
| 1 | Exhibit 6 and assumes facts not in evidence. | 01:16 |
| 2 | THE WITNESS:  I did not refer to this signal | 01:17 |
| 3 | in my report. | 01:17 |
| 4 | Whether I know or I don't know, I'm trying | 01:17 |
| 5 | to remember if I had discussions or if I was looking | 01:17 |
| 6 | at it in the past, and I wouldn't know for sure but | 01:17 |
| 7 | it's not in my report. | 01:17 |
| 8 | BY MR. MAO: | 01:17 |
| 9 | Q.   And that you wouldn't know for sure because | 01:17 |
| 10 | you never asked for a list of all incognito signals. | 01:17 |
| 11 | Isn't that true? | 01:17 |
| 12 | A.   No.  I do not believe in the "because" part. | 01:17 |
| 13 | Q.   Okay.  Let's carry on with the torture. | 01:17 |
| 14 | I'll introduce you to another exhibit and | 01:17 |
| 15 | I'm going to ask you whether you know what this signal | 01:17 |
| 16 | is? | 01:17 |
| 17 | A.   Sure. | 01:17 |
| 18 | (Plaintiffs' Exhibit 7 was | 01:17 |
| 19 | marked for identification.) | 01:17 |
| 20 | MR. ANSORGE:  Objection.  Argumentative. | 01:17 |
| 21 | BY MR. MAO: | |
| 22 | Q.   Exhibit No. 7. | |
| 23 | A.   Exhibit 7.  Let me go through it. | 01:18 |
| 24 | I'm looking at it. | 01:18 |
| 25 | Q.   Please, take your time. | 01:18 |

Page 137

| | | |
|---|---|---|
| 1 | A.   I'm going to download it. | 01:18 |
| 2 | This is an email; correct?  So I assume I'm | 01:19 |
| 3 | summarizing.  Yes? | 01:19 |
| 4 | Q.   Yes. | 01:19 |
| 5 | A.   Okay.  Perfect.  So let me go through it. | 01:19 |
| 6 | It's a lot of conversation. | 01:19 |
| 7 | Do you want me to read the whole thing or -- | 01:20 |
| 8 | Q.   Yeah. | 01:20 |
| 9 | A.   Is there a place in the conversation -- | 01:20 |
| 10 | Q.   Yeah.  I'm going to ask you if you know what | 01:20 |
| 11 | this other incognito signal is. | 01:20 |
| 12 | A.   Which one? | 01:20 |
| 13 | Q.   The -- | 01:20 |
| 14 | A.   I don't know. | 01:20 |
| 15 | Q.   Well, I mean, I think it's pretty | 01:20 |
| 16 | self-explanatory if you read it. | 01:20 |
| 17 | A.   So what -- | 01:20 |
| 18 | MR. ANSORGE:  Objection.  Vague, ambiguous, | 01:20 |
| 19 | and argumentative. | 01:20 |
| 20 | When you ask him questions and then he can | 01:20 |
| 21 | provide -- | 01:20 |
| 22 | BY MR. MAO: | 01:20 |
| 23 | Q.   GWS IDs and experiment IDs, do you know | 01:20 |
| 24 | whether or not those are used as incognito signals? | 01:20 |
| 25 | A.   Which ID?  I'm sorry? | 01:20 |

Page 138

1       Q.   The document refers to -- refers to them as          01:20
2   GWS IDs and experiment IDs.                                    01:20
3            MR. ANSORGE:   Mr. Mao, why don't you refer          01:20
4   him to the specific part of the document.                     01:20
5            MR. MAO:   No.   I am referring to the               01:20
6   specific parts of the document.   I'm telling him what        01:20
7   the term is.   It's throughout the document, all seven        01:20
8   pages.                                                        01:20
9   BY MR. MAO:
10       Q.   Please take your time.
11           I'm going to ask you whether or not this is          01:20
12  another X-Client -- I'm sorry.   Whether it's another         01:21
13  incognito signal that you're aware of before you came         01:21
14  in here today.                                                01:21
15       A.   Okay.   I can read the whole thing.   I wasn't      01:21
16  trying to --                                                  01:21
17       Q.   No, no, no.   It was me and counsel arguing.        01:21
18       A.   Okay.                                               01:21
19           MR. ANSORGE:   Yeah.                                 01:21
20           And, Mr. Mao, you stated earlier you're             01:21
21  considered about time so we're trying to maybe speed          01:21
22  things up by directing him to a specific passage.   If        01:21
23  you're putting full documents before him, expecting           01:21
24  him to read the full aspect, obviously it's going to          01:21
25  take a long time.                                             01:21

Page 139

```
 1          MR. MAO:  We're almost done at the point in      01:21

 2    which he wants to take a break anyways for lunch.      01:21

 3    1:30.  So we've got nine minutes here on this.  Plenty 01:21

 4    of time.                                               01:21

 5          THE WITNESS:  So I read this document and        01:24

 6    essentially they are describing an experiment.         01:24

 7    Experiment IDs is a completely different base.  I can  01:24

 8    talk to you more about this.                           01:24

 9          As companies are running for short periods       01:24

10    of time specific experiments to improve their system,  01:24

11    my understanding by just -- again, I've never seen     01:25

12    this.  I haven't done a careful analysis.  But I can   01:25

13    tell you my understanding in this document is that     01:25

14    they are discussing about an experiment.  I don't know 01:25

15    if experiment actually took place.                     01:25

16          If it did, I don't know if you have evidence     01:25

17    to show me that indeed this experiment was actually    01:25

18    done.  I don't know how long it lasted.  I don't see   01:25

19    frankly why it's related to the case.                  01:25

20          So they run an experiment that -- actually       01:25

21    may have run an experiment.  And, again, if you have   01:25

22    evidence that it did run, great.                       01:25

23    BY MR. MAO:                                            01:25

24        Q.   Yeah.  I have evidence.  The first line, it   01:25

25    says "Currently, we don't send experiment IDs, thereby 01:25
```

Page 140

1    exposing to Google that the user is using incognito."    01:25

2          My first question is:  What is that    01:25

3    additional signal there, "experiment IDs"?    01:25

4          A.   I'm sorry, but this is not -- okay.  Wait.    01:25

5    But this is not proof that the experiment took place.    01:25

6    This sentence doesn't say that the experiment took    01:26

7    place.    01:26

8          This is an e-mail message between various    01:26

9    employees about the possibility to run an experiment,    01:26

10   and they are debating what experiment ID -- this is    01:26

11   what's called experiment ID.  They're inferring to    01:26

12   experiment IDs in general, whenever they want to run    01:26

13   an experiment.  And the GWS ID is the one that they    01:26

14   were discussing that may be the ID to use for this    01:26

15   particular experiment.    01:26

16         I'm not trying to, you know, judge anything    01:26

17   here.  But I'm just explaining to you what this is    01:26

18   about.    01:26

19         So I don't know if this experiment took    01:26

20   place.  I don't know if it did take place, how long it    01:26

21   lasted.  I don't know what is the purpose of this    01:26

22   experiment.    01:26

23         What I do know is that there is a lot of    01:26

24   discussion in this document about all these people    01:26

25   really worrying about, you know -- not worrying --    01:26

Page 141

```
 1    showing interest, if you wish, and for a good reason,      01:26

 2    to not break things in the sense that there are           01:27

 3    specific policies and rules that you cannot violate.      01:27

 4           So I guess they would never get approval to        01:27

 5    run the experiment if they were to violate these          01:27

 6    policies.                                                 01:27

 7           And I can see the discussion, you know, that       01:27

 8    they --                                                   01:27

 9           But in any case, at the bottom line here is        01:27

10    I don't know if this experiment took place.  If it        01:27

11    did, please let me know, if you know.                     01:27

12       Q.   Professor --                                      01:27

13       A.   Because I don't know for how long it lasted.      01:27

14       Q.   Professor, do you know what the "experiment       01:27

15    IDs" are referring to here, first line?                   01:27

16       A.   Experiment IDs is in general, we are going        01:27

17    to run an experiment.  We need to somehow indicate        01:27

18    that this is data related to experiment we are            01:27

19    running.  It's a very general tab.                        01:27

20           And GWS ID, which is the other term you told       01:27

21    me about, is the specific IDs that they have been         01:27

22    using in the past and they are considering to use them    01:27

23    for this experiment that they are referring to here.      01:27

24       Q.   But do you know whether or not experiment         01:28

25    IDs are used for incognito mode?                          01:28
```

Page 142

```
 1        A.   During an experiment that may or may not    01:28

 2   have taken place, how -- why is this --               01:28

 3        Q.   It says "Currently."  It doesn't show that  01:28

 4   it's currently in place.  It says "Currently," sir.   01:28

 5        A.   Yeah.  "Currently, we do not send experiment 01:28

 6   IDs."  That's --                                      01:28

 7        Q.   Thereby exposing to Google that the user is 01:28

 8   in incognito.                                         01:28

 9             That's not an additional signal?            01:28

10             MR. ANSORGE:  Yeah.  Objection.             01:28

11   Argumentative.  Asked and answered.  Mischaracterizes 01:28

12   Exhibit 7.                                            01:28

13   BY MR. MAO:                                           01:28

14        Q.   Okay.  Sir --                               01:28

15        A.   Go for --                                   01:28

16        Q.   -- experiment IDs before you --             01:28

17             THE COURT REPORTER:  Hang on a second.  I   01:28

18   didn't --                                             01:28

19             THE WITNESS:  I'm going to stop and I'm     01:28

20   going to only answer -- I want to help, so I don't    01:28

21   want to be -- so go for it.  Go for you question.  I'm 01:28

22   going to answer.                                      01:28

23   BY MR. MAO:                                           01:28

24        Q.   Yeah.                                       01:28

25             Did you know about experiment IDs as a way  01:28
```

Page 143

```
 1    of exposing to Google that the user is in incognito        01:29

 2    before you came into this deposition today?                01:29

 3         A.   I am aware of the fact that Google, like         01:29

 4    pretty much all other software companies, run              01:29

 5    experiments with their system.  In order to run            01:29

 6    experiments with their system, and in particular in        01:29

 7    the case of Google, given the type of system they          01:29

 8    have, they need to indicate somehow which parts of         01:29

 9    their system are now being used to run an experiment.      01:29

10    This is what they mean here by "experiment IDs."           01:29

11         Q.   Sir, you had no idea before you came into        01:29

12    this room today that they were also -- they were also      01:29

13    able to use this signal.                                   01:29

14              Isn't that correct?                              01:29

15              MR. ANSORGE:  Objection.  Argumentative.         01:29

16    Mischaracterizes Exhibit 7.                                01:29

17              MR. MAO:  He's avoiding my question.             01:29

18              THE WITNESS:  No.  This is not correct.  It      01:29

19    is actually wrong.  Let me again explain to you what       01:29

20    is going on here.                                          01:29

21              The experiment IDs here is not referring to      01:29

22    a specific ID.  It is referring to a group of              01:30

23    potential IDs that engineers may use during an             01:30

24    experiment for the purpose of the experiment.             01:30

25              And what this particular experiment is           01:30
```

Page 144

| | | |
|---|---|---|
| 1 | about, as it is described in this message, is such | 01:30 |
| 2 | that if they were to send the particular experiment ID | 01:30 |
| 3 | that they are discussing about in the context of this | 01:30 |
| 4 | experiment, they worry that they may expose to Google | 01:30 |
| 5 | that the user is using incognito mode. | 01:30 |
| 6 | This is a discussion about, and they are | 01:30 |
| 7 | going on and on about how should we do this?  How | 01:30 |
| 8 | should we set it up? | 01:30 |
| 9 | So my answer to you is -- yes. | 01:30 |
| 10 | My answer to you is -- my answer to you is I | 01:30 |
| 11 | don't know if this is relevant because I don't know if | 01:31 |
| 12 | this experiment took place, and I don't know for how | 01:31 |
| 13 | long it lasted.  And I don't even know if they | 01:31 |
| 14 | actually end up using the GWS ID for this particular | 01:31 |
| 15 | experiment they are talking about.  That's what I'm | 01:31 |
| 16 | saying. | 01:31 |
| 17 | BY MR. MAO: | 01:31 |
| 18 | Q.   Do you know what these experiment IDs are? | 01:31 |
| 19 | MR. ANSORGE:  Objection.  Vague. | 01:31 |
| 20 | Mischaracterizes Exhibit 7. | 01:31 |
| 21 | BY MR. MAO: | 01:31 |
| 22 | Q.   Like what IDs are they talking about here? | 01:31 |
| 23 | A.   When someone uses the phrase "experiment | 01:31 |
| 24 | IDs," they are referring to IDs that engineers may use | 01:31 |
| 25 | to be able to execute the experiment in the context of | 01:31 |

Page 145

| | | |
|---|---|---|
| 1 | a large system that handles a lot of data.  They are | 01:31 |
| 2 | not referring to specific ID by the word -- by the | 01:31 |
| 3 | words "experiment IDs."  They say -- how should I put | 01:31 |
| 4 | this? | 01:31 |
| 5 | Q.   Can you give me an example -- | 01:31 |
| 6 | MR. ANSORGE:  Mr. Mao, please stop | 01:31 |
| 7 | interrupting the witness.  Please.  We've asked | 01:32 |
| 8 | politely repeatedly.  But now we're at the point where | 01:32 |
| 9 | it's verging on harassment, sir.  Please, let him | 01:32 |
| 10 | answer your questions. | 01:32 |
| 11 | BY MR. MAO: | 01:32 |
| 12 | Q.   I'm literally just going to ask you what IDs | 01:32 |
| 13 | do you think this might be?  Google IDs.  Google IDs | 01:32 |
| 14 | that you actually know. | 01:32 |
| 15 | A.   Okay.  I'm going to try again to explain | 01:32 |
| 16 | this.  Perhaps -- perhaps the lack of technical | 01:32 |
| 17 | expertise from your part is causing this particular | 01:32 |
| 18 | miscommunication.  Let me try again.  Maybe I'm doing | 01:32 |
| 19 | a bad job, so... | 01:32 |
| 20 | In the context of a software company, every | 01:32 |
| 21 | now and then they conduct experiments.  When the | 01:32 |
| 22 | company handles data, they don't want to run the | 01:32 |
| 23 | experiments in the complete data flow, so they use | 01:32 |
| 24 | experiment IDs, meaning IDs for the purpose of this | 01:32 |
| 25 | experiment. | 01:33 |

Page 146

| | | |
|---|---|---|
| 1 | So all I'm saying is that the term | 01:33 |
| 2 | "experiment IDs" is not referring to specific ID. | 01:33 |
| 3 | That's all I am saying. | 01:33 |
| 4 | Is this clear now, I hope? | 01:33 |
| 5 | Whereas the GWS ID is a specific -- | 01:33 |
| 6 | Q.   So what is -- what is a GWS ID, sir? | 01:33 |
| 7 | A.   I do not remember off the top of my head | 01:33 |
| 8 | what a GWS ID is.  I read something about it in this | 01:33 |
| 9 | e-mail exchange, but I don't remember exactly what it | 01:33 |
| 10 | is. | 01:33 |
| 11 | Q.   I'm going to give you a hint.  GWS ID is | 01:33 |
| 12 | absolutely quintessential to this case. | 01:33 |
| 13 | Do you know what GWS ID is? | 01:33 |
| 14 | You don't know?  Not off the top of your | 01:33 |
| 15 | head? | 01:33 |
| 16 | MR. ANSORGE:  Objection.  Argumentative. | 01:33 |
| 17 | And it's not a memory test, Mr. Mao.  I mean, if you | 01:34 |
| 18 | have specific documents -- | 01:34 |
| 19 | MR. MAO:  It is when he's your expert. | 01:34 |
| 20 | MR. ANSORGE:  No, no.  It's not what the | 01:34 |
| 21 | complicated -- | 01:34 |
| 22 | MR. MAO:  Yes, it is. | 01:34 |
| 23 | MR. ANSORGE:  And we are at way past when | 01:34 |
| 24 | you promised us a lunch break as well.  So at some | 01:34 |
| 25 | point I think we're going to have a little bit of a | 01:34 |

Page 147

```
 1    break, aren't we?                                      01:34

 2         MR. MAO:  We will.  And if you talk to him        01:34

 3    to try to coach him during the break, I will           01:34

 4    absolutely get that out.                               01:34

 5    BY MR. MAO:                                             01:34

 6         Q.   So what is a GW ID, sir?  GWS ID?            01:34

 7         A.   I don't remember off the top of my head.     01:34

 8    Give me a second to go -- if you are -- why don't you  01:34

 9    share -- why don't you share some additional documents 01:34

10    with me.  Maybe a document that defines the GWS ID.    01:34

11    Maybe you could share Mr. Hochman's report that you    01:34

12    may be referring to the GWS ID.  May or may not.  I    01:34

13    don't know.  I'm not accessing anything other than the 01:34

14    exhibits.                                              01:34

15         I did inspect my own report and I searched        01:34

16    for the string GWS and it's not showing up.            01:34

17         So it -- it is not a memory test.  It's a         01:35

18    very, very large number of documents and there are     01:35

19    actually a lot of IDs and a lot of settings and        01:35

20    scenarios.  So just, you know, if -- any data you show  01:35

21    me, I will be happy to -- any exhibits you provide to  01:35

22    me, I will be happy to go through them to recall what  01:35

23    a GWS ID is.                                           01:35

24         I already told you what is experimental IDs.      01:35

25         So we can do this before or after lunch.  If      01:35
```

Page 148

| | | |
|---|---|---|
| 1 | you think it's going to take a long time, let's do it | 01:35 |
| 2 | after lunch.  But, you know, I -- | 01:35 |
| 3 | Q.   How much time have you spent preparing for | 01:35 |
| 4 | this case -- or working on this case?  Sorry.  How | 01:35 |
| 5 | much time have you spent working on this case?  Strike | 01:35 |
| 6 | my prior question. | 01:35 |
| 7 | A.   Let me think.  About 200 hours. | 01:35 |
| 8 | Q.   How many documents do you think you went | 01:36 |
| 9 | through? | 01:36 |
| 10 | A.   Hundred.  Provided by, you know, Google and | 01:36 |
| 11 | others, plus a lot of other documents I have looked | 01:36 |
| 12 | myself in public space. | 01:36 |
| 13 | Q.   Sitting here today, right now, without | 01:36 |
| 14 | further assistance, you don't know what experiment IDs | 01:36 |
| 15 | and you don't know what GWS IDs they are referring to, | 01:36 |
| 16 | GWS IDs? | 01:36 |
| 17 | A.   First, I already told you what experiment | 01:36 |
| 18 | IDs are. | 01:36 |
| 19 | Second, I said -- I did not say I do not | 01:36 |
| 20 | know what GWS ID is.  I said I do not recall exactly | 01:36 |
| 21 | what GWS ID is, and I asked you to give me a document | 01:37 |
| 22 | that says what GWS ID is. | 01:37 |
| 23 | I double-checked those on my report and I | 01:37 |
| 24 | couldn't find mentioning the GWS ID in there. | 01:37 |
| 25 | You could also search Mr. Hochman's report | 01:37 |

Page 149

| | | |
|---|---|---|
| 1 | and I can also check if he's referring.  But I'm not | 01:37 |
| 2 | saying he's not.  And maybe this is going to help me, | 01:37 |
| 3 | meaning just -- yeah.  So that's exactly what -- where | 01:37 |
| 4 | we are right now. | 01:37 |
| 5 | MR. MAO:  Thank you, Professor.  We will | 01:37 |
| 6 | take our break. | 01:37 |
| 7 | THE WITNESS:  Sounds good. | 01:37 |
| 8 | THE VIDEOGRAPHER:  Going off the record. | 01:37 |
| 9 | The time is 1:37 p.m. | 01:37 |
| 10 | (Lunch break taken.) | 01:37 |
| 11 | THE VIDEOGRAPHER:  Back on the record.  The | 02:20 |
| 12 | time is 2:20 p.m. | 02:20 |
| 13 | BY MR. MAO: | 02:20 |
| 14 | Q.   Professor, if you don't mind pulling up | 02:20 |
| 15 | Exhibit No. 1, which is -- should be your -- should be | 02:20 |
| 16 | your report. | 02:20 |
| 17 | A.   I'm there. | 02:20 |
| 18 | Q.   Okay.  I'm moving on to opinion No. 2. | 02:20 |
| 19 | Hold on a sec here.  This is what happens | 02:20 |
| 20 | when you have both, like you said, paper documents and | 02:20 |
| 21 | electronic documents. | 02:21 |
| 22 | You see your opinion No. 2 there.  If you | 02:21 |
| 23 | have a chance to kind of like pull this up. | 02:21 |
| 24 | The industry guidelines on private browsing, | 02:21 |
| 25 | am I right that you are referring to the | 02:21 |

Page 150

| | | |
|---|---|---|
| 1 | W3C Technical Architecture Group observations in that | 02:21 |
| 2 | document? | 02:21 |
| 3 | A.   I'm referring to all W3C indeed, and the | 02:21 |
| 4 | Technical Architecture Group.  Exact wording, I can | 02:21 |
| 5 | cite, if it's important on my report. | 02:21 |
| 6 | Q.   Got it. | 02:21 |
| 7 | I introduced Exhibit No. 8. | 02:21 |
| 8 | Can you take a look and tell me if those are | 02:21 |
| 9 | the -- if those are the standards in which you were | 02:21 |
| 10 | referring to? | 02:21 |
| 11 | (Plaintiffs' Exhibit 8 was | 02:21 |
| 12 | marked for identification.) | 02:21 |
| 13 | THE WITNESS:  I'm downloading it.  That's | 02:22 |
| 14 | why it takes a little bit longer. | 02:22 |
| 15 | BY MR. MAO: | |
| 16 | Q.   No worries. | 02:22 |
| 17 | A.   Let me scan through the document to make | 02:22 |
| 18 | sure it's the same one or I could just look at the way | 02:22 |
| 19 | I have cited it.  Either way is fine.  Just give me a | 02:23 |
| 20 | few minutes. | 02:23 |
| 21 | This is definitely a document from W3C tag | 02:24 |
| 22 | on private browsing modes.  Sure. | 02:24 |
| 23 | Is it the one I have cited?  Give me another | 02:24 |
| 24 | second -- | 02:24 |
| 25 | Q.   Mm-hm. | 02:24 |

Page 151

```
 1        A.    -- to see the specific citation I have.      02:24

 2           Yes.  Private browsing mode.  I believe this    02:24

 3   is the one.  I believe this is the one.  I will have    02:25

 4   to click, and I am not allowed to, correct, to          02:25

 5   double-click?                                           02:25

 6        Q.    No.  You can -- you can click it, just to    02:25

 7   make sure.                                              02:25

 8           MR. ANSORGE:  Click what, Counsel?              02:25

 9           MR. MAO:  Oh, no.  I thought that's what he     02:25

10   said.                                                   02:25

11           THE WITNESS:  Click the URL I have in           02:25

12   citation 61 in my report.  It says July 5, 2019, which  02:25

13   is the same date.  Maybe I'm overdoing it here.         02:25

14   Right.  So it's fine.  We can move on.  July 5.  We     02:25

15   can move on.                                            02:25

16           I will assume it's the one I'm citing.  I       02:25

17   was referring to clicking on the URL.  But there is no  02:25

18   need.  It's fine.                                       02:25

19   BY MR. MAO:                                             02:25

20        Q.    Got it.  Okay.                               02:25

21           So looking at this -- give me a sec here.  I    02:25

22   think I have a technical difficulty.  I'm sorry.  Give  02:26

23   me a sec.                                               02:26

24           Can you go to page 3 of this document on the    02:26

25   .pdf?                                                   02:26
```

Page 152

```
 1              You see there it says "The use of private       02:26

 2     browsing mode should not be detectable by websites."     02:26

 3              Do you see that?  And.                           02:26

 4              And you cited this -- sorry.  And you cited      02:26

 5     this in paragraph 72 of your report.                     02:27

 6              Do you see that?                                 02:27

 7        A.    I do.                                            02:27

 8        Q.    Do you believe that websites here include       02:27

 9     Google?                                                   02:27

10              MR. ANSORGE:  Objection.  Vague.                 02:27

11              THE WITNESS:  Which particular websites are      02:27

12     you referring to that they may be Google websites?       02:27

13     You don't have to tell me all but just to --             02:27

14     BY MR. MAO:                                               02:27

15        Q.    No.  I'm saying section 3 of this document      02:27

16     says "The use of private browsing modes should not be    02:27

17     detectable by websites."                                 02:27

18              And you cited to this in your report at         02:27

19     paragraph 72.                                            02:27

20              We don't disagree about what the document       02:27

21     says the fact that you cited it; right?                  02:27

22        A.    I do not disagree.                              02:27

23        Q.    Right.                                          02:27

24              So what I'm saying is "detectable by            02:27

25     websites," do you believe that websites includes        02:27
```

Page 153

| | | |
|---|---|---|
| 1 | Google? | 02:27 |
| 2 | MR. ANSORGE:  Objection.  Vague. | 02:27 |
| 3 | THE WITNESS:  I can rephrase your question | 02:27 |
| 4 | or I could ask to be more specific about what you mean | 02:28 |
| 5 | by Google.  Google is a big company.  It has a lot of | 02:28 |
| 6 | different websites that belong to Google. | 02:28 |
| 7 | BY MR. MAO: | 02:28 |
| 8 | Q.   Okay.  Would you believe that the use of | 02:28 |
| 9 | private browsing mode and the fact they should not be | 02:28 |
| 10 | detectable by Google would be consistent with | 02:28 |
| 11 | deception? | 02:28 |
| 12 | MR. ANSORGE:  Objection.  Vague and form. | 02:28 |
| 13 | THE WITNESS:  I believe that as I cite and | 02:28 |
| 14 | as the observation say, it should not be detectable by | 02:28 |
| 15 | the website; that a user is accessing the website that | 02:28 |
| 16 | is at the top of the browser and the user is | 02:28 |
| 17 | accessing, it should not be detectable by that website | 02:28 |
| 18 | whether the user is or is not in private browsing mode | 02:28 |
| 19 | that would include all websites. | 02:29 |
| 20 | BY MR. MAO: | 02:29 |
| 21 | Q.   And all websites would include Google. | 02:29 |
| 22 | Is that correct? | 02:29 |
| 23 | A.   You mean WWW dot Google dot com, for | 02:29 |
| 24 | example?  You see what I mean?  I'm just trying to | 02:29 |
| 25 | figure out -- | 02:29 |

1      Q.    Sure.  Or WWW dot double click dot com.        02:29

2      A.    That's -- you see that's why I'm asking.       02:29

3    That's what I'm trying to figure out.                  02:29

4      Q.    Yeah.                                           02:29

5      A.    Any website that is offering something of      02:29

6    interest -- I mean, I don't want overcomplicate this.  02:29

7    But let me say this:                                   02:29

8            Yes, I think that it should include all        02:29

9    websites.  And let me -- just to put some meat into    02:29

10   it, the point of this -- and I believe the Exhibit 8   02:29

11   also says this -- is that there is a fear that if      02:29

12   someone cites new that somebody in the private         02:30

13   browsing mode, they may degrade the service level.     02:30

14           Because, for example, let's say I'm looking    02:30

15   at New York Times, you know, all these websites have   02:30

16   revenue throughout, so if they knew that I am in       02:30

17   private browsing mode, given the particular            02:30

18   characteristics of the private browsing mode, they may 02:30

19   choose not to serve me.  Who knows?                    02:30

20           Because when I'm in private browsing mode,     02:30

21   the websites I am visiting do not find their way into  02:30

22   my profile, and hence the whole ecosystem that they    02:30

23   are relying, the publishers in, would be compromised.  02:30

24           That's why the W3C is saying this.             02:31

25     Q.    Okay.  Can you take a look at Exhibit 9?        02:31

| | | |
|---|---|---|
| 1 | Take your time to read that. | 02:31 |
| 2 | (Plaintiffs' Exhibit 9 was | 02:31 |
| 3 | marked for identification.) | 02:31 |
| 4 | THE WITNESS:  I read the -- this three-page | 02:34 |
| 5 | document. | 02:34 |
| 6 | BY MR. MAO: | |
| 7 | Q.   Okay.  If you look at your opinion at | 02:34 |
| 8 | paragraph 63, you say that "Analytics user IDs are not | 02:34 |
| 9 | used to join sign-in user data." | 02:34 |
| 10 | Do you see that? | 02:34 |
| 11 | A.   Let me read that paragraph.  I remember | 02:34 |
| 12 | something to that effect but let me read it. | 02:35 |
| 13 | Q.   Please. | 02:35 |
| 14 | A.   I don't see in this paragraph what you said. | 02:35 |
| 15 | I, however, read statements to that effect earlier.  I | 02:35 |
| 16 | can go through my section, if you would like. | 02:35 |
| 17 | Q.   Well, my question to you is:  Do you agree | 02:35 |
| 18 | that GA user IDs are linked with Biscotti IDs in | 02:35 |
| 19 | certain user logs looking at Exhibit 9? | 02:36 |
| 20 | MR. ANSORGE:  Objection.  Vague. | 02:36 |
| 21 | Mischaracterizes Exhibit No. 9.  Assumes facts not in | 02:36 |
| 22 | evidence. | 02:36 |
| 23 | THE WITNESS:  If that was ever to happen, | 02:36 |
| 24 | the Biscotti IDs would be encrypted.  So that wouldn't | 02:36 |
| 25 | be a problem when it comes to whether a user can be | 02:36 |

Page 156

CONFIDENTIAL

```
 1    identified from the data at issue because a user      02:36

 2    wouldn't be able to be identified by the data at       02:36

 3    issue.                                                 02:36

 4    BY MR. MAO:                                            02:36

 5         Q.   But you agree with me that encryption can be 02:36

 6    decrypted by the same encrypting party, so long as     02:36

 7    they keep a key.                                       02:36

 8              Isn't that correct?                          02:36

 9              MR. ANSORGE:  Objection.  Incomplete         02:36

10    hypothetical.  Vague.  Calls for speculation.          02:36

11              THE WITNESS:  I would prefer to keep this    02:37

12    specific, more specific to the case.  So let me answer 02:37

13    as follows:                                            02:37

14              Google has designed a system back in 2016    02:37

15    called ███ precisely to make it very, very hard for a  02:37

16    bad actor -- and by bad actor, I mean a person that    02:37

17    could violate Google's policies, acting -- I don't     02:38

18    know -- criminally, I don't know.  I'm not an          02:38

19    attorney -- for a bad actor, or even for somebody by   02:38

20    mistake, to do what you said.                          02:38

21              Because the only building block in this      02:38

22    bigger Google system that could do this decryption is  02:38

23    this ████████.  And I can talk a lot about this.  I    02:38

24    have a lot of information in my report.  But it's ██   02:38

25    ██████████████████████████████████████████████        02:38
```

CONFIDENTIAL

```
 1    ██████████████████████                              02:38

 2    BY MR. MAO:

 3        Q.   Okay.  But the ████████ can decrypt what      02:38

 4    Google encrypts.                                     02:38

 5             Isn't that correct?                         02:38

 6             MR. ANSORGE:  Objection.  Vague.  Incomplete 02:38

 7    hypothetical.                                        02:38

 8             THE WITNESS:  Maybe this is going to help.   02:39

 9    Let me see.  So the -- I'm looking at my report now. 02:39

10    Just one sec.                                        02:39

11             So the ██████████ has the keys and can      02:39

12    decrypt in accordance to the rules and the policies  02:39

13    that it is running.  It's a piece of software.  But, 02:39

14    yes, it could decrypt.                               02:39

15    BY MR. MAO:                                          02:39

16        Q.   Okay.  Let me introduce Exhibit 10, which   02:39

17    will help a little bit.  I presume you've seen this  02:40

18    document which is a part of the ████ documentation.   02:40

19    It's Exhibit No. 10, if you don't mind.              02:40

20                      (Plaintiffs' Exhibit 10 was        02:40

21                      marked for identification.)        02:40

22             THE WITNESS:  Let me -- the Bates -- I've    02:40

23    seen a lot of ████ documents for the record.  0774   02:40

24    double check.  It's listed.                          02:40

25             I do not think -- okay.  I'm downloading it  02:40
```

Page 158

CONFIDENTIAL

```
 1    and putting it in.                              02:41

 2    BY MR. MAO:

 3        Q.   Why don't we let it download first then.   02:41

 4             Let me go back to Exhibit No. 9 real fast.  02:41

 5    Let me just ask you a quick question regarding No. 9.  02:41

 6             Do you know whether or not for the logs that  02:41

 7    contain the GA user ID and ███████████ -- do you see  02:41

 8    that there in pages 1 and 2 on 9?                02:41

 9        A.   Just one second.  Downloading 9 as well if  02:41

10    you're going to have follow-up.                 02:41

11             Okay.  So I am at Exhibit 9.            02:41

12             Go ahead, please.  What's your question?  02:41

13        Q.   My question is do you know whether or not  02:41

14    the Biscotti in the logs referred to are actually  02:41

15    encrypted?                                      02:41

16        A.   Which particular logs are you referring to?  02:42

17        Q.   The ████████ logs.  It's the bottom of  02:42

18    page 1, going onto page 2.                      02:42

19        A.   So I'm going to answer as follows because  02:42

20    there are so many different log names, as I've said  02:42

21    already, that it's extremely hard to say whether in  02:42

22    the -- you know,                                02:42

23    █████████████████████████████████████████████   02:42

24    ████████████ log what is or is not going on.     02:42

25             But let me answer as follows, and maybe I  02:42
```

Page 159

| | | |
|---|---|---|
| 1 | can help explaining by pointing out to pictures in | 02:42 |
| 2 | my -- | 02:42 |
| 3 | Q.   My question is actually fairly simple and | 02:42 |
| 4 | straightforward, Professor.  I'm trying to finish. | 02:42 |
| 5 | I'm just asking you whether or not you know | 02:42 |
| 6 | the Biscotti IDs in these logs are encrypted or not? | 02:42 |
| 7 | Unless your report has a specific explanation in | 02:43 |
| 8 | response to my question, which I can assure you it | 02:43 |
| 9 | does not, I'm asking you a pretty simple question, I | 02:43 |
| 10 | think. | 02:43 |
| 11 | MR. ANSORGE:  Objection.  Argumentative. | 02:43 |
| 12 | THE WITNESS:  My report has explanation -- | 02:43 |
| 13 | has an explanation to the following effect, and I can | 02:43 |
| 14 | go through this, if you want.  Let me just go to the | 02:43 |
| 15 | report at exactly where it says. | 02:43 |
| 16 | BY MR. MAO: | |
| 17 | Q.   But in response to my question? | 02:43 |
| 18 | A.   Yes. | 02:43 |
| 19 | Q.   I just want to make sure. | 02:43 |
| 20 | Okay.  Let's do that. | 02:43 |
| 21 | Where?  Which? | 02:43 |
| 22 | A.   Give me a second to go on my report, and go | 02:43 |
| 23 | through the corresponding paragraph. | 02:43 |
| 24 | Okay.  So now your question on Exhibit 9 you | 02:45 |
| 25 | said? | 02:45 |

Page 160

| | | |
|---|---|---|
| 1 | Q.    Mm-hm. | 02:45 |
| 2 | A.    Would be whether logs that contain the GA -- | 02:45 |
| 3 | GAIA and a Biscotti ID, whether in that log the | 02:45 |
| 4 | Biscotti ID is or is not encrypted; correct? | 02:45 |
| 5 | Q.    Yeah. | 02:45 |
| 6 | Sorry.  Which paragraph are you referring to | 02:45 |
| 7 | in your report? | 02:45 |
| 8 | A.    No.  I'm not -- I went through my report and | 02:45 |
| 9 | now I'm asking you to repeat your question. | 02:45 |
| 10 | Q.    Yeah.  I was trying to move on and simply | 02:46 |
| 11 | finish with Exhibit No. 9. | 02:46 |
| 12 | A.    Mm-hm. | 02:46 |
| 13 | Q.    Right? | 02:46 |
| 14 | Which is simply asking you do you know | 02:46 |
| 15 | whether or not these ▇▇▇▇▇ logs contain | 02:46 |
| 16 | encrypted or un-encrypted Biscottis? | 02:46 |
| 17 | A.    Which ▇▇▇▇▇ logs are you referring to? | 02:46 |
| 18 | Q.    Any of those three. | 02:46 |
| 19 | A.    Let me see which three you are talking | 02:46 |
| 20 | about. | 02:46 |
| 21 | Any of these three, meaning which three? | 02:46 |
| 22 | Q.    Should be ▇▇▇▇▇▇▇▇▇, ▇▇▇▇, | 02:46 |
| 23 | and ▇▇▇. | 02:46 |
| 24 | A.    So these are logs, but I was referring to | 02:46 |
| 25 | the ▇▇▇▇▇.  Because the bold phrase says | 02:46 |

Page 161

```
 1    "What logs contain both the GA user ID," meaning the      02:47

 2    GAIA, "and ███████████?"                                  02:47

 3         Q.   Wait, what?  Say it again?  What did you         02:47

 4    just say?                                                  02:47

 5         A.   I'm reading Exhibit 9.  It says "What logs       02:47

 6    contain" -- okay.                                          02:47

 7              You are asking me whether on the three           02:47

 8    particular logs that you asked and that you mentioned      02:47

 9    at the beginning of page 2, whether in these three        02:47

10    logs the GAIA ID and the Biscotti ID -- whether the       02:47

11    Biscotti ID is encrypted.                                 02:47

12              Is this what you're asking me?                   02:47

13         Q.   Yeah.  You're saying for the ███████            02:47

14    logs at the end of page 1 to the beginning of page 2      02:47

15    has GAIA IDs or Biscotti IDs in them?                      02:47

16         A.   No.  I'm asking -- okay.  Why don't you ask      02:47

17    your question again?                                       02:47

18         Q.   Okay.  Which logs -- which of those three       02:47

19    logs contain encrypted GAIA IDs?                           02:47

20         A.   I never said anything about --                   02:48

21              MR. ANSORGE:  Objection.  Mischaracterizes       02:48

22    Exhibit 9.                                                 02:48

23              THE WITNESS:  I never said --                    02:48

24              MR. ANSORGE:  Assumes facts not in evidence.     02:48

25              MR. MAO:  I'm looking at a live transcript       02:48
```

Page 162

1    and you did say GAIA IDs.                          02:48

2           THE WITNESS:  Yeah.  But I didn't say       02:48

3    encrypted GAIA IDs.                                02:48

4    BY MR. MAO:                                        02:48

5        Q.   Oh, okay.                                 02:48

6           So which ones are -- which ones are         02:48

7    encrypted or un-encrypted GAIA IDs for page 1 and --  02:48

8    for these three logs?                              02:48

9           MR. ANSORGE:  Same objection.               02:48

10   Mischaracterizes Exhibit 9.  Assumes facts not in  02:48

11   evidence.                                          02:48

12   BY MR. MAO:                                        02:48

13       Q.   Please, sir, go ahead.                    02:48

14       A.   Let me follow up as follows:  If you read 02:48

15   this document, even though I haven't read it before, 02:48

16   it says:                                           02:48

17           "As a result, for the logs identified      02:48

18       below, the GA user ID or Biscotti IDs may      02:48

19       not actually be present for a given            02:48

20       customer.  Furthermore, Biscotti ID is        02:48

21       encrypted before it comes to                   02:48

22       Google Analytics, and Google Analytics         02:48

23       cannot decrypt it."                            02:48

24           So this is the essence of what we should be 02:49

25   discussing here.  And that's also on my report.    02:49

                                          Page 163

| | | |
|---|---|---|
| 1 | BY MR. MAO: | 02:49 |
| 2 | Q.   Okay.  We're talking about what logs contain | 02:49 |
| 3 | both the GA user ID and ██████████; right?  At the | 02:49 |
| 4 | end of page 1, that's the section we're looking at? | 02:49 |
| 5 | A.   Right.  Right. | 02:49 |
| 6 | Q.   So the GAIA IDs there and the ██████████, | 02:49 |
| 7 | you're saying what -- which of them is encrypted? | 02:49 |
| 8 | A.   No -- | 02:49 |
| 9 | MR. ANSORGE:  Objection.  Mischaracterizes | 02:49 |
| 10 | Exhibit 9.  Assumes facts not in evidence.  Incomplete | 02:49 |
| 11 | hypothetical. | 02:49 |
| 12 | BY MR. MAO: | 02:49 |
| 13 | Q.   Which ones are encrypted? | 02:49 |
| 14 | A.   I am -- Biscotti IDs are encrypted before | 02:49 |
| 15 | they go to Google Analytics and Google Analytics | 02:49 |
| 16 | cannot decrypt it. | 02:49 |
| 17 | Biscotti IDs are also encrypted whenever | 02:49 |
| 18 | they are the same logs with a GAIA or the | 02:49 |
| 19 | GA user ID.  And this is stated not just in my report. | 02:49 |
| 20 | It's also stated in this document. | 02:50 |
| 21 | Q.   I see. | 02:50 |
| 22 | So in this section, which logs contain | 02:50 |
| 23 | encrypted GAIA IDs? | 02:50 |
| 24 | MR. ANSORGE:  Objection.  Mischaracterizes | 02:50 |
| 25 | Exhibit 9.  Assumes facts not in evidence.  Asks the | 02:50 |

Page 164

```
 1    witness to speculate.                                    02:50

 2            THE WITNESS:  I'm not discussing about           02:50

 3    encrypted GAIA IDs at all.  When it comes to             02:50

 4    encryption, I'm pointing out the fact if you look at     02:50

 5    the last sentence of the second paragraph in the first   02:50

 6    page, it says:                                           02:50

 7            "Furthermore, Biscotti ID is                     02:50

 8        encrypted before it comes to                         02:50

 9        Google Analytics and Google Analytics                02:50

10        cannot decrypt it."                                  02:50

11            This is a general statement for the whole        02:50

12    document.  It applies -- the whole document enhance      02:50

13    all the logs, and that's basically what I'm saying.      02:51

14    I'm saying that the Biscotti ID is encrypted.            02:51

15        Q.   Okay.  So which logs here contain encrypted     02:51

16    or un-encrypted GAIA IDs?                                02:51

17            MR. ANSORGE:  Yeah.  Objection                   02:51

18    mischaracterizes Exhibit 9.  Assumes facts not in        02:51

19    evidence.                                                02:51

20            MR. MAO:  I'm going to --                         02:51

21            MR. ANSORGE:  Calls for speculation.             02:51

22            MR. MAO:  I'm going to warn you to stop          02:51

23    trying to coach the witness, Joey.                       02:51

24            MR. ANSORGE:  I'm making a record, Mr. Mao.      02:51

25    If you want to try to exploit a semantic clash, you --   02:51
```

Page 165

CONFIDENTIAL

```
 1              MR. MAO:  Move to strike, Counsel.          02:51

 2              MR. ANSORGE:  I don't think it's going to   02:51

 3      be --                                               02:51

 4              MR. MAO:  I'm warning you one more time,    02:51

 5      Joey.                                               02:51

 6      BY MR. MAO:                                         02:51

 7         Q.   Go ahead.  Please answer the question.      02:51

 8         A.   Can you repeat this question, please?       02:52

 9         Q.   Yes.                                         02:52

10              Which of these ███ logs here contain        02:52

11      encrypted GAIA IDs?                                 02:52

12              MR. ANSORGE:  Same objection.               02:52

13              THE WITNESS:  I haven't looked at these     02:52

14      particular logs.  I don't recognize them by name.   02:52

15      However, I can say the following that as you can see 02:52

16      also in my report in multiple places -- let me just 02:52

17      find one, for example.                              02:52

18              Here the key is -- I assume that you're --  02:52

19      actually, I don't want to assume anything about your 02:53

20      question.                                           02:53

21              Both GAIA and Biscotti arrive encrypted on  02:53

22      Google and only ███, tying it -- this discussion back 02:53

23      to what we were discussing -- can decrypt them and has 02:53

24      the particular rules and policies to decide.  And it 02:53

25      is making sure that if ever a GAIA ID and a Biscotti 02:53
```

Page 166

```
 1    ID find their way on the same logs, the Biscotti ID        02:53

 2    will be encrypted.                                         02:53

 3            So this is the gist of what we are                 02:54

 4    discussing in addition to the fact that on top of          02:54

 5    that, Google Analytics always gets Biscotti IDs            02:54

 6    encrypted, as I already discussed.                         02:54

 7            So your question about -- so can you repeat         02:54

 8    again the question?                                        02:54

 9    BY MR. MAO:                                                02:54

10        Q.   Yeah.  I'm asking you these ▇▇▇ logs,             02:54

11    right --                                                   02:54

12        A.   Uh-huh.                                           02:54

13        Q.   -- do they contain GAIA IDs and potentially       02:54

14    encrypted Biscotti IDs?                                    02:54

15        A.   I --                                              02:54

16            MR. ANSORGE:  Same objection.                      02:54

17            THE WITNESS:  I wouldn't know because I            02:54

18    haven't looked into these particular ▇▇▇ logs;            02:54

19    right?                                                     02:54

20            So they do say -- this document says they          02:54

21    contain the GAIA ID and ▇▇▇▇▇▇.  That's what              02:54

22    this is entitled.                                          02:55

23    BY MR. MAO:                                                02:55

24        Q.   Got it.                                           02:55

25            And what exactly is a ▇▇▇▇▇▇?                      02:55
```

Page 167

```
 1        A.   Well, this is what I was asking to tell me      02:55
 2   because I have not seen this document before, and I'm     02:55
 3   sure that it is a document in relation to the             02:55
 4   deposition of Stephen Chung, I believe.  And hence it     02:55
 5   is out of context for me, right, unless I go to the       02:55
 6   deposition of Stephen Chung or you offer me more          02:55
 7   documents to see what this document is referring to as    02:55
 8   ██████████ .                                              02:55
 9        Q.   Do you know what ████████████  for              02:56
10   Google Analytics logs are?                                02:56
11             I swear to you, Professor, this is something    02:56
12   in which you really should know.  And I'm not trying      02:56
13   to trick you on this one.                                 02:56
14             MR. ANSORGE:  Objection.  Argumentative.        02:56
15             MR. MAO:  There are numerous -- numerous        02:56
16   documents referring to this, and I am entitled to an      02:56
17   answer on this one.                                       02:56
18             And I will -- Counsel, if you try to            02:56
19   obstruct and coach him on this any more, I will seek      02:56
20   for Court sanctions on this one.  I will run a search     02:56
21   to show you how often the term ███████████  pops up       02:56
22   with Google Analytics logs and I'm absolutely entitled    02:56
23   to an answer from your expert.  Just try Joey, please.    02:56
24             MR. ANSORGE:  Mr. Mao, it's not a memory        02:56
25   test, as I stated before.                                 02:56
```

                                                    Page 168

```
 1    BY MR. MAO:                                        02:56

 2         Q.   So can you answer my question, sir?      02:56

 3              MR. ANSORGE:   If you have a specific thing,  02:56

 4    why don't you show him a specific document.        02:56

 5              MR. MAO:   I am showing him a specific    02:56

 6    document that refers to ███████████.               02:56

 7    BY MR. MAO:                                         02:56

 8         Q.   Sir, do you know what ██████████ for      02:56

 9    Google Analytics logs are?                          02:56

10              MR. ANSORGE:   Objection.  Argumentative. 02:57

11              THE WITNESS:   I do not understand what you  02:57

12    mean by ██████████ without giving me some context.  02:57

13    For example, in my report, I'm referring multiple   02:57

14    times to tracking beacons, referring to beacons.    02:57

15    There are other areas in documents that I've read that  02:57

16    they refer to beacons or tracking beacons or        02:57

17    ████████████.                                       02:57

18              Perhaps you can offer a document about     02:57

19    Google Analytics that talks about ███████████ and   02:57

20    then I will know exactly what you are talking about. 02:57

21    BY MR. MAO:                                          02:57

22         Q.   Sitting here right now, you're not able to  02:57

23    tell me what ███████████ for Google Analytics are.  02:57

24              Isn't that true?                           02:57

25              MR. ANSORGE:   Same objection.             02:57
```

Page 169

```
 1            THE WITNESS:  No.  I am not able to tell you    02:57

 2   what in this context is a ██████████.  I mean, I'm      02:58

 3   telling you, I'm going through my report, I do mention  02:58

 4   ████████████ once as extracted from a document ending   02:58

 5   at 1695.  I will be more than happy to open up          02:58

 6   document 1695, meaning just offer some context so that  02:58

 7   I can be precise.                                        02:58

 8   BY MR. MAO:

 9       Q.   But we don't dispute that you opined on        02:58

10   ██████████████ in your expert report.                   02:58

11            Isn't that correct?                            02:58

12            MR. ANSORGE:  Objection.  Vague and            02:58

13   ambiguous.  Argumentative.  And mischaracterizes prior  02:59

14   testimony.                                              02:59

15            THE WITNESS:  I am opining I offer 13          02:59

16   opinions in my report.  And last part of my report is   02:59

17   about the question of joining unidentified with         02:59

18   identified data.  And I -- in particular I call it      02:59

19   data joinability.  So I am opining about that in a lot   02:59

20   of places, and I will be happy to go through this with   02:59

21   you, more than happy.                                    02:59

22            But, again, the █████████████ out of context   02:59

23   is not something that I feel comfortable making an      03:00

24   opinion at this point.                                   03:00

25   ///
```

```
1    BY MR. MAO:                                        03:00

2        Q.   You do realize that according to your     03:00

3    report, you read the deposition of Chung.          03:00

4            Do you recall that?                         03:00

5        A.   Yes.  But I've read like 10s and 10s and 10s  03:00

6    of depositions.  And even Google engineers are using  03:00

7    many times different terms for different things,   03:00

8    depending on which groups they are working on.     03:00

9            So I don't see what is the problem with you  03:00

10   offering -- actually, I don't want to state that.  03:00

11   It's fine.                                         03:00

12           All I'm saying is if you give me more      03:00

13   context, I will be able to be more accurate and    03:00

14   perhaps more helpful.                              03:00

15       Q.   Have you ever looked for ███████████ in   03:00

16   the -- in the documents -- sorry.  Strike that.    03:00

17           Have you ever looked for ███████████ in    03:00

18   the logs that you actually inspected?              03:01

19       A.   I cannot answer this question because it is  03:01

20   using the term ██████████, and we have been        03:01

21   discussing for five minutes about the fact that I  03:01

22   don't feel comfortable to interpret the term       03:01

23   ████████  in a certain way out of some context.    03:01

24       Q.   So this brings me back to one of the      03:01

25   questions I wanted to ask very early on.           03:01
```

Page 171

```
 1            Who -- who -- actual names -- who helped you    03:01
 2    run these tests that you were talking about?          03:01
 3            You said that you had counsel help you run     03:01
 4    tests.                                                 03:01
 5            Who are the people?                            03:01
 6        A.   The name of the person --                     03:01
 7            MR. ANSORGE:  Objection.  Form.                03:01
 8            THE WITNESS:  So the name of the person that   03:01
 9    helped me run the tests that I am referring to and I'm 03:02
10    including on my report, first name is Tracy.  I don't  03:02
11    remember the last name.  I can easily find it, if you  03:02
12    want.                                                  03:02
13    BY MR. MAO:                                            03:02
14        Q.   Anyone else?                                  03:02
15        A.   No.                                           03:02
16        Q.   And did this Tracy, did you refer to her in   03:02
17    your report?                                           03:02
18        A.   I don't think so.  I don't remember.  I can   03:02
19    search for it.                                         03:02
20        Q.   Do you disclose in your report that this      03:02
21    Tracy helped you run tests?                            03:02
22        A.   We had a discussion about the experiments or  03:02
23    the tests, if you wish, that they are included in my   03:02
24    report, other ID, and how they are executed, how they  03:03
25    took place.  And during this discussion, I clarified   03:03
```

| | | |
|---|---|---|
| 1 | to you that I am overseeing it.  The execution, I give | 03:03 |
| 2 | specific instructions, but I'm not running them | 03:03 |
| 3 | myself.  In particular, not any, you know, machines or | 03:03 |
| 4 | service that might belong to my permanent employer, | 03:03 |
| 5 | USC.  And for this reason, I ask counsel to run | 03:03 |
| 6 | specific tests for me. | 03:03 |
| 7 | So I think we have covered the topic | 03:03 |
| 8 | already. | 03:03 |
| 9 | Now you asked me the specific person that | 03:03 |
| 10 | had received instructions from me and run the test, | 03:03 |
| 11 | which is the reason why I'm giving you the name. | 03:03 |
| 12 | Q.   And what are the qualifications of this | 03:03 |
| 13 | Tracy? | 03:03 |
| 14 | MR. ANSORGE:  Objection.  Vague. | 03:04 |
| 15 | THE WITNESS:  Counsel direct me to this | 03:04 |
| 16 | person as the right person to run these tests. | 03:04 |
| 17 | BY MR. MAO: | 03:04 |
| 18 | Q.   You can't remember the last name of the | 03:04 |
| 19 | person that helped you run tests after spending -- | 03:04 |
| 20 | MR. ANSORGE:  Objection. | 03:04 |
| 21 | BY MR. MAO: | |
| 22 | Q.   -- 200 hours on this? | |
| 23 | MR. ANSORGE:  Objection.  Argumentative. | 03:04 |
| 24 | And still not a memory test, Mr. Mao. | 03:04 |
| 25 | THE WITNESS:  Usually when I work with | 03:04 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | collaborators, I always refer to them their first | 03:04 |
| 2 | name.  This is just my way of collaborating with | 03:04 |
| 3 | people.  It could be Gao.  But I find this immaterial, | 03:04 |
| 4 | if I'm allowed to say. | 03:04 |
| 5 | BY MR. MAO: | 03:05 |
| 6 |     Q.   Did you find her qualifications immaterial | 03:05 |
| 7 | as well and therefore you don't remember right now? | 03:05 |
| 8 |         MR. ANSORGE:  Yeah.  Objection. | 03:05 |
| 9 | Argumentative. | 03:05 |
| 10 |         THE WITNESS:  Not at all.  I do consider | 03:05 |
| 11 | extremely important that my collaborators have | 03:05 |
| 12 | appropriate qualifications and this has been -- the | 03:05 |
| 13 | assurance to this effect has been given to me by | 03:05 |
| 14 | Mr. Ansorge. | 03:05 |
| 15 | BY MR. MAO: | 03:05 |
| 16 |     Q.   So what are her qualifications, sir, sitting | 03:05 |
| 17 | here today, defending your opinion? | 03:05 |
| 18 |         MR. ANSORGE:  Objection.  Asked and | 03:05 |
| 19 | answered. | 03:05 |
| 20 |         THE WITNESS:  I already answered.  But, | 03:05 |
| 21 | again, I got an assurance that she has the right | 03:05 |
| 22 | qualifications.  I don't have a list off the top of my | 03:05 |
| 23 | head now to tell you X 1, 2, 3, 4, 5, 6. | 03:05 |
| 24 |         I did find her quite able to execute this | 03:05 |
| 25 | stuff.  I was asking her.  I can say that. | 03:05 |

Page 174

```
 1    BY MR. MAO:                                           03:06

 2        Q.   Did you check whether or not she had        03:06

 3    technical qualifications to run the tests that you   03:06

 4    needed?                                              03:06

 5        A.   I inquired about it and I've been assured   03:06

 6    that she has.  I didn't ask her to show me her       03:06

 7    diplomas to verify myself that they are genuine, sir, 03:06

 8    so...                                                03:06

 9        Q.   And what are her technical qualfications,   03:06

10    as you sit here today?                               03:06

11            MR. ANSORGE:  Objection.  Asked and          03:06

12    answered.  Argumentative.                            03:06

13    BY MR. MAO:                                           03:06

14        Q.   What are they specifically?                 03:06

15        A.   I got assurance from Mr. Ansorge that she   03:06

16    has technical qualifications.                        03:06

17            I don't want to say something that it's      03:06

18    inaccurate.  I just don't like inaccurate answers.  I 03:06

19    mean...                                              03:07

20        Q.   Does she have more than a humanities degree? 03:07

21        A.   For sure, yes.                              03:07

22        Q.   Okay.  Does she have a technical degree?    03:07

23        A.   As far as I recall, yes.                    03:07

24        Q.   What kind of technical degree?              03:07

25        A.   I'm going to speculate -- not speculate.    03:07
```

Page 175

| | | |
|---|---|---|
| 1 | I'm going to try to remember to the best of my | 03:07 |
| 2 | recollection.  I think it's a computer science | 03:07 |
| 3 | Master's degree.  But I'm not sure.  I mean -- | 03:07 |
| 4 | MR. ANSORGE:  Objection.  Asked and | 03:07 |
| 5 | answered. | 03:07 |
| 6 | And at this point I'd also like to caution | 03:07 |
| 7 | the witness to not reveal privileged communications | 03:07 |
| 8 | and to not speculate about the qualifications of | 03:07 |
| 9 | anybody. | 03:07 |
| 10 | MR. MAO:  Mr. Ansorge, you are on extremely | 03:07 |
| 11 | thin ice.  You know I like you -- | 03:07 |
| 12 | MR. ANSORGE:  You asked the same question | 03:07 |
| 13 | four times over, Mr. Mao.  You're badgering the | 03:07 |
| 14 | witness with the same question four times over.  And | 03:07 |
| 15 | he's nice, he's polite, and he's providing different | 03:07 |
| 16 | responses each time, and he's searching for answers to | 03:08 |
| 17 | your question.  But if you were to actually look at | 03:08 |
| 18 | the transcript, you've asked him repeatedly the exact | 03:08 |
| 19 | same question. | 03:08 |
| 20 | BY MR. MAO: | 03:08 |
| 21 | Q.  How did you supervise Tracy's tests in this | 03:08 |
| 22 | case? | 03:08 |
| 23 | A.  I have already answered this.  Not the last | 03:08 |
| 24 | five minutes, but about a couple of hours ago when we | 03:08 |
| 25 | discussed about the way -- by ways I have run the test | 03:08 |

Page 176

| | | |
|---|---|---|
| 1 | I have -- I am reporting in my report.  I can repeat | 03:08 |
| 2 | this or I can -- I don't mind.  I can repeat this, or | 03:08 |
| 3 | you can look back at the transcript. | 03:08 |
| 4 | Q.   Did you produce all of the tests? | 03:08 |
| 5 | A.   I'm not sure what you mean by that. | 03:08 |
| 6 | Q.   What did you and Tracy test? | 03:08 |
| 7 | A.   I am referring to the tests that I include | 03:08 |
| 8 | in my report.  You can see in my report there are some | 03:09 |
| 9 | tests and some numbers. | 03:09 |
| 10 | Q.   Which parts of the -- which parts of your | 03:09 |
| 11 | report and tests were done by Tracy? | 03:09 |
| 12 | MR. ANSORGE:  Objection.  Mischaracterizes | 03:09 |
| 13 | testimony. | 03:09 |
| 14 | THE WITNESS:  There are no parts or tests of | 03:09 |
| 15 | my report that they were done by Tracy.  There are | 03:09 |
| 16 | some tests, data tests, data experiments, for which I | 03:09 |
| 17 | have oversaw and dictated and described in detail to | 03:09 |
| 18 | be executed.  And Tracy, Ms. Gao -- I don't know if I | 03:09 |
| 19 | have the right last name.  It's more polite, I would | 03:09 |
| 20 | say, to use Ms. Gao in this official context, if this | 03:10 |
| 21 | is the right last name -- was the person from counsel | 03:10 |
| 22 | that executed my instructions. | 03:10 |
| 23 | Now, that I corrected the characterization | 03:10 |
| 24 | of whether somebody else has executed anything or | 03:10 |
| 25 | produced anything in my report, which is not the case, | 03:10 |

Page 177

```
 1    I will tell you which parts of my report have numbers     03:10
 2    based on data.                                            03:10
 3              So there are two types --                       03:10
 4    BY MR. MAO:                                               03:10
 5       Q.   No.  No, no, sir.  You need to be able to         03:10
 6    tell me, okay, which parts of your report, okay, were     03:10
 7    done or assisted by Tracy.  Let's start there so that     03:10
 8    we don't get into an argument.                            03:10
 9              MR. MAO:  And, Joey, if you so much as try      03:10
10    to tamper with this, we're going to the Court.            03:11
11              MR. ANSORGE:  Objection.  Same objection.       03:11
12    Argumentative.                                            03:11
13              MR. MAO:  Go ahead.                             03:11
14    BY MR. MAO:                                               03:11
15       Q.   Go ahead, Professor.                              03:11
16       A.   Yes.  So let's just do this and move on.          03:11
17              Okay.  So let's go down.  I'm scrolling.        03:11
18              In an effort to give you a list, can I use a    03:12
19    Post-it™ to put notes or should I remember in the         03:12
20    process which parts are --                                03:12
21       Q.   Well, technically you were supposed to            03:12
22    disclose that as part of the report, but since you        03:12
23    didn't do that, you know, like I don't know what you      03:12
24    need right now in order to demarcate this.  But I         03:12
25    would like some type of demarcation as to which parts     03:12
```

                                                      Page 178

| | | |
|---|---|---|
| 1 | were assisted by Ms. Gao. | 03:12 |
| 2 | MR. ANSORGE:  Objection.  Argumentative. | 03:12 |
| 3 | And you appear to entirely have forgotten | 03:12 |
| 4 | that there's a stipulation between the parties that | 03:12 |
| 5 | extend to drafts and preparation.  And although that | 03:12 |
| 6 | was a very important issue -- | 03:12 |
| 7 | MR. MAO:  Not tests.  I mean, if your -- if | 03:12 |
| 8 | your colleague is running tests, technical tests for a | 03:12 |
| 9 | professor, I am absolutely entitled to that.  It | 03:12 |
| 10 | should have been disclosed in the reporting, and you | 03:12 |
| 11 | know that, Joey. | 03:12 |
| 12 | MR. ANSORGE:  This is the equivalent -- | 03:12 |
| 13 | BY MR. MAO: | 03:12 |
| 14 | Q.  What part of the test or analysis was done | 03:12 |
| 15 | by the lawyer? | 03:12 |
| 16 | MR. ANSORGE:  Mr. Mao, asked and answered | 03:13 |
| 17 | many times over. | 03:13 |
| 18 | THE WITNESS:  So, one, I don't understand | 03:13 |
| 19 | all the legal stuff you guys are discussing.  I'm | 03:13 |
| 20 | going to again say the following: | 03:13 |
| 21 | The experiments test, I'm going to talk | 03:13 |
| 22 | about over the next few minutes, as I will be scanning | 03:13 |
| 23 | my report, have been done -- have been run essentially | 03:13 |
| 24 | by me in the sense that I supervised them and I | 03:13 |
| 25 | fully -- I gave very, very precise instructions, | 03:13 |

Page 179

1    Mr. Mao.  It's like a lot more precise instructions        03:13

2    than the ones I give on my students, to tell you the        03:13

3    truth.        03:13

4           It's like instructions I give to undergrads        03:13

5    when they are working for me in the context of a        03:13

6    grant.  Like do this, one, two, three, four, five.        03:13

7    Extremely precise.  You cannot mess it up.  It's an        03:13

8    execution task at that point.        03:13

9           And then the reason why I did it is because        03:14

10   I did not want to use USC equipment to actually run        03:14

11   the CPU cycles required to do it.  So I gave very        03:14

12   precise instructions that an undergrad could do        03:14

13   easily.        03:14

14          And then Ms. Tracy Gao was the person        03:14

15   that -- hopefully I'm not misspelling her name, last        03:14

16   name -- that did them and then sent the data back to        03:14

17   me, and then there was back and forth, to make sure        03:14

18   everything is properly done.        03:14

19          So the first such case in my report, if you        03:14

20   go to appendix G, profile data, this is the first        03:14

21   case.  And let me -- what I'm doing is I'm doing a        03:14

22   search to also point out to where you will see me        03:14

23   mentioning this in the actual report.        03:14

24          Because Mr. Hochman himself cited this        03:14

25   DBLS data, I got the data and I ran the test we are        03:15

Page 180

```
 1    discussing right now.  And you can find more in        03:15

 2    paragraph 80 of my report that refers to this data and  03:15

 3    the tests.                                              03:15

 4    BY MR. MAO:                                             03:15

 5        Q.   Any other parts that were either done by      03:15

 6    Ms. Gao or assisted by Ms. Gao?                         03:15

 7        A.   As I said, no parts of my reports was done    03:15

 8    by Ms. Gao.                                             03:15

 9        Q.   What part contains tests run by Ms. Gao?      03:15

10        A.   I'm sorry.  What --                            03:15

11             MR. ANSORGE:  Objection.  Argumentative.      03:15

12    Asked and answered.                                     03:15

13    BY MR. MAO:                                             03:15

14        Q.   What parts of your report contain tests run   03:15

15    by Ms. Gao?                                             03:15

16        A.   Run.  Okay.                                    03:15

17             What parts of my report contain test results  03:15

18    for which Ms. Gao executed the actual program in       03:16

19    servers other than mine is the way I would put it for  03:16

20    one more time.                                          03:16

21             And -- so, Mr. Mao, let's just agree on what  03:16

22    I'm saying that has happened.  I'm under oath.  I'm     03:16

23    telling you exactly what has happened.  So let's just  03:16

24    characterize it the way it is and I'm giving you -- I  03:16

25    promise I'm giving you, as always, very accurate       03:16
```

Page 181

```
 1    information.                                         03:16

 2            So paragraph 80, I am referring to this, and  03:16

 3    there is a table, you can see this table with some   03:16

 4    Biscotti cookies and UIDs and a creation timestamp.  03:16

 5            Then paragraph 82 is referring to these two   03:16

 6    documents that we had a discussion about this earlier 03:16

 7    on in my deposition, and you can find them in the    03:16

 8    appendix G, as I said, profile data.  Paragraph 82 is 03:16

 9    referring to the results of this test.               03:16

10            Then there is one more place that I would     03:17

11    like to bring to your attention to that matter and   03:17

12    this is --                                           03:17

13            So would you like me to give you paragraphs   03:17

14    so that it's very precise, paragraph numbers?        03:17

15        Q.   Yes, sir.  Because precise is how you began  03:17

16    the deposition?                                      03:17

17        A.   Perfect.                                     03:17

18            If you go to paragraph 122, I am discussing   03:18

19    the fact that user agents are served by many, many,  03:18

20    many devices.  I have some citations to the fact of  03:18

21    the top 10 most popular user agents.  User agents, by 03:18

22    the way, are served by tens of millions of people in 03:18

23    the U.S.                                             03:19

24            And then in paragraph 122, I am using the     03:19

25    data submitted by the plaintiffs, and I'm doing      03:19
```

Page 182

| | | |
|---|---|---|
| 1 | basically a matching exercise and I'm reporting some | 03:19 |
| 2 | numbers about user agents and they are common among | 03:19 |
| 3 | multiple plaintiffs in this paragraph. | 03:19 |
| 4 | Q.   Any other paragraphs or sections? | 03:19 |
| 5 | A.   I am very meticulously going through this. | 03:19 |
| 6 | Okay.  If you go to paragraph 120. | 03:20 |
| 7 | Q.   Okay. | 03:20 |
| 8 | A.    I am analyzing data produced in -- Google | 03:20 |
| 9 | produced under the special master process, essentially | 03:20 |
| 10 | he same data I was referring to before, for | 03:20 |
| 11 | IP addresses now; that they have multiple GAIAs | 03:20 |
| 12 | associated with them.  And I actually found | 03:21 |
| 13 | IP addresses with this property as well, particularly | 03:21 |
| 14 | IP addresses that they correspond to more than one of | 03:21 |
| 15 | the plaintiffs. | 03:21 |
| 16 | So 120 paragraph is showing IP addresses | 03:21 |
| 17 | that correspond to more than one of the plaintiffs, | 03:21 |
| 18 | and 122, as I already said, lists UAs that correspond | 03:21 |
| 19 | to more than one of the plaintiffs. | 03:21 |
| 20 | And to be, as always, extremely precise, let | 03:21 |
| 21 | me also go to the appendices to make sure there's no | 03:21 |
| 22 | appendix related to this data.  I don't remember. | 03:21 |
| 23 | Just -- | 03:21 |
| 24 | Q.   I'm curious, Professor, why didn't you ask | 03:21 |
| 25 | Google for equipment to run your tests and | 03:21 |

Page 183

1    experiments?                                              03:21

2        A.   I didn't see the need for it.  I don't          03:22

3    interact with Google at all.  I haven't interacted       03:22

4    with anybody from Google at all throughout this          03:22

5    period.  I haven't talked to a single person from        03:22

6    Google.                                                  03:22

7        Q.   How much would you estimate the equipment       03:22

8    would have cost you in order to be able to run these     03:22

9    experiments?  The ones that you list in your report,     03:22

10   how much would it cost you?                              03:22

11       A.   I don't --                                      03:22

12            MR. ANSORGE:  Mr. Mao, I've been quiet for      03:22

13   quite a while, so let me refer you back to the           03:22

14   stipulation which you said does not apply.  The first    03:22

15   part of it states explicitly that communications --      03:22

16            MR. MAO:  No speaking objections.  Don't        03:22

17   make a speaking objection.                               03:22

18            MR. ANSORGE:  No.  I'm telling -- I'm           03:22

19   speaking to you directly on this.  We have a             03:22

20   stipulation saying the content of oral, written, or      03:22

21   other communications --                                  03:22

22            MR. MAO:  Mr. Ansorge --                        03:22

23            MR. ANSORGE:  -- among and between --           03:22

24   Mr. Mao --                                               03:22

25            MR. MAO:  The name is not disclosed as part     03:22

| | | |
|---|---|---|
| 1 | of -- | 03:22 |
| 2 | MR. ANSORGE:  -- counsel and the expert or | 03:22 |
| 3 | the expert staff and their supporting firms. | 03:22 |
| 4 | And you are explicitly asking about data | 03:23 |
| 5 | pulls that Dr. Psounis asked his counsel about.  And | 03:23 |
| 6 | you're having that listed out in a form in which all | 03:23 |
| 7 | you're doing is creating heat at this point. | 03:23 |
| 8 | We have a specific stipulation that goes to | 03:23 |
| 9 | this issue, Mr. Mao. | 03:23 |
| 10 | MR. MAO:  I asked him -- the last question | 03:23 |
| 11 | in which you interrupted me and went on this tirade | 03:23 |
| 12 | was asking him about how much the equipment would have | 03:23 |
| 13 | cost in order for him to acquire and do it himself. | 03:23 |
| 14 | Are you withdrawing -- are you going to | 03:23 |
| 15 | stand down or are we going to pause on that question? | 03:23 |
| 16 | MR. ANSORGE:  What I'm objecting to is your | 03:23 |
| 17 | entire line of questioning about Ms. Gao -- | 03:23 |
| 18 | MR. MAO:  Joey, my deposition -- stop, stop. | 03:23 |
| 19 | Okay? | 03:23 |
| 20 | BY MR. MAO: | 03:23 |
| 21 | Q.   Professor, how much would the equipment have | 03:23 |
| 22 | cost in order for you to be able to not use USC's | 03:23 |
| 23 | equipment and do -- run the test on your own | 03:23 |
| 24 | equipment? | 03:23 |
| 25 | MR. ANSORGE:  Objection.  Calls for | 03:23 |

Page 185

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | speculation. | 03:23 |
| 2 | THE WITNESS:  I do not know. | 03:24 |
| 3 | BY MR. MAO: | 03:24 |
| 4 | Q.   You do not know as a technical expert how | 03:24 |
| 5 | much it would have cost you, even an estimate? | 03:24 |
| 6 | A.   I -- | 03:24 |
| 7 | MR. ANSORGE:  Same objection. | 03:24 |
| 8 | THE WITNESS:  I have not analyzed, looked | 03:24 |
| 9 | into it, counted cycles, so no. | 03:24 |
| 10 | BY MR. MAO: | 03:24 |
| 11 | Q.   And it never occurred to you that you can | 03:24 |
| 12 | ask Google for equipment to run experiments -- run | 03:24 |
| 13 | these tests that you refer to in your report? | 03:24 |
| 14 | MR. ANSORGE:  Objection.  Mischaracterizes | 03:24 |
| 15 | Exhibit 1.  Mischaracterizes prior testimony.  And | 03:24 |
| 16 | argumentative. | 03:24 |
| 17 | THE WITNESS:  As I said, I have not | 03:24 |
| 18 | interacted with anybody from Google throughout this | 03:24 |
| 19 | time.  I don't feel like I am working for Google or | 03:24 |
| 20 | anything like that.  I've been retained by the | 03:24 |
| 21 | counsel.  The natural thing to do for me was to reach | 03:24 |
| 22 | out to counsel about this.  And I'm going to stay out | 03:24 |
| 23 | of the legal arguments that you guys have. | 03:25 |
| 24 | BY MR. MAO: | 03:25 |
| 25 | Q.   Have you -- you've done prior expert | 03:25 |

Page 186

| | | |
|---|---|---|
| 1 | reports, technical expert reports in other cases. | 03:25 |
| 2 | Isn't that correct, Professor? | 03:25 |
| 3 | A.   Correct. | 03:25 |
| 4 | Q.   And people that assist you in the | 03:25 |
| 5 | formulation of your report in those other cases, did | 03:25 |
| 6 | you list them in your report? | 03:25 |
| 7 | A.   I don't remember, but I believe -- I'm | 03:25 |
| 8 | trying to remember my recent report.  I don't remember | 03:25 |
| 9 | if I listed them or not.  It's been some months now. | 03:25 |
| 10 | Q.   Do you know whether under the Rules of | 03:25 |
| 11 | Evidence and procedure for experts, do you know | 03:25 |
| 12 | whether or not you need to list people who assisted | 03:26 |
| 13 | you in the creation of your report? | 03:26 |
| 14 | A.   No. | 03:26 |
| 15 | MR. ANSORGE:  Mr. Mao, same objection | 03:26 |
| 16 | referring to the stipulation between the parties.  I | 03:26 |
| 17 | don't want us to get into a shouting match, but it's | 03:26 |
| 18 | beyond the pale, nothing we've ever done with any of | 03:26 |
| 19 | your witnesses and something where you at this point | 03:26 |
| 20 | would have stopped the deposition.  We won't do so | 03:26 |
| 21 | because the facts are on our side.  But we plead with | 03:26 |
| 22 | you to return to substantive questioning and stop | 03:26 |
| 23 | harassing the witness in this fashion. | 03:26 |
| 24 | BY MR. MAO: | |
| 25 | Q.   Are you sure her last name was Gao, G-a-o? | 03:26 |

Page 187

```
1        A.    No.  I can check.                          03:26

2        Q.    Was she the only person that assisted you on   03:26

3    these tests?                                        03:26

4              MR. ANSORGE:  Objection.  Mischaracterizes   03:26

5    prior testimony.  Assumes facts not in evidence.    03:26

6    Asked and answered many times over in direct violation   03:26

7    of the stipulation that the parties have reached with   03:27

8    regard to discovery of expert work.                  03:27

9    BY MR. MAO:                                          03:27

10       Q.    Sir, you're not being instructed not to    03:27

11   answer because your counsel knows I'm right.         03:27

12       A.    Again, I want to stay out of the legal part.   03:27

13             MR. ANSORGE:  Yes.                          03:27

14             Object to that entirely, to that           03:27

15   characterization.                                    03:27

16             THE WITNESS:  She was the only person that   03:27

17   executed my detailed instructions about what exactly   03:27

18   to do in order to produce the numbers in the results   03:27

19   that I have in the report.                           03:27

20   BY MR. MAO:                                          03:27

21       Q.    Was she the only person who was providing   03:27

22   you materials as well for review?                    03:27

23             MR. ANSORGE:  Objection.  Direct violation   03:27

24   of the stipulation the parties have reached, Mr. Mao.   03:27

25             THE WITNESS:  I'm not sure I understand what   03:28
```

Page 188

| | | |
|---|---|---|
| 1 | you mean by providing me direct materials. | 03:28 |
| 2 | Is it about the test?  It's about what? | 03:28 |
| 3 | BY MR. MAO: | 03:28 |
| 4 | Q.   Going back to Exhibit No. 9. | 03:28 |
| 5 | After you having read all those paragraphs | 03:28 |
| 6 | you did to find which Tracy we're talking about, do | 03:28 |
| 7 | you recall what ████████████ are for | 03:28 |
| 8 | Google Analytics? | 03:28 |
| 9 | MR. ANSORGE:  Objection.  Asked and | 03:28 |
| 10 | answered. | 03:28 |
| 11 | THE WITNESS:  I'm giving you the same answer | 03:28 |
| 12 | I gave before. | 03:28 |
| 13 | BY MR. MAO: | 03:28 |
| 14 | Q.   Which is what? | 03:28 |
| 15 | A.   I don't know what is the rules here.  What | 03:28 |
| 16 | are the rules here? | 03:28 |
| 17 | Q.   The rules are if your attorney does not | 03:28 |
| 18 | instruct you to answer -- not to answer, you're | 03:28 |
| 19 | required to answer.  So please, Professor -- | 03:28 |
| 20 | MR. ANSORGE:  Yeah. | 03:29 |
| 21 | BY MR. MAO: | 03:29 |
| 22 | Q.   -- what are ████████████ for | 03:29 |
| 23 | Google Analytics? | 03:29 |
| 24 | MR. ANSORGE:  There's valid objections. | 03:29 |
| 25 | Asked and answered.  Argumentative.  It's harassment | 03:29 |

Page 189

| | | |
|---|---|---|
| 1 | at this point.  Your direct flagrant violation of the | 03:29 |
| 2 | stipulation the parties had reached is noted. | 03:29 |
| 3 | I am shocked by it, Mr. Mao.  It's not | 03:29 |
| 4 | something you've done with you -- why don't you seek | 03:29 |
| 5 | some discovery of Dr. Psounis' actual report and | 03:29 |
| 6 | opinions instead of seeking discovery of his | 03:29 |
| 7 | communications with counsel. | 03:29 |
| 8 | BY MR. MAO: | 03:29 |
| 9 | Q.        ████████████ , what are ████████████ | 03:29 |
| 10 | for Google Analytics? | 03:29 |
| 11 | MR. ANSORGE:  Objection.  Asked and | 03:29 |
| 12 | answered. | 03:29 |
| 13 | THE WITNESS:  As I recall, I answered | 03:29 |
| 14 | before.  In order to give you a precise answer to | 03:29 |
| 15 | that, I would like you to give me some additional | 03:29 |
| 16 | documentation.  For example, since this is -- this | 03:29 |
| 17 | question is coming out of Exhibit 9, the deposition of | 03:29 |
| 18 | Stephen Chung, then I would see exactly the context of | 03:30 |
| 19 | what we are talking about. | 03:30 |
| 20 | BY MR. MAO: | 03:30 |
| 21 | Q.  Do you know whether or not ████████████ | 03:30 |
| 22 | is a common element or component of Google Analytics? | 03:30 |
| 23 | A.  Beacons, ████████████ , tracking beacons, | 03:30 |
| 24 | there are a lot of -- all kinds of beacons in very, | 03:30 |
| 25 | very different setups.  It's a very complex system.  I | 03:30 |

Page 190

```
 1    just don't want to mischaracterize anything.          03:30

 2         Q.   Sir, how do you reach your opinions on      03:30

 3    joinability about Google Analytics if you don't even  03:30

 4    sitting here today know what a ███████ is for         03:30

 5    Google Analytics?                                     03:30

 6              MR. ANSORGE:  Objection.  Argumentative.    03:30

 7    Form.                                                 03:30

 8              THE WITNESS:  I will go through my report   03:30

 9    and I can tell you exactly how I reached my opinions  03:30

10    about the joinability issue.  It is covered in        03:31

11    opinion 3 of mine.  Opinion 3 of mine is on a number  03:31

12    of things.  It's "Private Browsing Profiles,          03:31

13    Service-Side Processes, and Data Joinability," which  03:31

14    is the reason why I am bringing it up to your         03:31

15    attention.                                            03:31

16              And I could also -- I can also actually even 03:31

17    give you a high level -- I don't mind doing that -- a 03:31

18    high-level summary of how I reached my opinion.       03:31

19    BY MR. MAO:                                           03:31

20         Q.   Specifically about ████████ for            03:31

21    Google Analytics.                                     03:31

22              Let me ask you, Professor, do you need to   03:31

23    know whether or not ████████ for                     03:31

24    Google Analytics is discussed by the -- by the expert 03:31

25    in which you are hired to rebut, Mr. Hochman?         03:31
```

1      A.   There is discussion about what is beacons,          03:32

2    including ███████████ in -- as far as I recall, in         03:32

3    Mr. Hochman's report.  And you are welcome to give me      03:32

4    Mr. Hochman's report as an exhibit, and that's going       03:32

5    to actually help us move on.                               03:32

6            Because my opinion on joinability and the          03:32

7    fact that there is no joining of unauthenticated and       03:32

8    authenticated data in my opinion, depends on a lot of      03:32

9    things.  And I'm going to go and explain to you now in     03:32

10   what it depends because you are questioning -- you are     03:32

11   asking me actually -- your question is, to the best of     03:32

12   my understanding, "How are you reaching this opinion       03:32

13   of yours?"                                                 03:32

14           So I am reaching this opinion of mine as           03:33

15   follows:                                                   03:33

16           The -- first of all, the data that we are          03:33

17   discussing about, the data at issue --                     03:33

18      Q.   ███████████, Professor.                            03:33

19           MR. ANSORGE:  Mr. Mao, please, why don't you       03:33

20   let him respond to your question.                          03:33

21           MR. MAO:  He's not.  He's trying to move on        03:33

22   and shift to a different subject.                          03:33

23           MR. ANSORGE:  Well, you have repeatedly            03:33

24   interrupted him.  You've violated the stipulation the      03:33

25   parties have reached.  You've applied a double             03:33

| | | |
|---|---|---|
| 1 | standard that's entirely different from how we've | 03:33 |
| 2 | treated your witnesses -- | 03:33 |
| 3 | MR. MAO:  Wait, wait, wait, wait. | 03:33 |
| 4 | MR. ANSORGE:  Why don't you let him answer | 03:33 |
| 5 | your question. | 03:33 |
| 6 | MR. MAO:  Okay.  So let's go back to your | 03:33 |
| 7 | little objection here, okay, I violated a stipulation. | 03:33 |
| 8 | Mr. Ansorge, do you know which Tracy the | 03:33 |
| 9 | professor is speaking to?  Because apparently he's | 03:33 |
| 10 | having trouble recalling. | 03:33 |
| 11 | Well? | 03:33 |
| 12 | Before you can say I violate a stipulation, | 03:33 |
| 13 | you need to tell me who this Tracy is.  Mr. Ansorge? | 03:33 |
| 14 | MR. ANSORGE:  You're violating the | 03:34 |
| 15 | stipulation, Mr. Mao.  We can discuss it in detail -- | 03:34 |
| 16 | MR. MAO:  I don't know who the Tracy is. | 03:34 |
| 17 | Who's this Tracy?  Who is it?  Mr. Ansorge, who is it? | 03:34 |
| 18 | MR. ANSORGE:  Who -- | 03:34 |
| 19 | MR. MAO:  What are her qualifications? | 03:34 |
| 20 | MR. ANSORGE:  Mr. Mao, he's referring to | 03:34 |
| 21 | counsel that at his behest, went and looked up a | 03:34 |
| 22 | simple data query. | 03:34 |
| 23 | You've spent an hour or more focused on an | 03:34 |
| 24 | aspect that's directly in flagrant violation of the | 03:34 |
| 25 | stipulation the parties have reached. | 03:34 |

Page 193

| | | |
|---|---|---|
| 1 | It's the equivalent of him asking for | 03:34 |
| 2 | somebody to pull documents that relate to | 03:34 |
| 3 | fingerprinting.  That's what he's done with the data. | 03:34 |
| 4 | He asks for, pulls for an IP address.  Those are the | 03:34 |
| 5 | pulls that were done.  All of this is a direct | 03:34 |
| 6 | violation of the stipulation, obviously. | 03:34 |
| 7 | The other part that I've been referring to, | 03:34 |
| 8 | Mr. Mao, is that I bent over backwards with your | 03:34 |
| 9 | witnesses to not interrupt them, to permit them to | 03:34 |
| 10 | answer. | 03:34 |
| 11 | What we get from you, while those | 03:34 |
| 12 | conversations are ongoing, are objections such as | 03:34 |
| 13 | "Let the record reflect that the witness has asked for | 03:34 |
| 14 | a document and counsel refuses to show it to him." | 03:34 |
| 15 | How often has Dr. Psounis now asked for | 03:35 |
| 16 | Mr. Hochman's report, which is what he's actually | 03:35 |
| 17 | rebutting?  Why don't you convert this from a memory | 03:35 |
| 18 | test to something that will actually meet his opinions | 03:35 |
| 19 | on the basis on which they're formulated? | 03:35 |
| 20 | MR. MAO:  Because I'm trying to figure out | 03:35 |
| 21 | who this Tracy is and whether or not she actually has | 03:35 |
| 22 | a computer science degree. | 03:35 |
| 23 | What is your representation, Mr. Ansorge? | 03:35 |
| 24 | MR. ANSORGE:  My representation is you are | 03:35 |
| 25 | violating the stipulation by explicitly -- and I'll | 03:35 |

| | | |
|---|---|---|
| 1 | finish, I'm answering Mr. Mao -- by explicitly seeking | 03:35 |
| 2 | discovery of communications with counsel. | 03:35 |
| 3 | You have misrepresented what Dr. Psounis has | 03:35 |
| 4 | been describing as simple lookups and queries as | 03:35 |
| 5 | somehow being improper and you burned a huge amount of | 03:35 |
| 6 | time.  And you're now interrupting him when he is | 03:35 |
| 7 | actually describing some of the basis in his opinions. | 03:35 |
| 8 | And that's the extent of it. | 03:35 |
| 9 | Now, I think I've made my objection clear on | 03:35 |
| 10 | the record.  I'm surprised that you're doing this to | 03:35 |
| 11 | be frank, Mark.  This is not something we have done to | 03:35 |
| 12 | you, we would do to you.  We'll -- we're going to have | 03:36 |
| 13 | to probably take it up with the Court after this. | 03:36 |
| 14 | MR. MAO:  Take it up to the Court.  Because | 03:36 |
| 15 | his recollection is that you represented -- somebody | 03:36 |
| 16 | at Quinn Emanuel represented that this Tracy has a | 03:36 |
| 17 | technical degree. | 03:36 |
| 18 | Okay? | 03:36 |
| 19 | And assisted in the running of the tests. | 03:36 |
| 20 | I am absolutely within my bounds to ask and | 03:36 |
| 21 | figure out who this Tracy is, okay, who has the | 03:36 |
| 22 | science degree. | 03:36 |
| 23 | Does this Tracy have a science -- have a | 03:36 |
| 24 | computer science degree or not? | 03:36 |
| 25 | MR. ANSORGE:  Objection.  Direct violation | 03:36 |

Page 195

```
 1    of the stipulation the parties have reached.          03:36

 2          Mr. Mao, why don't you ask the witness some      03:36

 3    questions and he'll respond.                           03:36

 4    BY MR. MAO:                                            03:36

 5     Q.    Well, Professor, does she have a computer       03:36

 6    science degree?                                        03:36

 7          MR. ANSORGE:  Objection.  Asked and             03:36

 8    answered.  Objection.  Violation of the stipulation    03:36

 9    the parties have reached.                              03:36

10          MR. MAO:  You are going to go up to the          03:36

11    judge and say that it is -- in a technical deposition  03:36

12    of an expert, when I ask him who assisted them and     03:36

13    what kind of foundational competence they have in the  03:37

14    special matter under examination, you're going to say  03:37

15    that I am not entitled to that information,            03:37

16    Mr. Ansorge?                                           03:37

17          MR. ANSORGE:  I'm going to say you were          03:37

18    explicitly inquiring into communications with counsel. 03:37

19    You understood that you were doing so at the time.     03:37

20    And you've done it for some reason instead of asking   03:37

21    the witness questions about their actual opinion.      03:37

22    That's something we can take up offline.               03:37

23          What I would plead with you, Mr. Mao, is why     03:37

24    don't you find your way back to the opinions that      03:37

25    Dr. Psounis has offered.  There's 13 of them.  You've  03:37
```

| 1 | asked about two at this point or three. Why don't you | 03:37 |
| 2 | focus on those instead of his communications with | 03:37 |
| 3 | counsel which are explicitly categorically excluded by | 03:37 |
| 4 | stipulation of the parties. | 03:37 |
| 5 | MR. MAO: So who is Tracy then? Can you | 03:37 |
| 6 | establish for me that she's actually covered by the | 03:37 |
| 7 | stipulation? Who? Mr. Ansorge? | 03:37 |
| 8 | MR. ANSORGE: Same objection. | 03:37 |
| 9 | MR. MAO: You won't tell me who this Tracy | 03:37 |
| 10 | is on the record. | 03:37 |
| 11 | MR. ANSORGE: I'm not being deposed here. | 03:38 |
| 12 | Same objection. | 03:38 |
| 13 | MR. MAO: So then how am I supposed to take | 03:38 |
| 14 | your word that this is covered by the stipulation? | 03:38 |
| 15 | Sir -- | 03:38 |
| 16 | MR. ANSORGE: Do you have any questions for | 03:38 |
| 17 | Dr. Psounis? You indicated at one point that you were | 03:38 |
| 18 | planning on finishing at 4:00 p.m. We are getting | 03:38 |
| 19 | close to that time. | 03:38 |
| 20 | MR. MAO: No. No, I'm not. Because -- | 03:38 |
| 21 | because -- you've got to undisclose either technical | 03:38 |
| 22 | expert or nontechnical expert, and I'd like to know | 03:38 |
| 23 | which one that is in an expert deposition. | 03:38 |
| 24 | MR. ANSORGE: There's no disclosure of an | 03:38 |
| 25 | expert here. | 03:38 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | You were asking Dr. Psounis about | 03:38 |
| 2 | communications with counsel.  You're well aware of who | 03:38 |
| 3 | on our team is named Tracy Gao. | 03:38 |
| 4 | I take offense and I'm surprised by this | 03:38 |
| 5 | little performance you're putting on for us right now. | 03:38 |
| 6 | You understand these are communications with | 03:38 |
| 7 | counsel.  If you want to proceed and say that somehow | 03:38 |
| 8 | it's proper for you to ask specifically what was | 03:38 |
| 9 | pulled at one time, what documents were being | 03:39 |
| 10 | provided, you can do so. | 03:39 |
| 11 | We've made it very clear on the record.  I | 03:39 |
| 12 | believe Dr. Psounis has been more than forthcoming. | 03:39 |
| 13 | Why don't you actually ask him some | 03:39 |
| 14 | questions about his conclusions that he's offering in | 03:39 |
| 15 | his report that he specifically rebut your plaintiffs' | 03:39 |
| 16 | opinions? | 03:39 |
| 17 | MR. MAO:  Because Rule 702 allows me to | 03:39 |
| 18 | analyze the data, the methodology, and the way the | 03:39 |
| 19 | methodology was used applied against the data to | 03:39 |
| 20 | arrive at the expert's conclusions.  And I'm trying to | 03:39 |
| 21 | understand with the methodology of how the data was | 03:39 |
| 22 | pulled. | 03:39 |
| 23 | Are you going to obstruct me from that, | 03:39 |
| 24 | Mr. Ansorge? | 03:39 |
| 25 | MR. ANSORGE:  Why don't you actually ask | 03:39 |

Veritext Legal Solutions
866 299-5127

```
 1    Dr. Psounis about that.  Why don't you ask him --        03:39

 2             MR. MAO:  I have.                                03:39

 3             MR. ANSORGE:  -- about the specific --           03:39

 4             MR. MAO:  The --                                 03:39

 5             MR. ANSORGE:  -- searches that he has            03:39

 6    requested -- no.  That is not what you've been doing,     03:39

 7    Mr. Mao.                                                  03:39

 8             So why you don't actually ask Dr. Psounis        03:39

 9    what the specific search was that he had asked for,       03:39

10    what specific data he had run, and whether he had         03:39

11    access to that same data.                                 03:39

12             And I think we can wrap this up much quicker     03:39

13    than you've been doing so far.                            03:40

14             MR. MAO:  Let's take a break.                    03:40

15             Off the record, please.                          03:40

16             THE VIDEOGRAPHER:  Going off the record.         03:40

17    The time is 3:40 p.m.                                     03:40

18             (Break taken in proceedings.)                    03:40

19             THE VIDEOGRAPHER:  Back on the record.  The      04:16

20    time is 4:16 p.m.                                         04:16

21    BY MR. MAO:                                               04:16

22        Q.   Professor, during the break, did you speak       04:16

23    with Mr. Ansorge or any attorney regarding the            04:16

24    substance of the testimony here today?                    04:16

25        A.   No, I did not.                                   04:16
```

Page 199

| | | |
|---|---|---|
| 1 | MR. MAO:  I'm just going to put on the | 04:17 |
| 2 | record that Mr. Ansorge appears to be okay with us | 04:17 |
| 3 | agreeing to stipulation where if I don't ask you all | 04:17 |
| 4 | the questions regarding your interactions with this | 04:17 |
| 5 | Tracy, I am not waiving my right or ability to take | 04:17 |
| 6 | that up to the Court or ask additional questions | 04:17 |
| 7 | regarding that should the Court grant that. | 04:17 |
| 8 | Are we in agreement, Mr. Ansorge? | 04:17 |
| 9 | MR. ANSORGE:  I would put it like that. | 04:17 |
| 10 | We're in agreement that you've preserved the issue | 04:17 |
| 11 | that you're referring to. | 04:17 |
| 12 | I'm not sure what the second part was of | 04:17 |
| 13 | what you just said, where you have the right to seek | 04:17 |
| 14 | more questions or to have more discovery of Ms. Gao's | 04:17 |
| 15 | role.  That's the part that I wasn't -- I don't | 04:17 |
| 16 | believe that's what John was describing earlier | 04:17 |
| 17 | either. | 04:17 |
| 18 | Let me explain.  My understanding was that | 04:17 |
| 19 | plaintiffs would agree to cease this line of | 04:17 |
| 20 | questioning.  If we have agree they have sufficiently | 04:17 |
| 21 | preserved the issue, that they can raise it with the | 04:18 |
| 22 | Court, if they so choose. | 04:18 |
| 23 | And I'm pretty sure that's what John was | 04:18 |
| 24 | saying.  It sounds like you've converted it into | 04:18 |
| 25 | something different. | 04:18 |

Page 200

| | | |
|---|---|---|
| 1 | MR. MAO:  No.  No. | 04:18 |
| 2 | We would need to reserve our right to also | 04:18 |
| 3 | be able to ask questions if you happen to be wrong on | 04:18 |
| 4 | the existing questions. | 04:18 |
| 5 | MR. ANSORGE:  Well, I think you're reserving | 04:18 |
| 6 | the right to raise the issue with the Court.  If the | 04:18 |
| 7 | Court determines that additional questions are | 04:18 |
| 8 | appropriate, then it's going to be up to the Court. | 04:18 |
| 9 | I mean, at this point, I'm not going to | 04:18 |
| 10 | stipulate to further questions into Dr. Psounis' | 04:18 |
| 11 | communications with counsel being appropriate or you | 04:18 |
| 12 | having a right to those.  I don't believe you ever had | 04:18 |
| 13 | a right to those. | 04:18 |
| 14 | So what we can stipulate to is that | 04:18 |
| 15 | plaintiffs have sufficiently asked questions about | 04:18 |
| 16 | Tracy Gao, counsel, to preserve the issue, if they | 04:18 |
| 17 | want to raise it with the Court. | 04:18 |
| 18 | And that's what John had asked us to | 04:18 |
| 19 | stipulate to, and that's what we're prepared to | 04:19 |
| 20 | stipulate to today. | 04:19 |
| 21 | MR. MAO:  I disagree on your word of the use | 04:19 |
| 22 | "sufficient." | 04:19 |
| 23 | Can we at least remove the word "sufficient" | 04:19 |
| 24 | from your offer or stip?  Why don't you put back in | 04:19 |
| 25 | what your offer and your version of the stipulation is | 04:19 |

Page 201

| | | |
|---|---|---|
| 1 | without the word "sufficient"? | 04:19 |
| 2 | MR. ANSORGE:  Plaintiffs have preserved the | 04:19 |
| 3 | issue so that they can raise it with the Court.  And | 04:19 |
| 4 | they will cease the line of questioning in discovery | 04:19 |
| 5 | into Dr. Psounis' communications with counsel for | 04:19 |
| 6 | Google, in particular Tracy Gao. | 04:19 |
| 7 | MR. MAO:  And I'm reserving my right to be | 04:19 |
| 8 | able to ask the Court to be able to get additional | 04:19 |
| 9 | questions on this topic, should the Court desire. | 04:19 |
| 10 | Do we agree on that? | 04:19 |
| 11 | MR. ANSORGE:  That's fine.  I don't think | 04:19 |
| 12 | you're waiving any rights to ask the Court for any | 04:19 |
| 13 | specific relation. | 04:20 |
| 14 | MR. MAO:  Okay. | 04:20 |
| 15 | BY MR. MAO: | 04:20 |
| 16 | Q.  Professor Psounis, with regard to | 04:20 |
| 17 | IP addresses and whether or not Google uses IP | 04:20 |
| 18 | addresses to join data, do you have any evidence that | 04:20 |
| 19 | Google does not use IP addresses to join data? | 04:20 |
| 20 | MR. ANSORGE:  Objection.  Form.  Assumes | 04:20 |
| 21 | facts not in evidence.  Calls for speculation. | 04:20 |
| 22 | THE WITNESS:  First of all, when you say | 04:21 |
| 23 | data, I assume you are referring to the data at issue, | 04:21 |
| 24 | meaning whether Google is using IP addresses to join | 04:21 |
| 25 | unidentified data with identified data? | 04:21 |

Page 202

1    BY MR. MAO:                                          04:21

2        Q.   No.                                         04:21

3             Whether or not Google uses IP addresses to  04:21

4    join any data?                                       04:21

5        A.   I have not been asked to opine on whether   04:21

6    Google uses IP addresses to join any data.  I've been 04:21

7    asked to opine on whether Google uses IP addresses or 04:21

8    other things to join the data at issue.  And in      04:21

9    particular to join unauthenticated data from private 04:21

10   browsing mode to authenticated data.                 04:21

11            And my opinion is clear that this is         04:22

12   absolutely not the case.  Google does not do this with 04:22

13   IP addresses or with other stuff.                    04:22

14       Q.   If a user signs into a third-party website  04:22

15   that uses either PPIDs or GA IDs, would that data be  04:22

16   considered authenticated or unauthenticated data?     04:22

17       A.   I can answer, but I want to be as user       04:22

18   precise and stick to the data at issue.              04:22

19            So are you referring to a user that is in    04:22

20   private browsing mode and then signs into some Google 04:23

21   servers with a GAIA ID or in some first party with a 04:23

22   PPID?                                                 04:23

23            Can you be more precise?                     04:23

24       Q.   If the user signs into a third-party web -- 04:23

25   third-party website that uses either PPIDs or GA IDs, 04:23

Page 203

| | | |
|---|---|---|
| 1 | okay, is that going to be authenticated or | 04:23 |
| 2 | unauthenticated -- or unauthenticated data. | 04:23 |
| 3 | A.    So -- okay.  So are you referring to users | 04:23 |
| 4 | that they are browsing the internet in private | 04:23 |
| 5 | browsing mode? | 04:23 |
| 6 | Q.    Yes.  In private browsing mode.  Thank you. | 04:24 |
| 7 | A.    Okay. | 04:24 |
| 8 | So second clarification, you say | 04:24 |
| 9 | third-party. | 04:24 |
| 10 | PPIDs are first party.  It's okay.  I'm just | 04:24 |
| 11 | stating this as a matter of fact.  It's totally fine. | 04:24 |
| 12 | So the question is -- let's split it in two | 04:24 |
| 13 | parts. | 04:24 |
| 14 | A user is in private browsing mode, and then | 04:24 |
| 15 | signs with a PPID, let's say, in New York Times. | 04:24 |
| 16 | This is the scenario, for example, you're | 04:24 |
| 17 | asking with; correct? | 04:24 |
| 18 | Q.    Yes. | 04:24 |
| 19 | A.    So this user is -- has not signed into his | 04:24 |
| 20 | Google account and henceforth, for starters, is a user | 04:24 |
| 21 | that is in private browsing mode, and it's a | 04:25 |
| 22 | signed-out user and it is visiting a non-Google | 04:25 |
| 23 | website, so it's a user that is at issue.  And this | 04:25 |
| 24 | user, by not having been signed into Google, from the | 04:25 |
| 25 | point of view of Google is an unauthenticated user. | 04:25 |

Page 204

| | | |
|---|---|---|
| 1 | Q.    Okay.  So let's stay with that for a moment. | 04:25 |
| 2 | Okay? | 04:25 |
| 3 | So let's say that user also at that time | 04:25 |
| 4 | opens up a normal mode browsing session. | 04:25 |
| 5 | Okay? | 04:25 |
| 6 | Goes to the same website, this time sign in | 04:25 |
| 7 | on the browser, okay, into the Google browser, okay, | 04:26 |
| 8 | using his Google ID.  And then he logs into the same | 04:26 |
| 9 | third-party website. | 04:26 |
| 10 | Okay? | 04:26 |
| 11 | Is the data that you previously said was | 04:26 |
| 12 | unauthenticated, does that become authenticated data | 04:26 |
| 13 | or is that still unauthenticated data? | 04:26 |
| 14 | MR. ANSORGE:  Objection.  Form.  Compound. | 04:26 |
| 15 | THE WITNESS:  It is not clear to me what you | 04:26 |
| 16 | are describing with your second scenario. | 04:26 |
| 17 | So you said now a user is in a regular | 04:26 |
| 18 | browsing mode. | 04:26 |
| 19 | BY MR. MAO: | 04:26 |
| 20 | Q.    Yes. | 04:26 |
| 21 | A.    Then the user is signing into his Google ID; | 04:26 |
| 22 | right? | 04:26 |
| 23 | Q.    Yes. | 04:26 |
| 24 | A.    And then the user continues browsing. | 04:26 |
| 25 | Whether it goes into a third party or a first party or | 04:26 |

Page 205

| | | |
|---|---|---|
| 1 | whatever, he already signed in with his Google ID; | 04:26 |
| 2 | correct? | 04:27 |
| 3 | Q.   Right.  And then he's going to the same | 04:27 |
| 4 | website as what he had visited in the private browsing | 04:27 |
| 5 | session. | 04:27 |
| 6 | A.   Whether it goes to the same website or not, | 04:27 |
| 7 | since the user has signed in at Google, he's an | 04:27 |
| 8 | authenticated user. | 04:27 |
| 9 | Q.   Right. | 04:27 |
| 10 | So what about that prior -- that other | 04:27 |
| 11 | window, okay, where he was signed out but signed into | 04:27 |
| 12 | the third-party website in private mode or in | 04:27 |
| 13 | incognito mode, okay, do you and I agree that between | 04:27 |
| 14 | the two different sessions is sharing the PPID? | 04:27 |
| 15 | MR. ANSORGE:  Objection.  Form. | 04:27 |
| 16 | THE WITNESS:  So the PPID is set by the | 04:27 |
| 17 | publisher that is using the PPID for the certain user. | 04:27 |
| 18 | It is the same PPID.  It is a PPID that -- it is an ID | 04:28 |
| 19 | that, per the rules, is encrypted and it does not | 04:28 |
| 20 | contain any PII by the rules that -- in the contracts, | 04:28 |
| 21 | if you wish, that Google has with the first-party | 04:28 |
| 22 | provider, New York Times, whatever we are discuss now. | 04:28 |
| 23 | So, yes, it is the same PPID, but always | 04:28 |
| 24 | thinking the -- the topic at issue here, this PPID, as | 04:28 |
| 25 | I said, is designed that Google has no idea to whom | 04:28 |

Page 206

|    |                                                                     |       |
|----|---------------------------------------------------------------------|-------|
| 1  | this PPID belongs to because it's encrypted and it                  | 04:28 |
| 2  | doesn't have PII.  And it --                                         | 04:28 |
| 3  | Q.   Okay.  So --                                                    | 04:28 |
| 4  | A.   -- bunch of times so --                                         | 04:28 |
| 5  | Q.   Okay.  But let me take another step.                            | 04:28 |
| 6  | So with this second sign-in, okay, in normal                        | 04:28 |
| 7  | mode, okay, you have now, we agree, the same PPID, is                | 04:29 |
| 8  | the prior sessions data authenticated or                            | 04:29 |
| 9  | unauthenticated now?  Do you know?                                   | 04:29 |
| 10 | A.   I do know.                                                      | 04:29 |
| 11 | MR. ANSORGE:  Objection.  Form.                                      | 04:29 |
| 12 | THE WITNESS:  So let me explain.  The first                         | 04:29 |
| 13 | sessions data, and to be precise, the private browsing              | 04:29 |
| 14 | session data are unauthenticated.  The only -- I don't              | 04:29 |
| 15 | want to offer multiple different -- let me just stick               | 04:29 |
| 16 | to that.                                                             | 04:29 |
| 17 | They are unauthenticated data.  So there is                         | 04:29 |
| 18 | a cookie jar -- you can -- do you want me to -- I can                | 04:29 |
| 19 | just walk you also through my report, if you would                  | 04:29 |
| 20 | like, with schematics and stuff to maybe help with my               | 04:29 |
| 21 | explanations from Exhibit 1.                                         | 04:30 |
| 22 | BY MR. MAO:                                                          | 04:30 |
| 23 | Q.   No.                                                             | 04:30 |
| 24 | I just want to know, that first session in                          | 04:30 |
| 25 | private mode, right, was that -- does that become                   | 04:30 |

Page 207

1    authenticated or unauthenticated data?                      04:30

2          I'm asking for Google purposes.  It's not            04:30

3    meant to be a trick question.  It's merely asking you       04:30

4    does it have to be authenticated or unauthenticated?        04:30

5          A.   And I am trying to explain my answers so         04:30

6    that you understand, I don't want to say here is the        04:30

7    answer.                                                      04:30

8          So the data of this first session, the               04:30

9    private browsing session, has a cookie jar associated       04:30

10   with it.  In this cookie jar there is the PPID, right,      04:30

11   you refer to.  And --                                        04:30

12         Q.   Mm-hm.                                            04:30

13         A.   -- there is no GAIA ID in there.                  04:30

14         Because the second session you are referring          04:30

15   to, which was originally on a regular browser --            04:30

16   regular browsing mode, and then I signed in into my         04:30

17   gmail, for example, some Google account of mine, it         04:31

18   does have a GAIA.                                            04:31

19         So these are two separate sessions.  They             04:31

20   have two separate cookie jars.  The first cookie jar        04:31

21   that corresponds to the first session doesn't have any      04:31

22   GAIA, and it is unauthenticated.  It is -- and it           04:31

23   stays unauthenticated.  Because what happens to the         04:31

24   second session, and whether the data -- and whether         04:31

25   the second session of the data from the second session      04:31

1   are not authenticated has nothing to do with what          04:31

2   happens with the first session.  This is separate          04:31

3   sessions.                                                    04:31

4       Q.   Okay.  Do you know whether or not Google           04:31

5   uses that linkage, the linkage between the first           04:31

6   session and the second session, that shares the common     04:31

7   PPID?                                                        04:31

8       A.   I'm not going call it linkage.  It is the          04:31

9   same PPID.  But because the PPID is encrypted, and         04:31

10  because the data that we are discussing are in             04:32

11  completely different logs, I do know that Google does      04:32

12  not attempt to make any joining of the two different       04:32

13  sets of data.                                               04:32

14      Q.   That's not my question.  Not my question.         04:32

15           My question is:  Does Google use that             04:32

16  linkage, for example, for a conversion?                    04:32

17           MR. ANSORGE:  Objection.  Form, and               04:32

18  argumentative.                                              04:32

19           THE WITNESS:  So continuing on previous           04:32

20  thought we come to the conversion.  I do know that         04:32

21  Google does not use that linkage to join the data.         04:32

22           Now, the new -- the follow-up question,           04:32

23  which is making more specifically -- this is great --      04:33

24  is whether Google is or is not using the data for          04:33

25  conversion.                                                 04:33

Veritext Legal Solutions
866 299-5127

```
 1              So I will -- let me just go through the        04:33

 2      corresponding part of my report.  I think speaking     04:33

 3      like that, it's a little bit --                        04:33

 4      BY MR. MAO:                                            04:33

 5          Q.   I'm simply asking you whether or not Google   04:33

 6      would use that, okay, that relationship, whether you   04:33

 7      want to call it linkage or not, for a conversion?      04:33

 8          A.   And I'm going to answer this.                 04:33

 9          Q.   It's not answered in your report.             04:33

10              Are you going to point me to a part of your    04:33

11      report that answers that?                              04:33

12          A.   Yes.  I'm going to point at -- I can answer   04:33

13      now.  But I'm trying to be --                          04:33

14          Q.   Okay.  And I want you to answer it.  I don't  04:33

15      need your report.  If your report would help basically 04:33

16      answer the question --                                 04:33

17          A.   Yes.                                          04:33

18          Q.   -- directly --                                04:33

19          A.   It will.                                      04:33

20              So let me go --                                04:33

21          Q.   Why can't you just answer that right now.  I  04:33

22      mean, it's a yes-or-no question.                       04:33

23              MR. ANSORGE:  Objection.  Argumentative.       04:33

24              THE WITNESS:  I think that my answer will be    04:33

25      more clear if I point to a specific section in my      04:34
```

| | | |
|---|---|---|
| 1 | report.  I can show you a picture.  So if you can -- | 04:34 |
| 2 | BY MR. MAO: | 04:34 |
| 3 | Q.  I don't need a picture to illustrate. | 04:34 |
| 4 | I know you do know that I don't have a | 04:34 |
| 5 | technical degree, but I can assure you that I | 04:34 |
| 6 | understand the technical aspects of this case. | 04:34 |
| 7 | Okay? | 04:34 |
| 8 | I'm simply asking you:  Does Google use that | 04:34 |
| 9 | relationship for conversions? | 04:34 |
| 10 | And my next question is going to be how do | 04:34 |
| 11 | you know, whatever your answer is? | 04:34 |
| 12 | A.  So I'm going to answer this.  Give me one | 04:34 |
| 13 | second.  And I'm going to just use my report for my | 04:34 |
| 14 | own -- you don't need it, it's great -- for my own | 04:34 |
| 15 | uses.  I just think it grounds the discussion but -- | 04:34 |
| 16 | so let me answer in a manner that I think it's more | 04:34 |
| 17 | precise and more helpful. | 04:34 |
| 18 | So I have to find the corresponding part | 04:34 |
| 19 | now.  Now this is opinion 4, I believe, about | 04:34 |
| 20 | conversions. | 04:35 |
| 21 | Okay.  Here we are. | 04:35 |
| 22 | So when it comes to measuring conversions, I | 04:35 |
| 23 | do have a separate opinion and it's a short opinion, | 04:35 |
| 24 | and it starts at paragraph 86. | 04:35 |
| 25 | So as you can see in the case of, for | 04:35 |

Page 211

```
 1    example, paragraph 87, in order for Google to do this,    04:35

 2    meaning use this for conversions --                       04:35

 3         Q.   Wait, wait, wait.                                04:35

 4              You're saying mapping is the same thing as       04:35

 5    conversions?                                               04:35

 6         A.   I'm sorry?                                       04:35

 7         Q.   You're looking at 87; right?  I'm asking         04:35

 8    about conversions.  I'm just making sure.  Because 87      04:35

 9    does not use the word "conversions."                      04:35

10         A.   Okay.  I am trying to explain to you.  You       04:35

11    said that you are not a technical expert.                 04:35

12         Q.   Okay.  Yeah, please.                            04:36

13         A.   Again, I'm trying to explain to you, because     04:36

14    the way conversions work is through mapping.              04:36

15              So I'm building up so that you understand.       04:36

16    You can see paragraph 88, if you will.  The way            04:36

17    conversions work is the following:                        04:36

18              You have two Biscotti IDs, and they are both     04:36

19    connected to a GAIA ID, to the same GAIA ID.  This is      04:36

20    how the linkage takes place.  This is how the linkage      04:36

21    takes place.  And there have been, I believe -- not I      04:36

22    believe -- also testimony from Google engineers to         04:36

23    that effect.                                               04:36

24              So in the scenario you described to me, the      04:36

25    first PPID, which is converted to a Biscotti ID, as        04:36
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | you may or may not know -- it doesn't really matter | 04:36 |
| 2 | but just to know that we are talking about this | 04:36 |
| 3 | here -- is not mapped to a GAIA ID.  This is no link | 04:36 |
| 4 | between the first private browsing session Biscotti | 04:36 |
| 5 | ID, PPID, that essentially tells the Biscotti ID that | 04:37 |
| 6 | you discussed about, there is no mapping, there's no | 04:37 |
| 7 | link between this and the GAIA ID. | 04:37 |
| 8 | And hence, it cannot be used in the context | 04:37 |
| 9 | of this close device link that you see in this basic | 04:37 |
| 10 | idea of this paragraph 88. | 04:37 |
| 11 | Q.   So you do not agree with me that in the | 04:37 |
| 12 | GAIA log is also going to sit -- for the second | 04:37 |
| 13 | session, you don't agree with me that it's going to | 04:37 |
| 14 | include both a GAIA ID and a Biscotti -- a ███████ | 04:37 |
| 15 | ███████? | 04:37 |
| 16 | A.   No.  This is not what I said. | 04:37 |
| 17 | The second session has a GAIA ID and a PPID, | 04:37 |
| 18 | and hence the second session PPID being linked to a | 04:37 |
| 19 | GAIA ID can be used for conversions. | 04:38 |
| 20 | There are other -- | 04:38 |
| 21 | Q.   So we are saying the same thing.  Wait, | 04:38 |
| 22 | wait, wait.  So that is my question. | 04:38 |
| 23 | My question is, right, is that PPID and the | 04:38 |
| 24 | transactions associated with that PPID, okay, after | 04:38 |
| 25 | the sign in used for conversions? | 04:38 |

Page 213

1      A.   So the encrypted and hashed PPID that has --      04:38

2   is tending to a Biscotti ID of the second scenario      04:38

3   that you are describing this, which is connected to a      04:38

4   GAIA ID, could potentially be used for conversions,      04:38

5   yes.  It can.  I can be used.      04:38

6      Q.   Right.      04:38

7      A.   It is the first PPID after it is -- and not      04:38

8   just the PPID.  It's essentially the actions of this      04:38

9   private browsing user that's the key that they are not      04:39

10  converted.  They are not being used for conversions.      04:39

11          You see, I'm trying to go to the essence of      04:39

12  the case here --      04:39

13     Q.   How are you -- how do you know that?  How do      04:39

14  you know that?      04:39

15     A.   I just explained how it's impossible with      04:39

16  the way the system is implemented, based on the      04:39

17  documents of course that I have reviewed, for this to      04:39

18  occur.      04:39

19          Because the way it works is that the first      04:39

20  PPID is not associated with a GAIA.  So the way it      04:39

21  works is the moment that there is a conversion, there      04:39

22  is no GAIA to associate with the PPID of the first      04:39

23  session.  So the source code will not work.      04:39

24     Q.   But the PPID is the same PPID in both      04:39

25  sessions.      04:39

Page 214

CONFIDENTIAL

```
 1             Do we disagree?                          04:39

 2        A.   I do not disagree that a user has the same   04:39

 3   PPID in as many sessions as the user is involved,    04:39

 4   private or not private, with a certain publisher.  It   04:40

 5   is the same PPID.                                    04:40

 6             But this PPID, as I said, even though it's   04:40

 7   the same PPID, then it is encrypted.  Then it is    04:40

 8   hashed.  And the two PPIDs now, I'm separating them   04:40

 9   because they are now two different PPIDs.  They may --   04:40

10   because there is no linkage between them -- because    04:40

11   there is no linkage between them and the GAIA.  There   04:40

12   is only one GAIA that is linked to a GAIA, not the    04:40

13   other GAIA.                                          04:40

14             That's why I was showing you this --       04:40

15        Q.   Have you considered whether or not there's   04:40

16   any Google documentation showing that Google uses    04:40

17   PPIDs that as the linkage and not just GAIA?         04:40

18        A.   I have.                                    04:40

19             I'm sorry.  Am I answering too fast?  I    04:40

20   should wait a couple seconds.                        04:40

21             Based on all the documents that I have      04:40

22   reviewed, including the testimony and the depositions   04:40

23   from the engineers, I didn't find anything that says   04:40

24   that Google would use private browsing -- it's      04:41

25   important -- private browsing session PPIDs for      04:41
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | conversion. | 04:41 |
| 2 | Q.   No, no.  Different question. | 04:41 |
| 3 | My question to you is:  Do you know whether | 04:41 |
| 4 | or not Google uses, okay, ████████████████ for | 04:41 |
| 5 | conversions, even without a GAIA ID? | 04:41 |
| 6 | MR. ANSORGE:  Objection.  Form -- | 04:41 |
| 7 | BY MR. MAO: | 04:41 |
| 8 | Q.   The same PPID -- yes.  The same ████████ | 04:41 |
| 9 | ████████ across different sessions. | 04:41 |
| 10 | MR. ANSORGE:  Objection.  Form. | 04:41 |
| 11 | Argumentative.  Asked and answered. | 04:41 |
| 12 | THE WITNESS:  So as I -- okay.  So I'm going | 04:41 |
| 13 | to go back to my report to help again. | 04:41 |
| 14 | So in paragraph 88, I say that conversions | 04:41 |
| 15 | are measured through mapping a GAIA ID to a | 04:41 |
| 16 | Biscotti ID.  And for all practical purposes, PPID is | 04:41 |
| 17 | now converted to a Biscotti ID. | 04:42 |
| 18 | So if there is no such mapping between the | 04:42 |
| 19 | Biscotti ID -- the PPID converted to the Biscotti ID | 04:42 |
| 20 | in question with a GAIA ID, the conversion is not | 04:42 |
| 21 | going to take place. | 04:42 |
| 22 | So, again, it is not that conversion takes | 04:42 |
| 23 | place in the absence of a GAIA ID.  It's the GAIA ID | 04:42 |
| 24 | that does this, not the PPID. | 04:42 |
| 25 | And I can even explain why the system is | 04:42 |

Page 216

```
 1    designed like that, but I don't want to go there          04:42

 2    unless you want to.  But I'm just saying.                 04:42

 3    BY MR. MAO:

 4        Q.   Now, setting aside conversions, could the        04:42

 5    same PPIDs be used to identify users?                     04:42

 6        A.    No.   PPIDs, the way they have been designed    04:42

 7    cannot be used to identify users.  And there are          04:42

 8    multiple steps that Google has taken, and I can again     04:42

 9    use my --                                                 04:43

10        Q.   So let me go back.                               04:43

11            You and I agree that it was the same PPID,        04:43

12    right, in the scenario in both sessions?  The provide     04:43

13    browsing session and the incognito session; right?       04:43

14            You're saying that the same PPID could not        04:43

15    be used to identify the user in the GAIA state?           04:43

16            MR. ANSORGE:  Objection.  Form.  Compound.        04:43

17    And incomplete hypothetical.  And calls for               04:43

18    speculation.                                              04:43

19            THE WITNESS:  So my understanding of the          04:43

20    question was whether a PPID can be used to identify a     04:43

21    user by Google?                                           04:43

22            Is this the question or am I                      04:43

23    misunderstanding the question?                            04:43

24    BY MR. MAO:                                               04:43

25        Q.   Yeah.                                            04:43
```

Page 217

```
 1              Can we use the same PPID across those two        04:43

 2      sessions to identify users?                             04:43

 3          A.   No, no.  It's -- can you -- you can repeat      04:43

 4      the question.  You're the one that comes up with         04:43

 5      questions so I don't feel --                             04:43

 6      BY MR. MAO:                                              04:44

 7          Q.   Yeah, I know.  I'm literally trying.            04:44

 8          A.   Maybe I can help and say -- I don't know.       04:44

 9      You go for it.  Go for it.  Ask the question --          04:44

10          Q.   Right.                                          04:44

11              So you and I agree that it's the same PPID       04:44

12      in those two sessions.                                   04:44

13              Why can't I use that to identify users and       04:44

14      they could retrieve and find out what their PPID is?     04:44

15          A.   But that's exactly what you cannot do.  This    04:44

16      is what I'm explaining.                                  04:44

17              So -- so let me talk about PPIDs -- first        04:44

18      let me explain what happens with a PPID, regardless of   04:44

19      whether it's in a private browsing mode, not private     04:44

20      browsing mode, because this is going to then help        04:44

21      build up to the next more complicated question, which    04:44

22      is but here are two sessions, a private browsing         04:44

23      session and a regular session, and they -- the user      04:44

24      has logged in through both sessions in New York Times    04:44

25      so there is the same PPID.                               04:44
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | So let me first build up the first piece -- | 04:44 |
| 2 | Q.   Yeah.   And my question is basically going to | 04:44 |
| 3 | be why can't I then just log in, right, to the same | 04:44 |
| 4 | website again, get my PPID in whatever form that is, | 04:44 |
| 5 | and use that to look up the different sessions? | 04:45 |
| 6 | That's my question. | 04:45 |
| 7 | A.   You cannot, and that's what I'm going to | 04:45 |
| 8 | explain.   So -- | 04:45 |
| 9 | MR. ANSORGE:   Objection.   Vague.   Incomplete | 04:45 |
| 10 | hypothetical. | 04:45 |
| 11 | BY MR. MAO: | 04:45 |
| 12 | Q.   Go ahead, please. | 04:45 |
| 13 | A.   I'm going through my report to find the | 04:45 |
| 14 | corresponding paragraph because I think it's going to | 04:45 |
| 15 | help. | 04:45 |
| 16 | So in paragraph 59, I'm starting the | 04:45 |
| 17 | building block with how PPIDs are received and how | 04:45 |
| 18 | they are created, what is their property. | 04:45 |
| 19 | We can skip up -- I'm going to just cut to | 04:45 |
| 20 | the chase.   And, I mean, there are a lot of relevant | 04:46 |
| 21 | things here, but I don't want to -- you know, I want | 04:46 |
| 22 | to just go directly to your question.   Only minimum | 04:46 |
| 23 | stuff to help. | 04:46 |
| 24 | So let's go to paragraph 60.   I don't want | 04:46 |
| 25 | to have to go to the analogy what Mr. Hochman is doing | 04:46 |

Page 219

```
 1    in his own papers.  That's fine.  Let's just stick to      04:46
 2    the fact -- to the topic.                                  04:46
 3            So a publisher will send a PPID to Google.         04:46
 4    They -- this PPID is not allowed to have any PII, and      04:46
 5    it is encrypted.  And on top of that, Google, when it      04:46
 6    receives the PPID, it hashes the PPID further, just to     04:46
 7    be certain because some publishers may not do their        04:46
 8    job right.  So it is trying to make sure this is not       04:47
 9    now in a form that I can go back into the original         04:47
10    value of the PPID.                                         04:47
11            So the moment this thing has arrived now to        04:47
12    Google, Google doesn't know the PPID value that the        04:47
13    publisher has.  It has an encrypted hashed PPID            04:47
14    string, and Google cannot go back to the PPID string       04:47
15    that the publisher has.                                    04:47
16        Q.   So why can't I just send Google my PPID, how      04:47
17    to hash it with the same hash and match that up?  Why      04:47
18    can't a user do that?                                      04:47
19        A.   The user doesn't control his or her PPID.         04:47
20    It's the publisher that controls it.                       04:48
21            And I don't see how this is relevant here          04:48
22    because the point is whether Google.                       04:48
23        Q.   If the publisher doesn't rotate their PPIDs,      04:48
24    I can just log in and get my PPID and submit that to       04:48
25    Google.                                                    04:48
```

Page 220

| | | |
|---|---|---|
| 1 | Isn't that correct? | 04:48 |
| 2 | A.    Not really. | 04:48 |
| 3 | MR. ANSORGE:   Objection -- | 04:48 |
| 4 | BY MR. MAO: | 04:48 |
| 5 | Q.    I'm sorry.  Did you say "Not really"? | 04:48 |
| 6 | A.    Yes.   I'm saying no for the following | 04:48 |
| 7 | reason:  Because the PPID that the publisher creates | 04:48 |
| 8 | for you is not the -- is not what you see when you log | 04:48 |
| 9 | in, in the sense that it has to stripe out things that | 04:48 |
| 10 | they are considered PP -- PIIs, and then it is hashing | 04:48 |
| 11 | it.  So... | 04:48 |
| 12 | Q.    So what, Professor?  I'm giving the same | 04:48 |
| 13 | PPID that Google has collected without my assistance. | 04:48 |
| 14 | And now with my assistance, I'm giving the same PPID. | 04:48 |
| 15 | And are they not going through the same hash | 04:48 |
| 16 | algorithm? | 04:49 |
| 17 | A.    So you are now talking about a hypothetical | 04:49 |
| 18 | where you are at -- a person that is a technical | 04:49 |
| 19 | person and goes and extracts.  I'm asking what do | 04:49 |
| 20 | you -- in your mind now, goes and extracts the PPID | 04:49 |
| 21 | field that is sitting there in your browser; right? | 04:49 |
| 22 | Q.    Yes.  Yes. | 04:49 |
| 23 | A.    And then you sent this to Google on your | 04:49 |
| 24 | own.  You sent an mail to Google and say, "Here is my | 04:49 |
| 25 | PPID for this publisher"? | 04:49 |

Page 221

| | | |
|---|---|---|
| 1 | Q.   Yes. | 04:49 |
| 2 | A.   Is this what you are describing? | 04:49 |
| 3 | Q.   Yes. | 04:49 |
| 4 | A.   So -- | 04:49 |
| 5 | Q.   Can I locate my PPIDs in Biscotti and also | 04:49 |
| 6 | P logs using that method once I have extracted that ID | 04:49 |
| 7 | and sent it to Google to go through the hash? | 04:49 |
| 8 | MR. ANSORGE:  Objection.  Form.  Compound | 04:49 |
| 9 | and incomplete hypothetical. | 04:49 |
| 10 | THE WITNESS:  So I will answer as follows: | 04:50 |
| 11 | First of all, as a first matter here, | 04:50 |
| 12 | obviously this has nothing to do with whether Google | 04:50 |
| 13 | is or is not using PPIDs to join things or convert | 04:50 |
| 14 | things without the user knowing.  You are providing | 04:50 |
| 15 | them your PPID. | 04:50 |
| 16 | Second, if the hash function at Google, not | 04:50 |
| 17 | at -- not your publishers hash function, but Google's | 04:50 |
| 18 | hash function, is rotating and changing, which is the | 04:50 |
| 19 | case, then, no, it's impossible for Google to tie | 04:50 |
| 20 | this to another PPID of yours because it has gone | 04:50 |
| 21 | potentially through a different hash function.  So it | 04:50 |
| 22 | goes marked into a different value. | 04:51 |
| 23 | BY MR. MAO: | |
| 24 | Q.   But let's assume that Google was required by | 04:51 |
| 25 | a preservation order, for example -- | 04:51 |

Page 222

```
 1        A.    Mm-hm.                                    04:51

 2        Q.    -- right, to keep all of their hash        04:51

 3   functions.                                            04:51

 4        A.    Stable you mean?                            04:51

 5        Q.    Yes, stable.                               04:51

 6        A.    So if you choose to send this and Google has  04:51

 7   the same -- hash function from day X, right, then your  04:51

 8   question is whether all the PPIDs that they originate   04:51

 9   from your communication of a PPID, and going through    04:51

10   the same exact hash, because Google has not changed     04:51

11   the hash function, whether this would result to be the  04:51

12   same PPIDs in the end.                                 04:52

13          Is this the question?                          04:52

14        Q.    That is the question.                       04:52

15        A.    So I'm not trying to -- that's the question.  04:52

16          In this complete hypothetical, all these       04:52

17   assumptions that you have listed are correct, which I   04:52

18   can't see how they can be correct, to tell you the     04:52

19   truth -- actually, they are not correct at regular      04:52

20   real world.  But you are saying some of these forcing   04:52

21   the system to change and be like that; right?           04:52

22        Q.    Yes.  A judge, for example.                 04:52

23        A.    Okay.  So let me repeat all the constraints,  04:52

24   just to make sure I'm not forgetting anything.          04:52

25          I'm a technical person.  I go to my            04:52
```

| | | |
|---|---|---|
| 1 | web browser on memory where it keeps cookies.  I | 04:52 |
| 2 | extract the hash PPID that the first-party provider | 04:53 |
| 3 | sends to me. | 04:53 |
| 4 | Then I sent these PPID to Google myself. | 04:53 |
| 5 | And I do this again in a week. | 04:53 |
| 6 | In the meantime, during this one week, | 04:53 |
| 7 | somebody is forcing Google to doesn't -- don't touch | 04:53 |
| 8 | the hash such that if you gave the same input, you get | 04:53 |
| 9 | the same output. | 04:53 |
| 10 | And the question is whether the output of | 04:53 |
| 11 | that hash function would be the same during this | 04:53 |
| 12 | process?  That's basically what you're asking? | 04:53 |
| 13 | Q.   Yes. | 04:53 |
| 14 | A.   So, I have -- I mean, again, I have not -- I | 04:53 |
| 15 | don't know if there are -- there could be other | 04:53 |
| 16 | nuances that I am not considering right now because | 04:53 |
| 17 | this is not a scenario for which I have been asked to | 04:54 |
| 18 | form an opinion about. | 04:54 |
| 19 | But if all the things have said are exactly | 04:54 |
| 20 | like that, then I'm trying to figure out if there is | 04:54 |
| 21 | something I might be missing. | 04:54 |
| 22 | You see, in this hypothetical, all the | 04:54 |
| 23 | fly -- I don't know if I should -- it's a complicated | 04:54 |
| 24 | system, Mr. Mao.  You're asking me on the fly to come | 04:54 |
| 25 | up with a -- | 04:54 |

Veritext Legal Solutions
866 299-5127

1    Q.    I've already taken all of your assumptions      04:54

2    that would result in the same PPID, and I can look at    04:54

3    the transactions of the same PPID data; right?      04:54

4    A.    I'm trying to think if there are any more      04:55

5    assumption I have to make for my answer to be precise.    04:55

6    Because there are a lot of nuts and bolts on the      04:55

7    system.      04:55

8        Let me -- let me look into one more thing in      04:55

9    my report that might be helpful to see if there are      04:55

10   more assumptions that I may have to make, if I can      04:55

11   even tell you what it is, so here...      04:55

12       So the publisher also is not going to change      04:55

13   the PPID.  That's another assumption.  How do you know      04:55

14   that the publisher didn't change --      04:55

15   Q.    We already -- we already eliminated that      04:55

16   assumption.  Remember?      04:55

17   A.    Okay.      04:55

18   Q.    The publisher does not change the PPID,      04:55

19   yeah.      04:55

20   A.    Okay.      04:55

21   Q.    I've given you every trick you can pull.      04:55

22   A.    I'm not -- I'm not trying to --      04:56

23       MR. ANSORGE:  Objection.  Argumentative.      04:56

24       MR. MAO:  It's a joke.  It's almost 5:00.      04:56

25       MR. ANSORGE:  Objection.  Assumes facts not      04:56

Page 225

CONFIDENTIAL

```
 1    in evidence.                                          04:56

 2           THE WITNESS:  Another thing I do mention in    04:56

 3    my report because it is possible is that different    04:56

 4    publishers may provide the same hash value.           04:56

 5    BY MR. MAO:                                           04:56

 6       Q.   Assume that you know the property, the        04:56

 7    property number.                                      04:56

 8           Okay?                                          04:56

 9           Under -- for Google.  Every Google Analytics   04:56

10    and Google Ads customer has their own number.  Assume 04:56

11    that you know that number as well.  They're going to  04:56

12    be unique.  I can assure you.                         04:56

13       A.   I'm not sure how this should solve the        04:56

14    problem.  If I have two publishers that they send me  04:56

15    the same hashed value; right?                         04:56

16       Q.   Different Google customer IDs.                04:56

17       A.   Right.                                        04:56

18           But then what is going to happen in the end    04:56

19    is you may get a false positive because the PPID from 04:56

20    the other publisher is going to nevertheless be the   04:57

21    same.  It's going to go through the hash -- the same  04:57

22    hash function.  So when Google presents --            04:57

23       Q.   Right.  It's going to have a different        04:57

24    customer ID.                                          04:57

25       A.   Okay.                                         04:57
```

Page 226

| | | |
|---|---|---|
| 1 | Q.    I'm asking about same customer ID because | 04:57 |
| 2 | it's the same publisher with the same hash algorithm. | 04:57 |
| 3 | A.    No, no.  I'm talking about -- | 04:57 |
| 4 | Q.    -- and PPID. | 04:57 |
| 5 | That's what? | 04:57 |
| 6 | A.    I'm talking about a different publisher. | 04:57 |
| 7 | Q.    That's not my hypothetical.  You've changed | 04:57 |
| 8 | my hypothetical. | 04:57 |
| 9 | A.    No, I'm not.  I'm saying there could be a | 04:57 |
| 10 | different publisher that provides the same hash value | 04:57 |
| 11 | for the same user. | 04:57 |
| 12 | If you go to paragraph 135 where I'm talking | 04:57 |
| 13 | about -- | 04:57 |
| 14 | Q.    Right.  And I'm saying that you have to look | 04:57 |
| 15 | it up with the same customer ID.  Same customer ID, | 04:57 |
| 16 | same PPID. | 04:57 |
| 17 | A.    So now you need to also involve -- how are | 04:57 |
| 18 | you going to do this?  You need to also involve the | 04:57 |
| 19 | publishers and go and ask all possible publishers what | 04:57 |
| 20 | customer IDs they have -- | 04:58 |
| 21 | Q.    Do you know whether or not the customer | 04:58 |
| 22 | number is in the URL? | 04:58 |
| 23 | MR. ANSORGE:  Objection.  Vague. | 04:58 |
| 24 | THE WITNESS:  We are in this hypothetical, | 04:58 |
| 25 | Mr. Mao.  Maybe the customer IDs are the same in both | 04:58 |

Page 227

```
 1    publishers.  How do I know?  Where --           04:58

 2    BY MR. MAO:

 3         Q.   Yeah.  How do you know?  Did you inspect the   04:58

 4    systems?                                        04:58

 5         A.   You are asking me?                     04:58

 6         Q.   Yeah, the expert.                       04:58

 7              MR. ANSORGE:  Asked and answered many times   04:58

 8    over now, Mr. Mao.                               04:58

 9              THE WITNESS:  So I'm not ready to agree that   04:58

10    even in this hypothetical where the publisher we are   04:58

11    discussing is not changing my PPID.  It's the same.  I   04:58

12    am voluntarily sending it after it's been hashed by   04:58

13    the publisher with the same hash function to Google.   04:58

14              Google is forced to not utilize its usual   04:58

15    hash function and has to keep the hash function stable   04:58

16    and then maps it into a PPID, let's call it PPID 1.   04:59

17              And then a week after, I do the same thing   04:59

18    with the same publisher.  Now this is going to be   04:59

19    PPID 2.  My point is there could be another PPID 3   04:59

20    from a different publishers that ends up having the   04:59

21    same hash value.                                 04:59

22              You say maybe it's a different customer ID   04:59

23    on the two publishers for this user, but they could   04:59

24    also be the same.  We are in a hypothetical land.   04:59

25              So my things, there are going to be multiple   04:59
```

Page 228

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | PPIDs.  Perhaps there will be the same, yet they are | 04:59 |
| 2 | not going to fall into the case where all of this | 04:59 |
| 3 | correspond to the same publisher.  That's all I'm | 04:59 |
| 4 | saying. | 04:59 |
| 5 | BY MR. MAO: | |
| 6 | Q.   Professor Psounis, have you asked -- have | 04:59 |
| 7 | you asked Google for a full list of all the search | 04:59 |
| 8 | tools available to search the logs and data sources at | 04:59 |
| 9 | issue in the case? | 04:59 |
| 10 | A.   No, I have not. | 04:59 |
| 11 | MR. MAO:  Mr. Ansorge, I pass the baton to | 05:00 |
| 12 | you. | 05:00 |
| 13 | MR. ANSORGE:  Great.  I'd like to take a | 05:00 |
| 14 | 10-minute break.  We can go off the record. | 05:00 |
| 15 | THE VIDEOGRAPHER:  Going off the record. | 05:00 |
| 16 | The time is 5:00 p.m. | 05:00 |
| 17 | (Break taken in proceedings.) | 05:00 |
| 18 | THE VIDEOGRAPHER:  Back on the record.  The | 05:12 |
| 19 | time is 5:12 p.m. | 05:12 |
| 20 | EXAMINATION BY MR. ANSORGE | 05:12 |
| 21 | BY MR. ANSORGE: | 05:12 |
| 22 | Q.   Dr. Psounis, do you recall Mr. Mao asking | 05:12 |
| 23 | you a number of questions about Exhibit 9 today? | 05:12 |
| 24 | A.   Let me open up Exhibit 9.  I mean, I do | 05:13 |
| 25 | recall discussing Exhibit 9, but just, you know, keep | 05:13 |

Page 229

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | it precise. | 05:13 |
| 2 | Q.   Yes.  Please do. | 05:13 |
| 3 | A.   Yes.  Yes. | 05:13 |
| 4 | Q.   If you look at the first page of Exhibit 9, | 05:13 |
| 5 | do you see the sentence at the bottom, the last | 05:13 |
| 6 | sentence that says: | 05:13 |
| 7 | "For customers that use the | 05:13 |
| 8 | Google Analytics user ID, the user ID and | 05:13 |
| 9 | ████████   may be present in the | 05:13 |
| 10 | following logs." | 05:13 |
| 11 | Did I read that out correctly? | 05:13 |
| 12 | A.   Yes. | 05:13 |
| 13 | Q.   Is the Google Analytics user ID the same as | 05:13 |
| 14 | the GAIA ID? | 05:13 |
| 15 | A.   No. | 05:13 |
| 16 | Q.   Dr. Psounis, do you recall Mr. Mao asked you | 05:13 |
| 17 | a series of questions about Exhibit 2, which was an | 05:13 |
| 18 | order by Magistrate Judge Van Keulen? | 05:14 |
| 19 | Can you please pull that up? | 05:14 |
| 20 | A.   I opened up Exhibit 2.  It's on my .pdf | 05:14 |
| 21 | here. | 05:14 |
| 22 | Q.   Please turn to number page 7 in | 05:14 |
| 23 | Exhibit No. 2, and this is 7 at the bottom, the | 05:14 |
| 24 | paginated No. 7.  Let me know once you're there. | 05:14 |
| 25 | A.   I am there. | 05:14 |

Page 230

1      Q.   You see there's a numbered list and at the      05:14

2    top, the first number is "2"?  If you look at the last   05:14

3    sentence, No. "2"?                                        05:14

4      A.   Maybe I'm looking at the wrong part.             05:14

5    Number -- page No. 7 -- ah, 7 of the .pdf is --          05:14

6    because there are multiple No. 7.  Okay.                 05:14

7           I'm sorry.  There are -- now I'm looking at       05:14

8    page No. 7, which is 8 out of 58 on the .pdf.  I was     05:15

9    looking at another page No. 7 which was page 19 out of   05:15

10   58, something like that.                                 05:15

11     Q.   And is that the page with the judge's            05:15

12   signature at the bottom where it says                    05:15

13   "Susan van Keulen, United States Magistrate Judge"?      05:15

14     A.   Yes.                                              05:15

15     Q.   So I'd like to direct you attention to the       05:15

16   top of the page.  There's a numbered list and there's    05:15

17   No. 2.  You see the last sentence in No. 2, it says:     05:15

18          "Google is not excluded from arguing             05:15

19      against the reliability of the three                  05:15

20      incognito-detection bits in identifying               05:15

21      class members."                                       05:15

22          Do you see that?                                  05:15

23     A.   Yes.                                              05:15

24     Q.   In your opinion No. 8, are you describing        05:15

25   how reliable the maybeChromeincognito bit is for         05:15

Page 231

| | | |
|---|---|---|
| 1 | identifying class members? | 05:15 |
| 2 | A.   Yes.   That's the essence of my opinion 8. | 05:15 |
| 3 | And I'm going to just read here. | 05:16 |
| 4 | Yes.   I'm saying that Mr. Hochman's opinion | 05:16 |
| 5 | is incorrect, and I'm offering a bunch of false | 05:16 |
| 6 | positive cases and talking about the unreliability of | 05:16 |
| 7 | the incognito. | 05:16 |
| 8 | Q.   And, Dr. Psounis, is your opinion 8 about | 05:16 |
| 9 | the maybeChromeincognito bit based on what logs the | 05:16 |
| 10 | bit is written to? | 05:16 |
| 11 | A.   No.   As the false positive cases, for | 05:16 |
| 12 | example, have -- are not related to the logs. | 05:16 |
| 13 | Q.   And does opinion 8 of your report rely on | 05:16 |
| 14 | any specific log? | 05:16 |
| 15 | A.   No. | 05:16 |
| 16 | Q.   Did you rely on the fields provided to the | 05:16 |
| 17 | special master in forming any of the opinions in your | 05:16 |
| 18 | report? | 05:17 |
| 19 | A.   Can you please repeat this question? | 05:17 |
| 20 | Q.   Yes. | 05:17 |
| 21 | Did you rely on any fields provided to the | 05:17 |
| 22 | special master in forming any of the opinions in your | 05:17 |
| 23 | report? | 05:17 |
| 24 | A.   No, I did not. | 05:17 |
| 25 | Q.   Do you recall Mr. Mao asked you a series of | 05:17 |

Page 232

| | | |
|---|---|---|
| 1 | questions about Exhibit 5, which was a Sramek | 05:17 |
| 2 | declaration? | 05:17 |
| 3 | Could you please pull that up? | 05:17 |
| 4 | A.   I'm looking at Exhibit 5. | 05:17 |
| 5 | Q.   Please turn to paragraph 10.  It's on | 05:17 |
| 6 | page 2.  Let me know once you're there. | 05:17 |
| 7 | A.   What page you said? | 05:17 |
| 8 | Q.   It's page 2, numbered page 2 at the bottom. | 05:17 |
| 9 | It's paragraph 10. | 05:18 |
| 10 | A.   Ah, yes, I'm there. | 05:18 |
| 11 | Q.   Now, you see there's a block quote, and | 05:18 |
| 12 | under it there's a sentence.  It says: | 05:18 |
| 13 | "I have confirmed with the Google | 05:18 |
| 14 | engineer that wrote the code for, and | 05:18 |
| 15 | implemented" -- and there's redacted -- | 05:18 |
| 16 | "log, that all of the joins in this log | 05:18 |
| 17 | are either from authenticated to | 05:18 |
| 18 | authenticated log sources, or from | 05:18 |
| 19 | unauthenticated to unauthenticated log | 05:18 |
| 20 | sources, but none are from unauthenticated | 05:18 |
| 21 | to authenticated log sources or vice | 05:18 |
| 22 | versa." | 05:18 |
| 23 | Did I read that correctly? | 05:18 |
| 24 | A.   Yes. | 05:18 |
| 25 | Q.   Does this statement in any way contradict or | 05:18 |

Page 233

```
 1    undermine the opinions you offered in your report?        05:18
 2         A.   Not at all.  Actually, my opinion related to    05:18
 3    this sentence in my report explicitly says that Google    05:18
 4    does not join unauthenticated with authenticated,         05:19
 5    which is what this says.  "But not from an                05:19
 6    authenticated to unauthenticated log sources in           05:19
 7    particular or vice versa."                                05:19
 8         Q.   Dr. Psounis, do you recall Mr. Mao asked you    05:19
 9    a series of questions about Exhibit 6?  If you could      05:19
10    please pull that up.                                      05:19
11         A.   I pulled it up.                                 05:19
12         Q.   And you see at the top this document is         05:19
13    labeled "Incognito Events Labeling"?  And then if you     05:19
14    look down three lines, do you see where it says           05:19
15    "Status:  Proposed"?                                      05:19
16         A.   Yes, I see that.                                05:19
17         Q.   Now, if you go further down, you see there's    05:19
18    four different approvers that are listed, four            05:19
19    different user names.                                     05:19
20              Do you see those?                               05:19
21         A.   Yes, I do.                                      05:19
22         Q.   And you see that for three of them it states    05:20
23    "Approved" and for one it states "Pending"?  You see      05:20
24    that?                                                     05:20
25         A.   Yes.                                            05:20
```

Page 234

1      Q.   Just based on this document before you,          05:20

2    would you expect this to indicate that something has     05:20

3    been implemented or does it look to you like this is     05:20

4    indicating that something is being proposed and has      05:20

5    yet to be approved?                                      05:20

6           MR. MAO:  Objection.  Leading.  Calls for         05:20

7    speculation.                                             05:20

8           Go ahead.                                         05:20

9           THE WITNESS:  This is clearly something that      05:20

10   it's at the proposed status, pending approval from       05:20

11   approver with user name "alihanlivdumlu."               05:20

12   BY MR. ANSORGE:                                          05:20

13     Q.   Dr. Psounis, could you please turn to the        05:20

14   page ending with the Bates designation 797, and let me   05:20

15   know once you're there?                                  05:21

16     A.   I am there.                                       05:21

17     Q.   Second page of the document.                     05:21

18          You see there's a comment on the side that        05:21

19   says "Commented (5)."  It states that:                   05:21

20          "Agree that extension provides more               05:21

21          flexibility in the future, especially             05:21

22          'incognito mode' is a concept across              05:21

23          app-level (example, Search, YouTube, GMM?)        05:21

24          and platform-level (example, Chrome and           05:21

25          Android.)                                         05:21

                                                Page 235

```
 1              Do you see that?                      05:21

 2       A.    I do.                                  05:21

 3       Q.    Dr. Psounis, what's your opinion about the   05:21

 4  maybeChromeincognito bit, which is opinion 8 of your   05:21

 5  expert report, related to the app level or the      05:21

 6  platform level?                                   05:21

 7       A.    It is related to what is being referred to   05:21

 8  here as platform level.  It has to do with browsers,   05:21

 9  Chrome, example.                                  05:21

10       Q.    Now, Dr. Psounis, how many opinions are in   05:21

11  your expert report?                               05:21

12       A.    I remember that by heart; 13.          05:22

13       Q.    And today Mr. Mao asked you about      05:22

14  opinions 1, 2, and 8.                             05:22

15              Do you recall that?                   05:22

16       A.    Do you mind if I go through my executive   05:22

17  summary?                                          05:22

18              Actually, no.  I'm going to go through the   05:22

19  table of contents, just to make sure that I'm     05:22

20  answering precisely.                              05:22

21              We touched pieces related to my opinion 1,   05:22

22  2, and 8.  I didn't end up giving justification for   05:22

23  either of these three opinions and do them full   05:23

24  justice.  But, yes, he did ask me about 1, 2, and 8.   05:23

25  There was a lot of back and forth.                05:23
```

Page 236

| | | |
|---|---|---|
| 1 | Q.   And did Dr. -- did Mr. Mao ask you about any | 05:23 |
| 2 | other opinions in your expert report today? | 05:23 |
| 3 | A.   Let me read the rest of that. | 05:23 |
| 4 | I don't remember Mr. Mao raising any other | 05:23 |
| 5 | opinion number to me. | 05:23 |
| 6 | I can for sure say that there was no | 05:23 |
| 7 | discussion about entropy, on fingerprinting, | 05:23 |
| 8 | identifying class members, either class 1 or class 2. | 05:23 |
| 9 | No discussion about certain devices or certain | 05:23 |
| 10 | accounts.  No discussion about the three opinions | 05:24 |
| 11 | related to Mr. Schneier. | 05:24 |
| 12 | I brought up -- at some point Mr. Mao talked | 05:24 |
| 13 | about joining stuff, but he never asked me about my | 05:24 |
| 14 | opinion 3.  I remember the discussion with the ████ | 05:24 |
| 15 | ████ that was a controversy. | 05:24 |
| 16 | Q.   Dr. Psounis, do you recall Mr. Mao asking | 05:24 |
| 17 | you a series of questions about PPID? | 05:24 |
| 18 | A.   Yes. | 05:24 |
| 19 | Q.   Do you recall he asked you about a scenario | 05:24 |
| 20 | in particular where a user pulls a PPID from their | 05:24 |
| 21 | browser and provides that to Google?  Do you recall | 05:24 |
| 22 | that? | 05:24 |
| 23 | A.   Can you repeat again the question?  I'm | 05:25 |
| 24 | getting a little bit jet-lagged. | 05:25 |
| 25 | Q.   Sure.  It's been a long day and thank you | 05:25 |

Page 237

```
1    for your patience.                                      05:25

2         Do you recall he asked you about a scenario        05:25

3    in which a user would pull a PPID and then provide      05:25

4    that to Google?                                         05:25

5         A.   Yes.                                          05:25

6         Q.   You recall discussing that in detail with     05:25

7    Mr. Mao earlier today?                                  05:25

8         A.   Yes.                                          05:25

9         Q.   Now, if Google would look up data associated  05:25

10   with a specific PPID, how many publishers would that    05:25

11   data be associated with?                                05:25

12        A.   Well, obviously only the publisher that has   05:25

13   issued this PPID.  I think in our example it was        05:25

14   New York Times, if I recall correctly.                  05:25

15        Q.   So unless a user had signed in to the         05:25

16   New York Times in that scenario, there wouldn't be any  05:25

17   data associated with a specific PPID of the             05:25

18   New York Times.                                         05:25

19         Is that correct?                                  05:25

20        A.   Correct.                                      05:26

21        Q.   Dr. Psounis, do you recall at various points  05:26

22   today you and Mr. Mao were discussing your IP and user  05:26

23   agent analysis?                                         05:26

24         Do you recall that?                               05:26

25        A.   I'm not sure.                                 05:26
```

```
 1              MR. MAO:  Objection.  Beyond the scope of      05:26
 2    the redirect.  I actually -- of a cross.  I actually     05:26
 3    believe I did not ask him that.                          05:26
 4    BY MR. ANSORGE:                                          05:26
 5         Q.   Well, Dr. Psounis, do you recall testifying    05:26
 6    about your appendices in which you describe IP address   05:26
 7    and user agent analysis today?                           05:26
 8         A.   Yes.  We did discuss about that when I was     05:26
 9    explaining how many IP addresses had a common GAIA       05:26
10    associated with them, how many UAs had a common GAIA     05:26
11    associated with them, yes.                               05:26
12         Q.   And is that analysis described in one of       05:27
13    your appendices, Dr. Psounis?                            05:27
14         A.   It is an appendix.  Appendix F.                05:27
15              And as a matter of fact, I remember -- I       05:27
16    recall, but I got interrupted because of the legal       05:27
17    stuff you guys were dealing with, when I was going       05:27
18    very, very carefully through my document and I was       05:27
19    trying to point out to Mr. Mao every single place.       05:27
20              That was the next thing I was going say.       05:27
21    After the two paragraphs that I -- I was going to say    05:27
22    in appendix F it has the date.                           05:27
23              Go ahead.                                      05:27
24         Q.   And can you describe the analysis you          05:27
25    conducted in appendix F?                                 05:27
```

Page 239

| | | |
|---|---|---|
| 1 | A.   Of course I can.  So, again, so the idea of | 05:27 |
| 2 | the analysis related to IP addresses and user agents | 05:27 |
| 3 | is the following: | 05:27 |
| 4 | There are some data that they have been | 05:27 |
| 5 | provided by the plaintiffs.  And this data contained a | 05:28 |
| 6 | lot of records, hundreds of thousands of records -- or | 05:28 |
| 7 | 144957, now that I have the appendix in front of me. | 05:28 |
| 8 | And what I was interested to see with | 05:28 |
| 9 | respect to IP addresses first was whether to there are | 05:28 |
| 10 | IP addresses that they are served with multiple | 05:28 |
| 11 | plaintiffs.  And I could do that because the | 05:28 |
| 12 | plaintiffs gave their GAIA IDs. | 05:28 |
| 13 | And there were actually three IP addresses | 05:28 |
| 14 | and they are listed in paragraph 2 of the appendix, | 05:28 |
| 15 | the IP addresses, that they are served -- they are | 05:28 |
| 16 | served by multiple plaintiffs. | 05:28 |
| 17 | And then -- sorry. | 05:28 |
| 18 | Through a lookup, too, we -- as you can see | 05:29 |
| 19 | in paragraphs 3, 4, and 5, it was apparent to me that | 05:29 |
| 20 | these three IP addresses, that they were shared by | 05:29 |
| 21 | multiple plaintiffs, were actually issued by, I think, | 05:29 |
| 22 | by -- and this is what this paragraph is showing. | 05:29 |
| 23 | Then next I was also interested to ask the | 05:29 |
| 24 | same question myself about the data that the | 05:29 |
| 25 | plaintiffs provided, about UAs, user agents. | 05:29 |

Page 240

1        So we did find -- if you can see the data --        05:29

2    in paragraph 6, you can see that after the analysis of    05:29

3    the data, there were a thousand 257 distinct user        05:30

4    agents and out of those a thousand 257, 73 got           05:30

5    responded to multiple plaintiff -- multiple different    05:30

6    plaintiff GAIA IDs.  So essentially the plaintiffs       05:30

7    were -- multiple plaintiffs were having the same UA.     05:30

8        For example, the first one, actually four           05:30

9    action Brown appears twice because he had two.  Three,   05:30

10   but the second one, four, there's Brown, Byatt and       05:30

11   Castillo --                                              05:30

12       THE COURT REPORTER:  Okay.  I'm sorry.               05:30

13   You're a little bit mumbling your words together.  I'm   05:30

14   not getting exactly what you're saying.                  05:30

15       Can you slow down and enunciate a little             05:30

16   bit, please?  Thank you.                                 05:30

17       THE WITNESS:  Okay.  Sorry.                          05:30

18       So what I am saying is that I conducted this         05:30

19   experiment, this -- because I wanted to see whether      05:30

20   and how many of the distinct UAs that can be found in    05:31

21   the data served by the plaintiffs and served among       05:31

22   multiple plaintiffs.  Because this is directly           05:31

23   relevant to my opinion about the fact that UAs and IPs   05:31

24   are not unique or static.  And, hence, they are          05:31

25   unreliable to do any kind of fingerprinting based on     05:31

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | that. | 05:31 |
| 2 | So I'm just pointing out to the fact that on | 05:31 |
| 3 | this table here that has "User Agent" column on the | 05:31 |
| 4 | left and "Corresponding GAIA IDs" on the right, there | 05:31 |
| 5 | are UAs that actually are set by almost all the | 05:31 |
| 6 | plaintiffs; for example, by four of them in this case. | 05:31 |
| 7 | This table is long because it's listing all | 05:31 |
| 8 | these UAs. | 05:31 |
| 9 | BY MR. ANSORGE: | 05:31 |
| 10 | Q. Dr. Psounis, what was your assignment in | 05:32 |
| 11 | this case? | 05:32 |
| 12 | MR. MAO: Objection. Document speaks for | 05:32 |
| 13 | itself. But okay, go ahead. | 05:32 |
| 14 | THE WITNESS: My assignment is described in | 05:32 |
| 15 | my report. Let me, just to be -- | 05:32 |
| 16 | MR. MAO: Please, we didn't ask you to read | 05:32 |
| 17 | it into the record. | 05:32 |
| 18 | THE WITNESS: No. I'm not going to read it. | 05:32 |
| 19 | I'm sorry. I'm not going to read the whole thing. | 05:32 |
| 20 | Again -- | 05:32 |
| 21 | MR. MAO: Okay. It is beyond -- a lot of | 05:32 |
| 22 | this stuff is beyond the scope of the | 05:32 |
| 23 | cross-examination. I'm kind of allowing it, Joey, | 05:32 |
| 24 | but, you know, I mean, come on. | 05:32 |
| 25 | THE WITNESS: I don't want to get into the | 05:32 |

Page 242

| 1 | legal stuff between the two of you.  All I'm saying -- | 05:32 |
| 2 | MR. MAO:  Sure.  Sure. | 05:32 |
| 3 | THE WITNESS:  -- I'm trying to be very | 05:32 |
| 4 | accurate and precise in all the questions you have | 05:32 |
| 5 | asked me.  I'm trying to do the same thing with | 05:32 |
| 6 | Mr. Ansorge.  To me there is no difference.  So I'm | 05:32 |
| 7 | just doing the same methodology. | 05:32 |
| 8 | BY MR. ANSORGE: | 05:32 |
| 9 | Q.   And maybe we can speed it up for everybody. | 05:32 |
| 10 | Dr. Psounis, was it your assignment to rebut | 05:32 |
| 11 | specific opinions by Mr. Hochman and Mr. Schneier? | 05:32 |
| 12 | A.   My assignment was to rebut -- to rebut | 05:33 |
| 13 | specific opinions in Mr. Hochman's report that they | 05:33 |
| 14 | are listed in the section called "Assignment," | 05:33 |
| 15 | paragraph 31.  And also to rebut specific statements, | 05:33 |
| 16 | to be precise, in Schneier's report, and I also list | 05:33 |
| 17 | three statements which I have rebutted. | 05:33 |
| 18 | Q.   And based on the documents that Mr. Mao | 05:33 |
| 19 | showed you today, do you want to revise any of the | 05:33 |
| 20 | opinions in your rebuttal report? | 05:33 |
| 21 | A.   No. | 05:33 |
| 22 | Q.   Dr. Psounis, are there any typos or errors | 05:33 |
| 23 | that you would like to remedy in your report? | 05:33 |
| 24 | Is there any specific number that you | 05:33 |
| 25 | believe should be changed after you have reviewed the | 05:33 |

Page 243

| | | |
|---|---|---|
| 1 | report in more detail in your preparation? | 05:34 |
| 2 | A.   There are a few typos.  A couple of them are | 05:34 |
| 3 | just words.  One is actually a number, and I'm a | 05:34 |
| 4 | numbers guy, so I don't like to leave numbers that are | 05:34 |
| 5 | off.  So if I have the opportunity, yeah, sure. | 05:34 |
| 6 | Q.   Yeah.  What is the number that you would | 05:34 |
| 7 | like to correct on the record? | 05:34 |
| 8 | A.   So let me go to this so -- | 05:34 |
| 9 | MR. MAO:  Can I stipulate that you will | 05:34 |
| 10 | allow him to just correct after the depo any | 05:34 |
| 11 | typographical errors? | 05:34 |
| 12 | MR. ANSORGE:  I think that will take less | 05:34 |
| 13 | time than what he's about to do. | 05:34 |
| 14 | MR. MAO:  Yeah. | 05:34 |
| 15 | MR. ANSORGE:  As in what he's about to do | 05:34 |
| 16 | will take less time than -- | 05:34 |
| 17 | MR. MAO:  Okay.  All right. | 05:34 |
| 18 | THE WITNESS:  So in the appendix E about | 05:34 |
| 19 | "Entropy, Entropy Bits and Fingerprinting: | 05:34 |
| 20 | Formal Exposition," what I tried really hard to | 05:34 |
| 21 | explain, what's going on with entropy and entropy bits | 05:34 |
| 22 | and its relationship to fingerprinting.  To a lot of | 05:34 |
| 23 | people at Google, other experts, et cetera, because | 05:35 |
| 24 | I'm not sure they do, I gave a number of numerical | 05:35 |
| 25 | examples, simpler -- simple, small scale examples to | 05:35 |

Page 244

```
 1    kind of convey the bunch of concepts that apparently    05:35

 2    had -- or had -- what people don't quite grasp.         05:35

 3            So in one of my numerical examples I do have    05:35

 4    a numerical mistake -- numerical mistake -- not         05:35

 5    mistake.  I'm sorry.  A typo.  So -- and I'm trying to   05:35

 6    find it.                                                05:35

 7            Okay.  Here we go.  Page 1, 69, paragraph        05:35

 8    37.  So five lines behind the end of the -- five lines  05:35

 9    from the bottom of the page, there is a -- there are    05:36

10    some brackets and four numbers in there.  Bracket 31    05:36

11    over 64 comma zero comma 1 over 64 comma 1 over 64      05:36

12    bracket --                                              05:36

13            THE COURT REPORTER:  Excuse me.  Pardon me.      05:36

14    You're going to have to start over.                     05:36

15            THE WITNESS:  I'm sorry.                         05:36

16            Bracket 31 over 64 comma zero comma 1 over       05:36

17    64 comma 1 over 64 bracket closed.                      05:36

18            The number 31 over 64 should have been 31        05:36

19    over 32 or 62 over 64.                                  05:36

20            And then on the fourth line of the bottom of    05:36

21    the page, there is a similar bracket with four          05:36

22    numbers.  The second number in this bracket now, at     05:36

23    the very beginning actually of the line, is again       05:36

24    31 over 64 but it should have been similarly            05:36

25    31 over 32 or 62 over 64.                               05:36
```

Page 245

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  No further questions at this | 05:36 |
| 2 | time.  We reserve the right for further questions | 05:37 |
| 3 | depending on Mr. Mao's redirect. | 05:37 |
| 4 | MR. MAO:  I have no questions, although I'm | 05:37 |
| 5 | slightly tempted at just having him read his whole | 05:37 |
| 6 | report into the record.  I'm kidding. | 05:37 |
| 7 | MR. ANSORGE:  That would have been a better | 05:37 |
| 8 | use of the past seven hours, Mr. Mao. | 05:37 |
| 9 | MR. MAO:  I don't know about that. | 05:37 |
| 10 | Dr. Psounis -- Professor, it was an honor. | 05:37 |
| 11 | I'm sorry that, you know, this is adversarial. | 05:37 |
| 12 | Thank you, Mr. Ansorge. | 05:37 |
| 13 | MR. ANSORGE:  Thank you, Mr. Mao. | 05:37 |
| 14 | With that, we can go off the record. | 05:37 |
| 15 | THE VIDEOGRAPHER:  This concludes today's | 05:37 |
| 16 | deposition of Dr. Konstantinos Psounis.  We are off | 05:37 |
| 17 | the record at 5:37 p.m.  The number of units -- media | 05:37 |
| 18 | units is seven and will be retained by Veritext. | 05:37 |
| 19 | Thank you. | 05:37 |
| 20 | THE COURT REPORTER:  Thanks, Counsel. | 05:39 |
| 21 | Before we go, are we doing the rough today | 05:39 |
| 22 | and then the final by Monday or Wednesday? | 05:39 |
| 23 | MR. MAO:  Rough today, yes.  Rough today, | 05:39 |
| 24 | please. | 05:39 |
| 25 | THE COURT REPORTER:  And then final by | 05:39 |

Page 246

CONFIDENTIAL

1    Monday or Wednesday?                                    05:39

2              MR. MCGEE:  Monday would be great.            05:39

3              MR. MAO:  Monday, if you can.                 05:39

4              THE COURT REPORTER:  Final by Monday.  Okay.  05:39

5              MR. MCGEE:  Thanks always, Katy.              05:39

6         (Whereupon, the deposition adjourned at 5:39 p.m.)

7                        ---o0o---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  247

```
 1                 REPORTER'S CERTIFICATE
                       ---o0o---
 2    STATE OF CALIFORNIA    )
                             ) ss.
 3    COUNTY OF YOLO         )

 4

 5        I, KATY E. SCHMIDT, a Certified Shorthand
 6    Reporter in and for the State of California, duly
 7    commissioned and a disinterested person, certify:
 8        That the foregoing deposition was taken before
 9    me at the time and place herein set forth;
10        That KONSTANTINOS PSOUNIS, Ph.D., the deponent
11    herein, was put on oath by me;
12        That the testimony of the witness and all
13    objections made at the time of the examination were
14    recorded stenographically by me to the best of my
15    ability and thereafter transcribed into typewriting;
16        That the foregoing deposition is a record of
17    the testimony of the examination.
18        IN WITNESS WHEREOF, I subscribe my name on this
19    22nd day of August, 2022.

20

21

22    Katy E. Schmidt, RPR, RMR, CRR, CSR 13096
      Certified Shorthand Reporter
23    in and for the
      County of Sacramento,
24    State of California
25    Ref. No. 5344586 KES


                                        Page  248
```

1   MARK MAO, Esq.

2   mmao@bsfllp.com

3                                             August 22, 2022

4   RE: BROWN vs. GOOGLE LLC

5   AUGUST 19, 2022, KONSTANTINOS PSOUNIS, Ph.D., JOB NO. 5344586

6

7   The above-referenced transcript has been

8   completed by Veritext Legal Solutions and

9   review of the transcript is being handled as follows:

10  ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

11      to schedule a time to review the original transcript at

12      a Veritext office.

13  ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

14      Transcript - The witness should review the transcript and

15      make any necessary corrections on the errata pages included

16      below, notating the page and line number of the corrections.

17      The witness should then sign and date the errata and penalty

18      of perjury pages and return the completed pages to all

19      appearing counsel within the period of time determined at

20      the deposition or provided by the Code of Civil Procedure.

21  ___ Waiving the CA Code of Civil Procedure per Stipulation of

22      Counsel - Original transcript to be released for signature

23      as determined at the deposition.

24  ___ Signature Waived - Reading & Signature was waived at the

25      time of the deposition.

                                                    Page 249

CONFIDENTIAL

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript – The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    xx Federal R&S Not Requested – Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  250

**[& - 31]**

| & |
|---|
| **&** 3:5 4:14 9:21 9:25 10:2 249:24 250:9 |

| 0 |
|---|
| **03664** 1:10 2:10 8:20 |
| **0774** 158:23 |

| 1 |
|---|
| **1** 1:25 6:4 8:15 22:17,18,21 31:12 33:19 37:10 43:14 44:5 45:2,13 61:22 70:14 71:7 88:11,12,17 88:19,22 127:10 127:17 132:9 150:15 159:8,18 162:14 163:7 164:4 174:23 186:15 207:21 228:16 236:14 236:21,24 237:8 245:7,11,11,16 245:17 250:1 |
| **10** 5:4 7:10 158:16,19,20 182:21 229:14 233:5,9 |
| **10016-7416** 4:8 |
| **10019** 3:24 |
| **101** 6:12 |
| **106** 6:22 |
| **10s** 171:5,5,5 |
| **112** 4:7 |

**12** 68:25
**120** 183:6,16
**122** 182:24 183:18
**129** 7:1
**13** 69:10 121:3 170:15 196:25 236:12
**1300** 4:17
**1301** 3:23
**13096** 1:22 248:22
**135** 227:12
**137** 7:3
**144957** 240:7
**15** 39:12
**151** 7:4
**156** 7:7
**158** 7:10
**16** 33:19 34:5 36:12,13,16
**1695** 170:5,6
**17** 61:21,21 84:4 84:13,13,17,23
**17973** 248:21
**18** 41:15
**18th** 107:20,21
**19** 1:17 8:2 59:9 59:13,25 231:9 249:5
**191** 24:4
**19th** 2:13 8:6
**1:30** 140:3

| 2 |
|---|
| **2** 6:6 29:15,18,21 34:11 37:19 59:5 61:21 71:8 |

**81**:4 83:25 84:2 84:6 102:7 104:7,16 112:8 112:24 132:11 150:18,22 159:8 159:18 162:9,14 174:23 228:19 230:17,20,23 231:2,3,17,17 233:6,8,8 236:14 236:22,24 237:8 240:14
**20** 6:14,25 8:20 13:25 56:6 82:23
**200** 149:7 173:22
**20005** 4:18
**2000s** 114:14
**201** 3:8
**2016** 157:14
**2017** 59:19,23
**2019** 152:12
**202.538.8000** 4:19
**2021** 15:23 16:5 16:6 18:24 19:1 68:25
**2022** 1:17 2:13 6:14,25 8:2,6 15:24 16:6 19:1 37:11,12,13,23 41:13 50:18,19 50:22 80:10 82:1 104:9 107:5,21 248:19 249:3,5
**2025.520** 249:10 249:13

**203** 23:25
**207** 26:20 42:6
**20th** 37:17,23 40:19 41:13 50:17,19,21,22 107:5
**212.257.8482** 4:9
**212.729.2044** 3:25
**22** 6:4 249:3
**229** 5:5
**22c947** 29:4
**22nd** 248:19
**23** 37:3
**24** 60:7,14,19 61:5,17 63:4,5
**25** 20:3
**250** 1:25
**257** 241:3,4
**28** 59:9
**29** 6:6 59:12,13

| 3 |
|---|
| **3** 6:12 68:16,19 69:25 70:12,14 101:11,20,21,25 105:2 152:24 153:15 174:23 191:11,11 228:19 237:14 240:19 |
| **3/17/22** 7:8 |
| **30** 13:25 18:9,9 50:7 250:1 |
| **31** 243:15 245:10 245:16,18,18,24 245:25 |

**[31st - academia]**

**31st** 104:9
**32** 245:19,25
**32nd** 3:23
**33** 36:22
**33602** 3:9
**37** 245:8

**4**

**4** 6:16 68:17,21
68:22,24 69:3
73:23,24 103:24
104:4 112:13
174:23 211:19
240:19
**40** 33:12
**415.293.6800**
3:18
**41st** 3:17
**44** 3:17
**4:00** 197:18
**4:20** 1:10 2:10

**5**

**5** 6:22 8:20 69:7
69:16 73:17
106:14,15,17,22
106:24 107:1,3
110:11,13,20
113:15 118:25
123:1 124:7
131:16 152:12
152:14 174:23
233:1,4 235:19
240:19
**50** 32:15
**5344586** 1:23
248:25 249:5
**58** 84:23 231:8
231:10

**59** 219:16
**5:39** 247:6

**6**

**6** 7:1 31:10,11
69:16 129:23
130:3,5,7 133:10
133:24 134:20
134:22 135:8
136:8 137:1
174:23 234:9
241:2
**60** 219:24
**61** 152:12
**62** 245:19,25
**63** 156:8
**64** 245:11,11,11
245:16,17,17,18
245:19,24,25
**68** 6:16
**69** 245:7

**7**

**7** 7:3 33:6 37:11
37:12,13 51:8
80:10 81:25
84:19 85:2
103:2,21 107:16
107:22,24 108:6
110:12,21
111:21 118:2
119:3 122:22
124:3 137:18,22
137:23 143:12
144:16 145:20
230:22,23,24
231:5,5,6,8,9
**700** 3:8

**702** 198:17
**72** 153:5,19
**73** 241:4
**7798** 131:8
**797** 235:14
**7th** 4:7 39:21
41:15 51:7
52:13 53:11
80:4 81:1,23
82:1,7,7 85:25
86:4 103:14,16

**8**

**8** 7:4 24:6 34:17
39:11,13 45:6,13
49:5,7,10,21,23
70:10,13,14
105:18 124:21
151:7,11 155:10
231:8,24 232:2,8
232:13 236:4,14
236:22,24
**80** 181:2 182:2
**813.223.0931** 3:9
**82** 182:5,8
**86** 211:24
**87** 212:1,7,8
**88** 212:16 213:10
216:14

**9**

**9** 7:7 34:17,21,22
36:12,13 155:25
156:2,19,21
159:4,5,8,9,11
160:24 161:11
162:5,22 163:10
164:10,25
165:18 189:4

190:17 229:23
229:24,25 230:4
**900** 4:17
**90272** 12:5
**92** 59:10,14,14
59:15
**94104** 3:18
**97** 135:23

**a**

**a.m.** 2:14 8:2,5
83:8,11
**abbreviate** 34:4
**ability** 200:5
248:15
**able** 13:9 20:25
21:5 25:14
48:22 86:13
113:16 116:4
136:10 144:13
145:25 157:2
169:22 170:1
171:13 174:24
178:5 184:8
185:22 201:3
202:8,8
**absence** 115:9
123:17 124:22
125:13,18
126:14 216:23
**absolutely** 62:19
62:23 82:17
147:12 148:4
168:22 179:9
195:20 203:12
**abstract** 99:22
**academia** 100:11

[academic - analysis]

| | | | |
|---|---|---|---|
| **academic** 17:9 | **actual** 172:1 | **agency** 15:22 | 159:12 163:13 |
| **accepted** 95:5 | 180:23 181:18 | **agent** 238:23 | 166:7 178:13,15 |
| **access** 20:25 | 190:5 196:21 | 239:7 242:3 | 219:12 235:8 |
| 21:10,17,20 22:1 | **add** 23:12 47:19 | **agents** 182:19,21 | 239:23 242:13 |
| 52:20 100:14,15 | 130:10 | 182:21 183:2 | **al** 1:4 2:4 8:18 |
| 106:9 110:25 | **addition** 79:15 | 240:2,25 241:4 | **algorithm** |
| 114:11,16,19,21 | 94:15 167:4 | **ago** 47:5 64:9 | 221:16 227:2 |
| 114:24 115:3,6 | **additional** 25:19 | 101:14 105:6,6 | **alihanlivdumlu** |
| 115:10,13 120:9 | 51:12 75:16 | 114:13 176:24 | 235:11 |
| 120:13,14 121:3 | 79:15 80:2 81:5 | **agree** 8:13 42:19 | **alison** 3:14 9:15 |
| 121:6,19 122:1 | 81:13,16,20 85:7 | 45:16 49:15,17 | **alleged** 127:23 |
| 199:11 | 102:6 105:11,16 | 88:25 92:13 | **allow** 10:20 |
| **accessed** 26:2 | 121:17,20,23,24 | 94:1 95:23 | 129:19 244:10 |
| **accessible** | 122:23 123:3 | 101:7 110:15 | **allowed** 52:23 |
| 136:14 | 124:17 135:5 | 125:16 132:15 | 63:16 152:4 |
| **accessing** 148:13 | 141:3 143:9 | 133:7 136:2,2 | 174:4 220:4 |
| 154:15,17 | 148:9 190:15 | 156:17 157:5 | **allowing** 242:23 |
| **account** 89:16 | 200:6 201:7 | 181:21 200:19 | **allows** 198:17 |
| 127:25 204:20 | 202:8 | 200:20 202:10 | **alluding** 77:6 |
| 208:17 | **address** 11:24 | 206:13 207:7 | **ambiguous** |
| **accounts** 237:10 | 194:4 239:6 | 213:11,13 | 66:23 68:6 89:5 |
| **accuracy** 43:22 | **addresses** 54:7 | 217:11 218:11 | 106:6 122:8 |
| 95:17,24 | 183:11,13,14,16 | 228:9 235:20 | 134:20 138:18 |
| **accurate** 16:25 | 202:17,18,19,24 | **agreeing** 200:3 | 170:13 |
| 46:22 68:13 | 203:3,6,7,13 | **agreement** 200:8 | **amount** 195:5 |
| 73:2 80:4 82:12 | 239:9 240:2,9,10 | 200:10 | **analogy** 219:25 |
| 94:12 113:17 | 240:13,15,20 | **ah** 24:6 33:9 | **analysis** 21:25 |
| 171:13 181:25 | **adjourned** 247:6 | 51:23 69:3 | 26:19 35:17 |
| 243:4 | **adopting** 6:17 | 73:21 84:6 | 42:19 51:2,12 |
| **accurately** 43:10 | **ads** 226:10 | 106:19 107:21 | 53:2,3,23 54:6 |
| 117:9 | **advance** 9:12 | 231:5 233:10 | 60:3,12 61:13 |
| **acquire** 185:13 | 10:25 26:9 | **ahead** 22:24 | 64:22,24 65:1 |
| **acronym** 15:18 | **adversarial** | 24:8 30:11,11,13 | 74:20,21 79:17 |
| **acting** 157:17 | 246:11 | 32:22,24 33:10 | 93:12 102:24 |
| **action** 9:3 241:9 | **advisor** 57:1 | 33:14,16,25 | 103:16,21 |
| **actions** 214:8 | **affiliations** 9:8 | 59:16 62:9 69:5 | 128:25 140:12 |
| **actor** 157:16,16 | **afternoon** 110:8 | 69:22 74:14 | 179:14 238:23 |
| 157:19 | | 102:12 136:12 | 239:7,12,24 |

[analysis - answer]

| | | | |
|---|---|---|---|
| 240:2 241:2 | 46:18 47:9,12,15 | 147:23 152:8 | 217:16 219:9 |
| **analytics**   90:19 | 48:17 49:1 | 153:10 154:2,12 | 221:3 222:8 |
| 156:8 159:23 | 51:17 52:4 | 156:20 157:9 | 225:23,25 |
| 161:22 163:22 | 53:12 55:1 | 158:6 160:11 | 227:23 228:7 |
| 163:22 164:15 | 57:15,18 61:11 | 162:21,24 163:9 | 229:11,13,20,21 |
| 164:15 165:9,9 | 63:24 65:2,7,20 | 164:9,24 165:17 | 235:12 239:4 |
| 167:5 168:10,22 | 66:7,19,22 67:16 | 165:21,24 166:2 | 242:9 243:6,8 |
| 169:9,19,23 | 68:5,8 69:19 | 166:12 167:16 | 244:12,15 246:1 |
| 189:8,23 190:10 | 72:21 74:6 75:9 | 168:14,24 169:3 | 246:7,12,13 |
| 190:22 191:3,5 | 76:2,14,17,21 | 169:10,25 | **ansorge's**   14:18 |
| 191:21,24 226:9 | 79:2,19 80:13,17 | 170:12 172:7 | **answer**   5:9 16:2 |
| 230:8,13 | 82:2,13,17,19,22 | 173:14,20,23 | 16:24,25 17:22 |
| **analyze**   74:3 | 83:14 85:3,19 | 174:8,14,18 | 27:19 30:5 |
| 198:18 | 86:11 87:21 | 175:11,15 176:4 | 44:10 55:7 |
| **analyzed**   60:14 | 88:16 89:4 | 176:10,12 | 57:19 64:2 |
| 186:8 | 91:13,15 92:6 | 177:12 178:11 | 67:20 68:13 |
| **analyzing** | 93:1,15 95:19,21 | 179:2,12,16 | 73:2 74:12,25 |
| 105:16 121:11 | 97:10 98:1 99:1 | 181:11 184:12 | 85:20 90:16 |
| 183:8 | 99:10 103:7 | 184:18,22,23 | 93:17 98:9 |
| **anderson**   3:14 | 105:9 106:6 | 185:2,16,25 | 108:25 109:5 |
| 9:15 | 108:17 109:8 | 186:7,14 187:15 | 113:17 114:10 |
| **android**   235:25 | 110:19 111:16 | 188:4,13,23 | 114:18 117:9 |
| **angeles**   2:15 8:1 | 112:23 113:14 | 189:9,20,24 | 121:8,9 131:23 |
| 12:6 | 114:8 115:1 | 190:11 191:6 | 133:3 135:12 |
| **ansorge**   4:15 5:5 | 116:14,17 117:5 | 192:19,23 193:4 | 136:5,19 143:20 |
| 9:24,24 11:18 | 118:8,18,24 | 193:8,13,14,17 | 143:22 145:9,10 |
| 13:7,9 14:12,22 | 119:14 120:10 | 193:18,20 | 145:10 146:10 |
| 14:23 15:4,11 | 120:15 122:8,25 | 194:23,24 | 157:12 159:19 |
| 16:14 17:19 | 124:6 125:8,23 | 195:25 196:7,16 | 159:25 166:7 |
| 18:13,21 19:8,25 | 126:24 127:16 | 196:17 197:7,8 | 168:17,23 169:2 |
| 21:3,19 22:11 | 128:13 129:6 | 197:11,16,24 | 171:19 188:11 |
| 27:5,18 28:15 | 130:7 132:16 | 198:24,25 199:3 | 189:11,18,18,19 |
| 31:13 32:8,12,13 | 133:1,9 134:19 | 199:5,23 200:2,8 | 190:14 193:4 |
| 32:22 33:14,17 | 135:7 136:4,25 | 200:9 201:5 | 194:10 203:17 |
| 34:1 37:25 40:1 | 137:20 138:18 | 202:2,11,20 | 208:7 210:8,12 |
| 41:3 42:3,22 | 139:3,19 143:10 | 205:14 206:15 | 210:14,16,21,24 |
| 43:13 44:10,15 | 144:15 145:19 | 207:11 209:17 | 211:11,12,16 |
| 44:19 45:19 | 146:6 147:16,20 | 210:23 216:6,10 | 222:10 225:5 |

Veritext Legal Solutions
866 299-5127

[answered - asked]

**answered**  22:12
49:2 52:4 57:20
67:17 68:6 74:7
74:17 75:9
76:14 82:3,16
106:7,9 108:24
116:17 118:9
119:1,15 120:10
125:9,24 143:11
174:19,20
175:12 176:5,23
179:16 181:12
188:6 189:10,25
190:12,13 196:8
210:9 216:11
228:7
**answering**  54:20
61:12 64:7
91:23 113:23
136:5 195:1
215:19 236:20
**answers**  10:20
53:8 57:12
63:25 175:18
176:16 208:5
210:11
**anybody**  9:12
12:10 63:17
89:19 176:9
184:4 186:18
**anyway**  20:8
**anyways**  140:2
**apologies**  136:15
**apologize**  9:12
10:24,25 14:13
86:12 109:12
**app**  235:23
236:5

**apparent**  240:19
**apparently**
113:5 193:9
245:1
**appear**  62:1
179:3
**appearance**  9:6
9:8
**appearances**  3:1
4:1
**appeared**  2:18
3:4,11 4:4,13
69:18
**appearing**
249:19 250:7
**appears**  103:13
200:2 241:9
**appendices**
183:21 239:6,13
**appendix**  21:24
27:10,21 49:5,7
49:10,21,23
50:12 54:5,8,10
180:20 182:8
183:22 239:14
239:14,22,25
240:7,14 244:18
**applied**  192:25
198:19
**applies**  165:12
**apply**  97:24
184:14
**appreciate**  52:12
**appropriate**
76:24 83:1
174:12 201:8,11
**approval**  142:4
235:10

**approved**  234:23
235:5
**approver**  235:11
**approvers**
234:18
**architect**  93:20
114:17 120:5,5
**architected**
90:24 94:10
96:7
**architectural**
115:22
**architecture**
63:9 86:25
91:10 93:20
94:18 95:12
96:3 98:16
111:13 113:22
115:20,21,23,25
116:8 151:1,4
**area**  12:6 96:25
100:25 136:8
**areas**  169:15
**argue**  20:7 32:23
33:14,15,22
**arguing**  129:4
139:17 231:18
**argument**  42:11
178:8
**argumentative**
41:4 42:3,23
47:9 48:17 55:1
57:18 93:16
111:17 133:1
135:7 137:20
138:19 143:11
144:15 147:16
160:11 168:14

169:10 170:13
173:23 174:9
175:12 178:12
179:2 181:11
186:16 189:25
191:6 209:18
210:23 216:11
225:23
**arguments**
186:23
**arrive**  166:21
198:20
**arrived**  220:11
**article**  50:6
**ascertain**  114:22
114:25 115:5
**aside**  217:4
**asked**  16:19,20
22:11 34:2
36:11 38:24
39:17 40:15
42:8,15 47:4,4
49:1 51:1 52:4
56:2 57:20
67:16 68:5
72:19 73:11,14
74:6 75:9 76:14
77:13 82:3
106:7 108:11,14
108:23 109:2
116:17 117:9
118:9,25 119:14
120:10,14 125:5
125:8,21,23
126:4 127:13
137:10 143:11
146:7 149:21
162:8 173:9

Page 5

**[asked - back]**

174:18 175:11
176:4,12,18
179:16 181:12
185:5,10 188:6
189:9,25 190:11
194:13,15 196:7
197:1 199:9
201:15,18 203:5
203:7 216:11
224:17 228:7
229:6,7 230:16
232:25 234:8
236:13 237:13
237:19 238:2
243:5
**asking** 29:9
31:19 33:18
34:1,7 36:6 38:3
41:9 42:5 44:9
52:14 54:14,15
57:9,13,20 67:8
71:9 72:2 74:3
76:8 93:10
96:22 97:13
102:13 107:7
113:18 118:5,14
120:13 128:17
129:1 155:2
160:5,9 161:9,14
162:7,12,16
167:10 168:1
174:25 185:4,12
192:11 194:1
196:20 198:1
204:17 208:2,3
210:5 211:8
212:7 221:19
224:12,24 227:1

228:5 229:22
237:16
**asks** 164:25
194:4
**aspect** 139:24
193:24
**aspects** 94:6
211:6
**assertion** 39:8
**assess** 48:15
**assignment**
18:17 242:10,14
243:10,12,14
**assist** 13:8 187:4
**assistance**
149:14 221:13
221:14
**assisted** 178:7
179:1 181:6
187:12 188:2
195:19 196:12
**associate** 214:22
**associated** 28:22
28:24 89:16
183:12 208:9
213:24 214:20
238:9,11,17
239:10,11
**assume** 27:5
38:18 62:12
72:1 77:10
86:16 98:12
103:2 114:12
138:2 152:16
166:18,19
202:23 222:24
226:6,10

**assumes** 19:8
137:1 156:21
162:24 163:10
164:10,25
165:18 188:5
202:20 225:25
**assuming** 69:19
78:19 135:8
**assumption**
96:20 225:5,13
225:16
**assumptions**
223:17 225:1,10
**assurance**
174:13,21
175:15
**assure** 75:15
160:8 211:5
226:12
**assured** 175:5
**atruong** 4:10
**attempt** 209:12
**attention** 182:11
191:15 231:15
**attest** 111:6
**attorney** 9:9
15:13 77:15
99:10 157:19
189:17 199:23
**attorneys** 30:23
78:10
**audio** 8:12
**august** 1:17 2:13
8:2,6 107:20,21
248:19 249:3,5
**authenticated**
192:8 203:10,16
204:1 205:12

206:8 207:8
208:1,4 209:1
233:17,18,21
234:4,6
**automated**
157:25
**available** 72:19
103:1,14,19
229:8
**avenue** 3:23 4:7
**avoiding** 144:17
**aware** 30:7,10
66:5,13,16 68:2
71:10 77:15
130:15 139:13
144:3 198:2
**awkward** 10:21

**b**

**b** 60:20,24 72:3
87:12 89:21
105:22 250:1
**b1** 27:10 28:1
**back** 41:1 43:19
43:21 48:10
52:14 56:11,16
56:16 59:5,8
68:19 72:14
73:23 80:22,23
83:10,25 84:2
91:22 101:10
103:23 109:16
110:5,8 112:8
127:5,6,10
135:15 136:11
150:11 157:14
159:4 166:22
171:24 177:3

**[back - bit]**

180:16,17
184:13 189:4
193:6 196:24
199:19 201:24
216:13 217:10
220:9,14 229:18
236:25
**background**
12:2 34:11
**backwards**
194:8
**bad** 95:21
146:19 157:16
157:16,19
**badgering**
176:13
**base** 140:7
**based** 47:21
62:15 63:6
64:19 65:24
79:25 94:13
95:6,12 103:2,12
113:4 115:22
121:12 123:17
124:22 129:20
178:2 214:16
215:21 232:9
235:1 241:25
243:18
**basic** 213:9
**basically** 25:4
30:16 64:9 91:5
112:19 123:17
124:21 165:13
183:1 210:15
219:2 224:12
**basing** 96:1

**basis** 23:8,14
48:8,12 49:17
94:24 96:16
97:4,8,13 194:19
195:7
**bates** 24:19 25:2
42:6 158:22
235:14
**baton** 229:11
**beacon** 159:17
161:15,17
162:13 167:25
170:2 191:4
237:15
**beacons** 159:7
161:25 162:2
164:3,6 167:21
168:8,9,21 169:6
169:8,12,14,14
169:16,16,17,19
169:23 170:4,10
170:22 171:15
171:17,20,23
189:7,22 190:9,9
190:21,23,23,23
190:24 191:20
191:23 192:1,2
192:18 230:9
**bearing** 105:17
**bedroom** 11:24
**began** 182:15
**beginning** 9:9
34:4 38:22
60:16 162:9,14
245:23
**behalf** 1:5 2:5
10:4

**behest** 193:21
**believe** 28:20
30:15 36:21
42:10 43:16,24
45:5 75:20,25
79:14,22 80:1,2
81:17 86:18
92:18 93:6
95:16 102:8,25
105:15 106:8
121:8 126:19
137:12 152:2,3
153:8,25 154:8
154:13 155:10
168:4 187:7
198:12 200:16
201:12 211:19
212:21,22 239:3
243:25
**bell** 30:5 102:8
**belong** 154:6
173:4
**belongs** 207:1
**bent** 194:8
**best** 10:19 14:21
15:24 16:17
18:23 20:24
24:13 28:13
33:13 38:7 51:6
51:10,13 54:19
79:11 82:5
108:25 127:7
176:1 192:11
248:14
**better** 27:5
123:19 246:7
**beyond** 187:18
239:1 242:21,22

**big** 43:3 58:7
71:23 154:5
**bigger** 157:22
**billion** 100:23
**birth** 71:8
**biscotti** 28:22,25
42:9 132:12
133:18 156:18
156:24 159:14
159:23 160:6
161:3,4 162:10
162:11,15
163:18,20
164:14,17 165:7
165:14 166:21
166:25 167:1,5
167:14 182:4
212:18,25 213:4
213:5,14,15
214:2 216:16,17
216:19,19 222:5
**biscottis** 161:16
216:4,9
**bit** 10:24 19:3
26:17 38:17
45:7 60:25 61:5
61:7,10 64:2
68:20 72:13
81:3 89:13
102:18 105:23
105:25 106:4
112:7 123:12
124:20 125:2,17
126:16 127:19
128:4 135:24
136:7,15 147:25
151:14 158:17
210:3 231:25

Page 7

**[bit - case]**

232:9,10 236:4
237:24 241:13
241:16
**bits** 35:5 39:3,5
60:9 104:11
108:4,4,8,12
110:18 113:9,10
113:21 114:5
116:6,13 117:4
118:3,6,22 119:2
120:2,3 122:23
123:3,9 124:17
124:18 231:20
244:19,21
**block** 157:21
219:17 233:11
**body** 10:22
84:15 116:25
**boies** 3:12 9:13
**bold** 161:25
**bolts** 225:6
**book** 50:6
**bottom** 31:10
142:9 159:17
230:5,23 231:12
233:8 245:9,20
**bounds** 195:20
**box** 23:1
**bracket** 245:10
245:12,16,17,21
245:22
**brackets** 245:10
**break** 12:24
15:17 19:2,10
32:5,14 33:22
72:23 74:10
75:11 76:23
80:15,16 82:15

82:22,25 83:1,3
83:9,15 109:6,15
133:11 140:2
142:2 147:24
148:1,3 150:6,10
199:14,18,22
229:14,17
**breaks** 32:10
**brett** 7:9
**brief** 83:16
**bring** 12:14
77:25 123:10
182:11
**bringing** 191:14
**brings** 171:24
**broad** 48:7
**brought** 12:18
64:12 237:12
**brown** 1:4 2:4
3:3 8:18 69:8
241:9,10 249:4
**browse** 30:3
**browser** 106:23
111:8,24 119:5
119:22 123:7,22
123:24 125:12
126:6 154:16
205:7,7 208:15
221:21 224:1
237:21
**browsers** 236:8
**browsing** 7:6
90:5,8 127:24
150:24 151:22
152:2 153:2,16
154:9,18 155:13
155:17,18,20
191:12 203:10

203:20 204:4,5,6
204:14,21 205:4
205:18,24 206:4
207:13 208:9,16
213:4 214:9
215:24,25
217:13 218:19
218:20,22
**bsf** 9:17
**bsfllp.com** 3:19
249:2
**build** 94:16
218:21 219:1
**building** 157:21
212:15 219:17
**built** 114:13
**bullet** 31:12
**bulletproof**
31:12
**bullets** 34:25
58:16
**bunch** 207:4
232:5 245:1
**burch** 3:15 9:16
**burn** 57:11
**burned** 195:5
**burning** 57:21
**business** 20:2
**byatt** 241:10

**c**

**c** 7:8 65:22
**ca** 249:10,13,21
**calhoun** 4:3 10:4
19:6,15,17
**california** 1:2
2:2,15,17 3:18
8:1,20 248:2,6

248:24
**call** 45:1 71:15
77:14 110:1
170:18 209:8
210:7 228:16
**called** 2:21 10:9
38:19 60:20
90:11,18 124:22
126:15 141:11
157:15 243:14
**calls** 37:25 61:16
74:8 108:17
117:6 118:9
122:9 132:17,17
157:10 165:21
185:25 202:21
217:17 235:6
**camera** 8:9
**caps** 74:2
**careful** 111:20
140:12
**carefully** 33:2
61:3 239:18
**carl** 4:16 10:1
**carry** 137:13
**case** 1:9 2:9 8:20
14:10,20 16:11
16:19 17:10,17
18:18 19:12,13
20:15,16 25:1
28:1 30:8 55:10
56:12 63:14,17
66:3,6,14,17
67:4,15 68:3,11
69:8 72:25 73:6
75:21 78:9
83:20 86:14
88:3,8 92:3

Veritext Legal Solutions
866 299-5127

[case - code]

108:16,22 112:3
122:14 125:1
127:22 128:10
128:12 132:13
132:14,21 133:6
133:16,18
134:17 140:19
142:9 144:7
147:12 149:4,4,5
157:12 176:22
177:25 180:19
180:21 203:12
211:6,25 214:12
222:19 229:2,9
242:6,11
**cases** 90:11
187:1,5 232:6,11
**castillo** 241:11
**categorically**
197:3
**categories** 25:12
**categorization**
27:2,14
**cause** 121:25
**causing** 146:17
**caution** 176:6
**ccp** 249:10,13
**cease** 200:19
202:4
**certain** 82:8
103:20 128:25
156:19 171:23
206:17 215:4
220:7 237:9,9
**certainty** 86:5
103:17
**certificate** 248:1

**certified** 2:16
10:5 248:5,22
**certify** 248:7
**cetera** 50:8,9
62:23,23 79:24
79:24 87:1
116:10 244:23
**challenge** 132:20
**challenging**
95:17
**chance** 72:22
75:11 150:23
**change** 38:11
39:13 60:18
76:4 105:17
121:18,25
223:21 225:12
225:14,18
**changed** 223:10
227:7 243:25
**changes** 96:13
96:14
**changing** 114:15
222:18 228:11
**characteristics**
155:18
**characterization**
44:13 177:23
188:15
**characterize**
181:24
**charge** 56:24,24
57:3
**chase** 219:20
**chasom** 1:4 2:4
8:18
**chat** 83:16

**check** 36:11
41:17 150:1
158:24 175:2
188:1
**checked** 149:23
**choose** 155:19
200:22 223:6
**chrome** 45:7
59:18,18 60:25
235:24 236:9
**chromeincogni...**
62:20
**chung** 168:4,6
171:3 190:18
**citation** 152:1,12
**citations** 182:20
**cite** 16:23 98:22
151:5 154:13
**cited** 123:24
151:19,23 153:4
153:4,18,21
180:24
**cites** 155:12
**citing** 21:23
98:23 99:24,25
152:16
**civil** 249:20,21
**clarification**
73:12 204:8
**clarified** 172:25
**clarifies** 78:21
**clarify** 11:5
79:17 124:10
125:25 134:4
**clarifying**
128:16
**clash** 165:25

**class** 48:21
231:21 232:1
237:8,8,8
**clear** 33:17
64:20 76:18
77:4 147:4
195:9 198:11
203:11 205:15
210:25
**clearly** 36:19
44:21 47:5
102:25 107:12
128:20 235:9
**click** 152:4,5,6,8
152:11 155:1
**clicking** 152:17
**client** 123:18,25
124:4,13,22,24
125:13,18
126:14 132:5
133:8 134:16
139:12
**close** 12:7
197:19 213:9
**closed** 245:17
**coach** 148:3
165:23 168:19
**code** 12:5 27:22
61:9 62:17 63:8
63:17,20,21 64:5
64:8,11,13,16,16
64:19,21,23
67:12 94:21
95:2 100:16
105:8 214:23
233:14 249:10
249:13,20,21

Veritext Legal Solutions
866 299-5127

[collaborating - considered]

**collaborating**
174:2
**collaborators**
174:1,11
**colleague** 179:8
**colleagues** 9:20
**collected** 221:13
**collection**
159:23 161:22
**colon** 8:20
**column** 71:7,8
73:17 242:3
**columns** 71:7,23
**com** 154:23
155:1
**come** 91:22
128:18 209:20
224:24 242:24
**comes** 23:11
25:15 53:16,17
57:21 79:23
111:2 125:1
156:25 163:21
165:3,8 211:22
218:4
**comfortable**
170:23 171:22
**coming** 190:17
**comma** 245:11
245:11,11,16,16
245:17
**commencing**
2:14
**comment** 235:18
**commented**
235:19
**commissioned**
248:7

**common** 32:13
183:2 190:22
209:6 239:9,10
**communication**
223:9
**communications**
176:7 184:15,21
190:7 195:2
196:18 197:2
198:2,6 201:11
202:5
**companies** 96:15
140:9 144:4
**company** 146:20
146:22 154:5
**compel** 91:22
**competence**
196:13
**compiling** 49:20
49:20
**complaint** 128:2
128:21 129:10
**complete** 24:11
63:10 75:17
90:9,17 100:14
100:15 146:23
223:16
**completed** 44:20
249:8,18 250:6
**completely** 13:4
140:7 209:11
**completion**
250:10
**complex** 101:1
111:19 190:25
**complicated**
147:21 218:21
224:23

**component**
190:22
**compound** 17:19
19:8 28:15 41:4
42:4 45:19
46:18 47:12
48:18 51:18
74:6 76:2 79:19
89:4 93:15 99:2
105:9 114:9
118:10,25
127:16 129:7
205:14 217:16
222:8
**compromised**
155:23
**computer** 106:3
176:2 194:22
195:24 196:5
**computers**
100:17
**computing** 55:13
**concept** 235:22
**concepts** 245:1
**concession** 48:6
**concludes**
246:15
**conclusion** 31:11
31:12 38:1 74:8
108:18 132:18
**conclusions** 33:1
33:2 75:21
87:19,19 198:14
198:20
**conduct** 146:21
**conducted** 8:8
8:21 56:9 74:20
74:21 239:25

241:18
**conference**
17:10
**conferences**
17:13 95:6,8
**confident** 62:19
121:9,10
**confidential** 1:13
**confine** 128:25
**confirm** 22:24
30:18 108:3
**confirmed**
233:13
**confirms** 22:22
**confuse** 89:19
**confusing** 12:1
**connect** 21:11
**connected**
212:19 214:3
**connection** 8:9
59:20
**conroy** 4:5 10:4
**consider** 48:24
57:22 94:11
174:10
**consideration**
37:22 41:14
74:22 99:18,25
**considered** 12:8
24:3,6 26:16
40:11 41:15
49:3,5,11,16
58:3 72:20 74:5
75:1,8 77:8 78:3
102:23 103:15
103:20 131:25
139:21 203:16
215:15 221:10

Veritext Legal Solutions
866 299-5127

[considering - counted]

**considering**
  142:22 224:16
**consist**  71:12,13
  71:18
**consistent**
  154:10
**consolidated**
  26:19
**constraints**
  223:23
**cont**  4:1
**contact**  249:10
**contain**  23:4,7
  105:12 108:5,12
  114:5 116:12
  159:7 161:2,15
  162:1,6,19 164:2
  164:22 165:15
  166:10 167:13
  167:21 181:14
  181:17 206:20
**contained**  240:5
**containing**
  104:10
**contains**  181:9
**content**  184:20
**contents**  75:22
  236:19
**context**  20:15,16
  46:19,20 56:25
  60:14 78:9
  145:3,25 146:20
  168:5 169:12
  170:2,6,22
  171:13,23
  177:20 180:5
  190:18 213:8

**continue**  8:12
  131:9
**continues**  205:24
**continuing**
  209:19
**contracts**  206:20
**contradict**
  233:25
**contradictory**
  99:20
**contrary**  97:23
**control**  220:19
**controls**  220:20
**controversy**
  49:11 237:15
**conversation**
  138:6,9
**conversations**
  194:12
**conversion**
  209:16,20,25
  210:7 214:21
  216:1,20,22
**conversions**
  211:9,20,22
  212:2,5,8,9,14
  212:17 213:19
  213:25 214:4,10
  216:5,14 217:4
**convert**  194:17
  222:13
**converted**
  200:24 212:25
  214:10 216:17
  216:19
**convey**  245:1
**cookie**  133:16
  207:18 208:9,10

208:20,20
**cookies**  132:8
  182:4 224:1
**copies**  24:1,2
**copy**  12:17 13:1
  13:7,11 23:23
  30:2 84:8,8
  128:1
**correct**  17:7,8
  18:5,25 19:18,19
  21:18,22 31:1,2
  33:20 36:13
  37:3 44:13 46:3
  46:17 47:1 52:3
  53:25 54:18
  79:1,18 80:11
  81:6 85:18
  87:20 92:5
  104:24,25 113:6
  115:18 119:13
  121:21,22 122:2
  122:3 126:23
  127:22 138:2
  144:14,18 152:4
  154:22 157:8
  158:5 161:4
  170:11 187:2,3
  204:17 206:2
  221:1 223:17,18
  223:19 238:19
  238:20 244:7,10
**corrected**  177:23
**corrections**
  249:15,16 250:3
  250:4
**correctly**  230:11
  233:23 238:14

**correspond**
  183:14,17,18
  229:3
**corresponding**
  42:9 136:18
  160:23 210:2
  211:18 219:14
  242:4
**corresponds**
  58:9 208:21
**cost**  184:8,10
  185:13,22 186:5
**counsel**  8:17 9:7
  10:13 11:15
  13:18 14:2,8
  18:12 20:7
  24:18 25:6 26:6
  28:13 41:3
  51:21 52:14
  54:25 55:6,8,25
  63:3,16 72:22
  78:11 105:5
  118:18 130:8
  139:17 152:8
  166:1 168:18
  172:3 173:5,15
  177:21 185:2,5
  186:21,22
  188:11 190:7
  193:21 194:14
  195:2 196:18
  197:3 198:2,7
  201:11,16 202:5
  246:20 249:19
  249:22 250:7
**counsel's**  53:1
**counted**  186:9

Veritext Legal Solutions
866 299-5127

[counting - dated]

| | | | |
|---|---|---|---|
| **counting** 13:25 | **created** 63:8 | **data** 21:17,23,24 | 134:16 142:18 |
| **counts** 20:21 | 116:2 219:18 | 21:25 31:4,6 | 146:1,22,23 |
| **county** 2:16 | **creates** 221:7 | 34:8 35:8,9 | 148:20 156:9 |
| 248:3,23 | **creating** 27:24 | 39:22 40:11,24 | 157:1,2 170:18 |
| **couple** 17:25 | 185:7 | 41:21,24,25 | 170:19 177:16 |
| 51:6 52:15 64:8 | **creation** 182:4 | 42:19 43:6 45:3 | 177:16 178:2 |
| 176:24 215:20 | 187:13 | 45:17,24 46:9,15 | 180:16,20,25,25 |
| 244:2 | **credentials** | 47:8,18,21,25 | 181:2 182:8,25 |
| **course** 15:2 | 115:11 | 48:2,14,15 50:16 | 183:8,10,22 |
| 24:10 35:22 | **criminally** | 50:17,18,20 51:4 | 185:4 191:13 |
| 48:23 77:23 | 157:18 | 51:9,12,13,16,24 | 192:8,16,17 |
| 96:10 214:17 | **cross** 239:2 | 52:2,15,20 53:16 | 193:22 194:3 |
| 240:1 | 242:23 | 53:17 54:21 | 198:18,19,21 |
| **court** 1:1 2:1 | **crr** 1:22 248:22 | 58:2 66:6 67:15 | 199:10,11 |
| 8:19,25 10:6 | **csr** 1:22 248:22 | 68:10 70:6 | 202:18,19,23,23 |
| 30:24 31:5 | **curiosity** 107:19 | 71:12,14,23 | 202:25,25 203:4 |
| 33:15 35:7 | **curious** 63:14,19 | 72:20 74:5 75:7 | 203:6,8,9,10,15 |
| 36:18 40:21 | 183:24 | 75:14,18 76:11 | 203:16,18 204:2 |
| 43:19,21 68:7,15 | **currently** 11:19 | 82:10 87:17 | 205:11,12,13 |
| 70:18 76:22 | 12:11 140:25 | 88:2,14,24 89:2 | 207:8,13,14,17 |
| 78:8,20 80:23 | 143:3,4,4,5 | 89:10,15,22,22 | 208:1,8,24,25 |
| 104:7,15,15 | **customer** 163:20 | 90:7,8 92:3 93:3 | 209:10,13,21,24 |
| 109:21 111:4 | 226:10,16,24 | 93:9,11,12,23 | 225:3 229:8 |
| 119:17,23,25 | 227:1,15,15,20 | 94:10,11 99:6 | 238:9,11,17 |
| 127:4,6 143:17 | 227:21,25 | 105:8 106:4 | 240:4,5,24 241:1 |
| 168:20 178:10 | 228:22 | 108:3 110:17 | 241:3,21 |
| 195:13,14 200:6 | **customers** 230:7 | 111:6,13,21,22 | **dataset** 71:15 |
| 200:7,22 201:6,7 | **cut** 219:19 | 112:21 115:19 | 73:4 |
| 201:8,17 202:3,8 | **cv** 1:10 2:10 8:20 | 117:4,10,12 | **datasets** 71:12 |
| 202:9,12 241:12 | 15:12 | 119:4,18,19,21 | 73:6 |
| 245:13 246:20 | **cycles** 180:11 | 121:6,20 122:14 | **date** 8:5 37:14 |
| 246:25 247:4 | 186:9 | 123:5,18,21,25 | 52:17,18 70:2 |
| **cover** 17:2,3 | | 124:5,13,22,24 | 71:8 107:18 |
| **covered** 173:7 | **d** | 125:5,13,18 | 152:13 239:22 |
| 191:10 197:6,14 | | 126:14,22 | 249:17 250:5 |
| **cpu** 180:11 | **d** 54:10 | 127:12,21,23 | **dated** 7:7 37:11 |
| **create** 91:9 | **d.c.** 4:18 | 128:9,11,20 | 37:12 68:25 |
| 94:17 | **dash** 8:20,20,21 | 132:5,7,9 133:8 | 82:7 98:14 |
| | 8:21 | | |

**[dated - determine]**

102:16 103:16
**dates** 81:18
119:20
**day** 2:13 29:3
50:21 223:7
237:25 248:19
**days** 41:15 51:7
52:16 70:1
**dbl** 26:18 29:4
**dbls** 180:25
**dc** 27:10 28:1
**deadline** 51:7,8
**dealing** 239:17
**deals** 61:4
**debate** 20:8
**debating** 141:10
**decades** 50:2
64:17
**december** 16:3,6
18:24 19:1
**deception**
154:11
**decide** 95:4
108:21 166:24
**declaration** 6:13
6:23 102:6
103:13 105:3
107:4 122:21
124:8 233:2
**declarations**
121:18,24
**decrypt** 158:3,12
158:14 163:23
164:16 165:10
166:23
**decrypted** 157:6
**decryption**
157:22

**deemed** 108:15
**defendant** 1:11
2:11
**defendants** 4:12
**defending**
174:17
**deficiencies**
34:19 35:13
36:8,12 38:24
**deficiency** 34:24
**defines** 148:10
**definitely** 79:5
86:2 151:21
**definition** 46:25
**degrade** 155:13
**degree** 175:20
175:22,24 176:3
194:22 195:17
195:22,24 196:6
211:5
**delineation**
16:16
**deliver** 13:10
**demarcate**
178:24
**demarcation**
178:25
**depend** 86:19
87:5 89:10,12
**dependent** 124:4
**depending** 171:8
246:3
**depends** 8:8
24:15 88:9
192:8,10
**depo** 116:25
244:10

**deponent** 248:10
**deposed** 26:9,11
64:14 197:11
**deposition** 1:15
8:7,16 11:16,20
12:11,14 13:16
13:23 14:3,5
24:20 26:12
32:11,12 40:15
135:4 136:24
144:2 168:4,6
171:3 182:7,16
185:18 187:20
190:17 196:11
197:23 246:16
247:6 248:8,16
249:20,23,25
250:8,10
**depositions**
10:22 26:8
171:6 215:22
**describe** 21:21
63:9 86:25
91:10 95:2
115:23 117:14
239:6,24
**described** 53:19
78:9 90:25
111:3 122:3,6
125:14,15
128:21 129:9
145:1 177:17
212:24 239:12
242:14
**describes** 94:9
94:17
**describing** 72:12
93:22 98:15

122:15 140:6
195:4,7 200:16
205:16 214:3
222:2 231:24
**description**
94:25 95:6,13
**descriptions**
70:4,23,25 71:4
71:21 74:2 75:7
95:17
**design** 7:11
134:21
**designation**
235:14
**designed** 90:25
96:7,8 157:14
206:25 217:1,6
**designing** 91:7
**desire** 202:9
**detail** 63:10 95:3
177:17 193:15
238:6 244:1
**detailed** 188:17
**details** 120:24
**detectable** 153:2
153:17,24
154:10,14,17
**detected** 43:10
**detecting** 39:9
**detection** 35:5
39:4 104:11
108:5,9 110:17
231:20
**detects** 45:7
**determination**
128:18 129:1
**determine**
129:15

[determined - document]

| determined | dipped 116:23 | discussing 84:7 | division 1:3 2:3 |
|---|---|---|---|
| 249:19,23 250:7 | direct 22:9 34:13 | 107:13 140:14 | dld 15:5,8,9 |
| determines | 173:15 188:6,23 | 141:14 145:3 | doctor 26:23 |
| 201:7 | 189:1 190:1 | 163:25 165:2 | 27:13 36:18 |
| device 213:9 | 194:5 195:25 | 166:23 167:4 | 48:21 69:19 |
| devices 182:20 | 231:15 | 171:21 179:19 | document 6:4,6 |
| 237:9 | directing 139:22 | 181:1 182:18 | 6:10,12,16,22 |
| dictated 177:17 | directly 21:1 | 192:17 209:10 | 7:1,3,4,7,10 |
| difference 16:12 | 22:8 129:17,18 | 228:11 229:25 | 12:16 24:15 |
| 47:20 60:21 | 131:16 184:19 | 238:6,22 | 25:2,2 27:22 |
| 61:17 116:7 | 193:24 210:18 | discussion 38:23 | 29:12 30:1,20 |
| 243:6 | 219:22 241:22 | 62:12 98:6 | 31:14,16 32:15 |
| different 28:22 | disagree 42:21 | 123:10 124:11 | 32:19,21 34:4,7 |
| 28:25 42:9 44:2 | 43:11 44:17,18 | 133:25 141:24 | 36:2 38:4,6,10 |
| 72:3 84:14 | 46:16 153:20,22 | 142:7 145:6 | 38:11,13 50:6 |
| 92:15 100:23 | 201:21 215:1,2 | 166:22 172:22 | 69:20 84:15 |
| 112:4 123:5 | disclose 35:3,4 | 172:25 182:6 | 93:20,22 94:17 |
| 126:2,2 132:3 | 39:3 172:20 | 192:1 211:15 | 96:5,5,11,12,21 |
| 133:7 134:16 | 178:22 | 237:7,9,10,14 | 96:22 97:11,16 |
| 140:7 154:6 | disclosed 38:25 | discussions | 98:4,5,10,13,14 |
| 159:20 171:7,7 | 179:10 184:25 | 137:5 | 98:15,15 99:21 |
| 176:15 190:25 | disclosure | disinterested | 103:3 105:1,5,7 |
| 192:22 193:1 | 197:24 | 248:7 | 105:11 107:9,10 |
| 200:25 206:14 | discovery 6:8,20 | disposal 55:14 | 122:15,18 130:3 |
| 207:15 209:11 | 29:22 30:8,25 | dispute 92:4,12 | 131:12,20,21,22 |
| 209:12 215:9 | 34:19,23 35:13 | 92:24 93:3 | 132:1,6,7 139:1 |
| 216:2,9 219:5 | 36:8,12 38:24 | 95:24 97:5,9 | 139:4,6,7 140:5 |
| 222:21,22 226:3 | 188:8 190:5,6 | 105:24,25 134:4 | 140:13 141:24 |
| 226:16,23 227:6 | 195:2 200:14 | 170:9 | 148:10 149:21 |
| 227:10 228:20 | 202:4 | disputes 100:11 | 151:2,17,21 |
| 228:22 234:18 | discuss 193:15 | distinct 241:3,20 | 152:24 153:15 |
| 234:19 241:5 | 206:22 239:8 | distributed | 153:20 156:5 |
| differently 13:4 | discussed 105:14 | 47:23 64:18 | 158:18 163:15 |
| 28:2 122:6 | 134:22 167:6 | 91:1,7 93:21 | 164:20 165:12 |
| difficult 10:22 | 176:25 191:24 | 95:8 101:1 | 165:12 167:20 |
| difficulty 152:22 | 213:6 | distributor 20:3 | 168:2,3,7 169:4 |
| diplomas 175:7 | discusses 125:17 | district 1:1,2 2:1 | 169:6,18 170:4,6 |
| | | 2:2 8:19,19 | 194:14 234:12 |

**[document - encrypted]**

235:1,17 239:18
242:12
**documentation**
94:8 95:18,25
96:2 97:3,7,21
97:22 99:8,14,16
99:17 105:8
122:7,22 129:8
129:12,13,14,16
158:18 190:16
215:16
**documents**
12:13,15 13:17
13:19 23:24
24:14,17,18,21
24:21,23,24 25:9
25:10,13,16,17
25:20,21,22,24
26:2,4,8 27:7
32:10 38:8
47:22 54:21
58:8 62:16 63:8
82:9 83:17
86:24 90:25
91:5,10 94:14
96:17,23,24
98:22,23 99:20
99:24 100:1,4
115:22 120:21
121:15,16
125:11 126:18
129:19 139:23
147:18 148:9,18
149:8,11 150:20
150:21 158:23
168:7,16 169:15
171:16 182:6
194:2 198:9

214:17 215:21
243:18
**doing**   33:13 44:7
91:6 111:3
114:6 117:3
122:15,16,16,17
122:18 146:18
180:21,21
182:25 185:7
191:17 195:10
196:19 199:6,13
219:25 243:7
246:21
**dot**   154:23,23
155:1,1
**double**   36:11
149:23 152:5
155:1 158:24
159:23 192:25
**doubt**   40:3,4
75:14
**download**   70:13
101:23 130:13
131:16 138:1
159:3
**downloaded**
30:3
**downloading**
151:13 158:25
159:9
**dr**   9:19 12:25
16:9,13 17:1,6
18:9 31:13
63:13 66:19
92:11 185:5
190:5 194:15
195:3 196:25
197:17 198:1,12

199:1,8 201:10
202:5 229:22
230:16 232:8
234:8 235:13
236:3,10 237:1
237:16 238:21
239:5,13 242:10
243:10,22
246:10,16
**drafts**   179:5
**drawing**   56:4
75:21 116:7
**duck**   33:23
**due**   92:18 97:19
**duly**   2:22 10:10
248:6
**dynamic**   96:13

**e**

**e**   1:21 2:15 51:21
65:22 98:11
141:8 147:9
244:18 248:5,22
249:10,13 250:1
**earlier**   52:19
54:2 139:20
156:15 182:6
200:16 238:7
**early**   15:24
114:13 171:25
**easier**   13:2 18:1
23:23 30:3 51:3
**easily**   172:11
180:13
**ecosystem**
155:22
**effect**   23:11
30:15 63:5

76:18 97:17
156:12,15
160:13 174:13
212:23
**effort**   178:18
**either**   15:18 20:5
25:5 60:19
72:25 98:22,24
99:12 100:5
151:19 181:5
197:21 200:17
203:15,25
233:17 236:23
237:8
**electronic**   13:7
150:21
**element**   190:22
**eliminated**
225:15
**elucidated**   76:19
**email**   7:3 138:2
**emanuel**   4:14
9:25 10:2 12:18
13:8 19:7,12
195:16
**empirical**   93:12
**empirically**
90:15 93:6,24
**employed**   22:3
**employee**   22:3
98:11 104:20
**employees**   20:14
20:18,21 141:9
**employer**   173:4
**encrypted**   90:3
156:24 159:15
160:6 161:4,16
161:16 162:11

**[encrypted - execution]**

162:19 163:3,7,7
163:21 164:7,13
164:14,17,23
165:3,8,14,15,16
166:11,21 167:2
167:6,14 206:19
207:1 209:9
214:1 215:7
220:5,13

**encrypting**
157:6

**encryption**
157:5 165:4

**encrypts**   158:4

**ends**   228:20

**engagement**
18:20

**engineer**   22:3
64:17 94:7
233:14

**engineers**   63:7
64:14 91:4 96:6
144:23 145:24
171:6 212:22
215:23

**enhance**   165:12

**entered**   13:12

**entire**   35:13
53:10,15 185:17

**entirely**   82:11
179:3 188:14
193:1

**entitled**   130:3
167:22 168:16
168:22 179:9
196:15

**entries**   71:13

**entropy**   237:7
244:19,19,21,21

**entry**   71:13,16
75:14

**enunciate**
241:15

**environment**
96:13

**equally**   97:24

**equipment**
180:10 183:25
184:7 185:12,21
185:23,24
186:12

**equivalent**
179:12 194:1

**erika**   3:15 9:16

**errata**   249:15,17
250:3,5

**errors**   243:22
244:11

**especially**   25:15
120:4 123:4
235:21

**esq**   3:6,7,13,14
3:15,16,22 4:6
4:15,16 249:1

**essence**   75:20
163:24 214:11
232:2

**essentially**   37:4
71:14,23 89:23
111:3 140:6
179:23 183:9
213:5 214:8
241:6

**establish**   197:6

**estimate**   184:7
186:5

**estimated**   15:25

**et**   1:4 2:4 8:18
50:8,9 62:23,23
79:24,24 87:1
116:10 244:23

**events**   7:1 130:4
234:13

**everybody**   13:3
83:2 91:5 243:9

**evidence**   19:9
135:9 137:1
140:16,22,24
156:22 162:24
163:11 164:10
164:25 165:19
187:11 188:5
202:18,21 226:1

**evidentiary**
38:19

**exact**   43:23
52:18 56:18
61:13 126:13
151:4 176:18
223:10

**exactly**   15:17
17:2 54:3 56:14
73:5 81:21
85:23 102:15,19
113:17 136:19
147:9 149:20
150:3 160:15
167:25 169:20
181:23 188:17
190:18 191:9
218:15 224:19
241:14

**examination**   5:1
5:4,5 10:14
196:14 229:20
242:23 248:13
248:17

**examined**   2:22
10:11 106:3

**example**   21:5,16
21:17 24:16,22
27:22 28:17
67:5,22 71:7,21
72:6 92:8 95:1
99:19 117:8,9
122:12 127:20
146:5 154:24
155:14 166:17
169:13 190:16
204:16 208:17
209:16 212:1
222:25 223:22
232:12 235:23
235:24 236:9
238:13 241:8
242:6

**examples**   244:25
244:25 245:3

**exchange**   147:9

**excluded**   39:1
197:3 231:18

**excuse**   38:14
245:13

**execute**   145:25
174:24

**executed**   172:24
177:18,22,24
181:18 188:17

**execution**   173:1
180:8

**[executive - extent]**

| | | | |
|---|---|---|---|
| **executive**  236:16 | 164:25 165:18 | **experimental** | 146:15 192:9 |
| **exercise**  183:1 | 186:15 189:4 | 56:6 148:24 | 200:18 207:12 |
| **exhibit**  6:4,6,12 | 190:17 192:4 | **experiments** | 208:5 212:10,13 |
| 6:16,22 7:1,3,4,7 | 207:21 229:23 | 52:22 55:11,12 | 216:25 218:18 |
| 7:10 13:11 | 229:24,25 230:4 | 140:10 144:5,6 | 219:8 244:21 |
| 22:17,18,21 | 230:17,20,23 | 146:21,23 | **explained**  18:15 |
| 29:15,18,21 | 233:1,4 234:9 | 172:22 177:16 | 18:16,17 214:15 |
| 34:16 37:10,19 | **exhibits**  6:1 | 179:21 184:1,9 | **explaining**  92:20 |
| 43:14 59:5,7 | 13:12 113:4 | 186:12 | 105:21 124:19 |
| 61:21 68:16,17 | 148:14,21 | **expert**  4:24 6:4 | 141:17 160:1 |
| 68:19,21,22,24 | **exist**  103:1 | 9:19 12:17 | 218:16 239:9 |
| 69:3,15 73:23,24 | 104:11 113:2 | 14:20 18:3,7 | **explanation** |
| 81:4 83:25 84:2 | 118:3 | 19:16 24:19 | 160:7,12,13 |
| 84:6,6 88:17 | **existence**  35:5 | 38:14 45:21 | **explanations** |
| 101:11,20,21,25 | 39:3 | 77:18,18 78:15 | 207:21 |
| 102:7,21 105:2 | **existing**  201:4 | 81:19 86:22 | **explanatory** |
| 106:13,15,17,22 | **expect**  235:2 | 114:6 117:19 | 138:16 |
| 106:24 107:1,3 | **expecting**  139:23 | 119:11 121:7 | **explicitly**  73:14 |
| 107:15 110:11 | **experience**  96:25 | 134:7 147:19 | 136:9 184:15 |
| 110:13,20 | 100:4 110:16 | 168:23 170:10 | 185:4 194:25 |
| 112:13 113:15 | 111:15 134:6 | 185:2,3 186:4,25 | 195:1 196:18 |
| 118:25 123:1 | **experiment** | 187:1 188:8 | 197:3 234:3 |
| 124:7 127:17 | 138:23 139:2 | 191:24 196:12 | **exploit**  165:25 |
| 129:23 130:2,5,7 | 140:6,7,14,15,17 | 197:22,22,23,25 | **expose**  145:4 |
| 131:16 133:10 | 140:20,21,25 | 212:11 228:6 | **exposing**  141:1 |
| 133:24 134:20 | 141:3,5,6,9,10 | 236:5,11 237:2 | 143:7 144:1 |
| 134:22 135:8 | 141:11,12,13,15 | **expert's**  198:20 | **exposition** |
| 136:8 137:1,14 | 141:19,22 142:5 | **expertise**  50:1 | 244:20 |
| 137:18,22,23 | 142:10,14,16,17 | 50:10 110:16 | **express**  13:10 |
| 143:12 144:16 | 142:18,23,24 | 111:15 146:17 | **expressed**  43:3 |
| 145:20 150:15 | 143:1,5,16,25 | **experts**  15:9,10 | 123:13 |
| 151:7,11 155:10 | 144:9,10,21,24 | 15:12 17:16 | **expressing**  46:24 |
| 155:25 156:2,19 | 144:24,25 145:2 | 125:15 187:11 | **extend**  33:19 |
| 156:21 158:16 | 145:4,12,15,18 | 244:23 | 179:5 |
| 158:19,20 159:4 | 145:23,25 146:3 | **explain**  29:13 | **extension**  235:20 |
| 159:11 160:24 | 146:24,25 147:2 | 48:2 56:9 60:21 | **extent**  49:19 |
| 161:11 162:5,22 | 149:14,17 | 62:24 89:25 | 195:8 |
| 163:10 164:10 | 241:19 | 95:11 144:19 | |

**[extract - first]**

extract  224:2
extracted  170:4
  222:6
extracts  221:19
  221:20
extraneous
  57:11
extremely  17:24
  159:21 174:11
  176:10 180:7
  183:20

**f**

f  239:14,22,25
facilitate  40:16
  98:6
facilities  55:14
fact  33:10,18
  34:3 35:15 46:3
  89:20 103:12,19
  111:12 113:24
  133:24 144:3
  153:21 154:9
  165:4 167:4
  171:21 182:19
  182:20 192:7
  204:11 220:2
  239:15 241:23
  242:2
facts  19:9 34:23
  135:8 137:1
  156:21 162:24
  163:10 164:10
  164:25 165:18
  187:21 188:5
  202:21 225:25
faculty  56:25

fail  35:3,4
failed  39:3 82:10
fair  59:5
fairly  36:6 160:3
fake  96:4
fall  229:2
false  226:19
  232:5,11
familiar  69:20
familiarize
  31:15 69:21
far  64:1 104:10
  113:5 175:23
  192:2 199:13
fashion  187:23
fashioned
  136:17
fast  31:23
  136:10 159:4
  215:19
fault  106:21
favor  103:23
fax  6:16 69:4
fear  13:9 155:11
federal  250:1,8,9
feed  105:18
feel  39:23 170:23
  171:22 186:19
  218:5
felt  77:2
field  50:8 62:13
  62:15,20 63:12
  64:17 66:15
  67:2,14 71:24
  72:12 73:5
  86:17,19 87:2
  94:5 105:12
  109:3 111:7,23

114:7 119:4,20
  119:20 123:6,21
  123:23 124:13
  124:25 125:12
  134:25 221:21
fields  59:19,22
  66:15 70:4,22,24
  71:3,20,22 72:20
  73:3,7 74:1 75:6
  87:1 125:6
  126:5,22 232:16
  232:21
figure  40:19
  41:19 42:1
  51:23 55:24
  59:2 78:13 86:7
  113:21 130:5,18
  154:25 155:3
  194:20 195:21
  224:20
figuring  41:20
  41:22 78:20
file  29:4 40:5,7
  42:6 58:9 71:4
filed  8:18 118:12
files  26:16,25
  27:15,16 28:12
  28:22,24,24 29:2
  39:18 42:8,15
  58:16,23,23
final  246:22,25
  247:4
finally  48:6
financially  9:3
find  11:11 33:9
  54:8 69:1 74:9
  82:10 101:19
  110:13,16

118:23 122:24
  149:24 155:21
  166:17 167:1
  172:11 174:3,6
  174:24 181:1
  182:7 189:6
  196:24 211:18
  215:23 218:14
  219:13 241:1
  245:6
finding  34:23
  118:7,17
findings  33:7,10
  33:18 34:3
  35:15 37:23
  53:18
fine  23:22 53:4
  109:8 136:13
  151:19 152:14
  152:18 171:11
  202:11 204:11
  220:1
fingerprinting
  194:3 237:7
  241:25 244:19
  244:22
finish  27:19
  37:13 61:11
  80:22 90:16
  136:5 160:4
  161:11 195:1
finished  27:19
finishing  197:18
firm  8:23 9:21
  15:9,11,18
firms  185:3
first  2:21 10:10
  14:19 15:22

**[first - friend]**

| | | | |
|---|---|---|---|
| 16:1 18:19,24 | **flexibility** | **forgot**  130:9 | **forth**  2:23 52:14 |
| 27:9 29:25 30:2 | 235:21 | 131:15 | 180:17 236:25 |
| 31:17 33:8 | **flexner**  3:12 9:13 | **forgotten**  179:3 | 248:9 |
| 34:10 36:1 42:7 | **floor**  3:17,23 4:7 | **form**  14:12 | **forthcoming** |
| 42:15 45:1 54:4 | **florida**  3:9 | 28:15 40:1 42:4 | 198:12 |
| 55:7,7 58:10,12 | **flow**  146:23 | 42:22 43:13 | **forthepeople.c...** |
| 58:12,13,15,19 | **flowing**  90:2 | 45:19 46:18 | 3:10 |
| 71:24 85:2 | **fly**  224:23,24 | 47:12,15 48:18 | **found**  15:4,5 |
| 89:15 90:11 | **focus**  197:2 | 49:12 51:17 | 25:5,23 26:2 |
| 93:18,18 101:17 | **focused**  193:23 | 67:16 72:21 | 40:21 183:12 |
| 101:19 103:4 | **follow**  54:22 | 79:19 85:19 | 241:20 |
| 109:12 118:5 | 102:5 159:10 | 86:11 87:21 | **foundation**  74:7 |
| 125:25 127:20 | 163:14 209:22 | 89:4 93:1,15 | 118:10 |
| 127:20 133:12 | **followed**  56:18 | 94:13,24 95:13 | **foundational** |
| 133:12,15 | **following**  44:25 | 98:2 99:2,22 | 196:13 |
| 134:10 140:24 | 53:19 98:9 | 110:24 111:8,24 | **four**  26:18 28:12 |
| 141:2 142:15 | 100:2,10 117:19 | 114:9 115:1 | 32:3 42:6,14 |
| 149:17 159:3 | 123:11 124:16 | 117:5 118:9 | 54:1 58:16,23 |
| 165:5 172:10 | 160:13 166:15 | 119:6,14,22 | 70:1 71:22,23 |
| 174:1 180:19,20 | 179:20 212:17 | 125:23 129:6 | 120:11 176:13 |
| 184:14 192:16 | 221:6 230:10 | 154:12 172:7 | 176:14 180:6 |
| 202:22 203:21 | 240:3 | 185:6 191:7 | 234:18,18 241:8 |
| 204:10 205:25 | **follows**  10:12 | 202:20 205:14 | 241:10 242:6 |
| 206:21 207:12 | 71:11 93:17 | 206:15 207:11 | 245:10,21 |
| 207:24 208:8,20 | 157:13 159:19 | 209:17 216:6,10 | **fourth**  99:21 |
| 208:21 209:2,5 | 159:25 163:14 | 217:16 219:4 | 245:20 |
| 212:25 213:4 | 192:15 222:10 | 220:9 222:8 | **frame**  16:4 |
| 214:7,19,22 | 249:9 | 224:18 | **francisco**  3:18 |
| 218:17 219:1,1 | **forced**  228:14 | **formal**  244:20 | **frank**  195:11 |
| 222:11,11 224:2 | **forcing**  223:20 | **formed**  50:1 | **franklin**  3:8 |
| 230:4 231:2 | 224:7 | 121:4 | **frankly**  126:13 |
| 240:9 241:8 | **foregoing**  248:8 | **forming**  49:25 | 140:19 |
| **five**  59:17,21 | 248:16 | 50:9 87:15 | **frcp**  250:1 |
| 171:21 176:24 | **forever**  78:6 | 121:3 232:17,22 | **free**  39:23 |
| 180:6 245:8,8 | **forgetting** | **formulated** | **friday**  1:17 2:13 |
| **fixed**  130:11 | 223:24 | 194:19 | 8:2 |
| **flagrant**  190:1 | **forgive**  27:7 | **formulation** | **friend**  48:22 |
| 193:24 | 117:18 | 187:5 | |

[front - go]

**front** 33:24
240:7
**full** 70:3,7,19
74:1,4 75:5,25
76:7,12 77:14,22
77:23 78:6,7
108:14 121:2
127:13 128:9
139:23,24 229:7
236:23
**fully** 68:12 75:22
78:17 120:21
121:1 179:25
**function** 222:16
222:17,18,21
223:7,11 224:11
226:22 228:13
228:15,15
**functions** 223:3
**fundamental**
134:4
**further** 25:18
78:21 124:19
149:14 201:10
220:6 234:17
246:1,2
**furthermore**
163:20 165:7
**future** 235:21

**g**

**g** 27:10,21
159:24 180:20
182:8 187:25
**ga** 156:18 159:7
161:2 162:1
163:18 164:3,19
203:15,25

**gaia** 89:17 132:9
132:10 161:3
162:2,10,15,19
163:1,3,7 164:6
164:18,23 165:3
165:16 166:11
166:21,25
167:13,21
203:21 208:13
208:18,22
212:19,19 213:3
213:7,12,14,17
213:19 214:4,20
214:22 215:11
215:12,12,13,17
216:5,15,20,23
216:23 217:15
230:14 239:9,10
240:12 241:6
242:4
**gaias** 183:11
**gao** 174:3 177:18
177:20 179:1
180:14 181:6,6,8
181:9,15,18
185:17 187:25
198:3 201:16
202:6
**gao's** 200:14
**general** 42:24
88:4 100:6,9
115:14 117:17
119:25 141:12
142:16,19
165:11
**generated** 87:17
89:11

**genre** 27:16
**genuine** 175:7
**georgios** 16:9
**gestures** 10:23
**getting** 21:10
45:20 72:14
77:23 78:16
114:13 197:18
237:24 241:14
███████ 161:23
**gist** 167:3
**give** 16:24 17:22
25:21 28:21,23
29:8 56:10,16
64:2 68:13,15
76:12 94:21
95:10 100:15
101:15,23
108:11,25 109:2
113:16 117:7
130:10,12 146:5
147:11 148:8
149:21 151:19
151:23 152:21
152:22 160:22
171:12 173:1
178:18 180:2,4
182:13 190:14
190:15 191:17
192:3 211:12
**given** 21:17
41:21 86:8 87:6
87:14 88:1
108:23,23
114:19 120:4
144:7 155:17
163:19 174:13
225:21

**giving** 21:9 53:7
56:12 77:9,22
169:12 173:11
181:24,25
189:11 221:12
221:14 236:22
**glanced** 103:3
**gmail** 208:17
**gmm** 235:23
**go** 8:13 21:11
22:24 24:7,8
25:11,25 30:10
30:11,13 32:22
32:24 33:6,10,14
33:16,25 34:13
39:23 40:2,10
41:1,20 48:10
53:3 54:11 59:5
59:8,16 61:15,21
62:7,9 68:19
69:5,22 73:17
74:14 82:24
84:4,12 87:3
92:24 93:5,11
101:2,7,10,15
102:12 103:23
109:11,25 112:8
114:4,5 118:7,17
118:23 120:2,15
120:24 121:14
121:16 122:19
122:24 123:14
124:14 128:22
129:22 130:2,20
131:5,18,22,23
133:12 134:10
134:11 136:12
137:23 138:5

Veritext Legal Solutions
866 299-5127

**[go - google]**

143:15,21,21
148:8,22 152:24
156:16 159:4,12
160:14,14,22,22
163:13 164:15
166:7 168:5
170:20 178:13
178:15,17
180:20 182:18
183:6,21 191:8
192:9 193:6
196:10 210:1,20
214:11 216:13
217:1,10 218:9,9
219:12,22,24,25
220:9,14 222:7
223:25 226:21
227:12,19
229:14 234:17
235:8 236:16,18
239:23 242:13
244:8 245:7
246:14,21
**godfrey** 3:21
9:22
**goes** 185:8 205:6
205:25 206:6
221:19,20
222:22
**going** 9:11 10:23
11:1,10 12:25
13:2 14:17 15:1
15:17 18:18
29:12 32:5,8,9
32:14,16,17 34:6
34:7,19 35:4,7
35:12,16,16 36:9
38:9 39:12

40:10,23 41:19
48:8 52:8,8 54:1
54:8 59:8 67:23
68:16,17 73:23
76:22 78:14
83:7,25 84:4,8
86:15 91:21,21
94:22 96:23,23
100:14,15,17,17
100:19,20,20,22
101:17 109:8,13
110:2 117:13
120:23 123:14
126:11,13
130:15,25 131:5
131:21 133:11
133:13 134:9,12
136:10 137:15
138:1,10 139:11
139:24 142:16
143:19,20,22
144:20 145:7
146:12,15
147:11,25 149:1
150:2,8 158:8
159:10,18,19,24
165:20,22 166:2
170:3 175:25
176:1 178:10
179:20,21 183:5
185:14,15
186:22 189:4
192:4,9 195:12
196:10,14,17
198:23 199:16
200:1 201:8,9
204:1 206:3
209:8 210:8,10

210:12 211:10
211:12,13
213:12,13
216:12,21
218:20 219:2,7
219:13,14,19
221:15 223:9
225:12 226:11
226:18,20,21,23
227:18 228:18
228:25 229:2,15
232:3 236:18
239:17,20,21
242:18,19
244:21 245:14
■■■ 159:23
161:22
**good** 8:4 10:16
10:18 35:24
86:23 88:1
110:8,24 121:3
131:7 132:23
142:1 150:7
**google** 1:10 2:10
8:18 11:15 18:3
18:6 19:17,24
20:4,5,13,14,17
20:21,25 21:6,7
21:8,9 22:2,2,3,8
24:19 30:7,10,25
31:6 34:23 35:8
38:16 40:21
59:21 64:13,23
64:25 65:3 66:6
70:2 72:10
73:25 81:4,12,20
86:24 89:16
92:25 96:6,6

97:3,7,22 101:8
104:7,20 108:11
108:14 109:2
110:18 111:1,6
111:12,22,22
112:20,24
113:20,25
114:17 115:12
116:6 117:3,10
119:4,18 120:6
125:6,22 126:4
126:15,20,21
127:13,14,25
128:1 132:11
133:17,21 134:1
134:2,10,11
141:1 143:7
144:1,3,7 145:4
146:13,13
149:10 153:9,12
154:1,5,5,6,10
154:21,23
157:14,22 158:4
163:22,22
164:15,15 165:9
165:9 166:22
167:5 168:10,22
169:9,19,23
171:6 183:8,25
184:3,4,6 186:12
186:18,19 189:8
189:23 190:10
190:22 191:3,5
191:21,24 202:6
202:17,19,24
203:3,6,7,12,20
204:20,22,24,25
205:7,8,21 206:1

[google - help]

206:7,21,25
208:2,17 209:4
209:11,15,21,24
210:5 211:8
212:1,22 215:16
215:16,24 216:4
217:8,21 220:3,5
220:12,12,14,16
220:22,25
221:13,23,24
222:7,12,16,19
222:24 223:6,10
224:4,7 226:9,9
226:10,16,22
228:13,14 229:7
230:8,13 231:18
233:13 234:3
237:21 238:4,9
244:23 249:4
**google's** 17:16
34:19 35:13
36:8 38:20 43:6
72:7 91:2 95:17
95:24 96:2
98:22,23 106:10
110:24 115:20
115:21 119:11
120:9 122:1
157:17 222:17
**government**
57:2
**grant** 4:23 8:23
57:2 180:6
200:7
**grasp** 245:2
**great** 33:5 48:6
49:14 72:23
74:10 140:22

209:23 211:14
229:13 247:2
**greek** 65:24,24
65:25
**grounds** 211:15
**group** 144:22
151:1,4
**groups** 171:8
**guess** 13:6 15:10
15:13 23:13
29:1 35:24
38:21 56:20
57:5 73:20
98:20 108:24
111:10 113:3
115:12,14,17
123:19 131:8
142:4
**guidelines**
150:24
**guy** 11:13 244:4
**guys** 51:22 54:23
78:10,10,13,19
179:19 186:23
239:17
**gw** 148:6
**gws** 138:23
139:2 141:13
142:20 145:14
147:5,6,8,11,13
148:6,10,12,16
148:23 149:15
149:16,20,21,22
149:24

**h**

**h** 65:22

**hand** 10:23 11:4
99:5,6
**handle** 78:11
**handled** 249:9
**handles** 146:1,22
**hang** 143:17
**hanly** 4:5 10:4
**happen** 12:24
15:22 156:23
201:3 226:18
**happened** 42:8
56:11 181:22,23
**happening** 17:11
**happens** 133:25
136:13 150:19
208:23 209:2
218:18
**happy** 34:13
60:20 61:15
74:18 87:3
89:24 120:23
122:19 148:21
148:22 170:5,20
170:21
**harassing**
187:23
**harassment**
82:14 146:9
189:25
**hard** 12:17
52:11 54:22
157:15 159:21
244:20
**hash** 220:17,17
221:15 222:7,16
222:17,18,21
223:2,7,10,11
224:2,8,11 226:4

226:21,22 227:2
227:10 228:13
228:15,15,21
**hashed** 214:1
215:8 220:13
226:15 228:12
**hashes** 220:6
**hashing** 221:10
**he'll** 196:3
**head** 122:11
147:7,15 148:7
174:23
**header** 123:18
123:25 124:5,13
124:23,24
125:13,18
126:14 132:5
133:8 134:16,23
134:25 135:23
**hear** 30:22 36:19
109:20
**heard** 8:10 30:24
**heart** 236:12
**heat** 185:7
**help** 52:11 53:17
67:23 73:22
86:13 87:8
112:7,11 117:24
117:25 123:16
123:19 124:15
127:18 143:20
150:2 158:8,17
160:1 172:3
192:5 207:20
210:15 216:13
218:8,20 219:15
219:23

[helped - ids]

**helped**   172:1,9
  172:21 173:19
**helpful**   20:11
  22:15 35:25
  52:10 88:5
  97:15 103:10
  117:8 128:5
  171:14 211:17
  225:9
**helping**   57:3
  76:19
**helps**   53:9
**henceforth**
  204:20
**hereinafter**   2:23
**heron**   104:20,23
**hey**   76:11
**hi**   83:13
**high**   20:2 191:17
  191:18
**hint**   147:11
**hired**   14:10
  191:25
**hm**   26:21 35:6
  37:21 43:8 60:8
  68:24 69:9,13
  70:16 151:25
  161:1,12 208:12
  223:1
**hochman**   4:24
  9:19 47:1 57:5
  92:10,11,19
  105:24,25
  123:24 125:14
  125:16 180:24
  191:25 219:25
  243:11

**hochman's**
  12:25 16:21
  30:14,17 39:7
  44:5 45:2,6,22
  46:2,6,23 47:6
  47:17 88:23
  92:15 126:17
  129:10,11
  133:22 148:11
  149:25 192:3,4
  194:16 232:4
  243:13
**hold**   11:3 150:19
**holds**   26:8
**home**   11:21 12:3
**honestly**   41:16
  50:23 60:13
  86:13
**honor**   246:10
**hope**   147:4
**hopefully**   28:7
  78:21 136:20
  180:15
**hoping**   117:25
**hour**   2:14
  193:23
**hours**   13:25 14:1
  14:2,3,4,7,7 52:7
  72:23 76:23
  80:17 82:14
  149:7 173:22
  176:24 246:8
**house**   11:25
**huge**   115:17
  195:5
**huh**   167:12
**humanities**
  175:20

**hundred**   25:1
  82:8 112:2
  129:20 149:10
**hundreds**   91:3
  125:11 240:6
**hypothesize**
  67:19,21
**hypothetical**
  98:2,7 99:22
  114:9 122:9
  157:10 158:7
  164:11 217:17
  219:10 221:17
  222:9 223:16
  224:22 227:7,8
  227:24 228:10
  228:24
**hypothetically**
  98:12

**i**

**ice**   176:11
**idea**   98:17
  104:21 131:19
  144:11 206:25
  213:10 240:1
**ideas**   134:22
**identifiable**
  88:13
**identification**
  22:19 29:19
  68:23 101:22
  106:16 127:23
  129:24 137:19
  151:12 156:3
  158:21
**identified**   13:19
  43:7 45:3,17,23

46:4,8,15 47:8
  47:18 48:2,14
  88:24 89:2 90:2
  92:9,10,11,17,19
  97:4,8 104:10
  113:1 127:11
  129:17 157:1,2
  163:17 170:18
  202:25
**identifiers**   90:1
  90:4,10,20
**identifies**   113:9
**identify**   35:9
  112:21 113:21
  113:25 217:5,7
  217:15,20 218:2
  218:13
**identifying**
  81:14 231:20
  232:1 237:8
**ids**   28:23,25 42:9
  90:19,19 138:23
  138:23 139:2,2
  140:7,25 141:3
  141:12 142:15
  142:16,21,25
  143:6,16,25
  144:10,21,23
  145:18,22,24,24
  146:3,12,13,13
  146:24,24 147:2
  148:19,24
  149:14,15,16,18
  156:8,18,18,24
  160:6 162:15,15
  162:19 163:1,3,7
  163:18 164:6,14
  164:17,23 165:3

[ids - internal]

165:16 166:11
167:5,13,14
203:15,25
212:18 226:16
227:20,25
240:12 241:6
242:4
**ignorance** 79:9
**illustrate** 211:3
**immaterial**
87:14 174:3,6
**immediately**
29:16 131:23
**immensely** 128:4
**implemented**
98:17 214:16
233:15 235:3
**implication** 89:3
**important** 67:9
111:19 151:5
174:11 179:6
215:25
**imposed** 31:4
**impossible**
214:15 222:19
**improper** 195:5
**improve** 140:10
**inaccurate** 17:14
17:22 28:6
175:18,18
**inaccurately**
16:2
**include** 79:11
99:17 133:19
153:8 154:19,21
155:8 177:7
213:14

**included** 14:8
172:23 249:15
250:3
**includes** 153:25
**including** 9:7
91:2 94:10 96:2
172:10 192:2
215:22
**incognito** 7:1
35:5 38:17 39:3
39:4,9 43:9 45:7
45:7 59:18,19
60:9,25 86:19
97:4,7 104:10
108:4,5,9,12
109:4 110:17
111:8,13,23
112:21 113:22
114:1,5 115:19
116:6,12 117:4
117:11 119:5,21
122:23 123:3,7,9
123:12,22,23
124:1,17,18,25
125:1,7,12,22
126:6,22 130:3
130:16 132:4
133:5 134:23
135:19,21,23,25
136:9 137:10
138:11,24
139:13 141:1
142:25 143:8
144:1 145:5
206:13 217:13
231:20 232:7
234:13 235:22

**incomplete** 98:1
114:8 122:9
157:9 158:6
164:10 217:17
219:9 222:9
**incorrect** 45:4,8
45:18,24 46:2,7
46:15 47:2,7,14
47:18 48:14
88:25 89:2
232:5
**index** 5:1 6:1
**indicate** 142:17
144:8 235:2
**indicated** 197:17
**indicating** 235:4
**industry** 57:3
150:24
**infer** 111:23
119:5,21 123:7
123:21,23
124:25 125:6,12
125:22 126:6,22
**inferring** 111:7
125:1 141:11
**info** 114:1
**information**
23:11 74:22
75:16 79:21,22
79:25 80:5
94:12 97:1
118:13 121:17
123:11 157:24
182:1 196:15
**informed** 111:25
**initial** 18:19
**initially** 14:11
86:9

**input** 71:16
224:8
**inquired** 175:5
**inquiring** 196:18
**inside** 11:24
16:23 74:22
75:18 110:18
**inspect** 148:15
228:3
**inspected** 171:18
**install** 94:21
100:17
**instruct** 189:18
**instructed** 5:9
52:25 188:10
**instructions** 53:1
55:16 56:3,10
173:2,10 177:22
179:25 180:1,4
180:12 188:17
**integrity** 99:7
**interact** 184:3
**interacted** 22:8
184:3 186:18
**interaction**
18:24 20:17,22
**interactions**
20:14 200:4
**interest** 142:1
155:6
**interested** 9:3
72:15,18 127:22
240:8,23
**interestingly**
35:20
**interfaces** 13:3
**internal** 21:10

Page 24

[internet - keeps]

**internet**  8:9
204:4
**interpret**  21:8
88:22 171:22
**interrogated**
2:22
**interrupt**  91:15
103:7 194:9
**interrupted**
116:23 185:11
192:24 239:16
**interrupting**
30:12 64:1
76:15 146:7
195:6
**interviewed**
20:20
**introduce**  29:12
134:22 137:14
158:16
**introduced**
101:14 106:14
151:7
**investigate**
25:18 113:11
**investigation**
104:4,15,19
118:19
**involve**  227:17
227:18
**involved**  91:4,7
104:14,18
118:19 215:3
**ip**  26:19 54:7
183:11,13,14,16
194:4 202:17,17
202:19,24 203:3
203:6,7,13

238:22 239:6,9
240:2,9,10,13,15
240:20
**ips**  241:23
**issue**  20:6 39:22
40:20 41:13
45:3,17,24 46:9
46:15 47:8,18,25
48:2,14,16 60:22
66:3 88:3,14,25
89:2,15,22 90:8
122:14,14
127:12,21,23
128:12,20 132:7
132:9 157:1,3
179:6 185:9
191:10 192:17
200:10,21 201:6
201:16 202:3,23
203:8,18 204:23
206:24 229:9
**issued**  37:23
39:21 85:15
86:9 238:13
240:21
**issues**  6:21 23:12

**j**

**january**  16:4,6
19:1
**jar**  134:12
207:18 208:9,10
208:20
**jars**  208:20
**jet**  237:24
**job**  1:23 82:6
121:3 146:19
220:8 249:5

**joey**  116:20
165:23 166:5
168:23 178:9
179:11 185:18
242:23
**john**  3:6,22 9:22
9:23 200:16,23
201:18
**join**  156:9 159:7
159:17 161:15
161:17,25 162:2
162:13 164:3,6
167:21,25 168:8
168:9,21 169:6,8
169:12,17,19,23
170:2,4,10,22
171:23 192:18
202:18,19,24
203:4,6,8,9
209:21 222:13
230:9 234:4
**joinability**
170:19 191:3,10
191:13 192:6
**joined**  10:1
**joining**  170:17
171:15,17,20
189:7,22 190:9,9
190:21,23 191:4
191:20,23 192:2
192:7 209:12
237:13
**joins**  233:16
**joint**  237:14
**joke**  225:24
**jonathan**  4:24
9:19,19

**josef**  4:15 9:24
11:18 14:22
**josefansorge**
4:20
**journals**  95:6
**judge**  33:24
141:16 196:11
223:22 230:18
231:13
**judge's**  231:11
**july**  152:12,14
**jump**  61:15
**jumping**  63:25
91:17
**june**  37:11,12,13
39:21 41:15
51:7,8 52:13
53:11 60:1 80:4
80:10 81:1,23,25
82:1,7,7 85:2,25
86:4 103:2,14,16
103:21
**justice**  236:24
**justification**
236:22
**jyanchunis**  3:10

**k**

**kathryn**  8:25
**katy**  1:21 2:15
127:4 247:5
248:5,22
**keep**  100:19
122:13 123:18
157:7,11 223:2
228:15 229:25
**keeps**  86:24
224:1

[kes - limited]

| | | | |
|---|---|---|---|
| **kes** 248:25 | 90:22 94:20 | 187:10,11 | **land** 228:24 |
| **keulen** 230:18 | 95:5 99:13 | 189:15 190:21 | **language** 10:22 |
| 231:13 | 100:7,8,19 102:5 | 191:4,23 193:8 | **large** 57:2 |
| **key** 90:20 157:7 | 105:15 108:8,20 | 193:16 197:22 | 115:16 146:1 |
| 166:18 214:9 | 109:20 111:1 | 207:9,10,24 | 148:18 |
| **keyed** 90:1,9 | 114:12,14 | 209:4,11,20 | **lasted** 140:18 |
| **keys** 158:11 | 115:19,21 116:5 | 211:4,4,11 213:1 | 141:21 142:13 |
| **kidding** 246:6 | 116:5,11,12,20 | 213:2 214:13,14 | 145:13 |
| **kind** 11:12,13 | 117:3,10,17 | 216:3 218:7,8 | **lastly** 9:22 |
| 22:9 29:16 | 118:3,6,16,20,23 | 219:21 220:12 | **lawsuit** 19:5,6 |
| 54:21 98:13 | 119:7,12,16 | 224:15,23 | 19:21,23 |
| 100:18,21 101:5 | 120:7 124:3 | 225:13 226:6,11 | **lawyer** 51:22 |
| 103:4 150:23 | 126:1,2 128:11 | 227:21 228:1,3 | 79:10 94:6 |
| 175:24 196:13 | 130:25 131:1,19 | 229:25 230:24 | 117:23 179:15 |
| 241:25 242:23 | 131:21 132:24 | 233:6 235:15 | **lawyers** 78:11 |
| 245:1 | 135:4 136:3,23 | 242:24 246:9,11 | **leading** 235:6 |
| **kinds** 190:24 | 137:4,4,6,9,15 | **knowing** 64:18 | **leave** 244:4 |
| **knew** 155:16 | 138:10,14,23 | 111:9 222:14 | **left** 242:4 |
| **know** 10:21 11:4 | 140:14,16,18 | **knowledge** 15:3 | **legal** 38:1,14 |
| 11:5,13 12:1,2,6 | 141:16,19,20,21 | 24:13 27:24 | 45:20,21 46:21 |
| 12:6 15:6,10,11 | 141:23,25 142:7 | 97:1 126:19 | 54:22 74:8 79:8 |
| 16:11,19 17:1 | 142:10,11,11,13 | 127:7 | 79:9 94:6 |
| 18:16,17 19:3 | 142:14,24 | **knows** 31:23 | 108:18,20 |
| 20:21 23:12 | 143:25 145:11 | 155:19 188:11 | 132:18 179:19 |
| 25:2,19 26:9,10 | 145:11,12,13,18 | **konstantinos** | 186:23 188:12 |
| 27:1,4 28:18,23 | 146:14 147:13 | 1:16 2:20 6:5 | 239:16 243:1 |
| 29:2,3,13,14,16 | 147:14 148:13 | 8:16 10:8 | 249:8 |
| 36:6,24 38:21 | 148:20 149:2,10 | 246:16 248:10 | **letter** 7:7 |
| 41:16,16 47:19 | 149:14,15,20 | 249:5 | **level** 114:19 |
| 47:21 50:14,23 | 155:15 157:18 | | 115:24 155:13 |
| 51:19 52:10 | 157:18 159:6,13 | **l** | 191:17,18 |
| 53:8,14 57:6,8 | 159:22 160:5 | | 235:23,24 236:5 |
| 58:1,5,22,25 | 161:14 167:17 | **l22** 182:18 | 236:6,8 |
| 65:19,23 71:5 | 168:9,12 169:8 | **labeled** 234:13 | **library** 12:2 |
| 73:3,5 77:4 79:7 | 169:20 173:3 | **labeling** 7:2 | **lifetimes** 101:3 |
| 81:18,21 82:11 | 176:11 177:18 | 130:4 234:13 | **light** 56:20 79:23 |
| 85:7 88:5 89:17 | 178:23,23 | **lack** 146:16 | **limited** 54:16 |
| 90:11,13,14,18 | 179:11 186:2,4 | **lagged** 237:24 | |

Veritext Legal Solutions
866 299-5127

**[line - logs]**

**line**  5:11 60:17
69:10 70:9,11
71:15 116:21,23
140:24 142:9,15
185:17 200:19
202:4 245:20,23
249:16 250:4
**lines**  71:18
234:14 245:8,8
**link**  213:3,7,9
**linkage**  7:11
209:5,5,8,16,21
210:7 212:20,20
215:10,11,17
**linked**  90:4
156:18 213:18
215:12
**list**  17:21 23:18
24:11 27:1,9
40:2 49:16 50:5
54:11 70:3,5,22
70:24 74:1 75:6
79:6 82:6 84:23
85:11,22 86:3
96:18 108:12,14
125:5,21 126:5
127:13 128:9
132:1,2 137:10
174:22 178:18
184:9 187:6,12
229:7 231:1,16
243:16
**listed**  42:6 49:4
49:15 52:3
53:24 58:2,9,12
58:13,15 62:16
62:17,18 75:8
78:24 79:16

81:25 86:10
120:22 121:6,13
130:20 158:24
185:6 187:9
223:17 234:18
240:14 243:14
**listing**  28:2
87:13 96:19,20
96:22,22 121:11
242:7
**lists**  39:24 66:15
67:2 85:14,16
86:8 126:20
183:18
**literally**  66:9
146:12 218:7
**litigation**  111:14
112:20 113:20
**little**  10:21,24
12:1 13:2 19:2
26:17 36:4
68:19 89:13
102:18 107:1
112:7 128:4
135:24 136:7,15
147:25 151:14
158:17 193:7
198:5 210:3
237:24 241:13
241:15
**live**  13:6 116:1
116:25 162:25
**llc**  1:10 2:10
8:18 249:4
**llp**  3:12,21 4:14
**local**  30:2 84:8,8
**locally**  101:24

**locate**  111:12
222:5
**locating**  114:4
**locked**  249:13
250:1
**lodge**  66:20
**log**  22:2 39:25
41:14 60:23,24
61:18,18 65:6,8
65:10,11 66:1,3
66:4,14 67:21
71:6,16,24 72:2
72:3,3,5,6 73:16
75:18,22 76:8,12
77:7,9,10,11,22
77:23 78:6
81:11 82:9
85:25 86:1,2,20
87:5,12,12 89:12
89:21,21,21
115:11 117:12
132:21 159:20
159:24 161:3
213:12 219:3
220:24 221:8
232:14 233:16
233:16,18,19,21
234:6
**logan**  3:16 9:16
**logged**  59:22
60:1 127:25
133:17 218:24
**logging**  65:12,14
**logic**  60:24
136:19
**logs**  34:8 38:16
38:17 39:25
41:12 59:17,19

59:22 60:1,7,11
60:14,19,19,20
60:20 61:5,17
62:1,4,6 63:4,5
65:15,16 66:13
67:24 71:2,3,10
71:12,12 72:7,8
72:10,11,24,25
73:1,6 74:21,23
75:14,25 76:4,5
76:7 77:3 78:3
78:15,16,17,24
78:25 79:5,6,7
79:11,15 80:2,10
80:25 81:2,5,6
81:13,17,20,24
82:6,9 84:23
85:1,6,7,10,11
85:11,12,14,16
85:16 86:3,8,8
86:14,14,16,24
87:6,7,17,18,24
88:1,2,5,8 89:10
89:11 102:6,21
102:23 103:11
103:13,15,19
104:10,11
105:12,13,16,16
105:21,22,22,22
106:5 108:12,15
109:3 113:1,2,4
113:6 114:5
115:13 116:2,5,9
116:9,12,16
122:4 128:9
156:19 159:6,14
159:16,17 160:6
161:2,15,17,24

Veritext Legal Solutions
866 299-5127

**[logs - mao]**

162:1,5,8,10,14
162:18,19 163:8
163:17 164:2,18
164:22 165:13
165:15 166:10
166:14 167:1,10
167:18 168:10
168:22 169:9
171:18 205:8
209:11 222:6
229:8 230:10
232:9,12
**long**   18:10 27:6
52:8 111:10
139:25 140:18
141:20 142:13
145:13 149:1
157:6 237:25
242:7
**longer**   32:4,4
136:15 151:14
**look**   23:17 24:22
25:18 34:2,16
38:24 39:23
40:24,25 41:1
48:15 61:9
63:17 64:21,23
64:25 66:2 67:3
67:12 69:15,16
69:23 72:2,6,24
73:6,16 74:14,19
84:8 87:17,24
88:7 91:25 93:9
93:11 99:21
106:13 112:8
118:2 132:20,22
151:8,18 155:25
156:7 165:4

176:17 177:3
219:5 225:2,8
227:14 230:4
231:2 234:14
235:3 238:9
**looked**   63:21
66:11 67:10,14
67:23 68:10
75:15 76:11
78:2,25 79:6,12
92:22 149:11
166:13 167:18
171:15,17 186:8
193:21
**looking**   27:21
37:10 60:18
61:5 71:2,10
75:19 78:18
85:13,24 86:24
88:5 89:10,20
107:15 110:11
131:16 137:5,24
152:21 155:14
156:19 158:9
162:25 164:4
212:7 231:4,7,9
233:4
**looks**   56:13
84:21 109:21
**lookup**   240:18
**lookups**   195:4
**los**   2:14 8:1 12:6
**lot**   27:7 29:2
44:2 49:7 58:7
79:5 96:22 98:6
114:14 116:2
119:19 121:13
121:16 127:18

135:16 138:6
141:23 146:1
148:19,19
149:11 154:5
157:23,24
158:23 170:19
180:1 190:24
192:8 219:20
225:6 236:25
240:6 242:21
244:22
**love**   75:11
**lunch**   140:2
147:24 148:25
149:2 150:10
**lunchtime**   109:7

**m**

**m**   65:22
**machine**   94:22
**machines**   173:3
**madison**   4:7
**magistrate**
230:18 231:13
**mail**   98:11 141:8
147:9 221:24
**mails**   51:21
**main**   25:4 26:23
98:15
**majority**   25:23
26:1
**making**   42:11
48:3,7 78:17
96:16 100:6
107:1 165:24
166:25 170:23
209:23 212:8

**manner**   112:3
211:16
**mao**   3:13 5:4 7:8
9:10,11,13 10:14
10:15 13:13,14
14:14 16:15
17:23 19:14
20:9 21:4 22:4
22:14,20 27:18
28:9 29:6,20
31:17 32:1,9,11
32:13,17,18
33:17,21 34:6,14
37:1 38:2,18
40:8 41:5,6,10
42:17 43:1,17
44:6,11,12,15,16
44:19 45:12
46:1 47:3,10,13
48:5,19 49:13
52:1,5,6 53:20
54:13 55:3,4,22
57:15,16,24 60:5
61:12,19 63:24
64:4 65:5,9,21
66:8 67:1 68:1,7
68:9,24 69:6,22
69:24 73:9
74:10,11 75:12
75:23 76:6,14,16
76:18,25 77:20
78:22 79:13
80:7,15,18 81:7
82:13,15,18,21
83:3,12 85:9
86:6 87:10 88:6
88:20 89:6
91:13,14,19,24

**[mao - mean]**

| | | | |
|---|---|---|---|
| 92:7 93:2 95:14 | 166:4,6 167:9,23 | 232:25 234:8 | **match**  15:12 |
| 95:20,22 97:12 | 168:15,24 169:1 | 235:6 236:13 | 187:17 220:17 |
| 97:13,18 99:3 | 169:5,7,21 170:8 | 237:1,4,12,16 | **matches**  15:10 |
| 100:9 101:4 | 171:1 172:13 | 238:7,22 239:1 | **matching**  183:1 |
| 102:3 103:5,22 | 173:17,21,24 | 239:19 242:12 | **materials**  23:18 |
| 106:2,11,20 | 174:5,15 175:1 | 242:16,21 243:2 | 24:11 188:22 |
| 109:6,10,18,25 | 175:13 176:10 | 243:18 244:9,14 | 189:1 |
| 110:7 111:11,19 | 176:13,20 178:4 | 244:17 246:4,8,9 | **matt**  104:20 |
| 112:6 113:7,19 | 178:9,13,14 | 246:13,23 247:3 | **matter**  8:17 27:4 |
| 114:20 115:4 | 179:7,13,16 | 249:1 | 43:22 50:10 |
| 116:15,18 117:1 | 180:1 181:4,13 | **mao's**  246:3 | 78:4 93:18 |
| 117:21 118:11 | 181:21 184:12 | **mapped**  213:3 | 105:16 127:21 |
| 118:21 119:1,10 | 184:16,22,24,25 | 213:14 216:4,8 | 133:24 182:11 |
| 120:8,11,12,17 | 185:9,10,18,20 | **mapping**  21:17 | 196:14 204:11 |
| 122:20 124:2 | 186:3,10,24 | 212:4,14 213:6 | 213:1 222:11 |
| 125:3,20 126:8 | 187:15,24 188:9 | 216:15,18 | 239:15 |
| 127:3,9,19 128:6 | 188:20,24 189:3 | **maps**  228:16 | **maximum**  13:25 |
| 128:15,20 130:1 | 189:13,21 190:3 | **mark**  3:13 7:8 | **maybechromei...** |
| 130:9,14,23,24 | 190:8,20 191:19 | 9:13 195:11 | 62:13,15 63:12 |
| 132:19 133:4 | 192:19,21 193:3 | 249:1 | 72:13 86:17 |
| 134:3 135:2,9,11 | 193:6,15,16,19 | **marked**  22:16,17 | 87:2 105:12 |
| 136:12,21 137:8 | 193:20 194:8,20 | 22:19 29:19 | 124:20 125:2,17 |
| 137:21 138:22 | 195:1,14 196:2,4 | 68:23 101:22 | 126:16 231:25 |
| 139:3,5,9,20 | 196:10,23 197:5 | 106:16 129:24 | 232:9 236:4 |
| 140:1,23 143:13 | 197:9,13,20 | 137:19 151:12 | **maybeincognito** |
| 143:23 144:17 | 198:17 199:2,4,7 | 156:3 158:21 | 62:20 105:18,23 |
| 145:17,21 146:6 | 199:14,21 200:1 | 222:22 | 105:25 |
| 146:11 147:17 | 201:1,21 202:7 | **markings**  12:20 | **maybeincognit...** |
| 147:19,22 148:2 | 202:14,15 203:1 | **marks**  124:18 | 81:3 |
| 148:5 150:5,13 | 205:19 207:22 | **martin**  6:13,24 | **mcgee**  3:7 9:21 |
| 151:15 152:9,19 | 210:4 211:2 | 107:4 112:15 | 247:2,5 |
| 153:14 154:7,20 | 216:7 217:3,24 | 121:18 | **mean**  20:15 23:9 |
| 156:6 157:4 | 218:6 219:11 | **master**  11:24 | 25:3 30:9 31:24 |
| 158:2,15 159:2 | 221:4 222:23 | 70:3 74:1 183:9 | 39:6 52:17 |
| 160:16 162:25 | 224:24 225:24 | 232:17,22 | 53:14 61:1,8 |
| 163:4,12 164:1 | 226:5 227:25 | **master's**  6:19 | 62:22 65:13,15 |
| 164:12 165:20 | 228:2,8 229:5,11 | 176:3 | 65:19 66:1 |
| 165:22,24 166:1 | 229:22 230:16 | | 67:20,21 69:22 |

Veritext Legal Solutions
866 299-5127

**[mean - mode]**

70:15 71:21,25
73:13,18,19 76:4
77:5 78:8,12
89:25 94:2,23
95:16 98:18
100:25 102:17
105:1 123:25
124:15 126:1
131:18 138:15
144:10 147:17
154:4,23,24
155:6 157:16
169:12 170:2
175:19 176:3
177:5 179:7
189:1 201:9
210:22 219:20
223:4 224:14
229:24 242:24
**meaning** 27:22
35:21 86:1 87:9
122:12 125:15
125:16 126:3
129:18 146:24
150:3 161:21
162:1 170:6
202:24 212:2
**means** 17:5 61:8
62:21 63:1
68:13 73:21
**meant** 64:19
208:3
**measured**
216:15
**measuring**
211:22
**meat** 155:9

**mechanism**
105:23
**media** 8:15
246:17
**meet** 194:18
**meeting** 14:8
18:8
**meetings** 13:18
**members** 231:21
232:1 237:8
**memory** 147:17
148:17 168:24
173:24 194:17
224:1
**mention** 170:3
226:2
**mentioned** 19:12
52:18 64:8
162:8
**mentioning**
149:24 180:23
**mentions** 30:19
132:8
**merely** 208:3
**merit** 94:13
121:10
**meritable** 95:4
**mess** 79:8 180:7
**message** 141:8
145:1
**messed** 76:5
**met** 17:10,12
**method** 39:8
222:6
**methodology**
93:14 97:14
198:18,19,21
243:7

**meticulously**
183:5
**middle** 44:21
91:16,17 136:6
**millions** 182:22
**mind** 15:19
22:21 43:4 44:4
56:4 84:1
101:13 104:3
110:10 120:4
122:12 123:18
126:12 131:13
133:14 150:14
158:19 177:2
191:17 221:20
236:16
**mine** 23:15
39:13 44:25
45:10 92:15
181:19 191:11
191:11 192:14
208:17
**minimum**
219:22
**minute** 63:25
229:14
**minutes** 18:9,9
32:3 39:12 47:5
64:9 82:23
140:3 151:20
171:21 176:24
179:22
**mischaracterize**
16:18 191:1
**mischaracterizes**
43:14 53:12
79:2 80:13 82:2
85:3 87:22

88:16 110:19
111:16 113:14
118:25 123:1
124:6,7 126:24
127:17 128:14
132:16 133:9
134:20 135:8
136:25 143:11
144:16 145:20
156:21 162:21
163:10 164:9,24
165:18 170:13
177:12 186:14
186:15 188:4
**miscommunic...**
146:18
**misconduct** 6:9
29:22 30:8,19,25
**misrepresented**
195:3
**missing** 116:25
224:21
**misspelling**
180:15
**mistake** 157:20
245:4,4,5
**misunderstand...**
217:23
**mm** 26:21 35:6
37:21 43:8 60:8
68:24 69:9,13
70:16 151:25
161:1,12 208:12
223:1
**mmao** 3:19
249:2
**mode** 39:9 43:9
125:13 127:24

[mode - northern]

142:25 145:5
152:2 153:2
154:9,18 155:13
155:17,18,20
203:10,20 204:5
204:6,14,21
205:4,18 206:12
206:13 207:7,25
208:16 218:19
218:20 235:22
**modes** 7:6
151:22 153:16
**modifying** 6:18
**moment** 39:15
45:14 46:11
64:2 66:20 80:1
80:5 101:10
109:19 205:1
214:21 220:11
**monday** 246:22
247:1,2,3,4
**monica** 12:7
**montgomery**
3:17
**month** 15:25
102:17 105:6
**months** 110:18
112:1,19 113:11
114:2 187:9
**morgan** 3:5,5
9:21,21
**morning** 8:4
10:16,18
**motion** 6:7 29:22
72:9
**motions** 77:16
**mountain** 21:12

**mouth** 116:21
**move** 36:22
67:23 76:20
152:14,15
161:10 166:1
178:16 192:5,21
**moving** 150:18
**muddy** 19:3
**multiple** 20:3
48:3 58:6 71:13
71:19 72:4
101:2 114:2
116:1,3 166:16
169:13 183:3,11
207:15 217:8
228:25 231:6
240:10,16,21
241:5,5,7,22
**mumbling**
241:13
**mute** 109:23
**muted** 109:22

**n**

**n** 7:9
**name** 8:23 15:18
40:5 71:7 85:8
86:2 103:18
111:5 166:14
172:6,8,10,11
173:11,18 174:2
177:19,21
180:15,16
184:25 187:25
235:11 248:18
**named** 106:18
130:7 198:3

**names** 26:11
81:14 85:13
86:14 90:19
103:10 116:10
159:20 172:1
234:19
**narrative** 86:18
**natural** 74:9
186:21
**nature** 136:1
**necessarily** 93:8
99:7,14
**necessary**
120:18 249:15
250:3
**necessity** 91:2
**need** 31:9 32:4
33:9 35:12
36:19,23 40:24
40:25 41:1
48:20 63:24
69:2 80:2 87:16
87:24 99:5
112:10 114:21
114:24 115:3,8
117:18 121:2,19
121:22,25
126:19 142:17
144:8 152:18
178:5,24 184:2
187:12 191:22
193:13 201:2
210:15 211:3,14
227:17,18
**needed** 28:8
175:4
**needs** 56:2,10

**nervous** 107:1
**network** 64:18
91:1 93:21
101:1
**never** 17:12
29:15 38:3,6
40:7 62:3 63:21
77:2 98:17
104:22,25
110:25 137:10
140:11 142:4
162:20,23
186:11 237:13
**nevertheless**
226:20
**new** 3:24,24 4:8
4:8 11:14 23:11
23:14,14 50:18
51:4,9 79:22
134:23 135:22
155:12,15
204:15 206:22
209:22 218:24
238:14,16,18
**nice** 176:15
**night** 118:13
**nine** 140:3
**noise** 109:20
**non** 59:19 128:1
133:17 134:1,10
204:22
**nontechnical**
197:22
**normal** 205:4
207:6
**north** 3:8
**northern** 1:2 2:2
8:19

Page 31

[notating - offering]

notating  249:16
    250:4
note  8:7 26:15
noted  190:2
notes  178:19
notice  2:12
noticing  9:9
november  68:25
nuances  46:21
    96:10 224:16
number  6:3
    39:24 52:5 57:1
    70:9,11 73:18
    74:7 75:10 96:1
    117:14 133:22
    148:18 191:11
    226:7,10,11
    227:22 229:23
    230:22 231:2,5
    237:5 243:24
    244:3,6,24
    245:18,22
    246:17 249:16
    250:4
numbered  231:1
    231:16 233:8
numbers  24:19
    25:16 56:17
    71:19 177:9
    178:1 182:14
    183:2 188:18
    244:4,4 245:10
    245:22
numerical
    244:24 245:3,4,4
numerous
    168:15,15

nuts  225:6
nyborg  3:15
    9:16

o

o  187:25
o0o  1:3,14,18 2:3
    5:2,7,15 6:2
    7:13 8:3 10:7
    247:7 248:1
oakland  1:3 2:3
oath  181:22
    248:11
object  188:14
objecting  116:22
    185:16
objection  14:12
    14:18 16:14
    17:19 19:8,25
    21:3,19 22:11
    28:15 37:25
    40:1 41:3 42:3
    42:22 43:13
    45:19 46:18
    47:9,15 48:17
    49:1 51:17 52:4
    53:12 55:1
    57:18 65:2,7,20
    66:7,22 67:16
    68:5 72:21 74:6
    75:9 76:2 79:2
    79:19 80:13
    82:2 85:3,19
    86:11 87:21
    88:16 89:4 92:6
    93:1,15 95:19
    97:10 98:1 99:1
    99:1,10,11 105:9

106:6 108:17
110:19 111:16
112:23 113:14
114:8 115:1
116:14 117:5
118:8,24 119:14
120:10 122:8,25
124:6 125:8,23
126:24 127:16
128:13 129:6
132:16 133:1,9
134:19 135:7
136:25 137:20
138:18 143:10
144:15 145:19
147:16 153:10
154:2,12 156:20
157:9 158:6
160:11 162:21
163:9 164:9,24
165:17 166:12
167:16 168:14
169:10,25
170:12 172:7
173:14,20,23
174:8,18 175:11
176:4 177:12
178:11,11 179:2
181:11 184:17
185:25 186:7,14
187:15 188:4,23
189:9 190:11
191:6 193:7
195:9,25 196:7,8
197:8,12 202:20
205:14 206:15
207:11 209:17
210:23 216:6,10

217:16 219:9
221:3 222:8
225:23,25
227:23 235:6
239:1 242:12
objections  9:5
    38:19,19,21
    66:20 116:19
    184:16 189:24
    194:12 248:13
observation
    154:14
observations  7:5
    151:1
observing
    105:15
obstruct  168:19
    198:23
obviously  16:20
    21:23 26:5,8
    102:15 103:15
    116:5,6 139:24
    194:6 222:12
    238:12
occur  214:18
occurred  186:11
offense  198:4
offer  16:20
    47:19 94:2,3
    168:6 169:18
    170:6,15 201:24
    201:25 207:15
offered  5:13
    53:3 196:25
    234:1
offering  46:5
    49:6 93:18,23
    95:7 124:20

[offering - opinions]

155:5 171:10
198:14 232:5
**office**   249:12
**offices**   15:13
**official**   94:25
98:14 177:20
**offline**   196:22
**oh**   24:1 30:10
33:7 73:17
102:13 106:21
107:2 116:24
130:9 135:23
152:9 163:5
**okay**   11:19
12:13,20,23 13:5
13:13 15:20
22:6,15 27:3
29:11 31:3
32:25 33:12
34:25 35:1,10,14
35:18 37:6,9,15
39:19,21 40:12
40:14,17 41:7
43:5 45:15 46:5
46:10,12,13 48:4
48:11 49:16
52:9 57:10 59:6
59:8,17 60:2,9
60:10 61:22
62:5,11 63:15
64:25 68:15,18
69:3,7,11,17,25
70:13,14,17,20
71:24 75:2,5,25
76:13 80:20,25
81:24 83:25
84:11,20 92:2
93:10 94:20

98:4 101:10,12
101:20 102:1,10
107:21,21 108:2
109:6,8 112:9,12
112:18 116:11
122:21 127:10
127:10 130:2,11
130:17,17
131:18 133:2
134:15 135:22
135:23 136:12
136:14,18
137:13 138:5
139:15,18 141:4
143:14 146:15
150:18 152:20
154:8 155:25
156:7 158:3,16
158:25 159:11
160:20,24 162:6
162:16,18 163:5
164:2 165:15
175:22 178:6,6
178:17 181:16
183:6,7 185:19
193:6,7 195:18
195:21 200:2
202:14 204:1,3,7
204:10 205:1,2,5
205:7,7,10
206:11,13 207:3
207:5,6,7 209:4
210:6,14 211:7
211:21 212:10
212:12 213:24
216:4,12 223:23
225:17,20 226:8
226:25 231:6

241:12,17
242:13,21
244:17 245:7
247:4
**old**   136:17
**once**   51:11 84:5
170:4 222:6
230:24 233:6
235:15
**ones**   17:21 24:18
25:16 64:14
163:6,6 164:13
180:2 184:9
**ongoing**   194:12
**onward**   24:4
**open**   21:21
23:21 29:23
84:15 101:24
170:5 229:24
**opened**   69:2
130:12 230:20
**opens**   205:4
**operated**   90:25
**operates**   57:6
63:11 94:19
96:9
**opine**   203:5,7
**opined**   170:9
**opining**   170:15
170:19
**opinion**   39:10,11
39:13 43:12,16
44:1,5 45:2,2,5,6
45:6,22,23,24
46:2,6,14,16,25
47:7,17 48:9
49:17 61:6
62:12 74:4

80:12 86:22
87:1,14,15,16,25
88:8,9,10,11,12
88:19,22,23 89:3
89:9 92:15
93:19,23,25
94:24,24 95:16
96:17 97:23
98:10,21 99:22
100:2 105:18
110:22 112:1
121:19,25
123:13 124:21
124:21 125:10
126:21 127:10
129:19 132:3
134:7 150:18,22
156:7 170:24
174:17 191:11
191:11,18 192:6
192:8,12,14
196:21 203:11
211:19,23,23
224:18 231:24
232:2,4,8,13
234:2 236:3,4,21
237:5,14 241:23
**opinions**   16:20
16:22 23:5,8,13
23:15 43:3,15,24
44:8,14,23,25
45:9,14 46:24
49:6,12,25 89:8
94:13 95:13,23
96:1 97:14
98:25 110:24
120:20,24,25
121:4,11 170:16

Veritext Legal Solutions
866 299-5127

[opinions - part]

190:6 191:2,9
194:18 195:7
196:24 198:16
232:17,22 234:1
236:10,14,23
237:2,10 243:11
243:13,20
**opportunity**
244:5
**opposed** 27:1,15
**opposite** 99:24
**oral** 184:20
**order** 6:6,15,17
6:25 29:21,23
33:19 35:7
37:18 39:22,24
40:18,20 41:13
48:10,16 58:2,14
58:24 59:1,10
68:7,15 69:8,9
69:12 70:2,18
74:14 79:16
87:18 88:8
102:7 105:2
106:18 107:5
113:16 114:21
114:24 115:3
119:17 121:3
125:6 144:5
178:24 184:8
185:13,22
188:18 190:14
212:1 222:25
230:18
**ordered** 104:7
104:15 111:4
119:23,25

**orders** 6:20
**organizing**
27:17
**original** 105:13
220:9 249:11,22
**originally**
208:15
**originate** 223:8
**orphan** 89:24
**outcome** 9:4
**output** 224:9,10
**outreach** 15:21
**outside** 121:6
**overcomplicate**
155:6
**overdoing**
152:13
**oversaw** 55:11
56:1 177:17
**overseeing** 173:1
**oversight** 49:19
49:24

**p**

**p** 60:20,23 72:3
105:22 222:6
**p.m.** 109:14,17
110:3,6 150:9,12
197:18 199:17
199:20 229:16
229:19 246:17
247:6
**pacific** 11:23
12:5
**pacifica** 12:4
**page** 5:3,11 6:3
23:25 26:20
31:10,11 32:15

33:6,19 34:11,17
34:17,21,22
35:23 36:16,22
37:3 59:1,9,9,11
59:11,13 61:21
61:22 69:7
70:10,14 84:4,12
84:17,18,23
131:8 152:24
156:4 159:18,18
162:9,14,14
163:7 164:4
165:6 230:4,22
231:5,8,9,9,11
231:16 233:6,7,8
233:8 235:14,17
245:7,9,21
249:16 250:4
**pages** 1:25 33:8
33:12 34:5,10
36:2,11,13 48:3
69:16 130:22
139:8 159:8
249:15,18,18
250:3,6,6
**paginated**
230:24
**paginating**
34:17,18
**pagination**
84:13
**painting** 100:4
**pale** 187:18
**palisades** 11:23
12:5
**paper** 50:6 94:17
95:3,4 150:20

**papers** 95:1
220:1
**paradigms** 11:14
**paragraph** 30:15
42:12 59:10,14
103:24 104:4,7
104:16 107:16
107:22,24 108:6
110:12,21
111:21 112:8,24
113:3 118:2
119:3 122:22
123:15 124:3,17
153:5,19 156:8
156:11,14
160:23 161:6
165:5 181:2
182:2,5,8,14,18
182:24 183:3,6
183:16 211:24
212:1,16 213:10
216:14 219:14
219:16,24
227:12 233:5,9
240:14,22 241:2
243:15 245:7
**paragraphs**
54:11,12,14
103:4 182:13
183:4 189:5
239:21 240:19
**parallel** 56:5,12
**paraphrase**
74:17
**pardon** 245:13
**part** 6:17,18
31:4 34:12
41:14 49:17

**[part - plaintiffs]**

58:3 60:11
63:17 64:21,24
65:1 68:7 74:4
98:21 102:23
137:12 139:4
146:17 158:18
170:16 178:22
179:14 181:9
184:15,25
188:12 194:7
200:12,15 210:2
210:10 211:18
231:4
**participants**
8:10
**particular** 25:17
27:24 34:2
39:11 47:24,25
47:25 49:4 61:4
61:7 78:5 87:12
96:7 111:4
115:16 134:25
141:15 144:6,25
145:2,14 146:17
153:11 155:17
159:16 162:8
166:14,24
167:18 170:18
173:3 202:6
203:9 234:7
237:20
**particularly**
183:13
**parties** 8:13
92:14 179:4
187:16 188:7,24
190:2 192:25
193:25 196:1,9

197:4
**parts** 34:8 77:7
81:16,20 85:24
89:8 136:19
139:6 144:8
177:10,10,14
178:1,6,20,25
181:5,7,14,17
204:13
**party** 9:2 90:11
134:8 157:6
203:14,21,24,25
204:9,10 205:9
205:25,25
206:12,21 224:2
**pass** 229:11
**passage** 139:22
**passwords** 21:10
**pasted** 128:1,1
**patched** 114:14
**path** 100:19
**patience** 238:1
**pause** 10:20
109:19 110:4
185:15
**pdf** 34:18,21,22
59:9,11,12,13
61:21,22,23,24
70:10,13,14
84:13,13,17
152:25 230:20
231:5,8 249:13
250:1
**penalty** 249:17
250:5
**pending** 41:5
80:18 234:23
235:10

**people** 17:13
26:10 53:1 57:7
92:8,9,10 95:13
115:12 132:9
141:24 172:5
174:3 182:22
187:4,12 244:23
245:2
**percent** 25:1
82:8 112:2
129:20
**perfect** 12:16
29:10 84:10
138:5 182:17
**performance**
198:5
**period** 184:5
249:19 250:7
**periods** 140:9
**perjury** 249:18
250:6
**permanent**
173:4
**permit** 194:9
**person** 11:12,13
111:5 117:25
157:16 172:6,8
173:9,16,16,19
177:21 180:14
184:5 188:2,16
188:21 221:18
221:19 223:25
248:7
**personally** 2:17
96:24
**ph.d.** 1:16 2:20
6:5 8:17 56:8
57:1,1 248:10

249:5
**phrase** 89:9
145:23 161:25
**physical** 13:1
23:22 24:1 94:8
**physically** 11:20
**pick** 42:1
**picture** 100:3
211:1,3
**pictures** 160:1
**piece** 99:21
123:11 133:12
158:13 219:1
**pieces** 99:19
133:12 236:21
**pii** 206:20 207:2
220:4
**piis** 221:10
**place** 8:13 23:18
138:9 140:15
141:5,7,20,20
142:10 143:2,4
145:12 172:25
182:10 212:20
212:21 216:21
216:23 239:19
248:9
**placed** 49:23
**places** 54:10
113:25 116:3
133:20 166:16
170:20
**plaintiff** 42:10
42:10 241:5,6
**plaintiffs** 1:8 2:8
3:3 4:3 6:7 8:17
9:12,14,18 10:4
10:9 22:18

Page 35

**[plaintiffs - precise]**

29:18,21 35:8
40:22 41:21
68:22 98:22
101:21 104:8
106:15 112:25
129:23 137:18
151:11 156:2
158:20 182:25
183:3,15,17,19
198:15 200:19
201:15 202:2
240:5,11,12,16
240:21,25 241:6
241:7,21,22
242:6
**planning**  197:18
**platform**  235:24
236:6,8
**plead**  187:21
196:23
**please**  8:7 9:6
10:6 11:3 14:16
17:20 22:24
24:8 27:18 29:3
29:14 30:13
31:17,18 33:10
41:2,8,18,18
43:17,19 44:15
44:17,19 45:10
48:23 55:19
57:11,19 59:16
61:11 62:9 64:2
65:3 66:24
67:22 70:7
74:12,15 76:15
78:16 80:21
91:13 93:13
107:8,10,25

109:24 110:11
115:2 127:4
130:23 131:11
135:13 136:12
137:25 139:10
142:11 146:6,7,9
156:13 159:12
163:13 166:7,8
168:23 189:19
192:19 199:15
212:12 219:12
230:2,19,22
232:19 233:3,5
234:10 235:13
241:16 242:16
246:24
**plenty**  140:3
**plus**  26:19
149:11
**point**  12:24
15:16 25:4
29:17 31:12,19
39:5 42:12 54:9
59:1 63:2,6
71:14 73:16
74:10 75:15
76:23 89:16
102:12 127:20
129:15,21 140:1
146:8 147:25
155:10 170:24
176:6 180:8,22
185:7 187:19
190:1 197:1,17
201:9 204:25
210:10,12,25
220:22 228:19
237:12 239:19

**pointed**  72:8
**pointing**  40:13
113:24 160:1
165:4 242:2
**points**  75:18
238:21
**policies**  142:3,6
157:17 158:12
166:24
**policy**  52:24
**polite**  176:15
177:19
**politely**  146:8
**poor**  10:25
**pop**  120:3
**pops**  168:21
**popular**  182:21
**populate**  87:7
**positive**  226:19
232:6,11
**possibility**  77:8
141:9
**possible**  28:21
52:11 62:24
124:25 226:3
227:19
**post**  178:19
**potential**  98:16
144:23
**potentially**
167:13 214:4
222:21
**pp**  221:10
**ppid**  90:18
203:22 204:15
206:14,16,17,18
206:18,23,24
207:1,7 208:10

209:7,9,9 212:25
213:5,14,17,18
213:23,24 214:1
214:7,8,20,22,24
214:24 215:3,5,6
215:7 216:4,8,8
216:16,19,24
217:11,14,20
218:1,11,14,18
218:25 219:4
220:3,4,6,6,10
220:12,13,14,16
220:19,24 221:7
221:13,14,20,25
222:15,20 223:9
224:2,4 225:2,3
225:13,18
226:19 227:4,16
228:11,16,16,19
228:19 237:17
237:20 238:3,10
238:13,17
**ppids**  203:15,25
204:10 215:8,9
215:17,25 217:5
217:6 218:17
219:17 220:23
222:5,13 223:8
223:12 229:1
**practical**  26:3
216:16
**practice**  32:13
**precise**  16:24
17:25 20:11,22
20:23 21:14,15
23:9 24:8,10
26:24 29:11
31:22 36:7 37:8

[precise - proper]

| | | | |
|---|---|---|---|
| 38:15 53:6 | **preservation** | 215:4,4,24,25 | 183:8,9 |
| 62:23 80:4 | 222:25 | 218:19,19,22 | **professor** 10:16 |
| 112:2 123:4 | **preserve** 201:16 | **privileged** 51:22 | 17:1 23:23 |
| 170:7 179:25 | **preserved** | 176:7 | 27:13 32:20 |
| 180:1,7,12 | 200:10,21 202:2 | **probably** 20:21 | 37:20 42:1 43:4 |
| 182:14,15 | **presume** 32:20 | 106:21 115:16 | 43:18 52:7 55:5 |
| 183:20 190:14 | 158:17 | 130:11 195:13 | 56:7 57:25 |
| 203:18,23 | **pretty** 56:18 | **problem** 84:3 | 72:18 74:12 |
| 207:13 211:17 | 76:23 115:16 | 99:4 101:16 | 83:13 86:7 89:8 |
| 225:5 230:1 | 128:1 138:15 | 156:25 171:9 | 91:25 95:15 |
| 243:4,16 | 144:4 160:9 | 226:14 | 99:4 101:6 |
| **precisely** 28:21 | 200:23 | **procedure** | 109:18 110:8 |
| 85:21 157:15 | **previous** 108:24 | 187:11 249:20 | 114:6 115:8 |
| 236:20 | 209:19 | 249:21 | 117:2,22 118:12 |
| **precision** 37:16 | **previously** 128:8 | **proceed** 198:7 | 129:5 130:14 |
| 40:16 78:4 | 205:11 | **proceeding** 9:5 | 131:25 135:12 |
| **prefer** 11:12 | **priddy** 3:22 9:23 | **proceedings** | 142:12,14 150:5 |
| 157:11 | **prior** 14:23 17:5 | 83:9 109:15 | 150:14 160:4 |
| **preferably** | 17:8,17 53:13 | 110:4 199:18 | 168:11 178:15 |
| 122:13 | 79:3 80:14 82:3 | 229:17 | 179:9 183:24 |
| **preparation** | 82:6 85:4 87:22 | **process** 15:7 | 185:21 187:2 |
| 179:5 244:1 | 111:17 124:7 | 23:13 53:7,10,15 | 189:19 191:22 |
| **prepare** 13:15 | 126:25 128:14 | 53:19 56:19,21 | 192:18 193:9 |
| 13:23 | 132:17 149:6 | 178:20 183:9 | 196:5 199:22 |
| **prepared** 201:19 | 170:13 186:15 | 224:12 | 202:16 221:12 |
| **preparing** 14:3,5 | 186:25 188:5 | **processes** 191:13 | 229:6 246:10 |
| 149:3 | 206:10 207:8 | **processing** 53:16 | **profile** 155:22 |
| **presence** 18:11 | **private** 7:5 90:5 | 53:17 | 180:20 182:8 |
| 18:13 21:11 | 90:8 127:24 | **produce** 35:8 | **profiles** 191:12 |
| 126:18 | 150:24 151:22 | 36:17 97:16 | **program** 181:18 |
| **present** 4:22 9:7 | 152:2 153:1,16 | 177:4 188:18 | **promise** 181:25 |
| 163:19 230:9 | 154:9,18 155:12 | **produced** 23:24 | **promised** 147:24 |
| **presentations** | 155:17,18,20 | 24:18 25:15 | **prompt** 112:10 |
| 95:11 | 191:12 203:9,20 | 26:7 38:16 66:5 | 112:11 |
| **presenting** 77:16 | 204:4,6,14,21 | 66:10,13,16 | **proof** 141:5 |
| 96:8 | 206:4,12 207:13 | 72:10 81:12,17 | **proper** 14:18 |
| **presents** 226:22 | 207:25 208:9 | 81:21 96:5 | 55:15 198:8 |
| | 213:4 214:9 | 108:3 177:25 | |

**[properly - question]**

| | | | |
|---|---|---|---|
| **properly** 114:11 | 195:3 196:25 | **pulling** 22:21 | 57:21 58:4 60:2 |
| 180:18 | 197:17 198:1,12 | 101:13 150:14 | 60:3 64:5 66:11 |
| **property** 183:13 | 199:1,8 201:10 | **pulls** 185:5 | 67:3 68:14 |
| 219:18 226:6,7 | 202:5,16 229:6 | 194:4,5 237:20 | 70:21 74:12,25 |
| **proposal** 50:8 | 229:22 230:16 | **purpose** 62:22 | 75:2 80:19,22 |
| 134:21 | 232:8 234:8 | 141:21 144:24 | 85:1 88:18 89:7 |
| **proposed** 234:15 | 235:13 236:3,10 | 146:24 157:25 | 89:7 95:21 |
| 235:4,10 | 237:16 238:21 | **purposes** 18:3,7 | 101:17 107:8,14 |
| **provide** 70:2 | 239:5,13 242:10 | 26:3 134:17 | 108:24 109:1 |
| 73:25 81:5 95:2 | 243:10,22 | 208:2 216:16 | 112:18 113:12 |
| 104:8 112:25 | 246:10,16 | **pursuant** 2:12 | 114:11 121:5 |
| 126:5 138:21 | 248:10 249:5 | **put** 23:1 28:20 | 127:1 128:3 |
| 148:21 217:12 | **public** 24:23,23 | 44:2,3 49:22 | 129:3 130:25 |
| 226:4 238:3 | 25:22,23 26:3 | 146:3 155:9 | 131:20 132:23 |
| **provided** 24:17 | 129:18 149:12 | 178:19 181:19 | 133:3,5 134:14 |
| 25:6 26:6 28:13 | **publish** 94:17 | 200:1,9 201:24 | 135:3,13 136:20 |
| 68:2 77:3 | 95:1 | 248:11 | 136:23 141:2 |
| 149:10 198:10 | **publisher** 206:17 | **putting** 49:9 | 143:21 144:17 |
| 232:16,21 240:5 | 215:4 220:3,13 | 50:12,12 139:23 | 149:6 154:3 |
| 240:25 249:20 | 220:15,20,23 | 159:1 198:5 | 156:17 159:5,12 |
| 250:8 | 221:7,25 225:12 | | 159:13 160:3,8,9 |
| **provider** 206:22 | 225:14,18 | **q** | 160:17,24 161:9 |
| 224:2 | 226:20 227:2,6 | | 162:17 166:7,8 |
| **provides** 227:10 | 227:10 228:10 | **qualifications** | 166:20 167:7,8 |
| 235:20 237:21 | 228:13,18 229:3 | 173:12 174:6,12 | 169:2 170:17 |
| **providing** | 238:12 | 174:16,22 175:3 | 171:19 176:12 |
| 176:15 188:21 | **publishers** | 175:9,16 176:8 | 176:14,17,19 |
| 189:1 222:14 | 155:23 220:7 | 193:19 | 185:10,15 |
| **proving** 93:5 | 222:17 226:4,14 | **quality** 8:8,9 | 190:17 192:11 |
| **pseudonymous** | 227:19,19 228:1 | **queries** 195:4 | 192:20 193:5 |
| 90:1,10 | 228:20,23 | **query** 193:22 | 204:12 208:3 |
| **psounis** 1:16 | 238:10 | **question** 11:9 | 209:14,14,15,22 |
| 2:20 6:5 8:16 | **pull** 150:23 | 24:9 29:25 | 210:16,22 |
| 10:8 31:13 | 194:2 225:21 | 31:10 37:20 | 211:10 213:22 |
| 32:20 63:13 | 230:19 233:3 | 40:6,9,9,14,15 | 213:23 216:2,3 |
| 66:19 131:25 | 234:10 238:3 | 40:23 41:5,8,12 | 216:20 217:20 |
| 135:12 185:5 | **pulled** 198:9,22 | 41:19 43:18 | 217:22,23 218:4 |
| 190:5 194:15 | 234:11 | 45:9,11 48:12 | 218:9,21 219:2,6 |
| | | 53:9 55:7,20,20 | |

Page 38

**[question - recall]**

219:22 223:8,13
223:14,15
224:10 232:19
237:23 240:24
**questioning**
185:17 187:22
192:10 200:20
202:4
**questions** 5:9
10:17 11:2
35:17 36:6
43:18,20 44:10
44:21 50:16
57:19 60:17
64:3 77:1 83:4
91:18,23 118:14
136:5 138:20
146:10 171:25
196:3,21 197:16
198:14 200:4,6
200:14 201:3,4,7
201:10,15 202:9
218:5 229:23
230:17 233:1
234:9 237:17
243:4 246:1,2,4
**queues** 10:24
11:11 116:25
**quick** 159:5
**quicker** 199:12
**quickly** 36:1
103:2
**quiet** 184:12
**quinn** 4:14 9:25
10:2 12:18 13:8
19:7,12 195:16
**quinnemanuel....**
4:20

**quintessential**
147:12
**quite** 64:2 99:24
174:24 184:13
245:2
**quotation**
124:18
**quote** 233:11
**quotes** 16:22

**r**

**r&s** 250:1,9
**raise** 200:21
201:6,17 202:3
**raised** 63:13
**raising** 237:4
**ran** 21:7 54:16
55:25 57:13,17
62:2 180:25
**reach** 129:19
186:21 191:2
**reached** 14:19
16:1 120:20
131:8 188:7,24
190:2 191:9,18
192:25 193:25
196:1,9
**reaching** 192:12
192:14
**read** 26:11 30:16
30:16 31:8,18
32:3,5,19,21
33:2,4,7,9,18
34:10 35:12
36:1 43:19,23
47:22 50:7
80:21 103:3
104:5 107:23,24

108:1 120:15
126:11,12 127:5
131:4 135:24
136:7,18 138:7
138:16 139:15
139:24 140:5
147:8 156:1,4,11
156:12,15
163:14,15
169:15 171:3,5
189:5 230:11
232:3 233:23
237:3 242:16,18
242:19 246:5
**readily** 45:3,17
45:23 46:3,7,8
46:14 47:8,17
48:1,13 88:13,24
89:1 127:11
**reading** 30:4
32:10 33:8
59:21,24 69:9,10
103:12 110:21
113:23,24 119:3
131:9 162:5
249:24 250:9
**reads** 43:21
80:23 127:6
**ready** 228:9
**real** 159:4
223:20
**realize** 88:7
171:2
**really** 36:1,23
50:3 52:11 54:2
87:5 115:13
117:17 124:14
141:25 168:12

213:1 221:2,5
244:20
**reason** 26:23
29:8 31:3 54:5
55:10,12,18 64:7
64:12 72:16
79:15 89:19
98:8 122:3
131:14 142:1
173:5,11 180:9
191:14 196:20
221:7
**reasonably**
43:10 114:18
**reasons** 31:5
42:11
**rebut** 191:25
198:15 243:10
243:12,12,15
**rebuttal** 22:22
23:19 24:12
46:5,23 93:19
129:11 243:20
**rebuttals** 16:21
**rebutted** 243:17
**rebutting** 133:21
194:17
**recall** 42:7 51:20
53:19 81:1,11,11
81:16,19 112:13
112:17 122:10
129:10 148:22
149:20 171:4
175:23 189:7
190:13 192:2
229:22,25
230:16 232:25
234:8 236:15

[recall - remember]

237:16,19,21
238:2,6,14,21,24
239:5,16
**recalling** 193:10
**receive** 51:16
129:13
**received** 37:17
80:5,10 82:1
129:12,16
173:10 219:17
**receives** 220:6
**receiving** 51:13
**recognize** 166:14
**recollection**
14:21 15:24
17:12 18:23
20:24 28:14
38:7 51:6,11,13
53:6 105:10
176:2 195:15
**reconcile** 38:5
**record** 8:5,14
9:9 11:17 32:3
51:15,20 55:3
83:7,10 109:9,12
109:13,16,25
110:2,5,9 121:13
150:8,11 158:23
165:24 194:13
195:10 197:10
198:11 199:15
199:16,19 200:2
229:14,15,18
242:17 244:7
246:6,14,17
248:16
**recorded** 8:11
8:16 248:14

**recording** 8:8,12
**records** 240:6,6
**redacted** 233:15
**redirect** 239:2
246:3
**ref** 248:25
**refer** 53:23
133:20,22 137:2
139:3 169:16
172:16 174:1
184:13 186:13
208:11
**reference** 124:16
**referenced** 58:23
85:16 104:19
249:7
**referred** 6:20
59:21 159:14
236:7
**referring** 12:25
23:24 24:1
42:13 43:16,24
44:24 53:2,22
54:6 64:16 71:5
104:6 119:8
122:23 123:2
135:1,14,22
139:5 142:15,23
144:21,22
145:24 146:2
147:2 148:12
149:15 150:1,25
151:3,10 152:17
153:12 159:16
161:6,17,24
168:7,16 169:13
169:14 172:9
177:7 182:2,5,9

183:10 187:16
193:20 194:7
200:11 202:23
203:19 204:3
208:14
**refers** 15:9 59:17
139:1,1 169:6
181:2
**reflect** 194:13
**reflected** 76:1
**refresh** 69:3
106:19,19 130:6
**refreshed** 106:23
**refuses** 194:14
**regard** 188:8
202:16
**regarding** 14:19
50:16 132:4
159:5 199:23
200:4,7
**regardless** 60:23
87:25 89:20
126:4 218:18
**regular** 205:17
208:15,16
218:23 223:19
**reidentify**
127:14
**relate** 34:8 194:2
**related** 9:2 25:20
31:4 90:10
107:12 109:3
114:1 122:13
129:9 132:6
140:19 142:18
183:22 232:12
234:2 236:5,7,21
237:11 240:2

**relates** 54:8,9
**relation** 168:3
202:13
**relationship**
14:24 17:6,9
210:6 211:9
244:22
**relationships**
17:17
**relatively** 136:10
**released** 249:22
**relevant** 35:3,9
35:16 38:25
41:24 108:15,21
115:16 128:9,12
128:19 129:2
132:14,24
145:11 219:20
220:21 241:23
**reliability**
231:19
**reliable** 39:7,8
231:25
**reliably** 45:7
**relied** 23:18
24:12
**rely** 232:13,16
232:21
**relying** 155:23
**remedy** 243:23
**remember** 17:11
18:10 20:2
23:10 27:8,13
28:4,16 30:14
39:17 40:4,4
50:20,23,24,25
51:12 52:14,18
54:2,4 58:6,8,10

**[remember - researcher]**

58:17,19 60:13
62:7 64:9 80:24
85:6,6,7,13,21
85:23,24 86:1,2
86:3,13 102:15
102:19 103:10
103:18 111:5
137:5 147:7,9
148:7 156:11
172:11,18
173:18 174:7
176:1 178:19
183:22 187:7,8,8
225:16 236:12
237:4,14 239:15
**remembered**
2:12
**remembering**
27:4
**reminded**  83:17
**remotely**  8:21
9:7 17:14
**remove**  201:23
**removed**  77:7
**repeat**  24:9 40:6
55:19 60:3
64:10 65:4
66:24 114:23
122:16 126:11
127:1 133:2,15
161:9 166:8
167:7 177:1,2
218:3 223:23
232:19 237:23
**repeatedly**  57:21
146:8 176:18
192:23

**repeating**  126:12
**rephrase**  14:16
41:8 45:14
112:7 115:2
154:3
**report**  6:4,19
12:17 13:1,20
16:23 18:4,7
21:21,24 22:22
23:2,4,7,10,17
23:19 24:12
28:5,18 30:14,17
30:20 37:10,13
37:24 38:12
39:4,8,21 41:2
41:15 42:6,11
43:4,25 44:3,8
45:1 46:6,19,20
46:23,24,25 49:4
51:11 52:3,13
53:3,18,24 54:11
54:17 58:3,7,9
58:13,15 60:12
60:15,17 61:14
62:1,14,18,21
75:8 78:24 79:6
79:11,16,17,20
80:3,9 81:25
82:1,7,11 85:15
85:17 86:9,10
87:13 92:20
93:25 96:23
102:16,24
103:16 110:25
117:15 121:7,11
123:12,14,14
124:21 125:14
125:15 126:17

126:17 128:21
129:10,11
130:20 133:13
133:19,22 137:3
137:7 148:11,15
149:23,25
150:16 151:5
152:12 153:5,18
157:24 158:9
160:7,12,15,22
161:7,8 163:25
164:19 166:16
169:13 170:3,10
170:16,16 171:3
172:10,17,20,24
177:1,8,8,11,15
177:25 178:1,6
178:22 179:23
180:19,23 181:2
181:14,17 184:9
186:13 187:5,6,8
187:13 188:19
190:5 191:8
192:3,4 194:16
198:15 207:19
210:2,9,11,15,15
211:1,13 216:13
219:13 225:9
226:3 232:13,18
232:23 234:1,3
236:5,11 237:2
242:15 243:13
243:16,20,23
244:1 246:6
**reporter**  2:16
8:25 10:6 36:18
43:19,21 76:22
80:23 109:21

127:4,6 143:17
241:12 245:13
246:20,25 247:4
248:6,22
**reporter's**  248:1
**reporting**  177:1
179:10 183:1
**reports**  16:21,23
24:19 26:5
181:7 187:1,1
**representation**
104:8 112:16,25
194:23,24
**represented**
195:15,16
**representing**
11:15
**request**  25:12
28:12,17 38:20
39:21 51:16
80:2 105:7,20,20
**requested**  25:11
25:14 29:1 75:4
75:4,5,5,16 78:6
199:6 250:1,9,10
**requesting**  51:12
82:20
**require**  112:3
**required**  35:8
36:17 37:16
112:2 180:11
189:19 222:24
**requiring**  22:1
**research**  72:25
**researched**
24:22
**researcher**  94:7

**[reserve - run]**

**reserve** 79:23
201:2 246:2
**reserving** 201:5
202:7
**resources** 52:21
**respect** 25:22
39:7 42:7 54:7
60:25 61:6
62:21 63:11
77:4 92:16,18
97:19 240:9
**respective** 70:6
**respond** 44:20
76:17 192:20
196:3
**responded** 241:5
**responding**
44:20
**response** 6:14,25
91:16 102:6
107:4 112:11
160:8,17
**responses** 91:20
176:16
**rest** 17:18 237:3
**restate** 95:20
128:3
**result** 163:17
223:11 225:2
**results** 53:18
56:11 181:17
182:9 188:18
**retained** 186:20
246:18
**retrieve** 218:14
**return** 187:22
249:18 250:6

**reveal** 176:7
**revenue** 155:16
**review** 13:19
26:12 82:24
188:22 249:9,11
249:14 250:2
**reviewed** 61:3
81:1 115:23
129:21 214:17
215:22 243:25
**reviewers** 95:3
**reviewing** 25:17
32:15 76:7
83:17 95:3
125:11 126:18
**revise** 243:19
**revisit** 23:12
79:23
**right** 11:24 14:6
21:16 28:10
30:12,23 31:19
32:20 33:6 34:3
39:14,14,15
41:17 42:19
43:2 47:4,5 52:2
52:24 53:11,23
57:14 58:8,16,21
59:13 63:18
64:6 67:12
70:20 72:3,17
73:10,17,24
74:18 76:21
77:17,19,21 78:1
78:15,23 79:23
80:8,9 81:9,13
88:21,23 90:8
91:12,12,12 92:2
92:8,9,21,21

93:12 96:11,14
99:8,20 101:8,9
102:10,20
103:11 106:25
109:4,10 114:3
115:6 117:20
118:4,15 120:5
125:4 128:16,23
128:24 134:13
136:3 149:13
150:4,25 152:14
153:21,23
161:13 164:3,5,5
167:11,19 168:5
169:22 173:16
174:7,21 177:19
177:21 178:24
181:1 188:11
198:5 200:5,13
201:2,6,12,13
202:7 205:22
206:3,9 207:25
208:10 210:21
212:7 213:23
214:6 217:12,13
218:10 219:3
220:8 221:21
223:2,7,21
224:16 225:3
226:15,17,23
227:14 242:4
244:17 246:2
**rights** 31:15
69:21 202:12
**ring** 102:8
**rings** 30:5
**rmr** 1:22 248:22

**role** 200:15
**roles** 16:17
**room** 12:10
144:12
**root** 65:24,25
**rotate** 220:23
**rotating** 222:18
**rough** 246:21,23
246:23
**route** 49:23
**row** 26:18 29:4
71:14,16,22 73:8
**rows** 71:18
72:11
**rpr** 1:22 248:22
**rule** 198:17
**rules** 142:3
157:25 158:12
166:24 187:10
189:15,16,17
206:19,20 250:8
**run** 21:5 51:24
51:24 52:14,22
53:2 54:25 55:5
55:6,8,12,17
62:3,5 63:3,3
64:1 75:24
94:22 100:12,18
100:18 116:1
140:20,21,22
141:9,12 142:5
142:17 144:4,5,9
146:22 168:20
172:2,3,9,21
173:5,10,16,19
175:3 176:25
179:23 180:10
181:9,14,16

Veritext Legal Solutions
866 299-5127

**[run - second]**

183:25 184:8
185:23 186:12
186:12 199:10
**running**  56:5
91:20,20 140:9
142:19 158:13
173:2 179:8
195:19
**ryan**  3:7 9:21

**s**

**s**  65:22
**sacramento**
248:23
**safe**  30:12
**san**  3:18
**sanctioned**  30:7
31:6 81:8
**sanctioning**
30:24
**sanctions**  6:8
29:22 31:4
37:18 39:22,24
41:13 48:10,16
58:2,13,23 59:1
168:20
**santa**  12:7
**saw**  38:22 85:2,7
85:11,15 112:13
121:17
**saying**  20:8
23:10 29:5
38:14 46:7,20
47:1,6,14,16,21
48:13 51:23
56:23 77:10,19
78:15 79:21
81:4 87:8,9,14

89:1,14 90:7,17
93:18 96:20,24
97:20 98:8 99:5
99:6,13,23 100:1
100:5 103:9
105:11 113:10
115:7 120:25
123:5,20 124:10
124:12,16,23
125:2 134:6
145:16 147:1,3
150:2 153:15,24
155:24 162:13
164:7 165:13,14
171:12 181:22
184:20 200:24
212:4 213:21
217:2,14 221:6
223:20 227:9,14
229:4 232:4
241:14,18 243:1
**says**  44:5 45:2
45:22 73:24
92:10,11 97:7
98:5 100:12
108:2 111:21
112:24 113:3
114:1 119:18
122:18 123:20
124:12 125:16
134:22 140:25
143:3,4 149:22
152:12 153:1,16
153:21 155:11
160:15 161:25
162:5 163:16
165:6 167:20
215:23 230:6

231:12,17
233:12 234:3,5
234:14 235:19
**scale**  244:25
**scan**  33:1 151:17
**scanned**  36:1,22
**scanning**  30:4
179:22
**scenario**  117:8
117:12 204:16
205:16 212:24
214:2 217:12
224:17 237:19
238:2,16
**scenarios**  62:25
87:4 100:21,24
117:14,16
148:20
**schedule**  249:11
**schema**  65:19,22
65:23,25 66:1,4
69:18 73:20
74:4 76:1 77:14
78:6,7
**schemas**  64:25
65:6,10,11,12,14
65:16 66:2,5,14
67:21 68:2,10,12
70:3,19,22,24
71:5 73:15 74:1
75:6
**schematics**
207:20
**schiller**  3:12
9:13
**schmidt**  1:21
2:15 8:25 248:5
248:22

**schneier**  237:11
243:11
**schneier's**  16:21
243:16
**schwartz**  18:9
**science**  176:2
194:22 195:22
195:23,24 196:6
**scientifically**
93:5
**scientist**  41:25
**scope**  239:1
242:22
**screen**  8:11
102:1
**scroll**  24:16
31:11 69:7
102:1 107:10
**scrolling**  178:17
**sealed**  6:11
106:18
**sean**  4:23 8:23
**search**  70:5
120:1 136:9,16
149:25 168:20
172:19 180:22
199:9 229:7,8
235:23
**searched**  148:15
**searches**  199:5
**searching**
131:12 176:16
**sec**  130:10
150:19 152:21
152:23 158:10
**second**  6:22 45:5
55:19 101:15,19
101:23 107:3

**[second - set]**

130:13 143:17
148:8 149:19
151:24 159:9
160:22 165:5
200:12 204:8
205:16 207:6
208:14,24,25,25
209:6 211:13
213:12,17,18
214:2 222:16
235:17 241:10
245:22
**seconds** 215:20
**section** 23:25
34:18 36:9,11
38:23 131:22
153:15 156:16
164:4,22 210:25
243:14
**sections** 183:4
**see** 10:22 19:15
19:15 23:20
24:5,23 25:3
26:18,20 27:11
29:2 30:4 34:24
36:15,16,23
38:10 39:11
44:7 47:20 50:5
50:11,13 51:25
54:5 59:2,17
69:12,25 73:4,13
75:3 77:10,24
78:8 98:18
99:19 102:11,14
102:21,22 104:4
104:6,12,13
105:19 106:18
106:24 107:6,16

108:2,6 113:9
115:15 116:7,20
116:22 121:15
121:23 123:13
123:25 131:13
140:18 142:7
150:22 152:1
153:1,3,6 154:24
155:2 156:10,14
158:9 159:7
161:19 164:21
166:15 168:7
171:9 177:8
180:22 182:3
184:2 190:18
211:25 212:16
213:9 214:11
220:21 221:8
223:18 224:22
225:9 230:5
231:1,17,22
233:11 234:12
234:14,16,17,20
234:22,23
235:18 236:1
240:8,18 241:1,2
241:19
**seeing** 81:2,2,11
81:11,16,20 85:6
86:3 105:15
**seek** 91:21
168:19 190:4
200:13
**seeking** 190:6
195:1
**seen** 8:10 29:14
29:15 30:1,6,20
31:14 38:4,6

47:22 67:6 78:6
79:25 81:25
82:6,10 87:13
101:18 102:7,9
102:10 103:11
107:7,9,11
122:22 130:18
140:11 158:17
158:23 168:2
**sek** 8:21
**select** 42:20
**selecting** 40:11
**selective** 95:5
**self** 59:21,24
138:16
**semantic** 165:25
**send** 55:16 56:10
73:20 100:16
140:25 143:5
145:2 220:3,16
223:6 226:14
**sending** 32:14
51:21 228:12
**sends** 224:3
**sense** 77:19
142:2 179:24
221:9
**sent** 180:16
221:23,24 222:7
224:4
**sentence** 27:25
44:21 90:17
119:9,17 141:6
165:5 230:5,6
231:3,17 233:12
234:3
**separate** 71:4,14
71:15 208:19,20

209:2 211:23
**separately** 28:2
**separating** 215:8
**series** 230:17
232:25 234:9
237:17
**serve** 155:19
**served** 105:13
182:19,22
240:10,15,16
241:21,21
**servers** 181:19
203:21
**service** 155:13
173:4 191:13
**session** 90:6,9
205:4 206:5
207:14,24 208:8
208:9,14,21,24
208:25,25 209:2
209:6,6 213:4,13
213:17,18
214:23 215:25
217:13,13
218:23,23
**sessions** 206:14
207:8,13 208:19
209:3 214:25
215:3 216:9
217:12 218:2,12
218:22,24 219:5
**set** 2:23 39:6
61:1,7 62:25
63:1 87:1
105:23 106:1,4
124:21 125:18
126:15,15 145:8
206:16 242:5

**[set - sorry]**

248:9

**sets**  209:13

**setting**  217:4

**settings**  148:19

**setups**  190:25

**seven**  33:8 34:10
36:2 52:7 139:7
246:8,18

**share**  13:11
148:9,9,11

**shared**  240:20

**shares**  209:6

**sharing**  206:14

**shed**  56:20

**shift**  192:22

**shocked**  190:3

**short**  140:9
211:23

**shorthand**  2:16
248:5,22

**shouting**  187:17

**show**  67:5,22
97:11,22 103:4
140:17 143:3
148:20 168:21
169:4 175:6
194:14 211:1

**showed**  105:5
113:5 243:19

**showing**  142:1
148:16 169:5
183:16 215:14
215:16 240:22

**shown**  32:15

**shows**  97:23

**sic**  91:18

**side**  12:8,9 17:17
53:1 98:24

187:21 191:13
235:18

**sign**  156:9 205:6
207:6 213:25
249:17 250:5

**signal**  30:12
126:1 130:16
133:6,7 134:15
134:16 135:1,5
135:14,17,19,21
135:25 136:3,24
137:2,15 138:11
139:13 141:3
143:9 144:13

**signals**  125:21
132:5,13 137:10
138:24

**signature**  231:12
248:21 249:22
249:24,24 250:9

**signed**  132:10
204:19,22,24
206:1,7,11,11
208:16 238:15

**signing**  205:21

**signs**  203:14,20
203:24 204:15

**similar**  27:5
121:5,8 245:21

**similarly**  1:6 2:6
57:5 245:24

**simmons**  4:5
10:4

**simmonsfirm.c...**
4:10

**simple**  58:4
160:3,9 193:22
195:4 244:25

**simpler**  244:25

**simply**  44:9,17
57:13 67:3 86:7
161:10,14 210:5
211:8

**single**  25:1 40:5
40:5 50:6 77:13
184:5 239:19

**sir**  97:19 126:9
128:12 132:20
132:23 135:3
143:4,14 144:11
146:9 147:6
148:6 163:13
169:2,8 174:16
175:7 178:5
182:15 188:10
191:2 197:15

**sit**  113:22 115:24
175:10 213:12

**site**  132:11

**sits**  115:20

**sitting**  149:13
169:22 174:16
191:4 221:21

**situated**  1:7 2:7

**situation**  122:5
122:10

**situations**
134:18

**skip**  219:19

**slides**  95:11

**slightly**  246:5

**slow**  241:15

**small**  244:25

**snow**  118:22

**software**  96:15
122:6,14,16,17

144:4 146:20
158:13

**solid**  61:6

**solutions**  249:8

**solve**  226:13

**somebody**  27:23
71:6 76:4,5,9
77:6 94:20,23
98:12 100:13,20
155:12 157:19
177:24 194:2
195:15 224:7

**somebody's**  77:9

**soon**  76:23

**sorry**  10:17
14:13 19:22
30:11 34:17,21
36:18 59:7,9,11
65:13,17 66:19
66:21 69:1
85:12 97:6 98:3
102:12 105:2
106:21 107:8
109:11,18,19
111:5 114:23
116:16,18,22
130:9 135:20
138:25 139:12
141:4 149:4
152:22 153:4
161:6 171:16
181:10 212:6
215:19 221:5
231:7 240:17
241:12,17
242:19 245:5,15
246:11

[sought - statement]

| | | | |
|---|---|---|---|
| sought   6:10 | 121:14,20 123:6 | 202:13 210:25 | sramek's   122:21 |
| sound   18:2 | 123:21 124:4 | 232:14 238:10 | ss   248:2 |
| sounds   131:7 | 128:24,25 129:1 | 238:17 243:11 | stable   223:4,5 |
| 150:7 200:24 | 129:2,2,17 | 243:13,15,24 | 228:15 |
| source   26:16,25 | 132:21,25 229:8 | specifically | staff   185:3 |
| 27:15,22 28:12 | 233:18,20,21 | 25:11,14 31:18 | stamp   130:10 |
| 30:23,25 39:17 | 234:6 | 34:7 56:2 59:20 | stand   129:20 |
| 42:6,14 48:15 | space   149:12 | 119:8 135:25 | 185:15 |
| 49:5,22 52:2 | speak   11:4 36:19 | 175:14 191:20 | standard   193:1 |
| 58:8,16 62:2,17 | 83:14 199:22 | 198:8,15 209:23 | standards   151:9 |
| 63:7,17,20,21 | speaking   136:6 | speculate   165:1 | stars   3:23 |
| 64:5,8,11,13,16 | 184:16,17,19 | 175:25,25 176:8 | start   12:25 24:19 |
| 64:16,19,21,23 | 193:9 210:2 | speculation | 42:20 88:11 |
| 67:12 94:12,21 | speaks   242:12 | 117:6 118:9 | 178:7 245:14 |
| 95:2 99:16 | special   6:19 70:3 | 122:9 132:17 | started   114:13 |
| 100:1,16 119:21 | 73:25 183:9 | 157:10 165:21 | starters   204:20 |
| 120:21 214:23 | 196:14 232:17 | 186:1 202:21 | starting   23:25 |
| sources   24:3,6 | 232:22 | 217:18 235:7 | 70:12 82:13 |
| 24:14 25:5 | specific   16:22 | speed   139:21 | 219:16 |
| 26:16 31:5,7 | 31:9 34:12 | 243:9 | starts   34:16 |
| 35:9 39:22,25 | 50:12 52:25 | spelling   15:17 | 211:24 |
| 40:11,20,21,25 | 55:16 56:3 59:1 | spend   13:22 32:2 | state   2:17 9:6,8 |
| 41:14,14,24 42:2 | 60:24 61:20 | 36:23 | 9:11 10:20 |
| 42:20 48:21,23 | 63:4 67:14 | spending   173:19 | 11:16 46:8 |
| 49:7,8,16 50:9 | 86:20 87:5 88:1 | spent   149:3,5 | 89:24,24 111:8 |
| 50:16,17,18,20 | 88:10 89:12,21 | 193:23 | 111:24 119:5,22 |
| 51:5,9,13,16 | 97:11 98:4 | spilly   4:16 10:1 | 123:7,22,24 |
| 53:23 54:1,3,4 | 117:20,23 120:2 | split   204:12 | 125:13 171:10 |
| 54:15,21 58:2,3 | 127:19 128:4,24 | spoke   18:2 | 217:15 248:2,6 |
| 62:16,18 66:3,6 | 133:21 139:4,6 | 104:22 | 248:24 249:10 |
| 67:15 68:11 | 139:22 140:10 | spoken   16:8 | 249:13 |
| 70:6 72:20 74:5 | 142:3,21 144:22 | 104:25 | stated   126:16 |
| 75:7 76:11 | 146:2 147:2,5,18 | sramek   6:13,24 | 135:15 139:20 |
| 80:10 96:2 | 152:1 154:4 | 104:19,22 107:4 | 164:19,20 |
| 99:25 108:3 | 157:12,12 160:7 | 108:2 110:15 | 168:25 |
| 110:17 111:6,21 | 169:3,4,5 173:2 | 112:15 121:18 | statement   42:25 |
| 111:22 119:4,18 | 173:6,9 185:8 | 124:8 233:1 | 47:7 48:3,7,13 |
| 119:19 121:6,12 | 199:3,9,10 | | 88:4 100:6 |

Veritext Legal Solutions
866 299-5127

**[statement - sure]**

165:11 233:25
**statements** 90:14
90:22 156:15
243:15,17
**states** 1:1 2:1
8:19 184:15
231:13 234:22
234:23 235:19
**static** 241:24
**stating** 204:11
**status** 234:15
235:10
**stay** 186:22
188:12 205:1
**staying** 110:10
**stays** 208:23
**stenographer**
10:25 64:10
80:21
**stenographically**
248:14
**step** 207:5
**stephen** 168:4,6
190:18
**steps** 54:22
217:8
**stick** 43:17 45:13
46:10 203:18
207:15 220:1
**stip** 201:24
**stipulate** 201:10
201:14,19,20
244:9
**stipulation**
179:4 184:14,20
185:8 187:16
188:7,24 190:2
192:24 193:7,12

193:15,25 194:6
194:25 196:1,8
197:4,7,14 200:3
201:25 249:21
**stop** 40:24,25
41:1 76:15
91:12 143:19
146:6 165:22
185:18,18
187:22
**stopped** 187:20
**stopping** 74:9
**stored** 89:23
92:3 93:4,13,23
94:10
**straightforward**
160:4
**streamlined**
111:2
**street** 3:8,17
4:17
**strict** 157:25
**strike** 19:22
38:20 149:5
166:1 171:16
**string** 40:5
136:16 148:16
220:14,14
**strings** 71:19
**stripe** 221:9
**structure** 66:15
66:15
**structured** 66:18
66:25 67:2
71:17
**structures** 27:25
67:14

**student** 15:2
**students** 56:8
57:1,3 94:16
180:2
**study** 77:11
**stuff** 45:21 79:8
79:9 81:19
104:21 108:20
123:4 131:13
174:25 179:19
203:13 207:20
219:23 237:13
239:17 242:22
243:1
**subentries** 71:19
**subject** 192:22
**submit** 15:12
220:24
**submitted** 51:11
52:13 102:16
182:25
**subscribe** 248:18
**subsection** 35:13
**subset** 61:5 63:4
**substance** 83:19
83:23 199:24
**substantive**
187:22
**sufficient** 201:22
201:23 202:1
**sufficiently**
200:20 201:15
**suggestion** 11:3
12:23 13:3 32:2
**suite** 3:8 4:17
**sullivan** 4:14
9:25 10:2

**summarize**
89:13
**summarizing**
138:3
**summary** 191:18
236:17
**summertime**
102:18
**super** 38:15
**supervise** 176:21
**supervised**
179:24
**supplemental**
6:12,23 23:15
107:3
**supplementary**
23:13
**supported**
120:21 121:1
**supporting**
185:3
**supposed** 16:12
16:13 17:2,3
50:5 132:24
178:21 197:13
**sure** 10:19 14:17
15:6 16:24
17:22 20:4,12
21:2,22 22:16
24:8 25:25 26:1
30:18 31:22
34:15 37:2,2
41:11 44:22
45:13 51:21
59:4,4 60:6,6,6
64:10,20 65:18
65:25 66:14
73:1,4 75:16,17

Page 47

**[sure - technical]**

| | | | |
|---|---|---|---|
| 76:12 78:17 | **syntax** 27:24 | **tag** 7:4 151:21 | **talked** 16:25 |
| 79:4 83:3 88:11 | **system** 21:10 | **take** 8:13 22:24 | 18:6 25:8 184:5 |
| 96:11,16 98:19 | 22:2 47:25 | 29:24 31:8,20,22 | 237:12 |
| 98:19,19 101:5 | 60:24 61:4 63:8 | 32:5 33:22 | **talking** 14:1,2 |
| 103:25 106:25 | 63:9,11 86:25 | 35:19 36:5 | 18:19 22:10 |
| 110:22 113:3 | 90:3,24 91:1,6 | 37:22 48:20 | 24:3 30:23 |
| 114:10 128:7 | 91:10 93:21 | 69:22 74:20 | 44:23 48:1 |
| 130:20 131:24 | 94:9,16,16,18,18 | 82:15 83:3,17 | 63:20 78:19 |
| 135:18 137:6,9 | 94:25 95:2,7,12 | 106:13 109:6 | 80:1,6 92:1 |
| 137:17 151:18 | 96:3,7,8,9 | 110:18 111:10 | 96:14 98:13 |
| 151:22 152:7 | 100:12,13,14,16 | 113:11 114:2 | 108:9 118:16 |
| 155:1 160:19 | 100:21 110:24 | 130:14 136:14 | 119:3 123:8 |
| 166:25 168:3 | 111:1,19 114:11 | 137:25 139:10 | 127:21 132:8 |
| 175:21 176:3 | 114:18 115:10 | 139:25 140:2 | 145:15,22 |
| 177:5 180:17 | 115:10,17 116:1 | 141:20 149:1 | 161:19 164:2 |
| 183:21 187:25 | 120:5,7 140:10 | 150:6 151:8 | 169:20 172:2 |
| 188:25 200:12 | 144:5,6,7,9 | 155:25 156:1 | 189:6 190:19 |
| 200:23 212:8 | 146:1 157:14,22 | 195:13,14 | 213:2 221:17 |
| 220:8 223:24 | 157:23 158:3,11 | 196:22 197:13 | 227:3,6,12 232:6 |
| 226:13 236:19 | 190:25 214:16 | 198:4 199:14 | **talks** 136:8 |
| 237:6,25 238:25 | 216:25 223:21 | 200:5 207:5 | 169:19 |
| 243:2,2 244:5,24 | 224:24 225:7 | 216:21 229:13 | **tampa** 3:9 |
| **surprise** 111:14 | **systems** 20:3 | 244:12,16 | **tamper** 178:10 |
| 112:19 | 21:6,8,8 47:23 | **taken** 8:17 83:9 | **targeted** 136:8 |
| **surprised** 36:4 | 50:2 64:18 91:8 | 99:17 109:15 | **task** 180:8 |
| 117:22 195:10 | 92:1,22 95:8 | 143:2 150:10 | **team** 111:23 |
| 198:4 | 100:5,6 101:1,1 | 199:18 217:8 | 119:5 198:3 |
| **surprises** 113:18 | 101:8 106:4,10 | 225:1 229:17 | **tech** 20:2 |
| **surprising** | 112:22 115:15 | 248:8 | **technical** 9:18 |
| 113:13 | 120:9,13,14 | **takes** 151:14 | 39:5 60:22 |
| **susan** 231:13 | 122:1 228:4 | 212:20,21 | 77:18 78:14 |
| **susman** 3:21 | | 216:22 | 81:19 86:21 |
| 9:22 | **t** | **talk** 71:20 76:20 | 89:18 95:24 |
| **svk** 1:10 2:10 | **tab** 142:19 | 83:19,22 115:14 | 117:19,25 123:4 |
| **swear** 10:6 | **table** 102:21 | 140:8 148:2 | 124:11 146:16 |
| 168:11 | 182:3,3 236:19 | 157:23 179:21 | 151:1,4 152:22 |
| **sworn** 2:22 | 242:3,7 | 218:17 | 175:3,9,16,22,24 |
| 10:10 | | | 179:8 186:4 |

[technical - think]

| | | | |
|---|---|---|---|
| 187:1 195:17 | **term** 139:7 | **testing** 22:9 | 242:19 243:5 |
| 196:11 197:21 | 142:20 147:1 | 92:24 97:20 | **things** 19:2 |
| 211:5,6 212:11 | 168:21 171:20 | 98:20,21,24 | 50:13 67:4 72:3 |
| 221:18 223:25 | 171:22 | 100:6,7 | 72:4 85:14 |
| **technically** | **terminology** | **tests** 21:12 52:15 | 99:13 100:18 |
| 178:21 | 20:6 21:22 | 53:22 54:16,25 | 114:14 119:19 |
| **technologies** | 89:18 | 56:1,6,24,25 | 134:12 135:16 |
| 21:1 | **terms** 58:3 81:14 | 57:13,17 62:2,3 | 139:22 142:2 |
| **technology** 8:22 | 89:25 171:7 | 62:5 63:4 | 158:1 171:7 |
| 11:14 | **test** 21:6,7 51:24 | 100:12 172:2,4,9 | 191:12 192:9 |
| **tell** 10:10 14:10 | 55:5,6,9,25 56:9 | 172:21,23 173:6 | 203:8 219:21 |
| 17:11,20 25:15 | 99:5 100:21 | 173:16,19 175:3 | 221:9 222:13,14 |
| 26:17 27:3 34:9 | 101:7 147:17 | 176:21 177:4,7,9 | 224:19 228:25 |
| 38:9 40:3 42:15 | 148:17 168:25 | 177:11,14,16,16 | **think** 9:16 13:2 |
| 45:10 48:22,23 | 173:10,24 | 179:7,8,8 181:3 | 13:10,21,21 |
| 51:20 56:8 67:6 | 176:25 177:6 | 181:9,14 183:25 | 14:18 15:5,16,23 |
| 70:7,23 84:17 | 179:14,21 | 186:13 188:3 | 15:25 16:10 |
| 86:5 91:8 93:13 | 180:25 181:17 | 195:19 | 18:8 19:5 20:10 |
| 94:6 103:12 | 182:9 185:23 | **text** 24:20 27:22 | 27:19 28:16,17 |
| 107:11 108:25 | 189:2 194:18 | 27:23 43:23 | 30:6,9,17,17,18 |
| 113:17 116:4 | **testified** 10:11 | **thank** 31:21 33:5 | 30:18 35:12,25 |
| 134:24 140:13 | 120:12 128:8 | 83:5,6 127:5 | 36:10 39:2 |
| 151:8 153:13 | **testifying** 41:4 | 150:5 204:6 | 51:10 57:22 |
| 168:1 169:23 | 239:5 | 237:25 241:16 | 76:3,16,16,23 |
| 170:1 174:23 | **testimony** 13:17 | 246:12,13,19 | 80:25 83:1 91:3 |
| 178:1,6 180:2 | 18:4,7 53:13 | **thanks** 246:20 | 100:9 106:14 |
| 191:9 193:13 | 63:7 79:3 80:14 | 247:5 | 107:11 114:18 |
| 197:9 223:18 | 82:3,25 83:23 | **thereof** 2:14 | 120:18 121:2,22 |
| 225:11 | 85:4 87:22 | **thin** 176:11 | 130:9,19 138:15 |
| **telling** 66:10 | 99:11 111:17 | **thing** 26:7 95:10 | 146:13 147:25 |
| 86:21 91:5 93:8 | 124:7 126:25 | 104:3 115:25 | 149:1,7,8 152:22 |
| 139:6 170:3 | 128:14 132:17 | 116:3 126:13 | 155:8 158:25 |
| 181:23 184:18 | 170:14 177:13 | 131:5 138:7 | 160:10 166:2 |
| **tells** 213:5 | 186:15 188:5 | 139:15 169:3 | 172:18 173:7 |
| **tempted** 246:5 | 199:24 212:22 | 186:21 212:4 | 176:2 195:9 |
| **tending** 214:2 | 215:22 248:12 | 213:21 220:11 | 199:12 201:5 |
| **tens** 182:22 | 248:17 | 225:8 226:2 | 202:11 210:2,24 |
| | | 228:17 239:20 | 211:15,16 |

**[think - transmission]**

219:14 225:4
238:13 240:21
244:12
**thinking**   16:3
76:21 79:22
206:24
**third**   99:21
134:8 203:14,24
203:25 204:9
205:9,25 206:12
**thought**   69:2
77:3 152:9
209:20
**thoughts**   23:15
94:3,3
**thousand**   17:13
241:3,4
**thousands**   91:4
240:6
**three**   32:2 34:25
39:1 108:4
113:9 120:11
124:18 156:4
161:18,19,21,21
162:7,9,18 163:8
166:10 167:10
167:18 180:6
197:1 231:19
234:14,22
236:23 237:10
240:13,20 241:9
243:17
**tie**   222:19
**tight**   122:13
**time**   8:5 9:6
13:10,22 14:22
16:4 22:24 27:6
29:24 31:8,20,22

32:6 33:23
35:19 36:5,23
44:3 48:20 51:4
52:8 57:11,22,23
72:24 75:15
77:13 80:9 83:8
83:11,17 85:2
91:22 101:14
109:14,17 110:3
110:6 122:24
127:2 130:14
131:6,6 137:25
139:10,21,25
140:4,10 149:1,3
149:5 150:9,12
156:1 166:4
176:16 181:20
186:19 195:6
196:19 197:19
198:9 199:17,20
205:3,6 229:16
229:19 244:13
244:16 246:2
248:9,13 249:11
249:19,25 250:7
**timely**   35:3,3
38:25
**times**   17:25 52:5
58:7 74:7 75:10
82:3 119:1
120:11 133:23
155:15 169:14
171:7 176:13,14
179:17 188:6
204:15 206:22
207:4 218:24
228:7 238:14,16
238:18

**timestamp**   182:4
**timing**   103:4
**tirade**   185:11
**title**   43:23
**today**   10:1 11:2
11:16 13:16
18:4 41:18
136:24 139:14
144:2,12 149:13
174:17 175:10
191:4 199:24
201:20 229:23
236:13 237:2
238:7,22 239:7
243:19 246:21
246:23,23
**today's**   246:15
**told**   33:21 40:18
118:18 142:20
148:24 149:17
**tools**   70:5 229:8
**top**   24:16 71:3
114:14 122:11
147:7,14 148:7
154:16 167:4
174:22 182:21
220:5 231:2,16
234:12
**topic**   25:20
76:20 125:16
173:7 202:9
206:24 220:2
**topics**   25:18
110:25 129:9,13
**torture**   137:13
**total**   13:22 14:3
14:4,4

**totality**   62:15
100:3
**totally**   11:10
13:13 23:22
204:11
**touch**   224:7
**touched**   236:21
**trackin**   159:23
**tracking**   169:14
169:16 190:23
**tracy**   172:10,16
172:21 173:13
177:6,11,15,18
178:7 180:14
189:6 193:8,13
193:16,17
194:21 195:16
195:21,23 197:5
197:9 198:3
200:5 201:16
202:6
**tracy's**   176:21
**traffic**   45:8
111:13 125:7
**trail**   51:15,20
**transactions**
213:24 225:3
**transcribed**
248:15
**transcript**
120:15 162:25
176:18 177:3
249:7,9,11,14,14
249:22 250:2,2
**transcripts**
26:12
**transmission**
6:16 68:25 69:4

Veritext Legal Solutions
866 299-5127

**[treated - understand]**

| | | | |
|---|---|---|---|
| **treated**  193:2 | 123:3,16 124:15 | 180:6 182:5 | **un**  161:16 163:7 |
| **trick**  66:9 | 129:5 130:18 | 197:1 204:12 | 165:16 |
| 168:13 208:3 | 136:15 137:4 | 206:14 208:19 | **unauthenticated** |
| 225:21 | 139:16,21 | 208:20 209:12 | 192:7 203:9,16 |
| **tried**  244:20 | 141:16 154:24 | 212:18 215:8,9 | 204:2,2,25 |
| **trouble**  193:10 | 155:3 160:4 | 218:1,12,22 | 205:12,13 207:9 |
| **true**  90:13,15,23 | 161:10 165:23 | 226:14 228:23 | 207:14,17 208:1 |
| 91:1 93:7 | 168:12 187:8 | 239:21 241:9 | 208:4,22,23 |
| 137:11 169:24 | 192:21 194:20 | 243:1 | 233:19,19,20 |
| **truong**  4:6 10:3 | 198:20 208:5 | **tying**  166:22 | 234:4,6 |
| 10:3 | 210:13 212:10 | **type**  11:1 24:15 | **unclear**  11:2 |
| **trust**  96:21 | 212:13 214:11 | 50:2 74:4 86:23 | **undergrad** |
| 99:14,23 | 218:7 220:8 | 88:2 119:25 | 180:12 |
| **trusting**  99:7 | 223:15 224:20 | 144:7 178:25 | **undergrads** |
| **truth**  10:10,10 | 225:4,22 239:19 | **types**  100:23 | 180:4 |
| 10:11 180:3 | 243:3,5 245:5 | 178:3 | **undermine** |
| 223:19 | **turn**  230:22 | **typewriting** | 234:1 |
| **try**  10:19 100:22 | 233:5 235:13 | 248:15 | **understand** |
| 103:10 146:15 | **twice**  241:9 | **typically**  11:12 | 17:24 18:1 21:9 |
| 146:18 148:3 | **two**  16:16 25:5 | **typing**  131:13 | 26:25 27:2,14,16 |
| 165:25 168:18 | 26:18 27:9 28:4 | **typo**  245:5 | 28:11 29:5 36:2 |
| 168:23 176:1 | 28:18,22 34:3 | **typographical** | 38:5 39:16,20 |
| 178:9 | 38:5 42:7,8,8,14 | 244:11 | 40:7 41:9,23 |
| **trying**  13:24 | 42:16 43:3,11,15 | **typos**  243:22 | 46:21 50:4 |
| 20:1 26:23,24,25 | 43:23 44:25 | 244:2 | 52:23 54:23,24 |
| 27:2,14,16 28:11 | 45:9 54:3,4 |  | 65:13,17 66:1,4 |
| 31:24 32:3 33:1 | 58:10,11,12,12 | **u** | 67:9,13,19 73:1 |
| 33:23 38:4,5 | 58:13,15,19,20 |  | 73:4 75:22 |
| 39:16,20 40:19 | 59:25 60:21 | **u.s.**  182:23 | 76:10,13 77:17 |
| 42:1 50:3,13 | 69:16 71:7 | **ua**  26:19 241:7 | 78:11,17 79:10 |
| 52:11 55:24 | 72:23 76:23 | **uas**  54:7,7 | 92:1,2,5,23 |
| 59:3 62:7 66:9 | 80:17 82:14 | 183:18 239:10 | 117:18,19 118:1 |
| 67:13,18,20 | 85:22 89:8,8 | 240:25 241:20 | 123:19 124:11 |
| 74:13,17 76:10 | 90:22 99:13,19 | 241:23 242:5,8 | 129:5 135:25 |
| 76:17 80:22 | 104:4,18 111:14 | **uh**  167:12 | 169:11 179:18 |
| 85:23 86:7 | 112:19,20 | **uids**  182:4 | 188:25 198:6,21 |
| 91:25 92:23 | 113:20 118:14 | ■  157:15,23 | 208:6 211:6 |
| 98:9 117:24 | 121:18 178:3 | 158:3,11,18,23 | 212:15 |
|  |  | 166:22 |  |

Veritext Legal Solutions
866 299-5127

**[understanding - various]**

| understanding | urquhart 4:14 | 182:21,21 183:2 | v |
|---|---|---|---|
| 16:17 38:13 | 9:25 10:2 | 203:14,17,19,24 | |

understanding
16:17 38:13
44:24 47:22
50:11 54:19
57:7 63:10
68:12 72:9,15
73:7 74:16
75:17 77:24
81:12 86:23
87:6 88:2
110:23 119:24
140:11,13
192:12 200:18
217:19
**understood** 11:6
13:13 27:23
196:19
**undisclose**
197:21
**unidentified**
89:24 170:17
202:25
**unified** 7:10
**unique** 90:5
226:12 241:24
**unit** 8:15
**united** 1:1 2:1
8:19 231:13
**units** 246:17,18
**unredacted** 6:9
**unreliability**
232:6
**unreliable**
241:25
**updated** 96:11
████ 161:22
**url** 152:11,17
227:22

**urquhart** 4:14
9:25 10:2
**usage** 125:22
126:22
**usc** 52:21,24
55:15 173:5
180:10
**usc's** 185:22
**use** 23:22 30:2
43:9 44:1,3
52:21 55:13
71:1 78:5 89:18
98:7 100:7
105:20 106:4
125:22 126:22
131:19 141:14
142:22 144:13
144:23 145:24
146:23 153:1,16
154:8 177:20
178:18 180:10
185:22 201:21
202:19 209:15
209:21 210:6
211:8,13 212:2,9
215:24 217:9
218:1,13 219:5
230:7 246:8
**useful** 111:10
**user** 90:18,19
127:24 134:8,10
141:1 143:7
144:1 145:5
154:15,16,18
156:8,9,18,19,25
157:1 159:7
162:1 163:18
164:3,19 182:19

182:21,21 183:2
203:14,17,19,24
204:14,19,20,22
204:23,24,25
205:3,17,21,24
206:7,8,17 214:9
215:2,3 217:15
217:21 218:23
220:18,19
222:14 227:11
228:23 230:8,8
230:13 234:19
235:11 237:20
238:3,15,22
239:7 240:2,25
241:3 242:3
**users** 43:6 45:2
45:16,23 46:3,6
46:8,14 47:7,17
48:1,13 88:13,24
89:1 90:5 97:3,8
127:11,15
133:16 204:3
217:5,7 218:2,13
**uses** 13:3 110:17
125:6,12 126:15
127:14 145:23
202:17 203:3,6,7
203:15,25 209:5
211:15 215:16
216:4
**usual** 228:14
**usually** 71:2,17
71:21 90:11
173:25
**utilize** 228:14

**v**

**vague** 16:14
19:25 21:3,19
37:25 51:17
65:2,7,20 66:22
68:6 72:21 76:2
89:5 92:6 93:1
95:19 97:10
99:2 106:6
108:17 111:17
116:14 117:5
118:8 122:8,25
127:16 128:13
129:6 134:19
138:18 145:19
153:10 154:2,12
156:20 157:10
158:6 170:12
173:14 219:9
227:23
**valid** 80:4 87:6
87:25 94:12,24
97:24 189:24
**validate** 93:19
93:21
**validity** 92:24
97:20 98:21,24
121:10
**value** 72:12,13
115:14 220:10
220:12 222:22
226:4,15 227:10
228:21
**van** 230:18
231:13
**various** 141:8
238:21

Veritext Legal Solutions
866 299-5127

**[vast - website]**

| | | | |
|---|---|---|---|
| **vast** 25:23 26:1 | **violation** 188:6 | **walk** 120:25 | **wants** 13:7 33:14 |
| **verge** 82:14 | 188:23 190:1 | 207:19 | 140:2 |
| **verging** 146:9 | 193:24 194:6 | **want** 11:4 13:1 | **warn** 165:22 |
| **verify** 37:18 | 195:25 196:8 | 16:2,18 17:14,24 | **warning** 166:4 |
| 48:20 93:12 | **virtual** 8:22 24:2 | 18:15,16 20:22 | **washington** 4:18 |
| 175:7 | **virtually** 2:17 | 25:3 28:5 29:3 | **watkins** 7:9 |
| **veritext** 1:23 | 8:8 | 31:17 32:4,19 | **way** 11:4,5 22:9 |
| 8:24 9:1 246:18 | **viruses** 90:10 | 33:22 36:5,24 | 22:10 23:22 |
| 249:8,10,12 | **visit** 133:17 | 40:16 42:18 | 28:20 29:11 |
| **versa** 233:22 | 134:1,2 | 44:1,22 46:22 | 36:22 52:15 |
| 234:7 | **visited** 206:4 | 48:21,21 52:21 | 53:17 54:20 |
| **version** 6:10 | **visiting** 127:25 | 53:4 55:13 | 56:24 71:3,17 |
| 201:25 | 132:11 155:21 | 58:25 61:15,16 | 74:18 82:11 |
| **versus** 8:18 | 204:22 | 71:15 73:14 | 84:4 88:22 |
| 16:12 19:17 | **visual** 10:23 | 74:18 78:4 79:7 | 89:23 90:24 |
| 24:2 98:23 | 11:11 | 81:18 87:4 88:4 | 91:8,11 92:2 |
| **vice** 233:21 | **vocabulary** 78:7 | 88:9 89:9,18 | 112:20 136:17 |
| 234:7 | **voluntarily** | 94:3,5 100:8,13 | 143:25 147:23 |
| **video** 8:12,16 | 228:12 | 100:15,18 | 151:18,19 |
| **videographer** | **vpn** 21:11 | 107:23 108:19 | 155:21 167:1 |
| 4:23 8:4,24 10:5 | **vs** 1:9 2:9 249:4 | 124:14 128:3 | 171:23 174:2 |
| 10:13 83:7,10 | | 131:9,18 138:7 | 176:25 181:19 |
| 109:13,16,23 | **w** | 141:12 143:20 | 181:24 182:22 |
| 110:2,5 150:8,11 | **w3c** 7:4 151:1,3 | 143:21 146:22 | 196:24 198:18 |
| 199:16,19 | 151:21 155:24 | 155:6 160:14,19 | 212:14,16 |
| 229:15,18 | **wait** 11:9 12:23 | 165:25 166:19 | 214:16,19,20 |
| 246:15 | 33:10 44:15 | 171:10 172:12 | 217:6 233:25 |
| **videotaped** 1:15 | 63:23,23,23,24 | 175:17 180:10 | **ways** 127:14 |
| **view** 21:12 39:5 | 66:20 80:18,18 | 187:17 188:12 | 176:25 |
| 100:4 204:25 | 80:18 141:4 | 191:1 198:7 | **we've** 25:8 52:7 |
| **viewed** 13:17 | 162:3 193:3,3,3 | 201:17 203:17 | 64:1 140:3 |
| **violate** 142:3,5 | 193:3 212:3,3,3 | 207:15,18,24 | 146:7 187:18 |
| 157:17 193:12 | 213:21,22,22 | 208:6 210:7,14 | 193:1 198:11 |
| **violated** 192:24 | 215:20 | 217:1,2 219:21 | **web** 159:23 |
| 193:7 | **waived** 249:24 | 219:21,24 | 203:24 224:1 |
| **violating** 193:14 | 249:24 | 242:25 243:19 | **weblogs** 159:24 |
| 194:25 | **waiving** 200:5 | **wanted** 25:18 | **website** 90:10 |
| | 202:12 249:21 | 171:25 241:19 | 128:1 133:17 |

Veritext Legal Solutions
866 299-5127

**[website - wright]**

| | | | |
|---|---|---|---|
| 134:1,2,8,11,11 | **witness** 2:21 | 133:11 134:21 | **word** 65:4 69:18 |
| 154:15,15,17 | 4:24 8:10 10:6,9 | 135:10 136:7,13 | 146:2 197:14 |
| 155:5 203:14,25 | 14:13 17:20 | 137:2 140:5 | 201:21,23 202:1 |
| 204:23 205:6,9 | 19:10 20:1 | 143:19 144:18 | 212:9 |
| 206:4,6,12 219:4 | 21:20 22:13 | 146:7 150:7 | **wording** 78:5 |
| **websites** 133:21 | 27:21 28:16 | 151:13 152:11 | 151:4 |
| 153:2,8,11,12,17 | 31:21 32:9,14 | 153:11 154:3,13 | **words** 12:14 |
| 153:25,25 154:6 | 34:2,9 36:21 | 156:4,23 157:11 | 44:2,2 64:7 |
| 154:19,21 155:9 | 40:2 41:7 42:5 | 158:8,22 160:12 | 111:20 112:5 |
| 155:15,21 | 42:24 43:15,22 | 162:23 163:2 | 126:2 146:3 |
| **wednesday** | 44:20,22 45:20 | 165:1,2,23 | 241:13 244:3 |
| 246:22 247:1 | 46:19 47:16 | 166:13 167:17 | **work** 11:13 |
| **week** 102:16 | 49:3 51:19 | 169:11 170:1,15 | 13:11 14:20 |
| 104:4,18 224:5,6 | 53:14 55:2 | 172:8 173:15,25 | 19:6,11,24 |
| 228:17 | 57:19 59:24,25 | 174:10,20 176:7 | 173:25 188:8 |
| **weeks** 105:6 | 61:13 65:3,8 | 176:14 177:14 | 212:14,17 |
| 112:1 | 66:21,24 67:18 | 179:18 186:2,8 | 214:23 |
| **weird** 77:25 78:2 | 69:1 72:24 | 186:17 187:23 | **worked** 15:13 |
| **welcome** 31:23 | 75:13 76:3,15 | 188:16,25 | 20:4 |
| 192:3 | 77:2,18,18 79:4 | 189:11 190:13 | **working** 20:5,7 |
| **went** 149:8 | 79:20 80:16,24 | 191:8 194:13 | 20:13 27:6 50:8 |
| 161:8 185:11 | 82:5,16 83:6 | 196:2,21 202:22 | 57:7 64:17 94:4 |
| 193:21 | 85:5,20 86:12 | 205:15 206:16 | 104:19 120:6 |
| **west** 12:8,8 | 87:23 88:18 | 207:12 209:19 | 136:16 149:4,5 |
| **whatnot** 71:19 | 91:16 93:17 | 210:24 216:12 | 171:8 180:5 |
| 112:1 | 97:12,15 98:3 | 217:19 222:10 | 186:19 |
| **whatsoever** | 99:12 101:23 | 226:2 227:24 | **works** 95:12 |
| 61:17 | 103:8,9 105:10 | 228:9 235:9 | 109:9 122:6 |
| **whereof** 248:18 | 106:8,17 108:19 | 241:17 242:14 | 136:19 214:19 |
| **window** 206:11 | 110:21 111:18 | 242:18,25 243:3 | 214:21 |
| **wish** 100:3 | 112:24 113:16 | 244:18 245:15 | **world** 223:20 |
| 128:22 142:1 | 114:10 115:2 | 248:12,18 | **worries** 151:16 |
| 172:23 206:21 | 117:7 118:20 | 249:14,17 250:2 | **worry** 145:4 |
| **withdrawing** | 119:2,16 120:16 | 250:5 | **worrying** 141:25 |
| 185:14 | 122:10 123:2 | **witnesses** 35:4 | 141:25 |
| **withheld** 40:21 | 124:9 125:10,25 | 38:25 39:1 | **wrap** 199:12 |
| **withholding** | 127:1,7,18 129:8 | 187:19 193:2 | **wright** 3:16 9:16 |
| 31:6 | 130:12,17 133:2 | 194:9 | 109:22,23 |

Veritext Legal Solutions
866 299-5127

**[writing - zwiebacks]**

**writing**  49:10
104:9 113:1
**writings**  12:20
**written**  63:6
184:20 232:10
**wrong**  59:7
92:19 144:19
201:3 231:4
**wrote**  38:18 63:6
63:7 64:15
79:17 80:12
233:14
**www**  154:23
155:1

**x**

**x**  40:7 123:18,25
124:4,13,22,24
125:13,18
126:14 132:5
133:8 134:16,23
135:19,21,23,25
136:9 139:12
174:23 223:7
**xx**  250:9

**y**

**y**  40:7
**yanchunis**  3:6
9:22
**yeah**  10:19 12:1
13:9 14:17
27:12 30:13
34:22 36:4 37:5
37:5,7 42:18
55:23 56:22
59:4,4,4 69:22
70:8 72:17,17,17
77:1 81:8 82:18

84:3,6,6,6,22,22
84:22 87:11
91:19 95:20
96:20 99:10
101:5,16 102:4
103:6 107:2,2,9
107:15 112:12
117:22 118:8,24
126:10 127:3
130:18 131:4,11
136:22 138:8,10
139:19 140:24
143:5,10,24
150:3 155:4
161:5,10 162:13
163:2 165:17
167:10 174:8
189:20 212:12
217:25 218:7
219:2 225:19
228:3,6 244:5,6
244:14
**years**  20:3 47:24
50:2,7 56:6 94:5
111:14 112:20
113:20 114:13
116:2 120:6
**yep**  69:11
**yesterday**  12:19
**ygi**  8:21
**ygr**  1:10 2:10
**yolo**  2:17 248:3
**york**  3:24,24 4:8
4:8 155:15
204:15 206:22
218:24 238:14
238:16,18

**youtube**  235:23

**z**

**z**  40:7
**zero**  245:11,16
**zervas**  16:9,13
17:1,6
**zip**  12:5
**zoom**  1:15 3:4,11
4:4,13 10:21
11:11
**zwieback**  132:8
132:13,21
133:16,20 134:7
134:15
**zwiebacks**  133:6
133:6

Page 55

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.