1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Materials Should Be Sealed regarding Plaintiffs' Motion to Strike Non-Retained Expert Declarations For Whom Google Provided No Expert Report (Dkts. 704-705). ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Notice of Motion and Motion to Strike Non-Retained Expert Declarations for Whom Google Provided No Expert Report<br><br>Pages: 10:21, 11:9, 11:11-12, 11:14, 11:16 | Gao Declaration ¶¶ 4-5 | |
| Declaration of Alexander Frawley in Support of Plaintiffs' Motion to Strike Non-Retained Employee-Expert Declarations for Whom Google Provided No Expert Report<br><br>Page: 2:8 | Gao Declaration ¶¶ 4-5 | |
| Exhibit 11 to Frawley Declaration - Deposition of George Levitte (Excerpts)<br><br>Page: 71:18, 71:23-25 | Gao Declaration ¶¶ 4-5 | |

**SO ORDERED.**

DATED: _____     _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge