# EXHIBIT 11

## To the Frawley Declaration ISO Plaintiffs' Motion to Strike Non-Retained Expert Declarations

## DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL

```
1            IN THE UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                      SAN JOSE DIVISION
                           ---o0o---
4    CHASOM BROWN, et al.,           )
5    on behalf of themselves and     )
6    all others similarly            )
7    situated,                       )
8            Plaintiffs,             )
9    vs.                             ) Case No.
10   GOOGLE LLC,                     ) 5:20-cv-03664-LHK
11           Defendant.              )
     _____ )
12                       CONFIDENTIAL
13                         ---o0o---
14              Videotaped Zoom Deposition of
15                      GEORGE LEVITTE
16               Tuesday, March 15, 2022
17                         ---o0o---
18
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Veritext Job No.: 5130921
```

Page 1

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
                          ---o0o---
 4   CHASOM BROWN, et al.,       )
 5   on behalf of themselves and )
 6   all others similarly        )
 7   situated,                   )
 8          Plaintiffs,          )
 9   vs.                         ) Case No.
10   GOOGLE LLC,                 ) 5:20-cv-03664-LHK
11          Defendant.           )
     _____)
12
13           BE IT REMEMBERED that, pursuant to Notice, and
14   on Tuesday, the 15th day of March, 2022, commencing at
15   the hour of 9:08 a.m., thereof, in New York City, New
16   York, before me, KATY E. SCHMIDT, a Certified Shorthand
17   Reporter in and for the County of Yolo, State of
18   California, there virtually personally appeared
19
20                       GEORGE LEVITTE
21   called as a witness herein, who, being by me first duly
22   sworn, was thereupon examined and interrogated as
23   hereinafter set forth.
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1   APPEARANCES:
 2   For The Brown Plaintiffs:
 3                (Appeared via Zoom)
 4            MORGAN & MORGAN
             BY: RYAN MCGEE, Esq.
 5           201 North Franklin Street, Suite 700
             Tampa, Florida 33602
 6           813.223.0931
 7           rmcgee@forthepeople.com
                     (Appeared via Zoom)
 8           BOIES SCHILLER FLEXNER LLP
 9           BY: MARK MAO, Esq.
             44 Montgomery Street, 41st Floor
10           San Francisco, California 94104
             415.293.6800
11           mmao@bsfllp.com
12
     For the Calhoun Plaintiffs:
13                (Appeared via Zoom)
14           SIMMONS HANLY CONROY
             BY: JASON "JAY" BARNES, Esq.
15           One Court Street
             Alton, Illinois 62002
16           618.693.3104
             jaybarnes@simmonsfirm.com
17
18   For The Defendants:
                  (Appeared via Zoom)
19           QUINN EMANUEL URQUHART & SULLIVAN LLP
             BY: TEUTA FANI, Esq.
20           BY: CRYSTAL NIX-HINES, Esq.
             1300 I Street NW, Suite 900
21           Washington DC 20005
             teutafani@quinnemanuel.com
22
23   Also present:
24           Sean Grant, Videographer
25           Matthew Gubiotti, In-house counsel
```

Page 3

```
 1                INDEX OF EXAMINATION
 2                      ---o0o---
 3                                                    Page
 4    Examination by Mr. McGee                         08
 5                      ---o0o---
 6
 7           QUESTIONS INSTRUCTED NOT TO ANSWER
 8
 9                   Page       Line
10                    22         20
11
12                      ---o0o---
13
14
15
16
17
18
19
20
21
22
23
24
25
```

INDEX OF EXHIBITS

---o0o---

| Number | | Page |
|---|---|---|
| Exhibit 1 | Declaration of George Levitte Regarding Google Ad Manager Profits in Opposition to Plaintiffs' Motion for Class Certification | 06 |
| Exhibit 2 | Defendant's Amended Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | 18 |

---o0o---

```
 1                    NEW YORK CITY, NEW YORK

 2               TUESDAY, MARCH 15, 2022; 9:08 A.M.

 3                          ---o0o---

 4                   (Plaintiffs' Exhibit 1 was

 5                   marked for identification.)

 6          THE VIDEOGRAPHER:  Good afternoon.  We're on     09:08

 7   the record.  The time is 12:08 p.m. Eastern standard   09:08

 8   time and the date is March 15th, 2022.                 09:08

 9          This begins the videotaped deposition of        09:09

10   George Levitte.  This deposition is being taken by     09:09

11   counsel for plaintiffs in the matter of Chasom Brown,  09:09

12   et al. versus Google, LLC.  This case is filed in the  09:09

13   United States District Court, Northern District of     09:09

14   California, San Jose division, Case No. 4 colon 20 dash 09:09

15   CV dash 03664 dash YGR dash SVK, and is being held     09:09

16   remotely by Veritext.                                  09:09

17          My name is Sean Grant from the firm Veritext.   09:09

18   I'm the videographer.                                  09:09

19          And the court reporter is Kathryn Schmidt,      09:09

20   also from Veritext.                                    09:09

21          Please note that audio and video recording      09:09

22   will take place unless all parties have agreed to go off 09:09

23   the record.                                            09:09

24          At this time will counsel please identify       09:09

25   themselves and state whom they represent, beginning with 09:09
```

| | | |
|---|---|---|
| 1 | fine. | 11:14 |
| 2 | BY MR. MCGEE: | 11:14 |
| 3 |     Q.   Mr. Levitte, any other functional differences | 11:14 |
| 4 | that you can testify to between AdSense and Ad Manager? | 11:14 |
| 5 |     A.   Ad Manager in general has a lot more settings | 11:14 |
| 6 | and controls for the publisher to use because it is | 11:14 |
| 7 | geared towards advanced publishers, whereas AdSense is | 11:14 |
| 8 | far more simplified because it is trying to be usable by | 11:14 |
| 9 | smaller publishers. | 11:15 |
| 10 |     Q.   Mr. Levitte, are you familiar with what | 11:15 |
| 11 | cookies are used by Google Ad Manager? | 11:15 |
| 12 |       MS. FANI:  Objection.  Vague. | 11:15 |
| 13 |       THE WITNESS:  Sorry.  When you say what | 11:15 |
| 14 | cookies, could -- could you clarify what you mean? | 11:15 |
| 15 | BY MR. MCGEE: | 11:15 |
| 16 |     Q.   Sure. | 11:15 |
| 17 |     The cookie -- you've previously testified that | 11:15 |
| 18 | there are cookies that are set when a user visits a | 11:15 |
| 19 | website. | 11:15 |
| 20 |     So I'm wondering what cookies Ad Manager uses | 11:15 |
| 21 | in that context? | 11:15 |
| 22 |       MS. FANI:  Same objection. | 11:15 |
| 23 |       THE WITNESS:  I am not familiar with all of | 11:16 |
| 24 | the cookies that Ad Manager uses.  I am familiar with | 11:16 |
| 25 | Biscotti. | 11:16 |

```
1    BY MR. MCGEE:                                              11:16
2        Q.   Are you familiar with -- or do you know -- let    11:16
3    me ask it this way:  Do you know any other cookies aside   11:16
4    from Biscotti that are used by Ad Manager?                 11:16
5             MS. FANI:  Objection.  Vague.                     11:16
6             THE WITNESS:  I'm not a serving engineer or a     11:16
7    tagging engineer, so I don't know specifically what        11:16
8    cookies we use.                                            11:16
9    BY MR. MCGEE:                                              11:16
10       Q.   And what about for AdSense, does AdSense also     11:16
11   use Biscotti cookies?                                      11:16
12            MS. FANI:  Same objection.                        11:16
13            THE WITNESS:  Same response.  I'm not a           11:16
14   serving engineer or a tagging engineer, and so I'm not     11:16
15   really certain which cookies that tag sets or reads.       11:16
16   BY MR. MCGEE:                                              11:17
17       Q.   Are you familiar with a function called           11:17
18   ██████████?                                                11:17
19            MS. FANI:  Objection.  Lacks foundation.          11:17
20   Vague.                                                     11:17
21   BY MR. MCGEE:                                              11:17
22       Q.   Just asking if you're familiar with something     11:17
23   called ██████████.                                         11:17
24            Have you ever heard the word ██████████ or        11:17
25   the term ██████████ used?                                  11:17
```

| | | |
|---|---|---|
| 1 | MS. FANI: Same objection -- | 11:17 |
| 2 | THE WITNESS: I don't know -- I don't know | 11:17 |
| 3 | what that is. | 11:17 |
| 4 | BY MR. MCGEE: | 11:17 |
| 5 | Q. Are you familiar -- let me back this up. | 11:17 |
| 6 | Have you ever heard of any functionality on a | 11:17 |
| 7 | browser that would restrict third-party cookies from | 11:17 |
| 8 | being set? | 11:17 |
| 9 | MS. FANI: Objection. Vague. | 11:18 |
| 10 | THE WITNESS: Yes. | 11:18 |
| 11 | BY MR. MCGEE: | 11:18 |
| 12 | Q. What is your basis? | 11:18 |
| 13 | A. I believe that many browsers have some setting | 11:18 |
| 14 | that allows a user to control how the browser handles | 11:18 |
| 15 | third-party cookies. | 11:18 |
| 16 | Q. When people visit non-Google websites, are the | 11:18 |
| 17 | Google Ad Manager cookies blocked by those third-party | 11:18 |
| 18 | cookie control settings you testified about? | 11:18 |
| 19 | A. If the user visits a non-Google site and that | 11:19 |
| 20 | site is using our ad tag, then we would be a | 11:19 |
| 21 | third-party domain, and I believe we would be subject | 11:19 |
| 22 | to whatever settings the browser has for handling | 11:19 |
| 23 | cookies from third-party domains. | 11:19 |
| 24 | Q. Are you sure about that or is that just your | 11:19 |
| 25 | general understanding? | 11:19 |