# Exhibit 1 to Mao Declaration

# Filed Under Seal