UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal Portions of Google's Opposition to Plaintiffs' Motion to Strike Non-Retained Expert Declarations for Whom Google Provided No Expert Report ("Google's Opposition").  Having considered Google's Opposition, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google's Opposition to Plaintiffs' Motion to Strike Non-Retained Expert Declarations for Whom Google Provided No Expert Report<br><br>Pages: 12:12-14, 13:26-27 | Fortenbery Declaration ¶ 6 | |
| Exhibit 3 Schapiro Declaration (Excerpts of 6/16/2021 G. Berntson Deposition)<br><br>Pages: 4:12, 4:18, 4:21, 121:9-11, 121:13-21, 122:10-24, 123:1-4, 123:10-11, 123:13-14, 123:16, 123:18, 123:20, 124:1, 124:3, 124:9-12, 124:23, 125:6-7, 125:10, 125:18, 390:1-2, 390:15, 390:20 395:24, 396:14 | Fortenbery Declaration ¶ 6 | |

**SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge