**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al*, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF ANDREW SCHAPIRO IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE NON-RETAINED EXPERT DECLARATIONS FOR WHOM GOOGLE PROVIDED NO EXPERT REPORT**<br><br>The Honorable Yvonne Gonzalez-Rogers<br>Courtroom 1 – 4th Floor<br>Date: October 11, 2022<br>Time: 2:00 pm |

I, Andrew H. Schapiro, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Illinois and admitted to practice *pro hac vice* in the Northern District of California by this Court. Dkt. 37. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' December 23, 2020 First Set of Interrogatories to Google.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' October 7, 2020 First Set of Requests for Admissions to Google.

4. Attached hereto as **Exhibit 3** is a true and correct copy of transcript excerpts from the June 16, 2021 deposition of Glenn Berntson in this matter.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Google's September 17, 2021 Verification of Google's Responses and Objections to Plaintiffs' Interrogatory No. 10.1.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Google's September 1, 2021 Verification of Google's Responses and Objections to Plaintiffs' Interrogatory Nos. 10.2 & 11.

7. Attached hereto as **Exhibit 6** is a true and correct copy of transcript excerpts from the March 23, 2022 deposition of Steve Ganem in this matter.

8. Attached hereto as **Exhibit 7** is a true and correct copy of transcript excerpts from the March 15, 2022 deposition of George Levitte in this matter.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a document Google produced in this matter as GOOG-BRWN-00000302.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Chicago, Illinois on September 14, 2022.

| | | |
|---|---|---|
| 1 | DATED: September 14, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By   /s/ *Andrew H. Schapiro* |
| 5 | | Andrew H. Schapiro<br>*Attorney for Defendant* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28