# EXHIBIT 3

# Redacted Version of Document Sought to be Sealed

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

- - -

| | | |
|---|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated, | : | Case No. 5:20-cv-03664-LHK |
| | : | CONFIDENTIAL |
| Plaintiffs, | : | |
| v. | : | |
| GOOGLE, LLC, | : | |
| Defendant. | : | |

- - -

Wednesday, June 16, 2021

- - -

Videotaped 30(b)(6) deposition of GLENN BERNTSON held pursuant to notice, beginning at 10:27 AM, on the above date, and recorded stenographically by Constance S. Kent, a Certified Court Reporter, Registered Professional Reporter and Notary Public.

* * *

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



A P P E A R A N C E S:

BOIES SCHILLER FLEXNER LLP
BY: MARK C MAO, ESQ
BEKO REBLITZ-RICHARDSON, ESQ
44 Montgomery Street, 41st Floor
San Francisco, California 94104
(415) 293-6800
mmao@bsfllp com
brichardson@bsfllp com
Attorneys for Plaintiffs

BOIES SCHILLER FLEXNER LLP
BY: ROSSANA BAEZA, ESQ
(pro hac vice)
100 SE 2nd Street, 28th Floor
Miami, Florida 33131
(305) 539-8400
rbaeza@bsfllp com
Attorney for Plaintiffs

MORGAN & MORGAN
BY: RYAN McGEE, ESQ
201 N Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
rmcgee@forthepeople com
Attorney for the Plaintiff

SUSMAN GODFREY L L P
BY: ALEXANDER FRAWLEY, ESQ
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 789-3100
afrawley@susmangodfrey com
Attorneys for Plaintiffs

APPEARANCES, continued

QUINN EMANUEL URQUHART & SULLIVAN, LLP
BY: STEPHEN BROOME, ESQUIRE
JOSEF ANSORGE, ESQUIRE
1300 I Street, NW, Suite 900
Washington, D.C. 20005
(202) 538.8000
stephenbroome@quinnemanuel.com
josefansorge@quinnemanuel.com
Counsel for Defendants

ALSO PRESENT:

Matthew Gubiotti, Esquire
In-house counsel for Google
Jay Bhatia
Chris Thompson, 233 Analytics, LLC
Adam Depew, Video Specialist
Noah Fox, Trial Technician

- - -
INDEX
- - -

Testimony of: GLENN BERNTSON

| | |
|---|---|
| By Mr Mao | 9 |
| By Mr Broome | 372 |
| By Mr Mao | 378 |

- - -
EXHIBITS
- - -

| NO | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Plaintiff's Notice of 30(b)(6) Deposition | 10 |
| Exhibit 2 | Confidential-Google Display Server for [redacted] by [redacted], Bates GOOG-BRWN-000029458 | 15 |
| Exhibit 3 | Highly Confidential-Document Entitled Fantastic Identifiers and Where to Find Them, Bates GOOG-BRWN- 00078278 through 78385 | 107 |
| Exhibit 4 | Confidential-Document entitled [redacted], Bates GOOG-BRWN- 00027305 through 27313 | 124 |
| Exhibit 5 | Confidential-Document, http://g[redacted]- coverage-ratio, GOOG-BRWN-00026161 through 26168 | 193 |

| NO | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 6 | Highly Confidential-Document entitled Biscotti Identifiers, Bates GOOG-BRWN-00078361 through 78363 | 222 |
| Exhibit 7 | Highly Confidential-Document entitled GFP Cookies, Bates GOOG-BRWN-00078370 through 78371 | 258 |
| Exhibit 8 | Confidential-Document entitled Logs Sources and Access Types, Bates GOOG-BRWN-00029445 through 29453 | 302 |
| Exhibit 9 | Confidential-Document entitled Chrome Logs, Bates GOOG-BRWN-00029381 through 29385 | 312 |
| Exhibit 10 | Highly Confidential-Document entitled Unified ID Linkage Service, Bates GOOG-BRWN-00078389 through 78390 | 335 |
| Exhibit 11 | Confidential-Document entitled Google Analytics, Backend Core Processing Pipelines, GOOG-BRWN- 00078439 through 78452 | 350 |
| Exhibit 12 | Documents reviewed by Mr Berntson in preparation for deposition (not attached) | 356 |
| Exhibit 13 | Berntson Fact Sheet (not attached) | 357 |



| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 14 | Documents reviewed by Mr. Berntson (not attached) | 365 |

- - -

DEPOSITION SUPPORT INDEX

- - -

Direction to Witness Not to Answer
Page Line Page Line Page Line
None

Request for Production of Documents
Page Line Page Line Page Line
None

Stipulations
Page Line Page Line Page Line
None

Question Marked
Page Line Page Line Page Line
None

THE VIDEOGRAPHER: We are now on the record.

This begins videotape No. 1 in the deposition of Glenn Berntson in the matter of Chasom Brown, et al., versus Google, LLC.

Today is June 16th, 2021, and the time is 10:27 AM. This deposition is being taken at a remote location.

The videographer is Adam Depew of Magna Legal Services and the court reporter is Connie Kent of Magna Legal Services.

All counsel present will be noted on the stenographer's record.

Will the court reporter please swear in the witness.

GLENN BERNTSON, having been first duly sworn, was examined and testified as follows:

MR. BROOME: Hey, Mark, actually, before you get started

just a couple housekeeping items.

One, as we noted, you know, Google generally objects to using Zoom due to security concerns, and also Google objects to using non-Google platforms for sharing documents for the same reason, particularly for sharing Google confidential business information and so we'd just like to note those objections on the record and request that going forward we use non-Zoom platforms and -- and Google Drive for sharing documents.

And then finally we'll designate this transcript confidential.

MR. MAO: Thank you. We'll take those under consideration.

- - -

E X A M I N A T I O N

- - -

BY MR. MAO:



they can use that STK to get ads from Ad Manager that are then displayed in their site.

When the Ad Manager STK is running inside Chrome, it has access to properties that Chrome makes available to code running on pages, including Ad-ID.

Q. Does the Ad-ID generally pass as part of an ad request?

A. If it is available.

Q. On a -- on a browser?

A. Yeah, if your -- if a Chrome browser is running on your Windows desktop, there's no Ad-ID, so it's not passed because it's not available.

Q. Oh. But if it's on my mobile device, then it's available is -- is the distinction you're making?

A. Yeah.

Q. I see.

So in terms of this -- the, you know, just before we were looking at Exhibit No. 2 and we were talking about the front end of -- of Google for ad

requests, at -- at what point within this initial request does a mobile device ask for the Ad-ID? I'm sorry, when does -- when does the mobile device actually pass the Ad-ID to the Ad Manager for purposes of serving that? And -- and let me break it down a little bit, be more specific. Is it part of this ad request or is it a separate process that's running outside of this -- this request? Does that make sense? Because, you know, the request to me at least, it's -- it's part of the -- the load, right? Is there another thing that says -- another process that says, hey, you know, I am Ad-ID 123, serve me an app?

MR. BROOME: Object to the form.

BY MR. MAO:

Q. That's my question.

A. I don't actually understand a question from that. That was a long statement with a question mark at the end. I don't know how to respond.

Q. Right. So as part of a mobile display ad request, when does Ad Manager actually receive the Ad-ID and then how?

A. Okay. So it's the STK running client side that will collect the various signals that are required to serve an ad, and if Ad-ID is available, they'll collect that, if Biscotti is available, that will be sent on the ad request as well.

So it's not the -- the mobile device that's doing it, it's the STK running in the mobile device, and it could be in the context of a web page in Chrome and it could be in the context of an app that is integrated another Google STK.

The ad request that it sent to Google will contain a number of different parameters, including who is the publisher, you know, what is the name of the app or the URL of the website they want to serve an ad into and whatever IDs

are available.

A thing that's really important to note, though, is we've designed our systems so that none of our ad-serving logic has direct access to an ID. And you recall we talked about a request coming into Google, it hits GFE, and then it goes to GWS and then it goes to [redacted]

There's a part of [redacted] called [redacted] and it's one of the very first bits of code that runs inside [redacted]. And what it does is it [redacted]

And we designed this system because we have a number of internal policies at Google that say you can't

reidentify users, you can't combine logged-in users and non-logged-in users, and that goes with what we call a data minimization philosophy that we design our systems very explicitly to make available only the information that's necessary to run the business, because at the end of the day, we believe it's important to protect user privacy.

One of the things tha [redacted]

[redacted] And in this case of Android, we're only using the Biscotti ID in the particular case that I just described.

Q. Got it.

So then let's stick with [redacted] (sic) and did I say it right, is it [redacted] --

A. Uh-huh.

Q. -- and then [redacted]?

A. [redacted] is the full name.

Q. Oh, [redacted] Okay. Super helpful.

A. Yeah, [redacted].

Q. Now I recognize it. Okay. So -- so if the [redacted] does not --

A. Could I -- could I also note --

Q. Sure.

A. -- that there's a document

in here called [redacted] is a code name for the logic that runs inside [redacted] I'd have to look up --

Q. Got it. Yeah, I dropped it in. It was going to be Exhibit No. 4 actually. Yeah, I dropped it in there for you.

Sorry. Is that what you were going to say about [redacted]?

A. Yeah. [redacted] is the guts of [redacted]

Q. I see. So when did [redacted] actually roll out?

A. I don't know what you mean by "roll out."

Q. Sorry. Because -- because if you look at Exhibit No. 4, and we'll just introduce Exhibit No. 4, which is -- starts with 27305. You can see that in there?

(Exhibit No. 4, Confidential-Document entitled [redacted], Bates GOOG-BRWN-00027305 through 27313, was marked

for identification.)

BY MR. MAO:

Q. If you look at the top it says:

"This page contains the original [redacted] design. For up-to-date information on current [redacted] components, please refer to."

So the reason I was asking is because I don't know if [redacted] is a current project, a project in process --

A. Yeah.

Q. -- or if it's an old --

A. Yeah.

Q. -- project in which it was documented but then modified?

A. Yeah. The very first version of [redacted] I believe rolled out in 2017 -- 2016. It was 2016 or 2017. And it has been in active development ever since then. It is -- it is a central part of Display Ad serving. Actively in use.

Q. Got it.

MAGNA LEGAL SERVICES

```
                                          Page 390                                             Page 391
 1    about ████████, did you actually             1    right.  Well, thank you,
 2    prepare for the topic of ████████            2    everybody.  Thank you, Connie.
 3    before you came to testify here today?       3    Our condolences.  And Adam, Mark,
 4         A.   It was a topic that was            4    thank you.  And see you all next
 5    covered briefly in one of my discussions.    5    time.
 6         Q.   Is that topic for Chris Law?       6         THE VIDEOGRAPHER:  Let me
 7    Sorry, Chris -- Chris Liao or is that a      7    take us off the record.  Hold on.
 8    topic in which you are prepared to           8         The time is now 7:34 PM, and
 9    discuss in terms of how that is actually     9    we are going off the record.
10    formed?                                     10         (Witness excused.)
11         MR. BROOME:  Objection to              11         (Deposition concluded at
12    form.                                       12    approximately 7:34 PM.)
13         THE WITNESS:  I believe -- I           13
14    believe I answered the question as          14
15    it relates to how ████████                  15
16    works, what IDs are used and the            16
17    use cases that it supports.  I              17
18    don't know what additional                  18
19    information you're looking for as           19
20    it relates to ████████.                     20
21         MR. MAO:  I have no further            21
22    follow-up.  Again, I reserve my             22
23    rights.                                     23
24         MR. BROOME:  Okay.  All                24
```

```
                                          Page 392                                             Page 393
 1                                                 1         INSTRUCTIONS TO WITNESS
 2              CERTIFICATE                        2
 3                                                 3         Please read your deposition
 4         I HEREBY CERTIFY that the               4    over carefully and make any necessary
      witness was duly sworn by me and the         5    corrections.  You should state the reason
 5    within deposition is a true and accurate     6    in the appropriate space on the errata
      transcript of the stenographic notes of     7    sheet for any corrections that are made.
 6    the testimony given by the witness.          8         After doing so, please sign
 7                                                 9    the errata sheet and date it.
         It was requested before                  10         You are signing same subject
 8    completion of the deposition that the       11    to the changes you have noted on the
      witness, GLENN BERNTSON, have the           12    errata sheet, which will be attached to
 9    opportunity to read and sign the            13    your deposition.
      deposition transcript.                      14         It is imperative that you
10                                                15    return the original errata sheet to the
11    ████████                                    16    deposing attorney within thirty (30) days
12    _____                            17    of receipt of the deposition transcript
      Certified Court Reporter                    18    by you.  If you fail to do so, the
13    Registered Professional Reporter            19    deposition transcript may be deemed to be
      Certified LiveNote Reporter                 20    accurate and may be used in court.
14    and Notary Public                           21
15    Dated: June 20, 2021                        22
16                                                23
17                                                24
18
19
20         (The foregoing certification
21    of this transcript does not apply to any
22    reproduction of the same by any means,
23    unless under the direct control and/or
24    supervision of the certifying reporter.)
```



99 (Pages 390 to 393)

**ERRATA SHEET FOR THE TRANSCRIPT OF**

**Case:** Calhoun, et al. v. Google LLC

**Deposition Date:** June 11, 2021

**Deponent:** David Monsees

| Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|
| 27:21; 174:12, 17; 175:1; 178:17; 181:5; 244:4, 15, 19, 21; 253:14; 309:22 | STKs | SDKs | transcription error |
| 28:11, 15; 37:5: 38:8; 88:6, 10, 15; 97:19; 102:5; 105:8; 117:22, 23; 118:1, 4; 120:5, 14, 18; 131:7, 8; | STK | SDK | transcription error |

| cont Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|
| 158:4; 172:19, 22; 174:20, 23; 175:6; 176:3, 8, 9, 12, 18, 20, 23; 226:5; 228:5; 245:1, 2, 4, 13; 254:21, 22; 255:3, 8, 13, 15; 256:19; 274:7, 8, 10, 13; 276:13; 277:19; 310;10 | STK | SDK | transcription error |
| 54:9, 11, 12, 14, 18, 19, 23, 24; 55:6, 10, 17; 56:3, 7, 9; 58:3, 9; 59:3, 5, 10; 61:4, 11, 12; 62:2, 8, 11, 13, 16, 17, 22; | [redacted] | | transcription error |

| cont Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|
| 63:2, 3, 8, 10; 65:24; 66:2; 68:24; 69:2; 71:13, 15; 121:9, 10, 13; 126:5, 15; 243:4, 7; 294:3, 4; 298:20, 23; 299:2, 4, 5; 300:23; 331:1, 3 | [redacted] | | transcription error |
| 88:6 | A, the | The | transcription error |
| 107:10 | 00078278 | 00078378 | transcription error |
| 109:12 | up-to-date | out-of-date | misspoke |
| 157:19 | If Biscotti | A Biscotti | transcription error |
| 166:11; 202:23; 203:3; 15 | conversations | conversions | transcription error |
| 204:6 | conversation | conversion | transcription error |

Signature of Deponent

7/27/2021

Date

DocuSign Envelope ID: F91DE405-B1BA-4EF0-9A63-B042ABFFA585 Case 4:20-cv-03664-YGR Document 747-4 Filed 09/14/22 Page 9 of 9

Page 398

ACKNOWLEDGMENT OF DEPONENT

I, Glenn Berntson, do hereby certify that I have read the foregoing pages, 1 - 396, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the enclosed Errata Sheet.

7/27/2021

GLENN BERNTSON DATE

Page 399

LAWYER'S NOTES

PAGE LINE

100 (Pages 394 to 399

MAGNA LEGAL SERVICES