# EXHIBIT 5

## VERIFICATION OF DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORY NOs. 10.2 & 11

I have read Defendant's Responses and Objections to Plaintiffs' Interrogatory Nos. 10.2 and 11, and I am familiar with the contents. I am employed by Google, LLC as an Engineering Director, and I am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe that the facts stated in Defendant's Responses and Objections to Plaintiffs' Interrogatories Nos. 10.2 and 11 are true and correct and on that ground aver that the matters stated herein are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2021 at 11:15 AM ET

Dated: September 1, 2021

By _[signature]_

Glenn Berntson