# EXHIBIT 6

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4    CHASOM BROWN, WILLIAM BYATT,        )

      JEREMY DAVIS, CHRISTOPHER CASTILLO,)

 5    and MONIQUE TRUJILLO, individually  )

      and on behalf of all others        )

 6    similarly situated,                 )

           Plaintiffs,                    )

 7                                        )  Case No.:

           vs.                            )  5:20-cv-03664-LHK-SVK

 8                                        )

      GOOGLE, LLC,                        )

 9         Defendant.                     )

      _____)

10

11

12

13

14                     CONFIDENTIAL

15      VIDEO-RECORDED REMOTE DEPOSITION OF STEVE GANEM

16               Huntington Beach, California

17          Wednesday, March 23, 2022; 12:37 p.m.

18

19

20

21

22    REPORTED BY:

23    Victoria A. Guerrero, CSR, RPR, RMR, CRR

24    Job No. 5130916

25    Pages 1 - 113
```

Page 1

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4     CHASOM BROWN, WILLIAM BYATT,       )

       JEREMY DAVIS, CHRISTOPHER CASTILLO,)

 5     and MONIQUE TRUJILLO, individually )

       and on behalf of all others       )

 6     similarly situated,               )

             Plaintiffs,                  )

 7                                        )  Case No.:

       vs.                                )  5:20-cv-03664-LHK-SVK

 8                                        )

       GOOGLE, LLC,                       )

 9           Defendant.                   )

                                          )

10     _____)

11

12

13

14

15

16          BE IT REMEMBERED that, pursuant to Federal

17     Rules of Civil Procedure, the deposition of STEVE

18     GANEM was taken before Victoria A. Guerrero,

19     California Certified Shorthand Reporter, Registered

20     Merit Reporter, and Certified Realtime Reporter, on

21     Wednesday, March 23, 2022, commencing at the hour of

22     12:37 p.m., the witness responding to questions by

23     videoconference from Huntington Beach, California;

24     the questions being propounded and proceedings

25     reported remotely via videoconference.
```

Page 2

CONFIDENTIAL

```
 1      R E M O T E   A P P E A R A N C E S:
 2
 3      FOR THE PLAINTIFFS:
 4              BOIES SCHILLER FLEXNER
                ERIKA NYBORG-BURCH
 5              BEKO REBLITZ-RICHARDSON
                MARK MAO
 6              44 Montgomery Street, 41st Floor
                San Francisco, California  94104
 7              T 415.293.6800
                enyborg-burch@bsfllp.com
 8              brichardson@bsfllp.com
                mmao@bsfllp.com
 9
10      FOR THE PLAINTIFFS IN "CALHOUN V GOOGLE":
11              BLEICHMAR FONTI AND AULT
                ANGELICA M. ORNELAS
12              555 12th Street, Suite 1600
                Oakland, California  94607
13              T 415.445.4011
                aornelas@bfalaw.com
14
15      FOR THE DEFENDANTS:
16              QUINN EMANUEL URQUHART & SULLIVAN, LLP
                ALY OLSON
17              STEPHEN BROOME
                865 Figueroa Street, Tenth Floor
18              Los Angeles, California  90017
                T 213.443.3000  F 213.443.3100
19              alyolson@quinnemanuel.com
                stephenbroome@@quinnemanuel.com
20
21
22      ALSO PRESENT:
23              Matthew Gubiotti, Google in-house counsel
24              Sean Grant, Videographer
25
```

Page  3

```
 1                    INDEX TO EXAMINATION

 2                WITNESS:  STEVE GANEM

 3

 4      EXAMINATION:                        PAGE    LINE

        By Ms. Nyborg-Burch                   7      14

 5

 6                        *  *  *

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                          Page  4
```

CONFIDENTIAL

```
1                   INDEX TO EXHIBITS
2                     STEVE GANEM
3              Brown, et al. vs. Google
4             Wednesday, March 23, 2022
5        Victoria A. Guerrero, CSR, RPR, RMR, CRR
6
     MARKED              DESCRIPTION            PAGE   LINE
7
     Exhibit 1      Life of a Visit;            28     9
8                   GOOG-BRWN-00026812 through
                    26830
9
     Exhibit 2      Google Analytics:  Starting 41    15
10                  Conversation;
                    GOOG-CABR-00381312 through
11                  00381576
12   Exhibit 3      Declaration of Steve Ganem  60     1
                    Regarding Google Analytics in
13                  Opposition to Plaintiffs'
                    Motion for Class Certification
14                  (No Bates)
15   Exhibit 4      Slide deck produced by      71    10
                    S. Pothana; GOOG-BRWN-00550613
16                  through 00550644
17   Exhibit 5      6/25/21 email to S. Pothana 91     9
                    from S. Ganem;
18                  GOOG-BRWN-00597920 through
                    00597922
19
20                      * * *
21
22
23
24
25
                                            Page 5
```

CONFIDENTIAL

```
 1              Wednesday, March 23, 2022; 12:37 p.m.

 2              Huntington Beach, California

 3                        ooOoo

 4          THE VIDEOGRAPHER:  Good afternoon.  We're      12:37:19

 5    on the record.  The time is 12:37 p.m. and the date   12:37:24

 6    is March 23rd, 2022.  This is the videotaped          12:37:28

 7    deposition of Steve Ganem.  This deposition is being  12:37:34

 8    taken on behalf of counsel for plaintiff in the       12:37:37

 9    matter of Brown, Chasom vs. Google LLC.  This case    12:37:40

10    is filed in the United States District Court,         12:37:45

11    Northern District of California, Case                 12:37:46

12    No. 5:20-cv-03664-LHK-SVK, and is being held          12:37:49

13    remotely by Veritext.                                 12:38:00

14          My name is Sean Grant from the firm             12:38:01

15    Veritext, I'm the videographer.  And the court        12:38:03

16    reporter is Victoria Guerrero, also from Veritext.    12:38:05

17          Please note that audio and video recording      12:38:09

18    will take place unless all parties have agreed to go  12:38:11

19    off the record.                                       12:38:15

20          At this time, will counsel please identify      12:38:16

21    themselves and state whom they represent beginning    12:38:19

22    with Ms. Nyborg-Burch?                                12:38:22

23          MS. NYBORG-BURCH:  Erica Nyborg-Burch from      12:38:27

24    Boies Schiller Flexner for plaintiff.  And with me    12:38:34

25    on behalf of plaintiffs also from Boies Schiller      12:38:34
```

Page 6

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Flexner are Beko Reblitz-Richardson and Mark Mao. | 12:38:34 |
| 2 | MS. OLSON:  Aly Olson from Quinn Emanuel, | 12:38:37 |
| 3 | counsel for Google.  With me is Stephen Broome, also | 12:38:39 |
| 4 | from Quinn Emanuel; and Matthew Gubiotti, in-house | 12:38:44 |
| 5 | counsel at Google. | 12:38:47 |
| 6 | THE VIDEOGRAPHER:  Thank you.  Will the | 12:38:50 |
| 7 | certified court reporter please swear in the | 12:38:50 |
| 8 | witness? | 12:38:52 |
| 9 | ooOoo | 12:38:52 |
| 10 | Whereupon, STEVE GANEM, having first been | 12:38:52 |
| 11 | sworn by the California Certified Shorthand | 12:38:52 |
| 12 | Reporter, testified under oath as follows: | 12:38:52 |
| 13 | | 12:38:52 |
| 14 | EXAMINATION | 12:38:52 |
| 15 | | 12:38:52 |
| 16 | BY MS. NYBORG-BURCH: | 12:39:08 |
| 17 | Q    Good afternoon.  Please state your full | 12:39:09 |
| 18 | name. | 12:39:11 |
| 19 | A    Steve Ganem. | 12:39:16 |
| 20 | Q    And you've been deposed before, correct? | 12:39:17 |
| 21 | A    Yes. | 12:39:18 |
| 22 | Q    And do you understand that you're under | 12:39:19 |
| 23 | oath today? | 12:39:21 |
| 24 | A    I do. | 12:39:27 |
| 25 | Q    And is there any reason you cannot testify | 12:39:28 |

Page 7

| | | |
|---|---|---|
| 1 | (Exhibit 3, Declaration of Steve Ganem | 14:29:50 |
| 2 | Regarding Google Analytics in Opposition to | 14:29:51 |
| 3 | Plaintiffs' Motion for Class Certification | 14:29:51 |
| 4 | (No Bates), was marked.) | 14:29:51 |
| 5 | BY MS. NYBORG-BURCH: | 14:29:52 |
| 6 | Q    I should be introducing Exhibit 3.  Can you | 14:30:01 |
| 7 | let me know when you have that in front of you? | 14:30:04 |
| 8 | A    I'll let you know.  Are we done with | 14:30:06 |
| 9 | Exhibit 2? | 14:30:09 |
| 10 | Q    Yes, thank you. | 14:30:10 |
| 11 | A    I'll let you know when I see Exhibit 3 show | 14:30:23 |
| 12 | in the drive folder. | 14:30:26 |
| 13 | Q    Thank you so much. | 14:30:27 |
| 14 | A    I just saw it appear. | 14:30:30 |
| 15 | Q    And as you will see, Exhibit 3 is a copy of | 14:30:32 |
| 16 | your declaration from the Calhoun matter. | 14:30:37 |
| 17 | Do you recognize Exhibit 3? | 14:30:42 |
| 18 | A    Yes, I recognize it. | 14:30:53 |
| 19 | Q    Okay.  And I'm going to ask you if you | 14:30:55 |
| 20 | could please turn to paragraph 24(a)? | 14:30:58 |
| 21 | A    I see it.  Can I have a minute to | 14:31:26 |
| 22 | refamiliarize myself with this declaration, please? | 14:31:29 |
| 23 | Q    Of course.  Go ahead. | 14:31:32 |
| 24 | A    Okay.  I'm at 24(a). | 14:34:56 |
| 25 | Q    Did you have a chance to read 24(a)? | 14:35:03 |

Page 60

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    Yes. | 14:35:11 |
| 2 | Q    Thank you.  And do you see where you | 14:35:12 |
| 3 | describe in that paragraph how enabling "block all | 14:35:14 |
| 4 | cookies" in Chrome affects what data Google receives | 14:35:18 |
| 5 | with Google Analytics? | 14:35:22 |
| 6 | A    Yes. | 14:35:27 |
| 7 | Q    Is there any difference in terms of how | 14:35:30 |
| 8 | that works with Chrome Incognito as compared to | 14:35:34 |
| 9 | Chrome without being in an Incognito tab? | 14:35:43 |
| 10 | MS. OLSON:  Objection.  Vague. | 14:35:50 |
| 11 | THE WITNESS:  Can you be more specific? | 14:36:00 |
| 12 | BY MS. NYBORG-BURCH: | 14:36:02 |
| 13 | Q    Sure.  So in paragraph 28 (sic) it says, | 14:36:03 |
| 14 | When the user enables the feature, Chrome prevents | 14:36:07 |
| 15 | websites and Google Analytics from sending any | 14:36:13 |
| 16 | cookies.  If all cookies are blocked in this manner, | 14:36:15 |
| 17 | the Google Analytics tag will not be able to send | 14:36:17 |
| 18 | this cookie value to Google Analytics. | 14:36:20 |
| 19 | And my question is, is there any difference | 14:36:24 |
| 20 | in terms of how what you described in this paragraph | 14:36:25 |
| 21 | works if a user is in a Chrome Incognito -- is | 14:36:30 |
| 22 | browsing with Chrome Incognito? | 14:36:35 |
| 23 | A    I'm sorry.  I got confused.  You said | 14:36:38 |
| 24 | paragraph 28? | 14:36:40 |
| 25 | Q    24(a), I'm sorry. | 14:36:41 |

Page 61

```
 1        A    Okay.  Can you repeat it again?  Sorry.      14:36:43

 2        Q    Sure.  When a user enables this feature,     14:36:48

 3   Chrome prevents websites and Google Analytics from     14:36:55

 4   sending any cookies.  This is reading from the         14:36:57

 5   declaration.                                           14:37:02

 6             If all cookies are blocked in this manner    14:37:02

 7   they will go -- sorry.  I'm just going to read         14:37:04

 8   directly from here.  The Google Analytics tag will     14:37:08

 9   not be able to send those cookie values to Google      14:37:11

10   Analytics.                                             14:37:13

11             And my question for you was, is there any    14:37:14

12   difference in terms of how this process you describe   14:37:19

13   in 24(a) works if a user is browsing in Chrome         14:37:23

14   Incognito?                                             14:37:30

15        A    If the user has enabled the "block all       14:37:35

16   cookies" setting, then the behavior I describe in      14:37:40

17   24(a) applies whether or not Incognito session is in   14:37:46

18   progress.                                              14:37:56

19        Q    Understood.  So for the period back to       14:38:00

20   June 1st, 2016, do you have any information            14:38:02

21   regarding the number of Chrome Incognito users who     14:38:07

22   were browsing after having enabled the "block all      14:38:12

23   cookies" setting?                                      14:38:15

24             MS. OLSON:  Objection.  Vague.  Calls for    14:38:20

25   speculation.                                           14:38:21
```

Page 62

| | | |
|---|---|---|
| 1 | THE WITNESS:  Can you be more specific | 14:38:33 |
| 2 | about the type of information you're referring to? | 14:38:34 |
| 3 | BY MS. NYBORG-BURCH: | 14:38:36 |
| 4 | Q    I'm referring to information that could | 14:38:41 |
| 5 | include statistics, counts of the number of Chrome | 14:38:43 |
| 6 | Incognito users who enabled "block all cookies," and | 14:38:53 |
| 7 | used Chrome Incognito mode with that setting | 14:39:01 |
| 8 | enabled. | 14:39:04 |
| 9 | MS. OLSON:  Same objections. | 14:39:09 |
| 10 | THE WITNESS:  Personally, I do not have -- | 14:39:12 |
| 11 | I have not seen any such information. | 14:39:16 |
| 12 | BY MS. NYBORG-BURCH: | 14:39:18 |
| 13 | Q    And are you aware of whether Google | 14:39:18 |
| 14 | collects such information or would have that | 14:39:21 |
| 15 | information? | 14:39:23 |
| 16 | MS. OLSON:  Objection.  Calls for | 14:39:25 |
| 17 | speculation. | 14:39:26 |
| 18 | THE WITNESS:  I'm not aware. | 14:39:31 |
| 19 | BY MS. NYBORG-BURCH: | 14:39:33 |
| 20 | Q    And if someone enables "block all cookies" | 14:39:35 |
| 21 | and then goes into a -- starts a Chrome Incognito | 14:39:39 |
| 22 | window, will "block all cookies" remain enabled in | 14:39:45 |
| 23 | Chrome Incognito? | 14:39:51 |
| 24 | A    I'm not a Chrome product manager, so I | 14:40:06 |
| 25 | don't know that for certain. | 14:40:08 |

Page 63

| | | |
|---|---|---|
| 1 | Q    How about this one:  If someone enabled | 14:40:14 |
| 2 | "block all cookies" and then opens a new window in | 14:40:17 |
| 3 | Chrome the following day, do you know if that | 14:40:22 |
| 4 | setting is still enabled? | 14:40:26 |
| 5 | MS. OLSON:  Objection.  Lacks foundation. | 14:40:29 |
| 6 | THE WITNESS:  Again, not being a product | 14:40:36 |
| 7 | manager on Chrome, I am not familiar with how it | 14:40:37 |
| 8 | behaves under those circumstances. | 14:40:43 |
| 9 | BY MS. NYBORG-BURCH: | 14:40:45 |
| 10 | Q    Do you know if there's a way to block only | 14:40:46 |
| 11 | Google Analytics' cookies? | 14:40:49 |
| 12 | MS. OLSON:  Objection.  Lacks foundation. | 14:40:57 |
| 13 | THE WITNESS:  An end user could install the | 14:41:09 |
| 14 | Google Analytics opt-out Chrome extension to prevent | 14:41:12 |
| 15 | cookie-derived information from being uploaded to | 14:41:17 |
| 16 | Google Analytics. | 14:41:20 |
| 17 | BY MS. NYBORG-BURCH: | 14:41:24 |
| 18 | Q    And is that the only way to block only | 14:41:25 |
| 19 | Google Analytics' cookies? | 14:41:29 |
| 20 | A    Google Analytics' customers, the owners of | 14:41:46 |
| 21 | the website, can also implement their own controls | 14:41:50 |
| 22 | to give users consent for the use of cookies from | 14:41:54 |
| 23 | Google Analytics. | 14:41:58 |
| 24 | Q    And so leaving aside customer controls for | 14:41:59 |
| 25 | a user, is installing the Chrome opt-out extension | 14:42:02 |

Page 64

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the only way to block only Google Analytics cookies? | 14:42:10 |
| 2 | A    I can't say that categorically.  It's the | 14:42:26 |
| 3 | only way. | 14:42:28 |
| 4 | Q    Do you know another way? | 14:42:30 |
| 5 | A    There may be other -- similar extensions or | 14:42:31 |
| 6 | plug-ins available in the Chrome store that I | 14:42:34 |
| 7 | haven't searched for myself. | 14:42:38 |
| 8 | Q    Okay.  And when someone is browsing in | 14:42:40 |
| 9 | Chrome with this "block all cookies" setting turned | 14:42:46 |
| 10 | on, does Google Analytics receive any information | 14:42:51 |
| 11 | from their activities on websites that are Google | 14:42:56 |
| 12 | Analytics' customers who have installed Google | 14:42:59 |
| 13 | Analytics' tags? | 14:43:02 |
| 14 | MS. OLSON:  Objection.  Calls for | 14:43:06 |
| 15 | speculation.  Vague. | 14:43:07 |
| 16 | THE WITNESS:  Can you repeat the question, | 14:43:26 |
| 17 | please? | 14:43:28 |
| 18 | BY MS. NYBORG-BURCH: | 14:43:28 |
| 19 | Q    Sure.  When someone is browsing in Chrome | 14:43:29 |
| 20 | with this "block all cookies" setting turned on, | 14:43:30 |
| 21 | does Google Analytics receive any information from | 14:43:34 |
| 22 | their activities on websites that are Google | 14:43:36 |
| 23 | Analytics customers who have installed Google | 14:43:40 |
| 24 | Analytics tags? | 14:43:42 |
| 25 | MS. OLSON:  Same objections. | 14:43:46 |

Page 65

| | | |
|---|---|---|
| 1 | THE WITNESS:  I think that would depend on | 14:43:56 |
| 2 | a number of factors including whether or not the end | 14:43:57 |
| 3 | user has enabled the Google Analytics opt-out. | 14:44:00 |
| 4 | BY MS. NYBORG-BURCH: | 14:44:05 |
| 5 | Q   And if the only setting that the user has | 14:44:11 |
| 6 | enabled is Chrome's "block all cookies" setting, | 14:44:16 |
| 7 | does Google Analytics receive any information from | 14:44:21 |
| 8 | the user's activities on websites that use Google | 14:44:24 |
| 9 | Analytics? | 14:44:28 |
| 10 | MS. OLSON:  Objection.  Calls for | 14:44:29 |
| 11 | speculation.  Vague. | 14:44:31 |
| 12 | THE WITNESS:  It would also depend on | 14:44:37 |
| 13 | developer settings and whether developer has | 14:44:38 |
| 14 | installed Google Analytics and enabled it on the | 14:44:41 |
| 15 | given page, whether they've used other consent | 14:44:44 |
| 16 | mechanisms as well. | 14:44:50 |
| 17 | BY MS. NYBORG-BURCH: | 14:44:52 |
| 18 | Q   Right.  So I understand that the developers | 14:44:53 |
| 19 | can configure the setting a particular way.  If | 14:44:57 |
| 20 | we're looking just at the user controls, my question | 14:45:02 |
| 21 | is whether if a user has only enabled the "block all | 14:45:06 |
| 22 | cookies" setting, whether Google Analytics receives | 14:45:12 |
| 23 | any information from the user's activity on websites | 14:45:15 |
| 24 | that use Google Analytics? | 14:45:19 |
| 25 | MS. OLSON:  Objection.  Vague.  Asked and | 14:45:24 |

Page 66

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | answered. | 14:45:26 |
| 2 | THE WITNESS:  I'm not entirely sure what | 14:45:41 |
| 3 | happens in those circumstances.  Cookies will -- | 14:45:43 |
| 4 | certainly will not be uploaded when "block all | 14:45:49 |
| 5 | cookies" is enabled and when Analytics is not | 14:45:52 |
| 6 | disabled by the various mechanisms that I listed. | 14:45:55 |
| 7 | BY MS. NYBORG-BURCH: | 14:46:00 |
| 8 | Q    Let's look at paragraph 24(b); do you see | 14:46:01 |
| 9 | that paragraph? | 14:46:08 |
| 10 | A    Yes. | 14:46:09 |
| 11 | Q    Is it fair to say that in paragraph 24(b) | 14:46:10 |
| 12 | you decide how enabling "block third-party cookies" | 14:46:14 |
| 13 | in Chrome settings affects the data Google receives | 14:46:18 |
| 14 | with Google Analytics? | 14:46:22 |
| 15 | A    Yes.  As I said in my declaration in 24(b), | 14:46:36 |
| 16 | when this "block third-party cookies" setting is | 14:46:40 |
| 17 | enabled, Google Analytics does not receive data | 14:46:44 |
| 18 | associated with any third-party cookies. | 14:46:46 |
| 19 | Q    And if a user has turned on the "block | 14:46:53 |
| 20 | third-party cookies" setting in Chrome, but has not | 14:46:57 |
| 21 | turned on the "block all cookies" setting in Chrome, | 14:47:00 |
| 22 | are there any cookies that Google Analytics can | 14:47:07 |
| 23 | send?  I'm sorry.  Can set, I should say. | 14:47:12 |
| 24 | A    I'm sorry.  Could you repeat the question? | 14:47:25 |
| 25 | Q    Sure.  Let me get it all in one. | 14:47:27 |

Page 67

| | | |
|---|---|---|
| 1 | If a user has turned on the "block | 14:47:29 |
| 2 | third-party cookies" setting in Chrome, but has not | 14:47:32 |
| 3 | turned on the "block all cookies" setting in Chrome, | 14:47:35 |
| 4 | are there any cookies that Google Analytics can set? | 14:47:39 |
| 5 | MS. OLSON:  Objection to form. | 14:47:44 |
| 6 | THE WITNESS:  Under those circumstances, | 14:47:56 |
| 7 | it's possible that first-party cookies could still | 14:47:57 |
| 8 | be set. | 14:48:01 |
| 9 | BY MS. NYBORG-BURCH: | 14:48:03 |
| 10 | Q    If you know, is there any difference in | 14:48:04 |
| 11 | terms of how blocking third-party cookies works when | 14:48:06 |
| 12 | a user is in Chrome Incognito mode compared to what | 14:48:11 |
| 13 | you described in paragraph 24(b)? | 14:48:15 |
| 14 | A    When a user starts an Incognito session in | 14:48:33 |
| 15 | Chrome today, third-party cookies are disabled or | 14:48:39 |
| 16 | blocked by default and they have to turn them on | 14:48:45 |
| 17 | manual. | 14:48:47 |
| 18 | Q    And do you know when that change happened | 14:48:50 |
| 19 | that third-party cookies were blocked by default in | 14:48:58 |
| 20 | Chrome Incognito mode? | 14:49:03 |
| 21 | A    Not specifically, no. | 14:49:13 |
| 22 | MS. OLSON:  It's been about another hour. | 14:49:15 |
| 23 | Do you mind taking a break? | 14:49:16 |
| 24 | MS. NYBORG-BURCH:  Yeah.  I have one last | 14:49:19 |
| 25 | question on this paragraph and then we'll take a | 14:49:20 |

Page 68

```
1     break.  Does that work?                            14:49:22

2            MS. OLSON:  Yes.  If it works for           14:49:24

3     Mr. Ganem.                                         14:49:25

4            THE WITNESS:  It works for me.              14:49:25

5     BY MS. NYBORG-BURCH:                               14:49:26

6         Q    Thank you.                                14:49:26

7            For the period back to June 1st, 2016, do   14:49:31

8     you have any information regarding the number of   14:49:36

9     Chrome Incognito users who have enabled "block     14:49:39

10    third-party cookies" before it was blocked by      14:49:44

11    default?                                           14:49:46

12           MS. OLSON:  Objection.  Vague and           14:49:47

13    ambiguous.  Calls for speculation.                 14:49:48

14           THE WITNESS:  I have personally not seen     14:49:57

15    such data in my time at Google.                    14:49:59

16           MS. NYBORG-BURCH:  Okay.  Thanks.  Let's go  14:50:04

17    off the record.                                    14:50:05

18           THE VIDEOGRAPHER:  Off the record.  The      14:50:06

19    time is 2:50 p.m.                                  14:50:07

20           (Off the record.)                           14:50:09

21           THE VIDEOGRAPHER:  Back on the record.  The  15:03:03

22    time is 3:03 p.m.                                  15:03:04

23    BY MS. NYBORG-BURCH:                               15:03:15

24        Q    Good afternoon, Mr. Ganem.  Can you hear  15:03:15

25    me?                                                15:03:16
```

Page 69

| | | |
|---|---|---|
| 1 | A    I can. | 15:03:17 |
| 2 | Q    Can you please turn to paragraph 24(e) of | 15:03:18 |
| 3 | the declaration we were looking at before the break? | 15:03:23 |
| 4 | A    24(b)? | 15:03:26 |
| 5 | Q    E, as in elephant. | 15:03:38 |
| 6 | A    Okay.  I'm there. | 15:03:40 |
| 7 | Q    And do you see in paragraph 24(e) where you | 15:03:41 |
| 8 | describe how users can install the Google Analytics | 15:03:43 |
| 9 | opt-out browser add-on? | 15:03:47 |
| 10 | A    Yes. | 15:03:56 |
| 11 | Q    And if you know, does the Analytics opt-out | 15:04:00 |
| 12 | browser work in Incognito mode? | 15:04:04 |
| 13 | MS. OLSON:  Objection.  Lacks foundation. | 15:04:20 |
| 14 | Calls for speculation. | 15:04:24 |
| 15 | THE WITNESS:  I'm not certain.  There's a | 15:04:31 |
| 16 | separate team which handles the tagging side of | 15:04:39 |
| 17 | Google Analytics that would know the specifics. | 15:04:42 |
| 18 | BY MS. NYBORG-BURCH: | 15:04:45 |
| 19 | Q    And what team is that? | 15:04:46 |
| 20 | A    They're known as the tagging team. | 15:04:52 |
| 21 | Q    Thank you.  And do you know how many people | 15:04:56 |
| 22 | annually install the Analytics opt-out browser | 15:04:59 |
| 23 | add-on? | 15:05:05 |
| 24 | MS. OLSON:  Objection.  Calls for | 15:05:07 |
| 25 | speculation. | 15:05:07 |

Page 70

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't know.  I, in six | 15:05:25 |
| 2 | years in Google Analytics, haven't ever seen a | 15:05:27 |
| 3 | number like that. | 15:05:29 |
| 4 | BY MS. NYBORG-BURCH: | 15:05:32 |
| 5 | Q    Okay.  We're going to move on.  I'm | 15:05:33 |
| 6 | introducing now what will be marked as Exhibit 4. | 15:05:35 |
| 7 | Will you please let me know when you have Exhibit 4 | 15:05:40 |
| 8 | in front of you? | 15:05:42 |
| 9 | A    Will do.  Okay.  It just showed up. | 15:05:43 |
| 10 | (Exhibit 4, Slide deck produced by S. | 15:06:21 |
| 11 | Pothana; GOOG-BRWN-00550613 through | 15:06:22 |
| 12 | 00550644, was marked.) | 15:06:22 |
| 13 | BY MS. NYBORG-BURCH: | 15:06:22 |
| 14 | Q    And for the record, Exhibit 4 is | 15:06:23 |
| 15 | GOOG-BRWN-00550613.  And if you look on the last | 15:06:25 |
| 16 | page there we've included the metadata from Google. | 15:06:39 |
| 17 | And you'll see that the document is produced from | 15:06:43 |
| 18 | the files of Sree Pothana.  Because you were not a | 15:06:45 |
| 19 | document custodian in this case, we don't have | 15:06:50 |
| 20 | information regarding whether or not you've seen | 15:06:52 |
| 21 | this before. | 15:06:54 |
| 22 | As you're looking at it, can you let me | 15:06:56 |
| 23 | know if you recall whether you've ever seen this | 15:06:58 |
| 24 | document? | 15:07:00 |
| 25 | A    Let me look through it a little bit. | 15:07:07 |

Page 71

```
1              THE VIDEOGRAPHER:  Going off the record.      16:36:19

2      The time is 4:36 p.m.                                 16:36:19

3              (Off the record.)                             16:36:21

4              THE VIDEOGRAPHER:  Back on the record.  The   16:45:29

5      time is 4:45 p.m.                                     16:45:30

6              MS. OLSON:  I have no questions at this       16:45:31

7      time.                                                 16:45:32

8              MS. NYBORG-BURCH:  All right.  Should we go   16:45:37

9      off the record, then?                                 16:45:38

10             MS. OLSON:  Yes.                               16:45:39

11             THE VIDEOGRAPHER:  This concludes today's     16:45:41

12     videotaped deposition of Steve Ganem.  We are off     16:45:42

13     the record at 4:46 p.m.  Thank you.                   16:45:46

14             (Proceedings ended at 4:46 p.m.)

15             (Signature reserved.)

16

17

18

19

20

21

22

23

24

25
```

Page 109

```
1              REPORTER'S CERTIFICATE

2        I, VICTORIA A. GUERRERO, California Certified Shorthand

3   Reporter, Registered Merit Reporter, Certified Realtime

4   Reporter, do hereby certify that, pursuant to Federal Rules

5   of Civil Procedure, STEVE GANEM appeared remotely before me

6   at the time and place mentioned in the caption herein; that

7   the witness was, by me, first duly sworn/affirmed under oath

8   and examined upon oral interrogatories propounded by

9   counsel;

10        that said examination together with the testimony of

11  said witness was taken down by me in stenotype and

12  transcribed through computer-aided transcription; I further

13  certify that I am not a relative or employee of any attorney

14  of the parties, nor financially interested in the action;

15        and the foregoing transcript, pages 1 through 109,

16  review requested by the witness or a party, constitutes a

17  full, true, and correct record of such testimony adduced and

18  oral proceedings had and of the whole thereof.

19        WITNESS MY HAND AND DIGITAL SIGNATURE this Monday,

20  March 28, 2022.

21

22

23  Victoria A. Guerrero, CSR, RMR, CRR

    Oregon CSR No. 14-0428   (exp. 6-30-2023)

24  Washington CCR No. 3293   (exp. 3-15-2023)

    California CSR No. 8370   (exp. 3-15-2023)

25  Hawaii CSR No. 490        (exp. 12-31-2022)
```

Page 110

1    ALY OLSON, ESQ.

2    alyolson@quinnemanuel.com

3                                    MARCH 28, 2022

4    RE: BROWN V. GOOGLE

5    MARCH 23, 2022, STEVE GANEM, JOB NO. 5130916

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24       time of the deposition.

25

                                         Page 111

1    _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2        Transcript – The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested – Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 112

CONFIDENTIAL

```
1    BROWN V. GOOGLE

2    STEVE GANEM (#5130916)

3                      E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                              Date

25

                                           Page 113
```

**CONFIDENTIAL**

**Deposition Errata Sheet**
**Case: Brown, et al. v. Google LLC**
**Deponent: Steve Ganem**
**Date of Deposition: March 23, 2022**

I, Steve Ganem, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on the 23rd day of March, 2022; that the transcript is a true, complete record of my testimony and that the answers on the record as given by me are true and correct, with the following exceptions

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 10 Ln: 21 | the | a | Transcription Error |
| Pg: 11 Ln: 18 | customers which | customers, which | Punctuation |
| Pg: 11 Ln: 19 | apps so | apps, so | Punctuation |
| Pg: 15 Ln: 22 | skew | SKU | Transcription Error |
| Pg: 20 Ln: 3 | has configuration | has a configuration | Transcription Error |
| Pg: 21 Ln: 23 | publishes a "list" | "publishes a list" | Punctuation |
| Pg: 27 Ln: 12 | , can | or could | Transcription Error |
| Pg: 33 Ln: 7 | that it would | that would | Transcription Error |
| Pg: 33 Ln: 15 | a | "A | Punctuation Capitalization |
| Pg: 33 Ln: 16 | . | ." | Punctuation |
| Pg: 36 Ln: 20 | Visits | Visit | Transcription Error |
| Pg: 36 Ln: 25 | visit | "Visit | Punctuation Capitalization |
| Pg: 37 Ln: 1 | association. | session. | Transcription Error |
| Pg: 37 Ln: 4 | Analytics | Analytics' | Punctuation |
| Pg: 37 Ln: 6 | "session" | 'session' | Punctuation |
| Pg: 37 Ln: 7 | . | ." | Punctuation |
| Pg: 43 Ln: 17 | Generally | I'm generally | Transcription Error |
| Pg: 46 Ln: 2 | understood | understand | Transcription Error |
| Pg: 47 Ln: 22 | in context. | in this context | Transcription Error |

DocuSign Envelope ID: 7Z085568-F2F7-4B9C-A3C7-53E793949586

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 48 Ln: 6 | this data | in the state it | Transcription Error |
| Pg: 48 Ln: 7 | drafted.  Google | drafted -- Google | Punctuation |
| Pg: 52 Ln: 1 | prompts | projects | Transcription Error |
| Pg: 52 Ln: 21 | a causation | causation | Transcription Error |
| Pg: 52 Ln: 23 | uplifts.  The | uplifts, the | Punctuation |
| Pg: 53 Ln: 19 | spent | spend | Transcription Error |
| Pg: 55 Ln: 5 | our | or | Transcription Error |
| Pg: 56 Ln: 18 | to, maybe, directors. | to a new director | Transcription Error |
| Pg: 62 Ln: 17 | not Incognito | not an Incognito | Transcription Error |
| Pg: 65 Ln: 2 | categorically.  It's | categorically it's | Punctuation |
| Pg: 66 Ln: 13 | whether developer | whether the developer | Transcription Error |
| Pg: 68 Ln: 17 | manual | manually | Transcription Error |
| Pg: 70 Ln: 20 | tagging | Tagging | Capitalization |
| Pg: 72 Ln: 9 | is, Create | is "Create | Punctuation |
| Pg: 72 Ln: 10 | . | ." | Punctuation |
| Pg: 73 Ln: 14 | by | like | Transcription Error |
| Pg: 75 Ln: 17 | operational | optional | Transcription Error |
| Pg: 77 Ln: 3 | cookies.  And | cookies and | Punctuation Capitalization |
| Pg: 77 Ln: 5 | for later | earlier | Transcription Error |
| Pg: 82 Ln: 14 | to the | to--the | Punctuation |
| Pg: 83 Ln: 6 | scripts, JavaScripts | scripts--JavaScripts | Punctuation |
| Pg: 83 Ln: 8 | data's | data is | Transcription Error |
| Pg: 84 Ln: 23 | Will | "...will | Punctuation |
| Pg: 84 Ln: 23 | observed | observe | Transcription Error |

**CONFIDENTIAL**

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 84 Ln: 23 | the | their | Transcription Error |
| Pg: 84 Ln: 24 | cookies? | cookies." | Punctuation |
| Pg: 85 Ln: 9 | these are lanes (phonetic) | when the user lands | Transcription Error |
| Pg: 92 Ln: 2 | operationally | optionally | Transcription Error |
| Pg: 92 Ln: 3 | customer, opaque | customer--opaque | Punctuation |
| Pg: 93 Ln: 24 | expectation, we | expectation--we | Punctuation |
| Pg: 94 Ln: 12 | customer's | customers' | Punctuation |
| Pg: 97 Ln: 19 | We | "we | Punctuation |
| Pg: 97 Ln: 20 | joinable, | joinable" | Punctuation |
| Pg: 98 Ln: 22 | impossible.  So | impossible so | Punctuation Capitalization |
| Pg: 100 Ln: 3 | be no | be--there is no | Transcription Error |
| Pg: 100 Ln: 4 | .  And some | and so | Transcription Error |
| Pg: 101 Ln: 16 | theory; but | theory--but | Punctuation |
| Pg: 101 Ln: 17 | .  Could | --could | Punctuation Capitalization |
| Pg: 102 Ln: 6 | is, Okay. | is "Ok." | Punctuation Spelling |
| Pg: 102 Ln: 10 | she | Sree | Transcription Error |
| Pg: 102 Ln: 10 | writes, We | writes, "we | Punctuation |
| Pg: 102 Ln: 12 | example. | example." | Punctuation |
| Pg: 104 Ln: 1 | and | on | Transcription Error |

Dated: 3/31/2022

By: _____
Steve Ganem