# EXHIBIT 7

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
                            ---o0o---
 4    CHASOM BROWN, et al.,           )
 5    on behalf of themselves and     )
 6    all others similarly            )
 7    situated,                       )
 8              Plaintiffs,           )
 9    vs.                             ) Case No.
10    GOOGLE LLC,                     ) 5:20-cv-03664-LHK
11              Defendant.            )
      _____ )
12                          CONFIDENTIAL
13                            ---o0o---
14                 Videotaped Zoom Deposition of
15                         GEORGE LEVITTE
16                    Tuesday, March 15, 2022
17                            ---o0o---
18
19
20
21
22
23    Katy E. Schmidt
24    RPR, RMR, CRR, CSR 13096
25    Veritext Job No.: 5130921
```

Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                         SAN JOSE DIVISION
                              ---o0o---
 4    CHASOM BROWN, et al.,         )
 5    on behalf of themselves and   )
 6    all others similarly          )
 7    situated,                     )
 8           Plaintiffs,            )
 9    vs.                           ) Case No.
10    GOOGLE LLC,                   ) 5:20-cv-03664-LHK
11           Defendant.             )
      _____)
12
13           BE IT REMEMBERED that, pursuant to Notice, and
14    on Tuesday, the 15th day of March, 2022, commencing at
15    the hour of 9:08 a.m., thereof, in New York City, New
16    York, before me, KATY E. SCHMIDT, a Certified Shorthand
17    Reporter in and for the County of Yolo, State of
18    California, there virtually personally appeared
19
20                         GEORGE LEVITTE
21    called as a witness herein, who, being by me first duly
22    sworn, was thereupon examined and interrogated as
23    hereinafter set forth.
24
25
```

```
 1   APPEARANCES:
 2   For The Brown Plaintiffs:
 3                (Appeared via Zoom)
 4           MORGAN & MORGAN
             BY: RYAN MCGEE, Esq.
 5           201 North Franklin Street, Suite 700
             Tampa, Florida 33602
 6           813.223.0931
 7           rmcgee@forthepeople.com
                     (Appeared via Zoom)
 8           BOIES SCHILLER FLEXNER LLP
 9           BY: MARK MAO, Esq.
             44 Montgomery Street, 41st Floor
10           San Francisco, California 94104
             415.293.6800
11           mmao@bsfllp.com
12
     For the Calhoun Plaintiffs:
13                (Appeared via Zoom)
14           SIMMONS HANLY CONROY
             BY: JASON "JAY" BARNES, Esq.
15           One Court Street
             Alton, Illinois 62002
16           618.693.3104
             jaybarnes@simmonsfirm.com
17
18   For The Defendants:
                  (Appeared via Zoom)
19           QUINN EMANUEL URQUHART & SULLIVAN LLP
             BY: TEUTA FANI, Esq.
20           BY: CRYSTAL NIX-HINES, Esq.
             1300 I Street NW, Suite 900
21           Washington DC 20005
             teutafani@quinnemanuel.com
22
23   Also present:
24           Sean Grant, Videographer
25           Matthew Gubiotti, In-house counsel
```

```
 1                 INDEX OF EXAMINATION
 2                       ---o0o---
 3                                                  Page
 4    Examination by Mr. McGee                       08
 5                       ---o0o---
 6
 7          QUESTIONS INSTRUCTED NOT TO ANSWER
 8
 9                    Page      Line
10                     22        20
11
12                       ---o0o---
```

INDEX OF EXHIBITS

---o0o---

| Number | | Page |
|---|---|---|
| Exhibit 1 | Declaration of George Levitte Regarding Google Ad Manager Profits in Opposition to Plaintiffs' Motion for Class Certification | 06 |
| Exhibit 2 | Defendant's Amended Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | 18 |

---o0o---

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | NEW YORK CITY, NEW YORK | |
| 2 | TUESDAY, MARCH 15, 2022; 9:08 A.M. | |
| 3 | ---o0o--- | |
| 4 | (Plaintiffs' Exhibit 1 was | |
| 5 | marked for identification.) | |
| 6 | THE VIDEOGRAPHER: Good afternoon. We're on | 09:08 |
| 7 | the record. The time is 12:08 p.m. Eastern standard | 09:08 |
| 8 | time and the date is March 15th, 2022. | 09:08 |
| 9 | This begins the videotaped deposition of | 09:09 |
| 10 | George Levitte. This deposition is being taken by | 09:09 |
| 11 | counsel for plaintiffs in the matter of Chasom Brown, | 09:09 |
| 12 | et al. versus Google, LLC. This case is filed in the | 09:09 |
| 13 | United States District Court, Northern District of | 09:09 |
| 14 | California, San Jose division, Case No. 4 colon 20 dash | 09:09 |
| 15 | CV dash 03664 dash YGR dash SVK, and is being held | 09:09 |
| 16 | remotely by Veritext. | 09:09 |
| 17 | My name is Sean Grant from the firm Veritext. | 09:09 |
| 18 | I'm the videographer. | 09:09 |
| 19 | And the court reporter is Kathryn Schmidt, | 09:09 |
| 20 | also from Veritext. | 09:09 |
| 21 | Please note that audio and video recording | 09:09 |
| 22 | will take place unless all parties have agreed to go off | 09:09 |
| 23 | the record. | 09:09 |
| 24 | At this time will counsel please identify | 09:09 |
| 25 | themselves and state whom they represent, beginning with | 09:09 |

| | | |
|---|---|---|
| 1 | Q.  And you're also familiar with the Google | 09:57 |
| 2 | AdSense product? | 09:57 |
| 3 | A.  Yes. | 09:57 |
| 4 | Q.  Any other ads products that you're familiar | 09:57 |
| 5 | with in your current role at Google? | 09:57 |
| 6 | MS. FANI:  Objection.  Vague.  Compound. | 09:57 |
| 7 | THE WITNESS:  Could you explain what you mean | 09:57 |
| 8 | by familiar? | 09:57 |
| 9 | BY MR. MCGEE: | 09:57 |
| 10 | Q.  That you may be called to testify on in this | 09:57 |
| 11 | case. | 09:57 |
| 12 | MS. FANI:  Objection.  Calls for a legal | 09:57 |
| 13 | conclusion. | 09:57 |
| 14 | THE WITNESS:  I do not know which products | 09:57 |
| 15 | you're going to call me to testify on. | 09:57 |
| 16 | MR. MCGEE:  Neither do I. | 09:57 |
| 17 | Let me go back. | 09:57 |
| 18 | BY MR. MCGEE: | 09:57 |
| 19 | Q.  If you could bring up the Exhibit 1. | 09:57 |
| 20 | A.  So in my Google Drive folder titled | 09:58 |
| 21 | "Levitte Exhibits," I see an Exhibit 0001, | 09:58 |
| 22 | Calhoun/Levitte Declaration. | 09:58 |
| 23 | Q.  Right.  So if you go to the second page of | 09:58 |
| 24 | that declaration and look at the first paragraph, it has | 09:58 |
| 25 | the No. 1 next to it. | 09:58 |

| | | |
|---|---|---|
| 1 | It says "My name is George Levitte. I am | 09:58 |
| 2 | currently a group product manager for Google Ad Manager. | 09:58 |
| 3 | I make this declaration on the basis of my personal | 09:58 |
| 4 | knowledge and if called as a witness, would competently | 09:58 |
| 5 | testify thereto." | 09:58 |
| 6 | Do you recall swearing to that in your | 09:58 |
| 7 | declaration that's before you here as Exhibit 1? | 09:58 |
| 8 | A.   Yes.  I remember this being in my declaration. | 09:58 |
| 9 | Q.   Okay.  So based on your declaration, that | 09:58 |
| 10 | what's contained in your declaration is on the basis of | 09:59 |
| 11 | your personal knowledge, and if you were called as a | 09:59 |
| 12 | witness, you would competently testify thereto, you | 09:59 |
| 13 | talked about Ad Manager and AdSense. | 09:59 |
| 14 | So I'm wondering if there are any other | 09:59 |
| 15 | products in the ads space for which you would feel | 09:59 |
| 16 | comfortable competently testifying to in the Brown | 09:59 |
| 17 | versus Google matter? | 09:59 |
| 18 | MS. FANI:  Objection.  Vague.  Compound. | 09:59 |
| 19 | THE WITNESS:  I believe that I said that I | 09:59 |
| 20 | consider myself a subject matter expert for Ad Manager. | 09:59 |
| 21 | I don't think I said that for AdSense.  I have some | 09:59 |
| 22 | understanding of AdSense, but I would not say that of | 09:59 |
| 23 | AdSense. | 09:59 |
| 24 | BY MR. MCGEE: | 09:59 |
| 25 | Q.   And what about AdMob? | 09:59 |

```
 1        A.   The same answer.  I have some familiarity with    10:00
 2   AdMob but I would not call myself a subject matter          10:00
 3   expert for everything related to monetization within        10:00
 4   AdMob.                                                      10:00
 5        Q.   Are you familiar with Google's practices in       10:00
 6   connection with Google Ad Manager?                          10:00
 7             MS. FANI:  Objection.  Vague.                     10:00
 8             THE WITNESS:  Which practices?                    10:00
 9   BY MR. MCGEE:                                               10:00
10        Q.   How Google Ad Manager works.                      10:00
11        A.   I am familiar with how Google Ad Manager          10:00
12   works.                                                      10:00
13        Q.   And does that familiarity go back to June 1       10:00
14   of 2016 or is it longer?  Shorter?                          10:00
15             MS. FANI:  Objection.  Vague.                     10:00
16             THE WITNESS:  In June of 2016, I believe I was    10:01
17   still working on the AdX buy side, so my familiarity at     10:01
18   that time would have been much less than it is today.       10:01
19   BY MR. MCGEE:                                               10:01
20        Q.   Right.                                            10:01
21             And I think in your declaration, it may have      10:01
22   been paragraph 2, you began working on advertising          10:01
23   platforms in 2017.                                          10:01
24             Is that correct?                                  10:01
25             MS. FANI:  Objection.  Mischaracterizes the       10:01
```

| | | |
|---|---|---|
| 1 | testimony -- or the document. | 10:01 |
| 2 | THE WITNESS: I think that the document says | 10:01 |
| 3 | that in 2017, I expanded to work on several other areas. | 10:01 |
| 4 | BY MR. MCGEE: | 10:01 |
| 5 | Q. And those would have included Ad Manager, | 10:01 |
| 6 | AdMob, and AdSense; correct? | 10:01 |
| 7 | A. No. | 10:01 |
| 8 | Q. If you can help me understand paragraph 2 of | 10:02 |
| 9 | your declaration. | 10:02 |
| 10 | A. Sure. | 10:02 |
| 11 | MS. FANI: And if you could please allow the | 10:02 |
| 12 | witness a chance to review the exhibit before asking him | 10:02 |
| 13 | about it. | 10:02 |
| 14 | MR. MCGEE: The declaration that he wrote and | 10:02 |
| 15 | signed? | 10:02 |
| 16 | MS. FANI: Yes. You're presenting it as an | 10:02 |
| 17 | exhibit. He should have a chance to read it and | 10:02 |
| 18 | contextualize the questions. | 10:02 |
| 19 | BY MR. MCGEE: | 10:02 |
| 20 | Q. Sure. | 10:02 |
| 21 | Mr. Levitte, if you -- the declaration that | 10:02 |
| 22 | you wrote and executed in December, help me understand | 10:02 |
| 23 | what you meant by paragraph 2. If you need to read the | 10:02 |
| 24 | rest of it, please do. | 10:02 |
| 25 | A. I think you're asking about the first -- or | 10:02 |

| | | |
|---|---|---|
| 1 | the second sentence, in 2017 I expanded to work on | 10:02 |
| 2 | several other areas.  And that coincides with what we | 10:02 |
| 3 | discussed earlier, some of the things I did as a | 10:03 |
| 4 | Product Manager III, including some of the work on | 10:03 |
| 5 | open bidding and Ads dot txt. | 10:03 |
| 6 |     Q.   And what is Ads dot txt? | 10:03 |
| 7 |     A.   Ads dot txt is an industry standard that I | 10:03 |
| 8 | invented in 2017, I believe, that allows publishers to | 10:03 |
| 9 | declare publicly who is authorized to sell their ad | 10:03 |
| 10 | inventory so that a buyer of ad inventory can validate | 10:03 |
| 11 | whether the party attempting to sell the ad inventory is | 10:04 |
| 12 | a legitimate seller of that publisher's media. | 10:04 |
| 13 |     Q.   Okay.  Are you familiar with the data that | 10:04 |
| 14 | Google receives when a user visits a website that uses | 10:04 |
| 15 | Google Ad Manager? | 10:04 |
| 16 |     MS. FANI:  Objection.  Vague. | 10:04 |
| 17 |     MR. MCGEE:  I'm sorry.  What's -- I'd like to | 10:04 |
| 18 | clarify the question then. | 10:04 |
| 19 |     What's vague about that? | 10:04 |
| 20 |     MS. FANI:  Just the term "familiar." | 10:04 |
| 21 |     MR. MCGEE:  Okay.  I'll let the term | 10:04 |
| 22 | "familiar" stand. | 10:04 |
| 23 | BY MR. MCGEE: | 10:04 |
| 24 |     Q.   So, Mr. Levitte, are you familiar with the | 10:04 |
| 25 | data that Google receives when a user visits a website | 10:04 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | THE WITNESS:  What types of differences are | 11:06 |
| 2 | you interested in? | 11:06 |
| 3 | BY MR. MCGEE: | 11:06 |
| 4 | Q.  All of the differences.  I believe in your | 11:06 |
| 5 | declaration that was marked as Exhibit 1, you described | 11:07 |
| 6 | the difference between programmatic and non-programmatic | 11:07 |
| 7 | advertising as a difference between Google Ad Manager | 11:07 |
| 8 | and Google AdSense. | 11:07 |
| 9 | Are there any other differences between | 11:07 |
| 10 | Google Ad Manager and Google AdSense? | 11:07 |
| 11 | MS. FANI:  Objection.  Mischaracterizes the | 11:07 |
| 12 | document. | 11:07 |
| 13 | THE WITNESS:  They're different products and | 11:07 |
| 14 | there are many differences between them.  For instance, | 11:07 |
| 15 | they are intended to serve different types of | 11:07 |
| 16 | publishers. | 11:07 |
| 17 | BY MR. MCGEE: | 11:07 |
| 18 | Q.  Any other differences that you can highlight? | 11:07 |
| 19 | MS. FANI:  Objection.  Vague.  Compound. | 11:07 |
| 20 | THE WITNESS:  They have differences in | 11:08 |
| 21 | functionality which relate to the fact that they serve | 11:08 |
| 22 | different types of publishers. | 11:08 |
| 23 | BY MR. MCGEE: | 11:08 |
| 24 | Q.  What are the differences in functionality | 11:08 |
| 25 | between Google Ad Manager and Google AdSense? | 11:08 |

| | | |
|---|---|---|
| 1 | BY MR. MCGEE: | 11:52 |
| 2 | Q.   Does Google's programmatic advertising rely on | 11:52 |
| 3 | user data to function? | 11:52 |
| 4 | MS. FANI:  Objection.  Vague. | 11:52 |
| 5 | THE WITNESS:  What do you mean by user data? | 11:52 |
| 6 | And what do you mean by to function? | 11:52 |
| 7 | BY MR. MCGEE: | 11:52 |
| 8 | Q.   So in paragraph 14 of your declaration, which | 11:52 |
| 9 | is the Exhibit 1 -- if you can scroll to that for me. | 11:52 |
| 10 | A.   Yes. | 11:52 |
| 11 | Q.   It says that "Advertising companies often | 11:53 |
| 12 | rely on user data, including data that they have | 11:53 |
| 13 | collected themselves" -- or "they themselves have | 11:53 |
| 14 | collected or purchased through a third party to | 11:53 |
| 15 | determine how much to bid." | 11:53 |
| 16 | Is that -- okay.  So without that user data, | 11:53 |
| 17 | would programmatic advertising work? | 11:53 |
| 18 | MS. FANI:  Objection.  Vague. | 11:53 |
| 19 | THE WITNESS:  Programmatic advertising can | 11:53 |
| 20 | work even without all sorts of data. | 11:53 |
| 21 | BY MR. MCGEE: | 11:53 |
| 22 | Q.   How so? | 11:53 |
| 23 | A.   Well, what's crucial for programmatic | 11:53 |
| 24 | advertising is some very basic information about the | 11:54 |
| 25 | ad inventory for sale. | 11:54 |

REPORTER'S CERTIFICATE

---o0o---

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF YOLO           )

   I, KATY E. SCHMIDT, a Certified Shorthand Reporter in and for the State of California, duly commissioned and a disinterested person, certify:

   That the foregoing deposition was taken before me at the time and place herein set forth;

   That GEORGE LEVITTE, the deponent herein, was put on oath by me;

   That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me to the best of my ability and thereafter transcribed into typewriting;

   That the foregoing deposition is a record of the testimony of the examination.

   IN WITNESS WHEREOF, I subscribe my name on this 15th day of March, 2022.

*[signature]*

Katy E. Schmidt, RPR, RMR, CRR, CSR 13096
Certified Shorthand Reporter in and for the
County of Sacramento, State of California

Ref. No. 5130921 KES

Page 102

```
 1    <Contact Name of Person Handling Read & Sign>

 2    <Email of Person Handling Read & Sign>

 3                                            March 15, 2022

 4    RE: BROWN vs. GOOGLE, LLC

 5    MARCH 15, 2022, GEORGE LEVITTE, JOB NO. 5130921

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 103

```
1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
2       Transcript - The witness should review the transcript and
3       make any necessary corrections on the errata pages included
4       below, notating the page and line number of the corrections.
5       The witness should then sign and date the errata and penalty
6       of perjury pages and return the completed pages to all
7       appearing counsel within the period of time determined at
8       the deposition or provided by the Federal Rules.
9    xx Federal R&S Not Requested - Reading & Signature was not
10      requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Deposition Errata Sheet**
**Case: *Brown, et al. v. Google LLC***
**Deponent: George Levitte**
**Date of Deposition: March 15, 2022**

I, George Levitte, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on the 15th day of March, 2022; that the transcript is a true, complete record of my testimony and that the answers on the record as given by me are true and correct, with the following exceptions:

| **Pg. and Ln.** | **Now Reads** | **Should Read** | **Reason** |
| --- | --- | --- | --- |
| Pg 42, Ln 11 | Text | Tag | Refers to Google Publisher Tag |
| Pg: 63 Ln: 9 | permissioning (sic) | permissioning | Transcription Error |
| Pg 77, Ln 12 | Ad Exchange bidding | Exchange Bidding | Transcription Error |
| Pg: 84 Ln: 10 | theirs | bidders | Transcription Error |

4/19/2022

**George Levitte**                              **Date**