1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal Portions of Google's Opposition to Plaintiffs' Motion to Exclude Portions of the Rebuttal Report of Konstantinos Psounis (Dkt. 703) ("Google's Opposition"). Having considered Google's Opposition, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google's Opposition to Plaintiffs' Motion to Exclude Portions of the Rebuttal Report of Konstantinos Psounis (Dkt. 703) at:<br><br>1:25, 2:17-18, 4:3, 5:14, 6:9, 9:4, 9:28, 13:9, 13:12 | Gao Declaration ¶ 6 | |
| Exhibit 1 to Ansorge Declaration (Excerpts of 7/21/22 Hochman Deposition) at:<br><br>474:11-14, 474:16, 474:18, 474:22, 475:6 | Gao Declaration ¶ 6 | |
| Exhibit 2 to Ansorge Declaration (Excerpts of 4/29/21 Hearing Transcript) at:<br><br>9:22 | Gao Declaration ¶ 6 | |
| Exhibit 3 to Ansorge Declaration (Excerpts of 7/20/22 Hochman Deposition) at:<br><br>92:11-12, 93:7, 93:9, 116:10 | Gao Declaration ¶ 6 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge