**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK <br><br> **DECLARATION OF JOSEF ANSORGE IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REBUTTAL EXPERT REPORT OF KONSTANTINOS PSOUNIS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Date: October 11, 2022 <br> Time: 2:00 p.m. <br> Location: Courtroom 1 – 4th Floor |

1    I, Josef Ansorge, declare as follows:

2    1.    I am a member of the bar of the District of Columbia and Of Counsel with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google in this action. I submit this declaration in support of Google LLC's Opposition to Plaintiffs' Motion to Exclude Portions of the Rebuttal Report of Konstantinos Psounis. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Jonathan Hochman dated July 21, 2022 ("Hochman 7/21/2022 Tr.").

3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the hearing in this matter dated April 29, 2021 ("4/29/2021 Hr. Tr.").

4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition of Jonathan Hochman dated July 20, 2022 ("Hochman 7/20/2022 Tr.").

5.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of Konstantinos Psounis dated August 19, 2022 ("Psounis 8/19/2022 Tr.").

6.    Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the deposition of Bruce Schneier dated July 18, 2022 ("Schneier 7/18/2022 Tr.").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, D.C. on September 14, 2022.

*/s/ Josef Ansorge*
Josef Ansorge