# EXHIBIT 2

# Redacted Version of Document Sought to be Sealed

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION                 COPY

 4

 5   CHASOM BROWN, MARIA NGUYEN, AND  )  C-20-03664 LHK
     WILLIAM BYATT, INDIVIDUALLY AND  )
 6   ON BEHALF OF ALL SIMILARLY       )  SAN JOSE, CALIFORNIA
     SITUATED,                        )
 7                                    )  APRIL 29, 2021
                         PLAINTIFF,   )
 8                                    )  PAGES 1-44
                 VS.                  )
 9                                    )  SEALED PROCEEDINGS
     GOOGLE LLC AND ALPHABET INC.,    )
10                                    )
                         DEFENDANTS.  )
11   _____  )

12

13              TRANSCRIPT OF ZOOM PROCEEDINGS
             BEFORE THE HONORABLE LUCY H. KOH
14              UNITED STATES DISTRICT JUDGE

15

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFFS:    SUSMAN GODFREY LLP
                            BY:  AMANDA K. BONN
18                          1900 AVENUE OF THE STARS, SUITE 1400
                            LOS ANGELES, CALIFORNIA  90067
19
                            BY:  ALEXANDER P. FRAWLEY
20                          1301 AVENUE OF THE AMERICAS, 32ND FLOOR
                            NEW YORK, NEW YORK  10019
21

22             APPEARANCES CONTINUED ON NEXT PAGE

23   OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2      APPEARANCES (CONTINUED)
 3
 4      FOR THE PLAINTIFFS:      BOIES SCHILLER FLEXNER LLP
                                 BY:  MARK C. MAO
 5                                    BEKO REBLITZ-RICHARDSON
                                 44 MONTGOMERY STREET, 41ST FLOOR
 6                               SAN FRANCISCO, CALIFORNIA  94104

 7                               BY:  JAMES LEE
                                 100 SE 2ND STREET, 28TH FLOOR
 8                               MIAMI, FLORIDA  33131

 9                               MORGAN & MORGAN
                                 COMPLEX LITIGATION GROUP
10                               BY:  RYAN MCGEE
                                 201 N. FRANKLIN STREET, 7TH FLOOR
11                               TAMPA, FLORIDA  33602

12      FOR THE DEFENDANT:       QUINN EMANUEL URQUHART & SULLIVAN
                                 BY:  ANDREW H. SCHAPIRO
13                               191 N. WACKER DRIVE, SUITE 2700
                                 CHICAGO, ILLINOIS  60606
14

15                               BY:  STEPHEN A. BROOME
                                      VIOLA TREBICKA
16                               865 S. FIGUEROA STREET, 10TH FLOOR
                                 LOS ANGELES, CALIFORNIA  90017
17

18                               BY:  JOMARIE A. CRAWFORD
                                      JOSEF ANSORGE
19                               51 MADISON AVENUE
                                 NEW YORK, NEW YORK  10010
20

21                               BY:  JONATHAN TSE
                                 50 CALIFORNIA STREET, FLOOR 22
22                               SAN FRANCISCO, CALIFORNIA  94111

23

24

25
```

1        BUT YOU ALSO, YOUR HONOR, YOU HEARD THE CONCEPT OF TWICE

2   BAKED CRACKERS.  WE ACTUALLY BELIEVE THAT THAT'S ACTUALLY A

3   CODE WORD FOR THIS IDEA OF TWICE BAKED BEING THAT GOOGLE WOULD

4   ESSENTIALLY TAKE PARAMETERS, SUCH AS I.P. ADDRESSES AND/OR USER

5   AGENTS, SOMEHOW CODE THAT INTO THE COOKIE WHICH IS BEING

6   DISTRIBUTED, AND THAT BECOMES A WAY IN WHICH YOU WOULD UNIFY

7   THE DIFFERENT RECORDS FROM DIFFERENT PLACES.  OKAY?

8        THIS IDEA OF A TWICE BAKED COOKIE IS THE IDEA THAT THERE'S

9   EITHER A COOKIE WITHIN THE COOKIE, OR THIS COOKIE IS SOMEHOW A

10  PERMUTATION OF THE COOKIES THAT HAVE BEEN DISTRIBUTED OUT

11  THERE.

12       WE BELIEVE THAT WE'RE ENTITLED TO EXPLORE THAT, AND WE

13  BELIEVE THAT THE EVIDENCE AND DOCUMENTS WHICH HAVE BEEN

14  PRODUCED THUS FAR CERTAINLY DEMONSTRATES THAT AS WELL.

15       AND AS YOU JUST HEARD, YOUR HONOR, FROM OPPOSING COUNSEL,

16  THESE THINGS ARE KEYED TO THE DEVICES.

17       TO ARGUE THAT GOOGLE IS NOT REQUIRED TO PRODUCE OVER

18  DEVICE -- ON THE BASIS OF DEVICE IDENTIFICATION WOULD BE

19  EQUIVALENT OF A PRODUCT LIABILITY CASE IN WHICH THE CAR

20  MANUFACTURERS SAYS BECAUSE SOMEBODY, YOU KNOW, MAY HAVE LENT

21  THE CAR IN WHICH SOMEBODY BOUGHT TO THE SPOUSE OR TO HIS OR HER

22  KIDS, THERE IS SOME TYPE OF RELEVANCE OR MERITS-BASED ARGUMENT

23  TO NOT ALLOW THE PLAINTIFFS TO BE ABLE TO CONDUCT DISCOVERY ON

24  THE RECORDS.

25       WE THINK THAT'S JUST ABSOLUTELY UNMERITED.  SO ON THAT

1    BASIS IN TERMS OF WHAT WE'RE ASKING FOR, YOUR HONOR, IS THAT
2    WE'RE ASKING FOR DISCOVERY INTO BOTH THE STRUCTURED AND
3    UNSTRUCTURED DATA.  WE BELIEVE THAT WE'RE ENTITLED TO THAT ON
4    BEHALF OF THE CLASS, AND WE ALSO BELIEVE THAT WE'RE ABSOLUTELY
5    ENTITLED TO THAT AS A MATTER OF RIGHT FOR THE SPECIFICALLY
6    NAMED PLAINTIFFS.
7         AND THEN I JUST WANT TO TOUCH -- I BELIEVE THIS ADDRESSES
8    BOTH P6 AND P3, YOUR HONOR.
9         BUT I ALSO WANT TO JUST OFFER UP THIS IDEA THAT AS THE
10   CALHOUN TEAM HAD MENTIONED, THIS IS -- ACTUALLY BOTH THE
11   STRUCTURED AND UNSTRUCTURED DATA ARE ALL ACTUALLY SEARCHABLE
12   USING GOOGLE'S ALREADY BUILT TOOLS INTERNAL AND ACCESSIBLE TO
13   THEIR EMPLOYEES.
14        I BELIEVE THAT THE CODE WORD FOR THIS TOOL IS CALLED
15   DREMEL -- THAT'S D-R-E-M-E-L -- DREMEL.  I THINK IT'S -- I
16   THINK IT'S A ROUNDED SAW, YOUR HONOR.  I THINK IT'S A PUN FOR
17   BASICALLY PRUNING DATA, YOU KNOW, BY DOING SEARCHES AND DOING
18   QUERIES.
19        SO I THINK ONE OF THE CONCEPTS IN WHICH WE'RE THINKING --
20   WHICH WE ARE NOT ASKING YOUR HONOR TO BASICALLY RULE TODAY --
21   IS THAT WE DO BELIEVE THAT OUR EXPERTS SHOULD BE ENTITLED TO
22   USE DREMEL AND ALSO TO SEE HOW [REDACTED] ACTUALLY STRUCTURES THE
23   DATA BECAUSE THAT WOULD BE VERY INSIGHTFUL IN TERMS OF HOW
24   GOOGLE ACTUALLY STORES AND USES THE DATA.
25        AND IF GOOGLE IS GOING TO MAKE THE ARGUMENT THAT DATA IS

1  CERTAINLY -- IS ACTUALLY SEGREGATED, WE'RE NOT REQUIRED, YOUR
2  HONOR, AS A MATTER OF LAW TO JUST SIMPLY TAKE THEM AT THEIR
3  WORD.  WE'RE ACTUALLY ENTITLED TO TEST THAT.  THEY CAN'T USE
4  THAT BOTH AS A SWORD AND AS A SHIELD.  YOU KNOW, I THINK
5  WE'RE -- WE HAVE EXHIBITS TO SHOW YOU BASICALLY THIS DREMEL
6  TOOL IF YOUR HONOR WANTS TO SEE IT.
7       WE ALSO UNDERSTAND THE NEED FOR EFFICIENCY AND EFFICACY,
8  SO, YOU KNOW, I THINK OUR PROPOSAL IS PROBABLY GOING TO BE THAT
9  WE SET THIS ON FOR A SET OF BRIEFING, YOUR HONOR.
10      THE COURT:  WELL, WE HAVE -- WE DID HAVE BRIEF
11 SEPARATE BRIEFING ON IT.  THAT'S WHAT BROUGHT US HERE.  AND AS
12 I UNDERSTOOD FROM -- AS I UNDERSTAND FROM PLAINTIFFS'
13 SUBMISSION IS THAT THE -- AT LEAST THE EXAMPLE SET FORTH IN THE
14 SUBMISSION IS TO THE EXTENT YOU'RE LOOKING FOR CLASS
15 IDENTIFICATION INFORMATION THAT WOULD IDENTIFY USERS WHO ARE IN
16 INCOGNITO MODE OR IN PRIVATE BROWSING AND ARE NOT LOGGED INTO
17 THE ACCOUNT, INTO THEIR GOOGLE ACCOUNT, THAT PLAINTIFFS HAVE
18 REPRESENTED THAT, WELL, WHEN YOU'RE IN INCOGNITO MODE, THE
19 X-CLIENT-DATA HEADER DOESN'T, DOESN'T TRANSFER, THAT FIELD IS
20 BLANK; AND THAT THERE ARE HEADER LOGS, AND THAT IF YOU LOOK AT
21 THE HEADER LOGS -- AND I ASSUME THAT THAT'S ONE OF YOUR
22 UNSTRUCTURED LOGS THAT YOU WERE REFERRING TO -- THAT THEN THE
23 FIELD FOR X-CLIENT-DATA WOULD BE EMPTY, SO THAT WOULD TELL YOU
24 WHO WAS ENGAGED IN PRIVATE BROWSING.
25      AND THEN WITH REGARDS TO WHO IS -- WHETHER OR NOT -- WELL,

```
 1      SEPARATELY, WHETHER OR NOT A USER IS LOGGED IN, THAT THAT'S

 2      WHERE THE SPECIAL COOKIES OR SPECIAL IDENTIFIERS COME INTO PLAY

 3      IN THAT THERE ARE SPECIFIC COOKIES THAT ARE USED TO IDENTIFY

 4      USERS WHEN THEY'RE NOT LOGGED INTO THEIR ACCOUNT.  AND I THINK

 5      YOU CITED ONE OF THE USER -- ONE OF THE GOOGLE DOCUMENTS THAT

 6      DESCRIBES THAT FUNCTION.

 7           SO -- AND I APPRECIATE THAT GOOGLE TAKES ISSUE

 8      PARTICULARLY WITH REGARDS TO WHAT AN EMPTY X-DATA FIELD DOES OR

 9      DOES NOT SHOW.

10           BUT FOR PURPOSES, MR. MAO, OF MY QUESTION TO YOU IS THAT,

11      ALL RIGHT, WELL, ASSUMING THAT'S TRUE, THAT THERE ARE THOSE

12      UNSTRUCTURED LOGS, WHAT IS IT THAT YOU'RE ASKING FOR FOR THE

13      NAMED PLAINTIFFS FOR A CERTAIN PERIOD OF TIME?  WHAT THEIR --

14      HEADER LOGS SO YOU CAN IDENTIFY WHEN THEY'RE NOT -- EXCUSE

15      ME -- IDENTIFY WHEN THEY'RE IN PRIVATE BROWSING MODE?

16           AND THEN FOR THEIR COOKIES, WHAT, HISTORY OR SOMETHING

17      THAT WOULD SHOW THAT THEY WERE -- THEY WERE NOT LOGGED IN AT

18      THE TIME?

19           AND, AGAIN, I HEAR -- WE'LL GET TO GOOGLE'S ARGUMENT THAT

20      THE COOKIES DISAPPEAR IN A MINUTE, BUT WHAT IS IT THAT YOU'RE

21      ASKING FOR?

22                MR. MAO:  THANK YOU, YOUR HONOR.  THAT WAS HELPFUL IN

23      TERMS OF GUIDING HOW I RESPOND TO THE QUESTION.

24           SO I ACTUALLY BELIEVE THAT GOOGLE'S LOGGING BOTH FOR

25      STRUCTURE AND LESS STRUCTURED TABLES IS ACTUALLY IN PARALLEL.
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF ZOOM PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: MAY 3, 2021