UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REBUTTAL EXPERT REPORT OF KONSTANTINOS PSOUNIS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis. Having considered the parties' papers filed in support of and in opposition thereto, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

The Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis is denied.

**SO ORDERED**.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

1

Case No. 4:20-cv-03664-YGR-SVK
[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF PSOUNIS REBUTTAL REPORT