UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Materials Should Be Sealed regarding Plaintiffs' Reply In Support Of Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 609) (the "Motion"). Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Reply In Support Of Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 609)<br><br>Pages 7:27, 8:12-13, 12:2 | Tse Declaration ¶¶ 4-5 | |
| Exhibit 92 to Mao Declaration - 6/30/22 Borsay Depo Transcript, Vol 2 (full)<br><br>Pages 205:23-25, 207:18-19, 295:11-15, 295:17-20, 295:25-296:3, 296:16-21, 312:21, 312:23, 313:7-9, 313:20-22, 314:1-4, 314:8-11, 314:20-23, 315:22-23, 316:7-8, 316:16-17, 316:20-21, 316:23, 317:6-8, 317:12-14, 317:24-318:1, 318:11-13, 318:19-20, 319:9-11, 319:22-24, 320:7-8, 320:11-12, 324:16, 324:21-22, 325:7-8, 325:18, 325:20-22 | Tse Declaration ¶¶ 4-5 | |
| Exhibit 93 to Mao Declaration - 8/22/22 Zervas Depo Transcript, Vol 1 (full)<br><br>Pages 6:24, 62:11, 62:16, 127:21, 128:5, 128:11-12, 128:14-17, 128:21-22, 129:18, 134:22, 180:22-23, 180:25-181:1, 181:3, 181:7, 181:13, 181:18, 181:22, Word Index Pages: 4, 6, 22, 25 | Tse Declaration ¶¶ 4-5 | |
| Exhibit 95 to Mao Declaration - 8/16/22 Amir Depo Transcript (full) | Tse Declaration ¶¶ 4-5 | |

| | | |
|---|---|---|
| Pages 99:8-13, 181:24-25, 182:12-13, 183:3, 183:12, 184:18-24, 185:11-13, 186:19-24, 188:4-8, 188:12-16, 190:22, 191:1-4, 191:6-8, 191:10, 191:19-20, 191:24, 192:1-3, 192:5-9, 202:21-24, 204:3-6, 208:16-17, 208:25-209:2, 209:6-7, 210:24-25, 212:12-13, 212:20-22, 213:9-10, 213:23, 214:3-4, 214:11-12, 214:18-20, 239:23, 241:13-14, 241:17, 242:9, 242:14, 264:25-265:4, 266:22, 266:25-267:1, 267:9-13, 267:15, 267:18-19, 267:22-23, 268:1-2, 268:8, 268:13-14, 268:25-269:1, 269:4, 269:6-7, 269:15, 269:18, 269:21, 270:3-4, 270:10-11, 270:22-23, 271:4-8, 272:12, 273:22-23, 274:4-7, 274:9-11, 274:20-21, 275:14-16, 275:19-21, 275:24-25, 288:21, 289:19, 290:8-10, 290:19, 290:21, 291:3-4, 291:9-10, 290:14, 290:19, 293:24, 299:22-300:3, 301:17-19, 302:1-3 | | |
| Exhibit 97 to Mao Declaration - GOOG-BRWN-00856578<br><br>Seal Entirely | Tse Declaration ¶¶ 4-5 | |
| Exhibit 98 to Mao Declaration - 8/19/22 Psounis Depo Transcript (full)<br><br>Pages 59:17, 59:21, 59:25, 60:7, 60:14, 60:19, 61:5, 61:17, 63:4-5, 134:22-23, 135:19, 135:21, 135:23, 135:25, 136:9, 157:15, 157:23-158:1, 158:3, 158:11, 158:18, 158:23, 159:23-24, 161:18-19, 161:21-23, 162:18, 166:10, 166:22, 167:10, 167:18, 213:14-15, 216:4, 216:8-9, Index pgs. 20, 21, 51, 52 | Tse Declaration ¶¶ 4-5 | |

**SO ORDERED.**

DATED: _____    _____
                                                                    HON. YVONNE GONZALEZ ROGERS
                                                                    United States District Judge