# Mao Declaration

# Exhibit 92

Redacted Version of
Document Sought to Be Sealed

# Borsay Transcript

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5
    PATRICK CALHOUN, et al.,        )
 6  CHASOM BROWN, et al., on        )
    behalf of themselves and        )
 7  all others similarly           )
    situated,                       )
 8                                  )
            Plaintiffs,             )
 9                                  )
       vs.                          ) Case Nos.
10                                  ) 4:20-cv-5146- and
    GOOGLE LLC,                     ) 5:20-cv-05146-
11                                  ) YGR-SVK
            Defendants.             )
12                                  )
13
14
15
16        *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19             REMOTE VIDEO DEPOSITION OF
20             SABINE BORSAY - VOLUME II
21
22
23
    DATE TAKEN:  JUNE 30, 2022
24  REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
    JOB NO. 5268903
25  PAGES:  173 - 350
```

Page 173

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5

   PATRICK CALHOUN, et al.,        )
6  CHASOM BROWN, et al., on        )
   behalf of themselves and        )
7  all others similarly            )
   situated,                       )
8                                  )
            Plaintiffs,            )
9                                  )
      vs.                          ) Case Nos.
10                                 ) 4:20-cv-5146- and
   GOOGLE LLC,                     ) 5:20-cv-05146-
11                                 ) YGR-SVK
            Defendants.            )
12                                 )
13
14
15
16       *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19     Remote Video Deposition of SABINE BORSAY,
20  Volume II, taken in Zurich, Switzerland and Zoom
21  Conference Video, commencing at 1:02 p.m., CEST,
22  Thursday, June 30, 2022, before Renee Harris,
23  CSR No. 14168, Registered Professional Reporter.
24
25
```

Page 174

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    APPEARANCES OF COUNSEL:
 2    For CALHOUN PLAINTIFFS:
 3        BLEICHMAR FONTI & AULD LLP
 4              BY:  ANGELICA M. ORNELAS, ESQ.
 5              555 12th Street, Suite 1600
 6              Oakland, California 94607
 7              (415) 445-4003
 8              aornelas@bfalaw.com
 9
10    For BROWN PLAINTIFFS:
11        BOIES SCHILLER & FLEXNER LLP
12              BY: JAMES LEE, ESQ.
13                  AUGUSTO CIVIDINI, ESQ.
14              100 SE Second Street, Suite 2800
15              Miami, Florida 33131
16              (305) 357 8434
17              jlee@bsfllp.com
18              acividini@bsfllp.com
19    -and-
20              BY:  MARK MAO, ESQ.
21              44 Montgomery Street, 41st Floor,
22              San Francisco, California 94104
23              (415) 293-6800
24              mmao@bsfllp.com
25              (Attending remotely)
```

Page 175

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    APPEARANCES OF COUNSEL: (CONTINUED)

2    For DEFENDANT:

3       QUINN EMANUEL URQUHART & SULLIVAN LLP

4            BY: JOMAIRE CRAWFORD, ESQ.

5                CARL SPILLY, ESQ.

6            51 Madison Avenue, 22nd Floor

7            New York, New York 10010

8            (212) 849-7000

9            jomairecrawford@quinnemanuel.com

10           carlspilly@quinnemanuel.com

11

12   QUINN EMANUEL URQUHART & SULLIVAN  (Schweiz)

13           GmbH

14           BY:  REMO DECURTINS, ASSOC.

15           Dufourstrasse 29

16           8008 Zürich

17           Switzerland

18           (+41) 44 253 8014

19           remodecurtins@quinnemanuel.swiss

20

21   ALSO PRESENT:

22           David West, Videographer (remotely)

23           Matthew Gubiotti, Google

24

25

                                    Page 176

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                         INDEX

 2      EXAMINATION BY:                      PAGE

 3      MR. LEE                              183

 4

 5

 6

 7

 8

 9                        EXHIBITS

10      EXHIBIT NO.      DESCRIPTION              PAGE

11      Exhibit 1  - Bates GOOG-CABR-00352924      188

12      Exhibit 2  - Bates GOOG-CABR-05468324      197

13      Exhibit 3  - Bates GOOG-BRWN-00437645      209

14      Exhibit 3A - Screenshot                    245

15      Exhibit 4  - Bates GOOG-BRWN-00391825      223

16      Exhibit 5  - Bates GOOG-BRWN-00391231      234

17      Exhibit 6  - Bates GOOG-BRWN-00410878      256

18      Exhibit 7  - Bates GOOG-CABR-04971904      275

19      Exhibit 8  - Bates GOOG-BRWN-00275959      287

20      Exhibit 9  - Bates GOOG-BRWN-00047341      293

21      Exhibit 10 - Bates GOOG-CABR-04509467      301

22      Exhibit 11 - Bates GOOG-CABR-04746153      309

23

24

25
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1                    EXHIBITS (continued)

2
                EXHIBITS MARKED BUT NOT IDENTIFIED
3

     Exhibit 12 - Bates GOOG-CABR-05287675
4

     Exhibit 13 - Bates GOOG-BRWN-00185344
5

     Exhibit 14 - Bates GOOG-BRWN-00165706
6

     Exhibit 15 - Bates GOOG-CABR-051455132
7

     Exhibit 16 - Bates GOOG-CABR-05270219
8

     Exhibit 17 - Bates GOOG-CALH-00044423
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 178

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              THE VIDEOGRAPHER:  Good afternoon.  We

 2         are on the record.  The time is 1:02 p.m.,

 3         and that is Central European Summer Time.

 4              Please note that this deposition is being

 5         conducted virtually.  Quality of recording        01:03:02

 6         depends on the quality of camera and Internet

 7         connection of participants.  What is seen

 8         from the witness and heard on screen is what

 9         will be recorded.  Audio and video recording

10         will continue to take place unless all           01:03:16

11         parties agree to go off the record.

12              This is Media Unit 1 of the

13         video-recorded deposition of Sabine Borsay,

14         Volume II, taken by counsel for plaintiffs in

15         the matter of Patrick Calhoun, et al., v.        01:03:29

16         Google LLC and Chasom Brown, et al., v.

17         Google LLC, filed in the United States

18         District Court for the Northern District of

19         California.  The case number or numbers is

20         4:20-cv-5146-YGR-SVK; 5:20-cv-05146-YGR-SVK.

21              The deposition is being conducted

22         remotely using virtual technology.  My name

23         is David West.  I am the videographer.  The

24         court reporter is Renée Harris.  We represent

25         Veritext Legal Solutions.                        01:04:10
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

1        I am not related to any party in this

2    action nor am I financially interested in the

3    outcome.

4        If there are any objections to

5    proceeding, please state them at the time of      01:04:20

6    your appearance.

7        Counsel and all present will now state

8    their appearances and affiliations for the

9    record, beginning with the noticing attorney.

10       MR. LEE:  Good afternoon.  James Lee;        01:04:29

11   Boies Schiller Flexner.  I have with me my

12   colleague, Augusto Cividini, also from Boies

13   Schiller Flexner.

14       MS. ORNELAS:  Angelica Ornelas from

15   Bleichmar Fonti & Auld for the Calhoun            01:04:45

16   Plaintiffs.

17       MS. CRAWFORD:  And Jomaire Crawford from

18   Quinn Emanuel Urquhart & Sullivan for the

19   defendant, Google LLC, joined by my colleague

20   Carl Spilly, along with in-house counsel at       01:04:54

21   Google, Matthew Gubiotti.

22       THE VIDEOGRAPHER:  Thank you.  The

23   witness may now be sworn in.

24       MR. DECURTINS:  Hello, everyone, from

25   Switzerland, my name is Remo Decurtins, and I     01:05:09

                                        Page 180

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1        am the so-called Swiss commissioner appointed

2        by the Competent Swiss Authorities for

3        supervising today's deposition of Ms. Sabine

4        Borsay in the matter Chasom Brown, et al., v.

5        Google LLC.                              01:05:25

6            Basis for today's deposition is the

7        authorization by the Swiss Federal Department

8        of Justice of June 24 of this year and which

9        is still valid today.

10           In exercising my function as Swiss      01:05:38

11       commissioner, I have verified the identity of

12       Mrs. Borsay ahead of this deposition, and I

13       hereby confirm that the person sitting here

14       with me today indeed is Mrs. Borsay, who is a

15       resident of Munich, Germany.             01:05:53

16           Furthermore, I am hereby advising

17       Ms. Borsay of her rights in accordance with

18       the authorization by the Swiss Federal

19       Department of Justice and the Hague

20       Convention on Taking of Evidence.

21           Ms. Borsay, do you understand that you

22       have the right to be represented by a lawyer

23       in this deposition?

24           THE WITNESS:  Yes.

25           MR. DECURTINS:  Mrs. Borsay, you        01:06:16
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

1          understand that you are under no legal

2          obligation to appear in this deposition and

3          this deposition may end at any point if you

4          wish so?

5              THE WITNESS:  Yes.                    01:06:25

6              MR. DECURTINS:  Mrs. Borsay, you

7          understand that you may invoke the right to

8          refuse testimony or the prohibition of

9          testimony under both Swiss and U.S. law?

10             THE WITNESS:  Yes.                    01:06:34

11             MR. DECURTINS:  Mrs. Borsay, you

12         understand that by being deposed in Zurich,

13         you as German citizen and resident forgo

14         rights under German law related to this

15         deposition but you have rights under Swiss   01:06:44

16         law?

17             THE WITNESS:  Yes.

18             MR. DECURTINS:  Mrs. Borsay, this

19         deposition will be conducted in English.  Are

20         you comfortable with this?                01:06:51

21             THE WITNESS:  Yes.

22             MR. DECURTINS:  Mrs. Borsay, do you swear

23         or affirm that the testimony you are about to

24         provide is the truth, the whole truth and

25         nothing but the truth?                    01:07:01

                                          Page 182

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  Yes.

 2              MR. DECURTINS:  Mrs. Borsay, do you

 3         understand that this deposition is

 4         transcribed and videotaped?

 5              THE WITNESS:  Yes.                      01:07:10

 6              MR. DECURTINS:  Mrs. Borsay, do you

 7         understand that you will have the chance to

 8         correct any errors in the transcript and that

 9         you will then be asked to sign such

10         transcript?                                 01:07:21

11              THE WITNESS:  Yes.

12              MR. DECURTINS:  Mrs. Borsay, do you

13         understand that such signed transcribed and

14         videotaped testimony will then be transmitted

15         to the parties' U.S. counsel for submission  01:07:30

16         and use before the United States District

17         Court for the Northern District of

18         California, USA?

19              THE WITNESS:  Yes.

20              MR. DECURTINS:  Thank you very much.     01:07:40

21         This is all from me.

22                        EXAMINATION

23      BY MR. LEE:

24         Q.  All right.  Good afternoon, Mrs. Borsay.

25      How are you?                                    01:07:52
```

Page 183

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          A.  Hi.  I am okay.

 2          Q.  Good.  Can you please state your full

 3     name for the record, please.

 4          A.  Yes.  Sabine Borsay.

 5          Q.  Mrs. Borsay, are you currently employed     01:08:00

 6     at Google?

 7          A.  Yes.

 8          Q.  You've worked at Google since about 2010?

 9          A.  Correct.

10          Q.  And you've been a product manager for       01:08:06

11     Chrome Privacy at Google since 2014?

12          A.  No.

13          Q.  Which part is wrong?

14          A.  It's that after my first maternity leave,

15     when I came back, I think it was in 2018, I was       01:08:23

16     not working on -- I was not the PM for Chrome

17     Privacy.  I was the PM for Chrome Sync and Sign

18     In.

19          Q.  I see.  So beginning in 2014, you were

20     the product manager for Chrome Privacy, and in       01:08:37

21     2018 you changed functions; is that fair?

22          A.  Yes, after my leave.  I believe it was

23     2018 when I came back.

24          Q.  Okay.  Are you familiar with Incognito

25     Mode for Google's Chrome browser?                    01:08:54
```

Page 184

CONFIDENTIAL ATTORNEYS' EYES ONLY

1          A.  Yes.

2          Q.  In your role as product manager for

3     Chrome Privacy, did you have any responsibilities

4     involving Incognito Mode?

5          A.  Yes.                                    01:09:02

6          Q.  What were those responsibilities?

7          A.  So it was one of the different features

8     that I was the product manager for.

9          Q.  And as the product manager for Incognito

10    Mode feature, what were your responsibilities?     01:09:20

11         A.  There are no responsibilities.  As a

12    product manager for a specific feature, you are

13    typically working with your team to see if you

14    want to make changes to the feature or if there

15    are anything coming up with the feature, you may    01:09:44

16    be a good person to talk to for other teams if

17    they have questions about the feature.

18            These are typical things product managers

19    do with their features.

20         Q.  And as the product manager, are you in     01:09:56

21    charge of any changes that might be -- that might

22    have been made to the Incognito Mode feature?

23         A.  Sorry, I don't understand that one word

24    in English that you used.  Can you --

25         Q.  Which word?  I said -- let me rephrase.    01:10:08

                                           Page 185

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          A.  Yeah.

 2          Q.  As the product manager, are you the

 3     person in charge of any changes that might be made

 4     regarding the Incognito Mode feature?

 5              MS. CRAWFORD:  Objection to the form of      01:10:24

 6          the question.

 7              You can answer.

 8              THE WITNESS:  It depends.  There's no

 9          universal answer I can give to that.  It's

10          not that, you know, the product manager is in   01:10:31

11          charge.

12     BY MR. LEE:

13          Q.  Okay.  When did you start working as a

14     product -- strike that.

15              As a product manager for Chrome Privacy,     01:10:43

16     when did your responsibilities over the Incognito

17     Mode feature begin?

18          A.  So I started to work as a product manager

19     on privacy in 2014, I believe, when I joined the

20     Chrome team as a product manager.                     01:10:57

21          Q.  Okay.  All right.  I want to talk a

22     little about your understanding of Incognito Mode

23     in Chrome.  To do that, let's actually look at a

24     document.

25              MR. LEE:  Augusto, can you put up Tab 1,     01:11:10
```

Page 186

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        please.

 2      BY MR. LEE:

 3        Q.  And, Ms. Borsay, what I like to do is I

 4   like to upload the document the way it was

 5   yesterday, but I also like to look at it on the      01:11:24

 6   screen so that I can see it and we can all kind of

 7   look at the same thing.

 8           So this is what's been marked Exhibit 1

 9   for identification purposes.  It is

10   GOOG-CABR-00352924.                                  01:11:45

11           And you see that on --

12           MS. CRAWFORD:  James, give us a second

13       because I want to make sure.  You've

14       published this to Veritext Exhibit Share, and

15       you will be doing that; right?                   01:11:56

16           MR. LEE:  Yeah.

17           MR. CIVIDINI:  I just did.

18           MS. CRAWFORD:  Okay.  So give me a

19       second.  Let's just make sure that the

20       witness has this up in front of her, the same   01:12:04

21       way we were looking at documents yesterday --

22       okay, we're all set.

23           MR. CIVIDINI:  Did it go through?

24           MR. LEE:  Okay.

25           MS. CRAWFORD:  Yep, it did.  Thank you.      01:12:13
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        We just got it.

 2             (Exhibit 1 was received and marked

 3             for identification on this date and is

 4             attached hereto.)

 5   BY MR. LEE:                                    01:12:15

 6        Q.  All right.  Exhibit 1 is a document

 7   produced from your files, and it's an e-mail that

 8   you wrote to other employees at Google.

 9             Do you see that?

10        A.  I do see that.                        01:12:24

11        Q.  Okay.  I want to direct your attention to

12   the second paragraph in the first e-mail here on

13   the first page beginning with "But."

14             Do you see that paragraph?

15        A.  Mm-hmm.                               01:12:34

16        Q.  Okay.

17        A.  Should I read it?

18        Q.  Sure.  Why don't you read it to yourself,

19   and then I'll ask you a couple questions.

20        A.  Okay, I read it.                      01:13:04

21        Q.  Okay.  In that second paragraph, do you

22   see where you wrote in reference to Chrome users

23   that "they're not at all more secure in incognito

24   mode"?

25        A.  I see that, yeah.                     01:13:20
```

Page 188

CONFIDENTIAL ATTORNEYS' EYES ONLY

1        Q.  Those are your words; correct?

2        A.  It looks like an e-mail from me in 2016,

3    yes.

4        Q.  And no reason that you would have been

5    lying when you wrote those words that users are        01:13:28

6    "not at all more secure in incognito mode"; right?

7            MS. CRAWFORD:  Objection to the form of

8            the question.  Foundation.

9            THE WITNESS:  So the thing that it tells

10           me, looking at that old e-mail from back        01:13:42

11           then, is that at the time that was my

12           impression.

13           I'm happy to explain what I can imagine

14           my -- yeah, caused me to write this.

15   BY MR. LEE:                                             01:13:55

16       Q.  Okay.  Why don't we look at the next

17   sentence where you write, "The only thing

18   Incognito mode does, is clearing your browsing

19   history from your device when you close the

20   window."                                               01:14:05

21           Do you see that?

22       A.  Mm-hmm, I do.

23       Q.  Those are your words; right?

24       A.  Looks like it to be.

25       Q.  Okay.  And were you telling the truth or       01:14:12

Page 189

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    lying when you wrote that "Incognito mode does, is

2    clear your browsing history from your device when

3    you close the window"?

4          MS. CRAWFORD:  Objection.  Argumentative.

5          You can answer.                         01:14:28

6          THE WITNESS:  So the thing I can say is

7            that I apparently wrote that.  But I'm happy

8            to explain the functionality of Incognito if

9            you're interested in hearing that.

10   BY MR. LEE:                                    01:14:39

11      Q.  I just want to know that the statement

12   that you wrote, that "The only thing Incognito

13   Mode does is clear your browsing history from your

14   device when you close the window," I want to know

15   if that was the truth or a lie.                01:14:46

16         MS. CRAWFORD:  Argumentative.  Also

17            mischaracterizes the witness's testimony.

18         THE WITNESS:  I think that the browser

19            and also Incognito Mode does a lot of things

20            while someone is browsing, and I'm not     01:15:00

21            talking about all of those things.

22            So I think I phrased it really not likely

23            here because there are certainly more things

24            that a browser knows Incognito does.

25      ///

                                        Page 190

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    BY MR. LEE:

2         Q.  Are you done with your answer?

3         A.  Yeah, but I'm happy to explain the

4    functionality.

5         Q.  Incognito Mode has never actually stopped    01:15:21

6    Google, and I'm saying Google, from collecting

7    Chrome users' browsing information; correct?

8             MS. CRAWFORD:  Objection.  Foundation.

9         Form of the question.  Incomplete

10        hypothetical.                                    01:15:35

11            You can answer.

12            THE WITNESS:  I have no insights what

13        data, information Google may or may not

14        collect.

15   BY MR. LEE:                                           01:15:53

16        Q.  Do you believe that Incognito Mode stops

17   Google from collecting users' browsing

18   information?

19            MS. CRAWFORD:  Same objections.

20            THE WITNESS:  I would even like to           01:16:00

21        understand what you mean with Google here.

22   BY MR. LEE:

23        Q.  You don't know what Google is?

24            MS. CRAWFORD:  Misstates the witness's

25        testimony.  Argumentative.                       01:16:07

                                          Page 191

1    BY MR. LEE:

2        Q.  Mrs. Borsay, do you not know what Google

3    is?

4        A.  That's not what I said.  I asked if you

5    can specify your question in order for me to be        01:16:14

6    able to answer it.

7        Q.  Sure.

8        A.  To --

9        Q.  Let me rephrase it.

10           As the product manager of Chrome Privacy,      01:16:23

11   where you were in charge of managing the Incognito

12   Mode feature.  Can you tell the jury whether

13   Incognito Mode stops Google from collecting Chrome

14   users' browsing information; yes or no?

15           MS. CRAWFORD:  Objection to the form of        01:16:45

16       the question.  Foundation.  Assumes facts.

17       Vague.

18           You can answer.

19           THE WITNESS:  Again, I would first not

20       know exactly what you mean with Google.            01:16:54

21           Second, I do not have insights into what

22       data Google may or may not collect.  I'm

23       happy to talk about Chrome Incognito Mode's

24       behavior.

25       ///

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      BY MR. LEE:

 2          Q.  Okay.  So let me just make sure that

 3      we're on the same page, and then we can move on.

 4              The reason why you can't answer my

 5      question is because you aren't sure what I mean by   01:17:16

 6      Google; is that fair?

 7              MS. CRAWFORD:  Objection.  Misstates the

 8          witness's testimony.

 9              THE WITNESS:  No, I asked you to clarify

10          that, but that's not the reason that I           01:17:26

11          stated.

12      BY MR. LEE:

13          Q.  What is your confusion behind the word

14      "Google" so that I can maybe rephrase?

15          A.  Is it Google Search that you are talking     01:17:39

16      about?  Is it a brand Google that you are talking

17      about?

18          Q.  What company do you work for,

19      Mrs. Borsay?

20          A.  Is the company, Google.                      01:17:52

21          Q.  What -- what -- who do you work for,

22      Mrs. Borsay?

23          A.  I do work for Google.

24          Q.  Okay.  You also said, if I'm being clear,

25      that you couldn't answer my question because you     01:18:03
```

Page 193

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    don't know one way or the other what Google

2    collects from users when they are in Incognito

3    Mode; is that correct?

4         A.  I did say I do not know what Google may

5    or may not collect.                          01:18:20

6         Q.  Does Incognito Mode give Chrome users the

7    ability to control what Google collects?

8            MS. CRAWFORD:  Objection to the form of

9         the question.  Lack of foundation.  Assumes

10        facts.  Incomplete hypothetical.          01:18:36

11           You can answer.

12           THE WITNESS:  So Incognito Mode, I think

13        it makes sense to talk about what it does.

14        And what I can talk to is that when you open

15        Incognito Mode, it gives you a fresh cookie   01:19:00

16        slate.

17           And then you can browse, and when you

18        close Incognito Mode, the cookies are deleted

19        from this device so that people who use the

20        same device cannot see your browsing.      01:19:13

21           That's what it's built for, that's what

22        it's marketed and that's what it does.

23   BY MR. LEE:

24        Q.  Okay.  Are you done?

25        A.  Yes.                                 01:19:23

                                          Page 194

```
 1        Q.   Okay.  Move to strike.

 2             Let me ask you the question that I asked,

 3    okay?  I want you to focus on my question.

 4             Does Incognito Mode give Chrome users the

 5    ability to control what information Google          01:19:33

 6    collects?

 7             MS. CRAWFORD:  Argumentative.  Asked and

 8        answered.  Lack of foundation.  Incomplete

 9        hypothetical.

10             THE WITNESS:  Yeah, I'm struggling to       01:19:47

11        understand what you mean with that question.

12        I explained what Incognito Mode does, and --

13     BY MR. LEE:

14        Q.   Okay.

15        A.   -- to -- to -- also, one more thing,        01:19:56

16    maybe it helps you here, is that Incognito Mode,

17    Chrome doesn't share the signal that the user

18    isn't in Incognito Mode with the websites that the

19    user may visit.

20        Q.   Does any information from the user go to     01:20:20

21    Google when the user is in Incognito Mode; do you

22    know?

23        A.   I do not know, like I said a few times.

24        Q.   Okay.  You've never asked anybody?

25    Yesterday you talked about how you speak with your   01:20:36
```

Page 195

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    engineers all the time.  You've never asked that

 2    question to any of your engineers?

 3            MS. CRAWFORD:  Argumentative.

 4            THE WITNESS:  No, I didn't.

 5    BY MR. LEE:                                        01:20:44

 6        Q.  Okay.  And in your time as the product

 7    manager for Chrome Privacy, including the

 8    Incognito Mode feature, you never thought to

 9    determine what information Google collects while

10    users are in Incognito Mode?                       01:20:58

11            MS. CRAWFORD:  Argumentative.  Assumes

12        facts.

13            THE WITNESS:  No.

14            MR. LEE:  Okay.  Let's look at the next

15        exhibit.  Augusto, why don't you load that.   01:21:11

16        And then once you have that uploaded, we can

17        share screen again.

18    BY MR. LEE:

19        Q.  All right.  Mrs. Borsay, before we look

20    at this document, I just wanted to ask you, during 01:21:28

21    your time as the product manager for Chrome

22    Privacy, did you become aware of potential user

23    misconceptions regarding what Incognito Mode

24    actually does?

25            MS. CRAWFORD:  Objection.  Foundation.     01:21:39
```

Page 196

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              You can answer.

 2              THE WITNESS:  So I am aware that users

 3         have misconceptions with what private

 4         browsing modes offered to them.

 5              For example, I am aware that some people     01:21:56

 6         assume and desire, I guess, to be able to

 7         sign in to a website like LinkedIn and be

 8         invisible so that LinkedIn wouldn't see that

 9         they signed in.

10              So that's one of the misconceptions that     01:22:14

11         I'm aware of.

12              (Exhibit 2 was received and marked

13              for identification on this date and is

14              attached hereto.)

15    BY MR. LEE:                                           01:22:20

16         Q.  Okay.  So take a look at Exhibit 2.

17    Exhibit 2 is a document produced by Google with

18    production numbers GOOG-CABR-05468324.  That's the

19    beginning Bates.

20              Mrs. Borsay, do you have the document up     01:22:38

21    on your screen, just so I know?

22         A.  Yes.

23         Q.  Okay.  Do you see on the first page,

24    right at the top, that your name is listed right

25    there under "Perceptions of Google Chrome            01:22:51
```

Page 197

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Incognito"?

2        A.  No.

3        Q.  All right.  Let's take it from the top.

4    Let me try it again.

5            Do you see, right at the top, the title        01:23:02

6    of the document is "Perceptions of Google Chrome

7    Incognito"?

8        A.  Yeah, under "userexperience."

9        Q.  Yeah.  Okay.  And the document is dated

10   January 2015; right?                                    01:23:18

11       A.  Mm-hmm.

12       Q.  So at the time that you received this

13   document, you were the product manager for Chrome

14   Privacy; correct?

15       A.  Correct.                                        01:23:28

16       Q.  And do you see right there under "PM,"

17   which I'm assuming means product manager, you were

18   actually listed as receiving this document; right?

19   Sabine Borsay.  Do you see that?

20       A.  It doesn't say it.  I'm listed as the PM        01:23:37

21   contact there.  It doesn't say if I received it or

22   anything else.  I'm listed as the PM contact

23   there.

24       Q.  Okay.  Why don't we -- why don't we go to

25   the last page.                                          01:23:50

                                                            Page 198

CONFIDENTIAL ATTORNEYS' EYES ONLY

1      A.   Sure.   Yeah.

2      Q.   I'll represent to you this is the

3   metadata that Google provided which tells us where

4   the document came from.   Okay?

5      A.   Okay.   I don't see owner, though, here,        01:24:23

6   but --

7      Q.   Well, it tells you who the custodians

8   are.   So that tells us whose files this document

9   exists in.   Okay?

10      A.   I don't know what custodians are.   I know      01:24:35

11   like owner of the doc is someone who created the

12   document.

13      Q.   Okay.   I'm not suggesting you created

14   this document.   Custodian -- I'll represent to you

15   custodian -- if it's in your custodial file, that      01:24:46

16   means this document exists in your files.

17          Do you understand what that means?

18      A.   I do not fully, but I think that's

19   okay --

20      Q.   Okay.   Do you see under "AllCustodians"        01:24:55

21   it has your name listed as one of the recipients

22   of this document?

23      A.   No, it doesn't mean that I would be one

24   of the recipients of this document.   I don't see

25   an e-mail at the moment --                             01:25:05

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        Q.  Okay.

 2        A.  -- 2015.

 3        Q.  Right.  Even though you're --

 4            MS. CRAWFORD:  Let's just make sure she's

 5        done with her answer, James, before you --      01:25:11

 6            THE WITNESS:  Yeah.

 7            MS. CRAWFORD:  -- jump in.

 8            THE WITNESS:  So all what I see -- I

 9        don't know what custodian means -- is their

10        list of people, I'm listed as one of them.      01:25:20

11    BY MR. LEE:

12        Q.  Sure.  And that's why I'm -- if you

13    accept my representation that custodian means that

14    you have received this in your files, does that --

15        A.  I don't know what that means, received in   01:25:31

16    files.

17        Q.  Okay.  That's -- that's fine.

18            Do you have a memory of reviewing this

19    document or receiving this document?

20            MS. CRAWFORD:  Objection.  Compound.         01:25:41

21        Vague.

22            THE WITNESS:  We looked at the title

23        slide and then the last slide, which I -- or

24        slide, which I certainly didn't see it.  So

25        I'm not sure.  I would need to review it.        01:25:53
```

Page 200

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      BY MR. LEE:

 2          Q.  Okay.  If you look at the -- let's go to

 3      the top again under "Executive summary."

 4          A.  Mm-hmm.

 5          Q.  If you look at the second paragraph under      01:26:05

 6      the "Executive summary," you'll see that this

 7      report was based on an online survey that was

 8      conducted.

 9              Do you see that?

10          A.  Let me read.                                    01:26:26

11              I don't know what Amazon's Mechanical

12      Turk refers to, crowdsourcing platform.  I also

13      don't know what an exploratory online survey is

14      referring to.

15              One thing I can mention, the "N"               01:26:52

16      typically stands in user studies for the number of

17      users that were looked at, which is, yeah --

18          Q.  Yeah.

19          A.  -- 264.

20          Q.  So I'm not asking you about all that.          01:27:02

21      I'm just -- if you look at the very first line in

22      that -- that sentence, I'm just saying, do you

23      understand that this report that we're looking at,

24      Exhibit 2, is based on the results of an

25      exploratory online survey?                             01:27:16
```

Page 201

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        A.  You asked -- your question before was

 2   different, so I answered that I cannot answer the

 3   question before because I don't know what Amazon's

 4   Mechanical Turk is.

 5        Q.  Okay.  So why don't you answer my next      01:27:25

 6   question --

 7            MS. CRAWFORD:  Wait -- wait a second,

 8        James.  I don't think she was done.  Perhaps

 9        you can't hear her clearly, but she was still

10        answering the question you posed.               01:27:34

11            THE WITNESS:  Yeah.  So what was your

12        last question?  Because, again, the one --

13        the previous one, I explained why I cannot

14        answer it.  So --

15   BY MR. LEE:                                          01:27:42

16        Q.  According to --

17        A.  -- what was the question?

18        Q.  Sure.  According to this report, it was

19   based on results from an exploratory online

20   survey; right?                                       01:27:48

21        A.  That's what it says.

22        Q.  Okay.  Go to the next paragraph where it

23   says, "Our results show."

24            Do you see that paragraph, Mrs. Borsay?

25        A.  I do see the paragraph.  I haven't read     01:27:57
```

Page 202

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    it.

 2         Q.   Okay.  Why don't you read it to yourself.

 3         A.   Okay, I read it.

 4         Q.   Okay.  Item iii, do you see where there's

 5    a Roman numeral iii there in the paragraph?        01:28:32

 6         A.   Yes.

 7         Q.   In the beginning of the paragraph, it

 8    says, "Our results show."  Right?

 9         A.   Mm-hmm.

10         Q.   And the third thing they identify based   01:28:41

11    on the results is that "participants valued the

12    benefits of Incognito but have various

13    misconceptions which could put their privacy at

14    risk."

15              Did I read that correctly?               01:28:53

16         A.   Yes.

17         Q.   Okay.  So if you received this document

18    in 2015, you would have known that participants in

19    this survey had various misconceptions about

20    Incognito Mode that could put their privacy at      01:29:07

21    risk; right?

22              MS. CRAWFORD:  Objection.  Assumes facts.

23         Lack of foundation.

24              THE WITNESS:  So, first of all, again, I

25         have no idea if I received this user research   01:29:17
```

Page 203

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1           or not.
 2                One thing I can say for sure now, looking
 3           at the first page, I did not write it.  I was
 4           not a user researcher.
 5                Yeah, that's what I can say to the first    01:29:33
 6           part of your question already.
 7      BY MR. LEE:
 8           Q.  Okay.  And are you aware generally of any
 9      kind of surveys that were taken as part of your --
10      strike that.                                          01:29:44
11                Are you aware generally of surveys that
12      were taken while you were the product manager of
13      Chrome Privacy regarding user conceptions or
14      misconceptions of Incognito Mode?
15                MS. CRAWFORD:  Objection.  Vague and        01:29:56
16           overbroad.  Foundation.
17                You can answer.
18                THE WITNESS:  I wouldn't be able to tell
19           after so many years what -- if it was exactly
20           about conceptions or misconceptions, what you    01:30:07
21           said, but I am aware that there were user
22           studies that were conducted.
23      BY MR. LEE:
24           Q.  Okay.  And would you have reviewed any of
25      those studies as part of your function as a           01:30:17
```

Page 204

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    product manager?

2         A.   It's hard to tell what I reviewed or not.

3    This document seems super long, so I would be

4    skeptical that I had the time to look at it

5    because, keep in mind, I was the PM for Chrome          01:30:30

6    Privacy, Chrome Password Manager, Autofill,

7    Payments, Web Identity -- Web Identity for Web

8    Developers, so I had various roles that I can

9    continue with the list of features.

10         So it was very, very limited time, yeah,          01:30:47

11   when I was able to spend to -- to different

12   features.

13        Q.   Okay.  And do you know whether the work

14   described in this report contributed to a

15   presentation to Sundar Pichai in 2015?               01:30:59

16         MS. CRAWFORD:  Objection.  Foundation.

17         THE WITNESS:  I have no idea.

18    BY MR. LEE:

19        Q.   Okay.  Let's look at the second page

20   under "Objective."                                    01:31:11

21        A.   Yeah.

22        Q.   Do you see in the last sentence it says,

23   ██████████████████████████████████████████████

24   ████████████████████████████████████

25        ██████"?                                          01:31:27

Page 205

1        A.   I see the sentence, yeah.

2        Q.   And that's Sunday Pichai; correct?

3        A.   I do not know.

4             MS. CRAWFORD:   Foundation.

5    BY MR. LEE:                                        01:31:33

6        Q.   You don't know?

7        A.   No.   From where would I know?   I didn't

8    write this.

9        Q.   You testified yesterday that you don't

10   know any other Sundars at Google; right?          01:31:41

11       A.   Yeah, but that has nothing to do with

12   whoever wrote this had in mind.   So I just say

13   truthfully I do not --

14       Q.   Sure.

15       A.   -- know.                                  01:31:48

16       Q.   Okay.   Let's just stick to my question.

17       A.   There's nothing else I can say truthfully

18   to this.

19       Q.   Sure.   But it is true that you don't know

20   any other Sundar -- Sundars at Google; right?     01:31:56

21       A.   Not from the top of the head.   I cannot

22   exclude that there was no other Sundar that came

23   across my work, it's possible.

24       Q.   Right, and --

25       A.   But I don't recall a different one --     01:32:08

                                            Page 206

CONFIDENTIAL ATTORNEYS' EYES ONLY

1           MS. CRAWFORD:  Wait a second, James.

2           THE WITNESS:  -- from the top of my head.

3      BY MR. LEE:

4           Q.  And do you know anybody that would have

5      received -- strike that.                          01:32:13

6           Do you know anybody named Sundar that is

7      not Sundar Pichai where a privacy policy

8      presentation that included the work from this

9      survey would have been presented?

10          MS. CRAWFORD:  Assumes facts.  Lack of       01:32:28

11          foundation.  Vague and ambiguous.

12          THE WITNESS:  I don't have a particular

13          person in mind, but I just don't know.  I

14          wouldn't know.  Possible that's what it

15          meant.  I don't know.                         01:32:43

16     BY MR. LEE:

17          Q.  Focusing on that same sentence, it says

18     "███████████████████████████████████████

19     ████████████████████████."

20          Do you know what the name of that            01:32:52

21     presentation was?

22          A.  No.  I have no idea what it's referring

23     to.

24          Q.  Okay.  And do you know if this mystery --

25     mystery man named Sundar was informed in 2015 of   01:33:02

                                              Page 207

```
 1    the findings in Exhibit 2 that Incognito users had

 2    various misconceptions about Incognito Mode which

 3    could put their privacy in jeopardy?

 4          MS. CRAWFORD:  Argumentative.  Assumes

 5       facts.  Lack of foundation.                    01:33:18

 6          THE WITNESS:  So again, I'm not aware of

 7       who this is talking about nor what was said

 8       or not said.

 9       But let me just read that sentence one

10       more time -- sorry, just let me look at it    01:33:28

11       here.

12          MS. CRAWFORD:  Yeah, you should always

13       look.

14          THE WITNESS:  So even that sentence

15       doesn't talk about whether this research was  01:33:49

16       presented as you framed it.

17    BY MR. LEE:

18       Q.  Yeah, I'm not saying what's in the

19    document.  I'm asking for your personal knowledge.

20       Do you know, as the product manager for       01:34:00

21    Chrome Privacy, if the mystery man named Sundar

22    was informed in 2015 of the finding in this

23    document that Incognito users had various

24    misconceptions about Incognito Mode which could

25    put their privacy at risk?                       01:34:16
```

                                              Page  208

```
 1           A.  So again, I do not know.  But I can add

 2      that I would be extremely surprised if the

 3      findings of this super-long-looking research would

 4      have been shared with, let's say, if you are, you

 5      know, looking for Sundar Pichai, I would be very        01:34:34

 6      surprised about that.

 7              MR. LEE:  Okay.  Let's look at the next

 8          document, Augusto.

 9              MS. CRAWFORD:  And, Augusto, just let us

10          know when it's been published.                      01:34:58

11              MR. CIVIDINI:  Been published.

12              MS. CRAWFORD:  Thank you.

13              MR. LEE:  We're going to mark this.  Let

14          me identify.  The beginning Bates is

15          GOOG-BRWN-00437645, and it will be marked for       01:35:12

16          this deposition as Exhibit 3.

17              (Exhibit 3 was received and marked

18               for identification on this date and is

19               attached hereto.)

20      BY MR. LEE:                                             01:35:24

21          Q.  You worked on the Chrome Incognito Mode

22      rebranding effort in 2015, Mrs. Borsay, right?

23          A.  I'm not sure what you are referring with

24      Incognito rebranding effort from 2015.

25          Q.  Did you work on any effort to rebrand           01:35:37
```

Page 209

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Incognito Mode in 2015?

2        A.  Well, effort, I'm not sure if that's the

3    right word.  At some point we did explore with the

4    team what rebrand could potentially look like.

5        Q.  Okay.  Now, why don't you turn to the          01:35:55

6    last page of the document.

7        A.  Give me a moment, please.

8        Q.  While you're heading there, I'll just

9    state for the record this is the metadata provided

10   by Google in producing this document.                  01:36:39

11       A.  Okay.

12       Q.  Do you see the title of the document at

13   the very bottom is "Chrome Incognito Mode

14   rebranding"?

15       A.  Mm-hmm.                                         01:37:28

16       Q.  And do you see the field titled

17   "Custodian/Source"?

18       A.  Yes, I do.

19       Q.  Okay.  And whose -- whose name is listed

20   there?                                                  01:37:40

21       A.  It's mine.

22       Q.  Okay.  And do you see, just under that,

23   it says "AllCustodians"?

24       A.  Yes.

25       Q.  And who is the only name listed there?         01:37:48

Page 210

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1        A.  It's just mine.

2        Q.  Did you --

3        A.  But that doesn't mean --

4        Q.  Did you write this document?

5        A.  I don't know, I seem to have created it.    01:37:58

6    But what I said yesterday, it's very, very common

7    for a PM, and especially myself, to represent not

8    just my own views.  I might have copy-pasted

9    something in here from me.  I don't know the

10   context from other people, what they said.  I       01:38:14

11   might be stating other people's opinions.

12        So the thing we know is that it seems

13   that I created this doc to begin with, but what it

14   represents is something we would need to look into

15   and then I can comment.                              01:38:28

16        Q.  Okay.  Do you think you would have

17   copy-pasted work from outside of Google to prepare

18   this document?

19        MS. CRAWFORD:  Objection insofar as it

20        calls for speculation and is vague and          01:38:38

21        ambiguous.

22        You can answer.

23        THE WITNESS:  Yeah, I'm not sure what you

24        mean with "work from outside of Google."

25   ///
```

Page 211

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    BY MR. LEE:

2        Q.  Well, there's internal Google

3    information, you know, you could have copy and

4    pasted from another employee within Google, right?

5        A.  Yeah.                                    01:38:53

6        Q.  Or you could have gone on the internet

7    and found articles written by people outside of

8    Google and pasted that in here.

9            My question to you is what was your

10   practice?  Did you -- when you say that sometimes   01:39:03

11   you copy and pasted things to create a document, a

12   document such as this one, would you have copy and

13   pasted from -- from people that work from -- that

14   was generated within Google or outside Google?

15           MS. CRAWFORD:  Vague and ambiguous.       01:39:17

16           THE WITNESS:  So there's no universal

17       answer to that.  It completely depends on the

18       context.  Both is certainly very possible.

19   BY MR. LEE:

20       Q.  Right.  But we have the context.  We have  01:39:28

21   the document.  So why don't you take a look at the

22   document and see if you can identify anything you

23   would have pasted from outside of Google.

24           MS. CRAWFORD:  Argumentative.

25           THE WITNESS:  I think it will be          01:39:43

                                              Page 212

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        impossible for me to say.  It's many, many

 2        years ago.  I don't remember who said what,

 3        if I wrote this, if I copied it, if I typed

 4        it myself.

 5             What is your concrete question?  Maybe we    01:39:56

 6        can...

 7   BY MR. LEE:

 8        Q.  Is this document familiar to you at all?

 9        A.  No, it doesn't look familiar.

10        Q.  All right.  Let's go to the first page.    01:40:11

11   You can see from the first page that -- from the

12   headings, that this document concerns Incognito

13   Mode; right?

14        A.  So "Proposed incognito mode definition,"

15   for example, right, that subheading you mean?    01:40:28

16        Q.  Yeah.  I just mean generally this

17   document is about Incognito Mode; right?

18        A.  I would need to read it again to be able

19   to say that for certain.  But I see "Incognito

20   Mode" in the subtitles, yes.    01:40:38

21        Q.  Okay.  Let's go to the second page.

22        A.  Yeah.

23        Q.  Do you see where it says, "Problems of

24   the current branding"?

25        A.  Give me a second.  There, yeah.    01:40:54
```

Page 213

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          Q.  Yeah.  Okay.  And can you please read

 2     aloud the first bullet below "Problems of current

 3     branding"?

 4          A.  Sure.  It says in this doc, "Name and spy

 5     indicate that you are invisible.  Some" --          01:41:11

 6          Q.  You said "invisible"; right?

 7          A.  Hmm?

 8          Q.  I missed the last part.  Did you say

 9     "invisible"?

10          A.  Yes.                                       01:41:19

11          Q.  Okay.  We are on the same page.

12          A.  That's what the doc says, yeah.

13          Q.  Okay.  So I want to talk about the name

14     Incognito.  The word "incognito" means hidden,

15     concealed or invisible.  Do you agree?              01:41:34

16              MS. CRAWFORD:  Objection.  Foundation.

17          Assumes facts.

18              You can answer.

19              THE WITNESS:  I do not know what the

20          definition of -- of the word is.               01:41:44

21     BY MR. LEE:

22          Q.  Okay.  How about the Incognito spy guy, I

23     want to talk about him.  You agree the spy icon

24     shows a man in disguise; right?

25              MS. CRAWFORD:  Objection.  Foundation.      01:41:58
```

Page 214

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1           THE WITNESS:  I don't know the English

2       term used, like man in what, sorry?  Can

3       you --

4    BY MR. LEE:

5       Q.  In disguise.                              01:42:02

6       A.  I don't know that English term.

7       Q.  Okay.  So let's break it down, then.

8           You're familiar with the spy icon in

9    Incognito; right?

10      A.  Yes.                                       01:42:11

11      Q.  It shows a man with no eyes; right?

12          MS. CRAWFORD:  Foundation.

13          THE WITNESS:  I think it has like

14      glasses.

15   BY MR. LEE:                                       01:42:21

16      Q.  Yeah.

17      A.  What I remember is a head and glasses.

18      Q.  Right.  Okay.  Great.  So we remember a

19   head with -- a hat with glasses; right?

20      A.  Mm-hmm.                                    01:42:29

21      Q.  Okay.  Can you actually see his eyes,

22   ears, mouth or nose?

23          MS. CRAWFORD:  Objection.  Foundation.

24      Speculation.  Incomplete hypothetical.

25      Assumes facts.                                 01:42:38
```

Page 215

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            THE WITNESS:  I don't know by heart, but
 2        you can look it up.  I'm not sure what the
 3        question is about.
 4     BY MR. LEE:
 5        Q.  Is it your testimony, ma'am, that you      01:42:49
 6     don't know what the Incognito spy icon looks like?
 7        A.  I just --
 8            MS. CRAWFORD:  Objection.  Misstates the
 9        witness's testimony.  That's not what she
10        said, James.                                   01:42:58
11            THE WITNESS:  I just explained that I
12        think it has the glasses and -- and the hat
13        on.  I must say, I don't know from the top of
14        my head if it has -- I think you mentioned if
15        the eyes are visible or not, but we can        01:43:12
16        easily look it up.
17     BY MR. LEE:
18        Q.  Sure.  Let's look it up.
19            MR. LEE:  Augusto, if you Google it, just
20        Incognito new tab page or something, it        01:43:21
21        should just come up as an image.  Just go to
22        images and pull that one.  That's fine.
23            THE WITNESS:  Okay.  So what I said.
24     BY MR. LEE:
25        Q.  Right.  Okay.  So now that we have it all  01:43:45
```

Page 216

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1     in front of us, for the record, we are looking at

 2     the Incognito spy icon together; right?

 3            MS. CRAWFORD:  Let me just make it clear.

 4        I'm not exactly sure what it is that you've

 5        pulled up here, what date this is from, what        01:43:58

 6        version of the new tab page we are currently

 7        looking at.

 8            So let's just make sure the record is

 9        absolutely clear:  You've Googled -- you've

10        done a Google search for the word "incognito      01:44:09

11        new tab page," you went to "Images," and now

12        you're clicking on a result.

13            That is what we are looking at.

14            MR. LEE:  Sure.  I'm just focusing on the

15        icon.  So I don't think the year matters.         01:44:20

16            THE WITNESS:  One more note.  You also

17        keep referencing it as "spy icon."  That's

18        also something -- I don't know why you are

19        doing that, but -- yeah.

20      BY MR. LEE:                                          01:44:30

21        Q.  Okay.  Well, that's what it said in the

22     document we were just looking at that you believe

23     you created.  So that's why I refer to it --

24            MS. CRAWFORD:  Misstates the witness's

25        testimony with respect to Exhibit 3.  That's      01:44:42
```

Page 217

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          not what she said.
 2       BY MR. LEE:
 3          Q.  So let's look at the icon.  The man has
 4      no eyes, ears, mouth or nose; right?
 5               MS. CRAWFORD:  Objection.  Assumes facts.   01:44:52
 6               But you can answer.
 7               THE WITNESS:  So what we look at here,
 8            yeah, it doesn't have the eyes and ears or
 9            nose.
10       BY MR. LEE:                                          01:45:00
11          Q.  And as you remembered, he only has a hat
12      and glasses; right?
13          A.  Yeah, that's what I'm looking at here.
14          Q.  And the rest of him is invisible; right?
15               MS. CRAWFORD:  Objection.                    01:45:11
16            Mischaracterizes the document.  Assumes
17            facts.
18               THE WITNESS:  Yeah, so I can -- what I'm
19            seeing are typically icons, basically, that
20            they show something in a simplified way.  And  01:45:31
21            also, if you are interested in -- in what I
22            think when I look at this, I see something.
23            It doesn't look invisible to me at all.
24            Might look different, glasses, hat.
25         ///
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

1      BY MR. LEE:

2          Q.  So you don't think that this icon

3      indicates somebody that's invisible?

4          A.  No.

5          Q.  Okay.  Do you -- do you believe -- you        01:46:05

6      can take that down.  Thank you.

7              Do you believe that user -- you know

8      what, for the record we are going to mark that

9      icon as Exhibit -- what are we on right now?  3?

10     We'll mark it as 3A, and we'll provide that to the    01:46:20

11     court reporter at a break or the end of

12     deposition.

13              MS. CRAWFORD:  Sorry, let's just be

14          clear.  You're marking the icon or the entire

15          image that was clicked on from the Google        01:46:32

16          search that you conducted?

17          MR. LEE:  Just the icon -- just the icon

18          is fine.  Doesn't really matter.  But I guess

19          for clarity of the record -- you know what,

20          why don't we make our record towards the end     01:46:46

21          once we get through our questioning.

22              MS. CRAWFORD:  Sure, we can come back to

23          it.

24              MR. LEE:  Great.

25     ///

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    BY MR. LEE:

2        Q.  Users have never been invisible while

3    using Chrome Incognito Mode; right?

4            MS. CRAWFORD:  Objection to the form of

5        the question.  Foundation.  Assumes facts.    01:47:02

6            You can answer.

7            THE WITNESS:  I'm not sure what you mean

8        by have been invisible.  I've told you how

9        Incognito functions.

10   BY MR. LEE:                                        01:47:14

11       Q.  Okay.  Let's look at that second bullet

12   in Exhibit 3 that we were looking at under

13   "Problems of current branding."  I'm sorry, not --

14   not that section.  Let me see.  Oh, there it is.

15           Okay.  Do you see the second bullet at     01:47:33

16   the very top of that second page we were looking

17   at?

18       A.  Yeah, I do see that.

19       Q.  Okay.  And it states, "You are not

20   invisible."                                        01:47:47

21           Did I read that correctly?

22       A.  Yeah.

23       Q.  And it also says, "Don't assume you

24   cannot be re-identified."

25           Did I read that correctly?                 01:47:55

                                              Page 220

CONFIDENTIAL ATTORNEYS' EYES ONLY

1          A.  Yes, you did.

2          Q.  Now, as part of your work for Google, did

3    you at some point become aware of concerns that

4    the Incognito icon was misleading?

5              MS. CRAWFORD:  Objection.  Foundation.      01:48:06

6          Assumes facts.

7              You can answer.

8              THE WITNESS:  Not that I'm aware of.  I

9          was aware that some people had certain

10         misconceptions but not where those were         01:48:20

11         coming from because people may have various

12         experiences in their lives.  They have read

13         things in the news.  They might have desires,

14         like I said, to be invisible with the

15         LinkedIn example that I used earlier.  Yeah.    01:48:35

16    BY MR. LEE:

17         Q.  Did you become aware that users were --

18    strike that.

19              Did you have any concerns around the spy

20    icon being misleading?                                01:48:53

21              MS. CRAWFORD:  Objection.  Foundation.

22              You can answer.

23              THE WITNESS:  No, because again, for me,

24         it's -- it's just looks potentially

25         different, right.  You also get a new, fresh    01:49:09

                                             Page 221

```
 1          cookie jar.  But it's not an invisible cloak

 2          to me.  It just has glasses and a hat.

 3      BY MR. LEE:

 4          Q.  Okay.  And you -- you had said earlier

 5      that you don't know why I was referring to --          01:49:21

 6              MS. CRAWFORD:  James, she wasn't done.

 7              THE WITNESS:  Yeah.  So one thing I

 8          wanted to --

 9      BY MR. LEE:

10          Q.  Oh, sorry.                                      01:49:26

11          A.  -- ask after I just finished answering

12      the question before is whether we could break.  I

13      could use a bathroom break.

14              MS. CRAWFORD:  Yeah, absolutely.  I don't

15          think -- let me just check the realtime.  I        01:49:36

16          don't think there was a question pending on

17          the record.

18              Assuming you agree, James, we should --

19              MR. LEE:  No problem.

20              MS. CRAWFORD:  -- maybe take a quick            01:49:45

21          break.  Okay.

22              MR. LEE:  No problem.

23              MS. CRAWFORD:  Thank you.

24              MR. LEE:  Let's go off the record.

25              THE VIDEOGRAPHER:  Okay.  We are off the        01:49:50
```

                                                    Page 222

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            record at 1:49 p.m.

 2               (Short break taken.)

 3               THE VIDEOGRAPHER:  We are back on the

 4            record at 2:03 p.m.

 5      BY MR. LEE:                                    02:03:08

 6            Q.  All right.  Mrs. Borsay, I believe you

 7      have Exhibit 4 in front of you uploaded?

 8            A.  No.

 9               MR. LEE:  Okay.  While we wait for

10            that -- Augusto, can you put that up, please?  02:03:19

11               (Exhibit 4 was received and marked

12               for identification on this date and is

13               attached hereto.)

14      BY MR. LEE:

15            Q.  Mrs. Borsay, before we get into this, we  02:03:27

16      took a 13-minute break.  I have to ask, did you

17      speak to your attorneys during the break?

18            A.  Yes, just checking in, how I'm doing.

19            Q.  Did you discuss the substance of -- of

20      this deposition with your attorneys?            02:03:38

21            A.  No.

22            Q.  Okay.  All right.  So what I have marked

23      as Exhibit 4 is GOOG-BRWN-00391825.  Exhibit 4 is

24      an e-mail that -- that is written by you; correct?

25            A.  Mm-hmm.  It says, yeah, from me.          02:04:02
```

Page 223

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          Q.  Okay.  And the subject line of the e-mail

 2      is "Incognito mode action plan."

 3              Do you see that?

 4          A.  Yes.

 5          Q.  Okay.  And if you go below where --        02:04:12

 6      beginning with the sentence in your e-mail that

 7      says "our proposal" -- are you with me?

 8          A.  No.  Sorry, what -- I would like to look

 9      at the e-mail.

10          Q.  Sure.                                      02:04:27

11          A.  Yeah?

12          Q.  Sure.  I'm going to ask you about this --

13      yeah, that's fine.

14              Just let me know when you're ready.

15          A.  I'm ready now.                             02:06:18

16          Q.  Okay.  I want to direct you to the third

17      paragraph of your e-mail where it says "I told

18      you."

19          A.  Okay.

20          Q.  Okay.  Now, you testified you're not       02:06:27

21      familiar with the Incognito icon being referred to

22      as the spy icon.  So I want you to read --

23          A.  I didn't -- I didn't --

24          Q.  Excuse me --

25          A.  -- testify --                              02:06:39
```

Page 224

```
 1          Q.  Excuse me.  Excuse me.  Excuse me.

 2              MS. CRAWFORD:  Hold on a second.

 3       BY MR. LEE:

 4          Q.  I'm not finished with my question.  I'm

 5       not finished with my question.                    02:06:45

 6              MS. CRAWFORD:  You can finish your

 7          question, James.

 8       BY MR. LEE:

 9          Q.  All right.  Let me rephrase it.

10              Can you read for me the sentence          02:06:53

11       beginning with "I told you about my idea"?

12          A.  Mm-hmm.  The sentence says "I told" --

13          Q.  Why don't you read it out loud into the

14       record for the jury, please.

15          A.  "I told you about my idea to replace the  02:07:07

16       spy icon with the new, Google-wide Privacy shield

17       icon."

18          Q.  Okay.  Thank you.  These are your words;

19       right?

20          A.  Let me double-check.  It looks like it.    02:07:23

21       2015, e-mail from 2015.

22          Q.  And you wrote the words "spy icon";

23       correct?

24          A.  Looks like it, yeah.

25          Q.  Right.  And you say the idea to change --  02:07:33
```

Page 225

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    or "replace the spy icon," that's your idea;

 2    right?

 3             MS. CRAWFORD:  Objection insofar as it

 4        mischaracterizes the document.

 5             You can answer.                          02:07:47

 6             THE WITNESS:  I wrote, "I told you about

 7        my idea."  I don't recall every of my ideas

 8        from 2015, now sitting here in 2022, anymore.

 9             But I see what I wrote, yeah.

10    BY MR. LEE:                                       02:08:00

11        Q.  Right.  You wouldn't take somebody else's

12    idea and take credit for it; right?

13             MS. CRAWFORD:  Argumentative.  Vague and

14        ambiguous.

15             THE WITNESS:  So one thing that's in      02:08:10

16        general I think for all these discussions

17        helpful to understand is that product

18        managers also represent their teams, right,

19        and sometimes individuals on a team have

20        opinion -- so it's not uncommon that a        02:08:14

21        product manager would --

22             (Reporter clarifying.)

23             MS. CRAWFORD:  What was the lat thing you

24        got, Renee?

25             (Record read.)                           02:08:48
```

Page 226

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  I think I was -- yeah, I
 2         missed maybe what you said now, but I wanted
 3         to say that it's not uncommon for product
 4         managers to represent also opinions,
 5         conclusion, viewpoints, plans that are not        02:09:05
 6         just their individual viewpoints but the
 7         team's or someone from the team or someone
 8         from a different team sometimes representing
 9         also others.
10    BY MR. LEE:                                            02:09:16
11         Q.  Right.  Sometimes you sponsor others'
12    ideas; is that fair?
13              MS. CRAWFORD:  Objection insofar as it
14         mischaracterizes the testimony.
15    BY MR. LEE:                                            02:09:26
16         Q.  Okay.  I'll withdraw it.
17              Do you see No. 1 under your proposal
18    where it says, "our proposal would probably be,"
19    and then you list -- you list out two?  Do you see
20    No. 1 there?                                           02:09:38
21         A.  Yes.
22         Q.  And you -- the proposal is that "replace
23    the spy icon with the Google Privacy icon"; right?
24         A.  Mm-hmm, that's what it says, yeah.
25         Q.  And under that, the explanation is --         02:09:55
```

Page 227

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    strike that.

2         Under that, you explain the context for

3    replacing the Incognito spy icon stemmed from

4    "concerns around the spy icon being misleading."

5         Those are your words; correct?              02:10:09

6    A.  I wrote the e-mail, but that doesn't mean

7    that I had any concerns with it or who had it.  It

8    could be that this is from one person on my team

9    who phrased those.

10   Q.  But -- but this is your e-mail; right?       02:10:23

11   A.  Sorry?

12   Q.  This is your e-mail; correct?

13   A.  Yes.

14        MS. CRAWFORD:  Argumentative.

15   BY MR. LEE:                                       02:10:32

16   Q.  You don't attribute this to somebody else

17   on your team, do you, in this e-mail?

18        MS. CRAWFORD:  Objection.

19        Mischaracterizes the witness's testimony in

20        the document.                                02:10:42

21        You can answer.

22        THE WITNESS:  To be clear, Mr. Lee, it

23        says "context" is "concerns around the spy

24        icon being misleading."  I'm just saying that

25        this should not be interpreted as me having  02:10:52

                                           Page 228

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          concerns.
 2     BY MR. LEE:
 3          Q.   Okay.  Somebody else has concerns that's
 4     not named in this e-mail; is that your testimony?
 5              MS. CRAWFORD:  Objection insofar as it       02:11:05
 6          mischaracterizes the document.
 7              You can answer.
 8              THE WITNESS:  It doesn't talk about
 9          myself at all here.  It gives context.  So
10          there's nothing in here that suggests that      02:11:16
11          would be my opinion.
12     BY MR. LEE:
13          Q.  But you are one of the people that
14     proposed this, correct, according to this e-mail?
15              MS. CRAWFORD:  Objection insofar as it       02:11:27
16          mischaracterizes the document.  It says "our
17          proposal would probably be."
18              You can answer.
19              THE WITNESS:  Yeah, I'm representing the
20          group of people, I guess.                        02:11:38
21     BY MR. LEE:
22          Q.  Sure.  Now, despite the proposal made by
23     you and the group that you're representing, Google
24     never replaced the Incognito spy icon; correct?
25              MS. CRAWFORD:  Objection.                     02:11:50
```

Page 229

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        Mischaracterizes this document and the
 2        witness's testimony.
 3             THE WITNESS:  So, what, is there still an
 4        open question to me?
 5   BY MR. LEE:                                      02:12:11
 6        Q.  Yeah.
 7        A.  Can you repeat it, please.
 8        Q.  Despite your proposal to replace the spy
 9   icon, Google never replaced the Incognito spy
10   icon; correct?                                   02:12:22
11             MS. CRAWFORD:  Objection.
12             (Reporter clarifying.)
13             MS. CRAWFORD:  So if it would be
14        helpful --
15             MR. LEE:  Let me just -- let me just    02:13:22
16        short-circuit this.  We'll just do it again.
17             MS. CRAWFORD:  Okay.
18             MR. LEE:  I'll shorten it to resolve what
19        I think is Jomaire's objection.
20   BY MR. LEE:                                      02:13:31
21        Q.  Did Google ever replace the spy icon,
22   Mrs. Borsay?
23             MS. CRAWFORD:  Objection to the form of
24        the question.
25             You can answer.                          02:13:39
```

Page 230

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          THE WITNESS:  I cannot talk to different

 2       versions of fresh designs that might have

 3       been launched.  But I'm not aware of the

 4       completely different icon that I have seen

 5       for Incognito.                              02:14:00

 6    BY MR. LEE:

 7       Q.  Have you ever seen an Incognito icon that

 8    didn't have the hat and glasses and no face?

 9       A.  One more quick thing, because didn't the

10    court reporter mention she didn't catch my       02:14:12

11    response?  So I thought we are going to go back so

12    that she can catch what I was saying earlier.

13          MS. CRAWFORD:  I guess if James wants to

14       ask that question again, we can make sure

15       that it's in the record, but --             02:14:25

16          MR. LEE:  Yeah, I just --

17          MS. CRAWFORD:  -- up to you whether you

18       want to put that --

19          MR. LEE:  I just decided to do it again

20       for -- I can't keep wasting time on it.      02:14:30

21    BY MR. LEE:

22       Q.  So you asked my -- answer my pending

23    question, please, which is did Google ever change

24    the Incognito icon insofar as changing the hat and

25    glasses and invisible face?                     02:14:44
```

Page 231

```
 1              MS. CRAWFORD:  Objection.  Vague and

 2         overbroad.

 3              You can answer.

 4              THE WITNESS:  I'm not sure what changing

 5         the hat here meant.  It's also possible there    02:14:59

 6         may have been fresh designs of the icon,

 7         that's possible.

 8     BY MR. LEE:

 9         Q.  Okay.  And do you have a specific

10     recollection of Google ever changing the Incognito    02:15:08

11     spy icon?

12              MS. CRAWFORD:  Vague and ambiguous.

13              You can answer.

14              THE WITNESS:  I don't know for certain,

15         because I wasn't involved in this space         02:15:27

16         throughout my time without pauses, but I

17         vaguely recall that at some point over all

18         those years there might have been a fresher

19         version, basically, that maybe -- maybe it

20         was in the context of material design.          02:15:44

21         Like typically design teams over time

22         make icons more fresh and modern, basically.

23         So that's possible that that also happened

24         with this icon, but I wouldn't be able to

25         tell for sure.                                   02:16:01
```

Page 232

1      BY MR. LEE:

2          Q.  Okay.  So again, you don't have a

3      specific memory of it changing; is that fair?

4          A.  That's what I just said.

5          Q.  So is that fair or not?                02:16:10

6          A.  I vaguely remember or I vaguely recall

7      that as part of generally making icons more fresh,

8      maybe in the context of material, next I think was

9      name, that this icon was also touched and be made

10     more modern.  But again, I wouldn't be able to say   02:16:29

11     for certain.

12         Q.  And can you identify what changes, if

13     any, you remember being made?

14         A.  Sorry, can you repeat your question,

15     please.                                         02:16:36

16         Q.  Can you identify any changes that were

17     made during this so-called refresh?

18             MS. CRAWFORD:  Objection.

19         Mischaracterizes the witness's people.

20             You can answer.                         02:16:43

21             THE WITNESS:  First of all, like I said,

22         I don't know if that refresh ever happened or

23         not for this icon.  And I also cannot recall,

24         if it happened, what exactly --

25     ///

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1     BY MR. LEE:

 2         Q.  Okay.

 3         A.  -- it was about.

 4             MR. LEE:  Let's go to the next document.

 5         We're going to mark it as Exhibit 5.  For        02:17:04

 6         identification purposes, it's

 7         GOOG-BRWN-00391231.

 8             (Exhibit 5 was received and marked

 9             for identification on this date and is

10             attached hereto.)                            02:17:16

11     BY MR. LEE:

12         Q.  Do you have the document in front of you,

13     Mrs. Borsay?

14         A.  It's not showing up in the folder yet.

15             MS. CRAWFORD:  Do you mind letting us         02:17:31

16         know once it's been published?

17             THE WITNESS:  I think it's just showed

18         up.

19             MR. CIVIDINI:  It's been published.

20             MS. CRAWFORD:  Thank you.                     02:17:40

21     BY MR. LEE:

22         Q.  Do you have it in front of you,

23     Mrs. Borsay?

24         A.  I do.

25         Q.  Okay.  You see -- I don't expect you to       02:17:54
```

Page 234

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    have read it all, I just -- I'm asking, from the

2    From and the To's and just looking at the

3    document, you can see that it's a chain e-mail

4    that you participated in as part of your work at

5    Google; right?                                    02:18:08

6        A.  Mm-hmm, that's what it looks like to me.

7        Q.  Okay.  And I want to focus on the third

8    e-mail, and it's time stamped April 26, 2016,

9    4:48 p.m.  Do you see that e-mail?

10       A.  Yes, I do.                                02:18:27

11       Q.  Okay.  And you can see next to that time

12   stamp that you are the author of this part of the

13   e-mail; right?

14       A.  Yes.

15       Q.  Can you read aloud for the jury the      02:18:40

16   sentences beginning with "All the years of

17   research"?

18           MS. CRAWFORD:  Objection.  Assumes facts.

19           You can answer.

20           THE WITNESS:  Yeah, so I wrote this in    02:18:52

21       2016 it seems.

22    BY MR. LEE:

23       Q.  Mrs. Borsay, I'm just asking you to read

24   into the record what you wrote, please.

25       A.  From where?                              02:19:00

                                                   Page 235

CONFIDENTIAL ATTORNEYS' EYES ONLY

1      Q.   That is the question that's pending.

2      A.   Should I start with "Hi" or with "You"?

3      Q.   No.  Beginning with "All the years."

4      A.   Oh, "All."  Okay.  Sorry.

5      Q.   Yeah.  Just read from "All the years"      02:19:10

6  until you get to "studies," please.

7      A.   Okay.

8           "All the years of research hopefully

9  reflect how much we're actually struggling with

10  Incognito branding and misconceptions it causes.      02:19:24

11  So I want you to be aware of what big of a can of

12  worms we'd be opening with this.  The exist -- the

13  existing misconceptions are actually something

14  many stakeholders are concerned about and we're

15  trying to address them for quite some time, which      02:19:42

16  is why we've run all these studies."

17      Q.   Okay.  Thank you.  This e-mail is from

18  2016.  So when did Google begin its years of

19  research that you mentioned on the Incognito

20  branding and the misconceptions it causes?      02:20:00

21      A.   I have no idea when the UX research team

22  did studies on Incognito and when it started or

23  did not start.  I'm not a user researcher.

24      Q.   Certainly at least a year or two before

25  this e-mail dated April 2016; correct?      02:20:19

Page 236

1          MS. CRAWFORD:  Objection insofar as it

2       calls for speculation.

3          You can answer.

4          THE WITNESS:  Again, I don't know when

5       someone at Google started, as you asked for,      02:20:36

6       doing any research in Incognito.  But I'm in

7       2016 here talking about all the years of

8       research that has been conducted, I guess,

9       somewhere.

10   BY MR. LEE:                                           02:20:46

11       Q.  Right.  But my point is you say "years."

12   So going back at least until 2014; correct?

13          MS. CRAWFORD:  Objection insofar as it

14       misstates the document.  Assumes facts.

15          You can answer.                                02:20:56

16          THE WITNESS:  I'm not sure.  I was not

17       sure what research this is referring to and

18       who may have conducted the research.

19   BY MR. LEE:

20       Q.  Okay.  But you wrote this e-mail; right?      02:21:06

21       A.  Yes.

22       Q.  Okay.  Why did you say that you would be

23   opening a big can of worms --

24          MS. CRAWFORD:  Mischaracterizes -- sorry,

25       James.  There's a lag in the feed, sorry.  I     02:21:24

                                              Page 237

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          didn't mean to jump on you there.

 2               MR. LEE:  No problem.

 3               THE WITNESS:  So the thing is, first of

 4          all, I don't know for certain what I thought

 5          in 2016, you know.                           02:21:38

 6               But the thing that I can imagine,

 7          speculating what I might have thought back

 8          then with opening a can of worms might be

 9          that there were so many different opinions

10          from different people within Google, outside  02:21:58

11          of Google.

12               And that's what I touched on earlier.  We

13          have this super wide range of people with

14          their own different thoughts and expectations

15          from things.  And I can imagine that I was    02:22:10

16          referring to, yeah, these different opinions.

17               To give you one example, I think we saw

18          somewhere earlier a mention of a shield icon.

19          From looking at that e-mail that you showed

20          me earlier, reading it, it seemed like my     02:22:32

21          team was -- or part of my team, at least,

22          maybe, seemed to be in favor of expiring that

23          icon.

24               But I also recall other people, the

25          security team, for example, some people on    02:22:47
```

Page 238

```
1          the security team, at least, were strongly

2          opposing to that because they were saying

3          people could, you know, misinterpret that

4          shield icon in ways that we wouldn't want it.

5              So that was quite typical that, yeah,      02:23:01

6          there were differing viewpoints on these, on

7          these things, and I guess that's probably

8          what I was referring here with can of worms.

9     BY MR. LEE:

10        Q.  Who were the stakeholders that were        02:23:17

11    concerned with the existing misconceptions of

12    Incognito?

13             MS. CRAWFORD:  Objection insofar as it

14        calls for speculation.

15             You can answer.                            02:23:25

16             THE WITNESS:  So I assume, for example,

17        some people on the security team.

18     BY MR. LEE:

19        Q.  Who are -- can you identify who within

20    Google was concerned with the existing             02:23:41

21    misconceptions within Incognito Mode?

22             MS. CRAWFORD:  Asked and answered.

23             THE WITNESS:  So I recall someone from

24        the security team having strong opinions

25        about that, for example.                        02:23:51
```

Page 239

CONFIDENTIAL ATTORNEYS' EYES ONLY

1   BY MR. LEE:

2     Q.  Okay.  What was this person's name?

3     A.  Chris.

4     Q.  Chris what?

5     A.  Chris Palmer.              02:24:00

6     Q.  He's the only person you can think of

7   that was concerned with the existing

8   misconceptions within Incognito Mode?

9       MS. CRAWFORD:  Argumentative.  Misstates

10     the witness's testimony.  Assumes facts.   02:24:10

11     You can answer.

12  BY MR. LEE:

13     Q.  Is he the only one, or can you think of

14   others?

15     A.  He's the one I remember.  That's like six  02:24:17

16   to eight years ago.  So, yeah, he's right now the

17   only one I can think off the top of my head.

18     Q.  Okay.  You do recognize that you refer to

19   more than one, though, right, in your e-mail?  You

20   say "stakeholders"; right?          02:24:34

21     Do you see that?

22     A.  That's also possible.  I just said it's

23   now six to eight years later.  Right away I cannot

24   recall another name besides Chris Palmer.

25     Q.  Okay.  When we were discussing Exhibit 3,  02:24:44

Page 240

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    we discussed user misconceptions that they were

2    invisible in Incognito Mode, partly because of the

3    Incognito name and spy icon.

4          Do you remember that we talked about

5    that?                                              02:25:02

6          A.  Mmm, no --

7               MS. CRAWFORD:  Yeah, objection --

8               THE WITNESS:  -- I wouldn't --

9               MS. CRAWFORD:  -- insofar as that

10         mischaracterizes the witness's testimony and    02:25:05

11         misstates the documents.

12    BY MR. LEE:

13         Q.  Sure.  Let's go back to Exhibit 3.  I

14    just want to point out "Problems of the current

15    branding."  Do you have it up on the screen?  We    02:25:16

16    have it on the screen share.

17         A.  Which document again just to make sure?

18         Q.  Exhibit 3.

19         A.  3, okay.

20              MR. LEE:  What page is this for         02:25:35

21         Mrs. Borsay?  Is it page 2, Augusto?

22              MR. CIVIDINI:  Yeah, it's page 2.

23    BY MR. LEE:

24         Q.  Okay.  I don't know if you're looking at

25    the screen share or you're on the document,        02:25:44

Page 241

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1     Ms. Borsay, so I'm just trying to direct you.

 2          A.   Both.   I'm seeing it.

 3          Q.   Okay.   Do you see under "Problems of the

 4     current branding," it says, "Name and spy indicate

 5     that you are invisible"?                              02:25:53

 6          A.   I see that, yeah.

 7          Q.   Right.   And we -- we talked about that

 8     language already; right?   You recall?

 9          A.   I guess so, yeah.

10          Q.   Okay.   Now, let's go back to the current   02:26:08

11     exhibit, Exhibit 5, and I want to scroll down a

12     little bit.   There we go.

13               In the second bullet of your e-mail, you

14     write that Chrome Incognito mode, "does not

15     provide anonymity/invisibility towards any other    02:26:26

16     party (such as the websites you visit or Google)."

17               Did I read that correctly?

18          A.   You did read it correctly, yeah.

19          Q.   Okay.   And can you identify for me any

20     public disclosure from Google that specifically     02:26:42

21     tells users that Incognito Mode does not provide

22     anonymity or visibility from Google?

23               MS. CRAWFORD:   Objection.   Argumentative.

24          Also assumes facts.

25               THE WITNESS:   So I think Incognito new     02:27:03
```

Page 242

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        tab page clearly even states that new

 2        activity can be seen -- or we would need to

 3        look at the exact phrasing by websites that

 4        you visit.

 5   BY MR. LEE:                                     02:27:16

 6        Q.  Right.  But my question is a little

 7   different.  My question was:  Can you identify for

 8   me any public disclosure from Google, including

 9   the new tab page, that specifically tells users

10   that Incognito Mode does not provide anonymity or  02:27:26

11   invisibility from Google?

12        A.  And my answer was to that, Google is a

13   website.  We talked --

14        Q.  Okay.

15        A.  -- the new tab page of Incognito Mode is  02:27:41

16   in the context of the browser.  Google is one

17   website.

18        Q.  Okay.  So your testimony is that when

19   users go on to Google.com, they are visible to

20   Google; but if they are not on a Google -- on the  02:27:57

21   Google website, then they are actually invisible

22   from Google?

23        MS. CRAWFORD:  Objection.

24   Mischaracterizes the witness's testimony.

25   Assumes facts.  Lack of foundation.             02:28:08
```

Page 243

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  I have not said that.

 2      BY MR. LEE:

 3          Q.  Okay.  What are you saying?

 4              MS. CRAWFORD:  Objection to the form of

 5          the question.  Vague and overbroad.  Asked        02:28:14

 6          and answered.

 7              You can respond.

 8              THE WITNESS:  I don't have the question.

 9          You said something which was not true, and

10          now you ask me a question I cannot answer.        02:28:24

11              So can you just phrase the question --

12      BY MR. LEE:

13          Q.  Sure.  Can you explain to me what part of

14      my question is incorrect?

15              MS. CRAWFORD:  What was the question,          02:28:35

16          James?

17              THE WITNESS:  Yeah.

18              MS. CRAWFORD:  I think the witness has

19          said she's unclear as to the question you've

20          posed.                                            02:28:39

21      BY MR. LEE:

22          Q.  So the new tab page says that you are

23      invisible to the websites you visit, and you said

24      that Google is a website; correct?

25              THE WITNESS:  First of all, I cannot talk      02:28:53
```

Page 244

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          to what the new tab page says by heart when I

 2          don't look at it.  Starting with that.  You

 3          just said something about invisibility, I

 4          don't know.  We would need to look at the new

 5          tab page if we want to talk about the exact     02:29:03

 6          language on it.

 7       BY MR. LEE:

 8          Q.  Okay.  Why don't we pull up that same new

 9     tab page.

10          A.  Sure.                                        02:29:09

11              (Exhibit 3A was received and marked

12              for identification on this date and is

13              attached hereto.)

14          MR. LEE:  It's been marked as Exhibit 3A.

15          MS. CRAWFORD:  Actually, James, because I       02:29:14

16          don't know what that is that you just

17          represented as Exhibit 3A, how about you open

18          an Incognito -- I don't know if the second

19          chair who's working with you has Chrome,

20          but -- it can be used --                         02:29:29

21          MR. LEE:  That's fine.  Augusto, if you

22          can do that, that's fine with me.

23          MR. CIVIDINI:  So instead of 3A, a new

24          Incognito tab.

25          MR. LEE:  Well, yeah, that is 3A.  She's        02:29:39
```

Page 245

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1       saying instead of opening it from Google

 2       Search just --

 3            MS. CRAWFORD:  Because I don't -- I don't

 4       know exactly what it is that you've queried.

 5       I know that you're doing a screen share, but    02:29:49

 6       honestly I can't see with specificity what

 7       that is.

 8            MR. LEE:  We have it up.  We have it up

 9       now.

10   BY MR. LEE:                                          02:29:57

11       Q.  Okay.  So let's look at it together,

12   Mrs. Borsay.  I think what you're referring to is

13   the -- on the right-hand column of the new tab

14   page, it says "Your activity might still be

15   visible to."                                         02:30:06

16           Do you see that?

17       A.  Mm-hmm.  I do see that, yeah.

18       Q.  And it says "websites you visit"; right?

19   Is that right?

20       A.  Yes, it is.                                  02:30:14

21       Q.  Okay.  "Your employer or school"; right?

22       A.  Mm-hmm.

23       Q.  Is that right?

24       A.  Yes.

25       Q.  And "your Internet service provider";       02:30:22
```

Page 246

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    right?

 2         A.  Yes.

 3         Q.  Okay.  Doesn't list Google there, does

 4    it?

 5              MS. CRAWFORD:  Objection to the form of      02:30:30

 6         the question.  Foundation.

 7              You can answer.

 8              THE WITNESS:  It doesn't list specific

 9         websites here.

10    BY MR. LEE:                                           02:30:38

11         Q.  Does it specifically list Google?

12         A.  Sorry, can you --

13         Q.  Does it specifically list Google?

14         A.  It does not, and I wouldn't know why it

15    should.                                               02:30:47

16         Q.  Okay.  And is it your testimony that

17    Google is merely a website and not an actual data

18    collection company?

19              MS. CRAWFORD:  Objection insofar as that

20         misstates the witness's testimony.  Also        02:30:57

21         characterization and assumes facts.

22              You can answer.

23              THE WITNESS:  I haven't said that.

24    BY MR. LEE:

25         Q.  Okay.  Can you identify for me anywhere      02:31:07
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1     in here where Google is listed or named or
 2     referenced?
 3              MS. CRAWFORD:  Asked and answered.
 4              THE WITNESS:  Like I said, I wouldn't
 5         know why.                              02:31:22
 6      BY MR. LEE:
 7         Q.  Okay.  So let me go back to my original
 8      question, then.  Can you identify for me any
 9      public disclosure from Google that specifically
10      tells users that Incognito Mode does not provide  02:31:28
11      anonymity or invisibility from Google?
12              MS. CRAWFORD:  Same set of objections
13         including that that question now has been
14         asked and answered.
15              THE WITNESS:  Yeah, it talks -- the first  02:31:42
16         sentence, you can see here that it talks
17         about what Incognito Mode does:  Now you can
18         browse privately and other people who use
19         this device won't see your activity.
20              So I'm not sure how Google as a company   02:32:02
21         would be other people who use this device.
22      BY MR. LEE:
23         Q.  Has anyone at Google ever told that you
24      Incognito Mode is effectively a lie?
25              MS. CRAWFORD:  Objection.  Foundation.   02:32:13
```

Page 248

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1              MR. LEE:  You can take this down, by the

2         way, Augusto.  Thank you.

3              THE WITNESS:  What does it mean, taking

4         this down?

5              MR. LEE:  No, I was talking to Augusto.    02:32:24

6         Let me ask you again.

7      BY MR. LEE:

8         Q.  Has anyone at Google ever told you that

9    Incognito Mode is effectively a lie?

10             MS. CRAWFORD:  Same objection.            02:32:32

11             You can answer.

12             THE WITNESS:  I don't remember anyone

13        having said that exactly to me, no.

14     BY MR. LEE:

15        Q.  Are you aware that at least one Google       02:32:43

16   employee has described Incognito Mode as

17   "effectively a lie"?

18        A.  If you are referring to a specifically

19   document, let me know --

20        Q.  I'm just asking if you're aware.            02:32:54

21        A.  I certainly don't recall that, no.

22        Q.  Given your work on user misconceptions

23   regarding Incognito, does it surprise you to hear

24   that at least internally a Google employee

25   described Incognito as effectively a lie?            02:33:10
```

Page 249

1           MS. CRAWFORD:  Objection insofar as that

2       misstates the witness's testimony.

3           THE WITNESS:  Yes, it would very much

4       surprise me because we just looked at it and

5       it says exactly what it does.                   02:33:17

6    BY MR. LEE:

7       Q.  Has anyone at Google told you that

8    Incognito Mode is not truly private?

9       A.  So --

10          MS. CRAWFORD:  Objection.  Vague and        02:33:31

11      overbroad.

12          THE WITNESS:  First --

13          MS. CRAWFORD:  Foundation.

14      You can answer.

15          THE WITNESS:  I'm sorry.                     02:33:36

16      First of all, I wouldn't know what you

17      mean with like someone told you.  Also, like,

18      people have opinions.  You make it sound as

19      if someone told someone something or said

20      something as if it were necessarily true or     02:33:43

21      anything.

22          And yeah, it's vague what you were asking

23      me, so it's hard to answer.  You said

24      something with private?

25      ///

                                          Page 250

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1     BY MR. LEE:

 2         Q.  I'm just -- I'm just asking you if

 3     anyone --

 4         A.  Without context --

 5         Q.  I'm just asking if anyone at Google has    02:33:58

 6     ever told that you Incognito Mode is "not truly

 7     private."

 8         A.  I would need to look at documents.  I

 9     don't recall.  But I've worked at Google for a

10     long time.                                         02:34:12

11         Q.  Are you aware that Google's executive

12     Lorraine Twohill described Incognito Mode as not

13     truly private in an e-mail she sent to Sundar

14     Pichai?

15         MS. CRAWFORD:  Objection insofar as it         02:34:25

16         calls for speculation and assumes facts.

17         THE WITNESS:  So you are asking me if I

18         am aware of an e-mail from one person to

19         another?

20     BY MR. LEE:                                        02:34:38

21         Q.  Yeah.

22         A.  I'm not aware from the top of my head,

23     no.

24         Q.  Does it surprise you to hear that

25     Google's chief marketing officer told Google's CEO  02:34:43
```

Page 251

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   that Incognito is not truly private?

 2          MS. CRAWFORD:  Objection.  Insofar as it

 3       calls for an improper opinion.  Form and

 4       foundation.

 5          You can answer.                          02:34:51

 6          THE WITNESS:  Without even seeing what

 7       you are referring to, it seems that you refer

 8       to some e-mail conversation between two

 9       people that I'm not part of.  I can neither

10       have an opinion or anything on that.        02:35:04

11    BY MR. LEE:

12       Q.  Let's -- let's stay with the same

13    exhibit.  Let's go up to the most recent e-mail,

14    the very top of the page.

15          Do you see that first e-mail,             02:35:17

16    Mrs. Borsay?

17       A.  Yes, I do.

18       Q.  Okay.  And in that -- in that first

19    e-mail, you write, "How did the Sundar review go?

20    Do you have any updates on your current thinking  02:35:29

21    around the branding?"

22          Do you see that?

23       A.  I do.

24       Q.  And this is a reference to Sundar Pichai?

25       A.  I don't know.                           02:35:40
```

Page 252

1       Q.  Mrs. Borsay, this is your own e-mail;

2  right?  Right?

3       A.  Yes.

4       Q.  Okay.  And in your own e-mail, the words

5  you -- you write "Sundar"; right?         02:35:47

6       A.  I do.

7       Q.  And you told us already you don't know

8  any other Sundar at Google; right?

9         MS. CRAWFORD:  Objection insofar as that

10       misstates the testimony.           02:35:58

11       You can answer.

12       THE WITNESS:  I don't recall a

13       conversation with other or knowing of other

14       Sundars.

15  BY MR. LEE:                  02:36:10

16       Q.  So is it fair to say, then, that since

17  you know no other Sundars and this is an e-mail

18  you wrote referencing the only Sundar you know,

19  that it's Sundar Pichai?

20         MS. CRAWFORD:  Same objection.  It     02:36:19

21       mischaracterizes the witness's testimony.

22       You can answer.

23       THE WITNESS:  No, I cannot say that for

24       certain.  Like I said, it's possible that

25       it's referring to Sundar Pichai.  But this    02:36:29

Page 253

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          e-mail is in 2016, so I cannot say for

 2          certain who this is referring to.

 3              I also don't remember every single Google

 4          employee who I might have been in contact

 5          with in 2016.                              02:36:40

 6    BY MR. LEE:

 7          Q.  Do you know what this mystery man Sundar

 8    was reviewing in connection with Incognito

 9    branding?

10          A.  No.                                    02:36:58

11              MS. CRAWFORD:  Vague.  Form.  Calls for

12          speculation.

13    BY MR. LEE:

14          Q.  I think you answered.  Did you say no?

15              MS. CRAWFORD:  Also assumes facts.

16              THE WITNESS:  No, I don't.

17              (Reporter clarifying.)

18     BY MR. LEE:

19          Q.  Do you know what this mystery man Sundar

20    was reviewing in connection with Incognito        02:37:33

21    branding?

22              MS. CRAWFORD:  Argumentative.

23          Foundation.  Assumes facts.

24              You can answer.

25              THE WITNESS:  No.  I don't know.         02:37:42
```

Page 254

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1     BY MR. LEE:
 2         Q.  Are you aware of Sundar Pichai also
 3     expressing that he had concerns over the existing
 4     misconceptions about Incognito Mode?
 5             MS. CRAWFORD:  Same objections.        02:37:55
 6         You can answer.
 7             THE WITNESS:  No, I am not aware.
 8     BY MR. LEE:
 9         Q.  Are you aware of Mr. Pichai ever
10     expressing that the Incognito Mode branding would  02:38:02
11     need to be changed to address user misconceptions
12     about Incognito Mode?
13             MS. CRAWFORD:  Objection.  Assumes facts.
14         Lack of foundation.
15             THE WITNESS:  I'm not aware.           02:38:14
16     BY MR. LEE:
17         Q.  Do you recall the Incognito Mode branding
18     was used beyond just Chrome for a product called
19     Allo?
20             MS. CRAWFORD:  Objection to the form of  02:38:26
21         the question.
22         You can answer.
23             THE WITNESS:  Yeah, I vaguely recall
24         that.
25     ///
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      BY MR. LEE:

 2          Q.  What is Allo?

 3          A.  I believe it is some sort of chat

 4      service.

 5          Q.  If you know, whose idea was it to use the     02:38:46

 6      Incognito brand with Allo?

 7          A.  I have no idea.

 8              MR. LEE:  Okay.  Let's look at the next

 9          exhibit.  We're going to mark it Exhibit 6

10          for identification purposes.  It's             02:38:57

11          GOOG-BRWN-00410878.

12              MR. CIVIDINI:  Introduced.

13              (Exhibit 6 was received and marked

14              for identification on this date and is

15              attached hereto.)                          02:39:37

16      BY MR. LEE:

17          Q.  Do you have Exhibit 6 in front of you

18      Mrs. Borsay?

19          A.  Yes, I do, but I haven't been able to

20      read it yet, familiarize myself with it.          02:39:41

21          Q.  Okay.  I'm only going to ask you about

22      your e-mail in the -- your first e-mail at the top

23      of the document.

24          A.  I would like to take a look because it's

25      important to understand the context so that I'm    02:39:54
```

Page 256

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    able to answer your question.

2         Q.  Sure, let's go off the record and you can

3    take a look at it let us know when you're back.

4              I'm going to take a quick break.  Off the

5    record, please.                                    02:40:05

6              MS. CRAWFORD:  Sorry, no, wait -- wait a

7              second.  You've shown the witness a document

8              that is now this e-mail chain, three pages

9              long.  The witness asked for a second to take

10             a look.                                   02:40:14

11        If you would like to take a break

12             independent, that's fine, but obviously the

13             witness is allowed to review documents in

14             connection with the questions you're posing.

15        I don't think you're suggesting           02:40:24

16             otherwise, James.  So if you want to take a

17             break, that's fine, but we'll --

18             MR. LEE:  I would like to take a break,

19             but I would also like Ms. Borsay to read the

20             e-mail so that we can save time.          02:40:32

21             MS. CRAWFORD:  We may grant that on a

22             limited basis.  But also, as a practice,

23             we're not going to be taking breaks every

24             time the witness needs to --

25             MR. LEE:  I don't -- I don't intend to do  02:40:43

                                                   Page 257

CONFIDENTIAL ATTORNEYS' EYES ONLY

1          that, and I haven't done that at all today.

2          So let's go off the record --

3               THE WITNESS:  I need to take a break.

4               MS. CRAWFORD:  Okay.  Yep, we can go off

5          the record.                                02:40:51

6               THE VIDEOGRAPHER:  Okay.  We are off the

7          record at 2:40 p.m.

8               (Short break taken.)

9               THE VIDEOGRAPHER:  We are back on the

10         record at 2:53 p.m.                         02:53:54

11    BY MR. LEE:

12         Q.  All right, Mrs. Borsay, why don't you

13    take a look at what's been marked as Exhibit 6.

14    Let me know once you're ready to discuss the

15    document, please.                               02:54:04

16         A.  Okay.

17         Q.  All right.  I want to direct your

18    attention to the top of the first page in

19    Exhibit 6 here.  This is an e-mail that you sent

20    as part of your work at Google; correct?         02:58:01

21         A.  Yeah, 2016.  Yeah.

22         Q.  Okay.  And in that first paragraph, do

23    you see in the second sentence where you wrote,

24    "One meeting was after their first Sundar meeting

25    in which he brought up the idea to call Allo's    02:58:23

                                          Page 258

CONFIDENTIAL ATTORNEYS' EYES ONLY

 1   privacy feature Incognito mode."

 2        Do you see that?

 3     A.  Yes, I do.

 4     Q.  Okay.  And if you know, when -- well, let

 5   me back up.                                        02:58:40

 6        Again, do you still not -- do you still

 7   not think that -- strike that.

 8        Is it still your testimony that your

 9   reference to Sundar in this e-mail may or may not

10   be Sundar Pichai?                                  02:58:51

11        MS. CRAWFORD:  Objection insofar as it

12        misstates the witness's prior testimony which

13        wasn't about this exhibit.

14        You can answer.

15        THE WITNESS:  So my testimony is that I      02:59:03

16        don't know for certain if the past

17        conversation could have not been referring to

18        someone else.  But I also said, and can

19        repeat that here again, that it's possible

20        and quite likely that this -- that this is    02:59:19

21        referring to Sundar Pichai.

22   BY MR. LEE:

23     Q.  Okay.  Now, if you know, do you know when

24   Mr. Pichai proposed to call Allo's privacy feature

25   Incognito Mode, what information --                02:59:34

                                        Page 259

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            MS. CRAWFORD:  Objection --
 2       BY MR. LEE:
 3            Q.  -- he considered in making that proposal?
 4            MS. CRAWFORD:  Objection.  Assumes facts.
 5       Lack of foundation.                          02:59:41
 6            THE WITNESS:  I don't know who proposed
 7       that branding.
 8       BY MR. LEE:
 9            Q.  Well, in your e-mail it says, we just
10       read it, "after their first Sundar meeting in   02:59:53
11       which he brought up the idea to call Allo's
12       privacy feature Incognito mode."
13            Do you see that?
14            A.  So I -- what I see here --
15            Q.  Well, first answer that question.  Do you  03:00:04
16       see that, Mrs. Borsay?
17            A.  I see -- I see the text, yeah.
18            Q.  Okay.  And those were your words; right?
19            A.  Yeah, it's an e-mail that I sent, but I'm
20       referencing apparently a meeting that I wasn't   03:00:17
21       part of.  I talk about they, right.  So therefore
22       I cannot know what happened in that meeting.  I
23       wasn't part of it.
24            Q.  Right.  But although you weren't part of
25       it, you were reporting on that meeting in this   03:00:30
```

Page 260

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    e-mail; correct?

 2          MS. CRAWFORD:  Objection insofar as it

 3       misstates the document and the witness's

 4       testimony.  Vague.

 5          You can answer.                          03:00:40

 6          THE WITNESS:  And since I, A, never

 7       worked on Allo, I wasn't part of that

 8       meeting, I wasn't part of the Allo team, so

 9       it's clear to me that I'm passing by

10       information from whoever was involved in     03:00:51

11       this.

12    BY MR. LEE:

13       Q.  Right.  And whoever was involved in this,

14    according to this e-mail that you wrote, Sundar

15    Pichai brought up the idea to call Allo's privacy   03:00:58

16    feature Incognito; correct?

17          MS. CRAWFORD:  Objection to the form of

18       the question.  Calls for speculation.

19       Assumes facts.

20          THE WITNESS:  Again, I do not know, and I   03:01:10

21       would be very surprised -- typically these

22       discussions and ideas and proposals are all

23       on the product team's side.  But I don't know

24       who were the product managers of Allo.  But

25       that's typically in the space of a product    03:01:27
```

Page 261

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          team.
 2       BY MR. LEE:
 3          Q.  Okay.  So after this meeting with Sundar,
 4       do you know if Mr. Pichai considered the existence
 5       of user misconceptions surrounding Incognito Mode?   03:01:45
 6              MS. CRAWFORD:  Objection.  Assumes facts.
 7          Lack of foundation.
 8              You can answer.
 9              THE WITNESS:  I have no idea what a
10          different person considered or didn't           03:01:53
11          consider.  I can just talk about myself.
12       BY MR. LEE:
13          Q.  Now, in your e-mail in the very next
14       sentence, or I guess it's the same sentence, the
15       second part of that sentence, you refer to a        03:02:01
16       second meeting involving Sundar Pichai; correct?
17          A.  In another meeting?  Sorry.  Seems like
18       it, yeah.
19          Q.  Okay.  And you write that at that second
20       meeting with Mr. Pichai, it was decided to go       03:02:17
21       forward with calling Allo's privacy feature
22       Incognito; right?
23              MS. CRAWFORD:  Mischaracterizes and
24          misquotes the document.
25              You can answer.                              03:02:27
```

Page 262

1              Assumes facts, as well.

2              THE WITNESS:  Let me read the sentence

3         again.

4      BY MR. LEE:

5         Q.  Sure.                                  03:02:33

6         A.  So to me it says "and another one after

7      their second Sundar meeting in which they decided

8      to go with it."

9              I don't know if this "in which" refers to

10     another one after the Sundar meeting or to some     03:02:56

11     Sundar meeting.  I can't tell.

12        Q.  I'm sorry, I don't understand what you're

13     saying.

14        A.  Happy to explain.

15             So it says here, "One meeting was after     03:03:09

16     their first Sundar meeting in which he brought up

17     the idea to call Allo's privacy feature Incognito

18     mode, and another one after their Sundar meeting

19     in which they decided to go with it."

20             I don't know if this "in which" refers to   03:03:34

21     and another one after their Sundar meeting or if

22     it refers to the Sundar meeting.

23        Q.  I see.  You're not sure whether the

24     decision to go with calling Allo's privacy feature

25     Incognito Mode, whether that decision was made at   03:03:52

                                             Page 263

```
 1    the second Sundar meeting or sometime after the

 2    second Sundar meeting; is that what you're saying?

 3         A.  Yeah, I don't know.  I wasn't part of any

 4    of those discussions, neither --

 5         Q.  Sure.                                03:04:04

 6         A.  -- meeting.

 7         Q.  No, I know, but I'm --

 8         A.  I wouldn't be able to tell.

 9         Q.  -- this is -- I'm just trying to

10    understand what your own e-mail says.  So I think  03:04:11

11    I understand the distinction you're making.

12             Is it fair to say that the statement in

13    your e-mail, at least what we do know is sometime

14    after -- at least sometime after the second

15    meeting with Sundar Pichai, the decision was made  03:04:27

16    to call Allo's privacy feature Incognito Mode?

17             MS. CRAWFORD:  Objection insofar as it

18             assumes facts.

19             THE WITNESS:  I cannot state that for a

20             fact because again, I said it several times,  03:04:38

21             I wasn't part of any of those myself.  I'm

22             very clearly passing on information I

23             received secondhand from someone.

24             So I wouldn't be able to tell for sure

25             when -- when what decision has been made.  03:04:52
```

Page 264

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      BY MR. LEE:

 2          Q.  Right.  I'm just asking what your e-mail

 3      means now.

 4              So based on what you wrote -- hold on --

 5      based on what you wrote, either the decision --      03:05:01

 6      strike that.

 7              Based on what you wrote, the decision to

 8      call Allo's privacy feature Incognito Mode was

 9      made either at the second Sundar meeting or

10      sometime after that; right?                          03:05:16

11              MS. CRAWFORD:  Assumes facts.

12              You can answer.

13              THE WITNESS:  That's what is in this

14          e-mail.  I'm saying, I'm clearly passing on

15          information secondhand.                          03:05:25

16      BY MR. LEE:

17          Q.  Okay.

18          A.  I wasn't in those meetings, so I cannot

19      verify whether the information I was passing by

20      from someone else from a different team, different  03:05:33

21      people, is true, is not true.  I have no idea.  I

22      cannot comment on that.

23          Q.  Right.  All we have is what you wrote;

24      right?

25              MS. CRAWFORD:  Objection.                    03:05:44
```

Page 265

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            THE WITNESS:  All I have is what we are

 2         looking at, what I, again, very clearly

 3         passed by from a different team.

 4            Looking at the first sentence, it seems

 5         that I was not even part of the Chrome        03:05:55

 6         discussions.

 7      BY MR. LEE:

 8         Q.  Okay.  Now, in the italicized part of

 9      your e-mail just below, at the end of the first

10      paragraph, it states, "We did share our concerns    03:06:02

11      with them in-depth, and also all our user research

12      we've done over the past two years."

13            Do you see that?

14         A.  Yes, I do.

15         Q.  Okay.  And the concerns you reference     03:06:17

16      here were over the existing user misconceptions

17      regarding Incognito Mode in the Chrome browser;

18      right?

19         A.  I don't think so.  I don't know what they

20      exactly refer to.  Could have --                03:06:31

21         Q.  Okay.

22         A.  -- been also about --

23            MS. CRAWFORD:  Wait a second, James.

24            THE WITNESS:  Could have been also about

25         Allo in particular and their implementation.   03:06:37
```

Page 266

CONFIDENTIAL ATTORNEYS' EYES ONLY

1      BY MR. LEE:

2          Q.  Okay.  Let's go a little further down the

3      e-mail chain to Chris Palmer's June 21, 2016,

4      e-mail.  So this is the same e-mail chain; right?

5          A.  Let me just scroll --                          03:06:55

6              MR. LEE:  I think you passed it, Augusto.

7          There you go.

8      BY MR. LEE:

9          Q.  Just let me know when you're with us,

10     Mrs. Borsay.                                            03:07:16

11         A.  I think I'm with you on the same section,

12     yeah.

13         Q.  So this is an e-mail in the same e-mail

14     chain that happened before the first e-mail that

15     we looked at; right?                                   03:07:25

16             MS. CRAWFORD:  Objection to the form.

17             You can answer.

18             THE WITNESS:  It seems to me that might

19         be the same e-mail thread, but I think I

20         would need to look at the details to know for     03:07:39

21         certain.

22     BY MR. LEE:

23         Q.  Okay.  Well, that's good enough for me.

24             Do you see he states in the third

25     paragraph of the e-mail, "Even Eric Schmidt          03:07:53

                                               Page 267

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    couldn't even keep the core meaning of Incognito

2    straight when it only meant one thing"?

3          Did I read that right?

4          A.  Yeah, you read it correctly, Chris's

5    e-mail.                                        03:08:06

6          Q.  Eric Schmidt is the former CEO of Google

7    and the executive chairman; right?

8          A.  I don't know what his exact title was at

9    the time.

10          MS. CRAWFORD:  I'm also just going to      03:08:19

11          make it clear for the record it's not

12          entirely clear to me based on what you've

13          published through screen share whether this

14          is actually a comment from Chris Palmer or

15          not.  So I just want to make that entirely  03:08:32

16          clear.

17          MR. LEE:  Okay.  I a hundred percent --

18          MS. CRAWFORD:  Some of this looks to be

19          inline comments.  So I'm not entirely sure

20          the attribution is correct.  For the record.  03:08:42

21          MR. LEE:  Okay.  Right.  The words say

22          what they say.  So we'll just have to get to

23          that.

24    BY MR. LEE:

25          Q.  What were some of Eric Schmidt's titles  03:08:49

                                            Page 268

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1    at Google or Alphabet?

2         A.  I do not know what his titles were

3    exactly.

4         Q.  It doesn't sound right that he's the

5    former CEO?                                   03:08:58

6              MS. CRAWFORD:  Objection insofar as that

7         misstates the witness's testimony and is

8         argumentative.

9              THE WITNESS:  Actually, not that I was

10        aware of, no.                             03:09:12

11   BY MR. LEE:

12        Q.  Okay.  And it doesn't sound familiar to

13   you that he might have been the executive chairman

14   at some point of the company?

15        A.  That's -- potentially, it could be, yeah.   03:09:19

16   I don't know what his title was.

17        Q.  Do you agree that he was at the highest

18   of executive levels at Google?

19             MS. CRAWFORD:  Objection to the

20        characterization.                         03:09:31

21             You can answer.

22             THE WITNESS:  Also, I don't know the

23        exact order of -- of the -- what you said,

24        highest order.  It's hard for me --

25        ///
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

1     BY MR. LEE:

2          Q.  Was he -- sorry.

3          A.  -- to comment that.

4          Q.  Was he above you in the pecking order at

5     Google?                                          03:09:51

6          A.  Yes.

7          Q.  Okay.  Do you see in the last paragraph

8     of this e-mail Mr. Palmer suggests Google "rebrand

9     Incognito Chrome, which has always been an

10    over-reaching name"?                             03:10:13

11         A.  Sorry, I don't see it yet.  Where is it?

12         Q.  It's in the last paragraph that e-mail we

13    were looking at, the one in parentheses.  So the

14    June 21st e-mail of Chris Palmer, if you look at

15    the last sentence of his -- of that e-mail.      03:10:35

16         A.  Yeah.  I also, though, see some

17    indenting.  So I don't know from this, when I

18    look, from this document, who wrote what here

19    exactly.  But I see the last sentence in that --

20         Q.  Okay.  And it --                        03:10:55

21         A.  -- line, that section.

22         Q.  It says, "And/or use this as a chance to

23    rebrand Incognito in Chrome, which has always been

24    an over-reaching name."

25              That's what it says, right?            03:11:09

                                                Page 270

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          A.  That's what this e-mail says, yeah.

 2          Q.  Now, ultimately, despite concerns that

 3     were raised within Google over expanding the

 4     Incognito brand to Allo, the decision was made to

 5     do just that; right?                          03:11:19

 6              MS. CRAWFORD:  Objection.  Foundation.

 7          Assumes facts.

 8              You can answer.

 9              THE WITNESS:  I'm sorry, could you please

10          repeat the question.                     03:11:28

11      BY MR. LEE:

12          Q.  Right.  So despite the concerns that were

13     raised over expanding the Incognito brand to Allo,

14     ultimately, the Allo privacy feature was called

15     Incognito Mode; right?                         03:11:41

16              MS. CRAWFORD:  Objection.  Foundation.

17          Assumes facts.

18              You can answer.

19              THE WITNESS:  So I wouldn't know what the

20          nature of the concerns were that were shared.  03:11:49

21          And you stated that the concerns about naming

22          the feature, I'm not sure if that's -- that's

23          true or not.

24      BY MR. LEE:

25          Q.  Okay.  My question is a little different.  03:12:02
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              My question was:  Allo ultimately used
 2      the Incognito name for its privacy feature;
 3      correct?
 4              MS. CRAWFORD:  Objection.  Assumes facts.
 5              You can answer.                          03:12:20
 6              THE WITNESS:  If I recall correctly, I
 7          believe so, yes.
 8       BY MR. LEE:
 9          Q.  Okay.  Let's go back up to the top of the
10      e-mail, your e-mail, the same document.  And I   03:12:26
11      want to talk about who made this decision.
12              Can you read for the jury the last
13      sentence in the first italicized paragraph of your
14      e-mail?
15              MS. CRAWFORD:  Objection.  Again assumes  03:12:46
16          facts.
17              THE WITNESS:  What part should I read?
18       BY MR. LEE:
19          Q.  The last sentence in the first italicized
20      paragraph of your e-mail beginning with "It was."  03:12:55
21          A.  The last sentence?  Okay.  It says here,
22      "It was a Sundar-level decision."
23          Q.  So it was Sundar Pichai who decided to
24      expand the Incognito brand?
25              MS. CRAWFORD:  Objection.              03:13:22
```

Page 272

```
 1           Mischaracterizes both the document and the

 2           witness's testimony.

 3                THE WITNESS:  I do not know.

 4     BY MR. LEE:

 5        Q.  Okay.  Well, you wrote it was a          03:13:29

 6     Sundar-level decision.  So who is the Sundar in

 7     that statement?

 8        A.  So Sundar-level decision didn't talk

 9     about who decided.  It says, "It was a

10     Sundar-level decision."                         03:13:45

11           And also, again, I wasn't part of any of

12     those meetings.  So again, it seems like

13     information that was given to me secondhand.

14        Q.  Okay.  And Sundar Pichai is the CEO of

15     Google; right?                                  03:13:59

16        A.  Yes.

17        Q.  Okay.  Is there anyone at his level

18     within the company, at the CEO level, or is he the

19     only one?

20                MS. CRAWFORD:  Objection to the form of  03:14:09

21           the question.

22                You can answer.

23                THE WITNESS:  Again, I don't know for

24           certain, but I recall that Susan might be

25           also called CEO of YouTube, for example.      03:14:21
```

Page 273

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    BY MR. LEE:

2        Q.  Who is the CEO of Google?

3            MS. CRAWFORD:  Asked and answered.

4            You can repeat your response.

5            THE WITNESS:  Yeah, I just said that        03:14:33

6        before, Sundar Pichai.

7    BY MR. LEE:

8        Q.  Okay.  Is there any other CEO of Google

9    other than Sundar Pichai?

10       A.  Not that I'm aware of.                      03:14:41

11       Q.  So are you saying, when you write "It was

12   a Sundar-level decision," that the decision was

13   made by someone not named Sundar?

14       A.  It's possible.  It says it was a

15   Sundar-level decision.                             03:14:56

16       Q.  Right.  So who else could have made that

17   decision other than Sundar?

18           MS. CRAWFORD:  Objection insofar as it

19       calls for speculation.

20           But you can answer.                         03:15:08

21           THE WITNESS:  Whoever was part of that

22       meeting or decision-making, I would need to

23       speculate.  I was not part of it.

24   BY MR. LEE:

25       Q.  Okay.  All the information you have is      03:15:18

Page 274

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1    that it was a Sundar-level decision; is that fair?

2         A.  Correct.

3              MR. LEE:  Okay.  Let's mark the next

4         exhibit.  That will be Exhibit 7 for

5         identification purposes.  It's              03:15:32

6         GOOG-CABR-04971904.

7              MR. CIVIDINI:  Introduced.

8              (Exhibit 7 was received and marked

9              for identification on this date and is

10             attached hereto.)                       03:15:52

11   BY MR. LEE:

12        Q.  Exhibit 7 is a document produced by

13   Google.  If you look at the bottom -- let's start

14   at the bottom of the page.

15        A.  Which page?                              03:16:04

16        Q.  The first page, I'm sorry.  The first

17   page.  And you'll see at the bottom there it's an

18   e-mail from you --

19        A.  Just a second.  I need a minute to look

20   at the document --                                03:16:15

21        Q.  Sure.

22        A.  -- in order to be able to even vaguely

23   understand the context.

24             So from Chris Palmer, to no property

25   found and then a few people on cc that I'm not    03:16:30
```

Page 275

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    part of.  That's what --

 2         Q.  Are you reading the document, or are you

 3    testifying now?

 4         A.  No, I'm reading out loudly what I'm

 5    seeing.  I'm trying to --                          03:16:38

 6         Q.  Why don't you read it to yourself, and

 7    then I'll ask you a question, okay?  There's no

 8    question pending.

 9              MS. CRAWFORD:  Wait a second, James.  You

10         asked her to look at the exhibit, and that's  03:16:45

11         what she's doing.  Just give her a second to

12         familiarize herself --

13              MR. LEE:  Absolutely.  I am directing her

14         to read to herself.

15              MS. CRAWFORD:  Okay.                      03:17:00

16              THE WITNESS:  Okay.

17    BY MR. LEE:

18         Q.  So let's start at the bottom of the first

19    page.  That's an e-mail from you, written on

20    May 18, 2016, in this chain; right?               03:19:28

21         A.  I don't know what you mean, this e-mail,

22    but it seems that I wrote something, yes.

23         Q.  Okay.  And the something you wrote is an

24    e-mail; right?

25         A.  Yep.                                      03:19:37
```

Page 276

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          Q.  Okay.  And in the e-mail you are

 2     discussing Allo; right?  And -- and -- strike

 3     that.

 4              In this e-mail, you're discussing Allo

 5     and whether to call its privacy feature Incognito;    03:19:54

 6     right?

 7          A.  I'm saying -- let me see my sentence.

 8              "The reasoning is basically to elevate

 9     Incognito brand to a more Google-wide brand that

10     offers privacy features within a given product,       03:20:14

11     following the product's specific circumstances and

12     limitations."

13              That's what I wrote.

14          Q.  Yeah.  Yeah, I'm just saying the context

15     in which you are writing is the discussion about      03:20:24

16     whether to expand Incognito Mode into Allo; right?

17          A.  Let me see.

18          Q.  I thought you just read the whole e-mail.

19              MS. CRAWFORD:  Objection.  Argumentative,

20          James.                                           03:20:36

21              THE WITNESS:  I didn't read the whole

22          e-mail.  I looked at it.  I scanned it.

23              In the subject line, it doesn't talk

24          about Allo, but -- and it talks about

25          end-to-end encryption, and then in -- I          03:20:54
```

Page 277

CONFIDENTIAL ATTORNEYS' EYES ONLY

1           see -- scanning it, I see one mention of

2           the -- of Allo here, but the rest of the

3           e-mail doesn't seem to be about it.

4               I actually just don't know.

5      BY MR. LEE:                                    03:21:11

6           Q.  Okay.  So we know that the e-mail chain

7      references Allo as well as Incognito; right?  Are

8      you with me?

9           A.  Uh-hum.

10          Q.  Yes?                                   03:21:20

11          A.  So the question was whether the e-mail

12     chain mentions the term "Allo" and the term

13     "Incognito Mode"?

14          Q.  Yeah.

15          A.  Yeah.  Correct.                        03:21:27

16          Q.  Okay.  And this is an e-mail that you

17     participated in as part of your work with Google;

18     right?

19              MS. CRAWFORD:  Objection to the form of

20          the question.                              03:21:35

21              THE WITNESS:  Yes, it's my work e-mail

22          that I'm seeing here.

23      BY MR. LEE:

24          Q.  And the subject matter that is being

25     discussed is all related to -- to work at Google;   03:21:44

Page 278

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    correct?
 2           MS. CRAWFORD:  Objection.  Vague and
 3         overbroad.
 4           THE WITNESS:  I cannot comment for the
 5         majority of this e-mail thread because it's    03:21:57
 6         not from me.  So I don't know what --
 7    BY MR. LEE:
 8      Q.  I'm talking about the substance of the
 9    e-mail, ma'am.  Right?  So the words that are
10    written by everyone on this e-mail is about -- is   03:22:05
11    about work that's related to Google; right?
12           MS. CRAWFORD:  Objection insofar as it
13         calls for speculation.  Lack of foundation.
14           THE WITNESS:  Scanning it, I see Edward
15         Snowden there.  I'm not aware that he ever     03:22:20
16         worked at Google.  So I cannot answer your
17         question without having read most of this
18         e-mail.
19    BY MR. LEE:
20      Q.  Okay.  Now let's -- let's actually go to    03:22:29
21    the Edward Snowden e-mail.  So that's -- that's an
22    e-mail from -- at the top.  That's from Chris
23    Palmer.
24           Do you see that?
25      A.  Yes.                                          03:22:38
```

Page 279

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              MR. LEE:  The very top, Augusto.  Okay.

 2        BY MR. LEE:

 3          Q.  And that e-mail is dated May 19, 2016;

 4      right?

 5          A.  Yes.                              03:22:47

 6          Q.  Okay.  And Mr. Palmer writes, "This is

 7      going to exacerbate the confusion, which is

 8      already bad."

 9              Do you see that?

10          A.  I do see that.                    03:23:02

11          Q.  And so that we're clear about what he's

12      talking about, the subject line of the e-mail is

13      "Google 'Incognito' Precision"; right?

14          A.  That's the subject line.

15          Q.  Okay.  Further down in his e-mail,    03:23:19

16      Mr. Palmer writes, "This is a problem of

17      professional ethics and basic honesty."

18              Do you see that?

19          A.  No, I don't see it yet.  Let me --

20          Q.  Okay.                            03:23:26

21          A.  -- take a look.

22              What does it start with again so I can

23      find the sentence you are referring to?

24          Q.  Hold on, let me find it myself.  There it

25      is.                                       03:23:39
```

Page 280

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              It's towards the bottom.  It's the
 2      paragraph that starts with "This" is just -- "This
 3      isn't just marketing."
 4              Are you there with me?
 5      A.  Yeah.                                    03:23:58
 6      Q.  Why don't you just read this whole
 7      paragraph, "This isn't just marketing."
 8      A.  Okay.  Sure.
 9          "This isn't just" -- so from Chris;
10      right?  Okay.  So --                         03:24:07
11      Q.  Yeah.
12      A.  -- "This isn't just marketing, it isn't
13      just a word, this isn't OK.  This is a problem of
14      professional ethics and basic honesty, and if we
15      want to call ourselves security engineers and    03:24:20
16      privacy engineers, we need to fix it."
17      Q.  Okay.  And then what does the -- what
18      does the last thing say?  Can you read the last
19      paragraph in his e-mail, the "We need to raise."
20      A.  Okay.  So he says, "We need to raise this  03:24:37
21      to Darin and Rahul, and to try to get Sundar to
22      reconsider.  I'm extremely disappointed in the
23      privacy team."
24      Q.  Were you aware that there were employees
25      within Google that wanted Mr. Pichai to reconsider  03:24:58
```

Page 281

```
 1    his decision to extend Incognito branding to other

 2    products or services like Allo?

 3          MS. CRAWFORD:  Objection.  Lack of

 4       foundation.  Misstates the witness -- sorry,

 5       misstates this document.                    03:25:15

 6          THE WITNESS:  So it seems that one

 7       employee talks about someone else.  Again,

 8       I'm wondering what I'm here in this equation.

 9          I was not aware of it, and reading it

10       here now...                                 03:25:30

11    BY MR. LEE:

12       Q.  Were -- were you finished?

13       A.  Not -- I didn't read the end, but I read

14    what you just asked me to read.  Should I read

15    something else?                                03:25:46

16       Q.  Right.  I'm just asking if you were

17    independently aware that there were employees

18    within Google that wanted Mr. Pichai to reconsider

19    his decision to extend the Incognito brand to

20    other products or services like Allo.          03:25:54

21          MS. CRAWFORD:  Lack of foundation.

22       Assumes facts.

23          You can answer.

24          THE WITNESS:  I wasn't aware.  Looking at

25       the e-mail, it says it here, but I don't     03:26:07
```

Page 282

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          remember having been aware of it.  Possible
 2          that I didn't read it.  Don't read all my
 3          many e-mails in all detail.
 4              MS. CRAWFORD:  Hold on.  Let me just make
 5          sure that the record is clear.          03:26:20
 6              James, are you representing that
 7          Mrs. Borsay received this top-level e-mail
 8          from Chris Palmer?  Because I don't see --
 9              MR. LEE:  I have no idea.  You can't --
10              THE WITNESS:  He asked about awareness.   03:26:27
11              MR. LEE:  You can't tell from the
12          document, the face of the document.
13              MS. CRAWFORD:  Okay.  Got it.  Okay.
14          Okay.
15              MR. LEE:  One way or the other.         03:26:34
16              MS. CRAWFORD:  Okay.
17      BY MR. LEE:
18          Q.  Mrs. Borsay, were you part of the privacy
19      team?
20          A.  That's --                             03:26:42
21              MS. CRAWFORD:  Objection.  Vague and
22          overbroad.
23              You can answer.
24              THE WITNESS:  What are you referring to
25          with "the privacy team"?                  03:26:47
```

Page 283

1    BY MR. LEE:

2        Q.  Well, let's look at the e-mail just below

3    the Chris Palmer e-mail that you wrote that says

4    "Sabine Borsay," "May 18, 2016."

5        And you say, "+ privacy folks fyi."          03:27:03

6    Which means you're adding the privacy team to the

7    e-mail; right?

8        MS. CRAWFORD:  Objection insofar as it

9        mischaracterizes the document.

10       You can answer.                              03:27:12

11       THE WITNESS:  Wait a second.  So looking

12       at the e-mail, so it seems that to -- the

13       e-mail thread from below, I seem to have

14       added the "privacy folks fyi."

15       But since you just mentioned Chris           03:27:35

16       Palmer's e-mail.  So what we looked at before

17       where Chris Palmer talks about Chrome and the

18       things I were asked to read out from Chris

19       Palmer's e-mail.

20       Again, the cc list, but the people who       03:27:46

21       are listed there doesn't include me, and I

22       don't recall having read that ever.

23   BY MR. LEE:

24       Q.  My question is different.

25       My question is:  Who is the privacy team     03:27:56

                                               Page 284

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    that you added to the e-mail?

2         A.  That I added?

3         Q.  Yeah.

4         A.  Also, I don't know exactly who I added in

5    2016.  I imagine it might have been the Chrome        03:28:11

6    Privacy team, but that's also me speculating now

7    many years later.

8         Q.  Okay.

9         A.  But that's something I can imagine --

10        Q.  So at some point --                           03:28:19

11        A.  -- who I added.  I cannot talk to who

12   Chris talked about in the e-mail which I didn't

13   seem to have ever received myself.

14        Q.  Okay.  Let's go to the top of that

15   e-mail.                                                03:28:30

16        A.  Sure.

17        Q.  All the way to the top, the to/froms.

18             So the -- the "To" line says

19   "Not_To_Property_Found" [sic].

20             Do you know who that is?                     03:28:46

21        A.  No.

22        Q.  And sitting here today, you don't know

23   who is included in that?

24             MS. CRAWFORD:  Objection.  Asked and

25             answered.                                    03:28:53

                                                           Page 285

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            THE WITNESS:  I don't know.

 2       BY MR. LEE:

 3            Q.  And the subject line is a "Re" line;

 4       right?  It's not a forward; right?

 5            A.  It's "a Re line," you are saying?        03:28:58

 6            Q.  R-e, instead of a forward?

 7            A.  Yes.  Seems like it.

 8            Q.  Okay.  Let's look at the next document.

 9            A.  But it's also -- by the way, it's very

10       common that you respond to something but don't    03:29:15

11       have the exact same set of recipients there,

12       right.

13            Q.  Since 2016 -- you can take this down.  We

14       are going to do the next one.

15            A.  Okay.                                     03:29:29

16            Q.  Since 2016, Google also expanded the

17       Incognito name across additional Google products.

18       Are you aware of that?

19            A.  Can you repeat your question, please.

20            Q.  Since 2016, Google also expanded the      03:29:40

21       Incognito name to additional Google products.  Are

22       you aware of that?

23            MS. CRAWFORD:  Objection.  Foundation.

24            You can answer.

25            THE WITNESS:  Google expanded is a bit         03:29:54
```

Page 286

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          difficult to answer again, but I am aware
 2          that additional products besides Chrome's
 3          Incognito Mode are called also Incognito or
 4          have some Incognito feature.
 5              (Exhibit 8 was received and marked        03:30:13
 6              for identification on this date and is
 7              attached hereto.)
 8      BY MR. LEE:
 9          Q.  Okay, good.  So let's look at Exhibit 8.
10          A.  Okay.                                     03:30:15
11          Q.  This is -- for identification purposes,
12      it's GOOG-BRWN-00275959.
13              And just let me know when you have --
14      have the document because I -- before we talk
15      about the substance, I want to -- I want to show  03:30:34
16      you the last page first.
17          A.  I have the document open, but I didn't
18      read it yet.
19          Q.  Okay.  Why don't you turn to the last
20      page first.                                       03:30:45
21          A.  Okay.
22          Q.  Again, this is the metadata provided by
23      Google in producing this document.  Okay?
24          A.  Okay.
25          Q.  And trust me, if it wasn't, your lawyer   03:30:54
```

                                                      Page 287

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    would say so.

2         Do you see in the field titled

3    "AllCustodians" your name is listed?

4         A.  I do see that.

5         Q.  Okay.  And if this document was found in        03:31:06

6    your files, you would have received this as part

7    of your work at Google; right?

8         MS. CRAWFORD:  Objection to the

9         hypothetical.

10        THE WITNESS:  So again, I do not know            03:31:20

11        what custodians means in this context.  What

12        I'm seeing is that this seems to be an e-mail

13        sent to Google, Google@google.com, which

14        might be one of the e-mail addresses that

15        Googlers are receiving and then -- yeah,         03:31:37

16        that's what I'm seeing.

17   BY MR. LEE:

18        Q.  Right.  Including yourself, right?

19        A.  I'm a Google employee, so I assume that

20   I'm subscribed to Google@google.com.  I don't know   03:31:50

21   if that's one of those many, many e-mail lists

22   that I'm auto filtering.

23        But I'm certainly Google employee.  So if

24   Google@google.com includes all Google employees,

25   which I assume, then I'm able to receive it, yes.    03:32:06

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

1       Q.  Right.  And you're also a custodian of

2    this document; right?

3       A.  I do not know what this means at all.

4    But certainly if there's an e-mail sent to

5    Google@google.com, I personally would not be          03:32:16

6    called up specifically.  These are e-mails to all

7    employees.

8       Q.  Okay.  So if you received this as part of

9    a distribution list of all employees, then you

10   would have received this document in connection       03:32:36

11   with your work at Google; right?

12      A.  So it would go into my inbox somewhere,

13   yeah.  It could be that I filtered many, many of

14   these auto subscribe mailing lists.  It's possible

15   that I didn't filter it.  I just don't know.          03:32:49

16      Q.  Okay.  Well, let's see who wrote it.

17   Let's go to the top.  It's from the CEO of the

18   company, Sundar Pichai.

19          So do you think you would have filtered

20   that one or you would have read it?                   03:33:02

21          MS. CRAWFORD:  Objection.  Hypothetical.

22       Calls for speculation.

23          THE WITNESS:  So the filters are about

24       the mailing list.  So I either have

25       Google@google.com filtered or I do not.          03:33:15

                                                    Page 289

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      BY MR. LEE:

 2          Q.  Do you or don't you?  I didn't hear that.

 3          A.  But also -- what, sorry?

 4          Q.  I didn't -- I didn't catch what you said.

 5      Did you say you do have it filtered or you don't      03:33:21

 6      have it filtered or you don't know?

 7          A.  I -- I do not know.  There are so many --

 8          Q.  Okay.

 9          A.  -- auto mailing lists, like all of Munich

10      Google employees, all PMs at Google, all women        03:33:28

11      PMs.  There are maybe hundreds, I don't know, and

12      I do not know by heart which of them I might have

13      auto filtered or not.

14              But independent of the filter, also even

15      e-mails that I don't filter, doesn't mean that I      03:33:44

16      read all of them.

17              But I'm happy to look at it now, so no

18      concerns.

19          Q.  Sure.

20          A.  But just stating that there are many,         03:33:53

21      many e-mails who I never open and just archive.

22          Q.  Okay.  So Exhibit 8 is a 2019 e-mail from

23      Mr. Pichai to Google employees; correct?

24          A.  I would also need to speculate if

25      Google@google.com is really all employees.  I         03:34:11
```

Page 290

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    wouldn't be able to tell.  But that's what I would

 2    assume.

 3         Q.   Okay.  And in the first bullet, last

 4    sentence, do you see where Mr. Pichai wrote, "And

 5    we'll work with tighter focus and coordination        03:34:27

 6    across Google so we can launch new privacy

 7    features -- such as incognito modes -- across

 8    major Google products"?

 9         A.   I see that.  But I would love to take a

10    very quick look at the e-mail so that I see what      03:34:40

11    the context is.

12         Q.   I'm just asking if I read it correctly.

13         A.   You would need to read it again.

14         Q.   Sure.

15         A.   Because I didn't look at that exact         03:34:53

16    sentence.  I tried to familiarize myself with the

17    document.

18         Q.   He writes here, "We'll make privacy

19    choices simpler to understand.  And we'll work

20    with tighter focus and coordination across Google     03:35:04

21    so we can launch new privacy features -- such as

22    incognito modes -- across major Google products."

23              Did I read that right?

24         A.   Yeah, you read that right.

25         Q.   If you know, was it Mr. Pichai's decision   03:35:18
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   to have Incognito modes across other Google

 2   products?

 3          MS. CRAWFORD:  Objection.  Foundation.

 4       Calls for speculation.

 5       You can answer.                        03:35:34

 6          THE WITNESS:  I am not aware of that.

 7       And again, I would be very surprised.

 8       Typically the name of the feature lies within

 9       the product team.

10   BY MR. LEE:                                03:35:47

11       Q.  Okay.  And do you know why Mr. Pichai

12   signed off on having Incognito modes across

13   different Google products?

14          MS. CRAWFORD:  Objection insofar as it

15       misstates the document.  Lack of foundation.   03:36:02

16          THE WITNESS:  I don't know what you're

17       referring to with having signed off.

18   BY MR. LEE:

19       Q.  Okay.

20       A.  I don't see anything about it here.   03:36:08

21       Q.  No, I'm asking if you have any of your

22   own knowledge.

23       A.  No, I don't.

24          MR. LEE:  Okay.  Let's look at the next

25       exhibit.  This one is going to be marked   03:36:15
```

Page 292

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        Exhibit 9, GOOG-BRWN-00047341.

 2            MR. CIVIDINI:  Introduced.

 3            (Exhibit 9 was received and marked

 4            for identification on this date and is

 5            attached hereto.)                    03:36:44

 6            MS. CRAWFORD:  And while you're loading,

 7        can we have a time check, please.

 8            THE VIDEOGRAPHER:  I believe we're at two

 9        hours and seven minutes.

10            MS. CRAWFORD:  Did you say two hours and  03:37:03

11        seven minutes?

12            THE VIDEOGRAPHER:  I believe so, yes.

13            MS. CRAWFORD:  Thank you.

14            MR. LEE:  Can you let me know when I have

15        15 minutes left?                          03:37:11

16            THE VIDEOGRAPHER:  Sure.

17            MR. LEE:  Thanks.

18      BY MR. LEE:

19        Q.  Exhibit 9 is a 2019 document that Google

20      produced.  I want you to go to the page ending in  03:37:17

21      343.  And you'll see Augusto has it lined up for

22      you?

23        A.  Yeah, one second.  I'm taking a quick

24      look at the document to see what it's about.

25        Q.  Of course.                            03:37:37
```

Page 293

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              You ready to go, Mrs. Borsay?

 2        A.  I'm half through looking at it.  Give me

 3    another minute.  I can try to scan a bit faster,

 4    but it's also, of course, more -- but that's

 5    all...                                        03:41:03

 6        Q.  Well, if you're halfway through, I'm not

 7    going to go past that in the documents.  Meaning

 8    I'm only asking about the first half of the

 9    document.

10        A.  Okay.  I haven't seen the slide that you   03:41:20

11    have opened here, so let me just see.

12        Q.  Sure.  And I'll represent to you this

13    document was produced from your files.  Okay?

14        A.  Whatever that means, but yeah.

15        Q.  So do you have the slide that Augusto has   03:41:37

16    in front of you?

17        A.  No.  I didn't see it halfway through yet.

18    So let me see.

19              MR. CIVIDINI:  Page 3.

20     BY MR. LEE:                                    03:41:52

21        Q.  Page 3, I think he said.

22        A.  Okay.  So where -- what's the number of

23    the slide that you have open?

24        Q.  It's page 3 of the presentation.  And he

25    also has it up on his share screen for you.      03:42:10
```

Page 294

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          A.  Let me see.  Okay.  There it is.
 2          Q.  Okay.  Now, do you see the second bullet?
 3     It says, "Sin Rastro's mandate is to make the
 4     Incognito experience across Google products
 5     coherent and simpler to understand."              03:42:32
 6              Do you see that?
 7          A.  I see, that yeah.
 8          Q.  Do you see where it says, "For users"?
 9          A.  Yes.
10          Q.  Okay.  And that second sentence under    03:42:49
11     ██████████████████████████████████
12     ██████████████████████████████████████
13     ██████████████████████████████████
14     ███████████████████████████████
15     ██████"                                           03:43:08
16              Do you see that?
17          A.  So I see █████████████████████
18     ██████████████████████████████
19     █████████████  ███████████████████
20     █████████████"  -- okay, that's where you then    03:43:21
21     read, I guess.
22          Q.  Okay.  So let me just -- I'll read it
23     again quickly, and you can tell me if I've read it
24     correctly, okay?
25              ████████████████████████████████████     03:43:34
```

Page 295

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   ████████████████████████████████████████
 2   ████████████████████████████████
 3   ████████████████████████████████████"
 4        Did I read that right?
 5        A.  You read it correctly.              03:43:51
 6        Q.  In reality, Google collects users' data
 7   while they are browsing in Chrome; right?
 8             MS. CRAWFORD:  Objection.  Argumentative.
 9        Lack of foundation.  Assumes fact.  Vague and
10        ambiguous as well.                      03:44:03
11             You can answer.
12             THE WITNESS:  I said earlier that I do
13        not know what data or information Google may
14        or may not collect.
15             And also, like I said, so what I read   03:44:11
16        here, it says, "██████████████████████
17        ██████████████████████████."
18             ████████████████████████████
19        ████████████████████████████
20        ████████████████████████████████       03:44:33
21        ████████████████████.
22   BY MR. LEE:
23        Q.  Is it your testimony -- is it your
24   testimony, ma'am, that Google does not collect
25   users' data when they are in Incognito Mode when   03:44:46
```

Page 296

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1    they browse in Chrome?

2          MS. CRAWFORD:  Objection.  First off,

3       that misstates the witness's testimony --

4          MR. LEE:  No, I'm --

5          MS. CRAWFORD:  -- and it's been --        03:44:55

6          MR. LEE:  It's a follow-up question.  I'm

7       not characterizing her testimony.  I'm asking

8       if that is her testimony.

9          THE WITNESS:  I have never said that.

10   BY MR. LEE:                                      03:45:05

11      Q.  So let me ask you again, and then you can

12   answer the question.

13          Is it your sworn testimony that Google

14   does not collect users' data when they are in

15   Incognito Mode while browsing in Chrome?         03:45:15

16          MS. CRAWFORD:  Asked and answered.

17       Foundation.  Assumes facts.  Calls for a

18       conclusion.

19          You can answer.

20          THE WITNESS:  My statement is and was     03:45:25

21       repeatedly that I do not know what data

22       Google may or may not receive in -- while

23       users are in Incognito Mode.

24       BY MR. LEE:

25      Q.  But you are not telling us that Google    03:45:41
```

Page 297

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    doesn't collect any personal information or

 2    information from the user while they are in

 3    Incognito Mode; right?

 4            MS. CRAWFORD:  Objection.  Argumentative.

 5        Also calls for a legal conclusion.  Assumes      03:45:49

 6        facts.

 7            You can answer.

 8            THE WITNESS:  I'm telling you, and I have

 9        told you a few times now, that I do not know.

10    BY MR. LEE:                                          03:46:01

11        Q.  Okay.  Let's go to another slide.  It's

12    Bates number ending in 350.

13        A.  350.

14        Q.  And the slide is called "Risks & impact

15    on branding"; right?                                 03:46:27

16        A.  It says "Current State | Risks & impact

17    on branding."  Yeah.

18        Q.  Okay.  In that first bullet it says, "Sin

19    Rastro Incognito story:  Google doesn't collect

20    personal information while in private mode.  No      03:46:45

21    personalization.  No personal logs."

22            Did I read that right?

23        A.  You read that correctly.

24        Q.  Okay.  The next bullet, it says "Those

25    guarantees aren't true in Chrome."                   03:46:58
```

Page 298

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            Did I read that correctly?

 2       A.  Yes.

 3       Q.  So according to this document, when a

 4  user enables Incognito Mode in Chrome, Google

 5  still collects personal information; right?        03:47:10

 6            MS. CRAWFORD:  Objection insofar as it

 7       mischaracterizes the document.  Lack of

 8       foundation.

 9            THE WITNESS:  I would not make that

10       conclusion from -- from this document, no.    03:47:20

11  BY MR. LEE:

12       Q.  Okay.  In the very next bullet, this

13  document acknowledges that because those

14  guarantees are not true in Chrome, this could lead

15  to increased user confusion.                       03:47:32

16            Do you see that?

17       A.  I see that that's stated in this doc.

18       Q.  Okay.  You don't agree with the statement

19  in this document?

20            MS. CRAWFORD:  Mischaracterizes her      03:47:45

21       response.

22            THE WITNESS:  I don't even know what it

23       refers to.  So I don't have an opinion on

24       that.

25       ///
```

Veritext Legal Solutions
866 299-5127

1    BY MR. LEE:

2        Q.  Well, it refers to Google doesn't collect

3    personal information while in private mode.  No

4    personalization, no personal logs.  But those

5    guarantees aren't true in Chrome.  That's what it      03:48:06

6    refers to.

7        A.  I don't know what Sin Rastro Incognito

8    story is, if it's a vision, a state.  I have no

9    idea.  I don't work on what Google -- yeah, on

10   that part of Google, basically.  I work on Chrome.      03:48:21

11       Q.  Do you think this is a document you

12   received and you just never read?

13           MS. CRAWFORD:  Objection insofar as it

14       calls for speculation.  Lack of foundation.

15       You can answer.                                      03:48:31

16           THE WITNESS:  I have neither talked about

17       receiving nor not receiving this document nor

18       about me having seen or read it or not.

19           I'm just saying that I'm -- I'm unclear

20       what these words are referring to.  It's            03:48:46

21       unclear to me from this context looking at

22       this slide.

23   BY MR. LEE:

24       Q.  Have you ever heard of Sin Rastro?

25       A.  Yes.                                             03:48:53

                                                  Page 300

CONFIDENTIAL ATTORNEYS' EYES ONLY

1   Q. What is Sin Rastro?

2   A. So my understanding of the project, that

3 I wasn't part of that, is that one team at Google

4 was working on Sin Rastro.  And my understanding

5 is that that effort, Sin Rastro, was looking into  03:49:14

6 features, Incognito Mode features, across Google

7 products.

8   Q. Okay.  Let's go to the next document.

9 It's Exhibit 10.

10   A. Sure.          03:49:31

11   It's not in my folder yet, just to let

12 you know.

13   Q. Yeah, he'll upload it in a moment.

14   For identification purposes, it's

15 GOOG-CABR-04509467.       03:49:47

16   (Exhibit 10 was received and marked

17   for identification on this date and is

18   attached hereto.)

19   MR. CIVIDINI:  It's uploaded now.

20   THE WITNESS:  Not showing up yet.  I will 03:49:57

21 let you know once I'm able to open it.

22   Now it showed up.  I'm going to open.

23   MS. CRAWFORD:  And after this document,

24 if we could take a five-minute break, I would

25 appreciate it.         03:50:06

Veritext Legal Solutions
866 299-5127

```
 1            MR. LEE:  After this document, sure.

 2            MS. CRAWFORD:  Yeah, that was the

 3        request.

 4      BY MR. LEE:

 5        Q.  Exhibit 10 is an e-mail chain you          03:50:22

 6      participated in as part of your work for Google;

 7      correct, Mrs. Borsay?

 8            MS. CRAWFORD:  Objection to the form of

 9        the question.

10            THE WITNESS:  Let me take a look if I       03:50:32

11        participated.  It seems that I wrote

12        something on that e-mail thread, yes.

13      BY MR. LEE:

14        Q.  Okay.  Go down to the bottom of the

15      second page, please.  I will want to focus you on  03:50:42

16      an e-mail you wrote on July 6th, 2021, at 11 p.m.

17        A.  Okay.  But I would love to take a quick

18      look at the document so to have a chance to

19      understand the context of this e-mail thread.

20        Q.  Okay.  Go ahead.                            03:51:02

21        A.  Okay.

22        Q.  So if you go to the second page at the

23      bottom, you'll see a July 6, 2021, 11:00 p.m.

24      e-mail that you wrote.

25            Do you see that?                            03:53:11
```

Page 302

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1          A.  Yes.

2          Q.  Okay.  Do you see you make a reference to

3    KR, Incognito Mode KRs?

4          A.  Yes, I do.

5          Q.  What is a KR?                          03:53:21

6          A.  So I'm referring to a key result here.

7          Q.  And what does that mean?

8          A.  So typically with our team, we are

9    setting goals that we often call OKRs.  And then

10   KRs are part of that, and it stands for key        03:53:41

11   results.

12         Q.  Key resides?

13         A.  Result.  Result.  Key result.  I'm not

14   sure if my pronunciation is wrong, but key result.

15   Should I spell result?                            03:53:59

16             MS. CRAWFORD:  It's in the realtime.  The

17             transcript's correct.

18    BY MR. LEE:

19         Q.  Okay.  And you write here -- if you go to

20   the third page of the document, the next page,      03:54:10

21   it's still your e-mail.  And if you look at the --

22   the -- the -- under where it's bolded and it says

23   "For reference, this is the OKR," do you see that?

24         A.  Yes, I do.

25         Q.  And then the second KR that you write      03:54:23
```

Page 303

1    states, "Clear up misconceptions, launch revamped

2    NTP with focus on education."

3         Do you see that?

4         A.   Yes.

5         Q.   And when you wrote this statement, that        03:54:36

6    the KR is to clear up misconceptions and launch

7    revamped NTP, you're referring to user

8    misconceptions in Incognito Mode; right?

9         MS. CRAWFORD:   Objection.   Lack of

10        foundation.                                          03:54:56

11        You can answer.

12        THE WITNESS:   I copy-pasted the OKR

13        objectives and key results here, that's what

14        I did.

15   BY MR. LEE:                                               03:55:04

16        Q.   Okay.   And do you have any understanding

17   of what "Clear up misconceptions, launch revamped

18   NTP with focus on education" means, or did you

19   just paste that in and you don't remember?

20        MS. CRAWFORD:   Argumentative.                       03:55:14

21        You can answer.

22        THE WITNESS:   Again, I pasted this in

23        here.   I didn't write that myself here.   But

24        I could imagine what it -- what, yeah, it's

25        referring to.                                        03:55:24

                                                      Page 304

CONFIDENTIAL ATTORNEYS' EYES ONLY

1      BY MR. LEE:

2         Q.  And is it referring to user

3      misconceptions about Incognito Mode?

4         A.  What -- I can imagine that it might be

5      referring to users' misconceptions in private        03:55:38

6      browsing modes in general.  Like, for example, the

7      example I mentioned earlier that some users expect

8      that they are invisible to the sites that they

9      visit, even if they, for example, log in to them

10     with LinkedIn.                                        03:55:55

11            Or also an example that I've heard

12     anecdotally, that some people might even thought

13     they are invisible if they then search for someone

14     else's LinkedIn profile while in a browser's

15     private browsing mode; that they expect that         03:56:09

16     that's invisible.

17            So these are the type of misconceptions.

18         Q.  NTP refers to Incognito new tab page;

19     right?

20         A.  So NTP itself refers to new tab page, but    03:56:21

21     this seems to be in the context of Incognito,

22     yeah.

23         Q.  Right.  So when you say "Clear up

24     misconceptions, launch revamped NTP," you're

25     referring to a revamped new tab page for Incognito   03:56:33

                                                   Page 305

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Mode; correct?

2         MS. CRAWFORD:  Mischaracterizes this

3       document.

4         You can answer.

5         And the witness's testimony on it.      03:56:44

6         THE WITNESS:  I wouldn't be able to say

7       for certain, because, again, I didn't write

8       those, but it's possible that it's about

9       Incognito new tab page that launched.

10   BY MR. LEE:                                     03:57:04

11      Q.  What other NTP did you work on other than

12   Incognito Mode?

13         MS. CRAWFORD:  Argumentative.  Assumes

14       facts.

15         THE WITNESS:  So just to set it clear,    03:57:15

16       because you say "you" worked on, like I

17       mentioned earlier, I was the PM on Privacy

18       and touched on Incognito before my first

19       maternity leave.

20         So since 2018, I wasn't the PM for        03:57:27

21       Incognito.  It was Rory, was the name, at

22       some point.  And I was in the times when

23       Rory, for example, was on leave, or there

24       were also times -- maybe it was one of those

25       times where their team didn't really have a   03:57:41

Page 306

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          PM assigned to it that I, also my manager,

 2          sometimes were acting as a point of contact

 3          to help the team.

 4              So again, it's not me working on this.

 5          It's me being a point of contact for the team     03:57:57

 6          and trying to help the team.

 7      BY MR. LEE:

 8          Q.  I asked a different question.

 9              I said, did you ever work on revamping a

10      new tab page that wasn't for Incognito Mode?           03:58:04

11          A.  No, I didn't.

12          Q.  Okay.  By the way, the new tab page is

13      what pops up every time a user enables Incognito

14      Mode in Chrome; right?

15              MS. CRAWFORD:  Objection to the form of        03:58:20

16          the question.

17              You can answer.

18              THE WITNESS:  You said enabled, so I'm

19          not sure what -- what you mean with that; but

20          if a user opens Chrome's Incognito Mode, they      03:58:31

21          should see the new tab page.

22      BY MR. LEE:

23          Q.  So anytime they open Incognito Mode, they

24      will see the new tab page; fair?

25              MS. CRAWFORD:  Objection.  Foundation.         03:58:42
```

Page 307

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1            And potentially calls for speculation.

2                 But you can answer.

3                 THE WITNESS:  Yeah, I'm not sure what you

4            are referring to.  For example, on a Mac, you

5            can -- you can minimize a browser window so        03:58:54

6            that it, yeah, minimizes; and then if you

7            bring it up again, it typically just shows

8            what you minimized before.

9                 So if the user had the new tab page open

10           in that case, yeah, they would see it again.      03:59:08

11           And like I said, if a user would click on

12           Open New Incognito Window, it would also show

13           the new -- the new tab page.

14       BY MR. LEE:

15           Q.  Okay.  I think we are on the same page.        03:59:21

16           A.  Or if they open a new tab in Incognito,

17       it would also show the new tab page.

18           Q.  All right.  You agree with me that it's

19       important that the new tab page accurately

20       describe for users what Incognito Mode does and       03:59:30

21       doesn't do; right?

22                MS. CRAWFORD:  Objection to the form of

23           the question.

24                You can answer.

25                THE WITNESS:  Yes, that's what we are         03:59:40
```

Page 308

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            striving for, right.

 2                 MR. LEE:  Let's look at Exhibit 11.

 3                 MS. CRAWFORD:  No, if we can go off the

 4            record --

 5                 MR. LEE:  Oh, I'm sorry, you're right.      03:59:49

 6                 MS. CRAWFORD:  -- five-minute break?

 7                 MR. LEE:  Don't upload it yet, if you

 8            can, Augusto.  Let's upload it after the

 9            break.

10                 MS. CRAWFORD:  Yeah, and no worries, if      03:59:57

11            it's been unloaded, we won't take a look at

12            it until afterwards.

13                 MR. LEE:  Let's go off the record,

14            please.

15                 MS. CRAWFORD:  Yeah.                         04:00:06

16                 THE VIDEOGRAPHER:  Off the record at

17            4:00 p.m.

18                 (Short break taken.)

19                 THE VIDEOGRAPHER:  We are back on the

20            record at 4:10 p.m.                               04:10:13

21                 (Exhibit 11 was received and marked

22                 for identification on this date and is

23                 attached hereto.)

24       BY MR. LEE:

25            Q.  We have marked as Exhibit 11 a document       04:10:18
```

Page 309

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Google produced from your files with the

2    production number GOOG-CABR-0476153.

3        Do you want to take a second to look at

4    this document, Mrs. Borsay?

5    A.  Yes.                       04:10:36

6    Q.  Okay.

7    A.  But since I'm not even listed as one of

8    the many people on that title slide, so I would

9    like to look -- take a look at this deck to be

10   able to know what the context is.       04:10:49

11    Q.  Are you ready to go, Mrs. Borsay?

12    A.  On which slide I am, is the question?

13    Q.  Why don't we take you to the Bates

14   number ending in 6236 -- well, actually, we can

15   start at the first.  I just want to reference the   04:14:13

16   title.  Do you see that the title is "Incognito

17   NTP Revamp"?

18    A.  Yes, I see that.

19    Q.  And again, NTP is in reference to the

20   Incognito new tab page; right?         04:14:26

21    A.  I assume so, yes.

22    Q.  And this is the Incognito new tab page

23   revamp that was referenced in your July 2021

24   e-mail that we just looked at and was marked

25   Exhibit 10; right?                04:14:43

CONFIDENTIAL ATTORNEYS' EYES ONLY

1          A.  So in that e-mail where I copy-pasted the

2     team's OKRs, right, their goals, this one, which

3     is open here, I assume that that might refer to

4     this doc.  But again, keep in mind, I'm not even

5     listed as any of the team members on the title          04:14:56

6     slide.

7          Q.  Okay.

8              MR. LEE:  All right.  So let's go to the

9          page ending in 170, Augusto.

10             THE WITNESS:  Wow, is the slide deck 85          04:15:17

11         slides long?  So I really -- just to let you

12         know already, I'll certainly miss context,

13         because I would need to read through the

14         whole.

15             But I'm okay to see what you will ask,          04:15:28

16         what slide we will go on, and then I might

17         have to look at the context.

18         Q.  Okay.  And in that case, since the slide

19    is so long, I will insist on a break for you to do

20    that.  And you just let me know.  So --                  04:15:39

21             MS. CRAWFORD:  Our position as stated

22         before stands.  We can take that up offline.

23             MR. LEE:  Yeah.  Well, okay.

24    BY MR. LEE:

25         Q.  Okay.  So this slide --                         04:15:49

Page 311

A. So which -- so can you tell --
Q. -- which ends in 17- -- excuse me?
A. Okay, 17? Yeah, so which slide should I browse to?
Q. It ends in 170. It's page, I believe, 18 of 85. 04:15:55
A. 170. Okay.
I cannot read the content of the page on none of the screens. It's too small.
Q. So, yeah, I'm going to try and get to a better page. Unfortunately this is the way Google produced it to us. 04:16:13
This -- if you go to the top -- I'm sorry. If you look at the side, it says this is the "Proposal"; right? 04:16:29
Do you see that?
A. Wait a second, I don't see "This is the proposal," those words. I don't -- I see --
Q. No, the words -- the words "Proposal," do you see the words "Proposal" on the left? 04:16:37
A. Yeah, I see "[redacted]." Yeah.
Q. Okay. And to the right you see that there's [redacted]; right?
A. It looks like it to me, yes. 04:16:47

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          Q.  Okay.  And now let's go to 172, where
 2     they describe the changes.
 3          A.  What changes are you talking about?
 4     Looks like a proposal, as we just said, so I'm not
 5     sure --                                        04:17:03
 6          Q.  Yeah, yeah, yeah.  Exactly.  So let's be
 7     clear.  ████████████████████████████
 8     ████████████████████████████████████████
 9     ████████████████████████.
10          Do you see that?                          04:17:15
11          A.  I don't see that yet, if that's -- but
12     I -- I'm happy to take a look at the slide.
13          Q.  Sure.  Are you -- just so we are all
14     oriented, are you looking at what Augusto is
15     sharing on the screen?                         04:17:27
16          A.  Yes, but it's really hard to read.
17          Q.  Okay.  Do you see where there's --
18     there's -- it says "Current" for one section and
19     "Proposed" below that?
20          So it's the ███████████████████          04:17:38
21     ████████████████████████████████
22     ██████████
23          A.  I assume so.  I see, yeah, "Current" with
24     a screenshot --
25          Q.  Okay.                                 04:17:49
```

Page 313

CONFIDENTIAL ATTORNEYS' EYES ONLY



1     A.  --

2

3     Q.

4

5          Do you see that?                                04:17:59

6     A.  Yes.

7     Q.  Okay.  If you look under -- well, if you

8  can just look at the content of the

9

10                                                          04:18:12

11

12          Do you see that?

13     A.  So the thing is, what I'm seeing is a

14  snippet of something that looks like a new tab

15  page.  I don't know what it would be above it     04:18:30

16  because even the "Current" one is just a snippet,

17  right, it doesn't show me the Incognito icon.

18     Q.  Yeah I'm just asking about what's on the

19  document, ma'am.  So according to this document,

20                                                          04:18:44

21

22

23

24          Do you see that based on this document?

25     A.  No.                                             04:18:56

                                              Page 314

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            MS. CRAWFORD:  Objection insofar as that

 2        misstates the document and assumes facts --

 3            MR. LEE:  Are you suggesting that I'm

 4        misstating the document, Jomaire?

 5            MS. CRAWFORD:  Yes.  And assumes facts.      04:19:09

 6     BY MR. LEE:

 7        Q.  Okay.  Why don't you look --

 8        A.  Like I said, it's a snippet.  Even the

 9     "Current" one is not the entire new tab page.  It

10     shows a snippet.                                     04:19:13

11        Q.  Okay.  Why don't --

12        A.  And snippet for "Proposed."  I don't know

13     what's above and below.  That's impossible for me

14     to --

15        Q.  I'm not asking what's -- I'm not asking      04:19:19

16     you to guess what's above and below.  I'm asking

17     you to look at the document that's in front of

18     you.

19            Based on the document --

20        A.  I don't --                                    04:19:27

21        Q.  -- that's in front of you, in the

22     ████████████████████████████████████

23     ███████████████████████ right?

24        A.  Again, I don't know what the "Proposed"

25     language as a whole is.                              04:19:38
```

Page 315

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        Q.  Sure.

 2        A.  I'm just seeing a snippet, and I can't

 3   talk to the snippet I'm seeing here that someone

 4   else put in here.

 5        Q.  Okay.  So it's not your testimony that        04:19:46

 6   you think -- well, is it your testimony that you

 7   think in the ████████████████████████████████

 8   ████████████████████████████████

 9        MS. CRAWFORD:  Lack of foundation.

10        Argumentative.                                    04:20:01

11        THE WITNESS:  I'm not even able to

12        comment on it.

13   BY MR. LEE:

14        Q.  Okay.  Let's do it this way.

15        Do you do you see on the side where it            04:20:06

16   says ████████████

17        A.  I see the word ████████████

18   there, yeah.

19        Q.  Okay.  And do you see under

20   ████████████████████████████████████             04:20:13

21   ████████████████

22        A.  So first of all, if you said it has been

23   ████████████  I don't know.  Like, the

24   premise doesn't seem to be true because, again,

25   seems to be talking about a proposal to me.           04:20:28
```

Page 316

CONFIDENTIAL ATTORNEYS' EYES ONLY



```
 1        Q.  Yeah, I'm talking the proposal.  We're on
 2   the same page, Mrs. Borsay.
 3           So I'm saying there --
 4        A.  Okay.
 5        Q.  According to this document, in the          04:20:35
 6   proposal,███████████████████████████████████
 7   ████████████████████████████████████████████████
 8   ████████████████████
 9           Do you see that?
10        A.  I see that.                                 04:20:46
11        Q.  Okay.  And you don't see anywhere in the
12   ████████████████████████████████████████████████
13   ███████████████████████████████████████
14   ████████████████████
15        A.  Again, I just see a snippet of how a new    04:20:59
16   tab page would look like, but I can look at that
17   snippet to see if I see the statement there.
18        Q.  Thank you.  Just let us know when -- when
19   you're done looking at it.
20        A.  So in that snippet, I do not see -- I       04:21:23
21   don't -- I do not see that term, "private," in
22   there.
23        Q.  Okay.  And again, if you look at the
24   ██████████████████████████████████████████████
25   ██████████████████████████████████████           04:21:41
```

Page 317

1      ████████████████████████████

2           Did I read that correctly?

3           MS. CRAWFORD:  Objection insofar as it

4      mischaracterizes the document.

5           You can answer.                          04:21:50

6           THE WITNESS:  So I read those words as

7      well, yeah.

8    BY MR. LEE:

9      Q.  Okay.  Let's look at what else is in the

10   "Proposed" revamp.                              04:21:57

11          Under ███████████████████████████

12   ████████████████████████████████████████

13   ███████████████████████████████

14          Do you see that?

15          MS. CRAWFORD:  Misquotes the document.   04:22:20

16          You can answer.

17   BY MR. LEE:

18     Q.  Yeah, let me do it the right way.  Under

19   █████████████████████████████████████████████

20   ████████████████████████████████  right?        04:22:29

21     A.  That's what's in the snippet, yes.

22     Q.  Okay.  And "in the snippet," just to be

23   clear, we are talking about the "Proposed" revamp;

24   correct?

25     A.  Again, I'm neither part even of the team,   04:22:40

Page 318

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    as you saw on the title slide, for anything.  So

 2    I'm guessing, from looking at what you are looking

 3    at, but I am -- I have neither written this nor

 4    have I been part of the team.

 5        Q.  Okay.                                    04:22:56

 6        A.  So I'm --

 7        Q.  The lang- --

 8        A.  -- dealing with speculation area here.

 9        Q.  The language where it says ████████

10    ████████████████████████████████████████         04:23:04

11    ███████████████████████; right?

12        Do you see where it says "Proposed"?

13        MS. CRAWFORD:  Objection to the

14    characterization.

15        You can answer.                               04:23:12

16        THE WITNESS:  I see that it says

17    "Proposed," and I see that that sentence is

18    on snippet -- on snippet above the "Proposed"

19    word.

20    BY MR. LEE:                                       04:23:24

21        Q.  Okay.  Now, under that statement that I

22    just read to you, that "███████████████████████

23    ████████████████████████████████████████

24    ███████████████████████

25        Do you see that?                              04:23:47
```

Page 319

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          MS. CRAWFORD:  Objection to the

 2     characterization.

 3          THE WITNESS:  So I see bullets there.

 4     I'm not sure -- can you just rephrase your

 5     question?                                04:23:56

 6   BY MR. LEE:

 7     Q.  Sure.  Under "██████████████████████

 8   ███████████████████████████████████████████

 9   right?

10     A.  Correct.                             04:24:02

11     Q.  And the three sub-bullets ████████████

12   ███████; correct?

13          MS. CRAWFORD:  Objection to the

14     characterization.

15          THE WITNESS:  Yes, and again, I wouldn't  04:24:10

16     know why they should.

17   BY MR. LEE:

18     Q.  Do you know if Google revamped the new

19   tab page consistent with this proposal?

20          MS. CRAWFORD:  Objection to the      04:24:25

21     foundation.

22          You can answer.

23          THE WITNESS:  I guess I didn't fully

24     understand.  What did you say?  Google did

25     what?                                    04:24:31
```

                                          Page 320

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      BY MR. LEE:

 2          Q.  Yeah, did Google ever adopt this -- this

 3      "Proposed" revamp new tab page?

 4          A.  Can you specify, please, what you mean

 5      with Google here?                              04:24:42

 6          Q.  Sure.  Why don't we do it this way.

 7      If -- why don't we open up 3A again.

 8              MR. LEE:  Augusto, that's the Incognito

 9          new tab page you can open up on your screen.

10      BY MR. LEE:                                    04:25:02

11          Q.  All right.  So we just opened up the

12      Incognito new tab page right now.

13          A.  Mm-hmm.

14          Q.  And none of the changes proposed are on

15      the new tab -- on the current new tab page;    04:25:12

16      correct?

17              MS. CRAWFORD:  Objection to the form of

18          the question and foundation.

19              You can answer.

20              THE WITNESS:  So you are saying none of  04:25:24

21          the proposed language or what?

22      BY MR. LEE:

23          Q.  Yeah, none of the proposed changes for

24      the new tab page revamp actually occurred because

25      we're looking at the current new tab page and none  04:25:36
```

                                                        Page 321

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    of those changes are reflected; right?

2            MS. CRAWFORD:  I just want to be clear.

3        Insofar as you're trying to set up a

4        side-by-side for the witness, that hasn't yet

5        happened.  So maybe Augusto can just let us      04:25:47

6        know once the other document is up on the

7        screen.

8    BY MR. LEE:

9        Q.  Why don't we do it this way.  I have an

10   easier way.  Just put the new tab page up there,    04:25:57

11   Augusto, so it's nice and big.

12           THE VIDEOGRAPHER:  And, Counsel, we are

13       at the 15-minute mark.

14           MR. LEE:  Thank you.

15           THE VIDEOGRAPHER:  You're welcome.        04:26:10

16   BY MR. LEE:

17       Q.  In the new tab page listed as Exhibit 3A,

18   the spy guy is still there, right?

19       A.  The icon is there, yeah.

20       Q.  Okay.  It still says, you've gone          04:26:20

21   Incognito, right?  The words "Incognito" are still

22   on the new tab page; correct?

23       A.  I'm not sure what you are referring to

24   with "still," but, yeah, we looked at it earlier,

25   and now again, and it's still there, yes.         04:26:33

Page 322

1       Q.  Okay.  And on the new tab page, the words

2    "Now you can browse privately" are still there;

3    right?

4       A.  Well, you didn't state the sentence, but

5    those words are on there, yeah.                    04:26:45

6       Q.  On the new tab page, the current new tab

7    page, Google isn't listed as -- as an entity that

8    a user might still be visible to; right?

9         MS. CRAWFORD:  Asked and answered many

10       times now.                                     04:27:02

11        THE WITNESS:  It is one of the websites.

12    BY MR. LEE:

13       Q.  Okay.  And other than Google.com, can you

14    think of any other Google websites?

15        MS. CRAWFORD:  Objection to the form of       04:27:18

16       the question.  Foundation.

17        THE WITNESS:  I can think of

18       mail.google.com, for example, as well.

19    BY MR. LEE:

20       Q.  Okay.  Anything else?                      04:27:30

21       A.  Tech.google.com.

22       Q.  Anything else?

23       A.  YouTube.  Even though I don't know

24    exactly what the URL is, but YouTube.

25       Q.  Okay.  Anything else?                      04:27:41

                                            Page 323

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        A.  Blogspot.

 2        Q.  Anything else?

 3        A.  Maps.google.com.

 4        Q.  Anything else?

 5        A.  Drive.google.com.                    04:27:58

 6        Q.  What else?

 7        A.  Docs.google.com.

 8        Q.  What else?

 9        A.  Slides.google.com, I can think of.

10            I'm not sure if the URL is correct, but   04:28:11

11   something around sheets.google.com.

12        Q.  What else?

13        A.  I cannot think of other products at the

14   moment.

15        Q.  So sitting here today, you think that   04:28:30

16   ███████████████████████████████████; is that

17   fair?

18            MS. CRAWFORD:  Objection insofar as that

19        misstates the witness's testimony.  Lack of

20        foundation.                              04:28:40

21            THE WITNESS:  So that ████████████████

22        ██████████████████████

23   BY MR. LEE:

24        Q.  Yeah.

25        A.  And this seems to be contextual to who --   04:28:45
```

Page 324

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    to the sites the user may visit.  I cannot

2    speculate about which sites a user may visit or

3    may not visit.

4         Q.  No, no, I'm saying you listed out a bunch

5    of Google websites.  Can you -- when you -- the          04:29:00

6    Google websites that you can think of, those are

7    all the ones you can think of ██████████

8    ████████████████████████████; right?

9         MS. CRAWFORD:  Misstates the witness's

10        testimony.  Also mischaracterizes the           04:29:12

11        document.

12        You can answer.

13        THE WITNESS:  No, I didn't say that.  You

14        asked me to think about different Google

15        products, and I listed some.                    04:29:20

16   BY MR. LEE:

17        Q.  What other Google websites that you

18   haven't listed ████████████████████████████

19   in your mind?

20        A.  ████████████████████████████            04:29:25

21   ████████████████████   ████████████████████

22   ██████████

23        Q.  Sure.  But I'm talking about Google

24   websites.

25            Which -- what other Google websites other    04:29:40

Page 325

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    than ones you've listed are a website that you

2    visit?

3            MS. CRAWFORD:  Asked and answered --

4    BY MR. LEE:

5        Q.  Any others?                                    04:29:48

6            MS. CRAWFORD:  Asked and answered a

7        couple times at this point, James.

8            THE WITNESS:  I can repeat the two

9        things.  A, it's about websites you visit.

10       So it's about the context.  If user visits      04:29:56

11           websites, it's about that.  And it talks

12           about websites in general.

13    BY MR. LEE:

14       Q.  The word "Google" doesn't show up

15    anywhere on the new tab page; correct?               04:30:10

16           MS. CRAWFORD:  Asked and answered many

17           times at this point.

18           THE WITNESS:  Correct.

19    BY MR. LEE:

20       Q.  The decision not to make any of the          04:30:19

21    changes in the proposed revamp of the new tab

22    page, whose idea was that?

23           MS. CRAWFORD:  Objection.  Lack of

24           foundation, and insofar as it calls for

25           speculation.                                   04:30:33

                                             Page 326

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  Whose idea was what?  Could
 2         you please specify your question?
 3      BY MR. LEE:
 4         Q.  Whose idea was it not to accept any of
 5      the proposed changes to the new tab page revamp?    04:30:39
 6              MS. CRAWFORD:  Same objections, including
 7         lack of foundation and assuming facts.
 8              You can answer.
 9              THE WITNESS:  I struggle with like whose
10         idea it was to not accept.  I'm not sure if      04:30:56
11         something has been accepted or not accepted
12         to begin with.  And again --
13      BY MR. LEE:
14         Q.  Who --
15         A.  -- I wasn't -- I'm not even listed --        04:31:04
16              MS. CRAWFORD:  Wait a second, James.
17              THE WITNESS:  I'm not even listed as one
18         of the many team members around those
19         explorations for a potential revamp of the
20         new tab page.                                    04:31:15
21      BY MR. LEE:
22         Q.  Okay.  So let's try it this way.
23              The decision not to make any of the
24      changes to the Incognito new tab page, was that
25      your decision?                                      04:31:22
```

                                                    Page 327

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1              MS. CRAWFORD:  Same objections.

2              THE WITNESS:  The idea to not make any

3         changes?

4      BY MR. LEE:

5         Q.  The decision not to make any changes to    04:31:35

6    the Incognito new tab page that are reflected in

7    the proposal that we just looked at, was that your

8    decision?

9              MS. CRAWFORD:  Same objections.

10             THE WITNESS:  No.  But I'm also not sure    04:31:48

11        I fully understand the -- the question,

12        but...

13     BY MR. LEE:

14        Q.  The decision not to make any of these

15   changes to the Incognito new tab page --            04:32:03

16        A.  I don't know that --

17        Q.  -- was that -- was that a Sundar-level

18   decision, Mrs. Borsay?

19             MS. CRAWFORD:  Objection.  Foundation.

20        Assumes facts.                                  04:32:12

21             THE WITNESS:  I don't know what decision

22        you are referring to.  But I would be very

23        surprised if Sundar would be involved in any,

24        yeah, product-level discussion like this.

25     ///
```

Page 328

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1      BY MR. LEE:

2          Q.  So you do know who Sundar is when I say

3      "Sundar-level decision"?

4              MS. CRAWFORD:  Argumentative.

5              MR. LEE:  I'll reserve the rest of my        04:32:35

6          time.

7              MS. CRAWFORD:  Also misstates the

8          witness's testimony.

9              MR. LEE:  David, I'll reserve the rest of

10         my time.                                         04:32:44

11             I have no further questions for now.

12             MS. CRAWFORD:  Let's go off the record.

13         Let's go off the record.

14             THE VIDEOGRAPHER:  Okay.  We are off the

15         record at 4:32 p.m.                              04:32:53

16             (Short break taken.)

17             THE VIDEOGRAPHER:  We are back on the

18         record at 4:45 p.m.

19      BY MR. LEE:

20         Q.  All right, Mrs. Borsay, just a couple       04:45:53

21      more questions.

22             You testified several times today that

23      you don't know what information Google collects or

24      doesn't collect from users when they are in

25      Incognito Mode; right?                             04:46:05
```

Page 329

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1         A.   Correct.

 2         Q.   If the former product manager of Chrome

 3    Privacy doesn't know what information Google

 4    collects, then how could an average user possibly

 5    know what information Google collects in Incognito    04:46:20

 6    Mode?

 7              MS. CRAWFORD:  Object to the form of the

 8         question.  Calls for speculation.  Lack of

 9         foundation and misstates the witness's

10         testimony.                                       04:46:29

11         You can answer.

12              THE WITNESS:  So if a user wants to find

13         out what data is collected by Google, there

14         are various sources they can seek out.  One

15         that comes to mind would be the Google          04:46:52

16         Privacy Policy, Help Center articles,

17         disclosures in product.

18    BY MR. LEE:

19         Q.   Are you done with your answer?

20         A.   Yes.                                        04:47:12

21         Q.   Okay.  You said the Privacy Policy.

22    Anything else?

23         A.   I listed a few more examples that I as a

24    user would seek out if I would be interested in

25    learning more.                                        04:47:23
```

Page 330

CONFIDENTIAL ATTORNEYS' EYES ONLY

1     Q.  Okay.

2     A.  Help Center articles.  Product

3  information.

4     Q.  Okay.  So have you ever read the Privacy

5  Policy?                                          04:47:34

6         MS. CRAWFORD:  Objection.  Vague and

7         overbroad.

8         THE WITNESS:  If I personally have read

9         the Privacy Policy for Google?

10  BY MR. LEE:                                      04:47:44

11     Q.  Yeah.

12     A.  No, I haven't.

13     Q.  Then how do you know that's where the

14  information is for a user to know what information

15  Google collects in Incognito Mode?              04:47:49

16         MS. CRAWFORD:  Objection.  Again, vague

17         and overbroad.

18         THE WITNESS:  I talked about the

19         resources I will check out as a user.

20  BY MR. LEE:                                      04:48:02

21     Q.  Right.  But you've just told us, you've

22  testified that you -- you've never seen or you've

23  never read the Google Privacy Policy.  So why

24  would you think that that information is contained

25  in the Google Privacy Policy?                   04:48:14

                                          Page 331

1          MS. CRAWFORD:  Objection.  Argumentative.

2       Misstates the witness's testimony.

3          THE WITNESS:  I never said that I have

4       never read the Google Privacy Policy.  I just

5       said that I didn't read the whole thing.          04:48:26

6       Not -- I didn't say that I didn't see the

7       Privacy Policy.

8    BY MR. LEE:

9       Q.  I see.  So based on your review of the

10   Privacy Policy, what information does Google          04:48:38

11   collect from users when they are in Incognito

12   Mode?

13          MS. CRAWFORD:  Objection.  Foundation.

14       Vague and overbroad.  Also, incomplete

15       hypothetical and assumes facts.          04:48:51

16        You can answer.

17          THE WITNESS:  I didn't recently review

18       the Privacy Policy so that I would be able to

19       quote Google's Privacy Policy as a thing.

20    BY MR. LEE:          04:49:06

21       Q.  Can you -- can you name anything based on

22   your review of the privacy policy that Google

23   collects from users when they are in Incognito

24   Mode?  Strike that.

25          Can you remember anything that the          04:49:17

Page 332

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   privacy policy specifies that Google collects from

 2   users when they are in Incognito Mode?

 3          MS. CRAWFORD:  Same set of objections.

 4      Lack of foundation.

 5          THE WITNESS:  There is no such thing of      04:49:30

 6      me reviewing the privacy policy again.  I was

 7      talking about what resources I as a user

 8      would seek out if I'm interesting --

 9      interested in learning more about data

10      collection.                                      04:49:45

11    BY MR. LEE:

12      Q.  Is it your testimony that Google

13   specifies what it collects from users while they

14   are in Incognito Mode in its privacy policy?

15          MS. CRAWFORD:  Objection insofar as it       04:49:55

16      mischaracterizes the witness's testimony,

17      lack of foundation and argumentative.

18          THE WITNESS:  I work on Chrome as I also

19      said several times.  I do not know where what

20      you are talking about is described.              04:50:12

21    BY MR. LEE:

22      Q.  Okay.  How about --

23      A.  I talked about what I as a user would

24   seek out to learn more.

25      Q.  Right.  But you're not testifying that       04:50:25
```

Page 333

```
 1    you believe that information exists in the Google

 2    Privacy Policy; right?

 3              MS. CRAWFORD:  Lack of foundation.  Asked

 4         and answered.

 5              THE WITNESS:  I can just say what I would      04:50:34

 6         seek out as a user myself.  I would speculate

 7         about anything else.

 8    BY MR. LEE:

 9         Q.  Okay.  How about the Chrome Privacy

10    Notice, since you're the product manager of Chrome    04:50:46

11    Privacy or the former product manager of Chrome

12    Privacy?  Do you think the Chrome Privacy Notice

13    tells users what information Google collects when

14    they are in Incognito Mode?

15              MS. CRAWFORD:  Same set of objections,        04:50:57

16         including lack of foundation, assumes facts.

17              James, if you want to put it in front of

18         her, since you're asking the witness to

19         identify things that are in specific

20         disclosures, obviously you can do so, as to       04:51:08

21         both the privacy -- the Google Privacy Policy

22         and the Chrome Privacy Notice.

23    BY MR. LEE:

24         Q.  You can answer the question.

25         A.  What's the question?                          04:51:18
```

Page 334

CONFIDENTIAL ATTORNEYS' EYES ONLY

1      Q.  Do you think that the Chrome Privacy

2   Notice tells users what information Google

3   collects from them when they are in Incognito

4   Mode?

5           MR. MS. CRAWFORD:  Same set of          04:51:31

6       objections.

7           THE WITNESS:  So I do not know.  I didn't

8       write those documents.  So I would need to

9       look at them in order to answer your

10      question.                                   04:51:46

11   BY MR. LEE:

12      Q.  Have you ever read the Chrome Privacy

13   Notice?

14      A.  I haven't read the entirety of the Chrome

15   Privacy Notice.                                04:51:52

16      Q.  And sitting here today, based on what you

17   did review in the Chrome Privacy Notice, can you

18   recall what information, if any, Google tells

19   users that it collects from them when they are in

20   Incognito Mode?                                04:52:14

21          MS. CRAWFORD:  Lack of foundation.

22          THE WITNESS:  I do not remember what I

23      looked at in the privacy policy last time.

24   BY MR. LEE:

25      Q.  Can you identify any document, any public   04:52:20

                                        Page 335

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    document or disclosures from Google, that

2    specifies to users what information Google

3    collects from them when they are in Incognito

4    Mode?

5            MS. CRAWFORD:  Same set of objections.      04:52:34

6            THE WITNESS:  Again, I didn't author the

7        different documents.  But I can tell you, as

8        a user, I would seek out the Google Privacy

9        Policy in order to learn what data is sent to

10       Google.                                          04:52:48

11   BY MR. LEE:

12       Q.  I'm not asking about what you would seek

13   out or what you authored, ma'am.  So I want you to

14   focus on my question.

15           MS. CRAWFORD:  Argumentative.                04:52:54

16   BY MR. LEE:

17       Q.  Can you, Sabine Borsay, identify any

18   document that specifically tells users what

19   information Google collects from them when they

20   are in Incognito Mode?                               04:53:04

21           MS. CRAWFORD:  Lack of foundation, again.

22           THE WITNESS:  And I don't work on Google

23       data collection.  I work on the browser.  I

24       can just state again:  If I would like to

25       learn more about data that's being sent to      04:53:21

Page 336

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1          Google or Google may collect, I would seek

2          out Google Privacy Policy.

3     BY MR. LEE:

4          Q.  But you don't know that it's in there.

5     You don't even know what's in the Google Privacy      04:53:31

6     Policy.  You said you were speculating; right?

7              MS. CRAWFORD:  Objection.  Argumentative.

8          Also, insofar as it misstates the witness's

9          testimony.

10    BY MR. LEE:                                            04:53:45

11         Q.  Let me rephrase.

12             If that information isn't contained in

13    the Google Privacy Policy or the Chrome Notice,

14    what would -- what is the user supposed to do to

15    find out what Google collects from them when they     04:53:55

16    are in Incognito Mode?

17             MS. CRAWFORD:  Many objections there:

18         Vague and overbroad, ambiguous, lack of

19         foundation.  Calls for speculation.

20             THE WITNESS:  It's hard to answer because     04:54:08

21         even the premise of your question doesn't

22         sound right to me.

23    BY MR. LEE:

24         Q.  Let me ask it this way.  I am a -- I am a

25    Chrome Incognito user, and I have no idea what         04:54:23
```

Page 337

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Google collects from me when I'm in Incognito

2    Mode.  If you were to ask you, the product manager

3    of Chrome privacy, what Google collects from me

4    when I'm in Incognito Mode, what would you say?

5          MS. CRAWFORD:  Objection to the form of          04:54:36

6        the question.  Foundation.  Incomplete

7        hypothetical.  Speculation.

8          I also think we're at time, but, David,

9        please let us know if that's wrong.

10          Okay.  He just put it in the chat.          04:54:49

11    BY MR. LEE:

12      Q.  Question is pending.

13          MS. CRAWFORD:  You can answer.  Yep, you

14        can answer this last question.

15          THE WITNESS:  So what I would tell you,          04:54:55

16        that person is, on the one hand, to seek out

17        Chrome's Incognito new tab page and look at

18        what information is stated there.  Plus,

19        since it seems that that hypothetical user

20        was interested in potential data collection          04:55:08

21        from Google, I would point them to look at

22        the Google Privacy Policy.

23          MS. CRAWFORD:  All right.  We are at

24        time.

25          MR. LEE:  Thank you very much,          04:55:25

                                        Page 338

CONFIDENTIAL ATTORNEYS' EYES ONLY

1        Mrs. Borsay.

2            Some quick -- quick housekeeping,

3        Jomaire.  I would like to mark some exhibits

4        for the record, and the documents fall into

5        three groups.  I believe they have been          04:55:35

6        uploaded already.

7            The first group is Exhibit 12 and 13,

8        which are internal Google e-mails.  And I

9        would like -- before we close the deposition,

10       I would like Mrs. Borsay to confirm that she     04:55:47

11       either drafted or received them in connection

12       with her work at Google.

13           The second group is --

14           MS. CRAWFORD:  Well, hold on, let's --

15       let's stop there --                              04:55:55

16           MR. LEE:  Hold on, hold on, let me

17       just -- let me just make my record.

18           MS. CRAWFORD:  Okay.

19           MR. LEE:  The second group is Exhibits 14

20       to 16, which are copies or drafts of Google      04:56:02

21       presentations.  I would like Mrs. Borsay to

22       confirm that they were internal Google

23       documents that came from her custodial file

24       and/or received in connection with her work

25       at Google.                                       04:56:13

                                                    Page 339

CONFIDENTIAL ATTORNEYS' EYES ONLY

1           The third group is just one exhibit, it's

2     Exhibit 17, which are Google's platform and

3     ecosystem team Munich's meeting agendas.  I

4     would like Mrs. Borsay to confirm that the

5     documents came from her custodial files          04:56:26

6     and/or were received in connection with her

7     work at Google.

8           MS. CRAWFORD:  Are you done making your

9     record, James?

10          MR. LEE:  Yeah.                              04:56:35

11          MS. CRAWFORD:  Okay.  Obviously this is

12    the first time I'm hearing of this purported

13    housekeeping matter wherein you're asking us

14    to confirm that certain documents that I have

15    not yet seen are part of the witness's           04:56:48

16    custodial files.

17          You spent several moments during today's

18    deposition authenticating exhibits.  I have

19    no reason to believe that however many

20    exhibits you are talking about right now         04:57:00

21    would require an amount of time in order for

22    us to walk through each of those items.

23          At no point prior to today have you

24    mentioned to me the possibility of doing this

25    in connection with a housekeeping request;       04:57:10

                                             Page 340

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        otherwise, we would have discussed this

 2        offline, and I would have asked that you do

 3        so during the course of today's proceeding.

 4            So I'm not entirely sure where the

 5        request is coming from.  But I can assure you    04:57:22

 6        that in the stipulation that was filed

 7        yesterday, we reached an agreement, as

 8        negotiated between the parties, to handle

 9        certain of these matters.

10            And this is a new request that I'm           04:57:31

11        hearing for the first time right now, and I

12        don't think, based on the court-ordered

13        limitation for this deposition, that it would

14        be appropriate or proper for us to keep the

15        deposition open and walk through the various    04:57:42

16        exercises that you just proposed, I think,

17        ranging from Steps 1, 2, 3, for a certain

18        number of additional exhibits that we haven't

19        yet seen.

20            MR. LEE:  Okay.  So --                        04:57:52

21            MS. CRAWFORD:  That's Google's position.

22            MR. LEE:  Let me -- let me just respond

23        to make my record.

24            It surprises me that this is the first

25        time you're hearing about it because I've        04:57:58
```

Page 341

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        been corresponding with your colleague at

 2        Quinn Emanuel, Mr. Spilly, about this for a

 3        few days now.

 4            These are the remnants of the documents

 5        that we proposed the parties stipulate to.      04:58:09

 6        These are the ones that Mr. Spilly would not

 7        agree to stipulate to, and he said that

 8        Ms. Borsay could lay the foundation within

 9        five minutes and that I should do that and

10        instead of meet-and-conferring to talk about   04:58:22

11        these documents.  That is -- that is what he

12        proposed.

13            So I'm --

14            MS. CRAWFORD:  Yeah, so --

15            MR. LEE:  -- taking him up on his           04:58:29

16        offer -- excuse me.  I'm taking him up on his

17        offer.  And according to him, this should

18        take Mrs. Borsay five minutes.  And she can

19        do that off the record, and we can just get

20        back on the record, and she can say yes or      04:58:39

21        no.

22            So that's my position.  If you guys want

23        to say no, then, okay.  I'm not going to

24        close the deposition until we get resolution

25        on that, and reserve all rights.               04:58:50
```

Veritext Legal Solutions
866 299-5127

```
 1            MS. CRAWFORD:  Are you done?

 2            MR. LEE:  Yeah.

 3            MS. CRAWFORD:  Okay.  So let's just be

 4       entirely clear:  My confusion stems from your

 5       desire to do this after her deposition, after    04:58:58

 6       you've used your allocated time, in the

 7       context of a housekeeping matter.

 8            Carl's e-mail to you suggested that you

 9       do the very same steps that you just proposed

10       during the course of the deposition.            04:59:13

11            So you had three hours within which to do

12       the exercise that you just described for us;

13       and there's no reason why that could not have

14       been accomplished during, perhaps, five

15       minutes during the course of today's            04:59:25

16       proceeding.

17            I will also state, however, based on the

18       amount of time it took to authenticate other

19       documents today, I don't have a reasonable

20       estimate as to how long that process would      04:59:35

21       take.

22            But in any event, we did discuss it; and

23       the proposed approach, which you did not

24       disagree with, was to do this during the

25       course of the deposition.                        04:59:43
```

Page 343

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          Now, as a purported housekeeping matter,
 2      you're asking us to do this beyond the six
 3      hours that Judge van Keulen has ordered for
 4      this deposition, and that is something that
 5      we cannot agree to at this time.            04:59:55
 6          MR. LEE:  Okay.  So from our perspective,
 7      the deposition is not closed, and we will
 8      revisit it, and hopefully we will reach a
 9      resolution.  Otherwise, we'll take it up with
10      the Court.                                  05:00:06
11          MS. CRAWFORD:  We understand your
12      position.  Obviously, we reserve all rights.
13          MR. LEE:  Yep.  Same here.
14          All right.  Thanks, everybody.
15      Mrs. Borsay, thank you for your time.  I hope 05:00:14
16      you get to enjoy Zurich.  And everybody else
17      over there, please see the Alps if you can.
18          MS. CRAWFORD:  Thanks, James.  We
19      appreciate it.
20          THE VIDEOGRAPHER:  We are off the record. 05:00:25
21      This will conclude the deposition of Sabine
22      Borsay.  The total number of media units used
23      in today's deposition was five and will be
24      retained by Veritext Legal Solutions.
25          We are off the record at 5:00 p.m.      05:00:40
```

Page 344

CONFIDENTIAL ATTORNEYS' EYES ONLY

1        Central European Summer Time.  Thank you.

2            (TIME NOTED:  5:00 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 345

CONFIDENTIAL ATTORNEYS' EYES ONLY

1              DECLARATION UNDER PENALTY OF PERJURY

2

3          I, SABINE BORSAY, do hereby certify under

4       penalty of perjury that I have read the

5       foregoing transcript of my deposition taken

6       on JUNE 30, 2022; that I have made such

7       corrections as appear noted herein; that my

8       testimony as contained herein, as corrected,

9       is true and correct.

10

11     DATED this          day of

12              , 2022, at                         .

13

14

15

16                          _____

17                          SABINE BORSAY

18

19

20

21

22

23

24

25

                                        Page  346

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4          I, RENEE HARRIS, do hereby certify that I

 5    am a licensed Certified Shorthand Reporter;

 6       That prior to being examined, the witness named

 7    in the foregoing deposition was by me duly sworn

 8    to testify to tell the truth, the whole truth, and

 9    nothing but the truth;

10       That the said deposition was by me recorded

11    stenographically;

12       And the foregoing pages constitute a full,

13    true, complete and correct record of the testimony

14    given by the said witness;

15          That I am a disinterested person, not

16    being in any way interested in the outcome of said

17    action, or connected with, nor related to any of

18    the parties in said action, or to their respective

19    counsel, in any manner whatsoever.

20

21          Date: July 7, 2022

22

23

24          Renee Harris, CSR, CCR, RPR

            CA CSR No. 14168,

25          NJ CRR No. 30XI00241200; RPR
```

Page 347

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    ANGELICA M. ORNELAS, ESQ.

2    aornelas@bfalaw.com

3                                      July 7, 2022

4    RE: CALHOUN VS. GOOGLE LLC

5    JUNE 30, 2022, SABINE BORSAY, VOLUME II, JOB NO. 5268903

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10        to schedule a time to review the original transcript at

11        a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13        Transcript - The witness should review the transcript and

14        make any necessary corrections on the errata pages included

15        below, noting the page and line number of the corrections.

16        The witness should then sign and date the errata and penalty

17        of perjury pages and return the completed pages to all

18        appearing counsel within the period of time determined at

19        the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21        Counsel - Original transcript to be released for signature

22        as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24        time of the deposition.

25

                                              Page 348

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 349

CONFIDENTIAL ATTORNEYS' EYES ONLY

1   RE: CALHOUN VS. GOOGLE LLC

2   SABINE BORSAY, VOLUME II, JOB NO. 5268903

3                   E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  WITNESS                                Date

25

                                          Page 350

**[& - 4:10]**

### &

**&**   175:3,11 176:3
   176:12 180:15,18
   298:14,16 348:23
   349:9

### 0

**00044423**   178:8
**00047341**   177:20
   293:1
**00165706**   178:5
**00185344**   178:4
**00275959**   177:19
   287:12
**00352924**   177:11
   187:10
**00391231**   177:16
   234:7
**00391825**   177:15
   223:23
**00410878**   177:17
   256:11
**00437645**   177:13
   209:15
**04509467**   177:21
   301:15
**04746153**   177:22
**0476153**   310:2
**04971904**   177:18
   275:6
**051455132**   178:6
**05146**   173:10
   174:10 179:20
**05270219**   178:7
**05287675**   178:3
**05468324**   177:12
   197:18

### 1

**1**   177:11 179:12
   186:25 187:8
   188:2,6 227:17,20

341:17 349:1
**10**   177:21 301:9,16
   302:5 310:25
**100**   175:14
**10010**   176:7
**11**   177:22 302:16
   309:2,21,25
**11:00**   302:23
**12**   178:3 339:7
**12th**   175:5
**13**   178:4 223:16
   339:7
**14**   178:5 339:19
**14168**   173:24
   174:23 347:24
**15**   178:6 293:15
   322:13
**16**   178:7 339:20
**1600**   175:5
**17**   178:8 312:2,3
   340:2
**170**   311:9 312:5,7
**172**   313:1
**173**   173:25
**18**   276:20 284:4
   312:5
**183**   177:3
**188**   177:11
**19**   280:3
**197**   177:12
**1:02**   174:21 179:2
**1:49**   223:1

### 2

**2**   177:12 197:12,16
   197:17 201:24
   208:1 241:21,22
   341:17
**2010**   184:8
**2014**   184:11,19
   186:19 237:12

**2015**   198:10 200:2
   203:18 205:15
   207:25 208:22
   209:22,24 210:1
   225:21,21 226:8
**2016**   189:2 235:8
   235:21 236:18,25
   237:7 238:5 254:1
   254:5 258:21
   267:3 276:20
   280:3 284:4 285:5
   286:13,16,20
**2018**   184:15,21,23
   306:20
**2019**   290:22
   293:19
**2021**   302:16,23
   310:23
**2022**   173:23
   174:22 226:8
   346:6,12 347:21
   348:3,5
**2025.520**   348:9,12
**209**   177:13
**21**   267:3
**212**   176:8
**21st**   270:14
**223**   177:15
**22nd**   176:6
**234**   177:16
**24**   181:8
**245**   177:14
**25025**   347:23
**253**   176:18
**256**   177:17
**26**   235:8
**264**   201:19
**275**   177:18
**2800**   175:14
**287**   177:19

**29**   176:15
**293**   177:20
**293-6800**   175:23
**2:03**   223:4
**2:40**   258:7
**2:53**   258:10

### 3

**3**   177:13 209:16,17
   217:25 219:9
   220:12 240:25
   241:13,18,19
   294:19,21,24
   341:17
**30**   173:23 174:22
   346:6 348:5 349:1
**301**   177:21
**305**   175:16
**309**   177:22
**30xi00241200**
   347:25
**33131**   175:15
**343**   293:21
**350**   173:25 298:12
   298:13
**357**   175:16
**3a**   177:14 219:10
   245:11,14,17,23
   245:25 321:7
   322:17

### 4

**4**   177:15 223:7,11
   223:23,23
**41**   176:18
**415**   175:7,23
**41st**   175:21
**44**   175:21 176:18
**445-4003**   175:7
**4:00**   309:17
**4:10**   309:20

Page 1

**[4:20 - answer]**

**4:20**   173:10
  174:10 179:20
**4:32**   329:15
**4:45**   329:18
**4:48**   235:9

**5**

**5**   177:16 234:5,8
  242:11
**51**   176:6
**5146**   173:10
  174:10 179:20
**5268903**   173:24
  348:5 350:2
**555**   175:5
**5:00**   344:25 345:2
**5:20**   173:10
  174:10 179:20

**6**

**6**   177:17 256:9,13
  256:17 258:13,19
  302:23
**6236**   310:14
**6th**   302:16

**7**

**7**   177:18 275:4,8
  275:12 347:21
  348:3

**8**

**8**   177:19 287:5,9
  290:22
**8008**   176:16
**8014**   176:18
**8434**   175:16
**849-7000**   176:8
**85**   311:10 312:6

**9**

**9**   177:20 293:1,3
  293:19

**94104**   175:22
**94607**   175:6

**a**

**ability**   194:7 195:5
**able**   192:6 197:6
  204:18 205:11
  213:18 232:24
  233:10 256:19
  257:1 264:8,24
  275:22 288:25
  291:1 301:21
  306:6 310:10
  316:11 332:18
**absolutely**   217:9
  222:14 276:13
**accept**   200:13
  327:4,10
**accepted**   327:11
  327:11
**accomplished**
  343:14
**accurately**   308:19
**acividini**   175:18
**acknowledges**
  299:13
**acting**   307:2
**action**   180:2 224:2
  347:17,18
**activity**   243:2
  246:14 248:19
**actual**   247:17
**add**   209:1
**added**   284:14
  285:1,2,4,11
**adding**   284:6
**additional**   286:17
  286:21 287:2
  341:18
**additionally**
  205:23

**additions**   314:4
**address**   236:15
  255:11
**addresses**   288:14
**adopt**   321:2
**ads**   295:13 296:2
**advising**   181:16
**affiliations**   180:8
**affirm**   182:23
**afternoon**   179:1
  180:10 183:24
**agendas**   340:3
**ago**   213:2 240:16
**agree**   179:11
  214:15,23 222:18
  269:17 299:18
  308:18 342:7
  344:5
**agreement**   341:7
**ahead**   181:12
  302:20
**al**   173:5,6 174:5,6
  179:15,16 181:4
**align**   295:17
  296:16,21
**allcustodians**
  199:20 210:23
  288:3
**allo**   255:19 256:2
  256:6 261:7,8,24
  266:25 271:4,13
  271:14 272:1
  277:2,4,16,24
  278:2,7,12 282:2
  282:20
**allo's**   258:25
  259:24 260:11
  261:15 262:21
  263:17,24 264:16
  265:8

**allocated**   343:6
**allowed**   257:13
**aloud**   214:2
  235:15
**alphabet**   269:1
**alps**   344:17
**amazon's**   201:11
  202:3
**ambiguous**   207:11
  211:21 212:15
  226:14 232:12
  296:10 337:18
**amount**   340:21
  343:18
**anecdotally**
  305:12
**angelica**   175:4
  180:14 348:1
**anonymity**   242:15
  242:22 243:10
  248:11
**anonymous**
  295:13 296:2
**answer**   186:7,9
  190:5 191:2,11
  192:6,18 193:4,25
  194:11 197:1
  200:5 202:2,5,14
  204:17 211:22
  212:17 214:18
  218:6 220:6 221:7
  221:22 226:5
  228:21 229:7,18
  230:25 231:22
  232:3,13 233:20
  235:19 237:3,15
  239:15 240:11
  243:12 244:10
  247:7,22 249:11
  250:14,23 252:5
  253:11,22 254:24

Veritext Legal Solutions
866 299-5127

[answer - average]

255:6,22 257:1
259:14 260:15
261:5 262:8,25
265:12 267:17
269:21 271:8,18
272:5 273:22
274:20 279:16
282:23 283:23
284:10 286:24
287:1 292:5
296:11 297:12,19
298:7 300:15
304:11,21 306:4
307:17 308:2,24
318:5,16 319:15
320:22 321:19
325:12 327:8
330:11,19 332:16
334:24 335:9
337:20 338:13,14
**answered** 195:8
202:2 239:22
244:6 248:3,14
254:14 274:3
285:25 297:16
323:9 326:3,6,16
334:4
**answering** 202:10
222:11
**anybody** 195:24
207:4,6
**anymore** 226:8
**anytime** 307:23
**aornelas** 175:8
348:2
**apparently** 190:7
260:20
**appear** 182:2
346:7
**appearance** 180:6

**appearances**
175:1 176:1 180:8
**appearing** 348:18
349:7
**appointed** 181:1
**appreciate** 301:25
344:19
**approach** 343:23
**appropriate**
341:14
**april** 235:8 236:25
**archive** 290:21
**area** 319:8
**argumentative**
190:4,16 191:25
195:7 196:3,11
208:4 212:24
226:13 228:14
240:9 242:23
254:22 269:8
277:19 296:8
298:4 304:20
306:13 316:10
329:4 332:1
333:17 336:15
337:7
**articles** 212:7
330:16 331:2
**asked** 183:9 192:4
193:9 195:2,7,24
196:1 202:1
231:22 237:5
239:22 244:5
248:3,14 257:9
274:3 276:10
282:14 283:10
284:18 285:24
297:16 307:8
323:9 325:14
326:3,6,16 334:3
341:2

**asking** 201:20
208:19 235:1,23
249:20 250:22
251:2,5,17 265:2
282:16 291:12
292:21 294:8
297:7 314:18
315:15,15,16
334:18 336:12
340:13 344:2
**assigned** 307:1
**assoc** 176:14
**assume** 197:6
220:23 239:16
288:19,25 291:2
310:21 311:3
313:23
**assumes** 192:16
194:9 196:11
203:22 207:10
208:4 214:17
215:25 218:5,16
220:5 221:6
235:18 237:14
240:10 242:24
243:25 247:21
251:16 254:15,23
255:13 260:4
261:19 262:6
263:1 264:18
265:11 271:7,17
272:4,15 282:22
296:9 297:17
298:5 306:13
315:2,5 328:20
332:15 334:16
**assuming** 198:17
222:18 327:7
**assure** 341:5
**attached** 188:4
197:14 209:19

223:13 234:10
245:13 256:15
275:10 287:7
293:5 301:18
309:23
**attending** 175:25
**attention** 188:11
258:18
**attorney** 180:9
**attorneys** 173:16
174:16 223:17,20
**attribute** 228:16
**attribution** 268:20
**audio** 179:9
**augusto** 175:13
180:12 186:25
196:15 209:8,9
216:19 223:10
241:21 245:21
249:2,5 267:6
280:1 293:21
294:15 309:8
311:9 313:14
321:8 322:5,11
**auld** 175:3 180:15
**authenticate**
343:18
**authenticating**
340:18
**author** 235:12
336:6
**authored** 336:13
**authorities** 181:2
**authorization**
181:7,18
**auto** 288:22
289:14 290:9,13
**autofill** 205:6
**avenue** 176:6
**average** 330:4

**[aware - bullet]**

**aware**  196:22
  197:2,5,11 204:8
  204:11,21 208:6
  221:3,8,9,17 231:3
  236:11 249:15,20
  251:11,18,22
  255:2,7,9,15
  269:10 274:10
  279:15 281:24
  282:9,17,24 283:1
  286:18,22 287:1
  292:6
**awareness**  283:10

**b**

**b**  349:1
**back**  184:15,23
  189:10 219:22
  223:3 231:11
  237:12 238:7
  241:13 242:10
  248:7 257:3 258:9
  259:5 272:9
  309:19 329:17
  342:20
**bad**  280:8
**based**  201:7,24
  202:19 203:10
  265:4,5,7 268:12
  314:24 315:19
  332:9,21 335:16
  341:12 343:17
**basic**  280:17
  281:14
**basically**  218:19
  232:19,22 277:8
  300:10
**basis**  181:6 257:22
**bates**  177:11,12,13
  177:15,16,17,18
  177:19,20,21,22
  178:3,4,5,6,7,8

197:19 209:14
  298:12 310:13
**bathroom**  222:13
**beginning**  180:9
  184:19 188:13
  197:19 203:7
  209:14 224:6
  225:11 235:16
  236:3 272:20
**behalf**  173:6 174:6
**behavior**  192:24
**believe**  184:22
  186:19 191:16
  217:22 219:5,7
  223:6 256:3 272:7
  293:8,12 295:11
  295:19,25 312:5
  334:1 339:5
  340:19
**benefits**  203:12
**better**  312:11
**beyond**  255:18
  344:2
**bfalaw.com**  175:8
  348:2
**big**  236:11 237:23
  322:11
**bit**  242:12 286:25
  294:3
**bleichmar**  175:3
  180:15
**blogspot**  324:1
**boies**  175:11
  180:11,12
**bolded**  303:22
**borsay**  173:20
  174:19 179:13
  181:4,12,14,17,21
  181:25 182:6,11
  182:18,22 183:2,6
  183:12,24 184:4,5

187:3 192:2
  193:19,22 196:19
  197:20 198:19
  202:24 209:22
  223:6,15 230:22
  234:13,23 235:23
  241:21 242:1
  246:12 252:16
  253:1 256:18
  257:19 258:12
  260:16 267:10
  283:7,18 284:4
  294:1 302:7 310:4
  310:11 317:2
  328:18 329:20
  336:17 339:1,10
  339:21 340:4
  342:8,18 344:15
  344:22 346:3,17
  348:5 350:2
**bottom**  210:13
  275:13,14,17
  276:18 281:1
  302:14,23
**brand**  193:16
  256:6 271:4,13
  272:24 277:9,9
  282:19
**branding**  213:24
  214:3 220:13
  236:10,20 241:15
  242:4 252:21
  254:9,21 255:10
  255:17 260:7
  282:1 298:15,17
**break**  215:7
  219:11 222:12,13
  222:21 223:2,16
  223:17 257:4,11
  257:17,18 258:3,8
  301:24 309:6,9,18

311:19 329:16
**breaks**  257:23
**bring**  308:7
**brought**  258:25
  260:11 261:15
  263:16
**brown**  173:6
  174:6 175:10
  179:16 181:4
**browse**  194:17
  248:18 297:1
  312:4 314:11,22
  315:22 316:8
  317:13 323:2
**browser**  184:25
  190:18,24 243:16
  266:17 308:5
  336:23
**browser's**  305:14
**browsing**  189:18
  190:2,13,20 191:7
  191:17 192:14
  194:20 197:4
  296:7 297:15
  305:6,15
**brwn**  177:13,15
  177:16,17,19,20
  178:4,5 209:15
  223:23 234:7
  256:11 287:12
  293:1
**bsfllp.com**  175:17
  175:18,24
**built**  194:21
**bullet**  214:2
  220:11,15 242:13
  291:3 295:2
  298:18,24 299:12
  324:16,21 325:8
  325:18

Veritext Legal Solutions
866 299-5127

[bullets - clarifying]

**bullets** 319:23
320:3,8,11
**bunch** 325:4

**c**

**ca** 347:24 348:9,12
348:20
**cabr** 177:11,12,18
177:21,22 178:3,6
178:7 187:10
197:18 275:6
301:15 310:2
**calh** 178:8
**calhoun** 173:5
174:5 175:2
179:15 180:15
348:4 350:1
**california** 173:2
174:2 175:6,22
179:19 183:18
**call** 258:25 259:24
260:11 261:15
263:17 264:16
265:8 277:5
281:15 303:9
**called** 181:1
233:17 255:18
271:14 273:25
287:3 289:6
298:14
**calling** 262:21
263:24
**calls** 211:20 237:2
239:14 251:16
252:3 254:11
261:18 274:19
279:13 289:22
292:4 297:17
298:5 300:14
308:1 326:24
330:8 337:19

**camera** 179:6
**captured** 325:18
**carl** 176:5 180:20
**carl's** 343:8
**carlspilly** 176:10
**case** 173:9 174:9
179:19 308:10
311:18
**catch** 231:10,12
290:4
**caused** 189:14
**causes** 236:10,20
**cc** 275:25 284:20
**ccp** 348:9,12
**ccr** 173:24 347:24
**center** 330:16
331:2
**central** 179:3
345:1
**ceo** 251:25 268:6
269:5 273:14,18
273:25 274:2,8
289:17
**certain** 213:19
221:9 232:14
233:11 238:4
253:24 254:2
259:16 267:21
273:24 306:7
340:14 341:9,17
**certainly** 190:23
200:24 212:18
236:24 249:21
288:23 289:4
311:12
**certified** 347:5
**certify** 346:3
347:4
**cest** 174:21
**chain** 235:3 257:8
267:3,4,14 276:20

**camera** 278:6,12 302:5
**chair** 245:19
**chairman** 268:7
269:13
**chance** 183:7
270:22 302:18
**change** 225:25
231:23 350:4,7,10
350:13,16,19
**changed** 184:21
255:11
**changes** 185:14,21
186:3 233:12,16
313:2,3,8 321:14
321:23 322:1
326:21 327:5,24
328:3,5,15
**changing** 231:24
232:4,10 233:3
**characterization**
247:21 269:20
319:14 320:2,14
**characterizing**
297:7
**charge** 185:21
186:3,11 192:11
**chasom** 173:6
174:6 179:16
181:4
**chat** 256:3 338:10
**check** 222:15
225:20 293:7
331:19
**checking** 223:18
**chief** 251:25
**choices** 291:19
**chris** 240:3,4,5,24
267:3 268:14
270:14 275:24
279:22 281:9
283:8 284:3,15,17

**camera** 284:18 285:12
**chris's** 268:4
**chrome** 184:11,16
184:17,20,25
185:3 186:15,20
186:23 188:22
191:7 192:10,13
192:23 194:6
195:4,17 196:7,21
197:25 198:6,13
204:13 205:5,6
208:21 209:21
210:13 220:3
242:14 245:19
255:18 266:5,17
270:9,23 284:17
285:5 296:7 297:1
297:15 298:25
299:4,14 300:5,10
307:14 330:2
333:18 334:9,10
334:11,12,22
335:1,12,14,17
337:13,25 338:3
**chrome's** 287:2
307:20 338:17
**circuit** 230:16
**circumstances**
277:11
**citizen** 182:13
**cividini** 175:13
180:12 187:17,23
209:11 234:19
241:22 245:23
256:12 275:7
293:2 294:19
301:19
**civil** 348:19,20
**clarify** 193:9
**clarifying** 226:22
230:12 254:17

[clarity - copy]

clarity  219:19
clear  190:2,13
    193:24 217:3,9
    219:14 228:22
    261:9 268:11,12
    268:16 280:11
    283:5 304:1,6,17
    305:23 306:15
    313:7 318:23
    322:2 343:4
clearing  189:18
clearly  202:9
    243:1 264:22
    265:14 266:2
click  308:11
clicked  219:15
clicking  217:12
cloak  222:1
close  189:19 190:3
    190:14 194:18
    339:9 342:24
closed  344:7
code  348:9,12,19
    348:20
coherent  295:5
colleague  180:12
    180:19 342:1
collect  191:14
    192:22 194:5
    296:14,24 297:14
    298:1,19 300:2
    329:24 332:11
    337:1
collected  295:12
    295:14,14 296:1,3
    296:3 330:13
collecting  191:6
    191:17 192:13
collection  247:18
    333:10 336:23
    338:20

collects  194:2,7
    195:6 196:9 296:6
    299:5 329:23
    330:4,5 331:15
    332:23 333:1,13
    334:13 335:3,19
    336:3,19 337:15
    338:1,3
column  246:13
come  216:21
    219:12
comes  295:18
    330:15
comfortable
    182:20
coming  185:15
    221:11 341:5
commencing
    174:21
comment  211:15
    265:22 268:14
    270:3 279:4
    316:12
comments  268:19
commissioner
    181:1,11
common  211:6
    286:10
company  193:18
    193:20 247:18
    248:20 269:14
    273:18 289:18
competent  181:2
complete  347:13
completed  348:7
    348:17 349:6
completely  212:17
    231:4
completion  349:10
compound  200:20

concealed  214:15
conceptions
    204:13,20
concerned  236:14
    239:11,20 240:7
concerns  213:12
    221:3,19 228:4,7
    228:23 229:1,3
    255:3 266:10,15
    271:2,12,20,21
    290:18
conclude  344:21
conclusion  227:5
    297:18 298:5
    299:10
concrete  213:5
conducted  179:5
    179:21 182:19
    201:8 204:22
    219:16 237:8,18
conference  174:21
conferring  342:10
confidential
    173:16 174:16
confirm  181:13
    339:10,22 340:4
    340:14
confusion  193:13
    280:7 299:15
    343:4
connected  347:17
connection  179:7
    254:8,20 257:14
    289:10 339:11,24
    340:6,25
consider  262:11
considered  260:3
    262:4,10
consistent  320:19
constitute  347:12

contact  198:21,22
    254:4 307:2,5
    348:9
contain  314:23
contained  331:24
    337:12 346:8
content  312:8
    314:8
context  211:10
    212:18,20 228:2
    228:23 229:9
    232:20 233:8
    243:16 251:4
    256:25 275:23
    277:14 288:11
    291:11 300:21
    302:19 305:21
    310:10 311:12,17
    326:10 343:7
contextual  324:25
continue  179:10
    205:9
continued  176:1
    178:1
contributed
    205:14,23 207:18
control  194:7
    195:5
convention  181:20
conversation
    252:8 253:13
    259:17
cookie  194:15
    222:1
cookies  194:18
coordination
    291:5,20
copied  213:3
copies  339:20
copy  211:8,17
    212:3,11,12

[copy - data]

| | | | |
|---|---|---|---|
| 304:12 311:1 | 343:10,15,25 | 252:2 253:9,20 | 338:23 339:14,18 |
| **core**  268:1 | **court**  173:1 174:1 | 254:11,15,22 | 340:8,11 341:21 |
| **correct**  183:8 | 179:18,24 183:17 | 255:5,13,20 257:6 | 342:14 343:1,3 |
| 184:9 189:1 191:7 | 219:11 231:10 | 257:21 258:4 | 344:11,18 |
| 194:3 198:14,15 | 341:12 344:10 | 259:11 260:1,4 | **create**  212:11 |
| 206:2 223:24 | **crawford**  176:4 | 261:2,17 262:6,23 | **created**  199:11,13 |
| 225:23 228:5,12 | 180:17,17 186:5 | 264:17 265:11,25 | 211:5,13 217:23 |
| 229:14,24 230:10 | 187:12,18,25 | 266:23 267:16 | **credit**  226:12 |
| 236:25 237:12 | 189:7 190:4,16 | 268:10,18 269:6 | **crowdsourcing** |
| 244:24 258:20 | 191:8,19,24 | 269:19 271:6,16 | 201:12 |
| 261:1,16 262:16 | 192:15 193:7 | 272:4,15,25 | **crr**  347:25 |
| 268:20 272:3 | 194:8 195:7 196:3 | 273:20 274:3,18 | **csr**  173:24 174:23 |
| 275:2 278:15 | 196:11,25 200:4,7 | 276:9,15 277:19 | 347:24,24 |
| 279:1 290:23 | 200:20 202:7 | 278:19 279:2,12 | **current**  213:24 |
| 302:7 303:17 | 203:22 204:15 | 282:3,21 283:4,13 | 214:2 220:13 |
| 306:1 318:24 | 205:16 206:4 | 283:16,21 284:8 | 241:14 242:4,10 |
| 320:10,12 321:16 | 207:11,10 208:4,12 | 285:24 286:23 | 252:20 295:17 |
| 322:22 324:10 | 209:9,12 211:19 | 288:8 289:21 | 296:16 298:16 |
| 326:15,18 330:1 | 212:15,24 214:16 | 292:3,14 293:6,10 | 313:8,18,20,23 |
| 346:9 347:13 | 214:25 215:12,23 | 293:13 296:8 | 314:8,16,20,21 |
| **corrected**  346:8 | 216:8 217:3,24 | 297:2,5,16 298:4 | 315:9 321:15,25 |
| **corrections**  346:7 | 218:5,15 219:13 | 299:6,20 300:13 | 323:6 |
| 348:14,15 349:3,4 | 219:22 220:4 | 301:23 302:2,8 | **currently**  184:5 |
| **correctly**  203:15 | 221:5,21 222:6,14 | 303:16 304:9,20 | 217:6 295:11,19 |
| 220:21,25 242:17 | 222:20,23 225:2,6 | 306:2,13 307:15 | 295:25 |
| 242:18 268:4 | 226:3,13,23 | 307:25 308:22 | **custodial**  199:15 |
| 272:6 291:12 | 227:13 228:14,18 | 309:3,6,10,15 | 339:23 340:5,16 |
| 295:24 296:5 | 229:5,15,25 | 311:21 315:1,5 | **custodian**  199:14 |
| 298:23 299:1 | 230:11,13,17,23 | 316:9 318:3,15 | 199:15 200:9,13 |
| 318:2 | 231:13,17 232:1 | 319:13 320:1,13 | 210:17 289:1 |
| **corresponding** | 232:12 233:18 | 320:20 321:17 | **custodians**  199:7 |
| 342:1 | 234:15,20 235:18 | 322:2 323:9,15 | 199:10 288:11 |
| **counsel**  175:1 | 237:1,13,24 | 324:18 325:9 | **cv**  173:10,10 |
| 176:1 179:14 | 239:13,22 240:9 | 326:3,6,16,23 | 174:10,10 179:20 |
| 180:7,20 183:15 | 241:7,9 242:23 | 327:6,16 328:1,9 | 179:20 |
| 322:12 347:19 | 243:23 244:4,15 | 328:19 329:4,7,12 | |
| 348:18,21 349:7 | 244:18 245:15 | 330:7 331:6,16 | **d** |
| **couple**  188:19 | 246:3 247:5,19 | 332:1,13 333:3,15 | **darin**  281:21 |
| 326:7 329:20 | 248:3,12,25 | 334:3,15 335:5,21 | **data**  191:13 |
| **course**  293:25 | 249:10 250:1,10 | 336:5,15,21 337:7 | 192:22 247:17 |
| 294:4 341:3 | 250:13 251:15 | 337:17 338:5,13 | 295:12,14,14 |
| | | | 296:1,2,3,6,13,25 |

[data - document]

297:14,21 330:13
333:9 336:9,23,25
338:20
**date** 173:23 188:3
197:13 209:18
217:5 223:12
234:9 245:12
256:14 275:9
287:6 293:4
301:17 309:22
347:21 348:16
349:5 350:24
**dated** 198:9
236:25 280:3
346:11
**david** 176:22
179:23 329:9
338:8
**day** 346:11
**days** 342:3
**dealing** 319:8
**decided** 231:19
262:20 263:7,19
272:23 273:9
**decision** 263:24,25
264:15,25 265:5,7
271:4 272:11,22
273:6,8,10 274:12
274:12,15,17,22
275:1 282:1,19
291:25 326:20
327:23,25 328:5,8
328:14,18,21
329:3
**deck** 310:9 311:10
**declaration** 346:1
**decurtins** 176:14
180:24,25 181:25
182:6,11,18,22
183:2,6,12,20

**defendant** 176:2
180:19
**defendants** 173:11
174:11
**definition** 213:14
214:20
**deleted** 194:18
**department** 181:7
181:19
**depends** 179:6
186:8 212:17
**deposed** 182:12
**deposition** 173:19
174:19 179:4,13
179:21 181:3,6,12
181:23 182:2,3,15
182:19 183:3
209:16 219:12
223:20 339:9
340:18 341:13,15
342:24 343:5,10
343:25 344:4,7,21
344:23 346:5
347:7,10 348:19
348:22,24 349:8
349:10
**depth** 266:11
**describe** 308:20
313:2
**described** 205:14
249:16,25 251:12
333:20 343:12
**description** 177:10
**design** 232:20,21
**designs** 231:2
232:6
**desire** 197:6 343:5
**desires** 221:13
**despite** 229:22
230:8 271:2,12

**detail** 283:3
**details** 267:20
**determine** 196:9
**determined**
348:18,22 349:7
**developers** 205:8
**device** 189:19
190:2,14 194:19
194:20 248:19,21
**difference** 314:20
**different** 185:7
202:2 205:11
206:25 218:24
221:25 227:8
231:1,4 238:9,10
238:14,16 243:7
262:10 265:20,20
266:3 271:25
284:24 292:13
307:8 325:14
336:7
**differing** 239:6
**difficult** 287:1
**direct** 188:11
224:16 242:1
258:17
**directing** 276:13
**disagree** 343:24
**disappointed**
281:22
**disclosure** 242:20
243:8 248:9
**disclosures** 330:17
334:20 336:1
**discuss** 223:19
258:14 343:22
**discussed** 241:1
278:25 341:1
**discussing** 240:25
277:2,4

**discussion** 277:15
328:24
**discussions** 226:16
261:22 264:4
266:6
**disguise** 214:24
215:5
**disinterested**
347:15
**distinction** 264:11
**distribution** 289:9
**district** 173:1,2
174:1,2 179:18,18
183:16,17
**division** 173:3
174:3
**doc** 199:11 211:13
214:4,12 299:17
311:4
**docs.google.com.**
324:7
**document** 186:24
187:4 188:6
196:20 197:17,20
198:6,9,13,18
199:4,8,12,14,16
199:22,24 200:19
200:19 203:17
205:3 208:19,23
209:8 210:6,10,12
211:4,18 212:11
212:12,21,22
213:8,12,17
217:22 218:16
226:4 228:20
229:6,16 230:1
234:4,12 235:3
237:14 241:17,25
249:19 256:23
257:7 258:15
261:3 262:24

Veritext Legal Solutions
866 299-5127

[document - everybody]

270:18 272:10
273:1 275:12,20
276:2 282:5
283:12,12 284:9
286:8 287:14,17
287:23 288:5
289:2,10 291:17
292:15 293:19,24
294:9,13 299:3,7
299:10,13,19
300:11,17 301:8
301:23 302:1,18
303:20 306:3
309:25 310:4
313:7 314:19,19
314:24 315:2,4,17
315:19 317:5
318:4,15 322:6
325:11 335:25
336:1,18
**documents** 187:21
241:11 251:8
257:13 294:7
335:8 336:7 339:4
339:23 340:5,14
342:4,11 343:19
**doing** 187:15
217:19 223:18
237:6 246:5
276:11 340:24
**double** 225:20
**drafted** 339:11
**drafts** 339:20
**drive.google.com.**
324:5
**due** 317:7,25
**dufourstrasse**
176:15
**duly** 347:7

**e**

e   188:7,12 189:2
189:10 199:25
223:24 224:1,6,9
224:17 225:21
228:6,10,12,17
229:4,14 235:3,8,9
235:13 236:17,25
237:20 238:19
240:19 242:13
251:13,18 252:8
252:13,15,19
253:1,4,17 254:1
256:22,22 257:8
257:20 258:19
259:9 260:9,19
261:1,14 262:13
264:10,13 265:2
265:14 266:9
267:3,4,4,13,13,14
267:19,25 268:5
270:8,12,14,15
271:1 272:10,10
272:14,20 275:18
276:19,21,24
277:1,4,18,22
278:3,6,11,16,21
279:5,9,10,18,21
279:22 280:3,12
280:15 281:19
282:25 283:3,7
284:2,3,7,12,13,16
284:19 285:1,12
285:15 286:6
288:12,14,21
289:4,6 290:15,21
290:22 291:10
302:5,12,16,19,24
303:21 310:24
311:1 339:8 343:8
348:9,12 349:1

350:3,3,3
**earlier** 221:15
222:4 231:12
238:12,18,20
296:12 305:7
306:17 322:24
**early** 205:23
**ears** 215:22 218:4
218:8
**easier** 322:10
**easily** 216:16
**ecosystem** 340:3
**education** 304:2
304:18
**edward** 279:14,21
**effectively** 248:24
249:9,17,25
**effort** 209:22,24
209:25 210:2
301:5
**eight** 240:16,23
**either** 265:5,9
289:24 339:11
**elevate** 277:8
**else's** 226:11
305:14
**emanuel** 176:3,12
180:18 342:2
**employed** 184:5
**employee** 212:4
249:16,24 254:4
282:7 288:19,23
**employees** 188:8
281:24 282:17
288:24 289:7,9
290:10,23,25
**employer** 246:21
**enabled** 307:18
**enables** 299:4
307:13

**encapsulated**
325:8
**encapsulates**
324:16
**encryption** 277:25
**ends** 312:2,5
**engineers** 196:1,2
281:15,16
**english** 182:19
185:24 215:1,6
**enjoy** 344:16
**entailed** 325:21
**entire** 219:14
315:9
**entirely** 268:12,15
268:19 341:4
343:4
**entirety** 335:14
**entity** 323:7
**equation** 282:8
**eric** 267:25 268:6
268:25
**errata** 348:14,16
349:3,5
**errors** 183:8
**especially** 211:7
**esq** 175:4,12,13,20
176:4,5 348:1
**essentially** 295:13
296:1
**estimate** 343:20
**et** 173:5,6 174:5,6
179:15,16 181:4
**ethics** 280:17
281:14
**european** 179:3
345:1
**event** 343:22
**everybody** 344:14
344:16

[evidence - files]

evidence  181:20
exacerbate  280:7
exact  243:3 245:5
  268:8 269:23
  286:11 291:15
exactly  192:20
  204:19 217:4
  233:24 246:4
  249:13 250:5
  266:20 269:3
  270:19 285:4
  313:6 323:24
examination  177:2
  183:22
examined  347:6
example  197:5
  213:15 221:15
  238:17,25 239:16
  239:25 273:25
  305:6,7,9,11
  306:23 308:4
  323:18
examples  330:23
exclude  206:22
excuse  224:24
  225:1,1,1 312:2
  342:16
executive  201:3,6
  251:11 268:7
  269:13,18
exercise  343:12
exercises  341:16
exercising  181:10
exhibit  177:10,11
  177:12,13,14,15
  177:16,17,18,19
  177:20,21,22
  178:3,4,5,6,7,8
  187:8,14 188:2,6
  196:15 197:12,16
  197:17 201:24

208:1 209:16,17
217:25 219:9
220:12 223:7,11
223:23,23 234:5,8
240:25 241:13,18
242:11,11 245:11
245:14,17 252:13
256:9,9,13,17
258:13,19 259:13
275:4,4,8,12
276:10 287:5,9
290:22 292:25
293:1,3,19 301:9
301:16 302:5
309:2,21,25
310:25 322:17
339:7 340:1,2
exhibits  177:9
  178:1,2 339:3,19
  340:18,20 341:18
exist  236:12
existence  262:4
existing  236:13
  239:11,20 240:7
  255:3 266:16
exists  199:9,16
  334:1
expand  272:24
  277:16
expanded  286:16
  286:20,25
expanding  271:3
  271:13
expect  234:25
  305:7,15
expectations
  238:14
experience  295:4
experiences
  221:12

expiring  238:22
explain  189:13
  190:8 191:3 228:2
  244:13 263:14
explained  195:12
  202:13 216:11
explains  313:7
explanation
  227:25
explorations
  327:19
exploratory
  201:13,25 202:19
explore  210:3
expresses  296:19
expressing  255:3
  255:10
extend  282:1,19
extent  295:18
  296:17,20
extremely  209:2
  281:22
eyes  173:16
  174:16 215:11,21
  216:15 218:4,8

**f**

face  231:8,25
  283:12
fact  264:20 296:9
facts  192:16
  194:10 196:12
  203:22 207:10
  208:5 214:17
  215:25 218:5,17
  220:5 221:6
  235:18 237:14
  240:10 242:24
  243:25 247:21
  251:16 254:15,23
  255:13 260:4
  261:19 262:6

263:1 264:18
265:11 271:7,17
272:4,16 282:22
297:17 298:6
306:14 315:2,5
327:7 328:20
332:15 334:16
fair  184:21 193:6
  227:12 233:3,5
  253:16 264:12
  275:1 307:24
  324:17
fall  339:4
familiar  184:24
  213:8,9 215:8
  224:21 269:12
familiarize  256:20
  276:12 291:16
faster  294:3
favor  238:22
feature  185:10,12
  185:14,15,17,22
  186:4,17 192:12
  196:8 259:1,24
  260:12 261:16
  262:21 263:17,24
  264:16 265:8
  271:14,22 272:2
  277:5 287:4 292:8
features  185:7,19
  205:9,12 277:10
  291:7,21 301:6,6
federal  181:7,18
  349:1,8,9
feed  237:25
field  210:16 288:2
file  199:15 339:23
filed  179:17 341:6
files  188:7 199:8
  199:16 200:14,16
  288:6 294:13

**[files - go]**

310:1 340:5,16
**filter** 289:15
290:14,15
**filtered** 289:13,19
289:25 290:5,6,13
**filtering** 288:22
**filters** 289:23
**financially** 180:2
**find** 280:23,24
330:12 337:15
**finding** 208:22
**findings** 208:1
209:3
**fine** 200:17 216:22
219:18 224:13
245:21,22 257:12
257:17
**finish** 225:6
**finished** 222:11
225:4,5 282:12
**first** 184:14
188:12,13 192:19
197:23 201:21
203:24 204:3,5
213:10,11 214:2
233:21 238:3
244:25 248:15
250:12,16 252:15
252:18 256:22
258:18,22,24
260:10,15 263:16
266:4,9 267:14
272:13,19 275:16
275:16 276:18
287:16,20 291:3
294:8 297:2
298:18 306:18
310:15 316:20,22
324:16,21 325:8
325:18 339:7
340:12 341:11,24

**five** 301:24 309:6
342:9,18 343:14
344:23
**fix** 281:16
**flexner** 175:11
180:11,13
**floor** 175:21 176:6
**florida** 175:15
**focus** 195:3 235:7
291:5,20 302:15
304:2,18 336:14
**focusing** 207:17
217:14
**folder** 234:14
301:11
**folks** 284:5,14
**follow** 297:6
**following** 277:11
**follows** 348:8
**fonti** 175:3 180:15
**foregoing** 346:5
347:7,12
**forgo** 182:13
**form** 186:5 189:7
191:9 192:15
194:8 220:4
230:23 244:4
247:5 252:3
254:11 255:20
261:17 267:16
273:20 278:19
302:8 307:15
308:22 321:17
323:15 330:7
338:5
**former** 268:6
269:5 330:2
334:11
**forward** 262:21
286:4,6

**found** 212:7
275:25 285:19
288:5
**foundation** 189:8
191:8 192:16
194:9 195:8
196:25 203:23
204:16 205:16
206:4 207:11
208:5 214:16,25
215:12,23 220:5
221:5,21 243:25
247:6 248:25
250:13 252:4
254:23 255:14
260:5 262:7 271:6
271:16 279:13
282:4,21 286:23
292:3,15 296:9
297:17 299:8
300:14 304:10
307:25 316:9
320:21 321:18
323:16 324:20
326:24 327:7
328:19 330:9
332:13 333:4,17
334:3,16 335:21
336:21 337:19
338:6 342:8
**framed** 208:16
**francisco** 175:22
**frcp** 349:1
**fresh** 194:15
221:25 231:2
232:6,22 233:7
**fresher** 232:18
**froms** 285:17
**front** 187:20 217:1
223:7 234:12,22
256:17 294:16

315:17,21 334:17
**full** 184:2 347:12
**fully** 199:18
320:23 328:11
**function** 181:10
204:25
**functionality**
190:8 191:4
**functions** 184:21
220:9
**further** 267:2
280:15 329:11
**furthermore**
181:16
**fyi** 284:5,14

**g**

**general** 226:16
305:6 325:20
326:12
**generally** 204:8,11
213:16 233:7
**generated** 212:14
**german** 182:13,14
**germany** 181:15
**give** 186:9 187:12
187:18 194:6
195:4 210:7
213:25 238:12
276:11 294:2
**given** 249:22
273:13 277:10
347:14
**gives** 194:15 229:9
**glasses** 215:14,17
215:19 216:12
218:12,24 222:2
231:8,25
**gmbh** 176:13
**go** 179:11 187:23
195:20 198:24
201:2 202:22

**[go - hat]**

213:10,21 216:21
222:24 224:5
231:11 234:4
241:13 242:10,12
243:19 248:7
252:13,19 257:2
258:2,4 262:20
263:8,19,24 267:2
267:7 272:9
279:20 285:14
289:12,17 293:20
294:1,7 298:11
301:8 302:14,20
302:22 303:19
309:3,13 310:11
311:8,16 312:13
313:1 329:12,13
**goals**  303:9 311:2
**going**  209:13
219:8 224:12
231:11 234:5
237:12 256:9,21
257:4,23 268:10
280:7 286:14
292:25 294:7
301:22 312:10
342:23
**good**  179:1 180:10
183:24 184:2
185:16 267:23
287:9
**goog**  177:11,12,13
177:15,16,17,18
177:19,20,21,22
178:3,4,5,6,7,8
187:10 197:18
209:15 223:23
234:7 256:11
275:6 287:12
293:1 301:15
310:2

**google**  173:10
174:10 176:23
179:16,17 180:19
180:21 181:5
184:6,8,11 188:8
191:6,6,13,17,21
191:23 192:2,13
192:20,22 193:6
193:14,15,16,20
193:23 194:1,4,7
195:5,21 196:9
197:17,25 198:6
199:3 206:10,20
210:10 211:17,24
212:2,4,8,14,14,23
216:19 217:10
219:15 221:2
225:16 227:23
229:23 230:9,21
231:23 232:10
235:5 236:18
237:5 238:10,11
239:20 242:16,20
242:22 243:8,11
243:12,16,20,20
243:21,22 244:24
246:1 247:3,11,13
247:17 248:1,9,11
248:20,23 249:8
249:15,24 250:7
251:5,9 253:8
254:3 258:20
268:6 269:1,18
270:5,8 271:3
273:15 274:2,8
275:13 277:9
278:17,25 279:11
279:16 280:13
281:25 282:18
286:16,17,20,21
286:25 287:23

288:7,13,13,19,20
288:23,24,24
289:5,11,25
290:10,10,23,25
291:6,8,20,22
292:1,13 293:19
295:4 296:6,13,24
297:13,22,25
298:19 299:4
300:2,9,10 301:3,6
302:6 310:1
312:11 320:12,18
320:24 321:2,5
323:7,14 325:5,6
325:14,17,23,25
326:14 329:23
330:3,5,13,15
331:9,15,23,25
332:4,10,22 333:1
333:12 334:1,13
334:21 335:2,18
336:1,2,8,10,19,22
337:1,1,2,5,13,15
338:1,3,21,22
339:8,12,20,22,25
340:7 348:4 350:1
**google's**  184:25
251:11,25,25
332:19 340:2
341:21
**google.com**  243:19
288:13,24 289:5
289:25 290:25
323:13
**google.com.**
288:20
**googled**  217:9
**googlers**  288:15
**grant**  257:21
**great**  215:18
219:24

**group**  229:20,23
339:7,13,19 340:1
**groups**  339:5
**guarantees**  298:25
299:14 300:5
**gubiotti**  176:23
180:21
**guess**  197:6
219:18 229:20
231:13 237:8
239:7 242:9
262:14 295:21
296:21 315:16
320:23
**guessing**  319:2
**guy**  214:22 322:18
**guys**  342:22

**h**

**h**  350:3
**hague**  181:19
**half**  294:2,8
**halfway**  294:6,17
**hand**  246:13
317:24 338:16
**handle**  341:8
**handled**  348:8
**happened**  232:23
233:22,24 260:22
267:14 322:5
**happy**  189:13
190:7 191:3
192:23 263:14
290:17 313:12
**hard**  205:2 250:23
269:24 313:16
337:20
**harris**  173:24
174:22 179:24
347:4,24
**hat**  215:19 216:12
218:11,24 222:2

**[hat - incognito]**

231:8,24 232:5
**he'll** 301:13
**head** 206:21 207:2
  215:17,19 216:14
  240:17 251:22
**heading** 210:8
**headings** 213:12
**hear** 202:9 249:23
  251:24 290:2
**heard** 179:8
  300:24 305:11
**hearing** 190:9
  340:12 341:11,25
**heart** 216:1 245:1
  290:12
**hello** 180:24
**help** 307:3,6
  330:16 331:2
**helpful** 226:17
  230:14
**helps** 195:16
**hereto** 188:4
  197:14 209:19
  223:13 234:10
  245:13 256:15
  275:10 287:7
  293:5 301:18
  309:23
**hi** 184:1 236:2
**hidden** 214:14
**highest** 269:17,24
**history** 189:19
  190:2,13
**hmm** 188:15
  189:22 198:11
  201:4 203:9
  210:15 214:7
  215:20 223:25
  225:12 227:24
  235:6 246:17,22
  321:13

**hold** 225:2 265:4
  280:24 283:4
  339:14,16,16
**honestly** 246:6
**honesty** 280:17
  281:14
**hope** 344:15
**hopefully** 236:8
  344:8
**hours** 293:9,10
  343:11 344:3
**house** 180:20
**housekeeping**
  339:2 340:13,25
  343:7 344:1
**hum** 278:9
**hundred** 268:17
**hundreds** 290:11
**hypothetical**
  191:10 194:10
  195:9 215:24
  288:9 289:21
  332:15 338:7,19

**i**

**icon** 214:23 215:8
  216:6 217:2,15,17
  218:3 219:2,9,14
  219:17,17 221:4
  221:20 224:21,22
  225:16,17,22
  226:1 227:23,23
  228:3,4,24 229:24
  230:9,10,21 231:4
  231:7,24 232:6,11
  232:24 233:9,23
  238:18,23 239:4
  241:3 314:17
  322:19
**icons** 218:19
  232:22 233:7

**idea** 203:25
  205:17 207:22
  225:11,15,25
  226:1,7,12 236:21
  256:5,7 258:25
  260:11 261:15
  262:9 263:17
  265:21 283:9
  300:9 326:22
  327:1,4,10 328:2
  337:25
**ideas** 226:7 227:12
  261:22
**identification**
  187:9 188:3
  197:13 209:18
  223:12 234:6,9
  245:12 256:10,14
  275:5,9 287:6,11
  293:4 301:14,17
  309:22
**identified** 178:2
  220:24
**identify** 203:10
  209:14 212:22
  233:12,16 239:19
  242:19 243:7
  247:25 248:8
  334:19 335:25
  336:17
**identity** 181:11
  205:7,7
**ii** 173:20 174:20
  179:14 348:5
  350:2
**iii** 203:4,5
**image** 216:21
  219:15
**images** 216:22
  217:11

**imagine** 189:13
  238:6,15 285:5,9
  304:24 305:4
**impact** 298:14,16
**implementation**
  266:25
**important** 256:25
  308:19
**impossible** 213:1
  315:13
**impression** 189:12
**improper** 252:3
**inbox** 289:12
**include** 284:21
**included** 207:8
  285:23 348:14
  349:3
**includes** 288:24
**including** 196:7
  243:8 248:13
  288:18 327:6
  334:16
**incognito** 184:24
  185:4,9,22 186:4
  186:16,22 188:23
  189:6,18 190:1,8
  190:12,19,24
  191:5,16 192:11
  192:13,23 194:2,6
  194:12,15,18
  195:4,12,16,18,21
  196:8,10,23 198:1
  198:7 203:12,20
  204:14 208:1,2,23
  208:24 209:21,24
  210:1,13 213:12
  213:14,17,19
  214:14,14,22
  215:9 216:6,20
  217:2,10 220:3,9
  221:4 224:2,21

**[incognito - jomaire's]**

228:3 229:24
230:9 231:5,7,24
232:10 236:10,19
236:22 237:6
239:12,21 240:8
241:2,3 242:14,21
242:25 243:10,15
245:18,24 248:10
248:17,24 249:9
249:16,23,25
250:8 251:6,12
252:1 254:8,20
255:4,10,12,17
256:6 259:1,25
260:12 261:16
262:5,22 263:17
263:25 264:16
265:8 266:17
268:1 270:9,23
271:4,13,15 272:2
272:24 277:5,9,16
278:7,13 280:13
282:1,19 286:17
286:21 287:3,3,4
291:7,22 292:1,12
295:4,19 296:25
297:15,23 298:3
298:19 299:4
300:7 301:6 303:3
304:8 305:3,18,21
305:25 306:9,12
306:18,21 307:10
307:13,20,23
308:12,16,20
310:16,20,22
312:23 314:17
317:8 318:1,11,12
318:19,19 319:9
319:22 320:7
321:8,12 322:21
322:21 327:24

328:6,15 329:25
330:5 331:15
332:11,23 333:2
333:14 334:14
335:3,20 336:3,20
337:16,25 338:1,4
338:17
**incomplete** 191:9
194:10 195:8
215:24 332:14
338:6
**incorrect** 244:14
**increased** 299:15
**indenting** 270:17
**independent**
257:12 290:14
**independently**
282:17
**index** 177:1
**indicate** 214:5
242:4
**indicates** 219:3
**individual** 227:6
**individuals** 226:19
**information** 191:7
191:13,18 192:14
195:5,20 196:9
212:3 259:25
261:10 264:22
265:15,19 273:13
274:25 296:13
298:1,2,20 299:5
300:3 329:23
330:3,5 331:3,14
331:14,24 332:10
334:1,13 335:2,18
336:2,19 337:12
338:18
**informed** 207:25
208:22

**inline** 268:19
**insights** 191:12
192:21
**insist** 311:19
**insofar** 211:19
226:3 227:13
229:5,15 231:24
237:1,13 239:13
241:9 247:19
250:1 251:15
252:2 253:9
259:11 261:2
264:17 269:6
274:18 279:12
284:8 292:14
299:6 300:13
315:1 318:3 322:3
324:18 326:24
333:15 337:8
**intend** 257:25
**interested** 180:2
190:9 218:21
330:24 333:9
338:20 347:16
**interesting** 333:8
**internal** 212:2
339:8,22
**internally** 249:24
**internet** 179:6
212:6 246:25
**interpreted**
228:25
**introduced** 256:12
275:7 293:2
**invisibility** 242:15
243:11 245:3
248:11
**invisible** 197:8
214:5,6,9,15
218:14,23 219:3
220:2,8,20 221:14

222:1 231:25
241:2 242:5
243:21 244:23
305:8,13,16
318:13,20 319:10
319:23 320:8
**invoke** 182:7
**involved** 232:15
261:10,13 328:23
**involving** 185:4
262:16
**italicized** 266:8
272:13,19
**item** 203:4
**items** 340:22

## j

**james** 175:12
180:10 187:12
200:5 202:8 207:1
216:10 222:6,18
225:7 231:13
237:25 244:16
245:15 257:16
266:23 276:9
277:20 283:6
326:7 327:16
334:17 340:9
344:18
**january** 198:10
**jar** 222:1
**jeopardy** 208:3
**jlee** 175:17
**job** 173:24 348:5
350:2
**joined** 180:19
186:19
**jomaire** 176:4
180:17 315:4
339:3
**jomaire's** 230:19

**[jomairecrawford - lee]**

**jomairecrawford**
176:9
**jose**   173:3 174:3
**judge**   344:3
**july**   302:16,23
310:23 347:21
348:3
**jump**   200:7 238:1
**june**   173:23
174:22 181:8
267:3 270:14
346:6 348:5
**jury**   192:12
225:14 235:15
272:12
**justice**   181:8,19

**k**

**keep**   205:5 217:17
231:20 268:1
311:4 341:14
**keulen**   344:3
**key**   303:6,10,12,13
303:14 304:13
**kind**   187:6 204:9
**know**   186:10
190:11,14 191:23
192:2,20 194:1,4
195:22,23 197:21
199:10,10 200:9
200:15 201:11,13
202:3 205:13
206:3,6,7,10,15,19
207:20,24 208:20
209:1,5,10 211:5,9
211:12 212:3
214:19 215:1,6
216:1,6,13 217:18
219:7,19 222:5
224:14 232:14
233:22 234:16

237:4 238:4,5
239:3 241:24
245:4,16,18 246:4
246:5 247:14
248:5 249:19
250:16 252:25
253:7,17,18 254:7
254:19,25 256:5
257:3 258:14
259:4,16,23,23
260:6,22 261:20
261:23 262:4
263:9,20 264:3,7
264:13 266:19
267:9,20 268:8
269:2,16,22
270:17 271:19
273:3,23 276:21
278:4,6 279:6
285:4,20,22 286:1
287:13 288:10,20
289:3,15 290:6,7
290:11,12 291:25
292:11,16 293:14
296:13 297:21
298:9 299:22
300:7 301:12,21
310:10 311:12,20
314:15 315:12,24
316:23 317:18
320:16,18 322:6
323:23 328:16,21
329:2,23 330:3,5
331:13,14 333:19
335:7 337:4,5
338:9
**knowing**   253:13
**knowledge**   208:19
292:22
**known**   203:18

**knows**   190:24
**kr**   303:3,5,25
304:6
**krs**   303:3,10

**l**

**lack**   194:9 195:8
203:23 207:10
208:5 243:25
255:14 260:5
262:7 279:13
282:3,21 292:15
296:9 299:7
300:14 304:9
316:9 324:19
326:23 327:7
330:8 333:4,17
334:3,16 335:21
336:21 337:18
**lag**   237:25
**lang**   319:7
**language**   242:8
245:6 313:20,22
314:23 315:22,25
319:9,10 321:21
**lat**   226:23
**launch**   291:6,21
304:1,6,17 305:24
**launched**   231:3
306:9
**law**   182:9,14,16
**lawyer**   181:22
287:25
**lay**   342:8
**lays**   319:23
**lead**   299:14
**learn**   333:24 336:9
336:25
**learning**   330:25
333:9
**leave**   184:14,22
306:19,23

**lee**   175:12 177:3
180:10,10 183:23
186:12,25 187:2
187:16,24 188:5
189:15 190:10
191:1,15,22 192:1
193:1,12 194:23
195:13 196:5,14
196:18 197:15
200:11 201:1
202:15 204:7,23
205:18 206:5
207:3,16 208:17
209:7,13,20 212:1
212:19 213:7
214:21 215:4,15
216:4,17,19,24
217:14,20 218:2
218:10 219:1,17
219:24 220:1,10
221:16 222:3,9,19
222:22,24 223:5,9
223:14 225:3,8
226:10 227:10,15
228:15,22 229:2
229:12,21 230:5
230:15,18,20
231:6,16,19,21
232:8 233:1 234:1
234:4,11,21
235:22 237:10,19
238:2 239:9,18
240:1,12 241:12
241:20,23 243:5
244:2,12,21 245:7
245:14,21,25
246:8,10 247:10
247:24 248:6,22
249:1,5,7,14 250:6
251:1,20 252:11
253:15 254:6,13

**[lee - loud]**

254:18 255:1,8,16
256:1,8,16 257:18
257:25 258:11
259:22 260:2,8
261:12 262:2,12
263:4 265:1,16
266:7 267:1,6,8,22
268:17,21,24
269:11 270:1
271:11,24 272:8
272:18 273:4
274:1,7,24 275:3
275:11 276:13,17
278:5,23 279:7,19
280:1,2 282:11
283:9,11,15,17
284:1,23 286:2
287:8 288:17
290:1 292:10,18
292:24 293:14,17
293:18 294:20
296:22 297:4,6,10
297:24 298:10
299:11 300:1,23
302:1,4,13 303:18
304:15 305:1
306:10 307:7,22
308:14 309:2,5,7
309:13,24 311:8
311:23,24 315:3,6
316:13 318:8,17
319:20 320:6,17
321:1,8,10,22
322:8,14,16
323:12,19 324:23
325:16 326:4,13
326:19 327:3,13
327:21 328:4,13
329:1,5,9,19
330:18 331:10,20
332:8,20 333:11

333:21 334:8,23
335:11,24 336:11
336:16 337:3,10
337:23 338:11,25
339:16,19 340:10
341:20,22 342:15
343:2 344:6,13
**left** 293:15 312:20
314:3 317:24
**legal** 179:25 182:1
298:5 344:24
348:7
**letting** 234:15
**level** 272:22 273:6
273:8,10,17,18
274:12,15 275:1
283:7 328:17,24
329:3
**levels** 269:18
**licensed** 347:5
**lie** 190:15 248:24
249:9,17,25
**lies** 292:8
**limitation** 341:13
**limitations** 277:12
**limited** 205:10
257:22
**line** 201:21 224:1
270:21 277:23
280:12,14 285:18
286:3,3,5 348:15
349:4 350:4,7,10
350:13,16,19
**lined** 293:21
**linkedin** 197:7,8
221:15 305:10,14
**list** 200:10 205:9
227:19,19 247:3,8
247:11,13 284:20
289:9,24 320:11

**listed** 197:24
198:18,20,22
199:22 200:10
210:19,25 248:1
284:21 288:3
310:7 311:5
322:17 323:7
325:4,15,18 326:1
327:15,17 330:23
**lists** 288:21 289:14
290:9
**little** 186:22
242:12 243:6
267:2 271:25
**lives** 221:12
**llc** 173:10 174:10
179:16,17 180:19
181:5 348:4 350:1
**llp** 175:3,11 176:3
**load** 196:15
**loading** 293:6
**locked** 348:12
349:1
**log** 305:9
**logs** 298:21 300:4
**long** 205:3 209:3
251:10 257:9
311:11,19 343:20
**look** 186:23 187:5
187:7 189:16
196:14,19 197:16
201:2,5,21 205:4
205:19 208:10,13
209:7 210:4
211:14 212:21
213:9 216:2,16,18
218:3,7,22,23,24
220:11 224:8
243:3 245:2,4
246:11 251:8
256:8,24 257:3,10

258:13 267:20
270:14,18 275:13
275:19 276:10
280:21 284:2
286:8 287:9
290:17 291:10,15
292:24 293:24
302:10,18 303:21
309:2,11 310:3,9,9
311:17 312:14
313:12 314:7,8
315:7,17 317:16
317:16,23 318:9
335:9 338:17,21
**looked** 200:22
201:17 250:4
267:15 277:22
284:16 310:24
322:24 328:7
335:23
**looking** 187:21
189:10 201:23
204:2 209:3,5
217:1,7,13,22
218:13 220:12,16
235:2 238:19
241:24 266:2,4
270:13 282:24
284:11 294:2
300:21 301:5
313:14 317:19
319:2,2 321:25
**looks** 189:2,24
216:6 221:24
225:20,24 235:6
268:18 312:25
313:4 314:14
**lorraine** 251:12
**lot** 190:19
**loud** 225:13

**[loudly - merely]**

**loudly** 276:4
**love** 291:9 302:17
**lying** 189:5 190:1

**m**

**m** 175:4 348:1
**m96** 312:21
**ma'am** 216:5
279:9 296:24
314:19 336:13
**mac** 308:4
**madison** 176:6
**mail** 188:7,12
189:2,10 199:25
223:24 224:1,6,9
224:17 225:21
228:6,10,12,17
229:4,14 235:3,8,9
235:13 236:17,25
237:20 238:19
240:19 242:13
251:13,18 252:8
252:13,15,19
253:1,4,17 254:1
256:22,22 257:8
257:20 258:19
259:9 260:9,19
261:1,14 262:13
264:10,13 265:2
265:14 266:9
267:3,4,4,13,13,14
267:19,25 268:5
270:8,12,14,15
271:1 272:10,10
272:14,20 275:18
276:19,21,24
277:1,4,18,22
278:3,6,11,16,21
279:5,9,10,18,21
279:22 280:3,12
280:15 281:19
282:25 283:7

284:2,3,7,12,13,16
284:19 285:1,12
285:15 288:12,14
288:21 289:4
290:22 291:10
302:5,12,16,19,24
303:21 310:24
311:1 343:8
**mail.google.com**
323:18
**mailing** 289:14,24
290:9
**mails** 283:3 289:6
290:15,21 339:8
**major** 291:8,22
**majority** 279:5
**making** 233:7
260:3 264:11
274:22 340:8
**man** 207:25
208:21 214:24
215:2,11 218:3
254:7,19
**manager** 184:10
184:20 185:2,8,9
185:12,20 186:2
186:10,15,18,20
192:10 196:7,21
198:13,17 204:12
205:1,6 208:20
226:21 307:1
330:2 334:10,11
338:2
**managers** 185:18
226:18 227:4
261:24
**managing** 192:11
**mandate** 295:3
**manner** 347:19
**mao** 175:20

**maps.google.com.**
324:3
**mark** 175:20
209:13 219:8,10
234:5 256:9 275:3
322:13 339:3
**marked** 178:2
187:8 188:2
197:12 209:15,17
223:11,22 234:8
245:11,14 256:13
258:13 275:8
287:5 292:25
293:3 301:16
309:21,25 310:24
**marketed** 194:22
**marketing** 251:25
281:3,7,12
**marking** 219:14
**material** 232:20
233:8
**maternity** 184:14
306:19
**matter** 179:15
181:4 219:18
278:24 340:13
343:7 344:1
**matters** 217:15
341:9
**matthew** 176:23
180:21
**mean** 191:21
192:20 193:5
195:11 199:23
211:3,24 213:15
213:16 220:7
228:6 238:1 249:3
250:17 276:21
290:15 303:7
307:19 321:4

**meaning** 268:1
294:7
**means** 198:17
199:16,17 200:9
200:13,15 214:14
265:3 284:6
288:11 289:3
294:14 304:18
**meant** 207:15
232:5 268:2
**mechanical**
201:11 202:4
**media** 179:12
344:22
**meet** 342:10
**meeting** 258:24,24
260:10,20,22,25
261:8 262:3,16,17
262:20 263:7,10
263:11,15,16,18
263:21,22 264:1,2
264:6,15 265:9
274:22 340:3
**meetings** 265:18
273:12
**members** 311:5
327:18
**memory** 200:18
233:3
**mental** 295:17
296:17
**mention** 201:15
231:10 238:18
278:1
**mentioned** 216:14
236:19 284:15
305:7 306:17
340:24
**mentions** 278:12
**merely** 247:17

Veritext Legal Solutions
866 299-5127

[metadata - need]

**metadata** 199:3
210:9 287:22
**miami** 175:15
**mind** 205:5 206:12
207:13 234:15
311:4 325:19
330:15
**mine** 210:21 211:1
**minimize** 308:5
**minimized** 308:8
**minimizes** 308:6
**minute** 223:16
275:19 294:3
301:24 309:6
322:13
**minutes** 293:9,11
293:15 342:9,18
343:15
**mischaracterizes**
190:17 218:16
226:4 227:14
228:19 229:6,16
230:1 233:19
237:24 241:10
243:24 253:21
262:23 273:1
284:9 299:7,20
306:2 318:4
325:10 333:16
**misconceptions**
196:23 197:3,10
203:13,19 204:14
204:20 208:2,24
221:10 236:10,13
236:20 239:11,21
240:8 241:1
249:22 255:4,11
262:5 266:16
304:1,6,8,17 305:3
305:5,17,24

**misinterpret**
239:3
**misleading** 221:4
221:20 228:4,24
**misquotes** 262:24
318:15
**missed** 214:8
227:2
**misstates** 191:24
193:7 216:8
217:24 237:14
240:9 241:11
247:20 250:2
253:10 259:12
261:3 269:7 282:4
282:5 292:15
297:3 315:2
324:19 325:9
329:7 330:9 332:2
337:8
**misstating** 315:4
**mm** 188:15 189:22
198:11 201:4
203:9 210:15
215:20 223:25
225:12 227:24
235:6 246:17,22
321:13
**mmao** 175:24
**mmm** 241:6
**mock** 312:23
314:1,2
**mode** 184:25
185:4,10,22 186:4
186:17,22 188:24
189:6,18 190:1,13
190:19 191:5,16
192:12,13 194:3,6
194:12,15,18
195:4,12,16,18,21
196:8,10,23

203:20 204:14
208:2,24 209:21
210:1,13 213:13
213:14,17,20
220:3 224:2
239:21 240:8
241:2 242:14,21
243:10,15 248:10
248:17,24 249:9
249:16 250:8
251:6,12 255:4,10
255:12,17 259:1
259:25 260:12
262:5 263:18,25
264:16 265:8
266:17 271:15
277:16 278:13
287:3 296:25
297:15,23 298:3
298:20 299:4
300:3 301:6 303:3
304:8 305:3,15
306:1,12 307:10
307:14,20,23
308:20 329:25
330:6 331:15
332:12,24 333:2
333:14 334:14
335:4,20 336:4,20
337:16 338:2,4
**mode's** 192:23
**models** 295:18
296:17
**modern** 232:22
233:10
**modes** 197:4 291:7
291:22 292:1,12
305:6
**moment** 199:25
210:7 301:13
324:14

**moments** 340:17
**montgomery**
175:21
**mouth** 215:22
218:4
**move** 193:3 195:1
**munich** 181:15
290:9
**munich's** 340:3
**mystery** 207:24,25
208:21 254:7,19

**n**

**n** 201:15
**name** 179:22
180:25 184:3
197:24 199:21
207:20 210:19,25
214:4,13 233:9
240:2,24 241:3
242:4 270:10,24
272:2 286:17,21
288:3 292:8
306:21 332:21
**named** 207:6,25
208:21 229:4
248:1 274:13
347:6
**naming** 271:21
**nature** 271:20
**necessarily** 250:20
**necessary** 348:14
349:3
**need** 200:25
211:14 213:18
243:2 245:4 251:8
255:11 258:3
267:20 274:22
275:19 281:16,19
281:20 290:24
291:13 311:13
335:8

Veritext Legal Solutions
866 299-5127

**[needs - okay]**

needs  257:24
negotiated  341:8
neither  252:9
    264:4 300:16
    318:25 319:3
never  191:5
    195:24 196:1,8
    220:2 229:24
    230:9 261:6
    290:21 297:9
    300:12 331:22,23
    332:3,4
new  176:7,7
    216:20 217:6,11
    221:25 225:16
    242:25 243:1,9,15
    244:22 245:1,4,8
    245:23 246:13
    291:6,21 305:18
    305:20,25 306:9
    307:10,12,21,24
    308:9,12,13,13,16
    308:17,19 310:20
    310:22 312:23
    313:8,9,20 314:8
    314:10,14 315:9
    316:7 317:15
    320:18 321:3,9,12
    321:15,15,24,25
    322:10,17,22
    323:1,6,6 326:15
    326:21 327:5,20
    327:24 328:6,15
    338:17 341:10
news  221:13
nice  322:11
nj  347:25
northern  173:2
    174:2 179:18
    183:17

nos  173:9 174:9
nose  215:22 218:4
    218:9
notating  348:15
    349:4
note  179:4 217:16
noted  345:2 346:7
notice  334:10,12
    334:22 335:2,13
    335:15,17 337:13
noticing  180:9
ntp  304:2,7,18
    305:18,20,24
    306:11 310:17,19
number  179:19
    201:16 294:22
    298:12 310:2,14
    341:18 344:22
    348:15 349:4
numbers  179:19
    197:18
numeral  203:5

**o**

oakland  175:6
object  330:7
objection  186:5
    189:7 190:4 191:8
    192:15 193:7
    194:8 196:25
    200:20 203:22
    204:15 205:16
    211:19 214:16,25
    215:23 216:8
    218:5,15 220:4
    221:5,21 226:3
    227:13 228:18
    229:5,15,25
    230:11,19,23
    232:1 233:18
    235:18 237:1,13
    239:13 241:7

242:23 243:23
244:4 247:5,19
248:25 249:10
250:1,10 251:15
252:2 253:9,20
255:13,20 259:11
260:1,4 261:2,17
262:6 264:17
265:25 267:16
269:6,19 271:6,16
272:4,15,25
273:20 274:18
277:19 278:19
279:2,12 282:3
283:21 284:8
285:24 286:23
288:8 289:21
292:3,14 296:8
297:2 298:4 299:6
300:13 302:8
304:9 307:15,25
308:22 315:1
318:3 319:13
320:1,13,20
321:17 323:15
324:18 326:23
328:19 331:6,16
332:1,13 333:15
337:7 338:5
objections  180:4
    191:19 248:12
    255:5 327:6 328:1
    328:9 333:3
    334:15 335:6
    336:5 337:17
objective  205:20
objectives  304:13
obligation  182:2
obviously  257:12
    334:20 340:11
    344:12

occurred  321:24
offer  342:16,17
offered  197:4
offers  277:10
    317:8 318:1
office  348:11
officer  251:25
offline  311:22
    341:2
oh  220:14 222:10
    236:4 309:5
ok  281:13
okay  184:1,24
    186:13,21 187:18
    187:22,24 188:11
    188:16,20,21
    189:16,25 193:2
    193:24 194:24
    195:1,3,14,24
    196:6,14 197:16
    197:23 198:9,24
    199:4,5,9,13,19,20
    200:1,17 201:2
    202:5,22 203:2,3,4
    203:17 204:8,24
    205:13,19 206:16
    207:24 209:7
    210:5,11,19,22
    211:16 213:21
    214:1,11,13,22
    215:7,18,21
    216:23,25 217:21
    219:5 220:11,15
    220:19 222:4,21
    222:25 223:9,22
    224:1,5,16,19,20
    225:18 227:16
    229:3 230:17
    232:9 233:2 234:2
    234:25 235:7,11
    236:4,7,17 237:20

**[okay - paragraph]**

237:22 240:2,18
240:25 241:19,24
242:3,10,19
243:14,18 244:3
245:8 246:11,21
247:3,16,25 248:7
252:18 253:4
256:8,21 258:4,6
258:16,22 259:4
259:23 260:18
262:3,19 265:17
266:8,15,21 267:2
267:23 268:17,21
269:12 270:7,20
271:25 272:9,21
273:5,14,17 274:8
274:25 275:3
276:7,15,16,23
277:1 278:6,16
279:20 280:1,6,15
280:20 281:8,10
281:17,20 283:13
283:13,14,16
285:8,14 286:8,15
287:9,10,19,21,23
287:24 288:5
289:8,16 290:8,22
291:3 292:11,19
292:24 294:10,13
294:22 295:1,2,10
295:20,22,24
298:11,18,24
299:12,18 301:8
302:14,17,20,21
303:2,19 304:16
307:12 308:15
310:6 311:7,15,18
311:23,25 312:3,7
312:22 313:1,17
313:25 314:7
315:7,11 316:5,14

316:19 317:4,11
317:23 318:9,22
319:5,21 322:20
323:1,13,20,25
327:22 329:14
330:21 331:1,4
333:22 334:9
338:10 339:18
340:11 341:20
342:23 343:3
344:6
**okr**   303:23 304:12
**okrs**   303:9 311:2
**old**   189:10
**once**   196:16
  219:21 234:16
  258:14 301:21
  322:6
**ones**   325:7 326:1
  342:6
**online**   201:7,13,25
  202:19 318:20
  319:10,23 320:8
**open**   194:14 230:4
  245:17 287:17
  290:21 294:23
  301:21,22 307:23
  308:9,12,16 311:3
  321:7,9 325:20
  341:15
**opened**   294:11
  321:11
**opening**   236:12
  237:23 238:8
  246:1
**opens**   307:20
**opinion**   226:20
  229:11 252:3,10
  299:23
**opinions**   211:11
  227:4 238:9,16

239:24 250:18
**opposing**   239:2
**order**   192:5
  269:23,24 270:4
  275:22 335:9
  336:9 340:21
**ordered**   341:12
  344:3
**oriented**   313:14
**original**   248:7
  348:10,21
**ornelas**   175:4
  180:14,14 348:1
**outcome**   180:3
  347:16
**outside**   211:17,24
  212:7,14,23
  238:10
**overbroad**   204:16
  232:2 244:5
  250:11 279:3
  283:22 331:7,17
  332:14 337:18
**overestimating**
  317:7,25
**owner**   199:5,11

**p**

**p.m.**   174:21 179:2
  223:1,4 235:9
  258:7,10 302:16
  302:23 309:17,20
  329:15,18 344:25
  345:2
**page**   177:2,10
  188:13 193:3
  197:23 198:25
  204:3 205:19
  210:6 213:10,11
  213:21 214:11
  216:20 217:6,11
  220:16 241:20,21

241:22 243:1,9,15
244:22 245:1,5,9
246:14 252:14
258:18 275:14,15
275:16,17 276:19
287:16,20 293:20
294:19,21,24
302:15,22 303:20
303:20 305:18,20
305:25 306:9
307:10,12,21,24
308:9,13,15,17,19
310:20,22 311:9
312:5,8,11,23
313:8,9,21 314:9
314:10,15 315:9
316:7 317:2,16
320:19 321:3,9,12
321:15,24,25
322:10,17,22
323:1,6,7 326:15
326:22 327:5,20
327:24 328:6,15
338:17 348:15
349:4 350:4,7,10
350:13,16,19
**pages**   173:25
  257:8 347:12
  348:14,17,17
  349:3,6,6
**palmer**   240:5,24
  268:14 270:8,14
  275:24 279:23
  280:6,16 283:8
  284:3,17
**palmer's**   267:3
  284:16,19
**paragraph**   188:12
  188:14,21 201:5
  202:22,24,25
  203:5,7 224:17

[paragraph - possible]

258:22 266:10
267:25 270:7,12
272:13,20 281:2,7
281:19
**parentheses**
270:13
**part** 184:13 204:6
204:9,25 214:8
221:2 233:7 235:4
235:12 238:21
244:13 252:9
258:20 260:21,23
260:24 261:7,8
262:15 264:3,21
266:5,8 272:17
273:11 274:21,23
276:1 278:17
283:18 288:6
289:8 300:10
301:3 302:6
303:10 318:25
319:4 340:15
**participants** 179:7
203:11,18
**participated** 235:4
278:17 302:6,11
**particular** 207:12
266:25
**parties** 179:11
183:15 341:8
342:5 347:18
**partly** 241:2
**party** 180:1
242:16
**passed** 266:3
267:6
**passing** 261:9
264:22 265:14,19
**password** 205:6
**paste** 304:19

**pasted** 211:8,17
212:4,8,11,13,23
304:12,22 311:1
**patrick** 173:5
174:5 179:15
**pauses** 232:16
**payments** 205:7
**pdf** 348:12 349:1
**pecking** 270:4
**penalty** 346:1,4
348:16 349:5
**pending** 222:16
231:22 236:1
276:8 338:12
**people** 194:19
197:5 200:10
211:10 212:7,13
221:9,11 229:13
229:20 233:19
238:10,13,24,25
239:3,17 248:18
248:21 250:18
252:9 265:21
275:25 284:20
305:12 310:8
**people's** 211:11
**percent** 268:17
**perceptions**
197:25 198:6
**period** 348:18
349:7
**perjury** 346:1,4
348:17 349:6
**person** 181:13
185:16 186:3
207:13 228:8
240:6 251:18
262:10 338:16
347:15
**person's** 240:2

**personal** 208:19
295:14 296:3
298:1,20,21 299:5
300:3,4
**personalization**
298:21 300:4
**personalized**
295:13 296:2
**personally** 289:5
331:8
**perspective** 344:6
**phrase** 244:11
**phrased** 190:22
228:9
**phrasing** 243:3
**pichai** 205:15
206:2 207:7 209:5
251:14 252:24
253:19,25 255:2,9
259:10,21,24
261:15 262:4,16
262:20 264:15
272:23 273:14
274:6,9 281:25
282:18 289:18
290:23 291:4
292:11
**pichai's** 291:25
**place** 179:10
**plaintiffs** 173:8
174:8 175:2,10
179:14 180:16
**plan** 224:2
**plans** 227:5
**platform** 201:12
340:2
**please** 179:4 180:5
184:2,3 187:1
210:7 214:1
223:10 225:14
230:7 231:23

233:15 235:24
236:6 257:5
258:15 271:9
286:19 293:7
302:15 309:14
321:4 327:2 338:9
344:17
**plus** 338:18
**pm** 184:16,17
198:16,20,22
205:5 211:7
306:17,20 307:1
**pms** 290:10,11
**point** 182:3 210:3
221:3 232:17
237:11 241:14
269:14 285:10
306:22 307:2,5
326:7,17 338:21
340:23
**policy** 205:24
207:7,18 330:16
330:21 331:5,9,23
331:25 332:4,7,10
332:18,19,22
333:1,6,14 334:2
334:21 335:23
336:9 337:2,6,13
338:22
**pops** 307:13
**posed** 202:10
244:20
**posing** 257:14
**position** 311:21
341:21 342:22
344:12
**possibility** 340:24
**possible** 206:23
207:14 212:18
232:5,7,23 240:22
253:24 259:19

CONFIDENTIAL ATTORNEYS' EYES ONLY

[possible - put]

274:14 283:1
289:14 295:18
296:17,20 306:8
**possibly** 330:4
**potential** 196:22
327:19 338:20
**potentially** 210:4
221:24 269:15
308:1
**practice** 212:10
257:22
**precision** 280:13
**premise** 316:24
337:21
**prepare** 211:17
**present** 176:21
180:7
**presentation**
205:15,24 207:8
207:19,21 294:24
**presentations**
339:21
**presented** 207:9
208:16
**previous** 202:13
**prior** 259:12
340:23 347:6
**privacy** 184:11,17
184:20 185:3
186:15,19 192:10
196:7,22 198:14
203:13,20 204:13
205:6,24 207:7,18
208:3,21,25
225:16 227:23
259:1,24 260:12
261:15 262:21
263:17,24 264:16
265:8 271:14
272:2 277:5,10
281:16,23 283:18

283:25 284:5,6,14
284:25 285:6
291:6,18,21
306:17 330:3,16
330:21 331:4,9,23
331:25 332:4,7,10
332:18,19,22
333:1,6,14 334:2,9
334:11,12,12,21
334:21,22 335:1
335:12,15,17,23
336:8 337:2,5,13
338:3,22
**private** 197:3
250:8,24 251:7,13
252:1 298:20
300:3 305:5,15
316:21 317:6,21
**privately** 248:18
314:11,22 315:23
316:8 317:13
323:2
**probably** 227:18
229:17 239:7
**problem** 222:19
222:22 238:2
280:16 281:13
**problems** 213:23
214:2 220:13
241:14 242:3
**procedure** 348:19
348:20
**proceeding** 180:5
341:3 343:16
**process** 343:20
**produced** 188:7
197:17 275:12
293:20 294:13
310:1 312:12
**producing** 210:10
287:23

**product** 184:10,20
185:2,8,9,12,18,20
186:2,10,14,15,18
186:20 192:10
196:6,21 198:13
198:17 204:12
205:1 208:20
226:17,21 227:3
255:18 261:23,24
261:25 277:10
292:9 328:24
330:2,17 331:2
334:10,11 338:2
**product's** 277:11
**production** 197:18
310:2
**products** 282:2,20
286:17,21 287:2
291:8,22 292:2,13
295:4 301:7
324:13 325:15
**professional**
174:23 280:17
281:14
**profile** 305:14
**prohibition** 182:8
**project** 301:2
**pronunciation**
303:14
**proper** 341:14
**property** 275:24
285:19
**proposal** 224:7
227:17,18,22
229:17,22 230:8
260:3 312:15,18
312:19,20,21
313:4 316:25
317:1,6 320:19
328:7

**proposals** 261:22
**proposed** 213:14
229:14 259:24
260:6 313:7,9,19
313:21 314:1,9,10
314:21,22 315:12
315:22,24 316:7
317:12,14 318:10
318:12,23 319:11
319:12,17,18
321:3,14,21,23
326:21 327:5
341:16 342:5,12
343:9,23
**protection** 317:7
318:1
**provide** 182:24
219:10 242:15,21
243:10 248:10
**provided** 199:3
210:9 287:22
348:19 349:8
**provider** 246:25
**public** 242:20
243:8 248:9
335:25
**published** 187:14
209:10,11 234:16
234:19 268:13
**pull** 216:22 245:8
**pulled** 217:5
**purported** 340:12
344:1
**purposes** 187:9
234:6 256:10
275:5 287:11
301:14
**put** 186:25 203:13
203:20 208:3,25
223:10 231:18
316:4 322:10

Veritext Legal Solutions
866 299-5127

**[put - record]**

334:17 338:10

**q**

**q1**  205:23
**quality**  179:5,6
**queried**  246:4
**question**  186:6
189:8 191:9 192:5
192:16 193:5,25
194:9 195:2,3,11
196:2 202:1,3,6,10
202:12,17 204:6
206:16 212:9
213:5 216:3 220:5
222:12,16 225:4,5
225:7 230:4,24
231:14,23 233:14
236:1 243:6,7
244:5,8,10,11,14
244:15,19 247:6
248:8,13 255:21
257:1 260:15
261:18 271:10,25
272:1 273:21
276:7,8 278:11,20
279:17 284:24,25
286:19 297:6,12
302:9 307:8,16
308:23 310:12
320:5 321:18
323:16 327:2
328:11 330:8
334:24,25 335:10
336:14 337:21
338:6,12,14
**questioning**
219:21
**questions**  185:17
188:19 257:14
329:11,21
**quick**  222:20
231:9 257:4

291:10 293:23
302:17 339:2,2
**quickly**  295:23
**quinn**  176:3,12
180:18 342:2
**quinnemanuel.c...**
176:9,10
**quinnemanuel.s...**
176:19
**quite**  236:15 239:5
259:20
**quote**  332:19

**r**

**r**  286:6 350:3,3
**r&s**  349:1,9
**rahul**  281:21
**raise**  281:19,20
**raised**  271:3,13
**range**  238:13
**ranging**  341:17
**rastro**  298:19
300:7,24 301:1,4,5
**rastro's**  295:3
**reach**  344:8
**reached**  341:7
**reaching**  270:10
270:24
**read**  188:17,18,20
201:10 202:25
203:2,3,15 208:9
213:18 214:1
220:21,25 221:12
224:22 225:10,13
226:25 235:1,15
235:23 236:5
242:17,18 256:20
257:19 260:10
263:2 268:3,4
272:12,17 276:6
276:14 277:18,21
279:17 281:6,18

282:13,13,14,14
283:2,2 284:18,22
287:18 289:20
290:16 291:12,13
291:23,24 295:21
295:22,23 296:4,5
296:15 298:22,23
299:1 300:12,18
311:13 312:8
313:16 318:2,6
319:22 331:4,8,23
332:4,5 335:12,14
346:4
**reading**  238:20
276:2,4 282:9
348:23 349:9
**ready**  224:14,15
258:14 294:1
310:11
**reality**  296:6
**really**  190:22
219:18 290:25
306:25 311:11
313:16
**realtime**  222:15
303:16
**reason**  189:4
193:4,10 317:24
340:19 343:13
350:6,9,12,15,18
350:21
**reasonable**  343:19
**reasoning**  277:8
**rebrand**  209:25
210:4 270:8,23
**rebranding**
209:22,24 210:14
**recall**  206:25
226:7 232:17
233:6,23 238:24
239:23 240:24

242:8 249:21
251:9 253:12
255:17,23 272:6
273:24 284:22
335:18
**receive**  288:25
297:22
**received**  188:2
197:12 198:12,21
200:14,15 203:17
203:25 207:5
209:17 223:11
234:8 245:11
256:13 264:23
275:8 283:7
285:13 287:5
288:6 289:8,10
293:3 300:12
301:16 309:21
339:11,24 340:6
**receiving**  198:18
200:19 288:15
300:17,17
**recipients**  199:21
199:24 286:11
**recognize**  240:18
**recollection**
232:10
**reconsider**  281:22
281:25 282:18
**record**  179:2,11
180:9 184:3 210:9
217:1,8 219:8,19
219:20 222:17,24
223:1,4 225:14
226:25 231:15
235:24 257:2,5
258:2,5,7,10
268:11,20 283:5
309:4,13,16,20
329:12,13,15,18

Veritext Legal Solutions
866 299-5127

**[record - revamping]**

339:4,17 340:9
341:23 342:19,20
344:20,25 347:13
**recorded**  179:9,13
347:10
**recording**  179:5,9
**refer**  217:23
240:18 252:7
262:15 266:20
311:3
**reference**  188:22
252:24 259:9
266:15 303:2,23
310:15,19
**referenced**  248:2
310:23 348:6
**references**  278:7
**referencing**
217:17 253:18
260:20
**referred**  224:21
**referring**  201:14
207:22 209:23
222:5 237:17
238:16 239:8
246:12 249:18
252:7 253:25
254:2 259:17,21
280:23 283:24
292:17 300:20
303:6 304:7,25
305:2,5,25 308:4
322:23 328:22
**refers**  201:12
263:9,20,22
299:23 300:2,6
305:18,20
**reflect**  236:9
**reflected**  322:1
328:6

**refresh**  233:17,22
**refuse**  182:8
**regarding**  186:4
196:23 204:13
249:23 266:17
**registered**  174:23
**related**  180:1
182:14 278:25
279:11 347:17
**released**  348:21
**remember**  213:2
215:17,18 233:6
233:13 240:15
241:4 249:12
254:3 283:1
304:19 332:25
335:22
**remembered**
218:11
**remnants**  342:4
**remo**  176:14
180:25
**remodecurtins**
176:19
**remote**  173:19
174:19
**remotely**  175:25
176:22 179:22
**removed**  314:11
**renee**  173:24
174:22 226:24
347:4,24
**renée**  179:24
**repeat**  230:7
233:14 259:19
271:10 274:4
286:19 326:8
**repeatedly**  297:21
**rephrase**  185:25
192:9 193:14
225:9 320:4

337:11
**replace**  225:15
226:1 227:22
230:8,21
**replaced**  229:24
230:9
**replacing**  228:3
**report**  201:7,23
202:18 205:14
**reported**  173:24
**reporter**  174:23
179:24 219:11
226:22 230:12
231:10 254:17
347:5
**reporting**  260:25
**represent**  179:24
199:2,14 211:7
226:18 227:4
294:12
**representation**
200:13
**represented**
181:22 245:17
**representing**
227:8 229:19,23
283:6
**represents**  211:14
**request**  302:3
340:25 341:5,10
**requested**  349:1,9
349:10
**require**  340:21
**research**  203:25
208:15 209:3
235:17 236:8,19
236:21 237:6,8,17
237:18 266:11
**researcher**  204:4
236:23

**reserve**  329:5,9
342:25 344:12
**resident**  181:15
182:13
**resides**  303:12
**resolution**  342:24
344:9
**resolve**  230:18
**resources**  331:19
333:7
**respect**  217:25
**respective**  347:18
**respond**  244:7
286:10 341:22
**response**  231:11
274:4 299:21
**responsibilities**
185:3,6,10,11
186:16
**rest**  218:14 278:2
329:5,9
**result**  217:12
303:6,13,13,13,14
303:15
**results**  201:24
202:19,23 203:8
203:11 303:11
304:13
**retained**  344:24
**return**  348:17
349:6
**revamp**  310:17,23
313:9 314:22
317:14 318:10,12
318:23 321:3,24
326:21 327:5,19
**revamped**  304:1,7
304:17 305:24,25
320:18
**revamping**  307:9

Veritext Legal Solutions
866 299-5127

**[review - second]**

**review**  200:25
252:19 257:13
332:9,17,22
335:17 348:8,10
348:13 349:2
**reviewed**  204:24
205:2
**reviewing**  200:18
254:8,20 333:6
**revisit**  344:8
**right**  181:22 182:7
183:24 186:21
187:15 188:6
189:6,23 196:19
197:24,24 198:3,5
198:10,16,18
200:3 202:20
203:8,21 206:10
206:20,24 209:22
210:3 212:4,20
213:10,13,15,17
214:6,24 215:9,11
215:18,19 216:25
217:2 218:4,12,14
219:9 220:3
221:25 223:6,22
225:9,19,25 226:2
226:11,12,18
227:11,23 228:10
235:5,13 237:11
237:20 240:16,19
240:20,23 242:7,8
243:6 246:13,18
246:19,21,23
247:1 253:2,2,5,8
258:12,17 260:18
260:21,24 261:13
262:22 265:2,10
265:23,24 266:18
267:4,15 268:3,7
268:21 269:4

270:25 271:5,12
271:15 273:15
274:16 276:20,24
277:2,6,16 278:7
278:18 279:9,11
280:4,13 281:10
282:16 284:7
286:4,4,12 288:7
288:18,18 289:1,2
289:11 291:23,24
296:4,7 298:3,15
298:22 299:5
304:8 305:19,23
307:14 308:18,21
309:1,5 310:20,25
311:2,8 312:15,22
312:24 314:3,17
315:23 318:18,20
319:11 320:9
321:11,12 322:1
322:18,21 323:3,8
325:8 329:20,25
331:21 333:25
334:2 337:6,22
338:23 340:20
341:11 344:14
**rights**  181:17
182:14,15 342:25
344:12
**risk**  203:14,21
208:25 317:7,25
**risks**  298:14,16
**role**  185:2
**roles**  205:8
**roman**  203:5
**rory**  306:21,23
**rpr**  173:24 347:24
347:25
**rules**  349:8
**run**  236:16

**s**

**s**  350:3
**sabine**  173:20
174:19 179:13
181:3 184:4
198:19 284:4
336:17 344:21
346:3,17 348:5
350:2
**san**  173:3 174:3
175:22
**save**  257:20
**saw**  238:17 319:1
**saying**  191:6
201:22 208:18
228:24 231:12
239:2 244:3 246:1
263:13 264:2
265:14 274:11
277:7,14 286:5
300:19 317:3
321:20 325:4
**says**  202:21,23
203:8 205:22
207:17 210:23
213:23 214:4,12
220:23 223:25
224:7,17 225:12
227:18,24 228:23
229:16 242:4
244:22 245:1
246:14,18 250:5
260:9 263:6,15
264:10 270:22,25
271:1 272:21
273:9 274:14
281:20 282:25
284:3 285:18
295:3,8,11 296:16
298:16,18,24
303:22 312:14

313:18 316:16,20
317:25 319:9,12
319:16 322:20
325:21
**scan**  294:3
**scanned**  277:22
**scanning**  278:1
279:14
**schedule**  348:10
**schiller**  175:11
180:11,13
**schmidt**  267:25
268:6
**schmidt's**  268:25
**school**  246:21
**schweiz**  176:12
**screen**  179:8 187:6
196:17 197:21
241:15,16,25
246:5 268:13
294:25 313:15
321:9 322:7
**screens**  312:9
**screenshot**  177:14
313:24 314:2
**scroll**  242:11
267:5
**se**  175:14
**search**  193:15
217:10 219:16
246:2 305:13
**second**  175:14
187:12,19 188:12
188:21 192:21
201:5 202:7
205:19 207:1
213:21,25 220:11
220:15,16 225:2
242:13 245:18
257:7,9 258:23
262:15,16,19

**[second - sitting]**

263:7 264:1,2,14
265:9 266:23
275:19 276:9,11
284:11 293:23
295:2,10 302:15
302:22 303:25
310:3 312:17
327:16 339:13,19
**secondhand**
264:23 265:15
273:13
**section** 220:14
267:11 270:21
313:18
**secure** 188:23
189:6
**security** 238:25
239:1,17,24
281:15
**see** 184:19 185:13
187:6,11 188:9,10
188:14,22,25
189:21 194:20
197:8,23 198:5,16
198:19 199:5,20
199:24 200:8,24
201:6,9 202:24,25
203:4 205:22
206:1 210:12,16
210:22 212:22
213:11,19,23
215:21 218:22
220:14,15,18
224:3 226:9
227:17,19 234:25
235:3,9,11 240:21
242:3,6 246:6,16
246:17 248:16,19
252:15,22 258:23
259:2 260:13,14
260:16,17,17

263:23 266:13
267:24 270:7,11
270:16,19 275:17
277:7,17 278:1,1
279:14,24 280:9
280:10,18,19
283:8 288:2,4
289:16 291:4,9,10
292:20 293:21,24
294:11,17,18
295:1,2,6,7,8,16
295:17 299:16,17
302:23,25 303:2
303:23 304:3
307:21,24 308:10
310:16,18 311:15
312:16,17,18,20
312:21,22 313:10
313:11,17,23
314:5,9,12,24
316:15,17,19
317:9,10,11,15,17
317:17,20,21
318:14 319:12,16
319:17,25 320:3
332:6,9 344:17
**seeing** 218:19
242:2 252:6 276:5
278:22 288:12,16
296:18 314:13
316:2,3
**seek** 330:14,24
333:8,24 334:6
336:8,12 337:1
338:16
**seen** 179:7 231:4,7
243:2 294:10
300:18 331:22
340:15 341:19
**sense** 194:13

**sent** 251:13 258:19
260:19 288:13
289:4 336:9,25
**sentence** 189:17
201:22 205:22
206:1 207:17
208:9,14 224:6
225:10,12 248:16
258:23 262:14,14
262:15 263:2
266:4 270:15,19
272:13,19,21
277:7 280:23
291:4,16 295:10
319:17 323:4
**sentences** 235:16
**service** 246:25
256:4
**services** 282:2,20
**set** 187:22 248:12
286:11 306:15
322:3 333:3
334:15 335:5
336:5
**setting** 303:9
**seven** 293:9,11
**share** 187:14
195:17 196:17
241:16,25 246:5
266:10 268:13
294:25
**shared** 209:4
271:20
**sharing** 313:15
**sheets.google.co...**
324:11
**shield** 225:16
238:18 239:4
**short** 223:2 230:16
258:8 309:18
329:16

**shorten** 230:18
**shorthand** 347:5
**show** 202:23 203:8
218:20 287:15
308:12,17 314:17
326:14
**showed** 234:17
238:19 301:22
**showing** 234:14
301:20
**shown** 257:7
**shows** 214:24
215:11 308:7
314:3 315:10
**sic** 285:19 316:17
316:23
**side** 261:23 312:14
316:15 317:24
322:4,4
**sign** 183:9 184:17
197:7 348:16
349:5
**signal** 195:17
**signature** 347:23
348:21,23,23
349:9
**signed** 183:13
197:9 292:12,17
**similarly** 173:7
174:7
**simpler** 291:19
295:5
**simplified** 218:20
**sin** 295:3 298:18
300:7,24 301:1,4,5
**single** 254:3
**sites** 305:8 325:1,2
**sitting** 181:13
226:8 285:22
324:15 335:16

Veritext Legal Solutions
866 299-5127

[situated - sub]

situated  173:7
  174:7
six  240:15,23
  344:2
skeptical  205:4
slate  194:16
slide  200:23,23,24
  294:10,15,23
  298:11,14 300:22
  310:8,12 311:6,10
  311:16,18,25
  312:3 313:12
  319:1
slides  311:11
slides.google.com
  324:9
small  312:9
snippet  314:14,16
  315:8,10,12 316:2
  316:3 317:12,15
  317:17,20 318:21
  318:22 319:11,18
  319:18
snowden  279:15
  279:21
solutions  179:25
  344:24 348:7
somebody  219:3
  226:11 228:16
  229:3
sorry  185:23
  208:10 215:2
  219:13 220:13
  222:10 224:8
  228:11 233:14
  236:4 237:24,25
  247:12 250:15
  257:6 262:17
  263:12 270:2,11
  271:9 275:16
  282:4 290:3 309:5

  312:14
sort  256:3
sound  250:18
  269:4,12 337:22
source  210:17
sources  330:14
space  232:15
  261:25
speak  195:25
  223:17
specific  185:12
  232:9 233:3 247:8
  277:11 334:19
specifically  242:20
  243:9 247:11,13
  248:9 249:18
  289:6 318:12
  336:18
specificity  246:6
specifies  333:1,13
  336:2
specify  192:5
  321:4 327:2
speculate  274:23
  290:24 325:2
  334:6
speculating  238:7
  285:6 337:6
speculation
  211:20 215:24
  237:2 239:14
  251:16 254:12
  261:18 274:19
  279:13 289:22
  292:4 300:14
  308:1 319:8
  326:25 330:8
  337:19 338:7
spell  303:15
spend  205:11

spent  340:17
spilly  176:5
  180:20 342:2,6
sponsor  227:11
spy  214:4,22,23
  215:8 216:6 217:2
  217:17 221:19
  224:22 225:16,22
  226:1 227:23
  228:3,4,23 229:24
  230:8,9,21 232:11
  241:3 242:4
  322:18
stakeholders
  236:14 239:10
  240:20
stamp  235:12
stamped  235:8
stands  201:16
  303:10 311:22
start  186:13 236:2
  236:23 275:13
  276:18 280:22
  310:15
started  186:18
  236:22 237:5
starting  245:2
starts  281:2
state  180:5,7 184:2
  210:9 264:19
  298:16 300:8
  323:4 336:24
  343:17 348:9,12
stated  193:11
  271:21 299:17
  311:21 338:18
statement  190:11
  264:12 273:7
  297:20 299:18
  304:5 314:10
  317:17 319:21

states  173:1 174:1
  179:17 183:16
  220:19 243:1
  266:10 267:24
  304:1 314:21
  317:12 318:12,19
stating  211:11
  290:20
stay  252:12
stemmed  228:3
stems  343:4
stenographically
  347:11
steps  341:17 343:9
stick  206:16
stipulate  342:5,7
stipulation  341:6
  348:20
stop  339:15
stopped  191:5
stops  191:16
  192:13
story  298:19 300:8
straight  268:2
street  175:5,14,21
strike  186:14
  195:1 204:10
  207:5 221:18
  228:1 259:7 265:6
  277:2 332:24
striving  309:1
strong  239:24
strongly  239:1
struggle  327:9
struggling  195:10
  236:9
studies  201:16
  204:22,25 236:6
  236:16,22
sub  320:8,11

[subheading - talked]

**subheading**
213:15
**subject** 224:1
277:23 278:24
280:12,14 286:3
**submission** 183:15
**subscribe** 289:14
**subscribed** 288:20
**subspections**
316:17
**substance** 223:19
279:8 287:15
**substracted**
316:23
**subtitles** 213:20
**subtracted** 316:21
317:6
**subtraction**
317:24
**subtractions** 314:4
316:16,20
**suggested** 343:8
**suggesting** 199:13
257:15 315:3
**suggests** 229:10
270:8
**suite** 175:5,14
**sullivan** 176:3,12
180:18
**summary** 201:3,6
**summer** 179:3
345:1
**sundar** 205:15,25
206:20,22 207:6,7
207:19,25 208:21
209:5 251:13
252:19,24 253:5,8
253:18,19,25
254:7,19 255:2
258:24 259:9,10
259:21 260:10

261:14 262:3,16
263:7,10,11,16,18
263:21,22 264:1,2
264:15 265:9
272:22,23 273:6,6
273:8,10,14 274:6
274:9,12,13,15,17
275:1 281:21
289:18 328:17,23
329:2,3
**sundars** 206:10,20
253:14,17
**sunday** 206:2
**super** 205:3 209:3
238:13
**supervising** 181:3
**supposed** 337:14
**sure** 187:13,19
188:18 192:7
193:2,5 199:1
200:4,12,25
202:18 204:2
206:14,19 209:23
210:2 211:23
214:4 216:2,18
217:4,8,14 219:22
220:7 224:10,12
229:22 231:14
232:4,25 237:16
237:17 241:13,17
244:13 245:10
248:20 257:2
263:5,23 264:5,24
268:19 271:22
275:21 281:8
283:5 285:16
290:19 291:14
293:16 294:12
301:10 302:1
303:14 307:19
308:3 313:5,13

316:1 320:4,7
321:6 322:23
324:10 325:23
327:10 328:10
341:4
**surprise** 249:23
250:4 251:24
**surprised** 209:2,6
261:21 292:7
328:23
**surprises** 341:24
**surrounding**
262:5
**survey** 201:7,13
201:25 202:20
203:19 207:9
**surveys** 204:9,11
**susan** 273:24
**svk** 173:11 174:11
179:20,20
**swear** 182:22
**swiss** 181:1,2,7,10
181:18 182:9,15
**switzerland**
174:20 176:17
180:25
**sworn** 180:23
297:13 347:7
**sync** 184:17

**t**

**t** 350:3,3
**tab** 186:25 216:20
217:6,11 243:1,9
243:15 244:22
245:1,5,9,24
246:13 305:18,20
305:25 306:9
307:10,12,21,24
308:9,13,16,17,19
310:20,22 312:23
313:8,9,21 314:9

314:10,14 315:9
316:7 317:16
320:19 321:3,9,12
321:15,15,24,25
322:10,17,22
323:1,6,6 326:15
326:21 327:5,20
327:24 328:6,15
338:17
**take** 179:10
197:16 198:3
212:21 219:6
222:20 226:11,12
249:1 256:24
257:3,4,9,11,16,18
258:3,13 280:21
286:13 291:9
301:24 302:10,17
309:11 310:3,9,13
311:22 313:12
342:18 343:21
344:9
**taken** 173:23
174:20 179:14
204:9,12 223:2
258:8 309:18
329:16 346:5
**talk** 185:16 186:21
192:23 194:13,14
208:15 214:13,23
229:8 231:1
244:25 245:5
260:21 262:11
272:11 273:8
277:23 285:11
287:14 316:3
342:10
**talked** 195:25
241:4 242:7
243:13 285:12
300:16 331:18

Veritext Legal Solutions
866 299-5127

**[talked - times]**

333:23
**talking** 190:21
  193:15,16 208:7
  237:7 249:5 279:8
  280:12 313:3
  316:25 317:1
  318:23 325:23
  333:7,20 340:20
**talks** 248:15,16
  277:24 282:7
  284:17 324:21
  326:11
**team** 185:13
  186:20 210:4
  226:19 227:7,8
  228:8,17 236:21
  238:21,21,25
  239:1,17,24 261:8
  262:1 265:20
  266:3 281:23
  283:19,25 284:6
  284:25 285:6
  292:9 301:3 303:8
  306:25 307:3,5,6
  311:5 318:25
  319:4 327:18
  340:3
**team's** 227:7
  261:23 311:2
**teams** 185:16
  226:18 232:21
**tech.google.com.**
  323:21
**technology** 179:22
**tell** 192:12 204:18
  205:2 232:25
  263:11 264:8,24
  283:11 291:1
  295:23 312:1
  336:7 338:15
  347:8

**telling** 189:25
  297:25 298:8
**tells** 189:9 199:3,7
  199:8 242:21
  243:9 248:10
  334:13 335:2,18
  336:18
**term** 215:2,6
  278:12,12 317:21
**testified** 206:9
  224:20 329:22
  331:22
**testify** 224:25
  347:8
**testifying** 276:3
  333:25
**testimony** 182:8,9
  182:23 183:14
  190:17 191:25
  193:8 216:5,9
  217:25 227:14
  228:19 229:4
  230:2 240:10
  241:10 243:18,24
  247:16,20 250:2
  253:10,21 259:8
  259:12,15 261:4
  269:7 273:2
  296:23,24 297:3,7
  297:8,13 306:5
  316:5,6 324:19
  325:10 329:8
  330:10 332:2
  333:12,16 337:9
  346:8 347:13
**text** 260:17
**thank** 180:22
  183:20 187:25
  209:12 219:6
  222:23 225:18
  234:20 236:17

249:2 293:13
317:18 322:14
338:25 344:15
345:1
**thanks** 293:17
  344:14,18
**thing** 187:7 189:9
  189:17 190:6,12
  195:15 201:15
  203:10 204:2
  211:12 222:7
  226:15,23 231:9
  238:3,6 268:2
  281:18 314:13
  316:20 332:5,19
  333:5
**things** 185:18
  190:19,21,23
  212:11 221:13
  238:15 239:7
  284:18 326:9
  334:19
**think** 184:15
  190:18,22 194:12
  199:18 202:8
  211:16 212:25
  215:13 216:12,14
  217:15 218:22
  219:2 222:15,16
  226:16 227:1
  230:19 233:8
  234:17 238:17
  240:6,13,17
  242:25 244:18
  246:12 254:14
  257:15 259:7
  264:10 266:19
  267:6,11,19
  289:19 294:21
  300:11 308:15
  316:6,7 323:14,17

324:9,13,15 325:6
325:7,14 331:24
334:12 335:1
338:8 341:12,16
**thinking** 252:20
**third** 203:10
  224:16 235:7
  267:24 303:20
  340:1
**thought** 196:8
  231:11 238:4,7
  277:18 305:12
**thoughts** 238:14
**thread** 267:19
  279:5 284:13
  302:12,19
**three** 257:8 320:8
  320:11 339:5
  343:11
**thursday** 174:22
**tighter** 291:5,20
**time** 179:2,3 180:5
  189:11 196:1,6,21
  198:12 205:4,10
  208:10 231:20
  232:16,21 235:8
  235:11 236:15
  251:10 257:20,24
  268:9 293:7
  307:13 329:6,10
  335:23 338:8,24
  340:12,21 341:11
  341:25 343:6,18
  344:5,15 345:1,2
  348:10,18,24
  349:7
**times** 195:23
  264:20 298:9
  306:22,24,25
  323:10 326:7,17
  329:22 333:19

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

**[title - ux]**

**title**  198:5 200:22
210:12 268:8
269:16 310:8,16
310:16 311:5
319:1
**titled**  210:16 288:2
**titles**  268:25 269:2
**to's**  235:2
**today**  181:9,14
258:1 285:22
324:15 329:22
335:16 340:23
343:19
**today's**  181:3,6
340:17 341:3
343:15 344:23
**told**  220:8 224:17
225:11,12,15
226:6 248:23
249:8 250:7,17,19
251:6,25 253:7
298:9 331:21
**top**  197:24 198:3,5
201:3 206:21
207:2 216:13
220:16 240:17
251:22 252:14
256:22 258:18
272:9 279:22
280:1 283:7
285:14,17 289:17
312:13
**total**  344:22
**touched**  233:9
238:12 306:18
**transcribed**  183:4
183:13
**transcript**  183:8
183:10 346:5
348:6,8,10,13,13
348:21 349:2,2

**transcript's**
303:17
**transmitted**
183:14
**tried**  291:16
**true**  206:19 244:9
250:20 265:21,21
271:23 298:25
299:14 300:5
316:24 346:9
347:13
**truly**  250:8 251:6
251:13 252:1
**trust**  287:25
**truth**  182:24,24,25
189:25 190:15
347:8,8,9
**truthfully**  206:13
206:17
**try**  198:4 281:21
294:3 312:10
327:22
**trying**  236:15
242:1 264:9 276:5
307:6 322:3
**turk**  201:12 202:4
**turn**  210:5 287:19
**two**  227:19 236:24
252:8 266:12
293:8,10 326:8
**twohill**  251:12
**type**  305:17
**typed**  213:3
**typical**  185:18
239:5
**typically**  185:13
201:16 218:19
232:21 261:21,25
292:8 303:8 308:7

**u**

**u.s.**  182:9 183:15
**uh**  278:9
**ultimately**  271:2
271:14 272:1
**unclear**  244:19
300:19,21
**uncommon**  226:20
227:3
**understand**
181:21 182:1,7,12
183:3,7,13 185:23
191:21 195:11
199:17 201:23
226:17 256:25
263:12 264:10,11
275:23 291:19
295:5 302:19
320:24 328:11
344:11
**understanding**
186:22 301:2,4
304:16
**unfortunately**
312:11
**unit**  179:12
**united**  173:1 174:1
179:17 183:16
**units**  344:22
**universal**  186:9
212:16
**unloaded**  309:11
**updates**  252:20
**upload**  187:4
301:13 309:7,8
**uploaded**  196:16
223:7 301:19
339:6
**url**  323:24 324:10
**urquhart**  176:3,12
180:18

**usa**  183:18
**use**  183:16 194:19
222:13 248:18,21
256:5 270:22
**user**  195:17,19,20
195:21 196:22
201:16 203:25
204:4,13,21 219:7
236:23 241:1
249:22 255:11
262:5 266:11,16
295:17 296:16
298:2 299:4,15
304:7 305:2
307:13,20 308:9
308:11 323:8
325:1,2 326:10
330:4,12,24
331:14,19 333:7
333:23 334:6
336:8 337:14,25
338:19
**userexperience**
198:8
**users**  188:22 189:5
191:7,17 192:14
194:2,6 195:4
196:10 197:2
201:17 208:1,23
220:2 221:17
242:21 243:9,19
248:10 295:8,11
295:11,19,25
296:6,25 297:14
297:23 305:5,7
308:20 329:24
332:11,23 333:2
333:13 334:13
335:2,19 336:2,18
**ux**  236:21

Veritext Legal Solutions
866 299-5127

[v - witness]

| v | | | |
|---|---|---|---|
| **v**  179:15,16 181:4 | 344:20 | 239:4 241:14 | **welcome**  322:15 |
| **vague**  192:17 | **videotaped**  183:4 | 242:11 245:5 | **went**  217:11 |
| 200:21 204:15 | 183:14 | 257:16 258:17 | **west**  176:22 |
| 207:11 211:20 | **viewpoints**  227:5 | 268:15 272:11 | 179:23 |
| 212:15 226:13 | 227:6 239:6 | 281:15 287:15,15 | **whatsoever** |
| 232:1,12 244:5 | **views**  211:8 | 293:20 302:15 | 347:19 |
| 250:10,22 254:11 | **virtual**  179:22 | 310:3,15 322:2 | **wide**  225:16 |
| 261:4 279:2 | **virtually**  179:5 | 334:17 336:13 | 238:13 277:9 |
| 283:21 296:9 | **visibility**  242:22 | 342:22 | **window**  189:20 |
| 331:6,16 332:14 | **visible**  216:15 | **wanted**  196:20 | 190:3,14 308:5,12 |
| 337:18 | 243:19 246:15 | 222:8 227:2 | **wish**  182:4 |
| **vaguely**  232:17 | 319:24 323:8 | 281:25 282:18 | **withdraw**  227:16 |
| 233:6,6 255:23 | **vision**  300:8 | **wants**  231:13 | **witness**  179:8 |
| 275:22 | **visit**  195:19 | 330:12 | 180:23 181:24 |
| **valid**  181:9 | 242:16 243:4 | **wasting**  231:20 | 182:5,10,17,21 |
| **valued**  203:11 | 244:23 246:18 | **way**  187:4,21 | 183:1,5,11,19 |
| **van**  344:3 | 305:9 324:22 | 194:1 218:20 | 186:8 187:20 |
| **various**  203:12,19 | 325:1,2,3,22 326:2 | 249:2 283:15 | 189:9 190:6,18 |
| 205:8 208:2,23 | 326:9 | 285:17 286:9 | 191:12,20 192:19 |
| 221:11 330:14 | **visits**  326:10 | 307:12 312:11 | 193:9 194:12 |
| 341:15 | **volume**  173:20 | 316:14 318:18 | 195:10 196:4,13 |
| **verified**  181:11 | 174:20 179:14 | 321:6 322:9,10 | 197:2 200:6,8,22 |
| **verify**  265:19 | 348:5 350:2 | 327:22 337:24 | 202:11 203:24 |
| **veritext**  179:25 | **vs**  173:9 174:9 | 347:16 | 204:18 205:17 |
| 187:14 344:24 | 348:4 350:1 | **ways**  239:4 | 207:2,12 208:6,14 |
| 348:7,9,11 | | **we've**  236:16 | 211:23 212:16,25 |
| **version**  217:6 | **w** | 266:12 | 214:19 215:1,13 |
| 232:19 | **wait**  202:7,7 207:1 | **web**  205:7,7,7 | 216:1,11,23 |
| **versions**  231:2 | 223:9 257:6,6 | 325:20 | 217:16 218:7,18 |
| **versus**  314:9 | 266:23 276:9 | **website**  197:7 | 220:7 221:8,23 |
| **video**  173:19 | 284:11 312:17 | 243:13,17,21 | 222:7 226:6,15 |
| 174:19,21 179:9 | 327:16 | 244:24 247:17 | 227:1 228:22 |
| 179:13 | **waived**  348:23,23 | 326:1 | 229:8,19 230:3 |
| **videographer** | **waiving**  348:20 | **websites**  195:18 | 231:1 232:4,14 |
| 176:22 179:1,23 | **walk**  340:22 | 242:16 243:3 | 233:21 234:17 |
| 180:22 222:25 | 341:15 | 244:23 246:18 | 235:20 237:4,16 |
| 223:3 258:6,9 | **want**  185:14 | 247:9 323:11,14 | 238:3 239:16,23 |
| 293:8,12,16 | 186:21 187:13 | 324:16,22 325:5,6 | 241:8 242:25 |
| 309:16,19 322:12 | 188:11 190:11,14 | 325:17,20,21,24 | 244:1,8,17,18,25 |
| 322:15 329:14,17 | 195:3 214:13,23 | 325:25 326:9,11 | 247:8,23 248:4,15 |
| | 224:16,22 231:18 | 326:12 | 249:3,12 250:3,12 |
| | 235:7 236:11 | | |

Veritext Legal Solutions
866 299-5127

**[witness - yeah]**

| | | | |
|---|---|---|---|
| 250:15 251:17 | 216:9 217:24 | **worked** 184:8 | 304:5 |
| 252:6 253:12,23 | 228:19 230:2 | 209:21 251:9 | **x** |
| 254:16,25 255:7 | 233:19 240:10 | 261:7 279:16 | **x** 349:9 |
| 255:15,23 257:7,9 | 241:10 243:24 | 306:16 | **y** |
| 257:13,24 258:3 | 247:20 250:2 | **working** 184:16 | **yeah** 186:1 187:16 |
| 259:15 260:6 | 253:21 259:12 | 185:13 186:13 | 188:25 189:14 |
| 261:6,20 262:9 | 261:3 269:7 273:2 | 245:19 301:4 | 191:3 195:10 |
| 263:2 264:19 | 297:3 306:5 | 307:4 | 198:8,9 199:1 |
| 265:13 266:1,24 | 324:19 325:9 | **worms** 236:12 | 200:6 201:17,18 |
| 267:18 269:9,22 | 329:8 330:9 332:2 | 237:23 238:8 | 202:11 204:5 |
| 271:9,19 272:6,17 | 333:16 337:8 | 239:8 | 205:10,21 206:1 |
| 273:3,23 274:5,21 | 340:15 | **worries** 309:10 | 206:11 208:12,18 |
| 276:16 277:21 | **women** 290:10 | **wow** 311:10 | 211:23 212:5 |
| 278:21 279:4,14 | **wondering** 282:8 | **write** 189:14,17 | 213:16,22,25 |
| 282:4,6,24 283:10 | **word** 185:23,25 | 204:3 206:8 211:4 | 214:1,12 215:16 |
| 283:24 284:11 | 193:13 210:3 | 242:14 252:19 | 217:19 218:8,13 |
| 286:1,25 288:10 | 214:14,20 217:10 | 253:5 262:19 | 218:18 220:18,22 |
| 289:23 292:6,16 | 281:13 316:7,17 | 274:11 303:19,25 | 221:15 222:7,14 |
| 296:12 297:9,20 | 316:20 317:6 | 304:23 306:7 | 223:25 224:11,13 |
| 298:8 299:9,22 | 319:19 326:14 | 335:8 | 225:24 226:9 |
| 300:16 301:20 | **words** 189:1,5,23 | **writes** 280:6,16 | 227:1,24 229:19 |
| 302:10 304:12,22 | 225:18,22 228:5 | 291:18 | 230:6 231:16 |
| 306:6,15 307:18 | 253:4 260:18 | **writing** 277:15 | 235:20 236:5 |
| 308:3,25 311:10 | 268:21 279:9 | **written** 212:7 | 238:16 239:5 |
| 316:11 318:6 | 300:20 312:18,19 | 223:24 276:19 | 240:16 241:7,22 |
| 319:16 320:3,15 | 312:19,20 318:6 | 279:10 319:3 | 242:6,9,18 244:17 |
| 320:23 321:20 | 322:21 323:1,5 | **wrong** 184:13 | 245:25 246:17 |
| 322:4 323:11,17 | **work** 186:18 | 303:14 338:9 | 248:15 250:22 |
| 324:21 325:13 | 193:18,21,23 | **wrote** 188:8,22 | 251:21 255:23 |
| 326:8,18 327:1,9 | 205:13,23 206:23 | 189:5 190:1,7,12 | 258:21,21 260:17 |
| 327:17 328:2,10 | 207:8,18 209:25 | 206:12 213:3 | 260:19 262:18 |
| 328:21 330:12 | 211:17,24 212:13 | 225:22 226:6,9 | 264:3 267:12 |
| 331:8,18 332:3,17 | 221:2 235:4 | 228:6 235:20,24 | 268:4 269:15 |
| 333:5,18 334:5,18 | 249:22 258:20 | 237:20 253:18 | 270:16 271:1 |
| 335:7,22 336:6,22 | 278:17,21,25 | 258:23 261:14 | 274:5 277:14,14 |
| 337:20 338:15 | 279:11 288:7 | 265:4,5,7,23 | 278:14,15 281:5 |
| 347:6,14 348:13 | 289:11 291:5,19 | 270:18 273:5 | 281:11 285:3 |
| 348:16 349:2,5 | 300:9,10 302:6 | 276:22,23 277:13 | 288:15 289:13 |
| 350:24 | 306:11 307:9 | 284:3 289:16 | 291:24 293:23 |
| **witness's** 190:17 | 333:18 336:22,23 | 291:4 296:18 | 294:14 295:7 |
| 191:24 193:8 | 339:12,24 340:7 | 302:11,16,24 | |

Veritext Legal Solutions
866 299-5127

**[yeah - zürich]**

296:19,20 298:17
300:9 301:13
302:2 304:24
305:22 308:3,6,10
309:10,15 311:23
312:3,10,21,21
313:6,6,6,23 314:2
314:18 316:18
317:1 318:7,18
321:2,23 322:19
322:24 323:5
324:24 328:24
331:11 340:10
342:14 343:2
**year**  181:8 217:15
236:24
**years**  204:19
213:2 232:18
235:16 236:3,5,8
236:18 237:7,11
240:16,23 266:12
285:7
**yep**  187:25 258:4
276:25 338:13
344:13
**yesterday**  187:5
187:21 195:25
206:9 211:6 341:7
**ygr**  173:11 174:11
179:20,20
**york**  176:7,7
**youtube**  273:25
323:23,24

**z**

**zoom**  174:20
**zurich**  174:20
182:12 344:16
**zürich**  176:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.