# Mao Declaration

# Exhibit 97

Sealed Entirely

GOOG-BRWN-00856578