# Mao Declaration

# Exhibit 98

Redacted Version of Document
Sought to Be Sealed

# Psounis Transcript

1            IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

                       ---o0o---

4    CHASOM BROWN, et al.,        )

5    on behalf of themselves      )

6    and all others similarly     )

7    situated,                    )

8            Plaintiffs,          )

9    vs.                          )Case No.

10   GOOGLE LLC,                  )4:20-cv-03664-YGR-SVK

11           Defendant.           )

     _____)

12

13                    CONFIDENTIAL

14                    ---o0o---

15        Videotaped Zoom Deposition of

16         KONSTANTINOS PSOUNIS, Ph.D.

17           Friday, August 19, 2022

18                    ---o0o---

19

20

21   Katy E. Schmidt

22   RPR, RMR, CRR, CSR 13096

23   Veritext Job No.: 5344586

24

25   PAGES 1 - 250

                                        Page 1

CONFIDENTIAL

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

                      ---o0o---

4    CHASOM BROWN, et al.,       )

5    on behalf of themselves     )

6    and all others similarly    )

7    situated,                   )

8            Plaintiffs,         )

9    vs.                         )Case No.

10   GOOGLE LLC,                 )4:20-cv-03664-YGR-SVK

11           Defendant.          )

     _____)

12           BE IT REMEMBERED that, pursuant to Notice,

13   and on Friday, the 19th day of August, 2022,

14   commencing at the hour of 9:04 a.m., thereof, in Los

15   Angeles, California, before me, KATY E. SCHMIDT, a

16   Certified Shorthand Reporter in and for the County of

17   Yolo, State of California, there virtually personally

18   appeared

19

20           KONSTANTINOS PSOUNIS, Ph.D.

21   called as a witness herein, who, being by me first

22   duly sworn, was thereupon examined and interrogated as

23   hereinafter set forth.

24

25

                                              Page  2

CONFIDENTIAL

```
 1    APPEARANCES:

 2

 3    For The Brown Plaintiffs:

 4                    (Appeared via Zoom)

 5             MORGAN & MORGAN

 6             BY: JOHN YANCHUNIS, Esq.

 7             BY: RYAN MCGEE, Esq.

 8             201 North Franklin Street, Suite 700

 9             Tampa, Florida 33602
               813.223.0931

10             jyanchunis@forthepeople.com

11
                        (Appeared via Zoom)

12             BOIES SCHILLER FLEXNER LLP

13             BY: MARK MAO, Esq.

14             BY: ALISON ANDERSON, Esq.

15             BY: ERIKA NYBORG-BURCH, Esq.

16             BY: LOGAN WRIGHT, Esq.

17             44 Montgomery Street, 41st Floor

18             San Francisco, California 94104
               415.293.6800

19             mmao@bsfllp.com

20

21             SUSMAN GODFREY, LLP

22             BY: JOHN PRIDDY, Esq.

23             1301 Avenue Of The Stars, 32nd Floor

24             New York, New York 10019

25             212.729.2044
```

Page 3

CONFIDENTIAL

```
1    APPEARANCES CONT.:

2

3    For the Calhoun Plaintiffs:

4                  (Appeared via Zoom)

5            SIMMONS HANLY CONROY

6            BY: AN TRUONG, Esq.

7            112 Madison Avenue, 7th Floor

8            New York, New York 10016-7416

9            212.257.8482

10           atruong@simmonsfirm.com

11

12   For The Defendants:

13                 (Appeared via Zoom)

14           QUINN EMANUEL URQUHART & SULLIVAN LLP

15           BY: JOSEF ANSORGE, Esq.

16           BY: CARL SPILLY, Esq.

17           1300 I Street, Suite 900

18           Washington, D.C. 20005

19           202.538.8000

20           josefansorge@quinnemanuel.com

21

22   Also present:

23           Sean Grant, Videographer

24           Jonathan Hochman, Expert Witness

25
```

Page 4

CONFIDENTIAL

```
 1                 INDEX OF EXAMINATION

 2                      ---o0o---

 3                                              Page

 4    Examination by Mr. Mao                     10

 5    Examination by Mr. Ansorge                 229

 6

 7                      ---o0o---

 8

 9         QUESTIONS INSTRUCTED NOT TO ANSWER

10

11              Page       Line

12

13              (NOTHING OFFERED.)

14

15                      ---o0o---

16

17

18

19

20

21

22

23

24

25

                                         Page  5
```

```
1                    INDEX OF EXHIBITS

2                      ---o0o---

3    Number                                    Page

4    Exhibit 1        Document: Expert Report of      22

5                     Konstantinos Psounis, Ph.D.

6    Exhibit 2        Document: Order on              29

7                     Plaintiffs'  Motion for

8                     Sanctions for Discovery

9                     Misconduct, Unredacted

10                    Version of Document Sought

11                    to be Sealed

12   Exhibit 3        Document: Supplemental         101

13                    Declaration of Martin Sramek

14                    in Response to May 20, 2022

15                    Order

16   Exhibit 4        Document: Fax Transmission      68

17                    Order Adopting in Part and

18                    Modifying in Part the

19                    Special Master's Report and

20                    Orders on Referred Discovery

21                    Issues

22   Exhibit 5        Document: Second              106

23                    Supplemental Declaration

24                    of Martin Sramek in

25                    Response to May 20, 2022 Order

                                               Page 6
```

1    Exhibit 6            Document: Incognito Events    129
2                         Labeling
3    Exhibit 7            Document: Email               137
4    Exhibit 8            Document: W3C TAG             151
5                         Observations on Private
6                         Browsing Modes
7    Exhibit 9            Document: Letter dated        156
8                         3/17/22 to Mark C. Mao
9                         from Brett N. Watkins
10   Exhibit 10           Document: Unified ID          158
11                        Linkage Design
12
13                        ---o0o---
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

CONFIDENTIAL

| | |
|---|---|
| 1 | LOS ANGELES, CALIFORNIA |
| 2 | FRIDAY, AUGUST 19, 2022; 9:04 A.M. |
| 3 | ---o0o--- |
| 4 | THE VIDEOGRAPHER:  Good morning.  We are on |
| 5 | the record.  The time is 9:04 a.m., and the date is |
| 6 | August 19th, 2022. |
| 7 | Please note that this deposition is being |
| 8 | conducted virtually.  Quality of recording depends on |
| 9 | the quality of camera and internet connection of |
| 10 | participants.  What is seen from the witness and heard |
| 11 | on screen is what will be recorded. |
| 12 | Audio and video recording will continue to |
| 13 | take place unless all parties agree to go off the |
| 14 | record. |
| 15 | This is Media Unit No. 1 of the |
| 16 | video-recorded deposition of Konstantinos Psounis, |
| 17 | Ph.D., taken by counsel for plaintiffs in the matter |
| 18 | of Chasom Brown, et al., versus Google, LLC, filed in |
| 19 | the United States District Court, Northern District of |
| 20 | California, Case No. 5 colon 20 dash CV dash 03664 |
| 21 | dash YGI dash SEK, and is being conducted remotely |
| 22 | using virtual technology. |
| 23 | My name is Sean Grant from the firm |
| 24 | Veritext.  I'm the videographer. |
| 25 | And the court reporter is Kathryn Schmidt, |

Page 8

CONFIDENTIAL

```
 1    also from Veritext.                                    09:05

 2           I am not related to any party in this           09:05

 3    action, nor am I financially interested in the         09:05

 4    outcome.                                                09:05

 5           If there are any objections to proceeding,       09:05

 6    please state them at the time of your appearance.       09:05

 7           Counsel and all present, including remotely,     09:05

 8    will now state their appearance and affiliations for    09:05

 9    the record, beginning with the noticing attorney,       09:05

10    Mr. Mao.                                                09:05

11           MR. MAO:  I'm just going to state it for the     09:05

12    plaintiffs, and I apologize to anybody in advance.      09:05

13           This is Mark Mao of Boies Schiller Flexner       09:05

14    for plaintiffs.                                         09:05

15           Also with me are Ms. Alison Anderson,            09:05

16    Ms. Erika Nyborg-Burch, Mr. Logan Wright, and I think   09:06

17    that is it for BSF.                                     09:06

18           I also have with us plaintiffs' technical        09:06

19    expert, Jonathan -- Dr. Jonathan Hochman.               09:06

20           Also with us are colleagues at the              09:06

21    Morgan & Morgan firm, Mr. Ryan McGee and                09:06

22    Mr. John Yanchunis.  And lastly from Susman Godfrey we  09:06

23    have Mr. John Priddy.                                   09:06

24           MR. ANSORGE:  Josef Ansorge with                 09:06

25    Quinn Emanuel Urquhart & Sullivan.                      09:06
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | And I'm joined here today by Carl Spilly | 09:06 |
| 2 | who's also with Quinn Emanuel Urquhart & Sullivan. | 09:06 |
| 3 | MS. TRUONG:  An Truong, | 09:06 |
| 4 | Simmons Hanly Conroy, on behalf of Calhoun plaintiffs. | 09:06 |
| 5 | THE VIDEOGRAPHER:  Would the certified | 09:06 |
| 6 | court reporter please swear in the witness. | 09:06 |
| 7 | ---o0o--- | 09:06 |
| 8 | KONSTANTINOS PSOUNIS, | 09:06 |
| 9 | called as a witness by the Plaintiffs, who, being | 09:06 |
| 10 | first duly sworn to tell the truth, the whole truth | 09:06 |
| 11 | and nothing but the truth, was examined and testified | 09:06 |
| 12 | as follows: | 09:06 |
| 13 | THE VIDEOGRAPHER:  Counsel. | 09:07 |
| 14 | EXAMINATION BY MR. MAO | 09:07 |
| 15 | BY MR. MAO: | 09:07 |
| 16 | Q.   Good morning, Professor. | 09:07 |
| 17 | If my questions are -- sorry.  Just -- | 09:07 |
| 18 | A.   Good morning. | 09:07 |
| 19 | Q.   Yeah.  Make sure -- I will try my best to | 09:07 |
| 20 | pause to allow you to state your answers, and -- it's | 09:07 |
| 21 | a little awkward because, you know, these Zoom | 09:07 |
| 22 | depositions, it's very difficult to see body language | 09:07 |
| 23 | and hand gestures.  So we're going to miss our visual | 09:07 |
| 24 | queues a little bit here and there.  So I apologize in | 09:07 |
| 25 | advance.  And I apologize to the poor stenographer | 09:07 |

Page 10

| | | |
|---|---|---|
| 1 | who's going to have to type this down. | 09:07 |
| 2 | So if my questions are unclear today, can | 09:07 |
| 3 | you please just -- my suggestion is maybe just hold up | 09:07 |
| 4 | your hand.  That way I know that you want to speak. | 09:07 |
| 5 | That way, you know, you can ask me to clarify. | 09:07 |
| 6 | Is that understood? | 09:07 |
| 7 | A.    Yes. | 09:07 |
| 8 | So would you like me to do this during your | 09:07 |
| 9 | question or should I wait until you're done? | 09:07 |
| 10 | Q.    It's totally up to you.  We're going to have | 09:07 |
| 11 | to find our visual queues with each other over Zoom. | 09:08 |
| 12 | I typically prefer these over in person.  I'm kind of | 09:08 |
| 13 | an in-person kind of guy.  But, you know, we will work | 09:08 |
| 14 | with the technology in the new paradigms. | 09:08 |
| 15 | Is there Google counsel representing you | 09:08 |
| 16 | today for this deposition?  Can you state that for the | 09:08 |
| 17 | record who that is? | 09:08 |
| 18 | A.    It's Mr. Josef Ansorge. | 09:08 |
| 19 | Q.    Okay.  Where are you currently for this | 09:08 |
| 20 | deposition, physically? | 09:08 |
| 21 | A.    I am in my home. | 09:08 |
| 22 | Q.    It's -- | 09:08 |
| 23 | A.    In Pacific Palisades.  This is where my | 09:08 |
| 24 | address is.  Inside right now in the master bedroom of | 09:08 |
| 25 | the house. | 09:08 |

Page 11

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Yeah.  I know that's a little confusing | 09:08 |
| 2 | because your background is a library but, you know, | 09:08 |
| 3 | it's within your home. | 09:08 |
| 4 | And did you say it's Pacifica? | 09:08 |
| 5 | A.   Pacific Palisades.  The ZIP code is 90272. | 09:09 |
| 6 | I don't know if you know the Los Angeles area.  It's | 09:09 |
| 7 | very close to Santa Monica. | 09:09 |
| 8 | Q.   Got it.  West side.  That's considered west | 09:09 |
| 9 | side, yes. | 09:09 |
| 10 | Is there anybody with you in that room | 09:09 |
| 11 | currently for that deposition? | 09:09 |
| 12 | A.   No.  There is nobody. | 09:09 |
| 13 | Q.   Okay.  Do you have any documents with you | 09:09 |
| 14 | for this deposition?  In other words, did you bring | 09:09 |
| 15 | any documents? | 09:09 |
| 16 | A.   Perfect.  The only document I have with me | 09:09 |
| 17 | is hard copy of my expert report -- well, because of | 09:09 |
| 18 | the -- but it was brought to me by Quinn Emanuel | 09:09 |
| 19 | yesterday. | 09:09 |
| 20 | Q.   Okay.  Are there any markings or writings on | 09:09 |
| 21 | that? | 09:09 |
| 22 | A.   Not at all. | 09:09 |
| 23 | Q.   Okay.  So one suggestion -- and we can wait | 09:09 |
| 24 | for the break for this to happen -- is at some point | 09:09 |
| 25 | I'm going to start referring you to Dr. Hochman's | 09:09 |

Page 12

|    |                                                                          |       |
|----|--------------------------------------------------------------------------|-------|
| 1  | report as well, so you may want a physical copy.  I                      | 09:09 |
| 2  | think it's going to make it a little easier.  But                        | 09:10 |
| 3  | that's just my suggestion.  Everybody uses interfaces                     | 09:10 |
| 4  | differently, and it's completely up to you.                              | 09:10 |
| 5  |         Okay?                                                             | 09:10 |
| 6  |     A.   How would I do this?  I guess I can live                         | 09:10 |
| 7  | with the electronic copy, unless Mr. Ansorge wants to                     | 09:10 |
| 8  | assist with Quinn Emanuel --                                              | 09:10 |
| 9  |         MR. ANSORGE:  Yeah.  I fear we won't be able                      | 09:10 |
| 10 | to express deliver that in time.  So I think we would                     | 09:10 |
| 11 | just have to work with the Exhibit Share copy of any                      | 09:10 |
| 12 | exhibits that are entered.                                               | 09:10 |
| 13 |         MR. MAO:  Okay.  Totally understood.                             | 09:10 |
| 14 | BY MR. MAO:                                                               | 09:10 |
| 15 |     Q.   What, if anything, did you do to prepare for                     | 09:10 |
| 16 | this deposition here today?                                              | 09:10 |
| 17 |     A.   I viewed documents and testimony and had                         | 09:10 |
| 18 | some meetings with counsel.                                              | 09:10 |
| 19 |     Q.   Did you review any documents not identified                      | 09:10 |
| 20 | in your report?                                                          | 09:11 |
| 21 |     A.   I don't think so.  No, I can't think of any.                     | 09:11 |
| 22 |     Q.   In total, how much time did you spend to                         | 09:11 |
| 23 | prepare for this deposition?                                             | 09:11 |
| 24 |     A.   I'm just trying to get -- that's why I'm                         | 09:11 |
| 25 | counting.  About 20, maybe 30 maximum hours.                             | 09:11 |

Page 13

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   And when you are talking about the hours | 09:11 |
| 2 | here, you're talking about hours with counsel or just | 09:11 |
| 3 | total hours preparing for this deposition? | 09:11 |
| 4 | A.   Total.  Total hours. | 09:12 |
| 5 | Q.   Preparing for the deposition? | 09:12 |
| 6 | A.   Right. | 09:12 |
| 7 | So in these hours, there are some hours | 09:12 |
| 8 | included that we are meeting with counsel. | 09:12 |
| 9 | Q.   Got it. | 09:12 |
| 10 | Can you tell me who hired you for this case | 09:12 |
| 11 | initially? | 09:12 |
| 12 | MR. ANSORGE:  Objection.  Form. | 09:12 |
| 13 | THE WITNESS:  I'm sorry.  I apologize. | 09:12 |
| 14 | BY MR. MAO: | 09:12 |
| 15 | Q.   So let me -- | 09:12 |
| 16 | A.   Can you please rephrase -- | 09:12 |
| 17 | Q.   Sure.  Yeah.  I was going to do that because | 09:12 |
| 18 | I do think that Mr. Ansorge's objection is proper. | 09:12 |
| 19 | Who first reached out to you regarding | 09:12 |
| 20 | expert work for this case? | 09:12 |
| 21 | A.   To the best of my recollection, because it's | 09:12 |
| 22 | been some time, it was Mr. Josef Ansorge. | 09:12 |
| 23 | Q.   Do you and Mr. Ansorge have a prior | 09:13 |
| 24 | relationship? | 09:13 |
| 25 | A.   No. | 09:13 |

Page 14

1      Q.   I was going to ask you if he was your          09:13

2   student and whether or not he got an A in the course.   09:13

3           But -- so you have no knowledge of how --       09:13

4   how Mr. Ansorge found you?                              09:13

5      A.   I think that he found me through DLD, but       09:13

6   that's something that -- I'm not sure.  I don't know    09:13

7   the process.  I'm just --                               09:13

8      Q.   What is -- what is DLD?                         09:13

9      A.   It's DLD.  It's a firm that refers experts,     09:13

10   that matches experts -- I don't know.  I guess          09:13

11   Mr. Ansorge would know more.  But it is a firm that     09:14

12   you submit your CV and they match experts with          09:14

13   attorney offices, I guess.  I haven't worked with them  09:14

14   much.                                                   09:14

15      Q.   Got it.                                        09:14

16           Can you -- I think at some point during the    09:14

17   break we're going to ask you for exactly the spelling   09:14

18   of either the acronym of the name of that firm, if you  09:14

19   don't mind.                                             09:14

20           Okay?                                          09:14

21           When did this outreach to you or to the        09:14

22   agency first happen?                                    09:14

23      A.   I think it was towards the end of 2021,         09:14

24   early 2022, to the best of my recollection.            09:15

25      Q.   Do you have an estimated month, you think,     09:15

                                              Page 15

| | | |
|---|---|---|
| 1 | that he first reached out? | 09:15 |
| 2 | A.   I just don't want to answer it inaccurately. | 09:15 |
| 3 | That's why I'm thinking about it.   Maybe December, | 09:15 |
| 4 | January, in that time frame. | 09:15 |
| 5 | Q.   Of 2021 you said? | 09:15 |
| 6 | A.   December 2021 or January 2022. | 09:15 |
| 7 | Q.   Got it. | 09:15 |
| 8 | Have you ever spoken with a | 09:15 |
| 9 | Dr. Georgios Zervas? | 09:15 |
| 10 | A.   I do not think so. | 09:16 |
| 11 | Q.   Do you know in this case what is the | 09:16 |
| 12 | difference between what you're supposed to do versus | 09:16 |
| 13 | what Dr. Zervas is supposed to do? | 09:16 |
| 14 | MR. ANSORGE:   Objection.   Vague. | 09:16 |
| 15 | BY MR. MAO: | 09:16 |
| 16 | Q.   What is the delineation between the two | 09:16 |
| 17 | roles, to the best of your understanding? | 09:16 |
| 18 | A.   I don't want to mischaracterize this because | 09:16 |
| 19 | I know what I've been asked to do for this case, | 09:16 |
| 20 | obviously.   So I've been asked to offer opinions on | 09:16 |
| 21 | Mr. Hochman's and Mr. Schneier's reports, rebuttals, | 09:16 |
| 22 | for the specific opinions and quotes that -- from | 09:16 |
| 23 | their reports that I cite inside my report, but I'm | 09:16 |
| 24 | not sure I can give a very precise answer -- an | 09:17 |
| 25 | accurate enough answer because I haven't ever talked | 09:17 |

Page 16

1    to Mr. -- or Professor -- or Dr. Zervas to know          09:17

2    exactly what he's supposed to cover and what I'm          09:17

3    supposed to cover.                                        09:17

4        Q.   Got it.                                          09:17

5             So that means that you have no prior             09:17

6    relationship with Dr. Zervas.                             09:17

7             Is that correct?                                 09:17

8        A.   It is correct.  I have no prior                  09:17

9    relationship.  I don't -- he's an academic, so it         09:17

10   could be the case that we met at a conference, but I      09:17

11   do not remember this happening.  So I can tell you my     09:17

12   recollection is that I have never met him.  It's just     09:18

13   that some conferences have a thousand people and I        09:18

14   don't want to say anything remotely inaccurate.           09:18

15       Q.   Got it.                                          09:18

16            What about the other experts on Google's         09:18

17   side in this case; do you have any prior relationships    09:18

18   with the rest of them?                                    09:18

19            MR. ANSORGE:  Objection.  Compound.              09:18

20            THE WITNESS:  Could you please tell me which     09:18

21   ones you are -- well, maybe list them so that I make      09:18

22   sure I don't give you any inaccurate answer.              09:18

23   BY MR. MAO:                                               09:18

24       Q.   So I understand you want to be extremely         09:18

25   precise.  You said it a couple times.  So let me just     09:18

                                                    Page 17

CONFIDENTIAL

```
 1   understand -- let me just maybe make this easier.      09:18

 2           It doesn't sound like you actually spoke to    09:18

 3   any other Google expert for the purposes of your       09:18

 4   report or your testimony here today.                   09:18

 5           Is that correct?                               09:18

 6       A.   I have not talked with any other Google       09:18

 7   expert for the purposes of my report or testimony.     09:19

 8           I did have a meeting, I think, with            09:19

 9   Dr. Schwartz for 30 minutes -- about 30 minutes,       09:19

10   actually.  I don't remember for how long.              09:19

11       Q.   Was this with -- in the presence of other     09:19

12   counsel?                                               09:19

13       A.   Yes.  In the presence of Mr. Ansorge.         09:19

14       Q.   Got it.                                       09:19

15           Who explained to you -- and I don't want to    09:19

16   know about what was explained to you.  I just want to  09:19

17   know who -- who explained to you what your assignment  09:19

18   was going to be in this case?                          09:19

19           I'm talking about first, the initial          09:19

20   engagement.                                            09:19

21       A.   Mr. Ansorge.                                  09:19

22       Q.   Got it.                                       09:19

23           And this, to the best of your recollection,    09:20

24   this first interaction was in December of 2021.        09:20

25           Is that correct?                               09:20
```

Page 18

```
 1          A.    December 2021, January 2022, somewhere        09:20
 2    there.  It's also the break, so things are a little       09:20
 3    bit more, you know, muddy.                                 09:20
 4          Q.    Got it.  Got it.                               09:20
 5               So then other than this lawsuit, and I think    09:20
 6    the Calhoun lawsuit, have you ever done any work for       09:20
 7    Quinn Emanuel?                                             09:20
 8               MR. ANSORGE:  Objection.  Compound.  Assumes    09:20
 9    facts not in evidence.                                     09:20
10               THE WITNESS:  So would you break this down?     09:20
11               So I haven't done any other work for any        09:20
12    other case.  For Quinn Emanuel, you mentioned another      09:20
13    case.                                                      09:20
14    BY MR. MAO:
15          Q.    Calhoun.  I see.  I see.                       09:20
16               So you're not -- you're not an expert in        09:20
17    Calhoun versus Google.                                     09:20
18               Is that correct?                                09:20
19          A.    Yes, it is correct.  I am not.                 09:20
20          Q.    Got it.                                        09:21
21               And other than this lawsuit, so you have        09:21
22    not -- I'm sorry.  Strike that.                            09:21
23               Other than for this lawsuit, have you ever      09:21
24    done any work for Google?                                  09:21
25               MR. ANSORGE:  Objection.  Vague.                09:21
```

Page 19

```
 1              THE WITNESS:  I have not -- I'm trying to      09:21

 2    remember.  I've been in the business for high tech and   09:21

 3    multiple distributor systems for like 25 years.          09:21

 4              I have not worked for Google.  I'm not sure     09:21

 5    if I am working for Google now either.  Maybe that's     09:21

 6    a -- maybe it's a terminology issue.                     09:21

 7              I would argue I'm working for counsel.  But     09:22

 8    anyway, this is a debate, I'm just saying.               09:22

 9    BY MR. MAO:                                              09:22

10        Q.   Got it.  No.  I think that's actually very      09:22

11    precise and helpful.                                     09:22

12              So when you say that you're not sure you're    09:22

13    working for Google, is that because you have not had     09:22

14    much interactions with Google employees?                09:22

15        A.   You mean in the context of this case?          09:22

16        Q.   Yes.  In the context of this case.             09:22

17        A.   I have not had any interaction with Google      09:22

18    employees.                                               09:22

19        Q.   Got it.                                         09:22

20              So did you -- have you interviewed any         09:22

21    Google employees?  I know that probably counts as an     09:22

22    interaction, but I want to be precise because you're     09:22

23    being very precise.                                      09:22

24        A.   To the best of my recollection, no.            09:22

25        Q.   Have you been able to access any Google         09:22
```

Page 20

CONFIDENTIAL

```
 1   technologies directly?                            09:22

 2        A.   I'm not sure --                          09:23

 3             MR. ANSORGE:  Objection.  Vague.         09:23

 4   BY MR. MAO:                                        09:23

 5        Q.   So, for example, have you been able to run  09:23

 6   any test against Google systems?                   09:23

 7        A.   No.  I haven't ran any test against Google  09:23

 8   systems, whereby against Google systems I interpret or  09:23

 9   I understand this to be that Google is giving me   09:23

10   access to their internal system, I'm getting passwords  09:23

11   to connect to their VPN or I go in presence at     09:23

12   Mountain View and I do tests.  No, I have not.     09:23

13        Q.   Got it.                                  09:23

14             So let's be very precise, because you're  09:23

15   being very precise.                                09:23

16             For example, right, like you have not been  09:23

17   given access to do any data mapping, for example.  09:23

18             Is that correct?                         09:24

19             MR. ANSORGE:  Objection.  Vague.         09:24

20             THE WITNESS:  I -- I do have access, as I  09:24

21   describe in my report.  Maybe I could open it up to  09:24

22   make sure I'm using the correct terminology here to  09:24

23   the -- obviously to the data that I am citing in my  09:24

24   report.  There's also an appendix with data, and I  09:24

25   have done some analysis of this data.              09:24
```

                                              Page 21

```
 1              And this access is done without me requiring   09:24

 2    to log in into the Google system as if I were a Google   09:25

 3    engineer employee, employed by Google.                   09:25

 4    BY MR. MAO:                                              09:25

 5         Q.   Got it.                                        09:25

 6         A.   Does that -- okay.                             09:25

 7         Q.   Got it.                                        09:25

 8              So have you interacted directly with Google    09:25

 9    in any way to do kind of like your own direct testing,   09:25

10    like the way you were just talking about?                09:25

11              MR. ANSORGE:  Objection.  Asked and            09:25

12    answered.                                                09:25

13              THE WITNESS:  No, I have not, as I said.       09:25

14    BY MR. MAO:                                              09:25

15         Q.   Okay.  That is helpful.                        09:25

16              And if I may just make sure we have marked     09:25

17    as Exhibit 1, which has already been marked.             09:25

18                   (Plaintiffs' Exhibit 1 was               09:25

19                    marked for identification.)             09:25

20    BY MR. MAO:                                              09:25

21         Q.   If you don't mind pulling up Exhibit 1.  Can   09:25

22    you just confirms that that is your rebuttal report?     09:25

23         A.   Let me --                                      09:25

24         Q.   Go ahead.  Please take your time.  Confirm     09:25

25    that.                                                    09:26
```

Page 22

```
 1        A.    Let me just put this box here.              09:26

 2              Yes.   This is my report.                   09:26

 3        Q.    Got it.                                     09:27

 4              And does that report contain all of your    09:27

 5   opinions?                                              09:27

 6        A.    Yes.                                        09:27

 7        Q.    And does this report contain all of the     09:27

 8   basis for your opinions as well?                       09:27

 9        A.    Yes.   I mean -- let me be precise again.   09:27

10              Yes.   I remember in the report saying      09:27

11   something to the effect of if new information comes,   09:27

12   then, you know, I can revisit the issues and add       09:27

13   supplementary opinions, I guess in that process.  I    09:27

14   may also have new basis for the new -- for the         09:27

15   supplemental thoughts or opinions of mine.             09:27

16        Q.    Got it.                                     09:28

17              When you look at your report, there is a    09:28

18   place where you list all the materials you relied on   09:28

19   for your rebuttal report.                              09:28

20              Do you see that?                            09:28

21        A.    Let me open it up.                          09:28

22        Q.    By the way, totally fine to use the physical 09:28

23   copy if that's easier for you, Professor.             09:28

24        A.    Are you referring to the produced documents 09:28

25   section page starting at 203?                          09:28
```

Page  23

| | | |
|---|---|---|
| 1 | Q.   I am referring to -- oh, physical copies | 09:28 |
| 2 | versus virtual copies. | 09:28 |
| 3 |       I'm talking about the sources considered on | 09:28 |
| 4 | 191 and onward. | 09:28 |
| 5 |       Do you see that? | 09:29 |
| 6 | A.   Ah, 8, "Sources Considered."  Yes.  So let | 09:29 |
| 7 | me go through this. | 09:29 |
| 8 | Q.   Sure.  Please, go ahead.  Let's be precise. | 09:29 |
| 9 | A.   Yes.  This -- can you repeat the question? | 09:30 |
| 10 | Q.   Yes.  Of course.  Let's be precise. | 09:30 |
| 11 |       Is this a complete list of the materials you | 09:30 |
| 12 | relied upon for your rebuttal report? | 09:30 |
| 13 | A.   To the best of my knowledge, yes. | 09:30 |
| 14 | Q.   How did you get these documents and sources? | 09:30 |
| 15 | A.   Depends on the type of document.  For | 09:30 |
| 16 | example, let me scroll at the top of this. | 09:30 |
| 17 |       So some documents have been provided to me | 09:30 |
| 18 | by counsel.  Like produced documents, the ones that | 09:31 |
| 19 | have Bates numbers start with Google, expert reports, | 09:31 |
| 20 | deposition text. | 09:31 |
| 21 |       Some documents are documents that I have | 09:31 |
| 22 | researched myself.  Like if you look, for example, at | 09:31 |
| 23 | public documents, but they are -- you see the public | 09:31 |
| 24 | documents? | 09:31 |
| 25 |       And even what I just said, it's not a | 09:31 |

Page 24

| | | |
|---|---|---|
| 1 | hundred percent -- it's not the case that every single | 09:31 |
| 2 | one document, you know, what it's -- Bates document -- | 09:31 |
| 3 | do you see what I mean?  I don't want to be to the | 09:32 |
| 4 | point of being too -- but basically this is the main | 09:32 |
| 5 | two sources:  Either I found them on my own or they | 09:32 |
| 6 | have been provided to me by counsel. | 09:32 |
| 7 | Q.  Got it. | 09:32 |
| 8 | Now we've talked about how you've got the | 09:32 |
| 9 | documents. | 09:32 |
| 10 | May I ask were there documents that you | 09:32 |
| 11 | specifically requested yourself?  And you can go by | 09:32 |
| 12 | categories.  Like what did you actually request? | 09:32 |
| 13 | A.  There were documents that they were | 09:32 |
| 14 | specifically requested by me.  I wouldn't be able to | 09:32 |
| 15 | tell you, especially when it comes to the produced | 09:32 |
| 16 | documents just by the numbers, which ones in | 09:33 |
| 17 | particular.  Because while I was reviewing documents, | 09:33 |
| 18 | I wanted to further investigate, look for some topics. | 09:33 |
| 19 | So I would say I would like, you know, any additional | 09:33 |
| 20 | documents you may have related to this topic. | 09:33 |
| 21 | And then they give me more documents. | 09:33 |
| 22 | With respect to public documents, I just | 09:33 |
| 23 | found them myself.  The vast majority of public | 09:33 |
| 24 | documents, if not all of them -- if I say all of them, | 09:33 |
| 25 | I would have to go one by one and make sure.  But I'm | 09:33 |

Page 25

| | | |
|---|---|---|
| 1 | sure that very vast majority of them is actually | 09:33 |
| 2 | documents I found myself, I accessed them myself.  For | 09:33 |
| 3 | practical purposes, all of them I would say, public | 09:33 |
| 4 | documents. | 09:34 |
| 5 | Then the reports, they were obviously | 09:34 |
| 6 | provided to me by counsel. | 09:34 |
| 7 | The same thing I said about produced | 09:34 |
| 8 | documents also holds for depositions.  I obviously | 09:34 |
| 9 | wouldn't know in advance who has been deposed.  And I | 09:34 |
| 10 | don't know any of the people -- well, actually, I | 09:34 |
| 11 | should read all the names that has been deposed.  But | 09:34 |
| 12 | I got some deposition transcripts, I would review | 09:34 |
| 13 | them, and then I would say are there any other... | 09:34 |
| 14 | Q.   Got it. | 09:34 |
| 15 | So I note on the very end of your | 09:34 |
| 16 | "Sources Considered," you have "Source Files." | 09:34 |
| 17 | Can you tell me a little bit what those are? | 09:34 |
| 18 | I see four.  There's a "DBL" row, two of them, | 09:34 |
| 19 | "Consolidated", and then "IP Plus UA Analysis." | 09:34 |
| 20 | Do you see at the very end, page 207? | 09:35 |
| 21 | A.   Mm-hm. | 09:35 |
| 22 | Q.   What are those? | 09:35 |
| 23 | The main reason, Doctor, I'm trying to ask | 09:35 |
| 24 | about that is because I'm trying to be precise.  I'm | 09:35 |
| 25 | trying to understand what makes them source files as | 09:35 |

Page 26

```
1    opposed to, you know, something else in that list.        09:35
2    I'm trying to understand your categorization.             09:35
3         A.   Okay.  So I can tell you -- because here is     09:35
4    this a matter of me remembering.  You know when --        09:35
5    better than me, I assume that similar to Mr. Ansorge,     09:35
6    you have been working on this for a long time.            09:35
7    There's a lot of documents here, so forgive me.           09:35
8    Sometimes I don't remember everything.                    09:35
9         So the first two I actually list them in             09:35
10   appendix G, the one ending at B1 and DC.  So you could    09:35
11   also see --                                               09:36
12        Q.   Yeah.                                           09:36
13        Again, Doctor -- Professor, remember, I'm            09:36
14   just trying to understand your categorization.  Like      09:36
15   what makes these source files as opposed to other         09:36
16   files?  I'm just trying to understand the genre in        09:36
17   which you're organizing everything.                       09:36
18        MR. ANSORGE:  Mr. Mao, please let him                09:36
19   finish.  I don't think he was finished with his answer    09:36
20   yet.                                                      09:36
21        THE WITNESS:  So looking at appendix G as an         09:36
22   example, the text document has source code, meaning       09:36
23   it's not text that would be understood by somebody        09:36
24   without knowledge of the particular syntax of creating    09:36
25   this structures.  It's not a sentence.                    09:37
```

Page 27

| | | |
|---|---|---|
| 1 | So for the case of B1 and DC, this is why | 09:37 |
| 2 | I'm listing them differently separately from the | 09:37 |
| 3 | others. | 09:37 |
| 4 | And the other two, I have to remember. | 09:37 |
| 5 | Because they are not in my report, I wouldn't want to | 09:37 |
| 6 | say something inaccurate. | 09:37 |
| 7 | But hopefully you already got what you | 09:37 |
| 8 | needed. | 09:37 |
| 9 | BY MR. MAO: | |
| 10 | Q. Right. | 09:37 |
| 11 | And so what I'm trying to understand is did | 09:37 |
| 12 | you request all four of these source files yourself or | 09:37 |
| 13 | were they provided to you by counsel, to the best of | 09:38 |
| 14 | your recollection? | 09:38 |
| 15 | MR. ANSORGE: Objection. Form and compound. | 09:38 |
| 16 | THE WITNESS: I think -- I don't remember. | 09:38 |
| 17 | I think I did request them. For example, the -- the | 09:38 |
| 18 | two that I have in my report, and hence I know what | 09:38 |
| 19 | they are. | 09:38 |
| 20 | I believe the way I would put it as | 09:38 |
| 21 | precisely as possible is I said could you give me | 09:38 |
| 22 | files that they associated with two different Biscotti | 09:39 |
| 23 | IDs? Because, you know -- and then they would give me | 09:39 |
| 24 | files. Maybe some other files that they associated | 09:39 |
| 25 | with different Biscotti IDs. | 09:39 |

Page 28

```
1          So I guess I requested them.  But before I      09:39

2    see -- you know, there is a lot of files.  I don't    09:39

3    want say that, you know, one day I said can I please  09:39

4    have the file DBL row 22C947?                          09:39

5          You understand what I'm saying?                  09:39

6    BY MR. MAO:                                            09:39

7       Q.   Got it.                                        09:39

8          So let me -- let me give you the reason why     09:39

9    I'm asking.                                            09:39

10      A.   Perfect.                                       09:39

11      Q.   Okay.  That way we can both be precise.        09:39

12         I'm going to introduce to you a document,        09:39

13   and I'll explain to you what it is, if you don't know. 09:39

14   But if you've seen this before, please let me know.    09:39

15   It's Exhibit No. 2.  If you've never seen it before,   09:39

16   let me know immediately and then we'll kind of get to  09:39

17   the point.                                             09:40

18                    (Plaintiffs' Exhibit 2 was            09:40

19                    marked for identification.)           09:40

20   BY MR. MAO:                                            09:40

21      Q.   Exhibit No. 2 is an Order on Plaintiffs'       09:40

22   Motion for Sanctions for Discovery Misconduct.         09:40

23      A.   Let me open it up.  Order...                   09:40

24      Q.   Take your time.                                09:40

25         My first question to you is:  Have you ever      09:40
```

Page 29

1    seen this document before?                              09:40

2         A.   Let me first use a local copy.  I just       09:40

3    downloaded.  It's just easier to browse through it.    09:40

4    So I'm not reading it.  I'm just scanning it to see if  09:41

5    it rings a bell to answer whether I...                  09:41

6              I do not think that I have seen this before.  09:41

7         Q.   So are you aware that Google was sanctioned   09:41

8    for discovery misconduct in this case?                  09:41

9         A.   No.  I mean, I don't think I am.  No.         09:41

10        Q.   So are you aware that Google was -- oh, go    09:41

11   ahead.  Sorry.  Go ahead.  That was -- that was our     09:41

12   safe signal for you interrupting me; right?             09:41

13             So go ahead.  Yeah, please.                   09:42

14        A.   I don't remember.  But Mr. Hochman's report   09:42

15   I believe had in a paragraph something to that effect.  09:42

16             So basically I read this to say -- I read     09:42

17   Mr. Hochman's report and I think -- I think -- I'm not  09:42

18   sure.  I think -- perhaps you can confirm.  I think     09:42

19   that he mentions something about misconduct in -- in    09:42

20   his report.  But I have not seen this document.         09:42

21        Q.   Got it.                                       09:42

22             And you did not hear that from any other      09:42

23   source; right?  I'm not talking about your attorneys.   09:42

24   But you have not heard about the Court sanctioning      09:42

25   Google for discovery misconduct from another source.    09:42

                                              Page 30

```
 1              Is that correct?                          09:42

 2      A.   Yes.  It is correct.                         09:42

 3      Q.   Okay.  So the reason why I ask is because    09:42

 4  part of the sanctions that was imposed related to data 09:42

 5  sources.  And one of the reasons why the Court        09:43

 6  sanctioned Google was for the withholding of data     09:43

 7  sources.                                              09:43

 8              And you may take time to read through this, 09:43

 9  if you need, but I actually have a very, very specific 09:43

10  question, which is on page 6, at the bottom, towards  09:43

11  the conclusion.  So if you scroll to page 6, under    09:43

12  "Conclusion," bulletproof -- bullet point 1.          09:43

13              MR. ANSORGE:  And, Dr. Psounis, since you've 09:43

14  not seen this document before, you're well within your 09:43

15  rights to familiarize yourself with the whole         09:43

16  document.                                             09:43

17              MR. MAO:  Please do.  If you want to first 09:43

18  read it, please do.  But I'm actually specifically    09:43

19  asking you about that one point right there.  But you 09:43

20  may take your time.                                   09:43

21              THE WITNESS:  Thank you.  I will very likely 09:43

22  take my time to make sure I am precise.  But you are  09:43

23  welcome to -- who knows.  Maybe I can be fast for you. 09:43

24  I mean, I'm not trying to --                          09:43

25  ///
```

Page 31

```
 1    BY MR. MAO:                                           09:43

 2        Q.   This is my suggestion:  We can spend three   09:43

 3    or four minutes on the record, trying to read this.   09:44

 4    If you need longer than that and you want longer than  09:44

 5    that, we're going to take a break and you can read it  09:44

 6    on your own time.                                      09:44

 7            How is that?                                   09:44

 8            MR. ANSORGE:  No, we're not going to do        09:44

 9    that, Mr. Mao.  We're not going to have the witness    09:44

10    reading documents during the breaks.                   09:44

11            MR. MAO:  Is this your deposition or my        09:44

12    deposition, Mr. Ansorge?                               09:44

13            MR. ANSORGE:  It's common practice, Mr. Mao.   09:44

14    We're not going to be sending the witness into a break 09:44

15    to be reviewing a 50-page document that you've shown   09:44

16    to him.  That's not something we're going to do.       09:44

17            MR. MAO:  Well, then I'm going to ask him:     09:44

18    BY MR. MAO:

19        Q.   Do you want to read this document,            09:44

20    Professor Psounis?  I presume you do; right?           09:44

21        A.   I would like to read this document.           09:44

22        Q.   Go ahead.  Just do it.  Let Mr. Ansorge and   09:44

23    I argue about that later.                              09:44

24            Go ahead.                                      09:44

25        A.   Okay.                                         09:44
```

Page 32

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | I'm at "Conclusions."  I'm trying to scan | 09:47 |
| 2 | it.  So let me just read the "Conclusions" carefully | 09:48 |
| 3 | now. | 09:48 |
| 4 | I read it. | 09:49 |
| 5 | Q.   Great.  Thank you. | 09:49 |
| 6 | A.   Up to page 7; right?  I didn't go. | 09:49 |
| 7 | Q.   Oh, you didn't read the "Findings"? | 09:49 |
| 8 | A.   I was reading the first seven pages. | 09:49 |
| 9 | Q.   Ah.  No.  If you need to find the -- read | 09:49 |
| 10 | the "Findings of Fact," please go ahead.  I'll wait | 09:49 |
| 11 | for you. | 09:49 |
| 12 | A.   If I -- okay.  It's another 40 pages.  I'm | 09:49 |
| 13 | doing my best. | 09:49 |
| 14 | Q.   Go ahead.  If Mr. Ansorge wants to argue | 09:49 |
| 15 | about this, we'll argue with the Court on this. | 09:50 |
| 16 | Go ahead. | 09:50 |
| 17 | MR. ANSORGE:  Mr. Mao, just so I'm clear, | 09:51 |
| 18 | you're asking him to read the "Findings of Fact" in | 09:51 |
| 19 | the order that extend from -- is it page 1 to 16? | 09:51 |
| 20 | Is that correct? | 09:51 |
| 21 | MR. MAO:  I already told you that we should | 09:51 |
| 22 | take a break.  If you want to argue with me at this | 09:51 |
| 23 | time, you're trying to duck from me, I will do that in | 09:51 |
| 24 | front of the judge.  We can do that. | 09:51 |
| 25 | Go ahead. | 09:51 |

Page 33

```
 1              MR. ANSORGE:  I'm just asking what you have      09:51

 2   asked the witness to look at in particular.  Because       09:51

 3   there's two findings of fact.  There's one right at         09:51

 4   the beginning of the document, to abbreviate it, and       09:51

 5   then there's one that's like 16 pages.                     09:52

 6              MR. MAO:  I'm going to ask him about the         09:52

 7   document and I'm going to be asking him specifically        09:52

 8   about the parts that relate to data and logs.              09:52

 9              THE WITNESS:  So let me tell you what I've       09:52

10   done already.  I've read the first seven pages, and I      09:52

11   am down to page 2.  If -- on background.                   09:52

12              If there is a specific part that you could      09:52

13   direct me to, I have -- I'll be happy to go there.          09:52

14   BY MR. MAO:                                                 09:52

15       Q.    Sure.                                            09:52

16              So if you look at Exhibit A, which starts at     09:52

17   page 8, if you're paginating -- sorry -- page 9, if        09:52

18   you're paginating by .pdf, there's a section on            09:52

19   "Google's Discovery Deficiencies."  It's going to          09:52

20   be --                                                       09:53

21       A.    The .pdf page 9?  I'm sorry.                     09:53

22       Q.    Yeah, .pdf page 9.                               09:53

23       A.    So "Finding Facts, Google Discovery             09:53

24   Deficiency," yes, I see that.                              09:53

25       Q.    Okay.  There are three bullets under there.     09:53
```

Page 34

| | | |
|---|---|---|
| 1 | Okay? | 09:53 |
| 2 | A. Yes. | 09:53 |
| 3 | Q. Timely -- "Fail to timely disclose relevant | 09:53 |
| 4 | witnesses." There's going to be "Fail to disclose | 09:53 |
| 5 | existence of incognito detection bits." | 09:53 |
| 6 | A. Mm-hm. | 09:53 |
| 7 | Q. And then there's going to be "Court order | 09:53 |
| 8 | required Google to produce plaintiffs' data and | 09:53 |
| 9 | identify relevant data sources." | 09:53 |
| 10 | A. Okay. Which one would you like me -- or | 09:53 |
| 11 | which one -- | 09:53 |
| 12 | Q. I think you're going to need to read that | 09:53 |
| 13 | entire subsection, "Google's Discovery Deficiencies." | 09:53 |
| 14 | A. Okay. | 09:53 |
| 15 | Q. And "Findings of the Fact." Because I'm | 09:53 |
| 16 | going to ask you -- it's going to be relevant for my | 09:53 |
| 17 | questions to you about your analysis. | 09:53 |
| 18 | A. Okay. And -- | 09:53 |
| 19 | Q. Take your time. | 09:53 |
| 20 | A. Interestingly, I was almost there, | 09:53 |
| 21 | meaning -- | 09:53 |
| 22 | Q. Of course. | 09:53 |
| 23 | A. -- I was almost at this page, which is I | 09:53 |
| 24 | guess good. | 09:53 |
| 25 | And I actually -- I think it was helpful for | 09:53 |

Page 35

| | | |
|---|---|---|
| 1 | me that I read -- scanned really quickly the first | 09:54 |
| 2 | seven pages, just to understand what this document is | 09:54 |
| 3 | about. | 09:54 |
| 4 | Q.   Yeah.  Well, I'm a little surprised you | 09:54 |
| 5 | don't have this so I do want you to take your time, | 09:54 |
| 6 | you know, so that we're asking questions to you fairly | 09:54 |
| 7 | and you can be precise. | 09:54 |
| 8 | A.   I'm at "Google's Discovery Deficiencies," | 09:55 |
| 9 | and I'm going through this section. | 09:55 |
| 10 | I think I'm done but let me again | 09:59 |
| 11 | double-check the pages of the section you asked me. | 09:59 |
| 12 | "Discovery Deficiencies" 9 to 16. | 09:59 |
| 13 | You said that pages 9 to 16; correct? | 09:59 |
| 14 | Q.   Yes. | 09:59 |
| 15 | A.   Let me see where I am. | 09:59 |
| 16 | Let me see already.  I'm on page 16, | 10:00 |
| 17 | "Required to Produce" -- | 10:00 |
| 18 | THE COURT REPORTER:  I'm sorry, Doctor, when | 10:00 |
| 19 | you speak to yourself, I need to hear it clearly or | 10:00 |
| 20 | not. | 10:00 |
| 21 | THE WITNESS:  I believe I should -- I | 10:00 |
| 22 | scanned all the way to page 33 so that we can move on, | 10:00 |
| 23 | and see if I really need to spend more time, I can | 10:00 |
| 24 | ask.  I don't want to just, you know... | 10:00 |
| 25 | /// | |

| | | |
|---|---|---|
| 1 | BY MR. MAO: | 10:00 |
| 2 | Q.   Sure.   Sure. | 10:00 |
| 3 | A.   So 23 is the last page, correct, | 10:00 |
| 4 | essentially? | 10:00 |
| 5 | Q.   Yeah.   Yeah. | 10:00 |
| 6 | A.   Okay. | 10:00 |
| 7 | Q.   Yeah. | 10:00 |
| 8 | So -- so let's be very precise. | 10:00 |
| 9 | Okay? | 10:00 |
| 10 | Looking at Exhibit 1, which is your report, | 10:00 |
| 11 | it is dated June 7, 2022. | 10:01 |
| 12 | A.   It is dated June 7, 2022, yes. | 10:01 |
| 13 | Q.   Did you finish your report on June 7, 2022? | 10:01 |
| 14 | A.   Around the date.  I was -- | 10:01 |
| 15 | Q.   Okay. | 10:01 |
| 16 | Here is where the precision is required: | 10:01 |
| 17 | On May 20th is when we received the | 10:01 |
| 18 | sanctions order.  You can verify that against | 10:01 |
| 19 | Exhibit No. 2. | 10:01 |
| 20 | My question to you, Professor -- | 10:01 |
| 21 | A.   Mm-hm. | 10:01 |
| 22 | Q.   -- is did you take into consideration the | 10:01 |
| 23 | findings that were issued on May 20th, 2022 into your | 10:01 |
| 24 | report? | 10:01 |
| 25 | MR. ANSORGE:  Objection.  Vague.  And calls | 10:01 |

Page 37

1    for a legal conclusion.                                    10:02

2    BY MR. MAO:                                               10:02

3        Q.   I'm asking because you said you've never         10:02

4    seen this document before, and that's what I'm trying     10:02

5    to understand.  I'm trying to reconcile the two.          10:02

6        A.   I've never seen this document before, to the     10:02

7    best of my recollection.  There are many, many, many      10:02

8    documents.                                                10:02

9            So what I can tell, going through this            10:02

10   document now, is that I didn't see something in           10:02

11   this -- in this document that would change what I say     10:02

12   in my report.                                             10:02

13           My understanding of what this document is         10:02

14   saying is that -- I'm not a legal expert -- excuse        10:02

15   me -- if I will not be super precise now -- is that       10:02

16   there were some logs that -- that Google produced some    10:03

17   logs with incognito bit.                                  10:03

18           And then, Mr. Mao, you I assume wrote some        10:03

19   objections, evidentiary objections, that called for      10:03

20   Google's request to strike some of this.  And             10:03

21   objections, I guess some others I don't know, but this    10:03

22   is what I saw at the beginning.                           10:03

23           There was also a discussion in the section        10:03

24   you asked me to look at, "Discovery Deficiencies,"        10:04

25   about whether it timely disclosed relevant witnesses.     10:04

Page 38

| | | |
|---|---|---|
| 1 | There were three witnesses that were excluded, I | 10:04 |
| 2 | think, something like that it said, that -- or that it | 10:04 |
| 3 | failed to disclose the existence of incognito bits. | 10:04 |
| 4 | My report is about the incognito detection | 10:04 |
| 5 | bits from a technical point of view.  When they are | 10:04 |
| 6 | set, what they may or may not mean, if they are or | 10:04 |
| 7 | they are not reliable with respect to Mr. Hochman's | 10:04 |
| 8 | report assertion that they are a reliable method to | 10:04 |
| 9 | detecting incognito mode. | 10:04 |
| 10 | And I have an opinion about this, in | 10:04 |
| 11 | particular opinion 8, and I couldn't see anything in | 10:05 |
| 12 | this 15 minutes that I've been going through this that | 10:05 |
| 13 | would change anything in opinion 8 of mine. | 10:05 |
| 14 | Q.   Right.  Right.  So let's get to that for a | 10:05 |
| 15 | moment; right? | 10:05 |
| 16 | This is what I'm trying to understand: | 10:05 |
| 17 | Remember, I asked you about -- about your source | 10:05 |
| 18 | files. | 10:05 |
| 19 | Okay? | 10:05 |
| 20 | What I'm trying to understand is before you | 10:05 |
| 21 | issued the report, okay, on June 7th, did you request | 10:05 |
| 22 | all the data sources at issue in this sanctions order? | 10:05 |
| 23 | Feel free to go through and look at the | 10:05 |
| 24 | sanctions order again because it lists a number of | 10:05 |
| 25 | logs and log sources. | 10:05 |

Page 39

```
 1              MR. ANSORGE:  Objection.  Form.              10:06

 2              THE WITNESS:  I can go through the list, but  10:06

 3    I can tell you already I very much doubt I will         10:06

 4    remember -- I very much doubt that I remember now       10:06

 5    every single string name of every single file.         10:06

 6              So can you repeat the question to             10:06

 7    understand?  I never said I won't file X, Y, Z.         10:06

 8    BY MR. MAO:

 9         Q.   That is the question.  The question I'm       10:06

10    going to have for you is how did you go about           10:06

11    selecting the data sources in which you considered?     10:06

12              Okay?                                         10:06

13              And what I'm pointing out is if you were      10:06

14    not, okay -- and this is not a question, because you    10:06

15    asked me a question, although this is my deposition.    10:06

16    I just want to facilitate the precision.                10:06

17              Okay?                                         10:06

18              If you were not told about this order on      10:06

19    May 20th, I'm trying to figure out whether and how you  10:06

20    got any of the sources at issue in this order where     10:06

21    the Court found that Google had withheld these sources  10:07

22    from the plaintiffs?                                    10:07

23              That's going to be my question.               10:07

24              So if you need to stop to look at the data,   10:07

25    do that.  If you need to stop to look at your sources,  10:07
```

Page 40

| | | |
|---|---|---|
| 1 | do that.  If you need to stop and go back and look at | 10:07 |
| 2 | your report, please do that. | 10:07 |
| 3 | MR. ANSORGE:  Objection to counsel | 10:07 |
| 4 | testifying.  Argumentative.  Compound. | 10:07 |
| 5 | Is there a question pending, Mr. Mao? | 10:07 |
| 6 | MR. MAO:  There is. | 10:07 |
| 7 | THE WITNESS:  Okay.  Can I ask you to | 10:07 |
| 8 | please rephrase your question because I don't | 10:07 |
| 9 | understand what you're asking me to -- | 10:07 |
| 10 | BY MR. MAO: | |
| 11 | Q.   Sure. | 10:07 |
| 12 | My question to you again is:  For the logs | 10:07 |
| 13 | at issue in this May 20th, 2022 sanctions order, were | 10:07 |
| 14 | the log sources part of your consideration of sources | 10:07 |
| 15 | considered for your June 7th report, 18 days later? | 10:07 |
| 16 | A.   I honestly do not know.  I don't know how I | 10:08 |
| 17 | can check this right now. | 10:08 |
| 18 | Q.   Please, that's what today is for.  Please | 10:08 |
| 19 | figure out for me.  Because my next question is going | 10:08 |
| 20 | to be how did you go about figuring that out before | 10:08 |
| 21 | the plaintiffs were given that data? | 10:08 |
| 22 | A.   Figuring what out?  I still don't | 10:08 |
| 23 | understand. | 10:08 |
| 24 | Q.   The relevant data sources. | 10:08 |
| 25 | You are a data scientist, aren't you, | 10:08 |

Page 41

| | | |
|---|---|---|
| 1 | Professor?  I'm trying to figure out how did you pick | 10:08 |
| 2 | your sources? | 10:08 |
| 3 | MR. ANSORGE:  Objection.  Argumentative. | 10:08 |
| 4 | Compound, and form. | 10:08 |
| 5 | THE WITNESS:  If you're asking about the | 10:08 |
| 6 | four source file listed in my report on Bates 207, | 10:08 |
| 7 | with respect to the first two that I recall, what has | 10:08 |
| 8 | happened is I asked to have two files with two | 10:09 |
| 9 | different Biscotti IDs for the corresponding | 10:09 |
| 10 | plaintiff -- I believe it was a plaintiff there -- for | 10:09 |
| 11 | the reasons of making an argument in my report.  And I | 10:09 |
| 12 | can also point out the paragraph where I am actually | 10:09 |
| 13 | referring to this. | 10:09 |
| 14 | So for these two, there are four source | 10:09 |
| 15 | files.  I can tell you now how I asked about the first | 10:09 |
| 16 | two. | 10:09 |
| 17 | BY MR. MAO: | 10:09 |
| 18 | Q.   Yeah.  But I don't want to get that. | 10:09 |
| 19 | You and I agree, right, for data analysis, | 10:09 |
| 20 | we start with the sources you select. | 10:09 |
| 21 | Do you and I disagree on that? | 10:09 |
| 22 | MR. ANSORGE:  Objection.  Form. | 10:09 |
| 23 | Argumentative. | 10:09 |
| 24 | THE WITNESS:  This is a very general | 10:09 |
| 25 | statement. | 10:09 |

Page 42

```
 1    BY MR. MAO:                                      10:10

 2         Q.   Right.                                 10:10

 3              So let me -- you expressed two big opinions,  10:10

 4    in my mind in your report, Professor.            10:10

 5              Okay?                                   10:10

 6              Which is that using Google's data, users  10:10

 7    cannot be identified.                            10:10

 8         A.   Mm-hm.                                  10:10

 9         Q.   And then use -- and then incognito mode  10:10

10    cannot be reasonably accurately detected.        10:10

11              Do you disagree with those two as being your  10:10

12    opinion?                                         10:10

13              MR. ANSORGE:   Objection.  Form.       10:10

14    Mischaracterizes Exhibit 1.                      10:10

15              THE WITNESS:   The two opinions that I  10:10

16    believe you are referring to are my opinion --  10:10

17              MR. MAO:  No, no.  Please stick to my  10:10

18    question, Professor.  Those are my questions.    10:10

19              Court reporter, can you please read back my  10:10

20    questions?                                       10:10

21                   (Court reporter reads back.)      10:11

22              THE WITNESS:  My -- as a matter of accuracy,  10:11

23    I would like to read the exact text title of the two  10:11

24    opinions I believe you are referring to from my  10:11

25    report.                                          10:11
```

Page 43

```
 1              Opinion -- it's because I don't want to use      10:11
 2    different words from the words I have put a lot of         10:11
 3    time to use and put down in my report, if you don't        10:11
 4    mind.                                                      10:11
 5              So opinion 1 says Mr. Hochman's --               10:11
 6    BY MR. MAO:                                                10:11
 7         Q.   No, no.  We're not doing that.  I can see        10:11
 8    your opinions on your report.                              10:11
 9              I'm simply asking --                             10:11
10              MR. ANSORGE:  Let him answer your questions,     10:11
11    Mr. Mao.                                                   10:11
12    BY MR. MAO:                                                10:11
13         Q.   -- is my characterization correct of your       10:11
14    opinions?                                                  10:11
15              MR. ANSORGE:  Mr. Mao, please wait --            10:11
16    BY MR. MAO:                                                10:12
17         Q.   If you disagree, please simply say you           10:12
18    disagree.                                                  10:12
19              MR. ANSORGE:  Mr. Mao, please let the            10:12
20    witness respond.  He was completed responding to your     10:12
21    questions.  Clearly in the middle of a sentence.           10:12
22              THE WITNESS:  I want to make sure we are         10:12
23    talking about the same opinions.                           10:12
24              My understanding is that you are referring       10:12
25    to the following two opinions of mine:                     10:12
```

Page 44

```
 1            The first is what I call in my report        10:12
 2    opinion 1 and says "Mr. Hochman's opinion that users  10:12
 3    can readily be identified from the data at issue is   10:12
 4    incorrect."                                            10:12
 5            And the second opinion I believe is           10:12
 6    opinion 8, "Mr. Hochman's opinion that there may be   10:12
 7    Chrome incognito bit reliably detects incognito       10:12
 8    traffic is incorrect."                                10:12
 9            So your question about these two opinions of  10:12
10    mine is which one?  Could you please tell me what is  10:12
11    the question about those?                             10:12
12    BY MR. MAO:                                            10:12
13        Q.   Sure.  Let's stick to 1 and 8.  So let me    10:12
14    just rephrase your opinions there for a moment.       10:12
15            Okay?                                          10:13
16            Would you agree with me that "users can be    10:13
17    readily identified from the data at issue" is         10:13
18    incorrect?                                             10:13
19            MR. ANSORGE:  Objection.  Form and compound.  10:13
20            THE WITNESS:  This is getting very legal.     10:13
21    I'm not an expert in legal stuff.                     10:13
22            So my opinion says that "Mr. Hochman's        10:13
23    opinion that users can readily be identified from the 10:13
24    data at issue is incorrect."  So that's my opinion.   10:13
25    ///
```

Page 45

```
 1    BY MR. MAO:                                         10:13

 2         Q.   So what's incorrect?  Mr. Hochman's opinion   10:13

 3    or the fact that correct users can be readily        10:13

 4    identified --                                        10:13

 5         A.   Okay.  I am offering rebuttal to            10:14

 6    Mr. Hochman's report.  My opinion is that users cannot 10:14

 7    readily be -- so I am saying that it's incorrect to   10:14

 8    state that users can readily be identified from the   10:14

 9    data at issue.                                        10:14

10         Q.   Okay.  So let's stick with that for a       10:14

11    moment.                                               10:14

12              Okay?                                       10:14

13         A.   Okay.                                       10:14

14         Q.   Your opinion that users can be readily      10:14

15    identified from the data at issue is incorrect, you   10:14

16    and I do not disagree that that's your opinion.       10:14

17              Is that correct?                            10:14

18              MR. ANSORGE:  Objection.  Form.  Compound.  10:14

19              THE WITNESS:  In the context of my report -- 10:14

20    in the context of my report -- and I'm only saying    10:14

21    this because I don't understand all the legal nuances. 10:14

22    I just want to be accurate.                           10:14

23              My report is a rebuttal to Mr. Hochman's    10:14

24    report.  So all the opinions I'm expressing in my     10:14

25    report are, by definition, an opinion on whether      10:14
```

Page 46

| | | |
|---|---|---|
| 1 | something that Mr. Hochman is saying is correct or | 10:14 |
| 2 | incorrect. | 10:15 |
| 3 | BY MR. MAO: | 10:15 |
| 4 | Q.   That's what I asked you; right?  I asked you | 10:15 |
| 5 | very, very clearly, right, just a few minutes ago: | 10:15 |
| 6 | Are you saying that it's only Mr. Hochman's | 10:15 |
| 7 | opinion that is incorrect or the statement that users | 10:15 |
| 8 | can be readily identified from the data at issue? | 10:15 |
| 9 | MR. ANSORGE:  Objection.  Argumentative. | 10:15 |
| 10 | BY MR. MAO: | 10:15 |
| 11 | Q.   Or both? | 10:15 |
| 12 | MR. ANSORGE:  Compound.  Form. | 10:15 |
| 13 | BY MR. MAO: | 10:15 |
| 14 | Q.   Are you saying both -- both are incorrect? | 10:15 |
| 15 | MR. ANSORGE:  Objection.  Form. | 10:15 |
| 16 | THE WITNESS:  I don't -- I am saying that | 10:15 |
| 17 | Mr. Hochman's opinion that users can readily be | 10:15 |
| 18 | identified from the data at issue is incorrect. | 10:15 |
| 19 | I will also add to offer -- you know, so | 10:15 |
| 20 | that -- I don't see what is the difference?  I'm also | 10:15 |
| 21 | saying that based on all the, you know, data I have | 10:15 |
| 22 | seen, the documents I have read, the understanding | 10:16 |
| 23 | that I have about -- that were distributed systems | 10:16 |
| 24 | from all these years and in particular, this | 10:16 |
| 25 | particular system and this particular data at issue | 10:16 |

Page  47

| | | |
|---|---|---|
| 1 | that we are talking about, that users cannot readily | 10:16 |
| 2 | be identified from the data at issue.  And I explain | 10:16 |
| 3 | in multiple pages why I'm making this statement so -- | 10:16 |
| 4 | okay. | 10:16 |
| 5 | BY MR. MAO: | |
| 6 | Q.   Great.  We finally have a concession that | 10:16 |
| 7 | that is the broad statement you're making. | 10:16 |
| 8 | Now I'm going to ask you what is the basis | 10:16 |
| 9 | upon which you make that opinion? | 10:16 |
| 10 | Let's go back to the sanctions order. | 10:16 |
| 11 | Okay? | 10:16 |
| 12 | Again, my question to you is:  On the basis | 10:16 |
| 13 | of your statement saying that users can readily be | 10:16 |
| 14 | identified from the data at issue is incorrect, did | 10:16 |
| 15 | you actually look at and assess the data source at | 10:16 |
| 16 | issue in the sanctions order? | 10:17 |
| 17 | MR. ANSORGE:  Objection.  Argumentative. | 10:17 |
| 18 | Compound, and form. | 10:17 |
| 19 | BY MR. MAO: | 10:17 |
| 20 | Q.   Take the time you need to verify the | 10:17 |
| 21 | sources, Doctor.  I want an A in your class.  I want | 10:17 |
| 22 | to be able to tell my friend that I got an A in your | 10:17 |
| 23 | course.  Please, tell me, which sources did you | 10:17 |
| 24 | consider? | 10:17 |
| 25 | A.   I have -- | 10:17 |

Page  48

```
 1              MR. ANSORGE:  Objection.  Asked and          10:17

 2      answered.                                            10:17

 3              THE WITNESS:  I have considered everything   10:17

 4      that is listed on my report, and in particular       10:17

 5      appendix 8 has all the source that I have considered. 10:17

 6      So all the opinions I'm offering are using all the   10:17

 7      sources in appendix 8.  And there are a lot of       10:17

 8      sources.                                             10:18

 9              So, again, that's why I'm putting them down   10:18

10      and writing them in appendix 8 so there is no        10:18

11      controversy of what I have and I have not considered 10:18

12      to form my opinions.                                 10:18

13      BY MR. MAO:                                          10:18

14          Q.   Great.                                      10:18

15              So can we agree that if they are not listed  10:18

16      in your "Sources Considered" list, okay, they were not 10:18

17      part of the basis for your opinion?  Can we agree on 10:18

18      that?                                                10:18

19          A.   To the extent that there is no oversight    10:18

20      when we were compiling -- when I was compiling, since 10:18

21      I was taking this appendix 8, you could say that if  10:18

22      there was another source that could be put in        10:18

23      appendix 8, maybe it wasn't placed in the route of   10:19

24      oversight.                                           10:19

25              But, again, when I'm forming my opinions, I  10:19
```

Page  49

CONFIDENTIAL

```
 1    am also using my expertise formed throughout all these    10:19

 2    years, decades, on these type of systems.                 10:19

 3              So, again, I'm -- I'm really trying to           10:19

 4    understand.                                                10:19

 5              You see, am I supposed to list in there          10:19

 6    every single paper, document, article, book that I        10:19

 7    have read over the last 30 years that I've been           10:19

 8    working in this field?  Proposal, et cetera,              10:19

 9    et cetera, all these are sources that are forming my      10:19

10    expertise on the matter.                                  10:20

11              So you see, I'm -- my understanding of what     10:20

12    I'm putting in this appendix is I am putting specific     10:20

13    things -- do you see what I'm trying to say here?  I      10:20

14    don't know --                                             10:20

15        Q.    No.  I actually don't, because I now have       10:20

16    questions about regarding when you got data sources.      10:20

17              Did you get any data sources after May 20th,    10:20

18    2022?  Did you get any new data sources after            10:20

19    May 20th, 2022?                                           10:20

20        A.    I don't remember if I got data sources after    10:20

21    that day.  You said May 20th --                           10:20

22        Q.    20th, 2022 --                                   10:20

23        A.    I honestly don't know.  I don't remember.       10:20

24    I -- I remember it was towards the end of May.            10:20

25              Again, I remember it was -- it must be          10:21
```

Page 50

| | | |
|---|---|---|
| 1 | towards the end of May that I have asked for these | 10:21 |
| 2 | analysis. | 10:21 |
| 3 | Q.   Let's make this easier. | 10:21 |
| 4 | When is the last time you got new data | 10:21 |
| 5 | sources? | 10:21 |
| 6 | A.   To the best of my recollection, a couple of | 10:21 |
| 7 | days before the June 7th deadline. | 10:21 |
| 8 | Q.   And after the June 7 deadline, did you get | 10:21 |
| 9 | any new data sources? | 10:21 |
| 10 | A.   I do not think so, to the best of my | 10:21 |
| 11 | recollection.  So once I submitted my report, I don't | 10:21 |
| 12 | remember requesting additional data analysis and that | 10:22 |
| 13 | receiving data sources to the best of my recollection | 10:22 |
| 14 | again. | 10:22 |
| 15 | Q.   Do you have a record and trail of when you | 10:22 |
| 16 | receive data sources, if I make a request? | 10:22 |
| 17 | MR. ANSORGE:  Objection.  Vague, form, and | 10:22 |
| 18 | compound. | 10:22 |
| 19 | THE WITNESS:  I don't know what would be a | 10:22 |
| 20 | record trail.  I can tell you I have -- I recall | 10:22 |
| 21 | sending e-mails to counsel.  I'm not sure whether this | 10:22 |
| 22 | is privileged or not.  I'm not a lawyer.  You guys | 10:23 |
| 23 | have to figure that out.  Saying, ah, I would like | 10:23 |
| 24 | this run or can you run this test for me on this data, | 10:23 |
| 25 | you see.  And so if you are -- | 10:23 |

Page 51

1    BY MR. MAO:                                              10:23

2        Q.   If you have the data source, right, you        10:23

3    would have listed it in your report; correct?           10:23

4            MR. ANSORGE:   Objection.   Asked and answered   10:23

5    a number of times now, Mr. Mao.                          10:23

6    BY MR. MAO:                                              10:23

7        Q.   We've got seven hours with you, Professor.      10:23

8    I'm going to be going after this for a long time.        10:23

9        A.   So I -- if you -- okay.   So here is what --    10:23

10   I don't know if this is helpful for you, but I'm         10:24

11   really trying hard here to help as much as possible.     10:24

12       Q.   I appreciate it.                                10:24

13       A.   My report was submitted June 7th.   I           10:24

14   remember having back and forth, asking counsel to run    10:24

15   some tests on data all the way until the last couple     10:24

16   of days.   And hence this is after May -- you said what  10:24

17   was the date? -- I mean it's after towards the end of    10:24

18   May.   I don't remember the exact date you mentioned     10:24

19   earlier.                                                 10:24

20           I had and I have access to the data, but I       10:24

21   didn't want to use resources that I have through USC     10:24

22   to run experiments.                                      10:25

23           You understand why.   It's not allowed.   It's   10:25

24   not the right -- it's not within the policy of USC.      10:25

25           So I am instructed with very specific            10:25

                                              Page 52

| | | |
|---|---|---|
| 1 | instructions, some people from the counsel's side, to | 10:25 |
| 2 | run some analysis.  And I am referring to this | 10:25 |
| 3 | analysis in my report.  I offered to go through this. | 10:25 |
| 4 | You said you don't want to do it now.  That's fine. | 10:25 |
| 5 | And they did it. | 10:25 |
| 6 | So that's the most precise recollection of | 10:25 |
| 7 | the whole process that I'm giving you. | 10:25 |
| 8 | So I don't know if this answers your | 10:25 |
| 9 | question or if it at least helps. | 10:25 |
| 10 | Q.   And that's the entire process up to | 10:25 |
| 11 | June 7th; right? | 10:25 |
| 12 | MR. ANSORGE:  Objection.  Mischaracterizes | 10:25 |
| 13 | prior testimony. | 10:25 |
| 14 | THE WITNESS:  I don't know what you mean by | 10:25 |
| 15 | the entire process. | 10:25 |
| 16 | So when it comes to processing data -- let | 10:25 |
| 17 | me help this way:  When it comes to processing data, | 10:26 |
| 18 | whose findings -- whose results are in my report, the | 10:26 |
| 19 | process I recall following is the one I described. | 10:26 |
| 20 | BY MR. MAO: | 10:26 |
| 21 | Q.   Got it. | 10:26 |
| 22 | And the tests that you're referring to, | 10:26 |
| 23 | right, refer to your analysis against the sources you | 10:26 |
| 24 | listed in your report. | 10:26 |
| 25 | Isn't that correct? | 10:26 |

Page 53

```
 1        A.    Rather than going to the four sources          10:26

 2   because, as I said earlier, I don't really remember       10:26

 3   the last two sources, what exactly they are, but I do     10:26

 4   remember the first two sources, what they are, the        10:26

 5   reason being I could see them in appendix.                10:26

 6             They are referring to the analysis that I       10:27

 7   have done with respect to IP addresses, UAs, and UAs      10:27

 8   as it relates to -- I'm going to find the appendix to     10:27

 9   point it out to you again -- as it relates to             10:27

10   appendix D, and there could be other places in the        10:27

11   report.  I could go through paragraphs and just list      10:27

12   paragraphs for you.                                       10:27

13   BY MR. MAO:                                               10:27

14        Q.    I'm not asking for the paragraphs.             10:27

15             I'm asking for the sources in which you         10:27

16   actually ran tests against.  They're limited to what      10:27

17   was in your report.                                       10:27

18             Isn't that correct?                             10:27

19        A.    To the best of my understanding, yes.          10:27

20             Again, I'm answering this way because there     10:27

21   are so many documents and data sources, it's kind of      10:27

22   hard for me to follow all the legal steps that you        10:27

23   guys understand and I don't.                              10:27

24        Q.    Or is it that you don't understand because     10:28

25   you had your counsel run the tests for you?               10:28
```

Page 54

```
 1              MR. ANSORGE:  Objection.  Argumentative.        10:28

 2              THE WITNESS:  No.  This is --                   10:28

 3              MR. MAO:  That's actually in the record.        10:28

 4    BY MR. MAO:                                               10:28

 5        Q.   Did you run the test yourself, Professor, or     10:28

 6    did you have your counsel run the test?                   10:28

 7        A.   So let me answer your first question first.      10:28

 8              No, it is not because I had my counsel run      10:28

 9    the test for me.                                          10:28

10              And the reason why this is not the case is      10:28

11    because, as I said, I oversaw the experiments.  And       10:28

12    the only reason why I didn't run the experiments          10:28

13    myself is because I didn't want to use the computing      10:28

14    facilities that I have to my disposal myself, which is    10:28

15    that of USC, and that wouldn't be proper.                 10:28

16              But I did send very specific instructions       10:28

17    about what to run.                                        10:28

18              So, no, this is not the reason why.             10:28

19              Could you please now repeat the second          10:28

20    question after this one?  There was another question.     10:29

21    Maybe you can re- --                                      10:29

22    BY MR. MAO:                                               10:29

23        Q.   Yeah.                                            10:29

24              I'm just trying to figure out:  Who actually    10:29

25    ran the test; you or your counsel?                        10:29
```

                                                    Page 55

```
 1        A.   As I said, it was me who oversaw the tests,      10:29
 2    asked specifically what needs to be done, gave            10:29
 3    specific instructions.                                    10:29
 4             And if you don't mind me drawing the             10:29
 5    parallel here, this is how I have been running            10:29
 6    experimental tests for the last 20 years that I've        10:29
 7    been a professor.                                         10:29
 8             So I have my Ph.D. students and I tell them      10:29
 9    I would like this test to be conducted. I explain what    10:29
10    needs to be done.  I give instructions.  They send me     10:29
11    the results back and -- because this also happened in     10:29
12    this case.  That's why I'm giving there's a parallel.     10:29
13             And then I say, well, why this looks like        10:29
14    that?  Is this exactly what you did?  Is this what you    10:30
15    did?  Is this what you did?                               10:30
16             And then they give back and get back to me      10:30
17    with some other numbers.                                  10:30
18             So I pretty much followed the exact same        10:30
19    process.                                                  10:30
20             I guess -- does this shed some light on the     10:30
21    process?  So I --                                         10:30
22        Q.   Yeah.  But I'm --                                10:30
23        A.   You're saying -- so just to -- I am in          10:30
24    charge of the tests.  The same way I am in charge of     10:30
25    the tests in the context of me being a faculty and a     10:30
```

Page 56

```
 1    Ph.D. advisor of a number of Ph.D. students.  And I      10:30
 2    get a very large grant from the government, from the     10:30
 3    industry.  I am in charge.  I have my students helping   10:30
 4    me.                                                       10:30
 5           I guess similarly with, Mr. Hochman.  I           10:30
 6    don't know actually how he operates.  But my             10:30
 7    understanding is that he has some people working for     10:30
 8    him.  So I don't know --                                 10:30
 9       Q.   Again, I'm asking about yours.                   10:30
10           Okay?                                             10:30
11           Please don't burn my time on extraneous          10:30
12    answers.                                                  10:30
13           All I'm simply asking is who ran the tests       10:30
14    for you; right?                                           10:30
15           MR. ANSORGE:  Mr. Mao --                          10:31
16    BY MR. MAO:                                               10:31
17       Q.   Who ran the tests for you?                       10:31
18           MR. ANSORGE:  Objection.  Argumentative.         10:31
19    Please let the witness answer your questions.  And       10:31
20    asked and answered.  You've been asking the same         10:31
21    question repeatedly.  So when it comes to burning        10:31
22    time, I think you should consider what you're using      10:31
23    your time for.                                            10:31
24    BY MR. MAO:                                               10:31
25       Q.   Let me ask you, Professor.                       10:31
```

Page 57

```
 1              Do you or do you not know whether or not the      10:31
 2   data sources listed in the sanctions order is actually      10:31
 3   part of your report in terms of sources considered?         10:31
 4   That's a simple yes-or-no question.  Do you or do you       10:31
 5   not know?                                                    10:31
 6        A.   I do not remember.  As I said multiple            10:31
 7   times, it's a big report.  It's been a lot of               10:31
 8   documents.  I do not remember right now its source          10:31
 9   file listed in my report, what it corresponds to.  I        10:31
10   do remember what is the first two, as I said, but not       10:31
11   the other two.                                              10:31
12        Q.   The first two, as in the first two listed on      10:31
13   your report, or the first two listed on the sanctions       10:32
14   order?                                                       10:32
15        A.   The first two listed on my report.                10:32
16              Source files, it has four bullets; right?  I     10:32
17   remember --                                                  10:32
18        Q.   Yes.                                               10:32
19        A.   -- the first two.  I don't remember about         10:32
20   the other two.  That's --                                    10:32
21        Q.   Right.                                             10:32
22              So do you know whether or not any of those       10:32
23   four files are files referenced in the sanctions            10:32
24   order?                                                       10:32
25        A.   I wouldn't know.  And if you want me -- you       10:32
```

Page 58

| | | |
|---|---|---|
| 1 | could point me to specific page in the sanctions order | 10:32 |
| 2 | to see if I can somehow figure it out now.  I'm not | 10:32 |
| 3 | trying to -- | 10:32 |
| 4 | Q.   Sure.  Sure.  Yeah, yeah, yeah.  That's | 10:32 |
| 5 | fair.  So let's do that.  Let's go back to Exhibit 2. | 10:32 |
| 6 | A.   Okay. | 10:32 |
| 7 | Q.   Sorry.  I've got the wrong exhibit up. | 10:32 |
| 8 | Okay.  Going back to -- let's go to | 10:33 |
| 9 | page 19 -- I'm sorry -- page 28 of the .pdf, | 10:33 |
| 10 | paragraph 92 of the order. | 10:33 |
| 11 | A.   Page -- what page on .pdf?  I'm sorry? | 10:33 |
| 12 | Q.   It's 29 of the .pdf. | 10:33 |
| 13 | A.   Page 29 on the .pdf.  19; right? | 10:33 |
| 14 | Q.   92.  Paragraph 92. | 10:33 |
| 15 | A.   92.  I am there.  Yes. | 10:33 |
| 16 | Please go ahead. | 10:33 |
| 17 | Q.   Okay.  You see how it refers to ▆ logs in | 10:33 |
| 18 | which there is Chrome incognito, and that is Chrome | 10:33 |
| 19 | non-incognito fields in the logs in 2017? | 10:34 |
| 20 | A.   Yes.  "Specifically in connection with the | 10:34 |
| 21 | Google referred -- (reading to self) any of the ▆ | 10:34 |
| 22 | logs in which the -- in the fields have been logged | 10:34 |
| 23 | since 2017... | 10:34 |
| 24 | (Witness reading to self.) | 10:34 |
| 25 | THE WITNESS:  ...all but ▆ of the ▆ | 10:34 |

Page 59

```
 1    logs -- have been logged since June.                    10:34

 2           Okay.  So your question is whether in my          10:34

 3    analysis -- can you repeat now me question about         10:34

 4    this --                                                   10:34

 5    BY MR. MAO:                                               10:34

 6      Q.    Sure, sure, sure.                                 10:34

 7            Those ■ logs there --                             10:34

 8      A.    Mm-hm.                                            10:34

 9      Q.    -- okay, with incognito bits --                   10:34

10      A.    Okay.                                             10:34

11      Q.    -- which of those logs were part of your         10:34

12    analysis in your report?                                 10:34

13      A.    I don't remember honestly which of those         10:34

14    ■ logs have been analyzed in the context of my          10:34

15    report.                                                   10:34

16            But as I said at the very, very beginning of     10:34

17    this line of questions, there is nothing in my report   10:35

18    that would change because of not looking at all the     10:35

19    ■ logs.  There is -- these logs are either what they    10:35

20    are called P logs or B logs.  And I will be happy to    10:35

21    explain to you the difference between the two because   10:35

22    it's a technical issue.                                   10:35

23            And regardless of whether it's a P log or a      10:35

24    B log, there is specific logic on the system with       10:35

25    respect to how there may be Chrome incognito bit is     10:35
```

Page 60

| | | |
|---|---|---|
| 1 | set, what it may or it may not mean, why is it there | 10:35 |
| 2 | or it is not there, and so on. | 10:36 |
| 3 | And since I have reviewed very carefully the | 10:36 |
| 4 | system itself and how it deals with this particular | 10:36 |
| 5 | bit, looking at the subset of these ▇ logs is enough | 10:36 |
| 6 | for me to make a solid opinion with respect to this | 10:36 |
| 7 | particular bit, how it's used, how it's set, what it | 10:36 |
| 8 | means, what it doesn't mean.  So -- | 10:36 |
| 9 | Q.   So did you actually look at the code for the | 10:36 |
| 10 | bit? | 10:36 |
| 11 | MR. ANSORGE:  Will you please let him finish | 10:36 |
| 12 | answering, Mr. Mao? | 10:36 |
| 13 | THE WITNESS:  And the exact same analysis | 10:36 |
| 14 | that I have in my report -- and, again, I will be more | 10:36 |
| 15 | than happy to go through this but I don't want to jump | 10:36 |
| 16 | on it if you don't want me to -- calls for all the | 10:36 |
| 17 | ▇ logs.  There will be no difference whatsoever | 10:36 |
| 18 | between one log or the other log. | 10:37 |
| 19 | BY MR. MAO: | 10:37 |
| 20 | Q.   Let's get specific then. | 10:37 |
| 21 | Go page 17 of Exhibit 2, .pdf 17. | 10:37 |
| 22 | A.   Okay.  Page 1 of the .pdf or of the -- | 10:37 |
| 23 | Q.   The .pdf. | 10:37 |
| 24 | A.   The .pdf. | 10:37 |
| 25 | I am there, yes. | 10:37 |

Page 61

1    Q.   Where do these logs appear in your report as    10:37
2    a source in which you ran tests?    10:37
3    A.   I never said that I have run tests in all of    10:37
4    these logs.    10:37
5    Q.   Okay.  Did you run tests against any of    10:37
6    these logs?    10:37
7    A.   I'm trying to remember.  I have to go    10:37
8    through them one by one, but --    10:37
9    Q.   Go ahead.  Please do that.    10:37
10    A.   I will.    10:37
11        But let me also say that there is -- okay.    10:37
12        The opinion -- I assume that this discussion    10:38
13    is about the maybeChromeincognito field.  And    10:38
14    everything I say in my report about the    10:38
15    maybeChromeincognito field is based on the totality of    10:38
16    all the documents that I have listed, all the sources    10:38
17    that I have listed -- not just the source code.  All    10:38
18    the sources that I have listed on my report.    10:38
19        And I'm absolutely confident that what I say    10:38
20    about the maybeincognito -- Chromeincognito field on    10:38
21    my report with respect to what it means, how it is    10:38
22    said, what it doesn't mean, what is its purpose,    10:38
23    et cetera, et cetera, is absolutely precise.    10:38
24        And I can explain to you under all possible    10:38
25    scenarios that you would like to ask me how it is set,    10:39

Page 62

```
 1    what it means, why it is not set, everything.        10:39

 2          So that's the point here.  Whether I have      10:39

 3    run or I have not run myself or through counsel       10:39

 4    specific tests on these ■ logs, on the subset of      10:39

 5    these ■ logs, would have no effect on what I have     10:39

 6    written at this point because what I wrote is based on 10:39

 7    testimony from the engineers that wrote the source    10:39

 8    code, and they created the system on documents that   10:39

 9    they describe the architecture of the system in       10:39

10    detail.  And my complete understanding of how the     10:40

11    system operates with respect to the                   10:40

12    maybeChromeincognito field.                           10:40

13          Q.   So, Dr. Psounis, you raised something that's 10:40

14    very curious in this case.                            10:40

15          Okay?                                           10:40

16          Your counsel actually has not allowed           10:40

17    anybody to look at source code as part of this case.  10:40

18          All right?                                      10:40

19          So now I'm very curious.                        10:40

20          What source code are you talking about?         10:40

21          A.   I -- I never said I looked at source code. 10:40

22    I --                                                  10:40

23          Q.   Wait, wait, wait.                          10:40

24          MR. ANSORGE:  Mr. Mao, you need to wait a       10:40

25    minute.  You've been jumping on his answers,          10:40
```

Page 63

| | | |
|---|---|---|
| 1 | interrupting him far too much.  We've let it run for | 10:40 |
| 2 | quite a bit.  Please give him a moment to answer your | 10:40 |
| 3 | questions. | 10:40 |
| 4 | BY MR. MAO: | 10:40 |
| 5 | Q.   My question is source code. | 10:40 |
| 6 | A.   Right. | 10:40 |
| 7 | So the reason why I'm answering the words | 10:40 |
| 8 | source code is because you mentioned it a couple of | 10:40 |
| 9 | minutes ago.  You basically said -- I don't remember. | 10:40 |
| 10 | I'm sure the stenographer could repeat it, if you | 10:40 |
| 11 | would like, something about source code. | 10:40 |
| 12 | So if that's the only reason why I brought | 10:40 |
| 13 | it up and I said source code, that the Google | 10:40 |
| 14 | engineers, that they were deposed may be the ones that | 10:40 |
| 15 | wrote it.  I didn't say anything about me and the | 10:41 |
| 16 | source code.  I was referring to source code as an | 10:41 |
| 17 | engineer working in this field for like decades, | 10:41 |
| 18 | knowing that all this distributed network systems are | 10:41 |
| 19 | based on some source code.  That's what I meant. | 10:41 |
| 20 | Q.   Sure.  So let's be clear. | 10:41 |
| 21 | Did you look at any source code as part of | 10:41 |
| 22 | your analysis? | 10:41 |
| 23 | A.   I did not look at any Google source code as | 10:41 |
| 24 | part of my analysis. | 10:41 |
| 25 | Q.   Okay.  Did you look at any Google schemas as | 10:41 |

Page 64

| | | |
|---|---|---|
| 1 | part of your analysis? | 10:41 |
| 2 | MR. ANSORGE:  Objection.  Vague. | 10:41 |
| 3 | THE WITNESS:  Google -- would you please | 10:41 |
| 4 | repeat the word? | 10:41 |
| 5 | BY MR. MAO: | 10:41 |
| 6 | Q.   Log schemas. | 10:41 |
| 7 | MR. ANSORGE:  Objection.  Vague. | 10:41 |
| 8 | THE WITNESS:  Log -- what was the next -- | 10:41 |
| 9 | BY MR. MAO: | 10:41 |
| 10 | Q.   Log schemas. | 10:41 |
| 11 | A.   Log schemas? | 10:41 |
| 12 | Q.   Logging schemas, yes. | 10:41 |
| 13 | A.   I'm sorry.  I don't understand what you mean | 10:41 |
| 14 | by logging schemas. | 10:41 |
| 15 | You mean logs like -- | 10:41 |
| 16 | Q.   The schemas for the logs. | 10:41 |
| 17 | A.   I'm sorry.  I don't understand. | 10:41 |
| 18 | Q.   Do you -- sure. | 10:42 |
| 19 | I mean, you know what a schema is? | 10:42 |
| 20 | MR. ANSORGE:  Objection.  Vague. | 10:42 |
| 21 | BY MR. MAO: | 10:42 |
| 22 | Q.   S-c-h-e-m-a.  A schema. | 10:42 |
| 23 | A.   I do know what a schema is because it's | 10:42 |
| 24 | actually based on the Greek root.  It has a Greek | 10:42 |
| 25 | root, schema in Greek.  But I'm not sure -- I don't | 10:42 |

Page 65

| | | |
|---|---|---|
| 1 | understand what you mean by log schema. | 10:42 |
| 2 | Q.  Did you look at any of the schemas for any | 10:42 |
| 3 | of the log sources at issue in this case? | 10:42 |
| 4 | A.  I don't understand what is a log schema. | 10:42 |
| 5 | Q.  Are you aware that schemas were produced for | 10:42 |
| 6 | data sources for Google in this case? | 10:42 |
| 7 | MR. ANSORGE:  Objection. | 10:42 |
| 8 | BY MR. MAO: | 10:42 |
| 9 | Q.  I'm not trying to trick you.  I'm literally | 10:42 |
| 10 | telling you that they were produced. | 10:42 |
| 11 | So my question is whether or not you looked | 10:42 |
| 12 | at them? | 10:42 |
| 13 | A.  I am aware that there were logs produced for | 10:42 |
| 14 | this case.  I'm not sure what log schemas is. | 10:43 |
| 15 | Q.  So structure fields, structure field lists. | 10:43 |
| 16 | Are you aware that that was produced in the | 10:43 |
| 17 | case? | 10:43 |
| 18 | A.  Structured... | 10:43 |
| 19 | MR. ANSORGE:  I'm sorry, Dr. Psounis.  Can | 10:43 |
| 20 | you just wait a moment for me to lodge my objections? | 10:43 |
| 21 | THE WITNESS:  I'm sorry. | 10:43 |
| 22 | MR. ANSORGE:  Objection.  Vague and | 10:43 |
| 23 | ambiguous. | 10:43 |
| 24 | THE WITNESS:  Can you please repeat? | 10:43 |
| 25 | Structured... | 10:43 |

Page 66

```
 1    BY MR. MAO:                                          10:43

 2         Q.    Structured field lists.                   10:43

 3              My question is simply did you look at any  10:43

 4    such things for that in this case?                   10:43

 5         A.    Do you have an example that you could show 10:43

 6    me so that maybe I can tell you I have seen something 10:43

 7    like that or not?  So that I --                      10:43

 8         Q.    No.  Well, because I'm asking -- it's     10:44

 9    actually important to understand whether or not you  10:44

10    looked at it.                                        10:44

11         A.    But --                                    10:44

12         Q.    -- if you didn't look at source code, right, 10:44

13    and I'm trying to understand whether or not you      10:44

14    actually looked at the field structures for specific 10:44

15    data sources in the case.                            10:44

16              MR. ANSORGE:  Objection.  Form.  Asked and 10:44

17    answered.                                            10:44

18              THE WITNESS:  I am still trying to         10:44

19    understand.  I would have to hypothesize about what  10:44

20    you mean.  I'm not trying not to answer.  To         10:44

21    hypothesize about what you mean by log schemas.  So if 10:44

22    do you have an example, please show it to me because 10:44

23    this is going to just help us move on.  I have looked 10:44

24    at logs --                                           10:44

25    ///
```

Page 67

CONFIDENTIAL

```
 1    BY MR. MAO:                                        10:44

 2        Q.   Are you aware of being provided any schemas   10:44

 3    in this case?                                      10:45

 4        A.   I --                                      10:45

 5             MR. ANSORGE:  Objection.  Asked and       10:45

 6    answered.  And vague and ambiguous.                10:45

 7             MR. MAO:  Part of the court order,         10:45

 8    Mr. Ansorge.                                       10:45

 9    BY MR. MAO:                                        10:45

10        Q.   Have you looked at any schemas for any data   10:45

11    sources in this case?                              10:45

12        A.   Without me fully understanding what schemas   10:45

13    means, I cannot give an accurate answer to this    10:45

14    question.                                          10:45

15        Q.   Okay.  Let me give you the Court order.   10:45

16             So it's not going to be Exhibit 3.  It's  10:45

17    going to be Exhibit 4.                             10:45

18             Okay?                                     10:46

19             And we'll go back to Exhibit 3 in a little   10:46

20    bit.                                               10:46

21        A.   Exhibit 4 you said?                       10:46

22                      (Plaintiffs' Exhibit 4 was       10:46

23                      marked for identification.)      10:46

24             MR. MAO:  Mm-hm.  Exhibit 4 is a          10:46

25    transmission dated November 12, 2021.              10:46
```

Page 68

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm sorry.  Let me find it | 10:46 |
| 2 | out.  I thought I opened it up.  But maybe I need to | 10:46 |
| 3 | refresh my -- ah, okay.  Yes.  Exhibit 4. | 10:46 |
| 4 | Fax transmission.  Yes, I am there. | 10:46 |
| 5 | Go ahead. | 10:46 |
| 6 | BY MR. MAO: | 10:46 |
| 7 | Q.   Okay.  If you scroll down to page 5, which | 10:46 |
| 8 | is the order for the Brown case -- | 10:46 |
| 9 | A.   Mm-hm.  Yes.  I'm reading the order.  I'm | 10:46 |
| 10 | reading line 13 now. | 10:46 |
| 11 | Q.   Okay.  Yep. | 10:46 |
| 12 | So you see this order -- | 10:46 |
| 13 | A.   Mm-hm. | 10:47 |
| 14 | Q.   And -- | 10:47 |
| 15 | A.   Should I look at the exhibit or. | 10:47 |
| 16 | Q.   You should look at these two pages, 5 and 6. | 10:47 |
| 17 | A.   Okay. | 10:47 |
| 18 | Q.   And the word "schema" appeared here. | 10:47 |
| 19 | MR. ANSORGE:  And, Doctor, assuming that | 10:47 |
| 20 | you're not familiar with this document, you're well | 10:47 |
| 21 | within your rights to familiarize yourself with it. | 10:47 |
| 22 | MR. MAO:  Yeah.  I mean, go ahead and take a | 10:47 |
| 23 | look. | 10:47 |
| 24 | BY MR. MAO: | 10:47 |
| 25 | Q.   Okay.  So you see under No. 3 there: | 10:47 |

Page 69

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "Accordingly, within four days of the | 10:48 |
| 2 | date of this order, Google is to provide | 10:48 |
| 3 | to the special master full schemas, a list | 10:48 |
| 4 | of all fields and their descriptions, a | 10:48 |
| 5 | list of tools used to search the | 10:48 |
| 6 | respective data sources." | 10:48 |
| 7 | A.   Can you please tell me the full -- | 10:48 |
| 8 | Q.   Yeah. | 10:48 |
| 9 | A.   -- the line number? | 10:48 |
| 10 | Q.   .pdf page 8. | 10:48 |
| 11 | A.   And line number? | 10:48 |
| 12 | Q.   Starting with 3. | 10:48 |
| 13 | A.   .pdf 8.  Okay.  I didn't download this one. | 10:48 |
| 14 | Okay.  .pdf page 8, 1 to 3.  Is this what | 10:48 |
| 15 | you mean? | 10:48 |
| 16 | Q.   Mm-hm. | 10:48 |
| 17 | A.   Okay. | 10:48 |
| 18 | Q.   This is a Court order. | 10:48 |
| 19 | A.   Full schemas.  Yes. | 10:48 |
| 20 | Q.   Okay.  Right. | 10:48 |
| 21 | My question -- | 10:48 |
| 22 | A.   If schemas is a list of all fields with | 10:48 |
| 23 | their descriptions, then I can tell you what this is. | 10:48 |
| 24 | Are schemas a list of all fields with their | 10:48 |
| 25 | descriptions or -- | 10:48 |

Page 70

1    Q.   Yes.  Yes.  Let's use that.                    10:48

2    A.   So when I'm looking at logs, usually at the    10:49

3  top of the logs, you could have a way to have fields  10:49

4  with their descriptions, or in a separate file -- I   10:49

5  don't know if this is what schemas you're referring   10:49

6  to.  Somebody may say this is a log that has, for     10:49

7  example, two columns.  Column 1 is your name.         10:49

8  Column 2 is your birth date.                          10:49

9       If this is what you're asking, I -- when I       10:49

10 was looking through the logs, I was aware of what     10:49

11 it's -- so let me say this as follows:                10:49

12      Logs consist of data logs or datasets            10:49

13 consist of multiple entries.  Each entry              10:49

14 essentially -- each row is a separate data point in   10:50

15 the dataset or a separate -- you want to call it line, 10:50

16 row, input, entry on the log.                         10:50

17      Now, usually the way they are structured is      10:50

18 that each of these lines or rows may consist of       10:50

19 multiple subentries, numbers, strings, whatnot.       10:50

20      So when we talk about fields with their          10:50

21 descriptions, we usually mean that if, for example,   10:50

22 you have a row with, let's say, four fields, so       10:50

23 essentially there are four columns on this big data   10:50

24 log, some would say, okay, what does the first field  10:50

25 mean?  What is it?                                     10:50

Page 71

```
 1              So I would assume that this is what you have      10:50
 2    been asking me.  And when I look at the log, let's say     10:51
 3    P log and B log, right, so there are different things      10:51
 4    that they are -- multiple things that they are there       10:51
 5    at each log.                                                10:51
 6              For example, if you look at the -- log --         10:51
 7    some of the logs, as you have -- some of the Google's       10:51
 8    logs that you have pointed out yourself, and my             10:51
 9    understanding is that this motion is about whether          10:51
10    Google has produced all such logs or not.  Some of         10:51
11    these logs are at each of these rows that I'm               10:51
12    describing, they may have as a field, the value, the       10:51
13    bit value, of the maybeChromeincognito.                     10:51
14              And I'm getting back to this because my           10:51
15    understanding is that this is what you are interested      10:51
16    in.  That's the only reason.                                10:51
17         Q.   Yeah, yeah, yeah.  Right.                         10:51
18              So what I'm interested in and -- Professor,       10:52
19    is whether or not you asked for all of these available     10:52
20    fields for the data sources in which you considered?       10:52
21              MR. ANSORGE:  Objection.  Vague.  Form.           10:52
22              And when you get a chance, Counsel, we're         10:52
23    almost at two hours.  It would be great to have break.     10:52
24              THE WITNESS:  Every time I look at logs, any      10:52
25    logs, either for this case or for my research, I make      10:52
```

Page 72

| | | |
|---|---|---|
| 1 | sure I understand what the logs are about. | 10:52 |
| 2 | So the most accurate answer would be what I | 10:52 |
| 3 | just said.  So, you know, you ask for all the fields. | 10:52 |
| 4 | I make sure whenever I see a dataset that I understand | 10:52 |
| 5 | exactly what it's -- you know, field these, and in | 10:53 |
| 6 | that case, too, when I look at datasets, logs, I would | 10:53 |
| 7 | have an understanding of what each of the fields at | 10:53 |
| 8 | each row is. | 10:53 |
| 9 | BY MR. MAO: | |
| 10 | Q.   Right.  But -- | 10:53 |
| 11 | A.   Otherwise I would have asked for | 10:53 |
| 12 | clarification. | 10:53 |
| 13 | You see what I mean? | 10:53 |
| 14 | I don't want to say I explicitly asked for | 10:53 |
| 15 | these schemas. | 10:53 |
| 16 | But the point is when I look at the log and | 10:53 |
| 17 | I go at column 5, right, and I say, "Oh, what is this | 10:53 |
| 18 | number now?  What does this mean," I would ask, "What | 10:53 |
| 19 | does this mean?" | 10:53 |
| 20 | And then I guess they would send me a schema | 10:53 |
| 21 | or they may say, "Ah, this is what it means." | 10:53 |
| 22 | Does this help you? | 10:53 |
| 23 | Q.   It does.  But I'm going back to Exhibit 4; | 10:53 |
| 24 | right?  Because what Exhibit 4 says: | 10:53 |
| 25 | "Google is to provide to the special | 10:53 |

Page 73

CONFIDENTIAL

 1          master full schemas a list of all fields"        10:53

 2          in caps "with their descriptions."               10:53

 3                  And what I'm asking you is:  Did you analyze    10:53

 4      that type of full schema as part of your opinion for    10:53

 5      all the data sources in which you considered?         10:54

 6                  MR. ANSORGE:  Objection.  Compound.  Asked    10:54

 7      and answered a number of times now.  And foundation as    10:54

 8      well.  And calls for legal conclusion.                10:54

 9                  And whenever you find a natural stopping    10:54

10      point, Mr. Mao, it would be great to have a break.    10:54

11      BY MR. MAO:                                           10:54

12          Q.   Please answer my question, Professor.        10:54

13          A.   I'm trying to --                             10:54

14          Q.   Go ahead and look at that order again,       10:54

15      please.                                               10:54

16          A.   No.  My understanding is that I already      10:54

17      answered this, but I'm trying to paraphrase it in a    10:54

18      way that both of us are happy; right?  I don't want to    10:54

19      make -- I don't this to look as if I'm -- so the      10:54

20      analysis that I have conducted is take -- when -- the    10:54

21      analysis that I have conducted using logs is taking    10:55

22      into consideration all the information inside these    10:55

23      logs.                                                 10:55

24                  How about that?                           10:55

25                  I could answer yes to your question.  Yes, I    10:55

                                                    Page 74

```
 1   have considered everything, but since I can't --        10:55

 2         Q.   No, no, no, no.  But my question -- okay.     10:55

 3         A.   You see --                                    10:55

 4         Q.   Have you requested -- have you requested --   10:55

 5   have you requested -- okay.  Have you requested full     10:55

 6   schemas with a list of all fields and their              10:55

 7   descriptions for each of the data sources in which you   10:55

 8   considered and listed in your report?                    10:55

 9         MR. ANSORGE:  Objection.  Asked and answered        10:55

10   a number of times now.                                   10:55

11         Love that break when you get a chance,              10:55

12   Mr. Mao.                                                  10:55

13         THE WITNESS:  If -- how about that?  If I           10:55

14   had any doubt about any data entry in any of the logs    10:55

15   I have looked at any point in time, I can assure you     10:55

16   that for sure I have requested additional information    10:56

17   to make sure that I have a complete understanding of     10:56

18   all the data points inside the log that I have been      10:56

19   looking at.                                              10:56

20         And I believe this is the essence here.  It        10:56

21   is not the case ever that I was drawing conclusions      10:56

22   from a log whose contents I don't fully understand.      10:56

23   BY MR. MAO:                                              10:56

24         Q.   But have you -- have you run across any        10:56

25   logs, okay, in which you do not believe that the full    10:56
```

Page 75

```
 1    schema was reflected?                              10:56

 2          MR. ANSORGE:  Objection.  Vague.  Compound.  10:56

 3          THE WITNESS:  I don't think so.  I           10:57

 4    wouldn't -- you mean somebody change the logs?     10:57

 5    Somebody messed with the logs and gave me...       10:57

 6    BY MR. MAO:                                         10:57

 7      Q.  Or the logs you're reviewing is not the full 10:57

 8    log.  That's what I'm asking.                      10:57

 9      A.    Somebody -- yes.                            10:57

10      Q.    I'm trying to understand whether or not when 10:57

11    you looked at all the data sources, you said, "Hey, 10:57

12    can you make sure you give me the full log?"        10:57

13      A.    Okay.  Now I understand --                  10:57

14          MR. ANSORGE:  Mr. Mao, asked and answered.    10:57

15    And please stop interrupting the witness.           10:57

16          MR. MAO:  I don't think so.  I think --       10:57

17          MR. ANSORGE:  He's trying to respond.         10:57

18          MR. MAO:  -- the effect here is very clear.   10:57

19    He's helping being elucidated so that we can actually 10:57

20    talk about and move on to the next topic.           10:57

21          MR. ANSORGE:  Right.  But I'm also thinking   10:57

22    of the court reporter who has been going for almost 10:57

23    two hours.  I think at some point pretty soon a break 10:57

24    would be appropriate.                               10:57

25          MR. MAO:  I'd like to just get through these  10:57
```

Page 76

| | | |
|---|---|---|
| 1 | questions.  Yeah. | 10:57 |
| 2 | THE WITNESS:  I do not -- I never felt or | 10:57 |
| 3 | thought that the logs I am being provided with are -- | 10:58 |
| 4 | you know, are not clear to me with respect to what | 10:58 |
| 5 | they mean and what they have. | 10:58 |
| 6 | And if you are alluding that somebody may | 10:58 |
| 7 | have removed parts of the log and gave them to me, | 10:58 |
| 8 | this is not a possibility that I have considered. | 10:58 |
| 9 | When somebody's giving me a log, and I'm | 10:58 |
| 10 | saying I would like to see this log, I would assume | 10:58 |
| 11 | that this is the log that I am to study.  If there is | 10:58 |
| 12 | a something -- | 10:58 |
| 13 | So have I every single time asked for what | 10:58 |
| 14 | you call a full schema? | 10:58 |
| 15 | Since I'm not an attorney and I'm not aware | 10:58 |
| 16 | of all these motions that you are presenting here, | 10:58 |
| 17 | right, you do understand that, I am not into -- as an | 10:59 |
| 18 | expert witness, a technical expert witness, I am not | 10:59 |
| 19 | into, right, make sense, saying -- | 10:59 |
| 20 | BY MR. MAO: | |
| 21 | Q.   Right. | 10:59 |
| 22 | A.   -- "Are you giving me the full log?" | 10:59 |
| 23 | Of course I'm getting the full log is my | 10:59 |
| 24 | understanding.  And if I see something that it's | 10:59 |
| 25 | weird, I would always bring this up. | 10:59 |

Page  77

| 1 | Q. Right. | 10:59 |
| 2 | A. So there's nothing that looked weird to me | 10:59 |
| 3 | in the logs that I have considered. | 10:59 |
| 4 | But I don't want, as a matter of precision, | 10:59 |
| 5 | use this particular wording I have used -- I have | 10:59 |
| 6 | forever seen a log, requested the full schema. | 10:59 |
| 7 | Because this full schema is not in my vocabulary. You | 10:59 |
| 8 | see what I mean? It's something that the Court | 10:59 |
| 9 | described like that in the context of this case for | 10:59 |
| 10 | you guys. You guys are the -- for the attorneys, the | 10:59 |
| 11 | lawyers, my counsel to handle. You understand what I | 10:59 |
| 12 | mean? | 10:59 |
| 13 | I am after this. So you guys figure out | 10:59 |
| 14 | whatever is going on and, then I'm -- I am a technical | 11:00 |
| 15 | expert; right? I'm saying can I have the logs, | 11:00 |
| 16 | please? And then I'm getting the logs. And then I'm | 11:00 |
| 17 | making sure I fully understand what is in the logs I'm | 11:00 |
| 18 | looking at. | 11:00 |
| 19 | I am assuming that you guys are talking to | 11:00 |
| 20 | each other and the Court and you are figuring out what | 11:00 |
| 21 | should and should -- hopefully this clarifies further. | 11:00 |
| 22 | BY MR. MAO: | 11:00 |
| 23 | Q. Right. | 11:00 |
| 24 | So all the logs you listed in your report | 11:00 |
| 25 | are all the logs in which you looked at. | 11:00 |

Page 78

1        Is that correct?                                    11:00

2            MR. ANSORGE:  Objection.  Mischaracterizes       11:00

3    prior testimony.                                         11:00

4            THE WITNESS:  I'm not sure about that            11:00

5    because there are a lot of logs.  Definitely I have      11:00

6    looked at the logs that I list in my report.  There     11:00

7    could be other logs, but I don't know.  I don't want     11:00

8    to say something and then mess up the legal stuff        11:00

9    because of my ignorance about the legal stuff.  You      11:00

10   understand?  I'm not a lawyer.                           11:00

11           I did my best to include on my report logs       11:00

12   that I have looked at.                                   11:01

13   BY MR. MAO:                                              11:01

14       Q.  And you do not believe that there is any         11:01

15   reason for you to ask for additional logs in addition    11:01

16   to what you have listed in your report in order to       11:01

17   clarify your analysis when you wrote your report.        11:01

18           Isn't that correct?                              11:01

19           MR. ANSORGE:  Objection.  Form.  Compound.       11:01

20           THE WITNESS:  In my report, I say that if        11:01

21   you have information -- again, I'm saying this -- I       11:01

22   believe what you're thinking -- but if new information   11:01

23   comes to light, I reserve the right to revisit,          11:01

24   et cetera, et cetera.                                    11:01

25           Based on the information I have seen up to       11:01

Page 79

| | | |
|---|---|---|
| 1 | this moment that I'm talking to you, I do not believe | 11:01 |
| 2 | that I need to request additional logs.  I believe | 11:01 |
| 3 | that what is in my report that we both have as of | 11:01 |
| 4 | June 7th is precise, accurate, and valid with all the | 11:02 |
| 5 | information I have received myself up to this moment | 11:02 |
| 6 | that we are talking. | 11:02 |
| 7 | BY MR. MAO: | |
| 8 |     Q.   Right. | 11:02 |
| 9 |        And your report, right, the last time in | 11:02 |
| 10 | which you received logs and sources was June 7, 2022. | 11:02 |
| 11 |        Is that correct? | 11:02 |
| 12 |        Because you wrote your opinion then. | 11:02 |
| 13 |        MR. ANSORGE:  Objection.  Mischaracterizes | 11:02 |
| 14 | prior testimony. | 11:02 |
| 15 |        And -- what about that break, Mr. Mao? | 11:02 |
| 16 |        THE WITNESS:  Maybe we should have a break. | 11:02 |
| 17 |        MR. ANSORGE:  We're at two hours. | 11:02 |
| 18 |        MR. MAO:  Wait, wait, wait.  We're pending a | 11:02 |
| 19 | question. | 11:02 |
| 20 |        Okay? | 11:02 |
| 21 |        Ms. Stenographer, can you please just read | 11:02 |
| 22 | back the question?  I'm just trying to finish this. | 11:02 |
| 23 |        (Court Reporter reads back.) | 11:02 |
| 24 |        THE WITNESS:  I remember something now. | 11:03 |
| 25 |        Okay.  I don't think that the last logs I | 11:03 |

Page 80

| | | |
|---|---|---|
| 1 | have reviewed were as of June 7th because I recall | 11:03 |
| 2 | seeing some -- seeing some logs after that about the | 11:03 |
| 3 | maybeincognitoChrome bit. | 11:03 |
| 4 | So the Exhibit 2 was saying that Google | 11:03 |
| 5 | didn't provide all the logs and there were additional | 11:04 |
| 6 | logs; correct? | 11:04 |
| 7 | BY MR. MAO: | 11:04 |
| 8 | Q.   Yeah.  They were sanctioned for that. | 11:04 |
| 9 | A.   Right. | 11:04 |
| 10 | Q.   Yes. | 11:04 |
| 11 | A.   I recall seeing -- I recall seeing a log | 11:04 |
| 12 | recently.  My understanding is that Google produced | 11:04 |
| 13 | some additional logs; right? | 11:04 |
| 14 | Q.   Yes.  In terms of the names identifying | 11:04 |
| 15 | them, yes. | 11:04 |
| 16 | A.   So I recall seeing parts of these additional | 11:04 |
| 17 | logs.  I believe they were produced after -- I don't | 11:04 |
| 18 | know, actually.  I don't want get into the dates | 11:04 |
| 19 | stuff.  I'm not a technical expert.  But I recall | 11:04 |
| 20 | seeing parts of this additional logs that Google | 11:04 |
| 21 | produced recently.  I don't know exactly when.  And | 11:04 |
| 22 | that was recent.  So it must be after -- it is after | 11:05 |
| 23 | June 7th. | 11:05 |
| 24 | Q.   Other than that, okay, are all the logs in | 11:05 |
| 25 | which you've seen listed in your June 7 report and | 11:05 |

Page 81

| | | |
|---|---|---|
| 1 | received by June 7th, 2022 for your report? | 11:05 |
| 2 | MR. ANSORGE:  Objection.  Mischaracterizes | 11:05 |
| 3 | prior testimony.  And asked and answered so many times | 11:05 |
| 4 | over now. | 11:05 |
| 5 | THE WITNESS:  So as I said, I did the best | 11:05 |
| 6 | job I could to list all the logs I have seen prior to | 11:05 |
| 7 | June 7th on my report dated June 7th.  But I cannot be | 11:05 |
| 8 | a hundred percent certain because there are so many | 11:05 |
| 9 | logs and so many documents that there is no other log | 11:05 |
| 10 | or data that I have seen that somehow failed to find | 11:05 |
| 11 | its way in the report.  I'm being entirely, you know, | 11:05 |
| 12 | accurate and... | 11:06 |
| 13 | MR. ANSORGE:  Mr. Mao, it's starting to | 11:06 |
| 14 | verge on harassment.  We're past two hours now. | 11:06 |
| 15 | MR. MAO:  You're -- we can take a break. | 11:06 |
| 16 | Your witness hasn't answered -- | 11:06 |
| 17 | MR. ANSORGE:  Absolutely -- | 11:06 |
| 18 | MR. MAO:  Yeah. | 11:06 |
| 19 | MR. ANSORGE:  -- he did.  And I've been | 11:06 |
| 20 | requesting -- | 11:06 |
| 21 | MR. MAO:  No, he did not. | 11:06 |
| 22 | MR. ANSORGE:  -- a break at least for the | 11:06 |
| 23 | last 20 minutes. | 11:06 |
| 24 | He did, and you can go and review the | 11:06 |
| 25 | testimony in the break. | 11:06 |

Page 82

| | | |
|---|---|---|
| 1 | But I think a break is appropriate for | 11:06 |
| 2 | everybody. | 11:06 |
| 3 | MR. MAO:  Sure.  Let's take a break.  I will | 11:06 |
| 4 | have questions. | 11:06 |
| 5 | Thank you. | 11:06 |
| 6 | THE WITNESS:  Thank you very much. | 11:06 |
| 7 | THE VIDEOGRAPHER:  Going off the record. | 11:06 |
| 8 | The time is 11:06 a.m. | 11:06 |
| 9 | (Break taken in proceedings.) | 11:06 |
| 10 | THE VIDEOGRAPHER:  Back on the record.  The | 11:20 |
| 11 | time is 11:20 a.m. | 11:20 |
| 12 | BY MR. MAO: | 11:20 |
| 13 | Q.  Hi, Professor. | 11:20 |
| 14 | Did you and Mr. Ansorge speak during the | 11:20 |
| 15 | break? | 11:20 |
| 16 | A.  We do have -- we had a brief chat.  He | 11:20 |
| 17 | reminded me to take my time reviewing documents, if I | 11:20 |
| 18 | have to. | 11:20 |
| 19 | Q.  Did you talk anything about the substance of | 11:20 |
| 20 | the case? | 11:20 |
| 21 | A.  No. | 11:20 |
| 22 | Q.  Did you talk about anything about the | 11:20 |
| 23 | substance of your testimony? | 11:20 |
| 24 | A.  No. | 11:20 |
| 25 | Q.  Okay.  So going back into Exhibit 2, if you | 11:20 |

Page 83

| | | |
|---|---|---|
| 1 | don't mind. | 11:21 |
| 2 | A.   Exhibit 2.  Let me get back to my -- | 11:21 |
| 3 | Q.   Yeah.  No problem. | 11:21 |
| 4 | And I'm going to go to page 17, by the way, | 11:21 |
| 5 | once you're there. | 11:21 |
| 6 | A.   Exhibit -- ah, yeah, yeah, yeah.  Exhibit 2 | 11:21 |
| 7 | is the one we were discussing before.  Yes.  I have a | 11:21 |
| 8 | local copy.  I'm just going to look at my local copy | 11:21 |
| 9 | again. | 11:21 |
| 10 | Perfect.  Yes, I'm there. | 11:21 |
| 11 | Q.   Okay. | 11:21 |
| 12 | A.   What page you would like me to go -- | 11:21 |
| 13 | Q.   17 of the .pdf On .pdf pagination 17. | 11:21 |
| 14 | A.   It's a different... | 11:21 |
| 15 | I open the document of the body and not with | 11:21 |
| 16 | the other one. | 11:21 |
| 17 | So can you tell me page 17 of the .pdf, what | 11:21 |
| 18 | page it is on the -- | 11:21 |
| 19 | Q.   It would be 7. | 11:21 |
| 20 | A.   Okay. | 11:22 |
| 21 | Q.   It looks like this. | 11:22 |
| 22 | A.   Yeah, yeah, yeah.  I'm almost there. | 11:22 |
| 23 | Page 17 of 58.  A list of logs. | 11:22 |
| 24 | Q.   Yes. | 11:22 |
| 25 | A.   Yes, I'm there. | 11:22 |

Page 84

1      Q.   My question is:  Are these the logs that you      11:22

2   said that you saw for the first time after June 7?       11:22

3            MR. ANSORGE:  Objection.  Mischaracterizes       11:22

4   prior testimony.                                          11:22

5            THE WITNESS:  I don't -- let me -- I don't       11:22

6   remember seeing these logs, no.  I don't remember.  I    11:22

7   know I saw some additional logs, but I don't remember    11:23

8   their name.                                               11:23

9   BY MR. MAO:                                               11:23

10     Q.   Were these logs --                                11:23

11     A.   I also saw a list of logs but not the logs       11:23

12   themselves.  There are too many logs.  I'm sorry.  I     11:23

13   wouldn't remember by looking at the names.               11:23

14     Q.   But these things, these lists and logs that       11:23

15   you saw after your report was issued, these are not      11:23

16   logs or lists of logs actually referenced on your        11:23

17   report.                                                  11:23

18            Is that correct?                                11:23

19            MR. ANSORGE:  Objection.  Form.                 11:23

20            THE WITNESS:  I don't -- I cannot answer        11:23

21   this precisely because I still don't remember what are   11:23

22   the last two in this list.                               11:23

23            As I said, I'm trying to remember exactly       11:23

24   what I said.  I said I remember looking at parts of a    11:23

25   log after June 7th.                                      11:24

                                              Page 85

```
 1              I don't remember which log is this, meaning        11:24
 2    definitely I wouldn't remember the name of the log.          11:24
 3    And I also remember seeing a list of logs after             11:24
 4    June 7th.                                                    11:24
 5              That's what I can tell with certainty.             11:24
 6    BY MR. MAO:                                                  11:24
 7         Q.   I'm simply trying to figure out, Professor,        11:24
 8    whether or not you were given logs or lists of logs         11:24
 9    after your report was issued that was not initially         11:24
10    listed on your report?                                       11:24
11              MR. ANSORGE:   Objection.   Form.                 11:24
12              THE WITNESS:   No.   I apologize for not being    11:24
13    able to help.   I honestly don't remember all the           11:24
14    logs -- all the names of the logs in this case.   But      11:24
15    I'm going to -- let me say again, I said it already,        11:24
16    but since all these logs about the -- I assume -- no.       11:24
17    They are about the maybeChromeincognito field, there        11:25
18    is nothing -- nothing in my narrative, I believe, the      11:25
19    one about the maybe incognito field that would depend       11:25
20    on a specific log.                                           11:25
21              So I'm telling you that's my technical            11:25
22    expert opinion on this.                                      11:25
23              I have a good understanding of the type of        11:25
24    logs that Google keeps after looking at the documents,     11:25
25    that they describe the architecture of the system, how     11:25
```

Page 86

CONFIDENTIAL

```
 1   they set this fields, et cetera.  And the opinion      11:25

 2   about the maybeChromeincognito field that I have in     11:25

 3   there -- and, again, I would be more than happy to go   11:25

 4   through it and with any scenarios you may want to ask   11:25

 5   me -- does not really depend on a specific log.  It is  11:25

 6   valid across all logs, given my understanding of the   11:25

 7   logs that they have and how they populate them.        11:26

 8           I'm saying this because it may help you.        11:26

 9   That's why I'm saying this, meaning --                 11:26

10   BY MR. MAO:

11       Q.   Yeah.  So --                                  11:26

12       A.   -- in particular log A or log B is the one    11:26

13   that I have seen or I am listing on the report.  It's  11:26

14   immaterial, in my opinion.  I'm just saying, given how 11:26

15   I'm forming my opinion.                                11:26

16       Q.   So in your opinion, you don't actually need   11:26

17   to look at the logs themselves or the data generated   11:26

18   from the logs in order for you to make your            11:26

19   conclusions, the conclusions that you made.            11:26

20           Is that correct?                               11:26

21           MR. ANSORGE:  Objection.  Form and             11:26

22   mischaracterizes prior testimony.                      11:26

23           THE WITNESS:  So this is not what I said.  I   11:26

24   didn't say that I don't need to look at the logs.  I   11:26

25   said that my opinion is valid for all, regardless of   11:26
```

Page 87

| | | |
|---|---|---|
| 1 | specific logs, given that I have a very good | 11:27 |
| 2 | understanding of the type of logs about the data at | 11:27 |
| 3 | issue in this case. | 11:27 |
| 4 | I don't want to make a general statement | 11:27 |
| 5 | but, you know, also looking at logs is not helpful. | 11:27 |
| 6 | BY MR. MAO: | 11:27 |
| 7 | Q.   But you realize -- well, do you have to look | 11:27 |
| 8 | at logs in order for you make an opinion in this case? | 11:27 |
| 9 | A.   Depends on the opinion.  If you want to ask | 11:27 |
| 10 | me about a specific opinion -- | 11:27 |
| 11 | Q.   Sure.  Let's start with opinion 1. | 11:27 |
| 12 | A.   Opinion 1. | 11:27 |
| 13 | Q.   "Users can be readily identifiable from the | 11:27 |
| 14 | data at issue." | 11:27 |
| 15 | A.   So let me -- | 11:27 |
| 16 | MR. ANSORGE:  Objection.  Mischaracterizes | 11:28 |
| 17 | Exhibit 1. | 11:28 |
| 18 | THE WITNESS:  So what is your question about | 11:28 |
| 19 | opinion 1? | 11:28 |
| 20 | BY MR. MAO: | 11:28 |
| 21 | Q.   Right. | 11:28 |
| 22 | You said opinion 1, the way you interpret | 11:28 |
| 23 | it, right, is both that it's Mr. Hochman's opinion | 11:28 |
| 24 | that users can be readily identified from the data at | 11:28 |
| 25 | issue is incorrect.  And then you also agree with me | 11:28 |

Page 88

| | | |
|---|---|---|
| 1 | that you were saying that users can be readily | 11:28 |
| 2 | identified from the data at issue is incorrect is | 11:28 |
| 3 | also -- it's an implication of that opinion. | 11:28 |
| 4 | MR. ANSORGE:  Objection.  Form.  Compound. | 11:28 |
| 5 | Vague and ambiguous. | 11:28 |
| 6 | BY MR. MAO: | 11:28 |
| 7 | Q.   And my question to you -- my question to | 11:28 |
| 8 | you, Professor, is do those two opinions or two parts | 11:28 |
| 9 | of the same opinion, however you want to phrase it, | 11:28 |
| 10 | depend on you looking at logs and the data that would | 11:28 |
| 11 | be generated from those logs? | 11:28 |
| 12 | A.   They do not depend on any specific log | 11:29 |
| 13 | because -- and let me summarize a little bit why I'm | 11:29 |
| 14 | saying this. | 11:29 |
| 15 | Because first, the data at issue here are | 11:29 |
| 16 | not associated at any point with a Google account, you | 11:29 |
| 17 | know.  There is no GAIA. | 11:29 |
| 18 | I don't want to use technical terminology | 11:29 |
| 19 | and confuse anybody.  But that's one reason, and | 11:29 |
| 20 | that's a fact, regardless of whether I'm looking at a | 11:29 |
| 21 | specific log, log A or log B. | 11:29 |
| 22 | What is more, this data, the data at issue, | 11:29 |
| 23 | are essentially stored in a way that it's an | 11:29 |
| 24 | unidentified state, an orphan state -- I'd be happy to | 11:29 |
| 25 | explain what I mean with these terms -- because they | 11:29 |

Page 89

CONFIDENTIAL

```
 1    are keyed to identifiers that they are pseudonymous.    11:30
 2    When they are identified as flowing through the         11:30
 3    system, they are also encrypted.                        11:30
 4           These identifiers are not linked to any          11:30
 5    users, and they are unique to each private browsing     11:30
 6    session.                                                11:30
 7           And I'm saying this because that's the data      11:30
 8    at issue; right?  The data during private browsing      11:30
 9    session.  Or they could be keyed to be complete to      11:30
10    pseudonymous identifiers related to website viruses,    11:30
11    you know, what is usually called first-party cases.     11:30
12    Again --                                                11:31
13        Q.   How do you know that to be true, those         11:31
14    statements you just made?  How do you know that they    11:31
15    are empirically true?                                   11:31
16        A.   I will answer this, let me finish what I was   11:31
17    saying before, just to complete my sentence.            11:31
18           Like, you know, PPID, or what is called user     11:31
19    IDs or analytics user IDs.  There are too many names.   11:31
20    Sometimes they're not even key to any identifiers at    11:31
21    all.                                                    11:31
22           So how do I know that the two statements I       11:31
23    made are true?                                          11:31
24           Because the way the system is architected,       11:31
25    designed, and operated is described in documents.  And  11:31
```

Page 90

| | | |
|---|---|---|
| 1 | this is true for any network distributed system, | 11:32 |
| 2 | including Google's.  And it is a necessity, if you | 11:32 |
| 3 | think about it because there are hundreds, if not | 11:32 |
| 4 | thousands of engineers involved.  So there are | 11:32 |
| 5 | documents that they are basically telling everybody | 11:32 |
| 6 | what they should be doing, what the system should be. | 11:32 |
| 7 | I've been involved in designing distributed | 11:32 |
| 8 | systems, and I can tell you there is no way out of it. | 11:32 |
| 9 | You have to do that, you have to create these | 11:32 |
| 10 | documents that describe the architecture of the system | 11:32 |
| 11 | all the way down to -- | 11:32 |
| 12 | Q.   Right, right, right.  Let's stop there -- | 11:32 |
| 13 | MR. ANSORGE:  Mr. Mao, please -- | 11:32 |
| 14 | MR. MAO:  No, no, no, no. | 11:32 |
| 15 | MR. ANSORGE:  -- don't interrupt the | 11:32 |
| 16 | witness.  He was in the middle of his response and | 11:32 |
| 17 | you've been jumping on the end and the middle of his | 11:32 |
| 18 | questions (sic) -- | 11:32 |
| 19 | MR. MAO:  Well, yeah, because he's | 11:32 |
| 20 | running -- he's running on the responses.  And I am | 11:32 |
| 21 | going to -- well, otherwise, I'm going to have to seek | 11:32 |
| 22 | to compel him to come back more for more time. | 11:32 |
| 23 | Because he's not answering my questions. | 11:32 |
| 24 | BY MR. MAO: | |
| 25 | Q.   Professor, look, what I'm trying to | 11:32 |

Page 91

| | | |
|---|---|---|
| 1 | understand is these systems you were just talking | 11:32 |
| 2 | about, right, okay, do you understand that the way | 11:32 |
| 3 | that data is stored and used in this case is actually | 11:32 |
| 4 | in dispute? | 11:33 |
| 5 | You understand that; correct? | 11:33 |
| 6 | MR. ANSORGE:  Objection.  Vague. | 11:33 |
| 7 | BY MR. MAO: | 11:33 |
| 8 | Q.   For example, right, like that people cannot | 11:33 |
| 9 | be identified; right?  You say people cannot be | 11:33 |
| 10 | identified.  Mr. Hochman says that people -- | 11:33 |
| 11 | Dr. Hochman says that they can be identified. | 11:33 |
| 12 | That is actually in dispute. | 11:33 |
| 13 | Do you and I agree on that between the | 11:33 |
| 14 | parties? | 11:33 |
| 15 | A.   Mr. Hochman's opinion is different than mine | 11:33 |
| 16 | with respect to whether they can or they cannot be | 11:33 |
| 17 | identified. | 11:33 |
| 18 | But with all due respect, I believe that | 11:33 |
| 19 | Mr. Hochman is wrong, and they cannot be identified. | 11:33 |
| 20 | And I'm explaining why in my report. | 11:33 |
| 21 | Q.   Right.  Right. | 11:33 |
| 22 | So you said that you looked at systems. | 11:33 |
| 23 | Now I'm trying to understand what -- how did | 11:33 |
| 24 | you go about testing the validity of this dispute at | 11:33 |
| 25 | Google? | 11:33 |

Page 92

```
 1            MR. ANSORGE:  Objection.  Form.  Vague.        11:33

 2   BY MR. MAO:                                             11:33

 3       Q.   There's a dispute about how data is actually   11:34

 4   stored and used.                                        11:34

 5            How did you go about scientifically proving    11:34

 6   that what that you believe is actually empirically      11:34

 7   true?                                                   11:34

 8            You're telling me that we don't necessarily    11:34

 9   have to look at the data.                               11:34

10            So I'm asking, okay, if you didn't actually    11:34

11   have to look at the data, what did you do to go         11:34

12   verify, right, empirical analysis of how the data is    11:34

13   actually stored and used?  Please tell me the           11:34

14   methodology.                                            11:34

15            MR. ANSORGE:  Objection.  Compound.  Form,     11:34

16   and argumentative.                                      11:34

17            THE WITNESS:  So let me answer as follows by   11:34

18   saying, first, as a first matter, I am not offering an  11:34

19   opinion on my rebuttal about how you validate whether   11:34

20   an architecture document -- about how you architect a   11:34

21   network distributed system, how you validate           11:35

22   whether -- what the document is describing about how    11:35

23   data are stored and used.  I'm not offering an opinion  11:35

24   about how you do this, as you say, empirically.  I      11:35

25   don't have an opinion of this on my report.  We should  11:35
```

Page 93

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | agree on that. | 11:35 |
| 2 | This does not mean that I cannot offer some | 11:35 |
| 3 | thoughts.  I can offer thoughts for you, if you want. | 11:35 |
| 4 | So I've been working in this -- in this | 11:35 |
| 5 | field for many, many, many years.  I don't want to get | 11:35 |
| 6 | into the legal aspects.  I'm not a lawyer.  I can tell | 11:35 |
| 7 | you what I do as an engineer, as a researcher. | 11:35 |
| 8 | So if I have a physical documentation, like | 11:36 |
| 9 | I do have here, that describes how a system is | 11:36 |
| 10 | architected, including how data are being stored and | 11:36 |
| 11 | how data are being used, then I consider this to be a | 11:36 |
| 12 | valid and accurate source of information.  And I can | 11:36 |
| 13 | form opinions that they are of merit based on these | 11:36 |
| 14 | documents. | 11:36 |
| 15 | Now, in addition, one -- let's say I have my | 11:37 |
| 16 | own system.  I build a system with my students and I | 11:37 |
| 17 | create a document, I publish a paper, and it describes | 11:37 |
| 18 | the system, the architecture of the system, how it | 11:37 |
| 19 | operates. | 11:37 |
| 20 | You know, somebody could always say, "Okay. | 11:37 |
| 21 | Can you give me the source code such that I install it | 11:37 |
| 22 | on my machine and I'm going to run it myself?" | 11:37 |
| 23 | But this doesn't mean that somebody cannot | 11:37 |
| 24 | form an opinion, a valid opinion, on the basis of the | 11:37 |
| 25 | official description of the system. | 11:37 |

Page 94

| | | |
|---|---|---|
| 1 | For example, when we publish papers, we | 11:37 |
| 2 | don't provide source code.  We describe the system in | 11:37 |
| 3 | detail, and the reviewers are reviewing the paper and | 11:38 |
| 4 | they decide whether this is a meritable paper to be | 11:38 |
| 5 | accepted or not in, you know, very selective | 11:38 |
| 6 | conferences and journals based on the description of | 11:38 |
| 7 | the system that we are offering. | 11:38 |
| 8 | In all distributed systems conferences, this | 11:38 |
| 9 | is how it's done. | 11:38 |
| 10 | And the same thing when we give | 11:38 |
| 11 | presentations, we have slides and we explain the | 11:38 |
| 12 | architecture and how the system works, and it's based | 11:38 |
| 13 | on that description that people form opinions.  So... | 11:38 |
| 14 | BY MR. MAO: | |
| 15 | Q.   So, Professor, can I ask then, like, does | 11:38 |
| 16 | that mean that you do not believe that your opinion is | 11:38 |
| 17 | challenging the accuracy of Google's descriptions in | 11:38 |
| 18 | their documentation? | 11:38 |
| 19 | MR. ANSORGE:  Objection.  Vague. | 11:38 |
| 20 | MR. MAO:  Yeah.  So let me restate that. | 11:38 |
| 21 | That is a bad question, Mr. Ansorge. | 11:39 |
| 22 | BY MR. MAO: | |
| 23 | Q.   Do you agree with me that your opinions do | 11:39 |
| 24 | not dispute the accuracy of Google's technical | 11:39 |
| 25 | documentation? | 11:39 |

Page 95

| | | |
|---|---|---|
| 1 | A.    I am basing my opinions in a number of | 11:39 |
| 2 | sources, including Google's documentation about the | 11:39 |
| 3 | architecture of the system. | 11:39 |
| 4 | I am taking it that it's not a fake | 11:39 |
| 5 | document.  It's a document that was produced by | 11:39 |
| 6 | Google, by the Google engineers that they have | 11:39 |
| 7 | architected and designed a particular system, and it | 11:40 |
| 8 | is presenting how the system is designed and how the | 11:40 |
| 9 | system operates. | 11:40 |
| 10 | Of course, there are nuances.  You have to | 11:40 |
| 11 | make sure the document is updated; right?  The | 11:40 |
| 12 | document is recent enough.  There haven't been | 11:40 |
| 13 | changes.  Because this is a dynamic environment we are | 11:40 |
| 14 | talking about here; right?  They make changes in other | 11:40 |
| 15 | software companies. | 11:40 |
| 16 | I'm making sure of all that.  But the basis | 11:40 |
| 17 | of my opinion, as you said, is the documents that I | 11:40 |
| 18 | list. | 11:40 |
| 19 | And by listing them there, there is an | 11:40 |
| 20 | assumption that, yeah, I'm not saying I'm listing a | 11:40 |
| 21 | document that I don't trust, if this is what you're | 11:40 |
| 22 | asking.  I'm listing a document.  So I'm listing a lot | 11:40 |
| 23 | of documents in my report.  I am going by -- I'm going | 11:40 |
| 24 | personally by what the documents are saying and by all | 11:40 |
| 25 | my experience in this area, and all of the other | 11:41 |

Page 96

```
 1    information and knowledge that I have.            11:41

 2        Q.   Got it.                                  11:41

 3             So if a Google documentation say that users   11:41

 4    in incognito can be identified, do you have any basis   11:41

 5    to dispute that?                                  11:41

 6        A.   I'm sorry.  If what?                      11:41

 7        Q.   If Google documentation says that incognito   11:41

 8    users can be identified, do you have any basis to   11:41

 9    dispute that?                                      11:41

10             MR. ANSORGE:  Objection.  Vague.  If there's   11:41

11    a specific document, why don't you show it to the   11:41

12    witness, Mr. Mao.                                 11:41

13             MR. MAO:  I'm asking him the basis for his   11:41

14    opinions, his methodology.                        11:41

15             THE WITNESS:  It would be very helpful if   11:41

16    you could produce a document that may say something to   11:41

17    that effect.                                      11:41

18    BY MR. MAO:                                       11:41

19        Q.   But, sir, with all due respect, you're   11:41

20    saying that you're not testing the validity of the   11:41

21    documentation.                                    11:41

22             So if I show you a Google documentation that   11:41

23    shows the contrary, would -- would your opinion   11:42

24    equally apply and say that that's valid?          11:42

25        A.   As I said, if you have an --             11:42
```

Page 97

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  Objection.  Incomplete | 11:42 |
| 2 | hypothetical, and form. | 11:42 |
| 3 | THE WITNESS:  If you have -- I'm sorry. | 11:42 |
| 4 | Okay.  If you have a document, a specific | 11:42 |
| 5 | document that says something like that, it would | 11:42 |
| 6 | facilitate a lot of this discussion.  It would not -- | 11:42 |
| 7 | it would use to be hypothetical. | 11:42 |
| 8 | The reason why I'm saying this, I'm not | 11:42 |
| 9 | trying to not answer, is the following: | 11:42 |
| 10 | What is a document?  It could be an opinion | 11:42 |
| 11 | of an employee.  It could be an e-mail with something | 11:42 |
| 12 | that somebody may hypothetically assume. | 11:42 |
| 13 | What kind of a document are we talking | 11:42 |
| 14 | about?  When is the document dated?  Is it an official | 11:42 |
| 15 | document?  Is it Main document describing the | 11:42 |
| 16 | architecture?  Or is it do an -- is it a potential | 11:42 |
| 17 | idea that never got implemented? | 11:42 |
| 18 | Do you see what I mean?  So -- | 11:42 |
| 19 | Q.   Sure, sure, sure. | 11:43 |
| 20 | So are you -- are you testing -- I guess | 11:43 |
| 21 | part of your opinion, are you testing the validity of | 11:43 |
| 22 | either what the plaintiffs' cite Google's documents to | 11:43 |
| 23 | be versus what Google's citing the documents to be? | 11:43 |
| 24 | Like are you testing the validity of that either side | 11:43 |
| 25 | in your opinions? | 11:43 |

Page 98

```
 1            MR. ANSORGE:  Objection -- objection.        11:43
 2   Vague.  Compound, and form.                           11:43
 3   BY MR. MAO:                                           11:43
 4       Q.   Because, Professor, the problem is you're    11:43
 5   saying on the one hand, "I don't need to test the     11:43
 6   data," and on the other hand, you're not saying that  11:43
 7   you're necessarily trusting the integrity of the      11:43
 8   documentation; right?                                 11:43
 9            So it's like which one is it?                 11:43
10            MR. ANSORGE:  Yeah.  Objection to attorney    11:43
11   testimony.  Same objection.                           11:44
12            THE WITNESS:  I did not say either of those   11:44
13   two things.  I am not saying that, you know, I don't   11:44
14   necessarily trust you said the documentation.  I      11:44
15   didn't say that.                                      11:44
16            I actually said that source documentation    11:44
17   that I include is a documentation that I have taken   11:44
18   into consideration.                                   11:44
19            And, for example, if you see two pieces of   11:44
20   documents that they are contradictory, right, then you 11:44
21   may look at the third or a fourth piece of document to 11:44
22   form an opinion.  Abstract -- this is hypothetical.   11:44
23            So I am not saying that I don't trust the    11:44
24   documents I'm citing.  Quite the opposite.  I'm -- I'm 11:44
25   citing sources.  I am taking into consideration what  11:44
```

Page 99

| | | |
|---|---|---|
| 1 | the source documents are saying. | 11:44 |
| 2 | And then I'm following an opinion using the | 11:44 |
| 3 | totality of the picture, if you wish, that these | 11:45 |
| 4 | documents are painting, in view of my experience of | 11:45 |
| 5 | this.  And I am not saying either that systems -- I'm | 11:45 |
| 6 | not making a general statement that systems testing, | 11:45 |
| 7 | the testing itself, you know, has no use. | 11:45 |
| 8 | I would -- I don't want to, you know, get | 11:45 |
| 9 | too general here, Mr. Mao, but just think of the | 11:45 |
| 10 | following: | 11:45 |
| 11 | When we have disputes in academia about the | 11:45 |
| 12 | system, say, and someone says, "Can you run some tests | 11:45 |
| 13 | on your system?"  Or somebody may say, "I want | 11:45 |
| 14 | complete access of your system.  I'm going to" -- "I | 11:45 |
| 15 | want you to give me complete access.  I'm going to -- | 11:45 |
| 16 | just send me the source code of your system.  I'm | 11:45 |
| 17 | going to install it on my own computers and I'm going | 11:46 |
| 18 | to run all kind of things I want to run." | 11:46 |
| 19 | You know, you can keep going down this path, | 11:46 |
| 20 | and then somebody is going say, "And how are you going | 11:46 |
| 21 | to test the system?  What kind of scenarios are you | 11:46 |
| 22 | going to try?" | 11:46 |
| 23 | There are billion different types of | 11:46 |
| 24 | scenarios. | 11:46 |
| 25 | If you could -- I mean, in the area of | 11:46 |

Page 100

| | | |
|---|---|---|
| 1 | network distributed systems, the systems are complex. | 11:46 |
| 2 | We can go on and on and on for multiple | 11:46 |
| 3 | lifetimes. | 11:46 |
| 4 | BY MR. MAO: | 11:46 |
| 5 | Q.   Sure.  Yeah.  I kind of get it. | 11:46 |
| 6 | But, like, Professor, you yourself -- you | 11:46 |
| 7 | yourself agree, you didn't actually go in to test | 11:46 |
| 8 | Google systems; right? | 11:46 |
| 9 | A.   Right. | 11:46 |
| 10 | Q.   Okay.  So let's go back for a moment then to | 11:46 |
| 11 | Exhibit No. 3. | 11:46 |
| 12 | Okay? | 11:46 |
| 13 | If you don't mind pulling it out.  I had | 11:46 |
| 14 | introduced that some time ago. | 11:46 |
| 15 | A.   I will go there.  Give me one second. | 11:46 |
| 16 | Q.   Yeah.  No problem. | 11:46 |
| 17 | And my first question is going to be whether | 11:46 |
| 18 | or not you've seen that? | 11:46 |
| 19 | A.   Let me find it first.  One second there. | 11:46 |
| 20 | Exhibit 3.  Okay. | 11:46 |
| 21 | (Plaintiffs' Exhibit 3 was | 11:46 |
| 22 | marked for identification.) | 11:46 |
| 23 | THE WITNESS:  Give me one second to download | 11:47 |
| 24 | it so I can open it locally. | 11:47 |
| 25 | I did that.  Almost there.  Exhibit 3. | 11:47 |

Page 101

| | | |
|---|---|---|
| 1 | Okay.  It's on my screen.  Now let me scroll | 11:47 |
| 2 | through it. | 11:47 |
| 3 | BY MR. MAO: | 11:47 |
| 4 | Q.   Yeah. | 11:47 |
| 5 | So just so -- you know, this is a follow-up | 11:47 |
| 6 | declaration on additional logs as a response to the | 11:47 |
| 7 | order that you had seen that was Exhibit 2. | 11:47 |
| 8 | A.   This does ring a bell, yes.  I believe I | 11:48 |
| 9 | have seen this before. | 11:48 |
| 10 | Q.   All right.  So you have seen this.  Okay. | 11:49 |
| 11 | When did you see this? | 11:49 |
| 12 | A.   At some point -- I'm sorry.  Go ahead. | 11:49 |
| 13 | Q.   Oh, no, no.  I was asking you, when did you | 11:49 |
| 14 | see this? | 11:49 |
| 15 | A.   I don't remember exactly.  Obviously after | 11:49 |
| 16 | my report was submitted since it's dated a week after. | 11:49 |
| 17 | I mean, it should be within -- during the last month | 11:49 |
| 18 | or so.  Summertime is also a little bit -- I don't | 11:49 |
| 19 | remember exactly. | 11:49 |
| 20 | Q.   Right. | 11:49 |
| 21 | So you see the table of logs on Exhibit A? | 11:49 |
| 22 | A.   I do see them, yes. | 11:49 |
| 23 | Q.   Were any of those logs considered as part of | 11:49 |
| 24 | your report and analysis? | 11:49 |
| 25 | A.   I believe no.  Because clearly they didn't | 11:50 |

Page 102

| | | |
|---|---|---|
| 1 | exist.  At least for me they were not available to me | 11:50 |
| 2 | before June 7, I assume, based on what I quickly | 11:50 |
| 3 | glanced through the document.  I can read it again, | 11:50 |
| 4 | the first paragraphs.  They kind of show some timing. | 11:50 |
| 5 | As I said, Mr. Mao -- | 11:50 |
| 6 | Q.    Yeah -- | 11:50 |
| 7 | MR. ANSORGE:  No, no, no.  Don't interrupt | 11:50 |
| 8 | the witness. | 11:50 |
| 9 | THE WITNESS:  Again, I'm saying this, again, | 11:50 |
| 10 | to try to be helpful.  I don't remember the names of | 11:50 |
| 11 | all the logs that I may have seen; right?  So -- but I | 11:50 |
| 12 | can tell you for a fact that based on what I'm reading | 11:50 |
| 13 | in this declaration, it appears that these logs | 11:50 |
| 14 | weren't even available before June 7th.  So I can say | 11:50 |
| 15 | I haven't obviously considered these logs for any of | 11:51 |
| 16 | the analysis in my report that it's dated June 7th.  I | 11:51 |
| 17 | can say that with certainty.  I can. | 11:51 |
| 18 | Even though I don't remember the name of the | 11:51 |
| 19 | logs, just the fact that they were not available makes | 11:51 |
| 20 | me certain that I have not considered them for my | 11:51 |
| 21 | analysis by June 7. | 11:51 |
| 22 | BY MR. MAO: | 11:51 |
| 23 | Q.    Can you do me favor and go back up to | 11:51 |
| 24 | paragraph 4 -- | 11:51 |
| 25 | A.    Sure. | 11:51 |

Page 103

| | | |
|---|---|---|
| 1 | Q.   -- of this? | 11:51 |
| 2 | A.   Yes. | 11:51 |
| 3 | Q.   Do you mind -- so that thing about the | 11:51 |
| 4 | two-week investigation, you see there in paragraph 4? | 11:51 |
| 5 | A.   Yes.  I read that. | 11:51 |
| 6 | Q.   You see how that is referring to | 11:51 |
| 7 | paragraph 2, that the Court had ordered that Google | 11:51 |
| 8 | must provide plaintiffs with a representation in | 11:51 |
| 9 | writing no later than May 31st, 2022; that other than | 11:51 |
| 10 | the logs identified thus far as containing incognito | 11:52 |
| 11 | detection bits, no other such logs exist. | 11:52 |
| 12 | Do you see that there? | 11:52 |
| 13 | A.   I do see it. | 11:52 |
| 14 | Q.   Were you involved at all in the | 11:52 |
| 15 | investigation ordered by that Court -- by the Court in | 11:52 |
| 16 | this paragraph 2? | 11:52 |
| 17 | A.   No. | 11:52 |
| 18 | Q.   Were you involved in the two-week | 11:52 |
| 19 | investigation referenced by Mr. Sramek in working with | 11:52 |
| 20 | Google employee Matt Heron? | 11:52 |
| 21 | A.   No.  I have no idea about that stuff. | 11:52 |
| 22 | Q.   And you never spoke to Mr. Sramek or | 11:52 |
| 23 | Mr. Heron. | 11:52 |
| 24 | Is that correct? | 11:52 |
| 25 | A.   It is correct, I have never spoken to them. | 11:52 |

Page 104

1     Q.   Who then gave you this document?  And I mean     11:52

2     Exhibit 3, this order -- I'm sorry -- this           11:52

3     declaration.                                          11:52

4          Who did you get it from?                         11:52

5     A.   By my counsel.  They showed me the document     11:52

6     like a month ago, a few weeks ago.                    11:53

7     Q.   When you got this document, did you request     11:53

8     any documentation, code, or data?                     11:53

9          MR. ANSORGE:  Objection.  Compound.             11:53

10          THE WITNESS:  Not my recollection.  Because     11:53

11     this document, it's saying that there are additional  11:53

12     logs that contain the maybeChromeincognito field than  11:53

13     the original logs that they have been served.        11:53

14          And since, as we discussed already, I do not    11:53

15     believe that -- you know, seeing or observing or      11:54

16     analyzing additional logs or logs of that matter would 11:54

17     make any change -- would have any bearing in my       11:54

18     opinion 8 about the maybeincognito feed.              11:54

19          I don't see what could be -- it would be of     11:54

20     no use to request them.  As I said, I did not request 11:54

21     any.  But I'm also explaining why.  Because this logs  11:54

22     are P logs and B logs, like all the other logs.  And  11:54

23     the mechanism by which the maybeincognito bit is set  11:54

24     is not in dispute, actually, even by Mr. Hochman.     11:54

25     Mr. Hochman doesn't dispute how the maybeincognito bit 11:54

Page 105

| | | |
|---|---|---|
| 1 | is being set. | 11:54 |
| 2 | BY MR. MAO: | |
| 3 | Q.   Have you actually examined the computer | 11:55 |
| 4 | systems which set this bit and use the data within the | 11:55 |
| 5 | logs? | 11:55 |
| 6 | MR. ANSORGE:  Objection.  Vague.  Ambiguous. | 11:55 |
| 7 | And asked and answered. | 11:55 |
| 8 | THE WITNESS:  I believe I have already | 11:55 |
| 9 | answered this, that I have not.  I don't have access | 11:55 |
| 10 | to Google's systems. | 11:55 |
| 11 | BY MR. MAO: | 11:55 |
| 12 | Q.   Got it. | 11:55 |
| 13 | Can you take a look at Exhibit No. -- I | 11:55 |
| 14 | think it's 5 I just introduced. | 11:55 |
| 15 | (Plaintiffs' Exhibit 5 was | 11:55 |
| 16 | marked for identification.) | 11:55 |
| 17 | THE WITNESS:  Exhibit 5.  One -- the one | 11:55 |
| 18 | that is named "Sealed Order"?  Because I don't see -- | 11:55 |
| 19 | ah.  Let me refresh my -- let me refresh my -- | 11:56 |
| 20 | BY MR. MAO: | 11:56 |
| 21 | Q.   Oh, I am sorry.  That is probably my fault. | 11:56 |
| 22 | A.   I got Exhibit 5.  No, no, no.  What I did is | 11:56 |
| 23 | I haven't refreshed my browser. | 11:56 |
| 24 | Now I see Exhibit 5. | 11:56 |
| 25 | Q.   Let me just make sure I have the right | 11:56 |

Page 106

| | | |
|---|---|---|
| 1 | Exhibit 5.  Now you're making me a little nervous. | 11:56 |
| 2 | Oh, yeah.  Yeah. | 11:56 |
| 3 | So Exhibit 5 should be a second supplemental | 11:56 |
| 4 | declaration of Martin Sramek in response to a | 11:56 |
| 5 | May 20th, 2022 order. | 11:56 |
| 6 | A.   Yes.  I see that. | 11:56 |
| 7 | So you're asking me if I have seen it?  I'm | 11:56 |
| 8 | sorry.  Please ask your question. | 11:56 |
| 9 | Q.   Yeah.  Have you seen this document before? | 11:56 |
| 10 | A.   Can I please scroll through the document? | 11:56 |
| 11 | So I can tell you I don't think I have seen | 11:58 |
| 12 | this before, but clearly it's very related to the one | 11:58 |
| 13 | we were discussing before. | 11:58 |
| 14 | Do you have a question? | 11:58 |
| 15 | Q.   Yeah.  So looking at Exhibit -- like | 11:58 |
| 16 | paragraph 7 there, you see that? | 11:58 |
| 17 | A.   Yes. | 11:58 |
| 18 | What is the date of this, just out of | 11:58 |
| 19 | curiosity? | 11:58 |
| 20 | Q.   August 18th. | 11:58 |
| 21 | A.   Ah, okay.  August 18th, 2022.  Okay. | 11:58 |
| 22 | So you said paragraph 7. | 11:58 |
| 23 | Yes.  Let me read -- do you want me to -- | 11:59 |
| 24 | let me read paragraph 7. | 11:59 |
| 25 | Q.   Please. | 11:59 |

Page 107

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   I read it. | 11:59 |
| 2 | Q.   Okay.  You see there how Mr. Sramek says | 11:59 |
| 3 | that he can confirm they produced data sources for | 12:00 |
| 4 | three incognito bits, but he cannot for any other bits | 12:00 |
| 5 | that may contain incognito detection. | 12:00 |
| 6 | Do you see that there at paragraph 7? | 12:00 |
| 7 | A.   Yes. | 12:00 |
| 8 | Q.   Do you know what other bits he may be | 12:00 |
| 9 | talking about that's for incognito detection? | 12:00 |
| 10 | A.   No. | 12:00 |
| 11 | Q.   Have you ever asked Google to give you a | 12:00 |
| 12 | list of all logs that would contain incognito bits? | 12:00 |
| 13 | A.   No. | 12:00 |
| 14 | Q.   Have you ever asked Google for a full list | 12:00 |
| 15 | of all logs that would be deemed relevant in this | 12:00 |
| 16 | case? | 12:00 |
| 17 | MR. ANSORGE:  Objection.  Vague.  Calls for | 12:00 |
| 18 | a legal conclusion. | 12:00 |
| 19 | THE WITNESS:  I don't want to get into the | 12:01 |
| 20 | legal stuff because I wouldn't know who and how you | 12:01 |
| 21 | would decide if something is or is not relevant to | 12:01 |
| 22 | this case. | 12:01 |
| 23 | But given that I have not asked -- given | 12:01 |
| 24 | that I answered no on my previous question, I guess to | 12:01 |
| 25 | tell you that the best answer I can give for this | 12:01 |

Page 108

| | | |
|---|---|---|
| 1 | question is also no. | 12:01 |
| 2 | I have not even asked Google to give me all | 12:01 |
| 3 | the logs about any field that may be related to | 12:01 |
| 4 | incognito; right? | 12:01 |
| 5 | No.  My answer is no. | 12:01 |
| 6 | MR. MAO:  Okay.  Why don't we take a break | 12:01 |
| 7 | here as well.  It's lunchtime here. | 12:01 |
| 8 | MR. ANSORGE:  Okay.  I'm fine with going off | 12:01 |
| 9 | the record.  That works for us. | 12:01 |
| 10 | MR. MAO:  Is that all right? | 12:01 |
| 11 | Can I get a -- sorry.  Let's go off the | 12:01 |
| 12 | record first.  I apologize. | 12:01 |
| 13 | THE VIDEOGRAPHER:  Going off the record. | 12:01 |
| 14 | The time is 12:01 p.m. | 12:01 |
| 15 | (Break taken in proceedings.) | 12:01 |
| 16 | THE VIDEOGRAPHER:  Back on the record.  The | 12:20 |
| 17 | time is 12:20 p.m. | 12:20 |
| 18 | MR. MAO:  Sorry, Professor.  Before we -- | 12:20 |
| 19 | sorry.  Just -- can we pause for a moment?  There's | 12:20 |
| 20 | some noise.  I don't know if you hear it. | 12:20 |
| 21 | THE COURT REPORTER:  It looks like | 12:20 |
| 22 | Mr. Wright is not muted. | 12:20 |
| 23 | THE VIDEOGRAPHER:  Mr. Wright, can you mute, | 12:20 |
| 24 | please? | 12:20 |
| 25 | MR. MAO:  Can we go off the record?  Let me | 12:20 |

Page 109

| | | |
|---|---|---|
| 1 | call him. | 12:20 |
| 2 | THE VIDEOGRAPHER:  Going off the record. | 12:20 |
| 3 | The time is 12:21 p.m. | 12:20 |
| 4 | (Pause in proceedings.) | 12:21 |
| 5 | THE VIDEOGRAPHER:  Back on the record.  The | 12:21 |
| 6 | time is 12:21 p.m. | 12:21 |
| 7 | BY MR. MAO: | 12:21 |
| 8 | Q.   Good afternoon, Professor.  We're still back | 12:21 |
| 9 | on the record. | 12:21 |
| 10 | If you don't mind still staying on | 12:21 |
| 11 | Exhibit No. 5, please.  I'm still looking at that | 12:21 |
| 12 | paragraph 7. | 12:21 |
| 13 | A.   Let me find Exhibit No. 5. | 12:21 |
| 14 | Yes, I am there. | 12:22 |
| 15 | Q.   Do you agree with Mr. Sramek, at least in | 12:22 |
| 16 | your expertise, in your experience, that to find all | 12:22 |
| 17 | of the data sources that uses all incognito detection | 12:22 |
| 18 | bits inside Google would take months? | 12:22 |
| 19 | MR. ANSORGE:  Objection.  Mischaracterizes | 12:22 |
| 20 | Exhibit 5. | 12:22 |
| 21 | THE WITNESS:  I'm reading paragraph 7 again. | 12:22 |
| 22 | I'm not sure I can have an opinion about | 12:22 |
| 23 | this because even though I do have an understanding of | 12:23 |
| 24 | Google's system, a good one, to form opinions on the | 12:23 |
| 25 | topics I have in my report, since I never got access | 12:23 |

Page 110

| | | |
|---|---|---|
| 1 | to the Google system myself, I don't know how | 12:23 |
| 2 | streamlined it is or it is not, when it comes to | 12:23 |
| 3 | essentially doing what is described here. | 12:23 |
| 4 | And in particular the Court ordered this | 12:23 |
| 5 | person -- I'm sorry. I don't remember his name -- to | 12:23 |
| 6 | attest that there are no other data sources at Google | 12:23 |
| 7 | in which any field is used by anything to inferring | 12:23 |
| 8 | incognito browser state in any form. | 12:23 |
| 9 | So without knowing more, I cannot make a | 12:23 |
| 10 | useful guess about how long it would take. | 12:23 |
| 11 | BY MR. MAO: | |
| 12 | Q.  So the fact that Google can't locate all of | 12:24 |
| 13 | the incognito traffic and data in its architecture, | 12:24 |
| 14 | even after two years of litigation, is not a surprise | 12:24 |
| 15 | to you in your experience and expertise? | 12:24 |
| 16 | MR. ANSORGE:  Objection.  Mischaracterizes | 12:24 |
| 17 | prior testimony.  Vague and argumentative. | 12:24 |
| 18 | THE WITNESS:  I did not say this.  Because | 12:24 |
| 19 | the system is very complex, Mr. Mao, it is important | 12:24 |
| 20 | to be very careful with the words. | 12:24 |
| 21 | So paragraph 7 says "data sources at | 12:24 |
| 22 | Google" -- "any other data sources at Google in which | 12:24 |
| 23 | any field is used by any team to infer incognito | 12:24 |
| 24 | browser state in any form." | 12:25 |
| 25 | And I said that I cannot make an informed | 12:25 |

Page 111

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | opinion on how many months or weeks or whatnot might | 12:25 |
| 2 | be required to do so in a hundred percent precise | 12:25 |
| 3 | manner that this case would require. | 12:25 |
| 4 | You said something else.  You used different | 12:25 |
| 5 | words. | 12:25 |
| 6 | BY MR. MAO: | 12:25 |
| 7 | Q.    Let me help rephrase this a little bit. | 12:25 |
| 8 | Go back and look at paragraph 2 on this. | 12:25 |
| 9 | Okay? | 12:25 |
| 10 | Because you might need the prompt -- the | 12:25 |
| 11 | prompt what the response was for.  That might help. | 12:25 |
| 12 | A.    Yeah.  Okay. | 12:25 |
| 13 | Q.    You recall you saw this in Exhibit 4? | 12:25 |
| 14 | A.    Yes. | 12:25 |
| 15 | Q.    It's the same Martin Sramek, is my | 12:25 |
| 16 | representation. | 12:25 |
| 17 | A.    Yes, yes, yes.  I recall that, yes. | 12:25 |
| 18 | Q.    Okay.  So my question to you is does this | 12:25 |
| 19 | surprise you that basically two months later and over | 12:25 |
| 20 | two years into the litigation, by the way, that Google | 12:26 |
| 21 | still cannot identify all of the incognito data in its | 12:26 |
| 22 | systems? | 12:26 |
| 23 | MR. ANSORGE:  Same objection. | 12:26 |
| 24 | THE WITNESS:  Paragraph 2 says that "Google | 12:26 |
| 25 | must provide plaintiffs with their representation in | 12:26 |

Page 112

| | | |
|---|---|---|
| 1 | writing that other than the logs identified, no other | 12:26 |
| 2 | such logs exist." | 12:26 |
| 3 | So I guess this paragraph says make sure | 12:26 |
| 4 | there are no other logs.  And based on the exhibits | 12:26 |
| 5 | that you showed me so far, apparently there were some | 12:26 |
| 6 | other logs; correct? | 12:26 |
| 7 | BY MR. MAO: | 12:26 |
| 8 | Q.   There were. | 12:26 |
| 9 | And so you see he identifies three bits but | 12:26 |
| 10 | he's saying that there may be other bits and would | 12:26 |
| 11 | take months for it to investigate. | 12:27 |
| 12 | And my question to you is:  Is that | 12:27 |
| 13 | surprising to you? | 12:27 |
| 14 | MR. ANSORGE:  Objection.  Mischaracterizes | 12:27 |
| 15 | Exhibit 5. | 12:27 |
| 16 | THE WITNESS:  In order to be able to give | 12:27 |
| 17 | you an accurate answer, can you tell me exactly what | 12:27 |
| 18 | you are asking me whether it surprises me or not? | 12:27 |
| 19 | BY MR. MAO: | 12:27 |
| 20 | Q.   That after two years of litigation, Google | 12:27 |
| 21 | still cannot figure out all of the bits that identify | 12:27 |
| 22 | incognito and where they sit within the architecture? | 12:27 |
| 23 | A.   My reading of this -- I'm not answering yet, | 12:27 |
| 24 | but I'm just pointing out to the fact that my reading | 12:27 |
| 25 | of this is not that Google cannot identify all places | 12:27 |

Page 113

| | | |
|---|---|---|
| 1 | where related to incognito info may be.  It says it | 12:27 |
| 2 | will take multiple months, something like that.  It | 12:27 |
| 3 | doesn't say they cannot do it; right? | 12:28 |
| 4 | Q.   So if you were to go about locating all of | 12:28 |
| 5 | the logs that contain incognito bits, how would you go | 12:28 |
| 6 | about doing that, Professor, as an expert in this | 12:28 |
| 7 | field? | 12:28 |
| 8 | MR. ANSORGE:  Objection.  Incomplete | 12:28 |
| 9 | hypothetical.  Form, and compound. | 12:28 |
| 10 | THE WITNESS:  I'm not sure I can answer that | 12:28 |
| 11 | question properly for a system that I have no access | 12:28 |
| 12 | to.  And that I would assume it's -- you know, it | 12:28 |
| 13 | started getting built many, many years ago, early | 12:28 |
| 14 | 2000s.  You know, a lot of things are patched on top | 12:28 |
| 15 | of it while it is changing. | 12:29 |
| 16 | So if I don't have access to it, maybe you | 12:29 |
| 17 | could ask some architect from Google.  But I don't | 12:29 |
| 18 | think I can reasonably answer this for this system, | 12:29 |
| 19 | given the level of access that I have to it. | 12:29 |
| 20 | BY MR. MAO: | 12:29 |
| 21 | Q.   What would you need to access in order to | 12:29 |
| 22 | ascertain? | 12:29 |
| 23 | A.   I'm sorry.  Can you repeat? | 12:29 |
| 24 | Q.   What would you need to access in order to | 12:29 |
| 25 | ascertain? | 12:29 |

Page 114

```
 1              MR. ANSORGE:  Objection.  Form.              12:29

 2              THE WITNESS:  Could you please rephrase?     12:29

 3     What do I need to access in order to?               12:29

 4     BY MR. MAO:                                          12:29

 5         Q.   Ascertain.  You said that you could not     12:29

 6     access right now.                                    12:29

 7              And I'm saying, well, how would you do that? 12:29

 8     What would you need to do, Professor?                12:29

 9         A.   In the absence of having -- since I have not 12:29

10     used the system, I don't have access to the system.  I 12:30

11     don't have a log-in.  I don't have the credentials    12:30

12     that very few people I would guess from Google have to 12:30

13     access all the logs everywhere.  I can't really make a 12:30

14     guess that would be of value.  I can talk in general  12:30

15     about such systems, but I don't see how this would be  12:30

16     relevant to this particular pretty large, probably   12:30

17     huge, I guess system.                                12:30

18         Q.   So would I be correct to say that you       12:30

19     yourself also do not know where all the incognito data 12:30

20     sits within Google's architecture?                   12:30

21         A.   Within Google's architecture, I do know,    12:30

22     based on the architectural documents that I have     12:31

23     reviewed.  And I can describe at the architecture    12:31

24     level where they would sit.                          12:31

25              But architecture is one thing.  And then    12:31
```

Page 115

| | | |
|---|---|---|
| 1 | when you have a live system that is run for multiple | 12:31 |
| 2 | years and a lot of logs are being created and they are | 12:31 |
| 3 | in multiple places, that is another thing. | 12:31 |
| 4 | I wouldn't be able to tell you because I | 12:31 |
| 5 | don't know obviously, you know.  All the logs that -- | 12:31 |
| 6 | in Google may have incognito bits, obviously. | 12:31 |
| 7 | You see, I'm drawing a difference between | 12:31 |
| 8 | architecture, because this is what you said, and what | 12:32 |
| 9 | are all these logs and what are all these logs and | 12:32 |
| 10 | what's the names, et cetera. | 12:32 |
| 11 | Q.   Okay.  So you don't know where -- do you | 12:32 |
| 12 | know what all the logs are that contain incognito | 12:32 |
| 13 | bits? | 12:32 |
| 14 | MR. ANSORGE:   Objection.  Vague. | 12:32 |
| 15 | BY MR. MAO: | 12:32 |
| 16 | Q.   All these logs -- sorry. | 12:32 |
| 17 | MR. ANSORGE:   Asked and answered. | 12:32 |
| 18 | MR. MAO:   Sorry.  You done with your | 12:32 |
| 19 | objections? | 12:32 |
| 20 | Joey, I don't know if you can see, your | 12:32 |
| 21 | mouth is actually below the line so I actually can't | 12:32 |
| 22 | see you when you're objecting.  Sorry.  That's why I | 12:32 |
| 23 | interrupted because you dipped below your line.  And | 12:32 |
| 24 | then I was like, oh, so -- so that's -- again, the | 12:32 |
| 25 | body queues that we're missing from the live depo. | 12:32 |

Page 116

CONFIDENTIAL

```
 1    BY MR. MAO:                                         12:32

 2         Q.   So, Professor, let me re-ask.            12:32

 3              Do you know what Google is doing with all of   12:32

 4    the data that has incognito bits?                   12:33

 5              MR. ANSORGE:  Objection.  Vague.  Form.  And   12:33

 6    calls for speculation.                              12:33

 7              THE WITNESS:  If you could give me an    12:33

 8    example, like a scenario, that could be very helpful   12:33

 9    for me to answer accurately.  For example, you asked   12:33

10    me if I know what Google does with all the data that   12:33

11    also having incognito?                              12:33

12              Which data?  Which scenario?  At which log?   12:33

13              And I do have -- I'm going to say it again,   12:33

14    I do have a number of scenarios myself that I describe   12:33

15    in my report.  But you can ask me about others too,   12:33

16    other scenarios.                                    12:33

17              But so general, I don't really, you know --   12:33

18    so forgive me, but you need to understand the      12:33

19    following:  For a technical expert, you understand,   12:33

20    right, it has to be more specific.                  12:34

21    BY MR. MAO:                                         12:34

22         Q.   Yeah.  And you'd be surprised, Professor,   12:34

23    but for a lawyer, you also have to be more specific.   12:34

24    And that's why I'm trying to ask for your help because   12:34

25    I'm hoping maybe the technical person could help me   12:34
```

Page 117

| | | |
|---|---|---|
| 1 | understand. | 12:34 |
| 2 | Because if you look at paragraph 7, I | 12:34 |
| 3 | actually don't know what other bits may exist out | 12:34 |
| 4 | there; right? | 12:34 |
| 5 | So what I'm asking you is:  First, do you | 12:34 |
| 6 | know what these other bits are?  And if not, how do I | 12:34 |
| 7 | go about finding them? | 12:34 |
| 8 | MR. ANSORGE:  Yeah.  Objection.  Vague. | 12:34 |
| 9 | Asked and answered.  Form.  Calls for speculation. | 12:34 |
| 10 | Compound.  And foundation as well. | 12:34 |
| 11 | BY MR. MAO: | 12:34 |
| 12 | Q.   Again, no, Professor.  This was filed last | 12:34 |
| 13 | night so I don't have any more information than this, | 12:34 |
| 14 | and that's why I'm asking you those two questions; | 12:34 |
| 15 | right? | 12:34 |
| 16 | Do you know what else he's talking about and | 12:34 |
| 17 | how do I go about finding those? | 12:35 |
| 18 | MR. ANSORGE:  Counsel, he's already told you | 12:35 |
| 19 | he wasn't involved with this investigation, and... | 12:35 |
| 20 | THE WITNESS:  I don't know. | 12:35 |
| 21 | BY MR. MAO: | 12:35 |
| 22 | Q.   So you don't snow what these other bits are | 12:35 |
| 23 | and you wouldn't know how to go find them? | 12:35 |
| 24 | MR. ANSORGE:  Yeah.  Objection. | 12:35 |
| 25 | Mischaracterizes Exhibit 5.  Compound.  And asked and | 12:35 |

Page 118

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | answered many times over now, Mr. Mao. | 12:35 |
| 2 | THE WITNESS:  Which bits, again, are you | 12:35 |
| 3 | talking about?  I'm reading paragraph 7.  "There are | 12:35 |
| 4 | no other data sources at Google in which any field is | 12:35 |
| 5 | used by any team to infer incognito browser state in | 12:35 |
| 6 | any form." | 12:35 |
| 7 | I would not -- no, I do not know what | 12:35 |
| 8 | specifically he might be referring to with this | 12:35 |
| 9 | sentence. | 12:35 |
| 10 | BY MR. MAO: | 12:35 |
| 11 | Q.   So you, as Google's expert, you also don't | 12:35 |
| 12 | know. | 12:36 |
| 13 | Isn't that correct? | 12:36 |
| 14 | MR. ANSORGE:  Objection.  Form.  Asked and | 12:36 |
| 15 | answered. | 12:36 |
| 16 | THE WITNESS:  I don't know if he's taking | 12:36 |
| 17 | the sentence from the Court order. | 12:36 |
| 18 | So it says "other data sources at Google," | 12:36 |
| 19 | data sources.  A lot of things could be in which any | 12:36 |
| 20 | field, any field, anything that dates anywhere, in any | 12:36 |
| 21 | data source, is used by anything to infer incognito | 12:36 |
| 22 | browser state in any form. | 12:36 |
| 23 | If this is what the Court ordered -- or at | 12:36 |
| 24 | least this is his understanding of what this -- of | 12:37 |
| 25 | what the Court ordered, this is a very general type of | 12:37 |

Page 119

```
 1   search.                                          12:37

 2          So I cannot go into some specific bits.  I   12:37

 3   could not say these are all the bits that they pop up   12:37

 4   in my mind, especially given that I am not the     12:37

 5   architect of the system; right?  Or an architect   12:37

 6   within Google that for years has been working with   12:37

 7   this system to, you know...                        12:37

 8   BY MR. MAO:

 9      Q.   Did you ask for access to Google's systems?   12:37

10          MR. ANSORGE:  Objection.  Asked and answered   12:37

11   at least three or four times now, Mr. Mao.        12:37

12          MR. MAO:  No.  He testified that he didn't   12:37

13   have access to the systems.  Now I'm asking him if he   12:37

14   asked for access to the systems.                  12:37

15          Go read the transcript, Mr. Ansorge.        12:37

16          THE WITNESS:  No, I did not ask.            12:37

17   BY MR. MAO:                                        12:38

18      Q.   Why did you think it was not necessary to    12:38

19   ask?                                               12:38

20      A.   Because the opinions that I have reached     12:38

21   were fully supported already by the source documents   12:38

22   that I have listed.                                12:38

23          And I'm going to say it again, I'll be happy   12:38

24   to go through the opinions and the details of the   12:38

25   opinions and walk you through about why I'm saying   12:38
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | that they are fully supported. | 12:38 |
| 2 | I didn't think that I need to have full | 12:38 |
| 3 | access in order to do a good job in forming the 13 | 12:39 |
| 4 | opinions that I have formed. | 12:39 |
| 5 | Q.   Similar question:  Why did you not ask for | 12:39 |
| 6 | access to data sources outside of what was listed in | 12:39 |
| 7 | your expert report? | 12:39 |
| 8 | A.   I believe the answer is also very similar. | 12:39 |
| 9 | It's the same answer.  I was confident about the -- I | 12:39 |
| 10 | am confident about the validity, the merit of the | 12:39 |
| 11 | opinions I am listing in my report and analyzing. | 12:39 |
| 12 | Based on all these sources that I have | 12:39 |
| 13 | listed -- and for the record, there are a lot of | 12:40 |
| 14 | sources.  I have to go through many, many, many | 12:40 |
| 15 | documents, as you can see.  So it's not that I didn't | 12:40 |
| 16 | go through a lot of documents. | 12:40 |
| 17 | Q.   And the additional information you saw from | 12:40 |
| 18 | the two Martin Sramek declarations did not change your | 12:40 |
| 19 | opinion as to whether or not you need to access | 12:40 |
| 20 | additional data sources. | 12:40 |
| 21 | Isn't that correct? | 12:40 |
| 22 | A.   It is correct.  I do not think that I need | 12:40 |
| 23 | to see additional. | 12:40 |
| 24 | Q.   And those additional declarations didn't | 12:40 |
| 25 | cause you to change your opinion that you did not need | 12:40 |

Page 121

| | | |
|---|---|---|
| 1 | access to Google's systems. | 12:41 |
| 2 | Is that correct? | 12:41 |
| 3 | A.   It is correct.  For the reason I described | 12:41 |
| 4 | already, it's more logs. | 12:41 |
| 5 | Q.   Have you ever been in a situation where | 12:41 |
| 6 | software works differently than what is described in | 12:41 |
| 7 | the documentation? | 12:41 |
| 8 | MR. ANSORGE:  Objection.  Vague.  Ambiguous. | 12:41 |
| 9 | Incomplete hypothetical.  Calls for speculation. | 12:41 |
| 10 | THE WITNESS:  I can't recall a situation off | 12:41 |
| 11 | the top of my head.  But if you do have something in | 12:41 |
| 12 | mind, meaning if you have some -- some example, | 12:41 |
| 13 | some -- preferably to keep this tight, related to the | 12:41 |
| 14 | data at issue and the case at issue where software is | 12:42 |
| 15 | not doing what the document that is describing the | 12:42 |
| 16 | software it should be doing is doing, should I repeat | 12:42 |
| 17 | this, where the software is not doing what the | 12:42 |
| 18 | document says that it should be doing, I will be more | 12:42 |
| 19 | than happy to go through it. | 12:42 |
| 20 | BY MR. MAO: | |
| 21 | Q.   Okay.  So still at Mr. Sramek's declaration, | 12:42 |
| 22 | paragraph 7, have you seen any documentation on these | 12:42 |
| 23 | additional incognito bits that he's referring to that | 12:42 |
| 24 | he has not yet had time to go find? | 12:42 |
| 25 | MR. ANSORGE:  Objection.  Vague. | 12:42 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Mischaracterizes Exhibit 5. | 12:42 |
| 2 | THE WITNESS:  So he's not referring to | 12:43 |
| 3 | additional incognito bits.  Again, I'm trying to be | 12:43 |
| 4 | precise, especially with technical stuff.  He is | 12:43 |
| 5 | saying something different.  He said "no other data | 12:43 |
| 6 | sources in which any field is used by anything to | 12:43 |
| 7 | infer incognito browser state." | 12:43 |
| 8 | These are not -- he's not talking about any | 12:43 |
| 9 | incognito bits here. | 12:43 |
| 10 | And perhaps I could bring to the discussion | 12:43 |
| 11 | now the following piece of information -- it is in my | 12:43 |
| 12 | report, too -- that this may be a incognito bit for | 12:43 |
| 13 | which I expressed an opinion.  And as you can see from | 12:43 |
| 14 | my report -- I'm not going to go in the report | 12:43 |
| 15 | paragraph now.  You didn't ask for it.  I'm just | 12:43 |
| 16 | trying to help here and say something. | 12:43 |
| 17 | It's basically based in the absence of the | 12:43 |
| 18 | X-Client-Data header.  So keep this in mind, because | 12:43 |
| 19 | this may help understand better, I guess what he's | 12:43 |
| 20 | saying here.  Because he says, "There are no other | 12:44 |
| 21 | data sources in which any field is used to infer | 12:44 |
| 22 | incognito browser state." | 12:44 |
| 23 | So the field that is used to infer incognito | 12:44 |
| 24 | browser state cited both by Mr. Hochman and myself is | 12:44 |
| 25 | the X-Client-Data header.  So you see what I mean, | 12:44 |

Page 123

```
 1    there are no incognito --                        12:44

 2    BY MR. MAO:                                       12:44

 3        Q.   But how do you know that from paragraph 7;  12:44

 4    that the other sources are dependent upon the X-Client  12:44

 5    Data header.                                      12:44

 6             MR. ANSORGE:  Objection.  Mischaracterizes  12:44

 7    prior testimony.  Mischaracterizes Exhibit 5, the  12:44

 8    Sramek declaration.                               12:44

 9             THE WITNESS:  This is not what I said.  I'm  12:44

10    not saying that -- so let me clarify.             12:44

11             I understand this is a technical discussion.  12:44

12    So I am not saying that when he says "in which any  12:44

13    field it must be the X-Client-Data header."       12:45

14             And I don't really want to go into what he  12:45

15    may or he may not mean.  I'm trying to help here  12:45

16    saying the following:  That there is no reference to  12:45

17    additional incognito bits in this paragraph other than  12:45

18    the three incognito bits in quotation marks.      12:45

19             And I am further explaining that the      12:45

20    maybeChromeincognito bit for which I am offering an  12:45

21    opinion in my report, opinion 8, is basically set  12:45

22    based on the absence of the so-called X-Client-Data  12:45

23    header.  That's all I'm saying.                   12:45

24             So it is the X-Client-Data header that it's  12:45

25    a possible field used to infer incognito.  It is used  12:45
```

Page 124

| | | |
|---|---|---|
| 1 | in the case of inferring incognito when it comes to | 12:45 |
| 2 | the maybeChromeincognito bit.  That's all I'm saying. | 12:46 |
| 3 | BY MR. MAO: | 12:46 |
| 4 |     Q.   Right. | 12:46 |
| 5 |        So have you asked for a list of all data | 12:46 |
| 6 | fields in which Google uses in order to infer | 12:46 |
| 7 | incognito traffic? | 12:46 |
| 8 |        MR. ANSORGE:  Objection.  Asked and | 12:46 |
| 9 | answered. | 12:46 |
| 10 |        THE WITNESS:  I have not because my opinion | 12:46 |
| 11 | after reviewing this hundreds of documents is that the | 12:46 |
| 12 | field that could be uses to infer incognito browser | 12:46 |
| 13 | state mode is the absence of X-Client-Data header, as | 12:46 |
| 14 | I described in my report and also as Mr. Hochman | 12:46 |
| 15 | described in his report.  Meaning both experts here | 12:46 |
| 16 | agree on this topic, meaning Mr. Hochman as well says, | 12:46 |
| 17 | when he discusses the maybeChromeincognito bit, that | 12:46 |
| 18 | is set in the absence of the X-Client-Data header, | 12:47 |
| 19 | so... | 12:47 |
| 20 | BY MR. MAO: | 12:47 |
| 21 |     Q.  So have you asked for a list of all signals | 12:47 |
| 22 | upon which Google would use to infer incognito usage? | 12:47 |
| 23 |        MR. ANSORGE:  Objection.  Form.  And asked | 12:47 |
| 24 | and answered. | 12:47 |
| 25 |        THE WITNESS:  I have -- let me first clarify | 12:47 |

Page 125

| | | |
|---|---|---|
| 1 | that.  I don't know what you mean by a signal.  You | 12:47 |
| 2 | know, different words have different -- they can have | 12:47 |
| 3 | meaning on their own. | 12:47 |
| 4 | But regardless, I have not asked Google to | 12:47 |
| 5 | provide me with a list of fields, as I said.  I have | 12:48 |
| 6 | not.  They might be used to infer incognito browser. | 12:48 |
| 7 | Because, again, as I said... | 12:48 |
| 8 | BY MR. MAO: | |
| 9 | Q.   As you said, sir? | 12:48 |
| 10 | A.   Yeah.  As I said from the -- or you can | 12:48 |
| 11 | actually read my -- I'm going to just repeat myself. | 12:48 |
| 12 | You could just read -- I don't mind repeating it | 12:48 |
| 13 | frankly because I'm going to say the exact same thing. | 12:48 |
| 14 | The absence of the X-Client-Data header is | 12:48 |
| 15 | what Google uses to set or not set the so-called | 12:48 |
| 16 | maybeChromeincognito bit, as stated in both | 12:48 |
| 17 | Mr. Hochman's report and my report.  And after | 12:48 |
| 18 | reviewing all the documents, any presence of this | 12:48 |
| 19 | knowledge, I did not believe that there is a need to | 12:48 |
| 20 | ask Google for any other lists about this. | 12:49 |
| 21 | Q.   And it is your opinion that Google does not | 12:49 |
| 22 | use any other data fields to infer incognito usage? | 12:49 |
| 23 | Is that correct? | 12:49 |
| 24 | MR. ANSORGE:  Objection.  Mischaracterizes | 12:49 |
| 25 | prior testimony. | 12:49 |

Page 126

```
 1              THE WITNESS:  Can you repeat the question        12:49
 2     one more time?                                           12:49
 3              MR. MAO:  Yeah.                                  12:49
 4              Ms. Court Reporter, Katy, can you please        12:49
 5     read that back?  Thank you.                              12:49
 6                   (Court reporter reads back.)               12:49
 7              THE WITNESS:  To the best of my knowledge,      12:50
 8     yes.                                                     12:50
 9     BY MR. MAO:                                              12:50
10        Q.   Okay.  Now back to your opinion No. 1, okay,    12:50
11     which is that "users cannot be readily identified for   12:50
12     the data at issue."                                      12:50
13              Have you asked from Google for a full list     12:50
14     of all the ways in which Google uses to reidentify      12:50
15     users?                                                   12:50
16              MR. ANSORGE:  Objection.  Vague.  Compound.    12:50
17     Mischaracterizes Exhibit 1.                             12:50
18              THE WITNESS:  It would help a lot if we are    12:50
19     a bit more specific, Mr. Mao.                           12:50
20              For example, as a first point, as a first      12:50
21     matter, we are talking about the data at issue in this  12:50
22     case; correct?  So we are only interested in the        12:51
23     alleged identification from the data at issue, which    12:51
24     is when a user is in private browsing mode, it's not    12:51
25     logged into a Google account and it is visiting a       12:51
```

Page 127

```
 1    non-Google website, pretty much pasted -- copy pasted      12:51
 2    from the complaint.                                        12:51
 3              So if you want to restate the question that      12:51
 4    it's a little bit more specific, it would be immensely     12:51
 5    helpful.                                                   12:51
 6    BY MR. MAO:                                                12:51
 7         Q.   Sure.                                            12:51
 8              But you previously testified that you didn't     12:51
 9    ask for a full list of all the relevant data logs in      12:51
10    this case.                                                 12:51
11              So how would you even know what data is          12:51
12    relevant and at issue in this case, sir?                   12:51
13              MR. ANSORGE:  Objection.  Vague.                 12:51
14    Mischaracterizes prior testimony.  And --                 12:51
15    BY MR. MAO:                                                12:52
16         Q.   This is you clarifying me; right?  So I'm        12:52
17    asking you:                                                12:52
18              How did you come to that determination of        12:52
19    what was relevant and what was not?                        12:52
20         A.   The data at issue, Mr. Mao, are very clearly     12:52
21    described in the Complaint and in my report.  And I        12:52
22    can go through them if you wish now.                       12:52
23         Q.   Right.                                           12:52
24              But you have specific sources; right?  You       12:52
25    confine the analysis to certain sources.  And I'm          12:52
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | asking you how did you make a determination sources -- | 12:52 |
| 2 | of the sources, that those were the relevant sources? | 12:52 |
| 3 | That's my question. | 12:52 |
| 4 | That was what we were arguing about, are we | 12:52 |
| 5 | not?  That's what I'm trying to understand, Professor. | 12:52 |
| 6 | MR. ANSORGE:  Objection.  Form.  Vague, and | 12:52 |
| 7 | compound. | 12:52 |
| 8 | THE WITNESS:  I ask for the documentation | 12:52 |
| 9 | related to topics that they are described in the | 12:53 |
| 10 | Complaint and in Mr. Hochman's report because recall, | 12:53 |
| 11 | this is a rebuttal to Mr. Hochman's report.  And I | 12:53 |
| 12 | received documentation.  And then I may ask for more | 12:53 |
| 13 | documentation about these topics, and I receive more | 12:53 |
| 14 | documentation. | 12:53 |
| 15 | At some point I determine that I have | 12:53 |
| 16 | received enough documentation.  And together with all | 12:53 |
| 17 | the other sources that I have identified directly | 12:53 |
| 18 | myself, directly myself meaning they are public | 12:53 |
| 19 | documents, allow me to reach an opinion, and I can | 12:53 |
| 20 | stand hundred percent behind it based on what I have | 12:53 |
| 21 | reviewed up to that point. | 12:54 |
| 22 | So that's how I go about it. | 12:54 |
| 23 | (Plaintiffs' Exhibit 6 was | 12:54 |
| 24 | marked for identification.) | 12:54 |
| 25 | /// | |

Veritext Legal Solutions
866 299-5127

```
 1    BY MR. MAO:                                        12:54

 2        Q.   Okay.  Let me go into Exhibit -- this is  12:54

 3    No. 6.  It should be a document entitled "Incognito 12:54

 4    Events Labeling."                                  12:54

 5        A.   Let me figure this out.  Exhibit No. 6.  Let 12:54

 6    me refresh my --                                   12:54

 7             MR. ANSORGE:  Is it named Exhibit No. 6,  12:54

 8    Counsel?                                           12:54

 9             MR. MAO:  Oh.  Sorry.  I think I forgot to 12:54

10    add the stamp.  Give me a sec.                     12:54

11             Okay.  Probably fixed it.                 12:54

12             THE WITNESS:  I opened it up.  Give me a   12:55

13    second to download.                                12:55

14             MR. MAO:  Take your time, Professor.      12:55

15    Because I'm going to ask you if you were aware of this 12:55

16    other incognito signal.                            12:55

17             THE WITNESS:  Okay.  So this is -- okay.  12:55

18             Yeah.  I'm trying to figure out if I've seen 12:55

19    this before, and I don't think I have.  It's not   12:56

20    listed on my report for sure.  So let me just go   12:56

21    through it.                                         12:56

22             How many pages?                           12:56

23             MR. MAO:  Please.                         12:56

24    BY MR. MAO:                                         12:56

25        Q.   You know my next question is going to be -- 12:56
```

                                              Page 130

| | | |
|---|---|---|
| 1 | A.   I don't know. | 12:56 |
| 2 | Q.   Yes, you do. | 12:56 |
| 3 | A.   So should I -- | 12:56 |
| 4 | Q.   Yeah.  Read it. | 12:56 |
| 5 | A.   I'm going to go through the whole thing. | 12:56 |
| 6 | Q.   I've got time.  You've got time. | 12:56 |
| 7 | A.   Sounds good. | 12:56 |
| 8 | I have reached page I guess 7798. | 12:56 |
| 9 | Do you want me to continue reading | 12:59 |
| 10 | everything? | 12:59 |
| 11 | Q.   Yeah.  Please. | 12:59 |
| 12 | A.   I'm searching the document, if you don't | 12:59 |
| 13 | mind for some stuff, so if you see me typing, that's | 12:59 |
| 14 | the only reason why. | 12:59 |
| 15 | And I will also, because I forgot to do so | 01:00 |
| 16 | download, the Exhibit 5.  I was looking at it directly | 01:00 |
| 17 | so let me do that too. | 01:00 |
| 18 | Okay.  I mean, I -- go for it.  I don't want | 01:04 |
| 19 | to use, you know, too much -- I've got an idea about | 01:04 |
| 20 | this document.  If you ask me a question so it's -- | 01:04 |
| 21 | because now I know what's going on with the document. | 01:04 |
| 22 | So let me go to this section of the document, or maybe | 01:04 |
| 23 | I can answer it immediately.  Go for it. | 01:05 |
| 24 | Q.   Sure. | 01:05 |
| 25 | Professor Psounis, have you ever considered | 01:05 |

Page 131

1    this document before?  It's not on your list.        01:05

2         A.    It's not on my list, no.                   01:05

3         Q.    Do you have a different opinion now         01:05

4    regarding whether or not there are other incognito    01:05

5    signals other than the X-Client-Data header?          01:05

6         A.    No.  Because this document is not related to 01:05

7    the data at issue.  Throughout the document, it's      01:05

8    talking about Zwieback cookies.  It also mentions      01:05

9    GAIA.  Other data at issue are for people, No. 1,      01:05

10   where they are signed out, so there's no GAIA.  And    01:05

11   No. 2, they are not visiting a Google site and hence   01:05

12   they get a Biscotti.                                   01:05

13        Q.    But if Zwieback signals are in the case,    01:05

14   then that is relevant to the case.                     01:05

15             Wouldn't you agree?                          01:05

16             MR. ANSORGE:  Objection.  Mischaracterizes   01:05

17   prior testimony.  Calls for speculation.  Calls for    01:05

18   legal conclusion.                                      01:05

19   BY MR. MAO:                                            01:05

20        Q.    I would challenge you, sir, to look at the  01:06

21   log sources again because Zwieback is in the case.     01:06

22        A.    To look at where?                           01:06

23        Q.    That's a good question for you, sir.  You're 01:06

24   this the one that's supposed to know all the relevant  01:06

25   sources.                                               01:06

Veritext Legal Solutions
866 299-5127

```
 1              MR. ANSORGE:  Objection.  Argumentative.        01:06

 2              THE WITNESS:  Okay.  Let me repeat again,       01:06

 3       my -- what is your answer -- what is your question?    01:06

 4       BY MR. MAO:                                            01:06

 5          Q.   My question is:  If this is an incognito       01:06

 6       signal for Zwiebacks, and Zwiebacks are in the case,   01:06

 7       wouldn't you agree that this is a different signal     01:06

 8       than the X-Client-Data header?                         01:06

 9              MR. ANSORGE:  Objection.  Mischaracterizes      01:06

10       Exhibit 6.                                             01:06

11              THE WITNESS:  I'm going to break it into        01:06

12       pieces.  Let's first go with the first piece.  Because 01:06

13       I'm going to through my own report now, if you don't   01:06

14       mind.                                                  01:06

15              So let me first repeat what I said about the    01:07

16       Zwieback cookie.  This case is about users that they   01:07

17       are logged out and visit a non-Google website.  In    01:08

18       this case, they will get a Biscotti ID.               01:08

19              I do include in my report why there are        01:08

20       places where I also refer to the Zwieback ID which is  01:08

21       specific to Google websites because I'm rebutting      01:08

22       Mr. Hochman's report, and he does refer to it a number 01:08

23       of times.                                              01:08

24              But the fact of the matter is that Exhibit 6    01:08

25       in this whole discussion is not about what happens     01:08
```

Page 133

```
 1    when you visit a non-Google website.  It's about when      01:08

 2    you visit a Google website.                                01:08

 3    BY MR. MAO:

 4         Q.   Let's clarify this very fundamental dispute       01:08

 5    you and I seem to be having.                                01:08

 6              Are you saying that in your experience, your      01:08

 7    expert opinion, is that you can't have a Zwieback           01:08

 8    while a user is on a third party website?                   01:09

 9         A.   No.  I did not -- I'm going to -- I did not        01:09

10    say that because a user may first go into a non-Google      01:09

11    website and then go to a Google website, and then both      01:09

12    of those things are going to end up in their jar.           01:09

13         Q.   Right.                                            01:09

14              So now let me ask you a question again:           01:09

15    Would a Zwieback with this signal, okay, would that be      01:09

16    a different signal than the X-Client-Data header for        01:09

17    the purposes of this case?  At least in some                01:09

18    situations?                                                 01:09

19              MR. ANSORGE:  Objection.  Vague and               01:09

20    ambiguous.  Mischaracterizes Exhibit 6.                     01:09

21              THE WITNESS:  So there is proposal design         01:09

22    ideas discussed in Exhibit 6.  ███████████████████          01:09

23    ██████████████████████████                                  01:10

24              And is this the -- so why don't you tell me       01:10

25    which particular field header, whatever, you are            01:10
```

                                                       Page 134

CONFIDENTIAL

```
 1    referring to as a signal here?                          01:10

 2    BY MR. MAO:                                             01:10

 3         Q.   My question to you, sir, because it's my      01:10

 4    deposition, is actually how did you not know that       01:10

 5    there was an additional signal?                         01:10

 6         A.   Which of the --                               01:10

 7              MR. ANSORGE:  Objection.  Argumentative.      01:10

 8    Mischaracterizes Exhibit 6.  And assuming facts not in  01:10

 9    evidence, Mr. Mao.                                      01:10

10              THE WITNESS:  So which --                     01:10

11    BY MR. MAO:                                             01:10

12         Q.   Professor Psounis, can you answer the         01:10

13    question, please?                                       01:10

14         A.   Which signal are you referring to?           01:10

15         Q.   The one you just stated back to me.          01:10

16         A.   Which one was that?  I said a lot of things. 01:10

17              This is -- which signal, just to make        01:10

18    sure --                                                 01:10

19         Q.   ███████████████████████████                  01:10

20         A.   I'm sorry.  Which one?                        01:10

21         Q.   ███████████████████████████                  01:11

22         A.   Okay.  So you are referring to this new      01:11

23    ██████████████████, which is -- oh, okay.  97.          01:11

24              So let me read a little bit about this        01:11

25    ██████████████████ to understand specifically what its 01:11
```

Page 135

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | nature is.  Then -- | 01:11 |
| 2 |     Q.   You and I agree -- you and I agree that you | 01:11 |
| 3 | don't actually know what the signal is; right? | 01:11 |
| 4 |        MR. ANSORGE:  Why don't you let him | 01:11 |
| 5 | answer -- finish answering your questions.  And he was | 01:11 |
| 6 | in the middle of speaking. | 01:11 |
| 7 |        THE WITNESS:  If I read a little bit more | 01:11 |
| 8 | now targeted in the area of Exhibit 6 that talks | 01:11 |
| 9 | explicitly about the ████████, I'll do a search and | 01:11 |
| 10 | it's going to be relatively fast, I will be able to | 01:11 |
| 11 | get back to you about this. | 01:12 |
| 12 |        MR. MAO:  Okay.  Go ahead.  Please do that. | 01:12 |
| 13 |        THE WITNESS:  It happens.  It's fine.  It's | 01:12 |
| 14 | not accessible but it's okay.  It will just take a | 01:12 |
| 15 | little bit longer.  Apologies for that.  I'm trying to | 01:12 |
| 16 | search for the string and it's not working.  So I'll | 01:12 |
| 17 | just do it the old-fashioned way. | 01:12 |
| 18 |       Okay.  So now that I read the corresponding | 01:16 |
| 19 | parts of exactly how the logic works, I can answer | 01:16 |
| 20 | your question hopefully. | 01:16 |
| 21 | BY MR. MAO: | 01:16 |
| 22 |     Q.   Yeah. | 01:16 |
| 23 |       My question is:  Did you know about this | 01:16 |
| 24 | signal before you came to the deposition here today? | 01:16 |
| 25 |        MR. ANSORGE:  Objection.  Mischaracterizes | 01:16 |

```
 1    Exhibit 6 and assumes facts not in evidence.        01:16

 2           THE WITNESS:  I did not refer to this signal   01:17

 3    in my report.                                         01:17

 4           Whether I know or I don't know, I'm trying    01:17

 5    to remember if I had discussions or if I was looking  01:17

 6    at it in the past, and I wouldn't know for sure but   01:17

 7    it's not in my report.                                01:17

 8    BY MR. MAO:                                           01:17

 9       Q.   And that you wouldn't know for sure because   01:17

10    you never asked for a list of all incognito signals.  01:17

11           Isn't that true?                               01:17

12       A.   No.  I do not believe in the "because" part.  01:17

13       Q.   Okay.  Let's carry on with the torture.       01:17

14           I'll introduce you to another exhibit and     01:17

15    I'm going to ask you whether you know what this signal 01:17

16    is?                                                   01:17

17       A.   Sure.                                         01:17

18                    (Plaintiffs' Exhibit 7 was            01:17

19                    marked for identification.)           01:17

20           MR. ANSORGE:  Objection.  Argumentative.      01:17

21    BY MR. MAO:                                           01:17

22       Q.   Exhibit No. 7.                                01:17

23       A.   Exhibit 7.  Let me go through it.             01:18

24           I'm looking at it.                             01:18

25       Q.   Please, take your time.                       01:18
```

Page 137

| | | |
|---|---|---|
| 1 | A.   I'm going to download it. | 01:18 |
| 2 | This is an email; correct?  So I assume I'm | 01:19 |
| 3 | summarizing.  Yes? | 01:19 |
| 4 | Q.   Yes. | 01:19 |
| 5 | A.   Okay.  Perfect.  So let me go through it. | 01:19 |
| 6 | It's a lot of conversation. | 01:19 |
| 7 | Do you want me to read the whole thing or -- | 01:20 |
| 8 | Q.   Yeah. | 01:20 |
| 9 | A.   Is there a place in the conversation -- | 01:20 |
| 10 | Q.   Yeah.  I'm going to ask you if you know what | 01:20 |
| 11 | this other incognito signal is. | 01:20 |
| 12 | A.   Which one? | 01:20 |
| 13 | Q.   The -- | 01:20 |
| 14 | A.   I don't know. | 01:20 |
| 15 | Q.   Well, I mean, I think it's pretty | 01:20 |
| 16 | self-explanatory if you read it. | 01:20 |
| 17 | A.   So what -- | 01:20 |
| 18 | MR. ANSORGE:  Objection.  Vague, ambiguous, | 01:20 |
| 19 | and argumentative. | 01:20 |
| 20 | When you ask him questions and then he can | 01:20 |
| 21 | provide -- | 01:20 |
| 22 | BY MR. MAO: | 01:20 |
| 23 | Q.   GWS IDs and experiment IDs, do you know | 01:20 |
| 24 | whether or not those are used as incognito signals? | 01:20 |
| 25 | A.   Which ID?  I'm sorry? | 01:20 |

Page 138

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   The document refers to -- refers to them as | 01:20 |
| 2 | GWS IDs and experiment IDs. | 01:20 |
| 3 | MR. ANSORGE:  Mr. Mao, why don't you refer | 01:20 |
| 4 | him to the specific part of the document. | 01:20 |
| 5 | MR. MAO:  No.  I am referring to the | 01:20 |
| 6 | specific parts of the document.  I'm telling him what | 01:20 |
| 7 | the term is.  It's throughout the document, all seven | 01:20 |
| 8 | pages. | 01:20 |
| 9 | BY MR. MAO: | |
| 10 | Q.   Please take your time. | |
| 11 | I'm going to ask you whether or not this is | 01:20 |
| 12 | another X-Client -- I'm sorry.  Whether it's another | 01:21 |
| 13 | incognito signal that you're aware of before you came | 01:21 |
| 14 | in here today. | 01:21 |
| 15 | A.   Okay.  I can read the whole thing.  I wasn't | 01:21 |
| 16 | trying to -- | 01:21 |
| 17 | Q.   No, no, no.  It was me and counsel arguing. | 01:21 |
| 18 | A.   Okay. | 01:21 |
| 19 | MR. ANSORGE:  Yeah. | 01:21 |
| 20 | And, Mr. Mao, you stated earlier you're | 01:21 |
| 21 | considered about time so we're trying to maybe speed | 01:21 |
| 22 | things up by directing him to a specific passage.  If | 01:21 |
| 23 | you're putting full documents before him, expecting | 01:21 |
| 24 | him to read the full aspect, obviously it's going to | 01:21 |
| 25 | take a long time. | 01:21 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. MAO:  We're almost done at the point in | 01:21 |
| 2 | which he wants to take a break anyways for lunch. | 01:21 |
| 3 | 1:30.  So we've got nine minutes here on this.  Plenty | 01:21 |
| 4 | of time. | 01:21 |
| 5 | THE WITNESS:  So I read this document and | 01:24 |
| 6 | essentially they are describing an experiment. | 01:24 |
| 7 | Experiment IDs is a completely different base.  I can | 01:24 |
| 8 | talk to you more about this. | 01:24 |
| 9 | As companies are running for short periods | 01:24 |
| 10 | of time specific experiments to improve their system, | 01:24 |
| 11 | my understanding by just -- again, I've never seen | 01:25 |
| 12 | this.  I haven't done a careful analysis.  But I can | 01:25 |
| 13 | tell you my understanding in this document is that | 01:25 |
| 14 | they are discussing about an experiment.  I don't know | 01:25 |
| 15 | if experiment actually took place. | 01:25 |
| 16 | If it did, I don't know if you have evidence | 01:25 |
| 17 | to show me that indeed this experiment was actually | 01:25 |
| 18 | done.  I don't know how long it lasted.  I don't see | 01:25 |
| 19 | frankly why it's related to the case. | 01:25 |
| 20 | So they run an experiment that -- actually | 01:25 |
| 21 | may have run an experiment.  And, again, if you have | 01:25 |
| 22 | evidence that it did run, great. | 01:25 |
| 23 | BY MR. MAO: | |
| 24 | Q.   Yeah.  I have evidence.  The first line, it | 01:25 |
| 25 | says "Currently, we don't send experiment IDs, thereby | 01:25 |

Page 140

| | | |
|---|---|---|
| 1 | exposing to Google that the user is using incognito." | 01:25 |
| 2 | My first question is:  What is that | 01:25 |
| 3 | additional signal there, "experiment IDs"? | 01:25 |
| 4 | A.   I'm sorry, but this is not -- okay.  Wait. | 01:25 |
| 5 | But this is not proof that the experiment took place. | 01:25 |
| 6 | This sentence doesn't say that the experiment took | 01:26 |
| 7 | place. | 01:26 |
| 8 | This is an e-mail message between various | 01:26 |
| 9 | employees about the possibility to run an experiment, | 01:26 |
| 10 | and they are debating what experiment ID -- this is | 01:26 |
| 11 | what's called experiment ID.  They're inferring to | 01:26 |
| 12 | experiment IDs in general, whenever they want to run | 01:26 |
| 13 | an experiment.  And the GWS ID is the one that they | 01:26 |
| 14 | were discussing that may be the ID to use for this | 01:26 |
| 15 | particular experiment. | 01:26 |
| 16 | I'm not trying to, you know, judge anything | 01:26 |
| 17 | here.  But I'm just explaining to you what this is | 01:26 |
| 18 | about. | 01:26 |
| 19 | So I don't know if this experiment took | 01:26 |
| 20 | place.  I don't know if it did take place, how long it | 01:26 |
| 21 | lasted.  I don't know what is the purpose of this | 01:26 |
| 22 | experiment. | 01:26 |
| 23 | What I do know is that there is a lot of | 01:26 |
| 24 | discussion in this document about all these people | 01:26 |
| 25 | really worrying about, you know -- not worrying -- | 01:26 |

Page 141

```
 1    showing interest, if you wish, and for a good reason,      01:26

 2    to not break things in the sense that there are           01:27

 3    specific policies and rules that you cannot violate.      01:27

 4              So I guess they would never get approval to     01:27

 5    run the experiment if they were to violate these          01:27

 6    policies.                                                 01:27

 7              And I can see the discussion, you know, that    01:27

 8    they --                                                   01:27

 9              But in any case, at the bottom line here is     01:27

10    I don't know if this experiment took place.  If it        01:27

11    did, please let me know, if you know.                     01:27

12         Q.   Professor --                                    01:27

13         A.   Because I don't know for how long it lasted.    01:27

14         Q.   Professor, do you know what the "experiment     01:27

15    IDs" are referring to here, first line?                   01:27

16         A.   Experiment IDs is in general, we are going      01:27

17    to run an experiment.  We need to somehow indicate        01:27

18    that this is data related to experiment we are            01:27

19    running.  It's a very general tab.                        01:27

20              And GWS ID, which is the other term you told    01:27

21    me about, is the specific IDs that they have been         01:27

22    using in the past and they are considering to use them    01:27

23    for this experiment that they are referring to here.      01:27

24         Q.   But do you know whether or not experiment       01:28

25    IDs are used for incognito mode?                          01:28
```

                                                    Page 142

| | | |
|---|---|---|
| 1 | A.   During an experiment that may or may not | 01:28 |
| 2 | have taken place, how -- why is this -- | 01:28 |
| 3 | Q.   It says "Currently."  It doesn't show that | 01:28 |
| 4 | it's currently in place.  It says "Currently," sir. | 01:28 |
| 5 | A.   Yeah.  "Currently, we do not send experiment | 01:28 |
| 6 | IDs."  That's -- | 01:28 |
| 7 | Q.   Thereby exposing to Google that the user is | 01:28 |
| 8 | in incognito. | 01:28 |
| 9 | That's not an additional signal? | 01:28 |
| 10 | MR. ANSORGE:  Yeah.  Objection. | 01:28 |
| 11 | Argumentative.  Asked and answered.  Mischaracterizes | 01:28 |
| 12 | Exhibit 7. | 01:28 |
| 13 | BY MR. MAO: | 01:28 |
| 14 | Q.   Okay.  Sir -- | 01:28 |
| 15 | A.   Go for -- | 01:28 |
| 16 | Q.   -- experiment IDs before you -- | 01:28 |
| 17 | THE COURT REPORTER:  Hang on a second.  I | 01:28 |
| 18 | didn't -- | 01:28 |
| 19 | THE WITNESS:  I'm going to stop and I'm | 01:28 |
| 20 | going to only answer -- I want to help, so I don't | 01:28 |
| 21 | want to be -- so go for it.  Go for you question.  I'm | 01:28 |
| 22 | going to answer. | 01:28 |
| 23 | BY MR. MAO: | 01:28 |
| 24 | Q.   Yeah. | 01:28 |
| 25 | Did you know about experiment IDs as a way | 01:28 |

Page 143

```
 1    of exposing to Google that the user is in incognito      01:29

 2    before you came into this deposition today?             01:29

 3         A.   I am aware of the fact that Google, like       01:29

 4    pretty much all other software companies, run           01:29

 5    experiments with their system.  In order to run         01:29

 6    experiments with their system, and in particular in     01:29

 7    the case of Google, given the type of system they       01:29

 8    have, they need to indicate somehow which parts of      01:29

 9    their system are now being used to run an experiment.   01:29

10    This is what they mean here by "experiment IDs."        01:29

11         Q.   Sir, you had no idea before you came into      01:29

12    this room today that they were also -- they were also   01:29

13    able to use this signal.                                01:29

14              Isn't that correct?                            01:29

15              MR. ANSORGE:  Objection.  Argumentative.      01:29

16    Mischaracterizes Exhibit 7.                             01:29

17              MR. MAO:  He's avoiding my question.           01:29

18              THE WITNESS:  No.  This is not correct.  It    01:29

19    is actually wrong.  Let me again explain to you what    01:29

20    is going on here.                                       01:29

21              The experiment IDs here is not referring to    01:29

22    a specific ID.  It is referring to a group of           01:30

23    potential IDs that engineers may use during an          01:30

24    experiment for the purpose of the experiment.          01:30

25              And what this particular experiment is         01:30
```

Page 144

CONFIDENTIAL

```
 1   about, as it is described in this message, is such    01:30
 2   that if they were to send the particular experiment ID 01:30
 3   that they are discussing about in the context of this  01:30
 4   experiment, they worry that they may expose to Google  01:30
 5   that the user is using incognito mode.                 01:30
 6            This is a discussion about, and they are      01:30
 7   going on and on about how should we do this?  How      01:30
 8   should we set it up?                                   01:30
 9            So my answer to you is -- yes.                01:30
10            My answer to you is -- my answer to you is I  01:30
11   don't know if this is relevant because I don't know if 01:31
12   this experiment took place, and I don't know for how   01:31
13   long it lasted.  And I don't even know if they         01:31
14   actually end up using the GWS ID for this particular   01:31
15   experiment they are talking about.  That's what I'm    01:31
16   saying.                                                01:31
17   BY MR. MAO:                                            01:31
18       Q.   Do you know what these experiment IDs are?    01:31
19            MR. ANSORGE:  Objection.  Vague.              01:31
20   Mischaracterizes Exhibit 7.                            01:31
21   BY MR. MAO:                                            01:31
22       Q.   Like what IDs are they talking about here?    01:31
23       A.   When someone uses the phrase "experiment      01:31
24   IDs," they are referring to IDs that engineers may use 01:31
25   to be able to execute the experiment in the context of 01:31
```

Page 145

| | | |
|---|---|---|
| 1 | a large system that handles a lot of data.  They are | 01:31 |
| 2 | not referring to specific ID by the word -- by the | 01:31 |
| 3 | words "experiment IDs."  They say -- how should I put | 01:31 |
| 4 | this? | 01:31 |
| 5 | Q.   Can you give me an example -- | 01:31 |
| 6 | MR. ANSORGE:  Mr. Mao, please stop | 01:31 |
| 7 | interrupting the witness.  Please.  We've asked | 01:32 |
| 8 | politely repeatedly.  But now we're at the point where | 01:32 |
| 9 | it's verging on harassment, sir.  Please, let him | 01:32 |
| 10 | answer your questions. | 01:32 |
| 11 | BY MR. MAO: | 01:32 |
| 12 | Q.   I'm literally just going to ask you what IDs | 01:32 |
| 13 | do you think this might be?  Google IDs.  Google IDs | 01:32 |
| 14 | that you actually know. | 01:32 |
| 15 | A.   Okay.  I'm going to try again to explain | 01:32 |
| 16 | this.  Perhaps -- perhaps the lack of technical | 01:32 |
| 17 | expertise from your part is causing this particular | 01:32 |
| 18 | miscommunication.  Let me try again.  Maybe I'm doing | 01:32 |
| 19 | a bad job, so... | 01:32 |
| 20 | In the context of a software company, every | 01:32 |
| 21 | now and then they conduct experiments.  When the | 01:32 |
| 22 | company handles data, they don't want to run the | 01:32 |
| 23 | experiments in the complete data flow, so they use | 01:32 |
| 24 | experiment IDs, meaning IDs for the purpose of this | 01:32 |
| 25 | experiment. | 01:33 |

Page 146

```
 1              So all I'm saying is that the term          01:33

 2    "experiment IDs" is not referring to specific ID.     01:33

 3    That's all I am saying.                                01:33

 4              Is this clear now, I hope?                   01:33

 5              Whereas the GWS ID is a specific --          01:33

 6        Q.   So what is -- what is a GWS ID, sir?          01:33

 7        A.   I do not remember off the top of my head     01:33

 8    what a GWS ID is.  I read something about it in this   01:33

 9    e-mail exchange, but I don't remember exactly what it  01:33

10    is.                                                    01:33

11        Q.   I'm going to give you a hint.  GWS ID is      01:33

12    absolutely quintessential to this case.                01:33

13              Do you know what GWS ID is?                  01:33

14              You don't know?  Not off the top of your     01:33

15    head?                                                  01:33

16              MR. ANSORGE:  Objection.  Argumentative.     01:33

17    And it's not a memory test, Mr. Mao.  I mean, if you   01:34

18    have specific documents --                             01:34

19              MR. MAO:  It is when he's your expert.       01:34

20              MR. ANSORGE:  No, no.  It's not what the     01:34

21    complicated --                                         01:34

22              MR. MAO:  Yes, it is.                        01:34

23              MR. ANSORGE:  And we are at way past when    01:34

24    you promised us a lunch break as well.  So at some     01:34

25    point I think we're going to have a little bit of a    01:34
```

| | | |
|---|---|---|
| 1 | break, aren't we? | 01:34 |
| 2 | MR. MAO:  We will.  And if you talk to him | 01:34 |
| 3 | to try to coach him during the break, I will | 01:34 |
| 4 | absolutely get that out. | 01:34 |
| 5 | BY MR. MAO: | |
| 6 | Q.   So what is a GW ID, sir?  GWS ID? | 01:34 |
| 7 | A.   I don't remember off the top of my head. | 01:34 |
| 8 | Give me a second to go -- if you are -- why don't you | 01:34 |
| 9 | share -- why don't you share some additional documents | 01:34 |
| 10 | with me.  Maybe a document that defines the GWS ID. | 01:34 |
| 11 | Maybe you could share Mr. Hochman's report that you | 01:34 |
| 12 | may be referring to the GWS ID.  May or may not.  I | 01:34 |
| 13 | don't know.  I'm not accessing anything other than the | 01:34 |
| 14 | exhibits. | 01:34 |
| 15 | I did inspect my own report and I searched | 01:34 |
| 16 | for the string GWS and it's not showing up. | 01:34 |
| 17 | So it -- it is not a memory test.  It's a | 01:35 |
| 18 | very, very large number of documents and there are | 01:35 |
| 19 | actually a lot of IDs and a lot of settings and | 01:35 |
| 20 | scenarios.  So just, you know, if -- any data you show | 01:35 |
| 21 | me, I will be happy to -- any exhibits you provide to | 01:35 |
| 22 | me, I will be happy to go through them to recall what | 01:35 |
| 23 | a GWS ID is. | 01:35 |
| 24 | I already told you what is experimental IDs. | 01:35 |
| 25 | So we can do this before or after lunch.  If | 01:35 |

Page 148

| | | |
|---|---|---|
| 1 | you think it's going to take a long time, let's do it | 01:35 |
| 2 | after lunch.  But, you know, I -- | 01:35 |
| 3 | Q.   How much time have you spent preparing for | 01:35 |
| 4 | this case -- or working on this case?  Sorry.  How | 01:35 |
| 5 | much time have you spent working on this case?  Strike | 01:35 |
| 6 | my prior question. | 01:35 |
| 7 | A.   Let me think.  About 200 hours. | 01:35 |
| 8 | Q.   How many documents do you think you went | 01:36 |
| 9 | through? | 01:36 |
| 10 | A.   Hundred.  Provided by, you know, Google and | 01:36 |
| 11 | others, plus a lot of other documents I have looked | 01:36 |
| 12 | myself in public space. | 01:36 |
| 13 | Q.   Sitting here today, right now, without | 01:36 |
| 14 | further assistance, you don't know what experiment IDs | 01:36 |
| 15 | and you don't know what GWS IDs they are referring to, | 01:36 |
| 16 | GWS IDs? | 01:36 |
| 17 | A.   First, I already told you what experiment | 01:36 |
| 18 | IDs are. | 01:36 |
| 19 | Second, I said -- I did not say I do not | 01:36 |
| 20 | know what GWS ID is.  I said I do not recall exactly | 01:36 |
| 21 | what GWS ID is, and I asked you to give me a document | 01:37 |
| 22 | that says what GWS ID is. | 01:37 |
| 23 | I double-checked those on my report and I | 01:37 |
| 24 | couldn't find mentioning the GWS ID in there. | 01:37 |
| 25 | You could also search Mr. Hochman's report | 01:37 |

Page 149

| | | |
|---|---|---|
| 1 | and I can also check if he's referring.  But I'm not | 01:37 |
| 2 | saying he's not.  And maybe this is going to help me, | 01:37 |
| 3 | meaning just -- yeah.  So that's exactly what -- where | 01:37 |
| 4 | we are right now. | 01:37 |
| 5 | MR. MAO:  Thank you, Professor.  We will | 01:37 |
| 6 | take our break. | 01:37 |
| 7 | THE WITNESS:  Sounds good. | 01:37 |
| 8 | THE VIDEOGRAPHER:  Going off the record. | 01:37 |
| 9 | The time is 1:37 p.m. | 01:37 |
| 10 | (Lunch break taken.) | 01:37 |
| 11 | THE VIDEOGRAPHER:  Back on the record.  The | 02:20 |
| 12 | time is 2:20 p.m. | 02:20 |
| 13 | BY MR. MAO: | 02:20 |
| 14 | Q.   Professor, if you don't mind pulling up | 02:20 |
| 15 | Exhibit No. 1, which is -- should be your -- should be | 02:20 |
| 16 | your report. | 02:20 |
| 17 | A.   I'm there. | 02:20 |
| 18 | Q.   Okay.  I'm moving on to opinion No. 2. | 02:20 |
| 19 | Hold on a sec here.  This is what happens | 02:20 |
| 20 | when you have both, like you said, paper documents and | 02:20 |
| 21 | electronic documents. | 02:21 |
| 22 | You see your opinion No. 2 there.  If you | 02:21 |
| 23 | have a chance to kind of like pull this up. | 02:21 |
| 24 | The industry guidelines on private browsing, | 02:21 |
| 25 | am I right that you are referring to the | 02:21 |

Page 150

| | | |
|---|---|---|
| 1 | W3C Technical Architecture Group observations in that | 02:21 |
| 2 | document? | 02:21 |
| 3 | A.   I'm referring to all W3C indeed, and the | 02:21 |
| 4 | Technical Architecture Group.  Exact wording, I can | 02:21 |
| 5 | cite, if it's important on my report. | 02:21 |
| 6 | Q.   Got it. | 02:21 |
| 7 | I introduced Exhibit No. 8. | 02:21 |
| 8 | Can you take a look and tell me if those are | 02:21 |
| 9 | the -- if those are the standards in which you were | 02:21 |
| 10 | referring to? | 02:21 |
| 11 | (Plaintiffs' Exhibit 8 was | 02:21 |
| 12 | marked for identification.) | 02:21 |
| 13 | THE WITNESS:  I'm downloading it.  That's | 02:22 |
| 14 | why it takes a little bit longer. | 02:22 |
| 15 | BY MR. MAO: | |
| 16 | Q.   No worries. | 02:22 |
| 17 | A.   Let me scan through the document to make | 02:22 |
| 18 | sure it's the same one or I could just look at the way | 02:22 |
| 19 | I have cited it.  Either way is fine.  Just give me a | 02:23 |
| 20 | few minutes. | 02:23 |
| 21 | This is definitely a document from W3C tag | 02:24 |
| 22 | on private browsing modes.  Sure. | 02:24 |
| 23 | Is it the one I have cited?  Give me another | 02:24 |
| 24 | second -- | 02:24 |
| 25 | Q.   Mm-hm. | 02:24 |

Page 151

```
 1        A.    -- to see the specific citation I have.        02:24

 2             Yes.  Private browsing mode.  I believe this     02:24

 3   is the one.  I believe this is the one.  I will have       02:25

 4   to click, and I am not allowed to, correct, to            02:25

 5   double-click?                                              02:25

 6        Q.    No.  You can -- you can click it, just to       02:25

 7   make sure.                                                 02:25

 8             MR. ANSORGE:  Click what, Counsel?               02:25

 9             MR. MAO:  Oh, no.  I thought that's what he      02:25

10   said.                                                      02:25

11             THE WITNESS:  Click the URL I have in            02:25

12   citation 61 in my report.  It says July 5, 2019, which    02:25

13   is the same date.  Maybe I'm overdoing it here.           02:25

14   Right.  So it's fine.  We can move on.  July 5.  We       02:25

15   can move on.                                              02:25

16             I will assume it's the one I'm citing.  I       02:25

17   was referring to clicking on the URL.  But there is no    02:25

18   need.  It's fine.                                          02:25

19   BY MR. MAO:                                                02:25

20        Q.    Got it.  Okay.                                  02:25

21             So looking at this -- give me a sec here.  I    02:25

22   think I have a technical difficulty.  I'm sorry.  Give    02:26

23   me a sec.                                                  02:26

24             Can you go to page 3 of this document on the    02:26

25   .pdf?                                                      02:26
```

Page 152

| | | |
|---|---|---|
| 1 | You see there it says "The use of private | 02:26 |
| 2 | browsing mode should not be detectable by websites." | 02:26 |
| 3 | Do you see that?  And. | 02:26 |
| 4 | And you cited this -- sorry.  And you cited | 02:26 |
| 5 | this in paragraph 72 of your report. | 02:27 |
| 6 | Do you see that? | 02:27 |
| 7 | A.   I do. | 02:27 |
| 8 | Q.   Do you believe that websites here include | 02:27 |
| 9 | Google? | 02:27 |
| 10 | MR. ANSORGE:  Objection.  Vague. | 02:27 |
| 11 | THE WITNESS:  Which particular websites are | 02:27 |
| 12 | you referring to that they may be Google websites? | 02:27 |
| 13 | You don't have to tell me all but just to -- | 02:27 |
| 14 | BY MR. MAO: | 02:27 |
| 15 | Q.   No.  I'm saying section 3 of this document | 02:27 |
| 16 | says "The use of private browsing modes should not be | 02:27 |
| 17 | detectable by websites." | 02:27 |
| 18 | And you cited to this in your report at | 02:27 |
| 19 | paragraph 72. | 02:27 |
| 20 | We don't disagree about what the document | 02:27 |
| 21 | says the fact that you cited it; right? | 02:27 |
| 22 | A.   I do not disagree. | 02:27 |
| 23 | Q.   Right. | 02:27 |
| 24 | So what I'm saying is "detectable by | 02:27 |
| 25 | websites," do you believe that websites includes | 02:27 |

Page 153

CONFIDENTIAL

```
 1   Google?                                            02:27

 2           MR. ANSORGE:   Objection.  Vague.          02:27

 3           THE WITNESS:   I can rephrase your question 02:27

 4   or I could ask to be more specific about what you mean 02:28

 5   by Google.  Google is a big company.  It has a lot of 02:28

 6   different websites that belong to Google.          02:28

 7   BY MR. MAO:                                        02:28

 8       Q.   Okay.  Would you believe that the use of  02:28

 9   private browsing mode and the fact they should not be 02:28

10   detectable by Google would be consistent with     02:28

11   deception?                                         02:28

12           MR. ANSORGE:   Objection.  Vague and form. 02:28

13           THE WITNESS:   I believe that as I cite and 02:28

14   as the observation say, it should not be detectable by 02:28

15   the website; that a user is accessing the website that 02:28

16   is at the top of the browser and the user is      02:28

17   accessing, it should not be detectable by that website 02:28

18   whether the user is or is not in private browsing mode 02:28

19   that would include all websites.                   02:29

20   BY MR. MAO:                                        02:29

21       Q.   And all websites would include Google.    02:29

22           Is that correct?                           02:29

23       A.   You mean WWW dot Google dot com, for      02:29

24   example?  You see what I mean?  I'm just trying to  02:29

25   figure out --                                      02:29
```

                                              Page 154

```
 1        Q.   Sure.  Or WWW dot double click dot com.      02:29

 2        A.   That's -- you see that's why I'm asking.      02:29

 3   That's what I'm trying to figure out.                   02:29

 4        Q.   Yeah.                                          02:29

 5        A.   Any website that is offering something of     02:29

 6   interest -- I mean, I don't want overcomplicate this.   02:29

 7   But let me say this:                                    02:29

 8             Yes, I think that it should include all       02:29

 9   websites.  And let me -- just to put some meat into     02:29

10   it, the point of this -- and I believe the Exhibit 8    02:29

11   also says this -- is that there is a fear that if       02:29

12   someone cites new that somebody in the private          02:30

13   browsing mode, they may degrade the service level.      02:30

14             Because, for example, let's say I'm looking   02:30

15   at New York Times, you know, all these websites have    02:30

16   revenue throughout, so if they knew that I am in        02:30

17   private browsing mode, given the particular             02:30

18   characteristics of the private browsing mode, they may  02:30

19   choose not to serve me.  Who knows?                     02:30

20             Because when I'm in private browsing mode,    02:30

21   the websites I am visiting do not find their way into   02:30

22   my profile, and hence the whole ecosystem that they     02:30

23   are relying, the publishers in, would be compromised.   02:30

24             That's why the W3C is saying this.            02:31

25        Q.   Okay.  Can you take a look at Exhibit 9?      02:31
```

Page 155

```
1              Take your time to read that.              02:31

2                        (Plaintiffs' Exhibit 9 was       02:31

3                        marked for identification.)      02:31

4              THE WITNESS:  I read the -- this three-page 02:34

5      document.                                          02:34

6      BY MR. MAO:

7         Q.   Okay.  If you look at your opinion at      02:34

8      paragraph 63, you say that "Analytics user IDs are not 02:34

9      used to join sign-in user data."                   02:34

10             Do you see that?                            02:34

11        A.   Let me read that paragraph.  I remember     02:34

12     something to that effect but let me read it.        02:35

13        Q.   Please.                                      02:35

14        A.   I don't see in this paragraph what you said. 02:35

15     I, however, read statements to that effect earlier.  I 02:35

16     can go through my section, if you would like.        02:35

17        Q.   Well, my question to you is:  Do you agree   02:35

18     that GA user IDs are linked with Biscotti IDs in      02:35

19     certain user logs looking at Exhibit 9?              02:36

20             MR. ANSORGE:  Objection.  Vague.             02:36

21     Mischaracterizes Exhibit No. 9.  Assumes facts not in 02:36

22     evidence.                                            02:36

23             THE WITNESS:  If that was ever to happen,    02:36

24     the Biscotti IDs would be encrypted.  So that wouldn't 02:36

25     be a problem when it comes to whether a user can be  02:36
```

Page 156

```
 1    identified from the data at issue because a user        02:36
 2    wouldn't be able to be identified by the data at        02:36
 3    issue.                                                  02:36
 4    BY MR. MAO:                                             02:36
 5        Q.   But you agree with me that encryption can be   02:36
 6    decrypted by the same encrypting party, so long as      02:36
 7    they keep a key.                                        02:36
 8              Isn't that correct?                           02:36
 9              MR. ANSORGE:  Objection.  Incomplete          02:36
10    hypothetical.  Vague.  Calls for speculation.           02:36
11              THE WITNESS:  I would prefer to keep this     02:37
12    specific, more specific to the case.  So let me answer  02:37
13    as follows:                                             02:37
14              Google has designed a system back in 2016     02:37
15    called ▆▆ precisely to make it very, very hard for a    02:37
16    bad actor -- and by bad actor, I mean a person that     02:37
17    could violate Google's policies, acting -- I don't      02:38
18    know -- criminally, I don't know.  I'm not an           02:38
19    attorney -- for a bad actor, or even for somebody by    02:38
20    mistake, to do what you said.                           02:38
21              Because the only building block in this       02:38
22    bigger Google system that could do this decryption is   02:38
23    this ▆▆▆▆▆▆.  And I can talk a lot about this.  I       02:38
24    have a lot of information in my report.  But it's ▆▆    02:38
25    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                02:38
```

Page 157

CONFIDENTIAL

```
 1   ███████████████████████                          02:38

 2   BY MR. MAO:                                       02:38

 3       Q.   Okay.  But the ███████ can decrypt what  02:38

 4   Google encrypts.                                  02:38

 5            Isn't that correct?                      02:38

 6            MR. ANSORGE:  Objection.  Vague.  Incomplete  02:38

 7   hypothetical.                                     02:38

 8            THE WITNESS:  Maybe this is going to help.  02:39

 9   Let me see.  So the -- I'm looking at my report now.  02:39

10   Just one sec.                                     02:39

11            So the ████████ has the keys and can     02:39

12   decrypt in accordance to the rules and the policies  02:39

13   that it is running.  It's a piece of software.  But,  02:39

14   yes, it could decrypt.                            02:39

15   BY MR. MAO:                                       02:39

16       Q.   Okay.  Let me introduce Exhibit 10, which  02:39

17   will help a little bit.  I presume you've seen this  02:40

18   document which is a part of the ███ documentation.  02:40

19   It's Exhibit No. 10, if you don't mind.           02:40

20                      (Plaintiffs' Exhibit 10 was    02:40

21                      marked for identification.)    02:40

22            THE WITNESS:  Let me -- the Bates -- I've  02:40

23   seen a lot of ███ documents for the record.  0774  02:40

24   double check.  It's listed.                       02:40

25            I do not think -- okay.  I'm downloading it  02:40
```

Page 158

```
 1    and putting it in.                                       02:41

 2    BY MR. MAO:

 3        Q.   Why don't we let it download first then.       02:41

 4             Let me go back to Exhibit No. 9 real fast.     02:41

 5    Let me just ask you a quick question regarding No. 9.    02:41

 6             Do you know whether or not for the logs that    02:41

 7    contain the GA user ID and join beacons -- do you see    02:41

 8    that there in pages 1 and 2 on 9?                        02:41

 9        A.   Just one second.  Downloading 9 as well if      02:41

10    you're going to have follow-up.                          02:41

11             Okay.  So I am at Exhibit 9.                     02:41

12             Go ahead, please.  What's your question?        02:41

13        Q.   My question is do you know whether or not       02:41

14    the Biscotti in the logs referred to are actually        02:41

15    encrypted?                                               02:41

16        A.   Which particular logs are you referring to?     02:42

17        Q.   The join beacon logs.  It's the bottom of       02:42

18    page 1, going onto page 2.                               02:42

19        A.   So I'm going to answer as follows because       02:42

20    there are so many different log names, as I've said      02:42

21    already, that it's extremely hard to say whether in      02:42

22    the -- you know,                                         02:42

23    ███████████████████████████████████████████             02:42

24    ███████████   log what is or is not going on.            02:42

25             But let me answer as follows, and maybe I       02:42
```

Page 159

| | | |
|---|---|---|
| 1 | can help explaining by pointing out to pictures in | 02:42 |
| 2 | my -- | 02:42 |
| 3 | Q.   My question is actually fairly simple and | 02:42 |
| 4 | straightforward, Professor.  I'm trying to finish. | 02:42 |
| 5 | I'm just asking you whether or not you know | 02:42 |
| 6 | the Biscotti IDs in these logs are encrypted or not? | 02:42 |
| 7 | Unless your report has a specific explanation in | 02:43 |
| 8 | response to my question, which I can assure you it | 02:43 |
| 9 | does not, I'm asking you a pretty simple question, I | 02:43 |
| 10 | think. | 02:43 |
| 11 | MR. ANSORGE:  Objection.  Argumentative. | 02:43 |
| 12 | THE WITNESS:  My report has explanation -- | 02:43 |
| 13 | has an explanation to the following effect, and I can | 02:43 |
| 14 | go through this, if you want.  Let me just go to the | 02:43 |
| 15 | report at exactly where it says. | 02:43 |
| 16 | BY MR. MAO: | |
| 17 | Q.   But in response to my question? | 02:43 |
| 18 | A.   Yes. | 02:43 |
| 19 | Q.   I just want to make sure. | 02:43 |
| 20 | Okay.  Let's do that. | 02:43 |
| 21 | Where?  Which? | 02:43 |
| 22 | A.   Give me a second to go on my report, and go | 02:43 |
| 23 | through the corresponding paragraph. | 02:43 |
| 24 | Okay.  So now your question on Exhibit 9 you | 02:45 |
| 25 | said? | 02:45 |

Page 160

```
 1          Q.    Mm-hm.                                          02:45

 2          A.    Would be whether logs that contain the GA --   02:45

 3    GAIA and a Biscotti ID, whether in that log the            02:45

 4    Biscotti ID is or is not encrypted; correct?               02:45

 5          Q.    Yeah.                                           02:45

 6                Sorry.  Which paragraph are you referring to   02:45

 7    in your report?                                            02:45

 8          A.    No.  I'm not -- I went through my report and   02:45

 9    now I'm asking you to repeat your question.                02:45

10          Q.    Yeah.  I was trying to move on and simply      02:46

11    finish with Exhibit No. 9.                                 02:46

12          A.    Mm-hm.                                         02:46

13          Q.    Right?                                         02:46

14                Which is simply asking you do you know         02:46

15    whether or not these join beacon logs contain             02:46

16    encrypted or un-encrypted Biscottis?                       02:46

17          A.    Which join beacon logs are you referring to?   02:46

18          Q.    Any of those ████.                             02:46

19          A.    Let me see which ████ you are talking          02:46

20    about.                                                     02:46

21                Any of these ████, meaning which ████?         02:46

22          Q.    Should be ██████████████████, ██████,          02:46

23    and ██████.                                                02:46

24          A.    So these are logs, but I was referring to      02:46

25    the join beacons.  Because the bold phrase says            02:46
```

                                                Page 161

```
 1    "What logs contain both the GA user ID," meaning the    02:47

 2    GAIA, "and join beacons?"                               02:47

 3         Q.   Wait, what?  Say it again?  What did you      02:47

 4    just say?                                               02:47

 5         A.   I'm reading Exhibit 9.  It says "What logs    02:47

 6    contain" -- okay.                                       02:47

 7              You are asking me whether on the three        02:47

 8    particular logs that you asked and that you mentioned   02:47

 9    at the beginning of page 2, whether in these three     02:47

10    logs the GAIA ID and the Biscotti ID -- whether the    02:47

11    Biscotti ID is encrypted.                               02:47

12              Is this what you're asking me?                02:47

13         Q.   Yeah.  You're saying for the join beacon      02:47

14    logs at the end of page 1 to the beginning of page 2   02:47

15    has GAIA IDs or Biscotti IDs in them?                   02:47

16         A.   No.  I'm asking -- okay.  Why don't you ask   02:47

17    your question again?                                    02:47

18         Q.   Okay.  Which logs -- which of those ▮▮▮▮      02:47

19    logs contain encrypted GAIA IDs?                        02:47

20         A.   I never said anything about --               02:48

21              MR. ANSORGE:  Objection.  Mischaracterizes    02:48

22    Exhibit 9.                                              02:48

23              THE WITNESS:  I never said --                 02:48

24              MR. ANSORGE:  Assumes facts not in evidence.  02:48

25              MR. MAO:  I'm looking at a live transcript    02:48
```

Page 162

```
 1    and you did say GAIA IDs.                           02:48

 2            THE WITNESS:  Yeah.  But I didn't say        02:48

 3    encrypted GAIA IDs.                                 02:48

 4    BY MR. MAO:                                         02:48

 5        Q.   Oh, okay.                                  02:48

 6            So which ones are -- which ones are         02:48

 7    encrypted or un-encrypted GAIA IDs for page 1 and -- 02:48

 8    for these three logs?                               02:48

 9            MR. ANSORGE:  Same objection.               02:48

10    Mischaracterizes Exhibit 9.  Assumes facts not in   02:48

11    evidence.                                           02:48

12    BY MR. MAO:                                         02:48

13        Q.   Please, sir, go ahead.                     02:48

14        A.   Let me follow up as follows:  If you read  02:48

15    this document, even though I haven't read it before, 02:48

16    it says:                                            02:48

17            "As a result, for the logs identified       02:48

18        below, the GA user ID or Biscotti IDs may       02:48

19        not actually be present for a given             02:48

20        customer.  Furthermore, Biscotti ID is          02:48

21        encrypted before it comes to                    02:48

22        Google Analytics, and Google Analytics          02:48

23        cannot decrypt it."                             02:48

24            So this is the essence of what we should be  02:49

25    discussing here.  And that's also on my report.     02:49
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MR. MAO:                                              02:49

 2        Q.    Okay.  We're talking about what logs contain   02:49

 3    both the GA user ID and join beacons; right?  At the     02:49

 4    end of page 1, that's the section we're looking at?      02:49

 5        A.    Right.  Right.                                 02:49

 6        Q.    So the GAIA IDs there and the join beacons,    02:49

 7    you're saying what -- which of them is encrypted?        02:49

 8        A.    No --                                          02:49

 9            MR. ANSORGE:  Objection.  Mischaracterizes       02:49

10    Exhibit 9.  Assumes facts not in evidence.  Incomplete   02:49

11    hypothetical.                                            02:49

12    BY MR. MAO:                                              02:49

13        Q.    Which ones are encrypted?                      02:49

14        A.    I am -- Biscotti IDs are encrypted before      02:49

15    they go to Google Analytics and Google Analytics         02:49

16    cannot decrypt it.                                       02:49

17            Biscotti IDs are also encrypted whenever         02:49

18    they are the same logs with a GAIA or the                02:49

19    GA user ID.  And this is stated not just in my report.   02:49

20    It's also stated in this document.                       02:50

21        Q.    I see.                                         02:50

22            So in this section, which logs contain           02:50

23    encrypted GAIA IDs?                                      02:50

24            MR. ANSORGE:  Objection.  Mischaracterizes       02:50

25    Exhibit 9.  Assumes facts not in evidence.  Asks the     02:50
```

Page 164

```
 1    witness to speculate.                                  02:50
 2            THE WITNESS:  I'm not discussing about          02:50
 3    encrypted GAIA IDs at all.  When it comes to           02:50
 4    encryption, I'm pointing out the fact if you look at   02:50
 5    the last sentence of the second paragraph in the first 02:50
 6    page, it says:                                         02:50
 7            "Furthermore, Biscotti ID is                    02:50
 8        encrypted before it comes to                        02:50
 9        Google Analytics and Google Analytics              02:50
10        cannot decrypt it."                                02:50
11            This is a general statement for the whole      02:50
12    document.  It applies -- the whole document enhance    02:50
13    all the logs, and that's basically what I'm saying.    02:51
14    I'm saying that the Biscotti ID is encrypted.          02:51
15        Q.    Okay.  So which logs here contain encrypted  02:51
16    or un-encrypted GAIA IDs?                              02:51
17            MR. ANSORGE:  Yeah.  Objection                  02:51
18    mischaracterizes Exhibit 9.  Assumes facts not in      02:51
19    evidence.                                              02:51
20            MR. MAO:  I'm going to --                       02:51
21            MR. ANSORGE:  Calls for speculation.            02:51
22            MR. MAO:  I'm going to warn you to stop         02:51
23    trying to coach the witness, Joey.                     02:51
24            MR. ANSORGE:  I'm making a record, Mr. Mao.     02:51
25    If you want to try to exploit a semantic clash, you -- 02:51
```

Page 165

```
 1              MR. MAO:  Move to strike, Counsel.          02:51
 2              MR. ANSORGE:  I don't think it's going to   02:51
 3     be --                                                02:51
 4              MR. MAO:  I'm warning you one more time,     02:51
 5     Joey.                                                02:51
 6     BY MR. MAO:                                          02:51
 7         Q.   Go ahead.  Please answer the question.      02:51
 8         A.   Can you repeat this question, please?       02:52
 9         Q.   Yes.                                        02:52
10              Which of these ████ logs here contain       02:52
11     encrypted GAIA IDs?                                  02:52
12              MR. ANSORGE:  Same objection.               02:52
13              THE WITNESS:  I haven't looked at these     02:52
14     particular logs.  I don't recognize them by name.   02:52
15     However, I can say the following that as you can see 02:52
16     also in my report in multiple places -- let me just 02:52
17     find one, for example.                              02:52
18              Here the key is -- I assume that you're --  02:52
19     actually, I don't want to assume anything about your 02:53
20     question.                                            02:53
21              Both GAIA and Biscotti arrive encrypted on  02:53
22     Google and only ████, tying it -- this discussion back 02:53
23     to what we were discussing -- can decrypt them and has 02:53
24     the particular rules and policies to decide.  And it 02:53
25     is making sure that if ever a GAIA ID and a Biscotti 02:53
```

Page 166

| | | |
|---|---|---|
| 1 | ID find their way on the same logs, the Biscotti ID | 02:53 |
| 2 | will be encrypted. | 02:53 |
| 3 | So this is the gist of what we are | 02:54 |
| 4 | discussing in addition to the fact that on top of | 02:54 |
| 5 | that, Google Analytics always gets Biscotti IDs | 02:54 |
| 6 | encrypted, as I already discussed. | 02:54 |
| 7 | So your question about -- so can you repeat | 02:54 |
| 8 | again the question? | 02:54 |
| 9 | BY MR. MAO: | 02:54 |
| 10 | Q.   Yeah.  I'm asking you these ▮▮▮ logs, | 02:54 |
| 11 | right -- | 02:54 |
| 12 | A.   Uh-huh. | 02:54 |
| 13 | Q.   -- do they contain GAIA IDs and potentially | 02:54 |
| 14 | encrypted Biscotti IDs? | 02:54 |
| 15 | A.   I -- | 02:54 |
| 16 | MR. ANSORGE:  Same objection. | 02:54 |
| 17 | THE WITNESS:  I wouldn't know because I | 02:54 |
| 18 | haven't looked into these particular ▮▮▮ logs; | 02:54 |
| 19 | right? | 02:54 |
| 20 | So they do say -- this document says they | 02:54 |
| 21 | contain the GAIA ID and join beacons.  That's what | 02:54 |
| 22 | this is entitled. | 02:55 |
| 23 | BY MR. MAO: | 02:55 |
| 24 | Q.   Got it. | 02:55 |
| 25 | And what exactly is a join beacon? | 02:55 |

Page 167

```
 1        A.   Well, this is what I was asking to tell me      02:55
 2   because I have not seen this document before, and I'm     02:55
 3   sure that it is a document in relation to the             02:55
 4   deposition of Stephen Chung, I believe.  And hence it     02:55
 5   is out of context for me, right, unless I go to the       02:55
 6   deposition of Stephen Chung or you offer me more          02:55
 7   documents to see what this document is referring to as    02:55
 8   join beacons.                                             02:55
 9        Q.   Do you know what join beacons for               02:56
10   Google Analytics logs are?                                02:56
11             I swear to you, Professor, this is something    02:56
12   in which you really should know.  And I'm not trying      02:56
13   to trick you on this one.                                 02:56
14             MR. ANSORGE:  Objection.  Argumentative.        02:56
15             MR. MAO:  There are numerous -- numerous        02:56
16   documents referring to this, and I am entitled to an      02:56
17   answer on this one.                                       02:56
18             And I will -- Counsel, if you try to            02:56
19   obstruct and coach him on this any more, I will seek      02:56
20   for Court sanctions on this one.  I will run a search     02:56
21   to show you how often the term "join beacons" pops up     02:56
22   with Google Analytics logs and I'm absolutely entitled    02:56
23   to an answer from your expert.  Just try Joey, please.    02:56
24             MR. ANSORGE:  Mr. Mao, it's not a memory        02:56
25   test, as I stated before.                                 02:56
```

Page 168

CONFIDENTIAL

```
1    BY MR. MAO:                                        02:56

2         Q.   So can you answer my question, sir?      02:56

3              MR. ANSORGE:  If you have a specific thing,  02:56

4    why don't you show him a specific document.        02:56

5              MR. MAO:  I am showing him a specific     02:56

6    document that refers to join beacons.              02:56

7    BY MR. MAO:                                         02:56

8         Q.   Sir, do you know what join beacons for    02:56

9    Google Analytics logs are?                          02:56

10             MR. ANSORGE:  Objection.  Argumentative.  02:57

11             THE WITNESS:  I do not understand what you  02:57

12   mean by join beacons without giving me some context.  02:57

13   For example, in my report, I'm referring multiple   02:57

14   times to tracking beacons, referring to beacons.    02:57

15   There are other areas in documents that I've read that  02:57

16   they refer to beacons or tracking beacons or        02:57

17   join beacons.                                        02:57

18             Perhaps you can offer a document about     02:57

19   Google Analytics that talks about join beacons and  02:57

20   then I will know exactly what you are talking about.  02:57

21   BY MR. MAO:                                          02:57

22        Q.   Sitting here right now, you're not able to  02:57

23   tell me what join beacons for Google Analytics are.  02:57

24             Isn't that true?                           02:57

25             MR. ANSORGE:  Same objection.              02:57
```

Page 169

```
 1              THE WITNESS:  No.  I am not able to tell you      02:57

 2    what in this context is a join beacon.  I mean, I'm        02:58

 3    telling you, I'm going through my report, I do mention     02:58

 4    join beacons once as extracted from a document ending      02:58

 5    at 1695.  I will be more than happy to open up             02:58

 6    document 1695, meaning just offer some context so that     02:58

 7    I can be precise.                                          02:58

 8    BY MR. MAO:

 9        Q.   But we don't dispute that you opined on           02:58

10    join beacons in your expert report.                        02:58

11              Isn't that correct?                              02:58

12              MR. ANSORGE:  Objection.  Vague and              02:58

13    ambiguous.  Argumentative.  And mischaracterizes prior     02:59

14    testimony.                                                 02:59

15              THE WITNESS:  I am opining I offer 13            02:59

16    opinions in my report.  And last part of my report is      02:59

17    about the question of joining unidentified with            02:59

18    identified data.  And I -- in particular I call it         02:59

19    data joinability.  So I am opining about that in a lot     02:59

20    of places, and I will be happy to go through this with     02:59

21    you, more than happy.                                      02:59

22              But, again, the join beacons out of context     02:59

23    is not something that I feel comfortable making an         03:00

24    opinion at this point.                                     03:00

25    ///
```

Page 170

```
 1   BY MR. MAO:                                          03:00

 2       Q.   You do realize that according to your       03:00

 3   report, you read the deposition of Chung.            03:00

 4            Do you recall that?                          03:00

 5       A.   Yes.  But I've read like 10s and 10s and 10s 03:00

 6   of depositions.  And even Google engineers are using  03:00

 7   many times different terms for different things,      03:00

 8   depending on which groups they are working on.        03:00

 9            So I don't see what is the problem with you  03:00

10   offering -- actually, I don't want to state that.     03:00

11   It's fine.                                            03:00

12            All I'm saying is if you give me more        03:00

13   context, I will be able to be more accurate and       03:00

14   perhaps more helpful.                                 03:00

15       Q.   Have you ever looked for joining beacons in  03:00

16   the -- in the documents -- sorry.  Strike that.       03:00

17            Have you ever looked for joining beacons in  03:00

18   the logs that you actually inspected?                 03:01

19       A.   I cannot answer this question because it is  03:01

20   using the term joining beacons, and we have been      03:01

21   discussing for five minutes about the fact that I     03:01

22   don't feel comfortable to interpret the term          03:01

23   join beacons in a certain way out of some context.    03:01

24       Q.   So this brings me back to one of the         03:01

25   questions I wanted to ask very early on.              03:01
```

Page 171

CONFIDENTIAL

```
 1            Who -- who -- actual names -- who helped you      03:01
 2    run these tests that you were talking about?             03:01
 3            You said that you had counsel help you run        03:01
 4    tests.                                                    03:01
 5            Who are the people?                               03:01
 6        A.   The name of the person --                        03:01
 7            MR. ANSORGE:  Objection.  Form.                   03:01
 8            THE WITNESS:  So the name of the person that      03:01
 9    helped me run the tests that I am referring to and I'm    03:02
10    including on my report, first name is Tracy.  I don't     03:02
11    remember the last name.  I can easily find it, if you     03:02
12    want.                                                     03:02
13    BY MR. MAO:                                               03:02
14        Q.   Anyone else?                                     03:02
15        A.   No.                                              03:02
16        Q.   And did this Tracy, did you refer to her in      03:02
17    your report?                                              03:02
18        A.   I don't think so.  I don't remember.  I can      03:02
19    search for it.                                            03:02
20        Q.   Do you disclose in your report that this         03:02
21    Tracy helped you run tests?                               03:02
22        A.   We had a discussion about the experiments or     03:02
23    the tests, if you wish, that they are included in my      03:02
24    report, other ID, and how they are executed, how they     03:03
25    took place.  And during this discussion, I clarified      03:03
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | to you that I am overseeing it.  The execution, I give | 03:03 |
| 2 | specific instructions, but I'm not running them | 03:03 |
| 3 | myself.  In particular, not any, you know, machines or | 03:03 |
| 4 | service that might belong to my permanent employer, | 03:03 |
| 5 | USC.  And for this reason, I ask counsel to run | 03:03 |
| 6 | specific tests for me. | 03:03 |
| 7 | So I think we have covered the topic | 03:03 |
| 8 | already. | 03:03 |
| 9 | Now you asked me the specific person that | 03:03 |
| 10 | had received instructions from me and run the test, | 03:03 |
| 11 | which is the reason why I'm giving you the name. | 03:03 |
| 12 | Q.   And what are the qualifications of this | 03:03 |
| 13 | Tracy? | 03:03 |
| 14 | MR. ANSORGE:  Objection.  Vague. | 03:04 |
| 15 | THE WITNESS:  Counsel direct me to this | 03:04 |
| 16 | person as the right person to run these tests. | 03:04 |
| 17 | BY MR. MAO: | 03:04 |
| 18 | Q.   You can't remember the last name of the | 03:04 |
| 19 | person that helped you run tests after spending -- | 03:04 |
| 20 | MR. ANSORGE:  Objection. | 03:04 |
| 21 | BY MR. MAO: | |
| 22 | Q.   -- 200 hours on this? | |
| 23 | MR. ANSORGE:  Objection.  Argumentative. | 03:04 |
| 24 | And still not a memory test, Mr. Mao. | 03:04 |
| 25 | THE WITNESS:  Usually when I work with | 03:04 |

Page 173

| | | |
|---|---|---|
| 1 | collaborators, I always refer to them their first | 03:04 |
| 2 | name. This is just my way of collaborating with | 03:04 |
| 3 | people. It could be Gao. But I find this immaterial, | 03:04 |
| 4 | if I'm allowed to say. | 03:04 |
| 5 | BY MR. MAO: | 03:05 |
| 6 | Q. Did you find her qualifications immaterial | 03:05 |
| 7 | as well and therefore you don't remember right now? | 03:05 |
| 8 | MR. ANSORGE: Yeah. Objection. | 03:05 |
| 9 | Argumentative. | 03:05 |
| 10 | THE WITNESS: Not at all. I do consider | 03:05 |
| 11 | extremely important that my collaborators have | 03:05 |
| 12 | appropriate qualifications and this has been -- the | 03:05 |
| 13 | assurance to this effect has been given to me by | 03:05 |
| 14 | Mr. Ansorge. | 03:05 |
| 15 | BY MR. MAO: | 03:05 |
| 16 | Q. So what are her qualifications, sir, sitting | 03:05 |
| 17 | here today, defending your opinion? | 03:05 |
| 18 | MR. ANSORGE: Objection. Asked and | 03:05 |
| 19 | answered. | 03:05 |
| 20 | THE WITNESS: I already answered. But, | 03:05 |
| 21 | again, I got an assurance that she has the right | 03:05 |
| 22 | qualifications. I don't have a list off the top of my | 03:05 |
| 23 | head now to tell you X 1, 2, 3, 4, 5, 6. | 03:05 |
| 24 | I did find her quite able to execute this | 03:05 |
| 25 | stuff. I was asking her. I can say that. | 03:05 |

Page 174

```
 1    BY MR. MAO:                                          03:06

 2        Q.   Did you check whether or not she had        03:06

 3    technical qualifications to run the tests that you   03:06

 4    needed?                                              03:06

 5        A.   I inquired about it and I've been assured   03:06

 6    that she has.  I didn't ask her to show me her       03:06

 7    diplomas to verify myself that they are genuine, sir, 03:06

 8    so...                                                03:06

 9        Q.   And what are her technical qualifications,  03:06

10    as you sit here today?                               03:06

11            MR. ANSORGE:  Objection.  Asked and          03:06

12    answered.  Argumentative.                            03:06

13    BY MR. MAO:                                          03:06

14        Q.   What are they specifically?                 03:06

15        A.   I got assurance from Mr. Ansorge that she   03:06

16    has technical qualifications.                        03:06

17            I don't want to say something that it's      03:06

18    inaccurate.  I just don't like inaccurate answers.  I 03:06

19    mean...                                              03:07

20        Q.   Does she have more than a humanities degree? 03:07

21        A.   For sure, yes.                              03:07

22        Q.   Okay.  Does she have a technical degree?    03:07

23        A.   As far as I recall, yes.                    03:07

24        Q.   What kind of technical degree?              03:07

25        A.   I'm going to speculate -- not speculate.    03:07
```

Page 175

| | | |
|---|---|---|
| 1 | I'm going to try to remember to the best of my | 03:07 |
| 2 | recollection.  I think it's a computer science | 03:07 |
| 3 | Master's degree.  But I'm not sure.  I mean -- | 03:07 |
| 4 | MR. ANSORGE:  Objection.  Asked and | 03:07 |
| 5 | answered. | 03:07 |
| 6 | And at this point I'd also like to caution | 03:07 |
| 7 | the witness to not reveal privileged communications | 03:07 |
| 8 | and to not speculate about the qualifications of | 03:07 |
| 9 | anybody. | 03:07 |
| 10 | MR. MAO:  Mr. Ansorge, you are on extremely | 03:07 |
| 11 | thin ice.  You know I like you -- | 03:07 |
| 12 | MR. ANSORGE:  You asked the same question | 03:07 |
| 13 | four times over, Mr. Mao.  You're badgering the | 03:07 |
| 14 | witness with the same question four times over.  And | 03:07 |
| 15 | he's nice, he's polite, and he's providing different | 03:07 |
| 16 | responses each time, and he's searching for answers to | 03:08 |
| 17 | your question.  But if you were to actually look at | 03:08 |
| 18 | the transcript, you've asked him repeatedly the exact | 03:08 |
| 19 | same question. | 03:08 |
| 20 | BY MR. MAO: | 03:08 |
| 21 | Q.   How did you supervise Tracy's tests in this | 03:08 |
| 22 | case? | 03:08 |
| 23 | A.   I have already answered this.  Not the last | 03:08 |
| 24 | five minutes, but about a couple of hours ago when we | 03:08 |
| 25 | discussed about the way -- by ways I have run the test | 03:08 |

Page 176

| | | |
|---|---|---|
| 1 | I have -- I am reporting in my report.  I can repeat | 03:08 |
| 2 | this or I can -- I don't mind.  I can repeat this, or | 03:08 |
| 3 | you can look back at the transcript. | 03:08 |
| 4 | Q.   Did you produce all of the tests? | 03:08 |
| 5 | A.   I'm not sure what you mean by that. | 03:08 |
| 6 | Q.   What did you and Tracy test? | 03:08 |
| 7 | A.   I am referring to the tests that I include | 03:08 |
| 8 | in my report.  You can see in my report there are some | 03:09 |
| 9 | tests and some numbers. | 03:09 |
| 10 | Q.   Which parts of the -- which parts of your | 03:09 |
| 11 | report and tests were done by Tracy? | 03:09 |
| 12 | MR. ANSORGE:   Objection.  Mischaracterizes | 03:09 |
| 13 | testimony. | 03:09 |
| 14 | THE WITNESS:   There are no parts or tests of | 03:09 |
| 15 | my report that they were done by Tracy.  There are | 03:09 |
| 16 | some tests, data tests, data experiments, for which I | 03:09 |
| 17 | have oversaw and dictated and described in detail to | 03:09 |
| 18 | be executed.  And Tracy, Ms. Gao -- I don't know if I | 03:09 |
| 19 | have the right last name.  It's more polite, I would | 03:09 |
| 20 | say, to use Ms. Gao in this official context, if this | 03:10 |
| 21 | is the right last name -- was the person from counsel | 03:10 |
| 22 | that executed my instructions. | 03:10 |
| 23 | Now, that I corrected the characterization | 03:10 |
| 24 | of whether somebody else has executed anything or | 03:10 |
| 25 | produced anything in my report, which is not the case, | 03:10 |

Page 177

```
 1    I will tell you which parts of my report have numbers    03:10
 2    based on data.                                           03:10
 3              So there are two types --                      03:10
 4    BY MR. MAO:                                              03:10
 5        Q.    No.  No, no, sir.  You need to be able to      03:10
 6    tell me, okay, which parts of your report, okay, were    03:10
 7    done or assisted by Tracy.  Let's start there so that    03:10
 8    we don't get into an argument.                           03:10
 9              MR. MAO:  And, Joey, if you so much as try     03:10
10    to tamper with this, we're going to the Court.           03:11
11              MR. ANSORGE:  Objection.  Same objection.      03:11
12    Argumentative.                                           03:11
13              MR. MAO:  Go ahead.                            03:11
14    BY MR. MAO:                                              03:11
15        Q.    Go ahead, Professor.                           03:11
16        A.    Yes.  So let's just do this and move on.       03:11
17              Okay.  So let's go down.  I'm scrolling.       03:11
18              In an effort to give you a list, can I use a   03:12
19    Post-it™ to put notes or should I remember in the        03:12
20    process which parts are --                               03:12
21        Q.    Well, technically you were supposed to         03:12
22    disclose that as part of the report, but since you       03:12
23    didn't do that, you know, like I don't know what you     03:12
24    need right now in order to demarcate this.  But I        03:12
25    would like some type of demarcation as to which parts    03:12
```

Page 178

```
 1    were assisted by Ms. Gao.                          03:12

 2            MR. ANSORGE:  Objection.  Argumentative.   03:12

 3            And you appear to entirely have forgotten  03:12

 4    that there's a stipulation between the parties that 03:12

 5    extend to drafts and preparation.  And although that 03:12

 6    was a very important issue --                      03:12

 7            MR. MAO:  Not tests.  I mean, if your -- if 03:12

 8    your colleague is running tests, technical tests for a 03:12

 9    professor, I am absolutely entitled to that.  It   03:12

10    should have been disclosed in the reporting, and you 03:12

11    know that, Joey.                                   03:12

12            MR. ANSORGE:  This is the equivalent --    03:12

13    BY MR. MAO:                                        03:12

14        Q.  What part of the test or analysis was done 03:12

15    by the lawyer?                                     03:12

16            MR. ANSORGE:  Mr. Mao, asked and answered  03:13

17    many times over.                                   03:13

18            THE WITNESS:  So, one, I don't understand  03:13

19    all the legal stuff you guys are discussing.  I'm  03:13

20    going to again say the following:                  03:13

21            The experiments test, I'm going to talk    03:13

22    about over the next few minutes, as I will be scanning 03:13

23    my report, have been done -- have been run essentially 03:13

24    by me in the sense that I supervised them and I    03:13

25    fully -- I gave very, very precise instructions,   03:13
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Mr. Mao.  It's like a lot more precise instructions | 03:13 |
| 2 | than the ones I give on my students, to tell you the | 03:13 |
| 3 | truth. | 03:13 |
| 4 | It's like instructions I give to undergrads | 03:13 |
| 5 | when they are working for me in the context of a | 03:13 |
| 6 | grant.  Like do this, one, two, three, four, five. | 03:13 |
| 7 | Extremely precise.  You cannot mess it up.  It's an | 03:13 |
| 8 | execution task at that point. | 03:13 |
| 9 | And then the reason why I did it is because | 03:14 |
| 10 | I did not want to use USC equipment to actually run | 03:14 |
| 11 | the CPU cycles required to do it.  So I gave very | 03:14 |
| 12 | precise instructions that an undergrad could do | 03:14 |
| 13 | easily. | 03:14 |
| 14 | And then Ms. Tracy Gao was the person | 03:14 |
| 15 | that -- hopefully I'm not misspelling her name, last | 03:14 |
| 16 | name -- that did them and then sent the data back to | 03:14 |
| 17 | me, and then there was back and forth, to make sure | 03:14 |
| 18 | everything is properly done. | 03:14 |
| 19 | So the first such case in my report, if you | 03:14 |
| 20 | go to appendix G, profile data, this is the first | 03:14 |
| 21 | case.  And let me -- what I'm doing is I'm doing a | 03:14 |
| 22 | search to also point out to where you will see me | 03:14 |
| 23 | mentioning this in the actual report. | 03:14 |
| 24 | Because Mr. Hochman himself cited this | 03:14 |
| 25 | DBLS data, I got the data and I ran the test we are | 03:15 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | discussing right now.  And you can find more in | 03:15 |
| 2 | paragraph 80 of my report that refers to this data and | 03:15 |
| 3 | the tests. | 03:15 |
| 4 | BY MR. MAO: | 03:15 |
| 5 | Q.   Any other parts that were either done by | 03:15 |
| 6 | Ms. Gao or assisted by Ms. Gao? | 03:15 |
| 7 | A.   As I said, no parts of my reports was done | 03:15 |
| 8 | by Ms. Gao. | 03:15 |
| 9 | Q.   What part contains tests run by Ms. Gao? | 03:15 |
| 10 | A.   I'm sorry.  What -- | 03:15 |
| 11 | MR. ANSORGE:  Objection.  Argumentative. | 03:15 |
| 12 | Asked and answered. | 03:15 |
| 13 | BY MR. MAO: | 03:15 |
| 14 | Q.   What parts of your report contain tests run | 03:15 |
| 15 | by Ms. Gao? | 03:15 |
| 16 | A.   Run.  Okay. | 03:15 |
| 17 | What parts of my report contain test results | 03:15 |
| 18 | for which Ms. Gao executed the actual program in | 03:16 |
| 19 | servers other than mine is the way I would put it for | 03:16 |
| 20 | one more time. | 03:16 |
| 21 | And -- so, Mr. Mao, let's just agree on what | 03:16 |
| 22 | I'm saying that has happened.  I'm under oath.  I'm | 03:16 |
| 23 | telling you exactly what has happened.  So let's just | 03:16 |
| 24 | characterize it the way it is and I'm giving you -- I | 03:16 |
| 25 | promise I'm giving you, as always, very accurate | 03:16 |

Page 181

| | | |
|---|---|---|
| 1 | information. | 03:16 |
| 2 | So paragraph 80, I am referring to this, and | 03:16 |
| 3 | there is a table, you can see this table with some | 03:16 |
| 4 | Biscotti cookies and UIDs and a creation timestamp. | 03:16 |
| 5 | Then paragraph 82 is referring to these two | 03:16 |
| 6 | documents that we had a discussion about this earlier | 03:16 |
| 7 | on in my deposition, and you can find them in the | 03:16 |
| 8 | appendix G, as I said, profile data.  Paragraph 82 is | 03:16 |
| 9 | referring to the results of this test. | 03:16 |
| 10 | Then there is one more place that I would | 03:17 |
| 11 | like to bring to your attention to that matter and | 03:17 |
| 12 | this is -- | 03:17 |
| 13 | So would you like me to give you paragraphs | 03:17 |
| 14 | so that it's very precise, paragraph numbers? | 03:17 |
| 15 | Q.   Yes, sir.  Because precise is how you began | 03:17 |
| 16 | the deposition? | 03:17 |
| 17 | A.   Perfect. | 03:17 |
| 18 | If you go to paragraph 122, I am discussing | 03:18 |
| 19 | the fact that user agents are served by many, many, | 03:18 |
| 20 | many devices.  I have some citations to the fact of | 03:18 |
| 21 | the top 10 most popular user agents.  User agents, by | 03:18 |
| 22 | the way, are served by tens of millions of people in | 03:18 |
| 23 | the U.S. | 03:19 |
| 24 | And then in paragraph 122, I am using the | 03:19 |
| 25 | data submitted by the plaintiffs, and I'm doing | 03:19 |

Page 182

| | | |
|---|---|---|
| 1 | basically a matching exercise and I'm reporting some | 03:19 |
| 2 | numbers about user agents and they are common among | 03:19 |
| 3 | multiple plaintiffs in this paragraph. | 03:19 |
| 4 | Q.   Any other paragraphs or sections? | 03:19 |
| 5 | A.   I am very meticulously going through this. | 03:19 |
| 6 | Okay.  If you go to paragraph 120. | 03:20 |
| 7 | Q.   Okay. | 03:20 |
| 8 | A.   I am analyzing data produced in -- Google | 03:20 |
| 9 | produced under the special master process, essentially | 03:20 |
| 10 | he same data I was referring to before, for | 03:20 |
| 11 | IP addresses now; that they have multiple GAIAs | 03:20 |
| 12 | associated with them.  And I actually found | 03:21 |
| 13 | IP addresses with this property as well, particularly | 03:21 |
| 14 | IP addresses that they correspond to more than one of | 03:21 |
| 15 | the plaintiffs. | 03:21 |
| 16 | So 120 paragraph is showing IP addresses | 03:21 |
| 17 | that correspond to more than one of the plaintiffs, | 03:21 |
| 18 | and 122, as I already said, lists UAs that correspond | 03:21 |
| 19 | to more than one of the plaintiffs. | 03:21 |
| 20 | And to be, as always, extremely precise, let | 03:21 |
| 21 | me also go to the appendices to make sure there's no | 03:21 |
| 22 | appendix related to this data.  I don't remember. | 03:21 |
| 23 | Just -- | 03:21 |
| 24 | Q.   I'm curious, Professor, why didn't you ask | 03:21 |
| 25 | Google for equipment to run your tests and | 03:21 |

Page 183

CONFIDENTIAL

```
 1    experiments?                                        03:21

 2         A.   I didn't see the need for it.  I don't    03:22

 3    interact with Google at all.  I haven't interacted  03:22

 4    with anybody from Google at all throughout this     03:22

 5    period.  I haven't talked to a single person from   03:22

 6    Google.                                             03:22

 7         Q.   How much would you estimate the equipment 03:22

 8    would have cost you in order to be able to run these 03:22

 9    experiments?  The ones that you list in your report, 03:22

10    how much would it cost you?                         03:22

11         A.   I don't --                                03:22

12              MR. ANSORGE:  Mr. Mao, I've been quiet for 03:22

13    quite a while, so let me refer you back to the      03:22

14    stipulation which you said does not apply.  The first 03:22

15    part of it states explicitly that communications -- 03:22

16              MR. MAO:  No speaking objections.  Don't  03:22

17    make a speaking objection.                          03:22

18              MR. ANSORGE:  No.  I'm telling -- I'm     03:22

19    speaking to you directly on this.  We have a        03:22

20    stipulation saying the content of oral, written, or 03:22

21    other communications --                             03:22

22              MR. MAO:  Mr. Ansorge --                  03:22

23              MR. ANSORGE:  -- among and between --     03:22

24    Mr. Mao --                                          03:22

25              MR. MAO:  The name is not disclosed as part 03:22
```

Veritext Legal Solutions
866 299-5127

```
 1    of --                                              03:22

 2           MR. ANSORGE:  -- counsel and the expert or  03:22

 3    the expert staff and their supporting firms.       03:22

 4           And you are explicitly asking about data    03:23

 5    pulls that Dr. Psounis asked his counsel about.  And 03:23

 6    you're having that listed out in a form in which all 03:23

 7    you're doing is creating heat at this point.       03:23

 8           We have a specific stipulation that goes to 03:23

 9    this issue, Mr. Mao.                               03:23

10           MR. MAO:  I asked him -- the last question  03:23

11    in which you interrupted me and went on this tirade 03:23

12    was asking him about how much the equipment would have 03:23

13    cost in order for him to acquire and do it himself. 03:23

14           Are you withdrawing -- are you going to     03:23

15    stand down or are we going to pause on that question? 03:23

16           MR. ANSORGE:  What I'm objecting to is your 03:23

17    entire line of questioning about Ms. Gao --        03:23

18           MR. MAO:  Joey, my deposition -- stop, stop. 03:23

19           Okay?                                        03:23

20    BY MR. MAO:                                          03:23

21       Q.   Professor, how much would the equipment have 03:23

22    cost in order for you to be able to not use USC's  03:23

23    equipment and do -- run the test on your own       03:23

24    equipment?                                          03:23

25           MR. ANSORGE:  Objection.  Calls for         03:23
```

Page 185

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | speculation. | 03:23 |
| 2 | THE WITNESS:  I do not know. | 03:24 |
| 3 | BY MR. MAO: | 03:24 |
| 4 | Q.   You do not know as a technical expert how | 03:24 |
| 5 | much it would have cost you, even an estimate? | 03:24 |
| 6 | A.   I -- | 03:24 |
| 7 | MR. ANSORGE:  Same objection. | 03:24 |
| 8 | THE WITNESS:  I have not analyzed, looked | 03:24 |
| 9 | into it, counted cycles, so no. | 03:24 |
| 10 | BY MR. MAO: | 03:24 |
| 11 | Q.   And it never occurred to you that you can | 03:24 |
| 12 | ask Google for equipment to run experiments -- run | 03:24 |
| 13 | these tests that you refer to in your report? | 03:24 |
| 14 | MR. ANSORGE:  Objection.  Mischaracterizes | 03:24 |
| 15 | Exhibit 1.  Mischaracterizes prior testimony.  And | 03:24 |
| 16 | argumentative. | 03:24 |
| 17 | THE WITNESS:  As I said, I have not | 03:24 |
| 18 | interacted with anybody from Google throughout this | 03:24 |
| 19 | time.  I don't feel like I am working for Google or | 03:24 |
| 20 | anything like that.  I've been retained by the | 03:24 |
| 21 | counsel.  The natural thing to do for me was to reach | 03:24 |
| 22 | out to counsel about this.  And I'm going to stay out | 03:24 |
| 23 | of the legal arguments that you guys have. | 03:25 |
| 24 | BY MR. MAO: | 03:25 |
| 25 | Q.   Have you -- you've done prior expert | 03:25 |

Page 186

```
 1    reports, technical expert reports in other cases.        03:25

 2            Isn't that correct, Professor?                    03:25

 3       A.   Correct.                                          03:25

 4       Q.   And people that assist you in the                 03:25

 5    formulation of your report in those other cases, did      03:25

 6    you list them in your report?                             03:25

 7       A.   I don't remember, but I believe -- I'm            03:25

 8    trying to remember my recent report.  I don't remember    03:25

 9    if I listed them or not.  It's been some months now.      03:25

10       Q.   Do you know whether under the Rules of            03:25

11    Evidence and procedure for experts, do you know           03:25

12    whether or not you need to list people who assisted       03:26

13    you in the creation of your report?                       03:26

14       A.   No.                                               03:26

15            MR. ANSORGE:  Mr. Mao, same objection             03:26

16    referring to the stipulation between the parties.  I      03:26

17    don't want us to get into a shouting match, but it's      03:26

18    beyond the pale, nothing we've ever done with any of      03:26

19    your witnesses and something where you at this point      03:26

20    would have stopped the deposition.  We won't do so        03:26

21    because the facts are on our side.  But we plead with     03:26

22    you to return to substantive questioning and stop         03:26

23    harassing the witness in this fashion.                    03:26

24    BY MR. MAO:                                               

25       Q.   Are you sure her last name was Gao, G-a-o?        03:26
```

Page 187

| | | |
|---|---|---|
| 1 | A.   No.  I can check. | 03:26 |
| 2 | Q.   Was she the only person that assisted you on | 03:26 |
| 3 | these tests? | 03:26 |
| 4 | MR. ANSORGE:  Objection.  Mischaracterizes | 03:26 |
| 5 | prior testimony.  Assumes facts not in evidence. | 03:26 |
| 6 | Asked and answered many times over in direct violation | 03:26 |
| 7 | of the stipulation that the parties have reached with | 03:27 |
| 8 | regard to discovery of expert work. | 03:27 |
| 9 | BY MR. MAO: | 03:27 |
| 10 | Q.   Sir, you're not being instructed not to | 03:27 |
| 11 | answer because your counsel knows I'm right. | 03:27 |
| 12 | A.   Again, I want to stay out of the legal part. | 03:27 |
| 13 | MR. ANSORGE:  Yes. | 03:27 |
| 14 | Object to that entirely, to that | 03:27 |
| 15 | characterization. | 03:27 |
| 16 | THE WITNESS:  She was the only person that | 03:27 |
| 17 | executed my detailed instructions about what exactly | 03:27 |
| 18 | to do in order to produce the numbers in the results | 03:27 |
| 19 | that I have in the report. | 03:27 |
| 20 | BY MR. MAO: | 03:27 |
| 21 | Q.   Was she the only person who was providing | 03:27 |
| 22 | you materials as well for review? | 03:27 |
| 23 | MR. ANSORGE:  Objection.  Direct violation | 03:27 |
| 24 | of the stipulation the parties have reached, Mr. Mao. | 03:27 |
| 25 | THE WITNESS:  I'm not sure I understand what | 03:28 |

Page 188

```
 1    you mean by providing me direct materials.            03:28

 2            Is it about the test?  It's about what?        03:28

 3    BY MR. MAO:                                            03:28

 4        Q.   Going back to Exhibit No. 9.                  03:28

 5            After you having read all those paragraphs     03:28

 6    you did to find which Tracy we're talking about, do    03:28

 7    you recall what joining beacons are for                03:28

 8    Google Analytics?                                      03:28

 9            MR. ANSORGE:  Objection.  Asked and            03:28

10    answered.                                              03:28

11            THE WITNESS:  I'm giving you the same answer    03:28

12    I gave before.                                         03:28

13    BY MR. MAO:                                            03:28

14        Q.   Which is what?                                03:28

15        A.   I don't know what is the rules here.  What    03:28

16    are the rules here?                                    03:28

17        Q.   The rules are if your attorney does not       03:28

18    instruct you to answer -- not to answer, you're        03:28

19    required to answer.  So please, Professor --           03:28

20            MR. ANSORGE:  Yeah.                            03:29

21    BY MR. MAO:                                            03:29

22        Q.   -- what are joining beacons for               03:29

23    Google Analytics?                                      03:29

24            MR. ANSORGE:  There's valid objections.        03:29

25    Asked and answered.  Argumentative.  It's harassment   03:29
```

Page 189

| | | |
|---|---|---|
| 1 | at this point.  Your direct flagrant violation of the | 03:29 |
| 2 | stipulation the parties had reached is noted. | 03:29 |
| 3 | I am shocked by it, Mr. Mao.  It's not | 03:29 |
| 4 | something you've done with you -- why don't you seek | 03:29 |
| 5 | some discovery of Dr. Psounis' actual report and | 03:29 |
| 6 | opinions instead of seeking discovery of his | 03:29 |
| 7 | communications with counsel. | 03:29 |
| 8 | BY MR. MAO: | 03:29 |
| 9 | Q.   Joining beacons, what are joining beacons | 03:29 |
| 10 | for Google Analytics? | 03:29 |
| 11 | MR. ANSORGE:  Objection.  Asked and | 03:29 |
| 12 | answered. | 03:29 |
| 13 | THE WITNESS:  As I recall, I answered | 03:29 |
| 14 | before.  In order to give you a precise answer to | 03:29 |
| 15 | that, I would like you to give me some additional | 03:29 |
| 16 | documentation.  For example, since this is -- this | 03:29 |
| 17 | question is coming out of Exhibit 9, the deposition of | 03:29 |
| 18 | Stephen Chung, then I would see exactly the context of | 03:30 |
| 19 | what we are talking about. | 03:30 |
| 20 | BY MR. MAO: | 03:30 |
| 21 | Q.   Do you know whether or not joining beacons | 03:30 |
| 22 | is a common element or component of Google Analytics? | 03:30 |
| 23 | A.   Beacons, joining beacons, tracking beacons, | 03:30 |
| 24 | there are a lot of -- all kinds of beacons in very, | 03:30 |
| 25 | very different setups.  It's a very complex system.  I | 03:30 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | just don't want to mischaracterize anything. | 03:30 |
| 2 | Q.   Sir, how do you reach your opinions on | 03:30 |
| 3 | joinability about Google Analytics if you don't even | 03:30 |
| 4 | sitting here today know what a joining beacon is for | 03:30 |
| 5 | Google Analytics? | 03:30 |
| 6 | MR. ANSORGE:   Objection.   Argumentative. | 03:30 |
| 7 | Form. | 03:30 |
| 8 | THE WITNESS:   I will go through my report | 03:30 |
| 9 | and I can tell you exactly how I reached my opinions | 03:30 |
| 10 | about the joinability issue.   It is covered in | 03:31 |
| 11 | opinion 3 of mine.   Opinion 3 of mine is on a number | 03:31 |
| 12 | of things.   It's "Private Browsing Profiles, | 03:31 |
| 13 | Service-Side Processes, and Data Joinability," which | 03:31 |
| 14 | is the reason why I am bringing it up to your | 03:31 |
| 15 | attention. | 03:31 |
| 16 | And I could also -- I can also actually even | 03:31 |
| 17 | give you a high level -- I don't mind doing that -- a | 03:31 |
| 18 | high-level summary of how I reached my opinion. | 03:31 |
| 19 | BY MR. MAO: | 03:31 |
| 20 | Q.   Specifically about joining beacons for | 03:31 |
| 21 | Google Analytics. | 03:31 |
| 22 | Let me ask you, Professor, do you need to | 03:31 |
| 23 | know whether or not joining beacons for | 03:31 |
| 24 | Google Analytics is discussed by the -- by the expert | 03:31 |
| 25 | in which you are hired to rebut, Mr. Hochman? | 03:31 |

Page 191

```
 1        A.    There is discussion about what is beacons,        03:32

 2   including joining beacons in -- as far as I recall, in      03:32

 3   Mr. Hochman's report.  And you are welcome to give me        03:32

 4   Mr. Hochman's report as an exhibit, and that's going        03:32

 5   to actually help us move on.                                03:32

 6            Because my opinion on joinability and the          03:32

 7   fact that there is no joining of unauthenticated and        03:32

 8   authenticated data in my opinion, depends on a lot of       03:32

 9   things.  And I'm going to go and explain to you now in      03:32

10   what it depends because you are questioning -- you are      03:32

11   asking me actually -- your question is, to the best of      03:32

12   my understanding, "How are you reaching this opinion        03:32

13   of yours?"                                                  03:32

14            So I am reaching this opinion of mine as           03:33

15   follows:                                                    03:33

16            The -- first of all, the data that we are          03:33

17   discussing about, the data at issue --                      03:33

18        Q.    Join beacons, Professor.                         03:33

19            MR. ANSORGE:  Mr. Mao, please, why don't you       03:33

20   let him respond to your question.                           03:33

21            MR. MAO:  He's not.  He's trying to move on        03:33

22   and shift to a different subject.                           03:33

23            MR. ANSORGE:  Well, you have repeatedly            03:33

24   interrupted him.  You've violated the stipulation the       03:33

25   parties have reached.  You've applied a double              03:33
```

Veritext Legal Solutions
866 299-5127

```
1    standard that's entirely different from how we've      03:33
2    treated your witnesses --                               03:33
3            MR. MAO:  Wait, wait, wait, wait.                03:33
4            MR. ANSORGE:  Why don't you let him answer      03:33
5    your question.                                           03:33
6            MR. MAO:  Okay.  So let's go back to your       03:33
7    little objection here, okay, I violated a stipulation.  03:33
8            Mr. Ansorge, do you know which Tracy the         03:33
9    professor is speaking to?  Because apparently he's       03:33
10   having trouble recalling.                                03:33
11           Well?                                            03:33
12           Before you can say I violate a stipulation,      03:33
13   you need to tell me who this Tracy is.  Mr. Ansorge?     03:33
14           MR. ANSORGE:  You're violating the               03:34
15   stipulation, Mr. Mao.  We can discuss it in detail --    03:34
16           MR. MAO:  I don't know who the Tracy is.         03:34
17   Who's this Tracy?  Who is it?  Mr. Ansorge, who is it?   03:34
18           MR. ANSORGE:  Who --                             03:34
19           MR. MAO:  What are her qualifications?           03:34
20           MR. ANSORGE:  Mr. Mao, he's referring to         03:34
21   counsel that at his behest, went and looked up a         03:34
22   simple data query.                                       03:34
23           You've spent an hour or more focused on an       03:34
24   aspect that's directly in flagrant violation of the      03:34
25   stipulation the parties have reached.                    03:34
```

Page 193

| | | |
|---|---|---|
| 1 | It's the equivalent of him asking for | 03:34 |
| 2 | somebody to pull documents that relate to | 03:34 |
| 3 | fingerprinting.  That's what he's done with the data. | 03:34 |
| 4 | He asks for, pulls for an IP address.  Those are the | 03:34 |
| 5 | pulls that were done.  All of this is a direct | 03:34 |
| 6 | violation of the stipulation, obviously. | 03:34 |
| 7 | The other part that I've been referring to, | 03:34 |
| 8 | Mr. Mao, is that I bent over backwards with your | 03:34 |
| 9 | witnesses to not interrupt them, to permit them to | 03:34 |
| 10 | answer. | 03:34 |
| 11 | What we get from you, while those | 03:34 |
| 12 | conversations are ongoing, are objections such as | 03:34 |
| 13 | "Let the record reflect that the witness has asked for | 03:34 |
| 14 | a document and counsel refuses to show it to him." | 03:34 |
| 15 | How often has Dr. Psounis now asked for | 03:35 |
| 16 | Mr. Hochman's report, which is what he's actually | 03:35 |
| 17 | rebutting?  Why don't you convert this from a memory | 03:35 |
| 18 | test to something that will actually meet his opinions | 03:35 |
| 19 | on the basis on which they're formulated? | 03:35 |
| 20 | MR. MAO:  Because I'm trying to figure out | 03:35 |
| 21 | who this Tracy is and whether or not she actually has | 03:35 |
| 22 | a computer science degree. | 03:35 |
| 23 | What is your representation, Mr. Ansorge? | 03:35 |
| 24 | MR. ANSORGE:  My representation is you are | 03:35 |
| 25 | violating the stipulation by explicitly -- and I'll | 03:35 |

| | | |
|---|---|---|
| 1 | finish, I'm answering Mr. Mao -- by explicitly seeking | 03:35 |
| 2 | discovery of communications with counsel. | 03:35 |
| 3 | You have misrepresented what Dr. Psounis has | 03:35 |
| 4 | been describing as simple lookups and queries as | 03:35 |
| 5 | somehow being improper and you burned a huge amount of | 03:35 |
| 6 | time.  And you're now interrupting him when he is | 03:35 |
| 7 | actually describing some of the basis in his opinions. | 03:35 |
| 8 | And that's the extent of it. | 03:35 |
| 9 | Now, I think I've made my objection clear on | 03:35 |
| 10 | the record.  I'm surprised that you're doing this to | 03:35 |
| 11 | be frank, Mark.  This is not something we have done to | 03:35 |
| 12 | you, we would do to you.  We'll -- we're going to have | 03:36 |
| 13 | to probably take it up with the Court after this. | 03:36 |
| 14 | MR. MAO:  Take it up to the Court.  Because | 03:36 |
| 15 | his recollection is that you represented -- somebody | 03:36 |
| 16 | at Quinn Emanuel represented that this Tracy has a | 03:36 |
| 17 | technical degree. | 03:36 |
| 18 | Okay? | 03:36 |
| 19 | And assisted in the running of the tests. | 03:36 |
| 20 | I am absolutely within my bounds to ask and | 03:36 |
| 21 | figure out who this Tracy is, okay, who has the | 03:36 |
| 22 | science degree. | 03:36 |
| 23 | Does this Tracy have a science -- have a | 03:36 |
| 24 | computer science degree or not? | 03:36 |
| 25 | MR. ANSORGE:  Objection.  Direct violation | 03:36 |

Page 195

```
 1    of the stipulation the parties have reached.          03:36

 2         Mr. Mao, why don't you ask the witness some      03:36

 3    questions and he'll respond.                          03:36

 4    BY MR. MAO:                                           03:36

 5       Q.   Well, Professor, does she have a computer     03:36

 6    science degree?                                       03:36

 7         MR. ANSORGE:  Objection.  Asked and              03:36

 8    answered.  Objection.  Violation of the stipulation   03:36

 9    the parties have reached.                             03:36

10         MR. MAO:  You are going to go up to the          03:36

11    judge and say that it is -- in a technical deposition 03:36

12    of an expert, when I ask him who assisted them and    03:36

13    what kind of foundational competence they have in the 03:37

14    special matter under examination, you're going to say 03:37

15    that I am not entitled to that information,           03:37

16    Mr. Ansorge?                                          03:37

17         MR. ANSORGE:  I'm going to say you were          03:37

18    explicitly inquiring into communications with counsel.03:37

19    You understood that you were doing so at the time.    03:37

20    And you've done it for some reason instead of asking  03:37

21    the witness questions about their actual opinion.     03:37

22    That's something we can take up offline.              03:37

23         What I would plead with you, Mr. Mao, is why     03:37

24    don't you find your way back to the opinions that     03:37

25    Dr. Psounis has offered.  There's 13 of them.  You've 03:37
```

Page 196

| | | |
|---|---|---|
| 1 | asked about two at this point or three.  Why don't you | 03:37 |
| 2 | focus on those instead of his communications with | 03:37 |
| 3 | counsel which are explicitly categorically excluded by | 03:37 |
| 4 | stipulation of the parties. | 03:37 |
| 5 | MR. MAO:  So who is Tracy then?  Can you | 03:37 |
| 6 | establish for me that she's actually covered by the | 03:37 |
| 7 | stipulation?  Who?  Mr. Ansorge? | 03:37 |
| 8 | MR. ANSORGE:  Same objection. | 03:37 |
| 9 | MR. MAO:  You won't tell me who this Tracy | 03:37 |
| 10 | is on the record. | 03:37 |
| 11 | MR. ANSORGE:  I'm not being deposed here. | 03:38 |
| 12 | Same objection. | 03:38 |
| 13 | MR. MAO:  So then how am I supposed to take | 03:38 |
| 14 | your word that this is covered by the stipulation? | 03:38 |
| 15 | Sir -- | 03:38 |
| 16 | MR. ANSORGE:  Do you have any questions for | 03:38 |
| 17 | Dr. Psounis?  You indicated at one point that you were | 03:38 |
| 18 | planning on finishing at 4:00 p.m.  We are getting | 03:38 |
| 19 | close to that time. | 03:38 |
| 20 | MR. MAO:  No.  No, I'm not.  Because -- | 03:38 |
| 21 | because -- you've got to undisclose either technical | 03:38 |
| 22 | expert or nontechnical expert, and I'd like to know | 03:38 |
| 23 | which one that is in an expert deposition. | 03:38 |
| 24 | MR. ANSORGE:  There's no disclosure of an | 03:38 |
| 25 | expert here. | 03:38 |

Page 197

```
 1              You were asking Dr. Psounis about          03:38
 2   communications with counsel.  You're well aware of who  03:38
 3   on our team is named Tracy Gao.                        03:38
 4              I take offense and I'm surprised by this    03:38
 5   little performance you're putting on for us right now.  03:38
 6              You understand these are communications with  03:38
 7   counsel.  If you want to proceed and say that somehow  03:38
 8   it's proper for you to ask specifically what was       03:38
 9   pulled at one time, what documents were being          03:39
10   provided, you can do so.                               03:39
11              We've made it very clear on the record.  I  03:39
12   believe Dr. Psounis has been more than forthcoming.    03:39
13              Why don't you actually ask him some         03:39
14   questions about his conclusions that he's offering in  03:39
15   his report that he specifically rebut your plaintiffs'  03:39
16   opinions?                                              03:39
17              MR. MAO:  Because Rule 702 allows me to     03:39
18   analyze the data, the methodology, and the way the     03:39
19   methodology was used applied against the data to       03:39
20   arrive at the expert's conclusions.  And I'm trying to  03:39
21   understand with the methodology of how the data was    03:39
22   pulled.                                                03:39
23              Are you going to obstruct me from that,     03:39
24   Mr. Ansorge?                                           03:39
25              MR. ANSORGE:  Why don't you actually ask    03:39
```

Page 198

```
 1    Dr. Psounis about that.  Why don't you ask him --        03:39
 2             MR. MAO:  I have.                                03:39
 3             MR. ANSORGE:  -- about the specific --           03:39
 4             MR. MAO:  The --                                 03:39
 5             MR. ANSORGE:  -- searches that he has            03:39
 6    requested -- no.  That is not what you've been doing,     03:39
 7    Mr. Mao.                                                  03:39
 8             So why you don't actually ask Dr. Psounis        03:39
 9    what the specific search was that he had asked for,       03:39
10    what specific data he had run, and whether he had         03:39
11    access to that same data.                                 03:39
12             And I think we can wrap this up much quicker     03:39
13    than you've been doing so far.                            03:40
14             MR. MAO:  Let's take a break.                    03:40
15             Off the record, please.                          03:40
16             THE VIDEOGRAPHER:  Going off the record.         03:40
17    The time is 3:40 p.m.                                     03:40
18                (Break taken in proceedings.)                 03:40
19             THE VIDEOGRAPHER:  Back on the record.  The      04:16
20    time is 4:16 p.m.                                         04:16
21    BY MR. MAO:                                               04:16
22        Q.   Professor, during the break, did you speak       04:16
23    with Mr. Ansorge or any attorney regarding the            04:16
24    substance of the testimony here today?                    04:16
25        A.   No, I did not.                                   04:16
```

Page 199

| | | |
|---|---|---|
| 1 | MR. MAO:  I'm just going to put on the | 04:17 |
| 2 | record that Mr. Ansorge appears to be okay with us | 04:17 |
| 3 | agreeing to stipulation where if I don't ask you all | 04:17 |
| 4 | the questions regarding your interactions with this | 04:17 |
| 5 | Tracy, I am not waiving my right or ability to take | 04:17 |
| 6 | that up to the Court or ask additional questions | 04:17 |
| 7 | regarding that should the Court grant that. | 04:17 |
| 8 | Are we in agreement, Mr. Ansorge? | 04:17 |
| 9 | MR. ANSORGE:  I would put it like that. | 04:17 |
| 10 | We're in agreement that you've preserved the issue | 04:17 |
| 11 | that you're referring to. | 04:17 |
| 12 | I'm not sure what the second part was of | 04:17 |
| 13 | what you just said, where you have the right to seek | 04:17 |
| 14 | more questions or to have more discovery of Ms. Gao's | 04:17 |
| 15 | role.  That's the part that I wasn't -- I don't | 04:17 |
| 16 | believe that's what John was describing earlier | 04:17 |
| 17 | either. | 04:17 |
| 18 | Let me explain.  My understanding was that | 04:17 |
| 19 | plaintiffs would agree to cease this line of | 04:17 |
| 20 | questioning.  If we have agree they have sufficiently | 04:17 |
| 21 | preserved the issue, that they can raise it with the | 04:18 |
| 22 | Court, if they so choose. | 04:18 |
| 23 | And I'm pretty sure that's what John was | 04:18 |
| 24 | saying.  It sounds like you've converted it into | 04:18 |
| 25 | something different. | 04:18 |

```
 1              MR. MAO:  No.  No.                              04:18

 2         We would need to reserve our right to also          04:18

 3    be able to ask questions if you happen to be wrong on    04:18

 4    the existing questions.                                  04:18

 5              MR. ANSORGE:  Well, I think you're reserving    04:18

 6    the right to raise the issue with the Court.  If the     04:18

 7    Court determines that additional questions are           04:18

 8    appropriate, then it's going to be up to the Court.      04:18

 9         I mean, at this point, I'm not going to             04:18

10    stipulate to further questions into Dr. Psounis'         04:18

11    communications with counsel being appropriate or you     04:18

12    having a right to those.  I don't believe you ever had   04:18

13    a right to those.                                        04:18

14         So what we can stipulate to is that                 04:18

15    plaintiffs have sufficiently asked questions about       04:18

16    Tracy Gao, counsel, to preserve the issue, if they       04:18

17    want to raise it with the Court.                         04:18

18         And that's what John had asked us to                04:18

19    stipulate to, and that's what we're prepared to          04:19

20    stipulate to today.                                      04:19

21              MR. MAO:  I disagree on your word of the use   04:19

22    "sufficient."                                            04:19

23         Can we at least remove the word "sufficient"        04:19

24    from your offer or stip?  Why don't you put back in      04:19

25    what your offer and your version of the stipulation is   04:19
```

Page 201

```
 1    without the word "sufficient"?                          04:19

 2           MR. ANSORGE:  Plaintiffs have preserved the      04:19

 3    issue so that they can raise it with the Court.  And    04:19

 4    they will cease the line of questioning in discovery    04:19

 5    into Dr. Psounis' communications with counsel for       04:19

 6    Google, in particular Tracy Gao.                        04:19

 7           MR. MAO:  And I'm reserving my right to be       04:19

 8    able to ask the Court to be able to get additional      04:19

 9    questions on this topic, should the Court desire.       04:19

10           Do we agree on that?                             04:19

11           MR. ANSORGE:  That's fine.  I don't think        04:19

12    you're waiving any rights to ask the Court for any      04:19

13    specific relation.                                      04:20

14           MR. MAO:  Okay.                                  04:20

15    BY MR. MAO:                                             04:20

16        Q.   Professor Psounis, with regard to             04:20

17    IP addresses and whether or not Google uses IP          04:20

18    addresses to join data, do you have any evidence that   04:20

19    Google does not use IP addresses to join data?          04:20

20           MR. ANSORGE:  Objection.  Form.  Assumes         04:20

21    facts not in evidence.  Calls for speculation.          04:20

22           THE WITNESS:  First of all, when you say         04:21

23    data, I assume you are referring to the data at issue,  04:21

24    meaning whether Google is using IP addresses to join    04:21

25    unidentified data with identified data?                 04:21
```

Page 202

CONFIDENTIAL

```
 1   BY MR. MAO:                                          04:21

 2       Q.   No.                                         04:21

 3            Whether or not Google uses IP addresses to  04:21

 4   join any data?                                       04:21

 5       A.   I have not been asked to opine on whether   04:21

 6   Google uses IP addresses to join any data.  I've been 04:21

 7   asked to opine on whether Google uses IP addresses or 04:21

 8   other things to join the data at issue.  And in      04:21

 9   particular to join unauthenticated data from private 04:21

10   browsing mode to authenticated data.                 04:21

11            And my opinion is clear that this is        04:22

12   absolutely not the case.  Google does not do this with 04:22

13   IP addresses or with other stuff.                    04:22

14       Q.   If a user signs into a third-party website  04:22

15   that uses either PPIDs or GA IDs, would that data be 04:22

16   considered authenticated or unauthenticated data?    04:22

17       A.   I can answer, but I want to be as user      04:22

18   precise and stick to the data at issue.              04:22

19            So are you referring to a user that is in   04:22

20   private browsing mode and then signs into some Google 04:23

21   servers with a GAIA ID or in some first party with a 04:23

22   PPID?                                                 04:23

23            Can you be more precise?                     04:23

24       Q.   If the user signs into a third-party web -- 04:23

25   third-party website that uses either PPIDs or GA IDs, 04:23
```

Page 203

1    okay, is that going to be authenticated or          04:23

2    unauthenticated -- or unauthenticated data.          04:23

3         A.    So -- okay.  So are you referring to users    04:23

4    that they are browsing the internet in private        04:23

5    browsing mode?                                         04:23

6         Q.    Yes.  In private browsing mode.  Thank you.  04:24

7         A.    Okay.                                        04:24

8              So second clarification, you say             04:24

9    third-party.                                           04:24

10             PPIDs are first party.  It's okay.  I'm just  04:24

11    stating this as a matter of fact.  It's totally fine. 04:24

12             So the question is -- let's split it in two   04:24

13    parts.                                                 04:24

14             A user is in private browsing mode, and then  04:24

15    signs with a PPID, let's say, in New York Times.       04:24

16             This is the scenario, for example, you're     04:24

17    asking with; correct?                                  04:24

18         Q.    Yes.                                         04:24

19         A.    So this user is -- has not signed into his  04:24

20    Google account and henceforth, for starters, is a user 04:24

21    that is in private browsing mode, and it's a           04:25

22    signed-out user and it is visiting a non-Google        04:25

23    website, so it's a user that is at issue.  And this    04:25

24    user, by not having been signed into Google, from the  04:25

25    point of view of Google is an unauthenticated user.    04:25

```
 1          Q.   Okay.  So let's stay with that for a moment.    04:25

 2          Okay?                                                04:25

 3          So let's say that user also at that time            04:25

 4   opens up a normal mode browsing session.                   04:25

 5          Okay?                                                04:25

 6          Goes to the same website, this time sign in         04:25

 7   on the browser, okay, into the Google browser, okay,       04:26

 8   using his Google ID.  And then he logs into the same       04:26

 9   third-party website.                                       04:26

10          Okay?                                                04:26

11          Is the data that you previously said was            04:26

12   unauthenticated, does that become authenticated data       04:26

13   or is that still unauthenticated data?                     04:26

14          MR. ANSORGE:  Objection.  Form.  Compound.          04:26

15          THE WITNESS:  It is not clear to me what you        04:26

16   are describing with your second scenario.                  04:26

17          So you said now a user is in a regular              04:26

18   browsing mode.                                              04:26

19   BY MR. MAO:                                                 04:26

20          Q.   Yes.                                            04:26

21          A.   Then the user is signing into his Google ID;   04:26

22   right?                                                      04:26

23          Q.   Yes.                                            04:26

24          A.   And then the user continues browsing.          04:26

25   Whether it goes into a third party or a first party or     04:26
```

Page 205

| | | |
|---|---|---|
| 1 | whatever, he already signed in with his Google ID; | 04:26 |
| 2 | correct? | 04:27 |
| 3 | Q.   Right.  And then he's going to the same | 04:27 |
| 4 | website as what he had visited in the private browsing | 04:27 |
| 5 | session. | 04:27 |
| 6 | A.   Whether it goes to the same website or not, | 04:27 |
| 7 | since the user has signed in at Google, he's an | 04:27 |
| 8 | authenticated user. | 04:27 |
| 9 | Q.   Right. | 04:27 |
| 10 | So what about that prior -- that other | 04:27 |
| 11 | window, okay, where he was signed out but signed into | 04:27 |
| 12 | the third-party website in private mode or in | 04:27 |
| 13 | incognito mode, okay, do you and I agree that between | 04:27 |
| 14 | the two different sessions is sharing the PPID? | 04:27 |
| 15 | MR. ANSORGE:  Objection.  Form. | 04:27 |
| 16 | THE WITNESS:  So the PPID is set by the | 04:27 |
| 17 | publisher that is using the PPID for the certain user. | 04:27 |
| 18 | It is the same PPID.  It is a PPID that -- it is an ID | 04:28 |
| 19 | that, per the rules, is encrypted and it does not | 04:28 |
| 20 | contain any PII by the rules that -- in the contracts, | 04:28 |
| 21 | if you wish, that Google has with the first-party | 04:28 |
| 22 | provider, New York Times, whatever we are discuss now. | 04:28 |
| 23 | So, yes, it is the same PPID, but always | 04:28 |
| 24 | thinking the -- the topic at issue here, this PPID, as | 04:28 |
| 25 | I said, is designed that Google has no idea to whom | 04:28 |

Page 206

| | | |
|---|---|---|
| 1 | this PPID belongs to because it's encrypted and it | 04:28 |
| 2 | doesn't have PII.  And it -- | 04:28 |
| 3 |     Q.    Okay.  So -- | 04:28 |
| 4 |     A.    -- bunch of times so -- | 04:28 |
| 5 |     Q.    Okay.  But let me take another step. | 04:28 |
| 6 | So with this second sign-in, okay, in normal | 04:28 |
| 7 | mode, okay, you have now, we agree, the same PPID, is | 04:29 |
| 8 | the prior sessions data authenticated or | 04:29 |
| 9 | unauthenticated now?  Do you know? | 04:29 |
| 10 |     A.    I do know. | 04:29 |
| 11 |     MR. ANSORGE:  Objection.  Form. | 04:29 |
| 12 |     THE WITNESS:  So let me explain.  The first | 04:29 |
| 13 | sessions data, and to be precise, the private browsing | 04:29 |
| 14 | session data are unauthenticated.  The only -- I don't | 04:29 |
| 15 | want to offer multiple different -- let me just stick | 04:29 |
| 16 | to that. | 04:29 |
| 17 | They are unauthenticated data.  So there is | 04:29 |
| 18 | a cookie jar -- you can -- do you want me to -- I can | 04:29 |
| 19 | just walk you also through my report, if you would | 04:29 |
| 20 | like, with schematics and stuff to maybe help with my | 04:29 |
| 21 | explanations from Exhibit 1. | 04:30 |
| 22 | BY MR. MAO: | 04:30 |
| 23 |     Q.    No. | 04:30 |
| 24 | I just want to know, that first session in | 04:30 |
| 25 | private mode, right, was that -- does that become | 04:30 |

Page 207

```
 1    authenticated or unauthenticated data?              04:30

 2            I'm asking for Google purposes.  It's not   04:30

 3    meant to be a trick question.  It's merely asking you  04:30

 4    does it have to be authenticated or unauthenticated?  04:30

 5        A.   And I am trying to explain my answers so   04:30

 6    that you understand, I don't want to say here is the  04:30

 7    answer.                                              04:30

 8            So the data of this first session, the      04:30

 9    private browsing session, has a cookie jar associated  04:30

10    with it.  In this cookie jar there is the PPID, right,  04:30

11    you refer to.  And --                               04:30

12        Q.   Mm-hm.                                     04:30

13        A.   -- there is no GAIA ID in there.           04:30

14            Because the second session you are referring  04:30

15    to, which was originally on a regular browser --    04:30

16    regular browsing mode, and then I signed in into my  04:30

17    gmail, for example, some Google account of mine, it  04:31

18    does have a GAIA.                                    04:31

19            So these are two separate sessions.  They   04:31

20    have two separate cookie jars.  The first cookie jar  04:31

21    that corresponds to the first session doesn't have any  04:31

22    GAIA, and it is unauthenticated.  It is -- and it    04:31

23    stays unauthenticated.  Because what happens to the  04:31

24    second session, and whether the data -- and whether  04:31

25    the second session of the data from the second session  04:31
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | are not authenticated has nothing to do with what | 04:31 |
| 2 | happens with the first session.  This is separate | 04:31 |
| 3 | sessions. | 04:31 |
| 4 | Q.   Okay.  Do you know whether or not Google | 04:31 |
| 5 | uses that linkage, the linkage between the first | 04:31 |
| 6 | session and the second session, that shares the common | 04:31 |
| 7 | PPID? | 04:31 |
| 8 | A.   I'm not going call it linkage.  It is the | 04:31 |
| 9 | same PPID.  But because the PPID is encrypted, and | 04:31 |
| 10 | because the data that we are discussing are in | 04:32 |
| 11 | completely different logs, I do know that Google does | 04:32 |
| 12 | not attempt to make any joining of the two different | 04:32 |
| 13 | sets of data. | 04:32 |
| 14 | Q.   That's not my question.  Not my question. | 04:32 |
| 15 | My question is:  Does Google use that | 04:32 |
| 16 | linkage, for example, for a conversion? | 04:32 |
| 17 | MR. ANSORGE:  Objection.  Form, and | 04:32 |
| 18 | argumentative. | 04:32 |
| 19 | THE WITNESS:  So continuing on previous | 04:32 |
| 20 | thought we come to the conversion.  I do know that | 04:32 |
| 21 | Google does not use that linkage to join the data. | 04:32 |
| 22 | Now, the new -- the follow-up question, | 04:32 |
| 23 | which is making more specifically -- this is great -- | 04:33 |
| 24 | is whether Google is or is not using the data for | 04:33 |
| 25 | conversion. | 04:33 |

Page 209

```
 1              So I will -- let me just go through the       04:33
 2    corresponding part of my report.  I think speaking      04:33
 3    like that, it's a little bit --                         04:33
 4    BY MR. MAO:                                             04:33
 5         Q.   I'm simply asking you whether or not Google   04:33
 6    would use that, okay, that relationship, whether you    04:33
 7    want to call it linkage or not, for a conversion?       04:33
 8         A.   And I'm going to answer this.                 04:33
 9         Q.   It's not answered in your report.             04:33
10              Are you going to point me to a part of your   04:33
11    report that answers that?                               04:33
12         A.   Yes.  I'm going to point at -- I can answer   04:33
13    now.  But I'm trying to be --                           04:33
14         Q.   Okay.  And I want you to answer it.  I don't  04:33
15    need your report.  If your report would help basically  04:33
16    answer the question --                                  04:33
17         A.   Yes.                                          04:33
18         Q.   -- directly --                                04:33
19         A.   It will.                                      04:33
20              So let me go --                               04:33
21         Q.   Why can't you just answer that right now.  I  04:33
22    mean, it's a yes-or-no question.                        04:33
23              MR. ANSORGE:  Objection.  Argumentative.      04:33
24              THE WITNESS:  I think that my answer will be  04:33
25    more clear if I point to a specific section in my       04:34
```

Page 210

1    report.  I can show you a picture.  So if you can --        04:34

2    BY MR. MAO:                                                 04:34

3        Q.   I don't need a picture to illustrate.             04:34

4             I know you do know that I don't have a            04:34

5    technical degree, but I can assure you that I              04:34

6    understand the technical aspects of this case.             04:34

7             Okay?                                             04:34

8             I'm simply asking you:  Does Google use that      04:34

9    relationship for conversions?                              04:34

10            And my next question is going to be how do        04:34

11   you know, whatever your answer is?                         04:34

12       A.   So I'm going to answer this.  Give me one         04:34

13   second.  And I'm going to just use my report for my        04:34

14   own -- you don't need it, it's great -- for my own         04:34

15   uses.  I just think it grounds the discussion but --       04:34

16   so let me answer in a manner that I think it's more        04:34

17   precise and more helpful.                                  04:34

18            So I have to find the corresponding part          04:34

19   now.  Now this is opinion 4, I believe, about              04:34

20   conversions.                                               04:35

21            Okay.  Here we are.                               04:35

22            So when it comes to measuring conversions, I      04:35

23   do have a separate opinion and it's a short opinion,       04:35

24   and it starts at paragraph 86.                             04:35

25            So as you can see in the case of, for             04:35

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | example, paragraph 87, in order for Google to do this, | 04:35 |
| 2 | meaning use this for conversions -- | 04:35 |
| 3 | Q. Wait, wait, wait. | 04:35 |
| 4 | You're saying mapping is the same thing as | 04:35 |
| 5 | conversions? | 04:35 |
| 6 | A. I'm sorry? | 04:35 |
| 7 | Q. You're looking at 87; right?  I'm asking | 04:35 |
| 8 | about conversions.  I'm just making sure.  Because 87 | 04:35 |
| 9 | does not use the word "conversions." | 04:35 |
| 10 | A. Okay.  I am trying to explain to you.  You | 04:35 |
| 11 | said that you are not a technical expert. | 04:35 |
| 12 | Q. Okay.  Yeah, please. | 04:36 |
| 13 | A. Again, I'm trying to explain to you, because | 04:36 |
| 14 | the way conversions work is through mapping. | 04:36 |
| 15 | So I'm building up so that you understand. | 04:36 |
| 16 | You can see paragraph 88, if you will.  The way | 04:36 |
| 17 | conversions work is the following: | 04:36 |
| 18 | You have two Biscotti IDs, and they are both | 04:36 |
| 19 | connected to a GAIA ID, to the same GAIA ID.  This is | 04:36 |
| 20 | how the linkage takes place.  This is how the linkage | 04:36 |
| 21 | takes place.  And there have been, I believe -- not I | 04:36 |
| 22 | believe -- also testimony from Google engineers to | 04:36 |
| 23 | that effect. | 04:36 |
| 24 | So in the scenario you described to me, the | 04:36 |
| 25 | first PPID, which is converted to a Biscotti ID, as | 04:36 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1    you may or may not know -- it doesn't really matter        04:36

2    but just to know that we are talking about this            04:36

3    here -- is not mapped to a GAIA ID.  This is no link       04:36

4    between the first private browsing session Biscotti        04:36

5    ID, PPID, that essentially tells the Biscotti ID that      04:37

6    you discussed about, there is no mapping, there's no       04:37

7    link between this and the GAIA ID.                         04:37

8            And hence, it cannot be used in the context        04:37

9    of this close device link that you see in this basic      04:37

10   idea of this paragraph 88.                                 04:37

11       Q.   So you do not agree with me that in the           04:37

12   GAIA log is also going to sit -- for the second           04:37

13   session, you don't agree with me that it's going to       04:37

14   include both a GAIA ID and a Biscotti -- a ████████       04:37

15   ████████?                                                  04:37

16       A.   No.  This is not what I said.                     04:37

17            The second session has a GAIA ID and a PPID,      04:37

18   and hence the second session PPID being linked to a       04:37

19   GAIA ID can be used for conversions.                       04:38

20            There are other --                                04:38

21       Q.   So we are saying the same thing.  Wait,           04:38

22   wait, wait.  So that is my question.                       04:38

23            My question is, right, is that PPID and the       04:38

24   transactions associated with that PPID, okay, after       04:38

25   the sign in used for conversions?                          04:38
```

Page 213

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   So the encrypted and hashed PPID that has -- | 04:38 |
| 2 | is tending to a Biscotti ID of the second scenario | 04:38 |
| 3 | that you are describing this, which is connected to a | 04:38 |
| 4 | GAIA ID, could potentially be used for conversions, | 04:38 |
| 5 | yes.  It can.  I can be used. | 04:38 |
| 6 | Q.   Right. | 04:38 |
| 7 | A.   It is the first PPID after it is -- and not | 04:38 |
| 8 | just the PPID.  It's essentially the actions of this | 04:38 |
| 9 | private browsing user that's the key that they are not | 04:39 |
| 10 | converted.  They are not being used for conversions. | 04:39 |
| 11 | You see, I'm trying to go to the essence of | 04:39 |
| 12 | the case here -- | 04:39 |
| 13 | Q.   How are you -- how do you know that?  How do | 04:39 |
| 14 | you know that? | 04:39 |
| 15 | A.   I just explained how it's impossible with | 04:39 |
| 16 | the way the system is implemented, based on the | 04:39 |
| 17 | documents of course that I have reviewed, for this to | 04:39 |
| 18 | occur. | 04:39 |
| 19 | Because the way it works is that the first | 04:39 |
| 20 | PPID is not associated with a GAIA.  So the way it | 04:39 |
| 21 | works is the moment that there is a conversion, there | 04:39 |
| 22 | is no GAIA to associate with the PPID of the first | 04:39 |
| 23 | session.  So the source code will not work. | 04:39 |
| 24 | Q.   But the PPID is the same PPID in both | 04:39 |
| 25 | sessions. | 04:39 |

Page 214

```
 1              Do we disagree?                           04:39

 2         A.   I do not disagree that a user has the same 04:39

 3    PPID in as many sessions as the user is involved,    04:39

 4    private or not private, with a certain publisher.  It 04:40

 5    is the same PPID.                                     04:40

 6              But this PPID, as I said, even though it's  04:40

 7    the same PPID, then it is encrypted.  Then it is      04:40

 8    hashed.  And the two PPIDs now, I'm separating them   04:40

 9    because they are now two different PPIDs.  They may -- 04:40

10    because there is no linkage between them -- because   04:40

11    there is no linkage between them and the GAIA.  There 04:40

12    is only one GAIA that is linked to a GAIA, not the    04:40

13    other GAIA.                                           04:40

14              That's why I was showing you this --        04:40

15         Q.   Have you considered whether or not there's  04:40

16    any Google documentation showing that Google uses     04:40

17    PPIDs that as the linkage and not just GAIA?          04:40

18         A.   I have.                                     04:40

19              I'm sorry.  Am I answering too fast?  I     04:40

20    should wait a couple seconds.                         04:40

21              Based on all the documents that I have      04:40

22    reviewed, including the testimony and the depositions 04:40

23    from the engineers, I didn't find anything that says  04:40

24    that Google would use private browsing -- it's        04:41

25    important -- private browsing session PPIDs for       04:41
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | conversion. | 04:41 |
| 2 | Q.   No, no.  Different question. | 04:41 |
| 3 | My question to you is:  Do you know whether | 04:41 |
| 4 | or not Google uses, okay, ███████████████ for | 04:41 |
| 5 | conversions, even without a GAIA ID? | 04:41 |
| 6 | MR. ANSORGE:  Objection.  Form -- | 04:41 |
| 7 | BY MR. MAO: | 04:41 |
| 8 | Q.   The same PPID -- yes.  The same ████████ | 04:41 |
| 9 | ████████ across different sessions. | 04:41 |
| 10 | MR. ANSORGE:  Objection.  Form. | 04:41 |
| 11 | Argumentative.  Asked and answered. | 04:41 |
| 12 | THE WITNESS:  So as I -- okay.  So I'm going | 04:41 |
| 13 | to go back to my report to help again. | 04:41 |
| 14 | So in paragraph 88, I say that conversions | 04:41 |
| 15 | are measured through mapping a GAIA ID to a | 04:41 |
| 16 | Biscotti ID.  And for all practical purposes, PPID is | 04:41 |
| 17 | now converted to a Biscotti ID. | 04:42 |
| 18 | So if there is no such mapping between the | 04:42 |
| 19 | Biscotti ID -- the PPID converted to the Biscotti ID | 04:42 |
| 20 | in question with a GAIA ID, the conversion is not | 04:42 |
| 21 | going to take place. | 04:42 |
| 22 | So, again, it is not that conversion takes | 04:42 |
| 23 | place in the absence of a GAIA ID.  It's the GAIA ID | 04:42 |
| 24 | that does this, not the PPID. | 04:42 |
| 25 | And I can even explain why the system is | 04:42 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | designed like that, but I don't want to go there | 04:42 |
| 2 | unless you want to.  But I'm just saying. | 04:42 |
| 3 | BY MR. MAO: | |
| 4 | Q.   Now, setting aside conversions, could the | 04:42 |
| 5 | same PPIDs be used to identify users? | 04:42 |
| 6 | A.   No.  PPIDs, the way they have been designed | 04:42 |
| 7 | cannot be used to identify users.  And there are | 04:42 |
| 8 | multiple steps that Google has taken, and I can again | 04:42 |
| 9 | use my -- | 04:43 |
| 10 | Q.   So let me go back. | 04:43 |
| 11 | You and I agree that it was the same PPID, | 04:43 |
| 12 | right, in the scenario in both sessions?  The provide | 04:43 |
| 13 | browsing session and the incognito session; right? | 04:43 |
| 14 | You're saying that the same PPID could not | 04:43 |
| 15 | be used to identify the user in the GAIA state? | 04:43 |
| 16 | MR. ANSORGE:  Objection.  Form.  Compound. | 04:43 |
| 17 | And incomplete hypothetical.  And calls for | 04:43 |
| 18 | speculation. | 04:43 |
| 19 | THE WITNESS:  So my understanding of the | 04:43 |
| 20 | question was whether a PPID can be used to identify a | 04:43 |
| 21 | user by Google? | 04:43 |
| 22 | Is this the question or am I | 04:43 |
| 23 | misunderstanding the question? | 04:43 |
| 24 | BY MR. MAO: | 04:43 |
| 25 | Q.   Yeah. | 04:43 |

Page 217

1          Can we use the same PPID across those two          04:43

2     sessions to identify users?                            04:43

3          A.   No, no.  It's -- can you -- you can repeat    04:43

4     the question.  You're the one that comes up with        04:43

5     questions so I don't feel --                            04:43

6     BY MR. MAO:                                             04:44

7          Q.   Yeah, I know.  I'm literally trying.          04:44

8          A.   Maybe I can help and say -- I don't know.     04:44

9     You go for it.  Go for it.  Ask the question --         04:44

10         Q.   Right.                                        04:44

11         So you and I agree that it's the same PPID          04:44

12    in those two sessions.                                  04:44

13         Why can't I use that to identify users and          04:44

14    they could retrieve and find out what their PPID is?    04:44

15         A.   But that's exactly what you cannot do.  This   04:44

16    is what I'm explaining.                                 04:44

17         So -- so let me talk about PPIDs -- first           04:44

18    let me explain what happens with a PPID, regardless of  04:44

19    whether it's in a private browsing mode, not private    04:44

20    browsing mode, because this is going to then help       04:44

21    build up to the next more complicated question, which   04:44

22    is but here are two sessions, a private browsing        04:44

23    session and a regular session, and they -- the user     04:44

24    has logged in through both sessions in New York Times   04:44

25    so there is the same PPID.                              04:44

Veritext Legal Solutions
866 299-5127

```
 1              So let me first build up the first piece --    04:44

 2      Q.    Yeah.  And my question is basically going to     04:44

 3   be why can't I then just log in, right, to the same       04:44

 4   website again, get my PPID in whatever form that is,      04:44

 5   and use that to look up the different sessions?           04:45

 6   That's my question.                                       04:45

 7      A.    You cannot, and that's what I'm going to          04:45

 8   explain.  So --                                           04:45

 9              MR. ANSORGE:  Objection.  Vague.  Incomplete    04:45

10   hypothetical.                                             04:45

11   BY MR. MAO:                                               04:45

12      Q.    Go ahead, please.                                04:45

13      A.    I'm going through my report to find the          04:45

14   corresponding paragraph because I think it's going to     04:45

15   help.                                                     04:45

16              So in paragraph 59, I'm starting the           04:45

17   building block with how PPIDs are received and how        04:45

18   they are created, what is their property.                 04:45

19              We can skip up -- I'm going to just cut to      04:45

20   the chase.  And, I mean, there are a lot of relevant      04:46

21   things here, but I don't want to -- you know, I want      04:46

22   to just go directly to your question.  Only minimum       04:46

23   stuff to help.                                            04:46

24              So let's go to paragraph 60.  I don't want     04:46

25   to have to go to the analogy what Mr. Hochman is doing    04:46
```

Page 219

| | | |
|---|---|---|
| 1 | in his own papers.  That's fine.  Let's just stick to | 04:46 |
| 2 | the fact -- to the topic. | 04:46 |
| 3 | So a publisher will send a PPID to Google. | 04:46 |
| 4 | They -- this PPID is not allowed to have any PII, and | 04:46 |
| 5 | it is encrypted.  And on top of that, Google, when it | 04:46 |
| 6 | receives the PPID, it hashes the PPID further, just to | 04:46 |
| 7 | be certain because some publishers may not do their | 04:46 |
| 8 | job right.  So it is trying to make sure this is not | 04:47 |
| 9 | now in a form that I can go back into the original | 04:47 |
| 10 | value of the PPID. | 04:47 |
| 11 | So the moment this thing has arrived now to | 04:47 |
| 12 | Google, Google doesn't know the PPID value that the | 04:47 |
| 13 | publisher has.  It has an encrypted hashed PPID | 04:47 |
| 14 | string, and Google cannot go back to the PPID string | 04:47 |
| 15 | that the publisher has. | 04:47 |
| 16 | Q.   So why can't I just send Google my PPID, how | 04:47 |
| 17 | to hash it with the same hash and match that up?  Why | 04:47 |
| 18 | can't a user do that? | 04:47 |
| 19 | A.   The user doesn't control his or her PPID. | 04:47 |
| 20 | It's the publisher that controls it. | 04:48 |
| 21 | And I don't see how this is relevant here | 04:48 |
| 22 | because the point is whether Google. | 04:48 |
| 23 | Q.   If the publisher doesn't rotate their PPIDs, | 04:48 |
| 24 | I can just log in and get my PPID and submit that to | 04:48 |
| 25 | Google. | 04:48 |

Veritext Legal Solutions
866 299-5127

```
1              Isn't that correct?                        04:48

2         A.   Not really.                                04:48

3              MR. ANSORGE:   Objection --                04:48

4    BY MR. MAO:                                          04:48

5         Q.   I'm sorry.  Did you say "Not really"?      04:48

6         A.   Yes.  I'm saying no for the following      04:48

7    reason:  Because the PPID that the publisher creates 04:48

8    for you is not the -- is not what you see when you log 04:48

9    in, in the sense that it has to stripe out things that 04:48

10   they are considered PP -- PIIs, and then it is hashing 04:48

11   it.  So...                                           04:48

12        Q.   So what, Professor?  I'm giving the same   04:48

13   PPID that Google has collected without my assistance. 04:48

14   And now with my assistance, I'm giving the same PPID. 04:48

15              And are they not going through the same hash 04:48

16   algorithm?                                           04:49

17        A.   So you are now talking about a hypothetical 04:49

18   where you are at -- a person that is a technical     04:49

19   person and goes and extracts.  I'm asking what do    04:49

20   you -- in your mind now, goes and extracts the PPID  04:49

21   field that is sitting there in your browser; right?  04:49

22        Q.   Yes.  Yes.                                 04:49

23        A.   And then you sent this to Google on your   04:49

24   own.  You sent an mail to Google and say, "Here is my 04:49

25   PPID for this publisher"?                            04:49
```

Page 221

| | | |
|---|---|---|
| 1 | Q.   Yes. | 04:49 |
| 2 | A.   Is this what you are describing? | 04:49 |
| 3 | Q.   Yes. | 04:49 |
| 4 | A.   So -- | 04:49 |
| 5 | Q.   Can I locate my PPIDs in Biscotti and also | 04:49 |
| 6 | P logs using that method once I have extracted that ID | 04:49 |
| 7 | and sent it to Google to go through the hash? | 04:49 |
| 8 | MR. ANSORGE:  Objection.  Form.  Compound | 04:49 |
| 9 | and incomplete hypothetical. | 04:49 |
| 10 | THE WITNESS:  So I will answer as follows: | 04:50 |
| 11 | First of all, as a first matter here, | 04:50 |
| 12 | obviously this has nothing to do with whether Google | 04:50 |
| 13 | is or is not using PPIDs to join things or convert | 04:50 |
| 14 | things without the user knowing.  You are providing | 04:50 |
| 15 | them your PPID. | 04:50 |
| 16 | Second, if the hash function at Google, not | 04:50 |
| 17 | at -- not your publishers hash function, but Google's | 04:50 |
| 18 | hash function, is rotating and changing, which is the | 04:50 |
| 19 | case, then, no, it's impossible for Google to tie | 04:50 |
| 20 | this to another PPID of yours because it has gone | 04:50 |
| 21 | potentially through a different hash function.  So it | 04:50 |
| 22 | goes marked into a different value. | 04:51 |
| 23 | BY MR. MAO: | |
| 24 | Q.   But let's assume that Google was required by | 04:51 |
| 25 | a preservation order, for example -- | 04:51 |

Page 222

```
 1        A.    Mm-hm.                                        04:51

 2        Q.    -- right, to keep all of their hash           04:51

 3   functions.                                               04:51

 4        A.    Stable you mean?                              04:51

 5        Q.    Yes, stable.                                  04:51

 6        A.    So if you choose to send this and Google has  04:51

 7   the same -- hash function from day X, right, then your  04:51

 8   question is whether all the PPIDs that they originate   04:51

 9   from your communication of a PPID, and going through    04:51

10   the same exact hash, because Google has not changed     04:51

11   the hash function, whether this would result to be the  04:51

12   same PPIDs in the end.                                   04:52

13            Is this the question?                           04:52

14        Q.    That is the question.                         04:52

15        A.    So I'm not trying to -- that's the question.  04:52

16            In this complete hypothetical, all these        04:52

17   assumptions that you have listed are correct, which I   04:52

18   can't see how they can be correct, to tell you the      04:52

19   truth -- actually, they are not correct at regular      04:52

20   real world.  But you are saying some of these forcing   04:52

21   the system to change and be like that; right?           04:52

22        Q.    Yes.  A judge, for example.                   04:52

23        A.    Okay.  So let me repeat all the constraints,  04:52

24   just to make sure I'm not forgetting anything.          04:52

25            I'm a technical person.  I go to my             04:52
```

Page 223

```
 1    web browser on memory where it keeps cookies.  I      04:52

 2    extract the hash PPID that the first-party provider   04:53

 3    sends to me.                                          04:53

 4          Then I sent these PPID to Google myself.        04:53

 5    And I do this again in a week.                        04:53

 6          In the meantime, during this one week,          04:53

 7    somebody is forcing Google to doesn't -- don't touch  04:53

 8    the hash such that if you gave the same input, you get 04:53

 9    the same output.                                      04:53

10          And the question is whether the output of       04:53

11    that hash function would be the same during this      04:53

12    process?  That's basically what you're asking?        04:53

13       Q.   Yes.                                          04:53

14       A.   So, I have -- I mean, again, I have not -- I  04:53

15    don't know if there are -- there could be other       04:53

16    nuances that I am not considering right now because   04:53

17    this is not a scenario for which I have been asked to  04:54

18    form an opinion about.                                04:54

19          But if all the things have said are exactly     04:54

20    like that, then I'm trying to figure out if there is  04:54

21    something I might be missing.                         04:54

22          You see, in this hypothetical, all the          04:54

23    fly -- I don't know if I should -- it's a complicated 04:54

24    system, Mr. Mao.  You're asking me on the fly to come 04:54

25    up with a --                                          04:54
```

Page 224

1     Q.   I've already taken all of your assumptions      04:54

2  that would result in the same PPID, and I can look at   04:54

3  the transactions of the same PPID data; right?          04:54

4     A.   I'm trying to think if there are any more       04:55

5  assumption I have to make for my answer to be precise.   04:55

6  Because there are a lot of nuts and bolts on the         04:55

7  system.                                                  04:55

8         Let me -- let me look into one more thing in      04:55

9  my report that might be helpful to see if there are      04:55

10 more assumptions that I may have to make, if I can       04:55

11 even tell you what it is, so here...                     04:55

12        So the publisher also is not going to change      04:55

13 the PPID.  That's another assumption.  How do you know   04:55

14 that the publisher didn't change --                      04:55

15    Q.   We already -- we already eliminated that         04:55

16 assumption.  Remember?                                   04:55

17    A.   Okay.                                            04:55

18    Q.   The publisher does not change the PPID,          04:55

19 yeah.                                                    04:55

20    A.   Okay.                                            04:55

21    Q.   I've given you every trick you can pull.         04:55

22    A.   I'm not -- I'm not trying to --                  04:56

23        MR. ANSORGE:  Objection.  Argumentative.          04:56

24        MR. MAO:  It's a joke.  It's almost 5:00.         04:56

25        MR. ANSORGE:  Objection.  Assumes facts not       04:56

Veritext Legal Solutions
866 299-5127

```
 1    in evidence.                                          04:56

 2          THE WITNESS:  Another thing I do mention in     04:56

 3    my report because it is possible is that different    04:56

 4    publishers may provide the same hash value.           04:56

 5    BY MR. MAO:                                           04:56

 6          Q.   Assume that you know the property, the     04:56

 7    property number.                                      04:56

 8          Okay?                                           04:56

 9          Under -- for Google.  Every Google Analytics    04:56

10    and Google Ads customer has their own number.  Assume 04:56

11    that you know that number as well.  They're going to  04:56

12    be unique.  I can assure you.                         04:56

13          A.   I'm not sure how this should solve the     04:56

14    problem.  If I have two publishers that they send me  04:56

15    the same hashed value; right?                         04:56

16          Q.   Different Google customer IDs.             04:56

17          A.   Right.                                     04:56

18          But then what is going to happen in the end     04:56

19    is you may get a false positive because the PPID from 04:56

20    the other publisher is going to nevertheless be the   04:57

21    same.  It's going to go through the hash -- the same  04:57

22    hash function.  So when Google presents --            04:57

23          Q.   Right.  It's going to have a different     04:57

24    customer ID.                                          04:57

25          A.   Okay.                                      04:57
```

Page 226

| | | |
|---|---|---|
| 1 | Q.   I'm asking about same customer ID because | 04:57 |
| 2 | it's the same publisher with the same hash algorithm. | 04:57 |
| 3 | A.   No, no.  I'm talking about -- | 04:57 |
| 4 | Q.   -- and PPID. | 04:57 |
| 5 | That's what? | 04:57 |
| 6 | A.   I'm talking about a different publisher. | 04:57 |
| 7 | Q.   That's not my hypothetical.  You've changed | 04:57 |
| 8 | my hypothetical. | 04:57 |
| 9 | A.   No, I'm not.  I'm saying there could be a | 04:57 |
| 10 | different publisher that provides the same hash value | 04:57 |
| 11 | for the same user. | 04:57 |
| 12 | If you go to paragraph 135 where I'm talking | 04:57 |
| 13 | about -- | 04:57 |
| 14 | Q.   Right.  And I'm saying that you have to look | 04:57 |
| 15 | it up with the same customer ID.  Same customer ID, | 04:57 |
| 16 | same PPID. | 04:57 |
| 17 | A.   So now you need to also involve -- how are | 04:57 |
| 18 | you going to do this?  You need to also involve the | 04:57 |
| 19 | publishers and go and ask all possible publishers what | 04:57 |
| 20 | customer IDs they have -- | 04:58 |
| 21 | Q.   Do you know whether or not the customer | 04:58 |
| 22 | number is in the URL? | 04:58 |
| 23 | MR. ANSORGE:  Objection.  Vague. | 04:58 |
| 24 | THE WITNESS:  We are in this hypothetical, | 04:58 |
| 25 | Mr. Mao.  Maybe the customer IDs are the same in both | 04:58 |

Page 227

| | | |
|---|---|---|
| 1 | publishers.  How do I know?  Where -- | 04:58 |
| 2 | BY MR. MAO: | |
| 3 | Q.   Yeah.  How do you know?  Did you inspect the | 04:58 |
| 4 | systems? | 04:58 |
| 5 | A.   You are asking me? | 04:58 |
| 6 | Q.   Yeah, the expert. | 04:58 |
| 7 | MR. ANSORGE:  Asked and answered many times | 04:58 |
| 8 | over now, Mr. Mao. | 04:58 |
| 9 | THE WITNESS:  So I'm not ready to agree that | 04:58 |
| 10 | even in this hypothetical where the publisher we are | 04:58 |
| 11 | discussing is not changing my PPID.  It's the same.  I | 04:58 |
| 12 | am voluntarily sending it after it's been hashed by | 04:58 |
| 13 | the publisher with the same hash function to Google. | 04:58 |
| 14 | Google is forced to not utilize its usual | 04:58 |
| 15 | hash function and has to keep the hash function stable | 04:58 |
| 16 | and then maps it into a PPID, let's call it PPID 1. | 04:59 |
| 17 | And then a week after, I do the same thing | 04:59 |
| 18 | with the same publisher.  Now this is going to be | 04:59 |
| 19 | PPID 2.  My point is there could be another PPID 3 | 04:59 |
| 20 | from a different publishers that ends up having the | 04:59 |
| 21 | same hash value. | 04:59 |
| 22 | You say maybe it's a different customer ID | 04:59 |
| 23 | on the two publishers for this user, but they could | 04:59 |
| 24 | also be the same.  We are in a hypothetical land. | 04:59 |
| 25 | So my things, there are going to be multiple | 04:59 |

Page 228

```
 1    PPIDs.  Perhaps there will be the same, yet they are        04:59

 2    not going to fall into the case where all of this          04:59

 3    correspond to the same publisher.  That's all I'm          04:59

 4    saying.                                                    04:59

 5    BY MR. MAO:                                                04:59

 6        Q.   Professor Psounis, have you asked -- have         04:59

 7    you asked Google for a full list of all the search        04:59

 8    tools available to search the logs and data sources at    04:59

 9    issue in the case?                                         04:59

10        A.   No, I have not.                                  04:59

11             MR. MAO:  Mr. Ansorge, I pass the baton to       05:00

12    you.                                                       05:00

13             MR. ANSORGE:  Great.  I'd like to take a          05:00

14    10-minute break.  We can go off the record.               05:00

15             THE VIDEOGRAPHER:  Going off the record.         05:00

16    The time is 5:00 p.m.                                      05:00

17             (Break taken in proceedings.)                    05:00

18             THE VIDEOGRAPHER:  Back on the record.  The      05:12

19    time is 5:12 p.m.                                          05:12

20                  EXAMINATION BY MR. ANSORGE                   05:12

21    BY MR. ANSORGE:                                            05:12

22        Q.   Dr. Psounis, do you recall Mr. Mao asking        05:12

23    you a number of questions about Exhibit 9 today?          05:12

24        A.   Let me open up Exhibit 9.  I mean, I do          05:13

25    recall discussing Exhibit 9, but just, you know, keep     05:13
```

Page 229

```
 1    it precise.                                        05:13

 2         Q.   Yes.  Please do.                         05:13

 3         A.   Yes.  Yes.                               05:13

 4         Q.   If you look at the first page of Exhibit 9,   05:13

 5    do you see the sentence at the bottom, the last    05:13

 6    sentence that says:                                05:13

 7              "For customers that use the              05:13

 8         Google Analytics user ID, the user ID and     05:13

 9         join beacons may be present in the            05:13

10         following logs."                              05:13

11              Did I read that out correctly?           05:13

12         A.   Yes.                                     05:13

13         Q.   Is the Google Analytics user ID the same as   05:13

14    the GAIA ID?                                       05:13

15         A.   No.                                      05:13

16         Q.   Dr. Psounis, do you recall Mr. Mao asked you   05:13

17    a series of questions about Exhibit 2, which was an   05:13

18    order by Magistrate Judge Van Keulen?              05:14

19              Can you please pull that up?             05:14

20         A.   I opened up Exhibit 2.  It's on my .pdf   05:14

21    here.                                              05:14

22         Q.   Please turn to number page 7 in          05:14

23    Exhibit No. 2, and this is 7 at the bottom, the    05:14

24    paginated No. 7.  Let me know once you're there.   05:14

25         A.   I am there.                              05:14
```

Page 230

```
 1        Q.   You see there's a numbered list and at the      05:14

 2   top, the first number is "2"?  If you look at the last    05:14

 3   sentence, No. "2"?                                         05:14

 4        A.   Maybe I'm looking at the wrong part.             05:14

 5   Number -- page No. 7 -- ah, 7 of the .pdf is --            05:14

 6   because there are multiple No. 7.  Okay.                   05:14

 7             I'm sorry.  There are -- now I'm looking at      05:14

 8   page No. 7, which is 8 out of 58 on the .pdf.  I was       05:15

 9   looking at another page No. 7 which was page 19 out of     05:15

10   58, something like that.                                   05:15

11        Q.   And is that the page with the judge's            05:15

12   signature at the bottom where it says                      05:15

13   "Susan van Keulen, United States Magistrate Judge"?        05:15

14        A.   Yes.                                             05:15

15        Q.   So I'd like to direct you attention to the       05:15

16   top of the page.  There's a numbered list and there's     05:15

17   No. 2.  You see the last sentence in No. 2, it says:       05:15

18             "Google is not excluded from arguing             05:15

19        against the reliability of the three                  05:15

20        incognito-detection bits in identifying               05:15

21        class members."                                       05:15

22             Do you see that?                                  05:15

23        A.   Yes.                                             05:15

24        Q.   In your opinion No. 8, are you describing        05:15

25   how reliable the maybeChromeincognito bit is for          05:15
```

                                                    Page 231

```
1    identifying class members?                        05:15

2        A.   Yes.   That's the essence of my opinion 8.   05:15

3    And I'm going to just read here.                  05:16

4             Yes.   I'm saying that Mr. Hochman's opinion   05:16

5    is incorrect, and I'm offering a bunch of false   05:16

6    positive cases and talking about the unreliability of   05:16

7    the incognito.                                    05:16

8        Q.   And, Dr. Psounis, is your opinion 8 about   05:16

9    the maybeChromeincognito bit based on what logs the   05:16

10   bit is written to?                                05:16

11       A.   No.   As the false positive cases, for   05:16

12   example, have -- are not related to the logs.     05:16

13       Q.   And does opinion 8 of your report rely on   05:16

14   any specific log?                                 05:16

15       A.   No.                                      05:16

16       Q.   Did you rely on the fields provided to the   05:16

17   special master in forming any of the opinions in your   05:16

18   report?                                           05:17

19       A.   Can you please repeat this question?     05:17

20       Q.   Yes.                                     05:17

21            Did you rely on any fields provided to the   05:17

22   special master in forming any of the opinions in your   05:17

23   report?                                           05:17

24       A.   No, I did not.                           05:17

25       Q.   Do you recall Mr. Mao asked you a series of   05:17
```

Page 232

```
 1    questions about Exhibit 5, which was a Sramek        05:17

 2    declaration?                                         05:17

 3          Could you please pull that up?                 05:17

 4    A.    I'm looking at Exhibit 5.                       05:17

 5    Q.    Please turn to paragraph 10.  It's on           05:17

 6    page 2.  Let me know once you're there.              05:17

 7    A.    What page you said?                             05:17

 8    Q.    It's page 2, numbered page 2 at the bottom.     05:17

 9    It's paragraph 10.                                   05:18

10    A.    Ah, yes, I'm there.                             05:18

11    Q.    Now, you see there's a block quote, and        05:18

12    under it there's a sentence.  It says:               05:18

13          "I have confirmed with the Google              05:18

14          engineer that wrote the code for, and          05:18

15          implemented" -- and there's redacted --        05:18

16          "log, that all of the joins in this log        05:18

17          are either from authenticated to               05:18

18          authenticated log sources, or from             05:18

19          unauthenticated to unauthenticated log         05:18

20          sources, but none are from unauthenticated     05:18

21          to authenticated log sources or vice           05:18

22          versa."                                        05:18

23          Did I read that correctly?                     05:18

24    A.    Yes.                                            05:18

25    Q.    Does this statement in any way contradict or   05:18
```

Page 233

CONFIDENTIAL

```
 1    undermine the opinions you offered in your report?    05:18

 2         A.   Not at all.  Actually, my opinion related to    05:18

 3    this sentence in my report explicitly says that Google    05:18

 4    does not join unauthenticated with authenticated,    05:19

 5    which is what this says.  "But not from an    05:19

 6    authenticated to unauthenticated log sources in    05:19

 7    particular or vice versa."    05:19

 8         Q.   Dr. Psounis, do you recall Mr. Mao asked you    05:19

 9    a series of questions about Exhibit 6?  If you could    05:19

10    please pull that up.    05:19

11         A.   I pulled it up.    05:19

12         Q.   And you see at the top this document is    05:19

13    labeled "Incognito Events Labeling"?  And then if you    05:19

14    look down three lines, do you see where it says    05:19

15    "Status:  Proposed"?    05:19

16         A.   Yes, I see that.    05:19

17         Q.   Now, if you go further down, you see there's    05:19

18    four different approvers that are listed, four    05:19

19    different user names.    05:19

20              Do you see those?    05:19

21         A.   Yes, I do.    05:19

22         Q.   And you see that for three of them it states    05:20

23    "Approved" and for one it states "Pending"?  You see    05:20

24    that?    05:20

25         A.   Yes.    05:20
```

Veritext Legal Solutions
866 299-5127

1        Q.   Just based on this document before you,         05:20

2    would you expect this to indicate that something has     05:20

3    been implemented or does it look to you like this is     05:20

4    indicating that something is being proposed and has      05:20

5    yet to be approved?                                      05:20

6            MR. MAO:  Objection.  Leading.  Calls for        05:20

7    speculation.                                             05:20

8            Go ahead.                                        05:20

9            THE WITNESS:  This is clearly something that     05:20

10   it's at the proposed status, pending approval from       05:20

11   approver with user name "alihanlivdumlu."                05:20

12   BY MR. ANSORGE:                                          05:20

13       Q.   Dr. Psounis, could you please turn to the       05:20

14   page ending with the Bates designation 797, and let me   05:20

15   know once you're there?                                  05:21

16       A.   I am there.                                     05:21

17       Q.   Second page of the document.                    05:21

18           You see there's a comment on the side that       05:21

19   says "Commented (5)."  It states that:                   05:21

20           "Agree that extension provides more              05:21

21       flexibility in the future, especially                05:21

22       'incognito mode' is a concept across                 05:21

23       app-level (example, Search, YouTube, GMM?)           05:21

24       and platform-level (example, Chrome and              05:21

25       Android.)                                            05:21

                                            Page 235

```
 1              Do you see that?                      05:21

 2        A.   I do.                                  05:21

 3        Q.   Dr. Psounis, what's your opinion about the   05:21

 4   maybeChromeincognito bit, which is opinion 8 of your   05:21

 5   expert report, related to the app level or the   05:21

 6   platform level?                                  05:21

 7        A.   It is related to what is being referred to   05:21

 8   here as platform level.  It has to do with browsers,   05:21

 9   Chrome, example.                                 05:21

10        Q.   Now, Dr. Psounis, how many opinions are in   05:21

11   your expert report?                              05:21

12        A.   I remember that by heart; 13.          05:22

13        Q.   And today Mr. Mao asked you about      05:22

14   opinions 1, 2, and 8.                            05:22

15              Do you recall that?                   05:22

16        A.   Do you mind if I go through my executive   05:22

17   summary?                                         05:22

18              Actually, no.  I'm going to go through the   05:22

19   table of contents, just to make sure that I'm    05:22

20   answering precisely.                             05:22

21              We touched pieces related to my opinion 1,   05:22

22   2, and 8.  I didn't end up giving justification for   05:22

23   either of these three opinions and do them full   05:23

24   justice.  But, yes, he did ask me about 1, 2, and 8.   05:23

25   There was a lot of back and forth.              05:23
```

```
 1          Q.    And did Dr. -- did Mr. Mao ask you about any     05:23

 2     other opinions in your expert report today?               05:23

 3          A.    Let me read the rest of that.                   05:23

 4                I don't remember Mr. Mao raising any other       05:23

 5     opinion number to me.                                      05:23

 6                I can for sure say that there was no             05:23

 7     discussion about entropy, on fingerprinting,               05:23

 8     identifying class members, either class 1 or class 2.      05:23

 9     No discussion about certain devices or certain             05:23

10     accounts.  No discussion about the three opinions          05:24

11     related to Mr. Schneier.                                   05:24

12                I brought up -- at some point Mr. Mao talked     05:24

13     about joining stuff, but he never asked me about my        05:24

14     opinion 3.  I remember the discussion with the joint       05:24

15     beacon that was a controversy.                             05:24

16          Q.    Dr. Psounis, do you recall Mr. Mao asking        05:24

17     you a series of questions about PPID?                      05:24

18          A.    Yes.                                            05:24

19          Q.    Do you recall he asked you about a scenario      05:24

20     in particular where a user pulls a PPID from their         05:24

21     browser and provides that to Google?  Do you recall        05:24

22     that?                                                      05:24

23          A.    Can you repeat again the question?  I'm         05:25

24     getting a little bit jet-lagged.                           05:25

25          Q.    Sure.  It's been a long day and thank you       05:25
```

Page 237

```
 1    for your patience.                                    05:25

 2            Do you recall he asked you about a scenario    05:25

 3    in which a user would pull a PPID and then provide     05:25

 4    that to Google?                                        05:25

 5        A.   Yes.                                          05:25

 6        Q.   You recall discussing that in detail with     05:25

 7    Mr. Mao earlier today?                                 05:25

 8        A.   Yes.                                          05:25

 9        Q.   Now, if Google would look up data associated  05:25

10    with a specific PPID, how many publishers would that   05:25

11    data be associated with?                               05:25

12        A.   Well, obviously only the publisher that has   05:25

13    issued this PPID.  I think in our example it was        05:25

14    New York Times, if I recall correctly.                 05:25

15        Q.   So unless a user had signed in to the         05:25

16    New York Times in that scenario, there wouldn't be any 05:25

17    data associated with a specific PPID of the            05:25

18    New York Times.                                        05:25

19            Is that correct?                               05:25

20        A.   Correct.                                      05:26

21        Q.   Dr. Psounis, do you recall at various points  05:26

22    today you and Mr. Mao were discussing your IP and user 05:26

23    agent analysis?                                        05:26

24            Do you recall that?                            05:26

25        A.   I'm not sure.                                 05:26
```

Page 238

| | | |
|---|---|---|
| 1 | MR. MAO:  Objection.  Beyond the scope of | 05:26 |
| 2 | the redirect.  I actually -- of a cross.  I actually | 05:26 |
| 3 | believe I did not ask him that. | 05:26 |
| 4 | BY MR. ANSORGE: | 05:26 |
| 5 | Q.   Well, Dr. Psounis, do you recall testifying | 05:26 |
| 6 | about your appendices in which you describe IP address | 05:26 |
| 7 | and user agent analysis today? | 05:26 |
| 8 | A.   Yes.  We did discuss about that when I was | 05:26 |
| 9 | explaining how many IP addresses had a common GAIA | 05:26 |
| 10 | associated with them, how many UAs had a common GAIA | 05:26 |
| 11 | associated with them, yes. | 05:26 |
| 12 | Q.   And is that analysis described in one of | 05:27 |
| 13 | your appendices, Dr. Psounis? | 05:27 |
| 14 | A.   It is an appendix.  Appendix F. | 05:27 |
| 15 | And as a matter of fact, I remember -- I | 05:27 |
| 16 | recall, but I got interrupted because of the legal | 05:27 |
| 17 | stuff you guys were dealing with, when I was going | 05:27 |
| 18 | very, very carefully through my document and I was | 05:27 |
| 19 | trying to point out to Mr. Mao every single place. | 05:27 |
| 20 | That was the next thing I was going say. | 05:27 |
| 21 | After the two paragraphs that I -- I was going to say | 05:27 |
| 22 | in appendix F it has the date. | 05:27 |
| 23 | Go ahead. | 05:27 |
| 24 | Q.   And can you describe the analysis you | 05:27 |
| 25 | conducted in appendix F? | 05:27 |

Page 239

1    A.   Of course I can.  So, again, so the idea of          05:27

2    the analysis related to IP addresses and user agents       05:27

3    is the following:                                          05:27

4         There are some data that they have been              05:27

5    provided by the plaintiffs.  And this data contained a     05:28

6    lot of records, hundreds of thousands of records -- or     05:28

7    144957, now that I have the appendix in front of me.       05:28

8         And what I was interested to see with                05:28

9    respect to IP addresses first was whether to there are     05:28

10   IP addresses that they are served with multiple            05:28

11   plaintiffs.  And I could do that because the               05:28

12   plaintiffs gave their GAIA IDs.                            05:28

13        And there were actually three IP addresses           05:28

14   and they are listed in paragraph 2 of the appendix,        05:28

15   the IP addresses, that they are served -- they are         05:28

16   served by multiple plaintiffs.                             05:28

17        And then -- sorry.                                    05:28

18        Through a lookup, too, we -- as you can see           05:29

19   in paragraphs 3, 4, and 5, it was apparent to me that      05:29

20   these three IP addresses, that they were shared by         05:29

21   multiple plaintiffs, were actually issued by, I think,     05:29

22   by -- and this is what this paragraph is showing.          05:29

23        Then next I was also interested to ask the            05:29

24   same question myself about the data that the               05:29

25   plaintiffs provided, about UAs, user agents.               05:29

Page 240

```
 1              So we did find -- if you can see the data --     05:29

 2    in paragraph 6, you can see that after the analysis of    05:29

 3    the data, there were a thousand 257 distinct user          05:30

 4    agents and out of those a thousand 257, 73 got            05:30

 5    responded to multiple plaintiff -- multiple different      05:30

 6    plaintiff GAIA IDs.  So essentially the plaintiffs         05:30

 7    were -- multiple plaintiffs were having the same UA.       05:30

 8              For example, the first one, actually four        05:30

 9    action Brown appears twice because he had two.  Three,     05:30

10    but the second one, four, there's Brown, Byatt and         05:30

11    Castillo --                                                05:30

12              THE COURT REPORTER:  Okay.  I'm sorry.           05:30

13    You're a little bit mumbling your words together.  I'm     05:30

14    not getting exactly what you're saying.                    05:30

15              Can you slow down and enunciate a little         05:30

16    bit, please?  Thank you.                                   05:30

17              THE WITNESS:  Okay.  Sorry.                      05:30

18              So what I am saying is that I conducted this     05:30

19    experiment, this -- because I wanted to see whether        05:30

20    and how many of the distinct UAs that can be found in      05:31

21    the data served by the plaintiffs and served among        05:31

22    multiple plaintiffs.  Because this is directly             05:31

23    relevant to my opinion about the fact that UAs and IPs     05:31

24    are not unique or static.  And, hence, they are            05:31

25    unreliable to do any kind of fingerprinting based on       05:31
```

Page 241

```
 1   that.                                              05:31

 2          So I'm just pointing out to the fact that on   05:31

 3   this table here that has "User Agent" column on the   05:31

 4   left and "Corresponding GAIA IDs" on the right, there   05:31

 5   are UAs that actually are set by almost all the      05:31

 6   plaintiffs; for example, by four of them in this case.   05:31

 7          This table is long because it's listing all   05:31

 8   these UAs.                                          05:31

 9   BY MR. ANSORGE:                                     05:31

10      Q.   Dr. Psounis, what was your assignment in    05:32

11   this case?                                          05:32

12          MR. MAO:  Objection.  Document speaks for    05:32

13   itself.  But okay, go ahead.                        05:32

14          THE WITNESS:  My assignment is described in  05:32

15   my report.  Let me, just to be --                   05:32

16          MR. MAO:  Please, we didn't ask you to read  05:32

17   it into the record.                                 05:32

18          THE WITNESS:  No.  I'm not going to read it.  05:32

19   I'm sorry.  I'm not going to read the whole thing.  05:32

20   Again --                                            05:32

21          MR. MAO:  Okay.  It is beyond -- a lot of    05:32

22   this stuff is beyond the scope of the               05:32

23   cross-examination.  I'm kind of allowing it, Joey,  05:32

24   but, you know, I mean, come on.                     05:32

25          THE WITNESS:  I don't want to get into the   05:32
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | legal stuff between the two of you.  All I'm saying -- | 05:32 |
| 2 | MR. MAO:  Sure.  Sure. | 05:32 |
| 3 | THE WITNESS:  -- I'm trying to be very | 05:32 |
| 4 | accurate and precise in all the questions you have | 05:32 |
| 5 | asked me.  I'm trying to do the same thing with | 05:32 |
| 6 | Mr. Ansorge.  To me there is no difference.  So I'm | 05:32 |
| 7 | just doing the same methodology. | 05:32 |
| 8 | BY MR. ANSORGE: | 05:32 |
| 9 | Q.   And maybe we can speed it up for everybody. | 05:32 |
| 10 | Dr. Psounis, was it your assignment to rebut | 05:32 |
| 11 | specific opinions by Mr. Hochman and Mr. Schneier? | 05:32 |
| 12 | A.   My assignment was to rebut -- to rebut | 05:33 |
| 13 | specific opinions in Mr. Hochman's report that they | 05:33 |
| 14 | are listed in the section called "Assignment," | 05:33 |
| 15 | paragraph 31.  And also to rebut specific statements, | 05:33 |
| 16 | to be precise, in Schneier's report, and I also list | 05:33 |
| 17 | three statements which I have rebutted. | 05:33 |
| 18 | Q.   And based on the documents that Mr. Mao | 05:33 |
| 19 | showed you today, do you want to revise any of the | 05:33 |
| 20 | opinions in your rebuttal report? | 05:33 |
| 21 | A.   No. | 05:33 |
| 22 | Q.   Dr. Psounis, are there any typos or errors | 05:33 |
| 23 | that you would like to remedy in your report? | 05:33 |
| 24 | Is there any specific number that you | 05:33 |
| 25 | believe should be changed after you have reviewed the | 05:33 |

Page 243

| | | |
|---|---|---|
| 1 | report in more detail in your preparation? | 05:34 |
| 2 | A.   There are a few typos.  A couple of them are | 05:34 |
| 3 | just words.  One is actually a number, and I'm a | 05:34 |
| 4 | numbers guy, so I don't like to leave numbers that are | 05:34 |
| 5 | off.  So if I have the opportunity, yeah, sure. | 05:34 |
| 6 | Q.   Yeah.  What is the number that you would | 05:34 |
| 7 | like to correct on the record? | 05:34 |
| 8 | A.   So let me go to this so -- | 05:34 |
| 9 | MR. MAO:  Can I stipulate that you will | 05:34 |
| 10 | allow him to just correct after the depo any | 05:34 |
| 11 | typographical errors? | 05:34 |
| 12 | MR. ANSORGE:  I think that will take less | 05:34 |
| 13 | time than what he's about to do. | 05:34 |
| 14 | MR. MAO:  Yeah. | 05:34 |
| 15 | MR. ANSORGE:  As in what he's about to do | 05:34 |
| 16 | will take less time than -- | 05:34 |
| 17 | MR. MAO:  Okay.  All right. | 05:34 |
| 18 | THE WITNESS:  So in the appendix E about | 05:34 |
| 19 | "Entropy, Entropy Bits and Fingerprinting: | 05:34 |
| 20 | Formal Exposition," what I tried really hard to | 05:34 |
| 21 | explain, what's going on with entropy and entropy bits | 05:34 |
| 22 | and its relationship to fingerprinting.  To a lot of | 05:34 |
| 23 | people at Google, other experts, et cetera, because | 05:35 |
| 24 | I'm not sure they do, I gave a number of numerical | 05:35 |
| 25 | examples, simpler -- simple, small scale examples to | 05:35 |

Page 244

| | | |
|---|---|---|
| 1 | kind of convey the bunch of concepts that apparently | 05:35 |
| 2 | had -- or had -- what people don't quite grasp. | 05:35 |
| 3 | So in one of my numerical examples I do have | 05:35 |
| 4 | a numerical mistake -- numerical mistake -- not | 05:35 |
| 5 | mistake.  I'm sorry.  A typo.  So -- and I'm trying to | 05:35 |
| 6 | find it. | 05:35 |
| 7 | Okay.  Here we go.  Page 1, 69, paragraph | 05:35 |
| 8 | 37.  So five lines behind the end of the -- five lines | 05:35 |
| 9 | from the bottom of the page, there is a -- there are | 05:36 |
| 10 | some brackets and four numbers in there.  Bracket 31 | 05:36 |
| 11 | over 64 comma zero comma 1 over 64 comma 1 over 64 | 05:36 |
| 12 | bracket -- | 05:36 |
| 13 | THE COURT REPORTER:  Excuse me.  Pardon me. | 05:36 |
| 14 | You're going to have to start over. | 05:36 |
| 15 | THE WITNESS:  I'm sorry. | 05:36 |
| 16 | Bracket 31 over 64 comma zero comma 1 over | 05:36 |
| 17 | 64 comma 1 over 64 bracket closed. | 05:36 |
| 18 | The number 31 over 64 should have been 31 | 05:36 |
| 19 | over 32 or 62 over 64. | 05:36 |
| 20 | And then on the fourth line of the bottom of | 05:36 |
| 21 | the page, there is a similar bracket with four | 05:36 |
| 22 | numbers.  The second number in this bracket now, at | 05:36 |
| 23 | the very beginning actually of the line, is again | 05:36 |
| 24 | 31 over 64 but it should have been similarly | 05:36 |
| 25 | 31 over 32 or 62 over 64. | 05:36 |

Page 245

| | | |
|---|---|---|
| 1 | MR. ANSORGE:  No further questions at this | 05:36 |
| 2 | time.  We reserve the right for further questions | 05:37 |
| 3 | depending on Mr. Mao's redirect. | 05:37 |
| 4 | MR. MAO:  I have no questions, although I'm | 05:37 |
| 5 | slightly tempted at just having him read his whole | 05:37 |
| 6 | report into the record.  I'm kidding. | 05:37 |
| 7 | MR. ANSORGE:  That would have been a better | 05:37 |
| 8 | use of the past seven hours, Mr. Mao. | 05:37 |
| 9 | MR. MAO:  I don't know about that. | 05:37 |
| 10 | Dr. Psounis -- Professor, it was an honor. | 05:37 |
| 11 | I'm sorry that, you know, this is adversarial. | 05:37 |
| 12 | Thank you, Mr. Ansorge. | 05:37 |
| 13 | MR. ANSORGE:  Thank you, Mr. Mao. | 05:37 |
| 14 | With that, we can go off the record. | 05:37 |
| 15 | THE VIDEOGRAPHER:  This concludes today's | 05:37 |
| 16 | deposition of Dr. Konstantinos Psounis.  We are off | 05:37 |
| 17 | the record at 5:37 p.m.  The number of units -- media | 05:37 |
| 18 | units is seven and will be retained by Veritext. | 05:37 |
| 19 | Thank you. | 05:37 |
| 20 | THE COURT REPORTER:  Thanks, Counsel. | 05:39 |
| 21 | Before we go, are we doing the rough today | 05:39 |
| 22 | and then the final by Monday or Wednesday? | 05:39 |
| 23 | MR. MAO:  Rough today, yes.  Rough today, | 05:39 |
| 24 | please. | 05:39 |
| 25 | THE COURT REPORTER:  And then final by | 05:39 |

Page 246

CONFIDENTIAL

```
1    Monday or Wednesday?                                  05:39

2            MR. MCGEE:  Monday would be great.            05:39

3            MR. MAO:  Monday, if you can.                 05:39

4            THE COURT REPORTER:  Final by Monday.  Okay.  05:39

5            MR. MCGEE:  Thanks always, Katy.              05:39

6        (Whereupon, the deposition adjourned at 5:39 p.m.)

7                        ---o0o---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL

```
1                    REPORTER'S CERTIFICATE

                         ---o0o---

2    STATE OF CALIFORNIA     )

                             ) ss.

3    COUNTY OF YOLO          )

4

5         I, KATY E. SCHMIDT, a Certified Shorthand

6    Reporter in and for the State of California, duly

7    commissioned and a disinterested person, certify:

8         That the foregoing deposition was taken before

9    me at the time and place herein set forth;

10        That KONSTANTINOS PSOUNIS, Ph.D., the deponent

11   herein, was put on oath by me;

12        That the testimony of the witness and all

13   objections made at the time of the examination were

14   recorded stenographically by me to the best of my

15   ability and thereafter transcribed into typewriting;

16        That the foregoing deposition is a record of

17   the testimony of the examination.

18        IN WITNESS WHEREOF, I subscribe my name on this

19   22nd day of August, 2022.

20

21   [signature]

22   Katy E. Schmidt, RPR, RMR, CRR, CSR 13096

     Certified Shorthand Reporter

23   in and for the

     County of Sacramento,

24   State of California

25   Ref. No. 5344586 KES


                                        Page  248
```

```
 1    MARK MAO, Esq.

 2    mmao@bsfllp.com

 3                                    August 22, 2022

 4    RE: BROWN vs. GOOGLE LLC

 5    AUGUST 19, 2022, KONSTANTINOS PSOUNIS, Ph.D., JOB NO. 5344586

 6

 7    The above-referenced transcript has been

 8    completed by Veritext Legal Solutions and

 9    review of the transcript is being handled as follows:

10    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

11       to schedule a time to review the original transcript at

12       a Veritext office.

13    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

14       Transcript - The witness should review the transcript and

15       make any necessary corrections on the errata pages included

16       below, notating the page and line number of the corrections.

17       The witness should then sign and date the errata and penalty

18       of perjury pages and return the completed pages to all

19       appearing counsel within the period of time determined at

20       the deposition or provided by the Code of Civil Procedure.

21    __ Waiving the CA Code of Civil Procedure per Stipulation of

22       Counsel - Original transcript to be released for signature

23       as determined at the deposition.

24    __ Signature Waived - Reading & Signature was waived at the

25       time of the deposition.
```

1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2      Transcript – The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, noting the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   xx Federal R&S Not Requested – Reading & Signature was not

10     requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

**[& - 31]**

| & |
|---|
| **&**   3:5 4:14 9:21 9:25 10:2 249:24 250:9 |

| 0 |
|---|
| **03664**   1:10 2:10 8:20 |
| **0774**   158:23 |

| 1 |
|---|
| **1**   1:25 6:4 8:15 22:17,18,21 31:12 33:19 37:10 43:14 44:5 45:2,13 61:22 70:14 71:7 88:11,12,17 88:19,22 127:10 127:17 132:9 150:15 159:8,18 162:14 163:7 164:4 174:23 186:15 207:21 228:16 236:14 236:21,24 237:8 245:7,11,11,16 245:17 250:1 |
| **10**   5:4 7:10 158:16,19,20 182:21 229:14 233:5,9 |
| **10016-7416**   4:8 |
| **10019**   3:24 |
| **101**   6:12 |
| **106**   6:22 |
| **10s**   171:5,5,5 |
| **112**   4:7 |

**12**   68:25
**120**   183:6,16
**122**   182:24 183:18
**129**   7:1
**13**   69:10 121:3 170:15 196:25 236:12
**1300**   4:17
**1301**   3:23
**13096**   1:22 248:22
**135**   227:12
**137**   7:3
**144957**   240:7
**15**   39:12
**151**   7:4
**156**   7:7
**158**   7:10
**16**   33:19 34:5 36:12,13,16
**1695**   170:5,6
**17**   61:21,21 84:4 84:13,13,17,23
**17973**   248:21
**18**   41:15
**18th**   107:20,21
**19**   1:17 8:2 59:9 59:13,25 231:9 249:5
**191**   24:4
**19th**   2:13 8:6
**1:30**   140:3

| 2 |
|---|
| **2**   6:6 29:15,18,21 34:11 37:19 59:5 61:21 71:8 |

**81**:4 83:25 84:2 84:6 102:7 104:7,16 112:8 112:24 132:11 150:18,22 159:8 159:18 162:9,14 174:23 228:19 230:17,20,23 231:2,3,17,17 233:6,8,8 236:14 236:22,24 237:8 240:14
**20**   6:14,25 8:20 13:25 56:6 82:23
**200**   149:7 173:22
**20005**   4:18
**2000s**   114:14
**201**   3:8
**2016**   157:14
**2017**   59:19,23
**2019**   152:12
**202.538.8000**   4:19
**2021**   15:23 16:5 16:6 18:24 19:1 68:25
**2022**   1:17 2:13 6:14,25 8:2,6 15:24 16:6 19:1 37:11,12,13,23 41:13 50:18,19 50:22 80:10 82:1 104:9 107:5,21 248:19 249:3,5
**2025.520**   249:10 249:13

**203**   23:25
**207**   26:20 42:6
**20th**   37:17,23 40:19 41:13 50:17,19,21,22 107:5
**212.257.8482**   4:9
**212.729.2044**   3:25
**22**   6:4 249:3
**229**   5:5
**22c947**   29:4
**22nd**   248:19
**23**   37:3
**24**   60:7,14,19 61:5,17 63:4,5
**25**   20:3
**250**   1:25
**257**   241:3,4
**28**   59:9
**29**   6:6 59:12,13

| 3 |
|---|
| **3**   6:12 68:16,19 69:25 70:12,14 101:11,20,21,25 105:2 152:24 153:15 174:23 191:11,11 228:19 237:14 240:19 |
| **3/17/22**   7:8 |
| **30**   13:25 18:9,9 50:7 250:1 |
| **31**   243:15 245:10 245:16,18,18,24 245:25 |

**[31st - academia]**

**31st** 104:9
**32** 245:19,25
**32nd** 3:23
**33** 36:22
**33602** 3:9
**37** 245:8

**4**

**4** 6:16 68:17,21
  68:22,24 69:3
  73:23,24 103:24
  104:4 112:13
  174:23 211:19
  240:19
**40** 33:12
**415.293.6800**
  3:18
**41st** 3:17
**44** 3:17
**4:00** 197:18
**4:20** 1:10 2:10

**5**

**5** 6:22 8:20 69:7
  69:16 73:17
  106:14,15,17,22
  106:24 107:1,3
  110:11,13,20
  113:15 118:25
  123:1 124:7
  131:16 152:12
  152:14 174:23
  233:1,4 235:19
  240:19
**50** 32:15
**5344586** 1:23
  248:25 249:5
**58** 84:23 231:8
  231:10

**59** 219:16
**5:39** 247:6

**6**

**6** 7:1 31:10,11
  69:16 129:23
  130:3,5,7 133:10
  133:24 134:20
  134:22 135:8
  136:8 137:1
  174:23 234:9
  241:2
**60** 219:24
**61** 152:12
**62** 245:19,25
**63** 156:8
**64** 245:11,11,11
  245:16,17,17,18
  245:19,24,25
**68** 6:16
**69** 245:7

**7**

**7** 7:3 33:6 37:11
  37:12,13 51:8
  80:10 81:25
  84:19 85:2
  103:2,21 107:16
  107:22,24 108:6
  110:12,21
  111:21 118:2
  119:3 122:22
  124:3 137:18,22
  137:23 143:12
  144:16 145:20
  230:22,23,24
  231:5,5,6,8,9
**700** 3:8

**702** 198:17
**72** 153:5,19
**73** 241:4
**7798** 131:8
**797** 235:14
**7th** 4:7 39:21
  41:15 51:7
  52:13 53:11
  80:4 81:1,23
  82:1,7,7 85:25
  86:4 103:14,16

**8**

**8** 7:4 24:6 34:17
  39:11,13 45:6,13
  49:5,7,10,21,23
  70:10,13,14
  105:18 124:21
  151:7,11 155:10
  231:8,24 232:2,8
  232:13 236:4,14
  236:22,24
**80** 181:2 182:2
**813.223.0931** 3:9
**82** 182:5,8
**86** 211:24
**87** 212:1,7,8
**88** 212:16 213:10
  216:14

**9**

**9** 7:7 34:17,21,22
  36:12,13 155:25
  156:2,19,21
  159:4,5,8,9,11
  160:24 161:11
  162:5,22 163:10
  164:10,25
  165:18 189:4

190:17 229:23
  229:24,25 230:4
**900** 4:17
**90272** 12:5
**92** 59:10,14,14
  59:15
**94104** 3:18
**97** 135:23

**a**

**a.m.** 2:14 8:2,5
  83:8,11
**abbreviate** 34:4
**ability** 200:5
  248:15
**able** 13:9 20:25
  21:5 25:14
  48:22 86:13
  113:16 116:4
  136:10 144:13
  145:25 157:2
  169:22 170:1
  171:13 174:24
  178:5 184:8
  185:22 201:3
  202:8,8
**absence** 115:9
  123:17 124:22
  125:13,18
  126:14 216:23
**absolutely** 62:19
  62:23 82:17
  147:12 148:4
  168:22 179:9
  195:20 203:12
**abstract** 99:22
**academia** 100:11

Page 2

[academic - analysis]

| | | | |
|---|---|---|---|
| **academic** 17:9 | **actual** 172:1 | **agency** 15:22 | 159:12 163:13 |
| **accepted** 95:5 | 180:23 181:18 | **agent** 238:23 | 166:7 178:13,15 |
| **access** 20:25 | 190:5 196:21 | 239:7 242:3 | 219:12 235:8 |
| 21:10,17,20 22:1 | **add** 23:12 47:19 | **agents** 182:19,21 | 239:23 242:13 |
| 52:20 100:14,15 | 130:10 | 182:21 183:2 | **al** 1:4 2:4 8:18 |
| 106:9 110:25 | **addition** 79:15 | 240:2,25 241:4 | **algorithm** |
| 114:11,16,19,21 | 94:15 167:4 | **ago** 47:5 64:9 | 221:16 227:2 |
| 114:24 115:3,6 | **additional** 25:19 | 101:14 105:6,6 | **alihanlivdumlu** |
| 115:10,13 120:9 | 51:12 75:16 | 114:13 176:24 | 235:11 |
| 120:13,14 121:3 | 79:15 80:2 81:5 | **agree** 8:13 42:19 | **alison** 3:14 9:15 |
| 121:6,19 122:1 | 81:13,16,20 85:7 | 45:16 49:15,17 | **alleged** 127:23 |
| 199:11 | 102:6 105:11,16 | 88:25 92:13 | **allow** 10:20 |
| **accessed** 26:2 | 121:17,20,23,24 | 94:1 95:23 | 129:19 244:10 |
| **accessible** | 122:23 123:3 | 101:7 110:15 | **allowed** 52:23 |
| 136:14 | 124:17 135:5 | 125:16 132:15 | 63:16 152:4 |
| **accessing** 148:13 | 141:3 143:9 | 133:7 136:2,2 | 174:4 220:4 |
| 154:15,17 | 148:9 190:15 | 156:17 157:5 | **allowing** 242:23 |
| **account** 89:16 | 200:6 201:7 | 181:21 200:19 | **allows** 198:17 |
| 127:25 204:20 | 202:8 | 200:20 202:10 | **alluding** 77:6 |
| 208:17 | **address** 11:24 | 206:13 207:7 | **ambiguous** |
| **accounts** 237:10 | 194:4 239:6 | 213:11,13 | 66:23 68:6 89:5 |
| **accuracy** 43:22 | **addresses** 54:7 | 217:11 218:11 | 106:6 122:8 |
| 95:17,24 | 183:11,13,14,16 | 228:9 235:20 | 134:20 138:18 |
| **accurate** 16:25 | 202:17,18,19,24 | **agreeing** 200:3 | 170:13 |
| 46:22 68:13 | 203:3,6,7,13 | **agreement** 200:8 | **amount** 195:5 |
| 73:2 80:4 82:12 | 239:9 240:2,9,10 | 200:10 | **analogy** 219:25 |
| 94:12 113:17 | 240:13,15,20 | **ah** 24:6 33:9 | **analysis** 21:25 |
| 171:13 181:25 | **adjourned** 247:6 | 51:23 69:3 | 26:19 35:17 |
| 243:4 | **adopting** 6:17 | 73:21 84:6 | 42:19 51:2,12 |
| **accurately** 43:10 | **ads** 226:10 | 106:19 107:21 | 53:2,3,23 54:6 |
| 117:9 | **advance** 9:12 | 231:5 233:10 | 60:3,12 61:13 |
| **acquire** 185:13 | 10:25 26:9 | **ahead** 22:24 | 64:22,24 65:1 |
| **acronym** 15:18 | **adversarial** | 24:8 30:11,11,13 | 74:20,21 79:17 |
| **acting** 157:17 | 246:11 | 32:22,24 33:10 | 93:12 102:24 |
| **action** 9:3 241:9 | **advisor** 57:1 | 33:14,16,25 | 103:16,21 |
| **actions** 214:8 | **affiliations** 9:8 | 59:16 62:9 69:5 | 128:25 140:12 |
| **actor** 157:16,16 | **afternoon** 110:8 | 69:22 74:14 | 179:14 238:23 |
| 157:19 | | 102:12 136:12 | 239:7,12,24 |

[analysis - answer]

| | | | |
|---|---|---|---|
| 240:2 241:2 | 46:18 47:9,12,15 | 147:23 152:8 | 217:16 219:9 |
| **analytics**  90:19 | 48:17 49:1 | 153:10 154:2,12 | 221:3 222:8 |
| 156:8 159:23 | 51:17 52:4 | 156:20 157:9 | 225:23,25 |
| 161:22 163:22 | 53:12 55:1 | 158:6 160:11 | 227:23 228:7 |
| 163:22 164:15 | 57:15,18 61:11 | 162:21,24 163:9 | 229:11,13,20,21 |
| 164:15 165:9,9 | 63:24 65:2,7,20 | 164:9,24 165:17 | 235:12 239:4 |
| 167:5 168:10,22 | 66:7,19,22 67:16 | 165:21,24 166:2 | 242:9 243:6,8 |
| 169:9,19,23 | 68:5,8 69:19 | 166:12 167:16 | 244:12,15 246:1 |
| 189:8,23 190:10 | 72:21 74:6 75:9 | 168:14,24 169:3 | 246:7,12,13 |
| 190:22 191:3,5 | 76:2,14,17,21 | 169:10,25 | **ansorge's**  14:18 |
| 191:21,24 226:9 | 79:2,19 80:13,17 | 170:12 172:7 | **answer**  5:9 16:2 |
| 230:8,13 | 82:2,13,17,19,22 | 173:14,20,23 | 16:24,25 17:22 |
| **analyze**  74:3 | 83:14 85:3,19 | 174:8,14,18 | 27:19 30:5 |
| 198:18 | 86:11 87:21 | 175:11,15 176:4 | 44:10 55:7 |
| **analyzed**  60:14 | 88:16 89:4 | 176:10,12 | 57:19 64:2 |
| 186:8 | 91:13,15 92:6 | 177:12 178:11 | 67:20 68:13 |
| **analyzing** | 93:1,15 95:19,21 | 179:2,12,16 | 73:2 74:12,25 |
| 105:16 121:11 | 97:10 98:1 99:1 | 181:11 184:12 | 85:20 90:16 |
| 183:8 | 99:10 103:7 | 184:18,22,23 | 93:17 98:9 |
| **anderson**  3:14 | 105:9 106:6 | 185:2,16,25 | 108:25 109:5 |
| 9:15 | 108:17 109:8 | 186:7,14 187:15 | 113:17 114:10 |
| **android**  235:25 | 110:19 111:16 | 188:4,13,23 | 114:18 117:9 |
| **angeles**  2:15 8:1 | 112:23 113:14 | 189:9,20,24 | 121:8,9 131:23 |
| 12:6 | 114:8 115:1 | 190:11 191:6 | 133:3 135:12 |
| **ansorge**  4:15 5:5 | 116:14,17 117:5 | 192:19,23 193:4 | 136:5,19 143:20 |
| 9:24,24 11:18 | 118:8,18,24 | 193:8,13,14,17 | 143:22 145:9,10 |
| 13:7,9 14:12,22 | 119:14 120:10 | 193:18,20 | 145:10 146:10 |
| 14:23 15:4,11 | 120:15 122:8,25 | 194:23,24 | 157:12 159:19 |
| 16:14 17:19 | 124:6 125:8,23 | 195:25 196:7,16 | 159:25 166:7 |
| 18:13,21 19:8,25 | 126:24 127:16 | 196:17 197:7,8 | 168:17,23 169:2 |
| 21:3,19 22:11 | 128:13 129:6 | 197:11,16,24 | 171:19 188:11 |
| 27:5,18 28:15 | 130:7 132:16 | 198:24,25 199:3 | 189:11,18,18,19 |
| 31:13 32:8,12,13 | 133:1,9 134:19 | 199:5,23 200:2,8 | 190:14 193:4 |
| 32:22 33:14,17 | 135:7 136:4,25 | 200:9 201:5 | 194:10 203:17 |
| 34:1 37:25 40:1 | 137:20 138:18 | 202:2,11,20 | 208:7 210:8,12 |
| 41:3 42:3,22 | 139:3,19 143:10 | 205:14 206:15 | 210:14,16,21,24 |
| 43:13 44:10,15 | 144:15 145:19 | 207:11 209:17 | 211:11,12,16 |
| 44:19 45:19 | 146:6 147:16,20 | 210:23 216:6,10 | 222:10 225:5 |

Page 4

[answered - asked]

| | | | |
|---|---|---|---|
| **answered**  22:12 | **apparent**  240:19 | **approved**  234:23 | 169:10 170:13 |
| 49:2 52:4 57:20 | **apparently** | 235:5 | 173:23 174:9 |
| 67:17 68:6 74:7 | 113:5 193:9 | **approver**  235:11 | 175:12 178:12 |
| 74:17 75:9 | 245:1 | **approvers** | 179:2 181:11 |
| 76:14 82:3,16 | **appear**  62:1 | 234:18 | 186:16 189:25 |
| 106:7,9 108:24 | 179:3 | **architect**  93:20 | 191:6 209:18 |
| 116:17 118:9 | **appearance**  9:6 | 114:17 120:5,5 | 210:23 216:11 |
| 119:1,15 120:10 | 9:8 | **architected** | 225:23 |
| 125:9,24 143:11 | **appearances**  3:1 | 90:24 94:10 | **arguments** |
| 174:19,20 | 4:1 | 96:7 | 186:23 |
| 175:12 176:5,23 | **appeared**  2:18 | **architectural** | **arrive**  166:21 |
| 179:16 181:12 | 3:4,11 4:4,13 | 115:22 | 198:20 |
| 188:6 189:10,25 | 69:18 | **architecture** | **arrived**  220:11 |
| 190:12,13 196:8 | **appearing** | 63:9 86:25 | **article**  50:6 |
| 210:9 216:11 | 249:19 250:7 | 91:10 93:20 | **ascertain**  114:22 |
| 228:7 | **appears**  103:13 | 94:18 95:12 | 114:25 115:5 |
| **answering**  54:20 | 200:2 241:9 | 96:3 98:16 | **aside**  217:4 |
| 61:12 64:7 | **appendices** | 111:13 113:22 | **asked**  16:19,20 |
| 91:23 113:23 | 183:21 239:6,13 | 115:20,21,23,25 | 22:11 34:2 |
| 136:5 195:1 | **appendix**  21:24 | 116:8 151:1,4 | 36:11 38:24 |
| 215:19 236:20 | 27:10,21 49:5,7 | **area**  12:6 96:25 | 39:17 40:15 |
| **answers**  10:20 | 49:10,21,23 | 100:25 136:8 | 42:8,15 47:4,4 |
| 53:8 57:12 | 50:12 54:5,8,10 | **areas**  169:15 | 49:1 51:1 52:4 |
| 63:25 175:18 | 180:20 182:8 | **argue**  20:7 32:23 | 56:2 57:20 |
| 176:16 208:5 | 183:22 239:14 | 33:14,15,22 | 67:16 68:5 |
| 210:11 | 239:14,22,25 | **arguing**  129:4 | 72:19 73:11,14 |
| **anybody**  9:12 | 240:7,14 244:18 | 139:17 231:18 | 74:6 75:9 76:14 |
| 12:10 63:17 | **applied**  192:25 | **argument**  42:11 | 77:13 82:3 |
| 89:19 176:9 | 198:19 | 178:8 | 106:7 108:11,14 |
| 184:4 186:18 | **applies**  165:12 | **argumentative** | 108:23 109:2 |
| **anyway**  20:8 | **apply**  97:24 | 41:4 42:3,23 | 116:17 117:9 |
| **anyways**  140:2 | 184:14 | 47:9 48:17 55:1 | 118:9,25 119:14 |
| **apologies**  136:15 | **appreciate**  52:12 | 57:18 93:16 | 120:10,14 125:5 |
| **apologize**  9:12 | **appropriate** | 111:17 133:1 | 125:8,21,23 |
| 10:24,25 14:13 | 76:24 83:1 | 135:7 137:20 | 126:4 127:13 |
| 86:12 109:12 | 174:12 201:8,11 | 138:19 143:11 | 137:10 143:11 |
| **app**  235:23 | **approval**  142:4 | 144:15 147:16 | 146:7 149:21 |
| 236:5 | 235:10 | 160:11 168:14 | 162:8 173:9 |

Veritext Legal Solutions
866 299-5127

**[asked - back]**

174:18 175:11
176:4,12,18
179:16 181:12
185:5,10 188:6
189:9,25 190:11
194:13,15 196:7
197:1 199:9
201:15,18 203:5
203:7 216:11
224:17 228:7
229:6,7 230:16
232:25 234:8
236:13 237:13
237:19 238:2
243:5
**asking**  29:9
31:19 33:18
34:1,7 36:6 38:3
41:9 42:5 44:9
52:14 54:14,15
57:9,13,20 67:8
71:9 72:2 74:3
76:8 93:10
96:22 97:13
102:13 107:7
113:18 118:5,14
120:13 128:17
129:1 155:2
160:5,9 161:9,14
162:7,12,16
167:10 168:1
174:25 185:4,12
192:11 194:1
196:20 198:1
204:17 208:2,3
210:5 211:8
212:7 221:19
224:12,24 227:1

228:5 229:22
237:16
**asks**  164:25
194:4
**aspect**  139:24
193:24
**aspects**  94:6
211:6
**assertion**  39:8
**assess**  48:15
**assignment**
18:17 242:10,14
243:10,12,14
**assist**  13:8 187:4
**assistance**
149:14 221:13
221:14
**assisted**  178:7
179:1 181:6
187:12 188:2
195:19 196:12
**associate**  214:22
**associated**  28:22
28:24 89:16
183:12 208:9
213:24 214:20
238:9,11,17
239:10,11
**assume**  27:5
38:18 62:12
72:1 77:10
86:16 98:12
103:2 114:12
138:2 152:16
166:18,19
202:23 222:24
226:6,10

**assumes**  19:8
137:1 156:21
162:24 163:10
164:10,25
165:18 188:5
202:20 225:25
**assuming**  69:19
78:19 135:8
**assumption**
96:20 225:5,13
225:16
**assumptions**
223:17 225:1,10
**assurance**
174:13,21
175:15
**assure**  75:15
160:8 211:5
226:12
**assured**  175:5
**atruong**  4:10
**attempt**  209:12
**attention**  182:11
191:15 231:15
**attest**  111:6
**attorney**  9:9
15:13 77:15
99:10 157:19
189:17 199:23
**attorneys**  30:23
78:10
**audio**  8:12
**august**  1:17 2:13
8:2,6 107:20,21
248:19 249:3,5
**authenticated**
192:8 203:10,16
204:1 205:12

206:8 207:8
208:1,4 209:1
233:17,18,21
234:4,6
**automated**
157:25
**available**  72:19
103:1,14,19
229:8
**avenue**  3:23 4:7
**avoiding**  144:17
**aware**  30:7,10
66:5,13,16 68:2
71:10 77:15
130:15 139:13
144:3 198:2
**awkward**  10:21

| **b** |

**b**  60:20,24 72:3
87:12 89:21
105:22 250:1
**b1**  27:10 28:1
**back**  41:1 43:19
43:21 48:10
52:14 56:11,16
56:16 59:5,8
68:19 72:14
73:23 80:22,23
83:10,25 84:2
91:22 101:10
103:23 109:16
110:5,8 112:8
127:5,6,10
135:15 136:11
150:11 157:14
159:4 166:22
171:24 177:3

**[back - bit]**

| | | | |
|---|---|---|---|
| 180:16,17 | **basis** 23:8,14 | **behest** 193:21 | **big** 43:3 58:7 |
| 184:13 189:4 | 48:8,12 49:17 | **believe** 28:20 | 71:23 154:5 |
| 193:6 196:24 | 94:24 96:16 | 30:15 36:21 | **bigger** 157:22 |
| 199:19 201:24 | 97:4,8,13 194:19 | 42:10 43:16,24 | **billion** 100:23 |
| 216:13 217:10 | 195:7 | 45:5 75:20,25 | **birth** 71:8 |
| 220:9,14 229:18 | **bates** 24:19 25:2 | 79:14,22 80:1,2 | **biscotti** 28:22,25 |
| 236:25 | 42:6 158:22 | 81:17 86:18 | 42:9 132:12 |
| **background** | 235:14 | 92:18 93:6 | 133:18 156:18 |
| 12:2 34:11 | **baton** 229:11 | 95:16 102:8,25 | 156:24 159:14 |
| **backwards** | **beacon** 159:17 | 105:15 106:8 | 159:23 160:6 |
| 194:8 | 161:15,17 | 121:8 126:19 | 161:3,4 162:10 |
| **bad** 95:21 | 162:13 167:25 | 137:12 152:2,3 | 162:11,15 |
| 146:19 157:16 | 170:2 191:4 | 153:8,25 154:8 | 163:18,20 |
| 157:16,19 | 237:15 | 154:13 155:10 | 164:14,17 165:7 |
| **badgering** | **beacons** 159:7 | 168:4 187:7 | 165:14 166:21 |
| 176:13 | 161:25 162:2 | 198:12 200:16 | 166:25 167:1,5 |
| **base** 140:7 | 164:3,6 167:21 | 201:12 211:19 | 167:14 182:4 |
| **based** 47:21 | 168:8,9,21 169:6 | 212:21,22 239:3 | 212:18,25 213:4 |
| 62:15 63:6 | 169:8,12,14,14 | 243:25 | 213:5,14,15 |
| 64:19 65:24 | 169:16,16,17,19 | **bell** 30:5 102:8 | 214:2 216:16,17 |
| 79:25 94:13 | 169:23 170:4,10 | **belong** 154:6 | 216:19,19 222:5 |
| 95:6,12 103:2,12 | 170:22 171:15 | 173:4 | **biscottis** 161:16 |
| 113:4 115:22 | 171:17,20,23 | **belongs** 207:1 | 216:4,9 |
| 121:12 123:17 | 189:7,22 190:9,9 | **bent** 194:8 | **bit** 10:24 19:3 |
| 124:22 129:20 | 190:21,23,23,23 | **best** 10:19 14:21 | 26:17 38:17 |
| 178:2 214:16 | 190:24 191:20 | 15:24 16:17 | 45:7 60:25 61:5 |
| 215:21 232:9 | 191:23 192:1,2 | 18:23 20:24 | 61:7,10 64:2 |
| 235:1 241:25 | 192:18 230:9 | 24:13 28:13 | 68:20 72:13 |
| 243:18 | **bearing** 105:17 | 33:13 38:7 51:6 | 81:3 89:13 |
| **basic** 213:9 | **bedroom** 11:24 | 51:10,13 54:19 | 102:18 105:23 |
| **basically** 25:4 | **began** 182:15 | 79:11 82:5 | 105:25 106:4 |
| 30:16 64:9 91:5 | **beginning** 9:9 | 108:25 127:7 | 112:7 123:12 |
| 112:19 123:17 | 34:4 38:22 | 176:1 192:11 | 124:20 125:2,17 |
| 124:21 165:13 | 60:16 162:9,14 | 248:14 | 126:16 127:19 |
| 183:1 210:15 | 245:23 | **better** 27:5 | 128:4 135:24 |
| 219:2 224:12 | **behalf** 1:5 2:5 | 123:19 246:7 | 136:7,15 147:25 |
| **basing** 96:1 | 10:4 | **beyond** 187:18 | 151:14 158:17 |
| | | 239:1 242:21,22 | 210:3 231:25 |

**[bit - case]**

232:9,10 236:4
237:24 241:13
241:16
**bits** 35:5 39:3,5
60:9 104:11
108:4,4,8,12
110:18 113:9,10
113:21 114:5
116:6,13 117:4
118:3,6,22 119:2
120:2,3 122:23
123:3,9 124:17
124:18 231:20
244:19,21
**block** 157:21
219:17 233:11
**body** 10:22
84:15 116:25
**boies** 3:12 9:13
**bold** 161:25
**bolts** 225:6
**book** 50:6
**bottom** 31:10
142:9 159:17
230:5,23 231:12
233:8 245:9,20
**bounds** 195:20
**box** 23:1
**bracket** 245:10
245:12,16,17,21
245:22
**brackets** 245:10
**break** 12:24
15:17 19:2,10
32:5,14 33:22
72:23 74:10
75:11 76:23
80:15,16 82:15

82:22,25 83:1,3
83:9,15 109:6,15
133:11 140:2
142:2 147:24
148:1,3 150:6,10
199:14,18,22
229:14,17
**breaks** 32:10
**brett** 7:9
**brief** 83:16
**bring** 12:14
77:25 123:10
182:11
**bringing** 191:14
**brings** 171:24
**broad** 48:7
**brought** 12:18
64:12 237:12
**brown** 1:4 2:4
3:3 8:18 69:8
241:9,10 249:4
**browse** 30:3
**browser** 106:23
111:8,24 119:5
119:22 123:7,22
123:24 125:12
126:6 154:16
205:7,7 208:15
221:21 224:1
237:21
**browsers** 236:8
**browsing** 7:6
90:5,8 127:24
150:24 151:22
152:2 153:2,16
154:9,18 155:13
155:17,18,20
191:12 203:10

203:20 204:4,5,6
204:14,21 205:4
205:18,24 206:4
207:13 208:9,16
213:4 214:9
215:24,25
217:13 218:19
218:20,22
**bsf** 9:17
**bsfllp.com** 3:19
249:2
**build** 94:16
218:21 219:1
**building** 157:21
212:15 219:17
**built** 114:13
**bullet** 31:12
**bulletproof**
31:12
**bullets** 34:25
58:16
**bunch** 207:4
232:5 245:1
**burch** 3:15 9:16
**burn** 57:11
**burned** 195:5
**burning** 57:21
**business** 20:2
**byatt** 241:10

**c**

**c** 7:8 65:22
**ca** 249:10,13,21
**calhoun** 4:3 10:4
19:6,15,17
**california** 1:2
2:2,15,17 3:18
8:1,20 248:2,6

248:24
**call** 45:1 71:15
77:14 110:1
170:18 209:8
210:7 228:16
**called** 2:21 10:9
38:19 60:20
90:11,18 124:22
126:15 141:11
157:15 243:14
**calls** 37:25 61:16
74:8 108:17
117:6 118:9
122:9 132:17,17
157:10 165:21
185:25 202:21
217:17 235:6
**camera** 8:9
**caps** 74:2
**careful** 111:20
140:12
**carefully** 33:2
61:3 239:18
**carl** 4:16 10:1
**carry** 137:13
**case** 1:9 2:9 8:20
14:10,20 16:11
16:19 17:10,17
18:18 19:12,13
20:15,16 25:1
28:1 30:8 55:10
56:12 63:14,17
66:3,6,14,17
67:4,15 68:3,11
69:8 72:25 73:6
75:21 78:9
83:20 86:14
88:3,8 92:3

Veritext Legal Solutions
866 299-5127

[case - code]

108:16,22 112:3
122:14 125:1
127:22 128:10
128:12 132:13
132:14,21 133:6
133:16,18
134:17 140:19
142:9 144:7
147:12 149:4,4,5
157:12 176:22
177:25 180:19
180:21 203:12
211:6,25 214:12
222:19 229:2,9
242:6,11
**cases** 90:11
187:1,5 232:6,11
**castillo** 241:11
**categorically**
197:3
**categories** 25:12
**categorization**
27:2,14
**cause** 121:25
**causing** 146:17
**caution** 176:6
**ccp** 249:10,13
**cease** 200:19
202:4
**certain** 82:8
103:20 128:25
156:19 171:23
206:17 215:4
220:7 237:9,9
**certainty** 86:5
103:17
**certificate** 248:1

**certified** 2:16
10:5 248:5,22
**certify** 248:7
**cetera** 50:8,9
62:23,23 79:24
79:24 87:1
116:10 244:23
**challenge** 132:20
**challenging**
95:17
**chance** 72:22
75:11 150:23
**change** 38:11
39:13 60:18
76:4 105:17
121:18,25
223:21 225:12
225:14,18
**changed** 223:10
227:7 243:25
**changes** 96:13
96:14
**changing** 114:15
222:18 228:11
**characteristics**
155:18
**characterization**
44:13 177:23
188:15
**characterize**
181:24
**charge** 56:24,24
57:3
**chase** 219:20
**chasom** 1:4 2:4
8:18
**chat** 83:16

**check** 36:11
41:17 150:1
158:24 175:2
188:1
**checked** 149:23
**choose** 155:19
200:22 223:6
**chrome** 45:7
59:18,18 60:25
235:24 236:9
**chromeincogni...**
62:20
**chung** 168:4,6
171:3 190:18
**citation** 152:1,12
**citations** 182:20
**cite** 16:23 98:22
151:5 154:13
**cited** 123:24
151:19,23 153:4
153:4,18,21
180:24
**cites** 155:12
**citing** 21:23
98:23 99:24,25
152:16
**civil** 249:20,21
**clarification**
73:12 204:8
**clarified** 172:25
**clarifies** 78:21
**clarify** 11:5
79:17 124:10
125:25 134:4
**clarifying**
128:16
**clash** 165:25

**class** 48:21
231:21 232:1
237:8,8,8
**clear** 33:17
64:20 76:18
77:4 147:4
195:9 198:11
203:11 205:15
210:25
**clearly** 36:19
44:21 47:5
102:25 107:12
128:20 235:9
**click** 152:4,5,6,8
152:11 155:1
**clicking** 152:17
**client** 123:18,25
124:4,13,22,24
125:13,18
126:14 132:5
133:8 134:16
139:12
**close** 12:7
197:19 213:9
**closed** 245:17
**coach** 148:3
165:23 168:19
**code** 12:5 27:22
61:9 62:17 63:8
63:17,20,21 64:5
64:8,11,13,16,16
64:19,21,23
67:12 94:21
95:2 100:16
105:8 214:23
233:14 249:10
249:13,20,21

Veritext Legal Solutions
866 299-5127

[collaborating - considered]

collaborating
174:2
collaborators
174:1,11
colleague 179:8
colleagues 9:20
collected 221:13
collection
159:23 161:22
colon 8:20
column 71:7,8
73:17 242:3
columns 71:7,23
com 154:23
155:1
come 91:22
128:18 209:20
224:24 242:24
comes 23:11
25:15 53:16,17
57:21 79:23
111:2 125:1
156:25 163:21
165:3,8 211:22
218:4
comfortable
170:23 171:22
coming 190:17
comma 245:11
245:11,11,16,16
245:17
commencing
2:14
comment 235:18
commented
235:19
commissioned
248:7

common 32:13
183:2 190:22
209:6 239:9,10
communication
223:9
communications
176:7 184:15,21
190:7 195:2
196:18 197:2
198:2,6 201:11
202:5
companies 96:15
140:9 144:4
company 146:20
146:22 154:5
compel 91:22
competence
196:13
compiling 49:20
49:20
complaint 128:2
128:21 129:10
complete 24:11
63:10 75:17
90:9,17 100:14
100:15 146:23
223:16
completed 44:20
249:8,18 250:6
completely 13:4
140:7 209:11
completion
250:10
complex 101:1
111:19 190:25
complicated
147:21 218:21
224:23

component
190:22
compound 17:19
19:8 28:15 41:4
42:4 45:19
46:18 47:12
48:18 51:18
74:6 76:2 79:19
89:4 93:15 99:2
105:9 114:9
118:10,25
127:16 129:7
205:14 217:16
222:8
compromised
155:23
computer 106:3
176:2 194:22
195:24 196:5
computers
100:17
computing 55:13
concept 235:22
concepts 245:1
concession 48:6
concludes
246:15
conclusion 31:11
31:12 38:1 74:8
108:18 132:18
conclusions 33:1
33:2 75:21
87:19,19 198:14
198:20
conduct 146:21
conducted 8:8
8:21 56:9 74:20
74:21 239:25

241:18
conference
17:10
conferences
17:13 95:6,8
confident 62:19
121:9,10
confidential 1:13
confine 128:25
confirm 22:24
30:18 108:3
confirmed
233:13
confirms 22:22
confuse 89:19
confusing 12:1
connect 21:11
connected
212:19 214:3
connection 8:9
59:20
conroy 4:5 10:4
consider 48:24
57:22 94:11
174:10
consideration
37:22 41:14
74:22 99:18,25
considered 12:8
24:3,6 26:16
40:11 41:15
49:3,5,11,16
58:3 72:20 74:5
75:1,8 77:8 78:3
102:23 103:15
103:20 131:25
139:21 203:16
215:15 221:10

Veritext Legal Solutions
866 299-5127

[considering - counted]

considering
  142:22 224:16
consist  71:12,13
  71:18
consistent
  154:10
consolidated
  26:19
constraints
  223:23
cont  4:1
contact  249:10
contain  23:4,7
  105:12 108:5,12
  114:5 116:12
  159:7 161:2,15
  162:1,6,19 164:2
  164:22 165:15
  166:10 167:13
  167:21 181:14
  181:17 206:20
contained  240:5
containing
  104:10
contains  181:9
content  184:20
contents  75:22
  236:19
context  20:15,16
  46:19,20 56:25
  60:14 78:9
  145:3,25 146:20
  168:5 169:12
  170:2,6,22
  171:13,23
  177:20 180:5
  190:18 213:8

continue  8:12
  131:9
continues  205:24
continuing
  209:19
contracts  206:20
contradict
  233:25
contradictory
  99:20
contrary  97:23
control  220:19
controls  220:20
controversy
  49:11 237:15
conversation
  138:6,9
conversations
  194:12
conversion
  209:16,20,25
  210:7 214:21
  216:1,20,22
conversions
  211:9,20,22
  212:2,5,8,9,14
  212:17 213:19
  213:25 214:4,10
  216:5,14 217:4
convert  194:17
  222:13
converted
  200:24 212:25
  214:10 216:17
  216:19
convey  245:1
cookie  133:16
  207:18 208:9,10

208:20,20
cookies  132:8
  182:4 224:1
copies  24:1,2
copy  12:17 13:1
  13:7,11 23:23
  30:2 84:8,8
  128:1
correct  17:7,8
  18:5,25 19:18,19
  21:18,22 31:1,2
  33:20 36:13
  37:3 44:13 46:3
  46:17 47:1 52:3
  53:25 54:18
  79:1,18 80:11
  81:6 85:18
  87:20 92:5
  104:24,25 113:6
  115:18 119:13
  121:21,22 122:2
  122:3 126:23
  127:22 138:2
  144:14,18 152:4
  154:22 157:8
  158:5 161:4
  170:11 187:2,3
  204:17 206:2
  221:1 223:17,18
  223:19 238:19
  238:20 244:7,10
corrected  177:23
corrections
  249:15,16 250:3
  250:4
correctly  230:11
  233:23 238:14

correspond
  183:14,17,18
  229:3
corresponding
  42:9 136:18
  160:23 210:2
  211:18 219:14
  242:4
corresponds
  58:9 208:21
cost  184:8,10
  185:13,22 186:5
counsel  8:17 9:7
  10:13 11:15
  13:18 14:2,8
  18:12 20:7
  24:18 25:6 26:6
  28:13 41:3
  51:21 52:14
  54:25 55:6,8,25
  63:3,16 72:22
  78:11 105:5
  118:18 130:8
  139:17 152:8
  166:1 168:18
  172:3 173:5,15
  177:21 185:2,5
  186:21,22
  188:11 190:7
  193:21 194:14
  195:2 196:18
  197:3 198:2,7
  201:11,16 202:5
  246:20 249:19
  249:22 250:7
counsel's  53:1
counted  186:9

**[counting - dated]**

| | | | |
|---|---|---|---|
| **counting** 13:25 | **created** 63:8 | **data** 21:17,23,24 | 134:16 142:18 |
| **counts** 20:21 | 116:2 219:18 | 21:25 31:4,6 | 146:1,22,23 |
| **county** 2:16 | **creates** 221:7 | 34:8 35:8,9 | 148:20 156:9 |
| 248:3,23 | **creating** 27:24 | 39:22 40:11,24 | 157:1,2 170:18 |
| **couple** 17:25 | 185:7 | 41:21,24,25 | 170:19 177:16 |
| 51:6 52:15 64:8 | **creation** 182:4 | 42:19 43:6 45:3 | 177:16 178:2 |
| 176:24 215:20 | 187:13 | 45:17,24 46:9,15 | 180:16,20,25,25 |
| 244:2 | **credentials** | 47:8,18,21,25 | 181:2 182:8,25 |
| **course** 15:2 | 115:11 | 48:2,14,15 50:16 | 183:8,10,22 |
| 24:10 35:22 | **criminally** | 50:17,18,20 51:4 | 185:4 191:13 |
| 48:23 77:23 | 157:18 | 51:9,12,13,16,24 | 192:8,16,17 |
| 96:10 214:17 | **cross** 239:2 | 52:2,15,20 53:16 | 193:22 194:3 |
| 240:1 | 242:23 | 53:17 54:21 | 198:18,19,21 |
| **court** 1:1 2:1 | **crr** 1:22 248:22 | 58:2 66:6 67:15 | 199:10,11 |
| 8:19,25 10:6 | **csr** 1:22 248:22 | 68:10 70:6 | 202:18,19,23,23 |
| 30:24 31:5 | **curiosity** 107:19 | 71:12,14,23 | 202:25,25 203:4 |
| 33:15 35:7 | **curious** 63:14,19 | 72:20 74:5 75:7 | 203:6,8,9,10,15 |
| 36:18 40:21 | 183:24 | 75:14,18 76:11 | 203:16,18 204:2 |
| 43:19,21 68:7,15 | **currently** 11:19 | 82:10 87:17 | 205:11,12,13 |
| 70:18 76:22 | 12:11 140:25 | 88:2,14,24 89:2 | 207:8,13,14,17 |
| 78:8,20 80:23 | 143:3,4,4,5 | 89:10,15,22,22 | 208:1,8,24,25 |
| 104:7,15,15 | **customer** 163:20 | 90:7,8 92:3 93:3 | 209:10,13,21,24 |
| 109:21 111:4 | 226:10,16,24 | 93:9,11,12,23 | 225:3 229:8 |
| 119:17,23,25 | 227:1,15,15,20 | 94:10,11 99:6 | 238:9,11,17 |
| 127:4,6 143:17 | 227:21,25 | 105:8 106:4 | 240:4,5,24 241:1 |
| 168:20 178:10 | 228:22 | 108:3 110:17 | 241:3,21 |
| 195:13,14 200:6 | **customers** 230:7 | 111:6,13,21,22 | **dataset** 71:15 |
| 200:7,22 201:6,7 | **cut** 219:19 | 112:21 115:19 | 73:4 |
| 201:8,17 202:3,8 | **cv** 1:10 2:10 8:20 | 117:4,10,12 | **datasets** 71:12 |
| 202:9,12 241:12 | 15:12 | 119:4,18,19,21 | 73:6 |
| 245:13 246:20 | **cycles** 180:11 | 121:6,20 122:14 | **date** 8:5 37:14 |
| 246:25 247:4 | 186:9 | 123:5,18,21,25 | 52:17,18 70:2 |
| **cover** 17:2,3 | | 124:5,13,22,24 | 71:8 107:18 |
| **covered** 173:7 | **d** | 125:5,13,18 | 152:13 239:22 |
| 191:10 197:6,14 | | 126:14,22 | 249:17 250:5 |
| **cpu** 180:11 | **d** 54:10 | 127:12,21,23 | **dated** 7:7 37:11 |
| **create** 91:9 | **d.c.** 4:18 | 128:9,11,20 | 37:12 68:25 |
| 94:17 | **dash** 8:20,20,21 | 132:5,7,9 133:8 | 82:7 98:14 |
| | 8:21 | | |

Veritext Legal Solutions
866 299-5127

**[dated - determine]**

102:16 103:16
**dates** 81:18
119:20
**day** 2:13 29:3
50:21 223:7
237:25 248:19
**days** 41:15 51:7
52:16 70:1
**dbl** 26:18 29:4
**dbls** 180:25
**dc** 27:10 28:1
**deadline** 51:7,8
**dealing** 239:17
**deals** 61:4
**debate** 20:8
**debating** 141:10
**decades** 50:2
64:17
**december** 16:3,6
18:24 19:1
**deception**
154:11
**decide** 95:4
108:21 166:24
**declaration** 6:13
6:23 102:6
103:13 105:3
107:4 122:21
124:8 233:2
**declarations**
121:18,24
**decrypt** 158:3,12
158:14 163:23
164:16 165:10
166:23
**decrypted** 157:6
**decryption**
157:22

**deemed** 108:15
**defendant** 1:11
2:11
**defendants** 4:12
**defending**
174:17
**deficiencies**
34:19 35:13
36:8,12 38:24
**deficiency** 34:24
**defines** 148:10
**definitely** 79:5
86:2 151:21
**definition** 46:25
**degrade** 155:13
**degree** 175:20
175:22,24 176:3
194:22 195:17
195:22,24 196:6
211:5
**delineation**
16:16
**deliver** 13:10
**demarcate**
178:24
**demarcation**
178:25
**depend** 86:19
87:5 89:10,12
**dependent** 124:4
**depending** 171:8
246:3
**depends** 8:8
24:15 88:9
192:8,10
**depo** 116:25
244:10

**deponent** 248:10
**deposed** 26:9,11
64:14 197:11
**deposition** 1:15
8:7,16 11:16,20
12:11,14 13:16
13:23 14:3,5
24:20 26:12
32:11,12 40:15
135:4 136:24
144:2 168:4,6
171:3 182:7,16
185:18 187:20
190:17 196:11
197:23 246:16
247:6 248:8,16
249:20,23,25
250:8,10
**depositions**
10:22 26:8
171:6 215:22
**describe** 21:21
63:9 86:25
91:10 95:2
115:23 117:14
239:6,24
**described** 53:19
78:9 90:25
111:3 122:3,6
125:14,15
128:21 129:9
145:1 177:17
212:24 239:12
242:14
**describes** 94:9
94:17
**describing** 72:12
93:22 98:15

122:15 140:6
195:4,7 200:16
205:16 214:3
222:2 231:24
**description**
94:25 95:6,13
**descriptions**
70:4,23,25 71:4
71:21 74:2 75:7
95:17
**design** 7:11
134:21
**designation**
235:14
**designed** 90:25
96:7,8 157:14
206:25 217:1,6
**designing** 91:7
**desire** 202:9
**detail** 63:10 95:3
177:17 193:15
238:6 244:1
**detailed** 188:17
**details** 120:24
**detectable** 153:2
153:17,24
154:10,14,17
**detected** 43:10
**detecting** 39:9
**detection** 35:5
39:4 104:11
108:5,9 110:17
231:20
**detects** 45:7
**determination**
128:18 129:1
**determine**
129:15

Veritext Legal Solutions
866 299-5127

**[determined - document]**

| | | | |
|---|---|---|---|
| **determined** 249:19,23 250:7 | **dipped** 116:23 | **discussing** 84:7 | **division** 1:3 2:3 |
| **determines** 201:7 | **direct** 22:9 34:13 173:15 188:6,23 189:1 190:1 194:5 195:25 231:15 | 107:13 140:14 141:14 145:3 163:25 165:2 166:23 167:4 171:21 179:19 181:1 182:18 192:17 209:10 228:11 229:25 238:6,22 | **dld** 15:5,8,9 |
| **device** 213:9 | **directing** 139:22 | | **doctor** 26:23 27:13 36:18 48:21 69:19 |
| **devices** 182:20 237:9 | **directly** 21:1 22:8 129:17,18 131:16 184:19 193:24 210:18 219:22 241:22 | | **document** 6:4,6 6:10,12,16,22 7:1,3,4,7,10 12:16 24:15 25:2,2 27:22 29:12 30:1,20 31:14,16 32:15 32:19,21 34:4,7 36:2 38:4,6,10 38:11,13 50:6 69:20 84:15 93:20,22 94:17 96:5,5,11,12,21 96:22 97:11,16 98:4,5,10,13,14 98:15,15 99:21 103:3 105:1,5,7 105:11 107:9,10 122:15,18 130:3 131:12,20,21,22 132:1,6,7 139:1 139:4,6,7 140:5 140:13 141:24 148:10 149:21 151:2,17,21 152:24 153:15 153:20 156:5 158:18 163:15 164:20 165:12 165:12 167:20 168:2,3,7 169:4 169:6,18 170:4,6 194:14 234:12 |
| **dictated** 177:17 | | | |
| **difference** 16:12 47:20 60:21 61:17 116:7 243:6 | | **discussion** 38:23 62:12 98:6 123:10 124:11 133:25 141:24 142:7 145:6 166:22 172:22 172:25 182:6 192:1 211:15 237:7,9,10,14 | |
| **different** 28:22 28:25 42:9 44:2 72:3 84:14 92:15 100:23 112:4 123:5 126:2,2 132:3 133:7 134:16 140:7 154:6 159:20 171:7,7 176:15 190:25 192:22 193:1 200:25 206:14 207:15 209:11 209:12 215:9 216:2,9 219:5 222:21,22 226:3 226:16,23 227:6 227:10 228:20 228:22 234:18 234:19 241:5 | **disagree** 42:21 43:11 44:17,18 46:16 153:20,22 201:21 215:1,2 | | |
| | **disclose** 35:3,4 39:3 172:20 178:22 | | |
| | **disclosed** 38:25 179:10 184:25 | **discussions** 137:5 | |
| | **disclosure** 197:24 | **disinterested** 248:7 | |
| | **discovery** 6:8,20 29:22 30:8,25 34:19,23 35:13 36:8,12 38:24 188:8 190:5,6 195:2 200:14 202:4 | **disposal** 55:14 | |
| | | **dispute** 92:4,12 92:24 93:3 95:24 97:5,9 105:24,25 134:4 170:9 | |
| | | **disputes** 100:11 | |
| | | **distinct** 241:3,20 | |
| | **discuss** 193:15 206:22 239:8 | **distributed** 47:23 64:18 91:1,7 93:21 95:8 101:1 | |
| **differently** 13:4 28:2 122:6 | **discussed** 105:14 134:22 167:6 176:25 191:24 213:6 | | |
| **difficult** 10:22 | | **distributor** 20:3 | |
| **difficulty** 152:22 | | **district** 1:1,2 2:1 2:2 8:19,19 | |
| **diplomas** 175:7 | **discusses** 125:17 | | |

**[document - encrypted]**

235:1,17 239:18
242:12
**documentation**
94:8 95:18,25
96:2 97:3,7,21
97:22 99:8,14,16
99:17 105:8
122:7,22 129:8
129:12,13,14,16
158:18 190:16
215:16
**documents**
12:13,15 13:17
13:19 23:24
24:14,17,18,21
24:21,23,24 25:9
25:10,13,16,17
25:20,21,22,24
26:2,4,8 27:7
32:10 38:8
47:22 54:21
58:8 62:16 63:8
82:9 83:17
86:24 90:25
91:5,10 94:14
96:17,23,24
98:22,23 99:20
99:24 100:1,4
115:22 120:21
121:15,16
125:11 126:18
129:19 139:23
147:18 148:9,18
149:8,11 150:20
150:21 158:23
168:7,16 169:15
171:16 182:6
194:2 198:9

214:17 215:21
243:18
**doing**   33:13 44:7
91:6 111:3
114:6 117:3
122:15,16,16,17
122:18 146:18
180:21,21
182:25 185:7
191:17 195:10
196:19 199:6,13
219:25 243:7
246:21
**dot**   154:23,23
155:1,1
**double**   36:11
149:23 152:5
155:1 158:24
159:23 192:25
**doubt**   40:3,4
75:14
**download**   70:13
101:23 130:13
131:16 138:1
159:3
**downloaded**
30:3
**downloading**
151:13 158:25
159:9
**dr**   9:19 12:25
16:9,13 17:1,6
18:9 31:13
63:13 66:19
92:11 185:5
190:5 194:15
195:3 196:25
197:17 198:1,12

199:1,8 201:10
202:5 229:22
230:16 232:8
234:8 235:13
236:3,10 237:1
237:16 238:21
239:5,13 242:10
243:10,22
246:10,16
**drafts**   179:5
**drawing**   56:4
75:21 116:7
**duck**   33:23
**due**   92:18 97:19
**duly**   2:22 10:10
248:6
**dynamic**   96:13

**e**

**e**   1:21 2:15 51:21
65:22 98:11
141:8 147:9
244:18 248:5,22
249:10,13 250:1
**earlier**   52:19
54:2 139:20
156:15 182:6
200:16 238:7
**early**   15:24
114:13 171:25
**easier**   13:2 18:1
23:23 30:3 51:3
**easily**   172:11
180:13
**ecosystem**
155:22
**effect**   23:11
30:15 63:5

76:18 97:17
156:12,15
160:13 174:13
212:23
**effort**   178:18
**either**   15:18 20:5
25:5 60:19
72:25 98:22,24
99:12 100:5
151:19 181:5
197:21 200:17
203:15,25
233:17 236:23
237:8
**electronic**   13:7
150:21
**element**   190:22
**eliminated**
225:15
**elucidated**   76:19
**email**   7:3 138:2
**emanuel**   4:14
9:25 10:2 12:18
13:8 19:7,12
195:16
**empirical**   93:12
**empirically**
90:15 93:6,24
**employed**   22:3
**employee**   22:3
98:11 104:20
**employees**   20:14
20:18,21 141:9
**employer**   173:4
**encrypted**   90:3
156:24 159:15
160:6 161:4,16
161:16 162:11

[encrypted - execution]

162:19 163:3,7,7
163:21 164:7,13
164:14,17,23
165:3,8,14,15,16
166:11,21 167:2
167:6,14 206:19
207:1 209:9
214:1 215:7
220:5,13
**encrypting**
157:6
**encryption**
157:5 165:4
**encrypts**  158:4
**ends**  228:20
**engagement**
18:20
**engineer**  22:3
64:17 94:7
233:14
**engineers**  63:7
64:14 91:4 96:6
144:23 145:24
171:6 212:22
215:23
**enhance**  165:12
**entered**  13:12
**entire**  35:13
53:10,15 185:17
**entirely**  82:11
179:3 188:14
193:1
**entitled**  130:3
167:22 168:16
168:22 179:9
196:15
**entries**  71:13

**entropy**  237:7
244:19,19,21,21
**entry**  71:13,16
75:14
**enunciate**
241:15
**environment**
96:13
**equally**  97:24
**equipment**
180:10 183:25
184:7 185:12,21
185:23,24
186:12
**equivalent**
179:12 194:1
**erika**  3:15 9:16
**errata**  249:15,17
250:3,5
**errors**  243:22
244:11
**especially**  25:15
120:4 123:4
235:21
**esq**  3:6,7,13,14
3:15,16,22 4:6
4:15,16 249:1
**essence**  75:20
163:24 214:11
232:2
**essentially**  37:4
71:14,23 89:23
111:3 140:6
179:23 183:9
213:5 214:8
241:6
**establish**  197:6

**estimate**  184:7
186:5
**estimated**  15:25
**et**  1:4 2:4 8:18
50:8,9 62:23,23
79:24,24 87:1
116:10 244:23
**events**  7:1 130:4
234:13
**everybody**  13:3
83:2 91:5 243:9
**evidence**  19:9
135:9 137:1
140:16,22,24
156:22 162:24
163:11 164:10
164:25 165:19
187:11 188:5
202:18,21 226:1
**evidentiary**
38:19
**exact**  43:23
52:18 56:18
61:13 126:13
151:4 176:18
223:10
**exactly**  15:17
17:2 54:3 56:14
73:5 81:21
85:23 102:15,19
113:17 136:19
147:9 149:20
150:3 160:15
167:25 169:20
181:23 188:17
190:18 191:9
218:15 224:19
241:14

**examination**  5:1
5:4,5 10:14
196:14 229:20
242:23 248:13
248:17
**examined**  2:22
10:11 106:3
**example**  21:5,16
21:17 24:16,22
27:22 28:17
67:5,22 71:7,21
72:6 92:8 95:1
99:19 117:8,9
122:12 127:20
146:5 154:24
155:14 166:17
169:13 190:16
204:16 208:17
209:16 212:1
222:25 223:22
232:12 235:23
235:24 236:9
238:13 241:8
242:6
**examples**  244:25
244:25 245:3
**exchange**  147:9
**excluded**  39:1
197:3 231:18
**excuse**  38:14
245:13
**execute**  145:25
174:24
**executed**  172:24
177:18,22,24
181:18 188:17
**execution**  173:1
180:8

Veritext Legal Solutions
866 299-5127

[executive - extent]

executive   236:16
exercise   183:1
exhibit   6:4,6,12
    6:16,22 7:1,3,4,7
    7:10 13:11
    22:17,18,21
    29:15,18,21
    34:16 37:10,19
    43:14 59:5,7
    61:21 68:16,17
    68:19,21,22,24
    69:3,15 73:23,24
    81:4 83:25 84:2
    84:6,6 88:17
    101:11,20,21,25
    102:7,21 105:2
    106:13,15,17,22
    106:24 107:1,3
    107:15 110:11
    110:13,20
    112:13 113:15
    118:25 123:1
    124:7 127:17
    129:23 130:2,5,7
    131:16 133:10
    133:24 134:20
    134:22 135:8
    136:8 137:1,14
    137:18,22,23
    143:12 144:16
    145:20 150:15
    151:7,11 155:10
    155:25 156:2,19
    156:21 158:16
    158:19,20 159:4
    159:11 160:24
    161:11 162:5,22
    163:10 164:10

    164:25 165:18
    186:15 189:4
    190:17 192:4
    207:21 229:23
    229:24,25 230:4
    230:17,20,23
    233:1,4 234:9
exhibits   6:1
    13:12 113:4
    148:14,21
exist   103:1
    104:11 113:2
    118:3
existence   35:5
    39:3
existing   201:4
expect   235:2
expecting   139:23
experience   96:25
    100:4 110:16
    111:15 134:6
experiment
    138:23 139:2
    140:6,7,14,15,17
    140:20,21,25
    141:3,5,6,9,10
    141:11,12,13,15
    141:19,22 142:5
    142:10,14,16,17
    142:18,23,24
    143:1,5,16,25
    144:9,10,21,24
    144:24,25 145:2
    145:4,12,15,18
    145:23,25 146:3
    146:24,25 147:2
    149:14,17
    241:19

experimental
    56:6 148:24
experiments
    52:22 55:11,12
    140:10 144:5,6
    146:21,23
    172:22 177:16
    179:21 184:1,9
    186:12
expert   4:24 6:4
    9:19 12:17
    14:20 18:3,7
    19:16 24:19
    38:14 45:21
    77:18,18 78:15
    81:19 86:22
    114:6 117:19
    119:11 121:7
    134:7 147:19
    168:23 170:10
    185:2,3 186:4,25
    187:1 188:8
    191:24 196:12
    197:22,22,23,25
    212:11 228:6
    236:5,11 237:2
expert's   198:20
expertise   50:1
    50:10 110:16
    111:15 146:17
experts   15:9,10
    15:12 17:16
    125:15 187:11
    244:23
explain   29:13
    48:2 56:9 60:21
    62:24 89:25
    95:11 144:19

    146:15 192:9
    200:18 207:12
    208:5 212:10,13
    216:25 218:18
    219:8 244:21
explained   18:15
    18:16,17 214:15
explaining   92:20
    105:21 124:19
    141:17 160:1
    218:16 239:9
explanation
    160:7,12,13
explanations
    207:21
explanatory
    138:16
explicitly   73:14
    136:9 184:15
    185:4 194:25
    195:1 196:18
    197:3 234:3
exploit   165:25
expose   145:4
exposing   141:1
    143:7 144:1
exposition
    244:20
express   13:10
expressed   43:3
    123:13
expressing   46:24
extend   33:19
    179:5
extension   235:20
extent   49:19
    195:8

[extract - first]

| | | | |
|---|---|---|---|
| **extract** 224:2 | **fail** 35:3,4 | 114:7 119:4,20 | 118:23 122:24 |
| **extracted** 170:4 | **failed** 39:3 82:10 | 119:20 123:6,21 | 149:24 155:21 |
| 222:6 | **fair** 59:5 | 123:23 124:13 | 166:17 167:1 |
| **extracts** 221:19 | **fairly** 36:6 160:3 | 124:25 125:12 | 172:11 174:3,6 |
| 221:20 | **fake** 96:4 | 134:25 221:21 | 174:24 181:1 |
| **extraneous** | **fall** 229:2 | **fields** 59:19,22 | 182:7 189:6 |
| 57:11 | **false** 226:19 | 66:15 70:4,22,24 | 196:24 211:18 |
| **extremely** 17:24 | 232:5,11 | 71:3,20,22 72:20 | 215:23 218:14 |
| 159:21 174:11 | **familiar** 69:20 | 73:3,7 74:1 75:6 | 219:13 241:1 |
| 176:10 180:7 | **familiarize** | 87:1 125:6 | 245:6 |
| 183:20 | 31:15 69:21 | 126:5,22 232:16 | **finding** 34:23 |
| **f** | **far** 64:1 104:10 | 232:21 | 118:7,17 |
| **f** 239:14,22,25 | 113:5 175:23 | **figure** 40:19 | **findings** 33:7,10 |
| **facilitate** 40:16 | 192:2 199:13 | 41:19 42:1 | 33:18 34:3 |
| 98:6 | **fashion** 187:23 | 51:23 55:24 | 35:15 37:23 |
| **facilities** 55:14 | **fashioned** | 59:2 78:13 86:7 | 53:18 |
| **fact** 33:10,18 | 136:17 | 113:21 130:5,18 | **fine** 23:22 53:4 |
| 34:3 35:15 46:3 | **fast** 31:23 | 154:25 155:3 | 109:8 136:13 |
| 89:20 103:12,19 | 136:10 159:4 | 194:20 195:21 | 151:19 152:14 |
| 111:12 113:24 | 215:19 | 224:20 | 152:18 171:11 |
| 133:24 144:3 | **fault** 106:21 | **figuring** 41:20 | 202:11 204:11 |
| 153:21 154:9 | **favor** 103:23 | 41:22 78:20 | 220:1 |
| 165:4 167:4 | **fax** 6:16 69:4 | **file** 29:4 40:5,7 | **fingerprinting** |
| 171:21 182:19 | **fear** 13:9 155:11 | 42:6 58:9 71:4 | 194:3 237:7 |
| 182:20 192:7 | **federal** 250:1,8,9 | **filed** 8:18 118:12 | 241:25 244:19 |
| 204:11 220:2 | **feed** 105:18 | **files** 26:16,25 | 244:22 |
| 239:15 241:23 | **feel** 39:23 170:23 | 27:15,16 28:12 | **finish** 27:19 |
| 242:2 | 171:22 186:19 | 28:22,24,24 29:2 | 37:13 61:11 |
| **facts** 19:9 34:23 | 218:5 | 39:18 42:8,15 | 80:22 90:16 |
| 135:8 137:1 | **felt** 77:2 | 58:16,23,23 | 136:5 160:4 |
| 156:21 162:24 | **field** 50:8 62:13 | **final** 246:22,25 | 161:11 195:1 |
| 163:10 164:10 | 62:15,20 63:12 | 247:4 | **finished** 27:19 |
| 164:25 165:18 | 64:17 66:15 | **finally** 48:6 | **finishing** 197:18 |
| 187:21 188:5 | 67:2,14 71:24 | **financially** 9:3 | **firm** 8:23 9:21 |
| 202:21 225:25 | 72:12 73:5 | **find** 11:11 33:9 | 15:9,11,18 |
| **faculty** 56:25 | 86:17,19 87:2 | 54:8 69:1 74:9 | **firms** 185:3 |
| | 94:5 105:12 | 82:10 101:19 | **first** 2:21 10:10 |
| | 109:3 111:7,23 | 110:13,16 | 14:19 15:22 |

Page 18

**[first - friend]**

| | | | |
|---|---|---|---|
| 16:1 18:19,24 | **flexibility** | **forgot** 130:9 | **forth** 2:23 52:14 |
| 27:9 29:25 30:2 | 235:21 | 131:15 | 180:17 236:25 |
| 31:17 33:8 | **flexner** 3:12 9:13 | **forgotten** 179:3 | 248:9 |
| 34:10 36:1 42:7 | **floor** 3:17,23 4:7 | **form** 14:12 | **forthcoming** |
| 42:15 45:1 54:4 | **florida** 3:9 | 28:15 40:1 42:4 | 198:12 |
| 55:7,7 58:10,12 | **flow** 146:23 | 42:22 43:13 | **forthepeople.c...** |
| 58:12,13,15,19 | **flowing** 90:2 | 45:19 46:18 | 3:10 |
| 71:24 85:2 | **fly** 224:23,24 | 47:12,15 48:18 | **found** 15:4,5 |
| 89:15 90:11 | **focus** 197:2 | 49:12 51:17 | 25:5,23 26:2 |
| 93:18,18 101:17 | **focused** 193:23 | 67:16 72:21 | 40:21 183:12 |
| 101:19 103:4 | **follow** 54:22 | 79:19 85:19 | 241:20 |
| 109:12 118:5 | 102:5 159:10 | 86:11 87:21 | **foundation** 74:7 |
| 125:25 127:20 | 163:14 209:22 | 89:4 93:1,15 | 118:10 |
| 127:20 133:12 | **followed** 56:18 | 94:13,24 95:13 | **foundational** |
| 133:12,15 | **following** 44:25 | 98:2 99:2,22 | 196:13 |
| 134:10 140:24 | 53:19 98:9 | 110:24 111:8,24 | **four** 26:18 28:12 |
| 141:2 142:15 | 100:2,10 117:19 | 114:9 115:1 | 32:3 42:6,14 |
| 149:17 159:3 | 123:11 124:16 | 117:5 118:9 | 54:1 58:16,23 |
| 165:5 172:10 | 160:13 166:15 | 119:6,14,22 | 70:1 71:22,23 |
| 174:1 180:19,20 | 179:20 212:17 | 125:23 129:6 | 120:11 176:13 |
| 184:14 192:16 | 221:6 230:10 | 154:12 172:7 | 176:14 180:6 |
| 202:22 203:21 | 240:3 | 185:6 191:7 | 234:18,18 241:8 |
| 204:10 205:25 | **follows** 10:12 | 202:20 205:14 | 241:10 242:6 |
| 206:21 207:12 | 71:11 93:17 | 206:15 207:11 | 245:10,21 |
| 207:24 208:8,20 | 157:13 159:19 | 209:17 216:6,10 | **fourth** 99:21 |
| 208:21 209:2,5 | 159:25 163:14 | 217:16 219:4 | 245:20 |
| 212:25 213:4 | 192:15 222:10 | 220:9 222:8 | **frame** 16:4 |
| 214:7,19,22 | 249:9 | 224:18 | **francisco** 3:18 |
| 218:17 219:1,1 | **forced** 228:14 | **formal** 244:20 | **frank** 195:11 |
| 222:11,11 224:2 | **forcing** 223:20 | **formed** 50:1 | **franklin** 3:8 |
| 230:4 231:2 | 224:7 | 121:4 | **frankly** 126:13 |
| 240:9 241:8 | **foregoing** 248:8 | **forming** 49:25 | 140:19 |
| **five** 59:17,21 | 248:16 | 50:9 87:15 | **frcp** 250:1 |
| 171:21 176:24 | **forever** 78:6 | 121:3 232:17,22 | **free** 39:23 |
| 180:6 245:8,8 | **forgetting** | **formulated** | **friday** 1:17 2:13 |
| **fixed** 130:11 | 223:24 | 194:19 | 8:2 |
| **flagrant** 190:1 | **forgive** 27:7 | **formulation** | **friend** 48:22 |
| 193:24 | 117:18 | 187:5 | |

[front - go]

**front**  33:24
240:7
**full**  70:3,7,19
74:1,4 75:5,25
76:7,12 77:14,22
77:23 78:6,7
108:14 121:2
127:13 128:9
139:23,24 229:7
236:23
**fully**  68:12 75:22
78:17 120:21
121:1 179:25
**function**  222:16
222:17,18,21
223:7,11 224:11
226:22 228:13
228:15,15
**functions**  223:3
**fundamental**
134:4
**further**  25:18
78:21 124:19
149:14 201:10
220:6 234:17
246:1,2
**furthermore**
163:20 165:7
**future**  235:21

**g**

**g**  27:10,21
159:24 180:20
182:8 187:25
**ga**  156:18 159:7
161:2 162:1
163:18 164:3,19
203:15,25

**gaia**  89:17 132:9
132:10 161:3
162:2,10,15,19
163:1,3,7 164:6
164:18,23 165:3
165:16 166:11
166:21,25
167:13,21
203:21 208:13
208:18,22
212:19,19 213:3
213:7,12,14,17
213:19 214:4,20
214:22 215:11
215:12,12,13,17
216:5,15,20,23
216:23 217:15
230:14 239:9,10
240:12 241:6
242:4
**gaias**  183:11
**gao**  174:3 177:18
177:20 179:1
180:14 181:6,6,8
181:9,15,18
185:17 187:25
198:3 201:16
202:6
**gao's**  200:14
**general**  42:24
88:4 100:6,9
115:14 117:17
119:25 141:12
142:16,19
165:11
**generated**  87:17
89:11

**genre**  27:16
**genuine**  175:7
**georgios**  16:9
**gestures**  10:23
**getting**  21:10
45:20 72:14
77:23 78:16
114:13 197:18
237:24 241:14
▇▇▇▇  161:23
**gist**  167:3
**give**  16:24 17:22
25:21 28:21,23
29:8 56:10,16
64:2 68:13,15
76:12 94:21
95:10 100:15
101:15,23
108:11,25 109:2
113:16 117:7
130:10,12 146:5
147:11 148:8
149:21 151:19
151:23 152:21
152:22 160:22
171:12 173:1
178:18 180:2,4
182:13 190:14
190:15 191:17
192:3 211:12
**given**  21:17
41:21 86:8 87:6
87:14 88:1
108:23,23
114:19 120:4
144:7 155:17
163:19 174:13
225:21

**giving**  21:9 53:7
56:12 77:9,22
169:12 173:11
181:24,25
189:11 221:12
221:14 236:22
**glanced**  103:3
**gmail**  208:17
**gmm**  235:23
**go**  8:13 21:11
22:24 24:7,8
25:11,25 30:10
30:11,13 32:22
32:24 33:6,10,14
33:16,25 34:13
39:23 40:2,10
41:1,20 48:10
53:3 54:11 59:5
59:8,16 61:15,21
62:7,9 68:19
69:5,22 73:17
74:14 82:24
84:4,12 87:3
92:24 93:5,11
101:2,7,10,15
102:12 103:23
109:11,25 112:8
114:4,5 118:7,17
118:23 120:2,15
120:24 121:14
121:16 122:19
122:24 123:14
124:14 128:22
129:22 130:2,20
131:5,18,22,23
133:12 134:10
134:11 136:12
137:23 138:5

**[go - google]**

| | | | |
|---|---|---|---|
| 143:15,21,21 | 40:10,23 41:19 | 210:12 211:10 | 97:3,7,22 101:8 |
| 148:8,22 152:24 | 48:8 52:8,8 54:1 | 211:12,13 | 104:7,20 108:11 |
| 156:16 159:4,12 | 54:8 59:8 67:23 | 213:12,13 | 108:14 109:2 |
| 160:14,14,22,22 | 68:16,17 73:23 | 216:12,21 | 110:18 111:1,6 |
| 163:13 164:15 | 76:22 78:14 | 218:20 219:2,7 | 111:12,22,22 |
| 166:7 168:5 | 83:7,25 84:4,8 | 219:13,14,19 | 112:20,24 |
| 170:20 178:13 | 86:15 91:21,21 | 221:15 223:9 | 113:20,25 |
| 178:15,17 | 94:22 96:23,23 | 225:12 226:11 | 114:17 115:12 |
| 180:20 182:18 | 100:14,15,17,17 | 226:18,20,21,23 | 116:6 117:3,10 |
| 183:6,21 191:8 | 100:19,20,20,22 | 227:18 228:18 | 119:4,18 120:6 |
| 192:9 193:6 | 101:17 109:8,13 | 228:25 229:2,15 | 125:6,22 126:4 |
| 196:10 210:1,20 | 110:2 117:13 | 232:3 236:18 | 126:15,20,21 |
| 214:11 216:13 | 120:23 123:14 | 239:17,20,21 | 127:13,14,25 |
| 217:1,10 218:9,9 | 126:11,13 | 242:18,19 | 128:1 132:11 |
| 219:12,22,24,25 | 130:15,25 131:5 | 244:21 245:14 | 133:17,21 134:1 |
| 220:9,14 222:7 | 131:21 133:11 | ■■■ 159:23 | 134:2,10,11 |
| 223:25 226:21 | 133:13 134:9,12 | 161:22 | 141:1 143:7 |
| 227:12,19 | 136:10 137:15 | **good** 8:4 10:16 | 144:1,3,7 145:4 |
| 229:14 234:17 | 138:1,10 139:11 | 10:18 35:24 | 146:13,13 |
| 235:8 236:16,18 | 139:24 142:16 | 86:23 88:1 | 149:10 153:9,12 |
| 239:23 242:13 | 143:19,20,22 | 110:8,24 121:3 | 154:1,5,5,6,10 |
| 244:8 245:7 | 144:20 145:7 | 131:7 132:23 | 154:21,23 |
| 246:14,21 | 146:12,15 | 142:1 150:7 | 157:14,22 158:4 |
| **godfrey** 3:21 | 147:11,25 149:1 | **google** 1:10 2:10 | 163:22,22 |
| 9:22 | 150:2,8 158:8 | 8:18 11:15 18:3 | 164:15,15 165:9 |
| **goes** 185:8 205:6 | 159:10,18,19,24 | 18:6 19:17,24 | 165:9 166:22 |
| 205:25 206:6 | 165:20,22 166:2 | 20:4,5,13,14,17 | 167:5 168:10,22 |
| 221:19,20 | 170:3 175:25 | 20:21,25 21:6,7 | 169:9,19,23 |
| 222:22 | 176:1 178:10 | 21:8,9 22:2,2,3,8 | 171:6 183:8,25 |
| **going** 9:11 10:23 | 179:20,21 183:5 | 24:19 30:7,10,25 | 184:3,4,6 186:12 |
| 11:1,10 12:25 | 185:14,15 | 31:6 34:23 35:8 | 186:18,19 189:8 |
| 13:2 14:17 15:1 | 186:22 189:4 | 38:16 40:21 | 189:23 190:10 |
| 15:17 18:18 | 192:4,9 195:12 | 59:21 64:13,23 | 190:22 191:3,5 |
| 29:12 32:5,8,9 | 196:10,14,17 | 64:25 65:3 66:6 | 191:21,24 202:6 |
| 32:14,16,17 34:6 | 198:23 199:16 | 70:2 72:10 | 202:17,19,24 |
| 34:7,19 35:4,7 | 200:1 201:8,9 | 73:25 81:4,12,20 | 203:3,6,7,12,20 |
| 35:12,16,16 36:9 | 204:1 206:3 | 86:24 89:16 | 204:20,22,24,25 |
| 38:9 39:12 | 209:8 210:8,10 | 92:25 96:6,6 | 205:7,8,21 206:1 |

[google - help]

206:7,21,25
208:2,17 209:4
209:11,15,21,24
210:5 211:8
212:1,22 215:16
215:16,24 216:4
217:8,21 220:3,5
220:12,12,14,16
220:22,25
221:13,23,24
222:7,12,16,19
222:24 223:6,10
224:4,7 226:9,9
226:10,16,22
228:13,14 229:7
230:8,13 231:18
233:13 234:3
237:21 238:4,9
244:23 249:4
**google's**   17:16
34:19 35:13
36:8 38:20 43:6
72:7 91:2 95:17
95:24 96:2
98:22,23 106:10
110:24 115:20
115:21 119:11
120:9 122:1
157:17 222:17
**government**
57:2
**grant**   4:23 8:23
57:2 180:6
200:7
**grasp**   245:2
**great**   33:5 48:6
49:14 72:23
74:10 140:22

209:23 211:14
229:13 247:2
**greek**   65:24,24
65:25
**grounds**   211:15
**group**   144:22
151:1,4
**groups**   171:8
**guess**   13:6 15:10
15:13 23:13
29:1 35:24
38:21 56:20
57:5 73:20
98:20 108:24
111:10 113:3
115:12,14,17
123:19 131:8
142:4
**guidelines**
150:24
**guy**   11:13 244:4
**guys**   51:22 54:23
78:10,10,13,19
179:19 186:23
239:17
**gw**   148:6
**gws**   138:23
139:2 141:13
142:20 145:14
147:5,6,8,11,13
148:6,10,12,16
148:23 149:15
149:16,20,21,22
149:24

| h |

**h**   65:22

**hand**   10:23 11:4
99:5,6
**handle**   78:11
**handled**   249:9
**handles**   146:1,22
**hang**   143:17
**hanly**   4:5 10:4
**happen**   12:24
15:22 156:23
201:3 226:18
**happened**   42:8
56:11 181:22,23
**happening**   17:11
**happens**   133:25
136:13 150:19
208:23 209:2
218:18
**happy**   34:13
60:20 61:15
74:18 87:3
89:24 120:23
122:19 148:21
148:22 170:5,20
170:21
**harassing**
187:23
**harassment**
82:14 146:9
189:25
**hard**   12:17
52:11 54:22
157:15 159:21
244:20
**hash**   220:17,17
221:15 222:7,16
222:17,18,21
223:2,7,10,11
224:2,8,11 226:4

**hand**   226:21,22 227:2
227:10 228:13
228:15,15,21
**hashed**   214:1
215:8 220:13
226:15 228:12
**hashes**   220:6
**hashing**   221:10
**he'll**   196:3
**head**   122:11
147:7,15 148:7
174:23
**header**   123:18
123:25 124:5,13
124:23,24
125:13,18
126:14 132:5
133:8 134:16,23
134:25 135:23
**hear**   30:22 36:19
109:20
**heard**   8:10 30:24
**heart**   236:12
**heat**   185:7
**help**   52:11 53:17
67:23 73:22
86:13 87:8
112:7,11 117:24
117:25 123:16
123:19 124:15
127:18 143:20
150:2 158:8,17
160:1 172:3
192:5 207:20
210:15 216:13
218:8,20 219:15
219:23

Page 22

[helped - ids]

**helped**  172:1,9
 172:21 173:19
**helpful**  20:11
 22:15 35:25
 52:10 88:5
 97:15 103:10
 117:8 128:5
 171:14 211:17
 225:9
**helping**  57:3
 76:19
**helps**  53:9
**henceforth**
 204:20
**hereinafter**  2:23
**heron**  104:20,23
**hey**  76:11
**hi**  83:13
**high**  20:2 191:17
 191:18
**hint**  147:11
**hired**  14:10
 191:25
**hm**  26:21 35:6
 37:21 43:8 60:8
 68:24 69:9,13
 70:16 151:25
 161:1,12 208:12
 223:1
**hochman**  4:24
 9:19 47:1 57:5
 92:10,11,19
 105:24,25
 123:24 125:14
 125:16 180:24
 191:25 219:25
 243:11

**hochman's**
 12:25 16:21
 30:14,17 39:7
 44:5 45:2,6,22
 46:2,6,23 47:6
 47:17 88:23
 92:15 126:17
 129:10,11
 133:22 148:11
 149:25 192:3,4
 194:16 232:4
 243:13
**hold**  11:3 150:19
**holds**  26:8
**home**  11:21 12:3
**honestly**  41:16
 50:23 60:13
 86:13
**honor**  246:10
**hope**  147:4
**hopefully**  28:7
 78:21 136:20
 180:15
**hoping**  117:25
**hour**  2:14
 193:23
**hours**  13:25 14:1
 14:2,3,4,7,7 52:7
 72:23 76:23
 80:17 82:14
 149:7 173:22
 176:24 246:8
**house**  11:25
**huge**  115:17
 195:5
**huh**  167:12
**humanities**
 175:20

**hundred**  25:1
 82:8 112:2
 129:20 149:10
**hundreds**  91:3
 125:11 240:6
**hypothesize**
 67:19,21
**hypothetical**
 98:2,7 99:22
 114:9 122:9
 157:10 158:7
 164:11 217:17
 219:10 221:17
 222:9 223:16
 224:22 227:7,8
 227:24 228:10
 228:24
**hypothetically**
 98:12

**i**

**ice**  176:11
**idea**  98:17
 104:21 131:19
 144:11 206:25
 213:10 240:1
**ideas**  134:22
**identifiable**
 88:13
**identification**
 22:19 29:19
 68:23 101:22
 106:16 127:23
 129:24 137:19
 151:12 156:3
 158:21
**identified**  13:19
 43:7 45:3,17,23

 46:4,8,15 47:8
 47:18 48:2,14
 88:24 89:2 90:2
 92:9,10,11,17,19
 97:4,8 104:10
 113:1 127:11
 129:17 157:1,2
 163:17 170:18
 202:25
**identifiers**  90:1
 90:4,10,20
**identifies**  113:9
**identify**  35:9
 112:21 113:21
 113:25 217:5,7
 217:15,20 218:2
 218:13
**identifying**
 81:14 231:20
 232:1 237:8
**ids**  28:23,25 42:9
 90:19,19 138:23
 138:23 139:2,2
 140:7,25 141:3
 141:12 142:15
 142:16,21,25
 143:6,16,25
 144:10,21,23
 145:18,22,24,24
 146:3,12,13,13
 146:24,24 147:2
 148:19,24
 149:14,15,16,18
 156:8,18,18,24
 160:6 162:15,15
 162:19 163:1,3,7
 163:18 164:6,14
 164:17,23 165:3

Veritext Legal Solutions
866 299-5127

**[ids - internal]**

165:16 166:11
167:5,13,14
203:15,25
212:18 226:16
227:20,25
240:12 241:6
242:4
**ignorance** 79:9
**illustrate** 211:3
**immaterial**
87:14 174:3,6
**immediately**
29:16 131:23
**immensely** 128:4
**implemented**
98:17 214:16
233:15 235:3
**implication** 89:3
**important** 67:9
111:19 151:5
174:11 179:6
215:25
**imposed** 31:4
**impossible**
214:15 222:19
**improper** 195:5
**improve** 140:10
**inaccurate** 17:14
17:22 28:6
175:18,18
**inaccurately**
16:2
**include** 79:11
99:17 133:19
153:8 154:19,21
155:8 177:7
213:14

**included** 14:8
172:23 249:15
250:3
**includes** 153:25
**including** 9:7
91:2 94:10 96:2
172:10 192:2
215:22
**incognito** 7:1
35:5 38:17 39:3
39:4,9 43:9 45:7
45:7 59:18,19
60:9,25 86:19
97:4,7 104:10
108:4,5,9,12
109:4 110:17
111:8,13,23
112:21 113:22
114:1,5 115:19
116:6,12 117:4
117:11 119:5,21
122:23 123:3,7,9
123:12,22,23
124:1,17,18,25
125:1,7,12,22
126:6,22 130:3
130:16 132:4
133:5 134:23
135:19,21,23,25
136:9 137:10
138:11,24
139:13 141:1
142:25 143:8
144:1 145:5
206:13 217:13
231:20 232:7
234:13 235:22

**incomplete** 98:1
114:8 122:9
157:9 158:6
164:10 217:17
219:9 222:9
**incorrect** 45:4,8
45:18,24 46:2,7
46:15 47:2,7,14
47:18 48:14
88:25 89:2
232:5
**index** 5:1 6:1
**indicate** 142:17
144:8 235:2
**indicated** 197:17
**indicating** 235:4
**industry** 57:3
150:24
**infer** 111:23
119:5,21 123:7
123:21,23
124:25 125:6,12
125:22 126:6,22
**inferring** 111:7
125:1 141:11
**info** 114:1
**information**
23:11 74:22
75:16 79:21,22
79:25 80:5
94:12 97:1
118:13 121:17
123:11 157:24
182:1 196:15
**informed** 111:25
**initial** 18:19
**initially** 14:11
86:9

**input** 71:16
224:8
**inquired** 175:5
**inquiring** 196:18
**inside** 11:24
16:23 74:22
75:18 110:18
**inspect** 148:15
228:3
**inspected** 171:18
**install** 94:21
100:17
**instruct** 189:18
**instructed** 5:9
52:25 188:10
**instructions** 53:1
55:16 56:3,10
173:2,10 177:22
179:25 180:1,4
180:12 188:17
**integrity** 99:7
**interact** 184:3
**interacted** 22:8
184:3 186:18
**interaction**
18:24 20:17,22
**interactions**
20:14 200:4
**interest** 142:1
155:6
**interested** 9:3
72:15,18 127:22
240:8,23
**interestingly**
35:20
**interfaces** 13:3
**internal** 21:10

Page 24

[internet - keeps]

internet 8:9
204:4
interpret 21:8
88:22 171:22
interrogated
2:22
interrupt 91:15
103:7 194:9
interrupted
116:23 185:11
192:24 239:16
interrupting
30:12 64:1
76:15 146:7
195:6
interviewed
20:20
introduce 29:12
134:22 137:14
158:16
introduced
101:14 106:14
151:7
investigate
25:18 113:11
investigation
104:4,15,19
118:19
involve 227:17
227:18
involved 91:4,7
104:14,18
118:19 215:3
ip 26:19 54:7
183:11,13,14,16
194:4 202:17,17
202:19,24 203:3
203:6,7,13

238:22 239:6,9
240:2,9,10,13,15
240:20
ips 241:23
issue 20:6 39:22
40:20 41:13
45:3,17,24 46:9
46:15 47:8,18,25
48:2,14,16 60:22
66:3 88:3,14,25
89:2,15,22 90:8
122:14,14
127:12,21,23
128:12,20 132:7
132:9 157:1,3
179:6 185:9
191:10 192:17
200:10,21 201:6
201:16 202:3,23
203:8,18 204:23
206:24 229:9
issued 37:23
39:21 85:15
86:9 238:13
240:21
issues 6:21 23:12

j

january 16:4,6
19:1
jar 134:12
207:18 208:9,10
208:20
jars 208:20
jet 237:24
job 1:23 82:6
121:3 146:19
220:8 249:5

joey 116:20
165:23 166:5
168:23 178:9
179:11 185:18
242:23
john 3:6,22 9:22
9:23 200:16,23
201:18
join 156:9 159:7
159:17 161:15
161:17,25 162:2
162:13 164:3,6
167:21,25 168:8
168:9,21 169:6,8
169:12,17,19,23
170:2,4,10,22
171:23 192:18
202:18,19,24
203:4,6,8,9
209:21 222:13
230:9 234:4
joinability
170:19 191:3,10
191:13 192:6
joined 10:1
joining 170:17
171:15,17,20
189:7,22 190:9,9
190:21,23 191:4
191:20,23 192:2
192:7 209:12
237:13
joins 233:16
joint 237:14
joke 225:24
jonathan 4:24
9:19,19

josef 4:15 9:24
11:18 14:22
josefansorge
4:20
journals 95:6
judge 33:24
141:16 196:11
223:22 230:18
231:13
judge's 231:11
july 152:12,14
jump 61:15
jumping 63:25
91:17
june 37:11,12,13
39:21 41:15
51:7,8 52:13
53:11 60:1 80:4
80:10 81:1,23,25
82:1,7,7 85:2,25
86:4 103:2,14,16
103:21
justice 236:24
justification
236:22
jyanchunis 3:10

k

kathryn 8:25
katy 1:21 2:15
127:4 247:5
248:5,22
keep 100:19
122:13 123:18
157:7,11 223:2
228:15 229:25
keeps 86:24
224:1

[kes - limited]

kes  248:25
keulen  230:18
   231:13
key  90:20 157:7
   166:18 214:9
keyed  90:1,9
keys  158:11
kidding  246:6
kind  11:12,13
   22:9 29:16
   54:21 98:13
   100:18,21 101:5
   103:4 150:23
   175:24 196:13
   241:25 242:23
   245:1
kinds  190:24
knew  155:16
know  10:21 11:4
   11:5,13 12:1,2,6
   12:6 15:6,10,11
   16:11,19 17:1
   18:16,17 19:3
   20:21 23:12
   25:2,19 26:9,10
   27:1,4 28:18,23
   29:2,3,13,14,16
   36:6,24 38:21
   41:16,16 47:19
   47:21 50:14,23
   51:19 52:10
   53:8,14 57:6,8
   58:1,5,22,25
   65:19,23 71:5
   73:3,5 77:4 79:7
   81:18,21 82:11
   85:7 88:5 89:17
   90:11,13,14,18

90:22 94:20
95:5 99:13
100:7,8,19 102:5
105:15 108:8,20
109:20 111:1
114:12,14
115:19,21 116:5
116:5,11,12,20
117:3,10,17
118:3,6,16,20,23
119:7,12,16
120:7 124:3
126:1,2 128:11
130:25 131:1,19
131:21 132:24
135:4 136:3,23
137:4,4,6,9,15
138:10,14,23
140:14,16,18
141:16,19,20,21
141:23,25 142:7
142:10,11,11,13
142:14,24
143:25 145:11
145:11,12,13,18
146:14 147:13
147:14 148:13
148:20 149:2,10
149:14,15,20
155:15 157:18
157:18 159:6,13
159:22 160:5
161:14 167:17
168:9,12 169:8
169:20 173:3
176:11 177:18
178:23,23
179:11 186:2,4

187:10,11
189:15 190:21
191:4,23 193:8
193:16 197:22
207:9,10,24
209:4,11,20
211:4,4,11 213:1
213:2 214:13,14
216:3 218:7,8
219:21 220:12
224:15,23
225:13 226:6,11
227:21 228:1,3
229:25 230:24
233:6 235:15
242:24 246:9,11
knowing  64:18
   111:9 222:14
knowledge  15:3
   24:13 27:24
   97:1 126:19
   127:7
knows  31:23
   155:19 188:11
konstantinos
   1:16 2:20 6:5
   8:16 10:8
   246:16 248:10
   249:5

l

l22  182:18
labeled  234:13
labeling  7:2
   130:4 234:13
lack  146:16
lagged  237:24

land  228:24
language  10:22
large  57:2
   115:16 146:1
   148:18
lasted  140:18
   141:21 142:13
   145:13
lastly  9:22
lawsuit  19:5,6
   19:21,23
lawyer  51:22
   79:10 94:6
   117:23 179:15
lawyers  78:11
leading  235:6
leave  244:4
left  242:4
legal  38:1,14
   45:20,21 46:21
   54:22 74:8 79:8
   79:9 94:6
   108:18,20
   132:18 179:19
   186:23 188:12
   239:16 243:1
   249:8
letter  7:7
level  114:19
   115:24 155:13
   191:17,18
   235:23,24 236:5
   236:6,8
library  12:2
lifetimes  101:3
light  56:20 79:23
limited  54:16

Veritext Legal Solutions
866 299-5127

**[line - logs]**

| | | | |
|---|---|---|---|
| **line** 5:11 60:17 | 81:25 86:10 | **locate** 111:12 | 59:22 60:1,7,11 |
| 69:10 70:9,11 | 120:22 121:6,13 | 222:5 | 60:14,19,19,20 |
| 71:15 116:21,23 | 130:20 158:24 | **locating** 114:4 | 60:20 61:5,17 |
| 140:24 142:9,15 | 185:6 187:9 | **locked** 249:13 | 62:1,4,6 63:4,5 |
| 185:17 200:19 | 223:17 234:18 | 250:1 | 65:15,16 66:13 |
| 202:4 245:20,23 | 240:14 243:14 | **lodge** 66:20 | 67:24 71:2,3,10 |
| 249:16 250:4 | **listing** 28:2 | **log** 22:2 39:25 | 71:12,12 72:7,8 |
| **lines** 71:18 | 87:13 96:19,20 | 41:14 60:23,24 | 72:10,11,24,25 |
| 234:14 245:8,8 | 96:22,22 121:11 | 61:18,18 65:6,8 | 73:1,6 74:21,23 |
| **link** 213:3,7,9 | 242:7 | 65:10,11 66:1,3 | 75:14,25 76:4,5 |
| **linkage** 7:11 | **lists** 39:24 66:15 | 66:4,14 67:21 | 76:7 77:3 78:3 |
| 209:5,5,8,16,21 | 67:2 85:14,16 | 71:6,16,24 72:2 | 78:15,16,17,24 |
| 210:7 212:20,20 | 86:8 126:20 | 72:3,3,5,6 73:16 | 78:25 79:5,6,7 |
| 215:10,11,17 | 183:18 | 75:18,22 76:8,12 | 79:11,15 80:2,10 |
| **linked** 90:4 | **literally** 66:9 | 77:7,9,10,11,22 | 80:25 81:2,5,6 |
| 156:18 213:18 | 146:12 218:7 | 77:23 78:6 | 81:13,17,20,24 |
| 215:12 | **litigation** 111:14 | 81:11 82:9 | 82:6,9 84:23 |
| **list** 17:21 23:18 | 112:20 113:20 | 85:25 86:1,2,20 | 85:1,6,7,10,11 |
| 24:11 27:1,9 | **little** 10:21,24 | 87:5,12,12 89:12 | 85:11,12,14,16 |
| 40:2 49:16 50:5 | 12:1 13:2 19:2 | 89:21,21,21 | 85:16 86:3,8,8 |
| 54:11 70:3,5,22 | 26:17 36:4 | 115:11 117:12 | 86:14,14,16,24 |
| 70:24 74:1 75:6 | 68:19 89:13 | 132:21 159:20 | 87:6,7,17,18,24 |
| 79:6 82:6 84:23 | 102:18 107:1 | 159:24 161:3 | 88:1,2,5,8 89:10 |
| 85:11,22 86:3 | 112:7 128:4 | 213:12 219:3 | 89:11 102:6,21 |
| 96:18 108:12,14 | 135:24 136:7,15 | 220:24 221:8 | 102:23 103:11 |
| 125:5,21 126:5 | 147:25 151:14 | 232:14 233:16 | 103:13,15,19 |
| 127:13 128:9 | 158:17 193:7 | 233:16,18,19,21 | 104:10,11 |
| 132:1,2 137:10 | 198:5 210:3 | 234:6 | 105:12,13,16,16 |
| 174:22 178:18 | 237:24 241:13 | **logan** 3:16 9:16 | 105:21,22,22,22 |
| 184:9 187:6,12 | 241:15 | **logged** 59:22 | 106:5 108:12,15 |
| 229:7 231:1,16 | **live** 13:6 116:1 | 60:1 127:25 | 109:3 113:1,2,4 |
| 243:16 | 116:25 162:25 | 133:17 218:24 | 113:6 114:5 |
| **listed** 42:6 49:4 | **llc** 1:10 2:10 | **logging** 65:12,14 | 115:13 116:2,5,9 |
| 49:15 52:3 | 8:18 249:4 | **logic** 60:24 | 116:9,12,16 |
| 53:24 58:2,9,12 | **llp** 3:12,21 4:14 | 136:19 | 122:4 128:9 |
| 58:13,15 62:16 | **local** 30:2 84:8,8 | **logs** 34:8 38:16 | 156:19 159:6,14 |
| 62:17,18 75:8 | **locally** 101:24 | 38:17 39:25 | 159:16,17 160:6 |
| 78:24 79:16 | | 41:12 59:17,19 | 161:2,15,17,24 |

Veritext Legal Solutions
866 299-5127

**[logs - mao]**

162:1,5,8,10,14
162:18,19 163:8
163:17 164:2,18
164:22 165:13
165:15 166:10
166:14 167:1,10
167:18 168:10
168:22 169:9
171:18 205:8
209:11 222:6
229:8 230:10
232:9,12
**long**   18:10 27:6
52:8 111:10
139:25 140:18
141:20 142:13
145:13 149:1
157:6 237:25
242:7
**longer**   32:4,4
136:15 151:14
**look**   23:17 24:22
25:18 34:2,16
38:24 39:23
40:24,25 41:1
48:15 61:9
63:17 64:21,23
64:25 66:2 67:3
67:12 69:15,16
69:23 72:2,6,24
73:6,16 74:14,19
84:8 87:17,24
88:7 91:25 93:9
93:11 99:21
106:13 112:8
118:2 132:20,22
151:8,18 155:25
156:7 165:4

176:17 177:3
219:5 225:2,8
227:14 230:4
231:2 234:14
235:3 238:9
**looked**   63:21
66:11 67:10,14
67:23 68:10
75:15 76:11
78:2,25 79:6,12
92:22 149:11
166:13 167:18
171:15,17 186:8
193:21
**looking**   27:21
37:10 60:18
61:5 71:2,10
75:19 78:18
85:13,24 86:24
88:5 89:10,20
107:15 110:11
131:16 137:5,24
152:21 155:14
156:19 158:9
162:25 164:4
212:7 231:4,7,9
233:4
**looks**   56:13
84:21 109:21
**lookup**   240:18
**lookups**   195:4
**los**   2:14 8:1 12:6
**lot**   27:7 29:2
44:2 49:7 58:7
79:5 96:22 98:6
114:14 116:2
119:19 121:13
121:16 127:18

135:16 138:6
141:23 146:1
148:19,19
149:11 154:5
157:23,24
158:23 170:19
180:1 190:24
192:8 219:20
225:6 236:25
240:6 242:21
244:22
**love**   75:11
**lunch**   140:2
147:24 148:25
149:2 150:10
**lunchtime**   109:7

## m

**m**   65:22
**machine**   94:22
**machines**   173:3
**madison**   4:7
**magistrate**
230:18 231:13
**mail**   98:11 141:8
147:9 221:24
**mails**   51:21
**main**   25:4 26:23
98:15
**majority**   25:23
26:1
**making**   42:11
48:3,7 78:17
96:16 100:6
107:1 165:24
166:25 170:23
209:23 212:8

**manner**   112:3
211:16
**mao**   3:13 5:4 7:8
9:10,11,13 10:14
10:15 13:13,14
14:14 16:15
17:23 19:14
20:9 21:4 22:4
22:14,20 27:18
28:9 29:6,20
31:17 32:1,9,11
32:13,17,18
33:17,21 34:6,14
37:1 38:2,18
40:8 41:5,6,10
42:17 43:1,17
44:6,11,12,15,16
44:19 45:12
46:1 47:3,10,13
48:5,19 49:13
52:1,5,6 53:20
54:13 55:3,4,22
57:15,16,24 60:5
61:12,19 63:24
64:4 65:5,9,21
66:8 67:1 68:1,7
68:9,24 69:6,22
69:24 73:9
74:10,11 75:12
75:23 76:6,14,16
76:18,25 77:20
78:22 79:13
80:7,15,18 81:7
82:13,15,18,21
83:3,12 85:9
86:6 87:10 88:6
88:20 89:6
91:13,14,19,24

Page 28

**[mao - mean]**

| | | | |
|---|---|---|---|
| 92:7 93:2 95:14 | 166:4,6 167:9,23 | 232:25 234:8 | **match** 15:12 |
| 95:20,22 97:12 | 168:15,24 169:1 | 235:6 236:13 | 187:17 220:17 |
| 97:13,18 99:3 | 169:5,7,21 170:8 | 237:1,4,12,16 | **matches** 15:10 |
| 100:9 101:4 | 171:1 172:13 | 238:7,22 239:1 | **matching** 183:1 |
| 102:3 103:5,22 | 173:17,21,24 | 239:19 242:12 | **materials** 23:18 |
| 106:2,11,20 | 174:5,15 175:1 | 242:16,21 243:2 | 24:11 188:22 |
| 109:6,10,18,25 | 175:13 176:10 | 243:18 244:9,14 | 189:1 |
| 110:7 111:11,19 | 176:13,20 178:4 | 244:17 246:4,8,9 | **matt** 104:20 |
| 112:6 113:7,19 | 178:9,13,14 | 246:13,23 247:3 | **matter** 8:17 27:4 |
| 114:20 115:4 | 179:7,13,16 | 249:1 | 43:22 50:10 |
| 116:15,18 117:1 | 180:1 181:4,13 | **mao's** 246:3 | 78:4 93:18 |
| 117:21 118:11 | 181:21 184:12 | **mapped** 213:3 | 105:16 127:21 |
| 118:21 119:1,10 | 184:16,22,24,25 | 213:14 216:4,8 | 133:24 182:11 |
| 120:8,11,12,17 | 185:9,10,18,20 | **mapping** 21:17 | 196:14 204:11 |
| 122:20 124:2 | 186:3,10,24 | 212:4,14 213:6 | 213:1 222:11 |
| 125:3,20 126:8 | 187:15,24 188:9 | 216:15,18 | 239:15 |
| 127:3,9,19 128:6 | 188:20,24 189:3 | **maps** 228:16 | **maximum** 13:25 |
| 128:15,20 130:1 | 189:13,21 190:3 | **mark** 3:13 7:8 | **maybechromei...** |
| 130:9,14,23,24 | 190:8,20 191:19 | 9:13 195:11 | 62:13,15 63:12 |
| 132:19 133:4 | 192:19,21 193:3 | 249:1 | 72:13 86:17 |
| 134:3 135:2,9,11 | 193:6,15,16,19 | **marked** 22:16,17 | 87:2 105:12 |
| 136:12,21 137:8 | 193:20 194:8,20 | 22:19 29:19 | 124:20 125:2,17 |
| 137:21 138:22 | 195:1,14 196:2,4 | 68:23 101:22 | 126:16 231:25 |
| 139:3,5,9,20 | 196:10,23 197:5 | 106:16 129:24 | 232:9 236:4 |
| 140:1,23 143:13 | 197:9,13,20 | 137:19 151:12 | **maybeincognito** |
| 143:23 144:17 | 198:17 199:2,4,7 | 156:3 158:21 | 62:20 105:18,23 |
| 145:17,21 146:6 | 199:14,21 200:1 | 222:22 | 105:25 |
| 146:11 147:17 | 201:1,21 202:7 | **markings** 12:20 | **maybeincognit...** |
| 147:19,22 148:2 | 202:14,15 203:1 | **marks** 124:18 | 81:3 |
| 148:5 150:5,13 | 205:19 207:22 | **martin** 6:13,24 | **mcgee** 3:7 9:21 |
| 151:15 152:9,19 | 210:4 211:2 | 107:4 112:15 | 247:2,5 |
| 153:14 154:7,20 | 216:7 217:3,24 | 121:18 | **mean** 20:15 23:9 |
| 156:6 157:4 | 218:6 219:11 | **master** 11:24 | 25:3 30:9 31:24 |
| 158:2,15 159:2 | 221:4 222:23 | 70:3 74:1 183:9 | 39:6 52:17 |
| 160:16 162:25 | 224:24 225:24 | 232:17,22 | 53:14 61:1,8 |
| 163:4,12 164:1 | 226:5 227:25 | **master's** 6:19 | 62:22 65:13,15 |
| 164:12 165:20 | 228:2,8 229:5,11 | 176:3 | 65:19 66:1 |
| 165:22,24 166:1 | 229:22 230:16 | | 67:20,21 69:22 |

Veritext Legal Solutions
866 299-5127

**[mean - mode]**

70:15 71:21,25
73:13,18,19 76:4
77:5 78:8,12
89:25 94:2,23
95:16 98:18
100:25 102:17
105:1 123:25
124:15 126:1
131:18 138:15
144:10 147:17
154:4,23,24
155:6 157:16
169:12 170:2
175:19 176:3
177:5 179:7
189:1 201:9
210:22 219:20
223:4 224:14
229:24 242:24
**meaning** 27:22
35:21 86:1 87:9
122:12 125:15
125:16 126:3
129:18 146:24
150:3 161:21
162:1 170:6
202:24 212:2
**means** 17:5 61:8
62:21 63:1
68:13 73:21
**meant** 64:19
208:3
**measured**
216:15
**measuring**
211:22
**meat** 155:9

**mechanism**
105:23
**media** 8:15
246:17
**meet** 194:18
**meeting** 14:8
18:8
**meetings** 13:18
**members** 231:21
232:1 237:8
**memory** 147:17
148:17 168:24
173:24 194:17
224:1
**mention** 170:3
226:2
**mentioned** 19:12
52:18 64:8
162:8
**mentioning**
149:24 180:23
**mentions** 30:19
132:8
**merely** 208:3
**merit** 94:13
121:10
**meritable** 95:4
**mess** 79:8 180:7
**message** 141:8
145:1
**messed** 76:5
**met** 17:10,12
**method** 39:8
222:6
**methodology**
93:14 97:14
198:18,19,21
243:7

**meticulously**
183:5
**middle** 44:21
91:16,17 136:6
**millions** 182:22
**mind** 15:19
22:21 43:4 44:4
56:4 84:1
101:13 104:3
110:10 120:4
122:12 123:18
126:12 131:13
133:14 150:14
158:19 177:2
191:17 221:20
236:16
**mine** 23:15
39:13 44:25
45:10 92:15
181:19 191:11
191:11 192:14
208:17
**minimum**
219:22
**minute** 63:25
229:14
**minutes** 18:9,9
32:3 39:12 47:5
64:9 82:23
140:3 151:20
171:21 176:24
179:22
**mischaracterize**
16:18 191:1
**mischaracterizes**
43:14 53:12
79:2 80:13 82:2
85:3 87:22

88:16 110:19
111:16 113:14
118:25 123:1
124:6,7 126:24
127:17 128:14
132:16 133:9
134:20 135:8
136:25 143:11
144:16 145:20
156:21 162:21
163:10 164:9,24
165:18 170:13
177:12 186:14
186:15 188:4
**miscommunic...**
146:18
**misconduct** 6:9
29:22 30:8,19,25
**misrepresented**
195:3
**missing** 116:25
224:21
**misspelling**
180:15
**mistake** 157:20
245:4,4,5
**misunderstand...**
217:23
**mm** 26:21 35:6
37:21 43:8 60:8
68:24 69:9,13
70:16 151:25
161:1,12 208:12
223:1
**mmao** 3:19
249:2
**mode** 39:9 43:9
125:13 127:24

[mode - northern]

142:25 145:5
152:2 153:2
154:9,18 155:13
155:17,18,20
203:10,20 204:5
204:6,14,21
205:4,18 206:12
206:13 207:7,25
208:16 218:19
218:20 235:22
**modes** 7:6
151:22 153:16
**modifying** 6:18
**moment** 39:15
45:14 46:11
64:2 66:20 80:1
80:5 101:10
109:19 205:1
214:21 220:11
**monday** 246:22
247:1,2,3,4
**monica** 12:7
**montgomery**
3:17
**month** 15:25
102:17 105:6
**months** 110:18
112:1,19 113:11
114:2 187:9
**morgan** 3:5,5
9:21,21
**morning** 8:4
10:16,18
**motion** 6:7 29:22
72:9
**motions** 77:16
**mountain** 21:12

**mouth** 116:21
**move** 36:22
67:23 76:20
152:14,15
161:10 166:1
178:16 192:5,21
**moving** 150:18
**muddy** 19:3
**multiple** 20:3
48:3 58:6 71:13
71:19 72:4
101:2 114:2
116:1,3 166:16
169:13 183:3,11
207:15 217:8
228:25 231:6
240:10,16,21
241:5,5,7,22
**mumbling**
241:13
**mute** 109:23
**muted** 109:22

**n**

**n** 7:9
**name** 8:23 15:18
40:5 71:7 85:8
86:2 103:18
111:5 166:14
172:6,8,10,11
173:11,18 174:2
177:19,21
180:15,16
184:25 187:25
235:11 248:18
**named** 106:18
130:7 198:3

**names** 26:11
81:14 85:13
86:14 90:19
103:10 116:10
159:20 172:1
234:19
**narrative** 86:18
**natural** 74:9
186:21
**nature** 136:1
**necessarily** 93:8
99:7,14
**necessary**
120:18 249:15
250:3
**necessity** 91:2
**need** 31:9 32:4
33:9 35:12
36:19,23 40:24
40:25 41:1
48:20 63:24
69:2 80:2 87:16
87:24 99:5
112:10 114:21
114:24 115:3,8
117:18 121:2,19
121:22,25
126:19 142:17
144:8 152:18
178:5,24 184:2
187:12 191:22
193:13 201:2
210:15 211:3,14
227:17,18
**needed** 28:8
175:4
**needs** 56:2,10

**nervous** 107:1
**network** 64:18
91:1 93:21
101:1
**never** 17:12
29:15 38:3,6
40:7 62:3 63:21
77:2 98:17
104:22,25
110:25 137:10
140:11 142:4
162:20,23
186:11 237:13
**nevertheless**
226:20
**new** 3:24,24 4:8
4:8 11:14 23:11
23:14,14 50:18
51:4,9 79:22
134:23 135:22
155:12,15
204:15 206:22
209:22 218:24
238:14,16,18
**nice** 176:15
**night** 118:13
**nine** 140:3
**noise** 109:20
**non** 59:19 128:1
133:17 134:1,10
204:22
**nontechnical**
197:22
**normal** 205:4
207:6
**north** 3:8
**northern** 1:2 2:2
8:19

Veritext Legal Solutions
866 299-5127

[notating - offering]

notating   249:16
  250:4
note   8:7 26:15
noted   190:2
notes   178:19
notice   2:12
noticing   9:9
november   68:25
nuances   46:21
  96:10 224:16
number   6:3
  39:24 52:5 57:1
  70:9,11 73:18
  74:7 75:10 96:1
  117:14 133:22
  148:18 191:11
  226:7,10,11
  227:22 229:23
  230:22 231:2,5
  237:5 243:24
  244:3,6,24
  245:18,22
  246:17 249:16
  250:4
numbered   231:1
  231:16 233:8
numbers   24:19
  25:16 56:17
  71:19 177:9
  178:1 182:14
  183:2 188:18
  244:4,4 245:10
  245:22
numerical
  244:24 245:3,4,4
numerous
  168:15,15

nuts   225:6
nyborg   3:15
  9:16

o

o   187:25
o0o   1:3,14,18 2:3
  5:2,7,15 6:2
  7:13 8:3 10:7
  247:7 248:1
oakland   1:3 2:3
oath   181:22
  248:11
object   188:14
objecting   116:22
  185:16
objection   14:12
  14:18 16:14
  17:19 19:8,25
  21:3,19 22:11
  28:15 37:25
  40:1 41:3 42:3
  42:22 43:13
  45:19 46:18
  47:9,15 48:17
  49:1 51:17 52:4
  53:12 55:1
  57:18 65:2,7,20
  66:7,22 67:16
  68:5 72:21 74:6
  75:9 76:2 79:2
  79:19 80:13
  82:2 85:3,19
  86:11 87:21
  88:16 89:4 92:6
  93:1,15 95:19
  97:10 98:1 99:1
  99:1,10,11 105:9

106:6 108:17
110:19 111:16
112:23 113:14
114:8 115:1
116:14 117:5
118:8,24 119:14
120:10 122:8,25
124:6 125:8,23
126:24 127:16
128:13 129:6
132:16 133:1,9
134:19 135:7
136:25 137:20
138:18 143:10
144:15 145:19
147:16 153:10
154:2,12 156:20
157:9 158:6
160:11 162:21
163:9 164:9,24
165:17 166:12
167:16 168:14
169:10,25
170:12 172:7
173:14,20,23
174:8,18 175:11
176:4 177:12
178:11,11 179:2
181:11 184:17
185:25 186:7,14
187:15 188:4,23
189:9 190:11
191:6 193:7
195:9,25 196:7,8
197:8,12 202:20
205:14 206:15
207:11 209:17
210:23 216:6,10

217:16 219:9
221:3 222:8
225:23,25
227:23 235:6
239:1 242:12
objections   9:5
  38:19,19,21
  66:20 116:19
  184:16 189:24
  194:12 248:13
observation
  154:14
observations   7:5
  151:1
observing
  105:15
obstruct   168:19
  198:23
obviously   16:20
  21:23 26:5,8
  102:15 103:15
  116:5,6 139:24
  194:6 222:12
  238:12
occur   214:18
occurred   186:11
offense   198:4
offer   16:20
  47:19 94:2,3
  168:6 169:18
  170:6,15 201:24
  201:25 207:15
offered   5:13
  53:3 196:25
  234:1
offering   46:5
  49:6 93:18,23
  95:7 124:20

[offering - opinions]

|  |  |  |  |
|---|---|---|---|
| 155:5 171:10 | 98:4 101:10,12 | 241:12,17 | 80:12 86:22 |
| 198:14 232:5 | 101:20 102:1,10 | 242:13,21 | 87:1,14,15,16,25 |
| **office** 249:12 | 107:21,21 108:2 | 244:17 245:7 | 88:8,9,10,11,12 |
| **offices** 15:13 | 109:6,8 112:9,12 | 247:4 | 88:19,22,23 89:3 |
| **official** 94:25 | 112:18 116:11 | **old** 136:17 | 89:9 92:15 |
| 98:14 177:20 | 122:21 127:10 | **once** 51:11 84:5 | 93:19,23,25 |
| **offline** 196:22 | 127:10 130:2,11 | 170:4 222:6 | 94:24,24 95:16 |
| **oh** 24:1 30:10 | 130:17,17 | 230:24 233:6 | 96:17 97:23 |
| 33:7 73:17 | 131:18 133:2 | 235:15 | 98:10,21 99:22 |
| 102:13 106:21 | 134:15 135:22 | **ones** 17:21 24:18 | 100:2 105:18 |
| 107:2 116:24 | 135:23 136:12 | 25:16 64:14 | 110:22 112:1 |
| 130:9 135:23 | 136:14,18 | 163:6,6 164:13 | 121:19,25 |
| 152:9 163:5 | 137:13 138:5 | 180:2 184:9 | 123:13 124:21 |
| **okay** 11:19 | 139:15,18 141:4 | **ongoing** 194:12 | 124:21 125:10 |
| 12:13,20,23 13:5 | 143:14 146:15 | **onward** 24:4 | 126:21 127:10 |
| 13:13 15:20 | 150:18 152:20 | **open** 21:21 | 129:19 132:3 |
| 22:6,15 27:3 | 154:8 155:25 | 23:21 29:23 | 134:7 150:18,22 |
| 29:11 31:3 | 156:7 158:3,16 | 84:15 101:24 | 156:7 170:24 |
| 32:25 33:12 | 158:25 159:11 | 170:5 229:24 | 174:17 191:11 |
| 34:25 35:1,10,14 | 160:20,24 162:6 | **opened** 69:2 | 191:11,18 192:6 |
| 35:18 37:6,9,15 | 162:16,18 163:5 | 130:12 230:20 | 192:8,12,14 |
| 39:19,21 40:12 | 164:2 165:15 | **opens** 205:4 | 196:21 203:11 |
| 40:14,17 41:7 | 175:22 178:6,6 | **operated** 90:25 | 211:19,23,23 |
| 43:5 45:15 46:5 | 178:17 181:16 | **operates** 57:6 | 224:18 231:24 |
| 46:10,12,13 48:4 | 183:6,7 185:19 | 63:11 94:19 | 232:2,4,8,13 |
| 48:11 49:16 | 193:6,7 195:18 | 96:9 | 234:2 236:3,4,21 |
| 52:9 57:10 59:6 | 195:21 200:2 | **opine** 203:5,7 | 237:5,14 241:23 |
| 59:8,17 60:2,9 | 202:14 204:1,3,7 | **opined** 170:9 | **opinions** 16:20 |
| 60:10 61:22 | 204:10 205:1,2,5 | **opining** 170:15 | 16:22 23:5,8,13 |
| 62:5,11 63:15 | 205:7,7,10 | 170:19 | 23:15 43:3,15,24 |
| 64:25 68:15,18 | 206:11,13 207:3 | **opinion** 39:10,11 | 44:8,14,23,25 |
| 69:3,7,11,17,25 | 207:5,6,7 209:4 | 39:13 43:12,16 | 45:9,14 46:24 |
| 70:13,14,17,20 | 210:6,14 211:7 | 44:1,5 45:2,2,5,6 | 49:6,12,25 89:8 |
| 71:24 75:2,5,25 | 211:21 212:10 | 45:6,22,23,24 | 94:13 95:13,23 |
| 76:13 80:20,25 | 212:12 213:24 | 46:2,6,14,16,25 | 96:1 97:14 |
| 81:24 83:25 | 216:4,12 223:23 | 47:7,17 48:9 | 98:25 110:24 |
| 84:11,20 92:2 | 225:17,20 226:8 | 49:17 61:6 | 120:20,24,25 |
| 93:10 94:20 | 226:25 231:6 | 62:12 74:4 | 121:4,11 170:16 |

Page 33

[opinions - part]

190:6 191:2,9
194:18 195:7
196:24 198:16
232:17,22 234:1
236:10,14,23
237:2,10 243:11
243:13,20
**opportunity**
244:5
**opposed**   27:1,15
**opposite**   99:24
**oral**   184:20
**order**   6:6,15,17
6:25 29:21,23
33:19 35:7
37:18 39:22,24
40:18,20 41:13
48:10,16 58:2,14
58:24 59:1,10
68:7,15 69:8,9
69:12 70:2,18
74:14 79:16
87:18 88:8
102:7 105:2
106:18 107:5
113:16 114:21
114:24 115:3
119:17 121:3
125:6 144:5
178:24 184:8
185:13,22
188:18 190:14
212:1 222:25
230:18
**ordered**   104:7
104:15 111:4
119:23,25

**orders**   6:20
**organizing**
27:17
**original**   105:13
220:9 249:11,22
**originally**
208:15
**originate**   223:8
**orphan**   89:24
**outcome**   9:4
**output**   224:9,10
**outreach**   15:21
**outside**   121:6
**overcomplicate**
155:6
**overdoing**
152:13
**oversaw**   55:11
56:1 177:17
**overseeing**   173:1
**oversight**   49:19
49:24

**p**

**p**   60:20,23 72:3
105:22 222:6
**p.m.**   109:14,17
110:3,6 150:9,12
197:18 199:17
199:20 229:16
229:19 246:17
247:6
**pacific**   11:23
12:5
**pacifica**   12:4
**page**   5:3,11 6:3
23:25 26:20
31:10,11 32:15

33:6,19 34:11,17
34:17,21,22
35:23 36:16,22
37:3 59:1,9,9,11
59:11,13 61:21
61:22 69:7
70:10,14 84:4,12
84:17,18,23
131:8 152:24
156:4 159:18,18
162:9,14,14
163:7 164:4
165:6 230:4,22
231:5,8,9,9,11
231:16 233:6,7,8
233:8 235:14,17
245:7,9,21
249:16 250:4
**pages**   1:25 33:8
33:12 34:5,10
36:2,11,13 48:3
69:16 130:22
139:8 159:8
249:15,18,18
250:3,6,6
**paginated**
230:24
**paginating**
34:17,18
**pagination**
84:13
**painting**   100:4
**pale**   187:18
**palisades**   11:23
12:5
**paper**   50:6 94:17
95:3,4 150:20

**papers**   95:1
220:1
**paradigms**   11:14
**paragraph**   30:15
42:12 59:10,14
103:24 104:4,7
104:16 107:16
107:22,24 108:6
110:12,21
111:21 112:8,24
113:3 118:2
119:3 122:22
123:15 124:3,17
153:5,19 156:8
156:11,14
160:23 161:6
165:5 181:2
182:2,5,8,14,18
182:24 183:3,6
183:16 211:24
212:1,16 213:10
216:14 219:14
219:16,24
227:12 233:5,9
240:14,22 241:2
243:15 245:7
**paragraphs**
54:11,12,14
103:4 182:13
183:4 189:5
239:21 240:19
**parallel**   56:5,12
**paraphrase**
74:17
**pardon**   245:13
**part**   6:17,18
31:4 34:12
41:14 49:17

**[part - plaintiffs]**

58:3 60:11
63:17 64:21,24
65:1 68:7 74:4
98:21 102:23
137:12 139:4
146:17 158:18
170:16 178:22
179:14 181:9
184:15,25
188:12 194:7
200:12,15 210:2
210:10 211:18
231:4
**participants**
8:10
**particular** 25:17
27:24 34:2
39:11 47:24,25
47:25 49:4 61:4
61:7 78:5 87:12
96:7 111:4
115:16 134:25
141:15 144:6,25
145:2,14 146:17
153:11 155:17
159:16 162:8
166:14,24
167:18 170:18
173:3 202:6
203:9 234:7
237:20
**particularly**
183:13
**parties** 8:13
92:14 179:4
187:16 188:7,24
190:2 192:25
193:25 196:1,9

197:4
**parts** 34:8 77:7
81:16,20 85:24
89:8 136:19
139:6 144:8
177:10,10,14
178:1,6,20,25
181:5,7,14,17
204:13
**party** 9:2 90:11
134:8 157:6
203:14,21,24,25
204:9,10 205:9
205:25,25
206:12,21 224:2
**pass** 229:11
**passage** 139:22
**passwords** 21:10
**pasted** 128:1,1
**patched** 114:14
**path** 100:19
**patience** 238:1
**pause** 10:20
109:19 110:4
185:15
**pdf** 34:18,21,22
59:9,11,12,13
61:21,22,23,24
70:10,13,14
84:13,13,17
152:25 230:20
231:5,8 249:13
250:1
**penalty** 249:17
250:5
**pending** 41:5
80:18 234:23
235:10

**people** 17:13
26:10 53:1 57:7
92:8,9,10 95:13
115:12 132:9
141:24 172:5
174:3 182:22
187:4,12 244:23
245:2
**percent** 25:1
82:8 112:2
129:20
**perfect** 12:16
29:10 84:10
138:5 182:17
**performance**
198:5
**period** 184:5
249:19 250:7
**periods** 140:9
**perjury** 249:18
250:6
**permanent**
173:4
**permit** 194:9
**person** 11:12,13
111:5 117:25
157:16 172:6,8
173:9,16,16,19
177:21 180:14
184:5 188:2,16
188:21 221:18
221:19 223:25
248:7
**personally** 2:17
96:24
**ph.d.** 1:16 2:20
6:5 8:17 56:8
57:1,1 248:10

249:5
**phrase** 89:9
145:23 161:25
**physical** 13:1
23:22 24:1 94:8
**physically** 11:20
**pick** 42:1
**picture** 100:3
211:1,3
**pictures** 160:1
**piece** 99:21
123:11 133:12
158:13 219:1
**pieces** 99:19
133:12 236:21
**pii** 206:20 207:2
220:4
**piis** 221:10
**place** 8:13 23:18
138:9 140:15
141:5,7,20,20
142:10 143:2,4
145:12 172:25
182:10 212:20
212:21 216:21
216:23 239:19
248:9
**placed** 49:23
**places** 54:10
113:25 116:3
133:20 166:16
170:20
**plaintiff** 42:10
42:10 241:5,6
**plaintiffs** 1:8 2:8
3:3 4:3 6:7 8:17
9:12,14,18 10:4
10:9 22:18

Veritext Legal Solutions
866 299-5127

**[plaintiffs - precise]**

| | | | |
|---|---|---|---|
| 29:18,21 35:8 | 109:24 110:11 | **pointed** 72:8 | 209:7,9,9 212:25 |
| 40:22 41:21 | 115:2 127:4 | **pointing** 40:13 | 213:5,14,17,18 |
| 68:22 98:22 | 130:23 131:11 | 113:24 160:1 | 213:23,24 214:1 |
| 101:21 104:8 | 135:13 136:12 | 165:4 242:2 | 214:7,8,20,22,24 |
| 106:15 112:25 | 137:25 139:10 | **points** 75:18 | 214:24 215:3,5,6 |
| 129:23 137:18 | 142:11 146:6,7,9 | 238:21 | 215:7 216:4,8,8 |
| 151:11 156:2 | 156:13 159:12 | **policies** 142:3,6 | 216:16,19,24 |
| 158:20 182:25 | 163:13 166:7,8 | 157:17 158:12 | 217:11,14,20 |
| 183:3,15,17,19 | 168:23 189:19 | 166:24 | 218:1,11,14,18 |
| 198:15 200:19 | 192:19 199:15 | **policy** 52:24 | 218:25 219:4 |
| 201:15 202:2 | 212:12 219:12 | **polite** 176:15 | 220:3,4,6,6,10 |
| 240:5,11,12,16 | 230:2,19,22 | 177:19 | 220:12,13,14,16 |
| 240:21,25 241:6 | 232:19 233:3,5 | **politely** 146:8 | 220:19,24 221:7 |
| 241:7,21,22 | 234:10 235:13 | **poor** 10:25 | 221:13,14,20,25 |
| 242:6 | 241:16 242:16 | **pop** 120:3 | 222:15,20 223:9 |
| **planning** 197:18 | 246:24 | **pops** 168:21 | 224:2,4 225:2,3 |
| **platform** 235:24 | **plenty** 140:3 | **popular** 182:21 | 225:13,18 |
| 236:6,8 | **plus** 26:19 | **populate** 87:7 | 226:19 227:4,16 |
| **plead** 187:21 | 149:11 | **positive** 226:19 | 228:11,16,16,19 |
| 196:23 | **point** 12:24 | 232:6,11 | 228:19 237:17 |
| **please** 8:7 9:6 | 15:16 25:4 | **possibility** 77:8 | 237:20 238:3,10 |
| 10:6 11:3 14:16 | 29:17 31:12,19 | 141:9 | 238:13,17 |
| 17:20 22:24 | 39:5 42:12 54:9 | **possible** 28:21 | **ppids** 203:15,25 |
| 24:8 27:18 29:3 | 59:1 63:2,6 | 52:11 62:24 | 204:10 215:8,9 |
| 29:14 30:13 | 71:14 73:16 | 124:25 226:3 | 215:17,25 217:5 |
| 31:17,18 33:10 | 74:10 75:15 | 227:19 | 217:6 218:17 |
| 41:2,8,18,18 | 76:23 89:16 | **post** 178:19 | 219:17 220:23 |
| 43:17,19 44:15 | 102:12 127:20 | **potential** 98:16 | 222:5,13 223:8 |
| 44:17,19 45:10 | 129:15,21 140:1 | 144:23 | 223:12 229:1 |
| 48:23 55:19 | 146:8 147:25 | **potentially** | **practical** 26:3 |
| 57:11,19 59:16 | 155:10 170:24 | 167:13 214:4 | 216:16 |
| 61:11 62:9 64:2 | 176:6 180:8,22 | 222:21 | **practice** 32:13 |
| 65:3 66:24 | 185:7 187:19 | **pp** 221:10 | **precise** 16:24 |
| 67:22 70:7 | 190:1 197:1,17 | **ppid** 90:18 | 17:25 20:11,22 |
| 74:12,15 76:15 | 201:9 204:25 | 203:22 204:15 | 20:23 21:14,15 |
| 78:16 80:21 | 210:10,12,25 | 206:14,16,17,18 | 23:9 24:8,10 |
| 91:13 93:13 | 220:22 228:19 | 206:18,23,24 | 26:24 29:11 |
| 107:8,10,25 | 237:12 239:19 | 207:1,7 208:10 | 31:22 36:7 37:8 |

Page 36

[precise - proper]

| | | | |
|---|---|---|---|
| 38:15 53:6 | **preservation** | 215:4,4,24,25 | 183:8,9 |
| 62:23 80:4 | 222:25 | 218:19,19,22 | **professor** 10:16 |
| 112:2 123:4 | **preserve** 201:16 | **privileged** 51:22 | 17:1 23:23 |
| 170:7 179:25 | **preserved** | 176:7 | 27:13 32:20 |
| 180:1,7,12 | 200:10,21 202:2 | **probably** 20:21 | 37:20 42:1 43:4 |
| 182:14,15 | **presume** 32:20 | 106:21 115:16 | 43:18 52:7 55:5 |
| 183:20 190:14 | 158:17 | 130:11 195:13 | 56:7 57:25 |
| 203:18,23 | **pretty** 56:18 | **problem** 84:3 | 72:18 74:12 |
| 207:13 211:17 | 76:23 115:16 | 99:4 101:16 | 83:13 86:7 89:8 |
| 225:5 230:1 | 128:1 138:15 | 156:25 171:9 | 91:25 95:15 |
| 243:4,16 | 144:4 160:9 | 226:14 | 99:4 101:6 |
| **precisely** 28:21 | 200:23 | **procedure** | 109:18 110:8 |
| 85:21 157:15 | **previous** 108:24 | 187:11 249:20 | 114:6 115:8 |
| 236:20 | 209:19 | 249:21 | 117:2,22 118:12 |
| **precision** 37:16 | **previously** 128:8 | **proceed** 198:7 | 129:5 130:14 |
| 40:16 78:4 | 205:11 | **proceeding** 9:5 | 131:25 135:12 |
| **prefer** 11:12 | **priddy** 3:22 9:23 | **proceedings** | 142:12,14 150:5 |
| 157:11 | **prior** 14:23 17:5 | 83:9 109:15 | 150:14 160:4 |
| **preferably** | 17:8,17 53:13 | 110:4 199:18 | 168:11 178:15 |
| 122:13 | 79:3 80:14 82:3 | 229:17 | 179:9 183:24 |
| **preparation** | 82:6 85:4 87:22 | **process** 15:7 | 185:21 187:2 |
| 179:5 244:1 | 111:17 124:7 | 23:13 53:7,10,15 | 189:19 191:22 |
| **prepare** 13:15 | 126:25 128:14 | 53:19 56:19,21 | 192:18 193:9 |
| 13:23 | 132:17 149:6 | 178:20 183:9 | 196:5 199:22 |
| **prepared** 201:19 | 170:13 186:15 | 224:12 | 202:16 221:12 |
| **preparing** 14:3,5 | 186:25 188:5 | **processes** 191:13 | 229:6 246:10 |
| 149:3 | 206:10 207:8 | **processing** 53:16 | **profile** 155:22 |
| **presence** 18:11 | **private** 7:5 90:5 | 53:17 | 180:20 182:8 |
| 18:13 21:11 | 90:8 127:24 | **produce** 35:8 | **profiles** 191:12 |
| 126:18 | 150:24 151:22 | 36:17 97:16 | **program** 181:18 |
| **present** 4:22 9:7 | 152:2 153:1,16 | 177:4 188:18 | **promise** 181:25 |
| 163:19 230:9 | 154:9,18 155:12 | **produced** 23:24 | **promised** 147:24 |
| **presentations** | 155:17,18,20 | 24:18 25:15 | **prompt** 112:10 |
| 95:11 | 191:12 203:9,20 | 26:7 38:16 66:5 | 112:11 |
| **presenting** 77:16 | 204:4,6,14,21 | 66:10,13,16 | **proof** 141:5 |
| 96:8 | 206:4,12 207:13 | 72:10 81:12,17 | **proper** 14:18 |
| **presents** 226:22 | 207:25 208:9 | 81:21 96:5 | 55:15 198:8 |
| | 213:4 214:9 | 108:3 177:25 | |

[properly - question]

**properly** 114:11 180:18
**property** 183:13 219:18 226:6,7
**proposal** 50:8 134:21
**proposed** 234:15 235:4,10
**provide** 70:2 73:25 81:5 95:2 104:8 112:25 126:5 138:21 148:21 217:12 226:4 238:3
**provided** 24:17 25:6 26:6 28:13 68:2 77:3 149:10 198:10 232:16,21 240:5 240:25 249:20 250:8
**provider** 206:22 224:2
**provides** 227:10 235:20 237:21
**providing** 176:15 188:21 189:1 222:14
**proving** 93:5
**pseudonymous** 90:1,10
**psounis** 1:16 2:20 6:5 8:16 10:8 31:13 32:20 63:13 66:19 131:25 135:12 185:5 190:5 194:15

195:3 196:25 197:17 198:1,12 199:1,8 201:10 202:5,16 229:6 229:22 230:16 232:8 234:8 235:13 236:3,10 237:16 238:21 239:5,13 242:10 243:10,22 246:10,16 248:10 249:5
**public** 24:23,23 25:22,23 26:3 129:18 149:12
**publish** 94:17 95:1
**publisher** 206:17 215:4 220:3,13 220:15,20,23 221:7,25 225:12 225:14,18 226:20 227:2,6 227:10 228:10 228:13,18 229:3 238:12
**publishers** 155:23 220:7 222:17 226:4,14 227:19,19 228:1 228:20,23 238:10
**pull** 150:23 194:2 225:21 230:19 233:3 234:10 238:3
**pulled** 198:9,22 234:11

**pulling** 22:21 101:13 150:14
**pulls** 185:5 194:4,5 237:20
**purpose** 62:22 141:21 144:24 146:24 157:25
**purposes** 18:3,7 26:3 134:17 208:2 216:16
**pursuant** 2:12
**put** 23:1 28:20 44:2,3 49:22 146:3 155:9 178:19 181:19 200:1,9 201:24 248:11
**putting** 49:9 50:12,12 139:23 159:1 198:5

**q**

**qualifications** 173:12 174:6,12 174:16,22 175:3 175:9,16 176:8 193:19
**quality** 8:8,9
**queries** 195:4
**query** 193:22
**question** 11:9 24:9 29:25 31:10 37:20 40:6,9,9,14,15 40:23 41:5,8,12 41:19 43:18 45:9,11 48:12 53:9 55:7,20,20

57:21 58:4 60:2 60:3 64:5 66:11 67:3 68:14 70:21 74:12,25 75:2 80:19,22 85:1 88:18 89:7 89:7 95:21 101:17 107:8,14 108:24 109:1 112:18 113:12 114:11 121:5 127:1 128:3 129:3 130:25 131:20 132:23 133:3,5 134:14 135:3,13 136:20 136:23 141:2 143:21 144:17 149:6 154:3 156:17 159:5,12 159:13 160:3,8,9 160:17,24 161:9 162:17 166:7,8 166:20 167:7,8 169:2 170:17 171:19 176:12 176:14,17,19 185:10,15 190:17 192:11 192:20 193:5 204:12 208:3 209:14,14,15,22 210:16,22 211:10 213:22 213:23 216:2,3 216:20 217:20 217:22,23 218:4 218:9,21 219:2,6

Veritext Legal Solutions
866 299-5127

[question - recall]

219:22 223:8,13
223:14,15
224:10 232:19
237:23 240:24
**questioning**
185:17 187:22
192:10 200:20
202:4
**questions** 5:9
10:17 11:2
35:17 36:6
43:18,20 44:10
44:21 50:16
57:19 60:17
64:3 77:1 83:4
91:18,23 118:14
136:5 138:20
146:10 171:25
196:3,21 197:16
198:14 200:4,6
200:14 201:3,4,7
201:10,15 202:9
218:5 229:23
230:17 233:1
234:9 237:17
243:4 246:1,2,4
**queues** 10:24
11:11 116:25
**quick** 159:5
**quicker** 199:12
**quickly** 36:1
103:2
**quiet** 184:12
**quinn** 4:14 9:25
10:2 12:18 13:8
19:7,12 195:16
**quinnemanuel....**
4:20

**quintessential**
147:12
**quite** 64:2 99:24
174:24 184:13
245:2
**quotation**
124:18
**quote** 233:11
**quotes** 16:22

**r**

**r&s** 250:1,9
**raise** 200:21
201:6,17 202:3
**raised** 63:13
**raising** 237:4
**ran** 21:7 54:16
55:25 57:13,17
62:2 180:25
**reach** 129:19
186:21 191:2
**reached** 14:19
16:1 120:20
131:8 188:7,24
190:2 191:9,18
192:25 193:25
196:1,9
**reaching** 192:12
192:14
**read** 26:11 30:16
30:16 31:8,18
32:3,5,19,21
33:2,4,7,9,18
34:10 35:12
36:1 43:19,23
47:22 50:7
80:21 103:3
104:5 107:23,24

108:1 120:15
126:11,12 127:5
131:4 135:24
136:7,18 138:7
138:16 139:15
139:24 140:5
147:8 156:1,4,11
156:12,15
163:14,15
169:15 171:3,5
189:5 230:11
232:3 233:23
237:3 242:16,18
242:19 246:5
**readily** 45:3,17
45:23 46:3,7,8
46:14 47:8,17
48:1,13 88:13,24
89:1 127:11
**reading** 30:4
32:10 33:8
59:21,24 69:9,10
103:12 110:21
113:23,24 119:3
131:9 162:5
249:24 250:9
**reads** 43:21
80:23 127:6
**ready** 228:9
**real** 159:4
223:20
**realize** 88:7
171:2
**really** 36:1,23
50:3 52:11 54:2
87:5 115:13
117:17 124:14
141:25 168:12

213:1 221:2,5
244:20
**reason** 26:23
29:8 31:3 54:5
55:10,12,18 64:7
64:12 72:16
79:15 89:19
98:8 122:3
131:14 142:1
173:5,11 180:9
191:14 196:20
221:7
**reasonably**
43:10 114:18
**reasons** 31:5
42:11
**rebut** 191:25
198:15 243:10
243:12,12,15
**rebuttal** 22:22
23:19 24:12
46:5,23 93:19
129:11 243:20
**rebuttals** 16:21
**rebutted** 243:17
**rebutting** 133:21
194:17
**recall** 42:7 51:20
53:19 81:1,11,11
81:16,19 112:13
112:17 122:10
129:10 148:22
149:20 171:4
175:23 189:7
190:13 192:2
229:22,25
230:16 232:25
234:8 236:15

Veritext Legal Solutions
866 299-5127

**[recall - remember]**

237:16,19,21
238:2,6,14,21,24
239:5,16
**recalling** 193:10
**receive** 51:16
129:13
**received** 37:17
80:5,10 82:1
129:12,16
173:10 219:17
**receives** 220:6
**receiving** 51:13
**recognize** 166:14
**recollection**
14:21 15:24
17:12 18:23
20:24 28:14
38:7 51:6,11,13
53:6 105:10
176:2 195:15
**reconcile** 38:5
**record** 8:5,14
9:9 11:17 32:3
51:15,20 55:3
83:7,10 109:9,12
109:13,16,25
110:2,5,9 121:13
150:8,11 158:23
165:24 194:13
195:10 197:10
198:11 199:15
199:16,19 200:2
229:14,15,18
242:17 244:7
246:6,14,17
248:16
**recorded** 8:11
8:16 248:14

**recording** 8:8,12
**records** 240:6,6
**redacted** 233:15
**redirect** 239:2
246:3
**ref** 248:25
**refer** 53:23
133:20,22 137:2
139:3 169:16
172:16 174:1
184:13 186:13
208:11
**reference** 124:16
**referenced** 58:23
85:16 104:19
249:7
**referred** 6:20
59:21 159:14
236:7
**referring** 12:25
23:24 24:1
42:13 43:16,24
44:24 53:2,22
54:6 64:16 71:5
104:6 119:8
122:23 123:2
135:1,14,22
139:5 142:15,23
144:21,22
145:24 146:2
147:2 148:12
149:15 150:1,25
151:3,10 152:17
153:12 159:16
161:6,17,24
168:7,16 169:13
169:14 172:9
177:7 182:2,5,9

183:10 187:16
193:20 194:7
200:11 202:23
203:19 204:3
208:14
**refers** 15:9 59:17
139:1,1 169:6
181:2
**reflect** 194:13
**reflected** 76:1
**refresh** 69:3
106:19,19 130:6
**refreshed** 106:23
**refuses** 194:14
**regard** 188:8
202:16
**regarding** 14:19
50:16 132:4
159:5 199:23
200:4,7
**regardless** 60:23
87:25 89:20
126:4 218:18
**regular** 205:17
208:15,16
218:23 223:19
**reidentify**
127:14
**relate** 34:8 194:2
**related** 9:2 25:20
31:4 90:10
107:12 109:3
114:1 122:13
129:9 132:6
140:19 142:18
183:22 232:12
234:2 236:5,7,21
237:11 240:2

**relates** 54:8,9
**relation** 168:3
202:13
**relationship**
14:24 17:6,9
210:6 211:9
244:22
**relationships**
17:17
**relatively** 136:10
**released** 249:22
**relevant** 35:3,9
35:16 38:25
41:24 108:15,21
115:16 128:9,12
128:19 129:2
132:14,24
145:11 219:20
220:21 241:23
**reliability**
231:19
**reliable** 39:7,8
231:25
**reliably** 45:7
**relied** 23:18
24:12
**rely** 232:13,16
232:21
**relying** 155:23
**remedy** 243:23
**remember** 17:11
18:10 20:2
23:10 27:8,13
28:4,16 30:14
39:17 40:4,4
50:20,23,24,25
51:12 52:14,18
54:2,4 58:6,8,10

Page 40

**[remember - researcher]**

58:17,19 60:13
62:7 64:9 80:24
85:6,6,7,13,21
85:23,24 86:1,2
86:3,13 102:15
102:19 103:10
103:18 111:5
137:5 147:7,9
148:7 156:11
172:11,18
173:18 174:7
176:1 178:19
183:22 187:7,8,8
225:16 236:12
237:4,14 239:15
**remembered**
2:12
**remembering**
27:4
**reminded**   83:17
**remotely**   8:21
9:7 17:14
**remove**   201:23
**removed**   77:7
**repeat**   24:9 40:6
55:19 60:3
64:10 65:4
66:24 114:23
122:16 126:11
127:1 133:2,15
161:9 166:8
167:7 177:1,2
218:3 223:23
232:19 237:23
**repeatedly**   57:21
146:8 176:18
192:23

**repeating**   126:12
**rephrase**   14:16
41:8 45:14
112:7 115:2
154:3
**report**   6:4,19
12:17 13:1,20
16:23 18:4,7
21:21,24 22:22
23:2,4,7,10,17
23:19 24:12
28:5,18 30:14,17
30:20 37:10,13
37:24 38:12
39:4,8,21 41:2
41:15 42:6,11
43:4,25 44:3,8
45:1 46:6,19,20
46:23,24,25 49:4
51:11 52:3,13
53:3,18,24 54:11
54:17 58:3,7,9
58:13,15 60:12
60:15,17 61:14
62:1,14,18,21
75:8 78:24 79:6
79:11,16,17,20
80:3,9 81:25
82:1,7,11 85:15
85:17 86:9,10
87:13 92:20
93:25 96:23
102:16,24
103:16 110:25
117:15 121:7,11
123:12,14,14
124:21 125:14
125:15 126:17

126:17 128:21
129:10,11
130:20 133:13
133:19,22 137:3
137:7 148:11,15
149:23,25
150:16 151:5
152:12 153:5,18
157:24 158:9
160:7,12,15,22
161:7,8 163:25
164:19 166:16
169:13 170:3,10
170:16,16 171:3
172:10,17,20,24
177:1,8,8,11,15
177:25 178:1,6
178:22 179:23
180:19,23 181:2
181:14,17 184:9
186:13 187:5,6,8
187:13 188:19
190:5 191:8
192:3,4 194:16
198:15 207:19
210:2,9,11,15,15
211:1,13 216:13
219:13 225:9
226:3 232:13,18
232:23 234:1,3
236:5,11 237:2
242:15 243:13
243:16,20,23
244:1 246:6
**reporter**   2:16
8:25 10:6 36:18
43:19,21 76:22
80:23 109:21

127:4,6 143:17
241:12 245:13
246:20,25 247:4
248:6,22
**reporter's**   248:1
**reporting**   177:1
179:10 183:1
**reports**   16:21,23
24:19 26:5
181:7 187:1,1
**representation**
104:8 112:16,25
194:23,24
**represented**
195:15,16
**representing**
11:15
**request**   25:12
28:12,17 38:20
39:21 51:16
80:2 105:7,20,20
**requested**   25:11
25:14 29:1 75:4
75:4,5,5,16 78:6
199:6 250:1,9,10
**requesting**   51:12
82:20
**require**   112:3
**required**   35:8
36:17 37:16
112:2 180:11
189:19 222:24
**requiring**   22:1
**research**   72:25
**researched**
24:22
**researcher**   94:7

Veritext Legal Solutions
866 299-5127

**[reserve - run]**

**reserve** 79:23
201:2 246:2
**reserving** 201:5
202:7
**resources** 52:21
**respect** 25:22
39:7 42:7 54:7
60:25 61:6
62:21 63:11
77:4 92:16,18
97:19 240:9
**respective** 70:6
**respond** 44:20
76:17 192:20
196:3
**responded** 241:5
**responding**
44:20
**response** 6:14,25
91:16 102:6
107:4 112:11
160:8,17
**responses** 91:20
176:16
**rest** 17:18 237:3
**restate** 95:20
128:3
**result** 163:17
223:11 225:2
**results** 53:18
56:11 181:17
182:9 188:18
**retained** 186:20
246:18
**retrieve** 218:14
**return** 187:22
249:18 250:6

**reveal** 176:7
**revenue** 155:16
**review** 13:19
26:12 82:24
188:22 249:9,11
249:14 250:2
**reviewed** 61:3
81:1 115:23
129:21 214:17
215:22 243:25
**reviewers** 95:3
**reviewing** 25:17
32:15 76:7
83:17 95:3
125:11 126:18
**revise** 243:19
**revisit** 23:12
79:23
**right** 11:24 14:6
21:16 28:10
30:12,23 31:19
32:20 33:6 34:3
39:14,14,15
41:17 42:19
43:2 47:4,5 52:2
52:24 53:11,23
57:14 58:8,16,21
59:13 63:18
64:6 67:12
70:20 72:3,17
73:10,17,24
74:18 76:21
77:17,19,21 78:1
78:15,23 79:23
80:8,9 81:9,13
88:21,23 90:8
91:12,12,12 92:2
92:8,9,21,21

93:12 96:11,14
99:8,20 101:8,9
102:10,20
103:11 106:25
109:4,10 114:3
115:6 117:20
118:4,15 120:5
125:4 128:16,23
128:24 134:13
136:3 149:13
150:4,25 152:14
153:21,23
161:13 164:3,5,5
167:11,19 168:5
169:22 173:16
174:7,21 177:19
177:21 178:24
181:1 188:11
198:5 200:5,13
201:2,6,12,13
202:7 205:22
206:3,9 207:25
208:10 210:21
212:7 213:23
214:6 217:12,13
218:10 219:3
220:8 221:21
223:2,7,21
224:16 225:3
226:15,17,23
227:14 242:4
244:17 246:2
**rights** 31:15
69:21 202:12
**ring** 102:8
**rings** 30:5
**rmr** 1:22 248:22

**role** 200:15
**roles** 16:17
**room** 12:10
144:12
**root** 65:24,25
**rotate** 220:23
**rotating** 222:18
**rough** 246:21,23
246:23
**route** 49:23
**row** 26:18 29:4
71:14,16,22 73:8
**rows** 71:18
72:11
**rpr** 1:22 248:22
**rule** 198:17
**rules** 142:3
157:25 158:12
166:24 187:10
189:15,16,17
206:19,20 250:8
**run** 21:5 51:24
51:24 52:14,22
53:2 54:25 55:5
55:6,8,12,17
62:3,5 63:3,3
64:1 75:24
94:22 100:12,18
100:18 116:1
140:20,21,22
141:9,12 142:5
142:17 144:4,5,9
146:22 168:20
172:2,3,9,21
173:5,10,16,19
175:3 176:25
179:23 180:10
181:9,14,16

Veritext Legal Solutions
866 299-5127

**[run - second]**

183:25 184:8
185:23 186:12
186:12 199:10
**running** 56:5
91:20,20 140:9
142:19 158:13
173:2 179:8
195:19
**ryan** 3:7 9:21

**s**

**s** 65:22
**sacramento**
248:23
**safe** 30:12
**san** 3:18
**sanctioned** 30:7
31:6 81:8
**sanctioning**
30:24
**sanctions** 6:8
29:22 31:4
37:18 39:22,24
41:13 48:10,16
58:2,13,23 59:1
168:20
**santa** 12:7
**saw** 38:22 85:2,7
85:11,15 112:13
121:17
**saying** 20:8
23:10 29:5
38:14 46:7,20
47:1,6,14,16,21
48:13 51:23
56:23 77:10,19
78:15 79:21
81:4 87:8,9,14

89:1,14 90:7,17
93:18 96:20,24
97:20 98:8 99:5
99:6,13,23 100:1
100:5 103:9
105:11 113:10
115:7 120:25
123:5,20 124:10
124:12,16,23
125:2 134:6
145:16 147:1,3
150:2 153:15,24
155:24 162:13
164:7 165:13,14
171:12 181:22
184:20 200:24
212:4 213:21
217:2,14 221:6
223:20 227:9,14
229:4 232:4
241:14,18 243:1
**says** 44:5 45:2
45:22 73:24
92:10,11 97:7
98:5 100:12
108:2 111:21
112:24 113:3
114:1 119:18
122:18 123:20
124:12 125:16
134:22 140:25
143:3,4 149:22
152:12 153:1,16
153:21 155:11
160:15 161:25
162:5 163:16
165:6 167:20
215:23 230:6

231:12,17
233:12 234:3,5
234:14 235:19
**scale** 244:25
**scan** 33:1 151:17
**scanned** 36:1,22
**scanning** 30:4
179:22
**scenario** 117:8
117:12 204:16
205:16 212:24
214:2 217:12
224:17 237:19
238:2,16
**scenarios** 62:25
87:4 100:21,24
117:14,16
148:20
**schedule** 249:11
**schema** 65:19,22
65:23,25 66:1,4
69:18 73:20
74:4 76:1 77:14
78:6,7
**schemas** 64:25
65:6,10,11,12,14
65:16 66:2,5,14
67:21 68:2,10,12
70:3,19,22,24
71:5 73:15 74:1
75:6
**schematics**
207:20
**schiller** 3:12
9:13
**schmidt** 1:21
2:15 8:25 248:5
248:22

**schneier** 237:11
243:11
**schneier's** 16:21
243:16
**schwartz** 18:9
**science** 176:2
194:22 195:22
195:23,24 196:6
**scientifically**
93:5
**scientist** 41:25
**scope** 239:1
242:22
**screen** 8:11
102:1
**scroll** 24:16
31:11 69:7
102:1 107:10
**scrolling** 178:17
**sealed** 6:11
106:18
**sean** 4:23 8:23
**search** 70:5
120:1 136:9,16
149:25 168:20
172:19 180:22
199:9 229:7,8
235:23
**searched** 148:15
**searches** 199:5
**searching**
131:12 176:16
**sec** 130:10
150:19 152:21
152:23 158:10
**second** 6:22 45:5
55:19 101:15,19
101:23 107:3

Page 43

**[second - set]**

130:13 143:17
148:8 149:19
151:24 159:9
160:22 165:5
200:12 204:8
205:16 207:6
208:14,24,25,25
209:6 211:13
213:12,17,18
214:2 222:16
235:17 241:10
245:22
**seconds**  215:20
**section**  23:25
34:18 36:9,11
38:23 131:22
153:15 156:16
164:4,22 210:25
243:14
**sections**  183:4
**see**  10:22 19:15
19:15 23:20
24:5,23 25:3
26:18,20 27:11
29:2 30:4 34:24
36:15,16,23
38:10 39:11
44:7 47:20 50:5
50:11,13 51:25
54:5 59:2,17
69:12,25 73:4,13
75:3 77:10,24
78:8 98:18
99:19 102:11,14
102:21,22 104:4
104:6,12,13
105:19 106:18
106:24 107:6,16

108:2,6 113:9
115:15 116:7,20
116:22 121:15
121:23 123:13
123:25 131:13
140:18 142:7
150:22 152:1
153:1,3,6 154:24
155:2 156:10,14
158:9 159:7
161:19 164:21
166:15 168:7
171:9 177:8
180:22 182:3
184:2 190:18
211:25 212:16
213:9 214:11
220:21 221:8
223:18 224:22
225:9 230:5
231:1,17,22
233:11 234:12
234:14,16,17,20
234:22,23
235:18 236:1
240:8,18 241:1,2
241:19
**seeing**  81:2,2,11
81:11,16,20 85:6
86:3 105:15
**seek**  91:21
168:19 190:4
200:13
**seeking**  190:6
195:1
**seen**  8:10 29:14
29:15 30:1,6,20
31:14 38:4,6

47:22 67:6 78:6
79:25 81:25
82:6,10 87:13
101:18 102:7,9
102:10 103:11
107:7,9,11
122:22 130:18
140:11 158:17
158:23 168:2
**sek**  8:21
**select**  42:20
**selecting**  40:11
**selective**  95:5
**self**  59:21,24
138:16
**semantic**  165:25
**send**  55:16 56:10
73:20 100:16
140:25 143:5
145:2 220:3,16
223:6 226:14
**sending**  32:14
51:21 228:12
**sends**  224:3
**sense**  77:19
142:2 179:24
221:9
**sent**  180:16
221:23,24 222:7
224:4
**sentence**  27:25
44:21 90:17
119:9,17 141:6
165:5 230:5,6
231:3,17 233:12
234:3
**separate**  71:4,14
71:15 208:19,20

209:2 211:23
**separately**  28:2
**separating**  215:8
**series**  230:17
232:25 234:9
237:17
**serve**  155:19
**served**  105:13
182:19,22
240:10,15,16
241:21,21
**servers**  181:19
203:21
**service**  155:13
173:4 191:13
**session**  90:6,9
205:4 206:5
207:14,24 208:8
208:9,14,21,24
208:25,25 209:2
209:6,6 213:4,13
213:17,18
214:23 215:25
217:13,13
218:23,23
**sessions**  206:14
207:8,13 208:19
209:3 214:25
215:3 216:9
217:12 218:2,12
218:22,24 219:5
**set**  2:23 39:6
61:1,7 62:25
63:1 87:1
105:23 106:1,4
124:21 125:18
126:15,15 145:8
206:16 242:5

Veritext Legal Solutions
866 299-5127

**[set - sorry]**

| | | | |
|---|---|---|---|
| 248:9 | 187:21 191:13 | **simpler** 244:25 | 144:4 146:20 |
| **sets** 209:13 | 235:18 | **simply** 44:9,17 | 158:13 |
| **setting** 217:4 | **sign** 156:9 205:6 | 57:13 67:3 86:7 | **solid** 61:6 |
| **settings** 148:19 | 207:6 213:25 | 161:10,14 210:5 | **solutions** 249:8 |
| **setups** 190:25 | 249:17 250:5 | 211:8 | **solve** 226:13 |
| **seven** 33:8 34:10 | **signal** 30:12 | **single** 25:1 40:5 | **somebody** 27:23 |
| 36:2 52:7 139:7 | 126:1 130:16 | 40:5 50:6 77:13 | 71:6 76:4,5,9 |
| 246:8,18 | 133:6,7 134:15 | 184:5 239:19 | 77:6 94:20,23 |
| **share** 13:11 | 134:16 135:1,5 | **sir** 97:19 126:9 | 98:12 100:13,20 |
| 148:9,9,11 | 135:14,17,19,21 | 128:12 132:20 | 155:12 157:19 |
| **shared** 240:20 | 135:25 136:3,24 | 132:23 135:3 | 177:24 194:2 |
| **shares** 209:6 | 137:2,15 138:11 | 143:4,14 144:11 | 195:15 224:7 |
| **sharing** 206:14 | 139:13 141:3 | 146:9 147:6 | **somebody's** 77:9 |
| **shed** 56:20 | 143:9 144:13 | 148:6 163:13 | **soon** 76:23 |
| **shift** 192:22 | **signals** 125:21 | 169:2,8 174:16 | **sorry** 10:17 |
| **shocked** 190:3 | 132:5,13 137:10 | 175:7 178:5 | 14:13 19:22 |
| **short** 140:9 | 138:24 | 182:15 188:10 | 30:11 34:17,21 |
| 211:23 | **signature** 231:12 | 191:2 197:15 | 36:18 59:7,9,11 |
| **shorthand** 2:16 | 248:21 249:22 | **sit** 113:22 115:24 | 65:13,17 66:19 |
| 248:5,22 | 249:24,24 250:9 | 175:10 213:12 | 66:21 69:1 |
| **shouting** 187:17 | **signed** 132:10 | **site** 132:11 | 85:12 97:6 98:3 |
| **show** 67:5,22 | 204:19,22,24 | **sits** 115:20 | 102:12 105:2 |
| 97:11,22 103:4 | 206:1,7,11,11 | **sitting** 149:13 | 106:21 107:8 |
| 140:17 143:3 | 208:16 238:15 | 169:22 174:16 | 109:11,18,19 |
| 148:20 168:21 | **signing** 205:21 | 191:4 221:21 | 111:5 114:23 |
| 169:4 175:6 | **signs** 203:14,20 | **situated** 1:7 2:7 | 116:16,18,22 |
| 194:14 211:1 | 203:24 204:15 | **situation** 122:5 | 130:9 135:20 |
| **showed** 105:5 | **similar** 27:5 | 122:10 | 138:25 139:12 |
| 113:5 243:19 | 121:5,8 245:21 | **situations** | 141:4 149:4 |
| **showing** 142:1 | **similarly** 1:6 2:6 | 134:18 | 152:22 153:4 |
| 148:16 169:5 | 57:5 245:24 | **skip** 219:19 | 161:6 171:16 |
| 183:16 215:14 | **simmons** 4:5 | **slides** 95:11 | 181:10 212:6 |
| 215:16 240:22 | 10:4 | **slightly** 246:5 | 215:19 221:5 |
| **shown** 32:15 | **simmonsfirm.c...** | **slow** 241:15 | 231:7 240:17 |
| **shows** 97:23 | 4:10 | **small** 244:25 | 241:12,17 |
| **sic** 91:18 | **simple** 58:4 | **snow** 118:22 | 242:19 245:5,15 |
| **side** 12:8,9 17:17 | 160:3,9 193:22 | **software** 96:15 | 246:11 |
| 53:1 98:24 | 195:4 244:25 | 122:6,14,16,17 | |

Page 45

Veritext Legal Solutions
866 299-5127

[sought - statement]

| | | | |
|---|---|---|---|
| sought 6:10 | 121:14,20 123:6 | 202:13 210:25 | sramek's 122:21 |
| sound 18:2 | 123:21 124:4 | 232:14 238:10 | ss 248:2 |
| sounds 131:7 | 128:24,25 129:1 | 238:17 243:11 | stable 223:4,5 |
| 150:7 200:24 | 129:2,2,17 | 243:13,15,24 | 228:15 |
| source 26:16,25 | 132:21,25 229:8 | specifically | staff 185:3 |
| 27:15,22 28:12 | 233:18,20,21 | 25:11,14 31:18 | stamp 130:10 |
| 30:23,25 39:17 | 234:6 | 34:7 56:2 59:20 | stand 129:20 |
| 42:6,14 48:15 | space 149:12 | 119:8 135:25 | 185:15 |
| 49:5,22 52:2 | speak 11:4 36:19 | 175:14 191:20 | standard 193:1 |
| 58:8,16 62:2,17 | 83:14 199:22 | 198:8,15 209:23 | standards 151:9 |
| 63:7,17,20,21 | speaking 136:6 | speculate 165:1 | stars 3:23 |
| 64:5,8,11,13,16 | 184:16,17,19 | 175:25,25 176:8 | start 12:25 24:19 |
| 64:16,19,21,23 | 193:9 210:2 | speculation | 42:20 88:11 |
| 67:12 94:12,21 | speaks 242:12 | 117:6 118:9 | 178:7 245:14 |
| 95:2 99:16 | special 6:19 70:3 | 122:9 132:17 | started 114:13 |
| 100:1,16 119:21 | 73:25 183:9 | 157:10 165:21 | starters 204:20 |
| 120:21 214:23 | 196:14 232:17 | 186:1 202:21 | starting 23:25 |
| sources 24:3,6 | 232:22 | 217:18 235:7 | 70:12 82:13 |
| 24:14 25:5 | specific 16:22 | speed 139:21 | 219:16 |
| 26:16 31:5,7 | 31:9 34:12 | 243:9 | starts 34:16 |
| 35:9 39:22,25 | 50:12 52:25 | spelling 15:17 | 211:24 |
| 40:11,20,21,25 | 55:16 56:3 59:1 | spend 13:22 32:2 | state 2:17 9:6,8 |
| 41:14,14,24 42:2 | 60:24 61:20 | 36:23 | 9:11 10:20 |
| 42:20 48:21,23 | 63:4 67:14 | spending 173:19 | 11:16 46:8 |
| 49:7,8,16 50:9 | 86:20 87:5 88:1 | spent 149:3,5 | 89:24,24 111:8 |
| 50:16,17,18,20 | 88:10 89:12,21 | 193:23 | 111:24 119:5,22 |
| 51:5,9,13,16 | 97:11 98:4 | spilly 4:16 10:1 | 123:7,22,24 |
| 53:23 54:1,3,4 | 117:20,23 120:2 | split 204:12 | 125:13 171:10 |
| 54:15,21 58:2,3 | 127:19 128:4,24 | spoke 18:2 | 217:15 248:2,6 |
| 62:16,18 66:3,6 | 133:21 139:4,6 | 104:22 | 248:24 249:10 |
| 67:15 68:11 | 139:22 140:10 | spoken 16:8 | 249:13 |
| 70:6 72:20 74:5 | 142:3,21 144:22 | 104:25 | stated 126:16 |
| 75:7 76:11 | 146:2 147:2,5,18 | sramek 6:13,24 | 135:15 139:20 |
| 80:10 96:2 | 152:1 154:4 | 104:19,22 107:4 | 164:19,20 |
| 99:25 108:3 | 157:12,12 160:7 | 108:2 110:15 | 168:25 |
| 110:17 111:6,21 | 169:3,4,5 173:2 | 112:15 121:18 | statement 42:25 |
| 111:22 119:4,18 | 173:6,9 185:8 | 124:8 233:1 | 47:7 48:3,7,13 |
| 119:19 121:6,12 | 199:3,9,10 | | 88:4 100:6 |

Veritext Legal Solutions
866 299-5127

[statement - sure]

165:11 233:25
**statements**  90:14
90:22 156:15
243:15,17
**states**  1:1 2:1
8:19 184:15
231:13 234:22
234:23 235:19
**static**  241:24
**stating**  204:11
**status**  234:15
235:10
**stay**  186:22
188:12 205:1
**staying**  110:10
**stays**  208:23
**stenographer**
10:25 64:10
80:21
**stenographically**
248:14
**step**  207:5
**stephen**  168:4,6
190:18
**steps**  54:22
217:8
**stick**  43:17 45:13
46:10 203:18
207:15 220:1
**stip**  201:24
**stipulate**  201:10
201:14,19,20
244:9
**stipulation**
179:4 184:14,20
185:8 187:16
188:7,24 190:2
192:24 193:7,12

193:15,25 194:6
194:25 196:1,8
197:4,7,14 200:3
201:25 249:21
**stop**  40:24,25
41:1 76:15
91:12 143:19
146:6 165:22
185:18,18
187:22
**stopped**  187:20
**stopping**  74:9
**stored**  89:23
92:3 93:4,13,23
94:10
**straightforward**
160:4
**streamlined**
111:2
**street**  3:8,17
4:17
**strict**  157:25
**strike**  19:22
38:20 149:5
166:1 171:16
**string**  40:5
136:16 148:16
220:14,14
**strings**  71:19
**stripe**  221:9
**structure**  66:15
66:15
**structured**  66:18
66:25 67:2
71:17
**structures**  27:25
67:14

**student**  15:2
**students**  56:8
57:1,3 94:16
180:2
**study**  77:11
**stuff**  45:21 79:8
79:9 81:19
104:21 108:20
123:4 131:13
174:25 179:19
203:13 207:20
219:23 237:13
239:17 242:22
243:1
**subentries**  71:19
**subject**  192:22
**submit**  15:12
220:24
**submitted**  51:11
52:13 102:16
182:25
**subscribe**  248:18
**subsection**  35:13
**subset**  61:5 63:4
**substance**  83:19
83:23 199:24
**substantive**
187:22
**sufficient**  201:22
201:23 202:1
**sufficiently**
200:20 201:15
**suggestion**  11:3
12:23 13:3 32:2
**suite**  3:8 4:17
**sullivan**  4:14
9:25 10:2

**summarize**
89:13
**summarizing**
138:3
**summary**  191:18
236:17
**summertime**
102:18
**super**  38:15
**supervise**  176:21
**supervised**
179:24
**supplemental**
6:12,23 23:15
107:3
**supplementary**
23:13
**supported**
120:21 121:1
**supporting**
185:3
**supposed**  16:12
16:13 17:2,3
50:5 132:24
178:21 197:13
**sure**  10:19 14:17
15:6 16:24
17:22 20:4,12
21:2,22 22:16
24:8 25:25 26:1
30:18 31:22
34:15 37:2,2
41:11 44:22
45:13 51:21
59:4,4 60:6,6,6
64:10,20 65:18
65:25 66:14
73:1,4 75:16,17

[sure - technical]

76:12 78:17
79:4 83:3 88:11
96:11,16 98:19
98:19,19 101:5
103:25 106:25
110:22 113:3
114:10 128:7
130:20 131:24
135:18 137:6,9
137:17 151:18
151:22 152:7
155:1 160:19
166:25 168:3
175:21 176:3
177:5 180:17
183:21 187:25
188:25 200:12
200:23 212:8
220:8 223:24
226:13 236:19
237:6,25 238:25
243:2,2 244:5,24
**surprise** 111:14
112:19
**surprised** 36:4
117:22 195:10
198:4
**surprises** 113:18
**surprising**
113:13
**susan** 231:13
**susman** 3:21
9:22
**svk** 1:10 2:10
**swear** 10:6
168:11
**sworn** 2:22
10:10

**syntax** 27:24
**system** 21:10
22:2 47:25
60:24 61:4 63:8
63:9,11 86:25
90:3,24 91:1,6
91:10 93:21
94:9,16,16,18,18
94:25 95:2,7,12
96:3,7,8,9
100:12,13,14,16
100:21 110:24
111:1,19 114:11
114:18 115:10
115:10,17 116:1
120:5,7 140:10
144:5,6,7,9
146:1 157:14,22
157:23 158:3,11
190:25 214:16
216:25 223:21
224:24 225:7
**systems** 20:3
21:6,8,8 47:23
50:2 64:18 91:8
92:1,22 95:8
100:5,6 101:1,1
101:8 106:4,10
112:22 115:15
120:9,13,14
122:1 228:4

**t**

**tab** 142:19
**table** 102:21
182:3,3 236:19
242:3,7

**tag** 7:4 151:21
**take** 8:13 22:24
29:24 31:8,20,22
32:5 33:22
35:19 36:5
37:22 48:20
69:22 74:20
82:15 83:3,17
106:13 109:6
110:18 111:10
113:11 114:2
130:14 136:14
137:25 139:10
139:25 140:2
141:20 149:1
150:6 151:8
155:25 156:1
195:13,14
196:22 197:13
198:4 199:14
200:5 207:5
216:21 229:13
244:12,16
**taken** 8:17 83:9
99:17 109:15
143:2 150:10
199:18 217:8
225:1 229:17
248:8
**takes** 151:14
212:20,21
216:22
**talk** 71:20 76:20
83:19,22 115:14
140:8 148:2
157:23 179:21
218:17

**talked** 16:25
18:6 25:8 184:5
237:12
**talking** 14:1,2
18:19 22:10
24:3 30:23
44:23 48:1
63:20 78:19
80:1,6 92:1
96:14 98:13
108:9 118:16
119:3 123:8
127:21 132:8
145:15,22
161:19 164:2
169:20 172:2
189:6 190:19
213:2 221:17
227:3,6,12 232:6
**talks** 136:8
169:19
**tampa** 3:9
**tamper** 178:10
**targeted** 136:8
**task** 180:8
**team** 111:23
119:5 198:3
**tech** 20:2
**technical** 9:18
39:5 60:22
77:18 78:14
81:19 86:21
89:18 95:24
117:19,25 123:4
124:11 146:16
151:1,4 152:22
175:3,9,16,22,24
179:8 186:4

Page 48

[technical - think]

| | | | |
|---|---|---|---|
| 187:1 195:17 | **term** 139:7 | **testing** 22:9 | 242:19 243:5 |
| 196:11 197:21 | 142:20 147:1 | 92:24 97:20 | **things** 19:2 |
| 211:5,6 212:11 | 168:21 171:20 | 98:20,21,24 | 50:13 67:4 72:3 |
| 221:18 223:25 | 171:22 | 100:6,7 | 72:4 85:14 |
| **technically** | **terminology** | **tests** 21:12 52:15 | 99:13 100:18 |
| 178:21 | 20:6 21:22 | 53:22 54:16,25 | 114:14 119:19 |
| **technologies** | 89:18 | 56:1,6,24,25 | 134:12 135:16 |
| 21:1 | **terms** 58:3 81:14 | 57:13,17 62:2,3 | 139:22 142:2 |
| **technology** 8:22 | 89:25 171:7 | 62:5 63:4 | 158:1 171:7 |
| 11:14 | **test** 21:6,7 51:24 | 100:12 172:2,4,9 | 191:12 192:9 |
| **tell** 10:10 14:10 | 55:5,6,9,25 56:9 | 172:21,23 173:6 | 203:8 219:21 |
| 17:11,20 25:15 | 99:5 100:21 | 173:16,19 175:3 | 221:9 222:13,14 |
| 26:17 27:3 34:9 | 101:7 147:17 | 176:21 177:4,7,9 | 224:19 228:25 |
| 38:9 40:3 42:15 | 148:17 168:25 | 177:11,14,16,16 | **think** 9:16 13:2 |
| 45:10 48:22,23 | 173:10,24 | 179:7,8,8 181:3 | 13:10,21,21 |
| 51:20 56:8 67:6 | 176:25 177:6 | 181:9,14 183:25 | 14:18 15:5,16,23 |
| 70:7,23 84:17 | 179:14,21 | 186:13 188:3 | 15:25 16:10 |
| 86:5 91:8 93:13 | 180:25 181:17 | 195:19 | 18:8 19:5 20:10 |
| 94:6 103:12 | 182:9 185:23 | **text** 24:20 27:22 | 27:19 28:16,17 |
| 107:11 108:25 | 189:2 194:18 | 27:23 43:23 | 30:6,9,17,17,18 |
| 113:17 116:4 | **testified** 10:11 | **thank** 31:21 33:5 | 30:18 35:12,25 |
| 134:24 140:13 | 120:12 128:8 | 83:5,6 127:5 | 36:10 39:2 |
| 151:8 153:13 | **testifying** 41:4 | 150:5 204:6 | 51:10 57:22 |
| 168:1 169:23 | 239:5 | 237:25 241:16 | 76:3,16,16,23 |
| 170:1 174:23 | **testimony** 13:17 | 246:12,13,19 | 80:25 83:1 91:3 |
| 178:1,6 180:2 | 18:4,7 53:13 | **thanks** 246:20 | 100:9 106:14 |
| 191:9 193:13 | 63:7 79:3 80:14 | 247:5 | 107:11 114:18 |
| 197:9 223:18 | 82:3,25 83:23 | **thereof** 2:14 | 120:18 121:2,22 |
| 225:11 | 85:4 87:22 | **thin** 176:11 | 130:9,19 138:15 |
| **telling** 66:10 | 99:11 111:17 | **thing** 26:7 95:10 | 146:13 147:25 |
| 86:21 91:5 93:8 | 124:7 126:25 | 104:3 115:25 | 149:1,7,8 152:22 |
| 139:6 170:3 | 128:14 132:17 | 116:3 126:13 | 155:8 158:25 |
| 181:23 184:18 | 170:14 177:13 | 131:5 138:7 | 160:10 166:2 |
| **tells** 213:5 | 186:15 188:5 | 139:15 169:3 | 172:18 173:7 |
| **tempted** 246:5 | 199:24 212:22 | 186:21 212:4 | 176:2 195:9 |
| **tending** 214:2 | 215:22 248:12 | 213:21 220:11 | 199:12 201:5 |
| **tens** 182:22 | 248:17 | 225:8 226:2 | 202:11 210:2,24 |
| | | 228:17 239:20 | 211:15,16 |

Veritext Legal Solutions
866 299-5127

**[think - transmission]**

219:14 225:4
238:13 240:21
244:12
**thinking**   16:3
76:21 79:22
206:24
**third**   99:21
134:8 203:14,24
203:25 204:9
205:9,25 206:12
**thought**   69:2
77:3 152:9
209:20
**thoughts**   23:15
94:3,3
**thousand**   17:13
241:3,4
**thousands**   91:4
240:6
**three**   32:2 34:25
39:1 108:4
113:9 120:11
124:18 156:4
161:18,19,21,21
162:7,9,18 163:8
166:10 167:10
167:18 180:6
197:1 231:19
234:14,22
236:23 237:10
240:13,20 241:9
243:17
**tie**   222:19
**tight**   122:13
**time**   8:5 9:6
13:10,22 14:22
16:4 22:24 27:6
29:24 31:8,20,22

32:6 33:23
35:19 36:5,23
44:3 48:20 51:4
52:8 57:11,22,23
72:24 75:15
77:13 80:9 83:8
83:11,17 85:2
91:22 101:14
109:14,17 110:3
110:6 122:24
127:2 130:14
131:6,6 137:25
139:10,21,25
140:4,10 149:1,3
149:5 150:9,12
156:1 166:4
176:16 181:20
186:19 195:6
196:19 197:19
198:9 199:17,20
205:3,6 229:16
229:19 244:13
244:16 246:2
248:9,13 249:11
249:19,25 250:7
**timely**   35:3,3
38:25
**times**   17:25 52:5
58:7 74:7 75:10
82:3 119:1
120:11 133:23
155:15 169:14
171:7 176:13,14
179:17 188:6
204:15 206:22
207:4 218:24
228:7 238:14,16
238:18

**timestamp**   182:4
**timing**   103:4
**tirade**   185:11
**title**   43:23
**today**   10:1 11:2
11:16 13:16
18:4 41:18
136:24 139:14
144:2,12 149:13
174:17 175:10
191:4 199:24
201:20 229:23
236:13 237:2
238:7,22 239:7
243:19 246:21
246:23,23
**today's**   246:15
**told**   33:21 40:18
118:18 142:20
148:24 149:17
**tools**   70:5 229:8
**top**   24:16 71:3
114:14 122:11
147:7,14 148:7
154:16 167:4
174:22 182:21
220:5 231:2,16
234:12
**topic**   25:20
76:20 125:16
173:7 202:9
206:24 220:2
**topics**   25:18
110:25 129:9,13
**torture**   137:13
**total**   13:22 14:3
14:4,4

**totality**   62:15
100:3
**totally**   11:10
13:13 23:22
204:11
**touch**   224:7
**touched**   236:21
**trackin**   159:23
**tracking**   169:14
169:16 190:23
**tracy**   172:10,16
172:21 173:13
177:6,11,15,18
178:7 180:14
189:6 193:8,13
193:16,17
194:21 195:16
195:21,23 197:5
197:9 198:3
200:5 201:16
202:6
**tracy's**   176:21
**traffic**   45:8
111:13 125:7
**trail**   51:15,20
**transactions**
213:24 225:3
**transcribed**
248:15
**transcript**
120:15 162:25
176:18 177:3
249:7,9,11,14,14
249:22 250:2,2
**transcripts**
26:12
**transmission**
6:16 68:25 69:4

**[treated - understand]**

**treated** 193:2
**trick** 66:9
  168:13 208:3
  225:21
**tried** 244:20
**trouble** 193:10
**true** 90:13,15,23
  91:1 93:7
  137:11 169:24
**truong** 4:6 10:3
  10:3
**trust** 96:21
  99:14,23
**trusting** 99:7
**truth** 10:10,10
  10:11 180:3
  223:19
**try** 10:19 100:22
  103:10 146:15
  146:18 148:3
  165:25 168:18
  168:23 176:1
  178:9
**trying** 13:24
  20:1 26:23,24,25
  27:2,14,16 28:11
  31:24 32:3 33:1
  33:23 38:4,5
  39:16,20 40:19
  42:1 50:3,13
  52:11 55:24
  59:3 62:7 66:9
  67:13,18,20
  74:13,17 76:10
  76:17 80:22
  85:23 86:7
  91:25 92:23
  98:9 117:24

123:3,16 124:15
129:5 130:18
136:15 137:4
139:16,21
141:16 154:24
155:3 160:4
161:10 165:23
168:12 187:8
192:21 194:20
198:20 208:5
210:13 212:10
212:13 214:11
218:7 220:8
223:15 224:20
225:4,22 239:19
243:3,5 245:5
**turn** 230:22
233:5 235:13
**twice** 241:9
**two** 16:16 25:5
26:18 27:9 28:4
28:18,22 34:3
38:5 42:7,8,8,14
42:16 43:3,11,15
43:23 44:25
45:9 54:3,4
58:10,11,12,12
58:13,15,19,20
59:25 60:21
69:16 71:7
72:23 76:23
80:17 82:14
85:22 89:8,8
90:22 99:13,19
104:4,18 111:14
112:19,20
113:20 118:14
121:18 178:3

180:6 182:5
197:1 204:12
206:14 208:19
208:20 209:12
212:18 215:8,9
218:1,12,22
226:14 228:23
239:21 241:9
243:1
**tying** 166:22
**type** 11:1 24:15
50:2 74:4 86:23
88:2 119:25
144:7 178:25
**types** 100:23
178:3
**typewriting**
248:15
**typically** 11:12
**typing** 131:13
**typo** 245:5
**typographical**
244:11
**typos** 243:22
244:2

**u**

**u.s.** 182:23
**ua** 26:19 241:7
**uas** 54:7,7
183:18 239:10
240:25 241:20
241:23 242:5,8
**uh** 167:12
**uids** 182:4
■ 157:15,23
158:3,11,18,23
166:22

**un** 161:16 163:7
165:16
**unauthenticated**
192:7 203:9,16
204:2,2,25
205:12,13 207:9
207:14,17 208:1
208:4,22,23
233:19,19,20
234:4,6
**unclear** 11:2
**undergrad**
180:12
**undergrads**
180:4
**undermine**
234:1
**understand**
17:24 18:1 21:9
26:25 27:2,14,16
28:11 29:5 36:2
38:5 39:16,20
40:7 41:9,23
46:21 50:4
52:23 54:23,24
65:13,17 66:1,4
67:9,13,19 73:1
73:4 75:22
76:10,13 77:17
78:11,17 79:10
92:1,2,5,23
117:18,19 118:1
123:19 124:11
129:5 135:25
169:11 179:18
188:25 198:6,21
208:6 211:6
212:15

[understanding - various]

| | | | v |
|---|---|---|---|
| understanding 16:17 38:13 44:24 47:22 50:11 54:19 57:7 63:10 68:12 72:9,15 73:7 74:16 75:17 77:24 81:12 86:23 87:6 88:2 110:23 119:24 140:11,13 192:12 200:18 217:19 **understood** 11:6 13:13 27:23 196:19 **undisclose** 197:21 **unidentified** 89:24 170:17 202:25 **unified** 7:10 **unique** 90:5 226:12 241:24 **unit** 8:15 **united** 1:1 2:1 8:19 231:13 **units** 246:17,18 **unredacted** 6:9 **unreliability** 232:6 **unreliable** 241:25 **updated** 96:11 ████ 161:22 **url** 152:11,17 227:22 | **urquhart** 4:14 9:25 10:2 **usage** 125:22 126:22 **usc** 52:21,24 55:15 173:5 180:10 **usc's** 185:22 **use** 23:22 30:2 43:9 44:1,3 52:21 55:13 71:1 78:5 89:18 98:7 100:7 105:20 106:4 125:22 126:22 131:19 141:14 142:22 144:13 144:23 145:24 146:23 153:1,16 154:8 177:20 178:18 180:10 185:22 201:21 202:19 209:15 209:21 210:6 211:8,13 212:2,9 215:24 217:9 218:1,13 219:5 230:7 246:8 **useful** 111:10 **user** 90:18,19 127:24 134:8,10 141:1 143:7 144:1 145:5 154:15,16,18 156:8,9,18,19,25 157:1 159:7 162:1 163:18 164:3,19 182:19 | 182:21,21 183:2 203:14,17,19,24 204:14,19,20,22 204:23,24,25 205:3,17,21,24 206:7,8,17 214:9 215:2,3 217:15 217:21 218:23 220:18,19 222:14 227:11 228:23 230:8,8 230:13 234:19 235:11 237:20 238:3,15,22 239:7 240:2,25 241:3 242:3 **users** 43:6 45:2 45:16,23 46:3,6 46:8,14 47:7,17 48:1,13 88:13,24 89:1 90:5 97:3,8 127:11,15 133:16 204:3 217:5,7 218:2,13 **uses** 13:3 110:17 125:6,12 126:15 127:14 145:23 202:17 203:3,6,7 203:15,25 209:5 211:15 215:16 216:4 **usual** 228:14 **usually** 71:2,17 71:21 90:11 173:25 **utilize** 228:14 | **vague** 16:14 19:25 21:3,19 37:25 51:17 65:2,7,20 66:22 68:6 72:21 76:2 89:5 92:6 93:1 95:19 97:10 99:2 106:6 108:17 111:17 116:14 117:5 118:8 122:8,25 127:16 128:13 129:6 134:19 138:18 145:19 153:10 154:2,12 156:20 157:10 158:6 170:12 173:14 219:9 227:23 **valid** 80:4 87:6 87:25 94:12,24 97:24 189:24 **validate** 93:19 93:21 **validity** 92:24 97:20 98:21,24 121:10 **value** 72:12,13 115:14 220:10 220:12 222:22 226:4,15 227:10 228:21 **van** 230:18 231:13 **various** 141:8 238:21 |

Page 52

**[vast - website]**

| | | | |
|---|---|---|---|
| **vast** 25:23 26:1 | **violation** 188:6 | **walk** 120:25 | **wants** 13:7 33:14 |
| **verge** 82:14 | 188:23 190:1 | 207:19 | 140:2 |
| **verging** 146:9 | 193:24 194:6 | **want** 11:4 13:1 | **warn** 165:22 |
| **verify** 37:18 | 195:25 196:8 | 16:2,18 17:14,24 | **warning** 166:4 |
| 48:20 93:12 | **virtual** 8:22 24:2 | 18:15,16 20:22 | **washington** 4:18 |
| 175:7 | **virtually** 2:17 | 25:3 28:5 29:3 | **watkins** 7:9 |
| **veritext** 1:23 | 8:8 | 31:17 32:4,19 | **way** 11:4,5 22:9 |
| 8:24 9:1 246:18 | **viruses** 90:10 | 33:22 36:5,24 | 22:10 23:22 |
| 249:8,10,12 | **visit** 133:17 | 40:16 42:18 | 28:20 29:11 |
| **versa** 233:22 | 134:1,2 | 44:1,22 46:22 | 36:22 52:15 |
| 234:7 | **visited** 206:4 | 48:21,21 52:21 | 53:17 54:20 |
| **version** 6:10 | **visiting** 127:25 | 53:4 55:13 | 56:24 71:3,17 |
| 201:25 | 132:11 155:21 | 58:25 61:15,16 | 74:18 82:11 |
| **versus** 8:18 | 204:22 | 71:15 73:14 | 84:4 88:22 |
| 16:12 19:17 | **visual** 10:23 | 74:18 78:4 79:7 | 89:23 90:24 |
| 24:2 98:23 | 11:11 | 81:18 87:4 88:4 | 91:8,11 92:2 |
| **vice** 233:21 | **vocabulary** 78:7 | 88:9 89:9,18 | 112:20 136:17 |
| 234:7 | **voluntarily** | 94:3,5 100:8,13 | 143:25 147:23 |
| **video** 8:12,16 | 228:12 | 100:15,18 | 151:18,19 |
| **videographer** | **vpn** 21:11 | 107:23 108:19 | 155:21 167:1 |
| 4:23 8:4,24 10:5 | **vs** 1:9 2:9 249:4 | 124:14 128:3 | 171:23 174:2 |
| 10:13 83:7,10 | | 131:9,18 138:7 | 176:25 181:19 |
| 109:13,16,23 | **w** | 141:12 143:20 | 181:24 182:22 |
| 110:2,5 150:8,11 | **w3c** 7:4 151:1,3 | 143:21 146:22 | 196:24 198:18 |
| 199:16,19 | 151:21 155:24 | 155:6 160:14,19 | 212:14,16 |
| 229:15,18 | **wait** 11:9 12:23 | 165:25 166:19 | 214:16,19,20 |
| 246:15 | 33:10 44:15 | 171:10 172:12 | 217:6 233:25 |
| **videotaped** 1:15 | 63:23,23,23,24 | 175:17 180:10 | **ways** 127:14 |
| **view** 21:12 39:5 | 66:20 80:18,18 | 187:17 188:12 | 176:25 |
| 100:4 204:25 | 80:18 141:4 | 191:1 198:7 | **we've** 25:8 52:7 |
| **viewed** 13:17 | 162:3 193:3,3,3 | 201:17 203:17 | 64:1 140:3 |
| **violate** 142:3,5 | 193:3 212:3,3,3 | 207:15,18,24 | 146:7 187:18 |
| 157:17 193:12 | 213:21,22,22 | 208:6 210:7,14 | 193:1 198:11 |
| **violated** 192:24 | 215:20 | 217:1,2 219:21 | **web** 159:23 |
| 193:7 | **waived** 249:24 | 219:21,24 | 203:24 224:1 |
| **violating** 193:14 | 249:24 | 242:25 243:19 | **weblogs** 159:24 |
| 194:25 | **waiving** 200:5 | **wanted** 25:18 | **website** 90:10 |
| | 202:12 249:21 | 171:25 241:19 | 128:1 133:17 |

Veritext Legal Solutions
866 299-5127

**[website - wright]**

| | | | |
|---|---|---|---|
| 134:1,2,8,11,11 | **witness**  2:21 | 133:11 134:21 | **word**  65:4 69:18 |
| 154:15,15,17 | 4:24 8:10 10:6,9 | 135:10 136:7,13 | 146:2 197:14 |
| 155:5 203:14,25 | 14:13 17:20 | 137:2 140:5 | 201:21,23 202:1 |
| 204:23 205:6,9 | 19:10 20:1 | 143:19 144:18 | 212:9 |
| 206:4,6,12 219:4 | 21:20 22:13 | 146:7 150:7 | **wording**  78:5 |
| **websites**  133:21 | 27:21 28:16 | 151:13 152:11 | 151:4 |
| 153:2,8,11,12,17 | 31:21 32:9,14 | 153:11 154:3,13 | **words**  12:14 |
| 153:25,25 154:6 | 34:2,9 36:21 | 156:4,23 157:11 | 44:2,2 64:7 |
| 154:19,21 155:9 | 40:2 41:7 42:5 | 158:8,22 160:12 | 111:20 112:5 |
| 155:15,21 | 42:24 43:15,22 | 162:23 163:2 | 126:2 146:3 |
| **wednesday** | 44:20,22 45:20 | 165:1,2,23 | 241:13 244:3 |
| 246:22 247:1 | 46:19 47:16 | 166:13 167:17 | **work**  11:13 |
| **week**  102:16 | 49:3 51:19 | 169:11 170:1,15 | 13:11 14:20 |
| 104:4,18 224:5,6 | 53:14 55:2 | 172:8 173:15,25 | 19:6,11,24 |
| 228:17 | 57:19 59:24,25 | 174:10,20 176:7 | 173:25 188:8 |
| **weeks**  105:6 | 61:13 65:3,8 | 176:14 177:14 | 212:14,17 |
| 112:1 | 66:21,24 67:18 | 179:18 186:2,8 | 214:23 |
| **weird**  77:25 78:2 | 69:1 72:24 | 186:17 187:23 | **worked**  15:13 |
| **welcome**  31:23 | 75:13 76:3,15 | 188:16,25 | 20:4 |
| 192:3 | 77:2,18,18 79:4 | 189:11 190:13 | **working**  20:5,7 |
| **went**  149:8 | 79:20 80:16,24 | 191:8 194:13 | 20:13 27:6 50:8 |
| 161:8 185:11 | 82:5,16 83:6 | 196:2,21 202:22 | 57:7 64:17 94:4 |
| 193:21 | 85:5,20 86:12 | 205:15 206:16 | 104:19 120:6 |
| **west**  12:8,8 | 87:23 88:18 | 207:12 209:19 | 136:16 149:4,5 |
| **whatnot**  71:19 | 91:16 93:17 | 210:24 216:12 | 171:8 180:5 |
| 112:1 | 97:12,15 98:3 | 217:19 222:10 | 186:19 |
| **whatsoever** | 99:12 101:23 | 226:2 227:24 | **works**  95:12 |
| 61:17 | 103:8,9 105:10 | 228:9 235:9 | 109:9 122:6 |
| **whereof**  248:18 | 106:8,17 108:19 | 241:17 242:14 | 136:19 214:19 |
| **window**  206:11 | 110:21 111:18 | 242:18,25 243:3 | 214:21 |
| **wish**  100:3 | 112:24 113:16 | 244:18 245:15 | **world**  223:20 |
| 128:22 142:1 | 114:10 115:2 | 248:12,18 | **worries**  151:16 |
| 172:23 206:21 | 117:7 118:20 | 249:14,17 250:2 | **worry**  145:4 |
| **withdrawing** | 119:2,16 120:16 | 250:5 | **worrying**  141:25 |
| 185:14 | 122:10 123:2 | **witnesses**  35:4 | 141:25 |
| **withheld**  40:21 | 124:9 125:10,25 | 38:25 39:1 | **wrap**  199:12 |
| **withholding** | 127:1,7,18 129:8 | 187:19 193:2 | **wright**  3:16 9:16 |
| 31:6 | 130:12,17 133:2 | 194:9 | 109:22,23 |

Veritext Legal Solutions
866 299-5127

Case 4:20-cv-03664-YGR   Document 750-7   Filed 09/16/22   Page 306 of 308
CONFIDENTIAL

**[writing - zwiebacks]**

**writing**  49:10
104:9 113:1
**writings**  12:20
**written**  63:6
184:20 232:10
**wrong**  59:7
92:19 144:19
201:3 231:4
**wrote**  38:18 63:6
63:7 64:15
79:17 80:12
233:14
**www**  154:23
155:1

**x**

**x**  40:7 123:18,25
124:4,13,22,24
125:13,18
126:14 132:5
133:8 134:16,23
135:19,21,23,25
136:9 139:12
174:23 223:7
**xx**  250:9

**y**

**y**  40:7
**yanchunis**  3:6
9:22
**yeah**  10:19 12:1
13:9 14:17
27:12 30:13
34:22 36:4 37:5
37:5,7 42:18
55:23 56:22
59:4,4,4 69:22
70:8 72:17,17,17
77:1 81:8 82:18

84:3,6,6,6,22,22
84:22 87:11
91:19 95:20
96:20 99:10
101:5,16 102:4
103:6 107:2,2,9
107:15 112:12
117:22 118:8,24
126:10 127:3
130:18 131:4,11
136:22 138:8,10
139:19 140:24
143:5,10,24
150:3 155:4
161:5,10 162:13
163:2 165:17
167:10 174:8
189:20 212:12
217:25 218:7
219:2 225:19
228:3,6 244:5,6
244:14
**years**  20:3 47:24
50:2,7 56:6 94:5
111:14 112:20
113:20 114:13
116:2 120:6
**yep**  69:11
**yesterday**  12:19
**ygi**  8:21
**ygr**  1:10 2:10
**yolo**  2:17 248:3
**york**  3:24,24 4:8
4:8 155:15
204:15 206:22
218:24 238:14
238:16,18

**youtube**  235:23

**z**

**z**  40:7
**zero**  245:11,16
**zervas**  16:9,13
17:1,6
**zip**  12:5
**zoom**  1:15 3:4,11
4:4,13 10:21
11:11
**zwieback**  132:8
132:13,21
133:16,20 134:7
134:15
**zwiebacks**  133:6
133:6

Page 55

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.