# EXHIBIT 1

# Redacted Version of Document Sought to be Sealed

Chasom Brown, et al. v. Google LLC
Case No. 5:20-cv-03664-LHK-SVK
Google Privilege Log 004

*=Google Legal Department or Law Firm representing Google

| # | Bates Number | Title | Creation Date | Document Date | E-Mail From / Author / Custodian | Recipients | Description | Privilege Assertion | Redacted |
|---|---|---|---|---|---|---|---|---|---|
| 7478 | | | 6/22/18 20:40 | 8/25/21 6:24 | Suneeti Shah Vakharia* <suneeti@google.com> | | Presentation containing and reflecting legal advice of Keith Enright* regarding regulatory issues. | Attorney Client Communication | |
| 7479 | | | 12/11/19 2 59 | 9/14/21 20:42 | chrisliao@google.com | | Memorandum reflecting legal advice of Jessica Gan Lee* regarding policy compliance. | Attorney Client Communication | |
| 7480 | | | 4/27/21 23:26 | 11/23/21 17:31 | sadhya@google.com | | Presentation reflecting legal advice of Jessica Gan Lee* regarding policy compliance. | Attorney Client Communication | |
| 7481 | | | 8/5/21 7:37 | 10/26/21 2:11 | sadhya@google.com | | Presentation reflecting legal advice of counsel regarding regulatory issues. | Attorney Client Communication | |
| 7482 | | | 2/9/21 20:13 | 12/17/21 4:07 | jkearns@google.com | | Draft memorandum containing and reflecting legal advice of Amit Chibber* regarding policy compliance. | Attorney Client Communication | |
| 7483 | | | 2/2/21 16 02 | 12/22/21 20:11 | martinluka@google.com | | Notes seeking and containing legal advice of Jessica Gan Lee* regarding policy compliance. | Attorney Client Communication | |
| 7484 | | | 9/15/21 22:03 | 9/15/21 22:03 | tina.zhuo@slaughterandmay.com* | | Memorandum prepared at the direction and reflecting legal advice of Will DeVries* regarding regulatory issues prepared in connection with regulatory investigation. | Attorney Client Communication; Attorney Work Product | |
| 7485 | | | 10/11/21 17:36 | 12/23/21 0:47 | cmini@google.com | | Spreadsheet containing and reflecting legal advice of Rochelle Woods* regarding privacy issues. | Attorney Client Communication | |
| 7486 | | | 10/22/20 3:46 | 12/22/21 19:31 | martinluka@google.com | | Notes containing and reflecting legal advice of Jessica Gan Lee* regarding policy compliance. | Attorney Client Communication | |
| 7487 | | | 5/9/19 13:00 | 9/16/21 16:45 | Suneeti Shah Vakharia* <suneeti@google.com> | | Memorandum reflecting legal advice of counsel regarding regulatory issues. | Attorney Client Communication | |
| 7488 | GOOG-BRWN-00844473 | | 5/1/19 0 55 | 10/4/21 21:06 | chrisliao@google.com | | Notes reflecting legal advice of counsel regarding policy compliance. | Attorney Client Communication | Redacted |
| 7489 | | | 1/6/21 18 50 | 12/14/21 23:03 | ninai@google.com | | Memorandum containing and reflecting legal advice of Jessica Gan Lee* regarding policy compliance. | Attorney Client Communication | |
| 7490 | GOOG-BRWN-00844862 | | 2/10/21 23 09 | 11/30/21 20:12 | conroylee@google.com | | Memorandum seeking and reflecting legal advice of Will Howard* regarding privacy issues. | Attorney Client Communication | Redacted |
| 7491 | | | 12/4/20 20:03 | 12/2/21 17:21 | bertleung@google.com | | Notes seeking and reflecting legal advice of Zander Dryer* regarding policy compliance. | Attorney Client Communication | |
| 7492 | GOOG-BRWN-00843879 | | 12/18/19 18:37 | 10/3/21 3:15 | chrisliao@google.com | | Draft memorandum reflecting legal advice of Chelsea Tanaka* regarding potential patents. | Attorney Client Communication | Redacted |
| 7493 | GOOG-BRWN-00844063 | | 5/2/19 11:22 | 10/7/21 7:59 | dullweber@google.com | | Memorandum seeking legal advice of counsel regarding privacy | Attorney Client Communication | Redacted |
| 7494 | | | 9/6/19 17:43 | 12/1/21 15:58 | tianxia@google.com | | Draft memorandum seeking and containing legal advice of Uchechi Chima-okreke* regarding policy compliance. | Attorney Client Communication | |

| # | Bates Number | Title | Creation Date | Document Date | E-Mail From / Author / Custodian | Recipients | Description | Privilege Assertion | Redacted |
|---|---|---|---|---|---|---|---|---|---|
| 7495 | | | 7/10/20 16:04 | 11/10/21 16:30 | newberry@google.com | | Memorandum reflecting legal advice of Will DeVries* regarding regulatory issues. | Attorney Client Communication | |
| 7496 | | | 11/4/21 16 07 | 12/17/21 4:05 | cmini@google.com | | Presentation containing and reflecting legal advice of Amit Chibber* regarding policy compliance. | Attorney Client Communication | |
| 7497 | GOOG-BRWN-00845347 | | | 8/12/21 20:06 | antonio sweet <antoniosweet@google.com> | shannon ernst <shannonernst@google.com>; aylin altiok <altiok@google.com>; Christina Greenberg* <cgreenberg@google.com>; mary ioannidis <mcmi@google.com>; cynthia baltodano <cbaltodano@google.com>; bert leung <bertleung@google.com>; lin kuang <lkuang@google.com> | Email seeking legal advice of counsel regarding policy compliance. | Attorney Client Communication | Redacted |
| 7498 | | | 8/11/21 20:47 | 9/10/21 11:53 | Shared drive (unavailable) | | Presentation containing and reflecting legal advice of Struan Robertson* regarding regulatory issues. | Attorney Client Communication | |
| 7499 | | | 9/23/20 23:07 | 2/12/21 0:05 | danielyee@google.com | | Spreadsheet seeking legal advice of Will DeVries* regarding policy compliance. | Attorney Client Communication | |
| 7500 | | | 12/20/21 19 37 | 12/28/21 18:43 | xiaoyong@google.com | | Memorandum containing and reflecting legal advice of Will Howard* regarding policy compliance. | Attorney Client Communication | |
| 7501 | | | 10/5/21 22:30 | 12/29/21 0:18 | pawelmatkowski@google.com | | Draft memorandum seeking and reflecting legal advice of Brian Kennedy* regarding policy compliance. | Attorney Client Communication | |
| 7502 | GOOG-BRWN-00844717 | | 3/31/21 18:45 | 10/12/21 17:43 | jcma@google.com | | Memorandum reflecting legal advice of counsel regarding policy compliance. | Attorney Client Communication | Redacted |
| 7503 | | | 6/7/17 22:54 | 8/18/21 12:28 | saurabhm@google.com | | Draft memorandum reflecting legal advice of counsel regarding privacy issues. | Attorney Client Communication | |
| 7504 | | | 9/8/21 21 32 | 12/15/21 5:14 | cmcollada@google.com | | Draft presentation reflecting legal advice of Amit Chibber* regarding privacy issues. | Attorney Client Communication | |
| 7505 | | | 9/16/21 17:21 | 9/16/21 17:22 | marguerite.deladroitiere%freget-glaser.fr@gtempaccount.com* | | Memorandum containing and reflecting legal advice of Ted Lazarus* regarding regulatory issues prepared in connection with regulatory investigation. | Attorney Client Communication; Attorney Work Product | |
| 7506 | | | 12/4/19 18:20 | 12/15/21 20:03 | amirkadri@google.com | | Notes containing and reflecting legal advice of Zander Dryer* regarding privacy issues. | Attorney Client Communication | |
| 7507 | | | 1/15/21 1:15 | 10/8/21 17:45 | junchenz@google.com | | Draft memorandum reflecting legal advice of counsel regarding regulatory issues. | Attorney Client Communication | |
| 7508 | GOOG-BRWN-00844763 | | 12/26/19 14:23 | 12/14/21 21:01 | kleber@google com | | Draft memorandum seeking and containing legal advice of Struan Robertson* regarding policy compliance. | Attorney Client Communication | Redacted |
| 7509 | | | 10/7/21 4 22 | 10/19/21 17:39 | diogomarques@google.com | | Draft memorandum containing and reflecting legal advice of Leslie Liu* regarding privacy issues. | Attorney Client Communication | |
| 7510 | | | 11/29/21 22:46 | 12/10/21 15:59 | jskakkebaek@google com | | Presentation reflecting legal advice of Ted Lazarus* regarding policy compliance. | Attorney Client Communication | |

| # | Bates Number | Title | Creation Date | Document Date | E-Mail From / Author / Custodian | Recipients | Description | Privilege Assertion | Redacted |
|---|---|---|---|---|---|---|---|---|---|
| 7511 | | | 3/9/21 1 01 | 12/13/21 19:26 | arta@google.com | | Draft memorandum reflecting legal advice of counsel regarding privacy issues. | Attorney Client Communication | |
| 7512 | GOOG-BRWN-00845367 | | | 8/11/21 20:55 | lin kuang <lkuang@google.com> | shannon ernst <shannonernst@google.com>; Christina Greenberg* <cgreenberg@google com>; daryl seah <darylseah@google.com>; andy you <youziyin@google.com>; frank kim <kimfrank@google com>; aadc-unauth-eng <aadc-unauth-eng@google com>; bert leung <bertleung@google.com>; brad abrams <bma@google.com>; kevin luu <kevinluu@google.com>; ji hun kim <jihunkim@google.com>; robert banz <banz@google.com>; michael itz <mitz@google.com>; mary ioannidis <mcmi@google.com>; eric liu <ericliu@google com>; flex wang <flexwang@google.com>; cynthia baltodano <cbaltodano@google.com>; andrew lewis <ajl@google.com>; ye zhou <yezhou@google.com>; che williams <chewilliams@google.com>; antonio sweet <antoniosweet@google.com> | Email seeking and containing legal advice of counsel regarding policy compliance. | Attorney Client Communication | Redacted |
| 7513 | | | 1/29/19 17 29 | 12/23/21 15:47 | martinluka@google.com | | Notes containing and reflecting legal advice of Sara Walsh* regarding policy compliance. | Attorney Client Communication | |
| 7514 | | | 7/28/21 20:58 | 12/14/21 21:21 | cmini@google.com | | Memorandum reflecting legal advice of counsel regarding privacy issues. | Attorney Client Communication | |
| 7515 | GOOG-BRWN-00844774 | | 1/14/21 17:45 | 12/20/21 21:00 | bertleung@google.com | | Notes reflecting legal advice of counsel regarding policy compliance. | Attorney Client Communication | Redacted |
| 7516 | | | 3/9/21 18 38 | 12/21/21 14:35 | klio@google com | | Presentation reflecting legal advice of Jessica Gan Lee* regarding regulatory issues. | Attorney Client Communication | |
| 7517 | | | | 12/13/21 19:00 | bert leung <bertleung@google.com> | Matt Kellogg* <mkellogg@google.com>; nate schneider <nateschneider@google com>; chris liao <chrisliao@google.com>; ian ekblaw <ianekblaw@google.com>; amin charaniya <acharaniya@google.com>; christophe combette <ccombette@google.com>; florian uunk <feuunk@google.com>; christina ilvento <cilvento@google.com>; martin ≈°rv°mek <msramek@google.com>; chandan giri <chandangiri@google.com>; Matt Gubiotti* <gubiotti@google.com>; ankur lahoti <alahoti@google com> | Email prepared at the direction and reflecting legal advice of counsel regarding regulatory issues prepared in connection with regulatory investigation. | Attorney Client Communication; Attorney Work Product | |
| 7518 | | | | 1/7/21 21:24 | discovery-dots-noreply@google com | Matt Gubiotti* <gubiotti@google.com>; bertleung@google.com | Email seeking and containing legal advice of counsel regarding legal dispute prepared in connection with litigation. | Attorney Client Communication; Attorney Work Product | |
| 7519 | | | 9/21/21 21 06 | 11/10/21 5:37 | Shared drive (unavailable) | | Draft presentation containing and reflecting legal advice of Will DeVries* regarding privacy issues. | Attorney Client Communication | |
| 7520 | GOOG-BRWN-00843890 | | 10/23/20 16:54 | 7/9/21 17:14 | chrisliao@google.com | | Presentation reflecting legal advice of counsel regarding privacy | Attorney Client Communication | Redacted |

| # | Bates Number | Title | Creation Date | Document Date | E-Mail From / Author / Custodian | Recipients | Description | Privilege Assertion | Redacted |
|---|---|---|---|---|---|---|---|---|---|
| 7521 | | | 7/22/19 22:53 | 11/30/21 22:27 | sschmieg@google.com | | Draft memorandum containing and reflecting legal advice of Brian Kennedy* regarding privacy issues. | Attorney Client Communication | |
| 7522 | | | 5/19/20 21:10 | 11/1/21 22:32 | ccchoi@google.com | | Draft presentation containing and reflecting legal advice of Zander Dryer* regarding regulatory issues. | Attorney Client Communication | |
| 7523 | GOOG-BRWN-00844945 | | 4/20/21 19:43 | 12/2/21 19:46 | eobrain@google.com | | Memorandum seeking legal advice of Amit Chibber* regarding privacy issues. | Attorney Client Communication | Redacted |
| 7524 | | | 5/19/21 19:14 | 11/24/21 0:28 | cmcollada@google.com | | Draft memorandum containing and reflecting legal advice of Dave Price* regarding privacy issues. | Attorney Client Communication | |
| 7525 | | | 9/22/21 22:49 | 11/3/21 17:05 | maayanh@google.com | | Memorandum containing and reflecting legal advice of Zander Dryer* regarding policy | Attorney Client Communication | |
| 7526 | | | 9/14/21 16:01 | 12/23/21 12:31 | martinluka@google.com | | Notes reflecting legal advice of counsel regarding policy compliance. | Attorney Client Communication | |
| 7527 | | | 6/7/21 21:21 | 12/22/21 21:41 | sadhya@google.com | | Draft memorandum containing and reflecting legal advice of Rochelle Woods* regarding policy compliance. | Attorney Client Communication | |
| 7528 | | | 6/15/20 17:19 | 12/21/21 21:27 | kalambur@google.com | | Draft memorandum containing and reflecting legal advice of Zander Dryer* regarding policy | Attorney Client Communication | |
| 7529 | GOOG-BRWN-00845379 | | | 8/11/21 2:29 | frank kim <kimfrank@google.com> | shannon ernst <shannonernst@google.com>; daryl seah <darylseah@google.com>; andy you <youziyin@google.com>; aadc-unauth-eng <aadc-unauth-eng@google.com>; bert leung <bertleung@google.com>; kevin luu <kevinluu@google.com>; ji hun kim <jihunkim@google.com>; lin kuang <lkuang@google.com>; robert banz <banz@google.com>; michael itz <mitz@google.com>; mary ioannidis <mcmi@google.com>; eric liu <ericliu@google.com>; flex wang <flexwang@google.com>; cynthia baltodano <cbaltodano@google.com>; ye zhou <yezhou@google.com>; antonio sweet <antoniosweet@google.com> | Email reflecting legal advice of counsel regarding policy compliance. | Attorney Client Communication | Redacted |