1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)  Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com        andrewschapiro@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)       Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com           teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor      191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065               Chicago, IL 60606
5  Telephone: (650) 801-5000              Telephone: (312) 705-7400
   Facsimile: (650) 801-5100              Facsimile: (312) 705-7401
6
7  Stephen A. Broome (CA Bar No. 314605)  Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com         josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)     Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com         tracygao@quinnemanuel.com
9  Crystal Nix-Hines (Bar No. 326971)     Carl Spilly (admitted *pro hac vice*)
   crystalnixhines@quinnemanuel.com       carlspilly@quinnemanuel.com
10 Alyssa G. Olson (CA Bar No. 305705)    1300 I Street NW, Suite 900
   alyolson@quinnemanuel.com              Washington D.C., 20005
11 865 S. Figueroa Street, 10th Floor     Telephone: (202) 538-8000
   Los Angeles, CA 90017                  Facsimile: (202) 538-8100
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13
14 Jomaire Crawford (admitted *pro hac vice*)  Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com            jonathantse@quinnemanuel.com
15 51 Madison Avenue, 22nd Floor               50 California Street, 22nd Floor
   New York, NY 10010                          San Francisco, CA 94111
16 Telephone: (212) 849-7000                   Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                   Facsimile: (415) 875-6700
17
18 *Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: October 11, 2022<br>Time: 2:00 PM |
|---|---|

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Google LLC respectfully brings to the Court's attention a newly issued opinion relevant to Plaintiffs' Motion for Class Certification. *See* Dkt. 609.

The opinion is the Honorable Philip S. Gutierrez's denial of Plaintiff's motion for class certification in *Solis v. American Airlines, Inc.*, No. CV-19-10181PSGAFMX, 2022 WL 4359556, at *1 (C.D. Cal. Sept. 13, 2022). The opinion is attached hereto as **Exhibit A**. This opinion was issued after Google filed its Opposition to Plaintiffs' Motion for Class Certification. *See* Dkt. 665.

DATED: September 23, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*