UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No.  20-cv-03664-YGR   (SVK)<br><br>**REDACTION ORDER**<br><br>Re: Dkt. No. 758 |

       The Court's September 26, 2022 Order on Plaintiffs' Renewed Request to Depose Sundar Pichai (Dkt. 758) has been provisionally filed under seal.  The Parties are ordered to meet and confer and submit joint proposed redactions to the Order, an administrative motion for leave to file under seal, and a proposed order by **October 3, 2022**.  If no proposed redactions are received by 11:59 p.m. on October 3, 2022, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: September 26, 2022

SUSAN VAN KEULEN
United States Magistrate Judge