1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)
   sarajenkins@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
5  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
6

   Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
   Teuta Fani (admitted *pro hac vice*)
   teutafani@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

7  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
9  Crystal Nix-Hines (CA Bar No. 326971)
   crystalnixhines@quinnemanuel.com
10 Alyssa G. Olson (CA Bar No. 305705)
   alyolson@quinnemanuel.com
11 865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   Xi ("Tracy") Gao (CA Bar No. 326266)
   tracygao@quinnemanuel.com
   Carl Spilly (admitted *pro hac vice*)
   carlspilly@quinnemanuel.com
   1300 I Street NW, Suite 900
   Washington D.C., 20005
   Telephone: (202) 538-8000
   Facsimile: (202) 538-8100

14

15 Jomaire Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
16 51 Madison Avenue, 22nd Floor
   New York, NY 10010
17 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

   Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

18

19 *Counsel for Defendant Google LLC*

20        **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
21                **OAKLAND DIVISION**

22 | CHASOM BROWN, et al., individually and on behalf of all similarly situated,, | Case No. 4:20-cv-03664-YGR-SVK |
   |---|---|
23 | Plaintiffs, | **DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 751-2)** |
24 | v. | |
25 | | Referral: Hon. Susan van Keulen, USMJ |
26 | GOOGLE LLC, | |
27 | Defendant. | |
28

Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Document to remove the document submitted as Dkt. No. 751-2, a redacted version of Plaintiffs' Opposition to Google's Motion to Strike filed as an attachment to Declaration of Alyssa G. Olson (Dkt. No. 751). After Dkt. 751-2 was filed, Google discovered that certain information protected by attorney-client/attorney work-product privilege was left unredacted. Upon discovering this error, Google's counsel requested that the inadvertently filed document be temporarily blocked. Google has also filed a corrected, redacted version of Plaintiffs' Response. *See* Dkt. 761-2. Accordingly, Google respectfully requests that Docket No. 751-2 be permanently deleted from the docket.

DATED: September 26, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| 1 | Telephone: (213) 443-3000 |
| 2 | Facsimile: (213) 443-3100 |
| 3 | Jomaire Crawford (admitted pro hac vice) |
|   | jomairecrawford@quinnemanuel.com |
| 4 | 51 Madison Avenue, 22nd Floor |
|   | New York, NY 10010 |
| 5 | Telephone: (212) 849-7000 |
|   | Facsimile: (212) 849-7100 |
| 6 | |
| 7 | Josef Ansorge (admitted pro hac vice) |
|   | josefansorge@quinnemanuel.com |
| 8 | Xi ("Tracy") Gao (CA Bar No. 326266) |
|   | tracygao@quinnemanuel.com |
| 9 | Carl Spilly (admitted *pro hac vice)* |
|   | carlspilly@quinnemanuel.com |
| 10 | 1300 I Street NW, Suite 900 |
|   | Washington D.C., 20005 |
| 11 | Telephone: (202) 538-8000 |
| 12 | Facsimile: (202) 538-8100 |
| 13 | Jonathan Tse (CA Bar No. 305468) |
|   | jonathantse@quinnemanuel.com |
| 14 | 50 California Street, 22nd Floor |
|   | San Francisco, CA 94111 |
| 15 | Telephone: (415) 875-6600 |
| 16 | Facsimile: (415) 875-6700 |
| 17 | *Attorneys for Defendant Google LLC* |