1
2
3
4
5
6
7
8
9
10               UNITED STATES DISTRICT COURT
11       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
12
13  CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,

Case No. 4:20-cv-03664-YGR-SVK

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

14
15      Plaintiffs,
16         v.

Judge: Hon. Yvonne Gonzalez Rogers

17  GOOGLE LLC,
       Defendant.
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Materials Should Be Sealed regarding Plaintiffs' Reply In Support Of Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis, Dkt. 703. ("Motion").  Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis<br><br>Pages 1:4, 1:24-25, 3:14, 7:10-11, 7:13, 7:16, 7:20, 7:23 | Fani Declaration ¶¶ 4-5 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge