# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 11, 2022  **Time:** 2:00 – 4:24  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 20-cv-03664-YGR  **Case Name:** Brown et al v. Google LLC et al

**Attorneys for Plaintiff:** Mark Mao, John Yanchunis, Ryan McGee, James Lee, Jean Martin, Amanda Bonn, Alex Frawley
**Attorneys for Defendant:** Andrew Schapiro, Viola Trebicka, Josef Ansorge, Stephen Broome, Alyssa Olson, Seth Fortenbery

**Deputy Clerk:** Aris Garcia  **Reported by:** Pamela Hebel

## PROCEEDINGS

[609] MOTION to Certify Class, [662] MOTION to Strike Lasinski Opinion, [663] MOTION to Strike Nelson Opinion, [664] MOTION to Strike Schneier Report, [703] MOTION Exclude Portions of Rebuttal Expert Report of Konstantinos Psounis, [705] MOTION to Strike – HELD and Submitted.

**Order to be prepared by:**
( )   Plaintiff   ( )   Defendant   (x)   Court