UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>  Defendant. | Case No. 20-cv-03664-YGR   (SVK) <br><br> **ORDER SETTING STATUS CONFERENCE RE PENDING MOTION FOR FURTHER DISCOVERY SANCTIONS** <br><br> Re: Dkt. No. 656 |

In consideration of Plaintiffs' Motion for Further Discovery Sanctions, the Court intends to issue an Order to Show Cause ("OSC") as to why the Court should not find that the recently disclosed logs contain relevant data that should have been identified and produced during discovery.

Before issuing the OSC, the Court will hold a video status conference on **October 27, 2022 at 10 a.m.**  The Parties should be prepared to discuss the following:

- What is a feasible scope, format, and schedule for a proceeding in response to the OSC?
- What involvement should the Special Master have in such an OSC proceeding?
- How should the costs associated with such an OSC proceeding, including Special Master fees, be allocated?

This will not be a substantive hearing on the merits of the pending motion, and the Parties shall not file any paper in the advance of the status conference.

**SO ORDERED.**

Dated: October 20, 2022

SUSAN VAN KEULEN
United States Magistrate Judge