# [PROPOSED] ORDER GRANTING GOOGLE'S REQUEST TO DELETE DATA

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>vs.<br>GOOGLE LLC,<br>      Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S REQUEST TO DELETE CERTAIN PRE-CLASS PERIOD DATA**<br><br>Referral: Hon. Susan Van. Keulen<br><br>Trial Date: None Set |

|   |   |
|---|---|
| 1 | Before the Court is the parties' joint submission regarding Google's Request to Delete |
| 2 | Certain Pre-Class Period Data. Having considered the parties' joint letter brief and all other |
| 3 | matters properly considered by this Court, the Court GRANTS Google's request and hereby |
| 4 | ORDERS that the Court's July 15, 2022 Order (Dkt. 630 at 2, 8) requiring Google to preserve |
| 5 | seven identified logs permanently is hereby MODIFIED as follows: |
| 6 | Google may delete data prior to June 1, 2016 from the seven logs identified in the Court's |
| 7 | July 15, 2022 order that did not have a retention period as of April 4, 2022, provided it does not |
| 8 | contravene any other provisions of the Court's May 20, 2022 Order (Dkt. 587) or July 15, 2022 |
| 9 | Order (Dkt. 630).  Google may not use the fact that data from prior to the class period from these |
| 10 | seven logs is not available to challenge class certification generally or attestations by individuals |
| 11 | that they are members of the class. |

DATED: October __, 2022

By _____

Hon. Susan Van Keulen, U.S. Magistrate Judge