1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

| | |
|---|---|
| 13    CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated, | Case No. 4:20-cv-03664-YGR-SVK |
| 14 | **[PROPOSED] ORDER GRANTING MOTION TO SEAL** |
| 15        Plaintiffs, | |
| 16            v. | Judge: Hon. Susan van Keulen, USMJ |
| 17    GOOGLE LLC, | |
| 18        Defendant. | |

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Google LLC's Notice of Motion and Motion for Relief Regarding Preservation ("Google's Motion").  Having considered Google's Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Google LLC's Notice of Motion and Motion for Relief Regarding Preservation | GRANTED as to the portions at:<br><br>Pages 1:17-18, i:7-8, i:10, i:11, 1:7, 1:10, 1:12-16, 1:19-23, 1:25-26, 2:12, 2:15, 2:27, 3:10-12, 3:15, 4:5-7, 4:12, 4:27, 5:2-3, 5:5, 5:11-28, 6:3, 6:5, 7:2, 7:4-5, 7:9-10, 7:19, 7:21-22, 7:24-27, 8:4, 8:7, 8:9, 9:1, 9:15, 9:23-25, 10:15-16, 10:18, 11:13 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data logging systems, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Larry Greenfield | GRANTED as to the portions at:<br><br>Pages 1:25-2:1, 2:3-8, 3:7-11, 3:16-27, 4:7-19, 4:22-24, 4:27-28, 5:1-9, 5:12-13, 5:15-16, 5:18, 5:20-21, 5:23-24, 5:26, 5:28-6:1, 6:3-4, 6:6-9, 6:12-17, 6:19-20, 6:22-7:5 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data logging systems, and their proprietary |

| | | |
|---|---|---|
| | | functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Benjamin Kornacki | GRANTED as to the portions at:<br><br>Pages 1:22, 1:26-2:1, 2:3, 2:7, 2:11, 2:13, 2:16, 2:21, 2:26, 2:28-3:8, 3:11-12, 3:14-19 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data logging systems, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices |

| | | relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Declaration of Julian Kranz | GRANTED as to the portions at:<br><br>Pages 1:22-25, 1:28, 2:1, 2:3, 2:5-7 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's data logging systems, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Joshua Halstead | GRANTED as to the portions at:<br><br>Pages 1:18-21, 1:25, 1:27-28, 2:2-3, 2:5-7, 2:9-14 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data sources, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary |

3

| | | |
|---|---|---|
| | | information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Patrick Quaid | GRANTED as to the portions at:<br><br>Pages 1:12, 1:14, 1:16, 1:21-23 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data sources, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

| Declaration of Daryl Seah | GRANTED as to the portions at:<br><br>Pages 2:11-21, 2:24, 3:3 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data logging systems, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| --- | --- | --- |
| Declaration of Srilakshmi Pothana | GRANTED as to the portions at:<br><br>Pages 1:28, 2:1-7, 2:12-15, 2:17, 2:20, 2:22-23 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data logging systems, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls |

| | | within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 1 to Gao Declaration – Aug. 4, 2022 Hearing Tr. Excerpts | GRANTED as to the portions at: Pages 100:2, 100:4, 100:10, 101:21, 103:22, 103:24, 105:11 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 2 to Gao Declaration - 3/18/22 Glenn Berntson Tr. Excerpts | GRANTED as to the portions at: Pages 134:1, 134:12, 134:18-20, 135:1, 135:8-9, 135:12, 136:7 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's |

| | | internal projects, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit 3 to Gao Declaration - GOOG-CABR-03652751 | GRANTED as to the portions at:<br><br>Seal in its entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data logging systems, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of |

| | | cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

**SO ORDERED.**

DATED: _____      _____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE