# DECLARATION OF JOSHUA HALSTEAD ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

# Redacted Version of Document Sought to be Sealed

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 4:20-cv-03664-YGR-SVK |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 4:20-cv-05146-YGR-SVK |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

## DECLARATION OF JOSHUA HALSTEAD

1.    I am a Software Engineer employed by Google LLC. I have been employed at Google since 2015, and I joined the ██ team at the beginning of this year. Recently, I became the lead of the ██ team. In my capacity as Lead of the ██ team, I am responsible for supporting requests for data from ██. As part of my duties, I am familiar with the tools available at Google to access, search, and store data in ██. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2.    I understand the Court issued preservation orders in the above-captioned cases requiring that Google preserve data in GAIA ██, DBL ██, and ZWBK ██, among other data sources. I understand the Court has ordered a daily "sample" preservation of data for 10,000 U.S.-based users in GAIA ██, DBL ██, and ZWBK ██ for the *Calhoun* case, and in GAIA ██ and DBL ██ for the *Brown* case.

3.      To comply with the preservation orders, I, along with three other engineers, have spent at least ███ hours designing, scoping, configuring, implementing, testing, optimizing, debugging, and verifying the data preservation pipelines for GAIA ██ and DBL ██. Once fully implemented, those pipelines will require monitoring, maintenance, and debugging, which I estimate will take at least ████████ hours per week.

4.      As of October 13, 2022, Google is storing approximately ████████ of data in the form of backups of GAIA ██ and DBL ██ in order to meet the Court's requirement to store data back to July 30, 2022. Based on our work on the preservation pipelines so far, I anticipate that the pipelines will store approximately ████████ per day, on average.

5.      We did not implement an ongoing daily sampling pipeline for ZWBK ██ because it is no longer collecting data. There was no data in ZWBK ██ as of July 30, 2022.

6.      We are also preserving four mapping tables that reside in ██. Storing one snapshot of the tables will take approximately ████████, and will grow at the rate of approximately ██ ████████/day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of October 2022 at Mountain View, California.

By: _Joshua Halstead_
DocuSigned by:
6C22618C54504D5

Joshua Halstead