# DECLARATION OF PATRICK QUAID ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

# Redacted Version of Document Sought to be Sealed

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK |

**DECLARATION OF PATRICK QUAID**

1. I am a Senior Software Engineer employed by Google LLC. I have been employed at Google as an engineer since September 2012. I have been the Technical Lead for ▇▇▇ since 2014. In my capacity as Technical Lead, I am ultimately responsible for the design, performance and reliability of ▇▇▇. As part of my duties, I am personally aware of how ▇▇▇ stores and organizes the data, and the tools available to search and filter the data. I also have access to metrics related to ▇▇▇, including statistics related to the volume and size of the data stored. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2. I understand the Court issued preservation orders in the above-captioned case, requiring Google to preserve "all mapping and linking tables."

3. The ▇▇▇ team is preserving certain mapping/linking tables. Storing one snapshot of the tables will take approximately ▇▇▇, and will grow at the rate of approximately ▇▇▇ of storage per day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of October 2022 at New York, New York.

By: *Patrick Quaid*
Patrick Quaid