UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK |

**DECLARATION OF TRACY GAO**

1. I am a member of the bar of the state of California and an associate attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google in this action. I submit this declaration in support of Google LLC's Motion for Relief Regarding Preservation. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the August 4, 2022 Hearing Transcript.

3. Attached hereto as **Exhibit 2** is a true and correct copy of transcript excerpts of the Rule 30(b)(6) deposition of Glenn Berntson, taken on March 18, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Google bearing the Bates number GOOG-CABR-03652751.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the May 3, 2022 Hearing Transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 26th day of October 2022 at Washington, D.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:  /s/ Tracy Gao
     _____
     Xi ("Tracy") Gao