# EXHIBIT 2

# Redacted Version of Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   _____
                                       )
 5   CHASOM BROWN, WILLIAM BYATT,      )CASE NO.:
     JEREMY DAVIS, CHRISTOPHER         )
 6   CASTILLO, and MONIQUE TRUJILLO,   )5:20-cv-03664-
     individually and on behalf of     )LHK-SVK
 7   all other similarly situated,     )
                                       )
 8                  Plaintiffs,        )
                                       )
 9             v.                      )
                                       )
10   GOOGLE, LLC,                      )
                                       )
11                  Defendant.         )
     _____)
12
13
14
15
16          DEPOSITION OF GLENN BERNTSON
17                    VOLUME I
18       REMOTELY IN LOS ANGELES, CALIFORNIA
19             FRIDAY, MARCH 18, 2022
20
21
22
23   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
24                  CSR NO. 14125
25   JOB NO.:       5142481
```

Page 1

```
 1         UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4   _____
                                   )
 5   CHASOM BROWN, WILLIAM BYATT,   )CASE NO.:
     JEREMY DAVIS, CHRISTOPHER      )
 6   CASTILLO, AND MONIQUE TRUJILLO,)5:20-cv-03664-
     INDIVIDUALLY AND ON BEHALF OF  )LHK-SVK
 7   ALL OTHER SIMILARLY SITUATED,  )
                                    )
 8              Plaintiffs,    )
                                    )
 9        v.                    )
                                    )
10   GOOGLE, LLC,                   )
                                    )
11              Defendant.     )
     _____)
12
13
14
15
16   DEPOSITION OF GLENN BERNTSON, VOLUME I
17   TAKEN ON BEHALF OF THE PLAINTIFFS
18   REMOTELY VIA ZOOM VIDEO CONFERENCING, IN
19   LOS ANGELES, CALIFORNIA, BEGINNING AT
20   10:36 A.M. AND ENDING AT 5:01 P.M., ON
21   FRIDAY, MARCH 18, 2022, BEFORE
22   NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
23   REPORTER NUMBER 14125.
24
25
                                              Page 2
```

```
 1             A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF, CHASOM BROWN, WILLIAM BYATT,
     JEREMY DAVIS, CHRISTOPHER CASTILLO, AND MONIQUE
 4   TRUJILLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHER
     SIMILARLY SITUATED:
 5       BOIES SCHILLER FLEXNER
 6       BY:  MARK MAO, ESQ.
         BY:  ERIKA NYBORG-BURCH, ESQ.
 7       44 MONTGOMERY STREET
         41ST FLOOR
 8       SAN FRANCISCO, CALIFORNIA  94104
         (415) 293-6800
 9       MMAO@BSFLLP.COM
10       - AND -
11       SUSMAN GODFREY
         BY:  AMANDA BONN, ESQ.
12       1900 AVENUE OF THE STARS
         SUITE 1400
13       LOS ANGELES, CALIFORNIA  90067
         (310) 789-3131
14       ABONN@SUSMANGODFREY.COM
15
16   FOR THE PLAINTIFFS IN "CALHOUN V GOOGLE":
17       SIMMONS HANLY CONROY
18       BY:  AN TRUONG, ESQ.
19       112 MADISON AVENUE
20       7TH FLOOR
21       NEW YORK, NEW YORK  10016
22       (212) 257-8482
23       ATRUONG@SIMMONSFIRM.COM
24
25   APPEARANCES CONTINUED ON THE FOLLOWING PAGE.
                                              Page 3
```

```
 1             A P P E A R A N C E S
 2
 3   FOR THE DEFENDANTS, GOOGLE, LLC:
 4       QUINN EMANUEL URQUHART AND SULLIVAN
 5       BY:  JOSEF ANSORGE, ESQ.
 6       BY:  TRACEY GAO, ESQ.
 7       300 I STREET NORTHWEST
 8       SUITE 900
 9       WASHINGTON, DC  20005
10       (202) 538-8000
11       JOSEFANSORGE@QUINNEMANUEL.COM
12       TRACYGAO@QUINNEMANUEL.COM
13
14   ALSO PRESENT:
15       JOANN YAGER, VIDEOGRAPHER;
16       TONI BAKER, GOOGLE IN-HOUSE COUNSEL
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
 1                I N D E X
 2
 3   WITNESS                         PAGE
 4   GLENN BERNTSON
 5       EXAMINATION BY MS. BONN       7
 6
 7
 8           E X H I B I T S
 9   EXHIBIT NO.   DESCRIPTION         PAGE
10
11   EXHIBIT 1    OUTLINE OF TOPICS     61
12   EXHIBIT 2    UNIFIED ID LINKAGE DESIGN   99
13   EXHIBIT 3    GOOGLE ANALYTICS DATA   146
14                COLLECTION OVERVIEW
15   EXHIBIT 4    LETTER FROM GOOGLE DATED   155
16                MARCH 17, 2022
17   EXHIBIT 5    UNIFIED ID LINKAGE STORAGE;   158
18                BATES GOOGCABR00399972
19
20
21
22
23
24
25
                                              Page 5
```

2 (Pages 2 - 5)

```
 1    A.  Yeah.  I can tell you what I know,
 2  which is less than the information I know about
 3  PPID.  And I know about PPID because it's one
 4  of the things my team does.
 5         For CRM ID, CRM ID was introduced           14:55:42
 6  after PPID when our buy-side teams realized,
 7  "Oh, PPID, what a good idea."  And we actually
 8  asked our partner to provide us an ID about
 9  users /the primary use case for why PPID --
10  well, there are two primary use cases for PPID.  14:56:07
11  One of them for why it was introduced is that,
12  for publishers who have a direct relationship
13  with the user, they can use that knowledge of a
14  direct relationship with a user to be able to
15  be able to represent the same user across       14:56:24
16  different devices.
17         A good use case would be Spotify.
18  When you use Spotify, even if it's a free
19  account, you're logging in.  You have an
20  identifier.  And if you use Spotify on a phone   14:56:39
21  and you use Spotify on a web browser, Spotify
22  still knows you're the same person.  And so,
23  when they interact with Ad Manager, they can
24  take your e-mail address, hash it, and then
25  share it with Ad Manager.                       14:56:57
                                                    Page 130
```

```
 1         Ad Manager will then -- remember how I
 2  described, we receive the hashed value that we
 3  get from the publisher, we hash it again, and
 4  we store it with a network ID so if the same
 5  publisher is interacting with you on the web    14:57:15
 6  and interacting with you on your phone, we'll
 7  see you as the same person across those devices
 8  for that one publisher with PPID.  And we
 9  designed it that way.
10         CRM ID saw that capability and said,     14:57:34
11  "Wouldn't it be great if we could offer the
12  same capability to advertisers?"  And one of
13  their big use cases was, again, conversions so
14  that they could see the same user and map
15  conversions across different devices.  The      14:57:47
16  difference with CRM ID is that, unlike PPID,
17  where we basically maintain one ID though it's
18  represented differently at different places --
19  client-side versus serving-side, but it's still
20  one ID -- for CRM ID, they do actually map      14:58:11
21  Biscotti to the CRM ID.
22         And as it relates to functionality,
23  it's -- it's really just a different
24  implementation.  I don't know a ton about CRM
25  ID, but again, one of the primary use cases is  14:58:48
                                                    Page 131
```

```
 1  conversions.
 2    Q.  Other than these two -- let's -- I'll
 3  call them signed-in identifiers -- that either
 4  a publisher or an advertiser provides to
 5  Google, PPID and CRM ID, is there any other ID  14:59:13
 6  like that that -- that you can think of, or
 7  those are the two primary ones that are being
 8  used right now?
 9         MR. ANSORGE:  Objection.  Form,
10  compound, and mischaracterizes prior testimony, 14:59:27
11  and vague.
12         THE WITNESS:  Can you reword that?
13  I'm -- I'm not quite sure I understand your
14  question.
15  BY MS. BONN:                                    14:59:38
16    Q.  Yeah.  Let me go back and ask -- let
17  me go back.  Let me go back to CRM ID.
18    A.  Okay.
19    Q.  CRM ID mapped Biscottis, where is that
20  mapping stored, if you know?                    14:59:51
21    A.  To be clear, I -- the term "mapping"
22  versus "linking" are different within Google's
23  vocabulary.  And you're using it in a way that
24  doesn't make sense to me because mapping
25  corresponds to when it's the same ID that's     15:00:12
                                                    Page 132
```

```
 1  just represented using a string client side and
 2  an integer side, but it's still the same ID.
 3  Linking is where you might have multiple
 4  different IDs that are then linked to one other
 5  ID.  So I wouldn't call what CRM ID does as     15:00:32
 6  mapping, really.  It's more of a linking.
 7    Q.  Where would that --
 8    A.  Just to --
 9    Q.  I didn't mean to interrupt, I'm sorry.
10  And I appreciate you clarifying.  It helps us   15:00:50
11  to make sure we're using language in the same
12  way.
13         Where does that linking, between a CRM
14  and a Biscotti, where does that sit within
15  Google?                                         15:01:06
16    A.  The storage of that linkage?  I'm
17  trying to understand your question.
18    Q.  Let's say -- let's say I wanted to
19  know whether a particular CRM ID had a -- had
20  been linked with a Biscotti.  Is there          15:01:31
21  something I could query to find that out?  Is
22  that linkage stored somewhere?
23    A.  I believe the linkage would be stored
24  somewhere.  And given the way our storage
25  mechanisms work, I believe that the storage     15:01:50
                                                    Page 133
```

```
 1  mechanism would be ▓▓▓.  But again, this is
 2  something that's so far away from my technical
 3  knowledge, I would be speculating, sort of,
 4  beyond that.
 5      Q.  And -- and I appreciate that.  And      15:02:11
 6  it's helpful, at any point, if you aren't
 7  certain about something, it's perfectly fine
 8  to -- just to say that.
 9          You said that based on, I think, your
10  more general knowledge, you believe the storage  15:02:24
11  mechanism for the CRM to Biscotti linkage would
12  be in ▓▓▓.
13          What makes you think that?
14      A.  Google is quite careful about where
15  different types of data are stored.  And if you  15:02:41
16  have data keyed via user ID and you're in ads,
17  there is one place you store user-keyed data,
18  and that's ▓▓▓.  The only exceptions to that
19  are two types.  One is ▓▓, and ▓ is basically
20  ▓▓▓.  It's just slightly updated              15:03:07
21  infrastructure that's been tuned to the ads'
22  use cases, and so it can use fewer resources in
23  terms of the way caches are maintained, et
24  cetera, because it's been tuned to a bunch of
25  ads use cases.                                 15:03:23
```
Page 134

```
 1      ▓▓▓ is a generic Google database
 2  that has been designed for storing data
 3  associated with keys.  And it was realized very
 4  early on that, Oh, if we build this in a way
 5  that it's super easy to sort of maintain       15:03:43
 6  security, et cetera, around this, it's like a
 7  perfect, you know, ID storage database.  That's
 8  how ▓▓▓ was designed.  So because that's the
 9  way ▓▓▓ was designed, I'm pretty sure that's
10  where they're storing the data.                15:03:59
11      Q.  And you said there are only two
12  exceptions, and then you mentioned ▓.
13          What was the second exception?
14      A.  The second exception is if you have
15  the whole product that's a consumer-targeted   15:04:10
16  product, you can store user data in the
17  spanner.  And the spanner is Google's general
18  relational database mechanism.  It's the
19  equivalent of, you know, an Oracle database if
20  you're -- if another company is using Oracle,  15:04:34
21  or MySQL, et cetera.  So it's Google's internal
22  relational database, and so Gmail, Maps, et
23  cetera, these consumer products Google
24  supports, a lot of data is keyed off of those
25  user IDs.                                      15:04:57
```
Page 135

```
 1          And so, for those consumer products,
 2  they'll store the data in spanner, but they
 3  have their own protected instances in terms of
 4  the way permissions are granted, et cetera.
 5  But when in ads, because we're really storing  15:05:09
 6  just highly-structured, very specific data
 7  about users, we're just using ▓▓▓.
 8          I'm sorry, go ahead.
 9      Q.  What are some -- can you just give me
10  like an example of the type of consumer target 15:05:23
11  product where they would store it in spanner?
12      A.  Gmail.
13      Q.  Got it.  Okay.  Okay.  I have a
14  question about -- going back to the
15  hypothetical we were talking about earlier,    15:06:07
16  ad -- how an ad is served through Ad Manager.
17          Does Google analytics data inform or
18  play a role in the process of how or what ad is
19  served through Ad Manager?
20      A.  In one very limited use case.         15:06:27
21      Q.  And what is that case?
22      A.  If there is a publisher who has an Ad
23  Manager account, and the same publisher has a
24  Google Analytics account, and within their
25  Google Analytics account, they build user lists 15:06:56
```
Page 136

```
 1  based off of user browsing behavior on their
 2  site -- which is a functionality Google
 3  Analytics supports -- that publisher can choose
 4  to export one or more of these lists of users
 5  that they've created in Google Analytics to Ad  15:07:18
 6  Manager.
 7          And when they do so, this user list
 8  that they've exported from Google Analytics to
 9  Google Ad Manager can be used to target ads in
10  Google Ad Manager, specifically for            15:07:36
11  reservations.
12      Q.  And when you say that this is a
13  limited use case, are you using the word
14  "limited" because it's very specific or because
15  it is not widely implemented?                  15:07:59
16      A.  Kind of both.  The vast majority of Ad
17  Manager publishers don't use this feature.
18  It's a pretty small number of Ad Manager
19  publishers that use the Google Analytics
20  exported user lists.  And to turn it on, you   15:08:24
21  literally have to go through all of these steps
22  to sort of link the accounts and export these
23  lists.  It's a very manual process.
24      Q.  And what about on the conversion side?
25  Is -- does Google Analytics data play a role in 15:08:43
```
Page 137

35 (Pages 134 - 137)

## Page 182

```
 1      MS. BONN:  Great.  Likewise.  Maybe we
 2  can go off the record for the moment.
 3      MR. ANSORGE:  Yeah.  I'm fine with
 4  that.  We can go off the record.  Thanks.
 5      THE VIDEOGRAPHER:  This concludes the    17:01:29
 6  deposition.  We're going off the record at
 7  5:01 p.m.
 8      (Deposition concluded at 5:01 P.M.)
 9             -oOo-
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 183

```
 1  STATE OF CALIFORNIA   )
                         ) SS.
 2  COUNTY OF LOS ANGELES )
 3
 4
 5      I, GLENN BERNTSON, HEREBY CERTIFY UNDER
 6  PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF
 7  CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.
 8      EXECUTED THIS ____ DAY OF _____,
 9  2022, AT _____, CALIFORNIA.
10
11
12
13
14      _____
15         GLENN BERNTSON
16
17
18
19
20
21
22
23
24
25
```

## Page 184

```
 1      CERTIFIED STENOGRAPHER'S CERTIFICATE
 2  STATE OF CALIFORNIA   )
                         ) SS.
 3  COUNTY OF LOS ANGELES )
 4
 5      I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6      I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7  REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8  CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9  REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10  FORCE AND EFFECT.  (BUS. & PROF. § 8016)
11      I AM NOT FINANCIALLY INTERESTED IN THIS
12  ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13  ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14  (CIV. PROC. § 2025.320(A))
15      I AM AUTHORIZED TO ADMINISTER OATHS OR
16  AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17  PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18  EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19  OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,
20  2025.540(A))
21      I AM THE CERTIFIED OFFICER THAT
22  STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23  FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT
24  IS A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV.
25  PROC. § 2025.540(A))
```

## Page 185

```
 1      I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2  ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY
 3  OR THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4  ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES
 5  OR THEIR ATTORNEYS ATTENDING THE PROCEEDING AND
 6  MAKING SAME AVAILABLE AT THE SAME TIME TO ALL
 7  PARTIES OR THEIR ATTORNEYS.  (CIV. PROC §
 8  2025.320(B))
 9      I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
10  CONSISTING OF THE CERTIFIED STENOGRAPHER'S
11  NOTATIONS OR COMMENTS REGARDING THE DEMEANOR OF
12  ANY WITNESS, ATTORNEY, OR PARTY PRESENT AT THE
13  PROCEEDING TO ANY PARTY OR ANY PARTY'S ATTORNEY OR
14  THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
15  ACTION, NOR SHALL I COLLECT ANY PERSONAL
16  IDENTIFYING INFORMATION ABOUT THE WITNESS AS A
17  SERVICE OR PRODUCT TO BE PROVIDED TO ANY PARTY OR
18  THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
19  ACTION.  (CIV. PROC. § 2025.320(C))
20      DATED:  MARCH 23, 2022
21
22
23
24      _____
25      NATALIE PARVIZI-AZAD, CSR NO.14125
```