# EXHIBIT 4

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


CHASOM BROWN, MARIA NGUYEN, AND    )   C-20-03664 YGR
WILLIAM BYATT, INDIVIDUALLY AND    )
ON BEHALF OF ALL SIMILARLY         )   SAN JOSE, CALIFORNIA
SITUATED,                          )
                                   )   MAY 3, 2022
              PLAINTIFF,           )
                                   )   PAGES 1-65
         VS.                       )
                                   )   SEALED PROCEEDINGS
GOOGLE LLC AND ALPHABET INC.,      )
                                   )
              DEFENDANTS.          )
_____)
```

**SEALED TRANSCRIPT OF ZOOM PROCEEDINGS
BEFORE THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE**

A P P E A R A N C E S:

FOR THE PLAINTIFFS:   SUSMAN GODFREY LLP
                      BY:  AMANDA K. BONN
                      1900 AVENUE OF THE STARS, SUITE 1400
                      LOS ANGELES, CALIFORNIA  90067

                      BY:  ALEXANDER P. FRAWLEY
                           RYAN SILA
                      1301 AVENUE OF THE AMERICAS, 32ND FLOOR
                      NEW YORK, NEW YORK  10019

              <u>APPEARANCES CONTINUED ON NEXT PAGE</u>

OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595


          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      APPEARANCES (CONTINUED)

 2      FOR THE PLAINTIFFS:    BOIES SCHILLER FLEXNER LLP
                               BY:  MARK C. MAO
 3                                  BEKO REBLITZ-RICHARDSON
                                    ERIKA B. NYBORG-BURCH
 4                             44 MONTGOMERY STREET, 41ST FLOOR
                               SAN FRANCISCO, CALIFORNIA  94104
 5
                               BY:  ALISON L. ANDERSON
 6                             725 S. FIGUEROA STREET, 31ST FLOOR
                               LOS ANGELES, CALIFORNIA  90017
 7
                               MORGAN & MORGAN
 8                             COMPLEX LITIGATION GROUP
                               BY:  JOHN A. YANCHUNIS
 9                                  RYAN J. MCGEE
                               201 N. FRANKLIN STREET, 7TH FLOOR
10                             TAMPA, FLORIDA  33602

11
                               BY:  MICHAEL F. RAM
12                             711 VAN NESS AVENUE, SUITE 500
                               SAN FRANCISCO, CA 94102
13

14      FOR THE DEFENDANT:     QUINN EMANUEL URQUHART & SULLIVAN
                               BY:  ANDREW H. SCHAPIRO
15                             191 N. WACKER DRIVE, SUITE 2700
                               CHICAGO, ILLINOIS  60606
16

17                             BY:  STEPHEN A. BROOME
                                    VIOLA TREBICKA
18                             865 S. FIGUEROA STREET, 10TH FLOOR
                               LOS ANGELES, CALIFORNIA  90017
19

20                             BY:  JOSEF ANSORGE
                               51 MADISON AVENUE
21                             NEW YORK, NEW YORK  10010

22                             BY: XI GAO
                               1300 I STREET NW, SUITE 900
23                             WASHINGTON, DC 20005

24      ALSO PRESENT:          DOUGLAS BRUSH
                               TIMOTHY SCHMIDT
25                             CHRISTOPHER THOMPSON
                               LILLIAN DAI
```

|   |   |
|---|---|
| 1 | GIVES US A LITTLE TIME FOR SOME Q&A AND QUESTIONS. |
| 2 | I HAVE INVITED BOTH MR. BRUSH AND MR. SCHMIDT TO ASK |
| 3 | QUESTIONS AS COUNSEL ARE PRESENTING IF THERE'S A POINT THAT |
| 4 | THEY WANT CLARIFICATION ON, AND JUST TO SIMPLY LITERALLY RAISE |
| 5 | THEIR PHYSICAL HAND, NOT THEIR ZOOM HAND, BECAUSE I'LL SEE |
| 6 | THAT, AND ASK FOR CLARIFICATION, OR COMMENT IF THERE'S SOME |
| 7 | DISCUSSION POINT THAT WOULD HELP TO INFORM THE SPECIAL MASTER |
| 8 | GOING FORWARD, AND OBVIOUSLY I WILL BE DOING THE SAME.  ALL |
| 9 | RIGHT? |
| 10 | SO WITH THAT, MS. BONN, WHO'S GOT THE LEAD FOR YOUR TEAM |
| 11 | TO GET US STARTED? |
| 12 | MS. BONN:  I DO, YOUR HONOR. |
| 13 | AND IF IT WOULD BE HELPFUL, WHAT WE HAD ANTICIPATED DOING |
| 14 | IS THAT I WOULD GIVE AN OVERVIEW OF PLAINTIFFS' POSITION ON THE |
| 15 | THREE QUESTIONS THAT YOUR HONOR RAISED AND TRY TO KEEP IT TO BE |
| 16 | A PRETTY SUCCINCT OVERVIEW, AND THEN MR. MAO IS PREPARED TO |
| 17 | DISCUSS OUR RESPONSE ON QUESTION 1 IN GREATER DETAIL. |
| 18 | THE COURT:  OKAY. |
| 19 | MS. BONN:  MR. FRAWLEY AND MR. MCGEE ARE PREPARED TO |
| 20 | DISCUSS OUR RESPONSE ON QUESTION 2 IN GREATER DETAIL, AND THEN |
| 21 | I'LL COME BACK ON QUESTION 3. |
| 22 | THE COURT:  ALL RIGHT.  JUST KEEP MY TIMEFRAME IN |
| 23 | MIND, PLEASE. |
| 24 | MS. BONN:  ABSOLUTELY, YOUR HONOR. |
| 25 | THE COURT:  THANK YOU. |

Case 4:20-cv-03664-YGR Document 627 SEALED Filed 10/07/22 Page 5 of 13
Case 4:20-cv-03664-YGR Document 852-12 Filed 10/27/23 Page 5 of 66
SEALED PROCEEDINGS
13

1             MS. BONN: AND I'LL START WITH QUESTION 1, WHICH IS
2     ALSO ONE YOUR HONOR JUST REITERATED, ABOUT HOW DOES THIS RELATE
3     TO CLASS CERTIFICATION? WHAT ARE YOU ASKING FOR AND HOW DOES
4     IT RELATE?
5         AND WHAT I WANT TO PUT INTO CONTEXT, AND MR. MAO WILL
6     EXPLAIN IN GREATER DETAIL, IS THAT GIVEN WHERE WE ARE, I DON'T
7     THINK PLAINTIFFS AFFIRMATIVELY, FOR OUR CLASS CERTIFICATION
8     MOTION, INTEND TO RELY ON SAMPLED DATA OR, FRANKLY, OTHER DATA.
9         I THINK WHERE THIS DATA ISSUE COMES INTO PLAY -- EXCUSE
10    ME -- OTHER DATA THAT GOOGLE HAS NOT PRODUCED.
11        WE DO HAVE EXPERTS WHO RELY ON DATA THAT WAS PRODUCED
12    DURING DISCOVERY.
13        BUT WHERE THIS COMES INTO PLAY, I THINK, IS THAT -- AND
14    THE NINTH CIRCUIT IS CLEAR THAT UNDER BRISENO VERSUS CONAGRA,
15    THERE IS NO ASCERTAINABILITY REQUIREMENT. AND WHAT THE NINTH
16    CIRCUIT SAID IN CONAGRA IS THAT OFTEN IN CLASS ACTIONS, EITHER
17    AFTER A CLASS ACTION SETTLEMENT OR POTENTIALLY AFTER AN
18    AGGREGATED DAMAGE AWARD AND VERDICT, THERE MAY BE A CLAIMS
19    PROCESS IN WHICH CLAIMANTS CAN COME FORWARD AND SUBMIT A CLAIMS
20    FORM UNDER PENALTY OF PERJURY SAYING, YOU KNOW, I HAVE A CLAIM,
21    I THINK I'M A MEMBER OF A CLASS.
22        IN THIS CASE, MARY SMITH COULD COME FORWARD AND SAY, I
23    BROWSED INCOGNITO IN 2018.
24        AND WHAT WE NOW KNOW IS THAT GOOGLE ONCE HAD DATA, AND
25    MR. MAO WILL EXPLAIN IN MORE DETAIL, THAT GOOGLE COULD HAVE

Case 4:20-cv-03664-YGR Document 627-12 Filed 10/07/22 Page 7 of 17
Case 4:20-cv-03664-YGR Document 682-11 Filed 10/27/22 Page 6 of 66
SEALED PROCEEDINGS
14

| | |
|---|---|
| 1 | USED IN ANY SUCH CLAIMS PROCESS TO EITHER VERIFY OR CHALLENGE |
| 2 | ANY SUCH CLAIM THAT IS SUBMITTED IN THAT CLAIMS PROCESS. |
| 3 | BUT WHAT HAS HAPPENED IS THAT THAT DATA, WHICH ONCE |
| 4 | EXISTED, MUCH OF IT HAS ALREADY BEEN DELETED AND IS BEING |
| 5 | DELETED ON AN ONGOING BASIS. |
| 6 | A SAMPLE OF DATA BEING PRESERVED ON A GOING FORWARD BASIS |
| 7 | WOULD NOT ASSIST GOOGLE IN THE EFFORT THEY WISH TO MAKE IN A |
| 8 | CLAIMS PROCESS CHALLENGING CLAIMANTS BECAUSE THE ONLY DATA THAT |
| 9 | WOULD BE PRESERVED ON A GOING FORWARD BASIS IS FOR A SAMPLE OF |
| 10 | 10,000. SO IF A CLAIMANT CAME FORWARD AND THEY WERE NOT IN THE |
| 11 | SAMPLE, AGAIN, GOOGLE WOULD NOT HAVE IN ITS POSSESSION ANY |
| 12 | LONGER THE DATA IT MAY WANT TO EITHER VERIFY OR CHALLENGE THE |
| 13 | CLAIM BEING MADE. |
| 14 | AND ONE OF THE OTHER CRITICAL THINGS WE'VE POINTED OUT IS |
| 15 | THAT AS IT'S ARTICULATED, THE SAMPLING PLAN PROPOSED CALLS FOR |
| 16 | RANDOM SAMPLES OUT OF DISPARATE LOGS, AND BECAUSE THE SAMPLING |
| 17 | ISN'T DONE CONSISTENTLY BY I.P. ADDRESS AND USER AGENT PAIRS |
| 18 | ACROSS LOGS, IT WOULD ALSO ELIMINATE ANY ABILITY THAT MAY HAVE |
| 19 | EXISTED TO LINK UP DATA BETWEEN THE PSEUDONOMIZED OR B LOGS, |
| 20 | UNAUTHENTICATED INCOGNITO LOGS, AND THE AUTHENTICATED PERSONAL |
| 21 | LOGS WHICH WE TALKED ABOUT FAIRLY EXTENSIVELY AT LAST WEEK'S |
| 22 | HEARING. |
| 23 | AND SO OUR POINT ON CLASS CERTIFICATION IS THAT THIS IS |
| 24 | SOMETHING THAT GOOGLE MAY VERY WELL HAVE WANTED TO USE IN THE |
| 25 | CLAIMS PROCESS, BUT THEY HAVE DELETED THAT DATA, AND SAMPLING |

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF ZOOM PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: JUNE 4, 2022