UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR RELIEF REGARDING PRESERVATION**<br><br>Judge: Hon. Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Motion for Relief Regarding Preservation ("Motion for Relief").  Having considered the parties' papers filed in support of and in opposition to the Motion, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

Google's Motion for Relief is **GRANTED**.

DATED: _____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge