**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>vs.<br>GOOGLE LLC,<br>                Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[~~PROPOSED~~] ORDER GRANTING GOOGLE'S REQUEST TO DELETE CERTAIN PRE-CLASS PERIOD DATA**<br><br>Referral: Hon. Susan Van Keulen<br>Trial Date:    None Set |

    Before the Court is the parties' joint submission regarding Google's Request to Delete Certain Pre-Class Period Data. Having considered the parties' joint letter brief and all other matters properly considered by this Court, the Court GRANTS Google's request and hereby ORDERS that the Court's July 15, 2022 Order (Dkt. 630 at 2, 8) requiring Google to preserve seven identified logs permanently is hereby MODIFIED as follows:

    Google may delete data prior to June 1, 2016 from the seven logs identified in the Court's July 15, 2022 order that did not have a retention period as of April 4, 2022, provided it does not contravene any other provisions of the Court's May 20, 2022 Order (Dkt. 587) or July 15, 2022 Order (Dkt. 630). Google may not use the fact that data from prior to the class period from these seven logs is not available to challenge class certification generally or attestations by individuals that they are members of the class.

DATED: October 31, 2022

By _____/s/ Susan van Keulen_____

Hon. Susan Van Keulen, U.S. Magistrate Judge