1
2
3
4
5
6

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

7
8
9
10
11
12
13

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

14
15
16
17

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

18
19

*Counsel for Defendant, Google LLC*

UNITED STATES DISTRICT COURT

20

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

21
22
23
24
25
26
27
28

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S RE-NOTICE OF MOTION FOR RELIEF REGARDING PRESERVATION**<br><br>Referral:     Hon. Susan van Keulen, USMJ<br>Hearing Date:  December 13, 2022<br>Time:        10:00 a.m.<br>Crtrm.:      6 – 4th Floor |

1    **<u>RE-NOTICE OF MOTION FOR RELIEF REGARDING PRESERVATION</u>**

2        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3        PLEASE TAKE NOTICE that Google LLC ("Google") hereby re-notices its October 27,

4    2022 Motion for Relief Regarding Preservation (Dkt. 782), previously noticed for 10:00 am on

5    November 22, 2022, to 10:00 am on December 13, 2022, before the Honorable Susan Van Keulen

6    of the United States District Court, Northern District of California at Courtroom 6 – 4th Floor, 280

7    South 1st Street, San Jose, California.

8

9    DATED:  November 1, 2022            QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
10

11                                        By: _____*/s/ Andrew H. Schapiro*_____
                                              Andrew H. Schapiro (admitted *pro hac vice*)
12                                            andrewschapiro@quinnemanuel.com
                                              Teuta Fani (admitted *pro hac vice*)
13                                            teutafani@quinnemanuel.com
                                              191 N. Wacker Drive, Suite 2700
14                                            Chicago, IL 60606
                                              Telephone: (312) 705-7400
15                                            Facsimile: (312) 705-7401

16
                                              Stephen A. Broome (CA Bar No. 314605)
17                                            stephenbroome@quinnemanuel.com
                                              Viola Trebicka (CA Bar No. 269526)
18                                            violatrebicka@quinnemanuel.com
                                              Crystal Nix-Hines (Bar No. 326971)
19                                            crystalnixhines@quinnemanuel.com
                                              Alyssa G. Olson (CA Bar No. 305705)
20                                            alyolson@quinnemanuel.com
                                              865 S. Figueroa Street, 10th Floor
21                                            Los Angeles, CA 90017
                                              Telephone: (213) 443-3000
22                                            Facsimile: (213) 443-3100

23
                                              Diane M. Doolittle (CA Bar No. 142046)
24                                            dianedoolittle@quinnemanuel.com
                                              Sara Jenkins (CA Bar No. 230097)
25                                            sarajenkins@quinnemanuel.com
                                              555 Twin Dolphin Drive, 5th Floor
26                                            Redwood Shores, CA 94065
                                              Telephone: (650) 801-5000
27

28

1    Facsimile: (650) 801-5100

2    Josef Ansorge (admitted *pro hac vice*)
     josefansorge@quinnemanuel.com
3    Xi ("Tracy") Gao (CA Bar No. 326266)
     tracygao@quinnemanuel.com
4    Carl Spilly (admitted *pro hac vice*)
     carlspilly@quinnemanuel.com
5    1300 I. Street, N.W., Suite 900
     Washington, D.C. 20005
6    Telephone: 202-538-8000
     Facsimile: 202-538-8100
7

8    Jomaire A. Crawford (admitted *pro hac vice*)
     jomairecrawford@quinnemanuel.com
9    51 Madison Avenue, 22nd Floor
     New York, NY 10010
10   Telephone: (212) 849-7000
     Facsimile: (212) 849-7100
11

12   Jonathan Tse (CA Bar No. 305468)
     jonathantse@quinnemanuel.com
13   50 California Street, 22nd Floor
     San Francisco, CA 94111
14   Telephone: (415) 875-6600
     Facsimile: (415) 875-6700
15

16   *Attorneys for Defendant, GOOGLE LLC*

17

18

19

20

21

22

23

24

25

26

27

28