**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR GOOGLE'S PRESERVATION MOTION**<br><br>Judge:   Honorable Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between
2 Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."
3    WHEREAS, on October 27, 2022 Google filed a motion seeking relief from the Court's
4 preservation order (Dkt. 782, "Preservation Motion");
5    WHEREAS, Plaintiffs' response to Google's Preservation Motion is currently due on
6 November 10, 2022;
7    WHEREAS, Google's reply in support of its Preservation Motion is currently due on
8 November 17, 2022;
9    WHEREAS, in the related case *Calhoun v. Google, LLC*, No. 4:20-cv-05146-YGR (N.D.
10 Cal.) ("*Calhoun*"), Google filed a motion seeking similar relief from the Court's preservation order
11 in that case;
12    WHEREAS, in the related case *Calhoun*, the *Calhoun* plaintiffs and Google reached an
13 agreement to modify the briefing schedule for the motion in that case;
14    WHEREAS, in the related case *Calhoun*, the Court adopted the *Calhoun* parties' agreement
15 to modify the briefing schedule for the motion in that case, and set the motion hearing for January
16 10, 2023;
17    WHEREAS, the Parties here have reached agreement on a similar briefing schedule;
18    NOW THEREFORE, the Parties stipulate to the following revised schedule regarding
19 certain discovery and class certification deadlines.
20    1. The deadline for Plaintiffs' Opposition to Google's Preservation Motion is extended
21       from November 10, 2022 to December 1, 2022.
22    2. The deadline for Google's Reply in support of the Preservation Motion is extended from
23       November 17, 2022 to December 15, 2022.
24    3. The hearing for Google's Preservation Motion is continued to January 10, 2023.

DATED: November 9, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORGAN & MORGAN |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ John A. Yanchunis* |
| Andrew H. Schapiro (admitted pro hac vice)<br>andrewschapiro@quinnemanuel.com<br>Teuta Fani (admitted pro hac vice)<br>teutafani@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 | Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695 |
| Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (Bar No. 326971)<br>crystalnixhines@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com<br>Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33130<br>Tel: (305) 539-8400<br>Fax: (305) 539-1304<br><br>William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330 |
| Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | |
| Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100 |
| Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736 |

1  Washington D.C., 20005
   Tel: (202) 538-8000                    Michael F. Ram (CA Bar No. 104805)
2  Fax: (202) 538-8100                    mram@forthepeople.com
                                          MORGAN & MORGAN, P.A.
3  Jonathan Tse (CA Bar No. 305468)       711 Van Ness Avenue, Suite 500
   jonathantse@quinnemanuel.com           San Francisco, CA 94102
4  50 California Street, 22nd Floor       Tel: (415) 358-6913
   San Francisco, CA 94111
5  Tel: (415) 875-6600                    *Attorneys for Plaintiffs*
   Fax: (415) 875-6700
6
   *Attorneys for Defendant Google LLC*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Discovery Statement. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: November 9, 2022                    By  *John A. Yanchunis*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

   Plaintiffs,

   v.

GOOGLE LLC,

   Defendant.

Case No. 5:20-cv-03664-YGR-SVK

**[PROPOSED] ORDER**

Judge:   Honorable Susan van Keulen

Pursuant to stipulation of the Parties, the Court revises the case schedule as follows:

| Scheduled Event | Current Date | New Date |
| --- | --- | --- |
| Plaintiffs' Opposition to Google's Preservation Motion | November 10, 2022 | December 1, 2022 |
| Google's Reply in Support of its Preservation Motion | November 17, 2022 | December 15, 2022 |
| Hearing on Google's Preservation Motion | December 13, 2022 | January 10, 2023 |

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
Hon. Susan van Keulen
United States Magistrate Judge