**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, et al., individually and on behalf of all similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK <br><br> **DECLARATION OF VIOLA TREBICKA REGARDING GOOGLE'S CORRECTION TO ITS MOTION TO STRIKE** <br><br> Referral: Hon. Susan van Keulen, USMJ |

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the state of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On August 16, 2022, Google filed a Motion to Strike an exhibit that Plaintiffs' filed in support of their Administrative Motion requesting sanctions. "Motion to Strike I," Dkt. 693. On September 2, 2022, Google filed a Motion to Strike Plaintiffs' references to a document that Google had clawed back as privileged and a supporting declaration. "Motion to Strike II," Dkt. 733; 733-1. On October 20, 2022, the Court issued an Order regarding Motion to Strike II. Dkt. 777.

3. The Court's October 20 Order states that the Jenkins Declaration filed with Google's Motion to Strike II (Dkt. 733-1) was contradicted by a prior representation made by Google with respect to GOOG-BRWN-00857642, the document that Google had clawed back as privileged. *See* Dkt. 777 at 3, 6.

4. Having reviewed the Court's October 20 Order, Google has realized that a statement in footnote 1 of its Motion to Strike I, Dkt 693, must be revised for clarification. The third sentence of the footnote states, in part "GOOG-BRWN-00857642 originated from Bert Leung's custodial files—which were collected and reviewed in February 2022 pursuant to an agreement between the parties in mid-February 2022 (see Dkt. 406)." This statement about GOOG-BRWN-00857642 is correct, and was made to counter Plaintiffs' claim that the documents at issue in its Administrative Motion for Relief should have all been "produced . . . last year." However, Google acknowledges that when read in conjunction with the preceding sentences in footnote 1 of Dkt. 693, it incorrectly suggests that GOOG-BRWN-00857642 was not withheld for privilege or produced pursuant to the Court's re-review orders.

5. Google has now filed a Corrected Version of Motion to Strike I to revise the language in footnote 1 on page 2.

6. The incorrect suggestion was introduced to the brief during the editing process and was not caught before filing. Google did not (and would not) intentionally seek to mislead the Court

1

Case No. 4:20-cv-3664-YGR-SVK

DECLARATION OF VIOLA TREBICKA REGARDING CORRECTION TO MOTION TO STRIKE

with respect to the status of this document (or in any other way). Further, the original footnote and the corrected footnote stand for the same point: that Google could not have produced GOOG-BRWN-00857642 in 2021. The facts regarding when the document was produced, and that it had originally been withheld as privileged and produced pursuant to the Court's re-review orders, are known by both Plaintiffs and Google. In footnote 1, Google sought to counter Plaintiffs' statement that all 15 documents included in Exhibit A to the Mao declaration: 1) had originally been withheld as privileged; 2) were produced pursuant to the Court's re-review orders; and 3) should have been produced last year.  Google's corrected footnote conveys this same information accurately and Google would have been in no worse position with respect to Motion to Strike I had it originally submitted the corrected footnote instead of the original.

7.  In addition, Google accurately presented this information in its Opposition to Plaintiffs' Motion for Administrative Relief, which was filed on the same day as Google's Motion to Strike I.  Dkt. 692 at 2; n. 2. There, Google represented "But 13 of the 15 cited documents were included on Google's privilege log as of October 27, 2021 (the 'Re-Review Documents'), and the other two were either (i) produced in full long ago or (ii) collected and reviewed at a later date as authorized by the Court."  Dkt. 692 at 2.  Google further noted "GOOG-CABR-04780837.R was produced (with the comment Plaintiffs cite included in the text file provided to Plaintiffs) with the Bates number GOOG-BRWN-00157001 on June 18, 2021, and GOOG-BRWN-00857642 originated from Bert Leung's files collected and reviewed in February 2022 pursuant to the agreement of the parties in mid-February 2022 (Dkt. 406)." *Id*. at 2, n. 2.

8.  As explained above, GOOG-BRWN-00857642 was initially withheld as privileged, as correctly stated in the Jenkins Declaration in Support of Google's Motion to Strike II, Dkt. 733-1. The Jenkins Declaration filed at Dkt. 733-1 is accurate and needs no corrections. Plaintiffs' own prior briefing also confirms the basic facts that this document was initially withheld before being produced with redactions pursuant to the Court's re-review orders, and then clawed back.  Dkt. 745 at 2, 3.

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct.
3  Executed in Los Angeles, California on November 10, 2022.

By  /s/ Viola Trebicka

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*