UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No.  20-cv-03664-YGR   (SVK)<br><br>**ACKNOWLEDGMENT OF RECEIPT OF CORRECTED MOTION TO STRIKE**<br><br>Re: Dkt. No. 793 |

On August 16, 2022, Google filed a motion to strike Exhibit A to the Declaration of Mark Mao filed in support of a motion for administrative relief by Plaintiffs.  Dkt. 693.  Following briefing, the Court ruled on Google's motion to strike on September 26, 2022.  Dkt. 763.  On November 10, 2022, Google filed a corrected version of the motion to strike.  Dkt. 793.  The attorney declaration submitted with the corrected motion to strike states that following the Court's ruling on a different motion, "Google realized that a statement in footnote 1 of its Motion to Strike I, Dkt. 693, must be revised for clarification."  Dkt. 793-1 ¶ 4.  The Court acknowledges receipt of the corrected motion to strike and concludes no further action of the Court or Plaintiffs is required.  The corrected motion to strike at Dkt. 793 is terminated.

**SO ORDERED.**

Dated: November 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge