# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **CHASOM BROWN, ET AL.**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**GOOGLE, LLC**,<br><br>　　　　Defendant. | CASE NO.  20-cv-3664-YGR<br><br>**ORDER RE PENDING MOTIONS TO SEAL** |

Pending before the Court are several administrative motions to seal relating to plaintiffs' pending motion for class certification and the parties' related *Daubert* motions. (*See* Dkt. Nos. 608, 659, 660, 661, 698, 699, 702, 704, 712, 714, 746, 748, 752, and 754.) To address these motions efficiently and expeditiously, and to clean up the Court's docket in the meantime, the Court orders the parties to file a joint chart summarizing the pending administrative motions, as depicted below:

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
|  |  |  |  |

The parties shall file the requested chart by **TUESDAY, NOVEMBER 29, 2022**. Parties shall also submit a word version of the chart to the chambers proposed order email address: ygrpo@cand.uscourts.gov.

This Order terminates Docket Numbers 608, 659, 660, 661, 698, 699, 702, 704, 712, 714, 746, 748, 752, and 754. The Court will issue an omnibus order addressing the sealing motions when it issues its class certification order.

**IT IS SO ORDERED.**

Dated: November 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**