BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel
listed in signature blocks below*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant; additional counsel
listed in signature blocks below*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT CHART IN RESPONSE TO NOVEMBER 16, 2022 ORDER RE PENDING MOTIONS TO SEAL (DKT. 795)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Your Honor's November 16, 2022 Order (Dkt. 795) regarding pending motions to seal, Plaintiffs and Defendant Google LLC ("Google") jointly submit the following chart summarizing the pending administrative motions.

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 608-3) | 2:20, 4:5, 4:18, 15:5, 15:7, 15:11-12, 15:27, 16:1, 16:19, 22:7, 22:26-27, 24:15 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | [PROPOSED] Order Granting Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 608-5) | 5:8, 5:23, 16:8-9, 16:11-12, 16:21-22, 22:21 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Plaintiffs' Trial Plan in Support of Motion for Class Certification (Dkt. 608-4) | 1:11, 1:16, 3:27-28, 10:5-6, 10:18-27, 11:18-19, 11:25, 13:2, 14:6, 15:8-9, 15:17, 15:24-25, 16:19-21, 18:28, 19:1, 19:14, 20:6-7, 21:23-24 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 1 to Mao Decl. (Dkt. 608-13) | GOOG-BRWN-00406065 - GOOG-BRWN-00406069 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 4 to Mao Decl. (Dkt. 608-16) | GOOG-BRWN-00475063 - GOOG-BRWN-00475064, GOOG-BRWN-00475066 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 5 to Mao Decl. (Dkt. 608-17) | GOOG-CABR-00085043 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 9 to Mao Decl. (Dkt. 608-21) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 10 to Mao Decl. (Dkt. 608-22) | GOOG-BRWN-00388295 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 12 to Mao Decl. (Dkt. 608-24) | GOOG-BRWN-00140311 - GOOG-BRWN-00140313, GOOG-BRWN-00140315 - GOOG-BRWN-00140319, GOOG-BRWN-00140323 - GOOG-BRWN-00140325, GOOG-BRWN-00140327 - GOOG-BRWN-00140329 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 14 to Mao Decl. (Dkt. 608-26) | Sealed Entirely | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 18 to Mao Decl. (Dkt. 608-30) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 21 to Mao Decl. (Dkt. 608-33) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 24 to Mao Decl. (Dkt. 608-36) | GOOG-CABR-05766201.R, GOOG-CABR-05766204.R | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 25 to Mao Decl. (Dkt. 608-37) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 26 to Mao Decl. (Dkt. 608-38) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 27 to Mao Decl. (Dkt. 608-39) | Sealed Entirely | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 29 to Mao Decl. (Dkt. 608-41) | GOOG-BRWN-00388295 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 30 to Mao Decl. (Dkt. 608-42) | GOOG-CABR-00501221 - GOOG-CABR-00501222, GOOG-CABR-00501224 - GOOG-CABR-00501225 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 31 to Mao Decl. (Dkt. 608-43) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 32 to Mao Decl. (Dkt. 608-44) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 33 to Mao Decl. (Dkt. 608-45) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 36 to Mao Decl. (Dkt. 608-48) | GOOG-BRWN-00529122 - GOOG-BRWN-00529123 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 37 to Mao Decl. (Dkt. 608-49) | GOOG-BRWN 00176478 - GOOG-BRWN 00176480 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 38 to Mao Decl. (Dkt. 608-50) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 39 to Mao Decl. (Dkt. 608-51) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 44 to Mao Decl. (Dkt. 608-56) | GOOG-CABR-05371009, GOOG-CABR-05371011, PDF page 5 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 46 to Mao Decl. (Dkt. 608-58) | GOOG-BRWN-00047391, GOOG-BRWN-00047395 - GOOG-BRWN-00047398 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 51 to Mao Decl. (Dkt. 608-63) | GOOG-BRWN-00182492 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 53 to Mao Decl. (Dkt. 608-65) | 124:5, 132:15, 133:17, 133:20-25 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 54 to Mao Decl. (Dkt. 608-66) | GOOG-BRWN-00409986 - GOOG-BRWN-00409987 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 55 to Mao Decl. (Dkt. 608-67) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 56 to Mao Decl. (Dkt. 608-68) | GOOG-CABR-05126023 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 57 to Mao Decl. (Dkt. 608-69) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 58 to Mao Decl. (Dkt. 608-70) | GOOG-BRWN-00418249 - GOOG-BRWN-00418250, PDF pages 4-5 | |

Case No. 4:20-cv-03664-YGR-SVK
JOINT CHART IN RESPONSE TO NOVEMBER 16, 2022 ORDER RE PENDING MOTIONS TO SEAL

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 59 to Mao Decl. (Dkt. 608-71) | GOOG-BRWN-00167337, GOOG-BRWN-00167339, PDF pages 6-7 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 60 to Mao Decl. (Dkt. 608-72) | GOOG-CABR-05603788, PDF page 5 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 61 to Mao Decl. (Dkt. 608-73) | GOOG-CABR-05536109 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 62 to Mao Decl. (Dkt. 608-74) | GOOG-CABR-04803103.C - GOOG-CABR-04803104.C | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 64 to Mao Decl. (Dkt. 608-76) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 66 to Mao Decl. (Dkt. 608-78) | GOOG-BRWN-00390418 - GOOG-BRWN-00390419 | |

Case No. 4:20-cv-03664-YGR-SVK
JOINT CHART IN RESPONSE TO NOVEMBER 16, 2022 ORDER RE PENDING MOTIONS TO SEAL

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 67 to Mao Decl. (Dkt. 608-79) | GOOG-BRWN-00410884 - GOOG-BRWN-00410885, PDF pages 4-6 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 71 to Mao Decl. (Dkt. 608-83) | GOOG-CABR-04261880, PDF page 3 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 72 to Mao Decl. (Dkt. 608-84) | GOOG-CABR-03923580 - GOOG-CABR-03923584, PDF page 6 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 73 to Mao Decl. (Dkt. 608-85) | GOOG-CABR-03827263 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 74 to Mao Decl. (Dkt. 608-86) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 75 to Mao Decl. (Dkt. 608-87) | GOOG-CABR-04991831, PDF page 4 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 76 to Mao Decl. (Dkt. 608-88) | GOOG-BRWN-00047344 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 77 to Mao Decl. (Dkt. 608-89) | GOOG-CABR-05269680 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 78 to Mao Decl. (Dkt. 608-90) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 80 to Mao Decl. (Dkt. 608-92) | GOOG-BRWN-00042404, GOOG-BRWN-00042408, GOOG-BRWN-00042410 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 81 to Mao Decl. (Dkt. 608-93) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 83 to Mao Decl. (Dkt. 608-95) | Sealed Entirely | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 84 to Mao Decl. (Dkt. 608-96) | Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 86 to Mao Decl. (Dkt. 608-98) | 2:14, 2:20, 2:24-26, 2:28, 3:1, 3:3-10, 3:12-23, 3:27-28, 4:1-4, 6:1, 6:3-4, 6:6, 6:8-11, 6:13-27, 7:1, 7:3-9, 7:11-26, 8:1-13, 8:15-18, Supplemental Declaration of Martin Sramek in Response to May 20, 2022 Order | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 4/15/22 Hochman Expert Report and Appendices (Dkt. 608-12) | 9, 36, 44-46, 51-56, 59, 61, 63-71, 73-76, 82, 86-91, 93-96, 98-108, 110-112, 115-126, 128-132, 134, 136-137, 139, 142, 145, 150, 152-154  Appendix A: 3-4, 15, 19  Appendix D: 1-5  Appendix E: Sealed Entirely  Appendix F: 2-10  Appendix G: 1-6, 8-13  Appendix H: 1-30  Appendix I: Sealed Entirely  Exhibit C: Sealed Entirely  Exhibit E: Sealed Entirely | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 6/7/22 Hochman Rebuttal Report and Appendices (Dkt. 608-11) | 8-18, 20-23, 26, 28, 30-31, 33, 35-37, 40, 42-44, 48-50, 66-67, 69, 71-74<br><br>Appendix A: Sealed Entirely<br><br>Appendix B: Sealed Entirely<br><br>Appendix C: Sealed Entirely<br><br>Appendix D: Sealed Entirely<br><br>Appendix E: Sealed Entirely<br><br>Appendix F: Sealed Entirely<br><br>Appendix G: Sealed Entirely<br><br>Appendix H: Sealed Entirely<br><br>Appendix I: Sealed Entirely<br><br>Appendix J: Sealed Entirely<br><br>Appendix K: Sealed Entirely | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 5/20/22 Keegan Rebuttal Report and Appendices (Dkt. 608-10) | 59, 61<br><br>Exhibit 8:<br>Keegan_Exhibits_81,<br>Keegan_Exhibits_83 -<br>Keegan_Exhibits_87 | |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 4/22/22 Lasinski Expert Report and Appendices (Dkt. 608-9) | TOC, 1-2, 7, 9-16, 18-59, 65-67, 73-78, 80-82<br><br>PDF Pages (Schedules): 107-178, 180-184, 186-188, 190, 192, 196, 199-203, 205-214, 216-230, 232, 235-239, 241-297 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 4/15/22 Schneier Expert Report and Appendices (Dkt. 608-7) | 25, 57-59, 73-75, 80, 83, 87, 89-91, 93, 96-97 | |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 6/7/22 Schneier Rebuttal Report and Appendices (Dkt. 608-6) | 11-14, 21-25 | |
| **Google**<br>Dkt. 659 (Google's Admin Motion to Seal) | Google LLC's Opposition to Plaintiffs' Motion for Class Certification (Dkt. 659-3) | 4:8, 4:10, 4:11-12, 4:19, 5:1-2, 5:4-7, 5:13, 8:5, 8:10, 8:18, 9:13, 22:28 | |
| **Google**<br>Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 36 to Broome Decl. (Dkt. 659-4) | 116:10 | |
| **Google**<br>Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 41 to Broome Decl. (Dkt. 659-4) | 75:24, 76:5, 76:9, 76:25, 77:7, 77:16-19, 77:22 | |
| **Google**<br>Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 44 to Broome Decl. (Dkt. 659-4) | Sealed Entirely | |
| **Google**<br>Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 45 to Broome Decl. (Dkt. 659-4) | Sealed Entirely | |
| **Google**<br>Dkt. 659 (Google's Admin Motion to Seal) | Declaration of Josef Ansorge In Support of Google's Opposition to Plaintiffs' Motion for Class Certification (Dkt. 659-5) | 1:22, 2:17, 3:10, 3:12, 3:16, 3:19-20, 3:22 | |

Case No. 4:20-cv-03664-YGR-SVK

JOINT CHART IN RESPONSE TO NOVEMBER 16, 2022 ORDER RE PENDING MOTIONS TO SEAL

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to Ansorge Decl. (Dkt. 659-5) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Declaration of Jonathan McPhie Regarding Google Disclosures (Dkt. 659-6) | 16:15, 16:18, 16:25, 23:10, 23:14, 25:8, 26:11-12, 29:3, 29:5-14, 32:5, 32:22, 33:10 | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 2 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 3 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 6 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 9 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 10 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 12 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 13 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 15 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |

Case No. 4:20-cv-03664-YGR-SVK
JOINT CHART IN RESPONSE TO NOVEMBER 16, 2022 ORDER RE PENDING MOTIONS TO SEAL

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 17 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Declaration of Glenn Berntson Regarding Google Ad Manager (Dkt. 659-7) | 19-21 | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Declaration of George Levitte (Dkt. 659-8) | 4:23, 4:25-26, 4:28-5:2, 5:7-9, 5:11-12, 5:13-15 | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to On Amir Decl. (Dkt. 659-9) | 2-4, 24-28, 30-35, 41-42, Exhibits 1-13 | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 2 to On Amir Decl. (Dkt. 659-9) | 3-4, 9, 25-29, 31-33, 42, 45-47, 49, 54, 57-58 | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 3 to On Amir Decl. (Dkt. 659-9) | 13-14, 16-17, 19-25, Exhibit 1.a, Exhibit 1.b | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to Psounis Decl. (Dkt. 659-10) | 3-4, 22-24,31-32, 38-43, 50-53, 58-59, 65-66, 73, 78, 87-89, 94-95, 105, 107-108, 110-112, 114, 117, 175-184, 187-190 | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to Schwartz Decl. (Dkt. 659-11) | 35-37, 39-41 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to Strombom Decl. (Dkt. 659-12) | i, ii, 1, 3-6, 16-17, 19, 21, 27, 31-37, 39, 41, 44-48, 51-56, 60, 62, 64-76, 78, 80-82, 84-90, 94-96, 98-102, 104-112<br><br>Exhibit 2:1-4<br><br>Exhibit 5-10.C: Sealed Entirely<br><br>Appendix B - Page 1 | |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 2 to Zervas Decl. (Dkt. 659-13) | 9, 53 | |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Google LLC's Notice of Motion and Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski (Dkt. 661-3) | 4:4, 4:5, 7:22, 7:25, 7:28, 8:3, 8:7-8, 8:10, 8:14, 8:19-20, 8:23-24, 9:8, 9:11, 9:14, 9:28, 10:3-4, 10:7, 11:26, 20:10, 20:19, 20:21, 20:28 | |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 1 to Trebicka Decl. (Dkt. 661-3) | 52:18, 52:20, 53:2-3, 53:5, 53:20, 54:22, 55:1, 147:23, 148:5, 149:5-7, 161:14, 161:22, 163:9-10, 170:7, 170:9, 170:11-12, 171:13, 171:16, 172:4-5, 173:11, 173:13, 173:15, 174:5, 174:18-19, 174:21-23, 174:25, 175:3-6, 175:9, 175:12, 177:8, 177:18-19, 177:22-23, 178:3, 178:7, 178:9-10, 178:13, 179:12, 182:9, 188:13, 189:4, 189:6, 189:22, 189:24, 190:5, 191:25, 192:15, 192:23, 193:2, 193:11, 193:13, 193:23, 194:5, 194:11, 195:8, 195:12, 195:22, 196:17, 196:19, 196:21-23, 197:10, Word Index Pages 1-3, 8, 10-11, 28, 52 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 2 to Trebicka Decl. (Dkt. 661-3) | i, ii, 1, 3-6, 16-17, 19, 21, 27, 31-39, 40-48, 51-56, 60, 62, 64-76, 78, 80-82, 84-90, 94-96, 98-102, 104-112  Exhibit 5-10.C: Sealed Entirely  Appendix B - Page 1 | |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 4 to Trebicka Decl. (Dkt. 661-3) | Sealed Entirely | |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 5 to Trebicka Decl. (Dkt. 661-3) | Sealed Entirely | |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 7 to Trebicka Decl. (Dkt. 661-3) | 574:14-19 | |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Notice of Motion and Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier (Dkt. 661-4) | 7:2-4 | |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Response to Google's Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski (Dkt. 700) | 8:12, 11:7–8, 13:3, 13:8–11, 13:19, 14:5, 14:12, 15:22, 16:4, 16:6, 16:17, 16:20 | |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 3 to the Lee Decl (Dkt. 698-3) | 264:25–265:4 | |

Case No. 4:20-cv-03664-YGR-SVK

JOINT CHART IN RESPONSE TO NOVEMBER 16, 2022 ORDER RE PENDING MOTIONS TO SEAL

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 4 to the Lee Decl (Dkt. 698-4) | Sealed Entirely | |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 6 to the Lee Decl (Dkt. 698-6) | Sealed Entirely | |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 8 to the Lee Decl (Dkt. 698-8) | 92:22, 94:1, 113:2, 113:8, 113:23, 114:2, 114:10, 114:16, 114:21, 114:23, 115:6–7, 115:16, 115:23-24, 116:8, 116:21, 117:4, 117:18, 117:23, 118:5, 118:13, 118:22, 119:12 | |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 9 to the Lee Decl (Dkt. 698-9) | GOOG-CABR-04010129, GOOG-CABR-04010132 | |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 10 to the Lee Decl (Dkt. 698-10) | GOOG-BRWN-00230425 - GOOG-BRWN-00230426 | |
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Opposition to Google's Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier (Dkt. 699-2) | 6: 6, 11:22-24, 16: 15-17 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 1 to Frawley Decl (Dkt. 699-3) | Sealed Entirely | |
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 3 to Frawley Decl (Dkt. 699-5) | GOOG-CABR-00111419 | |
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 4 to Frawley Decl (Dkt. 699-6) | Sealed Entirely | |
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 9 to Frawley Decl (Dkt. 699-11) | GOOG-CABR-00501221 - GOOG-CABR-00501222, GOOG-CABR-00501224-GOOG-CABR-00501225 | |
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Notice of Motion and Motion to Exclude Portions of the Rebuttal Expert Report of Kostantinos Psounis (Dkt. 702-1) | 2:19, 3:1, 3:13, 3:17, 3:24, 4:9, 5:23, 6:3-4, 6:18-19, 7:1-7, 8:4, 9:6, 9:9, 9:11, 10:5, 12:4, 12:17, 14:10 | |
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Declaration of Mark Mao In Support of Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Kostantinos Psounis (Dkt. 702-2) | 2:9, 2:14-15, 2:18 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit A to Mao Decl. (Dkt. 702-3) | Sealed Entirely | |
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit B to Mao Decl. (Dkt. 702-4) | 59:17, 59:21, 59:25, 60:7, 60:14, 60:19, 61:5, 61:17, 63:4-5, 134, 22-23, 135:19, 135:21, 135:23, 135:25, 136:9, 157:15, 157:23-158:1, 158:3, 158:11, 158:18, 158:23, 159:7, 159:17, 159:23-24, 161:15, 161:17, 161:22-23, 161:25, 162:2, 162:13, 164:3, 164:6, 166:10, 166:22, 167:10, 167:18, 167:21, 167:25, 168:8-9, 168:21, 169:6, 169:8, 169:12, 169:17, 169:19, 169:23, 170:2, 170:4, 170:10, 170:22, 171:15, 171:17, 171:20, 171:23, 189:7, 189:22, 190:9, 190:21, 190:23, 191:4, 191:20, 191:23, 192:2, 192:18, 213:14-15, 216:4, 216:8-9, 230:9, 237:14-15, Index pgs. 20, 21, 51, 52 | |
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | [Proposed] Order Granting Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis (Dkt. 702-5) | 2:15, 2:17 | |

19

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 704 (Plaintiffs' Motion to Seal); Dkt. 743 (Gao Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Notice of Motion and Motion to Strike Non-Retained Expert Declarations For Whom Google Provided No Expert Report (Dkt. 704-2) | 10:21, 11:9, 11:11-12, 11:14, 11:16 | |
| **Google** Dkt. 704 (Plaintiffs' Motion to Seal); Dkt. 743 (Gao Declaration In Support of Plaintiffs' Motion to Seal) | Declaration of Alexander Frawley in Support of Plaintiffs' Motion to Strike Non-Retained Employee-Expert Declarations for Whom Google Provided No Expert Report (Dkt. 704-4) | 2:8 | |
| **Google** Dkt. 704 (Plaintiffs' Motion to Seal); Dkt. 743 (Gao Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 11 to Frawley Decl. (Dkt. 704-10) | 71:18, 71:23-25 | |
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Reply In Support Of Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 712-1) | 7:27, 8:12-13, 12:2 | |
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 92 to Mao Decl. (Dkt. 712-2) | 205:23-25, 207:18-19, 295:11-15, 295:17-20, 295:25-296:3, 296:16-21, 312:21, 312:23, 313:7-9, 313:20-22, 314:1-4, 314:8-11, 314:20-23, 315:22-23, 316:7-8, 316:16-17, 316:20-21, 316:23, 317:6-8, 317:12-14, 317:24-318:1, 318:11-13, 318:19-20, 319:9-11, 319:22-24, 320:7-8, 320:11-12, 324:16, 324:21-22, 325:7-8, 325:18, 325:20-22 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 93 to Mao Decl. (Dkt. 712-3) | 6:24, 62:11, 62:16, 127:21, 128:5, 128:11-12, 128:14-17, 128:21-22, 129:18, 134:22, 180:22-23, 180:25-181:1, 181:3, 181:7, 181:13, 181:18, 181:22, Word Index Pages: 4, 6, 22, 25 | |
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 95 to Mao Decl. (Dkt. 712-5) | 99:8-13, 181:24-25, 182:12-13, 183:3, 183:12, 184:18-24, 185:11-13, 186:19-24, 188:4-8, 188:12-16, 190:22, 191:1-4, 191:6-8, 191:10, 191:19-20, 191:24, 192:1-3, 192:5-9, 202:21-24, 204:3-6, 208:16-17, 208:25-209:2, 209:6-7, 210:24-25, 212:12-13, 212:20-22, 213:9-10, 213:23, 214:3-4, 214:11-12, 214:18-20, 239:23, 241:13-14, 241:17, 242:9, 242:14, 264:25-265:4, 266:22, 266:25-267:1, 267:9-13, 267:15, 267:18-19, 267:22-23, 268:1-2, 268:8, 268:13-14, 268:25-269:1, 269:4, 269:6-7, 269:15, 269:18, 269:21, 270:3-4, 270:10-11, 270:22-23, 271:4-8, 272:12, 273:22-23, 274:4-7, 274:9-11, 274:20-21, 275:14-16, 275:19-21, 275:24-25, 288:21, 289:19, 290:8-10, 290:19, 290:21, 291:3-4, 291:9-10, 290:14, 290:19, 293:24, 299:22-300:3, 301:17-19, 302:1-3 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 97 to Mao Decl. (Dkt. 712-7) | Sealed Entirely | |
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 98 to Mao Decl. (Dkt. 712-8) | 59:17, 59:21, 59:25, 60:7, 60:14, 60:19, 61:5, 61:17, 63:4-5, 134:22-23, 135:19, 135:21, 135:23, 135:25, 136:9, 157:15, 157:23-158:1, 158:3, 158:11, 158:18, 158:23, 159:23-24, 161:18-19, 161:21-23, 162:18, 166:10, 166:22, 167:10, 167:18, 213:14-15, 216:4, 216:8-9, Index pgs. 20, 21, 51, 52 | |
| **Google** Dkt. 714 (Google's Admin Motion to Seal) | Google LLC's Reply In Support of Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski (Dkt. 714-3) | 4:8, 8:27, 9:20-21, 9:24, 10:5, 10:12-13, 10:15-16 | |
| **Google** Dkt. 714 (Google's Admin Motion to Seal) | Exhibit 9 to Trebicka Decl. (Dkt. 714-4) | 113:21 | |
| **Google** Dkt. 746 (Google's Admin Motion to Seal) | Google's Opposition to Plaintiffs' Motion to Strike Non-Retained Expert Declarations for Whom Google Provided No Expert Report (Dkt. 746-3) | 12:12-14, 13:26-27 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 746 (Google's Admin Motion to Seal) | Exhibit 3 Schapiro Decl. (Dkt. 746-4) | 4:12, 4:18, 4:21, 121:9-11, 121:13-21, 122:10-24, 123:1-4, 123:10-11, 123:13-14, 123:16, 123:18, 123:20, 124:1, 124:3, 124:9-12, 124:23, 125:6-7, 125:10, 125:18, 390:1-2, 390:15, 390:20 395:24, 396:14 | |
| **Google** Dkt. 748 (Google's Admin Motion to Seal) | Google's Opposition to Plaintiffs' Motion to Exclude Portions of the Rebuttal Report of Konstantinos Psounis (Dkt. 748-3) | 1:25, 2:17-18, 4:3, 5:14, 6:9, 9:4, 9:28, 13:9, 13:12 | |
| **Google** Dkt. 748 (Google's Admin Motion to Seal) | Exhibit 1 to Ansorge Decl. (Dkt. 784-4) | 474:11-14, 474:16, 474:18, 474:22, 475:6 | |
| **Google** Dkt. 748 (Google's Admin Motion to Seal) | Exhibit 2 to Ansorge Decl. (Dkt. 784-5) | 9:22 | |
| **Google** Dkt. 748 (Google's Admin Motion to Seal) | Exhibit 3 to Ansorge Decl. (Dkt. 784-6) | 92:11-12, 93:7, 93:9, 116:10 | |
| **Google** Dkt. 752 (Plaintiffs' Motion to Seal); Dkt. 764 (Fortenbery Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Reply In Support of Motion to Strike Non-Retained Expert Declarations For Whom Google Provided No Expert Report (Dkt. 752-1) | 8:10, 8:13, 8:17 | |
| **Google** Dkt. 754 (Plaintiffs' Motion to Seal); Dkt. 767 (Fani Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis (Dkt. 754-1) | 1:4, 1:24-25, 3:14, 7:10-11, 7:13, 7:16, 7:20, 7:23 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs** Dkt. 608 (Plaintiffs' Motion to Seal) | 4/15/22 Hochman Expert Report and Exhibits and Appendices (Dkt. 608-12) | Paragraphs 88-90, 116, 174-78, 224-25, 234, 236, 243, 246-47 | |
| | | Appendix B: Paragraphs 11-13, 18-23, and the entirety from pages 17-36 | |
| | | Appendix G: Paragraphs 7-8, 24, 26 | |
| | | Appendix H: Portions of Table of Contents (H.1 through H.6), Paragraphs 1-41 | |
| | | Appendix I: Sealed Entirely | |
| | | Exhibit B: Sealed Entirely | |
| | | Exhibit C: Sealed Entirely | |
| | | Exhibit D: Sealed Entirely | |
| | | Exhibit E: Sealed Entirely | |
| | | Exhibit F: Sealed Entirely | |

Case No. 4:20-cv-03664-YGR-SVK

JOINT CHART IN RESPONSE TO NOVEMBER 16, 2022 ORDER RE PENDING MOTIONS TO SEAL

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs** Dkt. 608 (Plaintiffs' Motion to Seal) | 6/7/22 Hochman Rebuttal Report and Exhibits and Appendices (Dkt. 608-11) | Paragraphs 22-23, 30, 38-47, 67-69<br><br>Exhibit A: Sealed Entirely<br><br>Exhibit B: Sealed Entirely<br><br>Appendix A: Sealed Entirely<br><br>Appendix B: Sealed Entirely<br><br>Appendix C: Sealed Entirely<br><br>Appendix D: Sealed Entirely<br><br>Appendix E: Sealed Entirely<br><br>Appendix F: Sealed Entirely<br><br>Appendix G: Sealed Entirely<br><br>Appendix H: Sealed Entirely<br><br>Appendix I: Sealed Entirely<br><br>Appendix J: Sealed Entirely | |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff Chasom Brown's Verified Amended Objections and Responses to Defendant's Interrogatories 1,4, and 5 (Dkt. 660-3) (Exhibit 10 to Broome Declaration) | 3:6,11; 4:10-16; 5:10-16; 6:5-11 | |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff William Byatt's Verified Amended Objections and Responses to Defendant's Interrogatories 1,4, and 5 (Dkt. 660-4) (Exhibit 11 to Broome Declaration) | 3:6; 4:10-17; 5:10-14; 6:3-8 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff Christopher Castillo's Verified Amended Objections and Responses to Defendant's Interrogatories 1,4, and 5 (Dkt. 660-5) (Exhibit 12 to Broome Declaration) | 3:6; 4:10-19; 5:12-18; 6:7-15 | |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff Jeremy Davis Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5 (Dkt. 660-6) (Exhibit 13 to Broome Declaration) | 3:7; 4:10-18; 5:15; 6:10 | |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Sets of Interrogatories (Dkt. 660-7) (Exhibit 14 to Broome Declaration) | 2:12; 3:13-20; 5:12-18; 6:11-16 | |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff William Byatt's Objections and Responses to Defendant's Fourth Set of Interrogatories (Dkt. 660-8) (Exhibit 16 to Broome Declaration) | 3:16-21 | |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff William Byatt's Objections and Responses to Defendant's Third Set of Requests for Admission (Dkt. 660-9) (Exhibit 21 to Broome Declaration) | 6:9-14 | |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Deposition Excerpts of William Byatt (Dkt. 660-10) (Exhibit 25 to Broome Declaration) | 10:7-8 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs**<br>Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Declaration of Jonathan McPhie Regarding Google Disclosures (Dkt. 660-11) | 22:21, 22:23, 22:25, 23:2, 23:4, 23:6 | |

1

2
DATED:  November 29, 2022

3
QUINN EMANUEL URQUHART &                    BOIES SCHILLER FLEXNER LLP
SULLIVAN, LLP                                             _/s/   Mark C. Mao_____

4
   _/s/   Andrew H. Schapiro_____              Mark C. Mao (CA Bar No. 236165)
Andrew H. Schapiro (admitted pro hac vice)    mmao@bsfllp.com

5
andrewschapiro@quinnemanuel.com           Sean Phillips Rodriguez (CA Bar No.262437)
Joseph Margolies (admitted pro hac vice)       srodriguez@bsfllp.com

6
josephmargolies@quinnemanuel.com          Beko Reblitz-Richardson (CA Bar No.238027)
Teuta Fani (admitted pro hac vice)                brichardson@bsfllp.com

7
teutafani@quinnemanuel.com                      44 Montgomery Street, 41st Floor

8
191 N. Wacker Drive, Suite 2700                  San Francisco, CA 94104
Chicago, IL 60606                                      Tel: (415) 293 6858

9
Tel: (312) 705-7400                                    Fax: (415) 999 9695
Fax: (312) 705-7401

10
                                                             James W. Lee (*pro hac vice*)

11
Diane M. Doolittle (CA Bar No. 142046)       jlee@bsfllp.com
dianedoolittle@quinnemanuel.com             Rossana Baeza (*pro hac vice*)

12
Sara Jenkins (CA Bar No. 230097)               rbaeza@bsfllp.com
sarajenkins@quinnemanuel.com                 100 SE 2nd Street, Suite 2800

13
555 Twin Dolphin Drive, 5th Floor               Miami, FL 33130
Redwood Shores, CA 94065                       Tel: (305) 539-8400

14
Telephone: (650) 801-5000                         Fax: (305) 539-1304
Facsimile: (650) 801-5100

15
                                                             William Christopher Carmody (*pro hacvice*)

16
Stephen A. Broome (CA Bar No. 314605)       bcarmody@susmangodfrey.com
stephenbroome@quinnemanuel.com             Shawn J. Rabin (*pro hac vice*)

17
Viola Trebicka (CA Bar No. 269526)              srabin@susmangodfrey.com
violatrebicka@quinnemanuel.com               Steven Shepard (*pro hac vice*)

18
Crystal Nix-Hines (CA Bar No. 326971)          sshepard@susmangodfrey.com

19
crystalnixhines@quinnemanuel.com            Alexander P. Frawley (*pro hac vice*)
Alyssa G. Olson (CA Bar No. 305705)            afrawley@susmangodfrey.com

20
alyolson@quinnemanuel.com                     SUSMAN GODFREY L.L.P.
Marie Hayrapetian (CA Bar No. 315797)         1301 Avenue of the Americas, 32nd Floor

21
mariehayrapetian@quinnemanuel.com          New York, NY 10019
865 S. Figueroa Street, 10th Floor                Tel: (212) 336-8330

22
Los Angeles, CA 90017

23
Telephone: (213) 443-3000                         Amanda Bonn (CA Bar No. 270891)
Facsimile: (213) 443-3100                           abonn@susmangodfrey.com

24
                                                             SUSMAN GODFREY L.L.P.
                                                             1900 Avenue of the Stars, Suite 1400

25
Jomaire A. Crawford (admitted pro hac vice)   Los Angeles, CA 90067
jomairecrawford@quinnemanuel.com           Tel: (310) 789-3100

26
51 Madison Avenue, 22nd Floor
New York, NY 10010

27
Telephone: (212) 849-7000                         John A. Yanchunis (*pro hac vice*)
Facsimile: (212) 849-7100                           jyanchunis@forthepeople.com

28

1    Josef Ansorge (admitted pro hac vice)              Ryan J. McGee (*pro hac vice*)
     josefansorge@quinnemanuel.com                      rmcgee@forthepeople.com
2    Xi ("Tracy") Gao (CA Bar No. 326266)               MORGAN & MORGAN, P.A.
     tracygao@quinnemanuel.com                          201 N Franklin Street, 7th Floor
3    Carl Spilly (admitted pro hac vice)                Tampa, FL 33602
     carlspilly@quinnemanuel.com                        Tel: (813) 223-5505
4    1300 I Street NW, Suite 900                        Fax: (813) 222-4736
5    Washington D.C., 20005
     Telephone: (202) 538-8000                          Michael F. Ram (CA Bar No. 104805)
6    Facsimile: (202) 538-8100                          mram@forthepeople.com
                                                        MORGAN & MORGAN, P.A.
7    Jonathan Tse (CA Bar No. 305468)                   711 Van Ness Avenue, Suite 500
8    jonathantse@quinnemanuel.com                       San Francisco, CA 94102
     50 California Street, 22nd Floor                   Tel: (415) 358-6913
9    San Francisco, CA 94111
     Telephone: (415) 875-6600
10   Facsimile: (415) 875-6700

11   Attorneys for Defendant                            Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ATTESTATION OF CONCURRENCE</u>**

2       I am the ECF user whose ID and password are being used to file this Joint Submission.

3  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has

4  concurred in the filing of this document.

5

6  Dated:  November 29, 2022        By:   */s/ Andrew H. Schapiro*

7                              Andrew H. Schapiro

8                             *Counsel on behalf of Google LLC*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28