# DECLARATION OF MATTHEW HARREN ISO GOOGLE LLC'S RESPONSE TO THE COURT'S 10/27/22 ORDER TO SHOW CAUSE (DKT. 784)

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK |

**DECLARATION OF MATTHEW HARREN**

I, Matthew Harren, declare as follows:

1. I am a ▆▆▆▆▆ Logs Technical Lead at Google. I have been employed at Google since July 2007 and in my current position since November 2017. In my current role, I oversee security and privacy infrastructure for Google's tens of thousands of ▆▆▆▆▆ logs, including how to delete and manage access to the data. The ▆▆▆▆▆ logging infrastructure is used by every product area at Google, to measure how our systems are performing, debug problems, and study aggregate usage.

2. I make this declaration based on personal knowledge and, if called to testify, I could and would competently testify to such facts.

3. In May 2022, I began working on an investigation to identify logs that contain fields for boolean bits called "is_chrome_incognito", "is_chrome_non_incognito_mode", and "maybe_chrome_incognito_do_not_use_without_consulting_legal_and_ads_identity_team" (collectively, the "Incognito-detection bits").

4. Prior to working on this investigation, I was not aware of the Incognito-detection bits.

5. The investigation team was aware that certain ▆▆▆▆▆ logs contained fields for the Incognito-detection bits, and wanted my assistance to determine whether other ▆▆▆▆▆ logs might

1  also contain those fields. It is likely that the Incognito-detection bits would exist in ▮▮▮▮ logs,
2  rather than other types of logs, because ▮▮▮▮ is the primary data store for collecting server logs
3  of consumer-facing products. In my experience, fields that might be used for aggregate
4  measurement—such as the Incognito-detection bits—are usually stored in ▮▮▮▮ logs.

5       6.    There is no tool to search complete lists of fields in ▮▮▮▮ logs. There are over
6  ▮▮▮▮ logs, each containing many populated fields—▮▮▮▮. Conducting
7  a complete search of fields in these logs would have been extremely expensive and time-consuming.
8  To my knowledge, no such search has ever been conducted.

9       7.    To attempt to fulfill the investigation team's request, I offered instead to write a
10 custom script to query a tabular database operated by the ▮▮▮▮ team called
11 ▮▮▮▮.

12      8.    The ▮▮▮▮ table contains statistical information about fields in
13 certain ▮▮▮▮ logs, based on small samples of data from those logs. Specifically, a dedicated
14 processing job scans a random sample of approximately ▮▮▮▮ of ▮▮▮▮ log traffic each day,
15 and populates the ▮▮▮▮ database with basic information (*e.g.*, log location and
16 size) about the fields contained in that sample. The ▮▮▮▮ table is not, nor is it
17 designed to be, a comprehensive or fully accurate list of fields in ▮▮▮▮ logs. For example, it will
18 not contain any data about fields that were not populated in the ▮▮▮▮ of sampled data, including
19 whether those fields are present in a given log

20      9.    The primary use case for the ▮▮▮▮ table is to ▮▮▮▮
21 ▮▮▮▮
22 ▮▮▮▮. It is not intended to be complete enough to make definitive statements about the
23 contents of a given log. Nonetheless, I considered it a useful tool for the confirmatory analysis I
24 performed for this investigation.

25      10.    The ▮▮▮▮ table is used only by a limited number of engineers.
26 Most engineers using ▮▮▮▮ would not need to use this table, and may not be aware of it.

27      11.    The custom script I wrote to assist the investigation team queried
28 ▮▮▮▮ to return a list of ▮▮▮▮ logs in the last ▮▮▮▮ of data populated to

1 | that database (*i.e.*, a random ▇▇▇ sample of ▇▇▇ log traffic over the past ▇▇▇) that
2 | contained fields for the Incognito-detection bits.

3   12. I provided the results of the script to the investigation team.

5  I declare under penalty of perjury that the foregoing is true and correct.

6  Executed on the 29 day of November 2022 at Sunnyvale, California.

By: *Matthew Harren*
   Matthew Harren