# DECLARATION OF VINEET KAHLON ISO GOOGLE LLC'S RESPONSE TO THE COURT'S 10/27/22 ORDER TO SHOW CAUSE (DKT. 784)

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK |

**DECLARATION OF VINEET KAHLON**

1. I am a Senior Staff Software Engineer and a team lead for Google's Controls, Privacy, and Regulation team. I have also worked on Google's Ad Manager Serving team for more than two years, and I have worked on Google's Sell-Side Quality Team for more than eight years. In these roles, I am one of the lead engineers for Google's ▇▇▇ project, and I regularly work with ▇▇▇ logs in the course of my day-to-day responsibilities. I have been employed at Google since April of 2014. I make this declaration of my own personal, firsthand knowledge, and if called as a witness, I could and would testify competently thereto.

2. I understand that Google served a declaration of Martin Šrámek in the above-captioned litigation on June 14, 2022, which identified among other logs, the following ▇▇▇ logs that contain the "maybe_chrome_incognito" bit:

- ▇▇▇
- ▇▇▇
- ▇▇▇

3. The ▇▇▇ has a corresponding p-log version: ▇▇▇ ▇▇▇, which also contains the "maybe_chrome_incognito" bit.

4. ▇▇▇ is also referred to by the code name "Turtledove" within Google. ▇▇▇ ▇▇▇. Attached hereto

Case No. 4:20-cv-3664-YGR-SVK
DECLARATION OF VINEET KAHLON

as Exhibits A, B, and C are documents that I understand have been produced in the above-captioned litigation with the Bates numbers GOOG-CABR-04430230, GOOG-CABR-04416113, and GOOG-CABR-04737037, respectively. I am familiar with these documents and helped prepare them in the course of my day-to-day work at Google. Exhibits A through C describe the proposed ▮▮▮▮▮▮ framework in detail. Extensive documentation regarding Google's proposed Turtledove framework is also publicly available at https://github.com/WICG/turtledove. "TurtleDove is [a] proposal for remarketing & custom cross-site audience cohort without 3-p cookies from Chrome." Ex. A at -232. TurtleDove is "an API for allowing ads targeted at an advertiser-created audience, to replace targeting a campaign at a list of cookies." Ex. B at -113. If TurtleDove were implemented, "[t]he fact that a particular person is in the target audience [would] only [be] known to that person's browser, and a person c[ould] only be added to an audience by running javascript code in their browser." *Id.* In lieu of cookies, "[s]howing ads to the people in the audience would involve ad tech adopting a new in-browser auction." *Id*.

5. A ▮▮▮▮▮ log is an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮ logs take the underlying information from ▮▮▮▮▮▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and then write information with different ad spec information that would be used if ▮▮▮▮▮ were implemented (*i.e.*, if the TurtleDove API and ad tech changes discussed in Exhibit B were used in lieu of cookies). These logs are used to evaluate how certain ad serving features would behave if the ▮▮▮▮▮ framework were in place. This type of analysis is typical of the scientific method, as it involves comparing data from ▮▮▮▮▮▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the "control group") with the ▮▮▮▮▮ logs (the "experimental group").

6. These ▮▮▮▮▮ logs do not record any further action from the user (*e.g.*, views, interactions, or clicks) that is not already recorded in the corresponding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ logs. Thus, the only event-level browsing data in these ▮▮▮▮▮ logs (including the "maybe_chrome_incognito" field) is duplicated directly from the ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ logs. The information recorded in these ▮▮▮▮▮ logs that is in addition to the information recorded in the ▮▮▮▮▮▮▮▮▮▮▮▮▮ or ▮▮▮▮▮

1 ▮▮▮▮▮▮▮▮▮▮ logs relates to a given ▮▮▮▮ experiment. This additional information
2 consists of the experimental framework information referenced above in paragraphs 4 and 5, which
3 is provided by the Google team or teams responsible for a given experiment. None of the additional
4 information recorded in these ▮▮▮▮ logs reflects actual user information.

5    7. Before being contacted by counsel for purposes of this declaration, I was not aware
6 of the "maybe_chrome_incognito" bit or any other bit that purports to estimate Chrome Incognito
7 status. The maybe_chrome_incognito bit is recorded in the ▮▮▮▮ logs identified in paragraphs
8 2 and 3 above only because the ▮▮▮▮ logs take wholesale the fields from the ▮▮▮▮ logs.
9 As such, when the maybe_chrome_incognito bit was added to the ▮▮▮▮▮▮▮▮ or
10 ▮▮▮▮▮▮▮▮▮▮▮ logs previously identified by Google, it was copied to each of the
11 ▮▮▮▮ logs identified in paragraphs 2 and 3 above.

12    8. The ▮▮▮▮ logs identified in paragraphs 2 and 3 above have not been used to
13 perform analysis specifically directed at Incognito browsing.

15 I declare under penalty of perjury that the foregoing is true and correct.
16 Executed on the 30th day of November 2022 at Princeton, New Jersey.

By: *Vineet Kahlon* (DocuSigned)
Vineet Kahlon