# DECLARATION OF MACIEJ KUZNIAR ISO GOOGLE LLC'S RESPONSE TO THE COURT'S 10/27/22 ORDER TO SHOW CAUSE (DKT. 784)

# Redacted Version of Document Sought to be Sealed

1

**UNITED STATES DISTRICT COURT**

2

**NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION**

3

4   CHASOM BROWN, et al., individually and
    on behalf of all similarly situated,

5

6            Plaintiffs,                         Case No. 4:20-cv-03664-YGR-SVK

7            vs.

8   GOOGLE LLC,

9            Defendant.

10

11          **DECLARATION OF MACIEJ KUZNIAR**

12          1.      I am a Google Software engineer and a team lead for Google's ███ Quality

13   team. I have served in this capacity for more than three years. I have been a Google employee for

14   more than six years. I make this declaration of my own personal, firsthand knowledge, and if called

15   as a witness, I could and would testify competently thereto.

16          2.      I understand that Google served a declaration of Martin Šrámek in the above-

17   captioned litigation on June 14, 2022, which identified, among other logs, the following ███

18   log that contains the "is_chrome_non_incognito_mode" bit:

19          •   ████████████████████████

20          3.      I am familiar with the log identified in paragraph 2 because I was involved in

21   designing and evaluating this log.

22          4.      Log ██████████████ is designed to be a replacement for

23   ████████████████, which gets logged from a different part of Google's

24   infrastructure for convenience purposes. It is intended to serve the same purpose as

25   ████████████████, namely, ████████████████, and is

26   intended to log the ████████████████████. Therefore,

27   all    the    fields    in    ████████████,    including

28   "is_chrome_non_incognito_mode," were replicated in this log.

5.      Currently both logs exist because the migration is still ongoing. The ███████████████████ log is not yet a fully operational log and is still being tested. For this reason, until November 24 it recorded only a random set of approximately 0.1 percent of the events that are recorded in the ███████████████ log. It now records approximately 1 percent of such events. The log first recorded data in October 2019.

6.      Attached hereto as Exhibit A is a true and correct copy of a screenshot showing the results of a query that I ran across the log identified in paragraph 2 to search for user identifiers (*e.g.*, Gaia, Biscotti, and Zwieback IDs). As the results of this query show, like the ███████████████████ log, the log identified in paragraph 2 does not contain any user identifiers and therefore could not be searched to link the content of the is_chrome_non_incognito_mode field with authenticated or unauthenticated users or devices:

███████████████████████████████████████████████

7.      The query discussed in paragraph 6 above confirms that ███████████████████ does not contain any user identifiers because it returned no results when I searched for any ███████████████████ records that have a value set for either ███████████████████.

8.      The log identified in paragraph 2 above has not been used to perform analysis specifically directed at Incognito browsing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29 day of November 2022 at Zurich, Switzerland.

1

2
By: _____

Maciej Kuzniar

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-5146-LHK-SVK

DECLARATION OF MACIEJ KUZNIAR