# DECLARATION OF XIANZHI LIU ISO GOOGLE LLC'S RESPONSE TO THE COURT'S 10/27/22 ORDER TO SHOW CAUSE (DKT. 784)

# Redacted Version of Document Sought to be Sealed

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION**

CHASOM BROWN, et al., individually and on behalf of all similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**DECLARATION OF XIANZHI LIU**

1. I am a Google Software engineer and have worked on Ads Counterfactuals for Google's Search Ads Experiment Infrastructure team for more than 4 years. In this role, I regularly work with [REDACTED] logs in the course of my day-to-day job responsibilities. I make this declaration of my own personal, firsthand knowledge, and if called as a witness, I could and would testify competently thereto.

2. I understand that Google served a declaration of Martin Šrámek in the above-captioned litigation on June 14, 2022, which identified, among other logs, the following [REDACTED] logs that contain the "maybe_chrome_incognito" bit:

- [REDACTED]
- [REDACTED]

3. These [REDACTED] [REDACTED] logs are used for analysis and modeling. To perform this analysis and modeling, the logs [REDACTED]

4. These [REDACTED] logs do not record any further action from the user (*e.g.*, views,

interactions, or clicks) that is not already recorded in the corresponding [REDACTED] or [REDACTED] logs. Thus, the only event-level browsing data in these [REDACTED] logs (including the "maybe_chrome_incognito" field) is duplicated directly from the [REDACTED] logs. All of the additional data stored in these [REDACTED] logs is [REDACTED].

5. Attached hereto as Exhibit A is a [REDACTED] User Guide" that I assisted with preparing in the course of my day-to-day employment responsibilities at Google. Both of the logs identified in paragraph 2 are [REDACTED] logs, which is denoted by the [REDACTED] prefix in the log names.

6. Exhibit A is a user guide that (i) identifies a code snippet that explains how [REDACTED] experiments are configured, *see* Ex. A at 2-4; and (ii) summarizes the use case for [REDACTED]:

[REDACTED]

Ex. A at 1.

7. Before being contacted by counsel for purposes of this declaration, I was not aware of the "maybe_chrome_incognito" bit or any other bit that purports to estimate Chrome Incognito status. The maybe_chrome_incognito bit is recorded in the [REDACTED] logs identified in paragraph 2 above only because the [REDACTED] logs take wholesale the fields from the [REDACTED] [REDACTED] or [REDACTED] logs. As such, when the maybe_chrome_incognito bit was added to the [REDACTED] or [REDACTED] [REDACTED] logs previously identified by Google, it was copied to each of the [REDACTED] logs identified in paragraph 2 above.

8. The [REDACTED] logs identified in paragraph 2 above have not been used to perform analysis specifically directed at Incognito browsing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29 day of November 2022 at Mountain View, California.

By: DocuSigned by: Xianzhi Liu
A315D345378E46F...
Xianzhi Liu