# DECLARATION OF ERIC MAKI ISO GOOGLE LLC'S RESPONSE TO THE COURT'S 10/27/22 ORDER TO SHOW CAUSE (DKT. 784)

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 4:20-cv-03664-YGR-SVK |

**DECLARATION OF ERIC MAKI**

1. I am a Senior Staff Software Developer at Google, and I lead the ad selection and optimization serving infrastructure teams. I have been employed at Google since May 2012, and since then have been working on Google Display Ads serving infrastructure. As part of my duties, I am familiar with ▇ logs and logs related to third-party exchanges. I make this declaration of my own personal, firsthand knowledge, and if called as a witness, I could and would testify competently thereto.

▇ *Logs*

2. I have reviewed the declaration of Martin Šrámek served in the above-captioned litigation on June 14, 2022, which identified, among other logs, the following ▇ logs that contain the "maybe_chrome_incognito" bit:

- ▇
- ▇
- ▇
- ▇
- ▇
- ▇
- ▇

Case No. 4:20-cv-3664-YGR-SVK
DECLARATION OF ERIC MAKI

- ███████████████████████████
- ███████████████████████████
- ███████████████████████████
- ████████████████████████
- █████████████████████████
- ██████████████████████████
- ██████████████████████████████
- █████████████████████████████
- █████████████████████████████
- ██████████████████████████████
- ████████████████
- ██████████████████████
- ██████████████
- ██████████████████████
- ████████████████████████████[1]

3. Attached hereto as Exhibit A is a document I assisted with preparing as part of my duties at Google. As explained in Exhibit A, ████████████████████████████████ and ███████████████████████████████████████████████████████████████████████████ ██████████████ logs, including all of the ███ logs listed above in paragraph 2, are intended to contain ███████████████████████████████████████████████████████████████. They do not contain ██████████████████████████████████████████.

4. Before being contacted by counsel for purposes of this declaration, I was not aware

---

[1] I understand that this log was disclosed in the declaration of Martin Šrámek served in the above-captioned litigation on May 31, 2022, and the June 14, 2022 Declaration of Martin Šrámek states that "In Google's previous disclosures and in my previous declaration, a typographical error led to the inadvertent disclosure of the ███ version of log ████████████████████████████████████████████. The correct name for the equivalent log that contains data for users of Google services is ████████████████████████████████████████████████." To be clear, ██████ also contains the "maybe_chrome_incognito" bit, but it does not contain any external user data.

of the "maybe_chrome_incognito" bit or any other bit that purports to estimate Chrome Incognito status. The ▮ logs listed above in paragraph 2 draw on the same ▮▮▮ proto used by the ▮▮▮ and ▮▮▮ logs. For that reason, any field in the ▮▮▮ and ▮▮▮ logs would also be automatically replicated in these logs—regardless of whether that field is populated with data reflecting user browsing activity. As such, when the maybe_chrome_incognito bit was added to the ▮▮▮ or ▮▮▮ logs, it was copied to each of the ▮ logs identified in paragraph 2 above.

5. I am not aware of any use of the ▮ logs identified in paragraph 2 to perform analysis specifically directed at Incognito browsing.

▮▮▮ *Log*

6. The declaration of Martin Šrámek served in the above-captioned litigation on June 14, 2022 also identified, among other logs, the following ▮▮▮ logs that contain the "maybe_chrome_incognito" bit.

- ▮▮▮
- ▮▮▮
- ▮▮▮

7. Log ▮▮▮ is an equivalent variant of the ▮▮▮ log identified in the May 31, 2022 Declaration of Martin Šrámek for different product use cases. As explained in Exhibit A, ▮▮▮ records ad request traffic involving Google ad exchanges (*e.g.*, Google Display Network ("GDN"), Google Ad Exchange (AdX) and Google AdMob); while ▮▮▮ records traffic involving Google AdWords or DV360 ads served by non-Google exchanges, and is used for modeling and analysis of the functionality of AdWords or DV360 ads served by non-Google exchanges. Logs ▮▮▮ and ▮▮▮ record a partial sample of instances in which Google either did not win or did not bid in a third-party ad auction, and are used to, among other things, evaluate Google's bidding strategy.

8. These logs draw on the same ▌▌▌▌▌ proto as used by the ▌▌▌▌▌ log. For that reason, any field in the ▌▌▌▌▌ log would also be automatically replicated in these logs. As such, when the maybe_chrome_incognito bit was added to the ▌▌▌▌▌ log, it was copied to each of the ▌▌▌▌▌ logs identified in paragraph 5 above.

9. The ▌▌▌▌▌ logs identified in paragraph 5 above are not shared with third parties..

10. I am not aware of any use of the ▌▌▌▌▌ logs identified in paragraph 5 above to perform analysis specifically directed at Incognito browsing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of November, 2022 at Kitchener, Ontario, Canada.

By: *Eric Maki*
    Eric Maki