# DECLARATION OF VASILY PANFEROV ISO GOOGLE LLC'S RESPONSE TO THE COURT'S 10/27/22 ORDER TO SHOW CAUSE (DKT. 784)

# Redacted Version of Document Sought to be Sealed

DocuSign Envelope ID: F99A6D6A-1386-4C71-9ECE-F061DBCF73FE

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION**

CHASOM BROWN, et al., individually and on behalf of all similarly situated,

       Plaintiffs,

       vs.

GOOGLE LLC,

       Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**DECLARATION OF VASILY PANFEROV**

1.     I am a Senior Software Engineer at Google, where I work on source code for the logs processing backend for Google. In this capacity, I regularly work with the source code for Google's logging pipelines in the course of my day-to-day responsibilities. I have been a Google employee for more than nine years. I make this declaration of my own personal, firsthand knowledge, and if called as a witness, I could and would testify competently thereto.

2.     I have reviewed the June 14, 2022 Declaration of Martin Šrámek served by Google in this litigation, which identified, among other logs, the following " ▮▮▮▮ log that contains the "maybe_chrome_incognito" bit:

       ○ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3.     I contributed to the code for the log identified in paragraph 2 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), and I can confirm, based on my personal knowledge and review of the relevant code, that the log contains data from ▮▮▮▮ logs as well as data from unauthenticated logs. But as explained below, it does not join data from ▮▮▮▮ logs with data from unauthenticated logs (or join any records at all). This log contains the results of (i) sorting data from three unauthenticated logs ▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮, and ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮); and (ii) sorting data from three authenticated logs ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and ▮▮▮▮▮▮▮

Case No. 4:20-cv-3664-YGR-SVK

DECLARATION OF VASILY PANFEROV

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

1    U███████████████████.

2         4.    The    instructions    for    sorting    input    logs    data    in    the    ████████████

3    ████████████████    log    are    only    found    in    a    source    code    file    that    defines    the    mapping

4    function    of    the    ad    events    in    p███████████████████████    I    contributed    to    this

5    source    code    as    part    of    my    day-to-day    job    responsibilities    at    Google.    The    relevant    section    of    this

6    source    code    is    reproduced    here:

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26        5.    This    code    facilitates    the    sorting    discussed    above    in    paragraph    3.    As    explained    below,

27    this    code    does    not    allow    joining    of    authenticated    data    with    unauthenticated    data    (or    vice    versa):

28             a.    The    ==yellow==    highlighted    section    above    calls    for    any    record    from    the    input    logs

DocuSign Envelope ID: F99A6D6A-1386-4C71-9ECE-E061DBCF73FE

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

1    with a GAIA ID to be assigned a log key based on that GAIA ID and the

2    record's query ID, with no two records having the same log key.

3              b.          Because of the "else if" condition, the `blue` highlighted section is only

4    implemented if there is no GAIA ID. This section causes any record from the

5    input logs for which no Gaia ID is present to be assigned a log key based on

6    the Zwieback ID and query ID in the record, with no two records having the

7    same log key.

8          6.    Records in the ████████████████████████ log can be joined

9    with another log ██████████████████████ by the log key. The join is only possible

10   between log records that have the same GAIA ID and query ID or the same Zwieback ID and query

11   ID. In other words, unauthenticated data ████████████████████ is joined only with

12   unauthenticated data in ████████████████; and authenticated data in tmp-

13   ███████████████ is joined only with authenticated data in ████████████████.

14

15   I declare under penalty of perjury that the foregoing is true and correct.

16   Executed on the 30th day of November, 2022 at Zurich, Switzerland.

17

18   By: _____

19   Vasily Panferov

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-5146-YGR-SVK

DECLARATION OF VASILY PANFEROV