# DECLARATION OF MARTIN SRAMEK ISO GOOGLE LLC'S RESPONSE TO THE COURT'S 10/27/22 ORDER TO SHOW CAUSE (DKT. 784)

# Redacted Version of Document Sought to be Sealed

DocuSign Envelope ID: 548CA130-3B01-4D62-98BA-9DE39C26C70E

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, et al., individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK |

**DECLARATION OF MARTIN ŠRÁMEK**

1. I am the Privacy Working Group lead for Chrome. I have been employed at Google since October 2014, and I have worked on issues related to Chrome privacy for the duration of my tenure. I make this declaration based on personal knowledge and, if called to testify, I could and would competently testify to such facts.

2. On May 31, 2022, I submitted a declaration describing my then-ongoing investigation into the existence and use of "Incognito-detection bits," as that term was defined in the Court's May 20, 2022 order, and other potential uses of the X-Client-Data header or its absence to infer Incognito browsing.

3. On June 14, 2022, I submitted a supplemental declaration describing the results of my then-complete three-week investigation and identifying ▓ additional logs that included the Incognito-detection bits.

4. On August 18, 2022, I submitted a second supplemental declaration that further described my investigation and its results.

5. As my previous declarations discussed, my investigation consisted of a search of Google source code for all references to the X-Client-Data header, surveys of ▓ teams identified as owners of responsive source code, and follow-up interviews with ▓ teams whose survey responses indicated that they could be treating the absence of the X-Client-Data header as

indicative of Incognito browsing, including but not limited to use of the Incognito-detection bits. As a confirmatory measure, I also worked with Matt Harren, a ▓▓▓ Logs Technical Lead, to attempt to identify any additional log that may contain the Incognito-detection bits regardless of whether any Google employees are using those bits to infer Incognito traffic.

6. On the basis of the three-week investigation referenced in my declarations of May 31, 2022 and June 14, 2022, and further described in paragraph 5 of my declaration of August 18, 2022, I have not identified any engineers or teams who used the absence of the X-Client Data Header to infer use of Chrome Incognito, other than previously disclosed uses by Bert Leung and affiliated engineers on the Google Ads team, and by the ▓▓▓ team. I understand that Google engineers familiar with the logs I identified in my June 14, 2022 declaration are providing separate declarations concerning the Incognito-detection bits in those logs, and I am not making any representations about the uses of those bits beyond those in my prior declarations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29 day of November 2022 at Munich, Germany.

By: _____
Martin Šrámek