**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | CASE NO.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF RYAN J. MCGEE IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO GOOGLE'S MOTION FOR RELIEF REGARDING PRESERVATION** |

## **DECLARATION OF RYAN J. MCGEE**

I, Ryan J. McGee, declare as follows:

1. I am an attorney with the law firm of Morgan & Morgan, P.A., counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Florida. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Response in Opposition to Google's Motion for Relief Regarding Preservation.

3. I have been extensively involved in all aspects of this case, and particular to the present Motion before this Court, the discovery disputes and Special Master Process. With the exception of a few hearings and conferences that I was unable to attend for personal reasons, I have otherwise appeared at all discovery hearings this Court has held in this case and all conferences that Special Master Brush has held in this case.

4. I have carefully reviewed the productions from Google, and could not identify any productions where Google provided any mapping or linking tables for Plaintiffs' review. Instead, when Plaintiffs provided an identifier to Google and requested particular mapped or linked identifiers associated with the original identifier, Google would search for then return any mapped or linked identifiers to Plaintiffs under the guidance of Special Master Brush. No other details were shared with Plaintiffs.

5. I am not aware of Google submitting any mapping or linking tables for Special Master Brush's review, and I am not aware of Special Master Brush informing the parties that he had been provided any mapping or linking tables from Google.

6. Attached hereto as **Exhibit 1** are true and accurate experts from the transcript of the December 3, 2021 deposition of Chris Liao.

7. Attached hereto as **Exhibit 2** is a true and accurate copy of a document Google provided to Special Master Brush and Plaintiffs describing the field names for one of Google's data sources that was identified during the Special Master Process.

8. Attached hereto as **Exhibit 3** is a true and accurate copy of a document Google provided to Special Master Brush and Plaintiffs describing the filed names for one of Google's data sources that was identified during the Special Master Process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of December, 2022, at Tampa, Florida.

*/s/ Ryan J. McGee*
Ryan J. McGee