UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Materials Should Be Sealed regarding Plaintiffs' Response in Opposition to Google' Motion for Relief Regarding Preservation (Dkt. 799) ("Motion"). Having considered the Motion and supporting declarations, and good cause having been found, the Court **ORDERS** as follows:

| Document | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Response in Opposition to Google' Motion for Relief Regarding Preservation | GRANTED as to redacted portions at:<br><br>Pages 1:2-3, 1:5, 1:9-10, 1:12, 1:16, 2:7-9, 4:2-3, 4:6, 4:8, 4:10, 4:12, 4:17-22, 5:5, 5:7, 5:10, 5:12-14, 5:17-25, 6:1-2, 6:4-5, 6:7-8, 6:13, 6:15, 6:17-18, 6:25, 7:21, 8:1, 8:3-4, 8:6, 8:16, 8:18. 9:15, 10:2, 10:7, 10:9, 10:11, 10:13, 10:15-16, 11:26, 13:2 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, internal project code names, data signals, and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 1 to McGee Declaration<br><br>Liao Depo. Trans. Excerpts | GRANTED as to redacted portions at: | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, |

| | | Pages 22:1-2, 22:10, 22:12-18, 22:24-23:1, 23:3, 23:9, 23:16-17, 23:19, 24:1, 24:4-7, 24:13, 25:20, 25:22, 26:3, 26:16, 26:18, 26:20, 27:7, 27:11, 27:13, 27:20, 27:23, 28:6, 28:18, 28:20, 28:22, 29:6-7, 29:9, 29:11-12, 29:15, 30:13-14, 30:17, 30:21-22, 31:3-4, 31:11-14, 31:19, 31:22, 32:2, 32:7, 32:13, 33:3, 33:7, 33:14, 33:16, 33:20, 33:24, 34:1, 34:6, 34:9-12, 34:15, 34:22-23, 35:9, 35:14, 35:19, 36:2, 36:4, 36:10 | including various types of Google's internal projects, internal project code names, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| --- | --- | --- | --- |
| | Exhibit 2 to McGee Declaration<br><br>GFS Field Names | GRANTED as to redacted portions at:<br><br>Sealed Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including Google's internal data logging systems and fields, as well as their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and |

| | | |
|---|---|---|
| | | practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 3 to McGee Declaration<br><br>GA Field Names | GRANTED as to redacted portions at:<br><br>Sealed Entirely | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including Google's internal data logging systems and fields, as well as their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED**.

DATED: _____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge