# EXHIBIT 1

# Redacted Version of Document Sought to be Sealed

DocuSign Envelope ID: F1337E6F-7A90-4A98-83F4-C2747638D6FE
CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
                       ---o0o---

PATRICK CALHOUN, et al.,      )
on behalf of themselves and   )
all others similarly          )
situated,                     )
                              )
            Plaintiffs,       ) Case No.
                              ) 5:20-cv-5146-LHK-SVK
vs.                           )
                              )
GOOGLE LLC,                   )
                              )
            Defendant.        )
_____)
CHASOM BROWN, et al.,         )
on behalf of themselves and   )
all others similarly          )
situated,                     )
                              )
            Plaintiffs,       ) Case No.
                              ) 5:20-cv-03664-LHK
vs.                           )
                              )
GOOGLE LLC,                   )
                              )
            Defendant.        )
_____)

                       ---o0o---
             Videotaped Zoom Deposition of
                HUEI-HUNG (CHRIS) LIAO
           CONFIDENTIAL, ATTORNEYS' EYES ONLY
                Friday, December 3, 2021
                       ---o0o---


Katy E. Schmidt
RPR, RMR, CRR, CSR 13096
Veritext Job No.: 4962198
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4                      ---o0o---
 5  PATRICK CALHOUN, et al.,  )
    on behalf of themselves and )
 6  all others similarly      )
    situated,                 )
 7                            )
           Plaintiffs,        )Case No.
 8                            )5:20-cv-5146-LHK-SVK
    vs.                       )
 9                            )
    GOOGLE LLC,               )
10                            )
           Defendant.         )
11  _____)
    CHASOM BROWN, et al.,     )
12  on behalf of themselves and )
    all others similarly      )
13  situated,                 )
                              )
14         Plaintiffs,        )Case No.
                              )5:20-cv-03664-LHK
15  vs.                       )
                              )
16  GOOGLE LLC,               )
                              )
17         Defendant.         )
    _____)
18
           BE IT REMEMBERED that, pursuant to Notice, and
19  on Friday, the 3rd day of December, 2021, commencing at
    the hour of 9:05 a.m., thereof, in Sunnyvale,
20  California, before me, KATY E. SCHMIDT, a Certified
    Shorthand Reporter in and for the County of Yolo, State
21  of California, there virtually personally appeared
22         HUEI-HUNG (CHRIS) LIAO
23  called as a witness herein, who, being by me first duly
    sworn, was thereupon examined and interrogated as
24  hereinafter set forth.
25
                                                    Page 2
```

```
 1  APPEARANCES:
 2  For The Plaintiffs:
 3         (Appeared via Zoom)
 4      BLEICHMAR FONTI & AULD LLP
        BY: LESLEY WEAVER, Esq.
 5      555 12th Street, Suite 1600
        Oakland, California 994607
 6      415.445.4003
        lweaver@bfalaw.com
 7
           (Appeared via Zoom)
 8
        SIMMONS HANLY CONROY
 9      BY: JASON "JAY" BARNES, Esq.
        BY: AN TRUONG, Esq.
10      One Court Street
        Alton, Illinois 62002
11      618.693.3104
        jaybarnes@simmonsfirm.com
12
           (Appeared via Zoom)
13
        BOIES SCHILLER FLEXNER LLP
14      BY: MARK MAO, Esq.
        BY: BEKO RICHARDSON, Esq.
15      BY: ERIKA NYBORG-BURCH, Esq.
        44 Montgomery Street, 41st Floor
16      San Francisco, California 94104
        415.293.6800
17      mmao@bsfllp.com
18  For The Defendants:
19         (Appeared via Zoom)
20      Quinn Emanuel Urquhart & Sullivan LLP
        BY: JOSEF ANSORGE, Esq.
21      BY: TRACY GAO, Esq.
        51 Madison Avenue, 22nd Floor
22      New York, New York 10010
        212.849.7000
23      josefansorge@quinnemanuel.com
24  ///
25  ///
                                                    Page 3
```

```
 1  APPEARANCES CONTINUED:
 2  Also present:
 3      David West, Videographer
 4      Ryan McGee, In-house counsel
 5      Toni Baker, In-house counsel
 6
                    ---o0o---
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 4
```

```
 1              INDEX OF EXAMINATION
 2                  ---o0o---
 3                                    Page
 4  Examination by Mr. Mao             09
 5  Examination by Mr. Ansorge         197
 6                  ---o0o---
 7
 8       QUESTIONS INSTRUCTED NOT TO ANSWER
 9
10       Page    Line
11
12            (NOTHING OFFERED.)
13                  ---o0o---
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 5
```

2 (Pages 2 - 5)

```
 1  you look at ▓▓ in the center, it looks like it     09:25
 2  interacts or serves ▓▓▓, ▓▓, and ▓▓▓▓▓.            09:25
 3        Is that correct?  That's on the middlish top 09:25
 4  left.                                              09:25
 5     A.  Yes.                                        09:25
 6     Q.  And my question was it looks like the primary 09:25
 7  storage mechanisms by which they are pulling, okay, in 09:25
 8  order to do whether it be a lookup or I think you call 09:25
 9  it propagating or whatever it's doing, it's pulling 09:25
10  primarily from ▓▓▓▓▓ and ▓▓▓▓.                     09:25
11        Is that correct?                             09:25
12     A.  ▓▓ does serve ▓▓▓▓▓ and ▓▓▓ and             09:26
13  ▓▓▓▓▓▓▓, and I believe during the serving of       09:26
14  these clients, it may be unnecessary at times for ▓▓ to 09:26
15  consult storage back ends, including ▓▓▓ and/or ▓▓ 09:26
16  and maybe some other times ▓▓▓▓▓.                  09:26
17     Q.  Are there times when ▓▓▓▓▓, ▓▓▓▓,           09:26
18  ▓▓▓▓▓▓▓▓ need to use ▓▓, and ▓ does not need       09:26
19  to look up a storage mechanism?                    09:26
20        MR. ANSORGE:  Objection.  Compound.          09:26
21        MR. MAO:  Really, Joey, I highly doubt that  09:26
22  was a compound question.                           09:26
23        But go ahead, Chris.                         09:26
24        THE WITNESS:  As I stated before, ▓▓▓▓▓ and  09:26
25  ▓▓▓ and ▓▓▓▓, they are storage systems, either    09:26
                                                    Page 22

 1  maintaining a role-based lookup mechanism or a ▓▓▓ 09:26
 2  pair.                                              09:27
 3        And in the absence of a key, ▓▓ wouldn't be  09:27
 4  contacting the storage back ends.                  09:27
 5  BY MR. MAO:                                        09:27
 6     Q.  I see.                                      09:27
 7        So what you mean is that if there is         09:27
 8  nothing -- if there is no way for it to do a lookup 09:27
 9  because there is nothing to look up, ▓▓ would not be 09:27
10  doing anything.                                    09:27
11        Is that correct?                             09:27
12     A.  That is my understanding.                   09:27
13     Q.  Got it.  Got it.                            09:27
14        So what -- so then let me push that a little 09:27
15  bit; right?                                        09:27
16        So like when is it that ▓▓ looks up and      09:27
17  requests something from ▓▓▓▓▓ versus when it       09:27
18  starts -- when it asks and looks up something from 09:27
19  ▓▓▓▓▓?                                             09:27
20        MR. ANSORGE:  Objection.  Form.              09:27
21        MR. MAO:  Well, you didn't say compound this 09:27
22  time.                                              09:27
23  BY MR. MAO:                                        09:27
24     Q.  Go ahead, Mr. Liao.                         09:27
25     A.  I am not up to date on my knowledge around  09:27
                                                    Page 23

 1  what particular data is stored in ▓▓▓▓▓ these days. 09:27
 2     I believe some production related settings may  09:27
 3  be stored there, but I'm not up to date on that.   09:28
 4        In ▓▓▓▓ or ▓, some user settings will be     09:28
 5  stored in the storage systems, and ▓▓ may use a user ID 09:28
 6  to look up the relevant user settings from ▓▓▓▓ or ▓. 09:28
 7     Q.  Does ▓▓▓▓ store any of the pairings for    09:28
 8  PP IDs to Biscotti IDs?                            09:28
 9        MR. ANSORGE:  Objection.  Vague.             09:28
10        THE WITNESS:  Not to my knowledge.           09:28
11  BY MR. MAO:                                        09:28
12     Q.  Are linkings between PP IDs and Biscottis -- 09:28
13  Biscottis IDs stored in ▓▓▓▓ instead?              09:28
14     A.  Can you clarify by what you mean by linking 09:28
15  and Biscottis ID in this case?                     09:28
16     Q.  Sure.  Sure.                                09:28
17        So my understanding is that publisher provided 09:28
18  IDs are linked to Biscottis IDs at some part of the 09:29
19  storage mechanism on the back end for Google Ads and 09:29
20  Analytics.                                         09:29
21        Is that correct?                             09:29
22        MR. ANSORGE:  Objection.  Form.              09:29
23        THE WITNESS:  As I stated yesterday, PPID is a 09:29
24  form of ID and AdManager Publisher can choose to supply 09:29
25  Google with.                                       09:29
                                                    Page 24

 1        When a publisher does that and I believe when 09:29
 2  a publisher also enables the use of PPID and a publisher 09:29
 3  facing front end by the AdManager product, then Google 09:29
 4  system will ingest --                              09:29
 5        MR. MAO:  Yeah.  I took that off.            09:29
 6        Go ahead.  Sorry.                            09:29
 7        THE WITNESS:  -- will ingest -- it's okay.   09:29
 8        -- will ingest the PPID.                     09:29
 9        What then happens is PPID will be internally 09:30
10  transformed to a different numerical value.  In the 09:30
11  process we call it mapping a PPID to a Biscottis ID. 09:30
12        This Biscottis ID is called a Biscottis ID   09:30
13  because it is drawn from a numerical space known as 09:30
14  Biscottis.                                         09:30
15  BY MR. MAO:                                        09:30
16     Q.  Got it.                                     09:30
17        So if you don't mind looking at that same    09:30
18  Exhibit No. 4, okay, if you could go to 353 of that, 09:30
19  which if you scroll up, that should be page 40.  It 09:30
20  should be called ▓▓▓▓▓▓▓▓▓▓ --                     09:30
21     A.  Four zero.                                  09:30
22     Q.  Yes, four zero.  "▓▓▓▓▓▓▓▓ Overview."       09:30
23     A.  Okay.  I have it.                           09:30
24     Q.  I'm going to be asking you basically questions 09:31
25  from page 40 there through 42, which on the bottom it 09:31
                                                    Page 25
```

DocuSign Envelope ID: F1337E6F-7A90-4A98-8374-C274763D6FE2
Case 4:20-cv-03664-YGR   Document 802-3   Filed 12/08/22   Page 5 of 7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

### Page 26

```
 1    would be Bates stamp 53 through 55.                09:31
 2    A.   40 to 42.                                      09:31
 3    Q.   Yeah. Should be _____ Overview. I            09:31
 4  know it drives Mr. Ansorge crazy, but it's basically  09:31
 5  this. It's just this.                                 09:31
 6         Okay?                                          09:31
 7         Just so that you and I know that we're looking 09:31
 8  at the same thing.                                    09:31
 9    A.   Would you like me to take a few moments to    09:31
10  reread the three slides?                              09:31
11    Q.   Yes, please, sir.                              09:31
12    A.   Yes.                                           09:32
13    Q.   Is the explanation on those three slides,      09:32
14  which is from 53 through 55, is that consistent with  09:32
15  your understanding as to how ID mapping slash linking 09:32
16  works in _____ currently?                            09:32
17    A.   I do not have the most up-to-date knowledge on 09:32
18  the different parts of _____, whether or not         09:32
19  they remain active today. But I believe these were    09:32
20  conceived of -- these were features for _____        09:32
21  conceived of at different points in time.             09:32
22    Q.   Got it.                                        09:32
23         How about at the time of this presentation,    09:32
24  are those three slides accurate as of the time of that 09:32
25  presentation in 2020?                                 09:33
```

### Page 27

```
 1         MR. ANSORGE: Objection. Form.                  09:33
 2         THE WITNESS: I am not certain.                 09:33
 3  BY MR. MAO:                                           09:33
 4    Q.   Okay. But let's talk about the slides for a    09:33
 5  moment here.                                          09:33
 6         Slide -- that first slide, which is 53, or on  09:33
 7  the .pdf, page 40, again _____ Overview."           09:33
 8    A.   Yes.                                           09:33
 9    Q.   Is there anything stated on this slide that    09:33
10  you disagree with?                                    09:33
11    A.   "_____ aims to provide a single view          09:33
12  of a user on the same device or across devices.       09:33
13  "_____ provides a single graph of                    09:33
14  Biscotti IDs where a link" --                         09:33
15         THE COURT REPORTER: I'm sorry, Mr. Liao. I     09:33
16  need you to either speak up so I can hear you clearly or 09:33
17  read to yourself.                                     09:33
18         THE WITNESS: Understood. Apologies.            09:33
19         They are consistent with my understanding of   09:33
20  what _____ aims to do.                               09:33
21  BY MR. MAO:                                           09:33
22    Q.   Okay. Next slide on -- which is 41, or on the  09:33
23  Bates stamp it's 54, "_____ Uses ID Mapping          09:34
24  slash Linking."                                       09:34
25         Is there anything here that you think is       09:34
```

### Page 28

```
 1  inaccurate?                                           09:34
 2    A.   Source ID, MD5 (device ID), Targe ID, Mobile   09:34
 3  App Biscottis, Project/Design Doc."                   09:34
 4         I think the first row is accurate still.       09:34
 5         "MD5 (device ID), Unified Webview Biscottis,   09:34
 6  _____," my knowledge on _____ as a                  09:34
 7  project is not up to date, but my recollection is that 09:34
 8  not all of this project -- not all features of this   09:34
 9  project remain active today. Some parts of it have    09:34
10  ceased to function at different points in time. That's 09:34
11  my recollection.                                      09:35
12    Q.   Got it.                                        09:35
13    A.   Would you like me to go on?                    09:35
14    Q.   Yes, please, finish. Yeah.                     09:35
15    A.   MD5 (PPID, partner ID)" to Biscottis, this was 09:35
16  the PPID injection path that we discussed about five  09:35
17  minutes ago.                                          09:35
18         Gaia to _____, I believe this has since been  09:35
19  sunset. I am not certain as to which parts of the     09:35
20  _____ infrastructure remain active today versus which 09:35
21  part have been sunset.                                09:35
22         _____ to my understanding was never           09:35
23  launched.                                             09:35
24    Q.   Ah. That's super helpful.                      09:35
25         So, sorry, I'm actually moving on to -- oh,    09:35
```

### Page 29

```
 1  no. Okay. I'm wrong.                                  09:35
 2         I thought this actually continued on the next  09:35
 3  slide. That's why I was scrolling down. I thought the 09:35
 4  gray areas were on the next slide. So I apologize. You 09:35
 5  had that right.                                       09:35
 6         Quick question on _____. Was that moved       09:35
 7  over to _____, or was just the entire architecture   09:35
 8  scrapped?                                             09:36
 9    A.   _____ is not moved to _____. And,            09:36
10  again, I'm relying on my memory here because I myself or 09:36
11  my team did not develop _____. We similarly inherited 09:36
12  parts of the _____ infrastructure from the previous  09:36
13  team.                                                 09:36
14         My -- to the best of my knowledge, some parts  09:36
15  of the _____ infrastructure have since been sunset.  09:36
16  There may be some remaining parts of the infrastructure 09:36
17  that remain running to date, but I'm not certain which 09:36
18  parts they may be.                                    09:36
19    Q.   Got it. Got it.                                09:36
20         So moving up, which is the "PPID comma         09:36
21  Partner ID" row that you and I were just talking about a 09:36
22  few minutes ago, on Biscottis, you see there on the   09:36
23  right it says the "Project go backslash XFPPPID"? Do  09:36
24  you see that there?                                   09:37
25         Does that -- is that referencing an internal   09:37
```

```
 1  document or is that referencing like a place where the   09:37
 2  mapping slash linking is stored?                          09:37
 3       MR. ANSORGE:  Objection.  Compound.                  09:37
 4       THE WITNESS:  I don't know for sure without          09:37
 5  clicking on that link, but I think it should point to     09:37
 6  an end document.                                          09:37
 7  BY MR. MAO:                                               09:37
 8   Q.  Got it.                                              09:37
 9       Where is this ID mapping slash linking stored        09:37
10  between PPIDs and Biscottis?                              09:37
11   A.  We generally refer to it as a mapping because        09:37
12  it's basically a transformation and it is stored in       09:37
13  ▇▇▇▇.                                                     09:37
14   Q.  Do you know what table or part of ▇▇▇ that           09:37
15  would be in?                                              09:37
16   A.  Sorry.  I need to correct myself.  I'm               09:37
17  actually unsure as to if it's stored in ▇▇▇ or ▇▇▇        09:37
18  today.                                                    09:37
19   Q.  Ah.  I see.                                          09:38
20       What is the difference between the two?              09:38
21   A.  My understanding is ▇▇ is a newer version of         09:38
22  ▇▇▇ with a few differences in resource consumption        09:38
23  and access latency and replication to the guarantees and  09:38
24  the automaticity of operations.  There are some           09:38
25  differences in data/read/write and how fast it can        09:38
                                                          Page 30
```

```
 1  propagate through different metros and regions.           09:38
 2   Q.  What would be the reason why you would need to       09:38
 3  move that mapping -- that mapping table from ▇▇▇ to       09:38
 4  ▇?                                                        09:38
 5       MR. ANSORGE:  Objection.  Form.                      09:38
 6       THE WITNESS:  I'm not the primary owner of           09:38
 7  the project but based on my understanding, one of the     09:39
 8  motivating factors is to reduce the amount of resource    09:39
 9  consumption.                                              09:39
10  BY MR. MAO:                                               09:39
11   Q.  Does ▇▇ -- is ▇▇ also able to respond to            09:39
12  requests faster than ▇▇▇?                                 09:39
13   A.  I'm not certain under what circumstances ▇▇         09:39
14  may offer superior performance to ▇▇▇.  I believe         09:39
15  there were technical tradeoffs that were analyzed.        09:39
16   Q.  I see.                                               09:39
17       Were one of the tradeoffs that you would be          09:39
18  able to retrieve PPID mapped Biscottis IDs faster on      09:39
19  ▇▇ than on ▇▇▇?                                           09:39
20   A.  I do not know for sure.                              09:39
21   Q.  Do you know whether or not it has -- the move        09:39
22  from ▇▇ to ▇ has anything to do with a greater            09:39
23  reliance on first-party cookies as opposed to             09:39
24  third-party cookies?                                      09:39
25   A.  No.                                                  09:39
                                                          Page 31
```

```
 1   Q.  And same question:  Do you have any idea             09:39
 2  whether or not the move from ▇▇ to ▇ has anything         09:39
 3  to do with moving from first-party IDs -- sorry -- from   09:40
 4  third-party IDs to first-party IDs?                       09:40
 5   A.  No.                                                  09:40
 6   Q.  For how long was the mapping from PPIDs to           09:40
 7  Biscottis IDs situated in ▇▇ as opposed to ▇, to         09:40
 8  the best of your knowledge?                               09:40
 9   A.  Can you clarify if you are -- what time span         09:40
10  are you referring to?                                     09:40
11   Q.  That is actually my question, Mr. Liao.  I'm         09:40
12  just trying to understand when you believe that that      09:40
13  mapping was actually stored in ▇▇ as opposed to ▇.       09:40
14       MR. ANSORGE:  Mark, if we're not asking              09:40
15  questions about the document, would it be possible to     09:40
16  pull it down?  Are you okay with that?                    09:40
17       MR. MAO:  Yeah.  If you stop objecting on the        09:40
18  basis of compound to noncompound questions, I'll do       09:40
19  that.                                                     09:40
20       MR. ANSORGE:  Just trying to preserve a              09:40
21  record.                                                   09:40
22       MR. MAO:  Understood.  As am I, but I'm the         09:40
23  one taking the depo.                                      09:41
24  BY MR. MAO:                                               09:41
25   Q.  So go ahead, Mr. Liao.                               09:41
                                                          Page 32
```

```
 1   A.  Yeah.  So if I recall your question, you asked       09:41
 2  about under what circumstances will data be stored in     09:41
 3  ▇▇ versus ▇?  Was that the question?                      09:41
 4   Q.  Oh, no, no.                                          09:41
 5       I'm just trying to understand when that table        09:41
 6  of -- either you called it a linkage or the mapping from  09:41
 7  PPIDs to Biscottis IDs was actually stored in ▇▇.         09:41
 8  I'm just trying to know like during what periods.         09:41
 9   A.  Did you mean when such a record would be first       09:41
10  written to the storage system?                            09:41
11   Q.  Well, so -- it's actually a much simpler             09:41
12  question than it sounds.                                  09:41
13       It sounds like you're saying you're not sure         09:41
14  if it currently still sits in ▇▇ because it sounds        09:41
15  like there are plans to move that -- to move that table   09:41
16  from ▇▇ to ▇, or it may have already happened.           09:41
17       Is that correct?                                     09:42
18   A.  I see.                                               09:42
19       I am generally aware of an effort to migrate         09:42
20  some of the ▇▇▇ use cases over to using ▇.  My            09:42
21  testimony was in reference to that effort.                09:42
22       And I am uncertain as to whether or not this         09:42
23  particular use case has been or will be migrated from     09:42
24  ▇▇ to ▇.                                                  09:42
25   Q.  So where is that table currently sitting?  Is        09:42
                                                          Page 33
```

9 (Pages 30 - 33)

### Page 34

```
 1   it currently sitting in ▓ or ▓?                 09:42
 2       I think that's the part where I need to    09:42
 3   clarify.  I don't understand.                   09:42
 4   A.  That, I do not know for sure.  Yeah.        09:42
 5   Q.  Do you know when the last time you believe  09:42
 6   that it would have been sitting in ▓?           09:42
 7       MR. ANSORGE:  Objection.  Form.             09:42
 8       THE WITNESS:  In the past, when I worked with  09:42
 9   related code, this table sat in ▓.  But as I stated  09:42
10   earlier, I'm also aware of a general effort to migrate  09:42
11   some ▓ use cases to ▓.  So this table may or may  09:43
12   not be moved to ▓ already.                      09:43
13   BY MR. MAO:
14   Q.  Got it.                                     09:43
15       And when it was sitting in ▓, was there    09:43
16   any tools that you would have been able to use to search  09:43
17   that table?                                     09:43
18   A.  I am aware of a tool, but I have not used it  09:43
19   personally myself.                              09:43
20   Q.  What is the name of that tool?              09:43
21   A.  I believe -- I may be wrong because I'm    09:43
22   relying on memory.  I believe it's called ▓▓▓▓  09:43
23   or ▓ or something like that.                   09:43
24   Q.  And would it be searching a table or -- like,  09:44
25   what would it be -- what would that tool be searching in  09:44
```

### Page 35

```
 1   order to retrieve the links or mappings between PPIDs  09:44
 2   and Biscottis IDs?                              09:44
 3       MR. ANSORGE:  Objection.  Form.             09:44
 4       THE WITNESS:  I do not recall myself using  09:44
 5   that tool before so I'm not able to answer that  09:44
 6   question.                                       09:44
 7   BY MR. MAO:                                     09:44
 8   Q.  Got it.                                     09:44
 9       And if it has moved to ▓, is there a tool  09:44
10   that you would be able to use to search that table for  09:44
11   the mappings or linkings between PPIDs and Biscottis  09:44
12   IDs?                                            09:44
13   A.  I do not have that knowledge.               09:44
14   Q.  Have you used any tools in ▓ in order to   09:44
15   search the tables there yet?                    09:44
16   A.  No.                                         09:44
17   Q.  Makes sense.                                09:44
18       Is there any documentation on how one would go  09:44
19   about searching that table either in ▓ or ▓?   09:44
20       MR. ANSORGE:  Objection.  Vague.            09:44
21       THE WITNESS:  I have not seen such a document.  09:45
22   I do not know if it exists or not.              09:45
23   BY MR. MAO:                                     09:45
24   Q.  Is there any documentation -- sorry.  Strike  09:45
25   that.                                           09:45
```

### Page 36

```
 1       In terms of that table for PPIDs with       09:45
 2   Biscottis IDs in ▓ or ▓, is there anything     09:45
 3   different about that table than other similarly stored  09:45
 4   tables in ▓ or ▓?                              09:45
 5       MR. ANSORGE:  Objection.  Form.             09:45
 6   BY MR. MAO:                                     09:45
 7   Q.  Let me clarify and explain a little bit.    09:45
 8       I'm just trying to understand, is one able to  09:45
 9   search that table just like they were able to search any  09:45
10   other table within ▓ and ▓ using the same tools?  09:45
11   That's my question.                             09:45
12   A.  As I stated earlier, I don't recall using that  09:45
13   tool myself, so I am not able to answer that question.  09:45
14   Q.  Got it.                                     09:45
15       Would you be able to write a script in order  09:45
16   to search that table?                           09:45
17       MR. ANSORGE:  Objection.  Vague.            09:45
18       THE WITNESS:  I have not done so myself and I  09:45
19   wouldn't know how to do it.                     09:45
20   BY MR. MAO:                                     09:46
21   Q.  Got it.                                     09:46
22       Looking at the same Exhibit No. 4, would you  09:46
23   mind going to Exhibit -- sorry -- page -- on .pdf, it  09:46
24   would be page 21.  Bottom right, it would be 34.  It  09:46
25   would be "Online Collection (ID Links)."        09:46
```

### Page 37

```
 1   A.  Page 21.  Page 21.                          09:46
 2   Q.  Should look like this.                      09:46
 3   A.  Yes, I have it.                             09:46
 4   Q.  If you don't mind looking from this, all the  09:46
 5   way through the example of ID data propagation examples  09:46
 6   which on the bottom it would be 27 and dash 40.  This  09:46
 7   slide.  I'll give you some time to look at it.  09:46
 8   A.  Can I confirm if you like me to look at     09:47
 9   slide -- sorry -- slide 21 and --               09:47
10   Q.  Oh, no.  Slide 21 through 27.  Slide 21     09:47
11   through 27.                                     09:47
12   A.  21 through 27.                              09:47
13   Q.  Yes.                                        09:47
14   A.  Okay.  I will take a few moments to quickly  09:47
15   reread through these slides.                    09:47
16   Q.  Yeah.  Please do.                           09:47
17   A.  Okay.                                       09:48
18   Q.  Great.  Thank you, Mr. Liao.                09:48
19       So my question to you is in your words would  09:48
20   you be able to explain to me in Google speak what is the  09:48
21   difference between mapping, linking, and propagating  09:48
22   data?                                           09:48
23       It's not a test.  I'm just trying to        09:49
24   understand like how would you explain to somebody, you  09:49
25   know, less fluent in the language the difference between  09:49
```