# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**ORDER RE PENDING ADMINISTRATIVE MOTIONS TO SEAL** |

On November 16, 2022, the Court ordered the parties to file a joint chart summarizing the parties' pending administrative motion with respect to plaintiffs' motion for class certification. (Dkt. No. 795.)  On November 29, 2022, the parties filed their joint chart. (Dkt. No. 796.)

Having considered these sealing requests, all associated declarations, exhibits, and for good cause appearing:

**IT IS HEREBY ORDERED** that the sealing requests are **GRANTED IN PART AND DENIED IN PART** as follows:[1]

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 608-3) | 2:20, 4:5, 4:18, 15:5, 15:7, 15:11-12, 15:27, 16:1, 16:19, 22:7, 22:26-27, 24:15 | **DENIED** w/r/t 4:18; 15:5; 15:11-12; 15:27; 16:1; 16:19; **GRANTED** w/r/t everything else |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | [PROPOSED] Order Granting Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 608-5) | 5:8, 5:23, 16:8-9, 16:11-12, 16:21-22, 22:21 | **DENIED** |

---

[1] The Court notes that the documents are sealed only for purposes of the motion for class certification and reserves the right to unseal the documents for trial.

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Plaintiffs' Trial Plan in Support of Motion for Class Certification (Dkt. 608-4) | 1:11, 1:16, 3:27-28, 10:5-6, 10:18-27, 11:18-19, 11:25, 13:2, 14:6, 15:8-9, 15:17, 15:24-25, 16:19-21, 18:28, 19:1, 19:14, 20:6-7, 21:23-24 | **GRANTED** w/r/t 1:16, 10:5-6, 10:18-27, 11:18-19, 11:25, 13:2, 14:6, 15:17, 18:28, 19:1, 19:14, 20:6-7; **DENIED** w/r/t 1:11, 3:27-28, 15:8-9, 15:24-25, 16:19-21 (except for the first part of the sentence starting with "with" and ending with "data" at line 19. That phrase shall be sealed), 21:23-24 |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 1 to Mao Decl. (Dkt. 608-13) | GOOG-BRWN-00406065 - GOOG-BRWN-00406069 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 4 to Mao Decl. (Dkt. 608-16) | GOOG-BRWN-00475063 - GOOG-BRWN-00475064, GOOG-BRWN-00475066 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 5 to Mao Decl. (Dkt. 608-17) | GOOG-CABR-00085043 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 9 to Mao Decl. (Dkt. 608-21) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 10 to Mao Decl. (Dkt. 608-22) | GOOG-BRWN-00388295 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 12 to Mao Decl. (Dkt. 608-24) | GOOG-BRWN-00140311 - GOOG-BRWN-00140313, GOOG-BRWN-00140315 - GOOG-BRWN-00140319, GOOG-BRWN-00140323 - GOOG-BRWN-00140325, GOOG-BRWN-00140327 - GOOG-BRWN-00140329 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 14 to Mao Decl. (Dkt. 608-26) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 18 to Mao Decl. (Dkt. 608-30) | Sealed Entirely | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 21 to Mao Decl. (Dkt. 608-33) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 24 to Mao Decl. (Dkt. 608-36) | GOOG-CABR-05766201.R, GOOG-CABR-05766204.R | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 25 to Mao Decl. (Dkt. 608-37) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 26 to Mao Decl. (Dkt. 608-38) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 27 to Mao Decl. (Dkt. 608-39) | Sealed Entirely | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 29 to Mao Decl. (Dkt. 608-40) | GOOG-BRWN-00388295 | **GRANTED** |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 30 to Mao Decl. (Dkt. 608-41) | GOOG-CABR-00501221 - GOOG-CABR-00501222, GOOG-CABR-00501224 - GOOG-CABR-00501225 | **GRANTED** |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 31 to Mao Decl. (Dkt. 608-42) | Sealed Entirely | **GRANTED** |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 32 to Mao Decl. (Dkt. 608-43) | Sealed Entirely | **GRANTED** |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 33 to Mao Decl. (Dkt. 608-45) | Sealed Entirely | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 36 to Mao Decl. (Dkt. 608-47) | GOOG-BRWN-00529122 - GOOG-BRWN-00529123 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 37 to Mao Decl. (Dkt. 608-48) | GOOG-BRWN 00176478 - GOOG-BRWN 00176480 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 38 to Mao Decl. (Dkt. 608-49) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 39 to Mao Decl. (Dkt. 608-50) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 44 to Mao Decl. (Dkt. 608-55) | GOOG-CABR-05371009, GOOG-CABR-05371011, PDF page 5 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 46 to Mao Decl. (Dkt. 608-57) | GOOG-BRWN-00047391, GOOG-BRWN-00047395 - GOOG-BRWN-00047398 | **GRANTED** |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 51 to Mao Decl. (Dkt. 608-62) | GOOG-BRWN-00182492 | **GRANTED** |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 53 to Mao Decl. (Dkt. 608-64) | 124:5, 132:15, 133:17, 133:20-25 | **GRANTED** |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 54 to Mao Decl. (Dkt. 608-65) | GOOG-BRWN-00409986 - GOOG-BRWN-00409987 | **GRANTED** |
| **Google**<br>Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 55 to Mao Decl. (Dkt. 608-66) | Sealed Entirely | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 56 to Mao Decl. (Dkt. 608-67) | GOOG-CABR-05126023 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 57 to Mao Decl. (Dkt. 608-68) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 58 to Mao Decl. (Dkt. 608-69) | GOOG-BRWN-00418249 - GOOG-BRWN-00418250, PDF pages 4-5 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 59 to Mao Decl. (Dkt. 608-70) | GOOG-BRWN-00167337, GOOG-BRWN-00167339, PDF pages 6-7 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 60 to Mao Decl. (Dkt. 608-71) | GOOG-CABR-05603788, PDF page 5 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 61 to Mao Decl. (Dkt. 608-72) | GOOG-CABR-05536109 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 62 to Mao Decl. (Dkt. 608-73) | GOOG-CABR-04803103.C - GOOG-CABR-04803104.C | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 64 to Mao Decl. (Dkt. 608-74) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 66 to Mao Decl. (Dkt. 608-76) | GOOG-BRWN-00390418 - GOOG-BRWN-00390419 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 67 to Mao Decl. (Dkt. 608-77) | GOOG-BRWN-00410884 - GOOG-BRWN-00410885, PDF pages 4-6 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 71 to Mao Decl. (Dkt. 608-81) | GOOG-CABR-04261880, PDF page 3 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 72 to Mao Decl. (Dkt. 608-82) | GOOG-CABR-03923580 - GOOG-CABR-03923584, PDF page 6 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 73 to Mao Decl. (Dkt. 608-83) | GOOG-CABR-03827263 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 74 to Mao Decl. (Dkt. 608-84) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 75 to Mao Decl. (Dkt. 608-85) | GOOG-CABR-04991831, PDF page 4 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 76 to Mao Decl. (Dkt. 608-86) | GOOG-BRWN-00047344 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 77 to Mao Decl. (Dkt. 608-87) | GOOG-CABR-05269680 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 78 to Mao Decl. (Dkt. 608-88) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 80 to Mao Decl. (Dkt. 608-90) | GOOG-BRWN-00042404, GOOG-BRWN-00042408, GOOG-BRWN-00042410 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 81 to Mao Decl. (Dkt. 608-91) | Sealed Entirely | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 83 to Mao Decl. (Dkt. 608-93) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 84 to Mao Decl. (Dkt. 608-94) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | Exhibit 86 to Mao Decl. (Dkt. 608-96) | 2:14, 2:20, 2:24-26, 2:28, 3:1, 3:3-10, 3:12-23, 3:27-28, 4:1-4, 6:1, 6:3-4, 6:6, 6:8-11, 6:13-27, 7:1, 7:3-9, 7:11-26, 8:1-13, 8:15-18, Supplemental Declaration of Martin Sramek in Response to May 20, 2022 Order | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 4/15/22 Hochman Expert Report and Appendices (Dkt. 608-12) | 9, 36, 44-46, 51-56, 59, 61, 63-71, 73-76, 82, 86-91, 93-96, 98-108, 110-112, 115-126, 128-132, 134, 136-137, 139, 142, 145, 150, 152-154  Appendix A: 3-4, 15, 19  Appendix D: 1-5  Appendix E: Sealed Entirely  Appendix F: 2-10  Appendix G: 1-6, 8-13  Appendix H: 1-30  Appendix I: Sealed Entirely  Exhibit C: Sealed Entirely  Exhibit E: Sealed Entirely | **GRANTED** |

13

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 6/7/22 Hochman Rebuttal Report and Appendices (Dkt. 608-11) | 8-18, 20-23, 26, 28, 30-31, 33, 35-37, 40, 42-44, 48-50, 66-67, 69, 71-74<br><br>Appendix A: Sealed Entirely<br><br>Appendix B: Sealed Entirely<br><br>Appendix C: Sealed Entirely<br><br>Appendix D: Sealed Entirely<br><br>Appendix E: Sealed Entirely<br><br>Appendix F: Sealed Entirely<br><br>Appendix G: Sealed Entirely<br><br>Appendix H: Sealed Entirely<br><br>Appendix I: Sealed Entirely<br><br>Appendix J: Sealed Entirely<br><br>Appendix K: Sealed Entirely | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 5/20/22 Keegan Rebuttal Report and Appendices (Dkt. 608-10) | 59, 61 Exhibit 8: Keegan_Exhibits_81, Keegan_Exhibits_83 - Keegan_Exhibits_87 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 4/22/22 Lasinski Expert Report and Appendices (Dkt. 608-9) | TOC, 1-2, 7, 9-16, 18-59, 65-67, 73-78, 80-82 PDF Pages (Schedules): 107-178, 180-184, 186-188, 190, 192, 196, 199-203, 205-214, 216-230, 232, 235-239, 241-297 | **GRANTED** except for references to the phrase "Chrome Guard" |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 4/15/22 Schneier Expert Report and Appendices (Dkt. 608-7) | 25, 57-59, 73-75, 80, 83, 87, 89-91, 93, 96-97 | **GRANTED** |
| **Google** Dkt. 608 (Plaintiffs' Motion to Seal); Dkt. 643 (Tse Declaration in Support of Plaintiffs' Motion to Seal) | 6/7/22 Schneier Rebuttal Report and Appendices (Dkt. 608-6) | 11-14, 21-25 | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Google LLC's Opposition to Plaintiffs' Motion for Class Certification (Dkt. 659-3) | 4:8, 4:10, 4:11-12, 4:19, 5:1-2, 5:4-7, 5:13, 8:5, 8:10, 8:18, 9:13, 22:28 | **GRANTED** w/r/t 22:28, 4:19, 5:1-2, 5:4-7, 5:13; **DENIED** w/r/t everything else |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 36 to Broome Decl. (Dkt. 659-4) | 116:10 | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 41 to Broome Decl. (Dkt. 659-4) | 75:24, 76:5, 76:9, 76:25, 77:7, 77:16-19, 77:22 | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 44 to Broome Decl. (Dkt. 659-4) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 45 to Broome Decl. (Dkt. 659-4) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Declaration of Josef Ansorge In Support of Google's Opposition to Plaintiffs' Motion for Class Certification (Dkt. 659-5) | 1:22, 2:17, 3:10, 3:12, 3:16, 3:19-20, 3:22 | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to Ansorge Decl. (Dkt. 659-5) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Declaration of Jonathan McPhie Regarding Google Disclosures (Dkt. 659-6) | 16:15, 16:18, 16:25, 23:10, 23:14, 25:8, 26:11-12, 29:3, 29:5-14, 32:5, 32:22, 33:10 | **GRANTED** w/r/t 16:18, 23:10, 29:5-14; **DENIED** w/r/t everything else |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 2 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 3 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 6 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 9 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 10 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 12 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 13 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 15 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 17 to McPhie Decl. (Dkt. 659-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Declaration of Glenn Berntson Regarding Google Ad Manager (Dkt. 659-7) | Highlighted portions at pages 19-21 | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Declaration of George Levitte (Dkt. 659-8) | 4:23, 4:25-26, 4:28-5:2, 5:7-9, 5:11-12, 5:13-15 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to On Amir Decl. (Dkt. 659-9) | Highlighted portions at pages 2-4, 24-28, 30-35, 41-42, Exhibits 1-13 | **DENIED** w/r/t information in paragraphs 5, 6, 10, 56, 57, 69; **GRANTED** w/r/t everything else |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 2 to On Amir Decl. (Dkt. 659-9) | Highlighted portions at pages 3-4, 9, 25-29, 31-33, 42, 45-47, 49, 54, 57-58 | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 3 to On Amir Decl. (Dkt. 659-9) | Highlighted portions at pages 13-14, 16-17, 19-25, Exhibit 1.a, Exhibit 1.b | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to Psounis Decl. (Dkt. 659-10) | Highlighted portions at pages 3-4, 22-24, 31-32, 38-43, 50-53, 58-59, 65-66, 73, 78, 87-89, 94-95, 105, 107-108, 110-112, 114, 117, 175-184, 187-190 | **GRANTED** |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to Schwartz Decl. (Dkt. 659-11) | Highlighted portions at pages 35-37, 39-41 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 1 to Strombom Decl. (Dkt. 659-12) | Highlighted portions at pages i, ii, 3-6, 16-17, 19, 21, 27, 31-37, 39, 41, 44-48, 51-56, 60, 62, 64-76, 78, 80-82, 84-90, 94-96, 98-102, 104-112<br><br><br>Exhibit 2:1-4<br><br>Exhibit 5-10.C: Sealed Entirely<br><br>Appendix B - Page 1 | **DENIED** w/r/t: ii, 1, 4, information on page 5 except for the number right before the phrase "which is more than Alphabet's operating profits", 6, 16-17, 19, 21, 27, 31, 34-36, 64, 65 w/r/t dollar figures, 66-76, 78 w/r/t dollar figures, 80-82, 84-86, 89, 94-96, 98-102, 111, Appendix B - Page 1<br><br>**GRANTED** w/r/t:<br> i, 3, 32, 33, 37, 39, 41, 44-48, 51-56, 60, 62, 65 w/r/t the percent of the private browsing traffic identified, 78 w/r/t information in footnote 208, 87-88 (except w/r/t to dollar figures), 90, paragraph 191 on pages 99-100, 104-110, 112, Exhibit 2:1-4, Exhibit 5-10.C: Sealed Entirely, |
| **Google** Dkt. 659 (Google's Admin Motion to Seal) | Exhibit 2 to Zervas Decl. (Dkt. 659-13) | Highlighted portions at pages 9, 53 | **DENIED** |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Google LLC's Notice of Motion and Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski (Dkt. 661-3) | Highlighted portions at 4:4, 4:5, 7:22, 7:25, 7:28, 8:3, 8:7-8, 8:10, 8:14, 8:19-20, 8:23-24, 9:8, 9:11, 9:14, 9:28, 10:3-4, 10:7, 11:26, 20:10, 20:19, 20:21, 20:28 | **GRANTED** w/r/t 9:8 and 20:10, **DENIED** w/r/t everything |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 1 to Trebicka Decl. (Dkt. 661-3) | Highlighted portions at 52:18, 52:20, 53:2-3, 53:5, 53:20, 54:22, 55:1, 147:23, 148:5, 149:5-7, 161:14, 161:22, 163:9-10, 170:7, 170:9, 170:11-12, 171:13, 171:16, 172:4-5, 173:11, 173:13, 173:15, 174:5, 174:18-19, 174:21-23, 174:25, 175:3-6, 175:9, 175:12, 177:8, 177:18-19, 177:22-23, 178:3, 178:7, 178:9-10, 178:13, 179:12, 182:9, 188:13, 189:4, 189:6, 189:22, 189:24, 190:5, 191:25, 192:15, 192:23, 193:2, 193:11, 193:13, 193:23, 194:5, 194:11, 195:8, 195:12, 195:22, 196:17, 196:19, 196:21-23, 197:10, Word Index Pages 1-3, 8, 10-11, 28, 52 | **DENIED** w/r/t: 161:14, 161:22, 171:13, 171:16, 172:4-5, 173:13, 173:15, 174:19, 175:9, 179:12, 182:9, 188:13, 189:4, 189:6, 189:22, 189:24, 190:5, 191:25, 192:15, 192:23, 193:2, 193:11, 193:13, 193:23, 194:5, 194:11, 195:8, 195:12, 195:22, 196:17, 196:19, 196:21-23, 197:10; **GRANTED** w/r/t everything else |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 2 to Trebicka Decl. (Dkt. 661-3) | Highlighted portions at i, ii, 1, 3-6, 16-17, 19, 21, 27, 31-39, 40-48, 51-56, 60, 62, 64-76, 78, 80-82, 84-90, 94-96, 98-102, 104-112<br><br>Exhibit 5-10.C: Sealed Entirely<br><br>Appendix B - Page 1 | See above ruling at Dkt. 659-12 which seeks to seal the same information |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 4 to Trebicka Decl. (Dkt. 661-3) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 5 to Trebicka Decl. (Dkt. 661-3) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Exhibit 7 to Trebicka Decl. (Dkt. 661-3) | 574:14-19 | **GRANTED** |
| **Google** Dkt. 661 (Google's Admin Motion to Seal) | Notice of Motion and Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier (Dkt. 661-4) | 7:2-4 | **DENIED** |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Response to Google's Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski (Dkt. 700) | 8:12, 11:7–8, 13:3, 13:8–11, 13:19, 14:5, 14:12, 15:22, 16:4, 16:6, 16:17, 16:20 | **DENIED** w/r/t 8:12, 13:19, 14:12, 15:22, 16:4, 16:6, 6:17, <br><br>**GRANTED** w/r/t 11:7-8, 13:3, 13:8-11 (phrase right after the word "just" and before the word "Third") and the end of the last sentence referring to Google's capitalization, Denied w/r/t the remaining information in 13:8-11, 14:5, and 16:20 |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 3 to the Lee Decl (Dkt. 698-3) | 264:25–265:4 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 4 to the Lee Decl (Dkt. 698-4) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 6 to the Lee Decl (Dkt. 698-6) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 8 to the Lee Decl (Dkt. 698-8) | 92:22, 94:1, 113:2, 113:8, 113:23, 114:2, 114:10, 114:16, 114:21, 114:23, 115:6–7, 115:16, 115:23-24, 116:8, 116:21, 117:4, 117:18, 117:23, 118:5, 118:13, 118:22, 119:12 | **GRANTED** w/r/t 92:22 and 94:1; **DENIED** w/r/t everything else |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 9 to the Lee Decl (Dkt. 698-9) | GOOG-CABR-04010129, GOOG-CABR-04010132 | **GRANTED** |
| **Google** Dkt. 698 (Plaintiffs' Motion to Seal); Dkt. 740 (Margolies Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 10 to the Lee Decl (Dkt. 698-10) | GOOG-BRWN-00230425 - GOOG-BRWN-00230426 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Opposition to Google's Motion to Exclude Opinions of Plaintiffs' Expert Bruce Schneier (Dkt. 699-2) | 6:6, 11:22-24, 16:15-17 | **DENIED** |
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 1 to Frawley Decl (Dkt. 699-3) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 3 to Frawley Decl (Dkt. 699-4) | GOOG-CABR-00111419 | **GRANTED** |
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 4 to Frawley Decl (Dkt. 699-5) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 699 (Plaintiffs' Motion to Seal); Dkt. 739 (Olson Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 9 to Frawley Decl (Dkt. 699-9) | GOOG-CABR-00501221 - GOOG-CABR-00501222, GOOG-CABR-00501224- GOOG-CABR-00501225 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Notice of Motion and Motion to Exclude Portions of the Rebuttal Expert Report of Kostantinos Psounis (Dkt. 702-1) | 2:19, 3:1, 3:13, 3:17, 3:24, 4:9, 5:23, 6:3-4, 6:18-19, 7:1-7, 8:4, 9:6, 9:9, 9:11, 10:5, 12:4, 12:17, 14:10 | **GRANTED** w/r/t 2:19, 3:13, 3:17, 3:24, 4:9, 5:23, 6:3-4, 6:18-19, 7:1-7, 8:4, 9:6, 9:9, 10:5, 12:4, 12:17, 14:10 <br><br> **DENIED** w/r/t 3:1, 9:11 |
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Declaration of Mark Mao In Support of Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis (Dkt. 702-2) | 2:9, 2:14-15, 2:18 | **GRANTED** |
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit A to Mao Decl. (Dkt. 702-3) | Sealed Entirely | **GRANTED** |

24

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit B to Mao Decl. (Dkt. 702-4) | 59:17, 59:21, 59:25, 60:7, 60:14, 60:19, 61:5, 61:17, 63:4-5, 134, 22-23, 135:19, 135:21, 135:23, 135:25, 136:9, 157:15, 157:23-158:1, 158:3, 158:11, 158:18, 158:23, 159:7, 159:17, 159:23-24, 161:15, 161:17, 161:22-23, 161:25, 162:2, 162:13, 164:3, 164:6, 166:10, 166:22, 167:10, 167:18, 167:21, 167:25, 168:8-9, 168:21, 169:6, 169:8, 169:12, 169:17, 169:19, 169:23, 170:2, 170:4, 170:10, 170:22, 171:15, 171:17, 171:20, 171:23, 189:7, 189:22, 190:9, 190:21, 190:23, 191:4, 191:20, 191:23, 192:2, 192:18, 213:14-15, 216:4, 216:8-9, 230:9, 237:14-15, Index pgs. 20, 21, 51, 52 | **GRANTED** |
| **Google** Dkt. 702 (Plaintiffs' Motion to Seal); Dkt. 742 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | [Proposed] Order Granting Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis (Dkt. 702-5) | 2:15, 2:17 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 704 (Plaintiffs' Motion to Seal); Dkt. 743 (Gao Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Notice of Motion and Motion to Strike Non-Retained Expert Declarations For Whom Google Provided No Expert Report (Dkt. 704-2) | 10:21, 11:9, 11:11-12, 11:14, 11:16 | **DENIED** w/r/t 10:21, 11:11-12, 11:14, 11:16; **GRANTED** w/r/t 11:9, |
| **Google** Dkt. 704 (Plaintiffs' Motion to Seal); Dkt. 743 (Gao Declaration In Support of Plaintiffs' Motion to Seal) | Declaration of Alexander Frawley in Support of Plaintiffs' Motion to Strike Non-Retained Employee-Expert Declarations for Whom Google Provided No Expert Report (Dkt. 704-4) | 2:8 | **DENIED** |
| **Google** Dkt. 704 (Plaintiffs' Motion to Seal); Dkt. 743 (Gao Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 11 to Frawley Decl. (Dkt. 704-10) | 71:18, 71:23-25 | **DENIED** |
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Reply In Support Of Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 712-1) | 7:27, 8:12-13, 12:2 | **GRANTED** w/r/t 7:27, 8:12-13; **DENIED** w/r/t 12:2 |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 92 to Mao Decl. (Dkt. 712-2) | 205:23-25, 207:18-19, 295:11-15, 295:17-20, 295:25-296:3, 296:16-21, 312:21, 312:23, 313:7-9, 313:20-22, 314:1-4, 314:8-11, 314:20-23, 315:22-23, 316:7-8, 316:16-17, 316:20-21, 316:23, 317:6-8, 317:12-14, 317:24-318:1, 318:11-13, 318:19-20, 319:9-11, 319:22-24, 320:7-8, 320:11-12, 324:16, 324:21-22, 325:7-8, 325:18, 325:20-22 | **GRANTED** |
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 93 to Mao Decl. (Dkt. 712-3) | 6:24, 62:11, 62:16, 127:21, 128:5, 128:11-12, 128:14-17, 128:21-22, 129:18, 134:22, 180:22-23, 180:25-181:1, 181:3, 181:7, 181:13, 181:18, 181:22, Word Index Pages: 4, 6, 22, 25 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 95 to Mao Decl. (Dkt. 712-5) | 99:8-13, 181:24-25, 182:12-13, 183:3, 183:12, 184:18-24, 185:11-13, 186:19-24, 188:4-8, 188:12-16, 190:22, 191:1-4, 191:6-8, 191:10, 191:19-20, 191:24, 192:1-3, 192:5-9, 202:21-24, 204:3-6, 208:16-17, 208:25-209:2, 209:6-7, 210:24-25, 212:12-13, 212:20-22, 213:9-10, 213:23, 214:3-4, 214:11-12, 214:18-20, 239:23, 241:13-14, 241:17, 242:9, 242:14, 264:25-265:4, 266:22, 266:25-267:1, 267:9-13, 267:15, 267:18-19, 267:22-23, 268:1-2, 268:8, 268:13-14, 268:25-269:1, 269:4, 269:6-7, 269:15, 269:18, 269:21, 270:3-4, 270:10-11, 270:22-23, 271:4-8, 272:12, 273:22-23, 274:4-7, 274:9-11, 274:20-21, 275:14-16, 275:19-21, 275:24-25, 288:21, 289:19, 290:8-10, 290:19, 290:21, 291:3-4, 291:9-10, 290:14, 290:19, 293:24, 299:22-300:3, 301:17-19, 302:1-3 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 97 to Mao Decl. (Dkt. 712-7) | Sealed Entirely | **GRANTED** |
| **Google** Dkt. 712 (Plaintiffs' Motion to Seal); Dkt. 750 (Tse Declaration In Support of Plaintiffs' Motion to Seal) | Exhibit 98 to Mao Decl. (Dkt. 712-8) | 59:17, 59:21, 59:25, 60:7, 60:14, 60:19, 61:5, 61:17, 63:4-5, 134:22-23, 135:19, 135:21, 135:23, 135:25, 136:9, 157:15, 157:23-158:1, 158:3, 158:11, 158:18, 158:23, 159:23-24, 161:18-19, 161:21-23, 162:18, 166:10, 166:22, 167:10, 167:18, 213:14-15, 216:4, 216:8-9, Index pgs. 20, 21, 51, 52 | **GRANTED** |
| **Google** Dkt. 714 (Google's Admin Motion to Seal) | Google LLC's Reply In Support of Motion to Exclude Opinions of Plaintiffs' Damages Expert Michael J. Lasinski (Dkt. 714-3) | 4:8, 8:27, 9:20-21, 9:24, 10:5, 10:12-13, 10:15-16 | **GRANTED** w/r/t 10:5; 10:15; **DENIED** w/r/t 4:8, 8:27, 9:20-21, 9:24, 10:12-13, 10:16 |
| **Google** Dkt. 714 (Google's Admin Motion to Seal) | Exhibit 9 to Trebicka Decl. (Dkt. 714-4) | 113:21 | **DENIED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 746 (Google's Admin Motion to Seal) | Google's Opposition to Plaintiffs' Motion to Strike Non-Retained Expert Declarations for Whom Google Provided No Expert Report (Dkt. 746-3) | 12:12-14, 13:26-27 | **GRANTED** w/r/t 12:12-14; **DENIED** w/r/t 13:26-27 |
| **Google** Dkt. 746 (Google's Admin Motion to Seal) | Exhibit 3 Schapiro Decl. (Dkt. 746-4) | 4:12, 4:18, 4:21, 121:9-11, 121:13-21, 122:10-24, 123:1-4, 123:10-11, 123:13-14, 123:16, 123:18, 123:20, 124:1, 124:3, 124:9-12, 124:23, 125:6-7, 125:10, 125:18, 390:1-2, 390:15, 390:20 395:24, 396:14 | **GRANTED** |
| **Google** Dkt. 748 (Google's Admin Motion to Seal) | Google's Opposition to Plaintiffs' Motion to Exclude Portions of the Rebuttal Report of Konstantinos Psounis (Dkt. 748-3) | 1:25, 2:17-18, 4:3, 5:14, 6:9, 9:4, 9:28, 13:9, 13:12 | **GRANTED** |
| **Google** Dkt. 748 (Google's Admin Motion to Seal) | Exhibit 1 to Ansorge Decl. (Dkt. 748-4) | 474:11-14, 474:16, 474:18, 474:22, 475:6 | **GRANTED** |
| **Google** Dkt. 748 (Google's Admin Motion to Seal) | Exhibit 2 to Ansorge Decl. (Dkt. 748-5) | 9:22 | **GRANTED** |
| **Google** Dkt. 748 (Google's Admin Motion to Seal) | Exhibit 3 to Ansorge Decl. (Dkt. 748-6) | 92:11-12, 93:7, 93:9, 116:10 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Google** Dkt. 752 (Plaintiffs' Motion to Seal); Dkt. 764 (Fortenbery Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Reply In Support of Motion to Strike Non-Retained Expert Declarations For Whom Google Provided No Expert Report (Dkt. 752-1) | 8:10, 8:13, 8:17 | **DENIED** |
| **Google** Dkt. 754 (Plaintiffs' Motion to Seal); Dkt. 767 (Fani Declaration In Support of Plaintiffs' Motion to Seal) | Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis (Dkt. 754-1) | 1:4, 1:24-25, 3:14, 7:10-11, 7:13, 7:16, 7:20, 7:23 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs** Dkt. 608 (Plaintiffs' Motion to Seal) | 4/15/22 Hochman Expert Report and Exhibits and Appendices (Dkt. 608-12) | Paragraphs 88-90, 116, 174-78, 224-25, 234, 236, 243, 246-47 Appendix B: Paragraphs 11-13, 18-23, and the entirety from pages 17-36 Appendix G: Paragraphs 7-8, 24, 26 Appendix H: Portions of Table of Contents (H.1 through H.6), Paragraphs 1-41 Appendix I: Sealed Entirely Exhibit B: Sealed Entirely Exhibit C: Sealed Entirely Exhibit D: Sealed Entirely Exhibit E: Sealed Entirely Exhibit F: Sealed Entirely | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs** Dkt. 608 (Plaintiffs' Motion to Seal) | 6/7/22 Hochman Rebuttal Report and Exhibits and Appendices (Dkt. 608-11) | Paragraphs 22-23, 30, 38-47, 67-69<br><br>Exhibit A: Sealed Entirely<br><br>Exhibit B: Sealed Entirely<br><br>Appendix A: Sealed Entirely<br><br>Appendix B: Sealed Entirely<br><br>Appendix C: Sealed Entirely<br><br>Appendix D: Sealed Entirely<br><br>Appendix E: Sealed Entirely<br><br>Appendix F: Sealed Entirely<br><br>Appendix G: Sealed Entirely<br><br>Appendix H: Sealed Entirely<br><br>Appendix I: Sealed Entirely<br><br>Appendix J: Sealed Entirely | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff Chasom Brown's Verified Amended Objections and Responses to Defendant's Interrogatories 1,4, and 5 (Dkt. 660-3) (Exhibit 10 to Broome Declaration) | 3:6,11; 4:10-16; 5:10-16; 6:5-11 | **GRANTED** w/r/t 4:10-16, 5:10-16, 6:5-11; **DENIED** w/r/t 3:6, 3:11, |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff William Byatt's Verified Amended Objections and Responses to Defendant's Interrogatories 1,4, and 5 (Dkt. 660-4) (Exhibit 11 to Broome Declaration) | 3:6; 4:10-17; 5:10-14; 6:3-8 | **GRANTED** |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff Christopher Castillo's Verified Amended Objections and Responses to Defendant's Interrogatories 1,4, and 5 (Dkt. 660-5) (Exhibit 12 to Broome Declaration) | 3:6; 4:10-19; 5:12-18; 6:7-15 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff Jeremy Davis Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5 (Dkt. 660-6) (Exhibit 13 to Broome Declaration) | 3:7; 4:10-18; 5:15; 6:10 | **GRANTED** |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Sets of Interrogatories (Dkt. 660-7) (Exhibit 14 to Broome Declaration) | 2:12; 3:13-20; 5:12-18; 6:11-16 | **GRANTED** |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff William Byatt's Objections and Responses to Defendant's Fourth Set of Interrogatories (Dkt. 660-8) (Exhibit 16 to Broome Declaration) | 3:16-21 | **GRANTED** |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Plaintiff William Byatt's Objections and Responses to Defendant's Third Set of Requests for Admission (Dkt. 660-9) (Exhibit 21 to Broome Declaration) | 6:9-14 | **GRANTED** |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Deposition Excerpts of William Byatt (Dkt. 660-10) (Exhibit 25 to Broome Declaration) | 10:7-8 | **GRANTED** |
| **Plaintiffs** Dkt. 660 (Google's Admin Motion to Seal), Dkt. 709 (McGee Declaration ISO Google's Motion) | Declaration of Jonathan McPhie Regarding Google Disclosures (Dkt. 660-11) | 22:21, 22:23, 22:25, 23:2, 23:4, 23:6 | **GRANTED** |

**IT IS SO ORDERED.**

Dated: December 12, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**