# DECLARATION OF VIOLA TREBICKA ISO GOOGLE LLC'S REPLY ISO MOTION FOR RELIEF REGARDING PRESERVATION

# Redacted Version of Document Sought to be Sealed

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF VIOLA TREBICKA IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF MOTION FOR RELIEF REGARDING PRESERVATION**<br><br>Referral: Hon. Susan van Keulen, USMJ<br><br>San Jose Courthouse, Courtroom 6 – 4th Floor<br>Date:  January 10, 2023<br>Time:  10:00 am |

I, Viola Trebicka, declare as follows:

1.      I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google LLC's Reply in Support of Motion for Relief Regarding Preservation. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by Google in this litigation bearing Bates numbers GOOG-CABR-05290579 through GOOG-CABR-05290586.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Google in this litigation, bearing Bates numbers GOOG-CABR-03841078 through GOOG-CABR-03841086.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a document marked as Exhibit 20 in the deposition of Huei-Hung (Chris) Liao taken on December 3, 2021, bearing Bates numbers GOOG-CABR-03655476 through GOOG-CABR-03655487.

5.      Attached hereto as **Exhibit 4** is a data file entitled ███████████████ ████████████████████████. This file was originally produced as a .CSV file but has been converted to .PDF for purposes of filing.

6.      Attached hereto as **Exhibit 5** is a data file entitled ███████████████ ████████████████████. This file was originally produced as a .CSV file but has been converted to .PDF for purposes of filing.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on December 15, 2022.

By     _/s/ Viola Trebicka_
       Viola Trebicka