# EXHIBIT 4

# Sealed Entirely