# EXHIBIT 5

# Sealed Entirely