# GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO DEPRECATE

Redacted Version of Document Sought to be Sealed

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.,* individually and on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO DEPRECATE**<br><br>Judge: Hon. Susan van Keulen, USMJ |

For the reasons below, Google respectfully seeks the Court's permission to deprecate an obsolete field found in certain of its ███████████ logs. The parties have stipulated Google may request the Court's permission to do so, and that Plaintiffs' deadline to respond to Google's request is extended to January 4, 2023. 12/21/2022 Declaration of Andrew H. Schapiro ¶ 2, Ex. 2.

While reviewing data recently compiled for, and produced in, the related *Calhoun* case, counsel for Google became aware of a boolean log field named ███████████. The values for the ███████████ field are generated with ███████████ ███████████ ███████████ ███████████ 12/21/2022 Declaration of Borbála Katalin Benkő ¶ 3, 5. Use of these API behaviors by websites to detect private browsing modes was public and well-documented in the media, and Chrome publicly announced changes to the relevant API behavior to prevent Incognito detection in 2019, nearly one year prior to Plaintiffs' filing suit.[1] Because the underlying heuristic ███████████, the ███████████ field is defunct and does not function for any of the browsers in Plaintiffs' class. Consistent with Google's ordinary code maintenance and data minimization practices, Google seeks to deprecate the field and heuristic entirely.

The ███████████ field and underlying heuristic affect no relevant issue in this case. Further, while Google was investigating the heuristic, the Court denied Plaintiffs' motion to certify a Rule 23(b)(3) damages class on grounds wholly unrelated to whether individual class members

---

[1] Jul. 18, 2019 Google News Initiative, *Protecting Private Browsing in Chrome*, accessed at (https://blog.google/outreach-initiatives/google-news-initiative/protecting-private-browsing-chrome/).

1 | (and their private browsing instances) could be identified. In the interest of transparency, however,
2 | Google seeks the Court's permission to deprecate the ▮▮▮▮▮▮▮▮ field and heuristic.[2] To
3 | support the relief it seeks above, Google provides the following information from its investigation
4 | to date. Google stands ready to provide any additional information if requested by the Court.
5 |
6 | The ▮▮▮▮▮▮▮ field was created by ▮▮▮▮▮▮▮▮▮▮▮▮ as one of
7 | hundreds of possible data elements used to ▮▮▮▮▮▮▮▮▮▮. *Id.* ¶¶ 3-4. The
8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *Id.* ¶ 2.
12 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 | ▮▮▮▮▮▮▮▮▮▮▮▮ The heuristic currently ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* ¶ 6.
15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 | ▮▮▮▮▮▮▮▮▮▮▮ *Id.* ¶ 5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.*
19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 | ▮▮▮▮▮▮▮▮▮▮▮ *Id.*

---

[2] Google's request does not extend to the source code that operationalized the heuristic which Google is retaining and which can be made available for inspection should the need arise.

Exploitation of these APIs as a potential indicator of private browsing modes—often by publishers seeking to enforce paywalls—was well-documented in public reporting.[3] It was also illustrated in documents produced in this case.[4] Also publicly documented were the efforts by browser publishers to prevent this use case by modifying the APIs. For instance, Google publicly identified the relevant Chrome API in a blog post on July 18, 2019, and explained it would be closing the "loophole" used to detect Incognito with the release of its Chrome version 76 on July 30, 2019.[5] The ▮▮▮▮ did not re-configure the ▮▮▮▮ ▮▮▮▮ ▮▮▮▮. *Id*. ¶ 6. ▮▮▮▮ ▮▮▮▮. *Id*. Therefore, the ▮▮▮▮ heuristic does not provide accurate values for any browser in Plaintiffs' class because ▮▮▮▮ ▮▮▮▮.

Google would like to deprecate the ▮▮▮▮ field and heuristic from its logs, as it is the type of defunct code that would be deprecated in the ordinary course to maintain the integrity of Google's logs. *Id*. ¶ 7. Google brings this issue to the Court's attention in an abundance of caution given contentious discovery battles between the parties related to preservation and log discovery, and respectfully requests an order allowing Google to deprecate.

DATED: December 21, 2022        QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By   /s/ Andrew H. Schapiro

---

[3] *See, e.g.*, July 20, 2019, *Wired*, accessed at (https://www.wired.co.uk/article/google-chrome-incognito-mode-privacy) (explaining "FileSystem API detection" and noting "Google has announced the next iteration of its web browser, Chrome 76, will close the loophole").
[4] *See, e.g.*, Schapiro Decl. Ex. 1 (GOOG-CABR-04331727) (Google internal document describing API "loopholes" and Chrome's responses).
[5] *Supra* n.1.

| | |
|---|---|
| 1 | Andrew H. Schapiro (admitted *pro hac vice*) |
| 2 | andrewschapiro@quinnemanuel.com |
|   | 191 N. Wacker Drive, Suite 2700 |
| 3 | Chicago, IL 60606 |
|   | Telephone: (312) 705-7400 |
| 4 | Facsimile: (312) 705-7401 |
| 5 | Stephen A. Broome (CA Bar No. 314605) |
|   | stephenbroome@quinnemanuel.com |
| 6 | Viola Trebicka (CA Bar No. 269526) |
|   | violatrebicka@quinnemanuel.com |
| 7 | Crystal Nix-Hines (CA Bar No. 326971) |
| 8 | crystalnixhines@quinnemanuel.com |
|   | 865 S. Figueroa Street, 10th Floor |
| 9 | Los Angeles, CA 90017 |
|   | Telephone: (213) 443-3000 |
| 10 | Facsimile: (213) 443-3100 |
| 11 | |
|   | Diane M. Doolittle (CA Bar No. 142046) |
| 12 | dianedoolittle@quinnemanuel.com |
|   | 555 Twin Dolphin Drive, 5th Floor |
| 13 | Redwood Shores, CA 94065 |
|   | Telephone: (650) 801-5000 |
| 14 | Facsimile: (650) 801-5100 |
| 15 | |
|   | Josef Ansorge (admitted *pro hac vice*) |
| 16 | josefansorge@quinnemanuel.com |
|   | 1300 I. Street, N.W., Suite 900 |
| 17 | Washington, D.C. 20005 |
|   | Telephone: 202-538-8000 |
| 18 | Facsimile: 202-538-8100 |
| 19 | Jomaire A. Crawford (admitted *pro hac vice*) |
|   | jomairecrawford@quinnemanuel.com |
| 20 | 51 Madison Avenue, 22nd Floor |
|   | New York, NY 10010 |
| 21 | Telephone: (212) 849-7000 |
|   | Facsimile: (212) 849-7100 |
| 22 | |
|   | Jonathan Tse (CA Bar No. 305468) |
| 23 | jonathantse@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 24 | San Francisco, CA 94111 |
|   | Telephone: (415) 875-6600 |
| 25 | Facsimile: (415) 875-6700 |
| 26 | |
|   | *Attorneys for Defendant Google LLC* |
| 27 | |
| 28 | |