UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK |

**DECLARATION OF ANDREW H. SCHAPIRO**

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Illinois and admitted to practice *pro hac vice* in the Northern District of California by this Court. Dkt. 37. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On December 20, 2022, counsel for Google disclosed the existence of a particular log field and underlying heuristic to Plaintiffs in this action and requested Plaintiffs alert Google as to whether they object to Google's filing an administrative motion for leave to deprecate the field. On December 21, 2022, the parties agreed to a stipulation that Google may request the Court's permission to deprecate said log field and underlying heuristic and Plaintiffs' deadline to respond to Google's administrative motion would be extended to January 4, 2023.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced in this litigation as GOOG-CABR-04331727.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the parties' December 21, 2022 stipulation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 21st day of December 2022 at Chicago, Illinois.

1
2            By:  /s/ *Andrew H. Schapiro*
3                 Andrew H. Schapiro
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28