# EXHIBIT 2

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, et al. individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION REGARDING REQUEST FOR DEPRECATION**<br><br>Judge:   Honorable Susan van Keulen |

WHEREAS, the parties agree that Google may request permission from the Court to deprecate a particular log field and underlying heuristic;

WHEREAS, in light of the holiday season, Plaintiffs' deadline to respond to Google's administrative motion will be extended to January 4, 2023.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant (the "Parties"), as follows:

1. Google may request the Court's permission to deprecate said log field and underlying heuristic.
2. Plaintiffs' deadline to respond to Google's administrative motion will be extended to January 4, 2023.

DATED: December 21, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORGAN & MORGAN, P.A. |
|---|---|
| /s/ Andrew H. Schapiro | /s/ Ryan J. Mcgee |
| Andrew H. Schapiro (*pro hac vice*) | Ryan J. McGee (*pro hac vice*) |
| andrewschapiro@quinnemanuel.com | rmcgee@forthepeople.com |
| Teuta Fani (*pro hac vice*) | John A. Yanchunis (*pro hac vice*) |
| teutafani@quinnemanuel.com | jyanchunis@forthepeople.com |
| 191 N. Wacker Drive, Suite 2700 | MORGAN & MORGAN, P.A. |
| Chicago, IL 60606 | 201 N Franklin Street, 7th Floor |
| Telephone: (312) 705-7400 | Tampa, FL 33602 |
| Facsimile: (312) 705-7401 | Tel: (813) 223-5505 |
| | Fax: (813) 222-4736 |
| Stephen A. Broome (CA Bar No. 314605) | |
| stephenbroome@quinnemanuel.com | Michael F. Ram (CA Bar No. 104805) |
| Viola Trebicka (CA Bar No. 269526) | mram@forthepeople.com |
| violatrebicka@quinnemanuel.com | MORGAN & MORGAN, P.A. |
| Crystal Nix-Hines (Bar No. 326971) | 711 Van Ness Avenue, Suite 500 |
| crystalnixhines@quinnemanuel.com | San Francisco, CA 94102 |
| Alyssa G. Olson (CA Bar No. 305705) | Tel: (415) 358-6913 |
| alyolson@quinnemanuel.com | |
| 865 S. Figueroa Street, 10th Floor | Mark C. Mao (CA Bar No. 236165) |
| Los Angeles, CA 90017 | mmao@bsfllp.com |

| | |
|---|---|
| Telephone: (213) 443-3000 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Facsimile: (213) 443-3100 | brichardson@bsfllp.com |
| | 44 Montgomery Street, 41st Floor |
| Diane M. Doolittle (CA Bar No. 142046) | San Francisco, CA 94104 |
| dianedoolittle@quinnemanuel.com | Tel: (415) 293 6858 |
| Sara Jenkins (CA Bar No. 230097) | Fax: (415) 999 9695 |
| sarajenkins@quinnemanuel.com | |
| 555 Twin Dolphin Drive, 5th Floor | James W. Lee (*pro hac vice*) |
| Redwood Shores, CA 94065 | jlee@bsfllp.com |
| Telephone: (650) 801-5000 | Rossana Baeza (*pro hac vice*) |
| Facsimile: (650) 801-5100 | rbaeza@bsfllp.com |
| | 100 SE 2nd Street, Suite 2800 |
| Jomaire A. Crawford (*pro hac vice*) | Miami, FL 33130 |
| jomairecrawford@quinnemanuel.com | Tel: (305) 539-8400 |
| D. Seth Fortenbery (*pro hac vice*) | Fax: (305) 539-1304 |
| sethfortenbery@quinnemanuel.com | |
| 51 Madison Avenue, 22nd Floor | William Christopher Carmody (*pro hac vice*) |
| New York, NY 10010 | bcarmody@susmangodfrey.com |
| Telephone: (212) 849-7000 | Shawn J. Rabin (*pro hac vice*) |
| Facsimile: (212) 849-7100 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| Josef Ansorge (*pro hac vice*) | sshepard@susmangodfrey.com |
| josefansorge@quinnemanuel.com | Alexander P. Frawley (*pro hac vice*) |
| 1300 I Street NW, Suite 900 | afrawley@susmangodfrey.com |
| Carl Spilly (admitted *pro hac vice*) | SUSMAN GODFREY L.L.P. |
| carlspilly@quinnemanuel.com | 1301 Avenue of the Americas, 32nd Floor |
| Washington D.C., 20005 | New York, NY 10019 |
| Tel: (202) 538-8000 | Tel: (212) 336-8330 |
| Fax: (202) 538-8100 | |
| | Amanda Bonn (CA Bar No. 270891) |
| Jonathan Tse (CA Bar No. 305468) | abonn@susmangodfrey.com |
| jonathantse@quinnemanuel.com | SUSMAN GODFREY L.L.P. |
| 50 California Street, 22nd Floor | 1900 Avenue of the Stars, Suite 1400 |
| San Francisco, CA 94111 | Los Angeles, CA 90067 |
| Tel: (415) 875-6600 | Tel: (310) 789-3100 |
| Fax: (415) 875-6700 | |
| | |
| *Attorneys for Defendant Google LLC* | *Attorneys for Plaintiffs* |

1 | Google may request the Court's permission to deprecate the log field and underlying
2 | heuristic discussed by the parties.
3 | Plaintiffs' deadline to respond to Google's administrative motion will be extended to
4 | January 4, 2023.
5 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
6 |
7 |
8 |
  | DATED: _____, 2022                    _____
9 |
10|                                                  Honorable Susan van Keulen
  |                                                  United States Magistrate Judge