# DECLARATION OF BORBALA BENKO ISO ADMINISTRATIVE MOTION REQUESTING LEAVE TO DEPRECATE

## Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

CHASOM BROWN, et al., individually and on behalf of all similarly situated,

    Plaintiffs,

vs.

GOOGLE LLC,

    Defendant.

Case No. 4:20-cv-03664-YGR-SVK

# DECLARATION OF BORBALA BENKO

I, Borbála Katalin Benkő, declare as follows:

1. I am a Senior Staff Software Engineer with the ▮▮▮▮ at Google. I have been employed at Google for eleven years and have been with the ▮▮▮▮ (including ▮▮▮▮) for that entire time. As part of my duties on the Device Integrity Team, I am responsible for ▮▮▮▮ ▮▮▮▮ I make this declaration based on personal knowledge and information confirmed to me by Google colleagues and, if called to testify, I could and would competently testify to such facts.

2. A purpose of the ▮▮▮▮ is to ▮▮▮▮

3. Starting on ▮▮▮▮

Case No. 4:20-cv-3664-YGR-SVK
DECLARATION OF BORBALA BENKO

4. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

5. The ████████████ is based on a ████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████

████████████████████
████████████
████████████████████
████████████████

6. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

7. ███████████████████████████████████████
███████████████████████████████████████

2  Case No. 4:20-cv-3664-YGR-SVK
DECLARATION OF BORBALA BENKO

1 ███████████████████████████████████████████████████████

2 ███████████████████████████████████████████████████████

3 ██████████████████████████

4

5   I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

  Executed on the 21st day of December 2022 at Zurich, Switzerland.

By: *Borbála Katalin Benkő* (DocuSigned)
Borbála Katalin Benkő