UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO DEPRECATE**<br><br>Judge: Hon. Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion Requesting Leave to Deprecate (the "Motion"). Having considered the parties' papers filed in support of and in opposition to the Motion, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

Google's Administrative Motion Requesting Leave to Deprecate is **GRANTED**.

DATED: _____  _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge