**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, et al. individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION REGARDING REQUEST TO FILE LETTER BRIEF**<br><br>Judge:   Honorable Susan van Keulen |

WHEREAS, the Court entered an order regarding class certification on December 12, 2022 (Dkt. 803);

WHEREAS, the parties disagree regarding the effect of that order on Google's preservation obligations for this case and plan to submit a five-page (2.5 pages per side) joint letter brief on this topic ahead of the January 10, 2023 hearing regarding preservation.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant (the "Parties"), as follows:

1. Google will provide its position for the joint letter brief to Plaintiffs on December 27, 2022;

2. Plaintiffs will provide their portion of the joint letter brief to Google on January 5, 2023;

3. Google will file the joint letter brief thereafter.

DATED:  December 23, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORGAN & MORGAN, P.A. |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Ryan J. McGee* |
| Andrew H. Schapiro (*pro hac vice*) | Ryan J. McGee (*pro hac vice*) |
| andrewschapiro@quinnemanuel.com | rmcgee@forthepeople.com |
| Teuta Fani (*pro hac vice*) | John A. Yanchunis (*pro hac vice*) |
| teutafani@quinnemanuel.com | jyanchunis@forthepeople.com |
| 191 N. Wacker Drive, Suite 2700 | MORGAN & MORGAN, P.A. |
| Chicago, IL 60606 | 201 N Franklin Street, 7th Floor |
| Telephone: (312) 705-7400 | Tampa, FL 33602 |
| Facsimile: (312) 705-7401 | Tel: (813) 223-5505 |
|  | Fax: (813) 222-4736 |
| Stephen A. Broome (CA Bar No. 314605) |  |
| stephenbroome@quinnemanuel.com | Michael F. Ram (CA Bar No. 104805) |
| Viola Trebicka (CA Bar No. 269526) | mram@forthepeople.com |
| violatrebicka@quinnemanuel.com | MORGAN & MORGAN, P.A. |
| Crystal Nix-Hines (Bar No. 326971) | 711 Van Ness Avenue, Suite 500 |
| crystalnixhines@quinnemanuel.com | San Francisco, CA 94102 |

| | | |
|---|---|---|
| 1 | Alyssa G. Olson (CA Bar No. 305705) | Tel: (415) 358-6913 |
| 2 | alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor | Mark C. Mao (CA Bar No. 236165) |
| 3 | Los Angeles, CA 90017<br>Telephone: (213) 443-3000 | mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027) |
| 4 | Facsimile: (213) 443-3100 | brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor |
| 5 | Diane M. Doolittle (CA Bar No. 142046) | San Francisco, CA 94104 |
| 6 | dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097) | Tel: (415) 293 6858<br>Fax: (415) 999 9695 |
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jomaire A. Crawford (*pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (*pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (*pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

Tel: (415) 358-6913

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

*Attorneys for Plaintiffs*

Google will provide its position for the joint letter brief to Plaintiffs on December 27, 2022 regarding the effect of the Court's December 12, 2022 class certification order on Google's preservation obligations. Plaintiffs will provide their portion of the joint letter brief on this topic to Google on January 5, 2023. Google will file the joint letter brief thereafter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____, 2022              _____

                                                                                   Honorable Susan van Keulen
                                                                                  United States Magistrate Judge