| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al. individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION REGARDING REQUEST TO FILE LETTER BRIEF**<br><br>Judge:    Honorable Susan van Keulen |

WHEREAS, the Court entered an order regarding class certification on December 12, 2022 (Dkt. 803);

WHEREAS, the parties disagree regarding the effect of that order on Google's preservation obligations for this case and plan to submit a five-page (2.5 pages per side) joint letter brief on this topic ahead of the January 10, 2023 hearing regarding preservation.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant (the "Parties"), as follows:

1. Google will provide its position for the joint letter brief to Plaintiffs on December 27, 2022;

2. Plaintiffs will provide their portion of the joint letter brief to Google on January 5, 2023;

3. Google will file the joint letter brief thereafter.

DATED: December 23, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORGAN & MORGAN, P.A. |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Ryan J. McGee* |
| Andrew H. Schapiro (*pro hac vice*) | Ryan J. McGee (*pro hac vice*) |
| andrewschapiro@quinnemanuel.com | rmcgee@forthepeople.com |
| Teuta Fani (*pro hac vice*) | John A. Yanchunis (*pro hac vice*) |
| teutafani@quinnemanuel.com | jyanchunis@forthepeople.com |
| 191 N. Wacker Drive, Suite 2700 | MORGAN & MORGAN, P.A. |
| Chicago, IL 60606 | 201 N Franklin Street, 7th Floor |
| Telephone: (312) 705-7400 | Tampa, FL 33602 |
| Facsimile: (312) 705-7401 | Tel: (813) 223-5505 |
| | Fax: (813) 222-4736 |
| Stephen A. Broome (CA Bar No. 314605) | |
| stephenbroome@quinnemanuel.com | Michael F. Ram (CA Bar No. 104805) |
| Viola Trebicka (CA Bar No. 269526) | mram@forthepeople.com |
| violatrebicka@quinnemanuel.com | MORGAN & MORGAN, P.A. |
| Crystal Nix-Hines (Bar No. 326971) | 711 Van Ness Avenue, Suite 500 |
| crystalnixhines@quinnemanuel.com | San Francisco, CA 94102 |

| | |
|---|---|
| Alyssa G. Olson (CA Bar No. 305705) | Tel: (415) 358-6913 |
| alyolson@quinnemanuel.com | |
| 865 S. Figueroa Street, 10th Floor | Mark C. Mao (CA Bar No. 236165) |
| Los Angeles, CA 90017 | mmao@bsfllp.com |
| Telephone: (213) 443-3000 | Beko Reblitz-Richardson (CA Bar No. 238027) |
| Facsimile: (213) 443-3100 | brichardson@bsfllp.com |
| | 44 Montgomery Street, 41st Floor |
| Diane M. Doolittle (CA Bar No. 142046) | San Francisco, CA 94104 |
| dianedoolittle@quinnemanuel.com | Tel: (415) 293 6858 |
| Sara Jenkins (CA Bar No. 230097) | Fax: (415) 999 9695 |
| sarajenkins@quinnemanuel.com | |
| 555 Twin Dolphin Drive, 5th Floor | James W. Lee (*pro hac vice*) |
| Redwood Shores, CA 94065 | jlee@bsfllp.com |
| Telephone: (650) 801-5000 | Rossana Baeza (*pro hac vice*) |
| Facsimile: (650) 801-5100 | rbaeza@bsfllp.com |
| | 100 SE 2nd Street, Suite 2800 |
| Jomaire A. Crawford (*pro hac vice*) | Miami, FL 33130 |
| jomairecrawford@quinnemanuel.com | Tel: (305) 539-8400 |
| D. Seth Fortenbery (*pro hac vice*) | Fax: (305) 539-1304 |
| sethfortenbery@quinnemanuel.com | |
| 51 Madison Avenue, 22nd Floor | William Christopher Carmody (*pro hac vice*) |
| New York, NY 10010 | bcarmody@susmangodfrey.com |
| Telephone: (212) 849-7000 | Shawn J. Rabin (*pro hac vice*) |
| Facsimile: (212) 849-7100 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| Josef Ansorge (*pro hac vice*) | sshepard@susmangodfrey.com |
| josefansorge@quinnemanuel.com | Alexander P. Frawley (*pro hac vice*) |
| 1300 I Street NW, Suite 900 | afrawley@susmangodfrey.com |
| Carl Spilly (admitted *pro hac vice*) | SUSMAN GODFREY L.L.P. |
| carlspilly@quinnemanuel.com | 1301 Avenue of the Americas, 32nd Floor |
| Washington D.C., 20005 | New York, NY 10019 |
| Tel: (202) 538-8000 | Tel: (212) 336-8330 |
| Fax: (202) 538-8100 | |
| | Amanda Bonn (CA Bar No. 270891) |
| Jonathan Tse (CA Bar No. 305468) | abonn@susmangodfrey.com |
| jonathantse@quinnemanuel.com | SUSMAN GODFREY L.L.P. |
| 50 California Street, 22nd Floor | 1900 Avenue of the Stars, Suite 1400 |
| San Francisco, CA 94111 | Los Angeles, CA 90067 |
| Tel: (415) 875-6600 | Tel: (310) 789-3100 |
| Fax: (415) 875-6700 | |
| | |
| *Attorneys for Defendant Google LLC* | *Attorneys for Plaintiffs* |

1 | Google will provide its position for the joint letter brief to Plaintiffs on December 27, 2022
2 | regarding the effect of the Court's December 12, 2022 class certification order on Google's
3 | preservation obligations.  Plaintiffs will provide their portion of the joint letter brief on this topic to
4 | Google on January 5, 2023.  Google will file the joint letter brief thereafter.
5 | 
6 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
7 |
8 | DATED: __December 27____, 2022         _____/s/ Susan van Keulen_____
9 |
10 |                                                                            Honorable Susan van Keulen
                                                                               United States Magistrate Judge