UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S ADMINISTRATIVE MOTION RE: NEWLY REVEALED INCOGNITO DETECTION BIT**<br><br>Judge: Hon. Susan van Keulen |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Before the Court is Google LLC's Administrative Motion Requesting Leave to Deprecate |
| 3 | (Dkt. 810, the "Motion"), which Plaintiffs have opposed. Having considered the parties' papers |
| 4 | filed in support of and in opposition to the Motion, and other papers and evidence on file, the |
| 5 | Court **DENIES** Google's Motion. |

DATED: _____     _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

1

[Proposed] Order Denying Google's Admin. Mtn. Re: Newly Revealed Incognito-Detection Bit
4:20-cv-03664-YGR-SVK