# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S REQUESTED RELIEF RE PRESERVATION**<br><br>Judge: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

    Before the Court is the parties' Joint Letter Brief Regarding Preservation in light of the Class Certification Order ("Joint Letter Brief"). Having considered both parties' positions, the Court hereby **GRANTS** Google's requested relief in the Joint Letter Brief.

    **SO ORDERED.**

DATED: _____       _____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S REQUESTED RELIEF RE PRESERVATION**<br><br>Judge: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief Regarding Preservation in light of the Class Certification Order ("Joint Letter Brief"). Having considered both parties' positions, the Court hereby **DENIES** Google's requested relief in the Joint Letter Brief.

**SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE