**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: ORDER TO SHOW CAUSE (DKT. 784)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Plaintiffs and Defendant Google LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 27, 2022, this Court issued an Order for Google to Show Cause Re: Additional Discovery Sanctions (Dkt. 784, the "OSC");

WHEREAS, on November 30, 2022, Google filed its response to the OSC (Dkt. 798 ("Google's Response");

WHEREAS, on December 20, 2022, Google disclosed to Plaintiffs for the first time the existence of the "Incognito_window" field, which Google's counsel has represented relates not only to Chrome Incognito mode but also other private browsing modes;

WHEREAS, neither Plaintiffs' motion for additional discovery sanctions (Dkt. 656), the Court's OSC (Dkt. 784), nor Google's Response to the OSC (Dkt. 798), addressed the "Incognito_window" field;

WHEREAS, Plaintiffs contend that more severe sanctions are warranted than those that Plaintiffs initially proposed in August 2022 (Dkt. 656) and covered by the OSC, including based on Google's Response and the recently disclosed "Incognito_window" field, *see* Dkt. 815-1 (summary of Plaintiffs' contentions for why more severe sanctions are warranted, including terminating sanctions);

WHEREAS, Google entirely disagrees with Plaintiffs' contentions, including for the reasons described in its Administrative Motion Requesting Leave to Deprecate, *see* Dkt. 809-4;

WHEREAS, seeking to limit the burden on the Court, the Parties propose and have agreed that Plaintiffs shall include any additional sanctions requests they intend to make in connection with any new developments to date, including their contentions related to the "Incognito_window" field, in their upcoming January 20, 2023 submission, and that Google may have an additional five pages to address these new requests in its Reply brief; and

WHEREAS, the Parties agree that the Court may then resolve Plaintiffs' request for any additional sanctions relating to the "Incognito_window" field based on the briefing without needing to update the OSC or separately issue another order to show cause;

JOINT STIPULATION AND [PROPOSED] ORDER re: ORDER TO SHOW CAUSE (DKT. 784)

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Plaintiffs may in their January 20, 2023 submission seek additional sanctions beyond the sanctions that Plaintiffs initially proposed in August (Dkt. 656).

2. Google may have five additional pages to address Plaintiffs' new requests in its Reply brief, currently due on February 10, 2023.

3. The Court then may, in its discretion, issue any sanctions authorized by law based on the briefing and hearing without needing to update the OSC or issue another order to show cause.

4. The briefing schedule and hearing date for the OSC remain unchanged.

DATED: January 11, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
sb@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000

BOIES SCHILLER FLEXNER LLP

*/s/ Mark Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

| | | |
|---|---|---|
| 1 | Facsimile: (650) 801-5100 | Tel: (212) 336-8330 |
| 2 | Jomaire A. Crawford (admitted *pro hac vice*) | Amanda Bonn (CA Bar No. 270891) |
| | jomairecrawford@quinnemanuel.com | abonn@susmangodfrey.com |
| 3 | 51 Madison Avenue, 22nd Floor | SUSMAN GODFREY L.L.P. |
| | New York, NY 10010 | 1900 Avenue of the Stars, Suite 1400 |
| 4 | Telephone: (212) 849-7000 | Los Angeles, CA 90067 |
| | Facsimile: (212) 849-7100 | Tel: (310) 789-3100 |

1  Facsimile: (650) 801-5100

   Tel: (212) 336-8330

2  Jomaire A. Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com

   Amanda Bonn (CA Bar No. 270891)
   abonn@susmangodfrey.com

3  51 Madison Avenue, 22nd Floor
   New York, NY 10010

   SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400

4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

   Los Angeles, CA 90067
   Tel: (310) 789-3100

5

6  Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   1300 I Street NW, Suite 900

   John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
   Ryan J. McGee (*pro hac vice*)

7  Carl Spilly (admitted *pro hac vice*)
   carlspilly@quinnemanuel.com

   rmcgee@forthepeople.com
   MORGAN & MORGAN, P.A.

8  Xi ("Tracy") Gao (CA Bar No. 326266)
   tracygao@quinnemanuel.com

   201 N Franklin Street, 7th Floor
   Tampa, FL 33602

9  Washington D.C., 20005
   Tel: (202) 538-8000

   Tel: (813) 223-5505
   Fax: (813) 222-4736

10 Fax: (202) 538-8100

11 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com

   Michael F. Ram (CA Bar No. 104805)
   mram@forthepeople.com
   MORGAN & MORGAN, P.A.

12 50 California Street, 22nd Floor
   San Francisco, CA 94111

   711 Van Ness Avenue, Suite 500
   San Francisco, CA 94102

13 Tel: (415) 875-6600
   Fax: (415) 875-6700

   Tel: (415) 358-6913

14

   *Attorneys for Plaintiffs*

15 *Attorneys for Defendant Google LLC*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: January 11, 2023         By     */s/ Mark Mao*
                                       Mark Mao
                                       *Counsel for Plaintiffs*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____   _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge