**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: ORDER TO SHOW CAUSE (DKT. 784)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Plaintiffs and Defendant Google LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 27, 2022, this Court issued an Order for Google to Show Cause Re: Additional Discovery Sanctions (Dkt. 784, the "OSC");

WHEREAS, on November 30, 2022, Google filed its response to the OSC (Dkt. 798 ("Google's Response");

WHEREAS, on December 20, 2022, Google disclosed to Plaintiffs for the first time the existence of the "Incognito_window" field, which Google's counsel has represented relates not only to Chrome Incognito mode but also other private browsing modes;

WHEREAS, neither Plaintiffs' motion for additional discovery sanctions (Dkt. 656), the Court's OSC (Dkt. 784), nor Google's Response to the OSC (Dkt. 798), addressed the "Incognito_window" field;

WHEREAS, Plaintiffs contend that more severe sanctions are warranted than those that Plaintiffs initially proposed in August 2022 (Dkt. 656) and covered by the OSC, including based on Google's Response and the recently disclosed "Incognito_window" field, *see* Dkt. 815-1 (summary of Plaintiffs' contentions for why more severe sanctions are warranted, including terminating sanctions);

WHEREAS, Google entirely disagrees with Plaintiffs' contentions, including for the reasons described in its Administrative Motion Requesting Leave to Deprecate, *see* Dkt. 809-4;

WHEREAS, seeking to limit the burden on the Court, the Parties propose and have agreed that Plaintiffs shall include any additional sanctions requests they intend to make in connection with any new developments to date, including their contentions related to the "Incognito_window" field, in their upcoming January 20, 2023 submission, and that Google may have an additional five pages to address these new requests in its Reply brief; and

WHEREAS, the Parties agree that the Court may then resolve Plaintiffs' request for any additional sanctions relating to the "Incognito_window" field based on the briefing without needing to update the OSC or separately issue another order to show cause;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Plaintiffs may in their January 20, 2023 submission seek additional sanctions beyond the sanctions that Plaintiffs initially proposed in August (Dkt. 656).

2. Google may have five additional pages to address Plaintiffs' new requests in its Reply brief, currently due on February 10, 2023.

3. The Court then may, in its discretion, issue any sanctions authorized by law based on the briefing and hearing without needing to update the OSC or issue another order to show cause.

4. The briefing schedule and hearing date for the OSC remain unchanged.

DATED: January 11, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
sb@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000

BOIES SCHILLER FLEXNER LLP

  */s/ Mark Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

| | | |
|---|---|---|
| 1 | Facsimile: (650) 801-5100 | Tel: (212) 336-8330 |
| 2 | Jomaire A. Crawford (admitted *pro hac vice*) | Amanda Bonn (CA Bar No. 270891) |
| | jomairecrawford@quinnemanuel.com | abonn@susmangodfrey.com |
| 3 | 51 Madison Avenue, 22nd Floor | SUSMAN GODFREY L.L.P. |
| | New York, NY 10010 | 1900 Avenue of the Stars, Suite 1400 |
| 4 | Telephone: (212) 849-7000 | Los Angeles, CA 90067 |
| | Facsimile: (212) 849-7100 | Tel: (310) 789-3100 |

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: January 11, 2023                    By     */s/ Mark Mao*
                                                  Mark Mao
                                                  *Counsel for Plaintiffs*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 11, 2023

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge