# EXHIBIT 3

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1    *TRANSCRIPT CONFIDENTIAL UNDER THE PROTECTIVE ORDER*
 2
 3            IN THE UNITED STATES DISTRICT COURT
 4         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 5                    SAN JOSE DIVISION
 6    _____
      PATRICK CALHOUN, et al., on    )
 7    behalf of themselves and all   )
      others similarly situated,     )
 8                                   )
              Plaintiff,             )
 9                                   )
         vs.                         )Case No.
10                                   )5:20-cv-05146-LHK-
      GOOGLE, LLC,                   )SVK
11                                   )
              Defendant.             )
12    _____)
      CHASOM BROWN, et al., on       )
13    behalf of themselves and all   )
      others similarly situated,     )
14                                   )
              Plaintiff,             )
15                                   )
         vs.                         )Case No.
16                                   )5:20-cv-03664-LHK
      GOOGLE, LLC,                   )
17                                   )
              Defendant.             )
18    _____ )
19         ZOOM VIDEOTAPED DEPOSITION OF JUSTIN SCHUH
20                  Mountain View, California
21                  Thursday, January 6, 2022
22                         Volume I
23    Reported by:
      LORI M. BARKLEY, CSR No. 6426
24
      Job No. 5015859
25    PAGES 1 - 174
```

Page 1

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4     _____
       PATRICK CALHOUN, et al., on    )
 5     behalf of themselves and all   )
       others similarly situated,     )
 6                                    )
                 Plaintiff,           )
 7                                    )
          vs.                         )Case No.
 8                                    )5:20-cv-05146-LHK-
       GOOGLE, LLC,                   )SVK
 9                                    )
                 Defendant.           )
10     _____)
       CHASOM BROWN, et al., on       )
11     behalf of themselves and all   )
       others similarly situated,     )
12                                    )
                 Plaintiff,           )
13                                    )
          vs.                         )Case No.
14                                    )5:20-cv-03664-LHK
       GOOGLE, LLC,                   )
15                                    )
                 Defendant.           )
16     _____)
17
18          Zoom Videotaped deposition of JUSTIN SCHUH,
19     Volume I, taken on behalf of Plaintiffs, at Mountain
20     View, California, beginning at 9:04 a.m., and ending
21     at 3:25 p.m., on Thursday, January 6, 2022, before
22     LORI M. BARKLEY, Certified Shorthand Reporter
23     No. 6426.
24
25
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1    APPEARANCES:
 2    FOR THE BROWN PLAINTIFFS:
 3       SUSMAN GODFREY LLP
 4       BY:  ALEXANDER FRAWLEY
 5       Attorney at Law
 6       1301 Avenue of the Americas, 32nd Floor
 7       New York, New York 10019
 8       Afrawley@susmangodfrey.com
 9           - and
10       BOIES SCHILLER FLEXNER LLP
11       BY:  BEKO REBLTIZ-RICHARDSON
12       Attorney at Law
13       1999 Harrison Street, Suite 900
14       Oakland, California 94612
15       (650) 798-3508
16       Brichardson@bsfllp.com
17           - and -
18       BY:  MARK MAO
19       Attorney at Law
20       44 Montgomery Street, 41st Floor
21       San Francisco, California 94104
22       (415) 293-6800
23       Mmao@bsfllp.com
24
25
```

Page 3

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1  APPEARANCES (CONTINUED):

2

3  FOR THE CALHOUN PLAINTIFFS:

4     SIMMONS HANLY CONROY

5     BY:  AN V. TRUONG

6     Attorney at Law

7     112 Madison Avenue, 7th Floor

8     New York, New York 10016-7416

9     (212) 784-6276

10    Atruong@simmonsfirm.com

11        - and -

12    DICELLO LEVITT & GUTZLER

13    BY:  SHARON CRUZ

14    Attorney at Law

15    444 Madison Avenue, Fourth Floor

16    New York, New York 10022

17    (312) 535-9984

18    Scruz@dicellolevitt.com

19

20

21

22

23

24

25

Page 4

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1  APPEARANCES (CONTINUED):

2

3  FOR THE DEFENDANT, GOOGLE, LLC:

4      QUINN EMANUEL URQUHART & SULLIVAN LLP

5      BY:  JOSEF ANSORGE

6      Attorney at Law

7      51 Madison Avenue, 22nd Floor

8      New York, New York 10010

9      (212) 849-7000

10     Josefansorge@quinnemanuel.com

11         - and -

12     BY:  TRACY GAO

13     Attorney at Law

14     865 South Figueroa Street, 10th Floor

15     Los Angeles, California 90017

16     Tracygao@quinnemanuel.com

17

18

19  ALSO PRESENT:

20     Toni Baker (In-House Counsel Google)

21

22  Videographer:

23     Cassia Leet

24

25

Page 5

```
1                         INDEX
2    WITNESS                                        EXAMINATION
3    JUSTIN SCHUH
4    Volume I
5
6              BY MR. FRAWLEY                              13
7
8
9                        EXHIBITS
10   NUMBER              DESCRIPTION                      PAGE
11   Exhibit 1   Slideshow, How do Users Interpret     25
12               Alternative Incognito Metaphors?,
13               dated August 2018, Bates stamped
14               GOOG-BRWN-00042339 through
15               GOOG-BRWN-00042357
16
17   Exhibit 2   E-mail Chain, dated August 31,        30
18               2018, Bates stamped
19               GOOG-BRWN-00475121 through
20               GOOG-BRWN-00475127
21
22   Exhibit 3   Slideshow, titled Make Week,          40
23               Bates stamped GOOG-CABR-04455284
24               through GOOG-BRWN-04455528
25
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1    INDEX (Continued):
2                          EXHIBITS
3    NUMBER              DESCRIPTION                    PAGE
4    Exhibit 4   E-mail Chain, dated June 2010,          51
5                Bates stamped GOOG-BRWN-00407535
6                through GOOG-BRWN-00407538
7
8    Exhibit 5   E-mail, dated November 3, 2010,         55
9                Bates stamped GOOG-BRWN-00224407
10
11   Exhibit 6   Messages Chain, dated                   61
12               September 11, 2019, Bates stamped
13               GOOG-CABR-00799668 through
14               GOOG-CABR-00799671
15
16   Exhibit 7   Tweet from Justin Schuh, dated          64
17               September 25, 2018, 2 pages
18
19   Exhibit 8   E-mail Chain, dated March 14,           72
20               2015, Bates stamped
21               GOOG-CABR-03938947
22
23   Exhibit 9   Screenshot of Incognito page,           75
24               Bates stamped GOOG-CABR-00000001
25

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
     INDEX (Continued):

                          EXHIBITS

     NUMBER              DESCRIPTION                  PAGE

     Exhibit 10   Web page from Google Bugs page,      76
                  3 pages


     Exhibit 11   E-mail Chain, dated September 10,    85
                  2020, Bates stamped
                  GOOG-BRWN-00389636 through
                  GOOG-BRWN-00389637


     Exhibit 12   E-mail Chain, dated August 30,       97
                  2016, Bates stamped
                  GOOG-BRWN-00397243 through
                  GOOG-BRWN-00397245


     Exhibit 13   E-mail Chain, dated May 3, 2019,    107
                  Bates stamped GOOG-CABR-04254084
                  through GOOG-CABR-04254090


     Exhibit 14   Kleber Document, Bates stamped     115
                  GOOG-BRWN-00066643 through
                  GOOG-BRWN-00066645
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

INDEX (Continued):

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 15 | Messaging Chain, dated September 16, 2019, Bates stamped GOOG-CABR-00800570 | 123 |
| Exhibit 16 | Impact of Referrer Policy Change in Firefox, dated May 09, 2019, Bates stamped GOOG-CABR-03841883 through GOOG-CABR-03841885 | 129 |
| Exhibit 17 | Chrome Privacy Update Slideshow, Bates stamped GOOG-BRWN-00048174 through GOOG-BRWN-00048179 | 138 |
| Exhibit 18 | E-mail Chain, dated August 1, 2019, Bates stamped GOOG-BRWN-00230547 | 145 |
| Exhibit 19 | Messaging Chain, dated September 24, 2019, Bates stamped GOOG-BRWN-00476117 through GOOG-BRWN-00476135 | 149 |

```
 1    INDEX (Continued):
 2                              EXHIBITS
 3    NUMBER              DESCRIPTION                    PAGE
 4    Exhibit 20    Tweet from Justin Schuh, dated       153
 5                  March 21, 2021, 1 page
 6
 7    Exhibit 21    Google Ads Document about  ▇▇▇▇      155
 8                  ▇▇▇▇, Bates stamped
 9                  GOOG-BRWN-00047367 through
10                  GOOG-BRWN-00047369
11
12    Exhibit 22    E-mail Chain, dated July 22,         159
13                  2020, Bates stamped
14                  GOOG-CABR-03676620 through
15                  GOOG-CABR-03676623
16
17    Exhibit 23    E-mail Chain, dated June 20,         163
18                  2019, Bates stamped
19                  GOOG-BRWN-00200065 through
20                  GOOG-BRWN-00200067
21
22
23
24
25
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Mountain View, California; Thursday, January 6, 2022 | |
| 2 | 9:04 a.m. | |
| 3 | | 09:04:03 |
| 4 | VIDEO OPERATOR: Good morning. We are going | 09:04:09 |
| 5 | on the record at 9:04 a.m., on January 6, 2022. | 09:04:10 |
| 6 | Please note that the microphones may pick up | 09:04:17 |
| 7 | background noise, conversations, and interference if | 09:04:20 |
| 8 | unmuted. Remember to unmute to speak. | 09:04:24 |
| 9 | Audio and video recording will continue to | 09:04:27 |
| 10 | take place unless all parties agree to go off the | 09:04:30 |
| 11 | record. | 09:04:33 |
| 12 | This is Media Unit 1 of the video recorded | 09:04:34 |
| 13 | deposition of Justin Schuh, taken by counsel for | 09:04:38 |
| 14 | Plaintiffs in the matter of Patrick Calhoun, et al., | 09:04:42 |
| 15 | versus Google LLC, and in the matter of Chasom Brown, | 09:04:46 |
| 16 | et al, versus Google, Inc., filed in the United | 09:04:51 |
| 17 | States District Court, Southern District of | 09:04:55 |
| 18 | California, San Jose Division. | 09:04:57 |
| 19 | Case number 520-cv-05146-LHK-SDK, and case | 09:04:59 |
| 20 | number 520-cv-03664-LHK. | 09:05:11 |
| 21 | This deposition is being conducted using | 09:05:18 |
| 22 | Veritext virtual technology, and all participants are | 09:05:21 |
| 23 | attending remotely. | 09:05:24 |
| 24 | My name is Cassia Leet from Veritext Legal | 09:05:27 |
| 25 | Solutions and I am the videographer. The court | 09:05:31 |

Page 11

| | | |
|---|---|---|
| 1 | reporter is Lori Barkley of Veritext Legal Solutions. | 09:05:33 |
| 2 | I am not related to any party in this | 09:05:37 |
| 3 | action; nor am I financially interested in the | 09:05:40 |
| 4 | outcome. | 09:05:42 |
| 5 | Would counsel and everyone attending | 09:05:43 |
| 6 | remotely please state your appearances and | 09:05:45 |
| 7 | affiliations for the record. | 09:05:47 |
| 8 | MR. FRAWLEY: Good morning. Alexander | 09:05:51 |
| 9 | Frawley for the Brown plaintiffs from Susman Godfrey. | 09:05:54 |
| 10 | With me are my colleague Beko Richardson and Mark | 09:05:56 |
| 11 | Mao, also for the Brown plaintiffs from Boies | 09:06:00 |
| 12 | Schiller Flexner. | |
| 13 | MS. TRUONG: An Truong, Simmons Hanly | 09:06:04 |
| 14 | Conroy, for Calhoun plaintiffs. Also joining me | 09:06:07 |
| 15 | remotely is Sharon Cruz, from Dicello Levitt, also | 09:06:09 |
| 16 | Calhoun plaintiffs. | 09:06:12 |
| 17 | MR. ANSORGE: Good morning. Josef Ansorge, | 09:06:13 |
| 18 | with Quinn Emanuel Urquhart & Sullivan for Google, | 09:06:16 |
| 19 | being joined today by my colleague, Tracy Gao, also | 09:06:18 |
| 20 | of Quinn Emanuel. And also joined by Toni Baker, who | 09:06:22 |
| 21 | is counsel with Google. | 09:06:25 |
| 22 | VIDEO OPERATOR: Would the court reporter | 09:06:31 |
| 23 | please swear in the witness. | 09:06:32 |
| 24 | | |
| 25 | | |

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1                      JUSTIN SCHUH,
 2    having been administered an oath, was examined and
 3    testified as follows:
 4
 5                      EXAMINATION
 6    BY MR. FRAWLEY:                                      09:06:49
 7         Q.   Good morning, Mr. Schuh.                   09:06:49
 8         A.   Good morning.                              09:06:55
 9         Q.   Please state your full name.               09:06:55
10         A.   Justin Schuh.                              09:07:00
11         Q.   And what is your home address?             09:07:00
12         A.   226 Mercy Street, Mountain View, Illinois. 09:07:05
13              MR. ANSORGE:  With that, I'd like to       09:07:12
14    designate this transcript as confidential under the  09:07:13
15    protective order as we're getting into more personal 09:07:15
16    information.                                         09:07:18
17    BY MR. FRAWLEY:                                      09:07:21
18         Q.   And is that where you are today?           09:07:22
19         A.   Yes.                                       09:07:23
20         Q.   And are you with anyone today?             09:07:27
21         A.   No.                                        09:07:29
22         Q.   And how long has that been your home       09:07:29
23    address?                                             09:07:33
24         A.   Ten years, I guess.                        09:07:39
25         Q.   And you're currently retired from Google; is 09:07:40
```

Page 13

```
 1    that correct?
 2         A.    Yes.                                              09:07:45
 3         Q.    And when did you retire?                          09:07:47
 4         A.    Early last year.                                  09:07:51
 5         Q.    Early 2021?                                       09:07:54
 6         A.    Yes.  February, March 2021.                       09:07:57
 7         Q.    And are you currently employed?                   09:08:02
 8         A.    No.                                               09:08:06
 9         Q.    And when you were working for Google, what        09:08:09
10    was your business address?                                   09:08:11
11         A.    I don't remember.                                 09:08:17
12         Q.    Do you remember which city?                       09:08:19
13         A.    Yes.  Whatever Google headquarters was in         09:08:23
14    Mountain View, California.                                   09:08:27
15         Q.    And was that your business address                09:08:29
16    throughout your career at Google?                            09:08:31
17         A.    Yes.                                              09:08:36
18         Q.    Now, have you ever testified before?              09:08:40
19         A.    No.                                               09:08:42
20         Q.    And do you understand that you are under          09:08:45
21    oath today?                                                  09:08:48
22         A.    Yes.                                              09:08:50
23         Q.    And is there any reason you cannot testify        09:08:51
24    truthfully today?                                            09:08:54
25         A.    No.                                               09:08:56
```

Page 14

```
 1    defaults?                                              14:38:21
 2        A.   No.                                           14:38:21
 3             MR. FRAWLEY:  Let me introduce another        14:38:37
 4    exhibit.                                               14:38:38
 5             (Exhibit 19 was marked for identification and 14:38:57
 6        is attached hereto.)                               14:39:12
 7             MR. FRAWLEY:  Okay.  I've introduced what's   14:39:12
 8    been marked as Exhibit 19.  It is Bates number         14:39:14
 9    GOOG-BRWN-00476117.                                    14:39:21
10        Q.   Please let me know when you have Exhibit 19   14:39:29
11    in front of you.                                       14:39:32
12        A.   I have it in front of me, but it's a very     14:40:07
13    long chat log.                                         14:40:09
14        Q.   So I'm only going to ask you about the first  14:40:10
15    page.                                                  14:40:13
16        A.   All right.  Let me skim quickly.              14:40:13
17             Okay.  I have skimmed it really quickly.      14:40:49
18        Q.   Do you see where CS Harrison wrote            14:40:52
19    (as read):                                             
20                 I am a bit confused since the new         14:40:56
21             proposal for ████████ is and                  14:40:59
22             Incognito detector.                           14:41:02
23             And then I think CS Harrison then corrected   14:41:03
24    it and says (as read):                                 14:41:06
25                 I am a bit confused since the new         14:41:07
```

| | | |
|---|---|---|
| 1 | proposal for ▮▮▮▮▮▮ is an | 14:41:13 |
| 2 | Incognito detector. | 14:41:15 |
| 3 | Do you see that? | 14:41:16 |
| 4 | A.   Yes. | 14:41:17 |
| 5 | Q.   Then you said (as read): | 14:41:17 |
| 6 | Yeah, that's a bit of a mess to | 14:41:18 |
| 7 | let's not focus on today, but | 14:41:20 |
| 8 | instead think of a world where | 14:41:22 |
| 9 | Incognito is otherwise undetectable. | 14:41:24 |
| 10 | Do you see that? | 14:41:27 |
| 11 | A.   Yes. | 14:41:27 |
| 12 | Q.   Now, why was the new proposal for ▮▮▮ | 14:41:28 |
| 13 | ▮▮▮ a bit of a mess? | 14:41:33 |
| 14 | MR. ANSORGE: Objection, vague.  And form. | 14:41:34 |
| 15 | THE WITNESS: I -- I don't think I meant -- | 14:41:43 |
| 16 | you see, you're asking me what I meant in that | 14:41:44 |
| 17 | moment, but it's kind of hard. | 14:41:46 |
| 18 | My -- my response about think of a world | 14:41:51 |
| 19 | where Incognito is not detectable, my point here is | 14:41:54 |
| 20 | that -- was that there's going to be intermediate | 14:41:59 |
| 21 | stages where it's not -- where detectability of | 14:42:06 |
| 22 | Incognito mode could go back and forth depending on | 14:42:11 |
| 23 | code changes, right. | 14:42:13 |
| 24 | But the intended end state would | 14:42:14 |
| 25 | eliminate -- that's not an issue -- and I don't know | 14:42:21 |

| | | |
|---|---|---|
| 1 | what specific proposal Charlie was referring to at | 14:42:23 |
| 2 | the time, but it's more -- I was telling Charlie, | 14:42:27 |
| 3 | don't focus on the intermediate states, let's -- | 14:42:30 |
| 4 | let's think in terms of the end state -- end state | 14:42:34 |
| 5 | and the constraints we'll have in the end state. | 14:42:38 |
| 6 | BY MR. FRAWLEY: | 14:42:44 |
| 7 | Q.   And if you recall, how would a proposal for | 14:42:44 |
| 8 | ▮▮▮▮▮▮▮ have been an Incognito detector? | 14:42:47 |
| 9 | MR. ANSORGE:  Objection, vague.  Foundation. | 14:42:51 |
| 10 | THE WITNESS:  I -- so I think -- they | 14:43:06 |
| 11 | targeted a very poor choice of words there because I | 14:43:08 |
| 12 | think Incognito, I think they might imply this on | 14:43:12 |
| 13 | purpose.  What Charlie -- from the context of the | 14:43:14 |
| 14 | conversation is very clear to me -- or it's certainly | 14:43:16 |
| 15 | the way I would interpret it, is that Charlie is | 14:43:20 |
| 16 | saying oh, but they're looking at making this change | 14:43:23 |
| 17 | to Incognito and it might make Incognito more | 14:43:25 |
| 18 | detectable at -- I don't know what that change would | 14:43:27 |
| 19 | be. | 14:43:33 |
| 20 | I'm just saying this is -- it's a complex | 14:43:34 |
| 21 | system.  You can make a change in one spot where | 14:43:36 |
| 22 | you're like, hey, we've made this more private, this | 14:43:39 |
| 23 | is better, but it has some side effect properties | 14:43:41 |
| 24 | that you -- that you hadn't factored that pop out | 14:43:44 |
| 25 | elsewhere. | 14:43:47 |

Page 151

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | So that's -- that is the context of this | 14:43:47 |
| 2 | discussion. | 14:43:50 |
| 3 | BY MR. FRAWLEY: | 14:43:52 |
| 4 | Q. And how might ▇▇▇▇ have made | 14:43:52 |
| 5 | Incognito more detectable, ▇▇▇▇ specifically? | 14:43:55 |
| 6 | A. I don't -- I don't know. I don't recall. | 14:44:00 |
| 7 | Q. And when you're talking about Incognito | 14:44:04 |
| 8 | being detectable, detectable by whom? | 14:44:07 |
| 9 | MR. ANSORGE: Objection, vague. And form. | 14:44:13 |
| 10 | THE WITNESS: Incognito detection always | 14:44:21 |
| 11 | refers to -- or at least whenever I've heard the term | 14:44:27 |
| 12 | used and whenever I've used the term, I believe it | 14:44:29 |
| 13 | has always referred to the site that you are visiting | 14:44:32 |
| 14 | in Incognito mode, detecting that you are, in fact, | 14:44:35 |
| 15 | in Incognito mode. | 14:44:39 |
| 16 | BY MR. FRAWLEY: | 14:44:44 |
| 17 | Q. And how might a website detect that you are | 14:44:44 |
| 18 | in Incognito mode? | 14:44:47 |
| 19 | A. A bug in a browser implementing Incognito or | 14:44:53 |
| 20 | whatever private browsing mode. It's some sort of | 14:44:55 |
| 21 | unintentional information leakage. | 14:44:59 |
| 22 | Q. Any other ways? | 14:45:07 |
| 23 | A. I -- I don't believe so. | 14:45:09 |
| 24 | Q. So is there some kind of bug associated with | 14:45:19 |
| 25 | ▇▇▇▇ that might have made Incognito | 14:45:22 |

Page 152

| | | |
|---|---|---|
| 1 | detectable? | 14:45:25 |
| 2 | A.   No.  This gets back to what I was saying | 14:45:33 |
| 3 | earlier about these are complex systems, and | 14:45:35 |
| 4 | sometimes you make a change in one part and it | 14:45:38 |
| 5 | introduces a bug in another part. | 14:45:41 |
| 6 | And sometimes those are -- those can be | 14:45:45 |
| 7 | unavoidable.  I think -- so when you -- yeah. | 14:45:50 |
| 8 | That's -- that's just -- it's just -- it is the | 14:46:02 |
| 9 | reality of the -- of building a complex system. | 14:46:05 |
| 10 | MR. FRAWLEY:  Okay.  I'm going to introduce | 14:46:21 |
| 11 | another exhibit. | 14:46:22 |
| 12 | Okay.  I've introduced what's been marked as | 14:46:57 |
| 13 | Exhibit 20. | 14:47:00 |
| 14 | (Exhibit 20 was marked for identification and | 14:47:00 |
| 15 | is attached hereto.) | |
| 16 | BY MR. FRAWLEY: | 14:47:01 |
| 17 | Q.   Please let me know when you have Exhibit 20 | 14:47:01 |
| 18 | in front of you. | 14:47:03 |
| 19 | A.   I have it in front of me. | 14:47:46 |
| 20 | Q.   Is this a tweet that you tweeted? | 14:47:47 |
| 21 | A.   Yes. | 14:47:54 |
| 22 | Q.   And do you see where you tweeted (as read): | 14:47:54 |
| 23 | Given that IP is such a strong | 14:47:55 |
| 24 | key for linking identity across not | 14:47:57 |
| 25 | just sites, but apps as well ... | 14:47:59 |

Page 153

Veritext Legal Solutions
866 299-5127