United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Chasom Brown, et al.                    ,

Plaintiff(s),

v.

Google LLC                              ,

Defendant(s).

Case No. 4:20-cv-03664

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Samuel Issacharoff          , an active member in good standing of the bar of

Texas                                  , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiffs                    in the

above-entitled action. My local co-counsel in this case is Amanda Bonn              , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 270891             .

40 Washington Square South, NY NY 10012          1900 Ave of the Stars, #1400 LA, CA 90037
MY ADDRESS OF RECORD                             LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-998-6580                                     310-789-3100
MY TELEPHONE # OF RECORD                         LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

si13@nyu.edu                                     abonn@susmangodfrey.com
MY EMAIL ADDRESS OF RECORD                       LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 00785352       .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months

preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: January 17, 2023                                              Samuel Issacharoff
                                                                         APPLICANT

5

6

7

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of  Samuel Issacharoff       is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17

18                                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 06, 2022

Re: Mr. Samuel Issacharoff, State Bar Number 00785352

To Whom It May Concern:

This is to certify that Mr. Samuel Issacharoff was licensed to practice law in Texas on November 06, 1992, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167