UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 20-cv-03664-YGR   (SVK)<br><br>**REDACTION ORDER**<br><br>Re Dkt. No. 830 |

    The Court's January 17, 2023 Order on (1) Google's Motion for Relief Regarding Preservation, and (2) Parties' Joint Submission re Preservation in Light of Class Certification Order (Dkt. 830) has been provisionally filed under seal. The Parties are ordered to meet and confer and submit joint proposed redactions to the Order, an administrative motion for leave to file under seal, and a proposed order by **January 24, 2023**. If no proposed redactions are received by 11:59 p.m. on January 24, 2023, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: January 17, 2023

                                                       SUSAN VAN KEULEN<br>
                                                       United States Magistrate Judge