**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br>　　　　　Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER GOOGLE'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Susan van Keulen |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs' Response to the Court's Order to Show Cause (Dkt. 784) ("Plaintiffs' Response").

| Document Sought to Be Sealed | Party Claiming Confidentiality | Portions to be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Plaintiffs' Response. | Google | Portions highlighted in yellow | Refers to Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |
| Exhibit 1 to the Declaration of Mark Mao. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |
| Exhibit 2 to the Declaration of Mark Mao. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |
| Exhibit 3 to the Declaration of Mark Mao. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |
| Exhibit 4 to the Declaration of Mark Mao. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |
| Exhibit 5 to the Declaration of Mark Mao. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |

| | | | |
|---|---|---|---|
| Exhibit 6 to the Declaration of Mark Mao. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |
| Exhibit 7 to the Declaration of Mark Mao. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |
| Declaration of Christopher Thompson. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |
| Declaration of Jay Bhatia. | Google | Entire document | Material Designated "Highly Confidential" and "Confidential" by Google pursuant to the Protective Order |

Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

Dated: January 20, 2023

BOIES SCHILLER FLEXNER LLP

By */s/ Mark C. Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (CA Bar No. 342125)
enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (*pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | Tel: (914) 749-8200                                             |
| 2   | James W. Lee (*pro hac vice*)                                   |
|     | jlee@bsfllp.com                                                 |
| 3   | Rossana Baeza (*pro hac vice*)                                  |
|     | rbaeza@bsfllp.com                                               |
| 4   | BOIES SCHILLER FLEXNER LLP                                      |
|     | 100 SE 2nd Street, Suite 2800                                   |
| 5   | Miami, FL 33130                                                 |
|     | Telephone: (305) 539-8400                                       |
| 6   | Facsimile: (305) 539-1304                                       |
| 7   | Amanda Bonn (CA Bar No. 270891)                                 |
|     | abonn@susmangodfrey.com                                         |
| 8   | SUSMAN GODFREY L.L.P.                                           |
|     | 1900 Avenue of the Stars, Suite 1400                            |
| 9   | Los Angeles, CA 90067                                           |
|     | Telephone: (310) 789-3100                                       |
| 10  |                                                                 |
|     | Bill Carmody (*pro hac vice*)                                   |
| 11  | bcarmody@susmangodfrey.com                                      |
|     | Shawn J. Rabin (*pro hac vice*)                                 |
| 12  | srabin@susmangodfrey.com                                        |
|     | Steven Shepard (*pro hac vice*)                                 |
| 13  | sshepard@susmangodfrey.com                                      |
|     | Alexander P. Frawley (*pro hac vice*)                           |
| 14  | afrawley@susmangodfrey.com                                      |
|     | SUSMAN GODFREY L.L.P.                                           |
| 15  | 1301 Avenue of the Americas, 32nd Floor                         |
|     | New York, NY  10019                                             |
| 16  | Telephone: (212) 336-8330                                       |
| 17  | John A. Yanchunis (*pro hac vice*)                              |
|     | jyanchunis@forthepeople.com                                     |
| 18  | Ryan J. McGee (*pro hac vice*)                                  |
|     | rmcgee@forthepeople.com                                         |
| 19  | MORGAN & MORGAN, P.A.                                           |
|     | 201 N Franklin Street, 7th Floor                                |
| 20  | Tampa, FL 33602                                                 |
|     | Telephone: (813) 223-5505                                       |
| 21  | Facsimile: (813) 222-4736                                       |
| 22  | Michael F. Ram, CA Bar No. 104805                               |
|     | MORGAN & MORGAN                                                 |
| 23  | 711 Van Ness Ave, Suite 500                                     |
|     | San Francisco, CA 94102                                         |
| 24  | Tel: (415) 358-6913                                             |
|     | mram@forthepeople.com                                           |
| 25  |                                                                 |
|     | *Attorneys for Plaintiffs*                                      |
| 26  |                                                                 |
| 27  |                                                                 |
| 28  |                                                                 |