1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

13   CHASOM BROWN, *et al.*, individually and
on behalf of all similarly situated,

14          Plaintiffs,

15          v.

16   GOOGLE LLC,

17          Defendant.

18

Case No. 4:20-cv-03664-YGR-SVK

~~[PROPOSED]~~ **ORDER GRANTING JOINT SUBMISSION RE: SEALING PORTIONS OF THE JANUARY 17, 2023 ORDER ON (1) GOOGLE'S MOTION FOR RELIEF REGARDING PRESERVATION, AND (2) PARTIES' JOINT SUBMISSION RE PRESERVATION IN LIGHT OF CLASS CERTIFICATION ORDER (DKT. 830)**

Judge: Hon. Susan van Keulen, USMJ

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Submission to Seal Portions of the Court's January 17, 2023 Order on (1) Google's Motion for Relief Regarding Preservation, and (2) Parties' Joint Submission re Preservation in Light of Class Certification Order (Dkt. 830).

Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| January 17, 2023 Order on (1) Google's Motion for Relief Regarding Preservation, and (2) Parties' Joint Submission re: Preservation in Light of Class Certification Order | GRANTED as to the portions at: Highlighted portions at: Page 1:15 | The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including various types of Google's internal projects and metrics, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal systems and operations ~~and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3~~. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google. |

**SO ORDERED.**

DATED:  January 25, 2023 _____

_____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE