# Mao Declaration Ex. 2

## Redacted Version of Document Sought to be Sealed

Message

| | |
|---|---|
| From: | Bert Leung [bertleung@google.com] |
| Sent: | 12/13/2021 7:00:46 PM |
| To: | Nate Schneider [nateschneider@google.com] |
| CC: | Florian Uunk [feuunk@google.com]; Chandan Giri [chandangiri@google.com]; Chris Liao [chrisliao@google.com]; Christina Ilvento [cilvento@google.com]; Ian Ekblaw [ianekblaw@google.com]; Amin Charaniya [acharaniya@google.com]; Christophe Combette [ccombette@google.com]; Ankur Lahoti [alahoti@google.com]; Martin Šrámek [msramek@google.com]; Matthew Gubiotti [gubiotti@google.com]; Matt Kellogg [mkellogg@google.com] |
| Subject: | Re: ACTION: Audit of Chrome X-Client-Data Header - Deadline 06 Oct |

**Redacted - Privilege**

On Mon, Dec 13, 2021 at 7:53 AM Nate Schneider <nateschneider@google.com> wrote:
**Privileged & Confidential**
**Prepared at the direction of counsel in connection with UK and US litigation and regulatory inquiries**

**Redacted - Privilege**

On Thu, Nov 25, 2021 at 10:41 AM Florian Uunk <feuunk@google.com> wrote:

**Redacted - Privilege**

**Redacted - Privilege**

On Thu, Nov 25, 2021 at 9:19 AM Nate Schneider <nateschneider@google.com> wrote:
Privileged & Confidential
Prepared at the direction of counsel in connection with UK and US litigation and regulatory inquiries

**Redacted - Privilege**

On Thu, Nov 25, 2021 at 12:59 AM Chandan Giri <chandangiri@google.com> wrote:
Thanks Nate.

On Mon, Nov 22, 2021 at 12:12 AM Nate Schneider <nateschneider@google.com> wrote:
Privileged & Confidential
Prepared at
the direction of counsel in connection with UK and US litigation and regulatory inquiries

**Redacted - Privilege**

On Wed, Nov 17, 2021 at 8:34 PM Chandan Giri <chandangiri@google.com> wrote:

**Redacted - Privilege**

On Wed, Nov 17, 2021 at 10:22 AM Chris Liao <chrisliao@google.com> wrote:

**Redacted - Privilege**

Redacted - Privilege

On Wed, Nov 17, 2021 at 10:20 AM Bert Leung <bertleung@google.com> wrote:

Redacted - Privilege

On Wed, Nov 17, 2021 at 9:50 AM Chris Liao <chrisliao@google.com> wrote:

Redacted - Privilege

On Wed, Nov 17, 2021 at 2:18 AM Nate Schneider <nateschneider@google.com> wrote:
**Privileged & Confidential**
**Prepared at the direction of counsel in connection with UK and US litigation and regulatory inquiries**

Redacted - Privilege

On Mon, Oct 11, 2021 at 5:42 PM Florian Uunk <feuunk@google.com> wrote:
Hi all,

I'm only aware of client-side signals that would (as ▓▓▓▓▓▓ states) need to go through non-trivial PWG reviews.

Thanks,

Florian

On Mon, Oct 11, 2021 at 4:33 PM Nate Schneider <nateschneider@google.com> wrote:
+Martin Šrámek and +Florian Uunk from Chrome Privacy

@Bert - the policy comes from a commitment with external regulators, so we must implement it as written.

@Martin Šrámek & @Florian Uunk - this project is reading the X-Client-Data header as part of ▮▮▮▮▮▮▮▮. Looks like you probably are familiar with the initiative - do you have any insights into alternatives?


On Sat, Oct 9, 2021 at 12:15 AM Bert Leung <bertleung@google.com> wrote:
+Huei-hung Liao too.

Hi Nate,

Thanks for reaching out. I would like to first understand the problem of using X-Client-Data. Is it because of privacy or security concerns? Or is it because there are upcoming plans for X-Client-Data making it no longer a good proxy signal for Incognito?

For APaS, we would like at least some proxy signals to identify Chrome Incognito for traffic analysis (again, not for ads serving logic). If X-Client-Data is no longer a viable option, what will be the suggestion of alternatives?

Thanks,
Bert

On Fri, Oct 8, 2021 at 2:29 AM Nate Schneider <nateschneider@google.com> wrote:
Hi Bert -
Thanks for the fast response to this request, and for the details provided.

Unfortunately, as you already know, this usage of the header data is no longer within policy and must be deprecated. I'm writing to see what this will take. Do you need anything from my side? Do you need any time to plan or implement changes on your end?


On Mon, Sep 27, 2021 at 8:01 PM <nateschneider@google.com> wrote:
TLDR: We need a response to the form (link below) before 06 Oct to indicate whether your project is reading the X-Client-Data Header from Chrome

Greetings,

Chrome T&S is auditing all clients across Google reading the X-Client-Data header. Gathering the clients is tricky, so we're using Code Search to identify mentions of "X-Client-Data" in code. You are receiving this email because you're in the OWNERS file for a code search result:
//depot/google3/ads/identity/OWNERS:8

CONFIDENTIAL
GOOG-BRWN-00857645

All clients reading this header data must be compliant with a new policy published here: █████████████████

In order to implement this policy and understand how existing clients are using the data, we have developed a short form and are requesting you to **complete by end of Wed 06 Oct**:
████████████████████████████████████████

^^This will be super quick!^^

There is no further action required for now besides completing this form. Please feel free to reply in case you have any questions or concerns, otherwise we'll track the responses and follow up in the coming weeks with next steps accordingly.

Thanks!
-Nate


--
Chris Liao
chrisliao@google.com


--
Chris Liao
chrisliao@google.com


--
| Chandan Giri | Senior Staff Software Engineer | chandangiri@google.com | 650-556-6800


--
| Chandan Giri | Senior Staff Software Engineer | chandangiri@google.com | 650-556-6800

CONFIDENTIAL
GOOG-BRWN-00857646