# Mao Declaration Ex. 6

## Redacted Version of Document Sought to be Sealed

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1  *TRANSCRIPT CONFIDENTIAL UNDER THE PROTECTIVE ORDER*
2
3            IN THE UNITED STATES DISTRICT COURT
4         FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                    SAN JOSE DIVISION
6  _____
   PATRICK CALHOUN, et al., on    )
7  behalf of themselves and all   )
   others similarly situated,     )
8                                 )
             Plaintiff,           )
9                                 )
      vs.                         )Case No.
10                                )5:20-cv-05146-LHK-
   GOOGLE, LLC,                   )SVK
11                                )
             Defendant.           )
12 _____)
   CHASOM BROWN, et al., on       )
13 behalf of themselves and all   )
   others similarly situated,     )
14                                )
             Plaintiff,           )
15                                )
      vs.                         )Case No.
16                                )5:20-cv-03664-LHK
   GOOGLE, LLC,                   )
17                                )
             Defendant.           )
18 _____ )
19         ZOOM VIDEOTAPED DEPOSITION OF JUSTIN SCHUH
20                 Mountain View, California
21                 Thursday, January 6, 2022
22                         Volume I
23 Reported by:
   LORI M. BARKLEY, CSR No. 6426
24
   Job No. 5015859
25 PAGES 1 - 174

                                                    Page 1

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4    _____
      PATRICK CALHOUN, et al., on    )
 5    behalf of themselves and all   )
      others similarly situated,     )
 6                                   )
              Plaintiff,             )
 7                                   )
         vs.                         )Case No.
 8                                   )5:20-cv-05146-LHK-
      GOOGLE, LLC,                   )SVK
 9                                   )
              Defendant.             )
10    _____)
      CHASOM BROWN, et al., on       )
11    behalf of themselves and all   )
      others similarly situated,     )
12                                   )
              Plaintiff,             )
13                                   )
         vs.                         )Case No.
14                                   )5:20-cv-03664-LHK
      GOOGLE, LLC,                   )
15                                   )
              Defendant.             )
16    _____ )
17
18            Zoom Videotaped deposition of JUSTIN SCHUH,
19    Volume I, taken on behalf of Plaintiffs, at Mountain
20    View, California, beginning at 9:04 a.m., and ending
21    at 3:25 p.m., on Thursday, January 6, 2022, before
22    LORI M. BARKLEY, Certified Shorthand Reporter
23    No. 6426.
24
25
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1    APPEARANCES:
 2    FOR THE BROWN PLAINTIFFS:
 3       SUSMAN GODFREY LLP
 4       BY:  ALEXANDER FRAWLEY
 5       Attorney at Law
 6       1301 Avenue of the Americas, 32nd Floor
 7       New York, New York 10019
 8       Afrawley@susmangodfrey.com
 9           - and
10       BOIES SCHILLER FLEXNER LLP
11       BY:  BEKO REBLTIZ-RICHARDSON
12       Attorney at Law
13       1999 Harrison Street, Suite 900
14       Oakland, California 94612
15       (650) 798-3508
16       Brichardson@bsfllp.com
17           - and -
18       BY:  MARK MAO
19       Attorney at Law
20       44 Montgomery Street, 41st Floor
21       San Francisco, California 94104
22       (415) 293-6800
23       Mmao@bsfllp.com
24
25
```

Page 3

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1   APPEARANCES (CONTINUED):

2

3   FOR THE CALHOUN PLAINTIFFS:

4      SIMMONS HANLY CONROY

5      BY:   AN V. TRUONG

6      Attorney at Law

7      112 Madison Avenue, 7th Floor

8      New York, New York 10016-7416

9      (212) 784-6276

10     Atruong@simmonsfirm.com

11          - and -

12     DICELLO LEVITT & GUTZLER

13     BY:   SHARON CRUZ

14     Attorney at Law

15     444 Madison Avenue, Fourth Floor

16     New York, New York 10022

17     (312) 535-9984

18     Scruz@dicellolevitt.com

19

20

21

22

23

24

25

Page 4

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1  APPEARANCES (CONTINUED):

2

3  FOR THE DEFENDANT, GOOGLE, LLC:

4     QUINN EMANUEL URQUHART & SULLIVAN LLP

5     BY:  JOSEF ANSORGE

6     Attorney at Law

7     51 Madison Avenue, 22nd Floor

8     New York, New York 10010

9     (212) 849-7000

10    Josefansorge@quinnemanuel.com

11        - and -

12    BY:  TRACY GAO

13    Attorney at Law

14    865 South Figueroa Street, 10th Floor

15    Los Angeles, California 90017

16    Tracygao@quinnemanuel.com

17

18

19 ALSO PRESENT:

20    Toni Baker (In-House Counsel Google)

21

22 Videographer:

23    Cassia Leet

24

25

Page 5

```
 1                         INDEX
 2    WITNESS                                    EXAMINATION
 3    JUSTIN SCHUH
 4    Volume I
 5
 6            BY MR. FRAWLEY                          13
 7
 8
 9                        EXHIBITS
10    NUMBER            DESCRIPTION                  PAGE
11    Exhibit 1   Slideshow, How do Users Interpret   25
12                Alternative Incognito Metaphors?,
13                dated August 2018, Bates stamped
14                GOOG-BRWN-00042339 through
15                GOOG-BRWN-00042357
16
17    Exhibit 2   E-mail Chain, dated August 31,      30
18                2018, Bates stamped
19                GOOG-BRWN-00475121 through
20                GOOG-BRWN-00475127
21
22    Exhibit 3   Slideshow, titled Make Week,        40
23                Bates stamped GOOG-CABR-04455284
24                through GOOG-BRWN-04455528
25
```

Page 6

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1    INDEX (Continued):
 2                          EXHIBITS
 3    NUMBER              DESCRIPTION                    PAGE
 4    Exhibit 4   E-mail Chain, dated June 2010,          51
 5                Bates stamped GOOG-BRWN-00407535
 6                through GOOG-BRWN-00407538
 7
 8    Exhibit 5   E-mail, dated November 3, 2010,         55
 9                Bates stamped GOOG-BRWN-00224407
10
11    Exhibit 6   Messages Chain, dated                   61
12                September 11, 2019, Bates stamped
13                GOOG-CABR-00799668 through
14                GOOG-CABR-00799671
15
16    Exhibit 7   Tweet from Justin Schuh, dated          64
17                September 25, 2018, 2 pages
18
19    Exhibit 8   E-mail Chain, dated March 14,           72
20                2015, Bates stamped
21                GOOG-CABR-03938947
22
23    Exhibit 9   Screenshot of Incognito page,           75
24                Bates stamped GOOG-CABR-00000001
25
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1      INDEX (Continued):
 2                          EXHIBITS
 3      NUMBER              DESCRIPTION                 PAGE
 4      Exhibit 10   Web page from Google Bugs page,     76
 5                   3 pages
 6
 7      Exhibit 11   E-mail Chain, dated September 10,   85
 8                   2020, Bates stamped
 9                   GOOG-BRWN-00389636 through
10                   GOOG-BRWN-00389637
11
12      Exhibit 12   E-mail Chain, dated August 30,      97
13                   2016, Bates stamped
14                   GOOG-BRWN-00397243 through
15                   GOOG-BRWN-00397245
16
17      Exhibit 13   E-mail Chain, dated May 3, 2019,   107
18                   Bates stamped GOOG-CABR-04254084
19                   through GOOG-CABR-04254090
20
21      Exhibit 14   Kleber Document, Bates stamped     115
22                   GOOG-BRWN-00066643 through
23                   GOOG-BRWN-00066645
24
25
```

INDEX (Continued):

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 15 | Messaging Chain, dated September 16, 2019, Bates stamped GOOG-CABR-00800570 | 123 |
| Exhibit 16 | Impact of Referrer Policy Change in Firefox, dated May 09, 2019, Bates stamped GOOG-CABR-03841883 through GOOG-CABR-03841885 | 129 |
| Exhibit 17 | Chrome Privacy Update Slideshow, Bates stamped GOOG-BRWN-00048174 through GOOG-BRWN-00048179 | 138 |
| Exhibit 18 | E-mail Chain, dated August 1, 2019, Bates stamped GOOG-BRWN-00230547 | 145 |
| Exhibit 19 | Messaging Chain, dated September 24, 2019, Bates stamped GOOG-BRWN-00476117 through GOOG-BRWN-00476135 | 149 |

Page 9

```
 1    INDEX (Continued):
 2                           EXHIBITS
 3    NUMBER              DESCRIPTION                    PAGE
 4    Exhibit 20   Tweet from Justin Schuh, dated         153
 5                 March 21, 2021, 1 page
 6
 7    Exhibit 21   Google Ads Document about              155
 8                 ████████, Bates stamped
 9                 GOOG-BRWN-00047367 through
10                 GOOG-BRWN-00047369
11
12    Exhibit 22   E-mail Chain, dated July 22,           159
13                 2020, Bates stamped
14                 GOOG-CABR-03676620 through
15                 GOOG-CABR-03676623
16
17    Exhibit 23   E-mail Chain, dated June 20,           163
18                 2019, Bates stamped
19                 GOOG-BRWN-00200065 through
20                 GOOG-BRWN-00200067
21
22
23
24
25
                                                      Page 10
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Mountain View, California; Thursday, January 6, 2022 | |
| 2 | 9:04 a.m. | |
| 3 | | 09:04:03 |
| 4 | VIDEO OPERATOR:  Good morning.  We are going | 09:04:09 |
| 5 | on the record at 9:04 a.m., on January 6, 2022. | 09:04:10 |
| 6 | Please note that the microphones may pick up | 09:04:17 |
| 7 | background noise, conversations, and interference if | 09:04:20 |
| 8 | unmuted.  Remember to unmute to speak. | 09:04:24 |
| 9 | Audio and video recording will continue to | 09:04:27 |
| 10 | take place unless all parties agree to go off the | 09:04:30 |
| 11 | record. | 09:04:33 |
| 12 | This is Media Unit 1 of the video recorded | 09:04:34 |
| 13 | deposition of Justin Schuh, taken by counsel for | 09:04:38 |
| 14 | Plaintiffs in the matter of Patrick Calhoun, et al., | 09:04:42 |
| 15 | versus Google LLC, and in the matter of Chasom Brown, | 09:04:46 |
| 16 | et al, versus Google, Inc., filed in the United | 09:04:51 |
| 17 | States District Court, Southern District of | 09:04:55 |
| 18 | California, San Jose Division. | 09:04:57 |
| 19 | Case number 520-cv-05146-LHK-SDK, and case | 09:04:59 |
| 20 | number 520-cv-03664-LHK. | 09:05:11 |
| 21 | This deposition is being conducted using | 09:05:18 |
| 22 | Veritext virtual technology, and all participants are | 09:05:21 |
| 23 | attending remotely. | 09:05:24 |
| 24 | My name is Cassia Leet from Veritext Legal | 09:05:27 |
| 25 | Solutions and I am the videographer.  The court | 09:05:31 |

Page 11

| | | |
|---|---|---|
| 1 | reporter is Lori Barkley of Veritext Legal Solutions. | 09:05:33 |
| 2 | I am not related to any party in this | 09:05:37 |
| 3 | action; nor am I financially interested in the | 09:05:40 |
| 4 | outcome. | 09:05:42 |
| 5 | Would counsel and everyone attending | 09:05:43 |
| 6 | remotely please state your appearances and | 09:05:45 |
| 7 | affiliations for the record. | 09:05:47 |
| 8 | MR. FRAWLEY: Good morning. Alexander | 09:05:51 |
| 9 | Frawley for the Brown plaintiffs from Susman Godfrey. | 09:05:54 |
| 10 | With me are my colleague Beko Richardson and Mark | 09:05:56 |
| 11 | Mao, also for the Brown plaintiffs from Boies | 09:06:00 |
| 12 | Schiller Flexner. | |
| 13 | MS. TRUONG: An Truong, Simmons Hanly | 09:06:04 |
| 14 | Conroy, for Calhoun plaintiffs. Also joining me | 09:06:07 |
| 15 | remotely is Sharon Cruz, from Dicello Levitt, also | 09:06:09 |
| 16 | Calhoun plaintiffs. | 09:06:12 |
| 17 | MR. ANSORGE: Good morning. Josef Ansorge, | 09:06:13 |
| 18 | with Quinn Emanuel Urquhart & Sullivan for Google, | 09:06:16 |
| 19 | being joined today by my colleague, Tracy Gao, also | 09:06:18 |
| 20 | of Quinn Emanuel. And also joined by Toni Baker, who | 09:06:22 |
| 21 | is counsel with Google. | 09:06:25 |
| 22 | VIDEO OPERATOR: Would the court reporter | 09:06:31 |
| 23 | please swear in the witness. | 09:06:32 |
| 24 | | |
| 25 | | |

```
 1                      JUSTIN SCHUH,
 2   having been administered an oath, was examined and        
 3   testified as follows:
 4
 5                      EXAMINATION
 6   BY MR. FRAWLEY:                                           09:06:49
 7       Q.   Good morning, Mr. Schuh.                         09:06:49
 8       A.   Good morning.                                    09:06:55
 9       Q.   Please state your full name.                     09:06:55
10       A.   Justin Schuh.                                    09:07:00
11       Q.   And what is your home address?                   09:07:00
12       A.   ███████████████████████████████.                 09:07:05
13            MR. ANSORGE:  With that, I'd like to             09:07:12
14   designate this transcript as confidential under the       09:07:13
15   protective order as we're getting into more personal      09:07:15
16   information.                                              09:07:18
17   BY MR. FRAWLEY:                                           09:07:21
18       Q.   And is that where you are today?                 09:07:22
19       A.   Yes.                                             09:07:23
20       Q.   And are you with anyone today?                   09:07:27
21       A.   No.                                              09:07:29
22       Q.   And how long has that been your home             09:07:29
23   address?                                                  09:07:33
24       A.   Ten years, I guess.                              09:07:39
25       Q.   And you're currently retired from Google; is     09:07:40
```

Page 13

| | | | |
|---|---|---|---|
| 1 | that correct? | | |
| 2 | A. | Yes. | 09:07:45 |
| 3 | Q. | And when did you retire? | 09:07:47 |
| 4 | A. | Early last year. | 09:07:51 |
| 5 | Q. | Early 2021? | 09:07:54 |
| 6 | A. | Yes. February, March 2021. | 09:07:57 |
| 7 | Q. | And are you currently employed? | 09:08:02 |
| 8 | A. | No. | 09:08:06 |
| 9 | Q. | And when you were working for Google, what | 09:08:09 |
| 10 | was your business address? | | 09:08:11 |
| 11 | A. | I don't remember. | 09:08:17 |
| 12 | Q. | Do you remember which city? | 09:08:19 |
| 13 | A. | Yes. Whatever Google headquarters was in | 09:08:23 |
| 14 | Mountain View, California. | | 09:08:27 |
| 15 | Q. | And was that your business address | 09:08:29 |
| 16 | throughout your career at Google? | | 09:08:31 |
| 17 | A. | Yes. | 09:08:36 |
| 18 | Q. | Now, have you ever testified before? | 09:08:40 |
| 19 | A. | No. | 09:08:42 |
| 20 | Q. | And do you understand that you are under | 09:08:45 |
| 21 | oath today? | | 09:08:48 |
| 22 | A. | Yes. | 09:08:50 |
| 23 | Q. | And is there any reason you cannot testify | 09:08:51 |
| 24 | truthfully today? | | 09:08:54 |
| 25 | A. | No. | 09:08:56 |

Page 14

```
 1   defaults?                                                14:38:21
 2       A.   No.                                             14:38:21
 3            MR. FRAWLEY:  Let me introduce another          14:38:37
 4   exhibit.                                                 14:38:38
 5            (Exhibit 19 was marked for identification and   14:38:57
 6       is attached hereto.)                                 14:39:12
 7            MR. FRAWLEY:  Okay.  I've introduced what's     14:39:12
 8   been marked as Exhibit 19.  It is Bates number           14:39:14
 9   GOOG-BRWN-00476117.                                      14:39:21
10       Q.   Please let me know when you have Exhibit 19     14:39:29
11   in front of you.                                         14:39:32
12       A.   I have it in front of me, but it's a very       14:40:07
13   long chat log.                                           14:40:09
14       Q.   So I'm only going to ask you about the first    14:40:10
15   page.                                                    14:40:13
16       A.   All right.  Let me skim quickly.                14:40:13
17            Okay.  I have skimmed it really quickly.        14:40:49
18       Q.   Do you see where CS Harrison wrote              14:40:52
19   (as read):                                               
20                I am a bit confused since the new           14:40:56
21            proposal for ▮▮▮▮▮▮▮▮ is and                    14:40:59
22            Incognito detector.                             14:41:02
23            And then I think CS Harrison then corrected     14:41:03
24   it and says (as read):                                   14:41:06
25                I am a bit confused since the new           14:41:07
```

Page 149

| | | | |
|---|---|---|---|
| 1 | | proposal for ▇▇▇▇ is an | 14:41:13 |
| 2 | | Incognito detector. | 14:41:15 |
| 3 | | Do you see that? | 14:41:16 |
| 4 | A. | Yes. | 14:41:17 |
| 5 | Q. | Then you said (as read): | 14:41:17 |
| 6 | | Yeah, that's a bit of a mess to | 14:41:18 |
| 7 | | let's not focus on today, but | 14:41:20 |
| 8 | | instead think of a world where | 14:41:22 |
| 9 | | Incognito is otherwise undetectable. | 14:41:24 |
| 10 | | Do you see that? | 14:41:27 |
| 11 | A. | Yes. | 14:41:27 |
| 12 | Q. | Now, why was the new proposal for ▇▇▇ | 14:41:28 |
| 13 | | ▇▇ a bit of a mess? | 14:41:33 |
| 14 | | MR. ANSORGE: Objection, vague. And form. | 14:41:34 |
| 15 | | THE WITNESS: I -- I don't think I meant -- | 14:41:43 |
| 16 | you see, you're asking me what I meant in that | | 14:41:44 |
| 17 | moment, but it's kind of hard. | | 14:41:46 |
| 18 | | My -- my response about think of a world | 14:41:51 |
| 19 | where Incognito is not detectable, my point here is | | 14:41:54 |
| 20 | that -- was that there's going to be intermediate | | 14:41:59 |
| 21 | stages where it's not -- where detectability of | | 14:42:06 |
| 22 | Incognito mode could go back and forth depending on | | 14:42:11 |
| 23 | code changes, right. | | 14:42:13 |
| 24 | | But the intended end state would | 14:42:14 |
| 25 | eliminate -- that's not an issue -- and I don't know | | 14:42:21 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | what specific proposal Charlie was referring to at | 14:42:23 |
| 2 | the time, but it's more -- I was telling Charlie, | 14:42:27 |
| 3 | don't focus on the intermediate states, let's -- | 14:42:30 |
| 4 | let's think in terms of the end state -- end state | 14:42:34 |
| 5 | and the constraints we'll have in the end state. | 14:42:38 |
| 6 | BY MR. FRAWLEY: | 14:42:44 |
| 7 |     Q.   And if you recall, how would a proposal for | 14:42:44 |
| 8 | ▮▮▮▮▮▮▮ have been an Incognito detector? | 14:42:47 |
| 9 |         MR. ANSORGE:  Objection, vague.  Foundation. | 14:42:51 |
| 10 |         THE WITNESS:  I -- so I think -- they | 14:43:06 |
| 11 | targeted a very poor choice of words there because I | 14:43:08 |
| 12 | think Incognito, I think they might imply this on | 14:43:12 |
| 13 | purpose.  What Charlie -- from the context of the | 14:43:14 |
| 14 | conversation is very clear to me -- or it's certainly | 14:43:16 |
| 15 | the way I would interpret it, is that Charlie is | 14:43:20 |
| 16 | saying oh, but they're looking at making this change | 14:43:23 |
| 17 | to Incognito and it might make Incognito more | 14:43:25 |
| 18 | detectable at -- I don't know what that change would | 14:43:27 |
| 19 | be. | 14:43:33 |
| 20 |         I'm just saying this is -- it's a complex | 14:43:34 |
| 21 | system.  You can make a change in one spot where | 14:43:36 |
| 22 | you're like, hey, we've made this more private, this | 14:43:39 |
| 23 | is better, but it has some side effect properties | 14:43:41 |
| 24 | that you -- that you hadn't factored that pop out | 14:43:44 |
| 25 | elsewhere. | 14:43:47 |

Page 151

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | So that's -- that is the context of this | 14:43:47 |
| 2 | discussion. | 14:43:50 |
| 3 | BY MR. FRAWLEY: | 14:43:52 |
| 4 | Q.   And how might ▓▓▓▓▓▓ have made | 14:43:52 |
| 5 | Incognito more detectable, ▓▓▓▓▓▓ specifically? | 14:43:55 |
| 6 | A.   I don't -- I don't know.  I don't recall. | 14:44:00 |
| 7 | Q.   And when you're talking about Incognito | 14:44:04 |
| 8 | being detectable, detectable by whom? | 14:44:07 |
| 9 | MR. ANSORGE:  Objection, vague.  And form. | 14:44:13 |
| 10 | THE WITNESS:  Incognito detection always | 14:44:21 |
| 11 | refers to -- or at least whenever I've heard the term | 14:44:27 |
| 12 | used and whenever I've used the term, I believe it | 14:44:29 |
| 13 | has always referred to the site that you are visiting | 14:44:32 |
| 14 | in Incognito mode, detecting that you are, in fact, | 14:44:35 |
| 15 | in Incognito mode. | 14:44:39 |
| 16 | BY MR. FRAWLEY: | 14:44:44 |
| 17 | Q.   And how might a website detect that you are | 14:44:44 |
| 18 | in Incognito mode? | 14:44:47 |
| 19 | A.   A bug in a browser implementing Incognito or | 14:44:53 |
| 20 | whatever private browsing mode.  It's some sort of | 14:44:55 |
| 21 | unintentional information leakage. | 14:44:59 |
| 22 | Q.   Any other ways? | 14:45:07 |
| 23 | A.   I -- I don't believe so. | 14:45:09 |
| 24 | Q.   So is there some kind of bug associated with | 14:45:19 |
| 25 | ▓▓▓▓▓▓ that might have made Incognito | 14:45:22 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | detectable? | 14:45:25 |
| 2 | A.   No.  This gets back to what I was saying | 14:45:33 |
| 3 | earlier about these are complex systems, and | 14:45:35 |
| 4 | sometimes you make a change in one part and it | 14:45:38 |
| 5 | introduces a bug in another part. | 14:45:41 |
| 6 | And sometimes those are -- those can be | 14:45:45 |
| 7 | unavoidable.  I think -- so when you -- yeah. | 14:45:50 |
| 8 | That's -- that's just -- it's just -- it is the | 14:46:02 |
| 9 | reality of the -- of building a complex system. | 14:46:05 |
| 10 | MR. FRAWLEY:  Okay.  I'm going to introduce | 14:46:21 |
| 11 | another exhibit. | 14:46:22 |
| 12 | Okay.  I've introduced what's been marked as | 14:46:57 |
| 13 | Exhibit 20. | 14:47:00 |
| 14 | (Exhibit 20 was marked for identification and | 14:47:00 |
| 15 | is attached hereto.) | |
| 16 | BY MR. FRAWLEY: | 14:47:01 |
| 17 | Q.   Please let me know when you have Exhibit 20 | 14:47:01 |
| 18 | in front of you. | 14:47:03 |
| 19 | A.   I have it in front of me. | 14:47:46 |
| 20 | Q.   Is this a tweet that you tweeted? | 14:47:47 |
| 21 | A.   Yes. | 14:47:54 |
| 22 | Q.   And do you see where you tweeted (as read): | 14:47:54 |
| 23 | Given that IP is such a strong | 14:47:55 |
| 24 | key for linking identity across not | 14:47:57 |
| 25 | just sites, but apps as well ... | 14:47:59 |

Veritext Legal Solutions
866 299-5127