1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)  Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com  andrewschapiro@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)  Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com  teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor  191 N. Wacker Drive, Suite 2700
5  Redwood Shores, CA 94065  Chicago, IL 60606
   Telephone: (650) 801-5000  Telephone: (312) 705-7400
6  Facsimile: (650) 801-5100  Facsimile: (312) 705-7401

7  Stephen A. Broome (CA Bar No. 314605)  Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com  josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)  Xi ("Tracy") Gao (CA Bar No. 326266)
9  violatrebicka@quinnemanuel.com  tracygao@quinnemanuel.com
   Crystal Nix-Hines (CA Bar No. 326971)  Carl Spilly (admitted *pro hac vice)*
10 crystalnixhines@quinnemanuel.com  carlspilly@quinnemanuel.com
   Alyssa G. Olson (CA Bar No. 305705)  1300 I Street NW, Suite 900
11 alyolson@quinnemanuel.com  Washington D.C., 20005
12 865 S. Figueroa Street, 10th Floor  Telephone: (202) 538-8000
   Los Angeles, CA 90017  Facsimile: (202) 538-8100
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
14

15 Jomaire Crawford (admitted *pro hac vice*)  Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com  jonathantse@quinnemanuel.com
16 51 Madison Avenue, 22nd Floor  50 California Street, 22nd Floor
   New York, NY 10010  San Francisco, CA 94111
17 Telephone: (212) 849-7000  Telephone: (415) 875-6600
18 Facsimile: (212) 849-7100  Facsimile: (415) 875-6700

19 *Counsel for Defendant Google LLC*

20                          **UNITED STATES DISTRICT COURT**
                            **NORTHERN DISTRICT OF CALIFORNIA**
21                          **OAKLAND DIVISION**

22 | CHASOM BROWN, et al., individually and on behalf of all similarly situated,, | Case No. 4:20-cv-03664-YGR-SVK |
   |---|---|
23 | | **DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 834)** |
   | Plaintiffs, | |
24 | | |
25 | v. | Referral: Hon. Susan van Keulen, USMJ |
26 | GOOGLE LLC, | |
27 | Defendant. | |
28

Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Document to remove the document submitted as Dkt. No. 834, a redacted version of Plaintiffs' Response to the Court's Order to Show Cause. After Dkt. 834 was filed, Google discovered that the publicly available document contains highly sensitive, confidential, and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks, including cybersecurity threats, if publicly disclosed.. Upon discovering this error, Google's counsel requested that the inadvertently filed document be temporarily blocked. Google has filed a corrected, redacted version herein with this Motion. Accordingly, Google respectfully requests that Docket No. 834 be permanently deleted from the docket..

DATED: January 27, 2023            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Andrew H. Schapiro*
     Andrew H. Schapiro (admitted *pro hac vice*)
     andrewschapiro@quinnemanuel.com
     Teuta Fani (admitted *pro hac vice*)
     teutafani@quinnemanuel.com
     191 N. Wacker Drive, Suite 2700
     Chicago, IL 60606
     Telephone: (312) 705-7400
     Facsimile: (312) 705-7401

     Diane M. Doolittle (CA Bar No. 142046)
     dianedoolittle@quinnemanuel.com
     Sara Jenkins (CA Bar No. 230097)
     sarajenkins@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, CA 94065
     Telephone: (650) 801-5000
     Facsimile: (650) 801-5100

     Stephen A. Broome (CA Bar No. 314605)
     stephenbroome@quinnemanuel.com
     Viola Trebicka (CA Bar No. 269526)
     violatrebicka@quinnemanuel.com
     Crystal Nix-Hines (CA Bar No. 326971)
     crystalnixhines@quinnemanuel.com
     Alyssa G. Olson (CA Bar No. 305705)
     alyolson@quinnemanuel.com
     865 S. Figueroa Street, 10th Floor

Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*