UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 834)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Document (Dkt. 834) ("Motion").  Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge