1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2  Diane M. Doolittle (CA Bar No. 142046)   Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com          andrewschapiro@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)         Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com             teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor        191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                 Chicago, IL 60606
5  Telephone: (650) 801-5000                Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                Facsimile: (312) 705-7401
6
7  Stephen A. Broome (CA Bar No. 314605)    Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com           josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)       Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com           tracygao@quinnemanuel.com
9  Crystal Nix-Hines (CA Bar No. 326971)    Carl Spilly (admitted *pro hac vice*)
   crystalnixhines@quinnemanuel.com         carlspilly@quinnemanuel.com
10 Alyssa G. Olson (CA Bar No. 305705)      1300 I Street NW, Suite 900
   alyolson@quinnemanuel.com                Washington D.C., 20005
11 865 S. Figueroa Street, 10th Floor       Telephone: (202) 538-8000
   Los Angeles, CA 90017                    Facsimile: (202) 538-8100
12 Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100
14
15 Jomaire Crawford (admitted *pro hac vice*)  Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com            jonathantse@quinnemanuel.com
16 51 Madison Avenue, 22nd Floor               50 California Street, 22nd Floor
   New York, NY 10010                          San Francisco, CA 94111
17 Telephone: (212) 849-7000                   Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                   Facsimile: (415) 875-6700
18
   *Counsel for Defendant Google LLC*
19
                    **UNITED STATES DISTRICT COURT**
20
          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
21

| | |
|---|---|
| CHASOM BROWN, *et al*., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-03364-YGR-SVK |
| Plaintiffs, | |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK
DECLARATION OF VIOLA TREBICKA

1  PATRICK CALHOUN, *et al*., on behalf of
   themselves and all others similarly situated,
2                                                    Case No. 4:20-cv-5146-YGR-SVK
                  Plaintiffs,
3
          vs.
4
   GOOGLE LLC,
5
   Defendant.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF VIOLA TREBICKA**

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in these actions. I submit this declaration in support of the Parties' Joint Status Report Pursuant to Dkt. No. 830 in *Brown, et al., v. Google*, Case No. 4:20-cv-3446-YGR-SVK ("*Brown* Matter") and Dkt. No. 960 in *Calhoun, et al, v. Google* Case No. 4:20-cv-5146-YGR-SVK ("*Calhoun* Matter"). I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the January 10, 2023 hearing in the *Brown* Matter.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from me to counsel for plaintiffs in the *Brown* and *Calhoun* Matters dated January 26, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from me to counsel for plaintiffs in the *Brown* and *Calhoun* Matters dated January 28, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a letter from me to counsel for plaintiffs in the *Brown* and *Calhoun* Matters dated January 30, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the January 10, 2023 hearing in the *Calhoun* Matter.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email thread between counsel for Google and counsel for plaintiffs in the *Brown* Matter dated January 23, 2023.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on January 31, 2023.

1
2
3          By    /s/ Viola Trebicka
                 Viola Trebicka
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28