# EXHIBIT 1

# Redacted Version of Document Sought to be Sealed

SEALED PROCEEDINGS                                                    1

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4

 5   CHASOM BROWN, WILLIAM BYATT,
     JEREMY DAVIS, CHRISTOPHER        CASE CV-20-03664 YGR (SVK)
 6   CASTILLO, AND MONIQUE TRUJILLO,
     INDIVIDUALLY AND ON BEHALF OF    SAN JOSE, CALIFORNIA
     THEMSELVES AND ALL OTHERS
 7   SIMILARLY SITUATED,              JANUARY 10, 2023

 8         PLAINTIFF,                 SEALED PAGES 1 - 36
        VS.
 9
     GOOGLE LLC,
10
           DEFENDANT.
11
            TRANSCRIPT OF SEALED ZOOM PROCEEDINGS
12         BEFORE THE HONORABLE SUSAN VAN KEULEN
             UNITED STATES MAGISTRATE JUDGE
13
     A-P-P-E-A-R-A-N-C-E-S
14
     FOR THE PLAINTIFF:     MORGAN AND MORGAN COMPLEX LITIGATION
15                          GROUP
                            BY:  RYAN MCGEE
16                          201 N. FRANKLIN STREET, 7TH FLOOR
                            TAMPA, FLORIDA 33602
17
                            SUSMAN GODFREY L.L.P.
18                          BY:  AMANDA K. BONN
                            1900 AVENUE OF THE STARS, SUITE 1400
19                          LOS ANGELES, CALIFORNIA 90067

20                          BOIES SCHILLER FLEXNER LLP
                            BY:  MARK C. MAO
21                          44 MONTGOMERY STREET, 41ST FLOOR
                            SAN FRANCISCO, CALIFORNIA 94104
22
             (APPEARANCES CONTINUED ON THE NEXT PAGE.)
23
     OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                               CERTIFICATE NUMBER 8074

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
     TRANSCRIPT PRODUCED WITH COMPUTER.
```

COPY

1      A P P E A R A N C E S: (CONT'D)

2      FOR THE DEFENDANT:          QUINN EMANUEL URQUHART AND
                                   SULLIVAN, LLP
3                                  BY:  ANDREW H. SCHAPIRO
                                   191 N. UPPER WACKER DRIVE
4                                  SUITE 2700
                                   CHICAGO, ILLINOIS 60606
5
                                   BY:  DONALD SETH FORTENBERY
6                                       JOSEF T. ANSORGE
                                   51 MADISON AVENUE, 22ND FLOOR
7                                  NEW YORK, NEW YORK 10010

8                                  BY:  STEPHEN ANDREW BROOME
                                        VIOLA TREBICKA
9                                  865 S. FIGUEROA STREET
                                   10TH FLOOR
10                                 LOS ANGELES, CALIFORNIA 90017

11                                 BY:  XI (TRACY) GAO
                                   1300 I STREET NW, SUITE 900
12                                 WASHINGTON, DC 20005

13     ALSO PRESENT:               GOOGLE LLC
                                   BY:  MATTHEW GUBIOTTI
14                                      TONI BAKER

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                    JANUARY 10, 2023 |
| 2 | P R O C E E D I N G S |
| 09:57AM 3 | (COURT CONVENED AT 10:07 A.M.) |
| 10:07AM 4 | THE COURT:  GOOD MORNING EVERYONE.  GOOD MORNING. |
| 10:07AM 5 | WELCOME BACK.  WE'RE GOING TO CALL THESE MATTERS |
| 10:08AM 6 | SEPARATELY.  I DO APPRECIATE EVERYONE ACCOMMODATING THE CHANGE |
| 10:08AM 7 | TO A VIDEO HEARING. |
| 10:08AM 8 | MY INTENTION WAS THAT THAT WOULD MAKE LIFE EASIER FOR THE |
| 10:08AM 9 | PARTIES, AND I UNDERSTAND SOME PEOPLE WERE ALREADY TRAVELLING. |
| 10:08AM 10 | I APOLOGIZE.  WE'RE TRACKING THE WEATHER AS BEST WE CAN AND |
| 10:08AM 11 | TRYING TO ACCOMMODATE. |
| 10:08AM 12 | POWER AT THE COURTHOUSE HAS BEEN PERHAPS NOT AS RELIABLE |
| 10:08AM 13 | AS ONE WOULD LIKE OR ONE WOULD HOPE, SO I ACTUALLY THINK THAT |
| 8AM 14 | AT THE END OF THE DAY THIS IS THE BEST SETUP FOR US AT THIS |
| 10:08AM 15 | TIME. |
| 10:08AM 16 | AGAIN, I DO APOLOGIZE TO THE EXTENT THE COURT'S NOTICE WAS |
| 10:08AM 17 | NOT SUFFICIENTLY EARLY, BUT WE HAD LIVE HEARINGS ON FRIDAY, AND |
| 10:08AM 18 | WE KNEW THERE WOULD BE ANOTHER BIG STORM TODAY, SO HERE WE ARE. |
| 10:09AM 19 | ALL RIGHT.  MS. FANTHROPE, IF YOU WILL CALL THE BROWN |
| 10:09AM 20 | MATTER.  I KNOW THERE ARE SOME OVERLAPPING ISSUES.  THERE ARE |
| 10:09AM 21 | DISTINCT ISSUES.  SO WE WILL TAKE THIS ONE AT A TIME. |
| 10:09AM 22 | SO IF THE CALHOUN PLAINTIFFS WILL TURN OFF YOUR VIDEO, AND |
| 10:09AM 23 | FOR THOSE WHO ARE NOT SPEAKING, IF YOU CAN ALSO TURN OFF YOUR |
| 10:09AM 24 | VIDEO TO THE EXTENT THAT WORKS ON YOUR SIDE, THAT WOULD BE |
| 10:09AM 25 | HELPFUL SO WE HAVE AS FEW FACE SCREENS AS POSSIBLE SO WE CAN |

10:09AM  1    FOLLOW EVERYONE.

10:09AM  2        ALL RIGHT.  MS. FANTHROPE, IF YOU'LL CALL THE FIRST

10:09AM  3    MATTER, PLEASE.

10:09AM  4            THE CLERK:  YES.  THIS IS A SEALED HEARING IN CASE

10:09AM  5    20-CV-3664, BROWN, ET AL., VERSUS GOOG LLC ET AL.

10:09AM  6        COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD

10:09AM  7    BEGINNING WITH THE PLAINTIFF.

10:10AM  8            MR. MCGEE:  APOLOGIES, YOUR HONOR.  I WAS WAITING ON

10:10AM  9    MY COLLEAGUE, MR. MAO.

10:10AM 10        THIS IS RYAN MCGEE OF THE LAW FIRM OF MORGAN & MORGAN FOR

10:10AM 11    THE PLAINTIFFS.

10:10AM 12        I'M JOINED BY MARK MAO OF BOIES SCHILLER FLEXNER, AND ALSO

10:10AM 13    MS. AMANDA BONN OF SUSMAN GODFREY.

10:10AM 14            THE COURT:  THANK YOU, MR. MCGEE, MR. MAO, MS. BONN,

10:10AM 15    WELCOME.

10:10AM 16        AND FOR GOOGLE TODAY, MR. SCHAPIRO?

10:10AM 17            MR. SCHAPIRO:  YES.  ANDREW SCHAPIRO FOR GOOGLE.

10:10AM 18    I'M JOINED BY VIOLA TREBICKA AND TRACY GAO, WHO I THINK WILL BE

10:10AM 19    HANDLING MOST OF THE DISCUSSIONS RELATING TO BROWN TODAY WITH

10:10AM 20    JOSEF ANSORGE AND STEPHEN BROOME WHO ARE ALSO HERE ALSO FROM

10:10AM 21    OUR FIRM REPRESENTING GOOGLE, QUINN EMANUEL.

10:10AM 22        AND MATTHEW GUBIOTTI AND TONI BAKER, IN-HOUSE COUNSEL FROM

10:10AM 23    GOOGLE, ARE ALSO WITH US.

10:10AM 24            THE COURT:  ALL RIGHT.  THANK YOU.  WELCOME.

10:11AM 25        AS MS. FANTHROPE INDICATED, THIS PROCEEDING IS UNDER SEAL,

SEALED PROCEEDINGS                                                    5

10:11AM  1    AND I WILL -- I DO ORDER THAT THE TRANSCRIPTS MAY BE RELEASED

10:11AM  2    TO THE PARTIES FOLLOWING THE HEARING AS SOON AS THEY ARE

10:11AM  3    AVAILABLE.  THAT WILL SAVE US ISSUING AN ORDER LATER FOR

10:11AM  4    RELEASE.

10:11AM  5        ALL RIGHT.  IN BROWN WE ARE HERE TODAY TO ADDRESS GOOGLE'S

10:11AM  6    MOTION FOR RELIEF FROM THE PRESERVATION ORDER, AND THAT MOTION

10:11AM  7    WAS IN BRIEFING, IF NOT COMPLETED, WHEN JUDGE GONZALEZ ROGERS

10:11AM  8    ISSUED HER ORDER ON CLASS CERTIFICATION ISSUING -- EXCUSE ME,

10:11AM  9    CERTIFYING THE CLASS FOR INJUNCTIVE RELIEF BUT NOT CERTIFYING

10:11AM 10    THE CLASS FOR DAMAGES.

10:12AM 11        AND I UNDERSTAND THAT BROWN HAS PETITIONED THE

10:12AM 12    NINTH CIRCUIT FOR PERMISSION TO APPEAL THE CLASS CERTIFICATION

10:12AM 13    RULING.  I THINK THAT WAS JUST FILED NEAR THE END OF THE YEAR.

10:12AM 14        AND SO I DID ASK THE PARTIES, FOLLOWING

10:12AM 15    JUDGE GONZALEZ ROGERS' ORDER, FOR FURTHER BRIEFING AS TO THE

10:12AM 16    IMPACT OF THE ORDER ON THE PRESERVATION PLAN, AND I RECEIVED

10:12AM 17    THOSE, AND I HAVE REVIEWED ALL OF THE PAPERS AND THE EXTENSIVE

10:12AM 18    PAPER AND BRIEFING FROM THE PARTIES ON THESE ISSUES.

10:12AM 19        WHAT I RECEIVED FROM GOOGLE WAS FOLLOWING THE -- OR

10:12AM 20    ADDRESSING THE IMPACT OF JUDGE GONZALEZ'S ORDER WAS AN UPDATED

10:12AM 21    REQUEST.  THE INITIAL REQUEST WITH REGARDS TO RELIEF FROM THE

10:12AM 22    PRESERVATION PLAN ADDRESSED THE TABLES, THE LINKING AND A SET

10:13AM 23    OF LINKING AND MAPPING TABLES AND WHETHER THOSE IN FACT NEEDED

10:13AM 24    TO BE PRESERVED.

10:13AM 25        THE UPDATED REQUEST IS MUCH BROADER, WHICH IS TO STOP

10:13AM  1    PRESERVING THE DOCUMENTS GOING FORWARD AND TO DELETE WHAT HAS

10:13AM  2    BEEN PRESERVED THUS FAR UNDER THE PLAN OR AT LEAST TO MOVE TO A

10:13AM  3    COST SHARING MODEL.  AND I LOOKED AT THOSE ARGUMENTS.  I SEE

10:13AM  4    OBVIOUSLY PLAINTIFFS' ARGUMENTS IN REPLY.

10:13AM  5        AND IT IS NOT MY -- WELL, MY TENTATIVE RULING, I DO NOT

10:13AM  6    INTEND TO CHANGE THE SCOPE OF THE ORDER, THAT IS, TO STOP

10:13AM  7    PRESERVING OR TO DELETE WHAT HAS ALREADY BEEN PRESERVED.

10:13AM  8        I THINK THAT THOSE ISSUES -- OBVIOUSLY THE ISSUE ON CLASS

10:14AM  9    CERTIFICATION IS UP ON APPEAL, AND ACTUALLY I DO HAVE A

10:14AM 10    LOGISTICAL QUESTION WITH REGARDS TO THAT, WHICH IS FOR THE

10:14AM 11    BROWN PLAINTIFFS, WHICH IS WHEN DO YOU ANTICIPATE OR DO YOU,

10:14AM 12    WHEN, IF YOU'RE ABLE, DO YOU ANTICIPATE HEARING FROM THE

10:14AM 13    NINTH CIRCUIT WITH REGARDS TO YOUR PETITION?

10:14AM 14        MR. MCGEE?

10:14AM 15        MR. MCGEE:  YOUR HONOR, I DO WISH I HAD THAT CRYSTAL

10:14AM 16    BALL.  I HAVE PARTICIPATED IN A FEW 23(F)'S OVER THE YEARS.  I

10:14AM 17    HAVE NEVER SEEN ANY OF THEM COME TO FRUITION FOR ONE REASON OR

10:14AM 18    ANOTHER.

10:14AM 19        I WOULD INVITE MR. MAO OR MS. BONN IF THEY HAVE ANY MORE

10:14AM 20    INSIGHT, SINCE THEY DO PRACTICE A LITTLE BIT MORE IN THE

10:14AM 21    NINTH CIRCUIT THAN I DO.

10:14AM 22        MR. MAO:  YOUR HONOR --

10:14AM 23        THE COURT:  EDUCATED GUESS, MR. MAO?

10:14AM 24        MR. MAO:  YES.  SOMEWHERE BETWEEN FOUR TO SIX

10:15AM 25    MONTHS, YOUR HONOR.

| | | |
|---|---|---|
| ^^:15AM | 1 | THE COURT:  ALL RIGHT.  MS. BONN, DID YOU HAVE |
| ...:15AM | 2 | ANYTHING TO ADD TO THAT? |
| 10:15AM | 3 | MS. BONN:  I THINK THAT SOUNDS RIGHT.  I THINK IT'S |
| 10:15AM | 4 | POSSIBLE WE CAN HEAR ONE WAY OR ANOTHER WHETHER THEY'RE GOING |
| 10:15AM | 5 | TO TAKE UP THE 23(F) PETITION MORE QUICKLY, BUT I DON'T THINK |
| 10:15AM | 6 | FOUR TO SIX MONTHS SOUNDS OUT OF THE ORDINARY. |
| 10:15AM | 7 | THE COURT:  ALL RIGHT.  SO, AGAIN, IN LIGHT OF THOSE |
| 10:15AM | 8 | ISSUES, OBVIOUSLY THE CLASS CERTIFICATION ISSUE, THE CASE HERE |
| 10:15AM | 9 | IN THE NORTHERN DISTRICT IS GOING FORWARD.  IT IS NOT STAYED. |
| 10:15AM | 10 | I APPRECIATE THEIR ARGUMENTS AS TO, WELL, WHAT IS NEEDED OR NOT |
| 10:15AM | 11 | NEEDED WITH THE CLASS AS IS, BUT THE CLASS CERT QUESTION IS |
| 10:15AM | 12 | BEFORE THE NINTH CIRCUIT, SO I AM NOT INCLINED TO MAKE THOSE |
| 10:15AM | 13 | CHANGES REQUESTED BY GOOGLE IN ITS UPDATED REQUEST. |
| 5AM | 14 | BUT THAT THEN BRINGS US BACK TO THE ORIGINAL MOTION FOR |
| 10:15AM | 15 | RELIEF, WHICH ADDRESSES ██ TABLES, ███████████ TABLES |
| 10:16AM | 16 | AND ██ ANALYTICAL TABLES. |
| 10:16AM | 17 | AND LOOKING AT THAT, I SEE THAT REQUEST AS -- FOLLOWS FROM |
| 10:16AM | 18 | MY ORDER.  PERHAPS IT'S A REQUEST FOR CLARIFICATION OR FOR |
| 10:16AM | 19 | WHETHER OR NOT A DETERMINATION WHETHER OR NOT THESE TABLES FIT |
| 10:16AM | 20 | THE ORDER, AND WE'LL WORK THROUGH THAT HERE IN JUST A MOMENT. |
| 10:16AM | 21 | BUT IT APPEARS TO ME THAT THEY DO, THAT IS, THESE TABLES FALL |
| 10:16AM | 22 | UNDER MY ORDER, BUT MAYBE NOT ENTIRELY. |
| 10:16AM | 23 | AND WHAT DO WE DO ABOUT THAT?  CAN THE PARTIES WORK OUT |
| 10:16AM | 24 | WHICH PORTIONS NEED TO BE SAVED AND WHAT ARE THE IMPLICATIONS |
| 10:16AM | 25 | WITH REGARDS TO COST SHIFTING?  SO THAT'S VERY GENERALLY WHERE |

```
10:17AM   1    I AM.

10:17AM   2         SO LET ME START HERE, WHICH IS OF COURSE I WENT BACK TO

10:17AM   3    THE TRANSCRIPT WHERE WE WERE ADDRESSING PRESERVATION OF THE

10:17AM   4    TABLES, AND I THINK I WAS CLEAR ON THE RECORD THAT IF THE TABLE

10:17AM   5    IS NEEDED TO WORK WITH ANY OF THE DATA AT ISSUE, IT HAS TO BE

10:17AM   6    PRESERVED.  IF THE TABLE IS COMPLETELY UNRELATED TO ANY OF THE

10:17AM   7    DATA IDENTIFICATION WERE PRODUCED IN THIS CASE, IDENTIFIED OR

10:17AM   8    PRODUCED, THEN IT DOES NOT NEED TO BE PRESERVED.

10:17AM   9         NOW, GOOGLE HAS IDENTIFIED ■ TABLES OR HAS SAID IT IS

10:17AM  10    PRESERVING ■ TABLES THAT CONTAIN MAPPING OR LINKING

10:17AM  11    IDENTIFIERS THAT ARE SUBJECT TO PRESERVATION IN ONE OF THE

10:17AM  12    SOURCES IDENTIFIED IN THE PRESERVATION ORDERS, AND I APPRECIATE

10:17AM  13    THAT.

 7AM     14         GOOGLE ALSO THEN GOES ON TO SAY THAT HAVING REVIEWED THE

10:18AM  15    EVIDENTIARY RECORD, IT'S PRESERVING TABLES ADDRESSED IN

10:18AM  16    DEPOSITIONS OR DOCUMENTS.

10:18AM  17         SO MY FIRST QUESTION, MS. TREBICKA, FOR GOOGLE IS SO IS

10:18AM  18    THAT IN ADDITION TO THE ■ TABLES?

10:18AM  19         ARE THERE ADDITIONAL TABLES ARISING FROM THE EVIDENTIARY

10:18AM  20    RECORD OR ARE THOSE -- IS THAT JUST A FURTHER DESCRIPTION OF

10:18AM  21    THE ■?  IT WASN'T CLEAR TO ME FROM THE PAPER.

10:18AM  22              MS. TREBICKA:  RIGHT.  THE ■ TABLES IS THE SUM

10:18AM  23    TOTAL OF THE TABLES THAT WE HAVE IDENTIFIED THAT FIT THE

10:18AM  24    DESCRIPTION WHETHER -- FROM ALL SOURCES PURSUANT TO OUR

10:18AM  25    INVESTIGATION.
```

| | | |
|---|---|---|
| 10:18AM | 1 | THE COURT: OKAY. THEN AS I UNDERSTAND GOOGLE'S |
| .18AM | 2 | POSITION, IT IS THAT THE ███████ TABLES CONTAIN LINKS |
| 10:18AM | 3 | THAT ARE DERIVED FROM THE █ TABLES THAT ARE BEING PRESERVED; |
| 10:18AM | 4 | IS THAT CORRECT? |
| 10:18AM | 5 | MS. TREBICKA: CORRECT, FROM A SUBSET OF THOSE █ |
| 10:19AM | 6 | TABLES IS. |
| 10:19AM | 7 | THE COURT: OKAY. ALL RIGHT. |
| 10:19AM | 8 | AND THAT THE ANALYTICS TABLE RELATE TO THE GOOGLE |
| 10:19AM | 9 | ANALYTICS PRODUCTS, AND THERE'S AN EXPLANATION ABOUT THE |
| 10:19AM | 10 | MAPPING THAT IS PROVIDED ALREADY WITH REGARDS TO THE ANALYTICS |
| 10:19AM | 11 | LOGS IS SUFFICIENT AND THAT THIS IS JUST ADDITIONAL |
| 10:19AM | 12 | INFORMATION. |
| 10:19AM | 13 | IS THAT -- I'M MOSTLY SIMPLIFYING FROM THE BRIEFS. |
| 9AM | 14 | MS. TREBICKA: YES, YOUR HONOR. SORRY, YOUR HONOR. |
| 10:19AM | 15 | ESSENTIALLY THE MAPPING WITHIN THESE ANALYTICS TABLES IS |
| 10:19AM | 16 | ALREADY CONTAINED WITHIN THE ANALYTICS DATA THAT WE ARE |
| 10:19AM | 17 | PRESERVING IN BROWN BECAUSE THE MAPPING ITSELF IS PART OF THE |
| 10:19AM | 18 | SAMPLE THAT IS BEING PRESERVED. |
| 10:19AM | 19 | THE COURT: OKAY. ALL RIGHT. |
| 10:19AM | 20 | MS. TREBICKA: I GUESS IS HOW WE WOULD PUT IT. |
| 10:19AM | 21 | THE COURT: ALL RIGHT. AND THEN I DID LOOK AT THE |
| 10:20AM | 22 | STATISTICAL, THE NUMBERS THAT WERE PROVIDED AND THE SUPPORTING |
| 10:20AM | 23 | DECLARATIONS AROUND THEM, AND I WILL SAY THAT I AM SURPRISED AT |
| 10:20AM | 24 | THE DISPROPORTIONALITY BETWEEN WHAT IS BEING PRESERVED IN THESE |
| 10:20AM | 25 | TABLES, THESE █ TABLES AT ISSUE IN GOOGLE'S MOTIONS AND ALL |

| | | |
|---|---|---|
| 10:20AM | 1 | OTHER PRESERVED DATA THAT FALL UNDER THE PRESERVATION ORDER IN |
| 10:20AM | 2 | THIS CASE WHICH I TAKE THAT AS THIS IS NEW INFORMATION.  I |
| 10:20AM | 3 | THINK IT'S REASONABLE THAT IT'S COME TO LIGHT AS SLEEVES GET |
| 10:20AM | 4 | ROLLED UP AND THE PRESERVATION PLAN IS BEING PUT INTO PLACE OR |
| 10:20AM | 5 | IS BEING EXECUTED.  OBVIOUSLY THE PLAN IS IN PLACE. |
| 10:20AM | 6 | AND IT'S SUBSTANTIAL.  EVEN IF WE DON'T LOOK AT THE COST |
| 10:20AM | 7 | NUMBERS, AND I KNOW THERE'S SOME DEBATE ABOUT WHAT IS REFLECTED |
| 10:21AM | 8 | THERE, BUT JUST LOOKING AT THE AMOUNT OF DATA PRESERVED IN |
| 10:21AM | 9 | EACH, THESE TABLES ARE SIGNIFICANTLY, MANY TIMES OVER ALL OF |
| 10:21AM | 10 | THE OTHER PRESERVATION, THE AMOUNT OF DATA TO BE PRESERVED |
| 10:21AM | 11 | UNDER ALL OTHER ASPECTS OF THE ORDER. |
| 10:21AM | 12 | AND THAT IN MY MIND CALLS INTO QUESTION THE |
| 10:21AM | 13 | PROPORTIONALITY AND AS WELL AS, FRANKLY, THE NEED FOR FULL |
| 10:21AM | 14 | PRESERVATION OF ALL OF THESE TABLES. |
| 10:21AM | 15 | I ALSO APPRECIATE THAT THERE'S NOT A LOT OF EVIDENCE.  I |
| 10:21AM | 16 | MEAN, THERE'S A -- THERE ARE SEVERAL DECLARATIONS FROM GOOGLE |
| 10:21AM | 17 | ON THESE POINTS BUT PLAINTIFFS HAVEN'T HAD AN OPPORTUNITY TO |
| 10:21AM | 18 | EXPLORE THAT. |
| 10:21AM | 19 | WE'RE NOT GOING TO REOPEN DISCOVERY, BUT I WONDER IF THERE |
| 10:22AM | 20 | ISN'T A MECHANISM WHERE THE PARTIES CAN MEET AND CONFER, GET |
| 10:22AM | 21 | EXPERT INPUT FROM THE GOOGLE ENGINEERS, HAVE -- PLAINTIFFS CAN |
| 10:22AM | 22 | HAVE THEIR OWN EXPERTS LOOK AT THAT, IF THE PARTIES CAN WORK |
| 10:22AM | 23 | THROUGH THIS, IF THIS IS AN EXERCISE THAT BOTH SIDES BELIEVE |
| 10:22AM | 24 | NEED SPECIAL MASTER GUIDANCE, OR WHAT. |
| 10:22AM | 25 | SO IT'S SORT OF WHAT IS THE PATH FORWARD?  BUT THAT'S |

| | | |
|---|---|---|
| 22AM | 1 | GENERALLY WHAT I'M LOOKING AT IN TERMS OF HOW TO ADDRESS THE |
| 10:22AM | 2 | TABLES ISSUE. |
| 10:22AM | 3 | SO, MS. TREBICKA, IT'S GOOGLE'S MOTION, SO I'M GOING TO |
| 10:22AM | 4 | LET YOU GO FIRST.  I WANTED TO BE SURE THAT YOU UNDERSTOOD SORT |
| 10:22AM | 5 | OF WHAT I'M LOOKING AT AND THINKING BECAUSE THERE'S A LOT OF |
| 10:22AM | 6 | OTHER MATERIAL HERE THAT WE WON'T UNPACK HERE TODAY. |
| 10:22AM | 7 | SO LET ME START WITH GOOGLE, AND THEN I'D LIKE TO HEAR |
| 10:23AM | 8 | FROM BROWN. |
| 10:23AM | 9 | MS. TREBICKA:  YES, YOUR HONOR.  SO WITH RESPECT TO |
| 10:23AM | 10 | THE TABLES, I'D LIKE TO SET IT IN PERSPECTIVE WITH RESPECT |
| 10:23AM | 11 | TO WHETHER -- MEANING WHERE IT FITS IN THE PRESERVATION PLAN. |
| 10:23AM | 12 | WE HAVE 11 MONTHS OF SPECIAL MASTER DISCOVERY CLASSES, |
| 10:23AM | 13 | COUNTLESS DOCUMENTS PRODUCED, DISCOVERY RESPONSES PRODUCED, |
| .3AM | 14 | ET CETERA, FROM WHICH WE IDENTIFIED THE SOURCES THAT FROM WHERE |
| 10:23AM | 15 | DATA WOULD BE PRESERVED. |
| 10:23AM | 16 | ONCE WE IDENTIFIED THOSE SOURCES, AND THAT WAS DONE, |
| 10:23AM | 17 | AGAIN, WITH INPUT FROM EXPERTS AND SPECIAL MASTER AND |
| 10:23AM | 18 | YOUR HONOR, THEN PLAINTIFFS HAVE THIS REQUEST OF GOOGLE |
| 10:23AM | 19 | PRESERVING MAPPING OR LINKING TABLES FOR THE PURPOSE OF BEING |
| 10:23AM | 20 | ABLE TO READ THE DATA THAT WOULD BE PRESERVED.  SO THAT WAS THE |
| 10:23AM | 21 | PURPOSE OF THE MAPPING AND LINKING TABLES. |
| 10:23AM | 22 | INITIALLY WE IDENTIFIED THE PP ID TO BISCOTTI TABLE. |
| 10:23AM | 23 | YOUR HONOR SAID THAT WAS NOT ENOUGH.  WE WENT BACK TO SQUARE |
| 10:24AM | 24 | ONE.  WE STARTED AN INVESTIGATIVE PROCESS WHEREBY WE IDENTIFIED |
| 10:24AM | 25 | THESE ADDITIONAL TABLES, BUT OUR UNDERSTANDING, AND I THINK, |

```
:24AM    1    AGAIN, WITH THIS PERSPECTIVE IN MIND, IS THAT THE PURPOSE THAT

10:24AM  2    THESE MAPPING OR LINKING TABLES NEED TO FULFILL IS THIS

10:24AM  3    IDENTIFIER MAPPING THAT THE COURT FOUND WAS JUSTIFIED.

10:24AM  4         SO WITH THAT PERSPECTIVE IN MIND, THE MAPPING TABLE -- THE

10:24AM  5    ███ MAPPING TABLES THAT WE HAVE IDENTIFIED, ALL OF THE MAPPING

10:24AM  6    OR LINKING THAT IS RELEVANT PER YOUR HONOR'S ORDER IS ALREADY

10:24AM  7    DUPLICATED ELSEWHERE IN THE DATA.  THAT IS WHY WE THINK THAT

10:24AM  8    IT'S NOT EVEN A DISCUSSION THAT NEEDS TO HAPPEN, AN EXPERT

10:24AM  9    DISCUSSION THAT NEEDS TO HAPPEN, WELL, WHAT ELSE IS IN THE

10:24AM  10   DATA -- WHAT ELSE IS IN THESE MAPPING TABLES?  HOW CAN WE

10:24AM  11   COMPROMISE, ET CETERA?

10:24AM  12        EVERYTHING THAT YOUR HONOR HELD IS RELEVANT AS FAR AS THE

10:24AM  13   MAPPING OR LINKING IS ALREADY BEING PRESERVED.  THERE IS JUST

:25AM    14   ABSOLUTELY NO REASON TO GO REOPEN DISCOVERY AND EXPEND EXTRA

10:25AM  15   COSTS, MORE ENGINEERING TIME, MORE BURDEN ON GOOGLE TO RE-DO

10:25AM  16   SOMETHING THAT HAS ALREADY BEEN DONE IN THIS CASE.

10:25AM  17        SO TO ANSWER YOUR HONOR'S QUESTION, WE THINK THAT THESE

10:25AM  18   MAPPING AND LINKING TABLES, JUST THESE ███ MAPPING OR LINKING

10:25AM  19   TABLES, AS YOUR HONOR NOTED, THE COST OF PRESERVING THEM IS

10:25AM  20   EXORBITANT.  IT'S MANY, MANY FOLDS, THE COST OF PRESERVING THE

10:25AM  21   DATA ON THE BASIS OF THE PRESERVATION PLAN, AND THERE'S JUST

10:25AM  22   SIMPLY NO PURPOSE THAT IS SERVED BY PRESERVING THEM.

10:25AM  23        THE COURT:  ALL RIGHT.  I THOUGHT THAT -- I MEAN,

10:25AM  24   GOOGLE DOESN'T SAY IN THE PAPERS THAT THE DATA BETWEEN THESE

10:25AM  25   ███ TABLES AND -- WELL, THE RELEVANT DATA, AND I APPRECIATE
```

| | | |
|---|---|---|
| 10:26AM | 1 | THESE TABLES HAVE A LOT OF OTHER INFORMATION, I TAKE THAT. |
| 10:26AM | 2 | BUT THAT THE -- GOOGLE DID NOT SAY THAT THE RELEVANT DATA |
| 10:26AM | 3 | IS DUPLICATED IN THE TABLES.  IT USES THE WORD "DERIVED" |
| 10:26AM | 4 | CERTAINLY AS TO THE ████████████ TABLES. |
| 10:26AM | 5 | AND I APPRECIATE THE EXPLANATION IN THE DECLARATIONS BUT, |
| 10:26AM | 6 | YOU KNOW, I THINK THAT THAT'S A QUESTION AS TO WHAT IS THAT AND |
| 10:26AM | 7 | HOW DOES THAT WORK? |
| 10:26AM | 8 | AND THEN TODAY I HEARD, I HEARD YOU REFER WITH REGARDS TO |
| 10:26AM | 9 | THE ANALYTICS TABLES THAT THE INFORMATION IS DUPLICATED IN THE |
| 10:26AM | 10 | EXISTING TABLES. |
| 10:26AM | 11 | SO -- |
| 10:26AM | 12 | MS. TREBICKA:  MAY I EXPLAIN? |
| 10:26AM | 13 | THE COURT:  YES, PLEASE. |
| 10:26AM | 14 | MS. TREBICKA:  THANK YOU, YOUR HONOR.  YES. |
| 10:26AM | 15 | I'LL TAKE ANALYTICS FIRST. |
| 10:26AM | 16 | THE COURT:  UH-HUH. |
| 10:26AM | 17 | MS. TREBICKA:  THE ANALYTICS MAPPING TABLES WERE |
| 10:26AM | 18 | IDENTIFIED BECAUSE THEY CONTAIN A MAPPING BETWEEN UID OR CID TO |
| 10:27AM | 19 | A BISCOTTI.  THAT MAPPING OR LINKING FROM A UID OR CID TO A |
| 10:27AM | 20 | BISCOTTI IS ALREADY CONTAINED IN THE ANALYTICS DATA, IN THE |
| 10:27AM | 21 | SAMPLED ANALYTICS DATA THAT IS BEING PRESERVED PURSUANT TO THE |
| 10:27AM | 22 | PRESERVATION PLAN, THAT EXACT LINK, MAPPING OR LINKING. |
| 10:27AM | 23 | AND MY UNDERSTANDING IS THAT THE ANALYTICS TABLE DERIVE |
| 10:27AM | 24 | THAT LINK FROM THE PRESERVED DATA, WHAT I'M CALLING THE |
| 10:27AM | 25 | PRESERVED DATA, IN OTHER WORDS, FROM THE TABLES FROM WHERE THE |

| | | |
|---|---|---|
| 10:27AM | 1 | PRESERVED DATA -- NOT THE TABLES, FROM THE DATA SOURCES WHERE |
| 10:27AM | 2 | THE PRESERVED DATA ARE SAMPLING FROM. |
| 10:27AM | 3 | SO I'M USING THE WORD "DUPLICATE" NOW FOR PURPOSES OF |
| 10:27AM | 4 | EXPLAINING IT IN A MORE SIMPLE AND UNDERSTANDABLE WAY, BUT IT |
| 10:28AM | 5 | IS THE EXACT SAME INFORMATION AS FAR AS THE MAPPING OR LINKING |
| 10:28AM | 6 | FROM UID OR CID TO BISCOTTI IN THE MAPPING TABLE AS WELL AS |
| 10:28AM | 7 | THIS LINK OF UID OR CID TO BISCOTTI IN THE PRESERVED SAMPLED |
| 10:28AM | 8 | DATA FOR THE ANALYTICS TABLE. |
| 10:28AM | 9 | DOES THAT ANSWER YOUR HONOR'S QUESTION? |
| 10:28AM | 10 | THE COURT:  WELL, OKAY.  SO WALK ME THROUGH.  IT'S |
| 10:28AM | 11 | BEEN A LITTLE WHILE.  WALK ME BACK THROUGH WHAT IS UID TO CID? |
| 10:28AM | 12 | TELL ME WHAT YOU'RE REFERRING TO. |
| 10:28AM | 13 | MS. TREBICKA:  IT'S UID OR CID TO BISCOTTI. |
| 10:28AM | 14 | THE COURT:  OKAY. |
| 10:28AM | 15 | MS. TREBICKA:  SO UID IS AN IDENTIFIER. |
| 10:28AM | 16 | THE COURT:  USER. |
| 10:28AM | 17 | MS. TREBICKA:  I BELIEVE -- AND MS. GAO, I'M SURE, |
| 10:28AM | 18 | WILL JUMP UP IF I MESS THIS UP, BUT I BELIEVE IT'S AN |
| 10:28AM | 19 | IDENTIFIER, AND CID IS ANOTHER IDENTIFIER. |
| 10:28AM | 20 | THE COURT:  RIGHT. |
| 10:28AM | 21 | MS. TREBICKA:  AND WHAT WOULD EXIST IN THESE MAPPING |
| 10:28AM | 22 | OR LINKING TABLES IN THE ANALYTICS MAPPING OR LINKING TABLES IS |
| 10:28AM | 23 | A LINK ESSENTIALLY, AGAIN, TO SIMPLIFY FOR PURPOSES OF |
| 10:29AM | 24 | PICTURING IT, A ROW THAT HAS A UID OR CID, AND THEN THE NEXT |
| 10:29AM | 25 | CELL HAS A BISCOTTI, AND THAT'S HOW THOSE TWO ARE LINKED OR |

```
10:29AM   1    MAPPED.
10:29AM   2              THE COURT:  OKAY.
10:29AM   3         AND THEN WHAT IS IN THE ANALYTICS LOGS THAT ARE ALREADY
10:29AM   4    SUBJECT TO PRESERVATION?
10:29AM   5              MS. TREBICKA:  AS FAR AS THIS PIECE OF DATA THAT
10:29AM   6    WE'RE TALKING ABOUT, IT IS THAT SAME LINK, THE UID OR CID TO A
10:29AM   7    BISCOTTI.
10:29AM   8              THE COURT:  OKAY.  AND THE PLAINTIFFS MAKE THE
10:29AM   9    ARGUMENT THAT THE FIELDS IN THE DATA SOURCES THAT ARE ALREADY
10:29AM  10    BEING PRESERVED DON'T HAVE ANY OBVIOUS UID OR CID OR BISCOTTI
10:29AM  11    VALUES.
10:29AM  12         SO IS THIS AN INTERPRETATION ISSUE?  AGAIN, I'M LOOKING
10:30AM  13    FOR A WAY TO PROVIDE ADDITIONAL INFORMATION.
10:30AM  14              MS. TREBICKA:  YES, YOUR HONOR.  PERHAPS IT NEEDS
10:30AM  15    CLARIFICATION.
10:30AM  16    ███████████████████████████████████████████████████████
10:30AM  17    ███████████████████████████████████████████████████████
10:30AM  18    ██████████████████████████████.  AND THIS IS READILY APPARENT FROM
10:30AM  19    CERTAIN DATA THAT WE HAVE PRODUCED IN THIS ACTION, AND I HAVE
10:30AM  20    ATTACHED TO MY DECLARATION EXHIBIT 4 TO MY DECLARATION, AND
10:30AM  21    I'LL JUST CONFIRM THE DOCKET NUMBERS FOR THAT,
10:30AM  22         BUT I BELIEVE IT IS DOCKET 799-3, 799-4.
10:30AM  23              THE COURT:  ALL RIGHT.  SO THAT'S THE ANALYTICS
10:30AM  24    TABLES.
10:30AM  25         WHAT ABOUT THE ███████████ TABLES AND THE DERIVING DATA
```

10:31AM   1   OR THE LINKING/MAPPING INFORMATION CAN BE DERIVED FROM THE

10:31AM   2   INFORMATION ALREADY PROVIDED?

10:31AM   3           MS. TREBICKA:  YES.  YES, YOUR HONOR.  I WILL

10:31AM   4   EXPLAIN THAT, AND I WILL JUST ASK MS. GAO TO CONFIRM FOR ME THE

10:31AM   5   DOCKET NUMBER BECAUSE I BELIEVE I MAY HAVE MISSTATED THE DOCKET

10:31AM   6   NUMBER, THE DOCKET NUMBER OF THE EXHIBITS THAT HAVE THE DATA,

10:31AM   7   THE PRODUCED DATA.  SO SHE CAN DO THAT WHILE I EXPLAIN THE

10:31AM   8   ███████████   ISSUE.

10:31AM   9           THE COURT:  SURE.

10:31AM  10           MS. TREBICKA:  SO, YOUR HONOR, YOU'RE RIGHT, THE

10:31AM  11   ███████████   ISSUE IS SLIGHTLY DIFFERENT IN THAT IF WE HAVE --

10:31AM  12   THE DATA IN ███████████ IS DERIVED FROM OTHER TABLES.  AND

10:31AM  13   WITH YOUR HONOR'S PERMISSION, I WOULD LIKE TO -- JUST ONE

10:31AM  14   SECOND, YOUR HONOR -- POINT YOU TO A DOCUMENT THAT WE HAVE

10:31AM  15   ATTACHED HERE.

10:32AM  16       BUT IT IS DERIVED FROM TABLES THAT WE ARE PRESERVING,

10:32AM  17   MAPPING TABLES THAT WE ARE PRESERVING.

10:32AM  18       ALL RIGHT.  THE WAY IT WORKS, YOUR HONOR, IS THAT IT IS

10:32AM  19   DERIVED FROM CERTAIN TABLES THAT JUST TO KIND OF PLACE IT IN

10:32AM  20   A -- TO DRAW -- TO PAINT A PICTURE FOR YOUR HONOR.  IT IS DRAWN

10:32AM  21   FROM TABLES THAT CONTAIN THE A TO C IDENTIFIER AND THEN ALSO

10:32AM  22   CONTAIN A -- OR MAPPING, ALSO CONTAIN A B TO C MAPPING.  AND

10:32AM  23   THEN WHAT --

10:32AM  24           THE COURT:  YES.  I SAW THAT EXAMPLE IN THE

10:32AM  25   DECLARATION OF -- I CAN'T REMEMBER IF IT WAS MR. SEAH OR

10:33AM  1    MR. POTHANA.

10:33AM  2              MS. TREBICKA:  POTHANA.  I BELIEVE IT WAS MR. SEAH.

10:33AM  3              THE COURT:  UH-HUH.

10:33AM  4              MS. TREBICKA:  SO, YES, YOUR HONOR, IT'S DERIVED

10:33AM  5    FROM.  IT'S NOT EXACTLY DUPLICATED, THE EXACT DATA IN

10:33AM  6    ███████████     IS NOT DUPLICATED IN ANOTHER TABLE, BUT IT IS

10:33AM  7    POSSIBLE TO DERIVE THAT SAME LINK THAT IS AVAILABLE IN

10:33AM  8    █████████     BY LOOKING AT THESE TABLES THAT ARE BEING

10:33AM  9    PRESERVED.

10:33AM  10             THE COURT:  UH-HUH.

10:33AM  11             MS. TREBICKA:  WHAT I WOULD LIKE TO POINT YOUR HONOR

10:33AM  12   TO IS A DOCUMENT THAT WE HAVE PRODUCED IN THIS ACTION AND I

10:33AM  13   HAVE ATTACHED TO MY DECLARATION, AND I KNOW THE CALHOUN DOCKET

10:33AM  14   NUMBER, AND I DON'T HAVE THE BROWN DOCKET NUMBER AVAILABLE

10:33AM  15   RIGHT NOW.  SO IF I MAY?

10:33AM  16             THE COURT:  I HAVE IT ALL HERE.

10:33AM  17             MS. TREBICKA:  OKAY.  I FIGURED YOU DO, YOUR HONOR.

10:33AM  18       THIS IS MY DECLARATION, SEALED DOCKET NUMBER 942-5, PUBLIC

10:34AM  19   943-2.  AND IT IS A DOCUMENT PRODUCED UNDER GOOG-CALH-00374314

10:34AM  20   AND AT BATES LABEL ENDING IN 354 THIS DOCUMENT EXPLAINS -- AND

10:34AM  21   RELATED PAGES.  THIS DOCUMENT --

10:34AM  22             THE COURT:  I'M SORRY.  WHAT IS THE EXHIBIT NUMBER

10:34AM  23   OF THE ATTACHMENT TO YOUR DECLARATION?

10:34AM  24             MS. TREBICKA:  EXHIBIT NUMBER 1.

10:34AM  25             THE COURT:  THIS IS ATTACHMENT NUMBER 1 TO YOUR

10:34AM  1    DECK?

10:34AM  2            MS. TREBICKA:  RIGHT.  I BELIEVE IT'S EXHIBIT

10:34AM  3    NUMBER 1 TO MY DECLARATION.

10:34AM  4            THE COURT:  OKAY.  AND BATES ENDING 354.  OKAY.

10:35AM  5            MS. TREBICKA:  354 IS THE PIN CITE FOR THE DOCUMENT.

10:35AM  6    ██████████████████████████████████████████████████████

10:35AM  7    ████████████████████████████████████████

10:35AM  8        ██████████████████████████████████████████████████

10:35AM  9    ██████████████████████████████████████████████████████

10:35AM 10    ████████████████████████████████████████████████████

10:35AM 11        AND WHAT WE HAVE CONFIRMED IS THAT EACH ONE OF THESE LINKS

10:35AM 12    OR MAPPINGS ARE IN THE TABLES THAT WE HAVE IDENTIFIED FOR

10:35AM 13    PRESERVATION IN THOSE ██ TABLES THAT WE HAVE IDENTIFIED FOR

10:35AM 14    PRESERVATION, ███████████████████████████████████████████

10:36AM 15    ████████████████████████████████████     ████████████████████

10:36AM 16    ████████████████████████

10:36AM 17            THE COURT:  OKAY.  BUT THE TABLES THAT ARE BEING

10:36AM 18    PRESERVED, THE ██ AND THESE ██, NONE OF THAT HAS BEEN PRODUCED

10:36AM 19    TO PLAINTIFFS; IS THAT RIGHT?  IT'S JUST BEING RETAINED BY

10:36AM 20    GOOGLE?

10:36AM 21            MS. TREBICKA:  CORRECT, YOUR HONOR.

10:36AM 22            THE COURT:  OKAY.

10:36AM 23            MS. TREBICKA:  THIS IS PRESERVED DATA, NOT DATA THAT

10:36AM 24    HAS BEEN PRODUCED.

10:36AM 25        I WOULD LIKE TO POINT OUT, YOUR HONOR, THAT FROM THE

| | | |
|---|---|---|
| 10:36AM | 1 | PRESERVED DATA SOURCES, PLAINTIFFS HAVE HAD THE ABILITY TO |
| 10:36AM | 2 | REVIEW SAMPLES FROM THE VAST MAJORITY OF THEM BECAUSE WE HAVE |
| 10:37AM | 3 | PRODUCED NAMED PLAINTIFF'S DATA. |
| 10:37AM | 4 | THE COURT:  OKAY.  WHAT DOES THAT HAVE TO DO WITH |
| 10:37AM | 5 | THE TABLES?  I'M NOT -- |
| 10:37AM | 6 | MS. TREBICKA:  NO, THE TABLES PLAINTIFFS HAVE NOT |
| 10:37AM | 7 | SEEN. |
| 10:37AM | 8 | BUT AS FAR AS THE PRESERVED DATA SOURCES, YOUR HONOR, YES, |
| 10:37AM | 9 | IT'S NOT RELATED TO TABLES IN THE SENSE THAT THEY HAVE NOT SEEN |
| 10:37AM | 10 | THE TABLES.  HOWEVER, THEY HAVE A SENSE FOR THE DATA THAT IS |
| 10:37AM | 11 | BEING PRESERVED PURSUANT TO THIS PRESERVATION PLAN AND THE |
| 10:37AM | 12 | TYPES OF INFORMATION THAT YOU NEED TO BE ABLE TO READ OR DECODE |
| 10:37AM | 13 | THE DATA IS THE POINT. |
| 10:37AM | 14 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:37AM | 15 | MS. TREBICKA:  ALSO, YOUR HONOR, I WOULD LIKE TO |
| 10:37AM | 16 | CLARIFY TWO THINGS. |
| 10:37AM | 17 | FIRST UP, THE ██ TABLES IS THE SUM TOTAL.  SO I DID NOT |
| 10:37AM | 18 | MEAN TO SUGGEST IT WAS THE ██ PLUS THE ██ THAT WE'RE SEEKING |
| 10:37AM | 19 | RELIEF FROM. |
| 10:37AM | 20 | THE COURT:  I UNDERSTAND. |
| 10:37AM | 21 | MS. TREBICKA:  OKAY.  AND I WOULD ALSO LIKE TO POINT |
| 10:37AM | 22 | OUT THAT THE TWO, THE DOCKET NUMBERS OF THOSE TWO PRODUCED |
| 10:38AM | 23 | DOCUMENTS THAT SHOW THAT PLAINTIFFS HAVE THE UID OR CID TO |
| 10:38AM | 24 | BISCOTTI LINKS OR MAP, MAPPINGS.  THOSE ARE DOCUMENT NUMBER |
| 10:38AM | 25 | 805-8 AND DOCKET NUMBER 805-9. |

10:38AM   1          THE COURT:  OKAY.  GOT IT.

10:38AM   2          MR. MCGEE:  YOUR HONOR, IF I MAY, JUST ONE POINT

10:38AM   3     OF -- JUST A CLARIFYING QUESTION TO MS. TREBICKA.

10:38AM   4          THE COURT:  JUST HANG ON TO THAT, MR. MCGEE.

10:38AM   5          MR. MCGEE:  OKAY.

10:38AM   6          THE COURT:  JUST HANG ON.

10:38AM   7     OKAY.  ALL RIGHT.  SO WE HAVE THE PRESERVATION ORDER IN

10:38AM   8     PLACE.  I INCLUDED IN THAT THE TABLES AS I DESCRIBED THAT WERE

10:39AM   9     NEEDED TO WORK WITH THE DATA, NOT ALL MAPPING AND LINKING

10:39AM  10     TABLES, BUT THOSE WITH DATA RELATED TO, AND OBVIOUSLY GOOGLE

10:39AM  11     HAS IDENTIFIED THESE ██ AND MAKES THE ARGUMENT THAT THIS DATA

10:39AM  12     IS AVAILABLE IN OTHER TABLES, AND WE HAVE THIS TREMENDOUS

10:39AM  13     DISPROPORTIONALITY BETWEEN STORAGE AND THESE TABLES, THAT IS,

10:39AM  14     INFORMATION FROM THESE TABLES AND THE REST OF THE PRESERVATION

10:39AM  15     OBLIGATIONS.

10:39AM  16     BUT THIS IS ALL THE -- THE PLAINTIFFS DON'T HAVE ANY

10:39AM  17     INSIGHT INTO THE TABLES OTHER THAN WHAT GOOGLE HAS SHARED HERE

10:39AM  18     THROUGH THIS PROCESS AND THE MOTION.

10:39AM  19     AM I UNDERSTANDING THAT CORRECTLY, MS. TREBICKA?

10:39AM  20          MS. TREBICKA:  OTHER THAN THE INFORMATION THAT

10:39AM  21     GOOGLE HAS SHARED SO FAR, YOU'RE CORRECT.

10:39AM  22          THE COURT:  OKAY.  ALL RIGHT.  THAT'S HELPFUL.

10:40AM  23     THANK YOU.

10:40AM  24     OKAY.  LET ME HEAR FROM THE BROWN SIDE.

10:40AM  25          MR. MCGEE, I HAVE BEEN THROUGH THE PAPERS.  I THINK I

| | | |
|---|---|---|
| :40AM | 1 | UNDERSTAND THE ISSUES OR THE CONCERNS, BUT TELL ME IF THERE IS |
| ...:40AM | 2 | SOMETHING ADDITIONAL EITHER ARISING OUT OF WHAT YOU HAVE HEARD |
| 10:40AM | 3 | TODAY OR BASED ON MY OPENING REMARKS. |
| 10:40AM | 4 | MR. MCGEE:  SURE, YOUR HONOR. |
| 10:40AM | 5 | I THINK THAT REALLY AT THE HEART OF THIS IS THAT AS YOU DO |
| 10:40AM | 6 | POINT OUT, GOOGLE DOES REPRESENT THAT THERE IS A MAGNITUDE OF |
| 10:40AM | 7 | DATA THAT IS STORED IN THESE MAPPING AND LINKING TABLES THAT IS |
| 10:40AM | 8 | NOT BEING PRESERVED ELSEWHERE. |
| 10:40AM | 9 | AND AGAIN, WITH THE PAPERS, IT'S VERY OBVIOUS, AND YOU'VE |
| 10:40AM | 10 | POINTED IT OUT IN THE HEARING HERE TODAY, WE DON'T KNOW WHAT |
| 10:40AM | 11 | THAT IS.  SO WITHOUT HAVING ANY INSIGHT INTO THAT, IT JUST |
| 10:41AM | 12 | BECOMES DIFFICULT, IF NOT IMPOSSIBLE, FOR US TO ASSESS OR |
| 10:41AM | 13 | QUANTIFY WHAT PREJUDICE WOULD RESULT FROM GOOGLE'S DELETION OF |
| 1AM | 14 | THESE MAPPING AND LINKING TABLES AND KNOW THAT IN THE PAPERS WE |
| 10:41AM | 15 | ASKED WHETHER IT WAS EVEN BEING PRESERVED AT THIS POINT BECAUSE |
| 10:41AM | 16 | THE DECLARATIONS ARE MORE PHRASED IN THE HYPOTHETICAL THAN IT |
| 10:41AM | 17 | HAS TAKEN US, IT WILL CONTINUE TO TAKE US, OR ANYTHING LIKE |
| 10:41AM | 18 | THAT. |
| 10:41AM | 19 | SO, YOUR HONOR, AGAIN, I THINK THE DISCUSSION WITH |
| 10:41AM | 20 | MS. TREBICKA WAS HELPFUL TODAY BECAUSE IT DOESN'T SEEM LIKE |
| 10:41AM | 21 | THESE ARE DUPLICATIVE.  IT JUST SEEMS LIKE THEY DRAW FROM THESE |
| 10:41AM | 22 | OTHER SOURCES THAT ARE BEING PRESERVED. |
| 10:41AM | 23 | AGAIN, WE DON'T KNOW WHAT ELSE IS IN THESE ▇ SOURCES, |
| 10:41AM | 24 | THESE ▇ DATA SOURCES, THE MAPPING AND LINKING TABLES, THAT |
| 10:41AM | 25 | GOOGLE WOULD PROPOSE TO DELETE AND NO LONGER BE SUBJECT TO THE |

```
10:41AM   1    COURT'S PRESERVATION ORDER.  I THINK THAT'S REALLY THE TAKEAWAY

10:42AM   2    FROM THE DISCUSSION TODAY BEYOND WHAT WAS DISCUSSED IN THE

10:42AM   3    PAPERS.

10:42AM   4         MR. MAO MAY HAVE SOMETHING TO ADD ON THE TECHNICAL SIDE.

10:42AM   5              THE COURT:  AND WHAT WAS YOUR CLARIFYING QUESTION,

10:42AM   6    MR. MCGEE?

10:42AM   7              MR. MCGEE:  OH, IT WAS SIMPLY TECHNICAL.  SHE

10:42AM   8    MENTIONED THE DOCKET NUMBERS FROM THE SEALING MOTION, AND I WAS

10:42AM   9    JUST GOING TO ASK WHAT EXHIBITS THEY WERE.  I THINK THEY WERE

10:42AM  10    EXHIBITS 4 AND 5 TO HER DECLARATION, BUT I JUST WANTED TO

10:42AM  11    CLARIFY THAT BECAUSE THE SEALING DOCKET NUMBERS ARE DIFFERENT

10:42AM  12    FROM THE ACTUAL DOCKET NUMBERS THAT I HAVE FOR THE MOTION

10:42AM  13    ITSELF, AS OPPOSED TO THE ADMINISTRATIVE MOTION.

42AM     14         THAT WAS ALL, JUDGE.

10:42AM  15              THE COURT:  ALL RIGHT.

10:42AM  16         MS. TREBICKA, ARE THOSE EXHIBITS 4 AND 5?  DOES IT

10:42AM  17    TRANSLATE THAT WAY, IF YOU KNOW?

10:42AM  18              MS. TREBICKA:  YES, YOUR HONOR, IT DOES.

10:42AM  19         WOULD YOU LIKE ME TO RESPOND?

10:42AM  20              THE COURT:  WELL, IN A MOMENT.  I APPRECIATE THE

10:43AM  21    ISSUE THIS PRESENTS.  THE PLAINTIFFS DON'T HAVE INSIGHT AS TO,

10:43AM  22    WELL, IS GOOGLE'S POSITION, THAT IS, IF IT DOESN'T PRESERVE

10:43AM  23    THIS INFORMATION, WE ALREADY HAVE IT, AND IT SEEMS LIKE THEY

10:43AM  24    OUGHT TO BE ABLE TO TEST THAT IN SOME WAY OR AT LEAST HAVE A

10:43AM  25    CLEAR AND DETAILED EXPLANATION OF WHAT DATA IN THE ███ TABLES
```

10:43AM 1  IS DUPLICATIVE OR CAN BE DERIVED FROM THE OTHER TABLES.

10:43AM 2      GOOGLE IS MAKING THE CALL THAT THERE'S A SUBSET OF

10:43AM 3  RELEVANT DATA IN THESE TABLES OR RELATED DATA THAT RELATES TO

10:43AM 4  PRESERVATION, BUT YOU CAN GET IT OVER HERE AT THESE TABLES.

10:44AM 5  BUT IT'S SOME SUBSET.  IT'S NOT ALL OF THE DATA IN THESE

10:44AM 6  TABLES, AND THAT'S THE WAY THAT THE PRESERVATION ORDER IS SET

10:44AM 7  UP.  THAT'S THE WAY THAT THE ORDER WITH REGARD TO THE MAPPING

10:44AM 8  AND LINKING TABLES WAS SET UP.

10:44AM 9      I'M NOT GOING TO, AGAIN, REORDER OR REOPEN DISCOVERY AND

10:44AM 10 HAVE A FULL REVIEW OF EVERYTHING IN THESE TABLES.  I DON'T

10:44AM 11 THINK THAT'S CALLED FOR.

10:44AM 12     BUT IT DOES SEEM THAT TO THE EXTENT THAT THE ARGUMENT BY

10:44AM 13 GOOGLE IS THAT WE SHOULDN'T HAVE TO PRESERVE THESE BECAUSE THIS

44AM 14    DATA IS AVAILABLE FROM THESE OTHER SOURCES THAT ARE BEING

10:44AM 15 PRESERVED, THAT IT MAY BE THAT THAT NEEDS TO BE MORE THOROUGHLY

10:44AM 16 DEMONSTRATED TO THE PLAINTIFFS.

10:44AM 17     MS. TREBICKA:  YOUR HONOR, WE HAVE IDENTIFIED WHERE

10:44AM 18 THE DATA IS AND THE DATA SOURCES THAT ARE BEING PRESERVED WITH

10:45AM 19 THESE EXHIBITS 4 AND 5 THAT PLAINTIFFS APPARENTLY DID NOT HAVE,

10:45AM 20 THE EXHIBITS TO MY DECLARATION.  SO THAT IDENTIFIES THE LINK.

10:45AM 21     THE COURT:  WHY DID YOU THINK THAT THE PLAINTIFFS

10:45AM 22 DIDN'T HAVE THOSE?

10:45AM 23     MS. TREBICKA:  OR DIDN'T HAVE THEM AT THEIR

10:45AM 24 FINGERTIPS OR DIDN'T KNOW.  I'M NOT SURE.  FOR SOME REASON --

10:45AM 25 MAYBE THEY HAD IT.  I DON'T KNOW.  BECAUSE MR. MCGEE ASKED FOR

10:45AM 1    THE NUMBERS AGAIN.  I WAS JUST ASSUMING MAYBE THEY WEREN'T

10:45AM 2    AWARE THAT IT WAS IN THE DATA, SO NOW THAT EXPLANATION IS OUT

10:45AM 3    THERE.

10:45AM 4          AND IF PLAINTIFFS WERE, THEN THAT'S FINE.

10:45AM 5               MR. MCGEE:  NO.  IT WAS JUST FOR THE PURPOSES OF THE

10:45AM 6    RECORD THAT YOU WERE MAKING REPRESENTATIONS THAT INFORMATION

10:45AM 7    WAS SHARED.  BUT, YOUR HONOR --

10:45AM 8               THE COURT:  LET ME FINISH HEARING FROM MS. TREBICKA.

10:45AM 9    GO AHEAD.

10:45AM 10              MS. TREBICKA:  THANK YOU.

10:45AM 11         SO -- BECAUSE THERE'S TWO PIECES TO CONFIRMING THAT THE

10:45AM 12   SAME DATA THAT IS FOUND IN THE TABLES THAT WE'RE SEEKING RELIEF

10:46AM 13   ON IS ALSO FOUND IN THE PRESERVED DATA.  YOU NEED TO LOOK AT

46AM 14      THESE TWO SOURCES.

10:46AM 15         MY POINT IS THAT PLAINTIFFS ALREADY HAVE THE ABILITY TO

10:46AM 16   LOOK AT ONE SOURCE FOR THE ANALYTICS TABLES, THE PRESERVED DATA

10:46AM 17   AS WE HAVE NOW POINTED OUT, AND WE HAVE DETAILED DECLARATIONS

10:46AM 18   STATING WHAT IS FOUND AS FAR AS THE MAPPING OR LINKING IN THESE

10:46AM 19   MAPPING OR LINKING TABLES THAT WE HAVE IDENTIFIED.

10:46AM 20         AND, YOUR HONOR, THIS IS PRESERVATION.  IT IS OUR BURDEN

10:46AM 21   TO IDENTIFY THEM, AND WE HAVE DONE THAT.  WE HAVE BEEN VERY

10:46AM 22   TRANSPARENT IN THE CLASSES THAT WE UNDERWENT TO DO THAT.  AND

10:46AM 23   IT IS LAID OUT IN THESE DECLARATIONS THAT WE TOOK A LOT OF TIME

10:46AM 24   TO PUT TOGETHER PRECISELY TO ANSWER YOUR HONOR'S QUESTION OF,

10:46AM 25   WELL, HOW CAN WE KNOW?

46AM    1          SO WE THINK THAT WE HAVE FULFILLED THAT DEMONSTRATION THAT

10:46AM 2    YOUR HONOR IS LOOKING FOR IN TERMS OF HOW TO BE SURE THAT THE

10:46AM 3    DATA IS FOUND IN BOTH PLACES.

10:47AM 4          THE COURT:  IT SEEMS TO ME THAT THE PLAINTIFFS

10:47AM 5    SHOULD AT LEAST, AND I -- IT DOESN'T LOOK LIKE THERE WAS MEET

10:47AM 6    AND CONFER AROUND THIS ISSUE IN ADVANCE OF THE MOTION AND

10:47AM 7    IT'S -- YOU KNOW, QUERY WHETHER THAT'S REQUIRED.

10:47AM 8          BUT THERE'S -- I SEE YOU, MR. MAO.  I'M COMING BACK TO

10:47AM 9    YOUR SIDE.

10:47AM 10         BUT IT SEEMS THAT THE EITHER -- WELL, THERE WOULD BE A

10:47AM 11   BENEFIT AND PERHAPS A NEED FOR AN EXPLANATION OF THAT MATERIAL

10:47AM 12   TO THE EXTENT THAT IT'S NOT READILY AVAILABLE WITH TECHNICAL

10:48AM 13   PEOPLE ON BOTH SIDES SO THAT -- AND IT MAY WELL BE COUNSEL AND

48AM    14   IT MAY BE AN EXPERT, BUT WHO CAN HEAR AND UNDERSTAND AND SORT

10:48AM 15   OF VERIFY GOOGLE'S PROFFER AS TO, LOOK, HERE'S HOW -- THE A TO

10:48AM 16   C TO B, I APPRECIATE THAT, BUT THAT'S, THAT'S, YOU KNOW, IN

10:48AM 17   SIMPLIFIED, A MORE SIMPLIFIED ILLUSTRATION.  BUT THEN, IN FACT,

10:48AM 18   THIS DATA CAN BE, CAN BE DERIVED, IS IN THE TABLES THAT ARE

10:48AM 19   BEING PRESERVED AND CAN BE FOUND ESSENTIALLY, YOU KNOW,

10:48AM 20   INSTRUCTIONS ON HERE IS HOW.  TO ENSURE THAT THERE'S NOT

10:48AM 21   SOME -- THAT THEY'RE NOT CREATING A SITUATION WHERE DATA IS

10:49AM 22   BEING PRESERVED BUT ULTIMATELY CAN'T BE READ BECAUSE THESE

10:49AM 23   TABLES WERE NOT PRESERVED.

10:49AM 24         I THINK IT'S A WORTHWHILE INQUIRY, BUT IT WILL ALSO BE

10:49AM 25   FAIRLY SIMPLIFIED AND DIRECT INQUIRY OR DEMONSTRATION.  AGAIN,

| | | |
|---|---|---|
| 10:49AM | 1 | WE ARE VERY FOCUSSED ON THIS VERY NARROW SLICE OF THE |
| 10:49AM | 2 | PRESERVATION OBLIGATION. |
| 10:49AM | 3 | NOW, IN TERMS OF IT'S JUST ONE PIECE OF THE WHOLE AND YET |
| 10:49AM | 4 | THIS ONE PIECE HAS, AGAIN, THIS DISPROPORTIONATE IMPACT ON THE |
| 10:49AM | 5 | AMOUNT OF DATA TO BE PRESERVED. |
| 10:49AM | 6 | SO IT'S A NONSTARTER TO SAY THAT WE NEED TO KNOW WHAT ALL |
| 10:49AM | 7 | OF THAT DATA IS.  WE'LL START WITH WHAT IS RELATED TO WHAT IS |
| 10:50AM | 8 | ALREADY BEING PRESERVED AND HOW IS THAT -- YOU KNOW, HOW DOES |
| 10:50AM | 9 | THAT TRANSLATE, IF YOU WILL?  HOW DO YOU GET FROM WHAT IS IN |
| 10:50AM | 10 | THE ANALYTICS AND ▮▮▮▮▮▮▮ TABLES TO WHAT IS IN THE LOGS |
| 10:50AM | 11 | THAT ARE ALREADY BEING PRESERVED? |
| 10:50AM | 12 | SO LET ME HEAR -- MR. MAO, YOU'VE BEEN WAITING PATIENTLY. |
| 10:50AM | 13 | MR. MAO:  NO WORRIES, YOUR HONOR.  REAL QUICK. |
| 10:50AM | 14 | THREE QUICK POINTS, JUST TECHNICAL DETAILS I JUST WANT TO |
| 10:50AM | 15 | CLARIFY REALLY QUICKLY. |
| 10:50AM | 16 | SO, FIRST OF ALL, THE TABLES THEMSELVES HAVE NEVER BEEN |
| 10:50AM | 17 | PRODUCED OR ALLOWED TO BE EXAMINED BY THE PLAINTIFFS.  AND WHAT |
| 10:50AM | 18 | MS. TREBICKA IS REFERRING TO IN TERMS OF HOW WE, QUOTE-UNQUOTE, |
| 10:50AM | 19 | "INDIRECTLY WERE PUT ON NOTICE OF IT," IS THAT THE TABLES HELP |
| 10:50AM | 20 | INFORM SOMEBODY TRYING TO PULL DATA FROM THE LOGS WHICH ROWS OF |
| 10:50AM | 21 | DATA TO PULL FROM.  OKAY? |
| 10:50AM | 22 | SO WHEN SHE'S SAYING THAT WE'RE INDIRECTLY ON NOTICE OF |
| 10:50AM | 23 | IT, WHAT SHE IS REFERRING TO IS, IS THAT WE'VE INDIRECTLY |
| 10:51AM | 24 | REACTED WITH THE TABLES BECAUSE WE'VE ASKED CERTAIN OF OUR |
| 10:51AM | 25 | PLAINTIFF ID'S TO BE PULLED.  THEY HAD TO LOOK AT THE TABLE |

10:51AM 1   WITHOUT LETTING US LOOKING AT THE TABLE, AND THEN THEY GAVE US

10:51AM 2   BACK THE RESULTS.

10:51AM 3       SO WE ACTUALLY DO NOT KNOW WHAT IS IN THE TABLE OTHER THAN

10:51AM 4   WHAT WAS RETURNED TO US, AND THERE MAY BE OTHER COLUMNS AND

10:51AM 5   OTHER INFORMATION, AND THAT MAY BE RELEVANT, BUT THAT'S

10:51AM 6   SOMETHING THAT I NEED TO POINT OUT REALLY QUICKLY.

10:51AM 7       SECOND OF ALL, IN TERMS OF THERE BEING REDUNDANCIES WHERE

10:51AM 8   THE TABLE WAS DUPLICATED, THAT SUGGESTS THE TABLE WAS USED FOR

10:51AM 9   MULTIPLE DIFFERENT SERVICES AND NOT ONLY WERE WE NEVER PROVIDED

10:51AM 10  THE TABLES, WE WERE NEVER TOLD WHAT DIFFERENT SERVICES FALL

10:51AM 11  WITH THESE TABLES.

10:51AM 12          THE COURT:  THAT WAS NEVER WITHIN THE SCOPE OF THE

10:51AM 13  ORDER, MR. MAO?  PRODUCTION OF THE TABLES, PRODUCTION AND

10:51AM 14  EXPLANATION OF EVERYTHING THAT IS, YOU KNOW, YOU CAN MAP FROM

10:51AM 15  THESE TABLES WAS NEVER CONTEMPLATED BY THE PRESERVATION ORDER.

10:51AM 16          MR. MAO:  RIGHT.  ALL I'M SIMPLY CLARIFYING IS THAT

10:51AM 17  WHAT WE ARE BEING -- SORRY, WHAT WE ARE ALLEGEDLY HAVING BEEN

10:52AM 18  GIVEN, WHICH, IN FACT, WE DID NOT, RIGHT?  IT'S JUST WE WERE

10:52AM 19  NEVER GIVEN AN OPPORTUNITY ON THAT.

10:52AM 20      AND THOSE WERE REALLY MY MAIN POINTS.  I THINK THE LAST

10:52AM 21  POINT YOUR HONOR REALLY HIT ON WHICH IS THIS IS NOT THE SAME

10:52AM 22  SET OF DATA ACROSS DIFFERENT SET OF TABLES.

10:52AM 23      THAT'S IT, YOUR HONOR.

10:52AM 24          THE COURT:  OKAY.  ALL RIGHT.

10:52AM 25      AND, MR. MCGEE, DID YOU HAVE ANYTHING FURTHER?

| | | |
|---|---|---|
| 52AM | 1 | MR. MCGEE:  NO, YOUR HONOR.  I THINK HE'S SUMMARIZED |
| 10:52AM | 2 | IT, AND I THINK THAT WE'RE -- WE'LL REST ON WHAT IS IN THE |
| 10:52AM | 3 | PAPERS AND WHAT HAS BEEN DISCUSSED. |
| 10:52AM | 4 | THE COURT:  OKAY.  LIKE MANY ISSUES IN THIS CASE, IT |
| 10:52AM | 5 | IS COMPLEX, BUT NOT WITHOUT A PATH FORWARD, AND THE PARTIES |
| 10:52AM | 6 | NEED TO FIGURE OUT WHAT THAT IS, AND YOU NEED TO DO IT IN SHORT |
| 10:53AM | 7 | ORDER. |
| 10:53AM | 8 | MS. TREBICKA, I -- MY TAKEAWAY FROM THE -- FROM YOUR |
| 10:53AM | 9 | PAPERS WAS THAT THESE TABLES ARE NOT CURRENTLY BEING PRESERVED. |
| 10:53AM | 10 | YOUR CURRENT PRESERVATION IS OF THE ▮ TABLES, BUT YOU'VE |
| 10:53AM | 11 | RAISED THIS ISSUE BECAUSE YOU RECOGNIZE THAT THERE IS |
| 10:53AM | 12 | RELATED -- DATA THAT RELATES TO DATA THAT IS BEING PRESERVED, |
| 10:53AM | 13 | BUT IT IS GOOGLE'S POSITION THESE TABLES ARE NOT NEEDED FOR THE |
| ,3AM | 14 | REASONS PROVIDED IN YOUR PAPERS. |
| 10:53AM | 15 | IS THAT CORRECT? |
| 10:53AM | 16 | MS. TREBICKA:  YES, YOUR HONOR, THAT'S CORRECT. |
| 10:53AM | 17 | THE COURT:  OKAY.  SO THAT NEEDS TO -- SO WE NEED TO |
| 10:53AM | 18 | MOVE ON THIS WITH SOME SPEED. |
| 10:53AM | 19 | MR. MCGEE, YOU HAD A QUESTION ON THAT LAST Q AND A? |
| 10:53AM | 20 | MR. MCGEE:  YES, YOUR HONOR, JUST THE NUMBERS HERE. |
| 10:53AM | 21 | I THOUGHT I UNDERSTOOD THAT IT WAS ▮ WERE IDENTIFIED. |
| 10:53AM | 22 | IT'S ███████████████████████████████ THAT |
| 10:54AM | 23 | WERE AT ISSUE?  THAT'S JUST -- I THINK I'VE HEARD KIND OF |
| 10:54AM | 24 | DISCUSSION BOTH WAYS TODAY, AND I THINK IT WOULD JUST HELP TO |
| 10:54AM | 25 | CLARIFY THAT. |

| | | |
|---|---|---|
| 54AM | 1 | THE COURT:  MS. TREBICKA, I UNDERSTOOD IT'S ███ |
| 10:54AM | 2 | TABLES ARE BEING PRESERVED PLUS THERE ARE THESE ███ THAT ARE AT |
| 10:54AM | 3 | ISSUE. |
| 10:54AM | 4 | MS. TREBICKA:  NO, YOUR HONOR.  IT'S ██████.  SO |
| 10:54AM | 5 | IT'S -- █ IS THE SUM TOTAL. |
| 10:54AM | 6 | THE COURT:  ██████? |
| 10:54AM | 7 | MS. TREBICKA:  ██████ IS THE SUM TOTAL.  I |
| 10:54AM | 8 | APOLOGIZE. |
| 10:54AM | 9 | THE COURT:  IT DOESN'T MATTER.  OKAY. |
| 10:54AM | 10 | BUT THESE ███ ARE NOT CURRENTLY BEING PRESERVED; CORRECT? |
| 10:54AM | 11 | MS. TREBICKA:  THESE ███ ARE NOT CURRENTLY BEING |
| 10:54AM | 12 | PRESERVED DUE TO THE CONCERNS AND JUSTIFICATIONS THAT |
| 10:54AM | 13 | YOUR HONOR NOTED. |
| 10:54AM | 14 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:54AM | 15 | THANK YOU, MR. MCGEE. |
| 10:54AM | 16 | MY POINT IS WHAT TO DO WITH THESE ███ TABLES.  THE |
| 10:55AM | 17 | PRESERVATION BURDEN AS PRESENTED IN THE PAPERS BY GOOGLE DOES |
| 10:55AM | 18 | RAISE THE ISSUE, SATISFACTORILY TO THE COURT'S VIEW, RAISE THE |
| 10:55AM | 19 | ISSUE OF PROPORTIONALITY OF -- THE BALANCE OF PROPORTIONALITY |
| 10:55AM | 20 | IN THE NEED TO PRESERVE THESE. |
| 10:55AM | 21 | THE QUESTION WHETHER TECHNICALLY THEY FALL UNDER MY ORDER |
| 10:55AM | 22 | OR NOT, ARE THEY NEEDED IF THE DATA IS AVAILABLE SOMEPLACE |
| 10:55AM | 23 | ELSE, BUT IT'S THAT DATA AVAILABLE THAT IS STILL A QUESTION. |
| 10:55AM | 24 | BUT IT'S A QUESTION THAT REALLY THE -- I THINK THE PARTIES NEED |
| 10:55AM | 25 | TO MEET AND CONFER AND NEED A MORE CLEAR DEMONSTRATION OF. |

10:55AM  1     AND I DON'T SEE HOW THAT HAPPENS WITHOUT GOOGLE SHOWING

10:56AM  2   AND WORKING WITH THE PLAINTIFFS TO SHOW BOTH SIDES OF THE

10:56AM  3   EQUATION, WHICH IS HERE'S THE DATA IN THE TABLES THAT WE DON'T

10:56AM  4   THINK NEED TO BE PRESERVED FROM THE ███ TABLES, BUT HERE'S HOW

10:56AM  5   AND WHERE YOU FIND IT IN THE MATERIAL THAT IS BEING PRESERVED

10:56AM  6   AND WALK THROUGH THAT AND DEMONSTRATE.

10:56AM  7     NOW, I APPRECIATE PARTIES MAY OR MAY NOT APPRECIATE THE

10:56AM  8   FACT THAT THAT CAN HAPPEN, BUT WE HAVE GOOGLE'S REPRESENTATION

10:56AM  9   THAT THE DATA CAN EITHER BE DERIVED FROM OR IS DUPLICATED IN,

10:56AM  10  AND I THINK THAT THAT NEEDS TO BE MORE CLEARLY DEMONSTRATED AND

10:56AM  11  SOMETHING THAT I WOULD HOPE THE PARTIES CAN DO DIRECTLY, AGAIN,

10:56AM  12  ON SHORT ORDER WITH THE UNDERSTANDING THAT THE PRESERVATION

10:57AM  13  BURDEN FROM THESE TABLES IS SUCH THAT IF IT WERE TO BE THE

10:57AM  14  PLAINTIFF'S POSITION THAT NO, YOU KNOW, THAT LINK, THAT

10:57AM  15  DERIVATION IS NOT -- WE'RE NOT SATISFIED WITH THAT, THERE WILL

10:57AM  16  BE COST SHARING IN THIS.  THERE WILL HAVE TO BE SOME

10:57AM  17  SIGNIFICANT SHIFTING OF COSTS AS TO PRESERVING THE TABLES

10:57AM  18  BECAUSE THIS IS -- IT'S SO MUCH MORE THAN EVEN THE BASIC

10:57AM  19  PRESERVATION OBLIGATIONS UNDER THE PLAN OF WHICH WE ALL TOOK SO

10:57AM  20  MUCH GREAT CARE AND EFFORT TO INSTILL.

10:57AM  21    SO I THINK IT BEHOOVES BOTH SIDES TO FIGURE OUT A WAY TO

10:57AM  22  SIT ACROSS THE TABLE WITH THE RIGHT PEOPLE AT THE TABLE AND

10:57AM  23  ADDRESS THIS ISSUE PARTICULARLY.

10:58AM  24    AGAIN, IF BOTH SIDES WERE TO AGREE THAT YOU NEEDED THE

10:58AM  25  SPECIAL MASTER'S ASSISTANCE, THEN WE CAN TALK ABOUT REFERRING

58AM   1    YOU BACK TO THAT.

10:58AM   2         BUT IT SEEMS TO ME THAT GOOGLE'S PRESENTATION HERE IS

10:58AM   3    THOROUGH AND IT'S DESIGNED IN A WAY TO WALK THROUGH AND ADDRESS

10:58AM   4    THESE QUESTIONS.  BUT THE PLAINTIFFS DON'T HAVE, THEY DON'T

10:58AM   5    HAVE ALL OF THE INFORMATION IN FRONT OF THEM TO VERIFY OR GET

10:58AM   6    COMFORTABLE WITH THESE CONNECTIONS THAT GOOGLE IS TRYING TO --

10:58AM   7    IS ILLUSTRATING.

10:58AM   8         SO REACTIONS TO THAT DIRECTION AND SUGGESTIONS ON TIMING

10:58AM   9    AND NEXT STEPS?

10:58AM  10         MS. TREBICKA.

10:58AM  11              MS. TREBICKA:  YOUR HONOR, WE TAKE YOUR GUIDANCE.

10:58AM  12    THANK YOU FOR THAT.  WE ARE AVAILABLE AND READY TO WORK WITH

10:58AM  13    PLAINTIFFS TO PROVIDE THEM THE SATISFACTION THAT THE

.9AM  14    INFORMATION THAT WE SAY IS BEING PRESERVED AND IN THE OTHER

10:59AM  15    PLACES IS INDEED BEING PRESERVED IN THE OTHER PLACES.

10:59AM  16              THE COURT:  OKAY.  AND THAT REQUIRES SHOWING WHAT IS

10:59AM  17    IN THESE TABLES.  IT REQUIRES BOTH SIDES.  SO THERE HAS TO BE

10:59AM  18    SOME ADDITIONAL INFORMATION PROVIDED BY GOOGLE.

10:59AM  19              MS. TREBICKA:  AS FAR AS THE MAPPING AND LINKING

10:59AM  20    THAT IS IN THESE TABLES, CORRECT, IS OUR UNDERSTANDING AT

10:59AM  21    LEAST.

10:59AM  22              THE COURT:  RIGHT.  YOU'RE SAYING THAT THIS IS THE

10:59AM  23    LINKING IN THE ███ TABLES AT ISSUE, AND HERE'S WHERE YOU FIND

10:59AM  24    IT IN WHAT IS ALREADY BEING PRESERVED.

10:59AM  25              MS. TREBICKA:  WE UNDERSTAND, YOUR HONOR.

| | | |
|---|---|---|
| :59AM | 1 | THE COURT:  BUT PLAINTIFFS NEED TO SEE BOTH SIDES OF |
| 10:59AM | 2 | THAT. |
| 10:59AM | 3 | MR. MCGEE, PLAINTIFFS' PERSPECTIVE? |
| 10:59AM | 4 | MR. MCGEE:  YOUR HONOR, I THINK THAT WHAT YOU'VE |
| 10:59AM | 5 | PROPOSED IS KIND OF AT THE HEART OF WHAT WE PUT IN OUR |
| 10:59AM | 6 | OPPOSITION AS WE DID HAVE THESE QUESTIONS, AND WE WOULD LIKE TO |
| 10:59AM | 7 | MEET AND CONFER. |
| 10:59AM | 8 | SO WE'LL SPEAK WITH OUR CONSULTANTS AND OUR EXPERTS TO SEE |
| 11:00AM | 9 | WHAT THEIR AVAILABILITY IS, BUT WE WILL MOVE WITH THE ALACRITY |
| 11:00AM | 10 | THAT THE COURT IS PROPOSING HERE. |
| 11:00AM | 11 | THE COURT:  OKAY.  I WOULD LIKE TO GET A STATUS |
| 11:00AM | 12 | REPORT AS TO WHAT THE PLAN IS.  YOU TALK TO EACH SIDE AND SET |
| 11:00AM | 13 | SOMETHING UP.  GIVE ME A STATUS WITH A PROPOSED PATH FORWARD IN |
| :00AM | 14 | SEVEN DAYS?  IN A WEEK? |
| 11:00AM | 15 | MR. MCGEE? |
| 11:00AM | 16 | MR. MCGEE:  YOUR HONOR, MY GRIMACE IS THAT WE DO |
| 11:00AM | 17 | HAVE OUR OPPOSITION TO THE ORDER TO SHOW CAUSE THAT IS DUE |
| 11:00AM | 18 | JANUARY 20TH THAT OUR CONSULTANTS AND EXPERTS ARE WORKING WITH. |
| 11:00AM | 19 | THE COURT:  OKAY.  WELL, I WAS GOING TO GIVE YOU |
| 11:00AM | 20 | 21 DAYS, SO I THINK THAT THAT GETS US PAST THAT.  THANK YOU FOR |
| 11:00AM | 21 | REMINDING ME OF THAT.  I -- HOW COULD I FORGET.  MORE TO COME. |
| 11:00AM | 22 | MR. MCGEE:  THANK YOU. |
| 11:01AM | 23 | THE COURT:  LET'S DO THIS, 21 DAYS, BUT I WANT -- I |
| 11:01AM | 24 | MEAN, THAT'S NOT AN OKAY, NOW WE'RE JUST GOING TO GET STARTED. |
| 11:01AM | 25 | IF I AM GIVING YOU 21 DAYS, YOU NEED TO HAVE SPOKEN WITH YOUR |

| | | |
|---|---|---|
| 01AM | 1 | EXPERTS, HAVE A PLAN ON HOW TO PROCEED, HAVE MET AND CONFERRED, |
| 11:01AM | 2 | AND HAVE AN AGREED PLAN AND TIMELINE. |
| 11:01AM | 3 | YOU KNOW, WE'RE GOING TO MEET OVER THE NEXT 30 DAYS OR THE |
| 11:01AM | 4 | NEXT 10 DAYS, OR WHATEVER IT IS.  AND I DO EXPECT BOTH SIDES TO |
| 11:01AM | 5 | BE RESPECTFUL OF THE DEADLINES AROUND THE ADDITIONAL BRIEFING |
| 11:01AM | 6 | THAT WE HAVE FOR OUR NEXT HEARING IN MARCH. |
| 11:01AM | 7 | MS. TREBICKA:  ALL RIGHT, YOUR HONOR, BECAUSE THEN |
| 11:01AM | 8 | OUR REPLY FALLS WITHIN THAT. |
| 11:01AM | 9 | THE COURT:  EXACTLY.  BUT I ALSO SEE A LOT OF |
| 11:01AM | 10 | GOOGLE'S WORK IS DONE, AND THE GOOGLE DECLARATIONS DON'T RELATE |
| 11:01AM | 11 | TO THOSE OTHER ISSUES, BUT I ALSO APPRECIATE THERE ARE ONLY SO |
| 11:01AM | 12 | MANY LAWYERS IN THE -- EVEN IN THIS CASE, THERE ARE ONLY SO |
| 11:02AM | 13 | MANY WHO CAN WORK THROUGH THIS. |
| 2AM | 14 | SO I LEAVE THAT TO THE PARTIES, AND YOU'LL REPORT BACK TO |
| 11:02AM | 15 | ME IN 21 DAYS IN A JOINT STATEMENT, AND I EXPECT THAT TO BE A |
| 11:02AM | 16 | REPORT AS TO HERE IS THE PLAN AND HERE IS WHERE WE ARE GOING. |
| 11:02AM | 17 | AND YOU CAN GET THIS TOGETHER AND WORK THROUGH WITHOUT MY |
| 11:02AM | 18 | MAKING YOU COME TO COURT AND WORK IN THE CONFERENCE ROOM DOWN |
| 11:02AM | 19 | THE HALL.  ALL RIGHT. |
| 11:02AM | 20 | MR. MCGEE:  YES. |
| 11:02AM | 21 | THE COURT:  ANYTHING ELSE ON THIS?  THIS IS GOOGLE'S |
| 11:02AM | 22 | MOTION, MS. TREBICKA. |
| 11:02AM | 23 | MS. TREBICKA:  YES, YOUR HONOR.  NOT ON THE NOTICED |
| 11:02AM | 24 | MOTION THAT WE WERE JUST DISCUSSING, BUT RATHER ON OUR MOTION |
| 11:02AM | 25 | FOR PRESERVATION RELIEF ON THE BASIS OF JUDGE GONZALEZ ROGERS' |

| | | |
|---|---|---|
| :02AM | 1 | DECEMBER 12TH ORDER. |
| 11:02AM | 2 | WE DID PUT A LOT OF EFFORT INTO THAT MOTION BECAUSE WE |
| 11:02AM | 3 | REALLY THOUGHT THAT GIVEN THE CIRCUMSTANCES, THAT JUST THE |
| 11:03AM | 4 | SHIFT IN THE EQUITIES HERE WITH THE RULE 23(B)(3) CLASS BEING |
| 11:03AM | 5 | DENIED, THE MASSIVE PRESERVATION COSTS THAT GOOGLE IS |
| 11:03AM | 6 | UNDERTAKING, THEY'RE NOT ONLY MONETARY, ENGINEERING COSTS, |
| 11:03AM | 7 | HUMAN COSTS, PRIVACY COSTS IN PRESERVING THIS DATA, THEY'RE SO |
| 11:03AM | 8 | MASSIVE AND NOW REALLY THE BASIS FOR THOSE PRESERVATION COSTS |
| 11:03AM | 9 | WE BELIEVE HAS ERODED.  SO I JUST WANTED TO MAKE THAT POINT IN |
| 11:03AM | 10 | FRONT OF YOUR HONOR.  I WOULD BE REMISS IF I DIDN'T DO THAT. |
| 11:03AM | 11 | AND ALSO ASK WHETHER I UNDERSTOOD YOUR HONOR TO BE TABLING |
| 11:03AM | 12 | THAT DISCUSSION OF THE TOTAL PRESERVATION RELIEF ON THE BASIS |
| 11:03AM | 13 | THAT THERE'S A RULE 23(F) APPEAL. |
| 3AM | 14 | WE WOULD LIKE TO RENEW OUR MOTION ONCE WE HAVE CLARITY ON |
| 11:03AM | 15 | THE RULE 23(F) APPEAL, AND I JUST WANT TO MAKE SURE THAT |
| 11:03AM | 16 | YOUR HONOR IS AWARE OF THAT. |
| 11:04AM | 17 | THE COURT:  I APPRECIATE THAT.  THE PRESERVATION |
| 11:04AM | 18 | ISSUE IS TIED IN PART OBVIOUSLY TO THE ISSUE ON APPEAL, BUT I |
| 11:04AM | 19 | WANTED CLARIFICATION BECAUSE I UNDERSTOOD FROM THE SUBMISSIONS |
| 11:04AM | 20 | THAT ALL OTHER PRESERVED DATA, TAKING OUT THE TABLES ISSUE, |
| 11:04AM | 21 | WHICH I'M CONFIDENT THAT THE PARTIES ARE GOING TO BE ABLE TO |
| 11:04AM | 22 | ADDRESS IN A CONSTRUCTIVE WAY, THAT THE DATA LOAD IN ▮▮▮ |
| 11:04AM | 23 | AFTER THREE YEARS IS ▮▮▮ , AND THE COST NUMBER, TAKING |
| 11:04AM | 24 | GOOGLE'S COST ANALYSIS, IS ▮▮▮ OVER A THREE YEAR PERIOD. |
| 11:04AM | 25 | AM I UNDERSTANDING THAT CORRECTLY? |

| | | |
|---|---|---|
| :04AM | 1 | MS. TREBICKA:  YES, YOUR HONOR.  THAT'S ACCORDING TO |
| 11:05AM | 2 | OUR CALCULATIONS AT THIS POINT. |
| 11:05AM | 3 | THE COURT:  I UNDERSTAND.  SO WHILE THAT IS NOT |
| 11:05AM | 4 | INSIGNIFICANT, IT'S NOT AN OVERWHELMING BURDEN THAT IN MY VIEW |
| 11:05AM | 5 | CHANGES THE PROPORTIONALITY ANALYSIS NOTWITHSTANDING THE SHIFT |
| 11:05AM | 6 | IN CLASS STATUS, BUT ULTIMATELY THERE'S NOT YET ENOUGH |
| 11:05AM | 7 | INFORMATION AS TO WHAT IS HAPPENING AND WHAT THE CLASS STATUS |
| 11:05AM | 8 | IS. |
| 11:05AM | 9 | SO I'M GOING TO DENY THE REQUEST, GOOGLE'S REQUEST IN ITS |
| 11:05AM | 10 | BRIEF BEFORE THE COURT AS TO THE IMPACT OF |
| 11:05AM | 11 | JUDGE GONZALEZ ROGERS' ORDER WHEREIN GOOGLE REQUESTED THAT IT |
| 11:05AM | 12 | NOT HAVE TO PRESERVE ANYTHING GOING FORWARD AND THAT IT BE |
| 11:05AM | 13 | PERMITTED TO DELETE DATA PRESERVED THUS FAR OR HAVE PLAINTIFF |
| 5AM | 14 | SHARE IN THE COST OF THE CONTINUED PRESERVATION, I'M GOING TO |
| 11:06AM | 15 | DENY THAT WITHOUT PREJUDICE, AND IT CAN BE RENEWED IF THE |
| 11:06AM | 16 | UNDERLYING FACTS AND CIRCUMSTANCES CHANGE. |
| 11:06AM | 17 | MS. TREBICKA:  UNDERSTOOD, YOUR HONOR. |
| 11:06AM | 18 | AND ALSO TO CLARIFY FOR THE RECORD A BASIS FOR THE BURDEN |
| 11:06AM | 19 | IS NOT JUST THE MONETARY COST, ALTHOUGH ███████ IS NOTHING |
| 11:06AM | 20 | TO -- |
| 11:06AM | 21 | THE COURT:  NO.  I UNDERSTAND.  THERE WAS AN |
| 11:06AM | 22 | ARGUMENT MADE AND IT'S IN THE RECORD OF THE ███████████ |
| 11:06AM | 23 | ██████ THE ENGINEERING IMPACT, THE HUMAN COST, IF YOU WILL, |
| 11:06AM | 24 | AND I APPRECIATE THAT. |
| 11:06AM | 25 | I REFERRED TO THE ███████ IN THE DOLLARS BECAUSE THOSE |

| | | |
|---|---|---|
| 06AM | 1 | ARE IN TABLES AND I CAN -- YOU KNOW, TO THE EXTENT THAT THEY'RE |
| 11:06AM | 2 | QUANTIFIED, THEY'RE THERE. |
| 11:06AM | 3 | OKAY.  SO THAT IS DENIED WITHOUT PREJUDICE. |
| 11:06AM | 4 | WITH REGARDS TO NOTICED MOTION FOR ADJUSTMENTS ON THE |
| 11:06AM | 5 | TABLES, THE PARTIES WILL NEED TO MEET AND CONFER IN ACCORDANCE |
| 11:06AM | 6 | WITH THE GUIDANCE OF THE COURT, AND I WILL GET A STATUS RECORD |
| 11:07AM | 7 | WITH A TIMELINE AS TO COMPLETION IN THE NEAR TERM, BUT I WILL |
| 11:07AM | 8 | GET THAT IN 21 DAYS.  AND I WILL ISSUE A SHORT ORDER |
| 11:07AM | 9 | SUMMARIZING OUR RULINGS HERE TODAY. |
| 11:07AM | 10 | MR. MCGEE:  THANK YOU, YOUR HONOR. |
| 11:07AM | 11 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 11:07AM | 12 | THAT CONCLUDES BROWN.  THANK YOU. |
| 11:07AM | 13 | MS. TREBICKA:  THANK YOU. |
| 7AM | 14 | THE COURT:  ALL RIGHT.  WE'RE GOING TO TAKE A FIVE |
| 11:07AM | 15 | MINUTE BREAK BEFORE STARTING THE CALHOUN HEARING SO I CAN, |
| 11:07AM | 16 | FRANKLY, SHIFT MY FILES AND BINDERS. |
| 11:07AM | 17 | FIVE MINUTES.  THANK YOU. |
| 11:07AM | 18 | (COURT CONCLUDED AT 11:07 A.M.) |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1

2

3                              CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16          IRENE RODRIGUEZ, CSR, RMR, CRR
            CERTIFICATE NUMBER 8074
17

18

19          DATED:  JANUARY 12, 2023

20

21

22

23

24

25