# EXHIBIT 5

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | CASE CV-20-05146 YGR (SVK) SAN JOSE, CALIFORNIA |
| PLAINTIFFS, | JANUARY 10, 2023 |
| V. | **SEALED PAGES 1 - 29** |
| GOOGLE LLC, | |
| DEFENDANT. | |

COPY

TRANSCRIPT OF SEALED ZOOM PROCEEDINGS
BEFORE THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFFS:     DICELLO LEVITT GUTZLER LLC
                        BY:  DAVID A. STRAITE
                        ONE GRAND CENTRAL PLACE
                        60 EAST 42ND STREET, SUITE 2400
                        NEW YORK, NEW YORK 10165

                        SIMMONS HANLY CONROY
                        BY:  AN V. TRUONG
                             JASON "JAY" BARNES
                        112 MADISON AVENUE, 7TH FLOOR
                        NEW YORK, NEW YORK 10016

                        BLEICHMAR FONTI & AULD LLP
                        BY:  ANGELICA ORNELAS
                        555 12TH STREET, SUITE 1600
                        OAKLAND, CALIFORNIA 94607

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.

```
 1        A P P E A R A N C E S: (CONT'D)

 2        FOR THE DEFENDANT:          QUINN EMANUEL URQUHART AND
                                      SULLIVAN, LLP
 3                                    BY:  ANDREW H. SCHAPIRO
                                      191 N. UPPER WACKER DRIVE
 4                                    SUITE 2700
                                      CHICAGO, ILLINOIS 60606
 5
                                      BY:  DONALD SETH FORTENBERY
 6                                         JOSEF T. ANSORGE
                                      51 MADISON AVENUE, 22ND FLOOR
 7                                    NEW YORK, NEW YORK 10010

 8                                    BY:  STEPHEN ANDREW BROOME
                                           VIOLA TREBICKA
 9                                    865 S. FIGUEROA STREET
                                      10TH FLOOR
10                                    LOS ANGELES, CALIFORNIA 90017

11                                    BY:  XI (TRACY) GAO
                                      1300 I STREET NW, SUITE 900
12                                    WASHINGTON, DC 20005

13        ALSO PRESENT:               GOOGLE LLC
                                      BY:  MATTHEW GUBIOTTI
14                                         TONI BAKER

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JANUARY 10, 2023 |
| | 2 | P R O C E E D I N G S |
| 09:57AM | 3 | (COURT CONVENED AT 11:13 A.M.) |
| 11:13AM | 4 | THE COURT:  ALL RIGHT.  MS. FANTHORPE, IF YOU'LL |
| 11:13AM | 5 | CALL THE NEXT MATTER, PLEASE. |
| 11:13AM | 6 | THE CLERK:  YES.  CALLING SEALED HEARING IN CASE |
| 11:14AM | 7 | 20-CV-5146, CALHOUN, ET AL., VERSUS GOOGLE LLC. |
| 11:14AM | 8 | COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD |
| 11:14AM | 9 | BEGINNING WITH THE PLAINTIFF. |
| 11:14AM | 10 | MR. STRAITE:  GOOD MORNING, YOUR HONOR. |
| 11:14AM | 11 | DAVID STRAITE FROM THE DICELLO LEVITT GUTZLER FOR |
| 11:14AM | 12 | PLAINTIFFS.  GOOD MORNING. |
| 11:14AM | 13 | JOINING ME TODAY ARE MY COLLEAGUES AN TRUONG, SIMMONS |
| 14AM | 14 | HANLY CONROY; AND ALSO JAY BARNES, SIMMONS HANLY CONROY; AND |
| 11:14AM | 15 | ANGELICA ORNELAS FROM BLEICHMAR FONTI & AULD. |
| 11:14AM | 16 | THE COURT:  EXCELLENT. |
| 11:14AM | 17 | WHERE IS MS. ORNELAS?  I SAW HER NAME A MOMENT AGO.  THERE |
| 11:14AM | 18 | SHE IS.  EXCELLENT.  THANK YOU. |
| 11:14AM | 19 | WELCOME BACK EVERYBODY. |
| 11:14AM | 20 | AND FOR GOOGLE TODAY? |
| 11:14AM | 21 | MR. SCHAPIRO:  HELLO, YOUR HONOR. |
| 11:14AM | 22 | ANDREW SCHAPIRO FROM QUINN EMANUEL FOR GOOGLE JOINED BY |
| 11:14AM | 23 | VIOLA TREBICKA, JOSEF ANSORGE, TRACY GAO, AND SETH FORTENBERY, |
| 11:14AM | 24 | AND STEPHEN BROOME FROM OUR FIRM. |
| 11:14AM | 25 | AND ALSO FROM GOOGLE, MATTHEW GUBIOTTI AND TONI BAKER. |

11:15AM   1        YOUR HONOR, IF SUDDENLY YOU SEE ME TURN OFF MY SCREEN AND

.5AM      2   REAPPEAR IN A DIFFERENT ROOM, IT IS BECAUSE IT SEEMS LIKE THE

11:15AM   3   WI-FI IS OCCASIONALLY A LITTLE WEAK IN THE CONFERENCE ROOM

11:15AM   4   WHERE I AM AND THAT JUST MEANS I'VE RUN OVER TO ANOTHER

11:15AM   5   CONFERENCE ROOM FOR A SECOND.

11:15AM   6        THE COURT:  YES.  YOU WERE BREAKING UP SLIGHTLY ON

11:15AM   7   THE APPEARANCES, BUT WE KNOW THEM ALL BY HEART, SO THAT'S OKAY.

11:15AM   8        THANK YOU, MR. SCHAPIRO.

11:15AM   9        ALL RIGHT.  THIS HEARING IS UNDER SEAL.  HOWEVER, I WILL

11:15AM  10   ORDER THAT THE TRANSCRIPT CAN BE RELEASED TO THE PARTIES AS

11:15AM  11   SOON AS IT IS AVAILABLE FOLLOWING THESE PROCEEDINGS.

11:15AM  12        WE ARE ON TODAY INITIALLY FOR GOOGLE'S -- WELL, INITIALLY

11:15AM  13   BECAUSE GOOGLE FILED A MOTION FOR RELIEF FROM THE

5AM      14   PRESERVATION ORDER.

11:15AM  15        THEN THERE WAS JUDGE GONZALEZ ROGERS ISSUED A SUMMARY

11:16AM  16   JUDGMENT ORDER TERMINATING THE CASE.  THAT HAS BEEN APPEALED TO

11:16AM  17   THE NINTH CIRCUIT, WHICH RAISES THE FIRST QUESTION BEFORE US

11:16AM  18   TODAY WHICH IS WHETHER THIS COURT HAS JURISDICTION TO HEAR THE

11:16AM  19   MOTION.

11:16AM  20        THE ORIGINAL MOTION ALSO WAS SUPPLEMENTED.  FOLLOWING THE

11:16AM  21   SUMMARY JUDGMENT ORDER I ASKED FOR BRIEFING WITH REGARDS TO THE

11:16AM  22   IMPACT OF THE ORDER ON THE PRESERVATION PLAN, AND IN THAT

11:16AM  23   SUBSEQUENT BRIEFING GOOGLE ASKED FOR FURTHER RELIEF OF A

11:16AM  24   REQUEST THAT IT NOT HAVE TO PRESERVE ANY ADDITIONAL DATA GOING

11:16AM  25   FORWARD AND NOT CONTINUE TO PRESERVE THE DATA COLLECTED SO FAR.

| | | |
|---|---|---|
| 11:16AM | 1 | SO -- OR IF THAT WAS THE CASE, THEN HAVE THE PLAINTIFFS |
| 17AM | 2 | PAY THE COST OF RETAINING THAT DATA, AND THEN THAT, OBVIOUSLY |
| 11:17AM | 3 | THAT REQUEST RAISED THE ISSUES OF -- OR BROUGHT TO A HEAD I |
| 11:17AM | 4 | SHOULD SAY, THE ISSUES OF WHETHER OR NOT THIS COURT HAS |
| 11:17AM | 5 | JURISDICTION TO HEAR ANY OF THE ISSUES RAISED BY GOOGLE. |
| 11:17AM | 6 | SO I THINK THAT'S THE GENERAL LANDSCAPE. |
| 11:17AM | 7 | LET ME GIVE YOU MY VIEWS AT THIS POINT, AND THEN WE WILL |
| 11:17AM | 8 | FIND OUR WAY FORWARD. |
| 11:17AM | 9 | THE QUESTION AS TO WHETHER OR NOT I HAVE JURISDICTION IS A |
| 11:17AM | 10 | QUESTION OF WHETHER THE ISSUES BEFORE ME ARISING OUT OF THE |
| 11:17AM | 11 | PRESERVATION PLAN ARE RELATED TO ISSUES ON APPEAL.  WITH MANY |
| 11:17AM | 12 | ASPECTS OF THIS CASE, IT'S AN INTERESTING QUESTION. |
| 11:17AM | 13 | WITH REGARDS TO GOOGLE'S REQUEST FOLLOWING THE SUMMARY |
| 18AM | 14 | JUDGMENT ORDER THAT IT BE PERMITTED TO CEASE ITS PRESERVATION |
| 11:18AM | 15 | EFFORTS UNDER THE PRESERVATION ORDER AND DELETE THE DATA |
| 11:18AM | 16 | PRESERVED THUS FAR, I THINK THAT THAT MAY PRESENT SUBSTANTIAL |
| 11:18AM | 17 | ISSUES THAT RELATE TO OR MAY RELATE TO THE ISSUES ON APPEAL, |
| 11:18AM | 18 | AND I WILL CONSIDER THOSE QUESTIONS FOR RELIEF ONLY UPON REMAND |
| 11:18AM | 19 | TO ME BY THE NINTH CIRCUIT.  SO GOOGLE WILL HAVE TO ASK THE |
| 11:18AM | 20 | NINTH CIRCUIT EITHER FOR THAT RELIEF OR TO LET ME CONSIDER THAT |
| 11:18AM | 21 | REQUEST. |
| 11:18AM | 22 | THAT BRINGS US, THEN, TO THE ORIGINAL PENDING MOTION THAT |
| 11:18AM | 23 | GOOGLE FILED HERE BEFORE ME WHICH WAS FOR RELIEF UNDER THE |
| 11:19AM | 24 | PRESERVATION PLAN OF TWO KINDS.  ONE WAS RELIEF FROM PRESERVING |
| 11:19AM | 25 | CERTAIN TABLES, ███████ AND ANALYTICS TABLES, █ TABLES |

| | | |
|---|---|---|
| 11:19AM | 1 | THAT WERE ALSO THE SUBJECT OF THE MOTION IN THE BROWN CASE AS |
| .9AM | 2 | WELL AS PERMISSION TO STOP ITS ▮▮▮ FIELD PRESERVATION |
| 11:19AM | 3 | EFFORTS AS ORDERED AS PART OF THE PRESERVATION PLAN. |
| 11:19AM | 4 | AGAIN, I REVIEW THAT REQUEST WITH THE ▮▮▮ FIELD |
| 11:19AM | 5 | PRESERVATION PLAN, OF COURSE, THE PRESERVATION PLAN TO MY WAY |
| 11:19AM | 6 | OF THINKING IS THAT IT'S LIKE A SWISS WATCH.  IT HAD A LOT OF |
| 11:19AM | 7 | TIME AND EFFORT INTO EACH AND EVERY ASPECT.  WE HAD MULTIPLE |
| 11:19AM | 8 | HEARINGS IN THIS CASE, MULTIPLE ROUNDS OF BRIEFING, MULTIPLE |
| 11:19AM | 9 | ROUNDS OF EFFORTS IN FRONT OF THE SPECIAL MASTER IN PUTTING |
| 11:19AM | 10 | THAT PLAN TOGETHER. |
| 11:19AM | 11 | I DO APPRECIATE THAT THERE ARE SOME CHANGES IN THE POSTURE |
| 11:20AM | 12 | OF THE CASE NOW IN LIGHT OF THE ORDER, BUT IT IS NOT CLEAR TO |
| 11:20AM | 13 | ME WITH REGARDS TO THE IMPACT OF THE ▮▮▮ FIELD DATA ON THE |
| 0AM | 14 | ISSUES THAT ARE ON APPEAL. |
| 11:20AM | 15 | AND SO I THINK THAT IT MAY, IT MAY PRESENT SUBSTANTIAL |
| 11:20AM | 16 | ISSUES THAT I WILL CONSIDER ONLY IF REMANDED TO ME BY THE |
| 11:20AM | 17 | NINTH CIRCUIT. |
| 11:20AM | 18 | SO FOR THAT PORTION OF THE RELIEF THAT GOOGLE SEEKS, |
| 11:20AM | 19 | YOU'LL HAVE TO TAKE THAT TO THE NINTH CIRCUIT. |
| 11:20AM | 20 | MR. SCHAPIRO:  MORE PRESUMABLY JUDGE GONZALEZ ROGERS |
| 11:20AM | 21 | FIRST, IF WE'RE OBJECTING TO YOUR RULING HERE TODAY, |
| 11:20AM | 22 | YOUR HONOR? |
| 11:20AM | 23 | THE COURT:  THAT'S AN EXCELLENT QUESTION, |
| 11:20AM | 24 | MR. SCHAPIRO. |
| 11:20AM | 25 | MR. STRAITE:  I'LL GO TAKE A LOOK AT WRIGHT & |

| | | |
|---|---|---|
| 11:20AM | 1 | MILLER. |
| .0AM | 2 | THE COURT:  WELL, I'M NOT SURE THAT WRIGHT & |
| 11:21AM | 3 | MILLER ADDRESSED THAT.  AS PHRASED BY THE PARTIES' BRIEFS, |
| 11:21AM | 4 | THERE'S A PROCESS.  YOU CAN GO TO THE FEDERAL RULES FOR AN |
| 11:21AM | 5 | INDICATIVE RULING BEFORE THE DISTRICT COURT WILL TAKE UP AN |
| 11:21AM | 6 | ISSUE THAT EITHER IT WOULD GRANT OR IT MAY BE SUBSTANTIALLY |
| 11:21AM | 7 | RELATED TO THE ISSUES ON APPEAL, AND I THINK THAT GIVEN THE |
| 11:21AM | 8 | BREADTH AND SCOPE AND THE ROLE OF PRESERVATION OF DATA IN THIS |
| 11:21AM | 9 | CASE AND WHETHER OR NOT -- YOU KNOW, IF DATA IS NOT PRESERVED, |
| 11:21AM | 10 | CAN THAT -- AND THE PLAINTIFFS ARE SUCCESSFUL ON APPEAL, CAN |
| 11:21AM | 11 | THAT BE ADDRESSED AT THAT TIME RAISE ISSUES THAT REQUIRE LEAVE |
| 11:21AM | 12 | FROM THE NINTH CIRCUIT? |
| 11:21AM | 13 | MR. SCHAPIRO:  SO IF I MAY JUST TAKE TWO MINUTES TO |
| 2AM | 14 | MAKE A RECORD AND RAISE ONE POINT THAT I HOPE TO PERSUADE YOU |
| 11:22AM | 15 | ON A PIECE OF THIS, YOUR HONOR. |
| 11:22AM | 16 | THE COURT:  YOU MAY, BUT LET ME FINISH. |
| 11:22AM | 17 | MR. SCHAPIRO:  MY APOLOGIES. |
| 11:22AM | 18 | THE COURT:  THAT'S ALL RIGHT.  THAT'S ALL RIGHT. |
| 11:22AM | 19 | AND BECAUSE I WAS ALMOST DONE, WHICH WAS THEN THAT LEAVES |
| 11:22AM | 20 | US THE ISSUE OF THE TABLES WHICH I DO LOOK TO GOOGLE FOR |
| 11:22AM | 21 | CONFIRMATION THAT THAT IS AN IDENTICAL ISSUE WITH REGARDS TO |
| 11:22AM | 22 | WHAT WAS RAISED IN BROWN.  I APPRECIATE SOME OF THE SPECIFIC |
| 11:22AM | 23 | TRANSLATIONS MAY BE DIFFERENT BUT THAT THE ISSUE IS THE SAME. |
| 11:22AM | 24 | IS THAT RIGHT, MS. TREBICKA? |
| 11:22AM | 25 | MS. TREBICKA:  ALMOST THE SAME.  IT IS THE SAME WITH |

| | | |
|---|---|---|
| 11:22AM | 1 | RESPECT TO THE ██████ PIECE, AND WITH RESPECT TO THE |
| .2AM | 2 | ANALYTICS TABLES THERE -- BY CONTRAST TO BROWN, THERE IS NO |
| 11:22AM | 3 | ANALYTICS DATA THAT IS BEING PRESERVED IN THE ██████ LOGS. |
| 11:23AM | 4 | LET ME JUST GET TO -- I DON'T WANT TO MISSPEAK, YOUR HONOR. |
| 11:23AM | 5 | THE ANALYTICS ISSUE HERE -- GIVE ME JUST ONE SECOND -- IS |
| 11:23AM | 6 | THAT THE ANALYTICS DATA THAT IS BEING PRESERVED IN CALHOUN IS |
| 11:23AM | 7 | ONLY GAIA KEYED AUTHENTICATED DATA. |
| 11:23AM | 8 | AND THE ANALYTICS TABLES THAT WE HAVE IDENTIFIED FOR |
| 11:23AM | 9 | RELIEF ARE BISCOTTI AND DEVICE ID KEY.  THEY DO NOT HAVE GAIA |
| 11:24AM | 10 | IDENTIFIERS. |
| 11:24AM | 11 | THE COURT:  SO THEY DON'T TRANSLATE? |
| 11:24AM | 12 | MS. TREBICKA:  SO THEY ARE NOT USEFUL OR RELEVANT TO |
| 11:24AM | 13 | READING THE DATA, THE ANALYTICS DATA THAT IS BEING PRESERVED IN |
| 4AM | 14 | CALHOUN. |
| 11:24AM | 15 | THE COURT:  OKAY.  WE'LL TAKE THAT UP WHEN WE WORK |
| 11:24AM | 16 | OUR WAY DOWN TO THE TABLES.  THANK YOU FOR IDENTIFYING THE |
| 11:24AM | 17 | ISSUES. |
| 11:24AM | 18 | SO MR. SCHAPIRO. |
| 11:24AM | 19 | MR. SCHAPIRO:  THANK YOU, YOUR HONOR. |
| 11:24AM | 20 | SO FIRST, JUST TO MAKE SURE THAT WE'RE CLEAR ON WHAT OUR |
| 11:24AM | 21 | POSITION IS ABOUT THE JURISDICTIONAL QUESTION. |
| 11:24AM | 22 | THE COURT:  YES.  EXCUSE ME.  I JUST DROPPED MY |
| 11:24AM | 23 | JURISDICTIONAL NOTES, SO HANG ON. |
| 11:24AM | 24 | (PAUSE IN PROCEEDINGS.) |
| 11:24AM | 25 | THE COURT:  OKAY.  MY APOLOGIES. |

| | | |
|---|---|---|
| 11:24AM | 1 | MR. SCHAPIRO:  SO IT'S RARE THAT YOU COME ACROSS A |
| 24AM | 2 | CASE THAT IS ALMOST ON ALL FOURS WHEN YOU HAVE A SITUATION THAT |
| 11:24AM | 3 | IS AS ODD AS OURS IS, BUT WE BELIEVE THAT THE LORD ABBETT CASE |
| 11:24AM | 4 | REALLY DOES FIT THE BILL ON THAT, AND THAT IS A CASE WHERE |
| 11:25AM | 5 | THERE WAS A DISPUTE ABOUT WHETHER TO PRESERVE SOME COMPUTERS |
| 11:25AM | 6 | THAT ONE PARTY SAID WOULD BE RELEVANT IF THE CASE WERE REMANDED |
| 11:25AM | 7 | ON APPEAL, AND THE COURT CONSIDERED THAT.  AND CONTRARY TO WHAT |
| 11:25AM | 8 | THE PLAINTIFFS HAVE SAID IN THEIR PAPERS, IT TOOK JURISDICTION |
| 11:25AM | 9 | AS A THRESHOLD ISSUE FIRST BEFORE MAKING ANY DECISIONS ABOUT |
| 11:25AM | 10 | THE MERITS.  THIS IS IN STAR 2 IN THE WESTLAW VERSION OF THE |
| 11:25AM | 11 | CASE. |
| 11:25AM | 12 | THE COURT THERE SAID, "THE ISSUE BEFORE THIS COURT DOES |
| 11:25AM | 13 | NOT RELATE TO THE MERITS OF THE LAWSUIT.  IT PERTAINS SOLELY TO |
| 5AM | 14 | WHETHER ANY PARTY HAS A DUTY TO CONTINUE TO PRESERVE THE WIND |
| 11:25AM | 15 | RUSH COMPUTERS PENDING A POTENTIAL TRIAL ON REMAND. |
| 11:25AM | 16 | "ACCORDINGLY, THIS COURT RETAINS JURISDICTION OVER THE |
| 11:25AM | 17 | DISPUTE NOTWITHSTANDING LORD ABBETT'S APPEAL." |
| 11:25AM | 18 | THEN THE COURT THEN SAYS, "TURNING NOW TO THE SUBSTANCE OF |
| 11:25AM | 19 | THE DISPUTE DOT, DOT, DOT." |
| 11:25AM | 20 | BUT I THINK REGARDLESS OF WHAT ONE DETERMINES IS TRULY |
| 11:26AM | 21 | COLLATERAL AND ANCILLARY OR NOT, ONE THING IS FOR SURE AND THAT |
| 11:26AM | 22 | IS THAT THIS QUESTION OF WHO SHOULD PAY FOR THE PRESERVATION IS |
| 11:26AM | 23 | AS ANCILLARY AND COLLATERAL AS IT CAN GET.  THE ISSUE OF WHO |
| 11:26AM | 24 | HAS TO PAY FOR THE PRESERVATION IS NOT UP BEFORE THE |
| 11:26AM | 25 | NINTH CIRCUIT.  IT'S NOT GOING TO BE UP BEFORE THE |

11:26AM  1     NINTH CIRCUIT.

:26AM   2         SO I WOULD ASK THAT EVEN IF YOU BELIEVE THAT YOU DO NOT

11:26AM  3     HAVE JURISDICTION TO AUTHORIZE US TO NO LONGER -- TO STOP

11:26AM  4     PRESERVING THIS DATA AFTER HAVING WON THE CASE IN THE DISTRICT

11:26AM  5     COURT, THE BALANCE UNDER RULE 26 HAS SHIFTED SUCH THAT, AND

11:26AM  6     MS. TREBICKA CAN SPEAK ABOUT THE BURDEN MORE, SUCH THAT WE

11:26AM  7     SHOULD AT LEAST NOT HAVE TO PAY FOR IT ANYMORE.

11:26AM  8         AND THE COURT, WE BELIEVE, SURELY HAS JURISDICTION TO

11:26AM  9     DECIDE THAT.  THAT IS AN ANCILLARY COLLATERAL MATTER.  IT FITS

11:26AM  10    SQUARELY UNDER THE EXCEPTION TO THE RULE BY DIVESTING

11:26AM  11    JURISDICTION.

11:26AM  12         THE COURT:  AND I APPRECIATE THAT.  THANK YOU,

11:26AM  13    MR. SCHAPIRO.

27AM     14         AND I'LL HEAR FROM YOU IN A MOMENT, MR. STRAITE.  THE

11:27AM  15    POINTS YOU MAKE ARE POINTS THAT THE COURT HAS GIVEN VERY

11:27AM  16    CAREFUL CONSIDERATION TO WITH REGARDS TO WHETHER IT COULD

11:27AM  17    RETAIN.

11:27AM  18         LET ME START WITH THE LORD ABBETT CASE BECAUSE I OBVIOUSLY

11:27AM  19    LOOKED AT THAT CAREFULLY.  THERE'S NOT A LOT OF GUIDANCE IN

11:27AM  20    THIS AREA IN THE NINTH CIRCUIT OR THE NORTHERN DISTRICT, BUT

11:27AM  21    THAT CASE DOES SPEAK TO PRESERVATION OF EVIDENCE.  WELL, THE

11:27AM  22    MATTER IS UP ON APPEAL.

11:27AM  23         BUT THERE THE UNDERLYING FACTS ARE -- COULD NOT BE MORE

11:27AM  24    DIFFERENT FROM THIS CASE IN THAT THE COMPUTERS WERE SOMEWHAT --

11:27AM  25    YOU KNOW, THEY WERE THIRD PARTIES, THEY WERE REMOVED, THE

| | | |
|---|---|---|
| 11:27AM | 1 | LIKELIHOOD OF THOSE COMPUTERS HAVING RELEVANT EVIDENCE WAS |
| .8AM | 2 | SOMETHING THAT THE COURT LOOKED AT AND JUST DID NOT SEE THIS AS |
| 11:28AM | 3 | A SIGNIFICANT ISSUE OR SUBSTANTIAL ISSUE RELATED IN ANY WAY TO |
| 11:28AM | 4 | THE APPEAL. |
| 11:28AM | 5 | IT WAS TALKING ABOUT OBVIOUSLY SHARING THE COSTS, THE |
| 11:28AM | 6 | WAREHOUSING COSTS, BUT IT WAS A VERY DIFFERENT FACTUAL |
| 11:28AM | 7 | SITUATION WHERE HERE WE HAVE, WE HAVE THIS VERY INTRICATE AND |
| 11:28AM | 8 | COMPREHENSIVE PRESERVATION PLAN THAT WAS DESIGNED REALLY TO |
| 11:28AM | 9 | ADDRESS A NUMBER OF THE ISSUES AND THE EVIDENCE THAT WOULD BE |
| 11:28AM | 10 | REQUIRED SHOULD THE CASE GO FORWARD. |
| 11:28AM | 11 | I ALSO LOOKED AT, AND I APPRECIATE GOOGLE'S CONCERNS AND |
| 11:28AM | 12 | THINKING OF, WELL, OKAY, WE HAVE SUCCEEDED ON SUMMARY JUDGMENT, |
| 11:29AM | 13 | IT TOOK A LONG TIME, BUT WE DID GET A RULING, AND SO THE CASE |
| 9AM | 14 | IS OVER BUT WE'RE NOT RELIEVED OF THIS PRESERVATION OBLIGATION, |
| 11:29AM | 15 | OKAY, BUT THERE SHOULD BE COST SHIFTING. |
| 11:29AM | 16 | AND I GAVE SOME THOUGHT TO THE PROPORTIONALITY.  THERE IS |
| 11:29AM | 17 | AN ARGUMENT THAT THE PROPORTIONALITY ANALYSIS HAS CHANGED, BUT |
| 11:29AM | 18 | THAT ANALYSIS IS TIED TO SUCCESS ON THE SUMMARY JUDGMENT |
| 11:29AM | 19 | MOTION.  THAT'S WHERE I HAVE A CHALLENGE OF CAN I JUST BACK OUT |
| 11:29AM | 20 | THE COST ISSUE WHEN THE REASON, THE RATIONALE FOR SHIFTING COST |
| 11:29AM | 21 | IS -- WELL, THE PROPORTIONS HAVE CHANGED, THE PROPORTIONALITY |
| 11:29AM | 22 | ANALYSIS HAS CHANGED AND IT HAS CHANGED BECAUSE OF THE RULING |
| 11:30AM | 23 | ON SUMMARY JUDGMENT WHICH IS EXACTLY WHAT IS ON APPEAL. |
| 11:30AM | 24 | I WILL PICK IT UP AND I WILL RULE ON IT IF THE |
| 11:30AM | 25 | NINTH CIRCUIT SAYS THAT THAT'S OKAY. |

11:30AM  1      MR. SCHAPIRO:  YES.  SO YOUR HONOR, I WANT TO BE

:30AM   2   CLEAR THAT WE ARE NOT MEANING TO CONFLATE THE QUESTION ABOUT

11:30AM  3   RULE 26 BURDEN WITH THE QUESTION ABOUT JURISDICTION OR WHAT THE

11:30AM  4   NINTH CIRCUIT DOES ON APPEAL.

11:30AM  5      THE FACT IS THAT WE BELIEVE THAT YOU HAVE JURISDICTION TO

11:30AM  6   ASSESS CAUTION, AND I THINK I HEAR YOU SAYING THAT AS WELL.  I

11:30AM  7   MIGHT BE WRONG.  BUT YOU'RE SAYING THAT YOU'RE NOT SURE IF THE

11:30AM  8   BALANCE HAS CHANGED, AND I'D LIKE TO ADDRESS THAT RIGHT NOW.

11:30AM  9      THE COURT:  WELL, I THINK, LET ME JUST -- I BELIEVE

11:30AM 10   THE BALANCE HAS CHANGED, BUT IT HAS CHANGED BECAUSE OF THE

11:30AM 11   RULING THAT IS UP ON APPEAL.

11:30AM 12      MR. SCHAPIRO:  YES, BUT RESPECTFULLY, THAT SHOULDN'T

11:31AM 13   MATTER.  IT HAS CHANGED BECAUSE IF SOMETHING IS ON THE APPEAL,

:31AM  14   BUT THE FACT ON THE GROUND IS THAT THERE IS NOW A MUCH, MUCH,

11:31AM 15   MUCH SMALLER CHANCE THAT THIS EVIDENCE WILL EVER BE RELEVANT OR

11:31AM 16   BE USED.  YES, BECAUSE IT'S ON APPEAL, THAT'S FINE.  BUT

11:31AM 17   BECAUSE OF THE LIKELIHOOD THAT THIS EVIDENCE WILL EVER BE

11:31AM 18   RELEVANT OR USED IN ANY COURTROOM IS MUCH LESS THAN IT WAS ON

11:31AM 19   DECEMBER 11TH, THE DAY BEFORE THE ORDER WAS ISSUED, THE BALANCE

11:31AM 20   UNDER RULE 26 HAS CHANGED AND WE SHOULD NOT HAVE TO PAY.

11:31AM 21      THE COURT:  SO THAT'S AN EXCELLENT POINT, AND THAT'S

11:31AM 22   MY QUESTION IS THAT LIKELIHOOD OF SUCCESS IS NOT A RULE 26

11:31AM 23   FACTOR.

11:31AM 24      I MEAN, I LOOK AT THAT, BUT I KEEP COMING BACK TO THAT

11:31AM 25   IT'S TIED TO BECAUSE OF THE SUMMARY JUDGMENT RULING, BUT I --

11:31AM  1      MR. SCHAPIRO:  WELL, BUT I THINK, YOUR HONOR, UNDER

.31AM  2   RULE 26 ONE OF THE FACTORS IS HOW LIKELY IS IT THAT THIS IS

11:31AM  3   GOING TO BE IMPORTANT EVIDENCE, RIGHT?

11:31AM  4      SO EVEN IF YOU'RE JUST TALKING UNDER RULE 26 ABOUT A

11:31AM  5   REQUEST TO TAKE A DEPOSITION OF SOMEONE OR REVIEW A BUNCH OF

11:32AM  6   DOCUMENTS, AT THE GENERAL LEVEL THE QUESTION IS WHAT IS THE

11:32AM  7   LIKELIHOOD THAT THIS IS GOING TO BE USEFUL AT TRIAL?

11:32AM  8      AND THERE MIGHT BE VARIOUS REASONS WHY DOWN THE ROAD IT

11:32AM  9   WILL OR WON'T BE IMPORTANT AT TRIAL.

11:32AM  10      HERE THE REASON IT'S UNLIKELY TO BE IMPORTANT AT TRIAL IS

11:32AM  11   BECAUSE THEY'RE UNLIKELY TO GET THERE.  THAT STILL WEIGHS AS A

11:32AM  12   FACTOR ON THE SCALE.

11:32AM  13      THE COURT:  OKAY.  I HEAR YOU.  I HEAR YOU.  THANK

)32AM  14   YOU.

11:32AM  15      MR. STRAITE, MR. SCHAPIRO PICKS UP A POINT THAT THE COURT

11:32AM  16   HAS ALSO GIVEN A LOT OF THOUGHT AND CONSIDERATION, I'LL EVEN

11:32AM  17   SAY HAS STRUGGLED WITH, WITH REGARDS TO A PURELY COST SHIFTING

11:32AM  18   ANALYSIS AT THIS STAGE WITHOUT REGARD TO, YOU KNOW, ALL OF THE

11:32AM  19   EVIDENCE STAYS, BUT NOW IN LIGHT OF SIGNIFICANT CHANGE IN

11:33AM  20   CIRCUMSTANCES, PLAINTIFFS OUGHT TO BE SHARING IN THAT BURDEN.

11:33AM  21      MR. STRAITE:  THANK YOU, YOUR HONOR.  WE WOULD AGREE

11:33AM  22   THAT RULE 26 DOES NOT HAVE A MERITS ANALYSIS BAKED INTO THE

11:33AM  23   PROPORTIONALITY TEST.

11:33AM  24      IN THE NINTH CIRCUIT MULTIPLE COURTS HAVE SAID THAT THE

11:33AM  25   ZUBULAKE, Z-U-B, TEST, THE SEVEN PART TEST, WHICH IS THE GOLD

| | | |
|---|---|---|
| 11:33AM | 1 | STANDARD IN THE NINTH CIRCUIT, IT'S A NEW YORK CASE.  IT'S |
| .33AM | 2 | ZUBULAKE VERSUS UBS WARBURG LLC.  THERE ARE SEVEN FACTORS AND |
| 11:33AM | 3 | NONE OF THEM ARE AN ANALYSIS OF CHANCES OF SUCCESS ON THE |
| 11:33AM | 4 | MERITS. |
| 11:33AM | 5 | IN FACT, WE HAVE OTHER FACTORS LIKE THE PARTY'S RELATIVE |
| 11:33AM | 6 | ABILITY TO PAY FOR A PRESERVATION?  THAT'S ONE OF THE FACTORS. |
| 11:33AM | 7 | HOW IMPORTANT THE ISSUES ARE IN LITIGATION?  OBVIOUSLY THAT HAS |
| 11:33AM | 8 | ALREADY BEEN ADDRESSED. |
| 11:33AM | 9 | GOOGLE HAS STEADFASTLY REFUSED TO ADDRESS THE ZUBULAKE |
| 11:33AM | 10 | TEST IN ANY OF ITS BRIEFING WHICH IS UNFORTUNATE, BUT RULE 26 |
| 11:34AM | 11 | NOR ZUBULAKE ADDRESS OR ALLOW US TO HANDICAP THE LIKELIHOOD OF |
| 11:34AM | 12 | SUCCESS ON APPEAL. |
| 11:34AM | 13 | MORE IMPORTANTLY, HOWEVER, THAT TO THE EXTENT THAT COST |
| 34AM | 14 | SHIFTING WERE APPROPRIATE, IT CAN ONLY BE EVALUATED FAIRLY WITH |
| 11:34AM | 15 | REOPENING OF DISCOVERY, WHICH YOUR HONOR HAS SAID AND WE'RE |
| 11:34AM | 16 | GRATEFUL TO HEAR IT, THAT THAT'S NOT IN THE CARDS.  IT WOULD BE |
| 11:34AM | 17 | A SUBSTANTIAL EFFORT TO FIGURE OUT EXACTLY WHAT ARE THE |
| 11:34AM | 18 | APPROPRIATE OUT-OF-POCKET COSTS ASSOCIATED WITH NON-DUPLICATIVE |
| 11:34AM | 19 | DISCOVERY, AND THAT WOULD REQUIRE AN ENORMOUS EFFORT TO EVEN |
| 11:34AM | 20 | UNDERSTAND WHAT WE'RE TALKING ABOUT.  EVEN THE ORDER OF |
| 11:34AM | 21 | MAGNITUDE HAS CHANGED. |
| 11:34AM | 22 | THE COURT:  I'M GOING TO STOP YOU THERE, |
| 11:34AM | 23 | MR. STRAITE, BECAUSE I WILL SAY I DON'T AGREE.  THAT DOESN'T |
| 11:34AM | 24 | MEAN THAT THERE WOULDN'T HAVE TO BE SOME EXCHANGE OF |
| 11:34AM | 25 | INFORMATION OR SOME FURTHER DIGGING OF THE INFORMATION WITH |

11:34AM 1      REGARD TO COSTS.

11:34AM 2               MR. STRAITE:  RIGHT.

11:34AM 3               THE COURT:  BUT WE MAY EVENTUALLY GET THERE IN THIS

11:34AM 4      CASE, AND I'M IMAGINING A SITUATION WHERE THE NINTH CIRCUIT

11:34AM 5      SAYS WHAT ARE YOU TALKING ABOUT?  COST SHIFTING ON PRESERVATION

11:34AM 6      OF DISCOVERY, DISTRICT COURT, GO, DO IT.

11:35AM 7           AND THAT'S STILL NOT GOING TO HAVE A REOPENING, CERTAINLY

11:35AM 8      NOT A WHOLESALE REOPENING OF DISCOVERY.

11:35AM 9               MR. STRAITE:  AND YOUR HONOR -- THANK YOU,

11:35AM 10     YOUR HONOR.

11:35AM 11          TO THE EXTENT THAT WE'RE TALKING ABOUT WHAT ARE THE COSTS

11:35AM 12     ASSOCIATED WITH NON-DUPLICATIVE DISCOVERY, THAT'S CERTAINLY A

11:35AM 13     CONVERSATION WE'RE WILLING TO HAVE NOW IF WE WANT.  THERE'S

11:35AM 14     NOTHING THAT WOULD PROHIBIT THE PARTIES, IF WE AGREE, TO HAVE A

11:35AM 15     MEET AND CONFER REGARDING THE MAPPING TABLES, FOR EXAMPLE.  WE

11:35AM 16     COULD BE APART OF THE CONVERSATIONS WITH THE BROWN TEAM AND OUR

11:35AM 17     EXPERTS.

11:35AM 18          WE HAVE NO INTEREST IN ASKING GOOGLE TO PRESERVE

11:35AM 19     DUPLICATIVE DATA.  THERE'S NO REASON FOR THAT.  AND IF COSTS

11:35AM 20     COULD BE REDUCED, WE'RE MORE THAN WILLING TO BE APART OF THAT

11:35AM 21     CONVERSATION EVEN DURING APPEAL.

11:35AM 22               THE COURT:  ALL RIGHT.

11:35AM 23               MR. SCHAPIRO:  YOUR HONOR, THERE'S ONE OTHER THING

11:35AM 24     THAT HAS CHANGED THAT I THINK THE COURT ALSO CAN TAKE INTO

11:35AM 25     ACCOUNT SEPARATE FROM THE FACT THAT THE ODDS ARE VERY LOW THAT

```
11:35AM    1    THIS EVIDENCE WOULD EVER BE USEFUL.  BY THE WAY, I'M SURE

  36AM     2    MR. STRAITE MISSPOKE, BUT WE DID ADDRESS ZUBULAKE IN OUR REPLY

11:36AM    3    BRIEF.

11:36AM    4         YOUR HONOR, THE OTHER THING THAT HAS CHANGED NOW IS THAT

11:36AM    5    NOW WE'RE LOOKING AT A PERIOD, A SUBSTANTIALLY LONGER PERIOD

11:36AM    6    THAN ANYONE MIGHT HAVE ANTICIPATED FOR THE RETENTION OF THIS

11:36AM    7    DATA WHERE THE METER IS RUNNING ON THE COST OF THAT.  WE

11:36AM    8    BELIEVE THAT THAT IS ALSO SOMETHING NOW THAT DUE TO THESE

11:36AM    9    CHANGED CIRCUMSTANCES THE COURT CAN LOOK AT.

11:36AM   10         THE COURT:  UH-HUH.

11:36AM   11         MR. SCHAPIRO:  IN TERMS OF JUST THE BASIC UNFAIRNESS

11:36AM   12    AND PERHAPS SLIGHT FRUSTRATION, WE FEEL ABOUT THE

11:36AM   13    CIRCUMSTANCES, YOUR HONOR, WE BELIEVE THAT YOUR HONOR WOULD

  6AM     14    HAVE GRANTED AT LEAST IN PART OUR MOTION AS IT WAS ORIGINALLY

11:36AM   15    FILED BECAUSE WE THINK THERE'S A LOT OF MERIT TO IT, BUT

11:36AM   16    BECAUSE OF THE INTERVENING FACTOR THAT WE WON THE CASE BEFORE

11:36AM   17    THERE COULD BE A RULING ON IT, SUDDENLY WE'RE STUCK, AND WE

11:36AM   18    CAN'T GET A RESOLUTION ON THAT MERITORIOUS MOTION.

11:36AM   19         SO YOU CAN UNDERSTAND WHERE WE'RE FEELING LIKE WAIT A

11:36AM   20    MINUTE, WE HAD A GOOD MOTION, WE THINK WE WOULD HAVE WON IT,

11:37AM   21    AND BEFORE YOU GOT -- WE HAD A CHANCE TO HAVE IT FULLY BRIEFED

11:37AM   22    AND ARGUED, WE WIN THE CASE AND NOW WE HAVE TO, YOU KNOW, PAY

11:37AM   23    THESE COSTS FOR TWO YEARS OR SO.  I'M SURE YOU UNDERSTAND.

11:37AM   24         THE COURT:  I DO UNDERSTAND.  AND WHEN I FEEL THAT

11:37AM   25    HOW DO WE FIND OUR WAY FORWARD, I PICK UP THE RULE BOOK AND I
```

| | | |
|---|---|---|
| 11:37AM | 1 | LOOK AT THE RULES.  AND I THINK THAT FOR THE ISSUES I'VE |
| 37AM | 2 | IDENTIFIED AND FOR THE REASONS THAT I'VE IDENTIFIED, I WILL |
| 11:37AM | 3 | PICK UP AND I WILL RULE ON THESE ISSUES, AND I'M EXCLUDING THE |
| 11:37AM | 4 | TABLE ISSUE BECAUSE I THINK THAT IS WELL WITHIN MY |
| 11:37AM | 5 | PURVIEW. |
| 11:37AM | 6 | BUT WITH REGARDS TO CONTINUED PRESERVATION OF SIGNIFICANT, |
| 11:37AM | 7 | SIGNIFICANT PORTIONS OF THE DATA, THAT IS EITHER ALL OF IT |
| 11:37AM | 8 | GOING -- YOU KNOW, STOP COLLECTING IT GOING FORWARD, NOT HAVE |
| 11:37AM | 9 | TO PRESERVE WHAT IS HERE OR WHAT HAS ALREADY BEEN CORRECTED, |
| 11:38AM | 10 | REMOVING A SIGNIFICANT PIECE OF THE UNDERLYING PRESERVATION |
| 11:38AM | 11 | PLAN IN TERMS OF THE █████ FIELD PRESERVATION, THOSE ARE -- |
| 11:38AM | 12 | THOSE PIECES ARE QUITE LARGE AND I WILL TAKE THEM UP.  IF THE |
| 11:38AM | 13 | NINTH CIRCUIT SAYS THAT THAT'S OKAY, IF IT AGREES THAT, YOU |
| 8AM | 14 | KNOW, THEN WE'RE DOWN TO THE LORD ABBETT CASE AND OTHERS AND |
| 11:38AM | 15 | WE'LL GO FROM THERE, BUT I WANT TO HEAR FROM THE NINTH CIRCUIT |
| 11:38AM | 16 | THAT THAT'S OKAY. |
| 11:38AM | 17 | THE COST SHIFTING IS A PIECE I DISCUSSED AT LENGTH AND |
| 11:38AM | 18 | WORKED THROUGH AND EVALUATED AT LENGTH, I'LL SAY, WITH REGARDS |
| 11:39AM | 19 | TO WHETHER I COULD STILL DEAL WITH COSTS, BUT I DON'T SEE IN |
| 11:39AM | 20 | RULE 26 A PATH TO CONSIDER AND WEIGH THE LIKELIHOOD OF SUCCESS. |
| 11:39AM | 21 | AND, FRANKLY, THAT DOESN'T SURPRISE ME BECAUSE LIKELIHOOD OF |
| 11:39AM | 22 | SUCCESS IS SQUARELY -- THAT PUTS US SQUARELY IN THE ISSUES |
| 11:39AM | 23 | BEFORE THE NINTH CIRCUIT. |
| 11:39AM | 24 | SO THOSE ISSUES, AGAIN, I WILL TAKE UP WITH PERMISSION |
| 11:39AM | 25 | FROM THE NINTH CIRCUIT.  AND IF YOU BELIEVE IT IS APPROPRIATE |

| | | |
|---|---|---|
| 11:39AM | 1 | TO ASK JUDGE GONZALEZ ROGERS FIRST, I LEAVE THAT TO YOUR |
| 39AM | 2 | CAREFUL ANALYSIS AS TO WHAT THE NEXT STOP IS. |
| 11:39AM | 3 | AND THAT BRINGS US DOWN TO THE TABLES ISSUE, AND THE |
| 11:39AM | 4 | TABLES THAT GOOGLE IS SEEKING RELIEF FROM NOT HAVING TO |
| 11:40AM | 5 | PRESERVE AND FOR THE SAME REASON -- AND I'M GOING TO COME TO |
| 11:40AM | 6 | THE DIFFERENT POINT THAT MS. TREBICKA IDENTIFIED A MOMENT AGO, |
| 11:40AM | 7 | BUT BECAUSE THAT IS ADDRESSING SQUARELY ARE THESE TABLES NEEDED |
| 11:40AM | 8 | AS ARTICULATED IN MY PRESERVATION ORDER, AND THERE IS |
| 11:40AM | 9 | ADDITIONAL EVIDENCE NOW WITH REGARDS TO NEED THAT HAS BEEN |
| 11:40AM | 10 | DEVELOPED AS PART OF THE IMPLEMENTATION OF THE PRESERVATION |
| 11:40AM | 11 | PLAN, THAT THAT IS PROPERLY BEFORE ME, AND I CAN TAKE THAT UP |
| 11:40AM | 12 | AND RULE ON IT HERE AND NOW WITHOUT INPUT FROM THE |
| 11:40AM | 13 | NINTH CIRCUIT. |
| 0AM | 14 | SO WITH THAT, MS. TREBICKA, LET'S GO BACK TO THE TABLES |
| 11:40AM | 15 | ISSUE AS WE SPENT SOME TIME WORKING THROUGH IT IN BROWN IS NOT |
| 11:41AM | 16 | IDENTICAL TO THE ISSUE HERE, SPECIFICALLY WITH REGARDS TO THE |
| 11:41AM | 17 | ANALYTICS TABLES. |
| 11:41AM | 18 | SO YOU WERE GOING TO TAKE ME THROUGH THAT.  SO PLEASE. |
| 11:41AM | 19 | MS. TREBICKA:  YES, YOUR HONOR. |
| 11:41AM | 20 | ███████████ IS IDENTICAL, THE ███████████ PIECE. |
| 11:41AM | 21 | THE COURT:  UH-HUH. |
| 11:41AM | 22 | MS. TREBICKA:  WHERE IT IS NOT IDENTICAL IS WITH |
| 11:41AM | 23 | RESPECT TO THE ANALYTICS TABLES WHERE THE ONLY DATA SOURCES IN |
| 11:41AM | 24 | THE PRESERVATION ORDER FOR CALHOUN THAT RELATES TO GOOGLE |
| 11:41AM | 25 | ANALYTICS ARE IN GAIA ██████ AND IN ███████ AND BOTH OF |

| 11:41AM | 1 | THOSE SOURCES ARE AUTHENTICATED.  SO GAIA PAID, GAIA ▮▮▮ AND |
| 11:41AM | 2 | THEN ▮▮▮ THE AUTHENTICATED SOURCE, AND BECAUSE THEY DO |
| 11:41AM | 3 | NOT CONTAIN -- THEY ARE NOT KEY TO BISCOTTI, SO UNAUTHENTICATED |
| 11:41AM | 4 | IDENTIFIERS.  THE IDENTIFIERS THAT ARE MAPPED IN THE ANALYTICS |
| 11:41AM | 5 | MAPPING TABLES ARE INAPPLICABLE TO THESE PRESERVED DATA |
| 11:42AM | 6 | SOURCES, AND, THEREFORE, UNNECESSARY TO READ THE DATA OR |
| 11:42AM | 7 | UNDERSTAND THE DATA. |
| 11:42AM | 8 | THE COURT:  SO WHAT IS IT IN THE ANALYTICS TABLES |
| 11:42AM | 9 | THAT MAKE -- THAT CAUSES THEM TO FALL UNDER MY ORDER? |
| 11:42AM | 10 | MS. TREBICKA:  IT IS -- GREAT QUESTION, YOUR HONOR. |
| 11:42AM | 11 | AGAIN, PART OF THE REASON THAT WE HAD A LONG DISCUSSION OF |
| 11:42AM | 12 | HOW WE HAVE IMPLEMENTED YOUR ORDER WAS BECAUSE WE WANTED TO BE |
| 11:42AM | 13 | ABSOLUTELY CLEAR THAT WE WERE DOING WHAT YOU ASKED US TO DO. |
| 11:42AM | 14 | IT IS NOT THAT THESE TABLES ARE NOT NECESSARY TO READ THE |
| 11:42AM | 15 | DATA, BUT WE WERE CONCERNED BY THE ORDER THAT SAID -- OR BY THE |
| 11:42AM | 16 | LANGUAGE INSTRUCTING ALL MEANS ALL, AND IN THE INTEREST OF |
| 11:42AM | 17 | TRANSPARENCY, IN THE INTEREST OF NOT STEPPING WRONGLY BEFORE |
| 11:42AM | 18 | YOUR HONOR, WE WANTED TO IDENTIFY THEM, AND ALSO BECAUSE THEY |
| 11:42AM | 19 | HAVE BEEN IDENTIFIED IN BROWN, AND BRING THIS TO YOUR HONOR'S |
| 11:43AM | 20 | ATTENTION. |
| 11:43AM | 21 | BUT CLEARLY THEY ARE NOT NECESSARY TO READ THE DATA IN |
| 11:43AM | 22 | CALHOUN. |
| 11:43AM | 23 | THE COURT:  WELL, I MADE IT CLEAR IN MY ORDER THAT |
| 11:43AM | 24 | IF THE DATA IN THE TABLE WAS UNRELATED TO THE DATA IDENTIFIED |
| 11:43AM | 25 | AND PRODUCED IN THE ACTION, THEN THAT TABLE DID NOT NEED TO BE |

SEALED PROCEEDINGS                                                    20

11:43AM   1    PRODUCED OR PRESERVED, EXCUSE ME.  BUT THAT DOESN'T, THAT

:43AM     2    DOESN'T SOUND LIKE THIS IS A SITUATION WHERE THE ANALYTICS

11:43AM   3    TABLES ARE COMPLETELY UNRELATED TO THE DATA THAT HAS BEEN

11:43AM   4    IDENTIFIED OR PRODUCED.

11:43AM   5            MS. TREBICKA:  THEY ARE ANALYTICS TABLES, SO IN THAT

11:43AM   6    RESPECT, YES, THEY ALL DEAL WITH GOOGLE ANALYTICS DATA, BUT

11:43AM   7    THEY ARE NOT RELATED TO THE DATA THAT IS BEING PRESERVED IN THE

11:44AM   8    SENSE OF BEING NECESSARY TO READ OR INTERPRET OR LINK THE DATA

11:44AM   9    THAT IS BEING PRESERVED.

11:44AM   10           SO FROM OUR PERSPECTIVE THEY'RE UNNECESSARY.  THEY DO NOT

11:44AM   11   FALL WITHIN YOUR ORDER.  THEY'RE UNNECESSARY.

11:44AM   12           BUT AS I SAID A MOMENT AGO, YOUR HONOR, WE DID NOT WANT TO

11:44AM   13   MISSTEP.  WE IDENTIFIED IT.  WE WANTED YOUR HONOR TO BE AWARE

4AM       14   OF IT, SO ONCE IT APPEARS IN BROWN OR IS MADE AWARE IN BROWN,

11:44AM   15   WE ARE NOT, AS GOOGLE AND COUNSEL TO GOOGLE SECOND GUESS ABOUT

11:44AM   16   SOME DECISIONS THAT WE HAVE MADE TO DATE, ESPECIALLY SINCE

11:44AM   17   THESE CASES HAVE BEEN PROCEEDING IN PARALLEL.

11:44AM   18           BUT, AGAIN, WE DON'T THINK THAT THESE MAPPING TABLES APPLY

11:44AM   19   TO THE DATA THAT IS BEING PRESERVED IN CALHOUN, THE GOOGLE

11:44AM   20   ANALYTICS DATA THAT IS BEING PRESERVED IN CALHOUN.

11:44AM   21           THE COURT:  OKAY.

11:44AM   22       MR. STRAITE.

11:44AM   23           MR. STRAITE:  THANK YOU, YOUR HONOR.

11:44AM   24       TWO QUICK THINGS.  WE DON'T KNOW WHAT IS IN SOME OF THESE

11:44AM   25   MAPPING TABLES, SO WHEN GOOGLE COUNSEL SAYS THAT THE MAPPING

| | | |
|---|---|---|
| 11:45AM | 1 | TABLES DON'T RELATE TO ████ OR OTHER DATA SOURCES BEING |
| 45AM | 2 | PRESERVED, WE HAVE NO WAY TO EVALUATE THAT.  WE HAVEN'T SEEN |
| 11:45AM | 3 | THEM.  WE DON'T KNOW WHAT IS BEING PRESERVED. |
| 11:45AM | 4 | SO WE HAVE NO INTEREST.  CERTAINLY WE HAVE NO DESIRE FOR |
| 11:45AM | 5 | GOOGLE TO PRESERVE TABLES OR DATA THAT IS LITERALLY UNRELATED |
| 11:45AM | 6 | TO THIS ACTION AND ARE UNNECESSARY AND ARE DUPLICATIVE. |
| 11:45AM | 7 | SO WE WOULD ONLY ASK FOR TRANSPARENCY AND AN OPPORTUNITY |
| 11:45AM | 8 | TO HAVE A CONVERSATION WITH GOOGLE AND OUR EXPERTS TO DETERMINE |
| 11:45AM | 9 | WHAT IS IN THESE TABLES AND WHAT ARE THEY MAPPING TO. |
| 11:45AM | 10 | SO MAPPING TABLES MAP GAIA TO WHAT?  WE DON'T KNOW WHAT IS |
| 11:45AM | 11 | IN THE MAPPING TABLES.  WE'RE OBVIOUSLY A BIT IN THE DARK.  WE |
| 11:45AM | 12 | WOULD JUST ASK FOR AN OPPORTUNITY TO MEET WITH GOOGLE TO |
| 11:45AM | 13 | DETERMINE WHAT IS IN THE TABLES THAT THEY'RE PROPOSING THAT |
| 5AM | 14 | THEY BE RELIEVED FROM THE OBLIGATION TO PRESERVE.  IF THEY'RE |
| 11:45AM | 15 | DUPLICATIVE OR TRULY NOT RELATED TO THE CASE, OF COURSE WE HAVE |
| 11:45AM | 16 | NO OBJECTION.  WE HAVE NO BASIS TO SAY ONE WAY OR THE OTHER |
| 11:46AM | 17 | UNTIL WE MEET AND CONFER WITH THEM. |
| 11:46AM | 18 | THE COURT:  OKAY.  WELL, HERE'S A CONCERN I HAVE, IN |
| 11:46AM | 19 | LIGHT OF THE INFORMATION THAT MS. TREBICKA HAS LAID OUT MORE |
| 11:46AM | 20 | CLEARLY FOR ME HERE ON THE RECORD, WHICH IS THAT TO HAVE A |
| 11:46AM | 21 | CONVERSATION, AND WE'RE JUST TALKING ABOUT THE ANALYTICS TABLES |
| 11:46AM | 22 | NOW BECAUSE I THINK ON THE ████ PIECE IT CAN MIRROR |
| 11:46AM | 23 | THE PROCESS THAT WE DISCUSSED IN BROWN.  BUT WITH REGARDS TO |
| 11:46AM | 24 | THE ANALYTICS PIECE, DID I HEAR GOOGLE SAYING THAT THERE'S |
| 11:46AM | 25 | NOTHING IN THESE TABLES THAT REFLECTS WHAT LINK OR COULD BE |

SEALED PROCEEDINGS                                            22

11:46AM   1    DERIVED FROM THE TABLES THAT ARE BEING FROM THE PRESERVED DATA.

.6AM      2    THEY DON'T SHED ANY INFORMATION.  SO TO HAVE THAT DISCUSSION --

11:46AM   3    WHAT I'M TRYING TO AVOID, MR. STRAITE, IS I'VE ALREADY SAID

11:47AM   4    THAT GOOGLE DOESN'T HAVE TO, YOU KNOW, THEY DON'T HAVE TO MAKE

11:47AM   5    THE ENTIRE TABLES.  I MEAN, ALL OF THIS INFORMATION AVAILABLE.

11:47AM   6    THIS IS NOT AN OPEN IT ALL UP AND HAVE THE PLAINTIFFS LOOK

11:47AM   7    AROUND AND SEE IF THERE'S ANYTHING THAT RELATES.  THAT'S NOT

11:47AM   8    THE PROCESS.

11:47AM   9         AND IN BROWN WE WERE ABLE TO START WITH, WELL, HERE ARE

11:47AM   10   THE PIECES THAT GOOGLE SAYS RELATE.  DO THEY RELATE IN THE WAY

11:47AM   11   THAT GOOGLE SAID THEY DO?  IT'S A LITTLE BIT HARDER.  I'M NOT

11:47AM   12   QUITE SURE, BUT I'M WILLING TO LEAVE IT TO THE PARTIES TO

11:47AM   13   FIGURE OUT A WAY TO HAVE THAT DISCUSSION, BUT SIMPLY OPEN UP

7AM       14   AND SHOW US EVERYTHING IN THE TABLES IS CERTAINLY NOT WHERE

11:47AM   15   WE'RE GOING TO START.

11:47AM   16             MR. STRAITE:  AND WE CAN ABSOLUTELY AGREE TO THAT.

11:47AM   17   WE DON'T HAVE TO HAVE ALL OF THE TABLES COMPLETELY OPEN, BUT IF

11:47AM   18   WE HAVE SUFFICIENT INFORMATION TO UNDERSTAND WHAT IS GAIA ID

11:47AM   19   MAP TO?  WE HEARD THAT ANALYTICS TABLES DON'T REVEAL ANY NEW

11:48AM   20   INFORMATION THAT IS NOT ALREADY IN SAY, FOR EXAMPLE, BUT WHAT

11:48AM   21   ABOUT ████?  THERE ARE A LOT OF QUESTIONS THAT WOULDN'T

11:48AM   22   REQUIRE THAT WE HAVE COMPLETE ACCESS TO EVERYTHING, BUT WE DO

11:48AM   23   NEED ADDITIONAL INFORMATION TO UNDERSTAND WHAT ARE THE DETAILS

11:48AM   24   OF GOOGLE'S ARGUMENT?  WE'RE WILLING TO HAVE THOSE

11:48AM   25   CONVERSATIONS.

| | | |
|---|---|---|
| 11:50AM | 1 | MR. STRAITE:  YES, YOUR HONOR, THAT SCHEDULE WORKS |
| .0AM | 2 | FINE.  IT'S OUR EXPECTATION THAT THE MEET AND CONFERS WOULD BE |
| 11:50AM | 3 | JOINTLY WITH GOOGLE AND BROWN COUNSEL SO THAT WE'RE NOT HAVING, |
| 11:50AM | 4 | YOU KNOW, TELEPHONE CONVERSATIONS.  YES, THAT SCHEDULE MAKES |
| 11:50AM | 5 | SENSE FOR US. |
| 11:50AM | 6 | THE COURT:  OKAY.  AND THIS HAS TO MOVE FORWARD |
| 11:50AM | 7 | EXPEDITIOUSLY TO GET THIS ISSUE ADDRESSED. |
| 11:50AM | 8 | BEFORE WE WRAP UP, I HAD A QUESTION.  I WANTED TO |
| 11:50AM | 9 | UNDERSTAND, JUST BRIEFLY, MS. TREBICKA, THE DATA RETENTION |
| 11:51AM | 10 | INFORMATION AND APPROXIMATE COST INFORMATION THAT GOOGLE |
| 11:51AM | 11 | PROVIDED, AND I'M -- I AGREE, WE'LL PROCEED AS WITH BROWN, BUT |
| 11:51AM | 12 | I WANTED TO BE SURE THAT I WAS UNDERSTANDING THE INFORMATION |
| 11:51AM | 13 | THAT GOOGLE HAD PROVIDED TO THE COURT SO FAR IN ITS |
| 1AM | 14 | SUPPLEMENTAL BRIEFING WHERE IT HAD -- I'M LOOKING AT DOCUMENT |
| 11:51AM | 15 | NUMBER 929-3 WHERE IT HAD THE FIELD PRESERVATION NUMBERS AND |
| 11:51AM | 16 | THEN THE NUMBER FOR ALL OTHER PRESERVATION TASKS EXCLUDING |
| 11:51AM | 17 | RELIEF SOUGHT. |
| 11:51AM | 18 | MS. TREBICKA:  YES, YOUR HONOR. |
| 11:51AM | 19 | THE COURT:  DO YOU SEE WHERE I AM? |
| 11:51AM | 20 | MS. TREBICKA:  I SEE IT.  I ACTUALLY HAVE A HANDY |
| 11:51AM | 21 | TABLE THAT WE CAN SHARE SCREEN.  WOULD THAT BE OKAY? |
| 11:52AM | 22 | SETH, DO YOU MIND? |
| 11:52AM | 23 | IS IT OKAY TO SHARE, YOUR HONOR? |
| 11:52AM | 24 | THE COURT:  WELL, LET ME ASK YOU A QUESTION FIRST |
| 11:52AM | 25 | BECAUSE THAT'S WHAT I'M LOOKING AT IS DOCKET 929. |

11:52AM  1        MS. TREBICKA:  DOCUMENT 929.

⌐2AM     2        THE COURT:  TAB 2.

11:52AM  3        MS. TREBICKA:  TAB 2, YES.

11:52AM  4        THE COURT:  AND LOOKING FIRST AT THE DATA THAT IS

11:52AM  5  PRESERVED.  SO GOOGLE BROKE OUT THE ████ FIELD BASE

11:52AM  6  PRESERVATION.

11:52AM  7        MS. TREBICKA:  YES.

11:52AM  8        THE COURT:  THAT'S PART OF ITS REQUEST FOR RELIEF.

11:52AM  9     AND THEN ALL OTHER PRESERVATION TASKS, EXCLUDING RELIEF

11:52AM 10  SOUGHT, WHICH I ASSUME EXCLUDES THE MAPPING AND LINKING TABLES.

11:52AM 11        MS. TREBICKA:  YES, IT DOES.

11:52AM 12        THE COURT:  OKAY.

11:52AM 13        MS. TREBICKA:  I WAS JUST GOING TO CONFIRM.  I DON'T

⌐2AM    14  HAVE 929 RIGHT IN FRONT OF ME.  MAYBE SETH CAN GET IT TO ME.

11:52AM 15     WHAT WE HAVE IS IN CALHOUN IS ALL OTHER PRESERVATION TASKS

11:52AM 16  EXCLUDING RELIEF SOUGHT IN THE FIRST YEAR IS A LITTLE OVER

11:53AM 17  ████.

11:53AM 18        THE COURT:  UH-HUH.

11:53AM 19        MS. TREBICKA:  AND THEN IT GROWS EXPONENTIALLY TO

11:53AM 20  ████ AFTER TWO YEARS AND TO JUST OVER ████ AFTER

11:53AM 21  THREE YEARS.

11:53AM 22        THE COURT:  RIGHT.  BUT THAT'S ALL PRESERVATION

11:53AM 23  TASKS EXCLUDING ████ FIELD AND THE MAPPING TABLES.

11:53AM 24        MS. TREBICKA:  CORRECT, YOUR HONOR.

11:53AM 25        THE COURT:  OKAY.

| | | |
|---|---|---|
| 11:53AM | 1 | AND THERE WASN'T A BREAKOUT OF THE MAPPING TABLE COSTS. |
| 53AM | 2 | WOULD THAT TRACK -- THAT TABLE IS IN THE BROWN BRIEFS. |
| 11:53AM | 3 | DOES THAT TRACK -- THAT WAS THE APPROXIMATELY -- I CAN'T |
| 11:53AM | 4 | REMEMBER THE PETABYTES, BUT I KNOW IT WAS THE ███████ OVER |
| 11:53AM | 5 | THREE YEARS. |
| 11:53AM | 6 | MS. TREBICKA:  YES, YOUR HONOR, AND IT IS 897-3F10 |
| 11:53AM | 7 | AND IT APPLIES TO BOTH BROWN AND CALHOUN.  WE ALSO HAVE IT |
| 11:53AM | 8 | BROKEN OUT BY ███████ AND ANALYTICS, BUT IT IS |
| 11:54AM | 9 | ███████ IN THE FIRST YEAR, ███████ AFTER TWO YEARS, AND |
| 11:54AM | 10 | ███████ AFTER THREE YEARS. |
| 11:54AM | 11 | THE COURT:  RIGHT.  OKAY.  I JUST WANTED TO BE SURE |
| 11:54AM | 12 | THAT WE WERE TALKING ABOUT THE SAME NUMBERS THAT THEY WERE -- |
| 11:54AM | 13 | NOT ALL OF THE PIECES WERE IN BOTH SETS OF TABLES |
| 4AM | 14 | UNDERSTANDABLY. |
| 11:54AM | 15 | MS. TREBICKA:  YES, YOUR HONOR. |
| 11:54AM | 16 | AND AS FAR AS ███ PRESERVATION OR OUR RELIEF FROM THE |
| 11:54AM | 17 | ███ FIELD-BASED PRESERVATION, MS. GAO WAS READY AND PREPARED |
| 11:54AM | 18 | TO ADDRESS THAT.  I DON'T KNOW IF YOUR HONOR HAS ANY QUESTIONS |
| 11:54AM | 19 | FOR US ON THAT POINT BEFORE WE CONCLUDE TODAY.  I UNDERSTAND |
| 11:54AM | 20 | YOUR RULING ON JURISDICTION, BUT AT ANY RATE I WANTED TO MAKE |
| 11:54AM | 21 | SURE THAT IF THERE ARE ANY LINGERING QUESTIONS, MS. GAO IS HERE |
| 11:54AM | 22 | TO ADDRESS THEM. |
| 11:54AM | 23 | THE COURT:  THANK YOU. |
| 11:54AM | 24 | MR. STRAITE, BEFORE I RESPOND TO THAT. |
| 11:54AM | 25 | MR. STRAITE:  THANK YOU, YOUR HONOR. |

11:54AM   1          MS. TREBICKA REFERENCED IN THE BROWN DOCKET,

.5AM      2     DOCUMENT 897-3.  THOSE WERE DOCUMENTS WHERE THESE DOLLAR

11:55AM   3     FIGURES APPEAR, THEY WERE FILED UNDER SEAL, AND WE NEVER GOT

11:55AM   4     COPIES OF THEM.  I'M ASKING FOR A COURTESY COPY OF THE SEALED

11:55AM   5     VERSION OF THE DOCUMENTS REFERENCED TODAY.

11:55AM   6               THE COURT:  I WOULD ASSUME THAT THAT IS ALL RIGHT.

11:55AM   7               MS. TREBICKA:  ABSOLUTELY.

11:55AM   8               THE COURT:  BUT THAT IS GOOGLE INFORMATION.  SO TO

11:55AM   9     THE EXTENT THAT THERE IS INFORMATION AND THAT IT'S NOT EXACTLY

11:55AM   10    DUPLICATED AS BETWEEN THE BROWN AND CALHOUN CASES, AND I'M

11:55AM   11    THINKING OF THE SUPPORTING TECHNICAL DECLARATIONS AS WELL

11:55AM   12    PROVIDE THOSE TO THE PLAINTIFFS IN CALHOUN.

11:55AM   13               MS. TREBICKA:  WE WILL DO THAT, YOUR HONOR.

.5AM      14         THE TECHNICAL DECLARATION, SO THE UNDERLYING EVIDENCE IS

11:55AM   15    THE SAME IN BOTH CASES, BUT WE MAY HAVE PRESENTED IT SLIGHTLY

11:55AM   16    DIFFERENT IN THE MOTION, AND, THEREFORE, THESE NUMBERS, THE

11:56AM   17    AGGREGATED NUMBERS MAY HAVE BEEN SLIGHTLY DIFFERENT.

11:56AM   18         BUT, MR. STRAITE, WE WILL ABSOLUTELY GET THAT OVER TO YOU.

11:56AM   19               THE COURT:  I JUST WANT TO BE SURE EVERYBODY, WHEN

11:56AM   20    YOU'RE GOING TO MEET AND CONFER AND THESE EFFORTS ARE GOING

11:56AM   21    FORWARD JOINTLY IN THE CALHOUN AND BROWN CASE, THAT EVERYBODY

11:56AM   22    HAS SEEN THE SAME INFORMATION.

11:56AM   23         I APPRECIATE AT LEAST AS TO THE ANALYTICS TABLE THE

11:56AM   24    SITUATION IS A LITTLE BIT DIFFERENT, BUT LET'S GET EVERYTHING

11:56AM   25    OUT ON THE TABLE.

| | | |
|---|---|---|
| 11:56AM | 1 | I APPRECIATE MS. GAO'S PREPARATION FOR THE ████ |
| :56AM | 2 | FIELD-BASED PRESERVATION, AND I LOOK FORWARD TO HEARING THAT AS |
| 11:56AM | 3 | SOON AS THE NINTH CIRCUIT TELLS ME THAT I CAN, IF AND WHEN. |
| 11:56AM | 4 | OKAY.  ANY OTHER -- ANYTHING ELSE ON THIS FOR TODAY?  I |
| 11:56AM | 5 | WILL WRITE UP AN ORDER SUMMARIZING THE RULINGS WITH REGARDS TO |
| 11:57AM | 6 | THE ISSUES THAT I BELIEVE NEED TO BE DETERMINED BY THE |
| 11:57AM | 7 | NINTH CIRCUIT, REMANDED TO ME BY THE NINTH CIRCUIT.  SO YOU'LL |
| 11:57AM | 8 | HAVE THAT ORDER. |
| 11:57AM | 9 | ANYTHING FURTHER, MS. TREBICKA? |
| 11:57AM | 10 | MS. TREBICKA:  NOT FROM OUR SIDE, YOUR HONOR. |
| 11:57AM | 11 | THE COURT:  MR. STRAITE? |
| 11:57AM | 12 | MR. STRAITE:  NO, YOUR HONOR.  THANK YOU FOR YOUR |
| 11:57AM | 13 | TIME ON THIS. |
| 57AM | 14 | THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH. |
| 11:57AM | 15 | I APPRECIATE, AS ALWAYS, COUNSEL'S CAREFUL PREPARATION OF |
| 11:57AM | 16 | THE BRIEFS.  AND I'LL GET THOSE ORDERS OUT, AND I WILL SEE YOU |
| 11:57AM | 17 | NEXT TIME.  AND I LOOK FORWARD TO THOSE STATUS REPORTS IN |
| 11:57AM | 18 | 21 DAYS.  THANK YOU. |
| 11:57AM | 19 | MS. TREBICKA:  THANK YOU, YOUR HONOR. |
| 11:57AM | 20 | MR. STRAITE:  THANK YOU, YOUR HONOR. |
| 11:57AM | 21 | THE COURT:  THAT CONCLUDES THIS MATTER.  THE |
| 11:57AM | 22 | TRANSCRIPTS CAN BE RELEASED TO THE PARTIES. |
| 11:57AM | 23 | WE ARE ADJOURNED.  THANK YOU. |
| 11:57AM | 24 | MR. SCHAPIRO:  THANK YOU, JUDGE. |
| 11:57AM | 25 | MS. TREBICKA:  THANK YOU, YOUR HONOR. |

SEALED PROCEEDINGS                                                                 29

11:57AM   1                (COURT CONCLUDED AT 11:57 A.M.)

          2

          3

          4

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16            IRENE RODRIGUEZ, CSR, RMR, CRR
             CERTIFICATE NUMBER 8074

17

18

19            DATED:   JANUARY 12, 2023

20

21

22

23

24

25