UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.  20-cv-03664-YGR   (SVK)<br><br>**ORDER TO PROVIDE CHAMBERS COPIES OF BRIEFING ON (1) ORDER TO SHOW CAUSE RE ADDITIONAL SANCTIONS AND (2) GOOGLE'S ADMINISTRATIVE MOTION FOR LEAVE TO DEPRECATE** |

By **noon on February 13, 2023**, the Court requests that each side submit two sets of chambers copies of the sealed versions of all briefs, declarations, and exhibits filed (1) in response to the Order for Google to Show Cause re Additional Discovery Sanctions (Dkt. 784); and (2) in connection with Google's Administrative Motion Requesting Leave to Deprecate (Dkt. 810).  The chambers copies should be organized in binders of 3 inches or less with labeled tabs and should be delivered to the San Jose Clerk's Office.  Parties are to inform the Court at svkcrd@cand.uscourts.gov when the chambers copies have been delivered.

**SO ORDERED.**

Dated: February 6, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge