1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2  Diane M. Doolittle (CA Bar No. 142046)   Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com          andrewschapiro@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)         Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com             teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor        191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                 Chicago, IL 60606
5  Telephone: (650) 801-5000                Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                Facsimile: (312) 705-7401
6
7  Stephen A. Broome (CA Bar No. 314605)    Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com           josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)       Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com           tracygao@quinnemanuel.com
9  Crystal Nix-Hines (CA Bar No. 326971)    Carl Spilly (admitted *pro hac vice*)
   crystalnixhines@quinnemanuel.com         carlspilly@quinnemanuel.com
10 Alyssa G. Olson (CA Bar No. 305705)      1300 I Street NW, Suite 900
   alyolson@quinnemanuel.com                Washington D.C., 20005
11 865 S. Figueroa Street, 10th Floor       Telephone: (202) 538-8000
   Los Angeles, CA 90017                    Facsimile: (202) 538-8100
12 Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100
14
15 Jomaire Crawford (admitted *pro hac vice*)   Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com             jonathantse@quinnemanuel.com
16 51 Madison Avenue, 22nd Floor                50 California Street, 22nd Floor
   New York, NY 10010                           San Francisco, CA 94111
17 Telephone: (212) 849-7000                    Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                    Facsimile: (415) 875-6700
18
   *Attorneys for Defendant Google LLC*
19
20              **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
21
   CHASOM BROWN, *et al.,* individually and  | Case No. 4:20-cv-03664-YGR-SVK
22 on behalf of themselves and all others    |
   similarly situated                        | **DECLARATION OF TRACY GAO IN**
23                                           | **SUPPORT OF DEFENDANT GOOGLE**
        Plaintiffs,                          | **LLC'S ADMINISTRATIVE MOTION TO**
24                                           | **SEAL THE COURTROOM FOR**
        v.                                   | **FEBRUARY 14, 2023 HEARING**
25
   GOOGLE LLC,                               | Referral: Hon. Susan van Keulen, USMJ
26                                           | Hearing Date: February 14, 2023
        Defendant.                           | Hearing Time: 2:00 P.M.
27
28

Case No. 4:20-cv-03664-YGR-SVK
GAO DECLARATION ISO GOOGLE'S MOTION TO SEAL COURTROOM

I, Tracy Gao, declare as follows:

1. I am a member of the bar of the State of California and an attorney for Quinn Emanuel Urquhart & Sullivan, LLP, which serves as Google's outside counsel in this litigation. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Administrative Motion to Seal the Courtroom for February 14, 2023 Hearing.

3. On February 9, 2023, counsel for Google requested Plaintiffs identify whether they intended to discuss at the February 14, 2023 hearing information or material that Google has designated as Confidential or Highly Confidential-Attorneys' Eyes Only, and whether Plaintiffs opposed or did not take a position on Google's request to seal the courtroom for the February 14, 2023 hearing. Plaintiffs responded on February 10, 2023 that they intended to discuss such information and material at the hearing. Plaintiffs also stated that, they recognized that the Court previously sealed prior hearings on the same issue, and therefore did not take a position on Google's motion to seal the courtroom.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Washington, D.C. on February 10, 2023.

DATED:  February 10, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Tracy Gao
Xi "Tracy" Gao

*Attorney for Defendant*