1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT
11       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12
13  CHASOM BROWN, WILLIAM BYATT,            Case No. 4:20-cv-03664-YGR-SVK
    JEREMY DAVIS, CHRISTOPHER
14  CASTILLO, and MONIQUE TRUJILLO,         **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR FEBRUARY 14, 2023 HEARING**
    individually and on behalf of all similarly
15  situated,
16       Plaintiffs,                        Referral: Hon. Susan van Keulen, USMJ
                                            Hearing Date: February 14, 2023
17       v.                                 Hearing Time: 2:00 P.M.
18  GOOGLE LLC,
19       Defendant.
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom for February 14, 2023 Hearing (the "Motion"). Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED** and the Courtroom will be sealed for the February 14, 2023 hearing.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge