# EXHIBIT 3

# Redacted Version of Document Sought to be Sealed

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION**

CHASOM BROWN, et al., individually and
on behalf of all similarly situated,

     Plaintiffs,

     vs.

GOOGLE LLC,

     Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**SUPPLEMENTAL DECLARATION OF EUGENE LEE**

1.    I am a Google engineer and a team lead for Google's ▇▇▇▇▇ teams, which are responsible for the logs processing backend for Ads at Google. In this capacity, I regularly work with ▇▇ logs and ▇▇ logs in the course of my day-to-day responsibilities. I have been a Google employee for more than 10 years. I make this declaration of my own personal, firsthand knowledge, and if called as a witness, I could and would testify competently thereto.

2.    On November 30, 2022, I submitted a declaration regarding certain ▇▇ logs and ▇▇ logs in connection with Google's response to the Court's October 27, 2022 Order to Show Cause.

3.    To confirm the names of logs that contribute records to the ▇▇ logs and ▇▇ logs at issue, I consulted documentation for those logs called ▇▇▇▇▇, which are ▇▇▇▇▇▇▇▇. ▇▇ engineers frequently reference ▇▇▇▇▇ when working with ▇▇ logs and ▇▇ logs like the ones discussed in my November 30, 2022 declaration. The ▇▇▇▇▇ I considered are attached here as Exhibit A.

4.    Paragraph 17 of my November 30, 2022 declaration states that the ▇▇ ▇▇▇▇▇ logs identified in paragraph 16 ▇▇▇▇▇▇▇ (which are labeled as

"████████████" in the ████████████ in Exhibit A) in paragraphs 17 and 19. In addition to a subset of the primary log types listed in paragraph 17 and 19, ███ of the logs listed in paragraph 16 (████████████████ and ████████████████████) may also contain records from the primary log type ████████████████; and ███ of the logs listed in paragraph 16 (████████████████████████) may also contain records from the primary log type ████████████████████. *See* Exhibit A. The information that an ad was flagged as spam is taken from a separate log or logs labeled "████████" in the ████████████ in Exhibit A.

     5.     Paragraph 17 of my November 30, 2022 declaration also states that the "████████████" logs identified in the preceding paragraph further annotate certain "████████████" logs. I wish to clarify that ████████████████ logs (███ ████████████████ and ████████████████████) primarily annotate "████████████" logs. The other ████ "████████████" logs (████ ████████████████████ and ████████████████████) primarily ████████████████████████████████████████ ████████████████████████████.

     6.     The clarifications in paragraphs 4 and 5 above do not affect any of the other statements in my November 30, 2022 declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of December, 2022 at Kirkland, Washington.

By: *Eugene Lee*
—9D0B6DA8FC514B8...—
Eugene Lee



# EXHIBIT A



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-BRWN-00858560.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-BRWN-00858562.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-BRWN-00858565.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-BRWN-00858568.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   GOOG-BRWN-00858572.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY