# EXHIBIT 6

# Sealed Entirely