# EXHIBIT 7

# Sealed Entirely