# EXHIBIT 8

# Sealed Entirely