# EXHIBIT 12

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   _____
                                           )
 5   CHASOM BROWN, WILLIAM BYATT,          )CASE NO.:
     JEREMY DAVIS, CHRISTOPHER             )
 6   CASTILLO, and MONIQUE TRUJILLO,       )5:20-cv-03664-
     individually and on behalf of         )LHK-SVK
 7   all other similarly situated,         )
                                           )
 8                  Plaintiffs,            )
                                           )
 9             v.                          )
                                           )
10   GOOGLE, LLC,                          )
                                           )
11                  Defendant.             )
     _____)
12
13
14
15
16          DEPOSITION OF GLENN BERNTSON
17                    VOLUME I
18       REMOTELY IN LOS ANGELES, CALIFORNIA
19              FRIDAY, MARCH 18, 2022
20
21
22
23   REPORTED BY:  NATALIE PARVIZI-AZAD, CSR, RPR, RSR
24                 CSR NO. 14125
25   JOB NO.:      5142481
```

Page 1

```
            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
                 SAN JOSE DIVISION
    _____
                                )
    CHASOM BROWN, WILLIAM BYATT, ) CASE NO.:
    JEREMY DAVIS, CHRISTOPHER    )
    CASTILLO, AND MONIQUE TRUJILLO,) 5:20-cv-03664-
    INDIVIDUALLY AND ON BEHALF OF ) LHK-SVK
    ALL OTHER SIMILARLY SITUATED, )
                                )
              Plaintiffs,       )
                                )
         v.                     )
                                )
    GOOGLE, LLC,                )
                                )
              Defendant.        )
    _____)


           DEPOSITION OF GLENN BERNTSON, VOLUME I
           TAKEN ON BEHALF OF THE PLAINTIFFS
           REMOTELY VIA ZOOM VIDEO CONFERENCING, IN
           LOS ANGELES, CALIFORNIA, BEGINNING AT
           10:36 A.M. AND ENDING AT 5:01 P.M., ON
           FRIDAY, MARCH 18, 2022, BEFORE
           NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
           REPORTER NUMBER 14125.
```

Page 2

```
              A P P E A R A N C E S

FOR THE PLAINTIFF, CHASOM BROWN, WILLIAM BYATT,
JEREMY DAVIS, CHRISTOPHER CASTILLO, AND MONIQUE
TRUJILLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHER
SIMILARLY SITUATED:
    BOIES SCHILLER FLEXNER
    BY: MARK MAO, ESQ.
    BY: ERIKA NYBORG-BURCH, ESQ.
    44 MONTGOMERY STREET
    41ST FLOOR
    SAN FRANCISCO, CALIFORNIA  94104
    (415) 293-6800
    MMAO@BSFLLP.COM
    - AND -
    SUSMAN GODFREY
    BY: AMANDA BONN, ESQ.
    1900 AVENUE OF THE STARS
    SUITE 1400
    LOS ANGELES, CALIFORNIA  90067
    (310) 789-3131
    ABONN@SUSMANGODFREY.COM

FOR THE PLAINTIFFS IN "CALHOUN V GOOGLE":
    SIMMONS HANLY CONROY
    BY: AN TRUONG, ESQ.
    112 MADISON AVENUE
    7TH FLOOR
    NEW YORK, NEW YORK  10016
    (212) 257-8482
    ATRUONG@SIMMONSFIRM.COM

APPEARANCES CONTINUED ON THE FOLLOWING PAGE.
```

Page 3

```
              A P P E A R A N C E S

FOR THE DEFENDANTS, GOOGLE, LLC:
    QUINN EMANUEL URQUHART AND SULLIVAN
    BY: JOSEF ANSORGE, ESQ.
    BY: TRACEY GAO, ESQ.
    300 I STREET NORTHWEST
    SUITE 900
    WASHINGTON, DC  20005
    (202) 538-8000
    JOSEFANSORGE@QUINNEMANUEL.COM
    TRACYGAO@QUINNEMANUEL.COM

ALSO PRESENT:
    JOANN YAGER, VIDEOGRAPHER;
    TONI BAKER, GOOGLE IN-HOUSE COUNSEL
```

Page 4

```
                   I N D E X

WITNESS                                    PAGE
GLENN BERNTSON
    EXAMINATION BY MS. BONN                  7


                 E X H I B I T S
EXHIBIT NO.    DESCRIPTION                   PAGE

EXHIBIT 1      OUTLINE OF TOPICS              61
EXHIBIT 2      UNIFIED ID LINKAGE DESIGN      99
EXHIBIT 3      GOOGLE ANALYTICS DATA         146
               COLLECTION OVERVIEW
EXHIBIT 4      LETTER FROM GOOGLE DATED      155
               MARCH 17, 2022
EXHIBIT 5      UNIFIED ID LINKAGE STORAGE;   158
               BATES GOOGCABR00399972
```

Page 5

2 (Pages 2 - 5)

```
 1  they'll have different user agent strings.
 2       So at -- and if you recall, I talked
 3  about, sort of, information that's sent as part
 4  of a header, which is what the browser itself
 5  collects and then sends on an HTTP request, as      15:16:21
 6  being different than what the Ad Manager's
 7  script on the page would collect.  If I can
 8  reinterpret your question as, "Does Google Ad
 9  Manager change what information it collects by
10  merit of a given browser running on a different    15:16:39
11  client platform," the answer is no.  It sends
12  the same information, though the information
13  is -- could be different by merit of what the
14  browser does in terms of the different content
15  in the user agent string.                          15:16:59
16  BY MS. BONN:
17     Q.  Does Ad Manager change what -- the
18  type of data it collects as a result of a user
19  browsing in Chrome Incognito mode as opposed to
20  Chrome regular mode?                               15:17:16
21     A.  Ad Manager doesn't know whether a user
22  is in Incognito mode.  And Ad Manager, the
23  script client-side, collects the information
24  that's available to it, given the instructions
25  from the publisher, because there are cases        15:17:43
                                                       Page 142
```

```
 1  where, based on sort of what the user has
 2  specified or what the publisher has specified,
 3  the script may collect different data.  But
 4  it's what information is available and that
 5  changes when you're in -- you know, out of         15:18:01
 6  Incognito mode and then you go into Incognito
 7  mode, the -- the information that's available
 8  itself will differ.
 9       And so, the information collected by
10  the Ad Manager script itself could be              15:18:13
11  different, but that difference is not driven by
12  any knowledge of being in Incognito mode, it's
13  driven by the fact that there is different
14  information available.
15     Q.  And would the same answer or -- I          15:18:26
16  don't want to say -- I don't want to say the
17  same answer, but would that same concept be
18  true with respect to private browsing modes in
19  other browsers like Safari private browsing?
20     A.  I -- our script that's running             15:18:44
21  client-side has never been -- has never
22  included a feature to try to figure out
23  client-side, "Oh, am I running in Incognito
24  mode or not?"  So there is no difference in
25  behavior of what the client-side script           15:19:09
                                                      Page 143
```

```
 1  collects based off of whether a user has enter
 2  some private browsing mode.
 3       Again, the same answer holds.  So I'm
 4  coming back to we've never designed our
 5  client-side scripts to make any determination     15:19:28
 6  or change its behavior based off of private
 7  browsing mode, but the information collected
 8  may differ because different information is
 9  available in such a mode, such as the entire
10  set of cookies having been reset, and disabling   15:19:45
11  third-party cookies, which is a default setting
12  in Chrome Incognito mode now.
13     Q.  To your -- to your knowledge, if you
14  know, is the same true with respect to the
15  conversion tracking code, I'll call it, on the    15:20:12
16  advertiser side, so conversion-tracking scripts
17  or site-wide tagging.  Do you know the same is
18  true that it has not been designed to detect or
19  alter its behavior based on whether a user is
20  in a private browsing mode?                       15:20:31
21       MR. ANSORGE:  Objection.  Vague.
22       THE WITNESS:  I -- I can answer that
23  question partially.  For Chrome, code that is
24  running on a publisher site or an advertiser
25  site has no way of -- there is no signal that     15:20:51
                                                      Page 144
```

```
 1  says, "Oh, Incognito mode is on," so there is
 2  no way that coding running in a page can say,
 3  "Oh, Incognito mode is on," and therefore
 4  change its behavior, at least in Chrome.  I
 5  actually don't know what's possible in other      15:21:08
 6  browsers.  But in Chrome, you can't.
 7       And based on that, I don't think it's
 8  possible for Google Scripts -- whether it's
 9  Google scripts supporting Ad Manager, Google
10  Analytics, or our advertiser products, like       15:21:23
11  OGT -- I don't think it's possible for those
12  client-side scripts to change what they do
13  based on the knowledge of whether private
14  browsing has been enabled in Chrome.
15  BY MS. BONN:                                      15:21:41
16     Q.  Okay.  Why don't we do this.
17       MS. BONN:  I think we're still on
18  track to be done at 2:00 Pacific.  It's like
19  12:22.  Can we just take a very short break and
20  come back at about 12:30 or 12:35, if you folks  15:22:33
21  want.
22       MR. ANSORGE:  Yeah, that's fine with
23  me.
24       THE VIDEOGRAPHER:  Going off the
25  record.  The time is 12:22 p.m.                   15:22:40
                                                      Page 145
```

Page 146

1     (Recess.)
2         THE VIDEOGRAPHER: Back on the record.
3  The time is 12:36 p.m.
4  BY MS. BONN:
5     Q. Okay. I'm going to have introduced    15:36:33
6  another exhibit, which is marked for
7  identification as Exhibit 3. Dr. Berntson, if
8  you wouldn't mind opening it up, and just let
9  me know when you have it available to you.
10         (Exhibit 3 marked.)    15:36:53
11         THE WITNESS: I'm just checking to see
12  if it's one that I've reviewed before. Okay.
13  I have not seen this before.
14  BY MS. BONN:
15     Q. Okay. For the record, this is    15:37:22
16  Exhibit 3, Bates label GOOGCABR05404845.
17         If you could scroll down to what
18  should be page 11 of the PDF, or if you prefer
19  to look at the Bates number, it's the one
20  ending in 855.    15:37:40
21         MR. ANSORGE: And I'm going to lodge a
22  standing foundation objection to this document
23  and questions relating to this document.
24         MS. BONN: Okay.
25  ///

Page 147

1  BY MS. BONN:
2     Q. And do you have this page in front of
3  you? It should be a slide titled, "Ad Features
4  and Remarketing."
5     A. I do.    15:38:09
6     Q. Okay. And I don't -- I don't really
7  intend to ask you questions about this document
8  in particular. I just thought this
9  illustration might be helpful for some of the
10  questions I have about how things work.    15:38:19
11         So I want to make sure I just
12  understand. This slide is about data that's
13  collected through Google Analytics, and then I
14  think where it might be redirected to.
15         Is that, at a high level, accurate?    15:39:10
16         MR. ANSORGE: Objection. Foundation.
17         THE WITNESS: I'm going to say yes. I
18  think there is more to it than just redirects,
19  but...
20  BY MS. BONN:    15:39:38
21     Q. Okay. One of my questions was --
22  let's say there was website that has Google
23  Analytics but not, let's say, an Ad Manager
24  product on it. Would this "Step 2: Redirect"
25  of sending redirecting data back to    15:39:52

Page 148

1  DoubleClick.net still happen? Are there use
2  cases where that would still happen even if
3  there is not an Ad Manager product on the
4  Google Analytics site?
5         MR. ANSORGE: Objection. Foundation.    15:40:10
6         THE WITNESS: I -- I believe so.
7  BY MS. BONN:
8     Q. And do you have an understanding of
9  why that is, what purpose this request to
10  redirect serves?    15:40:21
11         MR. ANSORGE: Objection. Foundation
12  and out of scope.
13         THE WITNESS: I don't know off the top
14  of my head. I do know that a redirect like
15  this is used to join the Google Analytics    15:40:39
16  first-party ID to the Biscotti ID, which is
17  precisely what has to happen if a user list
18  created in Google Analytics is shared with
19  Google Ad Manager. Outside of sharing that
20  user list with Google Ad Manager, I'm not aware    15:40:58
21  what the use case is for this.
22  BY MS. BONN:
23     Q. So I want to make sure I understand.
24  So let's say in the case of -- in the case of
25  Ad Manager, if a publisher website had    15:41:27

Page 149

1  analytics, it might do this redirect, too, in
2  order to populate a user list that would then
3  feed into Ad Manager? Do I have that right, at
4  a high level?
5         MR. ANSORGE: Objection. Foundation    15:41:43
6  and out of the scope.
7         THE WITNESS: To clarify, Google
8  Analytics, without any of these redirects, can
9  be used by a publisher to understand what parts
10  of the site they visit, how often, et cetera.    15:42:00
11  And as part of that, using Google Analytics,
12  they can say, "Give me a list of everybody
13  who's visited, say, my sports section." And
14  so, inside Google Analytics, it'll list all of
15  the Google Analytics first-party IDs, the CIDs,    15:42:17
16  of everybody who, say, has visited this
17  particular section of their site.
18         So that's what's referred to as a user
19  list. If they wanted to share that user list
20  with Google Ad Manager, they would need to go    15:42:33
21  through this redirect to DoubleClick.net. The
22  redirect to DoubleClick.net is where the
23  Biscotti cookie, which is actually associated
24  with the DoubleClick.net domain, in order to
25  access that third-party cookie and, say, this    15:42:53

```
 1        MS. BONN:  Great.  Likewise.  Maybe we
 2  can go off the record for the moment.
 3        MR. ANSORGE:  Yeah.  I'm fine with
 4  that.  We can go off the record.  Thanks.
 5        THE VIDEOGRAPHER:  This concludes the      17:01:29
 6  deposition.  We're going off the record at
 7  5:01 p.m.
 8        (Deposition concluded at 5:01 P.M.)
 9               -oOo-
10
...
25
                                                    Page 182
```

```
 1  STATE OF CALIFORNIA  )
              ) SS.
 2  COUNTY OF LOS ANGELES )
 3
 4
 5     I, GLENN BERNTSON, HEREBY CERTIFY UNDER
 6  PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF
 7  CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.
 8     EXECUTED THIS ____ DAY OF _____,
 9  2022, AT _____, CALIFORNIA.
10
...
14        _____
15           GLENN BERNTSON
...
25
                                                    Page 183
```

```
 1       CERTIFIED STENOGRAPHER'S CERTIFICATE
 2  STATE OF CALIFORNIA  )
              ) SS.
 3  COUNTY OF LOS ANGELES )
 4
 5     I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6     I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7  REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8  CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9  REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10  FORCE AND EFFECT.  (BUS. & PROF. § 8016)
11     I AM NOT FINANCIALLY INTERESTED IN THIS
12  ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13  ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14  (CIV. PROC. § 2025.320(A))
15     I AM AUTHORIZED TO ADMINISTER OATHS OR
16  AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17  PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18  EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19  OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,
20  2025.540(A))
21     I AM THE CERTIFIED OFFICER THAT
22  STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23  FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT
24  IS A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV.
25  PROC. §  2025.540(A))
                                                    Page 184
```

```
 1     I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2  ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY
 3  OR THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4  ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES
 5  OR THEIR ATTORNEYS ATTENDING THE PROCEEDING AND
 6  MAKING SAME AVAILABLE AT THE SAME TIME TO ALL
 7  PARTIES OR THEIR ATTORNEYS.  (CIV. PROC §
 8  2025.320(B))
 9     I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
10  CONSISTING OF THE CERTIFIED STENOGRAPHER'S
11  NOTATIONS OR COMMENTS REGARDING THE DEMEANOR OF
12  ANY WITNESS, ATTORNEY, OR PARTY PRESENT AT THE
13  PROCEEDING TO ANY PARTY OR ANY PARTY'S ATTORNEY OR
14  THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
15  ACTION, NOR SHALL I COLLECT ANY PERSONAL
16  IDENTIFYING INFORMATION ABOUT THE WITNESS AS A
17  SERVICE OR PRODUCT TO BE PROVIDED TO ANY PARTY OR
18  THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
19  ACTION.  (CIV. PROC. § 2025.320(C))
20     DATED:  MARCH 23, 2022
21
22
23
24     [signature]
25       NATALIE PARVIZI-AZAD, CSR NO.14125
                                                    Page 185
```