# EXHIBITS A-D

# Sealed Entirely