UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.  20-cv-3664-YGR   (SVK)<br>              20-cv-5146-YGR (SVK)<br><br>**ORDER FOLLOWING FEBRUARY 14, 2023 HEARING RE PRESERVATION OF MAPPING AND LINKING TABLES** |

      The Court's January 17, 2023 orders required the Parties in both the *Brown* and *Calhoun* cases to engage in further meet and confer regarding Google's request to be relieved of any obligation to preserve certain tables.  *Brown* Dkt. 830; *Calhoun* Dkt. 960.  Following receipt of the Parties' joint status reports (*Brown* Dkt. 849; *Calhoun* Dkt. 974) and additional information requested by the Court (*Brown* Dkt. 851; *Calhoun* Dkt. 975) the Court held a sealed hearing by Zoom on February 14, 2023.  For the reasons discussed at the hearing, the Court **ORDERS** as follows:

1. Counsel for the *Calhoun* Plaintiffs are to promptly provide counsel for the *Brown* Plaintiffs with a copy of the February 6, 2023 letter discussed at the hearing (the "February 6 Letter").

2. Google is to respond to the February 6 Letter by **February 17, 2023**, with copies to counsel for the *Brown* and *Calhoun* Plaintiffs.

3. If any of the issues raised in the February 6 Letter remain unresolved, by **February 24, 2023** the Parties must file the following with the Court**:**

      a. Copies of the February 6 Letter and Google's response.

      b. A document, not to exceed 5 double-spaced pages, from each Party (the *Brown* Plaintiffs, the *Calhoun* Plaintiffs, and Google) containing their respective positions on issues raised in the February 6 Letter.

The Parties may agree to a modest extension of this schedule if necessary. The Court will decide the remaining issues on the papers or set a further hearing if necessary.

**SO ORDERED.**

Dated: February 14, 2023

*[signature]*

SUSAN VAN KEULEN
United States Magistrate Judge