# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 2/14/2023 | **Time:** 9:00 – 9:43; 10:24 – 11:08 | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-03664-YGR | **Case Name:** Brown v. Google LLC | |

**Attorney for Plaintiff:** John Yanchunis, David Boies, Amanda Bonn, Samuel Issacharoff, Mark Mao, Ryan McGee, Beko Osiris Ra Reblitz-Richardson, Madison Bower
**Attorney for Defendant:** Stephen Broome, Andrew Shapiro, Viola Trebicka

**Deputy Clerk:** Aris Garcia                                **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Further Case Management Conference - HELD

**Plaintiff's Motion for Summary Judgment due by 3/1/2023**

**Defendants' Cross Motion Combined with Opposition to Plaintiff's Motion with allowance for additional 10 pages due by 3/21/2023**

**Plaintiff's Combined Reply in support of Motion and Opposition to Cross Motion with allowance for additional 10 pages due by 4/12/2023**

**Defendant's reply in support of Cross-Motion due by 4/26/2023**

**Hearing on Motions for Summary Judgment special set for 5/15/2023 at 1:00 p.m.**

**Case Management Conference set 7/24/2023 at 1:00pm**

**Motions in Limine served by 9/4/2023**

**Oppositions to Motions in Limine served by 9/14/2023**

**Compliance Deadline set Friday 9/22/2023 at 9:01am**

**Pretrial Filings due 9/28/2023**

**Pretrial Binders with ECF headers due by 9/29/2023**

**Pretrial Conference Friday, 10/13/2023 at 9:00am**

**Jury Trial set 11/6/2023 at 8:00am**

**Parties shall meet and confer regarding hiring retired Judge to handle trial evidentiary issues.**

**Compliance Deadline re hired retired Judge and advisal to the Court regarding trial related deadlines regarding exchanges set for 6/30/2023 at 9:01 a.m.**

**[472] STIPULATION WITH PROPOSED ORDER Regarding Authenticity of Documents is Terminated by the Court.**

**Plaintiffs' supplemental brief on an issue class under Fed. R. Civ. P. 23(c)(4) due by 2/28/2023.**

**Plaintiffs' supplemental brief on whether they will seek injunctive relief for UCL claims also due by 2/28/2023.**