UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-03664-YGR (SVK)<br><br>**ORDER RE MARCH 2, 2023 HEARING ON ORDER FOR GOOGLE TO SHOW CAUSE RE FURTHER DISCOVERY SANCTIONS** |

　　　The Court has received informal inquiries from the Parties regarding presentation of witnesses at the Order to Show Cause hearing set for March 2, 2023. The hearing will proceed with argument on the papers and without witnesses. Google will present first, followed by Plaintiffs. If the Court determines that additional evidence is needed, it will set further proceedings.

　　　**SO ORDERED.**

Dated: February 23, 2023

SUSAN VAN KEULEN
United States Magistrate Judge