**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

*Attorneys for Brown Plaintiffs; additional
counsel listed in signature blocks below*

**DiCELLO LEVITT LLC**

David A. Straite (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*

*Attorneys for Calhoun Plaintiffs; additional
counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant; additional counsel
listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: SUBMISSION PURSUANT TO DKT. 861**<br><br>Referral: Hon. Susan van Keulen, USMJ |
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: SUBMISSION PURSUANT TO DKT. 983**<br><br>Referral: Hon. Susan van Keulen, USMJ |

The *Brown* Plaintiffs, *Calhoun* Plaintiffs, and Defendant Google LLC (together, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on February 14, 2022, the Court ordered the Parties to submit, by February 24, 2023, their respective positions on any unresolved issues raised in Google's February 17 response to the *Calhoun* Plaintiffs' letter referenced in the hearing of February 14, with the possibility of a modest extension to the briefing schedule if necessary. *Brown* Dkt. 861; *Calhoun* Dkt. 983;

WHEREAS, the *Brown* Plaintiffs and *Calhoun* Plaintiffs are working on identifying issues they consider unresolved in the *Calhoun* Plaintiffs' February 6 letter.

NOW THEREFORE, the Parties jointly stipulate to extend the deadline for submitting the parties' positions to the Court, according to and pursuant to the February 14, 2023 Order, to March 3, 2023.

DATED: February 24, 2023

Respectfully submitted,

By: /s/ Mark Mao
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch
enyborg-burch@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com

**BLEICHMAR FONTI & AULD LLP**

By: /s/ Lesley Weaver
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**DiCELLO LEVITT LLC**

By: /s/ David A. Straite
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017 Tel.:
(646) 933-1000

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK

JOINT STIPULATION

1  Shawn J. Rabin (*pro hac vice*)
   srabin@susmangodfrey.com
2  Steven Shepard (*pro hac vice*)
   sshepard@susmangodfrey.com
3  Alexander P. Frawley (*pro hac vice*)
   afrawley@susmangodfrey.com
4  SUSMAN GODFREY L.L.P.
   1301 Avenue of the Americas, 32nd Floor
5  New York, NY 10019
   Tel: (212) 336-8330
6
   Amanda Bonn (CA Bar No. 270891)
7  abonn@susmangodfrey.com
   SUSMAN GODFREY L.L.P.
8  1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
9  Tel: (310) 789-3100

10 John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
11 Ryan J. McGee (*pro hac vice*)
   rmcgee@forthepeople.com
12 MORGAN & MORGAN, P.A.
   201 N Franklin Street, 7th Floor
13 Tampa, FL 33602
   Tel: (813) 223-5505
14 Fax: (813) 222-4736

15 Michael F. Ram (CA Bar No. 104805)
   mram@forthepeople.com
16 MORGAN & MORGAN, P.A.
   711 Van Ness Avenue, Suite 500
17 San Francisco, CA 94102
   Tel: (415) 358-6913
18
   *Attorneys for Brown Plaintiffs*
19

20

21 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

22 By:  */s/ Andrew H. Schapiro*

23

Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**

By:      */s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Calhoun Plaintiffs*

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK

JOINT STIPULATION

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

## **ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation.

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the signatories identified above has

concurred in the filing of this document.


Dated: February 24, 2023                    By    */s/ Andrew H. Schapiro*
                                            Andrew H. Schapiro
                                            *Counsel on behalf of Google LLC*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for the Parties to submit their position statements referenced in *Brown* Dkt. No. 861 and *Calhoun* Dkt. No. 983 is hereby extended to March 3, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023          _____

Hon. Susan van Keulen
United States District Magistrate Judge