| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>SUSMAN GODFREY L.L.P.<br>Bill Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>MORGAN & MORGAN<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>The Honorable Yvonne Gonzalez Rogers |

Case No. 4:20-cv-03664-YGR-SVK
STIPULATION AND [PROPOSED] ORDER RE LEAVE TO FILE FOURTH AMENDED COMPLAINT

This stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, at the February 14, 2023 Case Management Conference, the Court asked Plaintiffs to clarify which remedies they seek for each claim. Feb. 14, 2023 Tr. 52:16-18;

WHEREAS, to provide that clarification, Plaintiffs have prepared a Fourth Amended Complaint, which solely amends the Prayer for Relief to clarify which remedies apply to each claim;

WHEREAS, Plaintiffs seek leave to file that Fourth Amended Complaint, attached hereto as Exhibit A. A redline comparing the Third Amended Complaint to the Fourth Amended Complaint is attached hereto as Exhibit B;

WHEREAS, Google reserves its rights to challenge the availability of the remedies Plaintiffs seek, but does not object to the amendment.

NOW THEREFORE, the Parties stipulate that Plaintiffs may file their proposed Fourth Amended Complaint.

DATED: February 28, 2023         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ *Andrew H. Schapiro*
     Andrew H. Schapiro (admitted *pro hac vice*)
     andrewschapiro@quinnemanuel.com
     Teuta Fani (admitted *pro hac vice*)
     teutafani@quinnemanuel.com
     Joseph H. Margolies (admitted *pro hac vice*)
     josephmargolies@quinnemanuel.com
     191 N. Wacker Drive, Suite 2700
     Chicago, IL 60606
     Tel: (312) 705-7400
     Fax: (312) 705-7401

     Stephen A. Broome (CA Bar No. 314605)
     stephenbroome@quinnemanuel.com
     Viola Trebicka (CA Bar No. 269526)
     violatrebicka@quinnemanuel.com
     Crystal Nix-Hines (CA Bar No. 326971)
     crystalnixhines@quinnemanuel.com
     Alyssa G. Olson (CA Bar No. 305705)

alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant*
Google LLC

-2-
Case No. 4:20-cv-03664-YGR-SVK
STIPULATION AND [PROPOSED] ORDER RE LEAVE TO FILE FOURTH AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: February 28, 2023 | SUSMAN GODFREY L.L.P. |
| 2 | | |
| 3 | | By   /s/ *Amanda Bonn* |
| 4 | | Amanda Bonn (CA Bar No. 270891) |
| 5 | | abonn@susmangodfrey.com |
| | | SUSMAN GODFREY L.L.P. |
| 6 | | 1900 Avenue of the Stars, Suite 1400 |
| | | Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 789-3100 |
| 8 | | Mark C. Mao (CA Bar No. 236165) |
| 9 | | mmao@bsfllp.com |
| | | Sean Phillips Rodriguez (CA Bar No. 262437) |
| 10 | | srodriguez@bsfllp.com |
| 11 | | Beko Rebitz-Richardson (CA Bar No. 238027) |
| | | brichardson@bsfllp.com |
| 12 | | Alexander Justin Konik (CA Bar No. 299291) |
| | | akonik@bsfllp.com |
| 13 | | BOIES SCHILLER FLEXNER LLP |
| | | 44 Montgomery Street, 41st Floor |
| 14 | | San Francisco, CA 94104 |
| | | Telephone: (415) 293 6858 |
| 15 | | Facsimile (415) 999 9695 |
| 16 | | James W. Lee (*pro hac vice*) |
| 17 | | jlee@bsfllp.com |
| | | Rossana Baeza |
| 18 | | rbaeza@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 19 | | 100 SE 2nd Street, Suite 2800 |
| 20 | | Miami, FL 33130 |
| | | Telephone: (305) 539-8400 |
| 21 | | Facsimile: (305) 539-1304 |
| 22 | | Bill Carmody (*pro hac vice*) |
| | | bcarmody@susmangodfrey.com |
| 23 | | Shawn J. Rabin (*pro hac vice*) |
| | | srabin@susmangodfrey.com |
| 24 | | Steven Shepard (*pro hac vice*) |
| 25 | | sshepard@susmangodfrey.com |
| | | Alexander P. Frawley (*pro hac vice*) |
| 26 | | afrawley@susmangodfrey.com |
| | | SUSMAN GODFREY L.L.P. |
| 27 | | 1301 Avenue of the Americas, 32nd Floor |
| 28 | | New York, NY 10019 |
| | | Telephone: (212) 336-8330 |

-3-   Case No. 4:20-cv-03664-YGR-SVK
STIPULATION AND [PROPOSED] ORDER RE LEAVE TO FILE FOURTH AMENDED COMPLAINT

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (pro hac vice)
mram@forthepeople.com
Ra O. Amen (pro hac vice)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Leave to file Fourth Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: February 28, 2023

By  /s/ Amanda Bonn
Amanda Bonn
*Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS:** Plaintiffs' request for leave to file their Fourth Amended Complaint is GRANTED. The Fourth Amended Complaint (attached as Exhibit A) shall be deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2023                    _____

                                                 Hon. Yvonne Gonzalez Rogers
                                                 United States District Judge