1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

     Plaintiffs,

     v.

GOOGLE LLC,

     Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**[PROPOSED]** **ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR MARCH 2, 2023 HEARING**; REDACTION ORDER

Referral:  Hon. Susan van Keulen, USMJ
Hearing Date:  March 2, 2023
Hearing Time:  10:00 A.M.

1  [PROPOSED] **ORDER**

2       Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom

3  for March 2, 2023 Hearing (the "Motion"). Having considered Google's Motion, argument by

4  counsel, and all other matters properly considered by this Court, the Court finds there is good cause

5  to **GRANT** the Motion.

6       **THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is

7  **GRANTED** and the Courtroom will be sealed for the March 2, 2023 hearing.  The Court authorizes

8  release of the transcript of the hearing to counsel of record for the Parties in this matter.  The Parties
must submit joint proposed redactions of the transcript along with an administrative motion to seal

9       **IT IS SO ORDERED**. and proposed sealing order within 7 days of receipt of the transcript.

10

11

12  DATED:  March 1, 2023                                        _Susan van Keulen_

13                                                              THE HONORABLE SUSAN VAN KEULEN
                                                                United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28