**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL ITS MARCH 2, 2023 ORDER TO SHOW CAUSE HEARING SLIDES**<br><br>Judge: Hon. Susan van Keulen, USMJ |

1

2  Pursuant to this Court's March 10, 2023 Order (Dkt. 891) directing the parties to file the

3 March 2, 2023 Order to Show Cause hearing slides under seal, Defendant Google LLC submits the

4 attached hearing slides under seal.  Consistent with the March 10, 2023 Order and for the reasons

5 set forth in Google's prior motions to seal materials in connection with the Court's October 27, 2022

6 Order to Show Cause, *see* Dkts. 797, 843, 857, 879, Google respectfully requests that the Court

7 maintain these slides under seal.

8

9 DATED: March 13, 2023               QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
10
                                     By        */s/ Andrew H. Schapiro*
11                                      Andrew H. Schapiro (admitted *pro hac vice*)
                                        andrewschapiro@quinnemanuel.com
12                                      191 N. Wacker Drive, Suite 2700
                                        Chicago, IL 60606
13                                      Telephone: (312) 705-7400
                                        Facsimile: (312) 705-7401
14
                                        Stephen A. Broome (CA Bar No. 314605)
15                                      stephenbroome@quinnemanuel.com
                                        Viola Trebicka (CA Bar No. 269526)
16                                      violatrebicka@quinnemanuel.com
                                        Crystal Nix-Hines (CA Bar No. 326971)
17                                      crystalnixhines@quinnemanuel.com
                                        865 S. Figueroa Street, 10th Floor
18                                      Los Angeles, CA 90017
                                        Telephone: (213) 443-3000
19                                      Facsimile: (213) 443-3100
20
21                                      Diane M. Doolittle (CA Bar No. 142046)
                                        dianedoolittle@quinnemanuel.com
22                                      555 Twin Dolphin Drive, 5th Floor
                                        Redwood Shores, CA 94065
23                                      Telephone: (650) 801-5000
                                        Facsimile: (650) 801-5100
24
25                                      Josef Ansorge (admitted *pro hac vice*)
                                        josefansorge@quinnemanuel.com
26                                      1300 I. Street, N.W., Suite 900
                                        Washington, D.C. 20005
27                                      Telephone: 202-538-8000
                                        Facsimile: 202-538-8100
28

1     Case No. 4:20-cv-03664-YGR-SVK
GOOGLE LLC'S ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL
ITS MARCH 2, 2023 OSC HEARING SLIDES

1      Jomaire A. Crawford (admitted *pro hac vice*)
        jomairecrawford@quinnemanuel.com
2      51 Madison Avenue, 22nd Floor
        New York, NY 10010
3      Telephone: (212) 849-7000
        Facsimile: (212) 849-7100

4

5      Jonathan Tse (CA Bar No. 305468)
        jonathantse@quinnemanuel.com
6      50 California Street, 22nd Floor
        San Francisco, CA 94111
7      Telephone: (415) 875-6600
        Facsimile: (415) 875-6700

8

9      *Attorneys for Defendant Google LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28