UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Google LLC's Motion To Maintain Under Seal Its March 2, 2023 Order to Show Cause Hearing Slides ("Motion").  Consistent with the Court's March 10, 2023 Order directing the parties to file their March 2, 2023 hearing slides under seal (Dkt. 891), the Court grants the Motion to maintain Google's March 2, 2023 Order to Show Cause hearing slides under seal.

**SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE