| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| Mark C. Mao, CA Bar No. 236165 | Tel.: (212) 336-8330 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | bcarmody@susmangodfrey.com |
| Erika Nyborg-Burch, CA Bar No. 342125 | srabin@susmangodfrey.com |
| 44 Montgomery St., 41st Floor | sshepard@susmangodfrey.com |
| San Francisco, CA 94104 | afrawley@susmangodfrey.com |
| Tel.: (415) 293-6800 | Amanda K. Bonn, CA Bar No. 270891 |
| mmao@bsfllp.com | 1900 Avenue of the Stars, Suite 1400 |
| brichardson@bsfllp.com | Los Angeles, CA 90067 |
| enyborg-burch@bsfllp.com | Tel.: (310) 789-3100 |
| | abonn@susmangodfrey.com |
| James Lee (admitted pro hac vice) | |
| Rossana Baeza (admitted pro hac vice) | **MORGAN & MORGAN** |
| 100 SE 2nd St., 28th Floor | John A. Yanchunis (admitted pro hac vice) |
| Miami, FL 33131 | Ryan J. McGee (admitted pro hac vice) |
| Tel.: (305) 539-8400 | 201 N. Franklin Street, 7th Floor |
| jlee@bsfllp.com | Tampa, FL 33602 |
| rbaeza@bsfllp.com | Tel.: (813) 223-5505 |
| | jyanchunis@forthepeople.com |
| Alison L. Anderson, CA Bar No. 275334 | rmcgee@forthepeople.com |
| 725 S Figueroa St., 31st Floor | |
| Los Angeles, CA 90017 | Michael F. Ram, CA Bar No. 104805 |
| Tel.: (213) 995-5720 | 711 Van Ness Ave, Suite 500 |
| alanderson@bsfllp.com | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br>                    Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUE CERTIFICATION UNDER F.R.C.P. 23(C)(4)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Hearing Date: May 12, 2023<br>Time: 1:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

# DECLARATION OF MARK C. MAO

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Motion for Issue Certification under Fed. R. Civ. P. 23(c)(4).

3. Plaintiffs, represented by the three firms Boies Schiller Flexner, LLP, Morgan & Morgan Complex Litigation Group, and Susman Godfrey L.L.P. have expended tremendous amounts of time and resources litigating this case. This includes motions practice, discovery disputes, document review, depositions, data production with the supervision of the Special Master, expert reports, expert discovery, and other matters requiring detailed and sophisticated attorney and expert attention. This has resulted in approximately $43 million of attorney lodestar and $6 million in costs and expenses devoted to this case as of March 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2023, at San Francisco, California.

/s/ Mark C. Mao