| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>SUSMAN GODFREY L.L.P.<br>Bill Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>MORGAN & MORGAN<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RESPONSE TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>The Honorable Yvonne Gonzalez Rogers |

This stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on April 8, 2022, Google filed its Answer to Plaintiffs' Third Amended Complaint, Dkt. 531 ("Google's Prior Answer");

WHEREAS, on February 28, 2023, the Parties stipulated that Plaintiffs may file a Fourth Amended Complaint;

WHEREAS, on March 2, 2023, the Court entered the Case Management and Pretrial Order, Dkt. 885, granting Plaintiffs leave to file a Fourth Amended Complaint. Dkt. 885 at 3;

WHEREAS, the Case Management and Pretrial Order directed the Parties to file a stipulation that Google's Prior Answer shall apply to the Fourth Amended Complaint and that no further response to the Fourth Amended Complaint is required. Dkt. 885 at 3;

WHEREAS, on March 2, 2023, Plaintiffs filed a Fourth Amended Complaint, Dkt. 886;

WHEREAS, pursuant to the Case Management and Pretrial Order, the Parties file this Stipulation and [Proposed] Order Regarding the Response to Plaintiffs' Fourth Amended Complaint;

WHEREAS, Google reserves its rights to challenge the availability of the remedies Plaintiffs seek in the Fourth Amended Complaint;

NOW THEREFORE, the Parties stipulate that Google's Prior Answer shall apply to the Fourth Amended Complaint and that no further response to the Fourth Amended Complaint is required.

DATED: March 16, 2023    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com

1  191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
2  Tel: (312) 705-7400
   Fax: (312) 705-7401
3

4  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
5  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
6  Crystal Nix-Hines (CA Bar No. 326971)
   crystalnixhines@quinnemanuel.com
7  Alyssa G. Olson (CA Bar No. 305705)
   alyolson@quinnemanuel.com
8  865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
9  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
10

11
   Diane M. Doolittle (CA Bar No. 142046)
12 dianedoolittle@quinnemanuel.com
   Sara Jenkins (CA Bar No. 230097)
13 sarajenkins@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
14 Redwood Shores, CA 94065
   Telephone: (650) 801-5000
15 Facsimile: (650) 801-5100

16
   Josef Ansorge (admitted *pro hac vice*)
17 josefansorge@quinnemanuel.com
   Xi ("Tracy") Gao (CA Bar No. 326266)
18 tracygao@quinnemanuel.com
   Carl Spilly (admitted *pro hac vice*)
19 carlspilly@quinnemanuel.com
   1300 I. Street, N.W., Suite 900
20 Washington, D.C. 20005
   Telephone: 202-538-8000
21 Facsimile: 202-538-8100

22
   Jomaire A. Crawford (admitted *pro hac vice*)
23 jomairecrawford@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
24 New York, NY 10010
   Telephone: (212) 849-7000
25 Facsimile: (212) 849-7100

26
   Jonathan Tse (CA Bar No. 305468)
27 jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
28 San Francisco, CA 94111

-2-                  Case No. 4:20-cv-03664-YGR-SVK

STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO PLAINTIFFS' FOURTH AMENDED COMPLAINT

Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant*
Google LLC

| | | |
|---|---|---|
| 1 | DATED: March 16, 2023 | SUSMAN GODFREY L.L.P. |
| 2 | | |
| 3 | | By  /s/ *Amanda Bonn* |
| 4 | | Amanda Bonn (CA Bar No. 270891) |
| 5 | | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 6 | | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 789-3100 |
| 8 | | David Boies (*pro hac vice*) |
| 9 | | dboies@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP |
| 10 | | 333 Main Street<br>Armonk, NY 10504 |
| 11 | | Telephone: (914) 749-8200 |
| 12 | | Mark C. Mao (CA Bar No. 236165) |
| 13 | | mmao@bsfllp.com<br>Beko Rebitz-Richardson (CA Bar No. 238027) |
| 14 | | brichardson@bsfllp.com<br>Erika Nyborg-Burch (CA Bar No. 342125) |
| 15 | | enyborg-burch@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP |
| 16 | | 44 Montgomery Street, 41st Floor |
| 17 | | San Francisco, CA 94104<br>Telephone: (415) 293 6858 |
| 18 | | Facsimile (415) 999 9695 |
| 19 | | James W. Lee (*pro hac vice*) |
| 20 | | jlee@bsfllp.com<br>Rossana Baeza |
| 21 | | rbaeza@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP |
| 22 | | 100 SE 2nd Street, Suite 2800 |
| 23 | | Miami, FL 33130<br>Telephone: (305) 539-8400 |
| 24 | | Facsimile: (305) 539-1304 |
| 25 | | Bill Carmody (*pro hac vice*) |
| 26 | | bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*) |
| 27 | | srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*) |
| 28 | | sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Response to Plaintiffs' Fourth Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: March 16, 2023                    By     */s/ Andrew H. Schapiro*
                                                Andrew H. Schapiro
                                                *Counsel on behalf of Defendants*

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court hereby **ORDERS:** Google's Answer to Plaintiffs' Third Amended Complaint, Dkt. 531, shall apply to Plaintiffs' Fourth Amended Complaint and no further response to the Fourth Amended Complaint is required.

**IT IS SO ORDERED.**

DATED: _____, 2023                    _____

Hon. Yvonne Gonzalez Rogers
United States District Judge