| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>SUSMAN GODFREY L.L.P.<br>Bill Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>MORGAN & MORGAN<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER RE: RESPONSE TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>The Honorable Yvonne Gonzalez Rogers |

This stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on April 8, 2022, Google filed its Answer to Plaintiffs' Third Amended Complaint, Dkt. 531 ("Google's Prior Answer");

WHEREAS, on February 28, 2023, the Parties stipulated that Plaintiffs may file a Fourth Amended Complaint;

WHEREAS, on March 2, 2023, the Court entered the Case Management and Pretrial Order, Dkt. 885, granting Plaintiffs leave to file a Fourth Amended Complaint. Dkt. 885 at 3;

WHEREAS, the Case Management and Pretrial Order directed the Parties to file a stipulation that Google's Prior Answer shall apply to the Fourth Amended Complaint and that no further response to the Fourth Amended Complaint is required. Dkt. 885 at 3;

WHEREAS, on March 2, 2023, Plaintiffs filed a Fourth Amended Complaint, Dkt. 886;

WHEREAS, pursuant to the Case Management and Pretrial Order, the Parties file this Stipulation and [Proposed] Order Regarding the Response to Plaintiffs' Fourth Amended Complaint;

WHEREAS, Google reserves its rights to challenge the availability of the remedies Plaintiffs seek in the Fourth Amended Complaint;

NOW THEREFORE, the Parties stipulate that Google's Prior Answer shall apply to the Fourth Amended Complaint and that no further response to the Fourth Amended Complaint is required.

DATED: March 16, 2023               QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By   /s/ *Andrew H. Schapiro*
                                         Andrew H. Schapiro (admitted *pro hac vice*)
                                         andrewschapiro@quinnemanuel.com
                                         Teuta Fani (admitted *pro hac vice*)
                                         teutafani@quinnemanuel.com
                                         Joseph H. Margolies (admitted *pro hac vice*)
                                         josephmargolies@quinnemanuel.com

1    191 N. Wacker Drive, Suite 2700
     Chicago, IL 60606
2    Tel: (312) 705-7400
3    Fax: (312) 705-7401

4    Stephen A. Broome (CA Bar No. 314605)
     stephenbroome@quinnemanuel.com
5    Viola Trebicka (CA Bar No. 269526)
     violatrebicka@quinnemanuel.com
6    Crystal Nix-Hines (CA Bar No. 326971)
     crystalnixhines@quinnemanuel.com
7    Alyssa G. Olson (CA Bar No. 305705)
8    alyolson@quinnemanuel.com
     865 S. Figueroa Street, 10th Floor
9    Los Angeles, CA 90017
     Telephone: (213) 443-3000
10   Facsimile: (213) 443-3100

11
     Diane M. Doolittle (CA Bar No. 142046)
12   dianedoolittle@quinnemanuel.com
     Sara Jenkins (CA Bar No. 230097)
13   sarajenkins@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
14   Redwood Shores, CA 94065
15   Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
16

17   Josef Ansorge (admitted *pro hac vice*)
     josefansorge@quinnemanuel.com
18   Xi ("Tracy") Gao (CA Bar No. 326266)
     tracygao@quinnemanuel.com
19   Carl Spilly (admitted *pro hac vice*)
     carlspilly@quinnemanuel.com
20   1300 I. Street, N.W., Suite 900
     Washington, D.C. 20005
21   Telephone: 202-538-8000
     Facsimile: 202-538-8100
22

23   Jomaire A. Crawford (admitted *pro hac vice*)
     jomairecrawford@quinnemanuel.com
24   51 Madison Avenue, 22nd Floor
     New York, NY 10010
25   Telephone: (212) 849-7000
     Facsimile: (212) 849-7100
26

27   Jonathan Tse (CA Bar No. 305468)
     jonathantse@quinnemanuel.com
28   50 California Street, 22nd Floor
     San Francisco, CA 94111

Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant*
Google LLC

| | | |
|---|---|---|
| 1 | DATED: March 16, 2023 | SUSMAN GODFREY L.L.P. |
| 2 | | |
| 3 | | By  /s/ *Amanda Bonn* |
| 4 | | Amanda Bonn (CA Bar No. 270891) |
| 5 | | abonn@susmangodfrey.com |
| | | SUSMAN GODFREY L.L.P. |
| 6 | | 1900 Avenue of the Stars, Suite 1400 |
| | | Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 789-3100 |
| 8 | | David Boies (*pro hac vice*) |
| 9 | | dboies@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 10 | | 333 Main Street |
| | | Armonk, NY 10504 |
| 11 | | Telephone: (914) 749-8200 |
| 12 | | Mark C. Mao (CA Bar No. 236165) |
| | | mmao@bsfllp.com |
| 13 | | Beko Rebitz-Richardson (CA Bar No. 238027) |
| 14 | | brichardson@bsfllp.com |
| | | Erika Nyborg-Burch (CA Bar No. 342125) |
| 15 | | enyborg-burch@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 16 | | 44 Montgomery Street, 41st Floor |
| 17 | | San Francisco, CA 94104 |
| | | Telephone: (415) 293 6858 |
| 18 | | Facsimile (415) 999 9695 |
| 19 | | James W. Lee (*pro hac vice*) |
| 20 | | jlee@bsfllp.com |
| | | Rossana Baeza |
| 21 | | rbaeza@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 22 | | 100 SE 2nd Street, Suite 2800 |
| | | Miami, FL 33130 |
| 23 | | Telephone: (305) 539-8400 |
| 24 | | Facsimile: (305) 539-1304 |
| 25 | | Bill Carmody (*pro hac vice*) |
| | | bcarmody@susmangodfrey.com |
| 26 | | Shawn J. Rabin (*pro hac vice*) |
| | | srabin@susmangodfrey.com |
| 27 | | Steven Shepard (*pro hac vice*) |
| | | sshepard@susmangodfrey.com |
| 28 | | Alexander P. Frawley (*pro hac vice*) |

| | |
|---|---|
| 1 | afrawley@susmangodfrey.com |
| 2 | SUSMAN GODFREY L.L.P. |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 3 | New York, NY  10019 |
|   | Telephone: (212) 336-8330 |
| 4 | |
| 5 | John A. Yanchunis (pro hac vice) |
|   | jyanchunis@forthepeople.com |
| 6 | Ryan J. McGee (pro hac vice) |
|   | rmcgee@forthepeople.com |
| 7 | MORGAN & MORGAN, P.A. |
|   | 201 N Franklin Street, 7th Floor |
| 8 | Tampa, FL 33602 |
|   | Telephone: (813) 223-5505 |
| 9 | Facsimile: (813) 222-4736 |
| 10 | |
|    | Michael F. Ram, CA Bar No. 104805 |
| 11 | mram@forthepeople.com |
|    | MORGAN & MORGAN |
| 12 | 711 Van Ness Ave, Suite 500 |
|    | San Francisco, CA 94102 |
| 13 | Tel: (415) 358-6913 |
| 14 | |
|    | *Attorneys for Plaintiffs* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Response to Plaintiffs' Fourth Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: March 16, 2023                By     /s/ Andrew H. Schapiro
                                            Andrew H. Schapiro
                                            *Counsel on behalf of Defendants*

# [~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS:** Google's Answer to Plaintiffs' Third Amended Complaint, Dkt. 531, shall apply to Plaintiffs' Fourth Amended Complaint and no further response to the Fourth Amended Complaint is required.

**IT IS SO ORDERED.**

Dated: March 16, 2023

Hon. Yvonne Gonzalez Rogers
United States District Judge