UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.  20-cv-03664-YGR   (SVK)<br><br>**ORDER RE PENDING ADMINISTRATIVE MOTIONS FOR LEAVE TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 848, 889 |

On and after June 24, 2022, the Parties filed a number of administrative motions for leave to file under seal materials relating to Plaintiffs' Motion for Additional Discovery Sanctions and Google's Motion to Deprecate. *See, e.g.,* Dkt. Nos. 614, 655, 695, 707, 797, 809, 815, 833, 848, 857, 892, and 893.  To efficiently address pending motions to seal such materials, the Court **ORDERS** Google to identify all pending administrative motions to seal materials related to the above-referenced discovery motions and file an omnibus proposed order encompassing those motions to seal by **April 3, 2023**.  Google shall also submit a Word version of the proposed order to svkcrd@cand.uscourts.gov.

The proposed order should set forth the pending motions to seal in order of the docket number of the original sealing motion, as depicted below:

| **Dkt. Nos. of Original Sealing Motion and Declaration/Statement in Support of Sealing submitted pursuant to Civ. L.R. 79-5(c) or 79-5(f)(3)** | **Description of Document Sought to be Sealed** | **Page and Line Numbers of Text Sought to be Sealed** | **Basis for Sealing** |
|---|---|---|---|

////

////

This Order terminates Dkt. Nos. 614, 655, 695, 707, 797, 809, 815, 833, 848, 857, 892, and 893. The Court will issue an order addressing the pending sealing motions after it receives the requested proposed order.

**SO ORDERED.**

Dated: March 20, 2023

SUSAN VAN KEULEN
United States Magistrate Judge