UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-03664-YGR (SVK)<br><br>**REDACTION ORDER**<br><br>Re: Dkt. Nos. 898, 899 |

The following Orders dated March 20, 2023 have been provisionally filed under seal:

- Dkt. 898: Order on (1) Plaintiffs' Motion for Additional Discovery Sanctions; and (2) Google's Administrative Motion for Leave to Deprecate; and
- Dkt. 899: Order re Preservation of Certain Mapping and Linking Tables.

For each of these Orders, the Parties are ordered to meet and confer and submit joint proposed redactions, an administrative motion for leave to file under seal, and a proposed order by **March 30, 2023**. If no proposed redactions are received by 11:59 p.m. on March 30, 2023, the Court will unseal the Orders in their entirety.

**SO ORDERED.**

Dated: March 20, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge