**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-03664-YGR-SVK |
| Plaintiffs, | **GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRANSCRIPT OF THE PARTIES' MEET AND CONFER ON JANUARY 27, 2023 PURSUANT TO DKT. 904** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | Referral: Hon. Susan van Keulen, USMJ |
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRANSCRIPT OF THE PARTIES' MEET AND CONFER ON JANUARY 27, 2023 PURSUANT TO DKT. 1001** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | Referral: Hon. Susan van Keulen, USMJ |

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK

1  Pursuant to the Court's March 21, 2023 Order (*Brown* Dkt. 904; *Calhoun* Dkt. 1001),
2  Defendant Google LLC respectfully submits the attached transcript of the Parties' January 27, 2023
3  meet and confer session for filing under seal. Consistent with the March 21, 2022 Order and for the
4  reasons set forth in Google's prior motions to seal materials in connection with Google's Motion
5  for Relief Regarding Preservation, *see, e.g. Brown* Dkts. 781, 805, 848; *Calhoun* Dkts. 897, 929,
6  942, 973, Google respectfully requests that the Court maintain the transcript under seal.

DATED: March 21, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Andrew H. Schapiro*

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
Maria Hayrapetian (CA Bar No. 315797)
mariehayrapetian@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

| | |
|---|---|
| 1 | Josef Ansorge (admitted *pro hac vice*) |
| 2 | josefansorge@quinnemanuel.com<br>Xi ("Tracy") Gao (CA Bar No. 326266) |
| 3 | tracygao@quinnemanuel.com<br>Carl Spilly (admitted *pro hac vice*) |
| 4 | carlspilly@quinnemanuel.com |
| 5 | 1300 I Street NW, Suite 900<br>Washington D.C., 20005 |
| 6 | Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100 |
| 7 | |
| 8 | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com |
| 9 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 10 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| 11 | Jonathan Tse (CA Bar No. 305468) |
| 12 | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 13 | San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| 14 | Facsimile: (415) 875-6700 |
| 15 | *Attorneys for Defendant Google LLC* |

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK

2

GOOGLE'S ADMINISTRATIVE MOTION TO FILE MEET AND CONFER TRANSCRIPT UNDER SEAL