**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)  Andrew H. Schapiro (admitted *pro hac vice*)
dianedoolittle@quinnemanuel.com  andrewschapiro@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)  Teuta Fani (admitted *pro hac vice*)
sarajenkins@quinnemanuel.com  teutafani@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor  Joseph H. Margolies (admitted *pro hac vice*)
Redwood Shores, CA 94065  josephmargolies@quinnemanuel.com
Telephone: (650) 801-5000  191 N. Wacker Drive, Suite 2700
Facsimile: (650) 801-5100  Chicago, IL 60606
  Telephone: (312) 705-7400
  Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)  Josef Ansorge (admitted *pro hac vice*)
stephenbroome@quinnemanuel.com  josefansorge@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)  Xi ("Tracy") Gao (CA Bar No. 326266)
violatrebicka@quinnemanuel.com  tracygao@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)  Carl Spilly (admitted *pro hac vice)*
crystalnixhines@quinnemanuel.com  carlspilly@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)  1300 I Street NW, Suite 900
alyolson@quinnemanuel.com  Washington D.C., 20005
865 S. Figueroa Street, 10th Floor  Telephone: (202) 538-8000
Los Angeles, CA 90017  Facsimile: (202) 538-8100
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Defendant Google LLC*
*Additional counsel on signature pages*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF ALYSSA G. OLSON IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S MOTION FOR SUMMARY JUDGEMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Alyssa G. Olson, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant, Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Google LLC's Administrative Motion to Seal Portions of Google's Motion for Summary Judgment ("Motion"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that certain information sought to be sealed consists of Google's confidential information and that public disclosure could cause competitive harm.

3. The information requested to be sealed contains Google's non-public, sensitive confidential and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including details related to Google's internal projects, internal identifiers, data signals and logs, and their proprietary functionalities, as well as internal metrics, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

4. Such highly confidential information reveals Google's internal strategy and systems regarding various important products and nonpublic investigations thereto and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3. The redacted portions also contain, summarize or reflect material designated, Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order.

5. Public disclosure of such highly confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, focus their patent prosecution strategies, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal systems and operations.

6.   Google also respectfully requests that the Court seal the portions of the materials filed with Google's Motion for Summary Judgment that contain, reflect, or summarize information Plaintiffs have previously designated as confidential according to the Stipulated Protective Order (Dkt. 81).

7.   For these reasons, Google respectfully requests that the Court order the identified portions of Google's Motion for Summary Judgment and accompanying materials to be filed under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Culver City, California on March 21, 2023.

DATED:  March 21, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Alyssa G. Olson*
Alyssa G. Olson
*Attorney for Defendant*