UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal portions of Google's Motion for Summary Judgment ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google LLC's Motion for Summary Judgment<br><br>Pages 2:27-28, 6:17, 6:19, 7:4 | Olson Declaration ¶¶ 3-5 | |
| Statement of Undisputed Facts<br><br>Pages 5:11, 5:21, 6:10, 7:3, 10:7 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 11<br><br>Plaintiff William Byatt's Objections and Responses to Defendant's Third Set of Requests for Admission (Nos. 22-29)<br><br><u>Plaintiffs' Material</u><br><br>PDF Page 7:9-10, 7:12-13 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | |
| Broome Declaration Ex. 16<br><br>Plaintiff Chasom Brown's Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-6)<br><br><u>Plaintiffs' Material</u><br><br>PDF Pages 4:13, 4:17-19, 4:21, 7:5-7, 7:10 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | |
| Broome Declaration Ex. 17<br><br>Plaintiff William Byatt's Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-6) | Olson Declaration ¶ 6; Plaintiffs to provide declaration | |

| | | |
|---|---|---|
| Plaintiffs' Material<br><br>PDF Pages 4:13-15, 4:17-18, 4:20-21, 7:1-2, 7:5 | | |
| Broome Declaration Ex. 18<br><br>Plaintiff Christopher Castillo's Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-6)<br><br>Plaintiffs' Material<br><br>PDF Pages 4:13-15, 4:17-20, 4:22, 5:7, 7:2-8 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | |
| Broome Declaration Ex. 19<br><br>Plaintiff Jeremy Davis' Objections and Responses to Defendant's First Set of Interrogatories (nos. 1-6)<br><br>Plaintiffs' Material<br><br>PDF Pages 4:13, 4:16, 7:6 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | |
| Broome Declaration Ex. 20<br><br>Plaintiff Chasom Brown's Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5<br><br>Plaintiffs' Material<br><br>PDF Pages 4:6, 4:11, 5:10-13, 5:15-16, 6:10-12, 6:15, 7:5-8, 7:11 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | |
| Broome Declaration Ex. 21<br><br>Plaintiff William Byatt's Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5<br><br>Plaintiffs' Material | Olson Declaration ¶ 6; Plaintiffs to provide declaration | |

| | | | |
|---|---|---|---|
| PDF Pages 4:6, 5:10-13, 5:15-16, 6:10-11, 6:14, 7:3-5, 7:8 | | | |
| Broome Declaration Ex. 22<br><br>Plaintiff Christopher Castillo's Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5<br><br><u>Plaintiffs' Material</u><br><br>PDF Pages 4:6, 5:10-18, 6:12-18, 7:7-14 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | | |
| Broome Declaration Ex. 23<br><br>Plaintiff Jeremy Davis' Verified Amended Objections and Responses to Defendant's Interrogatories 1, 4, and 5<br><br><u>Plaintiffs' Material</u><br><br>PDF Pages 4:7, 5:10-13, 5:15-17, 6:15, 7:10 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | | |
| Broome Declaration Ex. 28<br><br>Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Sets of Interrogatories (Nos. 3 & 10)<br><br><u>Plaintiffs' Material</u><br><br>PDF Pages 3:12, 4:13, 4:16-17, 4:20, 6:12-17, 7:11-13, 7:15 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | | |
| Broome Declaration Ex. 30<br><br>William Byatt's Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 12–15)<br><br><u>Plaintiffs' Material</u><br><br>PDF Page 4:16-17, 4: 19-20 | Olson Declaration ¶ 6; Plaintiffs to provide declaration | | |
| Broome Declaration Ex. 39 | Olson Declaration ¶ 6; Plaintiffs to provide | | |

| | | |
|---|---|---|
| Plaintiffs' Objections and Responses to Defendant's Sixth Set of Interrogatories (No. 17)<br><br>Plaintiffs' Material<br><br>7:11-13, 7:16-17, 7:20, 8:2-3, 8:6-7, 12:24-13:1 | declaration | |
| Broome Declaration Ex. 41<br><br>Defendant Google LLC's Objections and Responses to Plaintiffs' 7th Set of Interrogatories (Nos. 21-29)<br><br>Pages 4:7, 4:26, 6:17, 6:25-26, 7:13-14, 7:20, 7:27, 8:3-5, 8:13-14, 8:19 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 45<br><br>June 16, 2021 Glenn Berntson Deposition Transcript<br><br>Pages 281:11, 372:11, 372:15 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 56<br><br>February 18, 2022 Rory McClelland Deposition Transcript<br><br>Page 277:5 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 57<br><br>March 10, 2022 Stephen Chung 30(b)(6) Deposition Transcript<br><br>Pages 25:7, 25:14, 25:23-24, 26:3, 26:5-9, 27:10-11 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 65<br><br>Brown - Google Subscriber Information (GOOG-BRWN-00029466)<br><br>Seal Entirely | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 66<br><br>Byatt - Google Subscriber | Olson Declaration ¶¶ 3-5 | |

| | | |
|---|---|---|
| Information (GOOG-BRWN-00030964)<br><br>Seal Entirely | | |
| Broome Declaration Ex. 67<br><br>Castillo - Google Subscriber Information (GOOG-BRWN-00030104)<br><br>Seal Entirely | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 68<br><br>Davis - Google Subscriber Information (GOOG-BRWN-00229529)<br><br>Seal Entirely | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 69<br><br>Trujillo - Google Subscriber Information (GOOG-BRWN-00229514)<br><br>Seal Entirely | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 70<br><br>Log Data Usage Rules (GOOG-BRWN-00029004)<br><br>Seal Entirely | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 71<br><br>Device/App/Browser Fingerprinting and Immutable Identifiers Policy (GOOG-BRWN-00029326)<br><br>Seal Entirely | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 75<br><br>April 15, 2022 Expert Report of Bruce Schneier<br><br>Pages 25, 57-59, 73-75, 80, 83, 87, 89-91, 93, 96-97 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 77 | Olson Declaration ¶¶ 3-6;<br>Plaintiffs to provide | |

| | | |
|---|---|---|
| April 15, 2022 Expert Report of Jonathan E. Hochman<br><br>Plaintiffs' Material<br><br>Paragraphs 88-90, 115, 174-78, 224-25, 234, 236, 243, 246-47,<br><br>Appendix B -  paragraphs 11-13, 18-23, pages 17-36<br><br>Appendix G - paragraphs 7-8, 24, 26<br><br>Appendix H - TOC and paragraphs 1-41<br><br>Google Material<br><br>Pages 9, 36, 44-46, 51-56, 59, 61,63-71, 73-76, 82, 86-91, 93-96, 98-108, 110-112, 115-126, 128-132, 134, 136-137, 139, 142, 145, 150, 152-154<br><br>Appendix A - Pages 3-4, 15, 19<br><br>Appendix D - Pages 1-5<br><br>Appendix E - Seal entirely<br><br>Appendix F - Pages 2-10<br><br>Appendix G - Pages 1-6, 8-13<br><br>Appendix H - Pages 1-30<br><br>Appendix I - Seal entirely<br><br>Exhibit C - Seal entirely<br><br>Exhibit E - Seal entirely | declaration | |
| Broome Declaration Ex. 79<br><br>May 20, 2022  Expert Report of Mark Keegan: Rebuttal of Expert Report of Professor On | Olson Declaration ¶¶ 3-5 | |

| | | |
|---|---|---|
| Amir<br><br>Pages 59, 61<br><br>Exhibit 8 - Pages: Keegan_Exhibits_81, Keegan_Exhibits_83-87 | | |
| Broome Declaration Ex. 80<br><br>June 7, 2022 Expert Rebuttal Report of Georgios Zervas, PhD<br><br>Pages 9, 53 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 81<br><br>June 7, 2022 Expert Report of Professor Paul Schwartz<br><br>Pages 35-37, 39-41 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 82<br><br>June 7, 2022 Expert Report of Konstantinos Psounis, PhD<br><br>Pages 3-4, 22-24, 31-32, 38-43, 50-53, 58-59, 65-66, 73, 78, 87-89, 94-95, 105, 107-108, 110-112, 114, 117, 175-184, 187-190 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 83<br><br>August 4, 2022 Declaration of Glenn Berntson regarding Google Ad Manager and Google Adsense<br><br>Pages 19:21-23, 20:20-24, 21:1-7 | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 85<br><br>August 5, 2022 Declaration of Jonathan McPhie Regarding Google's Disclosures<br><br>Plaintiffs' Material<br><br>Pages 22:21, 22:23, 22:25, 23:2, 23:4, 23:6 | Olson Declaration ¶¶ 3-6; Plaintiffs to provide declaration | |

| | | |
|---|---|---|
| Google Material<br><br>Pages 16:15, 16:18, 16:25, 23:10, 23:14, 25:8, 26:11-12, 29:3, 29:5-14, 32:5, 32:22, 33:10 | | |
| Broome Declaration Ex. 87<br><br>Exhibit 15 to the August 5, 2022 Declaration of Jonathan McPhie Regarding Google's Disclosures (GOOG-CABR-05435660)<br><br>Seal Entirely | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 88<br><br>Exhibit 17 to the August 5, 2022 Declaration of Jonathan McPhie Regarding Google's Disclosures<br><br>Seal Entirely | Olson Declaration ¶¶ 3-5 | |
| Broome Declaration Ex. 142<br><br>4/29/21 Monsees Depo Transcript Excerpt<br><br>Page 86:14-15, 20-22 | Olson Declaration ¶¶ 3-5 | |

**SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge