**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF GOOGLE, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br>Date:    May 12, 2023<br>Time:    1:00 p.m. |

I, Stephen A. Broome, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice in the Northern District of California by this Court. I have personal knowledge of the matters set forth herein and am competent to testify.

**Written Discovery**

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiff Chasom Brown's Amended Objections and Response to Defendant's First Set of Requests for Admission, dated May 24, 2021.

3. Attached as **Exhibit 2** is a true and correct copy of Plaintiff William Byatt's Amended Objections and Response to Defendant's First Set of Requests for Admission, dated May 24, 2021.

4. Attached as **Exhibit 3** is a true and correct copy of Plaintiff Christopher Castillo's Amended Objections and Response to Defendant's First Set of Requests for Admission, dated May 24, 2021.

5. Attached as **Exhibit 4** is a true and correct copy of Plaintiff Jeremy Davis' Amended Objections and Response to Defendant's First Set of Requests for Admission, dated May 24, 2021.

6. Attached as **Exhibit 5** is a true and correct copy of Plaintiff Chasom Brown's Amended Objections and Responses to Defendant's Second Set of Requests for Admission, dated May 24, 2021.

7. Attached as **Exhibit 6** is a true and correct copy of Plaintiff William Byatt's Amended Objections and Responses to Defendant's Second Set of Requests for Admission, dated May 24, 2021.

8. Attached as **Exhibit 7** is a true and correct copy of Plaintiff Christopher Castillo's Amended Objections Responses to Defendant's Second Set of Requests for Admission, dated May 24, 2021.

9. Attached as **Exhibit 8** is a true and correct copy of Plaintiff Jeremy Davis's Amended Objections and Responses to Defendant's Second Set of Requests for Admission, dated May 24, 2021.

10. Attached as **Exhibit 9** is a true and correct copy of Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Sets of Requests for Admission, dated June 7, 2021.

11. Attached as **Exhibit 10** is a true and correct copy of Plaintiff Chasom Brown's Objections and Responses to Defendant's Third Set of Requests for Admission, dated July 30, 2021.

12. Attached as **Exhibit 11** is a true and correct copy of Plaintiff William Byatt's Objections and Responses to Defendant's Third Set of Requests for Admission, dated July 30, 2021.

13. Attached as **Exhibit 12** is a true and correct copy of Plaintiff Christopher Castillo's Objections and Responses to Defendant's Third Set of Requests for Admission, dated July 30, 2021.

14. Attached as **Exhibit 13** is a true and correct copy of Plaintiff Jeremy Davis' Objections and Responses to Defendant's Third Set of Requests for Admission, dated July 30, 2021.

15. Attached as **Exhibit 14** is a true and correct copy of Plaintiff Monique Trujillo's Objections and Responses to Defendant's Third Set of Requests for Admission, dated July 30, 2021.

16. Attached as **Exhibit 15** is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Admission, dated November 6, 2020.

17. Attached as **Exhibit 16** is a true and correct copy of Plaintiff Chasom Brown's Objections and Responses to Defendant's First Set of Interrogatories, dated January 11, 2021.

18. Attached as **Exhibit 17** is a true and correct copy of Plaintiff William Byatt's Objections and Responses to Defendant's First Set of Interrogatories, dated January 11, 2021.

19. Attached as **Exhibit 18** is a true and correct copy of Plaintiff Christopher Castillo's Objections and Responses to Defendant's First Set of Interrogatories, dated January 11, 2021.

20. Attached as **Exhibit 19** is a true and correct copy of Plaintiff Jeremy Davis's Objections and Responses to Defendant's First Set of Interrogatories, dated January 11, 2021.

21. Attached as **Exhibit 20** is a true and correct copy of Plaintiff Chasom Brown's Amended Objections and Responses to Defendant's Interrogatory Nos. 1, 4, and 5, dated May 12, 2021.

22. Attached as **Exhibit 21** is a true and correct copy of Plaintiff William Byatt's Amended Objections and Responses to Defendant's Interrogatory Nos. 1, 4 and 5, dated May 12, 2021.

23. Attached as **Exhibit 22** is a true and correct copy of Plaintiff Christopher Castillo's Amended Objections and Responses to Defendant's Interrogatory Nos. 1, 4, and 5, dated May 12, 2021.

24. Attached as **Exhibit 23** is a true and correct copy of Plaintiff Jeremy Davis's Amended Objections and Responses to Defendant's Interrogatory Nos. 1, 4, and 5, dated May 12, 2021.

25. Attached as **Exhibit 24** is a true and correct copy of Plaintiff Chasom Brown's Amended Objections and Responses to Defendant's Second Set of Interrogatories, dated June 1, 2021.

26. Attached as **Exhibit 25** is a true and correct copy of Plaintiff William Byatt's Amended Objections and Responses to Defendant's Second Set of Interrogatories, dated June 1, 2021.

27. Attached as **Exhibit 26** is a true and correct copy of Plaintiff Christopher Castillo's Amended Objections and Responses to Defendant's Second Set of Interrogatories, dated June 1, 2021.

28. Attached as **Exhibit 27** is a true and correct copy of Plaintiff Jeremy Davis's Amended Objections and Responses to Defendant's Second Set of Interrogatories, dated June 1, 2021.

29. Attached as **Exhibit 28** is a true and correct copy of Plaintiff Monique Trujillo's Objections and Responses to Defendant's First and Second Sets of Interrogatories, dated June 7, 2021.

30. Attached as **Exhibit 29** is a true and correct copy of Plaintiff Chasom Brown's Objections and Responses to Defendant's Fourth Set of Interrogatories, dated July 30, 2021.

31. Attached as **Exhibit 30** is a true and correct copy of Plaintiff William Byatt's Objections and Responses to Defendant's Fourth Set of Interrogatories, dated July 30, 2021.

32. Attached as **Exhibit 31** is a true and correct copy of Plaintiff Christopher Castillo's Objections and Responses to Defendant's Fourth Set of Interrogatories, dated July 30, 2021.

33. Attached as **Exhibit 32** is a true and correct copy of Plaintiff Jeremy Davis' Objections and Responses to Defendant's Fourth Set of Interrogatories, dated July 30, 2021.

34. Attached as **Exhibit 33** is a true and correct copy of Plaintiff Monique Trujillo's Objections and Responses to Defendant's Fourth Set of Interrogatories, dated July 30, 2021.

35. Attached as **Exhibit 34** is a true and correct copy of Plaintiff Chasom Brown's Objections and Responses to Defendant's Fifth Set of Interrogatories, dated September 20, 2021.

36. Attached as **Exhibit 35** is a true and correct copy of Plaintiff William Byatt's Objections and Responses to Defendant's Fifth Set of Interrogatories, dated September 20, 2021.

37. Attached as **Exhibit 36** is a true and correct copy of Plaintiff Christopher Castillo's Objections and Responses to Defendant's Fifth Set of Interrogatories, dated September 20, 2021.

38. Attached as **Exhibit 37** is a true and correct copy of Plaintiff Jeremy Davis' Objections and Responses to Defendant's Fifth Set of Interrogatories, dated September 20, 2021.

39. Attached as **Exhibit 38** is a true and correct copy of Plaintiff Monique Trujillo's Objections and Responses to Defendant's Fifth Set of Interrogatories, dated September 20, 2021.

40. Attached as **Exhibit 39** is a true and correct copy of Plaintiffs' Objections and Responses to Defendant's Sixth Set of Interrogatories, dated April 15, 2022.

41. Attached as **Exhibit 40** is a true and correct copy of Defendant's Amended Responses and Objections to Plaintiffs' Interrogatory Nos. 1 and 3, dated October 6, 2021.

42. Attached as **Exhibit 41** is a true and correct copy of Defendant's Objections and Responses to Plaintiffs' Seventh Set of Interrogatories, dated January 20, 2022.

43. Attached as **Exhibit 42** is a true and correct copy of Non-party Mozilla Corporation's Objections and Responses to Plaintiffs' Subpoena to Produce documents, Information or Objects, dated August 27, 2021.

44. Attached as **Exhibit 43** is a true and correct copy of a letter from Apple to Counsel for Plaintiffs, dated September 20, 2021.

45. Attached as **Exhibit 44** is a true and correct copy of Third-party Respondent Microsoft Corporation's Objections and Responses to Plaintiffs' Subpoena, dated August 27, 2021.

**Deposition and Hearing Transcripts**

46. Attached as **Exhibit 142** is a true and correct copy of excerpts from the transcript of the deposition of David Monsees, taken on April 9, 2021.

47. Attached as **Exhibit 143** is a true and correct copy of excerpts from the transcript of the deposition of David Monsees, taken on June 11, 2021.

48. Attached as **Exhibit 45** is a true and correct copy of excerpts from the transcript of the deposition of Glenn Berntson, taken on June 16, 2021.

49. Attached as **Exhibit 145** is a true and correct copy of excerpts from the transcript of the deposition of Brian Rakowski, taken on August 19, 2021.

50. Attached as **Exhibit 46** is a true and correct copy of excerpts from the transcript of the deposition of Gregory Fair, taken on December 14, 2021.

51. Attached as **Exhibit 47** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff William Byatt, taken on December 20, 2021.

52. Attached as **Exhibit 48** is a true and correct copy of the document marked as Exhibit 2 to the deposition of William Byatt.

53. Attached as **Exhibit 49** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Jeremy Davis, taken on January 7, 2022.

54. Attached as **Exhibit 50** is a true and correct copy of the document marked as Exhibit 4 to the deposition of Jeremy Davis.

55. Attached as **Exhibit 51** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Chasom Brown, taken on January 13, 2022.

56. Attached as **Exhibit 52** is a true and correct copy of the document marked as Exhibit 1 to the deposition of Chasom Brown.

57. Attached as **Exhibit 53** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Christopher Castillo, taken on February 8, 2022.

58. Attached as **Exhibit 54** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Monique Trujillo, taken on February 11, 2022.

59. Attached as **Exhibit 55** is a true and correct copy of the document marked as Exhibit 1 to the deposition of Monique Trujillo.

60. Attached as **Exhibit 56** is a true and correct copy of excerpts from the transcript of the deposition of Rory McClelland, taken on February 18, 2022.

61. Attached as **Exhibit 57** is a true and correct copy of excerpts from the transcript of the deposition of Stephen Chung, taken on March 10, 2022.

62. Attached as **Exhibit 144** is a true and correct copy of excerpts from the transcript of the deposition of Adriana Porter Felt, taken on March 17, 2022.

63. Attached as **Exhibit 58** is a true and correct copy of excerpts from the transcript of the deposition of Mark Keegan, taken on July 15, 2022.

64. Attached as **Exhibit 59** is a true and correct copy of excerpts from the transcript of the deposition of Bruce Schneier, taken on July 18, 2022.

65. Attached as **Exhibit 60** is a true and correct copy of the document marked as Exhibit 7 to the deposition of Bruce Schneier.

66. Attached as **Exhibit 61** is a true and correct copy of excerpts from the transcript of the deposition of Jonathan Hochman, taken on July 20, 2022.

67. Attached as **Exhibit 62** is a true and correct copy of excerpts from the transcript of the deposition of Glenn Berntson, taken on February 14, 2023.

68. Attached as **Exhibit 63** is a true and correct copy of excerpts from the transcript of the deposition of Jonathan McPhie, taken on February 15, 2023.

69. Attached as **Exhibit 64** is a true and correct copy of excerpts from the transcript of the October 24, 2022 *Calhoun* Evidentiary Hearing.

**Google-Produced Documents**

70.     Attached as **Exhibit 65** is a true and correct copy of Plaintiff Chasom Brown's Google Subscriber Information produced in this litigation by Google bearing Bates numbers GOOG-BRWN-00029466 through GOOG-BRWN-00029489.

71.     Attached as **Exhibit 66** is a true and correct copy of Plaintiff William Byatt's Google Subscriber Information produced in this litigation by Google bearing Bates number GOOG-BRWN-00030964.

72.     Attached as **Exhibit 67** is a true and correct copy of Plaintiff Christopher Castillo's Google Subscriber Information produced in this litigation by Google bearing Bates numbers GOOG-BRWN-00030104 through GOOG-BRWN-00030111.

73.     Attached as **Exhibit 68** is a true and correct copy of Plaintiff Jeremy Davis' Google Subscriber Information produced in this litigation by Google bearing Bates numbers GOOG-BRWN-00229529 through GOOG-BRWN-00229531.

74.     Attached as **Exhibit 69** is a true and correct copy of Plaintiff Monique Trujillo's Google Subscriber Information produced in this litigation by Google bearing Bates numbers GOOG-BRWN-00229514 through GOOG-BRWN-00229518.

75.     Attached as **Exhibit 70** is a true and correct copy of the Log Data Usage Rules produced in this litigation by Google bearing Bates numbers GOOG-BRWN-00029004 through GOOG-BRWN-00029009.

76.     Attached as **Exhibit 71** is a true and correct copy of the Device/App/Browser Fingerprinting and Immutable Identifiers Policy produced in this litigation by Google bearing Bates numbers GOOG-BRWN-00029326 through GOOG-BRWN-00029327.

**Incognito Screens**

77.     Attached as **Exhibit 72** is a true and correct copy of the June 2017 Incognito Screen produced in this litigation by Google bearing Bates number GOOG-CABR-04400003.

78.     Attached as **Exhibit 73** is a true and correct copy of the September 2018 Incognito Screen produced in this litigation by Google bearing Bates number GOOG-CABR-04400005.

79. Attached as **Exhibit 74** is a true and correct copy of the October 2020 Incognito Screen produced in this litigation by Google bearing Bates number GOOG-CABR-04400007.

### Expert Reports

80. Attached as **Exhibit 75** is a true and correct copy of the Expert Report of Bruce Schneier, dated April 15, 2022.

81. Attached as **Exhibit 76** is a true and correct copy of the Expert Report of Georgios Zervas, PHD, dated April 15, 2022.

82. Attached as **Exhibit 77** is a true and correct copy of the Expert Report of Jonathan E. Hochman, dated April 15, 2022.

83. Attached as **Exhibit 78** is a true and correct copy of the Expert Report of Professor On Amir, dated April 15, 2022.

84. Attached as **Exhibit 79** is a true and correct copy of the Expert Report of Mark Keegan.

85. Attached as **Exhibit 80** is a true and correct copy of the Expert Report Rebuttal of Georgios Zervas, PHD, dated June 7, 2022.

86. Attached as **Exhibit 81** is a true and correct copy of the Expert Report of Professor Paul Schwartz, dated June 7, 2022.

87. Attached as **Exhibit 82** is a true and correct copy of the Expert Report of Konstantinos Psounis, PH.D, dated June 7, 2022.

### Declarations

88. Attached as **Exhibit 83** is a true and correct copy of the Declaration of Glenn Berntson, dated August 4, 2022.

89. Attached as **Exhibit 84** is a true and correct copy of the Declaration of Steve Ganem, dated August 4, 2022.

90. Attached as **Exhibit 85** is a true and correct copy of the Declaration of Jonathan McPhie, dated August 5, 2022.

91. Attached as **Exhibit 86** is a true and correct copy of the document marked as Exhibit 4 to the McPhie Declaration, "Create an Account" Page.

92. Attached as **Exhibit 87** is a true and correct copy of the document marked as Exhibit 15 to the McPhie Declaration.

93. Attached as **Exhibit 88** is a true and correct copy of the document marked as Exhibit 17 to the McPhie Declaration.

94. Attached as **Exhibit 89** is a true and correct copy of the document marked as Exhibit 16 to the McPhie Declaration, "Browse in private" Help Page.

95. Attached as **Exhibit 90** is a true and correct copy of the document marked as Exhibit 18 to the McPhie Declaration, "How private browsing works in Chrome" Help Page.

96. Attached as **Exhibit 91** is a true and correct copy of the document marked as Exhibit 29 to the McPhie Declaration, "How Chrome Incognito keeps your browsing private" Help Page.

97. Attached as **Exhibit 92** is a true and correct copy of the document marked as Exhibit 30 to the McPhie Declaration, "Search & browse privately" Help Page.

**Google Privacy Policies**

98. Attached as **Exhibit 93** is a true and correct copy of the March 25, 2016 Google Privacy Policy.

99. Attached as **Exhibit 94** is a true and correct copy of the June 28, 2016 Google Privacy Policy.

100. Attached as **Exhibit 95** is a true and correct copy of the August 29, 2016 Google Privacy Policy.

101. Attached as **Exhibit 96** is a true and correct copy of the March 1, 2017 Google Privacy Policy.

102. Attached as **Exhibit 97** is a true and correct copy of the April 17, 2017 Google Privacy Policy.

103. Attached as **Exhibit 98** is a true and correct copy of the October 2, 2017 Google Privacy Policy.

104. Attached as **Exhibit 99** is a true and correct copy of the December 18, 2017 Google Privacy Policy.

105. Attached as **Exhibit 100** is a true and correct copy of the May 25, 2018 Google Privacy Policy.

106. Attached as **Exhibit 101** is a true and correct copy of the January 22, 2019 Google Privacy Policy.

107. Attached as **Exhibit 102** is a true and correct copy of the October 15, 2019 Google Privacy Policy.

108. Attached as **Exhibit 103** is a true and correct copy of the December 19, 2019 Google Privacy Policy.

109. Attached as **Exhibit 104** is a true and correct copy of the March 31, 2020 Google Privacy Policy.

110. Attached as **Exhibit 105** is a true and correct copy of the July 1, 2020 Google Privacy Policy.

111. Attached as **Exhibit 106** is a true and correct copy of the August 28, 2020 Google Privacy Policy.

112. Attached as **Exhibit 107** is a true and correct copy of the September 30, 2020 Google Privacy Policy.

113. Attached as **Exhibit 108** is a true and correct copy of the February 4, 2021 Google Privacy Policy.

114. Attached as **Exhibit 109** is a true and correct copy of the July 1, 2021 Google Privacy Policy.

115. Attached as **Exhibit 110** is a true and correct copy of the February 10, 2022 Google Privacy Policy.

116. Attached as **Exhibit 111** is a true and correct copy of the October 4, 2022 Google Privacy Policy.

117. Attached as **Exhibit 112** is a true and correct copy of the December 15, 2022 Google Privacy Policy.

**Chrome Privacy Notices**

118.    Attached as **Exhibit 113** is a true and correct copy of the September 1, 2015 Google Chrome Privacy Notice.

119.    Attached as **Exhibit 114** is a true and correct copy of the June 21, 2016 Google Chrome Privacy Notice.

120.    Attached as **Exhibit 115** is a true and correct copy of the August 30, 2016 Google Chrome Privacy Notice.

121.    Attached as **Exhibit 116** is a true and correct copy of the October 11, 2016 Google Chrome Privacy Notice.

122.    Attached as **Exhibit 117** is a true and correct copy of the November 30, 2016 Google Chrome Privacy Notice.

123.    Attached as **Exhibit 118** is a true and correct copy of the January 24, 2017 Google Chrome Privacy Notice.

124.    Attached as **Exhibit 119** is a true and correct copy of the March 7, 2017 Google Chrome Privacy Notice.

125.    Attached as **Exhibit 120** is a true and correct copy of the April 25, 2017 Google Chrome Privacy Notice.

126.    Attached as **Exhibit 121** is a true and correct copy of the March 6, 2018 Google Chrome Privacy Notice.

127.    Attached as **Exhibit 122** is a true and correct copy of the September 24, 2018 Google Chrome Privacy Notice.

128.    Attached as **Exhibit 123** is a true and correct copy of the October 24, 2018 Google Chrome Privacy Notice.

129.    Attached as **Exhibit 124** is a true and correct copy of the December 4, 2018 Google Chrome Privacy Notice.

130.    Attached as **Exhibit 125** is a true and correct copy of the January 30, 2019 Google Chrome Privacy Notice.

1    131.    Attached as **Exhibit 126** is a true and correct copy of the March 12, 2019 Google Chrome Privacy Notice.

132.    Attached as **Exhibit 127** is a true and correct copy of the October 31, 2019 Google Chrome Privacy Notice.

133.    Attached as **Exhibit 128** is a true and correct copy of the December 10, 2019 Google Chrome Privacy Notice.

134.    Attached as **Exhibit 129** is a true and correct copy of the March 17, 2020 Google Chrome Privacy Notice.

135.    Attached as **Exhibit 130** is a true and correct copy of the May 20, 2020 Google Chrome Privacy Notice.

136.    Attached as **Exhibit 131** is a true and correct copy of the January 15, 2021 Google Chrome Privacy Notice.

137.    Attached as **Exhibit 132** is a true and correct copy of the September 23, 2021 Google Chrome Privacy Notice.

138.    Attached as **Exhibit 133** is a true and correct copy of the June 23, 2022 Google Chrome Privacy Notice.

139.    Attached as **Exhibit 134** is a true and correct copy of the August 11, 2022 Google Chrome Privacy Notice.

**Terms of Service**

140.    Attached as **Exhibit 135** is a true and correct copy of the April 14, 2014 Google Terms of Service produced in this litigation by Google bearing Bates numbers GOOG-CABR-00002291 through GOOG-CABR-00002296.

141.    Attached as **Exhibit 136** is a true and correct copy of the October 25, 2017 Google Terms of Service produced in this litigation by Google bearing Bates numbers GOOG-CABR-00002303 through GOOG-CABR-00002308.

142.    Attached as **Exhibit 137** is a true and correct copy of the March 30, 2020 Google Terms of Service produced in this litigation by Google bearing Bates numbers GOOG-CABR-00002315 through GOOG-CABR-00002331.

143. Attached as **Exhibit 138** is a true and correct copy of the January 5, 2020 Google Terms of Service.

144. Attached as **Exhibit 139** is a true and correct copy of the March 31, 2020 Google Chrome and Chrome OS Additional Terms of Service produced in this litigation by Google bearing Bates numbers GOOG-CABR-00002111 through GOOG-CABR-00002114.

145. Attached as **Exhibit 140** is a true and correct copy of the January 1, 2021 Google Chrome and Chrome OS Additional Terms of Service.

**Additional Sources**

146. Attached as **Exhibit 141** is a true and correct copy of the February 2, 2021 Google Chrome Privacy Whitepaper.

147. Google has responded to 235 requests for production, 75 requests for admission, 40 interrogatories, and has produced 6,809,400 million pages and hundreds of gigabytes of data. Plaintiffs deposed 31 witnesses and had access to an additional 19 deposition transcripts from the *Calhoun* matter, all totaling hundreds of hours of testimony. Plaintiffs' experts have also inspected Google's source code.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on March 21, 2023.

By  */s/ Stephen A. Broome*
    Stephen A. Broome