UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br>Date:  May 12, 2023<br>Time:  1:00 p.m. |

# [PROPOSED] ORDER

Before the Court is Google LLC's Motion for Summary Judgment. Having considered the parties' papers files in support of and in opposition to the Motion, the applicable law, argument by counsel, and all other matters properly before the Court, the Court finds there is good cause to **GRANT** Google's Motion.

**THEREFORE, IT IS ORDERED**, that for the reasons stated in the Memorandum of Points and Authorities in Support of the Motion, the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint and all claims for relief alleged therein are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED:_____          _____
                                        HON. YVONNE GONZALEZ ROGERS