UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT SUBMISSION RE: SEALING PORTIONS OF THE MARCH 2, 2023 HEARING TRANSCRIPT REGARDING ORDER TO SHOW CAUSE<br><br>Judge: Hon. Susan van Keulen, USMJ |

**[PROPOSED]** ORDER

Before the Court is the parties' Joint Submission to Seal Portions of the Court's March 2, 2023 Sealed Transcript of Proceedings regarding Order to Show Cause.

Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| March 2, 2023 Sealed Transcript of Proceedings | GRANTED as to the portions at: Highlighted portions at pages 7:13-15, 7:20, 8:4, 9:19-21, 9:23, 10:15, 10:17, 12:7, 13:3, 14:2, 14:11-12, 14:14, 14:16, 14:19, 19:1, 19:8, 19:13, 19:19, 20:18, 21:24-22:1, 22:3, 22:5, 22:10, 22:12-13, 22:20, 22:23-25, 23:5, 23:9-10, 23:18-19, 25:7-14, 26:11, 27:1, 28:2, 29:22, 32:4, 32:11-12, 33:19-20, 36:10, 36:13, 36:18, 37:5, 39:1, 39:14, 40:8, 40:10, 40:13, 41:12-13, 41:17, 41:19-21, 42:6-12, 42:14-16, 43:3, 44:15, 46:23, 47:16, 47:22-23, 48:13, 48:19, 51:17, 56:18, 60:24, 61:3-4, 61:7, 61:9, 61:14-16, 61:25, 62:2, 62:4, 62:13, 64:13, 64:16-18, 65:22-24, 66:1, 66:6, 67:15, 68:2, 71:14, 72:15, 74:9, 74:19, 74:24, 75:13, 75:19, 75:22-76:2, 76:5-6, 76:24, 77:20, 78:2, 78:7, 78:21, 79:1, 79:6, | The information requested to be sealed contains Google's ~~highly~~ confidential and proprietary information regarding ~~highly~~ sensitive features of Google's internal systems and operations, including various types of Google's internal projects, internal project code names, internal team names, data signals, and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its ~~important~~ services~~, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2-3~~. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

| | |
|---|---|
| 79:12, 83:5-6, 83:8, 83:10-11, 83:14-16, 83:19-20, 83:23-84:3, 86:17, 87:1, 87:7, 87:17, 88:9, 88:13, 90:2, 90:16, 90:24, 91:19, 92:18, 92:21, 93:25, 94:2-3, 94:5, 94:11, 94:23, 96:7, 100:13, 101:21-22, 102:16, 103:10, 103:13, 103:19, 106:9, 106:11-12, 106:17-18, 106:20-22, 107:23-108:1, 109:20, 112:12, 113:2-3, 114:20, 115:13, 115:23 | |

**SO ORDERED.**

DATED: March 23, 2023

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE