**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnem...
Teuta Fani (a...
teutafani@quin...
191 N. Wacker...
Chicago, IL 606...
Telephone: (312)...
Facsimile: (3...

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Counsel for Defendant Google LLC*

GRANTED

*Susan van Keulen*
Judge Susan van Keulen

UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRANSCRIPT OF THE PARTIES' MEET AND CONFER ON JANUARY 27, 2023 PURSUANT TO DKT. 904**<br><br>Referral: Hon. Susan van Keulen, USMJ |
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRANSCRIPT OF THE PARTIES' MEET AND CONFER ON JANUARY 27, 2023 PURSUANT TO DKT. 1001**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK

1   Pursuant to the Court's March 21, 2023 Order (*Brown* Dkt. 904; *Calhoun* Dkt. 1001),

2   Defendant Google LLC respectfully submits the attached transcript of the Parties' January 27, 2023

3   meet and confer session for filing under seal. Consistent with the March 21, 2022 Order and for the

4   reasons set forth in Google's prior motions to seal materials in connection with Google's Motion

5   for Relief Regarding Preservation, *see, e.g. Brown* Dkts. 781, 805, 848; *Calhoun* Dkts. 897, 929,

6   942, 973, Google respectfully requests that the Court maintain the transcript under seal.

7

8   DATED: March 21, 2023                    QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP

9                                            By    /s/ Andrew H. Schapiro

10                                           Andrew H. Schapiro (admitted *pro hac vice*)
                                             andrewschapiro@quinnemanuel.com

11                                           Teuta Fani (admitted *pro hac vice*)
                                             teutafani@quinnemanuel.com

12                                           191 N. Wacker Drive, Suite 2700
                                             Chicago, IL 60606

13                                           Telephone: (312) 705-7400
                                             Facsimile: (312) 705-7401

14

15                                           Stephen A. Broome (CA Bar No. 314605)
                                             stephenbroome@quinnemanuel.com

16                                           Viola Trebicka (CA Bar No. 269526)
                                             violatrebicka@quinnemanuel.com

17                                           Crystal Nix-Hines (CA Bar No. 326971)
                                             crystalnixhines@quinnemanuel.com

18                                           Alyssa G. Olson (CA Bar No. 305705)
                                             alyolson@quinnemanuel.com

19                                           Maria Hayrapetian (CA Bar No. 315797)
                                             mariehayrapetian@quinnemanuel.com

20                                           865 S. Figueroa Street, 10th Floor
                                             Los Angeles, CA 90017

21                                           Telephone: (213) 443-3000
                                             Facsimile: (213) 443-3100

22

23                                           Diane M. Doolittle (CA Bar No. 142046)
                                             dianedoolittle@quinnemanuel.com

24                                           Sara Jenkins (CA Bar No. 230097)
                                             sarajenkins@quinnemanuel.com

25                                           555 Twin Dolphin Drive, 5th Floor
                                             Redwood Shores, CA 94065

26                                           Telephone: (650) 801-5000
                                             Facsimile: (650) 801-5100

27

28

1   Josef Ansorge (admitted *pro hac vice*)
    josefansorge@quinnemanuel.com
2   Xi ("Tracy") Gao (CA Bar No. 326266)
    tracygao@quinnemanuel.com
3   Carl Spilly (admitted *pro hac vice)*
    carlspilly@quinnemanuel.com
4   1300 I Street NW, Suite 900
    Washington D.C., 20005
5   Telephone: (202) 538-8000
    Facsimile: (202) 538-8100
6

7   Jomaire A. Crawford (admitted *pro hac vice*)
    jomairecrawford@quinnemanuel.com
8   51 Madison Avenue, 22nd Floor
    New York, NY 10010
9   Telephone: (212) 849-7000
    Facsimile: (212) 849-7100
10

11  Jonathan Tse (CA Bar No. 305468)
    jonathantse@quinnemanuel.com
12  50 California Street, 22nd Floor
    San Francisco, CA 94111
13  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
14

15  *Attorneys for Defendant Google LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28