| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO SUBMIT DECLARATION IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT (DKT. 907)**<br><br>The Honorable Judge Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on March 21, 2023, Google filed its Administrative Motion to Seal Portions of Google's Motion for Summary Judgment ("Motion to Seal") (Dkt. 907);

WHEREAS, on March 21, 2023, Plaintiffs received unredacted copies of Google's Motion to Seal and exhibits cited in Dkt. 908;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the deadline for Plaintiffs, as the Designating Party to portions of Google's Motion to Seal, to establish that such designated material is sealable, was Tuesday, March 28, 2023;

WHEREAS, Plaintiffs have requested and Google does not oppose an extension of time of 20 days to Monday, April 17, 2023, which Plaintiffs have represented will provide them with sufficient time to submit their declaration in support of the designated materials (Dkt. 907).

NOW THEREFORE, the Parties stipulate to extend the deadline by which Plaintiffs shall submit a Declaration in support of Google's Motion to Seal (Dkt. 907), to April, 17 2023.

DATED: March 30, 2023

| BOIES SCHILLER FLEXNER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Mark C. Mao | /s/ Andrew H. Shapiro |
| Mark C. Mao (CA Bar No. 236165) | Andrew H. Schapiro (admitted *pro hac vice*) |
| mmao@bsfllp.com | andrewschapiro@quinnemanuel.com |
| Beko Reblitz-Richardson (CA Bar No. 238027) | Teuta Fani (admitted *pro hac vice*) |
| brichardson@bsfllp.com | teutafani@quinnemanuel.com |
| 44 Montgomery Street, 41st Floor | 191 N. Wacker Drive, Suite 2700 |
| San Francisco, CA 94104 | Chicago, IL 60606 |
| Tel: (415) 293 6858 | Tel: (312) 705-7400 |
| Fax: (415) 999 9695 | Fax: (312) 705-7401 |
| James W. Lee (*pro hac vice*) | Stephen A. Broome (CA Bar No. 314605) |
| jlee@bsfllp.com | sb@quinnemanuel.com |
| Rossana Baeza (*pro hac vice*) | Viola Trebicka (CA Bar No. 269526) |
| rbaeza@bsfllp.com | violatrebicka@quinnemanuel.com |
| 100 SE 2nd Street, Suite 2800 | Crystal Nix-Hines (Bar No. 326971) |
| Miami, FL 33130 | crystalnixhines@quinnemanuel.com |
| Tel: (305) 539-8400 | Alyssa G. Olson (CA Bar No. 305705) |
| Fax: (305) 539-1304 | alyolson@quinnemanuel.com |
|  | 865 S. Figueroa Street, 10th Floor |

| | | |
|---|---|---|
| 1 | Bill Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com | Los Angeles, CA 90017<br>Tel: (213) 443-3000 |
| 2 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com | Fax: (213) 443-3100 |
| 3 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com | Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com |
| 4 | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com | Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com |
| 5 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 6 | New York, NY 10019<br>Tel: (212) 336-8330 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 7 | | |
| 8 | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com |
| 9 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 10 | Los Angeles, CA 90067<br>Tel: (310) 789-3100 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| 11 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com | Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com |
| 12 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com | 1300 I Street NW, Suite 900<br>Carl Spilly (admitted *pro hac vice*) |
| 13 | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor | carlspilly@quinnemanuel.com<br>Xi ("Tracy") Gao (CA Bar No. 326266) |
| 14 | Tampa, FL 33602<br>Tel: (813) 223-5505 | tracygao@quinnemanuel.com<br>Washington D.C., 20005 |
| 15 | Fax: (813) 222-4736 | Tel: (202) 538-8000<br>Fax: (202) 538-8100 |
| 16 | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com | |
| 17 | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com |
| 18 | San Francisco, CA 94102<br>Tel: (415) 358-6913 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 |
| 19 | | Tel: (415) 875-6600<br>Fax: (415) 875-6700 |
| 20 | *Attorneys for Plaintiffs* | *Attorneys for Defendant Google LLC* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO SUBMIT DECLARATION IN SUPPORT OF GOOGLE'S MOTION TO SEAL (DKT. 907).  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: March 30, 2023                             By  /s/ Mark C. Mao
                                                                Mark C. Mao
                                                                *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Plaintiffs to submit a Declaration in support of Google's Motion to Seal (Dkt. 907) is extended to April 17, 2023.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge