1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 908-6 AND 908-7)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1    **[PROPOSED] ORDER**

2    Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents

3    (Dkt. Nos. 908-6 and 908-7) ("Motion").  Having considered the Motion and supporting papers, the

4    Court hereby **GRANTS** the Motion.

6    **SO ORDERED.**

7    DATED: _____

            YVONNE GONZALEZ ROGERS
8           United States District Judge