UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[~~PROPOSED~~] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 908-6 AND 908-7)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [~~PROPOSED~~] ORDER

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents (Dkt. Nos. 908-6 and 908-7) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

DATED: 4/11/2023

_____
YVONNE GONZALEZ ROGERS
United States District Judge