1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ISSUE CERTIFICATION UNDER F.R.C.P. 23(c)(4)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: May 12, 2023<br>Time: 1:00 p.m. |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Plaintiffs' Motion for Issue Certification Under F.R.C.P. 23(c)(4) (Dkt. 894) (the "Motion") came for hearing before this Court on May 12, 2023.  Having considered all papers and oral argument in support and against the Motion, as well as the record in this case and the applicable legal standards, the Court DENIES the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion for Issue Certification Under F.R.C.P. 23(c)(4) (Dkt. 894) is denied.

**IT IS SO ORDERED.**


DATED:

_____        _____
                                                                        HON. YVONNE GONZALEZ ROGERS
                                                                        UNITED STATES DISTRICT JUDGE