# Mao Declaration

# Exhibits 1 – 105

# [Filed under seal]