UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

      Before the Court is Google LLC's ("Google") Motion for Summary Judgment (Dkt. 908) (the "Motion") and Plaintiffs' Response in Opposition to Google's Motion for Summary Judgment (Dkt. \_\_\_\_) (the "Response"). Having considered the parties' papers filed in support of and in opposition to the Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **DENY** Google's Motion.

      Plaintiffs have raised triable issues of material fact that preclude summary judgment. *Cal. v. Ross*, 362 F. Supp. 3d 749, 755-56 (N.D. Cal. 2018); *Opperman v. Path, Inc.*, 205 F. Supp. 3d 1064, 1074 (N.D. Cal. 2016). The legal arguments that Google advances in its Motion are not new and have twice been rejected in this litigation. Dkt. 113 (order denying first motion to dismiss), Dkt. 363 (order denying second motion). The evidence that Plaintiffs have identified supports Article III standing and substantiates the allegations from their Fourth Amended Complaint in support of their seven causes of action, creating at minimum triable issues of material fact. Accordingly, Google cannot meet its summary judgment burden to prove that "no reasonable jury could find" for Plaintiffs, *Calhoun v. Google, LLC*, 2022 WL 18107184, at *7 (N.D. Cal. Dec. 12, 2022).

      **THEREFORE, IT IS ORDERED** that for the reasons stated in the Plaintiffs' Response in Opposition to Google's Motion for Summary Judgment, Google's Motion for Summary Judgment is **DENIED**.

      **IT IS SO ORDERED.**

DATED: _____      _____

                                                              HON. YVONNE GONZALEZ ROGERS
                                                             United States District Judge