**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.:  4:20-cv-03664-YGR-SVK

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Yvonne Gonzalez Rogers
Date:  May 12, 2023
Time: 1:00 p.m.
Location: Courtroom 1 – 4th Floor

Pursuant to Civil Local Rule 7-11 and 79-5 and the Stipulated Protective Order entered in this matter, Dkt. 81, Plaintiffs respectfully submit this Administrative Motion to Seal the following material submitted with Plaintiffs' opposition to Google's motion for summary judgment.

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| June 7, 2022 Rebuttal and Supplemental Expert Report of Jonathan Hochman ("Hochman Rebuttal"): Portions highlighted in yellow in paragraphs 22-23, 30, 38-47, 67-69 | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Exhibit A (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Exhibit B (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix A (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix B (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix C (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix D (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix E (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix F (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix G (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs |

1

| | | |
|---|---|---|
| | | pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix H (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix I (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Rebuttal Report Appendix J (entirety) | Plaintiffs | Contains Material Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Plaintiffs' Opposition to Google's Motion for Summary Judgment: portions highlighted in yellow throughout | Google | Refers to Material Designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Exhibits to Mao Declaration in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment | Google | Material Designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |

## I.    LEGAL STANDARD

### A.    Party Seeking to Seal Its Own Records

"The public has a right of access to the Court's files." Civil L.R. 79-5(a). The presumption of public access can be overcome where the sealing party "articulate[s] compelling reasons supported by specific factual findings . . . that outweigh . . . public policies favoring disclosure such as the public interest in understanding the judicial process." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (citations omitted). Courts "must conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* (citing *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)) (marks omitted).

### B.    Party Seeking to Seal Another Party's Records

Some of the documents listed above quote, summarize, or otherwise reflect information that Defendant, Google LLC ("Google") has designated as "Confidential" or "Highly Confidential

2

1   – Attorneys' Eyes Only" under the parties' stipulated protective order. Dkt. 81. Pursuant to Civil

2   Local Rules 79-5(c)(1) and 79-5(f)(3), Google, as the designating party, bears the burden of

3   establishing that all of the designated material is sealable. At present, Plaintiffs take no position as

4   to whether the material Google designated under the protective order is sealable.

5   **II.      ARGUMENT**

6   Plaintiffs seek to seal portions of an expert report submitted by their technical expert, Mr.

7   Jonathan Hochman. These portions contain material that Plaintiffs are designating "Confidential"

8   pursuant to the parties' stipulated Protective Order. Specifically, the portions sought to be sealed

9   associate one of the named Plaintiffs (or their experts) with various identifiers and information

10  related to their browsing. *E.g.*, Hochman Rebuttal Report ¶ 23 (connecting Plaintiff Chasom

11  Brown to various identifiers. In that example, Plaintiffs merely seek to seal ID numbers and the

12  names of documents containing those IDs. In other cases, Plaintiffs seek to seal spreadsheets

13  containing records produced from Google's logs and summaries thereof—where Mr. Hochman

14  has listed the Plaintiffs' names alongside browsing history and identifiers, *e.g.*, Hochman Report

15  App. I, which Plaintiffs expect Google will in any event seek to seal since it contains the names of

16  Google logs and identifiers. Plaintiffs' narrowly tailored proposals "will not interfere with the

17  public's ability to understand the judicial process." *Ojmar US, LLC v. Sec. People, Inc.*, 2016 WL

18  6091543, at *2 (N.D. Cal. Oct. 19, 2016). Plaintiffs are not seeking to redact any of Mr. Hochman's

19  opinions.

20  Furthermore, "an individual's privacy interest" is a compelling reason to seal a document.

21  *Nursing Home Pension Fund v. Oracle Corp.*, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007)

22  (allowing redaction of home addresses and financial account information); *McDonald v. CP OpCo,*

23  *LLC*, 2019 WL 343470, at *9 (N.D. Cal. Jan. 28, 2019) (sealing email addresses, recognizing they

24  "could become a vehicle for improper purposes"); *Pension Plan for Pension Tr. Fund for*

25  *Operating Eng'rs. v. Giacalone Elec. Servs., Inc.*, 2015 WL 3956143, at *10 (N.D. Cal. June 29,

26  2015). This Court has previously granted a motion to seal this same material (Dkt. 804 at 14) and

27  granted substantially similar motions to seal these (and other alike) materials in the related case of

28

1   *Calhoun v. Google LLC*. *See, e.g.*, No. 4:20-cv-05146-YGR-SVK (N.D. Cal.), Dkt. 198 (sealing

2   *Calhoun* plaintiffs' web browsing history and information).

3   **III.     CONCLUSION**

4          For the reasons articulated herein, Plaintiffs respectfully request that the Court grant their

5   Administrative Motion to Seal.

6   Dated: April 12, 2023                          Respectfully submitted,

7                                                  By: */s/Mark Mao*

8                                                  Mark C. Mao (CA Bar No. 236165)
                                                   mmao@bsfllp.com
9                                                  Beko Reblitz-Richardson (CA Bar No. 238027)
                                                   brichardson@bsfllp.com
10                                                 Erika Nyborg-Burch (*pro hac vice*)
                                                   Enyborg-burch@bsfllp.com
11                                                 BOIES SCHILLER FLEXNER LLP
12                                                 44 Montgomery Street, 41st Floor
                                                   San Francisco, CA 94104
13                                                 Telephone: (415) 293 6858
14                                                 Facsimile (415) 999 9695

15                                                 James W. Lee (*pro hac vice*)
                                                   jlee@bsfllp.com
16                                                 Rossana Baeza (*pro hac vice*)
                                                   rbaeza@bsfllp.com
17                                                 BOIES SCHILLER FLEXNER LLP
                                                   100 SE 2nd Street, Suite 2800
18                                                 Miami, FL 33130
                                                   Telephone: (305) 539-8400
19                                                 Facsimile: (305) 539-1304

20                                                 Bill Carmody (*pro hac vice*)
                                                   bcarmody@susmangodfrey.com
21                                                 Shawn J. Rabin (*pro hac vice*)
                                                   srabin@susmangodfrey.com
22                                                 Steven Shepard (*pro hac vice*)
                                                   sshepard@susmangodfrey.com
23                                                 Alexander P. Frawley (*pro hac vice*)
                                                   afrawley@susmangodfrey.com
24                                                 SUSMAN GODFREY L.L.P.
25                                                 1301 Avenue of the Americas, 32nd Floor
                                                   New York, NY  10019
26                                                 Telephone: (212) 336-8330

27                                                 Amanda Bonn (CA Bar No. 270891)
28

4

abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*