1

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
2   333 Main Street
Armonk, NY 10504
3   Tel: (914) 749-8200
dboies@bsfllp.com
4
Mark C. Mao, CA Bar No. 236165
5   Beko Reblitz-Richardson, CA Bar No.
238027
6   Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
7   San Francisco, CA 94104
Tel.: (415) 293-6800
8   mmao@bsfllp.com
brichardson@bsfllp.com
9   enyborg-burch@bsfllp.com
10
James Lee (admitted pro hac vice)
11   Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
12   Miami, FL 33131
Tel.: (305) 539-8400
13   jlee@bsfllp.com
rbaeza@bsfllp.com
14
Alison L. Anderson, CA Bar No. 275334
15   725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
16   Tel.: (213) 995-5720
alanderson@bsfllp.com
17

**SUSMAN GODFREY L.L.P.**
William C. Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

18

19

20

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

21   CHASOM BROWN, WILLIAM BYATT,
JEREMY DAVIS, CHRISTOPHER
22   CASTILLO, and MONIQUE TRUJILLO
individually and on behalf of all other similarly
23   situated,

24                              Plaintiffs,

25        v.

26   GOOGLE LLC,
                              Defendant.

27

CASE NO.: 4:20-cv-03664-YGR

**EXHIBITS 71 – 105 TO DECLARATION**
**OF MARK MAO IN SUPPORT OF**
**PLAINTIFFS' OPPOSITION TO**
**SUMMARY JUDGMENT**

Judge: Hon. Yvonne Gonzalez Rogers
Date: May 12, 2023
Time: 1:00 p.m.
Location: Courtroom 1 – 4th Floor