UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Google's Motion for Summary Judgment (Dkt. 924) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Opposition to Google's Motion for Summary Judgment (Dkt. 924-3)<br><br>Pages 2:6, 9:1, 9:20, 9:25-27, 18:2, 18:20 | Margolies Declaration ¶¶ 4-5 | |
| Plaintiffs' Responsive Separate Statement Regarding Material Facts (Dkt. 924-4)<br><br>Pages 8:26, 9:15, 10:14, 11:17, 15:16, 18:9, 21:4, 22:15, 23:14, 25:4, 29:9, 32:18 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 8 to Mao Declaration - 6/7/22 Rebuttal to Zervas and Supplemental Report of Jonathan Hochman<br><br>Pages 8-18, 20-23, 26, 28, 30-31, 33, 35-37, 40, 42-44, 48-50, 66-67. 69, 71-74<br><br>Appendix A (Elec) - Seal Entirely<br>Appendix B (Elec) - Seal Entirely<br>Appendix C (Elec) - Seal Entirely<br>Appendix D (Elec) - Seal Entirely<br>Appendix E (Elec) - Seal Entirely<br>Appendix F (Elec) - Seal Entirely<br>Appendix G (Elec) - Seal Entirely<br>Appendix H (Elec) - Seal Entirely<br>Appendix I (Elec) - includes mp4 and .saz files - AEO by Plaintiffs<br>Appendix J - Seal Entirely<br>Appendix K (Elec) - Seal Entirely<br><br>Exhibit A (Elec) - Seal Entirely by Plaintiffs | Margolies Declaration ¶¶ 4-5 | |

| | | |
|---|---|---|
| Exhibit B (Elec) - Sealed Entirely by Plaintiffs | | |
| Exhibit 9 to Mao Declaration - GOOG-CABR-00501220<br><br>Pages -1221, -1222, -1224, -1225 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 10 to Mao Declaration - GOOG-BRWN-00613409<br><br>Page -409 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 11 to Mao Declaration - GOOG-BRWN-00613409<br><br>Pages -484, -487 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 13 to Mao Declaration - GOOG-BRWN-00032906<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 17 to Mao Declaration - 6/7/22 Expert Rebuttal Report of Bruce Schneier; Rebuttal of Expert Georgios Zervas<br><br>Pages 11-14, 21, 23-25 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 18 to Mao Declaration - 2/14/23 Glenn Berntson Depo. Trans. Excerpts<br><br>Page 38:9 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 20 to Mao Declaration - 2/18/22 Rory McClelland Depo. Trans. Excerpts<br><br>Pages 124:5, 132:15, 133:17, 133:20-134:4, 134:15 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 22 to Mao Declaration - GOOG-BRWN-00490767<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 25 to Mao Declaration - 4/22/22 Expert Report of Michael Lasinski<br><br>Pages: TOC, 1-2, 7, 9-16, 18-59, 65-67, 73-78, 80-82<br><br>Lasinski Schedules: PDF Pages 107-178, 180-184, 186-188, 190, 192, 196, | Margolies Declaration ¶¶ 4-5 | |

| | | |
|---|---|---|
| 199-203, 205-214, 216-230, 232, 235-239, 241-297 | | |
| Exhibit 26 to Mao Declaration - 12/20/22 QE Letter to BSF<br><br>Pages 1-2 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 32 to Mao Declaration - GOOG-BRWN-0042388<br><br>Pages -404, -408, -410 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 37 to Mao Declaration - GOOG-BRWN-00047341<br><br>Page -344 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 38 to Mao Declaration - GOOG-CABR-04431207<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 41 to Mao Declaration - GOOG-BRWN-00477510<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 42 to Mao Declaration - GOOG-CABR-00084985<br><br>Page -5043 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 44 to Mao Declaration - GOOG-CABR-04261880<br><br>Page -1880 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 45 to Mao Declaration - GOOG-BRWN-00410884<br><br>Pages -0884, -0885, -0886, PDF pages 4-5 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 46 to Mao Declaration - GOOG-CABR-05145513<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 47 to Mao Declaration - GOOG-CABR-03923580<br><br>Pages -3580-584, PDF page 6 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 48 to Mao Declaration - GOOG-BRWN-00410884<br><br>Pages -0884, -0885, -0886, PDF pages 4-5 | Margolies Declaration ¶¶ 4-5 | |

| | | |
|---|---|---|
| Exhibit 49 to Mao Declaration - GOOG-BRWN-00475063<br><br>Pages -5063-5064, -5066 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 51 to Mao Declaration - GOOG-BRWN-00686207<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 52 to Mao Declaration - GOOG-BRWN-00164056<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 53 to Mao Declaration - GOOG-BRWN-00047341<br><br>Page -344 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 54 to Mao Declaration - GOOG-BRWN-00047341<br><br>Page -344 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 55 to Mao Declaration - GOOG-BRWN-00056809<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 56 to Mao Declaration - 10/11/22 Trans. of Proceedings Excerpts<br><br>Page 14:18-19 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 60 to Mao Declaration - GOOG-CABR-03827263<br><br>Page -7263 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 63 to Mao Declaration - GOOG-BRWN-00465037<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 66 to Mao Declaration - GOOG-CABR-04746153<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 69 to Mao Declaration - GOOG-CABR-05836882<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 70 to Mao Declaration - GOOG-CABR-05150754 | Margolies Declaration ¶¶ 4-5 | |

| | | | |
|---|---|---|---|
| Seal Entirely | | | |
| Exhibit 71 to Mao Declaration - GOOG-BRWN-00166653<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 72 to Mao Declaration - GOOG-BRWN-00164056<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 73 to Mao Declaration - GOOG-BRWN-00406065<br><br>Pages -6065-6069 | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 77 to Mao Declaration - GOOG-BRWN-00147864<br><br>PDF Page 2 | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 79 to Mao Declaration - GOOG-BRWN-00047399<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 80 to Mao Declaration - GOOG-BRWN-00140297<br><br>Pages -0311-313, -0315-319, -0323, -0325, -0327-329 | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 81 to Mao Declaration - GOOG-CABR-00501220<br><br>Pages -1221, -1222, -1224, -1225 | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 82 to Mao Declaration - GOOG-BRWN-00176477<br><br>Pages -6478, -6479, -6480 | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 84 to Mao Declaration - GOOG-BRWN-00067645<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 85 to Mao Declaration - GOOG-BRWN-00182492<br><br>Page -2492 | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 86 to Mao Declaration - GOOG-BRWN-00182492<br><br>Pages -7391, -7395, -7396, -7397, -7398 | Margolies Declaration ¶¶ 4-5 | | |
| Exhibit 88 to Mao Declaration - | Margolies Declaration ¶¶ 4-5 | | |

| | | |
|---|---|---|
| GOOG-CABR-04739841<br><br>Seal Entirely | | |
| Exhibit 92 to Mao Declaration - GOOG-BRWN-00047390<br><br>Pages -7391, -7395, -7396, -7397, -7398 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 93 to Mao Declaration - GOOG-BRWN-00388293<br><br>Page -8295 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 94 to Mao Declaration - GOOG-BRWN-00176477<br><br>Pages -6478, -6479, -6480 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 95 to Mao Declaration - GOOG-BRWN-00202175<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 96 to Mao Declaration - GOOG-BRWN-00433503<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 97 to Mao Declaration - GOOG-BRWN-00391231<br><br>Pages -231, -232 | Margolies Declaration ¶¶ 4-5 | |
| Exhibit 105 to Mao Declaration - Hochman Opening Report Exhibit B (submitted by Hard Drive)<br><br>Seal Entirely | Margolies Declaration ¶¶ 4-5 | |

**SO ORDERED.**

DATED: _____     _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge