Mao Declaration in Opposition to Google's Motion for Summary Judgment

Ex. 1   Document Sought to Be Sealed

Page 1

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
- - - - - - - - - - - - - - - - - - - - - x
CHASOM BROWN, MARIA NGUYEN,
WILLIAM BYATT, JEREMY DAVIS, and
CHRISTOPHER CASTILLO, individually
and on behalf of all other similarly
situated,
            Plaintiffs,     Case No.
                              5:20-cv-03664-LHK
     -against-
GOOGLE LLC,
            Defendant.
- - - - - - - - - - - - - - - - - - - - - x
              CONFIDENTIAL

        Zoom video conference deposition of
    JESSE ADKINS, taken pursuant to notice,
    was held remotely, commencing April 14,
    2021, 11:00 a.m., before Leslie Fagin, a
    Stenographic Court Reporter and Notary
    Public in the State of New York.
                          - - -



           MAGNA LEGAL SERVICES
     320 West 37th Street, 12th Floor
         New York, New York 10018
              (866) 624-6221
```



```
 1
 2   REMOTE APPEARANCES:
 3
 4   BOIES SCHILLER & FLEXNER LLP
     Attorneys for Plaintiffs
 5           44 Montgomery Street, 41st Floor
             San Francisco, California 94104
 6   BY:     MARC C. MAO, ESQUIRE
             BEKO RICHARDSON, ESQUIRE
 7           (Appearing via Zoom.)
 8                -and-
 9   BOIES SCHILLER & FLEXNER LLP
             100 SE 2nd Street, 28th Floor
10           Miami, Florida 33131
     BY:     JAMES LEE, ESQUIRE
11           ROSSANA BAEZA, ESQUIRE
             (Appearing via Zoom.)
12
13   SUSSMAN GODFREY, LLP
     Attorneys for Plaintiffs
14           1301 Avenue of the Americas
             32nd Floor
15           New York, New York 10019-6023
     BY:     ALEXANDER P. FRAWLEY, ESQUIRE
16           (Appearing via Zoom.)
17
     MORGAN & MORGAN
18   Attorneys for Plaintiffs
             201 N. Franklin Street, 7th Floor
19           Tampa, Florida 33602
     BY:     RYAN J. McGEE, ESQUIRE
20           (Appearing via Zoom.)
21
     QUINN EMANUEL
22   Attorneys for Defendant and the Witness
             865 S. Figueroa Street, 10th Floor
23           Los Angeles, California 90017
     BY:     STEPHEN BROOME, ESQUIRE
24           JOSEPH ANSORGE, ESQUIRE
             (Appearing via Zoom.)
25
```



Page 3

```
 1
 2     APPEARANCES:
 3
 4     ALSO PRESENT:
 5         MATTHEW GUBIOTTI, Google Regal
 6         KATHY RUCCOLO, Notary Public
 7         DREW REIDMAN, Videographer
              Magna Legal Services
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 283

1      J. Adkins - Confidential
2   trying to understand who the "you" is in that
3   statement.  We looked previously at the terms
4   of service and you said the "you" was the
5   Court or its website administrator, correct?
6          MR. BROOME:  Objection, objection,
7      foundation, outside the scope.
8      A.   I don't believe that was my precise
9   answer.  I said "you" was the person
10  implementing the ProSE service on the Court.
11     Q.   Thank you.
12          That's helpful for the "you" in the
13  terms of the terms of service, who is the
14  "you" in Google's privacy policy?
15         MR. BROOME:  Same objections.
16     A.   Could you clarify maybe who is this
17  when somebody is visiting this web page?  Not
18  the exhibit in this testimony, but is your
19  scenario, you are asking me who the "you" is
20  when they have visiting the privacy policy as
21  it's hosted on Google's website.
22     Q.   Google has a privacy policy,
23  correct?
24     A.   Correct.
25     Q.   On the very first sentence of that



Page 284

```
 1           J. Adkins - Confidential
 2     privacy policy, states, When you use our
 3     services, you are trusting us with your
 4     information, correct?
 5          A.   My layman interpretation is the
 6     person who is visiting this web page is who
 7     the "you" is referencing.
 8          Q.   So your understanding is the 'you'
 9     is referencing the person visiting the
10     privacy policy, correct?
11          A.   That is my layman interpretation,
12     yes.
13          Q.   The next part refers to our
14     services.  What is your understanding of what
15     that is referring to?
16               MR. BROOME:  Objection, outside the
17          scope, calls for a legal conclusion.
18          A.   Google services.
19          Q.   Which Google services, all of them?
20               MR. BROOME:  Same objections.
21          A.   Again, I am not an expert in Google
22     privacy policy, legal implications of it or I
23     did not create this document or draft this
24     document, I have no specific knowledge, I'm
25     sorry, I'm just not going to be able to
```



```
 1         J. Adkins - Confidential
 2    answer those kind of questions.
 3         Q.   In that first sentence, when it
 4    refers to your information, what
 5    understanding, if any, do you have what that
 6    means, when it refers to your information?
 7              MR. BROOME:   Same objection, calls
 8         for a legal conclusion outside the
 9         scope, lacks foundation.
10         A.   I will refer to my previous answer.
11    I did not write this document.  I'm not sure
12    what your information is specifically
13    referring to.
14         Q.   Do you have an understanding, one
15    way or another, whether your information as
16    referred to here on the first sentence of
17    Google's privacy policy includes the private
18    browsing information that Google collects
19    when people visit the Court's Website?
20              MR. BROOME:   Objection, same
21         objections.
22         A.   I have no opinion on that.
23         Q.   With respect to the reference in
24    this first sentence to our services, does
25    that include all of the Google services on
```



Page 286

```
 1            J. Adkins - Confidential
 2    the Court's Website?
 3            MR. BROOME:  Same objections.
 4        A.   I believe I answered that question.
 5        Q.   What is the answer to that
 6    question?
 7        A.   I'm not a Google lawyer.  I did not
 8    write this document, I believe that might be
 9    Google services, but I'm not an expert, I'm
10    not sure.
11            MR. RICHARDSON:  Let's take a
12       five-minute break.
13            THE VIDEOGRAPHER:  The time is now
14       6:44 p.m. and we are off the record.
15            (Recess.)
16            THE VIDEOGRAPHER:  The time is now
17       6:58 p.m.  We are on the record.
18       Q.   Mr. Adkins, you recall that
19    previously, we were discussing what
20    information Google collects when people visit
21    the Court's Website not logged into a Google
22    account and in private browsing mode.
23            Do you recall that?
24       A.   Yes.
25       Q.   And a number of your answers
```



```
                                                         Page 324
 1
 2                       CERTIFICATE
 3
             I HEREBY CERTIFY that the witness,
 4   JESSE ADKINS, was duly sworn by me and that
     the deposition is a true record of the
 5   testimony given by the witness.
 6           _____
             Leslie Fagin,
 7           Registered Professional Reporter
             Dated: April 14, 2021
 8
 9
10
             (The foregoing certification of
11   this transcript does not apply to any
     reproduction of the same by any means, unless
12   under the direct control and/or supervision
     of the certifying reporter.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
15
16    Page Line    Page Line    Page Line
      None
17              ---
18
19
20
21
22
23
24            Commonwealth of Pennsylvania
25            County of _WESTMORELAND_
```

Page 325

```
1
2            ACKNOWLEDGMENT OF DEPONENT
3      I, Jesse Adkins, do hereby
       certify that I have read the foregoing pages,
4      and that the same is a correct transcription
       of the answers given by me to the questions
5      therein propounded, except for the
       corrections or changes in form or substance,
6      if any, noted in the attached Errata Sheet.
7
8
       JESSE ADKINS              DATE
9      [signature]               6-8-2021
10
       Subscribed and sworn
11     to before me this
       8 day of JUNE , 2021.
12
       My commission expires: 5-17-25
13
14     Notary Public    [signature Natalie R. Duffy]
15
16
17
18     ┌─────────────────────────────────────────────┐
       │ Commonwealth of Pennsylvania - Notary Seal  │
19     │    Natalie R. Duffy, Notary Public          │
20     │        Westmoreland County                  │
       │  My commission expires May 17, 2025         │
21     │     Commission number 1312960               │
22     └─────────────────────────────────────────────┘
23        Member, Pennsylvania Association of Notaries
24
25
```

MAGNA○      82 (Pages 322 to 325)