Mao Declaration in Opposition to Google's Motion for Summary Judgment

Ex. 2  Document Sought to Be Sealed

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5
      PATRICK CALHOUN, et al.,        )
 6    CHASOM BROWN, et al., on        )
      behalf of themselves and        )
 7    all others similarly            )
      situated,                       )
 8                                    )
              Plaintiffs,             )
 9                                    )
         vs.                          ) Case Nos.
10                                    ) 4:20-cv-5146- and
      GOOGLE LLC,                     ) 5:20-cv-05146-
11                                    ) YGR-SVK
              Defendants.             )
12                                    )
13
14
15
16        *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19             REMOTE VIDEO DEPOSITION OF
20             SABINE BORSAY - VOLUME II
21
22
23
      DATE TAKEN:  JUNE 30, 2022
24    REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
      JOB NO. 5268903
25    PAGES:  173 - 350
```

Page 173

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5
     PATRICK CALHOUN, et al.,        )
 6   CHASOM BROWN, et al., on        )
     behalf of themselves and        )
 7   all others similarly            )
     situated,                       )
 8                                   )
              Plaintiffs,            )
 9                                   )
        vs.                          ) Case Nos.
10                                   ) 4:20-cv-5146- and
     GOOGLE LLC,                     ) 5:20-cv-05146-
11                                   ) YGR-SVK
              Defendants.            )
12                                   )
13
14
15
16       *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19     Remote Video Deposition of SABINE BORSAY,
20   Volume II, taken in Zurich, Switzerland and Zoom
21   Conference Video, commencing at 1:02 p.m., CEST,
22   Thursday, June 30, 2022, before Renee Harris,
23   CSR No. 14168, Registered Professional Reporter.
24
25
```

Page 174

1  lying when you wrote that "Incognito mode does, is

2  clear your browsing history from your device when

3  you close the window"?

4          MS. CRAWFORD:  Objection.  Argumentative.

5          You can answer.                                01:14:28

6          THE WITNESS:  So the thing I can say is

7      that I apparently wrote that.  But I'm happy

8      to explain the functionality of Incognito if

9      you're interested in hearing that.

10  BY MR. LEE:                                           01:14:39

11     Q.  I just want to know that the statement

12  that you wrote, that "The only thing Incognito

13  Mode does is clear your browsing history from your

14  device when you close the window," I want to know

15  if that was the truth or a lie.                       01:14:46

16          MS. CRAWFORD:  Argumentative.  Also

17      mischaracterizes the witness's testimony.

18          THE WITNESS:  I think that the browser

19      and also Incognito Mode does a lot of things

20      while someone is browsing, and I'm not            01:15:00

21      talking about all of those things.

22          So I think I phrased it really not likely

23      here because there are certainly more things

24      that a browser knows Incognito does.

25   ///

```
1    BY MR. LEE:
2        Q.  Are you done with your answer?
3        A.  Yeah, but I'm happy to explain the
4    functionality.
5        Q.  Incognito Mode has never actually stopped        01:15:21
6    Google, and I'm saying Google, from collecting
7    Chrome users' browsing information; correct?
8            MS. CRAWFORD:  Objection.  Foundation.
9        Form of the question.  Incomplete
10       hypothetical.                                        01:15:35
11           You can answer.
12           THE WITNESS:  I have no insights what
13       data, information Google may or may not
14       collect.
15   BY MR. LEE:                                              01:15:53
16       Q.  Do you believe that Incognito Mode stops
17   Google from collecting users' browsing
18   information?
19           MS. CRAWFORD:  Same objections.
20           THE WITNESS:  I would even like to               01:16:00
21       understand what you mean with Google here.
22   BY MR. LEE:
23       Q.  You don't know what Google is?
24           MS. CRAWFORD:  Misstates the witness's
25       testimony.  Argumentative.                           01:16:07
```

```
1     BY MR. LEE:
2        Q.  Mrs. Borsay, do you not know what Google
3     is?
4        A.  That's not what I said.  I asked if you
5     can specify your question in order for me to be        01:16:14
6     able to answer it.
7        Q.  Sure.
8        A.  To --
9        Q.  Let me rephrase it.
10            As the product manager of Chrome Privacy,      01:16:23
11    where you were in charge of managing the Incognito
12    Mode feature.  Can you tell the jury whether
13    Incognito Mode stops Google from collecting Chrome
14    users' browsing information; yes or no?
15           MS. CRAWFORD:  Objection to the form of         01:16:45
16       the question.  Foundation.  Assumes facts.
17       Vague.
18           You can answer.
19           THE WITNESS:  Again, I would first not
20       know exactly what you mean with Google.             01:16:54
21           Second, I do not have insights into what
22       data Google may or may not collect.  I'm
23       happy to talk about Chrome Incognito Mode's
24       behavior.
25     ///
```