Mao Declaration in Opposition to
Google's Motion for Summary
Judgment

Ex. 3   Document Sought to Be
Sealed

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5     CHASOM BROWN, WILLIAM BYATT,
       JEREMY DAVIS, CHRISTOPHER
 6     CASTILLO, and MONIQUE
       TRUJILLO, individually and on
 7     behalf of all other similarly
       situated,
 8
                    Plaintiffs,
 9                                        No.
            vs.                    5:20-cv-03664-LHK-SVK
10
       GOOGLE LLC,
11
                    Defendant.
12     _____/
13
14
15          VIDEOTAPED DEPOSITION OF CHASOM BROWN
16               Remote Zoom Proceedings
17               Los Angeles, California
18              Thursday, January 13, 2022
19
20
21
22
23     REPORTED BY:
24     LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25     Pages 1 - 208                    Job No. 5028094

                                            Page 1
```

1    not click this link?

2        A.  How Google -- a link that -- so you're asking me

3    did I click a link from the Redfin privacy policy to get

4    to this particular page?  I don't recall if I did that.

5        Q.  Okay.  Thank you.                                    11:04:25

6            If you had clicked on this, wouldn't you have

7    known that Google would be receiving certain information

8    from you while you were browsing on Redfin?

9            MR. LEE:  Objection to form, lack of foundation,

10   calls for speculation, improper hypothetical.               11:04:40

11           THE WITNESS:  So if -- well, yeah, if I was in

12   normal Google browsing, sure.  But if I was in Incognito,

13   then I would know that they don't.

14           THE REPORTER:  Excuse me.  "If I was in

15   Incognito, then I wold know"?                                11:04:56

16           THE WITNESS:  That they don't.

17           THE REPORTER:   Thank you.

18       Q.  BY MS. JENKINS:  Does this page suggest --

19   suggest to you that Google will not receive data from the

20   Redfin website if users are in Incognito mode?               11:05:19

21           MR. LEE:  Objection.  Lack of foundation, the

22   document speaks for itself.

23           You can answer.

24           THE WITNESS:  No, Google does.  Google says that

25   it will not collect that information.  So I trust Google     11:05:34

Page 49

1    at its word that -- that it won't, especially --

2    especially using its own product and services.

3            So if -- like if you're saying that they --

4    Redfin uses Google products and that they might send

5    information back to Google, well, then, yeah, I should be        11:06:00

6    cool because Google has already told me that, hey, we

7    won't collect that when I'm in Incognito mode.

8        Q.  BY MS. JENKINS:  Can you take a look at page 2

9    of this Exhibit 2, please.

10       A.  Page 2.                                                  11:06:27

11       Q.  And take a look under the heading that says:

12   "How you can control the information collected by Google

13   on these sites and apps," and underneath that are a

14   number of bullets.  Can you read aloud the first bullet

15   starting "Ad Settings."                                         11:06:51

16       A.  "Ad settings help you control ads you see on

17   Google services (such as Google Search or YouTube) or on

18   non-Google websites and apps that use Google ad services.

19   You can also learn how to -- how ads are personalized,

20   opt out of ad personalization, and block specific                11:07:09

21   advertisers."

22       Q.  Have you attempted to change your ad settings?

23       A.  Are you asking about on Redfin or on -- in -- in

24   general like -- or -- or within Google; is that what

25   you're asking?                                                   11:07:27

Page 50

```
 1    current understanding.

 2        Q.  And when you say it gives the veneer of not

 3    collecting data, what do you mean by that?

 4        A.  It positions itself and says that we don't

 5    collect your data, and you have -- you have the choice,      11:15:12

 6    and you have to give consent.  And then it goes and

 7    pretty much collects a bunch of your data, apparently.

 8            And in some cases, it's actually even worse than

 9    regular browsing because at least in regular browsing, I

10    can go in and I can -- I can delete my history, and I can    11:15:38

11    delete the information that you have about me.

12            But in Incognito mode, apparently, I cannot.  So

13    it -- it feels like a worse monster than -- than what I

14    thought it was prior to this.

15        Q.  When you say that you can delete certain things      11:16:01

16    if you're not using Incognito mode, what are you

17    referring to?  How would you go about deleting things?

18        A.  Well, we talked about different things that you

19    can delete going into -- I don't remember what the link

20    was or the My Account or things like that.  But            11:16:21

21    apparently, you can go in there, and I recall deleting

22    things.

23            Even in just normal, like if you go -- I'm

24    sorry, I just forget what that link's called and what it

25    goes to.  But you can go to your account, and you can       11:16:40
```

Page 55

```
1     actually.  That's how I view it.

2          Q.  Do you think that Google should disclose what

3     information it might be receiving in its privacy policy?

4               MR. LEE:  In Incognito mode or not Incognito

5     mode, Sara?                                          12:27:35

6               MS. JENKINS:  Either way.  The question was

7     general.

8          Q.  Do you believe Google should disclose what

9     information it may be receiving in its privacy policy?

10         A.  I believe that Google, in their privacy policy,  12:27:47

11    should explain clearly what they're collecting in

12    Incognito mode and not in Incognito mode.  And I would

13    expect they don't say things like, in their privacy

14    policy, you can also choose to browse the web privately

15    using Chrome in Incognito mode.                       12:28:11

16         Q.  Prior to being involved in this lawsuit, did you

17    see any articles or blog posts that suggested that

18    Incognito mode might not have been private in the way

19    that you expected it to be?

20         A.  No.                                           12:28:35

21         Q.  I know you already -- you already testified you

22    used the Chrome browser to surf the web.  Can you tell me

23    your understanding of what Chrome is?

24         A.  Chrome is the -- the browser from Google.

25         Q.  You understand Chrome and Google are not the    12:29:05
```

Page 86

1    same thing; right?

2            MR. LEE:  Objection to form.

3            THE WITNESS:  No, I understand Chrome to be

4    Google.  Are you -- are you saying they're not Google?

5            Q.  BY MS. JENKINS:  I -- I thought that you          12:29:24

6    testified that Chrome was a browser.

7            A.  Yeah, Chrome -- Chrome is a browser which is a

8    product of Google.

9            Q.  What browser?

10           A.  Sorry, Sara.                                       12:29:42

11           Q.  All right.  Go ahead.

12           MR. LEE:  If there's more, Mr. Brown, you should

13   finish your answer.  No one's trying to cut you off.

14           THE WITNESS:  No, I'm fine with that answer.

15   Sorry about that.                                             12:29:54

16           Q.  BY MS. JENKINS:  What browser were you using

17   before you started using Chrome?

18           A.  Internet Explorer.

19           Q.  Why did you switch to Chrome?

20           A.  I was allured.  I was enchanted by like all        12:30:07

21   the -- the services Google had, and it was -- it seemed

22   to play nicer with a lot of different things.  And over

23   time, Internet Explorer just seemed to degrade, and like

24   Google Chrome seemed to work better.

25           Q.  When did you switch to Chrome?                     12:30:35

                                                            Page 87

```
 1   technicalities of that, but I -- I could -- I think

 2   that's reasonable to think.

 3        Q.  And you can -- sorry.  My -- pardon me.  My

 4   light is on a motion detector.  It thinks I'm not here.

 5        Even since this case started, is it -- it's true    12:38:33

 6   that you've continued to use Chrome as your main browser;

 7   is that right?

 8        A.  Yes.

 9        Q.  And have you continued to use Incognito mode

10   since the case started?                                  12:38:44

11        A.  I have.

12        Q.  So you've continued to use Incognito mode

13   despite the fact that you now have the understanding that

14   Google is receiving personal information when you're

15   using Incognito mode.                                    12:39:05

16        Is that true?

17        MR. LEE:  Objection to form.

18        THE WITNESS:  Yes, that is true.  And obviously,

19   a lot more has come to light about what it is.  And so

20   I'm very skeptical of it now.  But I think it was prudent 12:39:20

21   to not change my behavior and habits so we can get, you

22   know, a good idea of what's going on.

23        Q.  BY MS. JENKINS:  Can you explain further why --

24   why wouldn't you want to change your behavior or habits?

25        A.  Because I just got involved in a lawsuit with   12:39:45
```

Page 92

1    Google.  Yes, I wouldn't want to change my habits when it

2    pertains to my habits.

3              MS. JENKINS:  All right.  I'm moving onto a

4    different topic now.  So if people would like to break

5    for lunch, I'm happy to do it, or we can continue on for          12:40:13

6    a bit, if you want.

7              MR. LEE:  Obviously, I'll defer to Chasom, but

8    it might help in our decision making if we get a sense of

9    how close we are to the finish line.

10             If it's going to be a lot more, then I think we          12:40:25

11   should just take lunch.  If you think you can power

12   through, then we'll talk about it.

13             MS. JENKINS:  I don't -- I do not think we'll

14   power through without taking a lunch.  So maybe we take

15   lunch now and -- do you want to take 30 minutes?  Does          12:40:38

16   that work for you?

17             MR. LEE:  Let's take 40 and get back on the

18   record in 40.

19             MS. JENKINS:  All right.

20             THE REPORTER:  Off the record.                          12:40:55

21             THE VIDEOGRAPHER:  We are -- we are off the

22   record.  The time is 12:41 p.m.

23             (Recess.)

24             THE VIDEOGRAPHER:  We are back on the record.

25   The time is 1:29 p.m.                                            13:29:03

                                                          Page 93

```
 1    this out like by -- maybe I'm just confusing myself

 2    because, again, I'm just reading this for the first time,

 3    but...

 4         Q.  Do you think that the statement that Chrome

 5    won't share existing cookies with sites you visit in        14:10:49

 6    Incognito or guest mode makes a representation that

 7    Google won't be receiving any of your information?

 8         A.  Yes.  I understand it as Google won't be

 9    receiving any of my information.

10         Q.  All right.                                          14:11:07

11         MS. JENKINS:  Tracy, can you load the screenshot

12    of the "You've Gone Incognito" pop-up screen, please.

13              (Exhibit 8, Screenshot of Incognito Mode, was

14              marked for identification by counsel

15              electronically.)                                   14:11:53

16         THE WITNESS:  Is this another exhibit?

17         Q.  BY MS. JENKINS:  Yes.  Can you please open

18    what's now in the folder as Exhibit 8.

19         A.  I have Exhibit 8 open.

20         MR. LEE:  Give me one moment, guys.  Mine's            14:12:21

21    still loading.

22         And Mr. Brown, you can adjust the -- I think you

23    need to adjust the zoom on the document so that you can

24    see it.

25         MS. JENKINS:  Okay.  Does everybody have this?        14:12:55
```

Page 119

```
 1              THE WITNESS:  I'm seeing -- oh, okay.  I see
 2      what you mean now.  Let me find the that.  Here we go.
 3      Let me zoom out.
 4              Now I got it.  Sorry about that.
 5          Q.  BY MS. JENKINS:  All right.  And have you          14:13:14
 6      reviewed this Chrome Incognito notice before?
 7          A.  I think I see it every time I go into Incognito.
 8          Q.  Do you remember approximately when the first
 9      time is that you would have seen the Incognito notice?
10          A.  I don't know if it was the exact same when it     14:13:39
11      happened, but it looks -- yeah, it seems to have the same
12      look and feel that it's -- that it's always had since the
13      beginning, and this is the -- you know, the first screen
14      you see when you go into Incognito mode.
15          Q.  All right.  Can you look kind of in the middle    14:13:58
16      of that -- the pop-up page where it says:  "Chrome won't
17      save the following information."  Can you read the
18      bullets underneath that.
19          A.  "Chrome won't save the following information:
20      Your browsing history, cookies, and site data,            14:14:14
21      information entered in forms."
22          Q.  And can you also read the -- the other side
23      which says:  "Your activity might still be visible to."
24          A.  "Your activity might still be visible to:
25      Websites you visit, your employer or school, your         14:14:30
```

Page 120

1     internet service provider."

2          Q.  Based on this notice, do you think it's clear

3     that when you're using Incognito mode, your activity

4     could still be visible to your employer?

5          A.  That my activity can still be visible to my          14:14:50

6     employer?  Yes, I think that's possible.

7          Q.  And also that your activity could be visible to

8     your school?

9          A.  Yes, it says that.

10         Q.  Are you contending with this lawsuit that          14:15:06

11    Incognito mode has acted -- sorry, strike that one

12    second.

13             I'll move on.

14             And is it clear to you from this that your

15    internet activity could still be visible to your internet     14:15:25

16    service provider?

17         A.  Yeah.  Yes, I see that.

18         Q.  And is it clear to you that your activity might

19    be visible to websites that you visit?

20         A.  Yes, it says that.          14:15:44

21         Q.  Do you understand that the websites that you

22    visit could be sharing your information with other

23    service providers?

24             MR. LEE:  Objection to form.  Are you asking

25    whether it says that?          14:15:55

Page 121

1            MS. JENKINS:  No.

2            THE WITNESS:  So, well, it's like -- it's my

3    understanding that when I go into Incognito mode, that

4    Google takes the proper steps to protect and not collect

5    my data.                                              14:16:17

6            So, again, and like we've talked about this in

7    another question before, like some other websites, like I

8    don't know if Google completely controls them or not.  I

9    don't see how they would, but I do think Google has

10   complete control over, you know, itself and also all of  14:16:34

11   its services that it provides.

12           So I think anything related to Google in

13   Incognito mode is protected, not collected.  I think

14   that's clear by the -- by this screen, by the large words

15   that you've gone Incognito, by, you know, the invisible   14:16:56

16   spy man on top.  By -- like this is the opening screen.

17   It's showing you that you are private.  Your stuff is not

18   being collected.  You're now safe.  Google now is

19   protecting and not collecting your data and keeping your

20   browsing private as much as Google has control over it.   14:17:21

21       Q.  Do you understand that the websites you visit,

22   that could include a website like Google.com?

23       A.  I understand that I can visit Google.com in

24   Incognito mode.

25       Q.  And do you understand that then, according to      14:17:45

Page 122

```
 1              THE VIDEOGRAPHER:  I can get it for you, yes.

 2              MS. JENKINS:  At the break is fine.  Thank you.

 3        Q.  All right.  Mr. Brown, could you open what's

 4    been marked as Exhibit Number 9.

 5              MR. LEE:  Mr. Brown, it's a short document.  Why    14:24:41

 6    don't you read the whole thing.

 7              THE WITNESS:  If you guys don't mind, just give

 8    me a moment.

 9              Okay.  I think I have the gist of it.

10        Q.  BY MS. JENKINS:  All right.  Have you -- have    14:25:28

11    you ever seen this page before?

12        A.  I -- I don't recall.  I don't have a specific

13    memory of it.

14        Q.  Could you take a look at page 1.  In the middle

15    of the page, it says:  "Your activity might still be    14:25:48

16    visible."

17              MR. LEE:  Do I have a standing objection to this

18    exhibit based on lack of foundation?

19              MS. JENKINS:  Yes.

20        Q.  And could you read what it says under:  "Your    14:26:05

21    activity might still be visible."

22        A.  "Incognito mode stops Chrome from saving your

23    browsing activity to your local history.  Your activity,

24    like your location, might still be visible to:  Websites

25    you visit, including the ads and resources used on those    14:26:25
```

Page 127

1    sites; websites you sign in to; your employer, school, or

2    whoever runs the net you're using; your internet service

3    provider; search engines:  Search engines may show search

4    suggestions based on your location or activity in your

5    current Incognito browsing session.  When you search on          14:26:45

6    Google, Google will always estimate the general area that

7    you're searching from.  Learn more about location when

8    you search on Google."

9         Q.  If you had read this -- this page previously,

10   you'd understand that in Incognito mode, your browsing           14:27:07

11   and activity data could still be visible to the websites

12   you visit as well as their service providers; is that

13   right?

14            MR. LEE:  Objection to form.

15            THE WITNESS:  I -- I would read this as certain         14:27:20

16   information outside the purview of Google, Google cannot

17   completely control, and they -- they may get information.

18        Q.  BY MS. JENKINS:  If you look at the first bullet

19   in this section that says "websites you visit, including

20   the ads and resources used on those sites," what is your        14:27:44

21   understanding of the meaning of the ads and resources

22   used on those sites?

23        A.  Well, I don't know what ads and resources on --

24   on websites usually use.  Fortunately, if I am in

25   Incognito mode, Google has a lot of ads on web pages, and       14:28:07

1    so I would be protected if those ads and resources had

2    anything to do with Google, but they may not have to do

3    with Google.  Again, I don't know like any given website.

4         Q.  But from the description here, it doesn't say

5    that the ads and resources that are used on that site are       14:28:33

6    not affiliated with Google, does it?

7         A.  It doesn't say it right here, but it doesn't

8    have to because Google has already made the Google

9    promise in their privacy policy.  Google has said that,

10   hey, with Google and our services, you're private, you're       14:28:58

11   protected.

12              So in this case, I would hope it's a Google ad

13   or resource because then Google should be protecting me

14   per what they're telling me.  So -- so they don't need to

15   say that.                                                       14:29:18

16              Sorry if I interrupted you.

17         Q.  No, it's all right.

18              Protecting you from -- from what?

19         A.  They're protecting my privacy.

20              MS. JENKINS:  Okay.  All right.  James, do you        14:29:33

21   want to take a quick break now?  That would be all right.

22              MR. LEE:  Great.  Thanks.  Back in ten?

23              MS. JENKINS:  Sure.

24              THE VIDEOGRAPHER:  We are off the record.  The

25   time is 2:30 p.m.                                               14:29:43

Page 129

```
 1              (Recess.)

 2              THE VIDEOGRAPHER:  We are back on the record.

 3    The time is 2:40 p.m.

 4              MS. JENKINS:  All right.  Tracy, could you

 5    please load the next exhibit, the Search and Browse      14:40:10

 6    Privately page.

 7              (Exhibit 10, Search and Browse Privately, Google

 8              Search Help, was marked for identification by

 9              counsel electronically.)

10              MR. LEE:  Is that 10, Sara?                     14:40:35

11              MS. JENKINS:  Yes.

12         Q.  And Mr. Brown, could you open Exhibit 10 when

13    you see it in your folder.

14         A.  Uh-huh.  I have it open.

15         Q.  Okay.  Have you ever reviewed this page before?  14:40:46

16    Feel free to read it before responding.

17         A.  Yeah.  Not specifically, no.

18         Q.  Can you take a look at the second sentence and

19    read that sentence aloud.

20              MR. LEE:  Sara, do I have a standing objection   14:41:17

21    for this -- all questions related to this document based

22    on lack of foundation?

23              MS. JENKINS:  Sure.

24              MR. LEE:  Thanks.

25              THE WITNESS:  "If you want to search the web     14:41:26
```

Page 130

```
1    without saving your search activity in your account, you

2    can use private browsing mode in a browser like Chrome or

3    Safari."

4         Q.  BY MS. JENKINS:  Sorry.  I meant the -- the

5    second sentence of the first paragraph.  And before you        14:41:42

6    start -- never mind.  You can -- you can start.  Just

7    please read the first paragraph, actually.  That would be

8    fine.

9         A.  Okay.  Sorry.

10         "You're in control of what information you share        14:41:54

11   with Google when you search.  To browse the web

12   privately, you can use private browsing.  Sign out of

13   your account, change your custom results settings, or

14   delete past activity."

15         Q.  Do you consider yourself to be browsing the web        14:42:16

16   privately if any data collected from your browsing

17   activity is not linked to your Google account?

18         A.  I consider myself to be browsing privately from

19   Google if I'm in Incognito mode.

20         Q.  I understand that, but since there's a dispute        14:42:45

21   about Incognito mode and what it does, I'm wondering

22   what -- what browsing privately means to you apart from

23   Incognito mode.

24         A.  Oh.  Just I guess you're asking what just

25   "privately" means.  It means in private, without anybody        14:43:03
```

Page 131

1    mode.  Well, then, I'll go there.

2         And then the other stuff, okay, like I

3    understand that certain things are going to be tracked

4    per our contract.

5         Q.  BY MS. JENKINS:  Do you have an understanding of    14:52:03

6    what Sync is within Google?

7         A.  I understand like syncing, you know, devices and

8    things like that, but if that's a particular like the

9    name of something, then no.

10        Q.  Are you aware of if, in your Google account, you    14:52:22

11   have Sync on or off or Sync enabled, I should say?

12            MR. LEE:  Objection to form.  Lack of

13   foundation.  He just told you he doesn't know what Sync

14   is.

15            THE WITNESS:  I'm not aware.                         14:52:35

16        Q.  BY MS. JENKINS:  Can you take a look at this

17   page, at Exhibit 10, and see, other than what we just

18   discussed, if you see anything here that you understand

19   to represent from Google that Google would not collect

20   user data in private browsing mode?                          14:52:55

21        A.  "You're in control" -- the first sentence.

22   "You're in control of what information you share with

23   Google when you search."  Like they're telling me from

24   the first sentence, you're in control.  And so -- so when

25   I read that, I think, well, how am I in control?  Oh,        14:53:25

Page 137

1    yeah, in the privacy policy, they told me exactly how I'm

2    in control.  And then when I went in Incognito mode, on

3    this splash screen, they showed me again.

4         So I think -- I think the first sentence says

5    it.                                                    14:53:43

6         Q.  Okay.  Any -- any other language on here that

7    you want to point out?

8         A.  "To browse the web privately, you can use

9    private browsing," which is Incognito mode.  So I think

10   that tells me as well.                                 14:54:02

11        Q.  Anything else?

12        A.  Nothing's standing out.  I think -- yeah,

13   nothing's standing out.

14        Q.  All right.  Can you take a look under the

15   section that says "How private browsing works."  Down at  14:54:24

16   the bottom of that section where it says "Important,"

17   could you read that part.

18        A.  "If you sign in to your Google account to use

19   the web service like Gmail, your searches and browsing

20   activity might be saved to your account."              14:54:45

21        Q.  Do you understand that logging into Gmail signs

22   you into your Google account?

23        A.  Logging into Gmail, yes, I understand that that

24   would sign me into my Google account.

25        Q.  And do you understand that when you sign into    14:55:03

Page 138

```
1    from you.
2            Could you take a look and see if you recognize
3    this document.
4            A.  Yeah, this document looks familiar.
5            Q.  And could you take a look at -- well, at the        15:01:03
6    Response to Interrogatory Number 3, which looks like
7    it's -- starts on page 4.
8            MR. LEE:  I think you should read the whole
9    Interrogatory Number 3, meaning Interrogatory Number 3
10   and then your response to Interrogatory Number 3,       15:01:28
11   Mr. Brown, just so you have context.
12           THE WITNESS:  Okay.  Give me a moment to read
13   it, if you guys don't mind.
14           Okay.  I'm reacquainted with it.
15           Q.  BY MS. JENKINS:  As you sit here today, does       15:03:08
16   this -- does the Response to Interrogatory Number 3
17   appear accurate to you?
18           A.  Yeah, it appears accurate.
19           Q.  And if you look in the last sentence of this, it
20   says:  "Plaintiff Brown is familiar with other web        15:03:25
21   browsers, such as Brave, among others, which pay users a
22   fee for their browsing."
23           Are you familiar with Brave?
24           A.  I'm familiar there are web browsers, and I'm
25   familiar Brave is one of them.        15:03:42
```

Page 142

1            Q.   And have you ever used Brave for web browsing?

2            A.   No, I don't -- I don't believe I have.  I don't

3       recall.

4            Q.   Are you aware of their practice of paying users

5       for browsing?                                              15:04:04

6            A.   Yes.

7            Q.   And what do you know about that?

8            A.   It's my understanding that as you browse

9       normally and they're collecting data, and that data is

10      valuable, and they've monetized it, and then pay you out. 15:04:18

11           Q.   And do you know how much they pay for data?

12           A.   No, I don't know offhand how much they pay for

13      data.  It probably depends on the type of data.  I'm sure

14      some data's more valuable than other data.

15           Q.   What data do you think to be more valuable than  15:04:45

16      other data?

17           A.   Private data.  Data that people don't want you

18      to know about themselves.  Data that's harder to get

19      because I think that would be more valuable.

20           Q.   And why would that be more valuable?            15:05:02

21           A.   Because it's not as easily gotten.

22           Q.   When did you first become aware of Brave?

23           A.   I've heard about that in other search engines or

24      websites that do that.  I think they've been around for a

25      while.  I don't know exactly how long, but I think        15:05:27

Page 143

```
 1    they've been around for a while.
 2        Q.  Do you believe you heard of it --
 3        A.  At least a couple years.
 4        Q.  Sorry, I missed that.
 5        A.  At least a couple years.                    15:05:38
 6            Sorry, I keep doing the pauses, and that goofs
 7    you up.  So that's always my fault, by the way.
 8        Q.  Do you believe you knew of Brave before becoming
 9    involved in this litigation?
10        A.  Yes.                                        15:05:55
11        Q.  Have you ever tried to sell any personal
12    information at issue in this lawsuit?
13        A.  Well, I've sold some of my information before,
14    like I've taken surveys, as an example, and have given
15    out information about myself and gotten paid for that.   15:06:14
16        Q.  How much do you think that your personal
17    information is worth?
18            MR. LEE:  To Google or to him?
19        Q.  BY MS. JENKINS:  To you, Mr. Brown.
20        A.  Well, my personal information to myself is -- is   15:06:41
21    worth a lot, like -- and it depends on like information
22    is a very broad -- you know, that is a lot of different
23    things.  But like how valuable is my Social Security
24    number?  Like it's very valuable to me.  It's actually
25    probably valuable to other people.  I know people go     15:07:03
```

Page 144

1    online trying to buy people's, you know, identifications

2    and things like that.

3          So that's probably not a great example, but,

4    yeah, it's very valuable to me.

5          Q.  What about like your browsing history; how      15:07:17

6    valuable do you think that is?

7          A.  It's probably extremely valuable if you couple

8    that with, you know, other people like me, that probably

9    gets -- adds in value even more exponentially.

10   Anybody -- it's valuable to anybody trying to sell me      15:07:46

11   anything or market to me.

12         Q.  Do you have -- sorry.  Go ahead.

13         A.  So I think it's valuable.  Sorry.  I'll try to

14   stop doing that.  I'm horrible.  It's my first

15   deposition.  Give me a break, Sara.                        15:08:05

16         Q.  No worries.  I should be learning to take an

17   extra pause.

18         Do you have any number in mind of the value to

19   you of, for instance, your browsing history?

20         MR. LEE:  Asked and answered.                        15:08:21

21         THE WITNESS:  Of just my browsing history to me?

22   No, I would really have to see what, you know, an expert

23   like Google, for example, values that at to start to see

24   like what just -- that would just be one, you know, piece

25   of my information.  So I would need some context of what   15:08:45

Page 145

```
 1    information like that goes on for the open market.  I'd
 2    like to think mine might be worth a little bit more.
 3         Q.  BY MS. JENKINS:  If user data is anonymous, and
 4    I will tell you what I mean by that.  By "anonymous," I
 5    mean it is not connected to any person or device or          15:09:09
 6    account, do you think that that would make that data less
 7    valuable than data that can be connected to a specific
 8    person?
 9              MR. LEE:  Objection to form to the extent it
10    calls for speculation.                                       15:09:28
11              THE WITNESS:  Yeah, I guess -- I guess how it's
12    used, like the context of how it's used would be -- would
13    be relevant.  Like I wouldn't say it's less or more.  I
14    would say that that data is the data.  Because I -- I
15    think anybody trying to, you know, collect data on me       15:09:45
16    doesn't really care what my user name is.
17              And so I think they care more about, you know,
18    all my personal things.  My preferences, my habits, what
19    I -- what I purchase, what sites I go to, you know, the
20    frequency I go to them, where I click on the screen.        15:10:05
21              Like the rabbit hole probably goes very, very
22    deep as far as what my behavior is.  And I think
23    that's -- that's what people, when they're collecting
24    data, that they want.  They don't really care that my
25    name is "Chasomrocks" on my Gmail.  They care about all     15:10:23
```

                                                   Page 146

```
1    don't.

2         Q.  BY MS. JENKINS:  Have you lost any personal

3    information that you once had as a result of Google's

4    conduct?

5         A.  I don't believe I've lost any information.        15:21:13

6         Q.  Sitting here today, can you tell me all the ways

7    that you've been harmed by Google as it relates to this

8    lawsuit?

9         A.  I can't tell you all the ways because I don't

10   know everything that they're doing with all my           15:21:33

11   information that they took without my knowledge, but --

12   so I cannot tell you all the ways, but I can tell you,

13   you know, some ways that I have been harmed.  I assume

14   that's what you're asking, but...

15        Q.  Please go ahead and describe the ways that -- of  15:21:54

16   which you are aware.

17        A.  Well, just from the basics is like this mode,

18   from my understanding, now uses a layer that uses more

19   energy from your phone, which essentially is more

20   electricity.  So now my phone has more wear and tear on   15:22:18

21   it, and eventually I'll have to get a new phone sooner.

22   I'll have to charge my phone more often.

23           In addition to that, it's -- it's sending out

24   data when it's not supposed to be sending out data.  So

25   then that affects my plan, whatever plan I have, if      15:22:37
```

Page 153

1    I'm -- if I'm paying for data, then I will run out and

2    have to pay for more.  If I am on an unlimited plan,

3    which I am, it actually will throttle my plan.  So now

4    my -- my data plan on my phone will run out of data

5    sooner.  And so then now all my data is going to take          15:22:59

6    longer.  And so now everything I'm trying to do on my

7    phone takes longer, and my time is very valuable.

8             So when like just in -- in browsing alone, you

9    could start adding up that time and -- and that's even

10   more.  So those are just some -- off the top of my head,       15:23:16

11   some ways that I was damaged.

12       Q.  I want to make sure I understand what you're

13   saying.

14           Are you saying that your phone uses more energy

15   to -- when it uses Incognito mode rather than basic mode?       15:23:34

16       A.  Yes, that's my understanding.  And just by

17   sending out data when it's not supposed to.  So that does

18   take, you know, energy as well.

19       Q.  How did you come to that understanding?

20       A.  Well, I've been in the cell phone industry for         15:23:52

21   20 years.

22       Q.  Have you done any personal experiments to see

23   whether that is the case?

24       A.  No.  I'll leave that up to the experts.  I

25   haven't done any personal experiments.                         15:24:09

1          Q.  Do you have any evidence to support that belief?

2              MR. LEE:  You know what?  I'm going to direct

3     you not to answer that question as it may reveal

4     attorney-client communications.

5              THE WITNESS:  I won't be answering the question.      15:24:28

6              MS. JENKINS:  That's fine.  I'm -- I'm -- I'm

7     just -- I'm -- all right, James, is it your

8     representation that there's no information that he could

9     give on that question that would not be privileged?

10             MR. LEE:  I think he's given you a ton of          15:24:43

11    information already.  So to the extent you're asking for

12    more, I think that's where you're now getting into

13    privilege territory.

14         Q.  BY MS. JENKINS:  Do you have any evidence, not

15    related to your involvement in this litigation, that       15:24:58

16    using Incognito mode takes more energy on your phone

17    rather than basic mode?

18         A.  Well, sending out more data just in general

19    takes more energy from a phone, as -- as much as I

20    understand phones and data.                                15:25:25

21         Q.  Have you seen any effect on the amount of data

22    that you're using on your cell phone plan that you can

23    directly relate to your use of Incognito mode?

24         A.  Nothing that I could point to right now.  I

25    haven't done the -- the calculation.                       15:25:48

Page 155

```
 1          Q.  Is there any other -- other than the additional
 2     energy that you mentioned and potentially an effect on
 3     your cell phone plan, is there any other harm that you
 4     have suffered as a result of Google's conduct?
 5          A.  Yes.  When you have your -- your privacy          15:26:22
 6     breached, I consider that harm.  And/or when you sign,
 7     you know, a contract and the other party doesn't live up
 8     to their side of the contract, I consider that harm.
 9          Q.  What type of harm is that?
10              MR. LEE:  Objection to the extent it calls for a   15:26:50
11     legal conclusion.
12              THE WITNESS:  Well, I believe in the -- in the
13     Amended Complaint, I think one of the complaints is a
14     breach of contract.  So that's where we point out the
15     harm.                                                       15:27:14
16          Q.  BY MS. JENKINS:  All right.  Is there any -- any
17     harm in addition to the ones that you've just named?
18          A.  Well, that's the biggest thing.  I think
19     probably a lot of what I named isn't the biggest thing.
20     It's all of my data that has been collected that is being  15:27:31
21     used to -- without my knowledge, without my consent, with
22     not even knowing what it is and what's being done with
23     it, how it's being monetized, like that -- there's a
24     whole, you know, unknown harm out there as well.
25          Q.  Have you lost any property as a result of         15:27:59
```

```
 1         A.  Yeah.

 2         Q.  What is your opinion about targeted advertising?

 3             MR. LEE:  In normal mode?

 4             MS. JENKINS:  We can say in normal mode.  I was

 5    looking for a general opinion about targeted advertising.      15:29:54

 6             THE WITNESS:  I'll do you one better.  I'll do

 7    all three:  General, normal mode, and Incognito.

 8             Well, yeah, just in general, I think targeted

 9    advertising is a good thing.  And normal browsing mode, I

10    think that, again, it's I've given consent.  We have a       15:30:18

11    deal.  I get the deal.  Thank you for showing me, you

12    know, a -- the surfboard I like.

13             And then when I'm in -- when I'm not in

14    Incognito mode -- or I'm sorry, when I am in Incognito

15    mode, I don't think that that's appropriate because you      15:30:37

16    shouldn't be collecting anything about me.  I'm supposed

17    to be hidden.  I'm supposed to be incognito.  I'm

18    supposed to be an invisible spy guy.  That's why I click

19    on the button.

20             And so I think anything along those lines is        15:30:57

21    inappropriate at minimum and, you know, a breach in our

22    deal otherwise.

23         Q.  BY MS. JENKINS:  Sometimes Chrome will suggest

24    searches for you when you start typing into the search

25    bar.  Are you familiar with that?                            15:31:16
```

Page 158

1          A.  They do have a free version.  Like in some

2     cases, I do pay for an upgraded version or something like

3     that, but yes, in general.

4          Q.  Would you be willing to pay money for a version

5     of Chrome that blocked ads?                              15:35:57

6          A.  That blocked ads?  No, not necessarily.  Because

7     like it's not that I'm anti ads.  I actually like ads.

8     Well, as much as anybody can like an ad, I like an ad.

9     But if I'm going to have to look at an ad, like, hey,

10    show me something that I might like.  Great.  That's a    15:36:21

11    good deal.  I'm glad that it's curated to me, an ad.

12            The problem lies is when you're getting that

13    information through Incognito mode when it's not supposed

14    to -- I'm not supposed to be giving you that data.

15            And that's -- so I'm not anti ad.  I'm anti       15:36:40

16    collecting information without my consent, without my

17    control.

18            MS. JENKINS:  Okay.  Tracy, could you upload the

19    next exhibit, the Rogs 1 to 6, the November 20th, 2020

20    set.                                                     15:37:07

21            MR. LEE:  How long have we been on the record?

22    Not total, but since the last break?

23            THE VIDEOGRAPHER:  57 minutes.

24            MR. LEE:  All right.  If you're going to move on

25    to a new document, do you mind if we take the break now   15:37:18

Page 162

```
1        Q.  BY MS. JENKINS:  All right.  Could you take a

2   look down at Interrogatory Number 10 and read through

3   that Interrogatory and your responses.

4           Oh.  Never mind.  You can go ahead and do that.

5           MR. LEE:  We are reading 10?              16:22:53

6           MS. JENKINS:  Yes.  Thank you.

7           MR. LEE:  Okay.

8           THE WITNESS:  Okay.  I'm familiar.

9        Q.  BY MS. JENKINS:  All right.  Does this response

10  appear accurate to you as we sit here today?         16:24:10

11       A.  Let me read a little more just to be sure.  It's

12  a little longer, but yeah, so far, it's been accurate, to

13  answer your question.

14       Q.  All right.  Can you tell me why you have not

15  attempted to sell your personal data?               16:24:30

16           MR. LEE:  Objection to form, asked and answered.

17           THE WITNESS:  Why I haven't attempted -- oh, I

18  have sold my personal data before.  And I said I have

19  taken surveys and gotten paid for them, and that was, you

20  know, the personal data on myself.                  16:24:55

21           So why I haven't taken it further?  I'm a busy

22  dude.  That's just difficult to track all that -- track

23  all that down.

24       Q.  BY MS. JENKINS:  All right.  So specifically, I

25  meant personal data as at issue in this litigation. 16:25:13
```

Page 177

```
 1              Would your answer be the same to that question?
 2         A.  Well, I -- my answer would be I like the deal
 3    that I have.  I understand that Google is collecting my
 4    data, and clearly, as we went through those last
 5    documents, I use a lot of different Google products.  So        16:25:37
 6    I am in the Google ecosystem.  I'm a Google user.  I'm a
 7    Google customer.  So like I understand that they're
 8    giving me some free services for that, and I like that
 9    deal.
10              The side of the deal that I don't like is the         16:25:54
11    Incognito mode side of the deal.  Because that's supposed
12    to be my out, meaning, hey, I'm not giving you data right
13    now, and you agree, we agree.  And then unfortunately, it
14    seems Google has been collecting my data under those
15    circumstances.                                                  16:26:18
16         Q.  Can you take a look back at Interrogatory
17    Number 8 and your response to that Interrogatory.
18         A.  10, 9, 8.  Excuse me.
19              Okay.  I'm familiar.  You can ask your
20    questions.                                                      16:26:58
21         Q.  Okay.  And you see that this Interrogatory says:
22    "Describe with particularity each category of 'personal
23    and sensitive user data' that you contend Google
24    unlawfully 'intercepted.'"  Correct?
25         A.  I see that, yes.                                       16:27:12
```

Page 178

```
1          Q.  And you would specifically say these six items

2    of information are personal and sensitive user data; is

3    that correct?

4            MR. LEE:  Asked and answered.

5            THE WITNESS:  Yes.                              16:33:24

6            MS. JENKINS:  All right.  Tracy, can you load

7    the next exhibit, which is the September 20th Responses

8    and Objections to Interrogatory 16.

9            (Exhibit 19, Plaintiff Chasom Brown's Verified

10              Objections and Responses to Defendant's Fifth   16:33:38

11              Set of Interrogatories (No. 16), was marked for

12              identification by counsel electronically.)

13            THE WITNESS:  Uh-oh.  Now I'm getting lost on

14    exhibits.  Was that 18?

15          Q.  BY MS. JENKINS:  The -- the next one should be   16:34:02

16    19.

17          A.  Okay.

18            MR. LEE:  It just loaded for me right now,

19    Chasom.

20            THE WITNESS:  Got it.  I've got it right now.   16:34:11

21          Q.  BY MS. JENKINS:  Can you please take a look at

22    Interrogatory Number 16 and the response.

23          A.  Okay.  I'm familiar with it.  If there's a

24    certain section, we can go over it.

25          Q.  Does this response look accurate to you?        16:35:21
```

Page 182

```
1            A.  Yes.

2            Q.  And are you familiar with the different projects

3       that are listed here?

4               MR. LEE:  Objection to form.  Can you be more

5       specific?                                              16:35:37

6            Q.  BY MS. JENKINS:  Yeah.  Are you familiar with

7       Ipsos Screenwise Panel?

8            A.  Let me find the content.  One moment.

9            Q.  It's in the third paragraph of the response.

10           A.  Yeah.                                          16:36:16

11              Okay, yeah.  I understand.  I recall.

12           Q.  Are you familiar with the Ipsos Screenwise

13      Panel?

14           A.  It's the consumer research study; correct?

15           Q.  Yes.                                           16:36:36

16              Is that all of your understanding about what it

17      is?

18           A.  Yeah.  Outside of what I have on here, this is

19      my full understanding of it.  I didn't do a lot of

20      research into it, but I understand what it is.         16:36:52

21           Q.  And what about Google's Opinion Rewards surveys;

22      are you familiar with that?

23           A.  I am.

24           Q.  Have you ever signed up for that?

25           A.  I have signed up for studies.  I don't -- I    16:37:10
```

Page 183

```
 1    don't recall if it was a Google one or not.

 2         Q.  And what about Nielson Computer & Mobile Panel;

 3    are you familiar with that?  It's in the next paragraph.

 4         A.  Let me pull that up.

 5         Q.  Have you signed up for Neilson Computer & Mobile   16:37:50

 6    Panel?

 7         A.  No, I have not.

 8         Q.  It says here that it pays up to $50 a year for

 9    passive data collection of a user's internet behavior.

10         Would you sell your internet use data for $50 a        16:38:04

11    year?

12         A.  My data is worth way more than that.

13         Q.  Is there a number you have in mind of what your

14    user data would be worth?

15         A.  I'm willing to work with Google to go over all     16:38:23

16    the data that they have and put the value that they put

17    on it to see if that's in -- in range.  I think it's

18    certainly more than $50 a year.  But I think they're

19    probably the experts on it, and they have some idea of

20    what data is worth.                                         16:38:48

21         Essentially, I defer to the experts on how much

22    data is worth.  My data is definitely worth more than $50

23    a year, though.

24         Q.  Is there a number at which you would agree to

25    sell your user data?                                        16:39:06
```

Page 184

1          A.  There is a number.  What it is, I don't -- I

2    don't know.  But everybody's got a price.  So I'll sell

3    you this shirt if -- like -- no, it's a -- it's a vague

4    question.  Yes, there's a number for my data.  What it

5    is, I don't know.                                    16:39:27

6          Q.  Would you say -- I mean, would it be more than a

7    hundred dollars a year?

8              MR. LEE:  Objection.  Vague as to what the word

9    "it."

10         Q.  BY MS. JENKINS:  Would you sell your data --    16:39:42

11   would the number that you would sell your data for be

12   more than a hundred dollars a year?

13         A.  I -- I think -- because I don't want to go into

14   this so we'll keep upping it and upping it.  I think that

15   I would need to know a lot more information about data    16:39:59

16   before I could really give a good answer as to how much

17   it -- my particular data or data is worth.  My limited

18   understanding is data is pretty valuable.

19         Q.  All right.  But sitting here today, there's not

20   a number that -- that you would accept for the use or    16:40:19

21   collection of your data?

22              MR. MCGEE:  I'm really sorry.  I -- Sara, I

23   would not do this unless it is necessary, but James is

24   frozen again.  So I'm very sorry to do this.  I know he's

25   taking the deposition, but he just texted me to let me    16:40:41

Page 185

1    know.

2         MS. JENKINS:  All right.  Well, let's -- let's

3    go off the record until James can get back on, please.

4         THE VIDEOGRAPHER:  We are off the record.  The

5    time is 4:41 p.m.                                    16:40:55

6         (Recess.)

7         THE VIDEOGRAPHER:  We are back on the record.

8    The time is 4:55 p.m.

9         Q.  BY MS. JENKINS:  All right.  Before -- before we

10   broke due a technical issue, Mr. Brown, I had just asked   16:55:15

11   the question:  Sitting here today, there's not a number

12   that you would accept for the use or collection of your

13   data; is that correct?

14        A.  There is a number I would accept.  I don't know

15   what that number is.  I'd have to do some analysis to put   16:55:32

16   a number on it.  But would I -- would I accept a number

17   for my data that I'm comfortable, the data that I'm

18   comfortable giving with?  Yeah, absolutely.

19        Q.  And what would you say -- when you say the data

20   you're comfortable giving, what data is that?          16:55:55

21        A.  Data that would be in normal, you know, Chrome

22   browsing mode.

23        Q.  And what about data from Incognito mode; is

24   there a number that you would accept for that?

25        A.  There is a higher number I would accept for      16:56:15

                                                        Page 186

1      that.

2          Q.  And sitting here today, is it true that you

3      can't provide a number?

4          A.  I don't know.  Same thing.  I would need to

5      really look into that.  But like my private information,      16:56:29

6      my private data, yeah, it definitely -- it seems more

7      valuable.  Because I don't want to give it; right?  But

8      if you keep upping the price, then maybe at some point,

9      okay, I'll tell you what my weird fetish is.  So it's

10     like kind of how it would work.                                16:56:55

11         Q.  Right.  That won't be necessary today, but...

12         A.  Oh, that's not the next question?

13         Q.  No.

14         A.  Okay.

15             MS. JENKINS:  Tracy, can you upload the Amended        16:57:06

16     Responses and Objections to the Second Set of Requests

17     For Admissions, please.

18             (Exhibit 20, Plaintiff Chasom Brown's Amended

19             Objections and Responses to Defendant's Second

20             Set of Requests For Admission, was marked for          16:57:14

21             identification by counsel electronically.)

22         Q.  BY MS. JENKINS:  All right.  So Mr. Brown, you

23     should now have Exhibit 20 in your folder.

24             Do you see that?

25         A.  I'm pulling it up.                                     16:57:43

                                                            Page 187

```
1    answer.

2              Why don't we hear the question again so that we

3    can all get on the same page.

4         Q.  BY MS. JENKINS:  Okay.  Do you recall providing

5    Google with cookie values from your browser as part of          17:03:39

6    this litigation?

7              MR. LEE:  You can answer that limited question.

8              THE WITNESS:  Yes.

9         Q.  BY MS. JENKINS:  Did you collect those cookies

10   yourself?                                                       17:03:55

11             MR. LEE:  To the extent that your answer would

12   be based on communications you had with your counsel, I

13   would advise you not to answer.

14             THE WITNESS:  Based on that, yes, I'm --

15             MS. JENKINS:  James, can he -- is there some          17:04:16

16   reason he couldn't answer "yes" or "no" as to whether he

17   collected the cookies himself?

18             MR. LEE:  I'm not ignoring you.  I'm just

19   thinking about it.  That's okay.  He can just answer

20   "yes" or "no.                                                   17:04:30

21             MS. JENKINS:  I'll repeat it.

22        Q.  Did you collect those cookies yourself?

23        A.  Yes.

24        Q.  Can you tell me from what devices you collected

25   those cookies?                                                  17:04:46
```

Page 191

1            MR. LEE:  You can answer that limited question.

2            THE WITNESS:  From my laptop and my phone.  I

3    know those two for sure.  I just don't -- I think my --

4    my tablet as well.

5        Q.  BY MS. JENKINS:  And what browser were you using    17:05:12

6    when you collected those cookies?

7        A.  I believe I was in Chrome.  I don't -- don't

8    remember.  I don't -- I can't imagine I used anything

9    else, but I don't really remember which browser I went

10   to.  I'm sure it was in Chrome.                            17:05:36

11       Q.  Were you browsing in Incognito mode when you

12   collected those cookies?

13       A.  I don't -- I don't recall.  I think there was a

14   series of things I needed to do.  So I was just more

15   focused on doing those series of things.  And so I        17:05:56

16   don't -- I don't really remember the process of which way

17   I did it or not.

18            MR. LEE:  Let's leave it at I don't recall.  I

19   don't want you to get into privileged things.  Okay?

20            THE WITNESS:  Got it.                             17:06:14

21            MR. LEE:  Okay.

22       Q.  BY MS. JENKINS:  Were you logged in when you

23   collected those cookies?

24            MR. LEE:  Objection.  Vague.

25            THE WITNESS:  Yeah.  I don't recall.             17:06:22

Page 192

1          Q.   Okay.  You were asked some questions about

2     whether you believe there is a contract between you and

3     Google.

4               Do you remember those questions?

5          A.   Yes.                                          17:12:01

6          Q.   Can you describe for us in your words what

7     Google's promise was to you in that agreement as it

8     relates to Incognito mode?

9               MS. JENKINS:  Objection.  Assumes facts.

10              MR. LEE:  You can answer.                     17:12:20

11              THE WITNESS:  So in that contract, at Google's,

12    you know, promise to me is that they would put me in

13    control and that I would give them consent as to when

14    they can collect my data and when they cannot collect my

15    data.                                                   17:12:40

16              So that was the deal as -- as pertains to

17    Incognito mode.

18              MR. LEE:  Okay.  And maybe Tracy can help me

19    here because I switched computers.  Tracy, do you mind

20    getting Exhibit 7 on the share screen?                  17:13:02

21              MS. GAO:  Okay.  I will try.

22              MR. LEE:  Thank you so much.

23              MS. GAO:  It actually says host is able --

24    parties can screen sharing.

25              THE VIDEOGRAPHER:  I'm on it.                 17:13:27

                                              Page 197

```
1              MR. LEE:  Thank you.

2              THE VIDEOGRAPHER:  There you go.  It's been --

3       it's been enabled.

4          Q.  BY MR. LEE:  All right.  This has been

5       previously marked Exhibit 7.                        17:13:47

6              Mr. Brown, do you remember Google's lawyer

7       asking you some questions about this document?

8          A.  Yes.

9          Q.  Okay.  I just want to go over a couple things

10      real fast.                                          17:14:01

11             Do you see in that first sentence it states:

12      "Learn how to control the information that's collected,

13      stored, and shared when you use the Google com browser on

14      your computer or mobile device."

15             Do you see that?                             17:14:16

16         A.  Yes.

17         Q.  Okay.  And do you also see that the -- the last

18      phrase of that same paragraph says that the -- the use of

19      your personal information will be protected in accordance

20      with the Google privacy policy?                     17:14:36

21             MS. JENKINS:  Objection.  Leading and narrative.

22         Q.  BY MR. LEE:  Do you see that?

23         A.  I do see it.

24         Q.  Okay.  And can you tell us for the 50th time

25      today what is in the Google privacy policy with respect  17:14:50
```

Page 198

1    to the collection of your data in Incognito mode?

2          A.  On -- on the first page in the -- within the

3    first paragraph, they say it puts you in control.  It

4    says you can use our services in a variety of ways to

5    manage your privacy.                                    17:15:16

6              And then it also says you can also choose to

7    browse the web privately using Chrome in Incognito mode.

8              MR. LEE:  Okay.  Tracy, could you go to page 8

9    of this document, please.

10             I think that's -- it's actually I think the page   17:15:41

11   before.  I'm sorry.  It's 8 of 14 on the bottom there.

12   Okay.

13         Q.  Do you see that under Incognito mode and guest

14   mode, it says:  "You can limit the information Chrome

15   stores on your system by using Incognito mode"?         17:16:02

16         A.  Yes.

17         Q.  And the following sentence says:  "Chrome won't

18   store certain information such as your browsing history"?

19         A.  Yes.

20         Q.  "Caching page text, or IP addresses of pages   17:16:14

21   linked from the websites you visit."

22             Do you see that?

23         A.  Yes, I do.

24             MS. JENKINS:  Objection.  Leading and narrative.

25             MR. LEE:  I'm just asking if he sees it.        17:16:25

Page 199

1       Q.   Okay.   Now we looked at three different

2   statements in Exhibit 7 in this document about the Chrome

3   privacy notice; right?

4       A.   Correct.

5       Q.   Okay.   If you take those three statements   17:16:40

6   together, what does this communicate with respect to

7   whether Google collects or doesn't collect user

8   information in Incognito mode?

9         MS. JENKINS:   Objection.   Vague.

10        THE WITNESS:   It clearly shows that they don't   17:16:57

11   collect in Incognito mode.

12       Q.   BY MR. LEE:   And now that we've initiated this

13   lawsuit, do you think that those statements are correct?

14       A.   Unfortunately, no.   Unfortunately, that's --

15   which has, you know, come more to light that Incognito   17:17:22

16   mode, that it's not as advertised, not as in their

17   privacy policy, not as per the agreement that we have.

18        And it really -- it really is unfortunate

19   because I am a Google user.   I am a Google fan, and I

20   think that the -- I can't use the service.   17:17:48

21        And the fact that it does this is wrong on so

22   many levels.   So I don't think that -- I think that it --

23   I've been duped, sad to say.   But people can correct

24   their mistakes.

25       Q.   Now you were asked how you were harmed as a   17:18:12

Veritext Legal Solutions
866 299-5127

```
 1      result of Google's conduct.
 2              Do you recall those questions asked to you by
 3      Google's lawyer?
 4          A.  Yes.
 5          Q.  In addition to your testimony today, to describe    17:18:23
 6      the ways you were harmed, would you also refer to the
 7      Complaint and the Interrogatory Responses and documents
 8      uncovered throughout this case?
 9              MS. JENKINS:  Objection.  Vague.
10              THE WITNESS:  Yes.  I thought they were already    17:18:43
11      included, but yes, I would.
12          Q.  BY MR. LEE:  You testified earlier today that
13      you have a Gmail account called chasomrocks; is that
14      right?
15          A.  That's correct.                                    17:19:00
16              MR. LEE:  I could not agree more, sir.  Thank
17      you for your time.  I have no further questions.
18              MS. JENKINS:  I'm sorry, my lights went off.  I
19      think I might have one more question, but...
20                                                                 17:19:13
21                       FURTHER EXAMINATION
22      BY MS. JENKINS:
23          Q.  Mr. Lee just asked if your understanding with
24      respect to whether Incognito collects your information
25      has changed, and I believe that you responded that it    17:19:26
```

Page 201