# EXHIBIT 4

1        UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
2              SAN JOSE DIVISION
3
     CHASOM BROWN, WILLIAM BYATT,
4    JEREMY DAVIS, CHRISTOPHER
     CASTILLO, and MONIQUE TRUJILLO,
5    individually and on behalf of
     all other similarly situated
6
         Plaintiffs,          CASE NO.
7                       5:20-CV-03664-LHK-SVK
     VS.
8
     GOOGLE LLC
9
         Defendant.
10
11
         * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
12     ZOOM VIDEOTAPED DEPOSITION OF WILLIAM BYATT
                December 20, 2021
13                11:04 a.m. EST
       * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
14
15
16   TAKEN BY:
17       VIOLA TREBICKA, ESQ.
         ATTORNEY FOR DEFENDANT
18
19   REPORTED BY:
20       BELLE VIVIENNE, CRR
         CERTIFIED STENOGRAPHIC
21       REALTIME COURT REPORTER
         VERITEXT LEGAL SOLUTIONS
22       JOB NO. 5001125
         866 299-5127
23
24
25

                                        Page 1

```
 1    speech, it -- it's all right and I          11:10:56

 2    understand what you mean when you say        11:10:59

 3    uh-huh or something that's not verbal.       11:11:01

 4    Please do verbalize your answers for the     11:11:04

 5    court reporter.                              11:11:07

 6         A.    I may require reminders, but      11:11:07

 7    I'll certainly try.                          11:11:10

 8         Q.    I will remind you.                11:11:11

 9              So you -- earlier you talked       11:11:12

10    about private -- about Incognito, correct?   11:11:14

11         A.    I did, yes.                       11:11:19

12         Q.    So you do browsing in Incognito,  11:11:20

13    correct?                                     11:11:22

14         A.    Yes.                              11:11:22

15         Q.    Do you continue to browse in      11:11:23

16    Incognito today?                             11:11:25

17         A.    Occasionally, yes.                11:11:25

18         Q.    How often, presently, how often   11:11:28

19    do you browse?                               11:11:32

20         A.    That I wouldn't be able to tell   11:11:33

21    you.  I don't particularly keep track.       11:11:36

22    Certainly -- yeah, I don't think I could     11:11:40

23    say with specificity.  It comes in fits      11:11:46

24    and bursts.  You know, sometimes I might     11:11:49

25    spend several hours browsing multiple days   11:11:52
```

Page 14

| | | |
|---|---|---|
| 1 | in a week and sometimes I might go weeks | 11:11:58 |
| 2 | without opening it. | 11:12:01 |
| 3 | Q.    And when you say "it," you mean | 11:12:02 |
| 4 | Incognito? | 11:12:04 |
| 5 | A.    I mean Incognito, yes. | 11:12:05 |
| 6 | Q.    Understood.  Have you changed | 11:12:06 |
| 7 | your browsing behavior on Incognito since | 11:12:07 |
| 8 | the filing of this lawsuit? | 11:12:10 |
| 9 | A.    I have wanted to.  I may have | 11:12:12 |
| 10 | some, but I felt that it would be best to | 11:12:16 |
| 11 | try to continue my behavior as sort of | 11:12:20 |
| 12 | normally as possible.  I'm not sure how | 11:12:24 |
| 13 | effective that is with sort of the -- the | 11:12:29 |
| 14 | awareness and thinking about this more. | 11:12:34 |
| 15 | But it's been -- it's been roughly pretty | 11:12:35 |
| 16 | similar. | 11:12:40 |
| 17 | Q.    You say you -- that you have | 11:12:40 |
| 18 | tried to -- or you said that you -- it | 11:12:43 |
| 19 | would be best to try to continue your | 11:12:47 |
| 20 | behavior as normal. | 11:12:48 |
| 21 | What do you mean by that? | 11:12:51 |
| 22 | A.    Yeah.  So when -- when this | 11:12:52 |
| 23 | lawsuit is over, I will probably quit | 11:12:53 |
| 24 | using Chrome altogether, but I have felt | 11:12:58 |
| 25 | that for -- you know, I've been advised by | 11:13:03 |

Page 15

| | | |
|---|---|---|
| 1 | my attorneys -- | 11:13:08 |
| 2 | MR. LEE:  Hold on.  Hold on. | 11:13:09 |
| 3 | So let me just give you a quick | 11:13:11 |
| 4 | instruction.  It is -- in these | 11:13:14 |
| 5 | depositions, you should not reveal any | 11:13:16 |
| 6 | communications you've had with your | 11:13:18 |
| 7 | attorneys. | 11:13:20 |
| 8 | THE WITNESS:  Okay. | 11:13:20 |
| 9 | MR. LEE:  So if you can answer | 11:13:21 |
| 10 | this question without revealing any | 11:13:22 |
| 11 | communications that you've had with | 11:13:23 |
| 12 | any of your attorneys, happy for you | 11:13:24 |
| 13 | to do that; if you can't, then don't | 11:13:29 |
| 14 | answer the question. | 11:13:30 |
| 15 | THE WITNESS:  Okay. | 11:13:31 |
| 16 | A.    But, yeah.  So it -- it has | 11:13:32 |
| 17 | seemed as though continuing to behave as | 11:13:33 |
| 18 | normally as possible until the end of the | 11:13:37 |
| 19 | lawsuit is what would make the most sense. | 11:13:40 |
| 20 | BY MS. TREBICKA: | 11:13:40 |
| 21 | Q.    And what do you understand by | 11:13:46 |
| 22 | the term "Incognito browsing"? | 11:13:47 |
| 23 | A.    I understand it to mean -- well, | 11:13:51 |
| 24 | first of all, what Google tells me it | 11:13:53 |
| 25 | means when I open it and there's this | 11:13:56 |

Page 16

| | | |
|---|---|---|
| 1 | Q.    And if I asked you what the | 12:57:14 |
| 2 | reason is that you go on Incognito | 12:57:16 |
| 3 | generally, not just for The New York | 12:57:18 |
| 4 | Times, would it be the same answer or | 12:57:20 |
| 5 | would it differ? | 12:57:22 |
| 6 | A.    The general answer for the | 12:57:24 |
| 7 | reason that I go on to Incognito mode is | 12:57:26 |
| 8 | to keep Google primarily across all of | 12:57:29 |
| 9 | their services from Chrome to Analytics | 12:57:34 |
| 10 | and their advertising services from having | 12:57:37 |
| 11 | records of my behavior, and also to avoid | 12:57:43 |
| 12 | paywalls and log out of Reddit, but that | 12:57:59 |
| 13 | is certainly the primary reason I do it. | 12:58:01 |
| 14 | Q.    When you go on Incognito, do you | 12:58:03 |
| 15 | ever sign into your Google account? | 12:58:06 |
| 16 | A.    Very, very rarely. | 12:58:08 |
| 17 | Q.    And why would -- if you do, why | 12:58:09 |
| 18 | do you do that? | 12:58:11 |
| 19 | A.    On my own computers, I'm not | 12:58:17 |
| 20 | sure I ever have.  The only times I can | 12:58:20 |
| 21 | think of that I would have done that is | 12:58:23 |
| 22 | if, for example, I was using someone | 12:58:25 |
| 23 | else's computer and someone else's Chrome | 12:58:27 |
| 24 | and I opened Incognito, so that their | 12:58:30 |
| 25 | experience didn't -- wasn't sort of | 12:58:35 |

Page 96

| | | |
|---|---|---|
| 1 | the web privately using Chrome in | 14:19:40 |
| 2 | Incognito mode. | 14:19:43 |
| 3 | Q.   So you understood that sentence | 14:19:44 |
| 4 | to tell you that it would not be shared | 14:19:46 |
| 5 | with Google? | 14:19:47 |
| 6 | A.   That's correct because that's | 14:19:49 |
| 7 | what it says. | 14:19:50 |
| 8 | Q.   Do you recall your earlier | 14:19:52 |
| 9 | testimony about The New York Times privacy | 14:20:44 |
| 10 | policy? | 14:20:52 |
| 11 | A.   I don't recall it verbatim, but, | 14:20:52 |
| 12 | yes.  I remember the line of questioning | 14:20:54 |
| 13 | you're talking about, yes. | 14:20:55 |
| 14 | Q.   And you recall that The New York | 14:20:57 |
| 15 | Times's privacy policy generally disclosed | 14:21:03 |
| 16 | that certain information they would | 14:21:05 |
| 17 | collect would also be shared with their | 14:21:07 |
| 18 | service providers; do you recall that? | 14:21:09 |
| 19 | A.   I do.  I also recall The New | 14:21:11 |
| 20 | York Times saying that they were sharing | 14:21:15 |
| 21 | in accordance with the Google privacy | 14:21:18 |
| 22 | policy, which is the document that led me | 14:21:20 |
| 23 | to believe that being in Incognito mode, | 14:21:22 |
| 24 | my information would be private. | 14:21:26 |
| 25 | Q.   So what, in this particular | 14:21:28 |

Page 118

| | | |
|---|---|---|
| 1 | document, not necessarily this version, | 14:21:33 |
| 2 | but in the Google privacy policy led you | 14:21:36 |
| 3 | to believe that the websites, third-party | 14:21:39 |
| 4 | websites would not be sharing your | 14:21:43 |
| 5 | information with Google among other | 14:21:45 |
| 6 | service providers when you were browsing | 14:21:49 |
| 7 | in Incognito mode, although they | 14:21:51 |
| 8 | themselves would receive it? | 14:21:54 |
| 9 | A.    The part where it says I can | 14:21:57 |
| 10 | also choose to browse the web privately. | 14:21:58 |
| 11 | The part that says that I'm in control of | 14:22:01 |
| 12 | how Google receives my information. | 14:22:04 |
| 13 | And -- and the part in The New York Times | 14:22:07 |
| 14 | document where it says that they abide by | 14:22:11 |
| 15 | this as well. | 14:22:13 |
| 16 | Q.    Anything else? | 14:22:15 |
| 17 | A.    Probably.  It's a 28-page | 14:22:18 |
| 18 | document, but those are certainly the most | 14:22:21 |
| 19 | salient parts that led me to believe that. | 14:22:23 |
| 20 | Q.    Okay.  Well, take your time and | 14:22:25 |
| 21 | not restricting the time that you can | 14:22:26 |
| 22 | spend reviewing the document, anything | 14:22:29 |
| 23 | else in this document that you believe | 14:22:30 |
| 24 | supports your interpretation? | 14:22:33 |
| 25 | A.    Yeah, the document.  You know, I | 14:22:37 |

Page 119

| | | |
|---|---|---|
| 1 | the same session open for more than ten | 14:29:38 |
| 2 | days? | 14:29:39 |
| 3 | A.    I have no idea. | 14:29:40 |
| 4 | Q.    Could have, could not have, you | 14:29:40 |
| 5 | just don't know? | 14:29:42 |
| 6 | A.    That's correct. | 14:29:43 |
| 7 | Q.    What about more than 50 days? | 14:29:43 |
| 8 | A.    Well, I think the first question | 14:29:47 |
| 9 | in this line was what's the longest you've | 14:29:49 |
| 10 | had it open and I didn't know the answer | 14:29:51 |
| 11 | to that.  I'm not going to know the answer | 14:29:54 |
| 12 | to any particular time limit.  I guess | 14:29:56 |
| 13 | more -- I definitely never had one open | 14:30:01 |
| 14 | for more than 14 years.  You know, like, I | 14:30:04 |
| 15 | really don't know how long I've had one | 14:30:07 |
| 16 | open, and I can't say for any particular | 14:30:09 |
| 17 | length of time that is, you know, | 14:30:11 |
| 18 | physically possible. | 14:30:13 |
| 19 | Q.    Do you have one open right now | 14:30:15 |
| 20 | in your computer at home? | 14:30:17 |
| 21 | A.    I don't know. | 14:30:26 |
| 22 | Q.    You may have, may not have, you | 14:30:27 |
| 23 | just don't recall? | 14:30:29 |
| 24 | A.    That's correct. | 14:30:30 |
| 25 | Q.    All right.  So back to the | 14:30:36 |

Page 126

| | | |
|---|---|---|
| 1 | Incognito new tab page, which you have in | 14:30:39 |
| 2 | front of you as Exhibit 8, it says here | 14:30:41 |
| 3 | "Now you can browse privately, and other | 14:30:44 |
| 4 | people who use this device won't see your | 14:30:47 |
| 5 | activity."  Do you see that? | 14:30:50 |
| 6 | A.   I see both of those two clauses | 14:30:53 |
| 7 | that you just read, yes. | 14:30:56 |
| 8 | Q.   Why do you say "both of those | 14:30:56 |
| 9 | two clauses"?  What do you mean by that? | 14:30:58 |
| 10 | A.   Well, I understand "now you can | 14:31:00 |
| 11 | browse privately and other people who use | 14:31:03 |
| 12 | this device won't see your activity" to | 14:31:04 |
| 13 | both tell me something -- | 14:31:07 |
| 14 | Q.   What do they tell you -- | 14:31:08 |
| 15 | A.   -- separately. | 14:31:14 |
| 16 | Q.   What do they tell you? | 14:31:21 |
| 17 | A.   The first one "Now you can | 14:31:23 |
| 18 | browse privately," tells me that my | 14:31:25 |
| 19 | browsing will be private.  The other one, | 14:31:28 |
| 20 | the second half "and other people who use | 14:31:31 |
| 21 | this device won't see your activity," | 14:31:33 |
| 22 | tells me that other people who use this | 14:31:36 |
| 23 | device won't see my activity. | 14:31:39 |
| 24 | MR. LEE:  You're doing great, | 14:31:55 |
| 25 | just slow down for the court reporter. | 14:31:56 |

Page 127

| | | |
|---|---|---|
| 1 | that he's not knowledgeable on or has | 14:37:14 |
| 2 | no personal knowledge on.  And for you | 14:37:17 |
| 3 | to suggest that that answer is somehow | 14:37:18 |
| 4 | improper is -- is objectionable, and I | 14:37:20 |
| 5 | will speak up every time you do that. | 14:37:24 |
| 6 | So you can conduct your -- your | 14:37:25 |
| 7 | examination any way you see fit, and I | 14:37:27 |
| 8 | will make my record any way I see fit. | 14:37:30 |
| 9 | BY MS. TREBICKA: | 14:37:30 |
| 10 | Q.   So, Mr. Byatt, I'm trying to | 14:37:34 |
| 11 | understand what it means in your mind for | 14:37:37 |
| 12 | data to be linked to you.  So -- so my | 14:37:39 |
| 13 | question is, if the information -- or | 14:37:43 |
| 14 | rather what it means in your mind for data | 14:37:48 |
| 15 | to be private or -- or private browsing or | 14:37:50 |
| 16 | data that is related to your private | 14:37:56 |
| 17 | browsing, right?  So data from your | 14:37:58 |
| 18 | private browsing, if it is not linked to | 14:38:01 |
| 19 | you or your identity, do you consider that | 14:38:03 |
| 20 | not to be private? | 14:38:06 |
| 21 | MR. LEE:  Objection, improper | 14:38:08 |
| 22 | hypothetical, calls for speculation. | 14:38:09 |
| 23 | A.   I'm not -- I'm not sure what you | 14:38:12 |
| 24 | mean by "identity," right?  Like so if | 14:38:14 |
| 25 | there -- if I had a nude picture of myself | 14:38:17 |

Page 133

```
 1    that had my face blurred out and my name       14:38:21

 2    not attached to it and it was being shared     14:38:23

 3    without my permission, I would absolutely      14:38:26

 4    consider that a violation of my privacy.       14:38:29

 5    I don't think that someone needs to have       14:38:34

 6    my name for it to be a violation of            14:38:36

 7    privacy.  I think when Google has              14:38:40

 8    behavioral data about things that I have       14:38:43

 9    done, that is me, that is what I am doing,     14:38:45

10    and if they have that data, that is not        14:38:49

11    private.                                       14:38:51

12    BY MS. TREBICKA:                               14:38:51

13         Q.    So if an IP address related to      14:38:52

14    your private browsing is collected, do you     14:38:54

15    consider that to be violating your             14:38:57

16    privacy?                                       14:39:01

17         MR. LEE:  Objection, improper             14:39:03

18       hypothetical, calls for speculation.        14:39:05

19       Go ahead.                                   14:39:09

20         A.    I think -- I think that -- yeah,    14:39:12

21    it could be.  I think that I don't know        14:39:18

22    about specific contexts, I guess, and I        14:39:21

23    think the concern here is that Google told     14:39:26

24    me that there was certain information that     14:39:32

25    they could collect, told me that I could       14:39:34
```

Page 134

| | | |
|---|---|---|
| 1 | be in control of what information was | 14:39:36 |
| 2 | collected, told me that the way that I | 14:39:39 |
| 3 | could exercise control was by browsing in | 14:39:41 |
| 4 | Incognito mode.  And then while browsing | 14:39:44 |
| 5 | in Incognito mode, they collected the | 14:39:47 |
| 6 | information that they told me I could stop | 14:39:49 |
| 7 | them from collecting, and I think that is | 14:39:52 |
| 8 | a -- yeah, a clear -- like, I asked them | 14:39:56 |
| 9 | not to.  Like it's not even -- it's not | 14:40:01 |
| 10 | even a case of not consenting.  By opening | 14:40:05 |
| 11 | Incognito, I have explicitly said don't | 14:40:11 |
| 12 | collect the information that you said I | 14:40:13 |
| 13 | could control the collection of by opening | 14:40:16 |
| 14 | Incognito mode.  So, yeah, that -- that -- | 14:40:18 |
| 15 | if that information includes IPs, then, | 14:40:22 |
| 16 | yes, collecting that is a violation of | 14:40:24 |
| 17 | that privacy. | 14:40:26 |
| 18 | BY MS. TREBICKA: | 14:40:26 |
| 19 | Q.    Do you mean that the word | 14:40:37 |
| 20 | "privately" and "private browsing" means | 14:40:41 |
| 21 | that your Internet browsing activity will | 14:40:44 |
| 22 | be concealed from everyone? | 14:40:46 |
| 23 | A.    Well, in the case of Incognito, | 14:40:48 |
| 24 | I'd expect it to be concealed from Google | 14:40:49 |
| 25 | because they told me it was going to be | 14:40:52 |

Page 135

| | | |
|---|---|---|
| 1 | concealed from Google. | 14:40:54 |
| 2 | Q.    Just from Google, right?  That's | 14:40:56 |
| 3 | your understanding? | 14:40:58 |
| 4 | A.    So if we look on the Incognito | 14:40:58 |
| 5 | splash screen or what you called the new | 14:41:00 |
| 6 | tab page, it lists a few entities that the | 14:41:04 |
| 7 | activity may still be visible to.  I | 14:41:06 |
| 8 | believe that disclosure, I believe that it | 14:41:10 |
| 9 | could be visible to the websites, to my | 14:41:13 |
| 10 | employer or school if I'm on the employer | 14:41:16 |
| 11 | or school network to the Internet service | 14:41:18 |
| 12 | provider, but it doesn't say Google here. | 14:41:21 |
| 13 | It doesn't say my activity might still be | 14:41:24 |
| 14 | visible to Google.  So I understood this | 14:41:26 |
| 15 | as -- and that would have been a great | 14:41:29 |
| 16 | place for Google to put Google.  So I | 14:41:32 |
| 17 | understood this is my information not | 14:41:36 |
| 18 | being visible to Google. | 14:41:39 |
| 19 | Q.    Do you browse privately on other | 14:41:43 |
| 20 | browsers as well, other than Chrome? | 14:41:49 |
| 21 | A.    I -- I couldn't say.  Yeah, I | 14:41:55 |
| 22 | don't recall with specificity, but maybe. | 14:42:04 |
| 23 | Q.    But your testimony here today is | 14:42:15 |
| 24 | that Google should have been included in | 14:42:18 |
| 25 | this new tab page because why?  Why would | 14:42:20 |

Page 136

```
 1              (Exhibit 9, Document entitled      14:49:44

 2         How Private Browsing Works in Chrome,   14:49:44

 3         marked for identification.)             14:49:46

 4              MR. LEE:  I'm perfectly happy      14:49:46

 5         for you to call me James.  Okay.        14:49:48

 6    BY MS. TREBICKA:                             14:49:48

 7         Q.    Can you both see Exhibit 9?       14:49:52

 8              MR. LEE:  Yes.                      14:49:56

 9         A.    Yes.                              14:49:56

10    BY MS. TREBICKA:                             14:49:56

11         Q.    Mr. Byatt, have you seen this     14:49:58

12    document or something that looks like this   14:49:59

13    document before?                             14:50:02

14         A.    I don't know.                     14:50:03

15         Q.    May have, may not have, you just  14:50:05

16    don't know?                                  14:50:07

17         A.    That's correct.                   14:50:08

18         Q.    Does it look familiar?            14:50:09

19         A.    I don't know.                     14:50:11

20         Q.    Take a minute to read it.         14:50:14

21         A.    This one is short.  I have read   14:50:18

22    this document.                               14:50:19

23              MR. LEE:  And let me interpose     14:50:21

24         an objection based on lack of           14:50:23

25         foundation, which I request, I have a   14:50:25
```

Page 142

| | | |
|---|---|---|
| 1 | standing objection for, for this | 14:50:27 |
| 2 | document. | 14:50:28 |
| 3 | MS. TREBICKA:  And, Mr. Lee, | 14:50:31 |
| 4 | just so that I understand, your -- the | 14:50:33 |
| 5 | basis for your lack of foundation | 14:50:34 |
| 6 | objection is? | 14:50:35 |
| 7 | MR. LEE:  Is you -- you have not | 14:50:37 |
| 8 | laid the proper predicate that he's | 14:50:38 |
| 9 | reviewed or is familiar with this | 14:50:40 |
| 10 | document, so I'm not sure why you're | 14:50:42 |
| 11 | going to ask him about it. | 14:50:44 |
| 12 | MS. TREBICKA:  Your standing | 14:50:47 |
| 13 | objection is noted. | 14:50:48 |
| 14 | MR. LEE:  Thank you. | 14:50:49 |
| 15 | BY MS. TREBICKA: | 14:50:49 |
| 16 | Q.   So you've reviewed it now, | 14:50:56 |
| 17 | Mr. Byatt? | 14:51:00 |
| 18 | A.   I have, yes. | 14:51:01 |
| 19 | Q.   Okay.  Can you take a look at | 14:51:02 |
| 20 | the first page where it says "Your | 14:51:06 |
| 21 | activity might still be visible"? | 14:51:10 |
| 22 | A.   I see that page. | 14:51:13 |
| 23 | Q.   And it says -- and I'll just | 14:51:15 |
| 24 | read it into the record and you'll make | 14:51:17 |
| 25 | sure to go slow.  "Incognito mode stops | 14:51:19 |

Page 143

| | | |
|---|---|---|
| 1 | Chrome from saving your browsing activity | 14:51:21 |
| 2 | to your local history.  Your activity, | 14:51:24 |
| 3 | like your location, might still be visible | 14:51:27 |
| 4 | to" and then it has a bunch of bullet | 14:51:30 |
| 5 | points.  And the first one is "websites | 14:51:32 |
| 6 | you visit, including the ads and resources | 14:51:35 |
| 7 | used on those sites"; do you see that? | 14:51:39 |
| 8 | A.    I do see that. | 14:51:41 |
| 9 | Q.    And earlier today during this | 14:51:43 |
| 10 | deposition, we established that ads and | 14:51:46 |
| 11 | resources used on those sites could mean | 14:51:50 |
| 12 | Google ads and resources, including Google | 14:51:53 |
| 13 | Analytics, right? | 14:51:57 |
| 14 | A.    I'm not sure if we have | 14:52:01 |
| 15 | established that.  I -- that feels like | 14:52:05 |
| 16 | courtroom words.  I don't -- I'm | 14:52:09 |
| 17 | uncomfortable saying yes to that, but I | 14:52:12 |
| 18 | understand what you are saying right now. | 14:52:15 |
| 19 | Q.    So your testimony is that you | 14:52:17 |
| 20 | didn't agree earlier today that websites | 14:52:18 |
| 21 | could use Google Analytics, for example, | 14:52:21 |
| 22 | as a service? | 14:52:24 |
| 23 | A.    I -- I think that and what you | 14:52:26 |
| 24 | just said might be two different things. | 14:52:28 |
| 25 | If I'm misunderstanding, that's fine, but | 14:52:29 |

Page 144

```
1    I do agree that websites use Google          14:52:32

2    Analytics as a service.                      14:52:36

3        Q.    Do you understand that websites    14:52:36

4    also sometimes use Google ads as a           14:52:38

5    service?                                     14:52:40

6        A.    Yes.                               14:52:42

7        Q.    And here, it says that your        14:52:42

8    activity in Incognito may be visible to      14:52:44

9    the websites you visit, including the ads    14:52:47

10   and resources used on those sites; is that  14:52:50

11   correct?                                     14:52:53

12       A.    I see that it says this here,      14:52:54

13   but I'm not sure that I have seen this       14:52:55

14   document before, and what I am sure that I   14:52:57

15   have seen is the Incognito splash screen     14:52:58

16   that tells me that I can browse privately    14:53:00

17   and I am sure that I have seen the privacy   14:53:02

18   policy that says that Incognito mode is      14:53:05

19   how I can control what information is        14:53:07

20   given to Google.                             14:53:10

21           MS. TREBICKA:  Move to strike as     14:53:12

22       nonresponsive.                           14:53:14

23   BY MS. TREBICKA:                             14:53:14

24       Q.    My question is:  This document     14:53:15

25   here that I am showing you says that your    14:53:18
```

Page 145

```
 1    activity in Incognito may be visible to      14:53:25
 2    the websites you visit, including the ads     14:53:29
 3    and resources used on those sites, right?     14:53:31
 4         A.    Yes, I agree that this document    14:53:34
 5    says that.                                    14:53:36
 6         Q.    So had you read this document,     14:53:37
 7    you would have known that your activity in    14:53:38
 8    Incognito may be visible to the websites      14:53:42
 9    you visit, including the ads and resources    14:53:44
10    used on those sites, correct?                 14:53:47
11             MR. LEE:   Objection to form.        14:53:49
12    Calls for speculation.                        14:53:51
13         A.    Yeah.  So I guess if I had read    14:53:55
14    it, I would have understood that it might     14:53:56
15    still be visible to websites I visit,         14:53:59
16    including the ads and resources.  It does     14:54:03
17    not say here, that I see, that that           14:54:06
18    definitely includes Google ads, Google       14:54:11
19    Analytics.                                    14:54:19
20             It does not see -- say that this     14:54:19
21    overrides the -- the privacy policy or the   14:54:23
22    splash screen.  But, yeah, I see that it      14:54:27
23    says might.  I see that some of these         14:54:31
24    might be visible to our ads and resources,    14:54:33
25    I do see that.                                14:54:38
```

Page 146

```
 1              MR. LEE:  Viola, we've been        14:54:42
 2       going for over an hour.  I'd like to      14:54:43
 3       take a break in the next few.             14:54:47
 4              MS. TREBICKA:  Okay.  I             14:54:49
 5       understand.  Just give me a second to     14:54:50
 6       see if I can finish this up and then      14:54:52
 7       we can --                                 14:54:54
 8              MR. LEE:  Sure.                     14:54:54
 9              MS. TREBICKA:  Yeah.                14:54:55
10       A.    I can give a little bit of          14:55:23
11   clarity into that last answer too if          14:55:25
12   that's helpful.                               14:55:26
13   BY MS. TREBICKA:                              14:55:27
14       Q.    We'll move on with my               14:55:27
15   questioning.  Thank you.                      14:55:28
16              So I'd like --                      14:55:30
17              MS. TREBICKA:  Actually, James,    14:55:32
18       I would like to move on to a new          14:55:34
19       document.  Would you rather take a        14:55:36
20       break now or have me move on?             14:55:37
21              MR. LEE:  Yeah, let's take a       14:55:39
22       break now.                                14:55:40
23              MS. TREBICKA:  Okay.               14:55:40
24              MR. LEE:  I generally want to      14:55:41
25       keep it, for everyone's sake, about an   14:55:42
```

Page 147

| | | |
|---|---|---|
| 1 | previously at minimum. | 15:16:59 |
| 2 | (Exhibit 11, Second Amended | 15:17:11 |
| 3 | Complaint, marked for identification.) | 15:17:11 |
| 4 | BY MS. TREBICKA: | 15:17:11 |
| 5 | Q.   We've marked as Exhibit 10 the | 15:17:11 |
| 6 | Second Amended Complaint in this lawsuit. | 15:17:17 |
| 7 | So -- I believe it's Exhibit 10. | 15:17:21 |
| 8 | THE COURT REPORTER:  I thought | 15:17:26 |
| 9 | there was a previous Exhibit 10. | 15:17:27 |
| 10 | MS. TREBICKA:  Exhibit 11.  I | 15:17:28 |
| 11 | apologize. | 15:17:34 |
| 12 | A.   I have Exhibit 11 open. | 15:17:37 |
| 13 | BY MS. TREBICKA: | 15:17:37 |
| 14 | Q.   Do you recognize this document, | 15:17:54 |
| 15 | Mr. Byatt? | 15:17:55 |
| 16 | A.   Yes. | 15:17:56 |
| 17 | Q.   What is it? | 15:17:56 |
| 18 | A.   It's the second amended | 15:17:57 |
| 19 | complaint in this lawsuit. | 15:18:00 |
| 20 | Q.   Have you read it? | 15:18:02 |
| 21 | A.   I have. | 15:18:03 |
| 22 | Q.   Did you read it before it was | 15:18:03 |
| 23 | filed? | 15:18:06 |
| 24 | A.   I did. | 15:18:06 |
| 25 | Q.   Did you have any changes to it? | 15:18:10 |

Page 156

```
 1        A.    I don't recall.  That also        15:18:13
 2   sounds privileged.  I don't know -- it        15:18:16
 3   sounds like you're talking about              15:18:17
 4   conversations between me and my attorney      15:18:19
 5   so I -- I don't know, I -- I don't recall     15:18:22
 6   either way.                                   15:18:24
 7            MR. LEE:  It's a very good           15:18:25
 8        point, Mr. Byatt.  Thank you.            15:18:26
 9   BY MS. TREBICKA:                              15:18:26
10        Q.    And I'm certainly not asking       15:18:28
11   about the contents of any communications.     15:18:29
12   It was a different question, but thank you    15:18:32
13   for that.                                     15:18:34
14        A.    Yeah.                              15:18:35
15        Q.    That you are attuned to those      15:18:36
16   issues.  Let me direct your attention to      15:18:38
17   paragraph 282.                                15:18:43
18        A.    Do you know what page number       15:18:51
19   just to make my life a little easier?         15:18:52
20        Q.    I will give it you in a second.    15:18:54
21        A.    Okay.                              15:18:54
22        Q.    You may know before I do.  I'm     15:18:58
23   still scrolling.                              15:19:01
24        A.    Me too.  I'm at 147.  I'm almost   15:19:02
25   there.                                        15:19:08
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q.    Okay.  It's -- it's page 73 of | 15:19:08 |
| 2 | the PDF. | 15:19:13 |
| 3 | A.    I am looking at paragraph 282. | 15:19:14 |
| 4 | Q.    And paragraph 282 says | 15:19:21 |
| 5 | "Plaintiffs and Class members have | 15:19:23 |
| 6 | suffered injury-in-fact, including the | 15:19:25 |
| 7 | loss of money and/or property as a result | 15:19:27 |
| 8 | of Google's unfair and/or unlawful | 15:19:29 |
| 9 | practices"; do you see that? | 15:19:33 |
| 10 | A.    I do, yes. | 15:19:35 |
| 11 | Q.    And I'm -- for the record, to be | 15:19:36 |
| 12 | clear, I'm not reading the entirety of | 15:19:38 |
| 13 | that sentence or paragraph into the | 15:19:40 |
| 14 | record.  Feel free to review it if you | 15:19:42 |
| 15 | need to answer my question, which is: | 15:19:45 |
| 16 | What money did you lose as a result of | 15:19:47 |
| 17 | Google's alleged conduct? | 15:19:52 |
| 18 | A.    Google has taken the data, which | 15:19:55 |
| 19 | is my property and also, my -- by running | 15:19:58 |
| 20 | analytics, collecting data, using my | 15:20:07 |
| 21 | computing power and bandwidth, that does, | 15:20:10 |
| 22 | you know, quite literally cost | 15:20:13 |
| 23 | electricity, it is part of the monthly | 15:20:16 |
| 24 | bills I pay for -- for electric and | 15:20:21 |
| 25 | Internet. | 15:20:22 |

Page 158

```
 1              And Google is using the          15:20:23
 2    electricity and transmitting over that      15:20:25
 3    Internet without my consent.  But also,      15:20:27
 4    like I said more directly, they've taken     15:20:31
 5    the property, which is my data.              15:20:33
 6         Q.    So my question was limited to     15:20:36
 7    the money portion.  We'll get to the         15:20:37
 8    property portion as well.                    15:20:39
 9              But as far as the money portion,   15:20:41
10    is there anything else that you contend is   15:20:43
11    the money that you have lost as a result     15:20:48
12    of Google's alleged conduct in this          15:20:50
13    lawsuit?                                     15:20:52
14              MR. LEE:  Hold on.  Let me --      15:20:54
15         let me just object to the extent this   15:20:55
16         calls for a legal conclusion or an      15:20:59
17         expert opinion.                         15:21:00
18         A.    So with those direct losses,      15:21:04
19    the -- the electricity and data bandwidth    15:21:08
20    that it has cost me, it's also -- I -- I     15:21:12
21    subscribe to multiple Google services and   15:21:18
22    I'm not sure that I necessarily would have   15:21:25
23    done that if I weren't sort of in the        15:21:29
24    Google product ecosystem with, you know,     15:21:33
25    Chrome as my primary touch point.            15:21:35
```

Page 159

```
1               So I -- I could reasonably see      15:21:41

2    that other money that I have spent on          15:21:46

3    Google products or services was spent, in      15:21:49

4    part, due to this misrepresentation.           15:21:53

5    BY MS. TREBICKA:                                15:21:53

6         Q.   Anything else?                        15:21:58

7         A.   Not that I can think of at the        15:22:00

8    moment.                                         15:22:02

9         Q.   This also says that you suffered      15:22:06

10   a loss of property; is that right?             15:22:08

11        A.   It uses "and/or," not "also."         15:22:13

12   So I want that clarification, but yes.          15:22:19

13        Q.   Did you, in fact, suffer a loss       15:22:21

14   of property as a result of Google's            15:22:22

15   conduct?                                        15:22:24

16        A.   Yes.  Google took my personal         15:22:24

17   data without my information.  That             15:22:27

18   personal data is mine.  It's my property.      15:22:28

19             MR. LEE:  Did you say without my      15:22:30

20        information or --                          15:22:31

21             THE WITNESS:  Without my              15:22:33

22        consent.  They took my personal            15:22:33

23        information without my authorization.      15:22:35

24   BY MS. TREBICKA:                                15:22:35

25        Q.   Anything else?                        15:22:37
```

Page 160

| | | |
|---|---|---|
| 1 | A.    Give me just a moment, please. | 16:15:11 |
| 2 | Yeah, I do. | 16:15:13 |
| 3 | Q.    And what is this document? | 16:15:14 |
| 4 | A.    Same thing as the others.  It is | 16:15:17 |
| 5 | my responses to some questions from | 16:15:19 |
| 6 | Google. | 16:15:24 |
| 7 | Q.    Okay. | 16:15:25 |
| 8 | MS. TREBICKA:  And same note as | 16:15:30 |
| 9 | to this amended response and | 16:15:33 |
| 10 | objection, we have not yet received | 16:15:37 |
| 11 | Mr. Byatt's verification.  We trust it | 16:15:39 |
| 12 | will come shortly. | 16:15:43 |
| 13 | BY MS. TREBICKA: | 16:15:45 |
| 14 | Q.    But, Mr. Byatt, did you review | 16:15:45 |
| 15 | to make sure that it is -- the responses, | 16:15:46 |
| 16 | that they are, to the best of your | 16:15:49 |
| 17 | understanding and belief? | 16:15:52 |
| 18 | A.    When I got this document, I did | 16:15:54 |
| 19 | do that.  Let me -- give me just a moment | 16:15:58 |
| 20 | to check and make sure that this is what I | 16:16:02 |
| 21 | remember reviewing. | 16:16:04 |
| 22 | Yeah, this looks right, as best | 16:16:29 |
| 23 | as I can remember. | 16:16:33 |
| 24 | Q.    You're aware of companies like | 16:16:36 |
| 25 | Killi or Brave; is that right? | 16:16:40 |

Page 207

| | | |
|---|---|---|
| 1 | A.     Yes. | 16:16:44 |
| 2 | I don't know if you got my | 16:16:58 |
| 3 | answer, but I said, yes, I'm aware of | 16:16:59 |
| 4 | these. | 16:17:02 |
| 5 | Q.     What is Killi? | 16:17:02 |
| 6 | MS. TREBICKA:  It's -- for the | 16:17:03 |
| 7 | record, it's K-I-L-L-I. | 16:17:04 |
| 8 | A.     I know that Killi is in the | 16:17:06 |
| 9 | space of allowing people to monetize some | 16:17:15 |
| 10 | of their private information.  I can't | 16:17:20 |
| 11 | remember exactly what their business model | 16:17:23 |
| 12 | is right now.  I know that that whole | 16:17:28 |
| 13 | space is shifting pretty rapidly. | 16:17:30 |
| 14 | BY MS. TREBICKA: | 16:17:30 |
| 15 | Q.     And you've never attempted to | 16:17:33 |
| 16 | monetize your personal information on | 16:17:35 |
| 17 | Killi? | 16:17:37 |
| 18 | A.     I have not attempted to, no. | 16:17:38 |
| 19 | Q.     What is Brave? | 16:17:39 |
| 20 | A.     Brave is a web browser that has | 16:17:42 |
| 21 | built-in sort of privacy features and also | 16:17:47 |
| 22 | allows you to sell -- I think they allow | 16:17:51 |
| 23 | you to sell your attention.  Basically | 16:17:54 |
| 24 | they'll -- they'll serve you ads and pay | 16:17:58 |
| 25 | you to look at those ads, I believe, but | 16:18:00 |

Page 208

| | | |
|---|---|---|
| 1 | it's a web browser. | 16:18:05 |
| 2 | Q.    Have you ever used Brave? | 16:18:09 |
| 3 | A.    I have used Brave, yes. | 16:18:10 |
| 4 | Q.    Have you gotten paid for using | 16:18:12 |
| 5 | Brave? | 16:18:14 |
| 6 | A.    I have not. | 16:18:15 |
| 7 | Q.    Earlier we talked about browsing | 16:18:16 |
| 8 | on Incognito in Chrome.  Do you recall | 16:18:23 |
| 9 | that?  We talked about it a lot -- | 16:18:27 |
| 10 | A.    Yes. | 16:18:30 |
| 11 | Q.    -- frankly, I just always feel | 16:18:30 |
| 12 | the need to preface this with what we've | 16:18:32 |
| 13 | talked about. | 16:18:34 |
| 14 | A.    Yes, I do remember that. | 16:18:36 |
| 15 | Q.    Okay.  And also from some of | 16:18:38 |
| 16 | your interrogatory responses, we know that | 16:18:39 |
| 17 | you used Incognito to browse | 16:18:42 |
| 18 | adult-oriented websites including | 16:18:46 |
| 19 | websites -- or adult-oriented websites and | 16:18:50 |
| 20 | websites like The New York Times, for | 16:18:54 |
| 21 | example; is that correct? | 16:18:55 |
| 22 | A.    That's correct, yes. | 16:18:57 |
| 23 | Q.    What are adult-oriented | 16:18:58 |
| 24 | websites? | 16:19:00 |
| 25 | A.    Pornography websites. | 16:19:04 |

Page 209

| | | |
|---|---|---|
| 1 | that personal data from Google and other | 16:21:41 |
| 2 | tech company's collection for their own | 16:21:44 |
| 3 | benefit and profit"; do you see that? | 16:21:46 |
| 4 | A.    I do. | 16:21:48 |
| 5 | Q.    Is that a correct statement? | 16:21:49 |
| 6 | A.    Yes, that seems correct to me. | 16:21:51 |
| 7 | Q.    And skipping over the -- or | 16:21:57 |
| 8 | actually, just continuing -- continuing on | 16:21:59 |
| 9 | with your answer, it says "Plaintiff Byatt | 16:22:01 |
| 10 | cannot recall specifically when he learned | 16:22:04 |
| 11 | of websites like Killi, but he knew about | 16:22:06 |
| 12 | companies like Brave and others that | 16:22:09 |
| 13 | provide monetary compensation for personal | 16:22:12 |
| 14 | data before filing this lawsuit.  To the | 16:22:14 |
| 15 | best of Plaintiff Byatt's recollection, he | 16:22:18 |
| 16 | cannot recall attempting to sell his | 16:22:20 |
| 17 | personal data, but because Plaintiff Byatt | 16:22:23 |
| 18 | could sell his personal data to websites | 16:22:26 |
| 19 | like Killi and similar websites, the | 16:22:29 |
| 20 | personal data that Google has unlawfully | 16:22:31 |
| 21 | intercepted while Plaintiff Byatt was in | 16:22:34 |
| 22 | private browsing mode has inherent value | 16:22:37 |
| 23 | and Google unlawfully collected that | 16:22:40 |
| 24 | personal data without providing | 16:22:42 |
| 25 | compensation to Plaintiff Byatt." | 16:22:43 |

Page 212

| | | |
|---|---|---|
| 1 | So I'm talking about this | 16:22:47 |
| 2 | inherent value concept that you have in | 16:22:48 |
| 3 | your interrogatory response.  Do you | 16:22:51 |
| 4 | believe that information related to your | 16:22:53 |
| 5 | browsing in Incognito mode has more | 16:22:57 |
| 6 | inherent value than information related to | 16:23:00 |
| 7 | your browsing in non-Incognito mode? | 16:23:03 |
| 8 | MR. LEE:  Objection to form, | 16:23:07 |
| 9 | asked and answered, also compound. | 16:23:07 |
| 10 | A.    I believe it has value.  I | 16:23:11 |
| 11 | don't -- I can't say with specificity the | 16:23:16 |
| 12 | relative pricing of various points of data | 16:23:18 |
| 13 | so I just -- I just don't know what the -- | 16:23:28 |
| 14 | the specific relative pricing looks like, | 16:23:30 |
| 15 | but I am confident that my behavior in | 16:23:34 |
| 16 | Incognito has value. | 16:23:39 |
| 17 | BY MS. TREBICKA: | 16:23:39 |
| 18 | Q.    Do you believe that particular | 16:23:43 |
| 19 | pieces of data that are related to your | 16:23:44 |
| 20 | browsing online in Incognito have | 16:23:48 |
| 21 | independent value, for example, IP | 16:23:52 |
| 22 | address? | 16:23:55 |
| 23 | MR. LEE:  Objection to form. | 16:23:57 |
| 24 | A.    Yes.  I suppose that individual | 16:24:02 |
| 25 | pieces of data have specific value.  I | 16:24:05 |

Page 213

| | | |
|---|---|---|
| 1 | will say that -- yeah, so the question | 16:24:11 |
| 2 | strikes me as -- as odd because Google | 16:24:18 |
| 3 | does not intercept and collect the | 16:24:21 |
| 4 | information in individual pieces.  They | 16:24:24 |
| 5 | collect, you know, a fair bit of it.  So | 16:24:26 |
| 6 | I'm not sure how to disentangle those | 16:24:32 |
| 7 | individual pieces, but, yes, I think the | 16:24:37 |
| 8 | value of that data arises from the pieces | 16:24:40 |
| 9 | of data.  So, yeah. | 16:24:44 |
| 10 | BY MS. TREBICKA: | 16:24:44 |
| 11 | Q.    And is the value of a specific | 16:24:46 |
| 12 | piece of data, for example, IP address, | 16:24:49 |
| 13 | the same as another specific piece of | 16:24:51 |
| 14 | data, again, in Incognito mode, for | 16:24:56 |
| 15 | example, a referrer header? | 16:25:00 |
| 16 | A.    Again, I am not -- I have not | 16:25:03 |
| 17 | specifically priced that data.  I do not | 16:25:06 |
| 18 | know the specific prices of these things | 16:25:08 |
| 19 | so I don't know. | 16:25:10 |
| 20 | Q.    Okay.  What about to you, does | 16:25:12 |
| 21 | an IP address have more value to you or | 16:25:15 |
| 22 | less value or the same value than a | 16:25:19 |
| 23 | referral header? | 16:25:23 |
| 24 | A.    I think that would be context | 16:25:27 |
| 25 | dependent, and I'm not sure I can answer | 16:25:28 |

Page 214

```
 1    that generally.                          16:25:31
 2       Q.    Tell me how it would be context  16:25:31
 3    dependent, and I'm speaking here about    16:25:34
 4    browsing in Incognito specifically.       16:25:36
 5       A.    Well, I'm not -- much like the   16:25:38
 6    other context-based answers from earlier, 16:25:40
 7    I don't have a valuation algorithm in my  16:25:46
 8    head, but, depending on what my behavior  16:25:52
 9    looks like, what I've done, those values  16:26:03
10    could look different in ways I can't       16:26:07
11    necessarily just predict, sitting here.    16:26:12
12            But there are certainly going to   16:26:15
13    be some referrers that are going to be     16:26:20
14    more valuable to me.  There are going to   16:26:23
15    be some IPs that are more valuable to me.  16:26:28
16    I think it will depend a lot on -- on too  16:26:31
17    many details to be able to enumerate.      16:26:35
18       Q.    If Google were to pay for your   16:26:39
19    data, do you agree that it could use it    16:26:45
20    including for advertising?                 16:26:48
21            MR. LEE:  Objection to form,       16:26:51
22        incomplete hypothetical.               16:26:53
23       A.    Yeah, so if Google were to pay   16:26:56
24    and fully disclose what they were doing    16:27:03
25    and obtain my consent, that's a lot of     16:27:09
```

Page 215

| | | |
|---|---|---|
| 1 | ifs, then sure, yeah. | 16:27:15 |
| 2 | MS. TREBICKA:  Let me mark as | 16:27:25 |
| 3 | the next exhibit, which is Exhibit 21, | 16:27:27 |
| 4 | your responses and objections to | 16:27:30 |
| 5 | Google's third set of interrogatories | 16:27:33 |
| 6 | number 11. | 16:27:36 |
| 7 | MR. LEE:  Can we just get a time | 16:27:39 |
| 8 | check as to how long we've been on the | 16:27:40 |
| 9 | record before we get into the | 16:27:42 |
| 10 | document? | 16:27:45 |
| 11 | THE VIDEOGRAPHER:  Hour 20. | 16:27:46 |
| 12 | MR. LEE:  Hour 20.  Do you mind | 16:27:48 |
| 13 | if we take a break?  We can do it | 16:27:51 |
| 14 | after this document, Viola, if that's | 16:27:52 |
| 15 | better for you, but should be -- | 16:27:52 |
| 16 | MS. TREBICKA:  I'm literally | 16:27:54 |
| 17 | just going to put it into the record. | 16:27:56 |
| 18 | MR. LEE:  Okay. | 16:27:57 |
| 19 | MS. TREBICKA:  So -- okay. | 16:27:59 |
| 20 | Let's -- I'll do it quickly. | 16:27:59 |
| 21 | (Exhibit 21, Plaintiff William | 16:28:01 |
| 22 | Byatt's Verified Objections and | |
| 23 | Response to Defendant's Third Set of | |
| 24 | Interrogatories (No. 11), marked for | |
| 25 | identification.) | |

Page 216

```
 1    accurate, to the best of my knowledge and        16:41:39

 2    belief.                                           16:41:40

 3         Q.    Okay.                                  16:41:40

 4              MS. TREBICKA:  And this actually        16:41:41

 5         says "verified objections and               16:41:42

 6         responses," but the verification, I          16:41:44

 7         understand was not received with this        16:41:47

 8         document.  I -- I understand it's been       16:41:49

 9         received today and we will put it into       16:41:52

10         the record.  I just wanted the record        16:41:54

11         to be clear.                                 16:41:57

12    BY MS. TREBICKA:                                  16:41:57

13         Q.    If you could take a look at            16:42:09

14    interrogatory 16, the answer to                   16:42:11

15    interrogatory 16 that -- in the middle of         16:42:13

16    page 2, lines -- between lines 15 and 16,         16:42:15

17    the paragraph that starts with "Google has        16:42:22

18    demonstrated a willingness"; do you see           16:42:23

19    that?                                             16:42:27

20         A.    I do.                                  16:42:27

21         Q.    Do you see that this                   16:42:28

22    paragraph -- and take your time to                16:42:29

23    review -- but this paragraph and the next         16:42:31

24    have certain examples of data that -- I'm         16:42:34

25    sorry -- have certain examples of consumer        16:42:40
```

Page 221

| | | |
|---|---|---|
| 1 | research companies or other companies that | 16:42:43 |
| 2 | you contend demonstrate a willingness to | 16:42:45 |
| 3 | pay consumers; is that right, as a general | 16:42:48 |
| 4 | matter? | 16:42:50 |
| 5 |     A.   Yes, I see that, and -- and it | 16:42:51 |
| 6 | says that. | 16:42:53 |
| 7 |     Q.   And were you aware of these | 16:42:54 |
| 8 | consumer research companies before this | 16:42:58 |
| 9 | litigation? | 16:43:01 |
| 10 |     A.   I couldn't say exactly when I | 16:43:04 |
| 11 | became aware of them specifically.  I was | 16:43:07 |
| 12 | aware that, you know, paid consumer | 16:43:09 |
| 13 | research exists.  I -- yeah.  So I would | 16:43:13 |
| 14 | say generally, I was aware of -- of the | 16:43:22 |
| 15 | existence of companies like this.  I | 16:43:25 |
| 16 | cannot say specifically when I became | 16:43:27 |
| 17 | aware of the names of individual | 16:43:29 |
| 18 | companies. | 16:43:32 |
| 19 |     Q.   Have you ever tried to sell your | 16:43:33 |
| 20 | data to any of these companies listed | 16:43:34 |
| 21 | here? | 16:43:37 |
| 22 |     A.   I have done paid consumer | 16:43:38 |
| 23 | research, but a very long time ago and not | 16:43:45 |
| 24 | in relation to Google. | 16:43:48 |
| 25 |     Q.   What do you recall about that? | 16:43:51 |

Page 222

```
 1        A.    I recall that they wanted me to      16:43:53

 2   say whether the Gatorade tasted icy blue         16:43:57

 3   or cool blue.                                    16:44:01

 4        Q.    Was that an online research --        16:44:02

 5        A.    No.  That -- I'm sorry for            16:44:05

 6   talking over you.  That was in person in         16:44:06

 7   Jacksonville in my childhood.  I think I         16:44:10

 8   was 14.                                          16:44:14

 9        Q.    If you direct your attention to       16:44:14

10   that first example in -- that relates to         16:44:19

11   Ipsos, it says here "Ipsos Screenwise            16:44:26

12   Panel (a consumer research study conducted       16:44:41

13   by Ipsos for Google) provides users             16:44:41

14   rewards and, in exchange, Ipsos collects         16:44:44

15   information on how users use the Internet.       16:44:47

16   Participants can earn $20 for                    16:44:50

17   participating in the study, an additional        16:44:52

18   $100 value if they join and install the          16:44:56

19   special Wi-Fi router, and up to $16 for          16:44:59

20   each household member (age 13 or older)          16:45:06

21   who joins with their device"; do you see         16:45:10

22   that?                                            16:45:12

23        A.    I do see that.                        16:45:12

24        Q.    Would you ever participate in --      16:45:13

25   in this Ipsos research study?                    16:45:15
```

Page 223

```
 1        A.    I couldn't say.  I wouldn't rule      16:45:19

 2   it out.                                          16:45:22

 3        Q.    Do you think that the -- that         16:45:25

 4   your data while participating in -- in           16:45:27

 5   such a research study is worth these             16:45:30

 6   amounts that it says here, Ipsos and/or          16:45:33

 7   Google are willing to pay for it?                16:45:37

 8             MR. LEE:  Objection to form and        16:45:39

 9        vague as to Incognito data or               16:45:42

10        non-Incognito data.                         16:45:43

11        A.    Yeah.  I -- I -- I don't think         16:45:48

12   that I am qualified to say what a fair           16:45:56

13   market value price of the data is.  I            16:46:02

14   mean, if people are signing up to it --          16:46:10

15   signing up for it, it's worth these prices       16:46:14

16   to somebody.  But I can't -- I can't say         16:46:17

17   for sure whether these are accurate values       16:46:21

18   to me.                                           16:46:26

19   BY MS. TREBICKA:                                 16:46:26

20        Q.    And -- and I'm not asking for         16:46:29

21   the market value price of the data.  I'm         16:46:33

22   asking as it relates to you and your data        16:46:35

23   in particular.  And let's take it in             16:46:38

24   steps.                                           16:46:41

25             For Incognito browsing sessions,       16:46:42
```

Page 224

| | | |
|---|---|---|
| 1 | would you allow Ipsos and Google or for | 16:46:46 |
| 2 | Google to collect information as described | 16:46:51 |
| 3 | in this exhibit, in this paragraph, for | 16:46:56 |
| 4 | the amounts described in this paragraph? | 16:47:00 |
| 5 | A.   I'm uncomfortable with the | 16:47:05 |
| 6 | speculation because there may be some -- | 16:47:07 |
| 7 | there may be some activity that I would do | 16:47:11 |
| 8 | in Incognito that I may be comfortable | 16:47:15 |
| 9 | selling under some circumstances and at | 16:47:22 |
| 10 | some price point and there may be other | 16:47:24 |
| 11 | activity that I'm not -- I -- I just feel | 16:47:27 |
| 12 | like, you know, I do a lot of different | 16:47:32 |
| 13 | things in -- in Incognito for a lot of | 16:47:35 |
| 14 | different reasons, at a lot of different | 16:47:38 |
| 15 | times. | 16:47:40 |
| 16 | And that behavior is -- is, you | 16:47:41 |
| 17 | know, as I've said, it's very context | 16:47:49 |
| 18 | dependent.  So how I would feel about | 16:47:51 |
| 19 | selling particular data at a particular | 16:47:55 |
| 20 | time for a particular price is really hard | 16:47:58 |
| 21 | to say. | 16:48:01 |
| 22 | Q.   I direct your attention to the | 16:48:04 |
| 23 | next paragraph, it starts with "companies | 16:48:05 |
| 24 | other than Google," starting on -- between | 16:48:08 |
| 25 | lines 22 and 23.  I'll read it into the | 16:48:11 |

Page 225

```
 1    record and you can read along.                16:48:14

 2            "Companies other than Google           16:48:16

 3    have demonstrated a similar willingness to    16:48:18

 4    pay consumers for their data.  Additional     16:48:20

 5    examples include:  Nielson Computer &         16:48:23

 6    Mobile Panel pays up to $50 per year for      16:48:27

 7    passive data collection of a user's           16:48:30

 8    internet behavior"; do you see that?          16:48:32

 9         A.    I do see that.                     16:48:34

10         Q.    Would you be willing to sell --    16:48:35

11    to sell your Incognito private browsing       16:48:38

12    behavior for up to $50 per year for this      16:48:43

13    passive data collection described here?       16:48:47

14         A.    Same answer as previously.  It's   16:48:50

15    too hard to say about some of the behavior    16:48:53

16    and others being priced differently.          16:48:58

17         Q.    Okay.  And what about              16:49:03

18    MobileXpression Panel, the next example,      16:49:04

19    "similarly provides compensation for" --      16:49:08

20    "to users for passive collection of their     16:49:10

21    data, including browsing and purchasing       16:49:12

22    behavior"?                                    16:49:14

23            Would you be willing to sell          16:49:15

24    your Incognito private browsing behavior      16:49:18

25    to MobileXpression Panel for similar          16:49:20
```

Page 226

| | | |
|---|---|---|
| 1 | compensation? | 16:49:23 |
| 2 | A.    Same answer as the previous two. | 16:49:25 |
| 3 | There's too many variables to -- to say | 16:49:27 |
| 4 | broadly. | 16:49:29 |
| 5 | Q.    Okay.  Would that same answer -- | 16:49:30 |
| 6 | answer apply to the rest of the values | 16:49:32 |
| 7 | listed here in this interrogatory | 16:49:35 |
| 8 | response? | 16:49:37 |
| 9 | A.    Give me just a moment. | 16:49:39 |
| 10 | Q.    Sure. | 16:49:41 |
| 11 | A.    Yes, I'd say so. | 16:49:51 |
| 12 | Q.    All right. | 16:49:54 |
| 13 | MS. TREBICKA:  I think we are | 16:49:57 |
| 14 | done with interrogatories responses. | 16:49:59 |
| 15 | And I understand that counsel has | 16:50:01 |
| 16 | served on us today, your verifications | 16:50:04 |
| 17 | for certain of these interrogatory | 16:50:07 |
| 18 | responses, and I'd like to mark it for | 16:50:09 |
| 19 | the record as Exhibit 24 -- oh, I | 16:50:11 |
| 20 | apologize, it is not Exhibit 24. | 16:50:21 |
| 21 | Tracy, could you please unmute | 16:50:23 |
| 22 | and tell us which exhibit it is. | 16:50:24 |
| 23 | MS. GAO:  They have not been | 16:50:28 |
| 24 | marked.  I can mark those now. | 16:50:34 |
| 25 | MS. TREBICKA:  Okay.  While we | 16:50:37 |

Page 227

| | | |
|---|---|---|
| 1 | the verifications, and we have agreed | 17:41:22 |
| 2 | that these verification pages will be | 17:41:25 |
| 3 | appended to Exhibit 19, Exhibit 22, | 17:41:28 |
| 4 | and Exhibit 23 and that, with | 17:41:33 |
| 5 | counsel's agreement, we will be | 17:41:36 |
| 6 | sending those particular pages to the | 17:41:38 |
| 7 | production department of the court | 17:41:42 |
| 8 | reporter so that the exhibits can be | 17:41:44 |
| 9 | amended pursuant to this agreement, | 17:41:48 |
| 10 | and I understand that Mr. Lee agrees | 17:41:50 |
| 11 | to all of this. | 17:41:52 |
| 12 | MR. LEE:  Correct. | 17:41:54 |
| 13 | MS. TREBICKA:  With that, Google | 17:41:56 |
| 14 | has no further questions. | 17:41:58 |
| 15 | MR. LEE:  Okay. | 17:42:00 |
| 16 | EXAMINATION | 17:42:00 |
| 17 | BY MR. LEE: | 17:42:00 |
| 18 | Q.   Mr. Byatt, I only have a very | 17:42:03 |
| 19 | limited set of questions.  If you could | 17:42:05 |
| 20 | pull up what's been previously marked as | 17:42:07 |
| 21 | Exhibit 9. | 17:42:09 |
| 22 | A.   I have that open. | 17:42:14 |
| 23 | Q.   Okay.  And do you recall counsel | 17:42:15 |
| 24 | for Google asking you questions about this | 17:42:16 |
| 25 | document? | 17:42:19 |

Page 253

| | | |
|---|---|---|
| 1 | A.   I do. | 17:42:20 |
| 2 | Q.   And prior to today's deposition, | 17:42:20 |
| 3 | had you ever seen this document before? | 17:42:23 |
| 4 | A.   Not that I recall. | 17:42:24 |
| 5 | Q.   And do you know how you would | 17:42:26 |
| 6 | access this page through Google's website | 17:42:29 |
| 7 | or in any other way? | 17:42:32 |
| 8 | A.   No. | 17:42:35 |
| 9 | MS. TREBICKA:  Objection.  So, | 17:42:35 |
| 10 | Mr. Byatt, now it's my turn to object. | 17:42:36 |
| 11 | So just give me a beat, please. | 17:42:40 |
| 12 | Objection to form, leading. | 17:42:43 |
| 13 | BY MR. LEE: | 17:42:43 |
| 14 | Q.   Okay.  You recall the -- the | 17:42:47 |
| 15 | areas of this document on the first page | 17:42:51 |
| 16 | that counsel for Google asked questions | 17:42:54 |
| 17 | about? | 17:42:57 |
| 18 | A.   Yes, I do. | 17:42:58 |
| 19 | Q.   And anywhere in that -- in | 17:43:00 |
| 20 | that -- under that section "Your activity | 17:43:02 |
| 21 | might still be visible to you," does it | 17:43:04 |
| 22 | say Google anywhere in those -- those | 17:43:07 |
| 23 | primary bullets? | 17:43:14 |
| 24 | MS. TREBICKA:  Objection to | 17:43:16 |
| 25 | form. | 17:43:17 |

Page 254

```
 1              MR. LEE:  You know what, let me      17:43:17
 2       re-ask it.                                  17:43:18
 3   BY MR. LEE:                                     17:43:18
 4       Q.    Under "Your activity might still      17:43:19
 5   be visible," where it states the first two      17:43:21
 6   bullets that reference websites, is there       17:43:24
 7   any reference to Google there?                  17:43:27
 8       A.    There is not.                         17:43:30
 9              MS. TREBICKA:  Same objection.        17:43:31
10   BY MR. LEE:                                     17:43:31
11       Q.    Does it say -- does it make any       17:43:37
12   reference to Google Analytics in those          17:43:39
13   first two bullets?                              17:43:43
14              MS. TREBICKA:  Same objection.        17:43:44
15       A.    It does not.                          17:43:45
16   BY MR. LEE:                                     17:43:45
17       Q.    Does it make any reference to         17:43:46
18   Google Ad Manager in those bullets?             17:43:49
19              MS. TREBICKA:  Same objection.        17:43:53
20       A.    It does not.                          17:43:53
21   BY MR. LEE:                                     17:43:53
22       Q.    Does -- is there any indication       17:43:55
23   in this document that -- that the language      17:43:56
24   here somehow replaces or supersedes            17:44:01
25   Google's privacy policy or the Incognito       17:44:04
```

Page 255

```
1    splash screen?                              17:44:08

2          MS. TREBICKA:  Same objection.        17:44:10

3      A.    Not that I particularly see.        17:44:11

4    BY MR. LEE:                                 17:44:11

5      Q.    And when you were asked             17:44:13

6    questions about this document, do you       17:44:15

7    recall that you gave an answer and you --   17:44:20

8    you requested that you -- you get to add a  17:44:22

9    little more to your answer, but you         17:44:25

10   weren't able to do so because another       17:44:28

11   question was interposed?                    17:44:31

12     A.    I do recall that.                    17:44:34

13         MS. TREBICKA:  Objection,             17:44:34

14       misstates the record.                   17:44:35

15         Go ahead.                             17:44:37

16   BY MR. LEE:                                 17:44:37

17     Q.    Just for the clarity of the         17:44:41

18   record, would you like to complete your     17:44:42

19   answer that you weren't able to give when   17:44:44

20   counsel for Google was examining you?       17:44:46

21         MS. TREBICKA:  Objection, calls       17:44:47

22       for a narrative, leading.               17:44:49

23     A.    Still answer?                        17:44:53

24   BY MR. LEE:                                 17:44:53

25     Q.    Yeah.                                17:44:54
```

Page 256

| | | |
|---|---|---|
| 1 | A.    Yeah.  So what I was going to | 17:44:55 |
| 2 | say was that I understand how -- you know, | 17:44:58 |
| 3 | it's this use of the word might still be | 17:45:04 |
| 4 | visible to websites you visit including | 17:45:06 |
| 5 | the ads and resources on those sites.  I | 17:45:08 |
| 6 | understand that Chrome and Google wouldn't | 17:45:11 |
| 7 | necessarily be responsible for how | 17:45:14 |
| 8 | Facebook ads or some other advertiser | 17:45:18 |
| 9 | works, but I would expect them to know and | 17:45:22 |
| 10 | be able to represent to me specifically | 17:45:24 |
| 11 | what Google is doing. | 17:45:27 |
| 12 | MR. LEE:  Thank you, Mr. Byatt. | 17:45:33 |
| 13 | I have no further questions. | 17:45:34 |
| 14 | MS. TREBICKA:  No cross. | 17:45:36 |
| 15 | MR. LEE:  All right.  I think | 17:45:40 |
| 16 | we're done. | 17:45:41 |
| 17 | MS. TREBICKA:  Thank you.  Thank | 17:45:46 |
| 18 | you, all. | 17:45:46 |
| 19 | THE VIDEOGRAPHER:  This | 17:45:47 |
| 20 | completes today's deposition.  The | 17:45:47 |
| 21 | time is 5:45 p.m. | 17:45:49 |
| 22 | MR. LEE:  Belle, for the | 17:45:57 |
| 23 | plaintiff, we'd like to order the | 17:45:59 |
| 24 | rough.  We'll take an expedite as | 17:46:01 |
| 25 | well. | 17:47:12 |

Page 257