# EXHIBIT 6

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4    CHASOM BROWN, WILLIAM BYALL,
     JEREMY DAVIS, CHRISTOPHER
5    CASTILLO, and MONIQUE
     TRUJILLO individually and on
6    behalf of all other similarly   No.
     situated,                       5:20-cv-03664-LHK-SVK
7

8                    Plaintiff,

9           vs.

10   GOOGLE LLC,

11                   Defendant.
     _____/

12

13

14

15        VIDEO-RECORDED DEPOSITION OF JEREMY DAVIS

16                 REMOTE ZOOM PROCEEDING

17                  Little Rock, Arkansas

18                 Friday, January 7, 2022

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 183                     Job No. 5019103

                                            Page 1

1          Yes, I would say this is familiar to me as that

2     splash screen or that incognito new tab screen, however

3     we're referring to it.

4          Q.  And is this something that -- a screen that you

5     see whenever you open a new tab in incognito mode?          10:26:27

6          A.  Yes, that's correct.

7          Q.  And so I want to ask you about some of the

8     statements here.

9              Do you have any understanding, just in terms of

10    plain English, of what the word "incognito" means?          10:27:02

11         A.  Sure.  As I understand it -- I haven't gone and

12    referenced the dictionary or anything, but as I -- I

13    think in general, you know, parlance and understanding,

14    people understand incognito to mean concealed, anonymous,

15    unidentifiable.                                              10:27:27

16         Q.  And how about this first sentence here, "Now you

17    can browse privately, and other people who use this

18    device won't see your activity."

19              What is your understanding of that sentence?

20         A.  Sure.  When I read the words, "Now you can        10:27:55

21    browse privately," comma, "and other people who use this

22    device won't see your activity," that first sentence, I

23    understand that to be two statements.

24              I'm being told now by Google in incognito mode

25    in Chrome, that I can browse privately and other people    10:28:18

Page  22

1   who use this device won't see my activity.

2        That's how I interpret that sentence.

3        Q.  And is that how you've always interpreted that

4   sentence?

5        A.  Yes.                                          10:28:37

6        Q.  And I noticed when you read it out loud, you --

7   you said the word "comma."  So is the comma important to

8   your understanding of that sentence?

9        A.  Yes.  So -- so in English grammar, comma denotes

10   separation of idea.  And so -- at least that's how I      10:29:01

11   understand it.

12        So I understand, like I said, if it was "and,"

13   then that conjuncts or brings those things together as a

14   single statement.  But the comma, I believe, makes those

15   separate statements.                                      10:29:17

16        So I can browse -- I can browse privately, and

17   people who use this device won't see my activity.

18        Q.  So if the comma were not in that sentence, in

19   what way would your understanding of the sentence be

20   different?                                                10:29:34

21        MR. LEE:  Objection to form.

22        THE WITNESS:  I would still understand the

23   assertion of browsing privately, and then I would also

24   still understand that if I use incognito mode, that

25   people won't be able to see my activity on that device.   10:29:49

Page  23

1          Q.  BY MR. SCHAPIRO:  So you would understand it the

2     same without the comma?

3          A.  Overall, I would say yes.

4          Q.  And what do you understand browse privately to

5     mean?                                                    10:30:08

6          A.  Sure.  Browsing privately denotes, obviously,

7     privacy from peering eyes.  Like even the -- the icon at

8     the top of the page gives you some indication of

9     anonymity; right?  And unidentifiability; right?

10          So I can also read the rest of the words that      10:30:39

11     are on the screen with regard to what Google or Chrome

12     won't say or collect, which is browsing history, cookies

13     and side data and information entered in forms.

14          So I understand that the activity that I'm

15     engaging in inside that browser session, because I've    10:31:02

16     explicitly gone into incognito mode to be private, as the

17     words on the screen say.

18          Q.  So I asked you a little about -- about

19     privately.  How about the second part of that sentence?

20     Is it -- are you contending in -- in this lawsuit that    10:31:18

21     the second part of that sentence -- well, strike that.

22          It's fair to say, right, that one of the reasons

23     you're here is because you believe that when you were in

24     incognito, you -- you weren't actually browsing

25     privately, at least as you understood or expected it;    10:31:45

Page  24

Veritext Legal Solutions
866 299-5127

```
 1    correct?

 2        A.  That's -- that's correct.  I understand from the

 3    Google Terms of Service, which relay me to the Google

 4    Privacy Policy, which I reviewed, that those words in the

 5    private policy, that I will be in control of my          10:32:07

 6    information and that I can browse privately using Chrome

 7    in incognito mode.  And that would cover across Google's

 8    services.

 9            And so it's my understanding that without my

10    consent, Google actually did collect that information,    10:32:21

11    even though the materials say that they won't when I'm in

12    incognito mode.

13        Q.  Let me ask you about the second part of that

14    sentence.  You're not contending that in incognito mode

15    other people who used your device were able to see your   10:32:47

16    activity, are you?

17        A.  No, that part is clear to me.

18        Q.  And you're not contending that that did not

19    occur; correct?

20            MR. LEE:  Objection to form.                      10:33:05

21            MR. SCHAPIRO:  Yeah, it's a double negative.

22    Let me rephrase the question.

23        Q.  You were contending that Google did various

24    things that -- that you say were -- were not what Google

25    said it was going to do.  But that doesn't apply to the   10:33:19
```

Page 25

```
 1    were incognito and, contrary to this statement, someone

 2    else who was using your device was able to go and see

 3    what you had been doing incognito.  That's not one of

 4    your claims in this suit, is it?

 5         A.  No, that's not a claim that I'm making.          10:35:07

 6         Q.  And I assume you're not contending there's

 7    anything inaccurate about the next sentence, that

 8    downloads and bookmarks will be saved, are you?

 9         A.  No, I take Google at their word on that.

10         Q.  Do you know --                                  10:35:20

11         A.  And that's my understanding -- that's my

12    understanding of how that works, right.

13         Q.  Do you recall if you've ever clicked on the

14    "learn more" phrase that follows that sentence?

15         A.  I don't have specific recollection of that.     10:35:42

16    It's entirely possible that I did at some point, but I

17    don't have specific recollection of that.

18         Q.  All right.  What is your understanding of what

19    Chrome is?

20         A.  What Chrome is.  Yes, in layman's terms, I would 10:36:03

21    say that Chrome is understood to be a web browser

22    application that is supported on many different platforms

23    and devices.  And users use that to interact with the

24    internet, specifically the web.

25             Yeah, it's a modern web browser, Chrome is.      10:36:23
```

Page 27

1        Q.   And do you know what company created Chrome?

2        A.   I know it's branded and marketed by Google.  I

3    don't know if it's correct to call them Google or

4    Alphabet or which company is the legal entity or owner of

5    it, but I understand Google to produce and support        10:36:49

6    Chrome.

7        Q.   So it's fair to say that Google is the company,

8    Chrome is -- Chrome is Google's browser?

9        A.   It's their product or service, however they

10   refer to it, that's right.                                10:37:00

11       Q.   And so in that next sentence on the splash

12   screen, "Chrome," which you've just defined as the

13   browser, "won't save the following information," when

14   you're incognito.  That last part was my words.  Colon.

15   And do you see where it says, "Your browsing history"?     10:37:22

16            Do you see that?

17       A.   I see that section, yes.

18       Q.   Is it your contention here that Chrome, the

19   browser, when you were incognito actually did save your

20   browsing history?                                          10:37:37

21       A.   I would say Chrome would be the thing that

22   relays back to Google my browsing history, right.

23            So when I read "Chrome" there, I don't separate

24   Chrome.  There may be some distinction you're trying to

25   make, but Chrome and/or Google are essentially the same    10:38:00

                                                        Page 28

1    business partners?

2         A.   I guess my expectation is not as relevant as

3    what the companies are doing; right?  I've seen both

4    examples to your example.  I've seen where some companies

5    exhaustively list -- or list off the partners that they          11:23:25

6    sell to or they may just make a blanket claim.  And then

7    I think it's up to the individual to interpret whether or

8    not they perceive that as an acceptable term to them.

9         Q.   Are you familiar with the website CoinMarketCap?

10        A.   I am, yes.                                              11:23:47

11        Q.   And that's one of the websites that -- in some

12   of the submissions in this case, you indicated that's --

13   that's one that you visit regularly; is that correct?

14        A.   That's correct.

15        Q.   Have you read the Privacy Policy of                     11:24:07

16   CoinMarketCap.com?

17        A.   I believe I may have reviewed it at some point,

18   but I don't have specific recollection of when.

19             MR. SCHAPIRO:  Let's load it up as an exhibit.

20   This will now be Exhibit 4.                                       11:24:35

21             (Exhibit 4, CoinMarketCap Privacy and Cookie

22             Policy, marked for identification electronically

23             by counsel.)

24             MR. LEE:  Andy, while we wait for the Exhibit

25   Share to load, do you have an effective date for the             11:24:46

Page 51

1    Exhibit 4?

2         MR. SCHAPIRO:  Not off the top of my head.

3    Let's see if one is indicated here.

4         Effective date is January 1st, 2020.

5         MR. LEE:  Thank you.                          11:25:15

6         THE WITNESS:  Okay.  I have that document.

7         Q.  BY MR. SCHAPIRO:  Okay.  And if you take a look

8    at this first page here, do you see the large heading

9    "What Information Do We Collect?"

10        A.  I see that section.                        11:25:30

11        Q.  And by the way, do you remember one way or

12   another whether you've ever looked at the CoinMarketCap

13   Privacy Policy?

14        MR. LEE:  Are you asking if he's seen this one?

15        Q.  BY MR. SCHAPIRO:  Well, let me ask first more   11:25:47

16   generally.

17        Any version of it?

18        A.  Yes, this is familiar to me in terms of I recall

19   there being a Privacy Policy for CoinMarketCap.  And this

20   is generally familiar.  I, of course, can't tell you if I   11:26:02

21   looked at this exact version.

22        Q.  All right.  And do you see here under "What

23   Information Do We Collect?" CoinMarket states that they

24   correct -- and I'm looking down at letter E, quote,

25   "Information related to your use of the website and/or   11:26:19

Page 52

1    the mobile application, including IP address, geographic

2    location, and date and time of your request"?

3            Do you see that?

4        A.  Yes, I see that.

5        Q.  And do you have any objection to CoinMarketCap          11:26:35

6    collecting that data?

7        A.  As they're disclosing it, obviously no.  It

8    seems that they're disclosing this because it's necessary

9    for the functionality of their site and service.

10       Q.  And would it be objectionable to you if they          11:27:01

11   were, rather than collecting it themselves, sharing the

12   data with some other companies?

13       A.  If they do not disclose that they are selling or

14   sharing that information, yes.

15       Q.  Let's take a look at page 3 under the section          11:27:15

16   entitled "Cookies and Web Beacons."

17           Let me know when you see that.

18       A.  Okay.  I see that section.

19       Q.  And you'll see that it indicates here -- this is

20   towards the end of the very first paragraph,                   11:27:48

21   "CoinMarketCap and its ad management partners ('Ad

22   Partners') use cookies to record current session

23   information.  Our ad partners may also from time to time

24   use web beacons (also known as internet tags, pixel tags,

25   and clear GIFs).  These web beacons are provided by our        11:28:20

Page 53

1    ad partners and allow ad partners to obtain information

2    such as the IP address of the computer that downloaded

3    the page on which the beacon appears, the URL of the page

4    on which the beacon appears, the time that the page

5    containing the beacon was viewed, the type of browser          11:28:45

6    used to view the page, and the information in cookies set

7    by the ad partners."

8            And then at the very end, it says -- of that

9    paragraph, it says, "You can opt-out of Google Analytics'

10   data collection with the Google Analytics opt-out browser   11:29:10

11   add-on."

12           Did I read that correctly?

13           A.  I followed along as you read it.  (Nods head.)

14           Q.  And so when -- if and when you read this

15   website's Privacy Policy, you would have been aware that    11:29:34

16   Google is receiving your data when you visit the

17   CoinMarketCap website; correct?

18           MR. LEE:  Objection to form.

19           THE WITNESS:  No.  I actually have no specific

20   recollection of the verbiage that we just read.  I don't    11:29:49

21   have any recollection of reading that.

22           Q.  BY MR. SCHAPIRO:  Well, I'm not asking

23   necessarily if you have a recollection of it.  I'm asking

24   if -- if you had read that, it would have told you there,

25   right in black and white, correct, that Google is           11:30:07

Page 54

1    receiving your data when you visit the website; right?

2         MR. LEE:  Are you saying in incognito mode or

3    not in incognito mode?

4         Q.  BY MR. SCHAPIRO:  You may answer.

5         A.  I would have the same, you know, question as to          11:30:25

6    whether or not the behavior would be expected in

7    incognito mode, which is the question in this case.

8         But I can tell you that I didn't -- prior to

9    becoming involved in this case and the claims of the

10   materials on Google Analytics, I was not aware of this          11:30:50

11   opt-out browser add-on.

12        Q.  Do you know if you ever clicked on a link --

13   here you see it says, "Google Analytics opt-out browser

14   add-on."  It's in blue.  I'll represent that there's a

15   link to that.                                                    11:31:19

16        Do you recall ever clicking on a link about the

17   Google Analytics opt-out browser add-on?

18        A.  I do not.  My first -- again, my first exposure

19   to this was in documentation in review of this case.

20   Prior to that, I was not aware of this opt-out plug-in.         11:31:34

21        Q.  Let's introduce -- let's take a look at what --

22   of what you would find if you click that link.  This will

23   be Exhibit Number 5.

24        (Exhibit 5, Google Analytics Opt-out Browser

25        Add-on, marked for identification electronically          11:31:53

Page 55

```
1      IP log might get generated through that exchange.

2              Q.  BY MR. SCHAPIRO:  And you referred to profiles.

3      You said, "The concern is primarily that those profiles

4      that are being built about individual user activity,

5      especially when that activity is happening in incognito          11:47:04

6      mode, which Google has asserted is a private activity,

7      runs counter to logic."

8              What are you referring to there when you talk

9      about profiles that are being built?

10             A.  Sure.  I consider Google to be a sophisticated          11:47:24

11     and very complex operator and the most powerful

12     aggregator of identity information on the planet; right?

13     I've seen numerous articles of what their capability is

14     to monetize personas and profiles.  And it's their

15     business model.                                                    11:47:48

16             And so if even anonymized personas are built

17     while in incognito mode, I have high expectations that

18     that could be correlated back to things like my

19     infrequently changing IP address.  That might also be

20     based on the known entity Jeremy Davis when I log in with          11:48:14

21     my Gmail account from that same address.  My concern is

22     that there's an assertion of privacy where there may not

23     be in incognito.

24             So when I talk about those profiles, the

25     collection of that data by Google in, quote/unquote,              11:48:31
```

Page 64

1    "anonymized fashion," I believe it's a reasonable

2    perspective to assume that if that is actually being

3    collected when I was told that they were not, that erodes

4    my trust in whether or not Google may be leveraging that

5    anonymized persona in a way that perhaps they shouldn't.        11:49:00

6          And so it's a trust erosion perspective to know

7    that tracking activities that I was told I was in control

8    of and that I didn't consent to occurred while I was in

9    incognito mode.

10          Q.  Do you have any basis to believe that any such        11:49:30

11    profile has ever been made based on -- based on your

12    incognito browsing activity?

13          A.  I believe Google has disclosed the fact that for

14    any logged-in user that's an identity that they know.  I

15    also am aware through the disclosures through this case,        11:49:59

16    and/or -- and I may not use that -- that may not be the

17    correct word, but the materials presented in the case,

18    that these anonymized profiles exist.

19          And so I would contend that if information is

20    being collected during incognito sessions, I doubt        11:50:21

21    seriously that Google would do that if there was no value

22    in that; right?

23          And so if the effort is being made to collect

24    that information when I thought it was not being

25    collected, this -- this challenges the notion of the        11:50:43

```
1    advertisement.

2        Q.  So my question, nevertheless, is:  You said when

3    you saw this, I'll just say a story about this lawsuit,

4    it piqued your interest.  And I was asking prior to that

5    point, had you ever seen any articles or blog posts,         12:32:53

6    presumably not from Google, suggesting -- causing you to

7    suspect or suggesting that incognito might not be private

8    in the way you had thought?

9        A.  Fairly recently, prior to the case, I believe

10   there was a journal entry or a hypothetical post that        12:33:19

11   said it was hypothetically possible that Google could be

12   aggregating information.  I think there was an article

13   written about that.  And I even think I recall reading

14   Google responding to that article and saying that they --

15   perhaps that they did not.                                   12:33:42

16        And so that's my recollection of any materials

17   that might have indicated that maybe things were not as

18   they appear with regard to incognito.

19        Q.  And do you remember about how long before the

20   lawsuit that was?                                            12:34:04

21        A.  I'm pretty sure it was within a year.  Like, it

22   was less than a year.

23        Q.  And then since filing the lawsuit, I believe you

24   told us earlier that you continued to use Chrome because

25   you didn't want to change your -- your activity.  Am I       12:34:35
```

Page 82

1    characterizing that right?

2        A.   Yeah.  I thought it would be best to be

3    consistent with my activity during the course of the

4    lawsuit.

5        Q.   While you're continuing to use Chrome, have you    12:34:52

6    taken any -- have you taken any steps to -- to prevent

7    what you contend is the improper collection of your

8    information?

9        A.   Again, I'll restate.  I haven't changed my

10   behavior.  I've kept my behavior consistent since the    12:35:17

11   lawsuit started.

12       Q.   And by that, I assume that means including the

13   things like extensions, add-ons, settings, et cetera?

14       A.   Yeah, I have not taken additional action or

15   leveraged any of those capabilities.  If you're -- if    12:35:34

16   you're specifically asking me, like, have I installed the

17   ad blocker or the ad -- extension add-on, the answer is

18   no.  I have not made use of those things you mentioned

19   earlier in the call.

20       Q.   Mr. Davis, do you believe that you entered into    12:36:01

21   a contract with Google?

22       A.   The answer is yes.  And not only do I believe

23   that, I believe the Court has affirmed that a contract

24   exists.  Not excluding -- not exclusive to, but I believe

25   including the splash screen, the Google Terms of Service    12:36:23

Page 83

```
1   provide anything to Google in return to the use of

2   Chrome?

3       A.  Of course.  I provided my activity and data;

4   right?  Clearly that -- there is value to the data

5   provided.  And that is -- that is the -- that is the      12:38:37

6   exchange of the parties in that contract; right?

7       Q.  So you agreed to provide data to Google?

8       A.  In normal -- in normal browsing mode.  Nowhere

9   in the Terms of Service, the Google Privacy Policy or the

10  splash screen did it provide me an opportunity to consent  12:39:03

11  to the exchange of data while in incognito mode.

12         Again, Google tells me I can browse privately.

13  I have no expectation of exchange of data when in

14  incognito mode.

15      Q.  Can you take a look at paragraph 275 of the       12:39:20

16  Complaint, the Second Amended Complaint?

17      A.  Sure.  Let me just turn to it.  You said 275?

18      Q.  Yes, sir.

19      A.  It's almost to the end.  Let's see.  Okay.  I

20  have it in front of me.                                    12:40:03

21      Q.  Do you see where it says, "Plaintiffs and class

22  members also did not receive the benefit of the bargain

23  for which they contracted and for which they paid

24  valuable consideration in the form of the personal

25  information they agreed to share, which has ascertainable  12:40:20
```

Page 85

```
 1          Q.  Yes.  Exhibit 12, yeah.

 2          A.  -- Exhibit 12?

 3              MR. LEE:  You have a paper copy, too.

 4          Q.  BY MR. SCHAPIRO:  Yeah, if you have a paper

 5      copy, you can look at it as well.                    12:55:18

 6          A.  Yeah.  The paper copy I have has section numbers

 7      on it.  And this one --

 8              MR. LEE:  No.

 9              THE WITNESS:  Oh, sorry.  No, it's the Privacy

10      Policy.  Excuse me.                                  12:55:30

11              Yeah, just one second.

12              Yeah, I can call out the specific language in

13      the Privacy Policy.

14              So at the end of the first sentence, there are

15      the words "Put you in control"; right?  So I understand, 12:55:47

16      through Google's Privacy Policy, that I am in control;

17      right?

18          Q.  BY MR. SCHAPIRO:  Do you believe that --

19              MR. LEE:  Wait.  Were you done with your answer?

20              Excuse me.  Excuse me.  I'm not sure he was    12:56:06

21      done.  I just want to confirm.

22              THE WITNESS:  No, I wasn't.  I wasn't.

23              MR. LEE:  Why don't you finish.

24              THE WITNESS:  If you scroll further down, below

25      the three bullet points on the first page, there's a  12:56:17
```

Page 95

1        paragraph that begins with, "You can use our services in

2        a variety of ways."

3                Do you see that?

4        Q.  BY MR. SCHAPIRO:  Yeah.

5        A.  That first sentence, "You can use our services          12:56:30

6        in a variety of ways to manage your privacy."

7                Again, the assertion of privacy and the Privacy

8        Policy from Google to its users.

9                The last two sentences of that paragraph, I'd

10       like to read.  "You can also choose to browse the web        12:56:51

11       privately using Chrome in incognito mode."  You've heard

12       me say that numerous times today.

13               Next sentence, "And across our services, you can

14       adjust your privacy settings to control what we collect

15       and how your information is used."                           12:57:10

16               Again, this implies to me that Google is stating

17       that I have control; right?  And that any data that I

18       provide to Google, I can -- I would explicitly consent to

19       their collection of that data.

20               They have stated that I can browse privately         12:57:32

21       using Chrome in incognito mode.  I've -- I've testified

22       earlier that when I am browsing privately, I never

23       consent to collection.

24               So, again, in the Privacy Policy, I'm taking

25       Google at their words that when I am browsing privately,     12:57:51

1    that is the method by which I notify Google that I do not

2    consent to collection.

3         Q.  Are you finished?

4         A.  Yes, I'm finished.  Thank you.

5         Q.  So you have emphasized the use of this word          12:58:24

6    "control"; correct?

7         A.  Correct.

8         Q.  And so what have you done -- strike that.

9              And it says that -- the Privacy Policy says that

10   you can control -- or that you can -- that they can --      12:59:00

11   that Google puts you in control.  Is that a fair

12   paraphrase of that first sentence that you've cited?

13        A.  That's -- yes.

14        Q.  So what -- so being in control, what did you do

15   to prevent Google from receiving, let's say, your IP        12:59:27

16   address when you visited a site that ran Google

17   Analytics?  How did you exercise that control?

18        A.  So the control that I exercised is I used the

19   feature incognito mode in Chrome that they expressly

20   called out in this Privacy Policy as a means for me to      12:59:49

21   privately browse the web.

22             So, again, my control in this situation, the

23   recourse that Google has indicated to me in their own

24   Privacy Policy, that if I want to browse privately and

25   not be observed by Google, is to use Chrome in incognito    13:00:12

Page 97

```
 1    you believe Google has represented that using incognito

 2    mode would prevent Google from receiving user data coming

 3    through its services that are installed on third-party

 4    websites?

 5            MR. LEE:  Sorry, Andy, are you referring to        14:11:36

 6    Exhibit 10 or the Privacy Policy?

 7            MR. SCHAPIRO:  Sorry.  No.  I'm still on

 8    Exhibit 10, the Chrome Privacy Notice.  Apologies if I

 9    misspoke.  I think I said --

10            MR. LEE:  I just wanted --                          14:11:48

11            MR. SCHAPIRO:  Yeah.

12            THE WITNESS:  I didn't -- I didn't review the

13    document in that context.  Can I review really quickly?

14         Q.  BY MR. SCHAPIRO:  Sure.

15         A.  And again, just to make sure I have the context   14:12:14

16    right, you're asking are there any assertions -- do I

17    perceive there to be any assertions in this Chrome

18    Privacy Notice -- I'm sorry.  Could you restate it -- I

19    think it's better if you restate it.

20         Q.  BY MR. SCHAPIRO:  Yeah.  It was a somewhat long,   14:12:32

21    but I think -- but I hope well-crafted question.

22            The question was:  Is there anywhere in this

23    crime -- excuse me -- in this Chrome Privacy Notice where

24    you believe Google has represented that using incognito

25    mode would prevent Google from receiving user data coming  14:12:51
```

Page 112

```
 1    through its services that are installed on third-party

 2    websites?

 3         A.  Yes, I do, actually.  If you take a look at the

 4    very first page.

 5         Q.  Uh-huh.  Page 1 or --                          14:13:17

 6         A.  Yes, sir.  Page 1.

 7         Q.  Uh-huh.

 8         A.  Paragraph 1, just underneath the archive date,

 9    June 21, 2016.

10         Q.  Uh-huh.                                        14:13:30

11         A.  The last sentence says, "Although this policy

12    describes features that are specific to Chrome, any

13    personal information that is provided to Google or stored

14    in your Google Account will be used and protected in

15    accordance with Google Privacy Policies."              14:13:48

16             I'll refer back to the Google Privacy Policy

17    that's referenced there where it's stated that I'm in

18    control of the data that is collected, that I can browse

19    the web privately with Chrome in incognito mode, and I

20    can adjust privacy settings to control what is collected  14:14:12

21    and how your information is used.

22             If I never consented to have data collected in

23    private mode, to me this is a direct violation of

24    Google's Privacy Policy, including this one that's been

25    presented.                                             14:14:32
```

Page 113

```
 1    not make this additional carveout.

 2         So to me this at best represents an

 3    inconsistency of statement of fact from Google.  So I'm

 4    even more -- to be honest with you, I'm very confused by

 5    this inconsistency, because if it was important for us to    14:41:14

 6    know that, why was this not disclosed previously?

 7         Q.  BY MR. SCHAPIRO:  And so you're saying you think

 8    this would have been important to disclose?

 9         A.  Yes, I do.

10         Q.  Let's take a look at Exhibit 12, please.            14:41:39

11              (Exhibit 12, Search & browse privately -

12              Computer - Google Search Help, marked for

13              identification electronically by counsel.)

14              THE WITNESS:  Okay.  I have that document.

15              MR. LEE:  It's a short document.  Do you want to    14:42:27

16    just read it?

17              THE WITNESS:  Yeah.  Give me just one moment.

18              MR. LEE:  By the way, while we're waiting, Andy,

19    before this deposition closes, can you give me the

20    effective date of the last document we looked at,            14:42:57

21    Exhibit 11, please?

22              MR. SCHAPIRO:  I will see if I can.

23              THE WITNESS:  Okay.  I've reviewed the document.

24         Q.  BY MR. SCHAPIRO:  And do you know if you've seen

25    this document before?                                        14:43:40
```

Page 128

1          A.   Yes, I've seen this document before.

2          Q.   In what context?

3          A.   It was after the case started.   I believe I

4     reviewed the search and browse privately help section,

5     and what's caching my eye is their core -- what stands          14:44:01

6     out in memory for this is that I remember them comparing

7     themselves to other private browsing modes with other

8     browsers.

9          Q.   In that second sentence there it describes

10    several ways you can browse the web privately; right?   It          14:44:30

11    says, "To browse the web privately, you can," and then it

12    lists several things.

13         A.   Sorry, can you restate that?

14         Q.   Sure.

15             The second sentence says, "To browse the web          14:44:44

16    privately, you can see use private browsing, sign out of

17    your account, change your custom results settings, or

18    delete past activity."

19             And my question was:   This sentence says that to

20    browse the web privately, there are several -- there are          14:45:05

21    a number of things you can do; correct?

22         A.   Yes.   I see that verbiage.

23         Q.   And then all of these are things you can do to

24    browse the web privately; correct?

25         A.   They may -- they may destroy the information          14:45:23

Page 129

1    that is in the browser, but if that data was collected

2    upstream by Google or another entity, then that browsing

3    session was not private.

4         Q.   And yet this disclosure describes all those

5    things as ways you can browse the web privately, doesn't          14:45:46

6    it?

7         A.   It puts that forward, that's right, and I would

8    agree with private browsing, if it's doing what it's

9    supposed to do, signing out of the account, yes.  If you

10   were signed in, that activity would be identifiable to            14:46:03

11   you.  Not sure what it means about change your custom

12   result settings, and deleting past activity, that's just

13   local.  That wouldn't delete any collected data.

14        Q.   Well, does this change your view as to whether

15   when Google has used the word -- phrase "browse the web           14:46:19

16   privately," it meant something beyond just deleting

17   local -- or protecting against local retention of data?

18        A.   No.  I mean, the Google Privacy Policy's still

19   in effect, regardless of what is said on the details of

20   search and browse privately in this document.  Again, in         14:46:47

21   Google's Privacy Policy, they say I have the control over

22   my private data, I'm able to browse the web privately in

23   incognito mode, and that I'm in control of what

24   information's collected; right?

25             And if I'm browsing privately and Google in            14:47:13

Page 130

```
1        incognito is collecting that information, which it is,

2        then I'm not browsing privately, despite any claims of

3        how to search privately on this document.

4            Q.  So is your contention that the phrase "browse

5        the web privately" means one thing in the Privacy Policy    14:47:34

6        and means something else in this other document that you

7        reviewed?

8            A.  I could interpret that as true here, because

9        here they're couching do these things to browse

10       privately, whereas in the Google Privacy Policy, it        14:47:50

11       simply states I can browse privately using Chrome in the

12       incognito with no clarification.  Moreover, it's --

13       moreover, the Privacy Policy states that I would be in

14       control of what is collected, and, in fact, I'm not when

15       I'm in incognito mode, because Google is collecting it.    14:48:11

16            And if you refer back to our previous

17       conversation about the data that has been collected but

18       is anonymized, the fact that that all was collected and

19       can be associated even once anonymized is a violation of

20       Privacy Policy.                                            14:48:31

21            Q.  Do you believe that everyone would understand

22       the phrase "browse the web privately" the way you

23       interpret browse the web privately?

24            A.  Yes.  I believe that people would not parse is

25       it just cookies, is it just my browsing history.  When    14:48:49
```

Page 131

1    people understand private, I would say the vast majority

2    of layman and reasonable people would say, "I am private.

3    I am free from the collection and observation of this

4    data," anonymized or otherwise.

5            Yes.  My answer's yes.  I believe browsing       14:49:09

6    privately would mean I'm not being observed, and my data

7    is not being collected.

8        Q.  And you said whether anonymized or not, and I

9    thought earlier you -- you -- when you were talking about

10   incognito, you were placing an emphasis on what you          14:49:26

11   thought was a lack of anonymity?

12           MR. LEE:  Objection to form, mischaracterizes.

13           You can answer.

14           THE WITNESS:  I'll state again I think a

15   reasonable person has no concept of anonymization -- you    14:49:37

16   know, anonymized data, because they don't even perceive

17   that the data's being collected, because they perceive

18   that they are being -- that they are able to browse

19   privately in these private browsing modes as they're

20   branded and as the policy states they can control the       14:49:55

21   data when in that mode.

22       Q.  BY MR. SCHAPIRO:  And you see here in the next

23   paragraph under, "How private browsing works," this

24   document indicates, as I think you pointed out, that

25   private browsing works differently depending on which       14:50:16

                                                    Page 132

1    is 3:05 p.m.

2         Q.  BY MR. SCHAPIRO:  Mr. Davis, are you aware of

3    ways in which you can sell your personal information?

4         A.  Are you talking specifically of my browsing

5    activity?                                              15:05:06

6         Q.  I am.

7         A.  Yes.  I believe there's several different

8    browsers on the market, like Kylo and Brave, and I think

9    there's a few others, that will compensate you if you

10   choose to share and sell that information.  I'm generally  15:05:20

11   aware of it.

12        Q.  And approximately when did you first become

13   aware of these websites' practice of paying users a fee

14   for their browsing data?

15        A.  I think it was very close to the time that the  15:05:39

16   suit was filed or started.  Very close to that time.

17        Q.  Have you ever tried to sell any of the

18   information at issue in this lawsuit, like your browsing

19   history, for example?

20        A.  I have not, as of yet.                         15:05:57

21        Q.  And do you have a belief as to how much your

22   personal information is worth?

23        A.  Well, I think -- are you asking in --

24   specifically in this case or in general?

25        Q.  Well, I'm asking in general, but I'm asking    15:06:14

Page 136

1    about the type of information that you put at issue in

2    this case.

3         A.  I think it's clear that there is some value to

4    all personal data.  There's whole marketplaces and the

5    fact that a marketplace is compensating people for it.  I     15:06:32

6    haven't really done the analysis to say whether or not

7    those rates that they are providing are fair market or

8    not.  I would have to -- to give you a complete answer, I

9    would have to do a lot more analysis and get pretty

10   specific on, like, which data, et cetera.                     15:06:50

11        Q.  And has the conduct that you're alleging in this

12   lawsuit affected your ability to sell your information in

13   any way?

14        A.  Affected my ability to sell my information?

15   Considering I haven't sold my information, I'm not sure       15:07:07

16   I've fully explored that or not.  So my answer is I don't

17   know.  Because I have not attempted to sell my

18   information, I'm not sure if this has impacted my ability

19   to sell my information or not.

20        Q.  Sure.                                                15:07:27

21            And has the misconduct that you've alleged

22   against Google in any way affected the value of your

23   information?

24        A.  Can you restate the question?  I'm not sure I

25   follow.                                                       15:07:38

Page 137

```
 1          Q.  Yeah.
 2              Well, a moment ago I asked if the misconduct you
 3     allege in this case had affected your ability to sell
 4     your information.  I think you told us earlier that you
 5     believe your personal information has value; right?        15:07:49
 6          A.  (Nods head.)
 7          Q.  And so do you believe that Google's misconduct
 8     has -- alleged misconduct has in any way affected the
 9     value of your information?
10              MR. LEE:  To Google or to himself, Andy?          15:08:06
11              MR. SCHAPIRO:  To anyone in the market.
12              THE WITNESS:  I haven't considered that
13     question, so unsure how to answer.  I haven't thought
14     through that sufficiently to really give you a good
15     response there.  Considering I'm not actively selling my   15:08:24
16     information, it's not something I've really put a lot of
17     thought into.
18          Q.  BY MR. SCHAPIRO:  As you sit here today, can you
19     tell me all the ways in which you believe you've been
20     harmed by Google?                                          15:08:42
21          A.  Sure.  I can say I first would refer to the
22     claims; right?  Those claims summarize the harm pretty
23     specifically.
24              I also would say that the violation of privacy
25     has damaged my perception of what a large organization     15:09:03
```

Page 138

1    like Google actually did when they told me that they

2    wouldn't, and that has eroded my confidence and trust in

3    that brand, so it has damaged what was otherwise a

4    healthy relationship with that brand.  It has impacted

5    that.                                              15:09:29

6           It has made me more suspect of the claim of

7    in-private browsing in general in the industry, and it's

8    impacted my trust level in what was an otherwise trusted

9    brand in a direct violation of a trust and an agreement

10   that was struck in the contract that we talked about  15:09:52

11   previously, and it's a pretty egregious thing when you

12   think about the potential harm that it could do not just

13   to me but to others in other jurisdictions.

14          The only thing that we ever really truly own is

15   ourselves, and if that property is violated, which are my 15:10:13

16   thoughts, my activities that I say should remain private,

17   and if that's happening hundreds of millions if not

18   billions of times across the globe, it may be happening

19   in jurisdictions where that data could put, potentially,

20   people at harm, then there's a great misjustice that's  15:10:37

21   being done on behalf of Google if it is collecting that

22   information and it is collecting that information in

23   incognito mode.

24          So you asked what the cost to me has been, huge

25   erosion of trust and a huge sense of disappointment that 15:10:55

Page 139

1    an American company would do such a -- would behave in

2    such an egregious way and run over privacy rights of

3    users, millions and millions of them, in specifically the

4    mode that they present that you can provide privacy.  It

5    seems quite egregious to me, but that's been the cost to          15:11:20

6    me.

7         Q.  Can you think of anything else?

8         A.  I think that summarizes it.

9         Q.  Can you think of any specific expense that you

10   have incurred as a result of Google's conduct alleged in          15:11:35

11   this lawsuit?

12        A.  Yes.  I mean, if these background processes are

13   occurring, there's electricity costs that is required.

14   As those compensational cycles are run and as that

15   data -- excess data is transmitted back to Google,                15:11:54

16   there's a financial cost on the infrastructure side.

17        Q.  So you're saying you believe that there is some

18   measurable increase in your electricity usage because

19   there might be a -- a get request or a post request?  Is

20   that your statement?                                              15:12:22

21        A.  Your question wasn't whether it was measurable.

22   You asked if there was a cost associated, and I replied

23   that yes there is a cost associated with the extra work

24   that the computer is doing while that data is being

25   collected.                                                        15:12:39

Page 140

1          Q.  And what's your basis for saying your computer's

2     doing extra work when the actions that you allege in the

3     complaint took place?

4          A.  Yeah, I can tell you the technical side of it.

5     On the hardware side, your CPU is controlled by the         15:12:55

6     amount of voltage that goes through it, and so as it

7     processes more information, it actually ramps up the

8     voltage, which is the electricity that it's using, and so

9     if in the background all of this data is being collected

10    when it shouldn't be, there is a measurable increase in    15:13:11

11    the amount of electricity consumed for those operations.

12          Does that answer the question?

13          Q.  Yeah, you said there's a measurable increase.  I

14    assume you've never measured it?

15          A.  No.  Actually, you can actually see the voltage    15:13:28

16    in the performance monitor on computers.  In the specific

17    case of incognito, I haven't gone and measured what is it

18    doing in incognito mode.  I'm just saying in general, as

19    computer hardware works, the harder the CPU works, the

20    more power is consumed.                                     15:13:52

21          Q.  Do you have any idea whether being incognito

22    takes up more energy or less energy than operating in

23    normal mode?

24          A.  I haven't done that specific comparison.

25          Q.  Other than what you say is an electricity cost,    15:14:19

Page 141

1    can you think of any other expense that you have incurred

2    as a result of Google's alleged misconduct?

3         A.   Well, if I didn't consent to the collection of

4    the data and if in any way they have enhanced their

5    products or services off of data that I didn't consent to          15:14:47

6    be collected, then there has been some gain in a way for

7    Google that if they collected that information, it was

8    collected in a non-consenting way.

9         So I guess hypothetically there could be a

10   potential cost put to that of what that -- what that              15:15:13

11   information -- my private browsing information is worth,

12   which might be a different price point than knowingly

13   disclosed browsing information in normal mode.  I could

14   see -- I could see that as being one line of -- one line

15   of evaluation of cost.                                            15:15:34

16        Q.   Anything else?

17        A.   No, nothing else comes to mind to me at the

18   moment.

19        Q.   Do you currently use your -- strike that.

20        How many Gmail accounts do you have?                         15:16:06

21        MR. LEE:  Objection.  Asked and answered.

22        Q.  BY MR. SCHAPIRO:  I forgot the answer.

23        A.   That's okay.  I only have the one.

24        Q.   And do you currently use your Gmail account?

25        A.   Not as my primary.  I use it for -- only if I'm         15:16:20

Page 142

1    do that.  Okay?

2            THE WITNESS:  All right.

3            MR. LEE:  Go ahead.

4        Q.  BY MR. SCHAPIRO:  What is fingerprint data?

5        A.  Yeah.  I would consider fingerprint data to be          15:46:22

6    any unique identifier that the browser could pass that

7    would identify a particular device or particular browser

8    serialization or session associated with any activity

9    that I'm doing during incognito mode.

10       Q.  Did you say "serialization"?                            15:47:09

11       A.  Yeah.  It's basically like a unique identifier,

12   if any unique identifier is provided for that browser or

13   device.  It could also include things like IP, but I

14   don't want to blend those two topics; right?

15       Q.  Do you recall during this litigation -- you            15:47:47

16   can -- you don't need to keep this document up if you

17   don't want to.

18           Do you recall providing Google with cookie

19   values from your browser during this litigation?

20       A.  I know that there was data collected after            15:48:04

21   browser sessions, and I believe that data was shared as

22   part of discovery.

23       Q.  And do you know how the cookies -- those cookies

24   were collected?

25       A.  I believe there was a forensics process that was       15:48:21

Page 160

1    ==employed to trace custody of that data sample and provide==

2    ==it.==

3        Q.  Do you know from what devices that data was

4    collected?

5        A.  I think it's all part of the official record.  I          15:48:41

6    don't recall the device names.  I know I had, I believe,

7    an iPhone and some laptops that were -- and a desktop

8    that were -- that were imaged and that data provided.

9        Q.  And were you browsing in incognito mode when

10   these cookies were collected?                                     15:49:08

11       A.  Yes.

12       Q.  And did you sign in to your Google account when

13   these cookies were collected?

14       A.  The normal browsing activity, as we've talked

15   about in my testimony, is by default in incognito.  I            15:49:25

16   cannot recall if I was asked to provide samples of both,

17   so I don't know if I can accurately answer the question.

18   I don't recall whether it was log in and let's see that

19   data and then let's only do incognito.  I can't recall if

20   we covered both cases or just incognito.                          15:49:45

21           MR. LEE:  Right.  And Mr. Schapiro's asking

22   about actions you took, but I just want to -- you're

23   okay, but just be careful about revealing any

24   communications or things people said to you.

25           THE WITNESS:  Understood.                                 15:49:57

                                                            Page 161

```
 1    but, no, I know it existed at least -- I think I've been
 2    told at least in 2020, but I don't know exact dates.
 3              MR. LEE:  Okay.  All right.  Thanks.
 4
 5                      EXAMINATION                        16:15:19
 6    BY MR. LEE:
 7        Q.  Mr. Davis, my name is James Lee, and I represent
 8    the plaintiffs.  I know it's been a long day.  We'll try
 9    to get you out of here really soon.  Okay?
10        A.  Okay.                                         16:15:37
11        Q.  I want to -- I want you to -- I want to focus my
12    first question on the incognito splash screen that you've
13    discussed several times today.  Okay?
14              Now, when you read the incognito splash screen,
15    does it convey to you that Google will collect your data  16:15:59
16    while you're in incognito mode?
17        A.  No, it doesn't.
18        Q.  And why doesn't it convey -- what makes you
19    believe it does not convey to you that Google will
20    collect your data while you're in incognito mode?        16:16:18
21              MR. SCHAPIRO:  Objection to the form of the
22    question.
23              THE WITNESS:  To respond the -- number one,
24    Google is never mentioned on the page anywhere; right?
25    Also, just kind of go through what is on the page, at the  16:16:35
```

Page 169

1   very top we talked about the fact that the very first

2   thing you see is that unidentifiable persona.  This in

3   part says that, you know, these activities are hard or

4   impossible to observe.

5          Incognito, we talked about the definition of          16:16:59

6   that, which is unidentifiable, private.  I'm told in the

7   first sentence that I can browse privately, and so I'm

8   assuming when we say private, relative to that and

9   understanding the Privacy Policy, this also implies

10  privacy from Google.                                          16:17:22

11       Q.  BY MR. LEE:  Okay.  Thank you.

12          And when you read the splash screen in

13  conjunction with the Privacy Policy, what does it tell

14  you about what -- whether Google will collect user data

15  or information in incognito or private browsing mode?        16:17:39

16          A.  Yeah, if I take the totality of the splash

17  screen, the reference to the privacy and personal

18  information section that refers to the Google Privacy

19  Policy and the Google Terms of Service and the Google

20  Privacy Policy itself.  It states that I, the user, am in   16:17:58

21  control of my data, that I can use Chrome to browse the

22  web privately in incognito mode and that I am in control

23  of what Google collects, what information it collects.

24          And we talked a lot about those data that are

25  considered private, and I would reiterate that when I       16:18:29

                                                    Page 170

1    initiate an incognito mode, I am following the guidance

2    from the Google Privacy Policy.  This states my recourse

3    for privacy when using Chrome is to use incognito mode,

4    and that's -- I'm -- had every reason to assume and trust

5    that my information would not be collected when using          16:18:51

6    incognito mode.

7         Q.  Do you think there's anything -- any ambiguity

8    about that when you look at the Privacy Policy and the

9    incognito splash screen together?

10        A.  No --                                                  16:19:05

11            MR. SCHAPIRO:  Objection.  Calls for a legal

12   conclusion.

13            THE WITNESS:  My answer is no.  I don't have any

14   ambiguity on that fact.

15        Q.  BY MR. LEE:  Okay.  Go ahead.  Sorry.                  16:19:18

16        A.  That's my statement.

17        Q.  Okay.  Thank you, Mr. Davis.

18            The concept of identity has come up a few times

19   today, so I want to ask you a few questions about that.

20   Okay?  Will that be all right?                                  16:19:31

21        A.  That's fine.

22        Q.  Okay.  When it comes to your understanding of

23   this case, is identity just your name or your email

24   address on your Google account, or is it something else?

25        A.  So my response would be that identity is more         16:19:50

Page 171

```
 1          A.  No, I don't see that language.

 2          Q.  Do you recall that counsel for Google asked you

 3     a hypothetical -- strike that.

 4          Do you recall Google's counsel represented to

 5     you that there were analytic services that -- that          16:24:25

 6     websites use outside of Google Analytics or any other

 7     Google service?

 8          A.  I recall that line of questioning.

 9          Q.  Okay.  In this bullet that refers to "websites

10     you visit, including the ads and resources used on those    16:24:45

11     sites," could that also apply to non-Google Analytics

12     services?

13          A.  I would assume that it has to, because it

14     doesn't call on Google specifically.

15          Q.  Now, if you read this document or any iteration    16:24:59

16     of this document and try to make it consistent with the

17     Terms of Service, the Privacy Policy and the Google --

18     I'm sorry -- the incognito splash screen, what would you

19     understand Google to be saying about what it will collect

20     in incognito mode?                                          16:25:24

21              MR. SCHAPIRO:  Objection to the form of the

22     question.

23              THE WITNESS:  Yeah.  Taken in its totality,

24     again, I don't see anywhere here related to Google

25     Analytics or other activities that would constitute my      16:25:41
```

Page 175

1    consent for private web activity to be collected while in

2    incognito mode.

3        Q.  BY MR. LEE:  Based on these disclosures and what

4    you've learned about this case, do you think Google has

5    been honest with users about its data collection            16:26:07

6    practices with respect to incognito mode and private

7    browsing mode?

8            MR. SCHAPIRO:  Objection to the form of the

9    question.

10           THE WITNESS:  My answer is no.  I don't think       16:26:19

11   they've been honest with what's happening.  Again, just

12   to reiterate, on the Google Analytics question, its own

13   help file refers to the fact that it will adhere to --

14   when they use Google Analytics, that it will adhere to

15   the Google Privacy Policy.                                  16:26:44

16           That same Google Privacy Policy is referenced in

17   the Terms of Service, and it states that users are in

18   control of the data that is collected and that if you

19   want to browse privately, you must do that through Google

20   incognito mode.  That's the one that's described in the     16:27:10

21   Google Privacy Policy, and we can control what is

22   collected by Google and how that information's used.

23           And so the challenge I have with this whole

24   situation is when and where, when using incognito mode,

25   was I granted the control or ability to filter that data    16:27:32

Page 176

1    and to prevent that private data from going to Google?

2    In fact, I never was; right?

3              I have -- it's been stated that I have that

4    control, but in actuality, Google still collects that

5    information even though the recourse they provided to me          16:27:55

6    was presented as a satisfactory way to browse privately

7    in incognito mode.

8              Q.   BY MR. LEE:   Now, you talked about how the

9    Privacy Policy states that users can control what Google

10   collects.  Do you remember that?                                  16:28:25

11             A.   I remember that.

12             Q.   Okay.  And does Google say in its Privacy Policy

13   whether it's limited to a single Google service or just

14   Google Analytics or does it say something more broad?

15             A.   So the words actually say "across our services,"   16:28:42

16   and I don't see carveouts for specific services in that

17   statement.

18             Q.   So when you enable incognito mode, do you

19   understand that to work across all of Google services?

20             A.   I do.                                              16:29:00

21             MR. SCHAPIRO:   Objection.  Leading.

22             THE WITNESS:   I do.

23             MR. LEE:   Thank you, Mr. Davis.  I don't have

24   any further questions.

25             MR. SCHAPIRO:   Nothing from me.  Thank you for         16:29:09

Page 177