# EXHIBIT 12

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   _____
                                     )
 5   CHASOM BROWN, WILLIAM BYATT,    )CASE NO.:
     JEREMY DAVIS, CHRISTOPHER       )
 6   CASTILLO, and MONIQUE TRUJILLO, )5:20-cv-03664-
     individually and on behalf of   )LHK-SVK
 7   all other similarly situated,   )
                                     )
 8                     Plaintiffs,   )
                                     )
 9             v.                    )
                                     )
10   GOOGLE, LLC,                    )
                                     )
11                     Defendant.    )
     _____)
12
13
14
15
16          DEPOSITION OF GLENN BERNTSON
17                    VOLUME I
18       REMOTELY IN LOS ANGELES, CALIFORNIA
19             FRIDAY, MARCH 18, 2022
20
21
22
23   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
24                  CSR NO. 14125
25   JOB NO.:       5142481
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4     _____
                                           )
 5     CHASOM BROWN, WILLIAM BYATT,         )CASE NO.:
       JEREMY DAVIS, CHRISTOPHER           )
 6     CASTILLO, AND MONIQUE TRUJILLO,      )5:20-cv-03664-
       INDIVIDUALLY AND ON BEHALF OF       )LHK-SVK
 7     ALL OTHER SIMILARLY SITUATED,       )
                                           )
 8                         Plaintiffs,     )
                                           )
 9             v.                          )
                                           )
10     GOOGLE, LLC,                        )
                                           )
11                         Defendant.      )
       _____)
12
13
14
15
16       DEPOSITION OF GLENN BERNTSON, VOLUME I
17       TAKEN ON BEHALF OF THE PLAINTIFFS
18       REMOTELY VIA ZOOM VIDEO CONFERENCING, IN
19       LOS ANGELES, CALIFORNIA, BEGINNING AT
20       10:36 A.M. AND ENDING AT 5:01 P.M., ON
21       FRIDAY, MARCH 18, 2022, BEFORE
22       NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
23       REPORTER NUMBER 14125.
24
25
```

Page 2

```
1              A P P E A R A N C E S

2

3   FOR THE PLAINTIFF, CHASOM BROWN, WILLIAM BYATT,
    JEREMY DAVIS, CHRISTOPHER CASTILLO, AND MONIQUE
4   TRUJILLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHER
    SIMILARLY SITUATED:
5       BOIES SCHILLER FLEXNER
6       BY:  MARK MAO, ESQ.
        BY:  ERIKA NYBORG-BURCH, ESQ.
7       44 MONTGOMERY STREET
        41ST FLOOR
8       SAN FRANCISCO, CALIFORNIA  94104
        (415) 293-6800
9       MMAO@BSFLLP.COM
10      - AND -
11      SUSMAN GODFREY
        BY:  AMANDA BONN, ESQ.
12      1900 AVENUE OF THE STARS
        SUITE 1400
13      LOS ANGELES, CALIFORNIA  90067
        (310) 789-3131
14      ABONN@SUSMANGODFREY.COM

15

16  FOR THE PLAINTIFFS IN "CALHOUN V GOOGLE":
17      SIMMONS HANLY CONROY
18      BY:  AN TRUONG, ESQ.
19      112 MADISON AVENUE
20      7TH FLOOR
21      NEW YORK, NEW YORK  10016
22      (212) 257-8482
23      ATRUONG@SIMMONSFIRM.COM

24

25  APPEARANCES CONTINUED ON THE FOLLOWING PAGE.
```

Veritext Legal Solutions
866 299-5127

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE DEFENDANTS, GOOGLE, LLC:

 4         QUINN EMANUEL URQUHART AND SULLIVAN

 5         BY:  JOSEF ANSORGE, ESQ.

 6         BY:  TRACEY GAO, ESQ.

 7         300 I STREET NORTHWEST

 8         SUITE 900

 9         WASHINGTON, DC  20005

10         (202) 538-8000

11         JOSEFANSORGE@QUINNEMANUEL.COM

12         TRACYGAO@QUINNEMANUEL.COM

13

14    ALSO PRESENT:

15         JOANN YAGER, VIDEOGRAPHER;

16         TONI BAKER, GOOGLE IN-HOUSE COUNSEL

17

18

19

20

21

22

23

24

25
```

Page 4

1    you just said about PPID never being linked to

2    any ID.

3            So how does that differ from a

4    PPID-mapped Biscotti?  What's the difference in

5    how you're using the word linked from mapped          14:39:47

6    there?

7        A.  No, what I described is that its

8    representation in different parts of the system

9    will change, but it's still logically the same

10   ID.  And what I mean by that is the PPID, when        14:40:01

11   a publisher passes us this thing to represent

12   their user, it comes in as a string.  And when

13   we receive this value, we hash it, and then we

14   take the hashed value, the hashed string

15   provided by the publisher, we then add to it        14:40:28

16   the network ID of the publisher.

17            And so with this, we have sort of what

18   is, to the publisher, a unique representation

19   of the user.  And when we store it, we store it

20   with the publisher identify -- the publisher        14:40:48

21   network code, which is unique to that

22   publisher.  And when this comes in the first

23   time, we generate a new random number, and we

24   associate that random number -- which is an

25   integer -- and we store it alongside what we        14:41:06

Veritext Legal Solutions
866 299-5127

1    pay for an ad being shown to a user, it's a

2    waste of their money to show the user the same

3    ad over and other again.

4           And so, one of the things that is used

5    fairly commonly when there is a way to identify        14:49:37

6    a user, like with a PPID, is frequency capping.

7    That is, the publisher on the reservation

8    campaign can say, "You know, I've got this deal

9    with this advertiser.  I'm going to show this

10   ad a million times over the next month, but I          14:49:54

11   want to make sure that I only show that ad once

12   a week to any given user," which means then

13   that they -- if the publisher can tell the

14   advertiser that "I've got this frequency

15   capping in place," and they serve a million of         14:50:09

16   these ads, then the advertiser knows "Okay,

17   with that frequency capping in place, my ad is

18   being seen by lots and lots of people, which is

19   good for me."  So frequency capping is a key

20   usage of IDs; probably the most important.             14:50:27

21          The other thing PPID can be used for

22   are rules around things that are related to

23   frequency capping.  If a user has seen an ad

24   from Nike, for example, a publisher may want to

25   specify a rule saying, "Really I'm only -- if          14:50:53

Page 126

1   I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE

2 ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY

3 OR THIRD PARTY WHO IS FINANCING ALL OR PART OF THE

4 ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES

5 OR THEIR ATTORNEYS ATTENDING THE PROCEEDING AND

6 MAKING SAME AVAILABLE AT THE SAME TIME TO ALL

7 PARTIES OR THEIR ATTORNEYS.  (CIV. PROC §

8 2025.320(B))

9   I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT

10 CONSISTING OF THE CERTIFIED STENOGRAPHER'S

11 NOTATIONS OR COMMENTS REGARDING THE DEMEANOR OF

12 ANY WITNESS, ATTORNEY, OR PARTY PRESENT AT THE

13 PROCEEDING TO ANY PARTY OR ANY PARTY'S ATTORNEY OR

14 THIRD PARTY WHO IS FINANCING ALL OR PART OF THE

15 ACTION, NOR SHALL I COLLECT ANY PERSONAL

16 IDENTIFYING INFORMATION ABOUT THE WITNESS AS A

17 SERVICE OR PRODUCT TO BE PROVIDED TO ANY PARTY OR

18 THIRD PARTY WHO IS FINANCING ALL OR PART OF THE

19 ACTION.  (CIV. PROC. § 2025.320(C))

20   DATED:  MARCH 23, 2022

21

22

23

24

25   NATALIE PARVIZI-AZAD, CSR NO.14125