# EXHIBIT 13

# Sealed Entirely