# EXHIBIT 16

```
 1        UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2              OAKLAND DIVISION
 3   CHASOM BROWN,
 4          Plaintiff,     Case No.
     vs.
 5                    4:20-cv-03664-YGR-SVK
 6   GOOGLE LLC,
 7          Defendant.
 8   ***********************************
                   CONFIDENTIAL
 9                  VOLUME II
       CONTINUED ZOOM VIDEOTAPED DEPOSITION OF
10                JONATHAN HOCHMAN
                  July 21, 2022
11                  10:09 a.m.
     ***************************************
12
13
14   TAKEN BY:
15      JOSEF ANSORGE, ESQ.
        ATTORNEY FOR DEFENDANT
16
17   REPORTED BY:
18      BELLE VIVIENNE, RPR, CRR, NJ-CRR,
        WA/CO/NM-CCR
19      NATIONALLY CERTIFIED REALTIME
        COURT REPORTER
20      VERITEXT LEGAL SOLUTIONS
        JOB NO. 5312353
21      866.299.5127
22
23
24
25


                                       Page 365
```

```
 1                A P P E A R A N C E S
 2     FOR THE PLAINTIFF:
 3        MARK MAO
          BOIES SCHILLER FLEXNER LLP
 4        44 Montgomery Street, 41st Floor
          San Francisco, California 94104
 5        415.293.6800
          mmao@bsfllp.com
 6
          RYAN MCGEE
 7        MORGAN & MORGAN
          201 North Franklin Street
 8        7th Floor
          Tampa, Florida 33602
 9        813.223.0931
          rmcgee@forthepeople.com
10
          ALEXANDER FRAWLEY
11        IAN CROSBY
          SUSMAN GODFREY
12        1301 Avenue of the Americas
          32nd Floor
13        New York, New York 10019
          Afrawley@susmangodfrey.com
14
       COUNSEL FOR PLAINTIFF IN CALHOUN MATTER:
15        ADAM PROM
          DICELLO LEVITT & GUTZLER
16        10 North Dearborn Street, Sixth Floor
          Chicago, Illinois 60602
17        312.214.7900
          aprom@dicellolevitt.com
18
       COUNSEL FOR DEFENDANT:
19
          JOSEF ANSORGE
20        JOHN WILSON, IV
          QUINN EMANUEL URQUHART & SULLIVAN LLP
21        51 Madison Avenue
          New York, New York 10010
22        josefansorge@quinnemanuel.com
23        CARL SPILLY
          QUINN EMANUEL URQUHART & SULLIVAN, LLP
24        1300 I Street, NW, Suite 900
          Washington, D.C. 20005
25        202.538.8277
          carlspilly@quinnemanuel.com
```

CONFIDENTIAL

1   APPEARANCES:  (Continued)
2       CRYSTAL NIX-HINES
        QUINN EMANUEL URQUHART & SULLIVAN LLP
3       865 South Figueroa Street, 10th Floor
        Los Angeles, California 90017
4       crystalnixhines@quinnemanuel.com
5
    VIDEOGRAPHER:
6       Sean Grant
7   ALSO PRESENT:
        Konstantinos Psounis, Ph.D.
8       Julie Burns
        John Wilson, IV - Quinn Emanuel
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 367

| | | |
|---|---|---|
| 1 | the data, they would have technologically | 12:27:22 |
| 2 | been able to do this. | 12:27:25 |
| 3 | Now, again, I'm not addressing | 12:27:27 |
| 4 | legal issues.  I'm not addressing legal | 12:27:29 |
| 5 | restrictions or permissions.  That's not | 12:27:32 |
| 6 | within the scope of my report. | 12:27:35 |
| 7 | Q.   Mr. Hochman, in reaching the | 12:27:42 |
| 8 | conclusions that you're proffering in this | 12:27:45 |
| 9 | case, did you do any studies to see how | 12:27:47 |
| 10 | often devices are shared? | 12:27:50 |
| 11 | A.   I have some general awareness of | 12:27:55 |
| 12 | the ratio between devices and users, and | 12:27:58 |
| 13 | I'm aware that there are something like | 12:28:00 |
| 14 | 2.1 devices for every user.  So it's | 12:28:03 |
| 15 | actually the case that devices share | 12:28:06 |
| 16 | users, not users share devices.  So the | 12:28:13 |
| 17 | average user has more than one device on | 12:28:16 |
| 18 | average. | 12:28:20 |
| 19 | Q.   Mr. Hochman, would you agree | 12:28:24 |
| 20 | that using fingerprinting to identify | 12:28:25 |
| 21 | individual users when they are in private | 12:28:29 |
| 22 | browsing mode and not logged in to an | 12:28:34 |
| 23 | account would violate their privacy? | 12:28:37 |
| 24 | MR. MAO:  Objection to the form | 12:28:41 |
| 25 | of the question. | 12:28:42 |

Page 463

```
 1              CERTIFICATION
 2
 3      I, BELLE VIVIENNE, a Nationally
 4   Certified Realtime Reporter, do hereby
 5   certify:
 6      That the witness whose testimony as
 7   herein set forth, was duly sworn by me;
 8   and that the within transcript is a true
 9   record of the testimony given by said
10   witness.
11      I further certify that I am not
12   related to any of the parties to this
13   action by blood or marriage, and that I am
14   in no way interested in the outcome of
15   this matter.
16      IN WITNESS WHEREOF, I have hereunto
17   set my hand this 26th day of July 2022.
18
19      [signature: Belle Vivienne]
20      BELLE VIVIENNE, CRR, CCR, RPR
21
22          *     *     *
23
24
25
```

Page 615