# EXHIBIT 19

```
 1                UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
        _____
 3      CHASOM BROWN, WILLIAM BYATT, )
 4      JEREMY DAVIS, CHRISTOPHER     )
 5      CASTILLO, and MONIQUE         )
 6      TRUJILLO, individually and    )
 7      on behalf of all other        )
 8      similarly situated,           )
 9                Plaintiffs,         ) Case No.
10           vs.                      ) 4:20-cv-03664-YGR-SVK
11      GOOGLE LLC,                   )
12                Defendant.          )
        _____)
13
14                     ** CONFIDENTIAL **
15
16             REMOTE VIDEOTAPED DEPOSITION OF
17                  GEORGIOS ZERVAS, Ph.D.
18                 Monday, August 22, 2022
19                         Volume I
20
21      Reported by:
22      NADIA NEWHART, CSR No. 8714
23      Job No. 5344594
24
25      PAGES 1 - 191

                                              Page 1
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
      _____
 3    CHASOM BROWN, WILLIAM BYATT,  )
 4    JEREMY DAVIS, CHRISTOPHER     )
 5    CASTILLO, and MONIQUE         )
 6    TRUJILLO, individually and    )
 7    on behalf of all other        )
 8    similarly situated,           )
 9              Plaintiffs,         ) Case No.
10         vs.                      ) 4:20-cv-03664-YGR-SVK
11    GOOGLE LLC,                   )
12              Defendant.          )
      _____)
13
14
15         Remote videotaped deposition of
16    GEORGIOS ZERVAS, Ph.D., Volume I, taken on behalf of
17    Plaintiffs, with all participants appearing remotely
18    via videoconference and the witness testifying from
19    Boston, Massachusetts, beginning at 10:05 a.m. and
20    ending at 3:41 p.m. on Monday, August 22, 2022,
21    before NADIA NEWHART, Certified Shorthand Reporter
22    No. 8714.
23
24
25
                                                    Page 2
```

CONFIDENTIAL

1   APPEARANCES:

2

3   For Plaintiffs:

4       MORGAN & MORGAN

5       BY:  RYAN JOSEPH McGEE, ESQ.

6       BY:  JOHN A. YANCHUNIS, ESQ.

7       201 North Franklin Street, 7th Floor

8       Tampa, Florida 33602

9       813-223-5505

10      rmcgee@forthepeople.com

11      jyanchunis@forthepeople.com

12      (Remote appearance.)

13          - and -

14      BOIES, SCHILLER & FLEXNER, LLP

15      BY:  HSIAO (MARK) C. MAO, ESQ.

16      44 Montgomery Street, 41st Floor

17      San Francisco, California 94104

18      415-293-6800

19      mmao@bsfllp.com

20      (Remote appearance.)

21

22

23

24

25

```
 1    APPEARANCES (Continued):
 2
 3    For Calhoun Plaintiffs:
 4         BLEICHMAR FONTI & AULD, LLP
 5         BY:  ANGELICA M. ORNELAS, ESQ.
 6         555 12th Street, Suite 1600
 7         Oakland, California 94607
 8         415-445-4003
 9         aornelas@bfalaw.com
10         (Remote appearance.)
11
12    For Defendant:
13         QUINN EMANUEL URQUHART & SULLIVAN, LLP
14         BY:  BRETT N. WATKINS, ESQ.
15         711 Louisiana Street, Suite 500
16         Houston, Texas 77002
17         713-221-7000
18         brettwatkins@quinnemanuel.com
19         (Remote appearance.)
20
21
22
23
24
25
```

Page 4

```
 1    APPEARANCES (Continued):

 2

 3    For Defendant:

 4         QUINN EMANUEL URQUHART & SULLIVAN, LLP

 5         BY:  DR. JOSEF ANSORGE, ESQ.

 6         1300 I Street NW, Suite 900

 7         Washington, D.C. 20005

 8         202-538-8000

 9         josefansorge@quinnemanuel.com

10         (Remote appearance.)

11

12    Also Present:

13         MIHRAN YENIKOMSHIAN, Analysis Group

14         TONY NOKES, Videographer

15         (Remote appearance.)

16

17

18

19

20

21

22

23

24

25
```

```
 1       Q    Understood.  So at that point, I want to make
 2   sure that Google doesn't see what I do when I'm on
 3   non-Google websites.  I don't want them to collect
 4   anything that I do, clicks, rendering of pages or
 5   any other activity.                                        12:16:17
 6            What cookie setting would I enable to prevent
 7   that?
 8       A    Okay.  There -- it's a complex question, so
 9   let me get some time to answer.
10            So first of all, you're imagining that          12:16:35
11   they're going to a first-party site -- let's call it
12   newyorktimes.com.  And then, what, the site uses
13   third-party services by Google and you're in
14   incognito; is that the setting?
15       Q    I'll take that example, sure.                    12:16:48
16       A    All right.  And then you want no
17   communications whatsoever to Google.  Do I
18   understand correctly?  That's what you said, I
19   think.
20       Q    I'll take your example.                          12:17:02
21       A    Okay.  So first of all, this falls outside,
22   you know, I believe, the interpretation of what I
23   see on this black screen of what incognito provides.
24   So this is not, you know -- incognito is not about
25   blocking indiscriminately any transmissions to           12:17:25
```

Page 87

```
 1    Google.  And, in fact, my understanding is that
 2    neither are other private browsing modes of other
 3    browsers.
 4            So now we are in the land of you wanting to
 5    accomplish something very specific and special.  And      12:17:41
 6    I think some of my exhibits, again, speak to that
 7    regard.  So if I look at -- I have not provided a
 8    specific test that blocks everything, but this could
 9    be -- based on my professional experience,
10    potentially it is to accomplish -- for instance, if       12:17:58
11    you look at my discussion of uBlock, one of the
12    extensions that I discuss, if I recall correctly,
13    you can have custom filters.  A filter is simply
14    something that matches communication patterns, and
15    it says, I don't want this to happen.                     12:18:16
16            So if you were -- if you had that specific
17    need for whatever purpose, you could use this
18    extension, and then that would block communications
19    to Google assuming you configured it correctly.
20       Q    And I think in your report, which is              12:18:30
21    paragraph 114 where it's either uBlock or micro
22    block -- I'm not sure if they use the u in that way,
23    but either way, paragraph 114, you describe how that
24    can block Ad Manager, correct?
25       A    I've been calling it uBlock forever, but it       12:18:54
```

Page 88

1          I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4          That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were placed under oath; that a
8    record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; further, that the foregoing is
11   an accurate transcription thereof.
12         I further certify that I am neither
13   financially interested in the action nor a relative
14   or employee of any attorney of any of the parties.
15         IN WITNESS WHEREOF, I have this date
16   subscribed my name.
17
18         Dated: August 24, 2022
19
20
21
22         *Nadia Newhart*
23         NADIA NEWHART
24         CSR No. 8714
25

Page 187