# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---oOo---

CHASOM BROWN; MARIA NGUYEN;

WILLIAM BYATT; JEREMY DAVIS;

and CHRISTOPHER CASTILLO,

individually and on behalf

of all other similarly

situated,

        Plaintiffs,

vs.                          No. 5:20-cv-03664-LHK

GOOGLE LLC,

        Defendant.

_____/

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF BRIAN RAKOWSKI

THURSDAY, AUGUST 19, 2021

Stenographically Reported by:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

California CSR No. 9830

Job No. 741808

MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com

DocuSign Envelope ID: 358E87AA-C511-4E38-BDAF-2189A14E4034

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       ---oOo---

 4

 5   CHASOM BROWN; MARIA NGUYEN;

     WILLIAM BYATT; JEREMY DAVIS;

 6   and CHRISTOPHER CASTILLO,

     individually and on behalf

 7   of all other similarly

     situated,

 8

                          Plaintiffs,

 9   vs.                              No. 5:20-cv-03664-LHK

10   GOOGLE LLC,

11                      Defendant.

     _____/

12

13

14       REMOTE VIDEOTAPED DEPOSITION OF BRIAN RAKOWSKI,

15     taken on behalf of the Plaintiffs, on Thursday,

16     August 19, 2021, beginning at 9:00 a.m., and ending

17     at 6:02 p.m., Pursuant to Notice, and remotely

18     before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~

19     License No. 9830.

20

21

22

23

24

25
```

```
 1   R E M O T E   A P P E A R A N C E S:

 2

 3

 4      COUNSEL FOR THE PLAINTIFFS:

 5          BOIES SCHILLER & FLEXNER LLP

 6          By:  BEKO RICHARDSON, ESQ.

 7               MARC C. MAO, ESQ.

 8               ERIKA NYBORG-BURCH, ESQ.

 9          44 Montgomery Street, 41st Floor

10          San Francisco, California 94104

11

12          BOIES SCHILLER & FLEXNER LLP

13          By:  ROSSANA BAEZA, ESQ.

14          100 SE 2nd Street, 28th Floor

15          Miami, Florida 33131

16

17          MORGAN & MORGAN

18          By:  RYAN MCGEE, ESQ.

19               RA AMEN, ESQ.

20          201 N. Franklin Street, 7th Floor

21          Tampa, Florida 33602

22

23

24

25
```

DocuSign Envelope ID: 358E87AA-C514-4E38-BDAF-0189A14E4034

Page 4

1    R O M O T E   A P P E A R A N C E S:  (Cont.)

2

3

4        COUNSEL FOR THE DEFENDANT:

5            QUINN EMANUEL URQUHART & SULLIVAN

6            By:  VIOLA TREBICKA, ESQ.

7                 TEUTA FANI, ESQ.

8            865 S. Figueroa Street, 10th Floor

9            23 Los Angeles, California 90017

10

11

12    ALSO PRESENT:  Matthew Gubiotti, Google

13                   Evan Tsilimidos, Videographer

14                   Vanessa Wheeler, Exhibit Technician

15                   ---oOo---

16

17

18

19

20

21

22

23

24

25

Page 316

1    normal browsing session.                              17:37

2        Q   And so whether --                             17:38

3        A   So there's no specific -- there's no separate  17:38

4    controls.                                             17:38

5        Q   And so whether it's a normal browsing session  17:38

6    or an Incognito browsing session, are there any       17:38

7    controls that allow someone to prevent Google from    17:38

8    collecting and using any information from that         17:38

9    browsing session in Chrome?                           17:38

10       A   In Chrome?                                     17:38

11           Outside of Chrome, I think this document       17:38

12   enumerates a whole bunch of controls.                 17:38

13           Inside of Chrome, the settings are about what  17:38

14   is stored locally on your computer and not about what 17:38

15   is stored on the server.  And there, there are, you   17:38

16   know, myriad controls for deleting things or removing 17:38

17   piecemeal or -- or, you know, the whole thing, whole  17:38

18   cloth.                                                17:38

19           So I think those are two different domains.    17:38

20   In Chrome, there are -- there are lots of controls for 17:39

21   deleting the data that's stored locally, which is what 17:39

22   is relevant to Chrome.                                17:39

23       Q   And are you aware of any controls that allows  17:39

24   a user to prevent all server logging by Google while  17:39

25   they're browsing in Incognito Mode?                   17:39

DocuSign Envelope ID: 358E87AA-C514-4E38-BDAF-0189A14E4034

Page 317

```
 1      A    No.                                            17:39

 2           MR. RICHARDSON:  I'm at my time.               17:39

 3           So at this point, I will just note for the     17:39

 4      record that, you know, we have requested certain    17:39

 5      documents in connection with this deposition that I 17:39

 6      don't think have been provided.  We received a      17:39

 7      production just last night.  So, you know, we've    17:39

 8      repeatedly followed up.                             17:39

 9           I appreciate your time here today,             17:39

10      Mr. Rakowski.                                        17:39

11           I'm not closing the deposition, but that's a   17:39

12      discussion I'll have with counsel.  That's not an   17:39

13      issue for you.                                       17:39

14           THE WITNESS:  Okay.  Thank you.                17:39

15           MS. TREBICKA:  We may have a few questions on  17:39

16      redirect.  So why don't we break for a few minutes, 17:39

17      and when we come back, I'll let you know if we do or 17:39

18      not.                                                 17:40

19           THE VIDEOGRAPHER:  The time is 5:40.  We are   17:40

20      going off the record.                                17:40

21           (Recess taken.)                                17:40

22           THE VIDEOGRAPHER:  The time is 5:57.  We are   17:57

23      back on the record.                                  17:57

24      ///                                                  17:57

25      ///                                                  17:57
```

DocuSign Envelope ID: 358E87AA C511 4E38 BDAF 2189A14E4034

1          DECLARATION UNDER PENALTY OF PERJURY

2

3          I, BRIAN RAKOWSKI, do hereby certify under

4     penalty of perjury that I have read the foregoing

5     transcript of my remote deposition, taken on

6     August 19, 2021, that I have made such corrections

7     as appear noted herein in ink; initialed by me;

8     that my testimony contained herein, as corrected,

9     is true and correct.

10

11    DATED this _22__ day of ___october_____, 2021, at

12    _9:55am_____.

13

14    _____
                        DocuSigned by:
                        *Brian Rakowski*
                        67BD5C6843B14B2...

15              SIGNATURE OF WITNESS

16

17

18

19

20

21

22

23

24

25