# EXHIBIT 22

# Sealed Entirely