# EXHIBIT 30



Marketing Platform

# Google Analytics Terms of Service

These Google Analytics Terms of Service (this **"Agreement"**) are entered into by Google LLC (**"Google"**) and the entity executing this Agreement (**"You"**). This Agreement governs Your use of the standard Google Analytics (the **"Service"**). BY CLICKING THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, OR USING THE SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED AND ACCEPT THIS AGREEMENT AND ARE AUTHORIZED TO ACT ON BEHALF OF, AND BIND TO THIS AGREEMENT, THE OWNER OF THIS ACCOUNT.

**Our Service is a business tool. You must only use our Service exclusively for purposes relating to your trade, business, craft or profession.**

In consideration of the parties' respective rights and obligations that are described in this Agreement, the parties agree as follows:

## 1. Definitions.

**"Account"** refers to the account for the Service and UA Properties and GA4 Properties. For UA Properties, all Views (as applicable) associated with a single UA Property will have their Hits aggregated before determining the charge for the Service for that UA Property.

**"Confidential Information"** includes any proprietary data and any other information disclosed by one party to the other in writing and marked "confidential" or disclosed orally and, within five business days, reduced to writing and marked "confidential". However, Confidential Information will not include any information that is or becomes known to the general public, which is already in the receiving party's possession prior to disclosure by a party or which is independently developed by the receiving party without the use of Confidential Information.

**"Customer Data"** or "Google Analytics Data" means the data that you collect, process or store using the Service concerning the characteristics and activities of Users.

**"Documentation"** means any accompanying documentation made available to You by Google for use with the Processing Software, including any documentation available online.

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly.

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly.



Marketing Platform

**"GA Property"** means a UA Property or GA4 Property, as applicable.

**"GA4 Property"** (formerly known as an 'App + Web' property) means the compilation of Google Analytics settings and information associated with the same 'Property ID' to which Events are sent.

**"GAMC"** means the Google Analytics Measurement Code, which is installed on a Property for the purpose of collecting Customer Data, together with any fixes, updates and upgrades provided to You.

**"Google Affiliates"** means Google and its wholly owned subsidiaries.

**"Hit"** means a base unit of measurement that is sent to the Service for processing through a UA Property. Examples of Hits may include page view hits and ecommerce hits. A Hit can be a call to the Service by various libraries or otherwise delivered to the Service by OSCIs.

**"OSCI"** means an "**Officially Supported Client Interface**", which is a mechanism or protocol made available by or supported by Google that can be used to send Hits or Events, as applicable, to the Service.

**"Platform Home"** means the user interface through which You can access certain Google Marketing Platform-level functionality.

**"Processing Software"** means the Google Analytics server-side software and any upgrades, which analyzes the Customer Data and generates the Reports.

**"Property"** means any web page, application, other property or resource under Your control that sends data to Google Analytics.

**"Privacy Policy"** means the privacy policy on a Property.

**"Report"** means the resulting analysis shown at [analytics.google.com](analytics.google.com), some of which may include analysis for a View or Events.

**"SDKs"** mean certain software development kits, which may be used or incorporated into a Property app for the purpose of collecting Customer Data, together with any fixes, updates, and upgrades provided to You.

**"Servers"** means the servers controlled by a Google Affiliate on which the Processing Software and Customer Data are stored.

Marketing Platform 

Google Analytics settings and information associated with the same 'Property ID' to which Hits are sent.

**"Users"** means users and/or visitors to Your Properties.

**"View"** means the collection of settings that together determine the information to be included in, or excluded from, Reports for UA Properties. For example, a View could be established to view a small portion of a web site as a unique Report.

The words **"include"** and **"including"** mean "including but not limited to".

## 2. Fees and Service.

Subject to Section 15, the Service is provided without charge to You for (a) GA4 Properties and (b) UA Properties for up to 10 million Hits per UA Property per month. Google may change its fees and payment policies for the Service from time to time including the addition of costs for geographic data, the importing of cost data from search engines, or other fees charged to Google or another Google Affiliate by third party vendors for the inclusion of data in the Service reports. The changes to the fees or payment policies are effective upon Your acceptance of those changes which will be posted at [www.google.com/analytics/](www.google.com/analytics/). Unless otherwise stated, all fees are quoted in U.S. Dollars. Any outstanding balance becomes immediately due and payable upon termination of this Agreement and any collection expenses (including legal fees) incurred by Google will be included in the amount owed, and may be charged to the credit card or other billing mechanism associated with Your Google Ads account.

## 3. Member Account, Password, and Security.

To register for the Service, You must complete the registration process by providing Google with current, complete and accurate information as prompted by the registration form, including Your e-mail address (username) and password. You will protect Your passwords and take full responsibility for Your own, and third party, use of Your accounts. You are solely responsible for any and all activities that occur under Your Account (save for activities carried out by, or on behalf of, Google Affiliates). You will notify Google immediately upon learning of any unauthorized use of Your Account or any other breach of security. Google Affiliates' support staff may, from time to time, log in to

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly. 

Marketing Platform

Subject to the terms and conditions of this Agreement, (a) Google grants You a limited, revocable, non-exclusive, non-sublicensable license to install, copy and use the GAMC and/or SDKs solely as necessary for You to use the Service on Your Properties or Third Party Properties; and (b) You may remotely access, view and download Your Reports stored at www.google.com/analytics/. You will not (and You will not allow any third party to) (i) copy, modify, adapt, translate or otherwise create derivative works of the Software or the Documentation; (ii) reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Software, except as expressly permitted by the law in effect in the jurisdiction in which You are located; (iii) rent, lease, sell, assign or otherwise transfer rights in or to the Software, the Documentation or the Service; (iv) remove any proprietary notices or labels on the Software or placed by the Service; (v) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service or the Software; or (vi) use data labeled as belonging to a third party in the Service for purposes other than generating, viewing, and downloading Reports. You will comply with all applicable laws and regulations in Your use of and access to the Documentation, Software, Service and Reports.

## 5. Confidentiality and Beta Features.

Neither party will use or disclose the other party's Confidential Information without the other's prior written consent except for the purpose of performing its obligations under this Agreement or if required by law, regulation or court order; in which case, the party being compelled to disclose Confidential Information will give the other party as much notice as is reasonably practicable prior to disclosing the Confidential Information. Certain Service features are identified as "Alpha," "Beta," "Experiment," (either within the Service or elsewhere by Google) or as otherwise unsupported or confidential (collectively, "Beta Features"). You may not disclose any information from Beta Features or the terms or existence of any non-public Beta Features. Google and the Google Affiliates will have no liability (including any indemnification obligations) arising out of or related to any Beta Features. Any use of Beta Features will be solely at Your own risk and may be subject to additional requirements as specified by Google. Google is not obligated to provide support for Beta Features and Google may, at its sole discretion, cease providing Beta Features as part of any Services.

Marketing Platform 

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly.

law or has a good faith belief that access, preservation or disclosure of Customer Data is reasonably necessary to protect the rights, property or safety of Google, its users or the public; or (iii) provides Customer Data in certain limited circumstances to third parties to carry out tasks on Google's behalf (e.g., billing or data storage) with strict restrictions that prevent the data from being used or shared except as directed by Google. When this is done, it is subject to agreements that oblige those parties to process Customer Data only on Google's instructions and in compliance with this Agreement and appropriate confidentiality and security measures.

## 7. Privacy.

You will not and will not assist or permit any third party to pass information, hashed or otherwise, to Google that Google could use or recognize as personally identifiable information, except where permitted by, and subject to, the policies or terms of Google Analytics features made available to You, and only if, any information passed to Google for such Google Analytics feature is hashed using industry standards. You will have and abide by an appropriate Privacy Policy and will comply with all applicable laws, policies, and regulations relating to the collection of information from Users. You must post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology used to collect data. You must disclose the use of Google Analytics, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses information from sites or apps that use our services", (located at www.google.com/policies/privacy/partners/, or any other URL that Google may provide from time to time). You will use commercially reasonable efforts to ensure that a User is provided with clear and comprehensive information about, and consents to, the storing and accessing of cookies or other information on the User's device where such activity occurs in connection with the Service and where providing such information and obtaining such consent is required by law.

You must not circumvent any privacy features (e.g., an opt-out) that are part of the Service. You will comply with all applicable Google Analytics policies located at www.google.com/analytics/policies/ (or such other URL as Google may provide) as modified from time to time (the **"Google Analytics Policies"**).

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly. 

Marketing Platform

, You acknowledge and agree that any such service will be subject to the applicable terms between You and Google regarding that service.

If You use the Platform Home, Your use of the Platform Home is subject to the Platform Home Additional Terms (or as subsequently re-named) available at https://support.google.com/marketingplatform/answer/9047313 (or such other URL as Google may provide) as modified from time to time (the "Platform Home Terms").

To the extent that Your use of the Service is within scope, You and Google agree to the Google Ads Data Processing Terms at https://business.safety.google/adsprocessorterms/ (the "Processing Terms"). Google will not modify the Processing Terms, except as expressly permitted under the Processing Terms.

## 8. Indemnification.

To the extent permitted by applicable law, You will indemnify, hold harmless and defend Google Affiliates, at Your expense, against (a) any and all third-party claims, actions, proceedings, and suits brought against any Google Affiliate or any of their officers, directors, employees, agents or affiliates, and (b) all related liabilities, damages, settlements, penalties, fines, costs or expenses (including, reasonable attorneys' fees and other litigation expenses) incurred by any Google Affiliate or any of their officers, directors, employees, agents or affiliates, arising out of or relating to such third-party claims, actions, proceedings, and suits; in each case as a result of (i) Your breach of any term or condition of this Agreement, (ii) Your use of the Service, (iii) Your violations of applicable laws, rules or regulations in connection with the Service, (iv) any representations and warranties made by You concerning any aspect of the Service, the Software or Reports to any Third Party; (v) any claims made by or on behalf of any Third Party pertaining directly or indirectly to Your use of the Service, the Software or Reports; (vi) violations of Your obligations of privacy to any Third Party; and/or (vii) any claims with respect to acts or omissions of any Third Party in connection with the Service, the Software or Reports. Google will provide You with written notice of any claim, suit or action from which You must indemnify Google Affiliates. You will cooperate as fully as reasonably required in the defense of any claim. Google reserves the right, at its own expense, to enforce this Section 8 on behalf of all Google Affiliates and assume the exclusive defense and control of any matter subject to indemnification by You.



to this Agreement, the Third Party to all obligations that You have under this Agreement, (b) Google may share with the Third Party any Customer Data that is specific to the Third Party Properties, and (c) You will not disclose Third Party's Customer Data to any other party without the Third Party's consent.

## 10. DISCLAIMER OF WARRANTIES.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT AS EXPRESSLY PROVIDED FOR IN THIS AGREEMENT, GOOGLE MAKES NO OTHER WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE AND NONINFRINGEMENT.

## 11. LIMITATION OF LIABILITY.

TO THE EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE WILL NOT BE LIABLE FOR YOUR LOST REVENUES OR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES, EVEN IF GOOGLE OR ITS SUBSIDIARIES AND AFFILIATES HAVE BEEN ADVISED OF, KNEW OR SHOULD HAVE KNOWN THAT SUCH DAMAGES WERE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY. GOOGLE'S (AND ITS WHOLLY OWNED SUBSIDIARIES') TOTAL CUMULATIVE LIABILITY TO YOU OR ANY OTHER PARTY FOR ANY LOSS OR DAMAGES RESULTING FROM CLAIMS, DEMANDS, OR ACTIONS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL NOT EXCEED $500 (USD).

## 12. Proprietary Rights Notice.

The Service, which includes the Software and all Intellectual Property Rights therein is, and will remain, the property of Google (and the other Google Affiliates). All rights in and to the Software not expressly granted to You in this Agreement are reserved and retained by Google and its licensors without restriction, including, Google's (and the other Google Affiliates') right to sole ownership of the Software and Documentation. Without limiting the generality of the foregoing, You agree not to (and not to allow any third party to): (a) sublicense, distribute, or use the Service or Software outside of the scope of the license



Marketing Platform

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly.

interferes or attempts to interfere with the operation of the Service, Documentation or the Software; (e) use the trademarks, trade names, service marks, logos, domain names and other distinctive brand features or any copyright or other proprietary rights associated with the Service for any purpose without the express written consent of Google; (f) register, attempt to register, or assist anyone else to register any trademark, trade name, serve marks, logos, domain names and other distinctive brand features, copyright or other proprietary rights associated with Google (or any other Google Affiliate) other than in the name of Google (or another Google Affiliate, as the case may be); (g) remove, obscure, or alter any notice of copyright, trademark, or other proprietary right appearing in or on any item included with the Service or Software; or (h) seek, in a proceeding filed during the term of this Agreement or for one year after such term, an injunction of any portion of the Service based on patent infringement.

## 13. U.S. Government Rights.

If the use of the Service is being acquired by or on behalf of the U.S. Government or by a U.S. Government prime contractor or subcontractor (at any tier), in accordance with 48 C.F.R. 227.7202-4 (for Department of Defense (DOD) acquisitions) and 48 C.F.R. 2.101 and 12.212 (for non-DOD acquisitions), the Government's rights in the Software, including its rights to use, modify, reproduce, release, perform, display or disclose the Software or Documentation, will be subject in all respects to the commercial license rights and restrictions provided in this Agreement.

## 14. Term and Termination.

Either party may terminate this Agreement at any time with notice. Upon any termination of this Agreement, Google will stop providing, and You will stop accessing the Service. Additionally, if Your Account and/or GA Properties are terminated, You will (i) delete all copies of the GAMC from all Properties and/or (ii) suspend any and all use of the SDKs within 3 business days of such termination. In the event of any termination (a) You will not be entitled to any refunds of any usage fees or any other fees, and (b) any outstanding balance for Service rendered through the date of termination will be immediately due and payable in full and (c) all of Your historical Report data will no longer be available to You.

Marketing Platform 

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly.

oogle.com/analytics/terms/, the Google Analytics Policies at www.google.com/analytics/policies/, or other policies referenced in these terms at the applicable URL for such policies. Changes will not apply retroactively and will become effective no sooner than 14 days after they are posted. If You do not agree to the modified terms for the Service, You should discontinue Your use of Google Analytics. No amendment to or modification of this Agreement will be binding unless (i) in writing and signed by a duly authorized representative of Google, (ii) You accept updated terms online, or (iii) You continue to use the Service after Google has posted updates to the Agreement or to any policy governing the Service.

16. Miscellaneous, Applicable Law and Venue.

(a) Google will be excused from performance in this Agreement to the extent that performance is prevented, delayed or obstructed by causes beyond its reasonable control. (b) This Agreement (including any amendment agreed upon by the parties in writing) represents the complete agreement between You and Google concerning its subject matter, and supersedes all prior agreements and representations between the parties. (c) If any provision of this Agreement is held to be unenforceable for any reason, such provision will be reformed to the extent necessary to make it enforceable to the maximum extent permissible so as to effect the intent of the parties, and the remainder of this Agreement will continue in full force and effect. (d) This Agreement will be governed by and construed under the laws of the state of California without reference to its conflict of law principles. In the event of any conflicts between foreign law, rules, and regulations, and California law, rules, and regulations, California law, rules and regulations will prevail and govern. Each party agrees to submit to the exclusive and personal jurisdiction of the courts located in Santa Clara County, California. The United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act do not apply to this Agreement. You will comply with all applicable export control and sanctions laws and regulations, including (i) the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, (ii) trade and economic sanctions maintained by the U.S. Treasury Department's Office of Foreign Assets Control, and (iii) the International Traffic in Arms Regulations ("ITAR") maintained by the U.S. Department of State. (f) Any notices to Google must be sent to: Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly. 

services; (j) neither this Agreement nor any rights hereunder will be assigned by operation of law or otherwise, without the prior written consent of the other party, except that Google may assign this Agreement to an affiliate or successor without such consent, and such consent will not be unreasonably withheld in other situations; any assignment in contravention of this subsection will be void; this Agreement will bind and inure to the benefit of each party's permitted successors and assigns. This Agreement will bind and inure to the benefit of each party's respective successors and assigns of the parties hereto. (k) The following sections of this Agreement will survive any termination thereof: 1, 4, 5, 6 (except the last two sentences), 7, 8, 9, 10, 11, 12, 14, 16, and 17.

## 17. Google Analytics and Firebase.

If You link a GA Property to Firebase ("**Firebase Linkage**") as part of using the Service, the following terms, in addition to Sections 1-16 above, will also apply to You, and will also govern Your use of the Service, including with respect to Your use of Firebase Linkage. Other than as modified below, all other terms will stay the same and continue to apply. In the event of a conflict between this Section 17 and Sections 1-16 above, the terms in Section 17 will govern and control solely with respect to Your use of the Firebase Linkage.

The following sentence is added to the end of Section 7 as follows:
If You link a GA Property to a Firebase project ("**Firebase Linkage**") (i) certain data from Your GA Property, including Customer Data, may be made accessible within or to any other entity or personnel specified in the applicable Firebase settings and (ii) that GA Property may have certain Service settings modified by authorized personnel specified in the applicable Firebase settings (notwithstanding the settings You may have designated for that GA Property within the Service).

Last Updated May 15, 2023

**Previous Versions**

- March 31, 2021
- June 17, 2019

Follow us        

About Google Marketing Platform

Overview

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly. 

## Learning & support

Support

Blog

Analytics Academy

Skillshop

Google Primer

## Developers & partners

Google Marketing Platform Partners

Analytics for developers

Tag Manager for developers

Campaign Manager 360 for developers

## Related products

Google Ads

Google AdSense

Google Ad Manager

Google Cloud

Firebase

## More from Google

We are making changes to the Google Analytics Terms of Service. These changes will take effect on May 15 2023. Please review accordingly.

✕


Marketing Platform

Google

Privacy    Terms    About Google    Google Products

❓ Help