# EXHIBIT 31

Message

| | |
|---|---|
| **From:** | chrome-privacy@google.com [chrome-privacy@google.com] |
| on behalf of | Chris Palmer [palmer@google.com] |
| **Sent:** | 9/23/2014 9:56:10 PM |
| **To:** | chrome-security [chrome-security@google.com]; Chrome Privacy [chrome-privacy@google.com] |
| **Subject:** | I promise this is my last rant about Incognito :) |

http://abcnews.go.com/Business/googles-eric-schmidt-calls-julian-assange-paranoid-tim/story?id=25679642

"""
Speaking with ABC News, Schmidt addressed a recent comment by Apple CEO Tim Cook that for Internet companies, "You're the product." While Cook didn't address Google by name, he criticized firms that "build a profile based on your email content or Web browsing habits to sell to advertisers."

"I think that's not quite right," Schmidt said of Cook's letter published last week. "The fact of the matter is Google allows you to delete the information that we know about you and in fact, Google is so concerned about privacy that you could in fact, if you're using Chrome for example, you can browse in what is called 'incognito mode' where no one sees anything about you. So I just don't think that's right."
"""

This is clear evidence that people don't and indeed cannot understand Incognito's guarantee(s) and non-guarantee(s). Even Eric Schmidt, and even when accuracy is of paramount importance. ==Normal people have no chance==.

It is (past) time for Incognito's useful functionality to be subsumed into normal profile settings, or at least renamed to Temporary Mode or something.

Incognito's confusability is actively harmful to the Chrome and Google brands.

CONFIDENTIAL                                                                                                           GOOG-CABR-05287675

PRODBEG: GOOG-CABR-05287675
PRODBEGATT:
PRODEND: GOOG-CABR-05287675
PRODENDATT:
PRODVOL: CROSS-PROD046
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: Chris Palmer;Jochen Eisinger;Justin Schuh;Sabine Borsay
TO: chrome-security <chrome-security@google.com>;chrome privacy <chrome-privacy@google.com>
FROM: chris palmer <palmer@google.com>
CC:
BCC:
CONFIDENTIALITY: CONFIDENTIAL
CROSS_ALLCUSTODIANS:
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES:
CROSS_CC:
CROSS_CONFIDENTIALITY:
CROSS_CUSTODIAN:
CROSS_DATECREATED:
CROSS_DATEMOD:
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS:
CROSS_ENDATTACH:
CROSS_ENDBATES:
CROSS_FILEEXTENSION:
CROSS_FILENAME:
CROSS_FROM:
CROSS_MD5 HASH:
CROSS_MESSAGE ID:
CROSS_OWNER:
CROSS_PRODVAL:
CROSS_REDACTED:
CROSS_SUBJECT:
CROSS_TITLE:
CROSS_TO:
CUSTODIAN/SOURCE: Sabine Borsay
DATECREATED:
DATELASTMOD: 09/23/2014
DATERCVD:
DATESENT: 09/23/2014
DeDupedCustodians: Chris Palmer;Jochen Eisinger;Justin Schuh;Sabine Borsay
DOCEXT: eml
FILENAME:
ILS_ProdDate: 11/24/2021
CROSS_ILS_ProdDate:
MD5 HASH: 56CA18C04AC734085FDA80B7DE14ABAA
MessageID: <CAOuvq200RnjiKPU8YfDPRYoA1+iZHTjH3N_UZdXUmcGCC+mrMA@mail.gmail.com>
NATIVEFILE:
Owner: palmer
PAGES: 1
REDACTED: N

SUBJECT: I promise this is my last rant about Incognito :)