# EXHIBIT 32

# Redacted Version of Document Sought to be Sealed



CONFIDENTIAL
GOOG-BRWN-00042388

Chrome User Segments (US)

CONFIDENTIAL

GOOG-BRWN-00042390

sumUX Research | March 2020
Chrome Lit. Review | 2018

What do users think private modes are? What does it do or not do?
Do users understand what works or doesn't work when they are in the mode?

- **Participants overestimate private mode protections.** There are several common misconceptions about private mode, including that it prevents all external parties from accessing user data and search history, safeguards against hacking, and protects against tracking and ad targeting... gives anonymity, obscures location, hides browsing activity from Google...

- **Participants do not understand how private mode works.** Although participants understand search history and cookies are not saved in private mode, they do not understand its technical mechanisms or that private mode has limited protection against external parties.

- **Participants expect limited functionality in private mode.** There is some evidence that participants don't expect websites/applications to fully function in private mode.

CONFIDENTIAL
GOOG-BRWN-00042403



Tactical Research

CONFIDENTIAL
GOOG-BRWN-00042405

sumUX Research | March 2020

Do users expect private modes to stay on for all future sessions until they turn it off? How would participants react to having their private session expire after a certain period of time? Indirect evidence...

- **expect to manually terminate private sessions.** Participants generally understand that they must exit their private browser to end their session.

- **like automatic timeouts of private sessions.** Some participants are concerned their information will be made vulnerable if they forget to end their session. Automatic timeouts may make them feel more secure, and participants already expect automatic session terminations when logged into sensitive accounts (i.e. banking, healthcare sites).

- **appreciate system reminders.** Some participants find it difficult to tell when they are in public vs. private mode. Given the concern about forgetting to end a private session, better indicators about the status of a private session may help participants feel more secure.

CONFIDENTIAL
GOOG-BRWN-00042406



Geo UXR | March 2019

# But, auto-expire is differently perceived.

**Background:**
+ This study aims to understand **users' motivations for and expectations of using incognito mode in GMM.**

**Auto-expire:**
+ Auto expire did not resonate with users; almost all expected the session to remain on permanently.

**Data storage:**
+ Most ppts expected their location history to be private at the GMM account and device levels. There was no consensus on whether or not Google saved this information. Several expressed disappointment, but not surprise at the prospect of Google saving this data.

CONFIDENTIAL                                                                                         GOOG-BRWN-00042407



Incognito Users*: Should Feature [X] be enabled in Regular vs. Incognito (N = 138)
* Uses Incognito at least once per month

CONFIDENTIAL

sumUX Research | March 2020

What are any risks or potential moments when trust might be lost with participants while in private mode? How can these risks be mitigated or minimized?

- **Not being made aware of private mode limitations.** Given that participants overestimate private mode protections, participants are surprised and feel misled when made aware of private mode vulnerabilities.

- **Being shown ambiguous or misleading disclosures.** Although participants often click through or ignore disclosures, disclosures should be difficult to ignore in order to clear up misconceptions and mitigate potential trust violations.

- **Having personal information leaked.** Settings that clearly show when they are in private mode, easy control of the mode, and control over information sharing may mitigate this concern.

- **Receiving targeted ads or suggestions.** Unless it is clearly disclosed that their activity may be trackable, receiving targeted ads or suggestions based on private mode activity may erode trust.

CONFIDENTIAL

GOOG-BRWN-00042409



No statistically significant differences between any group (p=0.8743).

CONFIDENTIAL

GOOG-BRWN-00042410

PRODBEG: GOOG-BRWN-00042388
PRODBEGATT:
PRODEND: GOOG-BRWN-00042418
PRODENDATT:
PRODVOL: PROD012
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: Helen Harris
TO:
FROM:
CC:
BCC:
CONFIDENTIALITY: Confidential
CROSS_ALLCUSTODIANS: Helen Harris
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00093167
CROSS_CC:
CROSS_CONFIDENTIALITY: CONFIDENTIAL
CROSS_CUSTODIAN: Helen Harris
CROSS_DATECREATED: 03/23/2020
CROSS_DATEMOD: 07/16/2020
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS: Helen Harris
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00093197
CROSS_FILEEXTENSION: pptx
CROSS_FILENAME: Incognito Workshop 2020 - UXR Lit. Review_1lvspipFBT6DUFgp5ePyTN-nCXdWKwvYMWoAZgcNi31TI.pptx;Incognito Workshop 2020 - UXR Lit. Re-v_1lvspipFBT6DUFgp5ePyTNnCXdWKwvYMWoAZgcNi31TI.pptx
CROSS_FROM:
CROSS_MD5 HASH: 02D0368BB11F6E464682CC44F10DE96D
CROSS_MESSAGE ID:
CROSS_OWNER: lachner@google.com
CROSS_PRODVAL: CROSS-PROD002
CROSS_REDACTED: N
CROSS_SUBJECT:
CROSS_TITLE: Incognito Workshop 2020 | UXR Lit. Review
CROSS_TO:
CUSTODIAN/SOURCE: Helen Harris
DATECREATED: 03/23/2020
DATELASTMOD: 07/16/2020
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME: Incognito Workshop 2020 - UXR Lit. Review_1lvspipFBT6DUFgp5ePyTNnCXdWK-wvYMWoAZgcNi31TI.pptx;Incognito Workshop 2020 - UXR Lit. Rev_1lvs-pipFBT6DUFgp5ePyTNnCXdWKwvYMWoAZgcNi31TI.pptx
ILS_ProdDate: 05/01/2021
CROSS_ILS_ProdDate: 09/01/2021
MD5 HASH: 02D0368BB11F6E464682CC44F10DE96D
MessageID:
NATIVEFILE:

Owner:
PAGES:
REDACTED: N
SUBJECT: