# EXHIBIT 33

# One Pager: Incognito Everywhere, say what?

rorymcclelland@

**Introduction:** This is a proposed communication mechanism to ensure Incognito Mode's protections across different Google product implementations are correctly understood by users.

**Motivation:** This has been a persistent problem in Incognito Mode in Chrome. Research indicates that most users do not correctly understand the current messaging. With the introduction of Incognito Mode on other Google products, the protection afforded will now vary across products. As a result, we need a single, simple, and clear mechanism that works equally well across different products. There is a prologue to this document that does into more detail around the thinking that led to this current position.

**Challenge:** With Incognito Mode, we both need to find a way to address the need for a consistent brand and user experience, whilst also allowing for a communication protocol that allows the user to easily understand what level of protection they are currently being afforded.

**Proposal:** We will explain simply to user who they are protected from. This avoids the need for lists of more technical details. Simple, two-state iconography will be used consistently across different products that allow the user to quickly ascertain the level of protection they currently have.

**Jobs to be done statements:**

| | |
|---|---|
| WHEN | I open Incognito Mode in any product |
| I WANT TO | quickly determine who/what I am protected from |
| SO I CAN | avoid doing anything that compromises my anonymity |
| | |
| WHEN | I transition between Google products as part of an Incognito flow |
| I WANT TO | understand the change in protection during the transition |
| SO I CAN | avoid doing anything that compromises my anonymity |
| | |
| WHEN | I am using Incognito Mode in any product |
| I WANT TO | always see a consistent visual confirmation |
| SO I CAN | avoid doing anything that compromises my anonymity |

**Design:** I propose a design that uses iconography and colour schemes to represent the 'who' in the question, 'Who am I currently protected from?'. The icons will be two-state (active and inactive). One or more icons may be active. The user can quickly see which 'actors' on the web they have protection from. The branding will be consistent across all Google products that implement an Incognito Mode, and only the states/colours of the icons will vary.



```
PRODBEG: GOOG-BRWN-00048773
PRODBEGATT:
PRODEND: GOOG-BRWN-00048773
PRODENDATT:
PRODVOL: PROD016
2nd_CROSS_BEGBATES: GOOG-CABR-05144251
2nd_CROSS_ENDBATES: GOOG-CABR-05144251
AllCustodians: Alexei Svitkine;Eric Miraglia;Greg Fair;Helen Harris;Sabine Borsa-
        y
TO:
FROM:
CC:
BCC:
CONFIDENTIALITY: Confidential
CROSS_ALLCUSTODIANS: Alexei Svitkine;Eric Miraglia;Greg Fair;Helen Harris;Sabine-
        Borsay
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00094550
CROSS_CC:
CROSS_CONFIDENTIALITY: CONFIDENTIAL
CROSS_CUSTODIAN: Alexei Svitkine
CROSS_DATECREATED: 02/25/2019
CROSS_DATEMOD: 03/25/2019
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS: Alexei Svitkine;Eric Miraglia;Greg Fair;Helen Harris;-
        Sabine Borsay
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00094550
CROSS_FILEEXTENSION: docx
CROSS_FILENAME: One Pager- Incognito Everywhere, say w_1kGfgwKOZJ-VQl-tgSrcuvzm3-
        -fojQSxz63foAeQpVrY.docx;One Pager- Incognito Everywhere, say wha-
        _1kGfgwKOZJ-VQl-tgSrcuvzm3-fojQSxz63foAeQpVrY.docx;One Pager- Inc-
        ognito Everywhere, say what-_1kGfgwKOZJ-VQl-tgSrcuvzm3-fojQSxz63f-
        oAeQpVrY.docx;One Pager- Incognito Everywhere, say what_1kGfgwKOZ-
        J-VQl-tgSrcuvzm3-fojQSxz63foAeQpVrY.docx
CROSS_FROM:
CROSS_MD5 HASH: F005B47CE8101309F96B54D1EFE00610
CROSS_MESSAGE ID:
CROSS_OWNER: rorymcclelland@google.com
CROSS_PRODVAL: CROSS-PROD002
CROSS_REDACTED: N
CROSS_SUBJECT:
CROSS_TITLE: One Pager: Incognito Everywhere, say what?
CROSS_TO:
CUSTODIAN/SOURCE: Alexei Svitkine
DATECREATED: 02/25/2019
DATELASTMOD: 03/25/2019
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME: One Pager- Incognito Everywhere, say w_1kGfgwKOZJ-VQl-tgSrcuvzm3-fojQS-
        xz63foAeQpVrY.docx;One Pager- Incognito Everywhere, say wha_1kGfg-
```

wKOZJ-VQl-tgSrcuvzm3-fojQSxz63foAeQpVrY.docx;One Pager- Incognito- Everywhere, say what-_1kGfgwKOZJ-VQl-tgSrcuvzm3-fojQSxz63foAeQpV- rY.docx;One Pager- Incognito Everywhere, say what_1kGfgwKOZJ-VQl-- tgSrcuvzm3-fojQSxz63foAeQpVrY.docx
ILS_ProdDate: 05/21/2021
CROSS_ILS_ProdDate: 09/01/2021
MD5 HASH: F005B47CE8101309F96B54D1EFE00610
MessageID:
NATIVEFILE:
Owner: rorymcclelland@google.com
PAGES:
REDACTED: N
SUBJECT: