# EXHIBIT 34

### How do we talk about Incognito mode?
**The challenge**
- Because Incognito mode works differently in Chrome, Search, Maps, & YouTube, it's challenging to have one statement that accurately represents all experiences x-product.
- The way Incognito mode is messaged, named, and represented in products (YouTube, Chrome, iGSA) today is also inconsistent.
- There are also several technical <u>limitations of Incognito Mode</u>.

**Document Overview**
- This document attempts to summarize and distill the learnings from previous product and marketing explorations we've run around Incognito (including but not limited to pre-I/O and DC KOF campaign reviews) at both a x-product and individual product level.

## Do's
- Because of the fanciful name, always refer to Incognito with a lowercase modifier like "mode" "tab" "window"; most commonly it will be "mode"
    - Do say turning Incognito mode "on and off"; (but not in Chrome)
- Because product functionality is not identical x-PA, do specific product (e.g., Incognito mode **for Maps)**
- When talking about how Incognito mode works, always qualify statements about data treatment. Always qualify *where* the data removal is happening.   [**Commented [1]:** See chart below for specific per product messaging]
    - We cannot say the data "is deleted", "not saved" "removed from history" "history free" **in absolute terms.** This is because Google sometimes does still store the data (although it's no longer personally identifiable -- i.e., pseudonymous).
        - "Not saved to your account" (in Maps, YouTube)
        - "deleted from your apps and devices" or "deleted from your browser and devices" (Chrome/Search)

## Don'ts
- Do not use the words *private, confidential, anonymous, off- the-record* when describing benefits of Incognito mode. These words run the risk of exacerbating known misconceptions about protections Incognito mode provides (see misconceptions <u>here</u>).
- Do not refer to a user "going Incognito" -- Incognito mode is a product feature/mode not a state of being.
- Don't lean too heavily on current Incognito Mode iconography and branding. In making Incognito mode available x-PA we want more users to think of this as an everyday neutral tool  <u>Research shows</u> that current icon has a number of negative associations that are in discord with current messaging and product vision.

## What we said:
- I/O Keynote
    - "We've long had Incognito mode in Chrome and have been working on bringing it to more products. Today I'm excited to announce that we're bringing Incognito mode to Maps. When you turn on Incognito mode in Maps, your activity - like the places you search and navigate to - won't be tied to you. And we're making

- Incognito mode easy to turn on and off, whenever you feel like it. Whether you're in Search, YT or now Maps, just tap on your profile picture to switch in and out of Incognito mode."
- I/O Blogpost:
  - **Bringing Incognito mode to Google apps**
  - Since launching more than a decade ago, Incognito mode in Chrome has given you the choice to browse the internet without your activity being saved to your browser or device. As our phones become the primary way we access the internet, we thought it was important to build Incognito mode for our most popular apps. It's available in YouTube and coming soon to Maps and Search. Tap from your profile picture to easily turn it on or off. When you turn on Incognito mode in Maps, your activity—like the places you search or get directions to—won't be saved to your Google Account.
- Safety Center
  - **Turn on Incognito mode in Chrome, Search, Youtube and Maps**
  - Incognito mode is already available in Chrome, Search on iOS and YouTube, and we're bringing it to Maps. When you turn Incognito mode on in Maps and YouTube, your activity - like the places you search for or the videos you watch - won't be saved to your Google Account. And once you turn it off, that activity won't impact your recommendations or show up in your apps. As always, when you turn off Incognito mode in Chrome and Search your browsing data won't be saved on your apps and devices. Tap from your profile picture to easily turn it on or off in Search, YouTube or Maps

## What we can say...

- The key x-product user benefits we landed on before I/O were that Incognito is going to be (1) available in Maps and Search (was already live in Chrome + YouTube) and (2) accessible through your profile picture (in apps -- Search + Maps).

| Overall benefit statement |
|---|
| Incognito mode gives you the choice to browse the internet without saving your activity to your device. (True for all) |
| Incognito mode, for when you don't want your **activity** saved to your device. (True for all if you're not signed into 1P in Chrome) |
| Incognito mode gives you the choice to browse the internet without your **activity** being saved to your devices or Google apps. (Nuanced nit: Chrome OS not an app)  **Commented [2]:** Chrome OS is not an app... **Commented [3]:** Chrome OS = operating system that is a platform for the browser |
| Incognito mode gives you the choice to use Google apps without your activity being saved to your account. (True for Maps, YT only) |

| ` | **Chrome** (browser and OS -- app) | **Search** (app) | **YouTube** (app) | **Maps** (GMM only - not desktop) |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **What** (data, history, activity) and **what kind** (browsing, watch, search) | **Say:** **'Browsing history'** because chrome defines history as the URLS in your tabs (are not saved to your account in Incognito) <br><br> **Do not say:** 'Browsing data' could mean the cookies third parties get, first party cookies, or URLs visited. <br><br> 'Activity' is only true if you're not using 1P services in an IG browser | **Say:** **Your browsing data** (like the things you search) | **Say:** **Your activity** (like the videos you watch) | **Say:** **Your activity** (like the places you search or get directions to) |
| **Benefit** (deleted, not saved, not tied to you) | won't be saved | won't be saved | won't be saved | won't be saved |
| **Where** (to your device, apps, account, browser) | To your browser or device (not to your account because you can sign-in to 1P apps in Chrome) <br><br> 'Apps' is a bit misleading because Chrome OS is not an app | On your apps and devices <br><br> iGSA: also applies to Google account. | To your Google account | To your Google account |
| **How** you activate | **Say:** "Gives you the choice" <br><br> **Do not say:** "Turn on/off" because for history not to be saved to your device a user needs to both turn on Incognito mode (i.e, open an | **Say:** Turn on | **Say:** Turn on | **Say:** Turn on |

|  | | | | |
|---|---|---|---|---|
|  | incognito tab) and to close that tab at the end of the session. If they don't close the tab, browsing history will be on the device. | | | |
| User action to enter | Opens Incognito tab, window, session | In app: tap from your profile picture | In app: tap from your profile picture | In app: tap from your profile picture |
| User action to exit | Closes tab, window, session | iGSA also blocks the user from logging into a Google account and asks the user to exit before doing so. | Return to the account that was last being used before turning on Incognito. | User initiates from banner, menu, or action prompt reminding them of benefits of personalization while signed-in |
| **Putting it together** | Incognito mode in Chrome gives you the choice to browse the internet without your activity being saved to your browser or device. | | | |

| **Chrome** (browser and OS -- app) | **Search** (app) | **YouTube** (app) | **Maps** (GMM only - not desktop) |
|---|---|---|---|
| 1. Each session is started with a brand new, empty cookie jar, cache, and local storage.<br>2. All storage items (cache, cookies, local storage, etc.) | | | |

| | | | |
|---|---|---|---|
| generated during the Incognito Mode session are stored volatile/ non-recoverable mediums only, and deleted when the last tab or window is closed.<br>3. No browsing data is left on the disk after closing the last tab or window, even if they were closed due to the browser crashing<br>4. Web-servers are unable to detect the use of Incognito Mode. It should be indistinguishable from a new user to the site.<br>5. Read-only access to the main user profile, allowing access to passwords and auto-fill, but not adding or editing these entries, and only with explicit user consent. | | | |

**DC KOF campaign / IO one-liner learnings:**
<u>Incognito mode wishlist</u>

| Proposed Headlines | Feedback from legal |
|---|---|
| **Redacted - Privileged** | |

**Redacted - Privileged**

**The run up to I/O:**

| Proposed benefit statement | Why we couldn't say it |
|---|---|
| Incognito: for the moments you want to go off-the-record. | We're still technically recording the data you input; it opens us up to attack where we are already vulnerable. |

CONFIDENTIAL                                                                                                         GOOG-BRWN-00153855.C

| | |
|---|---|
| Incognito: a little extra privacy when you need it | It's not private in ways that many users want, that is, as to Google. and that's where we've been attacked. We already have "Google incognito mode is not as private as you think" headlines based on current positioning?<br><br>Incognito doesn't provide "extra control" -- in signed-in mode, you have transparency/control over your history and you can choose to turn it off or delete it anytime.<br><br>Incognito mode (when you haven't signed in), your history is stored to a non-account identifier and you don't have the ability to see or delete it -- it just isn't associated with your account. Remember that many people outside the US think of "privacy" in the sense of "data protection" -- so the fact that we continue to log your queries in incognito mode means that there isn't "extra privacy," and the fact that we provide fewer data controls means there isn't "extra control." |
| "private, confidential, anonymous, off-the-record" | These words run the risk of exacerbating known misconceptions about protections Incognito mode provides (see misconceptions here).<br>Implying the normal mode is not confidential. |
| | "Just for you" sounds like Google doesn't log your activity in incognito -- but we do. |
| **One privacy control when and where you need it:** Incognito mode gives you extra control over your privacy online – and now it's available across Chrome, YouTube, Search and Maps. So if it's just for you, or just for now, you can leave your history behind in just on | Avoid making the conclusion "helps you stay in control of your privacy" - but stay factual on what the functionality is and let the user draw the conclusion. (as a user i don't like Google drawing the conclusion of what the function does for me... i'll make that call myself) |
| What you browse in Incognito mode stays private to you. When you turn off incognito mode, your activity is deleted. | Cannot say 'deleted' because because Google has it. has to pivot to local privacy |

-

CONFIDENTIAL

GOOG-BRWN-00153857.C

PRODBEG: GOOG-BRWN-00153850.C
PRODBEGATT:
PRODEND: GOOG-BRWN-00153857.C
PRODENDATT:
PRODVOL: PROD034
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: Greg Fair
TO:
FROM:
CC:
BCC:
CONFIDENTIALITY: Confidential
CROSS_ALLCUSTODIANS: Greg Fair
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00128825.C
CROSS_CC:
CROSS_CONFIDENTIALITY: CONFIDENTIAL
CROSS_CUSTODIAN: Greg Fair
CROSS_DATECREATED: 06/27/2019
CROSS_DATEMOD: 03/25/2020
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS: Greg Fair
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00128832.C
CROSS_FILEEXTENSION: docx
CROSS_FILENAME: Incognito- Messaging Learnings and Reposi_1HiiUMk6hYlr_zC4VHPJXh-6Ue8dE675Gi-J-RxmJxnZI.docx
CROSS_FROM:
CROSS_MD5 HASH: 828BCE2FF477D40B720CA805C3B43A46
CROSS_MESSAGE ID:
CROSS_OWNER: ellenmkim@google.com
CROSS_PRODVAL: CROSS-PROD013
CROSS_REDACTED: Y
CROSS_SUBJECT:
CROSS_TITLE: Incognito: Messaging Learnings and Repository
CROSS_TO:
CUSTODIAN/SOURCE: Greg Fair
DATECREATED: 06/27/2019
DATELASTMOD: 03/25/2020
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME: Incognito- Messaging Learnings and Reposi_1HiiUMk6hYlr_zC4VHPJXh6Ue8dE-675Gi-J-RxmJxnZI.docx
ILS_ProdDate: 08/13/2021
CROSS_ILS_ProdDate: 09/24/2021
MD5 HASH: 828BCE2FF477D40B720CA805C3B43A46
MessageID:
NATIVEFILE:
Owner:
PAGES:

REDACTED: Y
SUBJECT: