# EXHIBIT 36



## Five ways people misunderstand Incognito and private browsing

UXR: martinshelton | go/five-misunderstandings-incognito

Private browsing has a problem. In both internal and external research, we've seen that the privacy properties of Incognito aren't well understood, to say the least. And the same is true for all modern browsers with a private browsing mode.

Most previous research is based on the U.S. and people may have very different understandings of private browsing in other regions (e.g., Sambasivan et al., 2018). But in these studies, we find that most users are aware of private browsing mode (Anthonysamy et al. 2015a; Gao et al. 2014; Habib et al., 2018; Wu et. al, 2018). We also see that both users and non-users have a similar understanding of how private browsing works (Habib et al., 2018). With that in mind…

### Five common misconceptions

1. Many users believe private browsing gives them anonymity (Gao et al. 2014). One recent study suggests about half of private browsing users believe it allows them to browse anonymously (Habib et al., 2018).

2. Many users believe private browsing obscures location. In one recent study (Wu et al., 2018), 40% of survey respondents said they believe location hiding is a feature of private browsing, and 25% believe their IP will be hidden from the websites they visit. Some browsers do provide related tools (e.g, Brave, Opera), but they are not enabled by default.

3. Many users believe private browsing actively blocks ad tracking (DuckDuckGo, 2017; Habib et al. 2018). This may or may not be true, depending on the user's browser choice, settings, their personal browsing behaviors, and the potential tracking techniques used.

4. Many users believe private browsing prevents search engines from remembering their searches — in one study, as much as 36% (DuckDuckGo, 2017). This may or may not be true, depending on the search engine's ability to identify users during their private browsing session.

5. Most users believe that their private browsing activity won't be remembered by Google, even after they sign into their account (Wu et al., 2018). In fact, if someone signs in, Google may tie their Google-related session activity to their account. Indeed, any time a user signs into a website they let it see who they are, and the website may tie session data to their account.

These misconceptions could give users the false impression of privacy in a moment when they expect it most, leading them to inadvertently share sensitive personal data. We therefore must be bolder about saying *who sees what* as we browse the web, particularly during these moments. This should begin with creative changes to naming conventions, iconography, explanation strings, and/or the function of Incognito itself.



**References**

Anthonysamy et al. (2015a). Perceptions of Google Chrome Incognito. *Google UX research (Internal)*.

Anthonysamy et al. (2015b). Exploration of primary value proposition of Incognito to users. *Google UX research (Internal)*.

Choi, D. (2009). Why Do Users Adopt or Leave Chrome? *Google UX research (Internal)*.

DuckDuckGo (2017). A Study on Private Browsing: Consumer Usage, Knowledge, and Thoughts.

Gao et al. (2014). Private Browsing: an Inquiry on Usability and Privacy Protection. In *Workshop on Privacy in the Electronic Society, 2014*.

Habib et al. (2018). Away From Prying Eyes: Analyzing Usage and Understanding of Private Browsing. In *Fourteenth Symposium on Usable Privacy and Security 2018*.

Sambasivan et al. (2018). Gender Equity Online. *Google UX research (Internal)*. (See also)

Wu et al. (2018). Your Secrets Are Safe: How Browsers' Explanations Impact Misconceptions About Private Browsing Mode. In *International World Wide Web Conference, 2018*.

PRODBEG: GOOG-CABR-04718352
PRODBEGATT:
PRODEND: GOOG-CABR-04718353
PRODENDATT:
PRODVOL: CROSS-PROD031
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: Google
TO:
FROM:
CC:
BCC:
CONFIDENTIALITY: CONFIDENTIAL
CROSS_ALLCUSTODIANS:
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES:
CROSS_CC:
CROSS_CONFIDENTIALITY:
CROSS_CUSTODIAN:
CROSS_DATECREATED:
CROSS_DATEMOD:
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS:
CROSS_ENDATTACH:
CROSS_ENDBATES:
CROSS_FILEEXTENSION:
CROSS_FILENAME:
CROSS_FROM:
CROSS_MD5 HASH:
CROSS_MESSAGE ID:
CROSS_OWNER:
CROSS_PRODVAL:
CROSS_REDACTED:
CROSS_SUBJECT:
CROSS_TITLE:
CROSS_TO:
CUSTODIAN/SOURCE: Google
DATECREATED: 03/04/2021
DATELASTMOD: 03/04/2021
DATERCVD:
DATESENT:
DeDupedCustodians: Google
DOCEXT: DOCX
FILENAME: Five_Ways_People_Misunderstand_Incognito___Private_Browsing.docx
ILS_ProdDate: 10/27/2021
CROSS_ILS_ProdDate:
MD5 HASH: F127592F06DEC2DCB0B8994327566A52
MessageID:
NATIVEFILE:
Owner:
PAGES: 2
REDACTED: N
SUBJECT: