# EXHIBIT 37

# Redacted Version of Document Sought to be Sealed

# Sin Rastro & Chrome | P.A.M. review

Chrome Privacy

Dec 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-BRWN-00047341

### Goals for this meeting - aligning!

- Align on Chrome's position towards Sin Rastro (Google-wide Incognito initiative)
- Align on upcoming PDPO Steering Committee (SVPs) meeting (Jan 2020)

- Align on Chrome's position towards Sin Rastro (Google-wide Incognito initiative) in general, and in light of an upcoming PDPO Steering Committee meeting amongst a set of SVPs in particular.
- And prep them for Anil meeting

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                            GOOG-BRWN-00047342

## Quick recap

- Incognito in other Google products (xGA, YouTube, Maps) announced by Sundar at I/O 2019.
- Sin Rastro's mandate is to make the Incognito experience across Google products coherent and simpler to understand.
- Chrome's position is tough, as it's a Google product *and* a browser.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-BRWN-00047343



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-BRWN-00047344

PRODBEG: GOOG-BRWN-00047341
PRODBEGATT:
PRODEND: GOOG-BRWN-00047363
PRODENDATT:
PRODVOL: PROD013
2nd_CROSS_BEGBATES: GOOG-CABR-05169344
2nd_CROSS_ENDBATES: GOOG-CABR-05169366
AllCustodians: Sabine Borsay
TO:
FROM:
CC:
BCC:
CONFIDENTIALITY: Highly Confidential - AEO
CROSS_ALLCUSTODIANS: Sabine Borsay
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00148157
CROSS_CC:
CROSS_CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CROSS_CUSTODIAN: Sabine Borsay
CROSS_DATECREATED: 12/09/2019
CROSS_DATEMOD: 01/07/2020
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS: Sabine Borsay
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00148179
CROSS_FILEEXTENSION: pptx
CROSS_FILENAME: Chrome & Sin Rastro -   P.A.M. review _1mvNAk3wArKDD5QUVKmydkRMo-iwsYX0_cNzIMpcw6Vjg.pptx
CROSS_FROM:
CROSS_MD5 HASH: 15C53060CE9D18B6050BEDC50F965B95
CROSS_MESSAGE ID:
CROSS_OWNER: sabineb@google.com
CROSS_PRODVAL: CROSS-PROD002
CROSS_REDACTED: N
CROSS_SUBJECT:
CROSS_TITLE: Chrome & Sin Rastro |   P.A.M. review
CROSS_TO:
CUSTODIAN/SOURCE: Sabine Borsay
DATECREATED: 12/09/2019
DATELASTMOD: 01/07/2020
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME: Chrome & Sin Rastro -   P.A.M. review _1mvNAk3wArKDD5QUVKmydkRMoiwsYX0-_cNzIMpcw6Vjg.pptx
ILS_ProdDate: 05/07/2021
CROSS_ILS_ProdDate: 09/01/2021
MD5 HASH: 15C53060CE9D18B6050BEDC50F965B95
MessageID:
NATIVEFILE:
Owner:
PAGES:

REDACTED: N
SUBJECT: