# EXHIBIT 38

# Sealed Entirely