# EXHIBIT 39

Message

_____

**From**: Matt Waddell [mwaddell@google.com]
**Sent**: 7/14/2021 9:14:49 PM
**To**: chrome-prd-discuss@google.com
**CC**: eisinger@google.com; jaroner@google.com; mardini@google.com
**Subject**: Incognito NTP Revamp



# It's a bird. It's a plane. It's a PRD!

A Chromie just submitted their draft PRD 🚀, and they'd appreciate some of your feedback (especially those on CC):

- **Project name:** Incognito NTP Revamp
- **Lead PM:** andrewkamau
- **Functional area:** Trust & Safety
- **Link to PRD:** https://prds.page.link/s1CK
- **User problem:** Users have misconceptions about Incognito and often overestimate the protections available. We want to help them clearly understand the scope of the elevated privacy protections on Incognito

Also: ICYMI, you can browse all the Chrome PRDs you've ever wanted at (wait for it...) go/chrome-prds/library.

With gratitude 🙇, and goooOOO Team!
Your neighborhood Chrome-bot

CONFIDENTIAL

GOOG-CABR-04668451

PRODBEG: GOOG-CABR-04668451
PRODBEGATT:
PRODEND: GOOG-CABR-04668451
PRODENDATT:
PRODVOL: CROSS-PROD031
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: AbdelKarim Mardini
TO: chrome-prd-discuss@google.com
FROM: matt waddell <mwaddell@google.com>
CC: jaroner@google.com;eisinger@google.com;mardini@google.com
BCC:
CONFIDENTIALITY: CONFIDENTIAL
CROSS_ALLCUSTODIANS:
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES:
CROSS_CC:
CROSS_CONFIDENTIALITY:
CROSS_CUSTODIAN:
CROSS_DATECREATED:
CROSS_DATEMOD:
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS:
CROSS_ENDATTACH:
CROSS_ENDBATES:
CROSS_FILEEXTENSION:
CROSS_FILENAME:
CROSS_FROM:
CROSS_MD5 HASH:
CROSS_MESSAGE ID:
CROSS_OWNER:
CROSS_PRODVAL:
CROSS_REDACTED:
CROSS_SUBJECT:
CROSS_TITLE:
CROSS_TO:
CUSTODIAN/SOURCE: AbdelKarim Mardini
DATECREATED:
DATELASTMOD: 07/14/2021
DATERCVD:
DATESENT: 07/14/2021
DeDupedCustodians: AbdelKarim Mardini
DOCEXT: eml
FILENAME:
ILS_ProdDate: 10/27/2021
CROSS_ILS_ProdDate:
MD5 HASH: FDB40DD72C5A4534CA2B28C63FA6A44C
MessageID: <0000000000003ddcad05c71bd81c@google.com>
NATIVEFILE:
Owner: mwaddell
PAGES: 1
REDACTED: N
SUBJECT: Incognito NTP Revamp