# EXHIBIT 40



CONFIDENTIAL     GOOG-CABR-04738550



CONFIDENTIAL   GOOG-CABR-04738551

## Executive Summary

- User Characteristics:
  - Weekly users are more likely to be non-white, male, employed in lower income jobs, and caregivers who share devices with others in their home
    - 47% of weekly users state, "I do everything I can to protect my privacy," implying that they are more privacy sensitive than non-users, and may be more open to other privacy controls
- Top use cases for Incognito mode:
  - Protections from local and remote threats when viewing content related to Finances, Health, and Adult interests
  - Users 35+ focus more on Finances & Health and younger users on Adult content
- Risks to press cycles on Incognito mode:
  - Users overestimate the protections that Incognito provides and are unaware of the personalization and data collection that occurs when it is on
  - When considered together, Incognito mode appears to negatively impact user sentiment towards regular browsing
  - Educational moments intended to reassure and inform users of quality-of-life features (autofill & autocomplete) have led to negative reactions

2018 | Confidential and Proprietary   Google

CONFIDENTIAL                                                                                   GOOG-CABR-04738552

PRODBEG: GOOG-CABR-04738550
PRODBEGATT:
PRODEND: GOOG-CABR-04738599
PRODENDATT:
PRODVOL: CROSS-PROD031
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: AbdelKarim Mardini;Arne de Booij;Burton Rast;Othar Hansson;Sabine Borsay;Sammit Adhya;Steve Hamilton
TO:
FROM:
CC:
BCC:
CONFIDENTIALITY: CONFIDENTIAL
CROSS_ALLCUSTODIANS:
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES:
CROSS_CC:
CROSS_CONFIDENTIALITY:
CROSS_CUSTODIAN:
CROSS_DATECREATED:
CROSS_DATEMOD:
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS:
CROSS_ENDATTACH:
CROSS_ENDBATES:
CROSS_FILEEXTENSION:
CROSS_FILENAME:
CROSS_FROM:
CROSS_MD5 HASH:
CROSS_MESSAGE ID:
CROSS_OWNER:
CROSS_PRODVAL:
CROSS_REDACTED:
CROSS_SUBJECT:
CROSS_TITLE:
CROSS_TO:
CUSTODIAN/SOURCE: Othar Hansson
DATECREATED: 01/25/2021
DATELASTMOD: 05/04/2021
DATERCVD:
DATESENT:
DeDupedCustodians: AbdelKarim Mardini;Arne de Booij;Burton Rast;Othar Hansson;Sabine Borsay;Sammit Adhya;Steve Hamilton
DOCEXT: pptx
FILENAME: Incognito Users and Use Cases _1JDQrPFmlD0qfOSgeq3F_38HwZLKYix8n6yWyP_-RzohU.pptx
ILS_ProdDate: 10/27/2021
CROSS_ILS_ProdDate:
MD5 HASH: 04E8C52F2AE0D380A3E9D1B5F65A7F0C
MessageID:
NATIVEFILE:
Owner: sthamilton@google.com

PAGES: 50  
REDACTED: N  
SUBJECT: