# EXHIBIT 41

# Sealed Entirely