# EXHIBIT 42

# Redacted Version of Document Sought to be Sealed





Via maxwalker@. See our Incognito brainstorm deck:

Check out rhalavati@'s Incognito user education PRD:

PRODBEG: GOOG-CALH-00031543  
PRODBEGATT:  
PRODEND: GOOG-CALH-00031605  
PRODENDATT:  
PRODVOL: CROSS-PROD002  
2nd_CROSS_BEGBATES:  
2nd_CROSS_ENDBATES:  
AllCustodians: Google  
TO:  
FROM:  
CC:  
BCC:  
CONFIDENTIALITY: CONFIDENTIAL  
CROSS_ALLCUSTODIANS:  
CROSS_ATTACHMENTNAME:  
CROSS_BEGATTACH:  
CROSS_BEGBATES: GOOG-CABR-00084985  
CROSS_CC:  
CROSS_CONFIDENTIALITY:  
CROSS_CUSTODIAN:  
CROSS_DATECREATED:  
CROSS_DATEMOD:  
CROSS_DATERECEIVED:  
CROSS_DATESENT:  
CROSS_DE-DUPED CUSTODIANS:  
CROSS_ENDATTACH:  
CROSS_ENDBATES: GOOG-CABR-00085047  
CROSS_FILEEXTENSION:  
CROSS_FILENAME:  
CROSS_FROM:  
CROSS_MD5 HASH:  
CROSS_MESSAGE ID:  
CROSS_OWNER:  
CROSS_PRODVAL:  
CROSS_REDACTED:  
CROSS_SUBJECT:  
CROSS_TITLE:  
CROSS_TO:  
CUSTODIAN/SOURCE: Google  
DATECREATED: 03/04/2021  
DATELASTMOD: 03/04/2021  
DATERCVD:  
DATESENT:  
DeDupedCustodians: Google  
DOCEXT: PPTX  
FILENAME: Chrome_and_the_Shifting_Privacy_and_Security_Landscape.pptx  
ILS_ProdDate: 09/01/2021  
CROSS_ILS_ProdDate: 09/01/2021  
MD5 HASH: 062AA316C77842A8C43F87468C5F8026  
MessageID:  
NATIVEFILE:  
Owner:  
PAGES: 63  
REDACTED: N  
SUBJECT: