# EXHIBIT 43

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
---oOo---

CHASOM BROWN; MARIA NGUYEN;
WILLIAM BYATT; JEREMY DAVIS;
and CHRISTOPHER CASTILLO,
individually and on behalf
of all other similarly
situated,

        Plaintiffs,

vs.                              No. 5:20-cv-03664-LHK

GOOGLE LLC,

        Defendant.
_____/


CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF CHRISTOPHER R. PALMER
WITNESS LOCATION: SAN FRANCISCO, CALIFORNIA
WEDNESDAY, JANUARY 5, 2022


Stenographically Reported by:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
California CSR No. 9830
Job No. 773740

MAGNA LEGAL SERVICES
866-624-6221



```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                         ---oOo---
 4
 5   CHASOM BROWN; MARIA NGUYEN;
     WILLIAM BYATT; JEREMY DAVIS;
 6   and CHRISTOPHER CASTILLO,
     individually and on behalf
 7   of all other similarly
     situated,
 8
                  Plaintiffs,
 9   vs.                                  No. 5:20-cv-03664-LHK
10   GOOGLE LLC,
11                Defendant.
     _____/
12
13
14         REMOTE VIDEOTAPED DEPOSITION OF
15      CHRISTOPHER R. PALMER, taken on behalf of the
16      Plaintiffs, on Wednesday, January 5, 2022,
17      beginning at 10:06 a.m., and ending at 5:43 p.m.,
18      Pursuant to Notice, and remotely before me,
19      ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ License
20      No. 9830.
21
22
23
24
25
```



```
 1   R E M O T E   A P P E A R A N C E S:
 2
 3      COUNSEL FOR THE PLAINTIFFS:
 4           BOIES SCHILLER & FLEXNER LLP
 5           By:  BEKO REBLITZ-RICHARDSON, ESQ.
 6                MARK MAO, ESQ.
 7                ROSANNA BAEZA, ESQ.
 8                ERIKA NYBORG-BURCH, ESQ.
 9           44 Montgomery Street, 41st Floor
10           San Francisco, California 94104
11           415.293.6804
12           brichardson@bsfllp.com
13
14           MORGAN & MORGAN
15           By:  RYAN MCGEE, ESQ.
16           201 N. Franklin Street, 7th Floor
17           Tampa, Florida 33602
18           813.233.5505
19
20           SIMMONS HANLY CONROY
21           By:  ERIC JOHNSON, ESQ.
22           One Court Street
23           Alton, Illinois 62002
24           618.693.3104
25           ejohnson@simmonsfirm.com
```



Page 4

```
 1   R O M O T E  A P P E A R A N C E S:  (Cont.)
 2
 3      COUNSEL FOR THE DEFENDANT:
 4           QUINN EMANUEL URQUHART & SULLIVAN
 5           By:  JOMAIRE CRAWFORD, ESQ.
 6                CARL SPILLY, ESQ.
 7           51 Madison Avenue, 22nd Floor
 8           New York, New York 10010
 9           212.849.7000
10           jomairecrawford@quinnemanuel.com
11
12      ALSO PRESENT:  Torryn Taylor, Google
13                     Bill Shover, Videographer
14
15                     ---oOo---
16
17
18
19
20
21
22
23
24
25
```



```
                                                              Page 146
 1            Do you see that?                                  14:48
 2      A     I do.                                             14:48
 3      Q     And what was the Incognito problem?               14:48
 4      A     The fuzziness of the word "Incognito."            14:48
 5      Q     And if you look on the second page, do you        14:48
 6   see where it says:                                         14:48
 7            "Key Fact:  Incognito Confuses People."           14:48
 8      A     I see that.                                       14:49
 9      Q     Did you write that?                               14:49
10      A     I did.                                            14:49
11      Q     When you wrote "Incognito Confuses People,"       14:49
12   were you referring to Incognito Mode for Google's          14:49
13   Chrome browser?                                            14:49
14      A     Yes.                                              14:49
15      Q     When you wrote "Incognito Confuses People,"       14:49
16   were you referring to the people who use the Google        14:49
17   Chrome Incognito Mode?                                     14:49
18      A     I wouldn't say exclusively.  I think even         14:49
19   people who use other browsers or are thinking about it     14:49
20   or writing about it may also find the term fuzzy and       14:49
21   may also misunderstand it.                                 14:49
22      Q     So just so that I understand, when you wrote      14:49
23   "Incognito Confuses People," you weren't referring         14:49
24   just to the people who use Incognito Mode in Chrome,       14:49
25   but you were referring to people more generally who        14:50
```



```
                                                              Page 147
 1    use any private browsing mode; is that right?            14:50
 2            MS. CRAWFORD:  Objection.                        14:50
 3            THE WITNESS:  Yeah.                              14:50
 4            MR. RICHARDSON:  Q.  And on the page ending      14:50
 5    '299, would you please read the first sentence           14:50
 6    starting "we know."                                      14:50
 7       A    "We know from intuition, anecdotes, and now      14:50
 8    empirically (Yuxi Wu, et al.; see also Habib, et al.)    14:50
 9    that the 'Incognito'/Spy Guy branding, and the complex   14:50
10    disclosures (like all complex disclosures), confuse     14:50
11    people as to what exact guarantees it offers and does   14:50
12    not offer."                                              14:50
13       Q    Did you write that sentence?                     14:50
14       A    I did.                                           14:50
15       Q    Where you referred to "the 'Incognito'/Spy       14:50
16    Guy branding," were you referring to Google's branding   14:50
17    for Chrome Incognito?                                    14:51
18       A    Yes.                                             14:51
19       Q    And when you referred to "the complex            14:51
20    disclosures," were you referring to Google's             14:51
21    disclosures in connection with the Chrome -- with        14:51
22    Chrome Incognito Mode?                                   14:51
23       A    Things like the text on the New Tab Page and     14:51
24    the Help Center article.                                 14:51
25       Q    And so that's what you were referring to when    14:51
```



Page 227

```
 1                CERTIFICATE OF STENOGRAPHER
 2
 3         I, ANDREA M. IGNACIO, hereby certify that the
 4   witness in the foregoing remote deposition was by me
 5   remotely sworn to tell the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause;
 7         That said deposition was taken in shorthand
 8   by me, a disinterested person, remotely at the time
 9   stated, and that the testimony of the said witness was
10   thereafter reduced to typewriting, by computer, under
11   my direction and supervision;
12         That before completion of the deposition,
13   review of the transcript [x] was [ ] was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17         I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22   Dated:
23   _Andrea M. Ignacio_____
24    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
25
```

