# EXHIBIT 44

# Redacted Version of Document Sought to be Sealed

Message

| | |
|---|---|
| From: | Chris Palmer [palmer@google.com] |
| Sent: | 9/24/2018 7:01:22 PM |
| To: | Ramin Halavati [rhalavati@google.com] |
| CC: | Rory McClelland [rorymcclelland@google.com]; Martin Shelton [martinshelton@google.com]; Mike West [mkwst@google.com]; Parisa Tabriz [parisa@google.com]; Tal Oppenheimer [talo@google.com]; Alex Nicolaou [anicolao@google.com]; Adrienne Porter Felt [felt@google.com]; Martin Šrámek [msramek@google.com]; Josh Karlin [jkarlin@google.com]; Brad Lassey [lassey@google.com]; Thiemo Nagel [tnagel@google.com]; Chrome Privacy Core [chrome-privacy-core@google.com]; ▮▮▮▮▮▮@google.com; Andrew Whalley [awhalley@google.com]; Emily Schechter [emilyschechter@google.com]; Matt Welsh [mdw@google.com] |
| Subject: | Re: The Incognito Problem - Invitation to edit |

On Mon, Sep 24, 2018 at 4:23 AM Ramin Halavati <rhalavati@google.com> wrote:

- Changing name and icon may have some effect on users expectation from incognito mode, but cannot solve all misconceptions. We still need user education to give a better image. Although users may not want to be educated, we have to provide the means to do so.

This misconceptions flow directly from the framing of the feature as "Incognito" (or, for other browsers, "Private"). I think that avoiding that framing obviates the problem.

- Chrome's Incognito NTP is very effective compared to other browsers, but it is probably not sufficient because we believe most users will not read it closely.

Wu, et al. say: """Compared to a meaninglessly vague control condition, the current and previous Chrome desktop disclosure led participants to answer more scenarios correctly; no other disclosure we tested had a significant effect.""" and """Of the thirteen disclosures we tested, only the current and old versions of Chrome's desktop disclosure led to significantly more correct answers than our meaninglessly vague control condition. [...] The difference between Chrome's disclosures and others, however, amounted to only one additional scenario answered correctly."""

I don't think that means that our NTP is *very* effective compared to other browsers. I'd call that *marginally* better.

- The most feasible approach for education seems to be inline/contextual hints on possible misconceptions, and expanding them based on future studies. Users who don't want these hints can disable them in incognito NTP. We can discuss the ideas on the messages and heuristics to activate them (go/incognito_contextual_hints) and do a user study on how much these messages can affect users understanding and trust into the incognito mode.

Thanks for doing this; it'll be interesting to try it out.
--
You received this message because you are subscribed to the Google Groups ▮▮▮▮▮▮ group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮▮▮▮▮▮-unsubscribe@google.com.
To post to this group, send email to ▮▮▮▮▮▮@google.com.
To view this discussion on the web visit
https://groups.google.com/a/google.com/d/msgid/▮▮▮▮▮▮CAOuvq21wCkLgzX%3D8J%3D6dL6u7UNBW5KsXK8hzeXDpbmkij_4vQg%40mail.gmail.com.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                   GOOG-CABR-04261880