# EXHIBIT 46

# Sealed Entirely