# EXHIBIT 50

Message

| | |
|---|---|
| **From:** | felt@chromium.org [felt@chromium.org] |
| **Sent:** | 12/9/2013 9:56:50 PM |
| **To:** | palmer@chromium.org; somast@chromium.org; somast@google.com; glen@chromium.org; nyquist@chromium.org; battre@chromium.org |
| **CC:** | chromium-reviews@chromium.org |
| **Subject:** | Re: Simplify the Incognito NTP. (issue 101533003) |

On 2013/12/09 19:43:59, Chromium Palmer wrote:
> It's Glen's string, so I think he approves. (He approved the Android side
> of
> this CL.)
>
> I think the string is perfectly clear about what Incognito does and
> doesn't
do.
> If a user wonders, "Does this mean ad companies can't track me?" they can
> see
> that "Going incognito doesn't affect the behavior of other people,
> servers,
> software..." answers that question. And we affirmatively state that
> Incognito
> *does* prevent incognito browsing from going into your browser history.
>
> It no longer says, "Be wary [whatever that is supposed to mean], of ..."
> which
I
> think is an improvement.
>
> If the blob of text is too big, we can break it up into multiple
> paragraphs.
We
> could get rid of the "people standing behind you part", which we intend
> humorously but which (IMHO) starts to sound sarcastic.
>
> But really, people pay attention to the name "Incognito" and the Spy Guy
> icon,
> and people draw incorrect conclusions from there. As you know I have
> proposed
> fixing that.

Maybe this would be worth bringing up in the Incognito meeting on Wed?

https://codereview.chromium.org/101533003/

CONFIDENTIAL
GOOG-BRWN-00812710