# EXHIBIT 51

# Sealed Entirely