# EXHIBIT 52

# Sealed Entirely