# EXHIBIT 55

# Sealed Entirely