# EXHIBIT 59

Message

| | |
|---|---|
| **From**: | Sammit Adhya (Google Docs) [comments-noreply@docs.google.com] |
| **Sent**: | 2/14/2020 10:16:09 AM |
| **To**: | gregfair@google.com |
| **Subject**: | (proposal - under... - Martin to check with sthamilton |

Sammit Adhya mentioned you in a comment in the following document

    (proposal - under review) NEur. GSEC Citizens' dialogue + press

Sin Rastro - varying incognito perceptions Maps Youtube

    Martin Loss

   Martin to check with sthamilton

   Arne de Booij

+sthamilton@google.com +sadhya@google.com

hi Steve and Sammit, we are looking at organizing a press event in NL and SE with a focus on UXR and for that, we need topics where we can a) show the content to journalists so it needs to be a released product and b) the data we collect should be useful so it helps product teams learn about their existing users e.g. we don't want to run research and not use the data for anything.

I was thinking that we could use the Incognito modes in Maps and YT and potentially search to get some data on consistency/inconsistencies between these and/or gather data on misconceptions.

We would run this with the journalists so we could get a "KOF" perspective as well as with 5-6 recruited users in a lab setup.

What do you think about this? If you think the data we could gather here would be useful to Sin Rastro, LMK so we can discuss more.

thanks!
Arne

   Steve Hamilton

+rast@google.com +jwoll@google.com
Thanks for linking us, I think that this could be extremely valuable! It would be great if they could use Incognito in all of the existing products (Chrome, iGA, Maps, & YouTube) to get a read on the effects of the inconsistencies in terms of usability. To follow-up, I'd like to probe them as to **why** they think these inconsistencies exist, with an emphasis on differences in functionality (e.g., "Why does YouTube log you back into your account after 90 mins, but Maps and Chrome allow you to use Incognito indefinitely?"). Specifically, I want to test the hypothesis that UI and functionality differences lead users (KOFs here) to develop incorrect inferences when they try to create a coherent mental model for Incognito mode.

   Martin Loss

Thanks Steve. Just to make sure we are talking about the same audience. We will have both audiences users and journalists included in the participant panel

Steve Hamilton

Ah I see, thank you for clarifying. Both sets of participants would work, I think.

Burton Rast

Don't forget Google Go, which also launched an implementation of Incognito unique to the needs of their audience.

Martin Loss

I added this to the list. Thanks Burton

Arne de Booij

I briefly chatted with +sadhya@google.com and he had some reservations about this - Sammit, please share them here.

Sammit Adhya
New

Hi Folks. Steve, totally agree that would be fantastic research that should definitely be on our research roadmap. Unfortunately I don't think this is the right forum. Actively highlighting where our products don't work like users expect with journalists may lead to more articles that we see almost everyday.

We already know that they will expect more from Incognito than what it actually does. I'm struggling to come up with any research for Incognito that doesn't highlight how broken it is so I'm not comfortable including it here. So sorry, but hope that makes sense. Please holler if you disagree!

+gregfair@google.com as FYI.

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are mentioned in this thread.Change what Google Docs sends you.You can reply to this email to reply to the discussion.

CONFIDENTIAL

GOOG-BRWN-00441286

PRODBEG: GOOG-BRWN-00441285
PRODBEGATT:
PRODEND: GOOG-BRWN-00441286
PRODENDATT:
PRODVOL: PROD032
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: Greg Fair
TO: gregfair@google.com
FROM: "sammit adhya (google docs)" <comments-noreply@docs.google.com>
CC:
BCC:
CONFIDENTIALITY: Confidential
CROSS_ALLCUSTODIANS: Greg Fair
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00189465
CROSS_CC:
CROSS_CONFIDENTIALITY: CONFIDENTIAL
CROSS_CUSTODIAN: Greg Fair
CROSS_DATECREATED:
CROSS_DATEMOD: 02/14/2020
CROSS_DATERECEIVED: 02/14/2020
CROSS_DATESENT: 02/14/2020
CROSS_DE-DUPED CUSTODIANS: Greg Fair
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00189466
CROSS_FILEEXTENSION: eml
CROSS_FILENAME:
CROSS_FROM: "sammit adhya (google docs)" <comments-noreply@docs.google.com>
CROSS_MD5 HASH: 6D8BD17CA78B4C98A9F527F5796A5C53
CROSS_MESSAGE ID: <W889fQ-pp4W1UbXY8ePyjw.0@notifications.google.com>
CROSS_OWNER: comments-noreply
CROSS_PRODVAL: CROSS-PROD002
CROSS_REDACTED: N
CROSS_SUBJECT: (proposal - under... - Martin to check with sthamilton
CROSS_TITLE: (proposal - under... - Martin to check with sthamilton
CROSS_TO: gregfair@google.com
CUSTODIAN/SOURCE: Greg Fair
DATECREATED:
DATELASTMOD: 02/14/2020
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME:
ILS_ProdDate: 07/31/2021
CROSS_ILS_ProdDate: 09/01/2021
MD5 HASH: 6D8BD17CA78B4C98A9F527F5796A5C53
MessageID:
NATIVEFILE:
Owner: comments-noreply
PAGES:
REDACTED: N
SUBJECT: (proposal - under... - Martin to check with sthamilton