# EXHIBIT 63

# Sealed Entirely