# EXHIBIT 64

## Message

| | |
|---|---|
| From: | wfh@google.com [wfh@google.com] |
| Sent: | 11/25/2019 6:44:15 PM |
| To: | wfh@google.com; palmer@google.com; jdhodges@google.com; drubery@google.com |
| Subject: | AAAA952KuYI-S-XvWEAiP4E |

- **wfh@google.com** 2019-11-25T18:44:15.096Z

I admire the honesty here
https://docs.google.com/presentation/d/1cjz9UaE5zGal9bDMP7nBYCw13CjlOqL3byMoxG3wgXE/edit#slide=id.g632fd7d3de_1_352

  o   https://docs.google.com/presentation/d/1cjz9UaE5zGal9bDMP7nBYCw13CjlOqL3byMoxG3wgXE/edit#slide=id.g632fd7d3de_1_352

  o   https://drive.google.com/open?id=1cjz9UaE5zGal9bDMP7nBYCw13CjlOqL3byMoxG3wgXE

- **palmer@google.com** 2019-11-25T19:00:21.438Z

it drives me nuts that Incognito is one of the things users trust the most about Chrome

- **palmer@google.com** 2019-11-25T19:00:33.938Z

God I wish we had renamed it 8 years ago

- **wfh@google.com** 2019-11-25T19:00:37.196Z

[citation neded]

- **palmer@google.com** 2019-11-25T19:00:37.461Z

why didn't I yell more

- **palmer@google.com** 2019-11-25T19:01:03.673Z

there was a slide deck going around a week or 3 ago ... or maybe it was shown at the Trust & Safety Convergence

- **palmer@google.com** 2019-11-25T19:01:31.915Z

Might have been Martina's presentation?

- **jdhodges@google.com** 2019-11-25T19:51:12.865Z

curious: renamed 'incognito' to what? topic of slide deck?

- **drubery@google.com** 2019-11-25T19:53:40.451Z

Not quite the citation you were looking for, but one of the SPA presentations had Incognito as the thing that best demonstrates "Google respects your privacy"

- **drubery@google.com** 2019-11-25T19:53:43.504Z

https://docs.google.com/presentation/d/1SAc2KVuHI6U9h_7ULWogczG1iipuB1gbQhclRsKSU7o/edit#slide=id.g407be0fd5d_0_1

  o   https://drive.google.com/open?id=1SAc2KVuHI6U9h_7ULWogczG1iipuB1gbQhclRsKSU7o

  o   https://docs.google.com/presentation/d/1SAc2KVuHI6U9h_7ULWogczG1iipuB1gbQhclRsKSU7o/edit#slide=id.g407be0fd5d_0_1

- **palmer@google.com** 2019-11-25T20:13:43.789Z

@Jeff Hodges I've wanted to rename Incognito to Temporary or Ephemeral for years

- **palmer@google.com** 2019-11-25T20:13:54.276Z

and get rid of the Spy Guy iconography

- **jdhodges@google.com** 2019-11-25T20:17:33.990Z

ah, thx

- **jdhodges@google.com** 2019-11-25T20:21:35.167Z

( i shudda just searched:
https://moma.corp.google.com/search?q=%22chris%20palmer%22%20%22rename%20incognito%22 )

  - https://moma.corp.google.com/search?q=%22chris%20palmer%22%20%22rename%20incognito%22

- **palmer@google.com** 2019-11-25T20:29:27.202Z

ahh, good times

- **palmer@google.com** 2019-11-25T20:29:57.820Z

See also: Martin Shelton's "I'm going to keep RTing this tweet until people understand Incognito. I.e. I'll be RTing this forever"

CONFIDENTIAL
GOOG-CABR-00799720