# EXHIBIT 65

Message
_____

**From:**          chrome-security@google.com [chrome-security@google.com]
**on behalf of**   Wieland Holfelder [holfelder@google.com]
**Sent:**          12/12/2014 9:45:16 PM
**To:**            Chris Palmer [palmer@google.com]
**CC:**            Lucas Garron [lgarron@google.com]; chrome-security [chrome-security@google.com]; Chrome Privacy [chrome-privacy@google.com]; Mike West [mkwst@google.com]; Betsy Masiello [betsym@google.com]
**Subject:**       Re: Incognito. :(


+betsym since I flagged that to her when Eric was using this same line in a speech in Berlin in October.

On Dec 12, 2014 10:40 PM, "Chris Palmer" <palmer@google.com> wrote:
 Looks like perhaps so, yeah. He spoke at the thing:

 http://www.cato.org/events/2014-cato-institute-surveillance-conference

 On Fri, Dec 12, 2014 at 12:39 PM, Lucas Garron <lgarron@google.com> wrote:
 > For those who are just joining you, this is separate from the September
 > incident, right? As in, Eric stated the same thing today, too?
 >
 > On Fri Dec 12 2014 at 11:22:28 AM Chris Palmer <palmer@google.com> wrote:
 >>
 >> Yeah, Parisa pinged PR and Eric himself about this when Eric first
 >> made the incorrect statement. AFAIK it was never corrected publicly.
 >>
 >> It's long past time to re-brand Incognito.
 >>
 >> That Google is doubling down on the concept and on the name is amazing
 >> to me. This pain is just a taste of what is to come.
 >>
 >> It looks bad in the press, but that's minor relative to the the real
 >> concern: security and privacy confusion is bad for users, bad for
 >> human rights, bad for democracy.
 >>
 >> On Fri, Dec 12, 2014 at 11:14 AM, Mike West <mkwst@google.com> wrote:
 >> > In the context of
 >> > http://www.cato.org/events/2014-cato-institute-surveillance-conference,
 >> > Chris Soghoian noted "Nice of Eric Schmidt to give the Chrome team a
 >> > shout
 >> > out, but outrageous to recommend incognito mode as way to defend against
 >> > gov
 >> > spying." - https://twitter.com/csoghoian/status/543477922607407104
 >> >
 >> > I feel like we've had this conversation before. Any chance Cato is going
 >> > to
 >> > make a transcript available?
 >> >
 >> > --
 >> > Mike West <mkwst@google.com>, @mikewest
 >> >
 >> > Google Germany GmbH, Dienerstrasse 12, 80331 München, Germany,

CONFIDENTIAL                                                     GOOG-CABR-05905167

>> > Registergericht und -nummer: Hamburg, HRB 86891, Sitz der Gesellschaft:

>> > Hamburg, Geschäftsführer: Graham Law, Christine Elizabeth Flores

>> > (Sorry; I'm legally required to add this exciting detail to emails.

>> > Bleh.)

CONFIDENTIAL

GOOG-CABR-05905168