# EXHIBIT 66

# Sealed Entirely