# EXHIBIT 67

Message

| | |
|---|---|
| **From**: | Rory McClelland [rorymcclelland@google.com] |
| **Sent**: | 4/14/2020 1:16:01 PM |
| **To**: | Florian Lachner [lachner@google.com] |
| **CC**: | Ramin Halavati [rhalavati@google.com]; Florian Uunk [feuunk@google.com]; Rohit Agarwal [roagarwal@google.com]; Side Yilmaz [sideyilmaz@google.com]; Yuan Chen [yuanchen@google.com]; Sabine Borsay [sabineb@google.com] |
| **Subject**: | Re: 7 Incognito Guidelines |

Thanks, Florian. I think this makes sense.

On Tue, 14 Apr 2020 at 15:05, Florian Lachner <lachner@google.com> wrote:
- *Privacy Core*

We have discussed some topics during the Incognito weekly today as well (e.g., challenges with regards to increasing awareness) but I think the next steps should be:

1.   [ongoing] Explore UI mocks for user education on the NTP.

2.   Align on technical constraints and product vision for what a customizable Incognito mode could look like (and explore related UXD) based on our workshop outcomes three weeks ago.

3.   Reach out to other teams (such as Google Go as Yuan suggested and will do) about how further approaches beyond the NTP (such as Videos) could be used to educate users (this could help us addressing the deep-seated and challenging misconception around not understanding that Incognito is about local privacy and cookies are temporarily stored).

4.   Continue tracking user behavior in Incognito too foresee changed behavior of new experiments.

5.   Run new UXR for new directions once we have mockups and prototypes.

| Dr. Florian Lachner | | UX Researcher | | lachner@google.com | | +49 (173) 3643067 |

On Wed, Apr 8, 2020 at 11:47 AM Rory McClelland <rorymcclelland@google.com> wrote:
Thanks, Florian, this sounds perfect. How shall we proceed? What would be next steps from your point of view?

Rory

On Tue, 7 Apr 2020 at 18:53, Florian Lachner <lachner@google.com> wrote:
Hi Ramin, Rory, et al.,

I second your, Rory, comment. I think we should rather validate what we could and should do (from a technical and vision/roadmapping perspective) rather than looking for more user feedback. This could go into a direction that Incognito mode can serve all/most key use cases or we manage to drive users into the most suitable mode/profiles/space... - or another direction of course. Eventually we can match directions with the guidelines.

CONFIDENTIAL
GOOG-BRWN-00184517

Further general user studies now will simply confirm that there are different use cases and situations and self-reported feedback is always noisy. Users are generally not capable of communicating what they actually want when just asking them. We could learn, however, how users perceive new directions/explorations once we move on designing & developing.

With regards to increasing awareness I assume we should dig deeper into what the consequences of potentially increased Incognito mode might be.

Best
Flo

| Dr. Florian Lachner | | UX Researcher | | lachner@google.com | | +49 (173) 3643067 |

On Mon, Apr 6, 2020 at 10:38 AM Rory McClelland <rorymcclelland@google.com> wrote:
 Thank you, Florian, it is so great to have all of this in one place.

 And thank you, Ramin, all good questions. I think we should try to revisit the grouping of existing use-cases to see if the original hypotheses we had around the natural segmentation into three distinct features still holds in light of real-world research.

 Rory


On Mon, 6 Apr 2020 at 06:27, Ramin Halavati <rhalavati@google.com> wrote:
 Than you Florian,

 This is great. We had many researches internal and external and to find facts about any question, one had to go through all of them. Now this doc can serve as the single source of insights (by now).

 Now returning to the question that triggered this request:
 • Does getting deeper into what users need help us in better planning for *one* incognito mode without any settings?
 • Or we should just accept that incognito is covering a wide range of usages, and we should try to separate the user journeys and fine tune for each one separately?
 And the next question is:
 • Is there a blocker for creating more incognito Awareness?
 Best,
 Ramin

 On Fri, Apr 3, 2020 at 4:01 PM Florian Uunk <feuunk@google.com> wrote:
  +Chrome Privacy Core

  Thank you Florian, this is really cool!

  On Fri, Apr 3, 2020 at 12:42 PM Florian Lachner <lachner@google.com> wrote:
   Dear Incognito fellows,

CONFIDENTIAL
GOOG-BRWN-00184518

As a result of our weekly discussion related to last week's workshop, Ramin asked if I could provide a compact overview of what we know about Incognito mode. I've taken the time to derive 7 guidelines for Incognito mode moving forward including all current key topics. Please find the one-pager [second page just lists further resources ;-)] here:

go/seven-incognito-guidelines

Best
Flo

| Dr. Florian Lachner | | UX Researcher | | lachner@google.com | | +49 (173) 3643067 |