# EXHIBIT 69

# Sealed Entirely