# EXHIBIT 70

# Sealed Entirely