# EXHIBIT 71

# Sealed Entirely