# EXHIBIT 72

# Sealed Entirely