# EXHIBIT 74

**INCOGNITO COMMS  WIP**

**V10 Edits**

---

**BLOG POST**

**Bringing Incognito mode to Google apps**
Since launching more than a decade ago, Incognito mode in Chrome has given you the choice to browse the internet without your activity being saved to your browser or device. As our phones become the primary way we access the internet, we thought it was important to build Incognito mode for our most popular apps. It's available in YouTube and coming soon to Maps and Search. Tap from your profile picture to easily turn it on or off. When you turn on Incognito mode in Maps, your activity—like the places you search or get directions to—won't be saved to your Google Account.

---

SUNDAR TALKING POINTS

- We've long had Incognito mode in Chrome and have been working on bringing it to more products.

- Today I'm excited to announce that we're bringing Incognito mode to Maps.

- When you turn on Incognito mode in Maps, your activity - like the places you search and navigate to - won't be tied to you.

- And we're making Incognito mode easy to turn on and off, whenever you feel like it. Whether you're in Search, YT or now Maps, just tap on your profile picture to switch in and out of Incognito mode.

---

**SAFETY CENTER TEXT:**
Turn on Incognito mode in Chrome, Search, YouTube and Maps

Incognito mode is already available in Chrome, Search on iOS and YouTube, and we're bringing it to Maps. When you turn Incognito mode on in Maps and YouTube, your activity - like the places you search for or the videos you watch - won't be saved to your Google Account.  And once you turn it off, that activity won't impact your recommendations or show up in your apps. As always, when you turn on Incognito mode in Chrome and Search your browsing data won't be saved on your apps and devices. Tap from your profile picture to easily turn it on or off in Search, YouTube or Maps.

Coming soon to Maps

---

**What's the news?** Incognito is already popular in Chrome and now we're making it easier to find and use across YouTube, Maps and Search.

**About Incognito Mode**

GOOG-BRWN-00048967.C

- **One Liner:** With Incognito Mode, your activity is cleared off of your device and apps and is never tied to you.

- **Product Description:** Already popular in Chrome, we've been expanding Incognito mode to YouTube, Search and now Maps. With Incognito Mode, your activity is cleared off of your device and apps and is not tied to you.

- **Detailed:** We all have moments-like planning a surprise party or looking up the answer to an awkward question-that we to show up in our app history or recommendations after the fact. That's why in Incognito mode your activity is cleared off of your device and apps and not saved to your account. Already popular in Chrome, we're making incognito mode available and easier to find in our major apps - YouTube, Search and Maps.

**Key Benefits & Messages:**

- **Easy to find and use with just one tap:** To give you the flexibility you need over your online experiences, we've made Incognito mode easy to find and use with just one tap across Chrome, YouTube, Search and Maps.

- **Real World Privacy:** Whether it's finding the answer to an awkward question or planning a surprise party, we all have moments we would prefer to keep to ourselves. When you leave Incognito mode, your apps and devices will be clear of history, so you can confidently share your screens without sharing your life story.

- **Control over your online experiences:** Your activity data helps make your Search results more relevant, your Maps smarter, and YouTube recommendations more useful. But not everything you search for and watch is something you want to see again. For these moments, Incognito is a simple way to keep your history in the past or get a fresh start. When in Incognito mode, your history isn't saved to your account, so the customized experiences you love - like recommendations and suggested places - won't be impacted by your activity from Incognito mode.

**Do's**
- Because of the fanciful name, always refer to Incognito with a lowercase modifier like "mode" "tab" "window"; most commonly it will be "mode"
- Do say turning Incognito mode "on and off";
- Caveat: the way Incognito mode works in Chrome & Search versus Maps & YouTube is a little different, making it challenging to have one statement that applies to all experiences x-products.
- B/C product functionality is not identical x-PA; Do say: **Incognito mode for X (ie Incognito mode for Maps)**
- Do get familiar with the limitations of Incognito Mode
-
**Dont's**
- Do not use the words *private*, *confidential*, *anonymous*, *off- the-record* when describing benefits of Incognito mode; These words run the risk of exacerbating known misconceptions about protections Incognito mode provides (see misconceptions here).
- Do not refer to a user "going Incognito" Incognito mode is a feature not a state of being.
- When talking about how Incognito mode works, we have to qualify statements about data treatment. IE we can't say the data "is deleted", "not saved" "removed from history" "history free" in absolute terms. This is b/c Google sometimes does still store the data (although it's no longer personally identifiable). We must qualify where the data removal is happening. "not saved to your account" or "deleted from you apps and devices"
- Don't lean too heavily on existing Incognito Mode Icon. In making Incognito mode available x-PA we want more users to think of this as an everyday neutral tool  Research shows that current icon has a number of negative associations that are in discord with current messaging and product

vision.

---

**GRAVEYARD**

**V9 Edits**

---

**SUNDAR TALKING POINTS**

- We've long had Incognito mode in Chrome and have been working on bringing it to more products.

- Today I'm excited to announce that we're bringing Incognito to Maps.
  - *Today I'm excited to announce that we're bringing an Incognito mode to Maps.*

- In Maps, that means you can **do things like discover nearby places and get directions without any of this activity being tied to you.**
  - That means, you can use Maps without the places you search for and view (visit?) being tied to you.
    - Redacted - Privileged
    - Any of the data being tied to you or saved to your account (this is factual and correct)

- And we're making Incognito easy to turn on and off, whenever you feel like it. Whether you're in Search, YT or now Maps, just tap on your profile picture and switch over to Incognito mode.

**Redacted - Privileged**

---

**APPROVED LINES (3rd Bullet)**

- When you turn on Incognito in Maps, you can do things like discover nearby places and get directions without any of this activity being tied to you.

- That means, you can use Maps without your activity being tied to you.

- That means, you can use Maps without the places you search for and view being tied to you.

- That means in Maps, the places you search for and view won't be linked to your account.

- That means your Maps activity - like the places you search and navigate to - won't be tied to you.

Visits -
- exacerbates confusion with location history which we're trying to manage
- *Visits undersells all the things you can do in maps*
-

Visit - were you at a specific place
View - something you view in maps

GOOG-BRWN-00048969.C

Incognito disables LR for a device.  This device is not contributing to your history. ALl the usual maps notifications based on where you are won't be triggered.
Location master is still on - device is still communicating - we dont make any statement about how other apps and services might be using your location data.
Your personal gaia tied information - not logging
If I go over to GSA it will use location data (just not LR data)

*Note: Tied to you is mentioned in retention policy in relation to deletion*

---

**Safety Center Text:**

Already in Chrome, we're making Incognito mode available and easy to use in our apps.  When you turn Incognito mode on in YouTube, Maps and Search, your activity - like the places you search for or the videos you watch - won't be tied to you.  And once you turn Incognito mode off, that activity won't impact your recommendations or show up in your apps.  Whether you're in Search or YouTube just tap on your profile picture to switch in and out of Incognito mode.  Coming soon to Maps.

**Control what is saved on your apps and devices with Incognito Mode**

You can use Incognito mode when you don't want your app and browser activity left on your devices and apps or tied to you personally. Turn on Incognito Mode in Chrome, Search and YouTube to keep your activity cleared off of your device and apps and not **saved to your Google Account**.  Coming soon to Maps.

---

- We've long since had Incognito mode in Chrome and have been working on bringing it to more products.

- Today I'm excited to announce that we're bringing Incognito to Maps.

- That means, the places you search for and visit won't be saved to your Location History and will never be tied to you.
- That means, you can use Maps without the places you search for and view being in Mapsvisit don't get saved and will never be tied to you.
- That means, you can use Maps without your activity being tied to you.
- 
- That means, the places you search for and view don't get saved and won't be tied to you.
- That means, the places you search for and vew don't get saved and so will never be tied to you.
- That means, the places you search for and view don't get saved and will never be linked to your account.

- And we are making it easy to turn on and off, whenever you feel like it. Whether you're in Search, YT or now Maps, just tap on your profile picture and switch over to Incognito mode.

**Redacted - Privileged**

GOOG-BRWN-00048970.C

<div style="border:1px solid black;">

**Safety Center Text:**

**Control what is saved on your apps and devices with Incognito Mode**

You can use Incognito mode when you don't want your app and browser activity left on your devices, or part of your history and recommendations. Turn on Incognito Mode in Chrome, Search and YouTube to keep your activity cleared off of your device and apps and not saved to your Google Account.  Coming soon to Maps.

</div>

**What's the news?**  Incognito is already popular in Chrome and now we're making it easier to find and use across YouTube, Maps and Search.

**About Incognito Mode**

- **One Liner:**  With Incognito Mode, your activity is deleted off of your device and apps and is never tied to you.

- **Product Description:** Already popular in Chrome, we're expanding incognito mode to our major apps - YouTube, Search and Maps.  With Incognito Mode, your activity is cleared off of your device and apps and is never tied to you.

- **Detailed:** We all have moments that we want to keep private- like planning a surprise party or finding the answer to an awkward question.  We don't need these moments to show up in our app history or recommendations after the fact. That's why in Incognito mode your activity is cleared off of your device and apps and not saved to your account.  Already popular in Chrome, we're making incognito mode available and easier to find in our major apps - YouTube, Search and Maps.

**Key Benefits & Messages:**

- **Easy to find and use with just one tap:**  To give you the flexibility you need over your online experiences, we've made Incognito mode easy to find and use with just one tap across Chrome, YouTube, Search and Maps.

- **Real World Privacy:** Whether it's finding the answer to an awkward question or planning a surprise party, we all have moments we would prefer to keep to ourselves. When you leave Incognito mode, your apps and devices will be clear of history, so you can confidently share your screens without sharing your life story.

- **Control over your online experiences:**  Your activity data helps make your Search results more relevant, your Maps smarter, and YouTube recommendations more useful. But not everything you search for and watch is something you want to see again. For these moments, Incognito is a simple way to keep your history in the past or get a fresh start. When in Incognito mode, your history isn't saved to your account, so the customized experiences you love - like recommendations and suggested places - won't be impacted by your activity from Incognito mode.

GOOG-BRWN-00048971.C

**V8 Edits**

Sundar Talking Points

- **We've long had Incognito mode in Chrome, and we wanted to make sure that we bring that mode to more products.**

- **Today, I'm excited to announce that we're bringing Incognito to Maps.**
  - So you can continue to discover nearby places, get directions, and use maps as you've always done without any of your data being associated with your Google Account.

- **And we are making it easy to get into.**
  - So you can simply tap on your profile picture then tap to enter incognito.

- **And, we are excited to make it that easy to access across Maps, Search, as well as YouTube.**

Tory:

"We also want to make it possible for you to use more of our products in an Incognito mode. We've long had this option in Chrome, and we want to make sure that we bring a similar mode to more products."

- **We also want to make it possible for you to use our products in a private mode.**

We also want to make it possible for you to use our products in a private mode.

That's why we launched Incognito in Chrome. And we want to make sure that we bring that mode to more products.

Today, I'm excited to announce that we're bringing Incognito to Maps.
So you can continue to discover nearby places, get directions, and use maps as you've always done without any of your data being associated with your Google Account.

And we are making it easy to get into.
So you can simply tap on your profile picture then tap to enter incognito.

And, we are excited to make it that easy to access across Maps, Search, as well as YouTube.

**Redacted - Privileged**

Safety Center Text:

GOOG-BRWN-00048972.C

> **Control what is saved on your apps and devices with Incognito Mode**
>
> You can use Incognito mode when you don't want your app and browser activity left on your devices, or to be part of your history and recommendations. Turn on Incognito Mode in Chrome, Search and YouTube to keep your activity cleared off of your device and apps and not saved to your Google Account. Coming soon to Maps.

**Commented [13]:** ?

# Redacted - Privileged

**Commented [14]:** strange designation. why not just delete and just state the names of the apps

**What's the news?** Incognito is already popular in Chrome and now we're making it easier to find and use across our major apps - YouTube, Maps and Search.

**About Incognito Mode**

- **One Liner:** With Incognito Mode, your activity is deleted off of your device and apps and is never tied to you.

- **Product Description:** Already popular in Chrome, we're expanding incognito mode to our major apps - YouTube, Search and Maps. With Incognito Mode, your activity is cleared off of your device and apps and is never tied to you.

- **Detailed:** We all have moments that we want to keep private - like planning a surprise party or finding the answer to an awkward question. We don't need these moments to show up in our app history or recommendations after the fact. That's why in Incognito mode your activity is cleared off of your device and apps and not saved to your account. Already popular in Chrome, we're making incognito mode available and easier to find in our major apps - YouTube, Search and Maps.

**Key Benefits & Messages:**

- **Easy to find and use with just one tap:** To give you the flexibility you need over your online experiences, we've made Incognito mode easy to find and use with just one tap across Chrome, YouTube, Search and Maps.

- **Real World Privacy:** Whether it's finding the answer to an awkward question or planning a surprise party, we all have moments we would prefer to keep to ourselves. When you leave Incognito mode, your apps and devices will be clear of history, so you can confidently share your screens without sharing your life story.

- **Control over your online experiences:** Your activity data helps make your Search results more relevant, your Maps smarter, and YouTube recommendations more useful. But not everything you search for and watch is something you want to see again. For these moments, Incognito is a simple way to keep your history in the past or get a fresh start. When in Incognito mode, your history isn't saved to your account, so the customized experiences you love - like recommendations and suggested places - won't be impacted by your activity from Incognito mode.

**Commented [15]:** +mediha@google.com We added slightly edited versions of the detailed product description and Sundar talking points + added our explorations for potential substitutes for "keep private" and "go off the record" at the top of this doc.

**Commented [16]:** +mediha@google.com Just to explain a couple of the changes, 'after the fact' felt a little hard to get, so we rephrased slightly. And the last sentence 'Already popular in Chrome, we're making...' has a slight grammatical issue as it sounds like the 'we' (Google) is the thing that's already popular in Chrome, if that makes sense...

**V7 HM edits**
**Updated April 29**

- We all have moments when we want **[to go off the record].** That's why we built Incognito into Chrome.
- After you leave Incognito mode, **your activity is cleared off your device and apps and never tied to you**
- But the more we all do on our phones – often signed into apps – the more helpful it is to have an Incognito option built right into the app.

Or

- But the more we all sign into apps on our phones, the more helpful it is to have an Incognito option built right into the app.
- Whether planning a surprise party or letting a family member watch videos on your phone, when you use Incognito mode, these moments don't have to stick around for others to catch a glimpse of, or to mess up your recommendations.
- So we've been working to bring that to our most popular apps, and I'm excited to announce that we're making it super easy to jump into Incognito mode in Maps, YouTube and Search.

**Original version**
- **Detailed:** We all have moments that we want to [keep private] - like planning a surprise party or finding the answer to an awkward question. We don't need these moments to show up in our app history or recommendations after the fact. That's why in Incognito mode your activity is cleared off of your device and apps and not saved to your account. Already popular in Chrome, we're making incognito mode available and easier to find in our major apps - YouTube, Search and Maps.

**HM edit of above:**

- **Detailed:** We all have moments that we want to [keep private] – like planning a surprise party or finding the answer to an awkward question. We don't need these moments to show up again in our app history or future recommendations. That's why in Incognito mode your activity is cleared from your device and apps and not saved to your account. It's already popular in Chrome and now we're making Incognito available and easier to find in our major apps – YouTube, Search and Maps.

**Alternative expressions that might substitute "keep private" / "go off the record"**

Using privacy with a qualifier – talking about relative privacy rather than absolute
We all have moments where we need some **extra privacy**
We all have moments where we need **a little more privacy**

We all have moments that are **more private than others**
We all have moments where **privacy matters more**

CONFIDENTIAL

GOOG-BRWN-00048974.C

Alternatives to 'private' / off the record
We all have moments that we want to **keep to ourselves**
We all have moments that we want to keep **confidential**

We all have moments we want to keep **secret**
We all have moments that we want to keep **separate**

We all have moments we want to keep **secret or separate**
*(secret = local privacy, separate = no personalization)*

We all have moments that we want to keep **quiet about**
We all have moments that we want to keep **hush-hush**


Suggesting physically out of sight
We all have moments that we want to keep **under wraps**
*(metaphorical phrase, but maybe more understandable than 'off the record'?)*

We all have moments that we want to keep **hidden away**
We all have moments that we want to keep **out of sight**
We all have moments when we want to **keep a low profile**

Suggesting control / handling of sensitive material
We all have moments we want to **handle carefully**
We all have moments that need **careful handling**

We all have moments that are **more sensitive**
We all have moments that are **more sensitive than others**

We all have moments where we need a **little extra control**

Defining privacy by talking about the opposite - what you want to avoid
We all have moments that we don't want to **shout about**
We all have moments that we don't want to **share with the world**
We all have moments that we don't want to **share widely**

We all have moments that we don't want **disclosed**
We all have moments that we don't want **exposed**

Suggesting separateness / sandbox / blank slate
We all have moments where we need **some space**
*(a little vague but maybe in a useful way – also suggests blank slate / safe space)*

We all have moments that we want to keep **contained**
We all have moments we want to keep **confidential and contained**

Alternative to 'just for me, just for now'
We all have moments **that aren't for everyone or forever**
We all have moments we **don't want to share with everyone or remember forever**

GOOG-BRWN-00048975.C

**Slightly edited version of Sundar talking points**

---

**Sundar Talking Points**

- We all have moments when we want **[to go off the record].** That's why we built Incognito into Chrome.
- After you leave Incognito mode, **your activity is cleared off your device and apps and never tied to you**
- But the more we all do on our phones – often signed into apps – the more helpful it is to have an Incognito option built right into the app.

Or

- But the more we all sign into apps on our phones, the more helpful it is to have an Incognito option built right into the app.

- Whether planning a surprise party or letting a family member watch videos on your phone, when you use Incognito mode, these moments don't have to stick around for others to catch a glimpse of, or to mess up your recommendations.
- So we've been working to bring that to our most popular apps, and I'm excited to announce that we're making it super easy to jump into Incognito mode in Maps, YouTube and Search.

---

**V6**

**Updated April 28**

We all have moments that we want to keep private. That's why in Incognito mode your activity is cleared off of your device and apps and never tied to you. But the more we all do on our phones - often signed in - the more we thought building Incognito right into our apps could be really helpful. So I'm excited to announce that we're making it super easy to jump into Incognito mode in Search, YouTube and Maps.

- We all have moments that we want to [keep private].
- We all have moments that we want to [go off the record]
- We all have moments that we [don't want saved]
- We all have moments when we don't want our activity saved.
-
- We all have moments when we need some basic privacy

**Redacted - Privileged**

CONFIDENTIAL

- We all have moments that we'd like to keep private from others
- We all have moments that we don't want to broadcast
- We all have moments that aren't meant to be shared
- We all have moments that are only meant for you.

- We all have moments that are [just for now]
- we all have moments - like planning a surprise party or letting a family member watch videos on your phone - that are just for now.
- We all have moments on that web that we want to be ephemeral
- We all have moments on that web that we want to be transient
- We all have moments on that web that we want to be short-lived

- We all have moments that we want a clean slate.
- We all have moments that we want a fresh start.
- We all have moments where we want to start over.
- We all have moments that we want to start fresh
-
- We all have moments that we want to be forgotten
- We all have moments that we don't want to be remembered
  We all have moments on the web that we want a fresh identity

-
- We all have moments in our lives that we don't want tied to our virtual identity
- We all have moments in our lives that we don't want tied to our online identity

---

**Sundar Talking Points**

- We all have moments that we want **[to go off the record].** That's why we built Incognito into Chrome.
- After you leave Incognito mode, **your activity is cleared off of your device and apps and never tied to you**
- But the more we all do on our phones - often signed into apps - the more we thought an Incognito option built right into apps could be really helpful.
- Whether planning a surprise party or letting a family member watch videos on your phone, when you use Incognito Mode, these moments don't have to stick around for others to catch a glimpse of or to mess up your recommendations.
- So we've been working to bring that to our most popular apps, and I'm excited to announce that we're making it super easy to jump into Incognito mode in Maps, YouTube and Search.

---

**What's the news?** Incognito is already popular in Chrome and now we're making it easier to find and use across our major apps - YouTube, Maps and Search.

GOOG-BRWN-00048977.C

**About Incognito Mode**

- **One Liner:**  With Incognito Mode, your activity is deleted off of your device and apps and is never tied to you.

- **Product Description:** Already popular in Chrome, we're expanding incognito mode to our major apps - YouTube, Search and Maps.  With Incognito Mode, your activity is cleared off of your device and apps and is never tied to you.

- **Detailed:** We all have moments that we want to keep private- like planning a surprise party or finding the answer to an awkward question.  We don't need these moments to show up in our app history or recommendations after the fact. That's why in Incognito mode your activity is cleared off of your device and apps and not saved to your account.  Already popular in Chrome, we're making incognito mode available and easier to find in our major apps - YouTube, Search and Maps.

**About Incognito Mode**

- **One Liner:**  For the moments you want to keep your history clear.
- 
- **Product Description:** Only one tap away in Chrome, YouTube, Maps and Search, Incognito mode helps keep moments that are **just for now, [out of sight]** on your apps and devices.

- **Detailed:** We all have moments that we'd prefer to keep to ourselves that's why Incognito mode lets you keep your history **[out of sight]** on your apps and devices.  Whether it's planning a surprise party or letting your niece check out cat videos on your phone, just tap on Incognito mode to leave moments that are **just for now** behind you.

**Key Benefits & Messages:**

- **Easy to find and use with just one tap:**  To give you the flexibility you need over your online experiences, we've made Incognito mode easy to find and use with just one tap across Chrome, YouTube, Search and Maps.

- **Real World Privacy:** Whether it's finding the answer to an awkward question or planning a surprise party, we all have moments we would prefer to keep to ourselves. When you leave Incognito mode, your apps and devices will be clear of history, so you can confidently share your screens without sharing your life story.

- **Control over your online experiences:**  Your activity data helps make your Search results more relevant, your Maps smarter, and YouTube recommendations more useful. But not everything you search for and watch is something you want to see again. For these moments, Incognito is a simple way to keep your history in the past or get a fresh start. When in Incognito mode, your history isn't saved to your account, so the customized experiences you love - like recommendations and suggested places - won't be impacted by your activity from Incognito mode.

**Safety Center Text:**

**Leave your search history behind with Incognito mode**

Your activity data helps make your experience richer and more relevant across Chrome, Search, YouTube and Maps. But we all have moments we'd prefer to keep to ourselves – whether that's finding the answer to an awkward question or arranging a surprise party. For moments like this, just tap your account icon to turn on Incognito mode. At the end of the session, your history will be cleared from your apps and device and none of your activity data will be tied to you personally.

GOOG-BRWN-00048978.C

**V5**

**Draft:**
Of course there are those moments when you may just want to step out of your account for a bit. That's why we built Incognito - the things you search and the sites you visit are [private to you and] never saved to your account. But the more we all do on our phones - often signed into apps - the more we thought an Incognito option built right into apps could be really helpful. So we've been working on that for our most popular apps, and I'm excited to announce that we're making it super easy to jump into Incognito mode in Maps, YouTube and Search.

We all have moments that we want **to keep off the record.** That's why we built Incognito into Chrome. But the more we all do on our phones - often signed into apps - the more we thought an Incognito option built right into apps could be really helpful. After you leave Incognito mode, **your activity is cleared off of your device and apps and never tied to you.** So we've been working to bring that to our most popular apps, and I'm excited to announce that we're making it super easy to jump into Incognito mode in Maps, YouTube and Search.

- We all have moments - planning a surprise party or letting a family member watch videos on your phone - that are just for now.  We don't need these moments to stick around for others to catch a glimpse of or to mess up our recommendations.

That's why we built Incognito - the things you search and the sites you visit aren't tied to you.
That's why we built Incognito - the things you search and the sites you visit are cleared as soon you as you turn off Incognito.
Your activity is immediately cleared out and never tied to you.
**Your activity is cleared from your device and apps and never tied to you.**
**Your activity is cleared off of your device and apps and never tied to you.**
**Your activity is deleted off of your device and apps and never tied to you.**

Your history (like the things you search, the stuff you click on)
Your activity (like the things you search, the stuff you click on) is automatically deleted and never tied to you.

GOOG-BRWN-00048979.C

Your activity (like the things you search, the stuff you click on) is automatically deleted and never tied to you.

*We're also expanding Incognito mode—the option in Chrome that clears your browsing history after every session—to more of our products, including Maps.*

**What's the strongest thing we can say around delete / not recorded?**
- Disposable
- Clearing / INformation you want to be rid of
- Just for now
- Tie it back to UX element of the account particle
- Not saved to your account
- Not saved to you personally
- Cleared from your history
-

---

**Sundar Talking Points**

- Incognito mode is already popular in Chrome and we're making it easier to find and use across our major apps - YouTube, Search and Maps.

- We all have moments -  planning a surprise party or letting a family member watch videos on your phone - that are just for now.  We don't need these moments to stick around for others to catch a glimpse of or to mess up our recommendations.

- We also know that these moments happen all throughout our day - whether we're searching, visiting places, or watching videos - and that's why we've made it even easier to find and use Incognito mode across all our major apps.

- Incognito is growing up. We're introducing a new look and feel, because Incognito Mode is more than just going under wraps sometimes, it's another way to make your experiences on our products work better for you - no matter the moment.

---

**Maps:**
- LH is not recording
- You download maps to your phone; and using GPS to see where you are and providing
    - Device and google maps locally knows where you are
- Location data not leaving device
- Not getting recording anywhere as part of your history
- THere will be break in my Location History so when I go to timeline i wont see any places for the time I'm in Incognito Mode
- Not a master switch for all location - only the recording of it
- We do record any searches you make in Maps against an anonymous identifier. We know the search happened but not that it was you.
- If I leave maps to go to search

GOOG-BRWN-00048980.C

**YT** - about recommendations
**Search** - it's about your feed

**What's the news?** Incognito is already popular in Chrome and now we're making it easier to find and use across our major apps - YouTube, Maps and Search.

**About Incognito Mode**
- **One Liner:** Your activity is cleared from your device and apps and never tied to you.
- 
- **Product Description:** Only one tap away in Chrome, YouTube, Maps and Search, Incognito mode helps keep moments that are **just for now**, deleted from your apps and devices and never tied to you personally.

- **Detailed:** We all have moments that we'd prefer to keep to ourselves that's why Incognito mode lets delete activity on your apps and devices.  Whether it's planning a surprise party or letting your niece check out cat videos on your phone, just tap on Incognito mode to leave moments that are **just for now** behind you.

**About Incognito Mode**
- **One Liner:** For the moments you want to keep your history clear.
- 
- **Product Description:** Only one tap away in Chrome, YouTube, Maps and Search, Incognito mode helps keep moments that are **just for now**, **[out of sight]** on your apps and devices.

- **Detailed:** We all have moments that we'd prefer to keep to ourselves that's why Incognito mode lets you keep your history **[out of sight]** on your apps and devices.  Whether it's planning a surprise party or letting your niece check out cat videos on your phone, just tap on Incognito mode to leave moments that are **just for now** behind you.

**Key Benefits & Messages:**

- **Easy to find and use with just one tap:**  To give you the flexibility you need over your online experiences, we've made Incognito mode easy to find and use with just one tap across Chrome, YouTube, Search and Maps.

- **Real World Privacy:** Whether it's finding the answer to an awkward question or planning a surprise party, we all have moments we would prefer to keep to ourselves. When you leave Incognito mode, your apps and devices will be clear of history, so you can confidently share your screens without sharing your life story.

- **Control over your online experiences:**  Your activity data helps make your Search results more relevant, your Maps smarter, and YouTube recommendations more useful. But not everything you search for and watch is something you want to see again. For these moments, Incognito is a simple way to keep your history in the past or get a fresh start. When in Incognito mode, your history isn't saved to your account, so the customized experiences you love - like recommendations and suggested places - won't be impacted by your activity from Incognito mode.

**Safety Center Text:**
   **Leave your search history behind with Incognito mode**

GOOG-BRWN-00048981.C

Your activity data helps make your experience richer and more relevant across Chrome, Search, YouTube and Maps. But we all have moments we'd prefer to keep to ourselves – whether that's finding the answer to an awkward question or arranging a surprise party. For moments like this, just tap your account icon to turn on Incognito mode. At the end of the session, your history will be cleared from your apps and device and none of your activity data will be tied to you personally.

FAQ:

NB: This is a first-pass edit of the **does/doesn't** copy -- however, it feels like there's a bigger discussion to be had about how to make the wording both technically and legally accurate and not too negative (particularly for the **doesn't** bulletpoints).

**What Incognito Does:**
- At the end of your session, your search history and browsing data is wiped from your app's history
- Any retained search or browsing activity won't be associated with you personally
- At the end of your session, any data on your device is wiped (including search history, cookies, site data and cached files)
- Any signed-in recommendations and suggested content that you get in the future won't be affected by your activity in Incognito mode
- When you turn on Incognito mode, it's like using a clean slate with no historical personalization

> **Commented [19]:** maybe influenced? sounds less negative?

**What Incognito Doesn't Do:**

- It doesn't hide your activity from your network administrator (e.g. your school or employer) or your internet service provider
- It doesn't hide your activity from the websites you visit (cookies can still be placed)
- It doesn't prevent targeted advertising based on data within an Incognito session
- It doesn't prevent third parties from using device/browser fingerprinting techniques for identification
- It doesn't prevent you from signing into Google or logging into websites
- It doesn't prevent server-side logging, session-based personalization, or data being carried from non-Incognito into Incognito mode (e.g. auto-fill in Chrome)
- It doesn't prevent non-personal data (e.g. location) from being used for personalization
- It doesn't delete downloaded files

**Questions for the reactive comms doc**
- What data does Google collect when I'm Incognito?
- Who can see my data when I'm Incognito?
- Can't Google just associated my data with my signed in account?
- When should I use Incognito?
- What does Incognito protect me against?
- What doesn't Incognito do?
- When should I not use Incognito?
- What are the benefits of using Incognito?

CONFIDENTIAL

GOOG-BRWN-00048982.C

- What are the disadvantages of using Incognito?
- How does Incognito work?
- What does it mean to be Incognito in Maps?

**CHROME:**
- **Many users use incognito to search between**

---

**V5b  (HELLO MONDAY)**

**First, some one-line explorations aiming to make the limitations super-clear – i.e. local privacy + no customization/personalization:**

Incognito mode is a one-touch tool for those moments when you want to keep your history off your device and your activity separate from your account.

Incognito mode is a one-touch tool for hiding your history and pausing your personalization.

> **Commented [20]:** Functionally this might not be entirely true - we're pausing your personalization. You get a clean slate upon entry, but there is in fact in-session personalization going on. What do you think, +mediha@google.com ?

Incognito mode is a one-touch tool that keeps your history out of sight and keeps your personalization the way you want it.

**What's the news?**
- Incognito is coming to Maps as well as Chrome, Search and YouTube – making it easy to hide your history and pause your personalization with just one tap.

> **Commented [21]:** Alternative: making it easy to control your online experience with just one tap.

**About Incognito Mode**
- **One Liner:** For the moments you want to hide your history and pause your personalization.

- **Product Description:** Incognito mode helps you stay in control of your privacy by keeping your history off your device and your activity separate from your account.

- **Detailed:** We all have moments where we need a little extra control – whether it's planning a surprise party or letting your niece check out cat videos on your phone. Incognito mode helps you stay in control of your experience by keeping your history out of sight on your apps and devices – and separating it from the personalized experience you get in the future. Now coming to Maps as well as Chrome, Search and YouTube, Incognito is an easy way to stay in control of your internet life.

**Key Messages  / Benefits**
- **One tap. Four apps.** Incognito mode is one simple privacy control that works across four of our most popular apps – Chrome, Search, YouTube and (very soon) Maps.

- **Control your history.** We all have moments we want to keep from friends and family – whether it's shopping for a surprise gift or finding the answer to an awkward question.

GOOG-BRWN-00048983.C

When you leave Incognito mode, your apps and devices will hide your history, so you can confidently share your device without sharing your life story.

- **Control your future.** Your activity data helps make your Search results more relevant, your Maps smarter, and YouTube recommendations more useful. But not everything you search for and watch is something you want to see again. For these moments, Incognito gives you the flexibility you need. When in Incognito mode, your history isn't saved to your account, so the customized experiences you love – like recommendations and suggested places – won't be affected by your activity.

**Sundar Talking Points**
- Incognito is already popular in Chrome, YouTube and Search – today we're excited to announce plans to launch it in Maps.

- We have a responsibility to make privacy simple and easy for everyone. Now we have a one-tap control that works across our four most popular apps.

- We want to be clear about what Incognito does. Firstly, it clears your history on your device, so you can share it confidently with friends and family. Secondly, it pauses your personalization so anything you do in Incognito mode doesn't shape your experience in future.

- People love how their activity data helps make Search results more relevant, Maps smarter, and YouTube more useful. Incognito is about giving people more control and flexibility for those moments when they need it. Across four apps. In one tap.

**Safety Center Text:**

> **Commented [22]:** Haven't yet had a chance to look at the Safety Center and FAQ copy

### Leave your search history behind with Incognito mode

Your activity data helps make your experience richer and more relevant across Chrome, Search, YouTube and Maps. But we all have moments that are just for us and just for now – whether it's finding the answer to an awkward question or arranging a surprise party. For moments like this, just tap your account icon to turn on Incognito mode. At the end of the session, your history will be cleared from your apps and device and none of your activity data will be tied to you personally.

**FAQ:**

**What Incognito Does:**
- At the end of your session, your search history and browsing data is wiped from your app's history
- Any retained search or browsing activity won't be associated with you personally
- At the end of your session, any data on your device is wiped (including search history, cookies, site data and cached files)

CONFIDENTIAL

- Any signed-in recommendations and suggested content that you get in future won't be affected by your activity in Incognito mode
- When you turn on Incognito mode, it's like using a blank slate with no historical personalization

**What Incognito Doesn't Do:**

- It doesn't hide your activity from your network administrator (e.g. your school or employer) or your internet service provider
- It doesn't hide your activity from the websites you visit (cookies can still be placed)
- It doesn't prevent targeted advertising based on data within an Incognito session
- It doesn't prevent third parties from using device/browser fingerprinting techniques for identification
- It doesn't prevent you from signing into Google or logging into websites
- It doesn't prevent server-side logging, session-based personalization, or data being carried from non-Incognito into Incognito mode (e.g. auto-fill in Chrome)
- It doesn't prevent non-personal data (e.g. location) from being used for personalization
- It doesn't delete downloaded files

**Questions for the reactive comms doc**

- What data does Google collect when I'm Incognito?
- Who can see my data when I'm Incognito?
- Can't Google just associate my data with my signed in account?
- When should I use Incognito?
- What does Incognito protect me against?
- What doesn't Incognito do?
- When should I not use Incognito?
- What are the benefits of using Incognito?
- What are the disadvantages of using Incognito?
- How does Incognito work?
- What does it mean to be Incognito in Maps?

---

**INCOGNITO COMMS  WIP**
V4 (HM edit of V3)
Updated April 24

**V4**

**What's the news?**
- We're making privacy simpler by expanding our popular Incognito mode from Chrome and YouTube to Search and Maps. So if it's just for you, or just for now, you can leave your history behind in just one tap.

GOOG-BRWN-00048985.C

**Incognito One Liner**
- Incognito: Just for you. Just for now. Just one tap.
- In Chrome. In Search. In YouTube. In Maps. Incognito.

**Key Messages**
- **One privacy control when and where you need it:** Incognito mode gives you extra control over your privacy online – and now it's available across Chrome, YouTube, Search and Maps. So if it's just for you, or just for now, you can leave your history behind in just one tap.

- **Just for you:** So much of life today happens online. And just like in the real world, we all have moments we prefer to keep to ourselves – whether it's finding the answer to an awkward question or shopping for a surprise gift. When you use Incognito mode, your history isn't saved to your account and any browsing and site data is wiped from your device after your session ends. So you can confidently share your device knowing that any history intended just for you won't be visible to others.

- **Just for now:** Your activity data helps make your Search results more relevant, your Maps smarter, and YouTube more useful. But not everything you search for and watch is something you want to see again. For these moments, Incognito is a simple way to keep your history in the past. When you turn off Incognito mode, your search and browsing activity isn't tied to your account. So the customized experiences you love won't be affected by anything that happened in Incognito mode.

- **Just one tap:** Incognito is already popular in Chrome and YouTube -- today we're announcing plans to launch it across the whole of Search and Maps. As Google, we have a responsibility to make our privacy controls simple and easy to access. That's why we're making Incognito easy to find with just one tap.

**Sundar Talking Points**
- Incognito is already popular in Chrome and YouTube -- today we're excited to announce plans to launch it across the whole of Search and Maps.

- People love how their activity data helps make Search results more relevant, Maps smarter, and YouTube more useful. But just like in real life, we all have moments online that are just for us, or just for now. Incognito gives people control over that – in just one tap.

- Whatever you do in Incognito mode, your history is wiped from your device at the end of the session, and none of the data is tied to you personally.

- So you can still enjoy the richness and relevance that comes with Chrome, Search, YouTube and Maps – but step out with one tap any time.

- We have a responsibility to make privacy simpler and easier for everyone. With a simple tap across our four most popular apps we want to make to help make it easier for you to get the privacy you need in

**Redacted - Privileged**

**Redacted - Privileged**

**Redacted - Privileged**

GOOG-BRWN-00048986.C

**Safety Center Text:**

**Browse with extra privacy with Incognito mode**

Your activity data helps make your experience richer and more relevant across Chrome, Search, YouTube and Maps. But we all have moments that are just for us and just for now -- whether it's finding the answer to an awkward question or arranging a surprise party. For moments like this, just tap your account icon to go Incognito. At the end of the session, your history will be wiped from your device and none of your data will be tied to you personally.

**FAQ:**

NB: This is a first-pass edit of the **does/doesn't** copy -- however, it feels like there's a bigger discussion to be had about how to make the wording both technically and legally accurate and not too negative (particularly for the **doesn't** bulletpoints).

**What Incognito Does:**
- At the end of your session, your search history and browsing data is wiped from your app's history
- Any retained search or browsing activity won't be associated with you personally
- At the end of your session, any data on your device is wiped (including search history, cookies, site data and cached files)
- Any signed-in recommendations and suggested content that you get in future won't be affected by your activity in Incognito mode
- When you turn on Incognito mode, it's like using a blank slate with no historical personalization

**What Incognito Doesn't Do:**

- It doesn't hide your activity from your network administrator (e.g. your school or employer) or your internet service provider
- It doesn't hide your activity from the websites you visit (cookies can still be placed)
- It doesn't prevent targeted advertising based on data within an Incognito session
- It doesn't prevent third parties from using device/browser fingerprinting techniques for identification
- It doesn't prevent you from signing into Google or logging into websites
- It doesn't prevent server-side logging, session-based personalization, or data being carried from non-Incognito into Incognito mode (e.g. auto-fill in Chrome)
- It doesn't prevent non-personal data (e.g. location) from being used for personalization
- It doesn't delete downloaded files

CONFIDENTIAL

GOOG-BRWN-00048987.C

CONFIDENTIAL

**INCOGNITO COMMS  WIP**
**DRAFT | Last Updated April 24, 2019**
**Legal Review Scheduled: April 25, 2019**

V3

**What's the news?**
- Already available in Chrome and YouTube, we're expanding Incognito mode to Search and Maps - now making it even easier to leave your search history behind when it matters most to you.

**Incognito One Liner (Options)**
- Incognito: Make your search history, history.
- Incognito: Leave your search history behind.

**Key Messages**
- **Privacy controls when and where you need them:** Incognito mode gives you extra control over your privacy online. We all have searches that we prefer to keep to ourselves or are just for a moment in time – whether that's checking out the latest celebrity gossip, shopping for a surprise gift, or dabbling in quilting tutorials.   Now whether you're on Maps, Search, Chrome or YouTube you'll easily be able turn on Incognito mode for those moments that are just for you or just for now.

- **Just for you moments:** Whether we're learning, planning, discovering - so much of our lives today happen online.  And just like in the real world, we all have moments that we might prefer to keep just to ourselves, whether that's finding the answer to an awkward question, indulging in fanfiction or trying to get to the bottom of millenial slang.   When you use Incognito mode, we don't save your history to your account and will wipe any browsing and site data from your device after your sessions end. This means you can confidently share your devices or your screen knowing that any history intended just for you personally won't be visible to others.

- **Just for now moments:**  Your activity data helps make your Search results more relevant, your maps smarter, and YouTube more useful.  But not everything you Search for and watch is something you care to see again or more of.  For these moments, Incognito mode offers a simple way to keep this history in the past.  When you close out of Incognito mode, your search and browsing activity won't be tied to your account.  This means that when you sign back in, the customized experiences you love won't be impacted by your activity from Incognito mode.

- **Accessible with one tap:** Incognito is already popular in Chrome and YouTube – today we are announcing plans to launch it across the whole of Search and Maps. As Google, we have a responsibility to ensure our privacy controls are simple and accessible. That's why we're making Incognito easy to find with just one tap.

**Sundar Talking Points (TO BE REVISED)**

- Of course there are times when you'd like to keep it confidential. Incognito is great for that.

CONFIDENTIAL

- What you browse in Incognito mode stays private to you. When you turn off incognito mode, your activity is deleted.

- Incognito mode has always been in Chrome. And to make it easier for those moments you want to go off the record, I'm excited to announce that we're bringing it to our most popular apps: Search, Maps and YouTube.

- Just swipe to jump in and out of Incognito mode.

**Redacted - Privileged**

**Safety Center Text (TO BE REVISED):**

### Privately browse the Internet with Incognito mode

Your online history can help make your search results more useful, but there are times you may want to browse in private. If you share a computer with your partner, for instance, you probably don't want your browsing history to ruin the surprise birthday gift you're searching for. For moments like this, open an Incognito window on your computer or mobile device to prevent Chrome from saving your browsing history.

**FAQ  (TO BE REVISED):**

### What Incognito Does:
- Search/Browsing activity will not be associated with you personally (only to a pseudonymous identifier)
- Search/Browsing activity is deleted and won't show up in your app(s) history
- On device data (cookies, site data and cached files) will be deleted when you exit Chrome Incognito mode
- Signed-In recommendations and suggested content won't be impacted by Incognito search activity
- Blank slate upon entry (no historical personalization)

### What Incognito Doesn't Do:

- Hide your activity from your network administrator (School, Employer) or internet service provider
- Hide your activity from websites you visit (cookies can still be placed)
- Prevent targeted advertising based on data from an Incognito session
- Prevent 3Ps from device/browser fingerprinting techniques for identification
- Prevent you from signing into Google or logging into websites
- **Additional:** Incognito also does not prevent server-side logging, session-based personalization, data being carried from non-Incognito to Incognito (ie auto-fill in Chrome); Use of non-personal data for personalization (ie location); Delete downloaded files

**V2**

GOOG-BRWN-00048990.C

**Key questions**
- *Can we use a more general word like privacy if qualified?*
- *Will they allow for any metaphors that need qualification and description and in what contexts (speech, UI, blog) → where are the boundaries?*
- *Who is doing it? Incognito Mode, Google, Passive?*
- *How specific do we need to be when referring to the data (ie history, search activity)*
- ***Focus on the before and after but not the during***

**What's the news?**
- Already available in Chrome and YouTube, we're expanding Incognito mode to Search and Maps - now making it easier than ever to search off the record.

**Incognito One Liner (Options)**
- A simple way to leave your search history behind.
- For the moments you want a blank slate.
- For the moments you want to go off-the-record.

> **Redacted - Privileged**

**Key Messages**
- **Privacy controls where you need them:** Incognito mode gives you extra control over your privacy online. We all have moments that we prefer to keep to ourselves – being able to keep these moments confidential is what Incognito is all about.  Now whether you're on Maps, Search, Chrome or YouTube you can easily turn on Incognito mode and search off the record.

> **Redacted - Privileged**

- [Local Privacy] If you're using Incognito mode in Chrome, it will wipe all browsing and site data from your device. It's a simple way to stay in control of your device and app history. This means you can confidently share your screen or devices knowing that any history you just intended for you personally won't be visible to others.

> Commented [34]: ALT: practical?

- [Flexibility and control over how your information is used] Incognito is a simple way to keep your devices and apps history free. Your search and browsing activity at the end of the session and makes sure it's not tied to you personally. It also means your signed-in personalization and customization won't be influenced by any activity from Incognito mode.

> Commented [35]: ALT: account is personalized

- **Accessible with one tap:** Incognito is already popular in Chrome and YouTube – today we are announcing plans to launch it across the whole of Search and Maps. As Google, we have a responsibility to ensure our privacy controls are simple and accessible. That's why we're making Incognito easy to find with just one tap.

**Practical Use Cases:**
- **Maps**
- **YouTube**
- **Search**
- **Chrome**


**Dreamlines:**
- Incognito mode – now available everywhere
- Incognito mode, now available on YouTube, Google Search, and Maps

- Google shows it's serious about privacy by making it easy for people to pop in and out of Incognito mode

**Dreadlines:**
- Incognito mode won't keep your browsing private. Do this instead.
- Sorry, but Google Chrome Incognito isn't as private as you think.

**Sundar Talking Points:**

- Of course there are times when you'd like to keep it confidential. Incognito is great for that.

- What you browse in Incognito mode stays private to you. When you turn off Incognito mode, your activity is deleted.

**Redacted - Privileged**

- Incognito mode has always been in Chrome. And to make it easier for those moments you want to go off the record. I'm excited to announce that we're bringing it to our most popular apps: Search, Maps and YouTube.

- Just swipe to jump in and out of Incognito mode.

**FAQ:**

**What Incognito Does:**
- Search/Browsing activity will not be associated with you personally (only to a pseudonymous identifier)
- Search/Browsing activity is deleted and won't show up in your app(s) history
- On device data (cookies, site data and cached files) will be deleted when you exit Chrome Incognito mode
- Signed-In recommendations and suggested content won't be impacted by Incognito search activity
- Blank slate upon entry (no historical personalization)

**What Incognito Doesn't Do:**

- Hide your activity from your network administrator (School, Employer) or internet service provider

- Hide your activity from websites you visit (cookies can still be placed)

- Prevent targeted advertising based on data from an Incognito session

- Prevent 3Ps from device/browser fingerprinting techniques for identification

GOOG-BRWN-00048992.C

- Prevent you from signing into Google or logging into websites

- **Additional:** Incognito also does not prevent server-side logging, session-based personalization, data being carried from non-Incognito to Incognito (ie auto-fill in Chrome); Use of non-personal data for personalization (ie location); Delete downloaded files

---

V1

**What's the news?**
- Incognito mode is already available in Chrome and YouTube. To make it easier for those moments you want to go off the record, we're excited to announce that we're bringing it to our most popular apps: Search, Maps and YouTube.

  - Blank Slate
  - Wipe the slate clean
  - Fresh start

-

*HM:*
*The version above mentions YouTube twice, and could imply Search/Maps are more popular than Chrome/YouTube. Need to discuss what the exact PR angle is, but the versions below are written from the angle of IM already existing in Chrome/YouTube and now being introduced across all of Search/Maps:*

- **We've made Incognito mode even simpler on Chrome and YouTube – and introduced it to Search and Maps. Think of it as an everyday tool for those moments in life when you'd rather not be remembered.**

- **Incognito mode now works on Maps and Search, as well as Chrome and YouTube. A simple answer for those moments in life when you'd rather not be recognised.**

- Incognito mode is now available on Maps and Search, as well as Chrome and YouTube. So it's simpler than ever to go history-free in your favourite Google apps.
- Now Incognito works on Maps and Search, just like Chrome and YouTube. So it's simpler than ever to go history-free and keep your device clear across your favourite apps.
- Incognito mode now works on Maps and Search, as well as Chrome and YouTube. A simple answer for those moments in life when you'd rather not be remembered.

**Key Messages**
*Draft North Star & Messaging Pillars*
- Incognito mode gives users additional control over their online experiences. Whether its researching something a bit embarrassing or that's a little bit personal, we all have

> **Commented [37]:** +rikke@hellomonday.com
> Rikke - could we get your team's help copy editing "What's the news" and "Key Messages" ?  (Please feel free to add add'l key messages if you think anything missing).  I've also in updated North Star & messaging pillars).

> **Commented [38]:** We've added HM edits and comments in dark blue.

> **Commented [39]:** Thank you!  We will likely have to do another revision tonight after getting Legal and PRs feedback.

> **Commented [40]:** Sure. We can do another overnight round of work on it.

> **Commented [41]:** Gestures and implication for copy:
> - Google Identity is challenging for chrome
> - Generic sense of identity does make sense across the products
> When in incognito in chrome - you are not associating with your identity (not necessarily your google account).
>
> Who is doing it?
> --> The mode is doing it

> **Commented [42]:** Is this misleading? Websites

> **Commented [43]:** In the sense that your activity in Incognito mode is not tied to you personally - you are not being recognized.
>
> So you're not invisible, your activity  or visit to a website may be recorded or tracked, but you will not be identified with it, staying unrecognized.

CONFIDENTIAL

GOOG-BRWN-00048993.C

moments that we prefer to keep just to ourselves. Being able to keep these moments confidential is what Incognito is all about.

- Incognito mode ensures that your search and browsing activity will be deleted and won't be tied to you personally.  If you're using Incognito mode in Chrome, we'll also make sure to wipe all browsing and site data from your device.  This means you can confidently share your screen or devices knowing that any history you just intended for you personally won't be visible to others.  It also means that your signed-in personalization and customization won't be influenced by any activity from Incognito mode.

- Already live in Chrome, YouTube, iGsa today we are announcing plans to launch incognito to more of our favorite apps - Maps and Search. As Google, we have a responsibility to ensure our privacy controls are simple and accessible, that's why we are making Incognito easy to find with just one tap from your account icon.

**Key Messages** (HM edit)
*Draft North Star & Messaging Pillars*
- Incognito mode gives you extra control over your everyday internet life. We all have moments that we prefer to keep to ourselves -- being able to keep these moments confidential is what Incognito is all about.
- Incognito mode deletes your search and browsing activity at the end of the session and makes sure it's not connected to you personally. If you're using Incognito mode in Chrome, it will wipe all browsing and site data from your device. This means you can confidently share your screen or devices knowing that any history you just intended for you personally won't be visible to others. It also means your signed-in personalization and customization won't be influenced by any activity from Incognito mode.
- Incognito is already popular in Chrome and YouTube – today we are announcing plans to launch it across the whole of Search and Maps. As Google, we have a responsibility to ensure our privacy controls are simple and accessible. That's why we're making Incognito easy to find with just one tap from your account icon.


**External One Liner**
- For the moments you want to go off the record across all our apps.
- A simple way to go history free in Chrome, Search, YouTube and Maps

HM:
These lines are trying to combine two main messages – what Incognito is (For the moments you want to go off the record / A simple way to go history-free) and availability across all four apps. To write snappier / more memorable lines, it would help to focus only on one element – e.g. **In Chrome. In Search. In YouTube. In Maps. Incognito.** But the options below aim to keep both messages:

HM edits:
**Alternatives to 'off the record' (and avoiding 'all our apps' which implies they are the only four apps)**

> **Commented [44]:** +rikke@hellomonday.com Could we also get some help with external options for these one liners.  Note we need to avoid "Privacy" and "Off the record" for the external copy.
>
> Thanks!
> m

> **Commented [45]:** Yes, We're looking into this today!

GOOG-BRWN-00048994.C

- For the moments you choose not to be remembered in Chrome, Search, YouTube and Maps.
- For the moments you want to go history-free in Chrome, Search, YouTube and Maps.
- For your just-for-me moments in Chrome, Search, YouTube and Maps.
- For the moments you choose not to be recognised in your favourite apps.

**Variations on 'A simple way to go history-free in Chrome, Search, YouTube and Maps'**
(NB: would advise hyphenating 'history-free' as it's effectively a new compound adverb and it makes it easier to understand.)

- A simple way to keep your device and history clear. Now available in Chrome, Search, YouTube and Maps.
- A simple way to stay in control of your device and app history. Now available in Chrome, Search, YouTube and Maps.
- A simple way to clear your history and control your personalisation. Now available in Chrome, Search, YouTube and Maps.
- The mode that acts like it never happened. Available across your favourite Google apps.
- **The mode that remembers to forget. Available across your favourite Google apps.**

---

**Dreamlines:**
- Incognito mode – now available everywhere
- Incognito mode, now available on YouTube, Google Search, and Maps
- Google shows it's serious about privacy by making it easy for people to pop in and out of Incognito mode

**Dreadlines:**
- Incognito mode won't keep your browsing private. Do this instead.
- Sorry, but Google Chrome Incognito isn't as private as you think.

**Why did you make these changes?**
**When will the app be available to all users?**
**Is the app available on both Android and iOS?**
**Is the experience the same on both iOS and Android?**
**In what countries is the app available?**

**What's the benefit to using the app instead of the desktop experience?**

---

**FAQ:**

**What Incognito Does:**
- Search/Browsing activity will not be associated with you personally (only to a pseudonymous identifier)

CONFIDENTIAL

GOOG-BRWN-00048995.C

- Search/Browsing activity is deleted and won't show up in your app(s) history

- On device data (cookies, site data and cached files) will be deleted when you exit Chrome Incognito mode

- Signed-In recommendations and suggested content won't be impacted by Incognito search activity

- Blank slate upon entry (no historical personalization)

**What Incognito Doesn't Do:**

- Hide your activity from your network administrator (School, Employer) or internet service provider

- Hide your activity from websites you visit (cookies can still be placed)

- Prevent targeted advertising based on data from an Incognito session

- Prevent 3Ps from device/browser fingerprinting techniques for identification

- Prevent you from signing into Google or logging into websites

- **Additional:** Incognito also does not prevent server-side logging, session-based personalization, data being carried from non-Incognito to Incognito (ie auto-fill in Chrome); Use of non-personal data for personalization (ie location); Delete downloaded files

**Addendum:**

- Incognito Value Prop & Research

One extra thought we've just been discussing following the catch-up.

Thinking about this section in the Sundar talking points:
**\*Incognito mode has always been in Chrome. And to make it easier for those moments you want to go off the record, I'm excited to announce that we're bringing it to our most popular apps: Search, Maps and YouTube.\***

…and also the general direction that we should be building off Incognito's record in Chrome and how it's expanding to other apps:

GOOG-BRWN-00048996.C

Maybe we are getting too bogged down in trying to explain what Incognito is/does, when the lead message is more about the ease and simplicity of it being a single control across four apps.

We could lean more on this in the copy – and the slide behind Sundar could be this one: **\*In Chrome. In Search. In YouTube. In Maps. Incognito.\***

We still need to find some form of words to describe what IM does, but maybe that should be secondary. Part of the answer might be to shift the conversation onto stronger ground – the cross-product message, which is appealing and easy to grasp.

CONFIDENTIAL

GOOG-BRWN-00048997.C