# EXHIBIT 75

Message
---

| | |
|---|---|
| **From**: | Burgan Shealy [bshealy@google.com] |
| **Sent**: | 8/15/2018 12:10:11 AM |
| **To**: | Austin Knight [austinknight@google.com] |
| **CC**: | Maximilian Walker [maxwalker@google.com]; Shimi Rahim [srahim@google.com]; Martin Shelton [martinshelton@google.com]; Alex Ainslie [ainslie@google.com]; Helen Harris [helenharris@google.com]; Ben Kawaichi [bkawaichi@google.com] |
| **Subject**: | Re: Incognito Branding? |

Also, here's some links to current research by the AGSA/GGo team [from Melinda Klayman]:

Here's the rolling UX deck
This is the report from our first lab study and here's a video
We also ran an intercept
Here's the plan for the diary study we're currently running

*\* disclaimer -- I haven't looked at all of these yet*

On Tue, Aug 14, 2018 at 4:39 PM, Burgan Shealy <bshealy@google.com> wrote:
Not sure if I am included in the et al :) but I am supportive of the experiment though I agree the challenges are deeper than just the name.

The goal of the experiment would be to quickly and easily gather some data before potentially investing in extensive research. But I also see value in running multiple experiments in this space to learn, including on other strings (really like the suggestion of reframing this through the lens of temporality), iconography, discoverability, etc. Other browsers use "Private" so it seems like an interesting place to start. I'm looking forward to the results of the brainstorming next week. There might also be some ideas out of the gender equity workshop.

I think it is also important to note that other teams are watching what we do in this space. YouTube recently launched Incognito and referenced "established recognition amongst Chrome users" in deciding to go with the name when testing indicated that it performed as well as the other options under consideration [but this was across all demographics within the US using GCS]

Here's some additional research the Horizons team provided around Incognito.


On Tue, Aug 14, 2018 at 11:21 AM, Austin Knight <austinknight@google.com> wrote:
I'll add myself to the list of people that are supportive of an experiment, though I agree that *what we experiment with* and *how we measure results* will matter.

I briefly mentioned in my observations deck from Kenya that while users generally didn't understand Incognito, they did express a desire for a feature like it. I think we could point to six potential reasons why there may be confusion around Incognito:

- Name of the feature ("incognito" is a confusing word)
- Visual representation of the feature (spy icon can be misleading)
- NTP description (long paragraph; people may not read it)
- Discoverability (many users don't get exposure to the tab switcher or overflow menu)
- "Scare factor" (the switch to a dark theme and long paragraph may be shocking or confusing - it may appear like an error or a warning)

- Conceptual/societal disconnect (the idea of private browsing may not be commonplace in some regions)

We could test against all of these things, but the first 3 would probably be the easiest/quickest to tackle.

On Tue, Aug 14, 2018 at 8:01 AM Maximilian Walker <maxwalker@google.com> wrote:
I'm also supportive of an experiment. Using a term that a large portion of our users doesn't understand seems hard to justify. Another part of the Incognito brand we could look into more (besides the feature name and language on the NTP) is the "spy" iconography. I think it conveys that Incognito browsing makes you anonymous on the web which is the most common misconception and opposite of what we are otherwise trying to communicate.

On Tue, Aug 14, 2018 at 3:17 AM Shimi Rahim <srahim@google.com> wrote:
Thanks for the heads up, Alex! There is much to do on the L10n side if the feature is rebranded; I've just sent an email to Tal about L10n stuff to follow up.

tl;dr I'm supportive of an experiment to try a different name, but metrics measuring how many people click on "incognito" versus a renamed item are not, I think, going to provide very useful findings. Maybe a survey? Something task-based? Something that won't add to UXR's already overflowing plates.

From a language perspective, "Incognito" is often translated as some variation of "private", "anonymous", "secret", or "hidden" anyway, rather than as "incognito." It's not a commonly used word in English and is not common in most other languages, either.

Martin's ideas deserve consideration as much as the word "private" and we are planning to brainstorm during Make Week.

I also agree w/UXR that there are fundamental problems with discoverability and comprehension.

The Privacy section of the gender equity deck provides compelling reasons for us to think more deeply about how to make incognito more usable.

On Mon, Aug 13, 2018 at 5:11 PM Martin Shelton <martinshelton@google.com> wrote:
I think calling Incognito "private" would reproduce the issues it has today - in particular, the misperception that your browsing is private *everywhere* instead of just on your device. I wonder how we might be able to reframe this?

Instead of framing around privacy, maybe we can reframe this through temporality. For example, maybe we say "disposable tabs" or "temporary tabs."

On Mon, Aug 13, 2018 at 4:57 PM Alex Ainslie <ainslie@google.com> wrote:
Friends of EM-and-Incognito,

I learned today that the EM crew (mdw@ et al?) proposed an experiment to rebrand incognito based on the recent research trip (from "incognito" to "private"). How are you all feeling about that experiment? Do you have a sense for how we'd use the results to inform next steps?

I'm trying to form an opinion :)

Alex

CONFIDENTIAL

GOOG-CABR-03764750

--
- **Martin Shelton**
  - User Experience Researcher
  - Google Chrome

--
Shimi Rahim · srahim@
UX writer on Chrome

--
# Maximilian Walker
Interaction Designer

Google Germany GmbH
<u>Erika-Mann-Str. 33</u>
<u>80636 München</u>

Geschäftsführer: Paul Manicle, Halimah DeLaine Prado
Registergericht und -nummer: Hamburg, HRB 86891
Sitz der Gesellschaft: Hamburg

Diese E-Mail ist vertraulich. Wenn Sie nicht der richtige Adressat sind, leiten Sie diese bitte nicht weiter, informieren Sie den Absender und löschen Sie die E-Mail und alle Anhänge. Vielen Dank.

This e-mail is confidential. If you are not the right addressee please do not forward it, please inform the sender, and please erase this e-mail including any attachments. Thanks.

CONFIDENTIAL                                                                                                   GOOG-CABR-03764751