# EXHIBIT 76

# Google Incognito PRD DEPRECATED

http://go/incognito-prd/

**This doc is extremely old and holds no relevance to anything**

Owners: garths@ (Privacy PM), jwoloz@ (Privacy PgM)
Contributors: sabineb@, battre@, tlr@, mlaaker@

Goal
Related Documents
Background
Motivation
Questions to Answer
    Use Cases to Address
    Platform Level of Granularity
    Privacy Guarantees in Incognito Mode
What is Incognito for Users?
Use-Cases
    Use Cases Incognito Supports
    Use Cases Incognito Doesn't Support
Incognito Guidelines
    Data Handling
    Platform Level of Granularity
UI Guidelines
Appendix
    User Study Output
        Incognito Naming Survey
        Survey: Usage & desires of unrecognized states
    Definitions (in context of Incognito)

## Goal
Develop high-level design guidelines for Incognito across all of Google that stress meeting user privacy needs and providing a simple consistent mental model of operation. Provide guidance that harmonizes future directions for planned and existing implementations (Android, Chrome).

## Related Documents
Refer to http://go/google-incognito

## Background
Users have a need to manage when and how their data is collected, used, or shared. This is fundamental to the right to privacy. Sometimes, users perform particularly sensitive activities,

1

CONFIDENTIAL
GOOG-BRWN-00027632

during which they want to greatly restrict how their data is exposed. Google offers a collection of Privacy Modes to users to support such use cases. Privacy Modes restrict collection or use of data or activity in some way in order to meet user privacy needs.

Chrome Incognito is a Privacy Mode with a well-known brand, and addresses real user needs. Other Privacy Modes exist on various Google platforms (e.g. "Guest" user on ChromeOS, "Supervised" user on Chrome, "Restricted" user on Android). Different Google teams are planning additional solutions for privacy and anonymity.

## Motivation

While Google provides a variety of Privacy Modes, with more in planning, there is no unified effort to ensure consistency and effectiveness across these different modes. Users will benefit from consistent, understandable, and meaningful Privacy Modes across all Google products and services.

This document defines consistent high-level guidelines for the behavior of Incognito across a broad set of potential user platforms. In articulating the Incognito-specific guidelines, we aim to adhere to the following higher-level principles that will lead to a clear benefit for users:

- **Functionality:** Users' privacy needs are met by the functionality.
- **Simplicity:** We develop the fewest privacy modes possible that cover the distinct classes of user privacy needs.
- **Usability:** Functionality is presented in a discoverable and understandable manner. Users know how to use the functionality, and what the functionality does.
- **Consistent functionality:** Privacy modes solving the same use case function consistently across platforms.
- **Consistent branding:** Similar functionality is branded consistently across platforms.

These guidelines are intended to be high-level enough to be applicable to multiple Google platforms, but low level enough that they can be used to support the development of platform-specific PRD's. Platform-specific implementation requirements are expected to reside in platform-specific PRD's, but this PRD is intended to help guide the decisions that lead to platform-specific requirements, and to ultimately maintain as much consistency as possible across platforms.

These guidelines can be used to validate and suggest refinements to existing Incognito implementations, such as that in Chrome, or to guide the development of brand new Incognito implementations, such as what might be built in Android.

## Questions to Answer

### Use Cases to Address

Users have different privacy needs in different contexts. Even in default interaction users have some base level requirement of privacy. Additional privacy requirements emerge based on the user's activity, the other people that may be present or also interacting, the kind of device being used, or the interactive context (where the user is).

Goal: We must define what use cases we aim to address using Incognito Mode across all possible target platforms.

2

### Platform Level of Granularity

Google has control over different levels of platform granularity on different devices. For example, on an Android phone Google has control over the OS, control over some apps, and control over some sites shown in the browser. Incognito could be implemented at one of these levels of granularity, or even multiple levels of granularity.

Goal: We must define at what level of granularity Google implements Incognito and exposes it to the user.

### Privacy Guarantees in Incognito Mode

We must enter a contract with the user regarding what happens when they enter Incognito Mode. As described previously, we want this contract to meet users' expectations, and we want it to be consistent across multiple platforms.

## What is Incognito for Users?

| A privacy mode | Incognito provides a set of privacy guarantees to users. These guarantees don't address all privacy needs, but rather a well-defined set of use cases. |
| --- | --- |
| Personalized | Incognito should inherit personalization from the non-Incognito state. Incognito can make use of, or display, sensitive personal data that exists in the non-Incognito state. This is a major distinction with typical Guest-mode behavior. |
| A simple toggle | Incognito should have little or no configuration. It is a single toggle that is either enabled or disabled. |
| A transient state | Users should be able to easily enter or exit Incognito mode. |
| Clearly differentiated | The Incognito state is clearly differentiated from other states through the use of color or other prominent design cues. |

**Comment [1]:** This is different from what we were discussing for for iGSA–if Incognito inherits stuff from non-Incognito, would users in Incognito also fear the opposite?

**Comment [2]:** Yes it is a risk, and the experience needs to be designed carefully to communicate to the user what is happening.

BTW this doc is a few years old and deprecated :)

**Comment [3]:** If the doc is deprecated, perhaps that should be noted at the top of the document?

## Use-Cases

Users potentially have a variety of privacy needs. Incognito meets a subset of these needs. Other privacy modes (e.g. Guest) are better suited to address other privacy needs, while some needs are specialized or demanding enough to require specialized solutions that are beyond what Google offers.

### Use Cases Incognito Supports

| Use Case | Examples |
| --- | --- |
| The user doesn't want her activity to persist on the device beyond the Incognito session. | The user browses intimate content on the web A nosy roommate later gains unsupervised physical access to the user's device. The user doesn't want the roommate to find any trace of the previous browsing |

3

CONFIDENTIAL

GOOG-BRWN-00027634

| | activity. |
|---|---|
| The user wants personalization and to use Google services, but doesn't want her activity to persist within Google beyond the Incognito session. | The user searches online for a fishing rod as a gift for her husband. The user then calls the fishing rod store on her Android phone, and then drives to the store to buy the fishing rod. The user wants to make use of existing personalization, but doesn't want future personalization (e.g. Now cards, personalized search results, personalized map content) to reflect this activity, which could reveal the gift to her husband. |
| The user wants to use 3rd party websites anonymously. | The user wants to browse the United Airlines site without UA knowing that she visited earlier. This will get her better ticket prices. |
| The user wants to use 3rd party apps anonymously. | The user is reviewing a job applicant to her company. She wants to see the applicant's LinkedIn profile in the Android LinkedIn app, but wants to do so anonymously, so her identity doesn't leak to the candidate. |

## Use Cases Incognito Doesn't Support

| Use Case | Examples | Requirements |
|---|---|---|
| Protecting activity from a determined local or remote investigator | Political dissidence. Government spying. Criminal activities. | Hardened communications pipeline. Physical security of device. Elimination of fingerprinting identifiers. |
| Quick hand off to 3rd party | Hand phone to child. Hand desktop to visitor. | New interaction session with no personalization. |
| Shared public device | Cyber-cafe Library kiosk Hotel PC | No exposed individual accounts. Anonymous login, sessions wiped upon exit. |

**Comment [4]:** It also doesn't support protecting you from the websites you visit, which I'm not sure if is included in this label

**Comment [5]:** I don't understand why this isn't a valid use case for Incognito… outside of just entirely avoiding shared public machines, Incognito (and Guest) seem to offer just this.

**Comment [6]:** Do we need to clarify that the device is installed in the environment, and is not owned by an individual? If Incognito is part of an individual user account it would not fit this use case. Guest User… might make sense.

**Comment [7]:** Guest is definitely the primary case for this one… just saying I can imagine how there'd be a case on a public machine that I've signed into where I'd like a parallel unrecognized track.

**Comment [8]:** Also available on ChromeOS.

**Comment [9]:** Personalization = service changes behavior based on your previous activity. Customization = user enables functionality.

## Incognito Axioms and Rules

### Data Handling

*G1: Incognito should inherit and make use of personalized functionality from the main profile/account, so long as the functionality does not violate any of the other guidelines.*

| Ex. 1: Chrome autofill should fill in a form with the user's name and address. |
|---|

4

> Ex. 2: Chrome bookmarks should be available for access.
> Ex. 3: Installed apps should be available.
> Ex. 4: Apps and extensions should be enabled in Incognito mode, in a "fresh", just installed state.

*G2: Personal data should not be transmitted to Google or 3rd parties unless the user makes a clear gesture indicating intent.*

> Ex 1: Chrome should not send cookies from the non-Incognito session to websites visited in Incognito mode.
> Ex. 2: Chrome autofill should fill in a form only once the user has selected the user name to use.
> Ex. 3: Extensions/plug-ins/apps with access to personal data and an unrestricted ability to transmit data should only be enabled if the user makes a clear indication.
> Ex.4: Extensions/plug-ins/apps may be enabled by default if

*G3: No activity performed during the Incognito session should persist locally on the device after the Incognito session ends, unless the user explicitly indicates that this should happen. Exceptions should be pointed out and explained in place (i.e. by descriptive text or graphics).*

> Ex. 1: Cookies created during the Incognito session should be erased when the Incognito session ends.
> Ex. 2: Bookmarks created during the Incognito session should persists after the session ends. Creating a bookmark should require a clear user action, and should be clearly communicated in the UI.
> Ex. 3: A file saved to disk during the Incognito session should persist after the session ends. Saving a file should require a clear user action, and should be clearly communicated in the UI.

*G4: Activity can only be sent to uploaded and stored by Google if:*

- *It is not associated with the user that originated the data, and it is not feasible to reverse engineer that association, or*
- *It is a high-level abstraction of activity, and does not relate to the specific content or activities performed by the user, or*
- *The user makes an explicit gesture of intent, or*
- *it is crucial to the safety of the user, and the data is being anonymized and obfuscated to the maximum extent reasonable.*

> Ex. 1: Chrome may send the number of sites visited to Google.
> Ex. 2: If the user navigates to google.com, then data can be sent to Google.
> Ex. 3: Chrome should not send visited URL's to Google.
> Ex. 4: Chrome may send visited URL's to Google in response to SafeBrowsing identifying potential dangerous activity, if URL's are hashed and not associated with the user on server

**Comment [10]:** This seems to somewhat conflate two distinct points.

1. Do we permit cloud-based persistence of activity in some shape or form? (Counterpart to G3.)

2. Do we permit disclosure of activities to cloud service providers.

2.a Google
2.b others (Apps!)

**Comment [11]:** w/o an explicit user gesture

**Comment [12]:** The example we discussed at lunch was bookmarking. Options are: 1. allow bookmarking in Incognito. 2. Disable bookmarking in Incognito. 3. Only allow bookmarking in Incognito with clear explicit user signal (e.g. confirmation dialog). #3 is an option, and it matches the printing functionality.

**Comment [13]:** Another comment: activity does not need to be "uploaded". A lookup operation for example goes into our logs files w/o being explicitly uploaded.

**Comment [14]:** I think it is impossible to meet this requirement.

5

CONFIDENTIAL

GOOG-BRWN-00027636

> *side storage.*

G4': same as G4 but with an additional bullet point:

- *The user had the chance to disable all features that make user activity visible to Google but chose not to disable them.*

G5: Incognito status should not be communicated to any device or service.

> *Ex. 1: Chrome should not send an http flag or other indicator to servers indicating that it is in Incognito mode.*

G6: While in Incognito mode, the UI should display a continuously visible indicator that the user is in Incognito mode.

> *Ex. 1: Chrome shows a spy graphic and changes the window color when in Incognito mode.*

G7: Permissions should be restricted such that personal or identifying data is not accessible to apps/plug-ins/extensions, and is either replaced with dummy data, or lower fidelity data.

> *Ex. 1: Android apps accessing the user's address book will be provided with an empty address book.*
> *Ex.2: Android apps accessing location will be provided with coarse location.*
> *Ex.3: Android identifiers (e.g. IMEI, MAC) will be replaced with temporary throw-away identifiers.*

G8: Incognito status should not be communicated to any 3rd party. Attempts should be made to implement Incognito in such a way that it is difficult or impossible for a 3rd party to determine if the client is in Incognito mode.

> Ex. 1: A website being browsed in Chrome should not be able to block access if the user is browsing in Incognito mode.
> Ex. 2: An app in Android Incognito mode should not know if the user is browsing in Incognito mode.

Note: This guarantee is still being evaluated. Chrome Incognito currently attempts to meet this guarantee, but there are various ways in which a site may be able to determine Incognito status:
- Silverlight Isolated Storage is unavailable in Incognito mode.
- Chrome extensions with side effects don't run in Incognito mode.
- Age of cookies in advertising/sandboxed domains.
- Presence of items in browser cache.

**Comment [15]:** Does this mean anonymous data collection of app usage should be allowed to be turned-off by users?

**Comment [16]:** Not sure. I think one thing we should do is take a look at the new Facebook anonymous log-in option and see how their model operates.

**Comment [17]:** +battre@google.com Was this your addition? Can you expand on what this means?

**Comment [18]:** The idea was that in this model Chrome would have settings for features that talk to google which are Incognito mode specific. E.g. you can say "In incognito mode, disable URL completion". The thought is that even though URL completion may be completely cookieless, it sends potentially privacy sensitive data to Google.

6

Some cues are merely suggestive of Incognito rather than indicative, but taken together a site can often make a fairly accurate guess as to whether a browser is in Incognito mode.

## Platform Level of Granularity

Incognito can be implemented at different levels of platform granularity. It can be implemented at the OS level (e.g. ChromeOS, Android), the app level (e.g. Chrome), or the content level (e.g. maps.google.com). Google can't implement Incognito into platforms controlled by others (e.g. iOS).

*G8: Incognito should be exposed to the user at the lowest possible level on any given platform.*



**Comment [19]:** Let's be more explicit about what this actually means. Are we talking about (a) technical implementation considerations (e.g., "it's easier to implement if it is"), or (b) about user choice?

The guideline suggests the latter.

**Comment [20]:** Sorry, not trying to be slow… I don't understand the difference here between app and content as defined. Theoretically, we could also consider applying this to the Service level (e.g. only *.google.com/* )

**Comment [21]:** Yes, it needs clarification. What I meant is: a device contains an OS contains apps which contain content (e.g. google.com). The "content level" may only be relevant to web browsers (I changed the example). Does that make more sense?

**Comment [22]:** Gotcha… I think what's murky about this is that I'm not familiar with any examples of this (where "this"=both OS and content). Earlier in the doc, "Incognito" is being defined as something that's inheriting data from accounts, which I think is where I'm most confused (as then we're specifically steering towards Incognito of today, not towards an "Unrecognized" framework that shakes out differently, perhaps, at each one of these levels of granularity

**Comment [23]:** Excellent points. Separating out Incognito of today from the proposed "privacy mode" is tricky. What do you say to the idea of splitting out Chrome recommendations from this doc, and putting extra effort into keeping this doc platform agnostic?

**Comment [24]:** Yes, great… or at least keep principles and key attributes agnostic, and then breakout (whether in same doc or elsewhere) app, platform and content specifics. (I'm generally a fan of keeping in th...

**Comment [25]:** what does this mean?

**Comment [26]:** I need to spell this out. This would mean that on Android we expose it at the OS level, not the app level. On iOS we expose it at the app level (because we can't do it at the OS level). On Firefox in Windows we would...

**Comment [27]:** This would seem to suggest that Incognito, rather than Guest, needs to live at the top-level (e.g. a peer of) Users? If a) we're OK collapsing behaviors of Guest & Incognito to 1 and b) we don't call this...

**Comment [28]:** That's different from what I meant, but an interesting perspective. I meant that, taking Android as an example, a user would put Android in Incognito mode. They would not be able to put Chrome in Incognito...

**Comment [29]:** Per my comment above, I can't tell where we mean "Incognito" as defined by today's definition in Chrome vs. Unrecognized state (with different levels of granularity)… By its definition in your table...

**Comment [30]:** Project Hera: integration of Chrome into Android.

# UI Guidelines

This section will provide recommendations on how to present an Incognito mode to users.

# Appendix

## User Study Output

### Incognito Naming Survey
UXR: Kerwell Liao
Investigated branding questions around Privacy Mode and usage. Determined that the functionality proposed to users matched best with the "Incognito" brand, second best with "Off the record". Most participants were Chrome users but only a minority had used Incognito.

### Survey: Usage & desires of unrecognized states
UXR: Kerwell Liao, Sunny Consolvo

7

Explored what activities users perform that they want to keep private, and how often they perform those activities.

**PewResearch Study: Anonymity, Privacy, and Security Online (complete report)**

## Definitions (in context of Incognito)
- Anonymous browsing - Taking steps to conceal a user's identity from networked services. Includes deleting or concealing state identifiers (e.g. cookies). Can also include anti-fingerprinting techniques. In some cases this can be circumvented, for example by using the IP or a device identifier.
- Privacy enhancing tools - a set of computer tools, applications and mechanisms which - when integrated in online services or applications, or when used in conjunction with such services or applications - allow online users to protect the privacy of their personally identifiable information (PII) provided to and handled by such services or applications.
- Secure browsing - encrypt or obfuscate a user's activity, making it difficult for unintended listeners to access your information without your permission.

CONFIDENTIAL                                                                                           GOOG-BRWN-00027639