# EXHIBIT 77

# Redacted Version of Document Sought to be Sealed

# 1P Apps: Consideration for Server-side vs Client-side Incognito handling

Client-side: Randomize user key on server requests so an Incognito session cannot be tied together

## Pros

- No server-side awareness, minimizing any PR/competition risks
- Clients could attempt to do more on-device, so server never has the data; easier for clients to keep data on-device.
- Allows auditability by pointing to a single point

## Cons

- Significant client Overhead
  - requesting new zwieback/visitor IDs on each RPC since these are used to authorize the RPC (is this possible?)
  - Unclear what else breaks if client does not have a stable ID
    - We have a spam classifier that looks at the session and determines if the events in it do not meet a non-spam threshold. This is because it has always been possible for a client to rotate their visitorID on every request (just delete your cookies). So a known, and mitigated, abuse vector is simply spamming watches while deleting your VisitorID cookie.
    - General fingerprinting techniques like iOSGuard and Botguard to help identify abusive traffic
- Inconsistency in client implementation making it hard to make general statements about Incognito
- Joinability risks with ▇▇▇ still containing IP, user agent, etc.
- If we make no other changes to the server, we still have the data so can't make statements since the data is still technically collected (and to a less degree being used)
- De-centralization: If the device reveals the information, then it's almost the same as being on the server
- Confusion between device-side storage vs server-side storage, when/how that happens
  - Hard to convince users.. They probably won't believe it.
- Make it harder for us to figure out how long Incognito sessions are, which in turn makes it harder to tune things like when to expire the session

> **Commented [1]:** ID probably needs to stay stable for some period of time... i.e. 30min, and then reset.

> **Commented [2]:** Articulate that it's not associated with you, and it's okay to collect it. Maybe we shouldn't even talk about it.

> **Commented [3]:** "no logs".... anonymous

## Potential Mitigations

- Change how we treat signed out data entirely
- Use heuristics to delete the data from the server after time period of time
  - E.g. if there was only request for a given ID, that data could be deleted/anonymized with the assumption that it was from an Incognito session

## Value of server-side

- Privacy protections *in-session*
  - We can be more proactive with data minimization and anonymization as clients can't change what data is collected/used.
- Enforce the use of existing server-side controls already exist; this is generally the model we use to give users control over collection/use of data.
- Use of common infrastructure since many of the collection/use of data pipelines across products are the same (especially with zwieback-keyed data).
  - Enforce consistency across products given common infrastructure

# Chrome Options and how to handle 1p web apps

**Key promises we want to deliver upon**
- No product or ads personalization
- Don't collect data from the Incognito session (data collected limited to strictly necessary uses such as abuse, search quality, etc. and collected in a de-identified/anonymous way; it is not used in any way to impact the user's experience)
- Enable deep linking to products that can support Incognito
- Meet the users where they are

**Assumptions**
- Focus on mobile devices
- 3p cookies are blocked (samesite = none?)

**General concerns**
- Webapps function differently than mobile apps

**Unknowns**
- When is it okay for Google to work better on Chrome and when is it not?
  - GAIA and chrome integrated in ~2014

GOOG-BRWN-00147865

Options

**Commented [4]:** Tying to the omnibar (and letting the omnibar provider know since that's where most of the surprises happen)

Let the server know upon the **termination** of an Incognito session
- Product personalization: ✗
- Ads personalization: ✗Mixed... 1p ads will still be personalized
- Data collection and use: ✓
- Cross-product intents: ✓
- Help align product with user mental models: mixed, helps with data collection, but not p13n

**Pros**
- No user harm with signaling the intent at the end of the session
- Can give this signal to all websites (not just Google)
- Since we'll know exactly when the session is terminated, we can be sure to de-identify/delete/anonymize all Incognito session data

**Cons**
- Can't address in-session personalization; perception that session is not really private
- Can't deterministically say that your data isn't collected/used
- Potentially a different experience from mobile apps
- Doesn't address current issues with user mental models
  - 1p ads still present
  - Activity is not hidden from Google
  - Can't escape "filter bubble" with in-session p13n
- What happens when Chrome crashes

Only let Google know
- Product personalization: ✓
- Ads personalization: ✓
- Data collection: ✓
- Cross-product intents: ✓
- Help align product with user mental models: ✓

**Pros**
- Web apps function like mobile apps

**Cons**
- PR/competition risks with treating Google more favorably
  - More privacy when using a Google browser vs other browsers
- 1p web apps work differently in chrome vs the browsers

Ask the user if they want the website to know

GOOG-BRWN-00147866

- Product personalization: ✓
- Ads personalization: ✓
- Data collection: ✓
- Cross-product intents: ✓
- Help align product with user mental models: ✓

**Pros**
- Web apps function like mobile apps
- Choice is with the user

**Cons**
- UX overhead with another prompt; potentially hard to explain what this means for users
- Websites might abuse this signal
- Potential need for data to be saved, which means there might be some notion of what sites/domains you've visited while Incognito
- 1p web apps work differently in chrome vs the browsers

Multiple Entry points (e.g. an entry point from the app)
- Product personalization: ✓
- Ads personalization: ✓
- Data collection: ✓
- Cross-product intents:
- Help align product with user mental models: Mixed

**Pros**
- Allows the website to create the intent, as opposed to the platform
- Kind of aligns better with the model of mobile apps
- Chrome as a platform does not need to let websites know anything about state
- Assuming users get into the right mode, addresses some of the user mental model issues for 1p products

**Cons**
- Adding cognitive load to users; they will need to decide what modes to use when
- Asymmetric experience between yt.com in incognito tab and the mobile app
- UX nightmare; it's not easy to explain and it's not simple
  - E.g. what does it mean to go to youtube.com in an Incognito tab and then open this other privacy mode
- Requires a separate branding between "Product Incognito" and "Chrome Incognito"
- Does not address issues with current model model of Chrome's Incognito
- Requires all product teams to create Incognito web apps

**Mitigations**

GOOG-BRWN-00147867

- Open the respective app in Incognito mode?

Do Nothing
- Product personalization: ✕
- Ads personalization: ✕
- Data collection: ✕
- Cross-product intents: ✕
- Help align product with user mental models: ✕

GOOG-BRWN-00147868

**Pros**

-

**Cons**

- Product does not meet user mental models; will eventually lead to an erosion of trust as users see that Incognito does not give them anything but local privacy
- Google continues to able to make no statements re: Incognito

## Other considerations

- Develop a specification for what it means for a website to support Incognito

GOOG-BRWN-00147869