# EXHIBIT 78

Message

| | |
|---|---|
| **From**: | Pauline Anthonysamy [anthonysp@google.com] |
| **Sent**: | 2/17/2017 5:30:34 PM |
| **To**: | Martin Šrámek [msramek@google.com] |
| **CC**: | Sabine Borsay [sabineb@google.com]; Maximilian Walker [maxwalker@google.com]; Dominic Battre [battre@google.com] |
| **Subject**: | Re: Strings/Icon for Incognito |

Sounds good guys! I'm happy with which ever way we go in specifying that downloads and bookmarks will be kept - as long as we keep it :)

Please let me know if you'd like to sync up and I'd be happy to chat.

Best,
Pauline

On 17 February 2017 at 06:03, Martin Šrámek <msramek@google.com> wrote:
Thanks, Max!

Re #4: LGTM

Re #5: Let's discuss in a chat.

Re #6: Ack, removed.

Re "ISP": I agree. "Internet" is a name of the global network (should be capitalized), service provider should be lowercase.

On Fri, Feb 17, 2017 at 3:00 PM, Sabine Borsay <sabineb@google.com> wrote:
Great - thanks for the fast turnaround Max!

Re #5: In my eyes, "downloads" is a synonym for "downloaded files" and *not* for "download history". Also the HC article that you linked to says "Downloads are saved to your computer" in the section title. So I don't think using "downloads" as the shorter version for "downloaded files" is actually an issue but I'm fine either or.

Re: spelling: I agree that "Internet service provider" might be better.

Re: mocks: These are great! Thanks, Max!

- I'd want to go with C or B, since I think that we loose a big chunk of the scanability benefits of this launch if we go with A (at least on mobile).
- Suggestion - How about making the subtitle cetralized to the middle (instead of left aligned) on mobile (as it's already the case on desktop)?


On 17 February 2017 at 14:47, Maximilian Walker <maxwalker@google.com> wrote:
Apparently the image didn't load, sorry. Highlighted substrings in bullet lists:



On Fri, Feb 17, 2017 at 2:45 PM, Maximilian Walker <maxwalker@google.com> wrote:
Thanks, all!

Re #4: Yup! I'll make sure these parts are highlighted.

Re #5: The sentence in suggestion 1 is quite long which makes it quite hard to read so I would prefer suggestion 2. It's important that we distinguish between "downloads" (history) and "downloaded files". The help center article has a whole section about this so I think we should be careful and stay inline with our wording. Regarding layout and placement, I created mocks (specs WIP) this morning so we can better decide on the one option: https://folio.googleplex.com/incognito-new-tab/Explorations#. Please see comments in Folio.

Re #6: Space can be very limited on mobile and adding more details draws away attention from the main content. In my opinion the Learn more link and help center article are more helpful. I remember that Alex was opposed to the footer when we last discussed it so I think leaving it out for now would be good.

A detail about spelling: should it be "Internet service provider" instead of "**I**nternet **S**ervice **P**rovider".?

On Fri, Feb 17, 2017 at 2:16 PM, Martin Šrámek <msramek@google.com> wrote:
Yeah, it also crossed my mind. One sentence - bullet points - one sentence might look better.

On Fri, Feb 17, 2017 at 2:14 PM, Sabine Borsay <sabineb@google.com> wrote:

CONFIDENTIAL                                                                                                                      GOOG-BRWN-00183663

Just took another look at the mock. I think the subtitle which is pretty prominent will be way too long if we add the downloads and bookmarks note there. How about adding it to the bottom, after the bullet point list, if we think it's needed. The whole point of this launch is to improve scanability. So I really want to be cautious about brevity here.

On 17 February 2017 at 12:36, Sabine Borsay <sabineb@google.com> wrote:
> Great - thanks Pauline!
>
> Re #5: I also stumbled over the inconsistency that Martin points out, but unfortunately we can't just add downloads and bookmarks to the bullet point list on the right since those items are entities that might see your activity. Firefox mentions the latter in a string below their bullet point list which only compares items that are saved and those that are not saved. Anyways, I propose a slight modification to suggestion 2): Now you can browse in private, and other people who use this device won't see your activity. Downloads and bookmarks will be kept. Suggestion 1) sounds like the behavior that bookmarks and downloads are kept is a limitation of the product while it in fact is a feature.
>
> I believe the reason why we left it out back then was that we do list everything that is **not saved** clearly in the left column. Since bookmarks and downloads are not listed there, it could be clear that those *are* saved (otherwise, we would have listed them there). It's also not too surprising that the users in a study environment point out the delta in the content during a comparison - it's a bit like this "find the error/change in the picture" type of exercise. :) But I do understand that it might be helpful for users to immediately see that bookmarks and downloads are saved, without needing to think about it and conclude the behavior.
>
> Max, what's your opinion on the suggestions and strings?
>
> Re: #6: I'd like to get UI Review's opinion on the privacy.google.com note. I'm going to send this all to UI Review today after we have feedback from Max on the strings.
>
> Thanks!
> Sabine
>
> On 17 February 2017 at 10:27, Martin Šrámek <msramek@google.com> wrote:
>> Thanks the summary, Pauline! This is very helpful.
>>
>> Re #4: I agree that underlining those parts of the sentence attracts attention where it's needed.
>>
>> Re #5: It's a bit strange that we have information that *won't* be saved listed in a column, and information that *will* be saved as a part of the subtitle; it would be better to have them represented in a same way. But since it's probably too late for that discussion, this hotfix SGTM. I'd go with suggestion 1), because 2) sounds to me like it's somehow possible to keep downloads and bookmarks yet not make them visible.
>>
>> Re #6: Do we want both "LEARN MORE" and "privacy.google.com" links, or does this mean we should remove the latter?
>>
>> Cheers,
>> Martin
>>
>> On Fri, Feb 17, 2017 at 6:27 AM, Pauline Anthonysamy <anthonysp@google.com> wrote:
>>> Hello Everyone,
>>>
>>> 1. The "Spy" icon stays as is today.
>>>
>>> 2. Main title string == "You've gone incognito" stays as is today

CONFIDENTIAL                                                                        GOOG-BRWN-00183664

3. Subtitle: Takeaway from the study: All Ps felt that the subtitle is important, especially when you're on the Incognito page for the first time. The subtitle comes across as an implicit verbal promise from Google.

Here is the preferred subtitle:
- *Now you can browse in private, and other people who use this device won't see your activity.*

4. Bullet lists:

This information **won't be saved**:
- Your browsing history
- Your searches
- Cookie data

Your activity **might still be visible** to:
- Websites you visit
- Your employer
- Your Internet Service Provider

Note: I suggest somehow highlighting (w/ underline and/or bold) the "**won't be saved**" and **might still be visible.** I observed that there is room for confusion when Ps were quickly skimming the text.

5. We need to add - "*Any files you download or bookmarks you create will be kept.*" This is an essential information that was missing on the tested mocks and all participants pointed it out. My recommendation would be to add shorter version of the string to the subtitle.

Suggestion 1: *Now you can browse in private, and other people who use this device won't see your activity except files you download or bookmarks you create.*

Suggestion 2: *Now you can browse in private, and other people who use this device won't see your activity. Any files you download or bookmarks you create will be kept.*

6. We should have the "Learn More" link - this was a also strong takeaway from the study. The string *"Discover the controls you have....."* at the bottom of the page didn't really make any difference during the study. I have no strong opinion on it.

*Main overall takeaway:*

1. The new structure resonated very well with participants. Most viewed it as Google being upfront about what is offered and what's not. There isn't any hidden fine prints behind a block of text.

2. For about half of the participants (5/10) - the blinds communicated that Incognito offers privacy on device. However, I'm not comfortable in making a recommendation to move forward with blinds. I feel that we need another round of testing to determine concretely that it resonates for a larger number of people.

I'm attaching the mock that we are hoping to launch in this cycle. Please let me know if you have any further Qs. I will aim to present my final results of the last study by the 28th Feb.

Best,
Pauline

| | | sabineb@google.com |
|--|--|--|

--

| | | sabineb@google.com |
|--|--|--|

--
**Maximilian Walker**
Interaction Designer

Google Germany GmbH
Erika-Mann-Str. 33
80636 München

--
**Maximilian Walker**
Interaction Designer

Google Germany GmbH
Erika-Mann-Str. 33
80636 München

CONFIDENTIAL                                                                                                                   GOOG-BRWN-00183666

--

sabineb@google.com

CONFIDENTIAL

GOOG-BRWN-00183667

PRODBEG: GOOG-BRWN-00183662
PRODBEGATT:
PRODEND: GOOG-BRWN-00183667
PRODENDATT:
PRODVOL: PROD023
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: Sabine Borsay
TO: martin šrámek <msramek@google.com>
FROM: pauline anthonysamy <anthonysp@google.com>
CC: sabine borsay <sabineb@google.com>;dominic battre <battre@google.com>;maximilian walker <maxwalker@google.com>
BCC:
CONFIDENTIALITY: Confidential
CROSS_ALLCUSTODIANS: Sabine Borsay
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00354430
CROSS_CC: sabine borsay <sabineb@google.com>;dominic battre <battre@google.com>;maximilian walker <maxwalker@google.com>
CROSS_CONFIDENTIALITY: CONFIDENTIAL
CROSS_CUSTODIAN: Sabine Borsay
CROSS_DATECREATED:
CROSS_DATEMOD: 02/17/2017
CROSS_DATERECEIVED: 02/17/2017
CROSS_DATESENT: 02/17/2017
CROSS_DE-DUPED CUSTODIANS: Sabine Borsay
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00354435
CROSS_FILEEXTENSION: eml
CROSS_FILENAME:
CROSS_FROM: pauline anthonysamy <anthonysp@google.com>
CROSS_MD5 HASH: 287E7A7956A971F3997A9CAA6AD593FC
CROSS_MESSAGE ID: <CAPJvBLjMsLv=4mcs6Ozp-mT2GW8F7VSTrSxm7mLZKwvtJq7TXw@mail.gmail.com>
CROSS_OWNER: anthonysp
CROSS_PRODVAL: CROSS-PROD002
CROSS_REDACTED: N
CROSS_SUBJECT: Re: Strings/Icon for Incognito
CROSS_TITLE: Re: Strings/Icon for Incognito
CROSS_TO: martin šrámek <msramek@google.com>
CUSTODIAN/SOURCE: Sabine Borsay
DATECREATED:
DATELASTMOD: 02/17/2017
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME:
ILS_ProdDate: 06/18/2021
CROSS_ILS_ProdDate: 09/01/2021
MD5 HASH: 287E7A7956A971F3997A9CAA6AD593FC
MessageID:
NATIVEFILE:

Owner: anthonysp
PAGES:
REDACTED: N
SUBJECT: Re: Strings/Icon for Incognito