# EXHIBIT 79

# Sealed Entirely