# EXHIBIT 82

# Redacted Version of Document Sought to be Sealed

Message

From: Greg Fair [gregfair@google.com]
Sent: 7/22/2020 7:41:15 PM
To: Sammit Adhya [sadhya@google.com]

- **Greg Fair**, 2020-07-22 12:41:15

What is this apas meeting later this afternoon and do I need to be there for you?

- **Greg Fair**, 2020-07-22 12:41:23

(To represent you)

- **Sammit Adhya**, 2020-07-22 13:59:30

Its thinking about the timeline required to get an iOS consent screen in time for iOS 14 launch

- **Sammit Adhya**, 2020-07-22 13:59:45

dan/virginia will be there

- **Sammit Adhya**, 2020-07-22 13:59:54

i think for me, i&#39;m worried about bandwidth

- **Sammit Adhya**, 2020-07-22 14:00:35

i dont think virginia has a good sense of how to protect our time yet because we don&#39;t know the priorities

- **Greg Fair**, 2020-07-22 14:00:46

Why do we want that?

- **Greg Fair**, 2020-07-22 14:00:53

The iOS consent screen

- **Sammit Adhya**, 2020-07-22 14:00:58

IDFA ☺

- **Greg Fair**, 2020-07-22 14:01:27

Oh this is the thing that YT doesn't want?

- **Greg Fair**, 2020-07-22 14:01:59

NM. I will get my head straight.

- **Greg Fair**, 2020-07-22 14:02:14

(Obviously I think this is a lower priority)

- **Sammit Adhya**, 2020-07-22 14:02:38

this is to figure out what to do for iOS 14 launch in EEA and YT

- **Sammit Adhya**, 2020-07-22 14:02:40

sorry, wasnt clear

- **Sammit Adhya**, 2020-07-22 14:03:34

to get IDFA consent (and when)

- **Greg Fair**, 2020-07-22 14:04:05

Ah. I thought i read in that deck that they weren't going to do it.

- **Sammit Adhya**, 2020-07-22 14:04:16

oh i hadnt heard that

- **Greg Fair**, 2020-07-22 14:07:01

Slide 9 ?<br><br>The &quot;Google wants to track you&quot; message will have too much negative impact on user trust. iGA will not add the consent, but will monitor the iOS 14 rollout&#39;s impact to revenue.

- **Sammit Adhya**, 2020-07-22 14:07:14

yes IGA is not

- **Sammit Adhya**, 2020-07-22 14:07:19

YT will need to do something

- **Greg Fair**, 2020-07-22 14:07:56

ooooooooh. This is YT. Not iGA.

- **Sammit Adhya**, 2020-07-22 14:20:14

Yes sir

- **Greg Fair**, 2020-07-22 14:22:03

Sorry i didn't look at names carefully enough

- **Sammit Adhya**, 2020-07-22 14:33:55

Just got an email from Christina though that they are reconsidering

- **Sammit Adhya**, 2020-07-22 14:34:02

Impact is bigger than expected

- **Greg Fair**, 2020-07-22 14:41:58

Dumb question: why wouldn't we just let them figure it out on their own? And then do our own thing for unauth (or auth) later as planned?

- **Greg Fair**, 2020-07-22 14:42:29

Because consent rates are better if we do all at once?

- **Sammit Adhya**, 2020-07-22 14:44:26

i think its a question about what ▇ is.. if our goal is a unified consent framework, then letting them do it on their own won&#39;t lead to that. We&#39;ll ahve different consent flows between iOS YT, IGA, web (and funding choices in theory)

- **Sammit Adhya**, 2020-07-22 14:44:55

i dont think its about consent rates.. though i imagine we&#39;re probably the most knowledgable and have the most experience

- **Greg Fair**, 2020-07-22 14:45:40

Because this would be the same as the full epd consent? Plus idfa?

- **Sammit Adhya**, 2020-07-22 14:46:19

it could be.. that also begs the scope of scope, and how careful we want to be re: perception in EU

- **Sammit Adhya**, 2020-07-22 14:46:26

(sorry, so many caveats)

- **Sammit Adhya**, 2020-07-22 14:46:40

if we let them do it.. maybe they only build a warm up screen to get IDFA consent

- **Greg Fair**, 2020-07-22 14:46:40

Right.

- **Greg Fair**, 2020-07-22 14:46:46

Exactly.

- **Greg Fair**, 2020-07-22 14:46:49

Ok thanks.

- **Greg Fair**, 2020-07-22 14:46:57

I will attend the meeting. Thanks.

- **Greg Fair**, 2020-07-22 14:47:02

Sorry to bother you.

- **Sammit Adhya**, 2020-07-22 14:47:06

okay, appreciate it.. not at all

- **Sammit Adhya**, 2020-07-22 14:47:09

asha is sleeping

- **Sammit Adhya**, 2020-07-22 14:47:21

if by some mircle she has a long nap, will try to join

- **Sammit Adhya**, 2020-07-22 14:47:44

but we probably need to priortize to help our team.. i am def feeling stretched ☺

- **Sammit Adhya**, 2020-07-22 14:47:53

this is something we could technically carve out

- **Sammit Adhya**, 2020-07-22 14:47:58

mobile app consent

- **Greg Fair**, 2020-07-22 14:50:45

Yea that was my gut for sure

- **Sammit Adhya**, 2020-07-22 14:51:03

our eng team wont own it anyway

- **Greg Fair**, 2020-07-22 14:51:05

Or co-opt some folks into iOS █

- **Greg Fair**, 2020-07-22 14:51:26

Maybe Jonathan or Sam ;)

- **Greg Fair**, 2020-07-22 14:51:50

Or Karen. Ha

- **Sammit Adhya**, 2020-07-22 14:52:07

ya jonathan has YT + consent experience so that would be amazing

- **Sammit Adhya**, 2020-07-22 14:52:11

it doesnt care about ads

- **Sammit Adhya**, 2020-07-22 14:52:11

lol

- **Sammit Adhya**, 2020-07-22 14:52:33

but he cares about yt watch/search history

- **Greg Fair**, 2020-07-22 14:52:39

Right.

- **Sammit Adhya**, 2020-07-22 14:53:25

hah, karen.. that would be fun to watch

- **Sammit Adhya**, 2020-07-22 14:54:16

also, we have to talk about this search detecting Incognito thing! am i overindexing?

- **Sammit Adhya**, 2020-07-22 14:55:13

on one hand.. its like, great! We know already!! Let's not show consent using that.. LOL. on the other.. yikes, doubled down on a promise we don't keep.

- **Greg Fair**, 2020-07-22 14:56:08

Since it is clear it has been there for a while this doesn't seem like our problem to solve immediately. (Esp because we want this to happen in some way anyway)

- **Greg Fair**, 2020-07-22 14:56:15

If anything it's an opportunity.

- **Greg Fair**, 2020-07-22 14:56:19

Let's do it right!

- **Sammit Adhya**, 2020-07-22 14:56:51

ya the chrome team will escalate very quickly if they get wind of it..

- **Greg Fair**, 2020-07-22 14:58:18

If they cared that much this wouldn't exist in the first place.

- **Greg Fair**, 2020-07-22 14:58:42

(Maybe he is wrong btw)

- **Sammit Adhya**, 2020-07-22 14:59:35

yeah true

- **Sammit Adhya**, 2020-07-22 14:59:52

okay well let's strategize next time we talk about how we can do things with this loophole :)

- **Sammit Adhya**, 2020-07-22 14:59:55

thanks

- **Greg Fair**, 2020-07-22 15:52:28

just fyi cuz interesting (from meeting)<br>here is the top-level ▇ <a href="https://www.google.com/url?q=https://experiments.corp.google.com/%23/portal/experiments/analysis?label%3D_:cTWUD0OpbAQftvVnSbGwTC_txVA&amp;sa=D&amp;source=hangouts&amp;ust=1595544748544000&amp;usg=AFQjCNFgxtMOz0tGsrHVI7qF4FFDJVzj7Q">https://experiments.corp.google.com/#/portal/experiments/analysis?label=_:cTWUD0OpbAQftvVnSbGwTC_txVA</a><br>▇ of IOS revenue comes from signed-out<br>and EU is ▇ of the IOS signed-out queries<br>Fatih Boyaci3:45 PM<br>EU (including GB/UK)<br>Fatih Boyaci3:47 PM<br>so if we do basic math EU-IOS-Signed-out will be ▇ (w/ EU CPMs being higher we can say ▇ of covered rev)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-BRWN-00176480

PRODBEG: GOOG-BRWN-00176477
PRODBEGATT:
PRODEND: GOOG-BRWN-00176480
PRODENDATT:
PRODVOL: PROD023
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: Greg Fair
TO: sammit adhya <sadhya@google.com>
FROM: greg fair <gregfair@google.com>
CC:
BCC:
CONFIDENTIALITY: Highly Confidential - AEO
CROSS_ALLCUSTODIANS: Greg Fair
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00190452
CROSS_CC:
CROSS_CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CROSS_CUSTODIAN: Greg Fair
CROSS_DATECREATED:
CROSS_DATEMOD: 07/22/2020
CROSS_DATERECEIVED: 07/22/2020
CROSS_DATESENT: 07/22/2020
CROSS_DE-DUPED CUSTODIANS: Greg Fair
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00190455
CROSS_FILEEXTENSION: eml
CROSS_FILENAME:
CROSS_FROM: greg fair <gregfair@google.com>
CROSS_MD5 HASH: 63640A782EDA5EE38A9528B34361CA58
CROSS_MESSAGE ID: <aljnkcaddtl6irq1adonaqbj8tqnemhk85gk2gi1c5jk4tj36gq0_71o6ukqv-
        6984ujaeessk4kb9atqmaui7al2g_chat@gmail.com>
CROSS_OWNER: gregfair
CROSS_PRODVAL: CROSS-PROD002
CROSS_REDACTED: N
CROSS_SUBJECT:
CROSS_TITLE: Outlook Express Mail Message
CROSS_TO: sammit adhya <sadhya@google.com>
CUSTODIAN/SOURCE: Greg Fair
DATECREATED:
DATELASTMOD: 07/22/2020
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME:
ILS_ProdDate: 06/18/2021
CROSS_ILS_ProdDate: 09/01/2021
MD5 HASH: 63640A782EDA5EE38A9528B34361CA58
MessageID:
NATIVEFILE:
Owner: gregfair
PAGES:
REDACTED: N

SUBJECT: