# EXHIBIT 84

# Sealed Entirely