# EXHIBIT 85

# Redacted Version of Document Sought to be Sealed

Message

**From:** Mardini [mardini@google.com]
**Sent:** 11/6/2019 3:58:18 PM
**To:** Ramin Halavati [rhalavati@google.com]
**CC:** Florian Uunk [feuunk@google.com]; Sabine Borsay [sabineb@google.com]; Yuan Chen [yuanchen@google.com]; Christian Dullweber [dullweber@google.com]
**Subject:** Re: Edge and InPrivate Mode + Balanced Protection

Ramin: I agree with you.

FWIW, here is the coverage from tech crunch: https://techcrunch.com/2019/11/04/microsofts-chromium-based-edge-browser-gets-new-privacy-features-will-be-generally-available-january-15/
Note that the MSFT spokesperson narrative is very similar to [redacted]

On Wed, Nov 6, 2019 at 8:53 AM Ramin Halavati <rhalavati@google.com> wrote:
Can we still work on the plan to send the signal to Google to delete logs from Incognito browsing (at the end)? Even if the effect of it might not be very large from a technical point of view, from a psychological point of view it's much more reassuring to be able to say "You won't be logged" compared to "Your log cannot be used". If we do that, our possible reply to their assertion of "if you really want private browsing, use edge" would be better backed up.

On Tue, Nov 5, 2019 at 6:27 PM Mardini <mardini@google.com> wrote:

On Tue, Nov 5, 2019 at 5:22 PM Florian Uunk <feuunk@google.com> wrote:
Thanks Mardini, that's really interesting, I'm curious to hear how the reaction will be!

From the video (around 5m30s), it looks like they are actually telling Bing up front (because there is a Private indicator in the search box on bing.com).
I see. The way it was worded in the email ("when you close the window") made me believe it us upon closing the window but if the video shows they're telling it upfront then I stand corrected.

FWIW, this is what I sent Anil/Parisa/Margret:

- **Blocking signing-in while in Incognito:** We believe this breaks a lot of existing use cases we currently have. We're planning on adding a "sign-in awareness" step in incognito so that we show UI that would alert the user they are signing in into a site while in Incognito. Target: late Q1.
- **Sending signal to web properties to indicate user is in incognito to delete server-side logs:** We think sending a signal at the beginning of the session is not a tenable position and is against our privacy principles. We are talking with Sin Rastro about sending a signal at the end of the incognito session
- **Cookie tracking prevention by default:** We would love to be able to do that in regular mode but that is not currently possible. Worth noting that Edge are not blocking all 3P cookies but using the Disconnect Me list with specific trackers. Our control blocks *all* 3P cookies.

On Tue, Nov 5, 2019 at 4:58 PM Mardini <mardini@google.com> wrote:
My highlights below.

We have sign-in awareness and [redacted] coming up. But also it seems Edge will send to Bing at the end of an incognito session to clean up.

CONFIDENTIAL                                                                                                                                  GOOG-BRWN-00182492

On Mon, Nov 4, 2019 at 3:15 PM Lorena Crowley <lorenacrowley@google.com> wrote:
Hi team,

Day 1 of Microsoft Ignite wrapped today, where they kicked off the day with their Vision Keynote highlighting new releases and their vision for the enterprise across cloud, developer tools, security, and productivity. On a browser front they announced **that today the release of the final beta version of the new Microsoft Edge built on Chromium code, and that the new Edge will be generally available on January 15th in more than 90 languages.** Recording here.

We'd like to share a recap of the key highlights that Microsoft announced in regards to the new Edge:
- **Branded themselves as the 'browser and search engine for the enterprise'.** Microsoft is branding Edge and their search engine, Bing, as uniting the internet with your enterprise's intranet so that you can access more important data and find what you're looking for within your enterprise in one single browsing and search experience. This will help save employees time by being able to more quickly find the corporate information they need from within their browser and search engine. AI capabilities make it easy for employees to search in natural language to find a team's title, name, office location, or to understand what a company acronym means. Microsoft Search in Bing can now also be accessed on your mobile device, bringing these productivity enhancements to knowledge workers on the go. Their new logo is meant to capture the 'waves of innovation' that the Edge team plans to bring to the enterprise. They hinted at the end of the keynote that more enhancements are to come for developers and consumers in Spring 2020.

- **Default private browsing and cookie tracking prevention.** In combination with Bing, the new InPrivate browsing mode will keep your online searches and identities private. Unlike Incognito mode in Chrome, InPrivate mode also prevents you from accidentally being logged in. Any information about your browsing session on your local machine when you close the window is deleted and your search history on Bing and any personally identifiable information will also not be saved or associated back to you. Cookie tracking prevention will also be on by default in their Balanced browsing mode, in which they claim their Balanced mode is more protective than any other browser. A key theme throughout all of the keynote, beyond just Edge, was that Microsoft was company you could trust built on best of class privacy, responsible AI, and security.
- **Integration with 100+ enterprise ecosystem partners.** They launched their Microsoft Graph connectors preview program today that will expand Microsoft Search's reach for Microsoft 365 customers to access over 100+ connectors such as Salesforce.com, ServiceNow, Box, and more that will become available in H1 2020.



- **Internet Explorer sites will still work, and if it doesn't, Microsoft will fix it free of charge.** If your sites work in Internet Explorer 11, Chrome, or the current version of Microsoft Edge, the App Assure program will ensure that they work in the new Edge. If the site is not working, Microsoft will help the organization fix it at no additional cost.

### News Coverage of Microsoft Edge
- *Microsoft:* Introducing the new Microsoft Edge and Bing
- *Microsoft:* Getting your sites ready for the new Microsoft Edge
- *The Verge:* Microsoft's Edge Chromium browser will launch on January 15th with a new logo
- *Ghacks.net:* Microsoft plans to release the new Microsoft Edge on January 15th, 2020
- **Engadget:** Microsoft Chromium Edge browser arrives January 15th
- *Appleinsider:* Edge with Chromium for macOS lands Jan 15th with preview available
- *The Register:* Pencil 15 Jan 2020 in your diary: That's when Microsoft hope you'll be t the cutting Edge...Chromium style
- *Business Insider:* It looks like Microsoft is finally ditching Internet Explorer branding for good with a revamped logo that looks like a wave
- *Bleeping Computer:* First Microsoft Edge Stable Release Candidate Now Available
- *TechCrunch*: Microsoft's Chromium-based Edge browser gets new privacy features, will be generally available January 15
- *ZDNet:* Microsoft's Chromium-based Edge browser to be generally available January 15th, 2020
- *Cnet:* With Edge browser update, Microsoft says work searches will no longer suck
- *Axios:* Microsoft's Bing and browser pivot to the business

### Enablement Resources
We shared a variety of resources last week to support Edge-related discussions with customers, so check them out here.

### Other Relevant Highlights
Some noteworthy items from sessions across today include:

- Microsoft Endpoint Manager was demoed in the productivity technical keynote. It offers a single view across Microsoft's different management tools today, and gives Microsoft System Center customers a free licence to Intune.
- Microsoft claims there modern managed devices (for Microsoft Managed Desktop customers and those using native Microsoft 365) can offer the following benefits:
  - 85% faster boot time
  - Immediate resume
  - Doubled battery life
  - 85% fewer crashes
- Security and manageability are coming together. In addition to tracking threats and showing risk and vulnerability scores, Microsoft tools will leverage AI to recommend which tasks IT should take to improve their security and compliance posture, all in the same console.

Raw notes from a variety of sessions on day one can be found here. We'll continue to track announcements, communications, and coverage the remainder of the week at Ignite. If you have any questions, please feel free to reach out in the meantime.

--

**Lorena Crowley**
lorenacrowley@google.com
Product Marketing
Manager, Chrome Browser
for Enterprise

```
PRODBEG: GOOG-BRWN-00182492
PRODBEGATT:
PRODEND: GOOG-BRWN-00182495
PRODENDATT:
PRODVOL: PROD023
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: AbdelKarim Mardini
TO: ramin halavati <rhalavati@google.com>
FROM: mardini <mardini@google.com>
CC: sabine borsay <sabineb@google.com>;florian uunk <feuunk@google.com>;christia-
     n dullweber <dullweber@google.com>;yuan chen <yuanchen@google.com-
     >
BCC:
CONFIDENTIALITY: Confidential
CROSS_ALLCUSTODIANS: AbdelKarim Mardini
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00227155
CROSS_CC: sabine borsay <sabineb@google.com>;florian uunk <feuunk@google.com>;ch-
     ristian dullweber <dullweber@google.com>;yuan chen <yuanchen@goog-
     le.com>
CROSS_CONFIDENTIALITY: CONFIDENTIAL
CROSS_CUSTODIAN: AbdelKarim Mardini
CROSS_DATECREATED:
CROSS_DATEMOD: 11/06/2019
CROSS_DATERECEIVED: 11/06/2019
CROSS_DATESENT: 11/06/2019
CROSS_DE-DUPED CUSTODIANS: AbdelKarim Mardini
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00227158
CROSS_FILEEXTENSION: eml
CROSS_FILENAME:
CROSS_FROM: mardini <mardini@google.com>
CROSS_MD5 HASH: 4444B36F8914F7531B86C82575C05735
CROSS_MESSAGE ID: <CAGQY0OcDs1UOcSU-
rSqhM0eXPJZTZDdnpnfgciQ238SuyLa8FQ@mail.gmai-
     l.com>
CROSS_OWNER: mardini
CROSS_PRODVAL: CROSS-PROD002
CROSS_REDACTED: N
CROSS_SUBJECT: Re: Edge and InPrivate Mode + Balanced Protection
CROSS_TITLE: Re: Edge and InPrivate Mode + Balanced Protection
CROSS_TO: ramin halavati <rhalavati@google.com>
CUSTODIAN/SOURCE: AbdelKarim Mardini
DATECREATED:
DATELASTMOD: 11/06/2019
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME:
ILS_ProdDate: 06/18/2021
CROSS_ILS_ProdDate: 09/01/2021
MD5 HASH: 4444B36F8914F7531B86C82575C05735
```

MessageID:
NATIVEFILE:
Owner: mardini
PAGES:
REDACTED: N
SUBJECT: Re: Edge and InPrivate Mode + Balanced Protection