# EXHIBIT 87

```
 1  ** C O N F I D E N T I A L **
 2  UNITED STATES DISTRICT COURT
 3  NORTHERN DISTRICT OF CALIFORNIA
 4  SAN JOSE DIVISION
 5  Case No. 5:20-cv-5146-LHK
 6  ------------------------------------x
    PATRICK CALHOUN, ELAINE CRESPO,
 7  HADIYAH JACKSON and CLAUDIA
    KINDLER, on behalf of all
 8  others similarly situated,
 9           Plaintiffs,
10
11     - against -
12
13  GOOGLE LLC,
14           Defendant.
    ------------------------------------x
15           (Caption Continued)
16           November 24, 2021
             9:06 a.m.
17
             VOLUME II
18
19     Continued Videotaped Deposition of
20  ABDELKARIM MARDINI, taken by Plaintiffs,
21  pursuant to Notice, held via Zoom
22  videoconference, before Todd DeSimone, a
23  Registered Professional Reporter and Notary
24  Public of the States of New York and New
25  Jersey.
```

Page 240

CONFIDENTIAL

```
 1  UNITED STATES DISTRICT COURT
 2  NORTHERN DISTRICT OF CALIFORNIA
 3  SAN JOSE DIVISION
 4  Case No. 5:20-cv-03664-LHK
 5  ------------------------------------x
    CHASOM BROWN, WILLIAM BYATT,
 6  JEREMY DAVIS, CHRISTOPHER
    CASTILLO and MONIQUE TRUJILLO,
 7  individually and on behalf of all
    others similarly situated,
 8
               Plaintiffs,
 9
10
        - against -
11
12
    GOOGLE LLC,
13
               Defendant.
14  ------------------------------------x
15
16
17
18
19
20
21
22
23
24
25
```

Page 241

```
 1  A P P E A R A N C E S :
 2  BLEICHMAR FONTI & AULD LLP
    555 12th Street
 3  Suite 1600
    Oakland, California 94607
 4       Attorneys for Plaintiffs
         in Calhoun case
 5  BY:  LESLEY E. WEAVER, ESQ.
            lweaver@bfalaw.com
 6
 7
 8  DICELLO LEVITT GUTZLER LLC
    One Grand Central Place
 9  60 East 42nd Street
    Suite 2400
10  New York, New York 10165
         Attorneys for Plaintiffs
11       in Calhoun case
    BY:  DAVID A. STRAITE, ESQ.
12          dstraite@dicellolevitt.com
13
14
15  SIMMONS HANLY CONROY LLC
    112 Madison Avenue
16  7th Floor
    New York, New York 10016
17       Attorneys for Plaintiffs
         in Calhoun case
18  BY:  JASON "JAY" BARNES, ESQ.
            jaybarnes@simmonsfirm.com
19          AN TRUONG, ESQ.
            atruong@simmonsfirm.com
20
21
22
23
24
25
```

Page 242

```
 1   A P P E A R A N C E S: (Continued)
 2   BOIES SCHILLER FLEXNER LLP
     44 Montgomery Street
 3   41st Floor
     San Francisco, California 94104
 4         Attorneys for Plaintiffs in
           Brown Case
 5   BY:   BEKO O. REBLITZ-RICHARDSON, ESQ.
             brichardson@bsfllp.com
 6         ERIKA NYBORG-BURCH, ESQ.
             enyborg-burch@bsfllp.com
 7
 8
 9   QUINN EMANUEL URQUHART & SULLIVAN LLP
     191 North Wacker Drive
10   Suite 2700
     Chicago, Illinois 60606
11         Attorneys for Defendant
     BY:   ANDREW H. SCHAPIRO, ESQ.
12           andrewschapiro@quinnemanuel.com
           TEUTA FANI, ESQ.
13           teutafani@quinnemanuel.com
14
15
16   ALSO PRESENT:
17     MATTHEW GUBIOTTI, Google LLC
18     MARC FRIEDMAN, Videographer
19
20
21
22
23
24
25
```

Page 243

```
 1                THE VIDEOGRAPHER:  Good morning.
 2   We are going on the record at 9:06 a.m.
 3   eastern standard time on Wednesday,
 4   November 24th, 2021.  Please silence your
 5   cell phones, computer tone or any other
 6   electronic devices you have near you.
 7   Audio and video recording will continue to
 8   take place unless all parties agree to go
 9   off the record.
10                This is media unit number one
11   of the video-recorded deposition of
12   AbdelKarim Mardini, Volume II.  The caption
13   of this case is Patrick Calhoun, et al.,
14   versus Google LLC.  This case is filed in
15   the United States District Court, Northern
16   District of California, San Jose Division,
17   case number 5:20-CV-5146.  Second caption,
18   Chasom Brown, et al., versus Google LLC.
19   This case is also filed in the United
20   States District Court, Northern District of
21   California, San Jose Division, case number
22   5:20-CV-03664.  This is also Volume II of
23   Mr. Mardini's testimony.
24                My name is Marc Friedman, I'm
25   your certified video legal specialist, your
```

Page 244

1   do that means that we need to tell the
2   Google back end that user is in incognito,
3   and obviously this would not work because
4   many users use incognito to segment or
5   separate their identities.
6       Q.   Does this meeting with Mardini,
7   does this concern discussions about sending
8   a signal to Google to delete logs from
9   incognito browsing at the end of the
10  incognito browsing?
11           MR. SCHAPIRO:  Objection,
12  foundation, calls for speculation, asked
13  and answered.
14      A.   I don't remember honestly what
15  was discussed in this specific meeting.
16      Q.   Do you recall any discussions
17  regarding sending a signal to Google to
18  delete logs from incognito browsing?
19      A.   Yes.
20      Q.   What do you recall?
21      A.   I recall discussing the pros
22  and cons and the different ways that we can
23  do that while maintaining consistency in
24  our position about not letting websites
25  know whether user is in incognito or not.

Page 379

CONFIDENTIAL

1        Q.      Did Google ever implement that
2   change to send a signal to Google to delete
3   logs from incognito browsing?
4                MR. SCHAPIRO:  Objection,
5   mischaracterizes the testimony.
6        A.      Not to my knowledge.
7        Q.      But that was something that was
8   considered, correct?
9                MR. SCHAPIRO:  Objection to the
10  form.
11       A.      Yes, it was something that was
12  considered and had major issues with it.
13       Q.      And that was separate -- sorry.
14       A.      I said it is definitely
15  something that was considered but it had
16  major issues with it regarding how
17  incognito works, Chrome incognito works.
18       Q.      And that was separate from
19  blocking sign-in while in incognito,
20  correct?
21       A.      It is under the same umbrella.
22  I wouldn't say it is separate, except that
23  sending a signal can happen at the
24  beginning of the incognito session or it
25  can happen after you end the incognito

Page 380

1  session, whereas if you want to block
2  signing in, it needs to definitely be in
3  the beginning.
4            MR. REBLITZ-RICHARDSON:  Let's
5  mark Exhibit 46, GOOG-BRWN-00182492.
6            (Mardini Exhibit 46 marked for
7  identification.)
8       Q.   Mr. Mardini, would you please
9  let me know when you have Exhibit 46 in
10 front of you.
11      A.   Exhibit 46, I see it now.  Let
12 me double click to open it.  Yes, I opened
13 it.
14      Q.   Mr. Mardini, is Exhibit 46 an
15 e-mail you sent as part of your work for
16 Google?
17      A.   It appears to be, yes.
18      Q.   And if you look down at the
19 bottom half do you see there is the "FWIW,
20 this is what I sent Anil/Parisa/ Margret"?
21      A.   Yes.
22      Q.   And so there is three bullets
23 there, correct, one is "blocking signing-in
24 while in incognito," the second is "sending
25 signal to web properties to indicate user

Page 381