# EXHIBIT 88

# Sealed Entirely