# EXHIBIT 89

## Chrome

Recently: launched improvements to not tell websites, big promises about protecting users by doing this

## PDPO

Sundar: We need to give users a good privacy control, and incognito is the big brand. Offer privacy from Google.

SinRastro: OK now we need incognito in many apps, and it should work the same everywhere.

## Solutions

Tell Google afterwards: We can ensure server data is deleted by telling Google that the session was incognito after the fact.
- Web properties work the same in Chrome
- Can do this for any site
- Other browsers can do this
-

CONFIDENTIAL
GOOG-BRWN-00063504