# EXHIBIT 90

arguments:

- Chrome is a Google product but also a browser
- Therefore, we want to support a Google-wide Incognito brand and simplify the user's mental model
- At the same time, we have responsibilities as a browser and announced that we won't tell websites that users are Incognito to prevent them from limiting private browser
- If we want to provide privacy from Google, we need to tell Google that the user is/was in Incognito
- If we want to tell Google, we either need to special case Google (perception risk) or tell other websites too, which we think would only be acceptable if it was after the user left Incognito

Things we need to agree on:

- We all want to expand Incognito mode to also offer *some* privacy towards Google. But what does this privacy towards Google look like?
  Options:
    a. deleting logs (agreement on wanting to support)
    b. block in-session personalization (currently disagreement)
    c. block sign-in (agreement on not wanting to support)


- Cons for b.) Perception risk to come across as hippocrates as we'd have to special case Google to be able to tell Google when a user goes Incognito (since we made public statements that we won't tell other sites to prevent them from limiting the experience in Incognito)

Questions

- What would/should sites do with the info that a user just left Incognito?
- What's worse - special casing Google or telling websites when user left Incognito?
- What's worse - continue offering in-session personalization or special casing Google?

Arguments for telling leaving: Google products should work the same in all other browsers


- we tell Google that the user was un Incognito, but only to clear the logs


- the disclaimer that Google won't keep your activity from Incognito is only true unless you sign out

CONFIDENTIAL

- because if we would block Google Account sign-in, users on mobile would have no option to sign in with their Google Account on a friend's device (as long as there won't be Android level Incognito)
- 

don't leave traces

CONFIDENTIAL

GOOG-BRWN-00063506