# EXHIBIT 91

Message

| | |
|---|---|
| **From**: | Adrienne Porter Felt [felt@google.com] |
| **Sent**: | 1/6/2020 7:03:17 PM |
| **To**: | Alexei Svitkine [asvitkine@google.com] |
| **Subject**: | Fwd: operating in today's "sustained financial value" environment |

Hi Alexei, Nasim says she'll be discussing this with you, so sharing email for context. Please note that, at this time, I'm looking for suggestions/ideas (and associated costs), not asking the team to commit to building anything new.

---------- Forwarded message ---------
From: **Adrienne Porter Felt** <felt@google.com>
Date: Tue, Dec 17, 2019 at 7:41 AM
Subject: operating in today's "sustained financial value" environment
To: Ji Chen <jich@google.com>, Nasim Sedaghat <nasims@google.com>, Caitlin Sadowski <supertri@google.com>, Benj Azose <bazose@google.com>, Mark Pearson <mpearson@google.com>
Cc: Tal Oppenheimer <talo@google.com>

***Do not forward this e-mail without checking with me first. Confidential & sensitive.***

Hi folks,

Tal and I got to learn more about what's happening with Search discussions yesterday. I want to share with you folks since it impacts the Analysis team.

==Chrome and Search are currently not allowed to launch anything that negatively impacts revenue==. Search and Ads are under intense pressure to make up a gap. We can occasionally take a loss, but it has to clearly demonstrate long-term strategic benefit to the product. ==User benefit alone is not sufficient justification for a revenue loss.== "Sustained financial value" is the buzzphrase of 2020.

I want to be clear that I am talking about **revenue** here and not SQV. Revenue and SQV are often correlated, but not always. When there is a conflict, revenue trumps SQV or other search metrics.

Where the Analysis team comes in:

- Chrome leads need help figuring out what to use as a launch metric. We can't directly use revenue as a launch metric; we have to use proxies for revenue. SQV is not working out in practice as a great proxy metric (Search Awesome generated some launches that are SQV but revenue-). This is why Anil is asking about commercial queries, although from Yana's recent experience it appears that she again has a launch that is revenue-negative despite increasing commercial queries.
  - Anil is working on this with Darshan: trying to get the Ads team to pick a metric and commit to it for us.
  - **Benj**, are you in the loop of these discussions?
- Right now, Chrome has to go to the Ads team to ask about revenue impact (directionality, not magnitude) for any launch that might impact revenue. This process is frustrating and possibly not sustainable. We need 1-2 people on our team to get access to revenue information so we can do this revenue directionality analysis within Chrome. (It also might allow that person to do some deep dives to identify opportunities.) I want to note that getting access to revenue information is a PITA because it restricts what you can do with stock trading.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                           GOOG-BRWN-00169228

- There are gaps in our ability to measure revenue impact of features: Incognito, not running GWS-visible experiments for most launches. Not being able to measure Incognito revenue in experiments is going to prevent us from launching otherwise-launchable features. And there is appetite for understanding the revenue impact of more launches and features, not just the ones that PMs flag in advance.

I view this as very high priority because (a) this affects the Chrome team's ability to launch features, and (b) this topic is immensely frustrating for all of the feature teams who touch it, since they find it hard to move forward. Anything we can do to make this easier will have an outsized positive impact on the Chrome team.

Thoughts? Suggestions?

Best,
Adrienne

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-BRWN-00169229