# EXHIBIT 93

# Redacted Version of Document Sought to be Sealed

Message
___

**From:** Mardini [mardini@google.com]
**Sent:** 4/30/2019 7:14:16 PM
**To:** Jochen Eisinger [eisinger@google.com]; Shimi Rahim [srahim@google.com]
**CC:** Margret Schmidt [margrets@google.com]; Parisa Tabriz [parisa@google.com]; Alex Ainslie [ainslie@google.com]
**Subject:** Re: Branding for Incognito (IO Update)

[narrowing down list of recipients - pls don't forward]

An update on our meeting with Sammit today. We discussed the following:
1/ Debugging the process
2/ Got context around the incognito iconography/rebranding for I/O then cancellation
3/ Got clarity on who owns that Incognito comms doc and whether our comments are being addressed

1/ Made it clear what the ideal process should be from Chrome's point of view. No disagreements there and it was clear for them but there was a mad rush to get things for I/O from various execs that made folks panic.

2/ This was driven by Lorraine who told the PDPO steering committee that Incognito might need rebranding so a workstream ensued involving the brand studio about 2-3 weeks ago.
Yesterday, at the PDPO SC meeting, Tom Oliveri was present and told them that Sundar didn't want to put incognito under the spotlight so this iconography/rebranding should not be an I/O topic.
The plan of record with regards to incognito in I/O is just to mention in one or two sentences related to bringing Incognito to Google Maps (not clear whether there will be mocks or not for that).
The SC was asked to commit to exploring in 2019 to develop a consistent vision for how an "Incognito 2.0" would look like with impact analysis on revenue, usage, and comms.
Relatedly, Ben Gomes showed a demo of AGSA launching Chrome in in Incognito mode. i.e. if a user is in AGSA and they want to conduct an incognito search, they'd intent into an Incognito NTP in Clank

3/ That comms doc is owned by the brand studio and Sundar's speech writing team. I emphasized the need to double check with Chrome PM/Eng the accuracy of the information mentioned there. Sammit acknowledged but mentioned that the comms around I/O are very closely guarded and it's challenging to get a full picture for what will be said exactly....

Thanks,

--Mardini

On Tue, Apr 30, 2019 at 8:40 AM Mardini <mardini@google.com> wrote:

> Le mar. 30 avr. 2019 à 08:33, Mardini <mardini@google.com> a écrit :
> Thank you, Alex.
> We (Rory/Ramin/Sabine/myself) have a meeting with Sammit today so will discuss the process and work cadence issue as well.
>
> As discussed in our chat yesterday, Jochen and I will try to get some time with the PDPO folks visiting Munich for GSEC in a couple of weeks to sync in person.
>
> I also didn't receive the note below about revisiting the incognito brand after I/O. Maybe it was sent only to those who replied "yes" to the meeting.

CONFIDENTIAL

GOOG-BRWN-00388293

I see it now. Gmail didn't classify it as important :/.

> Le mar. 30 avr. 2019 à 07:29, Yuan Chen <yuanchen@google.com> a écrit :
> Thank you for keeping us in the loop - I also didn't get the update from PDPO. I agree we need to get into a better work cadence with PDPO folks.
>
>> On Tue, Apr 30, 2019 at 2:12 AM Shimi Rahim <srahim@google.com> wrote:
>> Thanks for filling us in, Alex & Parisa (I didn't see an email from PDPO), and for helping us navigate I/O challenges!
>>
>>> On Mon, Apr 29, 2019 at 5:03 PM Parisa Tabriz <parisa@google.com> wrote:
>>>> On Mon, Apr 29, 2019 at 4:42 PM Alex Ainslie <ainslie@google.com> wrote:
>>>> (narrowing to just Chrome folks)
>>>>
>>>> I'm glad to see the update from PDPO below about waiting to tackle any branding updates until After IO.
>>>
>>> Ah, me too!
>>>
>>> Their timing was too aggressive and their proposal wasn't compelling :/
>>>
>>> Here's the Chrome summary from my discussions with many of you (in sequence) this morning:
>>> • Chrome is comfortable with a high level message at IO about expanding Incognito to other flagship Google products on Android (AGSA, Maps, YouTube).
>>> • We've nurtured the Incognito brand for the past 10 years and our team would need to conduct a significant investigation (including UX Research) to feel confident about a change.
>>> • For that reason, Chrome does not support announcing new PDPO-proposed branding at IO
>>> • Additionally, speculative announcements related to Privacy are extra risky because the bar for Google is high and we need to make sure not to promise something we can't deliver.
>>>
>>> Chrome + PDPO (Mis)alignment
>>>
>>> | Should Google ... | PDPO + Brand Studio | Chrome |
>>> | --- | --- | --- |
>>> | ... do more product work focused on Privacy? | Yes | Yes |
>>> | ... talk more about that Privacy work in public? | Yes | Yes |
>>> | ... extend Chrome's Incognito mode to other products? | Yes | Maybe? |
>>> | ... change the current Incognito brand? | Yes | Maybe? Err |
>>> | ... announce Incognito branding changes at IO before they've been thoroughly studied? | Yes | No |
>>>
>>> Going forward, I agree with Jochen that we'll need to get into a better working cadence with PDPO folks.
>>
>> Yep. I'd recommend syncing with miraglia@ in a small setting to share how this effort was perceived from the Chrome side so we can reset.

CONFIDENTIAL
GOOG-BRWN-00388294

Alex

On Mon, Apr 29, 2019 at 4:00 PM Sammit Adhya <sadhya@google.com> wrote:

Hi Everyone,

Just wanted to let you know that leads decided to revisit the Incognito branding after I/O. Apologies for scheduling the urgent meeting, but we look forward to working with everyone after I/O.

Thanks much,
Sammit

---

**[Confirmed] - Exploration of Iconography and Branding for Incognito**

**Scheduled per Sammit's request**

We wanted to share some new Incognito branding and iconography ideas that the Brand Studio team has been exploring to get your thoughts and feedback.

Leads: anilsa, parisa, miraglia
PM: (rorymcclelland), (sabineb), mardini
Eng: eisinger, (rhalavati)
UXR: martinshelton, (lorindole)
UXD: ainslie
Marketing: martinal, jcroom
Brand: mediha, julianneyi, frederick
PDPO: sadhya, gregfair, rast

When    Tue Apr 30, 2019 3:30pm – 4pm Pacific Time - Los Angeles

Where   MTV-900-2-ChromeOZone (8) [GVC, No External Guests], MTV-900-2-Rage Against The Machine (4) [GVC, No External Guests], SFO-1MST-14-Daniel Handler (4) [GVC], SFO-2HS-4-Eight O'Clock Coffee (5) [GVC], SYD-ODI-3-410 - Gone (2) [GVC, No External Guests, Phone] (map)

Joining info

More phone numbers

Who
- Eric Miraglia - organizer
- Jieun Lee - creator
- Martin Shelton
- Sammit Adhya
- rast@google.com
- Martina Laresova
- Ken Frederick
- Jochen Eisinger
- James Croom
- Anil Sabharwal
- Mediha Abdulhay
- Greg Fair
- Alex Ainslie
- Shimi Rahim
- AbdelKarim Mardini
- Martha Welsh
- Julianne Yi
- Parisa Tabriz

- Ramin Halavati - optional
- Lorin Dole - optional
- Sabine Borsay - optional
- Rory McClelland - optional

--
**Yuan Chen**
Interaction Designer

Google Germany GmbH
Erika-Mann-Str. 33
80636 München

Geschäftsführer: Paul Manicle, Halimah DeLaine Prado
Registergericht und -nummer: Hamburg, HRB 86891
Sitz der Gesellschaft: Hamburg

Diese E-Mail ist vertraulich. Wenn Sie nicht der richtige Adressat sind, leiten Sie diese bitte nicht weiter, informieren Sie den Absender und löschen Sie die E-Mail und alle Anhänge. Vielen Dank.

This e-mail is confidential. If you are not the right addressee please do not forward it, please inform the sender, and please erase this e-mail including any attachments. Thanks.

CONFIDENTIAL

GOOG-BRWN-00388296