# EXHIBIT 95

# Sealed Entirely