# EXHIBIT 96

# Sealed Entirely