# EXHIBIT 98

Message

| | |
|---|---|
| **From**: | Chris Palmer [palmer@google.com] |
| **Sent**: | 1/27/2015 11:56:47 PM |
| **To**: | Mike West [mkwst@google.com] |
| **CC**: | Parisa Tabriz [parisa@google.com]; Dominic Battre [battre@google.com]; Ryan Sleevi [sleevi@google.com]; Adam Langley [agl@chromium.org]; Tyler Odean [odean@google.com]; Chelsea Maughan [chelseam@google.com]; Elisabeth Morant [egm@google.com]; Darin Fisher [darin@google.com]; Wieland Holfelder [holfelder@google.com] |
| **Subject**: | Re: HSTS in regular and incognito mode |

On Tue, Jan 27, 2015 at 11:41 AM, Mike West <mkwst@google.com> wrote:

> We claim we do:
>
> https://code.google.com/p/chromium/codesearch#chromium/src/chrome/browser/browsing_data/browsing_data_remover.cc&rcl=1422305976&l=700

Perhaps it's the old problem of the thread that updates the
TransportSecurityState (and other stuff) runs only occasionally. My
testing was:

1. visit EFF.org
2. Note the new HSTS rule in chrome://net-internals/#hsts
3. Clear cookies
4. See if EFF.org is still in chrome://net-internals/#hsts
5. It is. Blarg.

>> That much is true; but my point was there wouldn't be a tension
>> between security and privacy if we hadn't created it.
>
> I don't understand this point. The tension between "this thing protects me!"
> and "this thing lets other people identify me!" would exist regardless of
> the behavior we chose to implement in incognito, wouldn't it?

Yes; but it becomes emotionally fraught instead of a "mere"
engineering trade-off when people come to perceive that Incognito
provides a guarantee of unlinkability.

And as a "mere" trade-off, it's a no-brainer: trading off between
something that is clearly possible and provably works (HSTS) and
something that is clearly impossible and provably does not work
(unlinkability). So to {most,all} of the security engineers, we're
clearly doing the right thing. Perception is the entire problem, and
we foolishly fan the flames.

> I'm going to skim through
> http://en.wikipedia.org/wiki/List_of_Latin_phrases_%28full%29 for something
> that works. I'll come back to this thread in a few hours.

Ni cursor ni nuntium occultandi! O dura fata!

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                GOOG-BRWN-00806482