# EXHIBIT 102

# Work Log Summary

rhalavati@

## 2018-Q3 Perf Cycle

### Network Traffic Annotation

Network traffic annotations were handed over to Enterprise team in Q1, but I still continued working on the topic as there were a few TODO items in the handover discussion, including the script that updates annotations trix and windows FYI bot.
As long as the FYI bot was not running, all windows related bugs were also on me.
Summary of tasks:

- Fixed flaky tests remaining from traffic annotation implementations.
- Adding windows FYI bot (15 CLs for implementation, testing, and tweaking infra settings).
- Updated traffic annotation auditor for better maintainability and added more tests.
- Removed extra patterns from traffic annotation extractor for simplicity.
- Solved clang scripts parsing problems on windows.
- Participated in discussions on annotations publication and prepared required raw data.
- Helped in follow up debugging, ramping up of the new guardian on annotations, and kept an eye on how things are going on after he took the role.

## Member of Chrome Privacy Team

### General Tasks

As a member of privacy team, reviewed around 45 issues related to privacy, privacy reviews, or privacy automation.

GOOG-BRWN-00555073

## Incognito Mode

Took responsibility of Incognito mode from Q2, to update to incognito mode and assess possibility of entering the VRP program.

- Went through ~400 open bugs that included the word incognito, added a new bug component Privacy>Incognito, created backlog for incognito bugs, and prioritized the bugs and started follow ups. Here is a doc on the original plan.
- Continuous triage of incognito related bugs, and follow up of incognito bugs to check their correctness, relevance, and being on the radar of the related team.
- Closed ~ 27 bugs either personally or by follow ups.
- Preparing questions list for Incognito User Study to get to know how users know incognito mode now, what they expect, and to which direction we should go. Discussions with other teams and stakeholder, and planning to engaging with UX team for finalization of the study.
- Preparing a document on Incognito promises and the future possibilities that will gradually be converted into a developer's guide for incognito mode.
  - Fixed:
    - Inbound links open in Incognito session, unmasking users.
    - Memory SlowReports include reports taken when Incognito profile is live.
    - OS records urls of downloads in incognito mode.
    - Unable to navigate chrome://apps page in incognito/guest mode.
    - Download directory used in incognito window is visible in non-incognito window.
    - Opening dialog to select multiple files does not set initial folder On Windows.
    - Extensions/ContentSetting bug.
    - Another Extensions/ContentSetting bug.
    - Extensions can manipulate key bindings in Incognito mode when "Allow in Incognito" is not ticked
    - chrome_url_overrides not working in Incognito mode.
    - Extension API not fully available on login screen
    - Translate UI leaves traces from incognito.
  - Not [completely] Fixed:
    - Partial downloads are not deleted on browser close.
    - Incognito downloads home lives after closing all incognito tabs.
    - Download home should show all files downloaded from both incognito and normal mode.
    - Opening offline content from Downloads Home in incognito mode, opens the page in normal mode / logged in history.
    - GPU memory is not cleared.
    - Need to encrypt incognito thumbnails.
    - Omnibox data privacy leak and MITM vulnerability.
      - Discussion on the next steps.
    - Removing Incognito Thumbnails Trace
      - Problem Statement

   GOOG-BRWN-00555074

# Incognito Specific Projects

## Refactoring Incognito preferences to default in memory

Incognito preferences store was designed to write all preferences by default to user profile, and had a black list to prevent preferences from being written. This could cause possible leakage of preferences if the code owners did not add their preferences to this black list, and from around 1200 registered preference, less than 10 were in the black list, which is quite the opposite of what was expected (most preferences were stored to user profile if written in incognito). After discussing possibilities, changed the default behavior for incognito mode to store in memory and added a whitelist for preferences that should be stored to user profile from incognito mode.

To prevent any behavior breakage, all existing preferences (~1200) were added to the whitelist to be audited under review of code owners. This bug tracks the progress and 65+ CLs are created by now to remove preferences from the whitelist. To do so I needed to follow up each preference based on its meaning and code sites that change it and decide if it is changed from incognito mode or not and if changed, does it need to be written to the original profile or not, and get the confirmation from the owners.

Expected to be finished in Q3.

## Extensions API debugging and testing

Considering extensions as an unsupervised addition to Chrome with may privacy invading capabilities, and several filed bugs regarding incognito mode, set a high priority to Extensions API bugs and followed them up.

- Fixed existing bugs on extensions.
- Started  Audit the use of ExtensionFunction::include_incognito bug to audit possible misuses of incognito terms in extension APIs, and found and fixed 5 issues.
- Wrote design doc on Extensions API Incognito tests, discussed it with Extensions team, created self-assigned follow up bug to add more tests, and added tests for Key binding, Tabs, and History API. - This task is in progress, and expected to continue to Q4 as the task required (and still requires) learning A LOT about tests, java script, and front end.

GOOG-BRWN-00555075

## Removing user data from Incognito Notifications

Android logs store all notifications, regardless of being private or not. Hence, all user data that is passed to notifications from incognito mode is leaked into the logs and kept even after closing the incognito mode.

A problem statement was written and discussed with media, media capture, and download teams, the required changes were discussed with the UX team, and the implemented was approved by the UX team (UX Implementation Review). The task is expected to finish by the end of Q3.

## User Confusion on Already Open Incognito Windows on Desktop

Bugs are occasionally filed about incognito state persistent as users forget to close all incognito windows.

To resolve this, a problem statement was written and discussed, Incognito help was updated, and a UX design review was created to get feedback from the UX team. The task is now paused as some other UX changes were in progress affecting this issue.

## Removing Android Incognito Thumbnails Traces

Incognito tabs thumbnails are stored on disk without encryption on Android. Therefore, if Chrome crashes, someone with superuser access can fetch them and have a snapshot of incognito history.

A problem statement was created and discussed with stakeholders. As the leak is not very severe, and the owner team is not quite enthusiastic about following it up, it was moved to lower priority.

# Making Flash Permissions Ephemeral

Based on Flash deprecation roadmap, we had to make Flash permissions ephemeral for M68. It required adding a new content settings provider for ephemeral permissions, tests, plans for activation of the change and deprecation of residues, and metrics for evaluation of the effects. For me this included a complete tour of the content settings. Here is the bug following up the implementation including 11 CLs.

GOOG-BRWN-00555076

# Quantum AI

Started 20% project with the team from Q2. Effective collaborations with the team include:

- Circuit Learning Code:
  - Reading Mohseni/UCL circuit learning undocumented and non-optimized code, got it to run, and refactored it using TensorFlow for optimization, Cirq for quantum simulation, and local multi-processing for parallel run of the Cirq simulator (code on Google3)
  - Improving the code to have many-qubits as input (in contrast to original version of 2 qubits), here is a doc summarizing the code.
- Collaboration with VW:
  - Took part in several online and local meetings with VW team in Munich.
  - Analyzed the Acoustic Problem, engaged in discussions with them, wrote a summary on why this is not a promising problem.
  - Read their paper on the implementation and analyzed the approach.
  - Updated and optimized VW's QAOA code to use TF+Multiprocessing for optimization (code on github).
- Collaboration with Daimler:
  - Took part in several online and local meetings with the team.
  - Studied TSP problem and wrote a doc on TSP's complexity for QUBO Representation.
  - Meetings and follow ups to reach a good optimization problem.
  - Analysed Qubo representations of classical problems for implementation suitability on current machines and suggested some basic problems to start (in email).
  - Partially analyzed SAT problem.
- Helped in hosting Quantum Meetup and VW/Daimler local meetings, and prepared presentations for VW and Daimler workshops.

These tasks required learning the basics of quantum computing, quantum optimization, and quantum machine learning. Read "Dance of the Photons: From Einstein to Quantum Teleportation" book and parts of "Quantum Computation and Information", and several papers to get the required knowledge.

# Others

- Holiday/OOO: 14.5 days.
- Participated in almost half of Machine Learning Reading Group sessions.

GOOG-BRWN-00555077

# 2019-Q1 Perf Cycle

## Member of Chrome Privacy Team

### General

As a member of the privacy team, performed 42 privacy or privacy related reviews, occasional OWP and privacy bug triages, and participated in the discussions and planning on Anti-Fingerprinting and possibility of using Machine Learning.

### Incognito

Following up the role of eng-owner of Incognito:

- Prepared Incognito Short Term Plan, refreshed Incognito Guidelines, and added Chrome Private Modes and joined Sin Rastro company-wide incognito meetings. Incognito Guidelines are now used in San Rastro discussions and "Chrome Private Mode" may become a help center article.
- Proposed an intern project, got quota, performed intern interviews, and selected one.
- Performed weekly Incognito bug triage, following the bugs with teams and fixing some myself.
- Added more tests to extensions history API and content settings.
- Fixed Chrome OS Incognito metrics inconsistencies.
- Started studying feasibility of per-tab/per-window incognito sessions.

## Reducing User Misconceptions

### Designing Incognito User Education

Originating from how to bring incognito closer to user's expectations, continued discussions on incognito user study and drafted a list of Incognito promises, concluding that the best short term plan is development of Incognito contextual hints.
Further discussions with UX and user study teams and other stakeholders resulted in a design doc for Incognito in-product help and Incognito extended help draft. The proposals were not

GOOG-BRWN-00555078

accepted by in product help and help center teams and tracked back to a  PRD on incognito user education.

Reached a common plan with UX and user study teams on a design for one of the items (to start). The study was done in early Q1 and after analysis of the results, had more discussions with UX and user study teams to design the next study. UX team is preparing the sketches for the next study.

Also followed up the incognito extended help topic with srahim@ and the help center team and reached a preliminary agreement on how to proceed. Shimi and I are preparing the next proposal for the help center team.


## Designing Default Guest Mode

Chrome cannot be easily set up to always start in a privacy preserving mode (see here for user story). Wrote a PRD for a privacy preserving default mode, and discussed the several alternatives with privacy team, UX, and first run experience team. Several designs were detailed like Guest Mode Default Switch and Default Guest Mode Setting, expecting to have the final conclusion and design doc in this quarter.


## Implementation of Incognito Window Counter

To help reduce one of the frequently mentioned unpleasant surprises with incognito having a common session between all of its open windows, and after discussions in previous quarters on the solutions, started implementation of the Incognito Window Counter for desktop to show the number of open incognito windows on the desktop as a hint to close all windows to exit incognito.

The task took considerably longer than expected as on the one hand, it was paused and redesigned due to the introduction of incognito dark themes, and on the other hand required understanding the UI implementation details, implementing new UI patterns that were not used before that required API modifications, and refactoring to merge this feature and similar ones (guest menu, and different flavors of profile menu) for better future maintainability.

Implementation is followed up in this bug and the feature it is expected to launch in 74.

I've filed two self assigned technical debt bugs (this and this) to perform clean ups after the launch and have started the first one (which can make the launch on ChromeOS much easier).

## Reducing Incognito Detectability

### Implementation of File System API for Incognito

To resolve one of the oldest and easiest ways to detect incognito mode, started implementation of an in memory file system API in Q1 based on this plan.

The task required understanding the FileSystem API, drafting the details not mentioned in the design doc, creating the in-memory file and directory storage, and performing all the pipings of requests through existing and new delegates, with the consideration of having exactly similar behavior as on-disk file.

Progress is tracked in this bug and is expected to be finished in this quarter.

Fun fact: Starting this project resulted in a lot of media attention, such as this and this.

## Reducing Incognito Data Leakage

### Implementation of Removing user data from Incognito Notifications

Continued implementation of removing user data from Android media notifications to prevent leakage of user data in Android notification logs.

Fixed several issues with older versions of Android and UI element differences in Android K, L, and M, and updated tests. The feature was launched in 72.

### Ambient Authentication in Incognito Leak

Initiated and followed up discussion with Enterprise, security, and network stack team on incognito mode not being incognito with SSO NTLM and reached a common agreement, planned to prepare a design doc by the end of Q1 or early Q2.

## Quantum AI (20%)

### TFQuantum Repository

Implemented Quantum Neural Network using TF and Cirq and local parallel processing (design doc, presentation), and initiated the quantumlib/TFQuantum repository (not public yet) as a common repository between Google and VW to develop a Quantum machine learning library with integration with TensorFlow, and performed the administration role for the repository.

CONFIDENTIAL

Expansion of the repository continued during the weekly (e-)meetings with Munich VW team and adding features based on their needs, optimization of their code and performing common experiments like MNIST digit classification.

After Waterloo team joined the repository, co-admined the repository and refactored almost the whole Waterloo version of the code (~80 files) to increase their readability and compliance with Google code style and technical requirements for long term maintainability. This was a necessity for the longer term plan of publishing this repository to public as owned by Google. To preserver this structure, enforced review process and code health and code style tests for commitments to the TFQuantum repository, and designed next steps in refactoring the repository for better readability and future growth.

## General

Participated in VW, Diamler and Waterloo sync meetings and workshops..

## Others

- First Aid Training.
- OOO/Holidays: 19 days.
- Managed brainstorming session on code health.
- Meeting with android team on Network Traffic Annotations.
- Techtalks ...

# 2019-Q3 Perf (Feb 25-, Last Update Aug 31)

## Member of Chrome Privacy Team

## Reviews

As a member of privacy team, performed around 53 privacy or privacy automation reviews.

GOOG-BRWN-00555081

## Intern Hosting

Hosted an intern May-July on fingerprinting detection. The issue was in privacy team's goals when the project was defined last year and later was transferred to Potassium team, but we decided to follow it up as an experiment since it also has privacy added values and the idea maybe usable in incognito mode for extra protection.

Here are the running progress report, final presentation, and the code. Besides the usual tasks, we set up regular meetings with Centrifuge and Potassium team which is doing a similar experiment and keep our progress in sync.

## Network Traffic Annotations

I handed off the Network traffic annotations to Enterprise team last year, but since they had some maintenance issues with the clang tool, had some meetings with Clang and Enterprise teams and wrote a proposal on replacement of TrafficAnnotationExtractor with a script. The task was started by the Enterprise team and I review the CLs:

1. [Traffic Annotations] Make constructors private.
2. [Network Annotations] Add extractor.py
3. traffic_annotation_auditor: add --extractor-backend-flag
4. [Traffic Annotations] Audit mutable tags
5. [Network Traffic Annotations] Remove un-annotated URL request methods
6. [Traffic Annotation] Remove function context from extractor output
7. [Traffic Annotations] Run extractor.py on waterfall
8. Traffic annotations auditor update.
9. [Traffic Annotations] Improve logging on linux-annotator-rel
10. Update traffic annotation auditor
11. [Traffic Annotations] Fix MakeRelativePath() for extractor.py
12. [Traffic Annotations] Fix --no-filtering with extractor.py
13. [Traffic Annotations] Remove extra logging
14. [Traffic Annotations] Enable extractor.py on CQ
15.

I also occasionally handle the commit queue related issues and test speed issues in absence of the current owner.

## Onboarding new team member

Took responsibility of on-boarding the newest team member (roagarwal@) from August, started weekly 1:1s with him , occasional meetings for ramp up, bug assignment and review.

# Incognito Health and Planning

## General

Follow up and discussion related projects like Chrome Guest Extension and Third-party cookie behaviour changes, and Profile Menu update.

Prepared and presented current incognito challenges for Chrome OS Privacy Summit and T&S TechTalk: Incognito Mode - Current State.

Started Making Bookmarks Read Only in Incognito Mode PRD.

CONFIDENTIAL

## Incognito Bug Triaging

Performed weekly triage of incognito bugs, fixing/closing ~30. Some CLs and investigated bugs:

1. Add BrowserList IsIncognitoSessionInUse API function.
2. Investigate incognito session use with devtools.
3. JAWS does not automatically read title of incognito window.
4. Inconsistent behavior in opening in minimized windows.
5. PageLoads dropped from March to April.
6. Remove HostPostDataFrom IncognitoNotifications feature flag.
7. Cleanup Event router tail safes.
8. Remove extra profile type check in HostContentSettingsMapFactory.
9. Remove unused PrefServiceSyncableIncognitoFromProfile.
10. Move back 'PageLoad' user action to stability metrics.
11. Update main frame navigation histogram summaries.

## Sin Rastro

Participated in several Sin Rastro and incognito definition meetings, reviewed, authored, and maintained several related docs including Incognito Guideline, Chrome Incognito Mode, Differences between regular and incognito mode, Incognito HaTS, Sin Rastro London Workshop Summary,  Sin Rastro Incognito Mode, and Chrome / Sin Rastro options. Planning for the new solution (Privacy Browsing Beacon). Meetings with UX/R for related studies and planning.

## Adding Incognito Metrics

To help planning for next steps of incognito mode, profiles, spaces, and sin rastro, started a design doc on collecting anonymous usage stats in incognito mode and after getting privacy team's approval started it (progress bug). This is still in progress and will be followed up with an incognito metrics page/doc that puts all of them together. Here I keep a running summary. CLs:

1. Add Incognito profile lifetime duration metrics.
2. Replace PageLoadIncognito with Navigation.MainFrameProfileTypes metrics.
3. Add Incognito and Guest window count histograms.
4. Add tab count histogram metrics for incognito and guest modes.
5. Add histogram metric for bookmarks usage count per profile type.
6. Move BrowserProfileType enum to //components/profile_metrics.
7. Add OffTheRecord histogram metrics for autofill suggestion usage.
8. Add OffTheRecord histogram metrics for password manager usage.
9. GetBrowserStateTypes added to iOS browser state metrics.
10. Add histogram metrics for Omnibox searches sliced based on profile type.

## Auditing Incognito Code Health

Incognito, off-the-record, and guest keywords are occasionally wrongly used in place of each other in the code. To audit that, did some refactoring the profile and off_the_record_profile class to make the terms more clear and less interchangeable usable, and audited all use cases (this and this bugs) for possible misuses. The First bug was focused on wrong usages of the related calls to profile type functions, which ended in this quarter. The second one is a more general one to rename all semantically wrong usages. Meanwhile discussed options about this issue through bugs, docs, and emails and got the approval of all stakeholders to close this old bug.

GOOG-BRWN-00555083

CLs:

1. Cleanup usage of profile type constants.
2. Restrict access to profile type to reduce possible misuses.
3. Restrict redirection to platform apps in guest mode.
4. Update accessible window title in guest mode.
5. Clean-up wrong TODO in AccountConsistencyModeManager.
6. Restrict heap profiler to regular profiles.
7. Revert HostContentSettingsMap Factory guest mode change.
8. Rename Profile::IsIncognito to Profile::IsIncognitoProfile.
9. Add clarification comments for OffTheRecordProfile impl type on CrOS.
10. Marge incognito and guest args in HostContentSettingsMap constructor.
11. Update TestingProfile::GetProfileType for guest mode.
12. Remove Profile::IsGuestProfile().
13. Rename HostContentSettingsMap::is_incognito() to IsOffTheRecord().
14. Replace incognito with off_the_record in ContentSettingsPref*
15. Update incognito/OTR comments in profile classes.
16. Use IsIndependentOffTheRecordProfile() in Browser destruction.
17. Make IsOffTheRecord() comment clear.
18.

## Multi-Session Incognito

The current implementation of incognito mode creates an off-the-record profile on top of the existing profile. This off-the-record profile is shared by all open incognito windows and  is destroyed only when the last incognito window is closed. This has created in some <u>long lasting</u> user issues as forgetting to close all incognito windows will keep the session running. It also prevents us from letting <u>apps open an incognito</u> tab/window with a URL to prevent possible data leak, which is a requirement for <u>Sin Rastro</u>.

To resolve this issue, studied [hopefully] all relevant codesites to the issue and created a <u>PRD</u>, <u>design doc for profile updates</u>, and a <u>design doc for extensions</u>.

The task is now followed up with UI design and UX research, and waiting for design doc approvals.

# Reducing User Misconceptions

## User Education

Followed up updating private browsing help with tech writing and help desk team to cover better user understanding from incognito mode (<u>Article Draft - How Private Browsing Works</u>). This task is partially paused because of the upcoming decisions on profiles and incognito, but will be continued when plans are more clear.

We have also studied different ideas to <u>warn users</u> about signing in incognito mode. This will be followed up in the next quarter.

## Incognito Window Counter

Implementation of <u>Incognito Window Counter</u> which was started in previous quarter was continued and it was launched in Windows, Linux, and Mac in M-74 and CrOS in M-75.

GOOG-BRWN-00555084



ProfileChooserView provided several menus, implemented entangled with duplicate codes for drawing different menus. This posed two problems: First, it had dependencies that were not available in ChromeOS, and second, since different menus were implemented using different code paths, updating them and keeping them in sync was a very tedious task. Therefore I accepted responsibility of Refactoring Profile Menu, pruned several deprecated menus, separate code parts that were used on all platforms from the ones required on non-CrOS, removed all manual formatings from the menu and added heuristics to automatically format the code. Doing so, besides removing almost 30% of the code, reduced code complexity and harmonized all flavours of the menu.

CLs List:

1. Incognito Window Counter Launch Bug.
2. Separate ProfileChooserView into two classes.
3. Update the color of incognito Menu's Icon to make it consistent with dark mode.
4. Remove dead code from ProfileChooserView.
5. Remove dead code from ProfileChooserView.
6. Exclude devtools window from incognito windows count.
7. Separate content generation and formatting of ProfileChooserView.
8. Update incognito window counter's insets.
9. Update profile menu trigger for guest mode.
10. Move selection of profile or incognito menu to profile window.
11. Separate Incognito menu from Profile menu.
12. Enable Incognito Window Counter in ChromeOS.
13. Remove initial focus of incognito window count menu.
14. Add include_devtools arg to incognito session counter.
15. Update incognito window counter's accessible title.
16. Incognito Window Counter for ChromeOS.
17. Update incognito window counter's accessible title.
18. Fix incognito menu overflow in ChromeOS.
19. Move more decoration intelligence of profile menus into base class.
20. Activate profile menu shortcut for incognito mode in ChromeOS.
21. Update incognito toolbar button's accessible title.
22. Update profile menu edges for overflow.
23. Move decoration intelligence of profile menus into base class.
24. Fix accessibility issues of incognito window counter.
25. Update pre-dice sync error menu.
26. Update profile menu formatting policy.
27. Add required headers to profile_chooser_view.h for win_trunk compile.
28. Clean up ProfileMenuViewBase menu repopulation.
29. Refactor profile menu for better pre-dice code visibility.
30. Updating profile menu spacing for managed accounts.

Second round of refactoring CLS (issue 966388):

1. [profile-menu] Remove special case for menu width
2. [profile-menu] Move each button action into its own method
3. [profile-menu] Remove initially focused view
4. [profile-menu] Move bubble creation to ProfileMenuViewBase
5. [profile-menu] Refactor 'Exit Guest' logic
6. [profile-menu] Add identity image component

7.


# Default Guest Mode

To follow up this thread and the design docs and PRDs in the previous quarter (details), two bugs were filed to add a switch to start Chrome in guest mode and a policy to enforce guest mode. After landing the changes, followed up the case with help center team and after discussing multiple options, agreed on having the main article as a community announcement with a link from help center. Currently reviewing the draft of Community Announcement for Forced Guest Mode.

CLs:

1. Add BrowserGuestModeEnforced policy
2. Add guest startup switch to start browser in guest mode.
3. Load default profile if guest mode switch is provided.

# Reducing Incognito Detectability

## Implementation of File System API

Implementation of <u>File System API for Incognito</u> which was the easiest way for detection of incognito mode and an 8 year old bug was finished in this quarter. As a next step of this project, had discussions with the CDM team on how to close the next gaps, documented <u>here</u> and <u>here</u>. Also helped the PR with <u>responding</u> to the news media which were concerned with the change. CLs List:

1. Implement MemoryFileStreamReader.
2. Implement ObfuscatedFileUtilMemoryDelegate.
3. Implement MemoryFileStreamReader.
4. Update ObfuscatedFileUtil unittest to cover in-memory file system.
5. Implement ObfuscatedFileUtilMemoryDelegate.
6. Implement ObfuscatedFileUtilMemoryDelegate.
7. Implement MemoryFileStreamWriter.
8. Update ObfuscatedFileUtil unittest to cover in-memory file system.
9. Update FileSystem BrowserTest for in-memory file system.
10. Update FileSystem BrowserTest for quota setting.
11. Update FileSystem quota management for incognito mode.
12. Add foreign file copy support to in-memory file system.
13. Update SandboxFileSystemBackendUnittest for in-memory file system.
14. Add test for on-disk residue after in-memory files manipulation."
15. Add foreign file copy support to in-memory file system.
16. Serve temporary file URL requests in all platforms if enabled.
17. Add foreign file copy support to in-memory file system.
18. Move incognito file system usage cache to memory.
19. Serve temporary file URL requests in all platforms if enabled.
20. Enable in-memory file system API support for incognito.
21. Remove on-disk directory residue of in-memory file system.
22. Add incognito filesystem API test to browsing data remover browser test.
23. Move unnecessary incognito filesystem enabling function behind flag.
24. Update expiration milestones of in-memory filesystem flag.
25. Remove RemoveAsPluginPrivateDataWhileWriting unittest.

Feedbacks?

- What Chrome's incognito changes mean to the metered paywall vs. freemium debate
- Chrome 76 and the End of the Incognito Loophole
- Googlers hate it! This one weird trick lets websites dodge Chrome 76's defenses, detect you're in incognito mode
- Detecting incognito mode in Chrome 76 with a timing attack
- https://www.inma.org/blogs/Digital-Platform-Initiative/post.cfm/some-news-publishers-reviewing-paywalls-in-response-to-google-s-chrome-76

## Planning for coverage of next detection surfaces

Follow up with next detection surfaces (<u>this</u> and <u>this bugs</u>) and writing <u>Incognito Detectability PRD</u>.

1. Adding UKM collection for Legacy FileSystem API Usage.
2. Add IsRequestFileSystem to Blink UseCount UKMs.
3. Change file system type in incognito from persistent to temporary.

## Incognito Detection Through Service Workers Import Script

1. Increase storage limit of App Cache Mem Disk.
2. Change storage limit of App Cache Memdisk to be automatic.
3. Set upper threshold of Service Worker Disk Cache to default.

GOOG-BRWN-00555086

# Reducing Incognito Data Leaks

## Restricting Ambient Authentication in Private Modes

Following up previous discussion with Enterprise, security, and network stack team, and to close some quite old bugs (this, and this), wrote a design doc to disable ambient authentication in incognito mode and negotiated with stakeholders for better privacy story. Started implementation after getting the approvals, and handled inter-company coordination with a Microsoft engineer to use their fix for this issue.

CLs List:
1. Add flags to control ambient authentication in private modes.
2. Review: Add support to control adfs credentials and opt out inprivate and guest profiles
3. Policy
4. Stats

# Others

- Taking classes for intern hosting, including Management within Law, Internship Midpoint Feedback Training, and Privacy & Information Security recertification.
- Applying for a UK Visa, and trip planning for Incognito Workshop (didn't get a visa in time).
- Learning JavaScript.
- Reviewing Persian Translation of different Google product strings.
- [Code clean ups?]
  - Update expiry date and owner of Profile.Incognito.Lifetime histogram.
  - Remove EnableIncognitoWindowCounter flag.

# Quantum AI (20%)

- Finishing updating repository's code format.
- /Stopped on April 1st.

GOOG-BRWN-00555087

# 2020-Q1/Q3 Perf (**WIP**, Sep 1 - Aug 22)

## Member of Chrome Privacy Team

## Reviews

As a member of the privacy team, performed 65 privacy or privacy automation reviews, started 2 guidelines, authored or reviewed 9 CLs as the former owner of network traffic annotations, and reviewed 208 Chrome CLs.

Privacy Reviews:

1. Unido - Click to Call V2
2. Reviewing Chrome Browser privacy guide for enterprises.
3. Touch ID Incognito Mode
4. Using on-device model for incognito suggestions
5. On device suggest model for slow connections
6. Remove the assertions for the statistics spreadsheet column names
7. BotGuard Client Integration
8. [Unido] Shared Clipboard - V2
9. Expand Phishguard to saved passwords
10. Re-use of Chrome Password Manager for Autobot.
11. Support of username first login flow in Chrome Password Manage.
12. Manually reviewing PhishGuard password reuse events from Google properties.
13. Server-side classifier for the detection of static placeholder values.
14. CWS TIPP (Tiered Item Processing Pipeline) - the new Publish Flow Full launch.
15. Referrer policy: default to strict-origin-when-cross-origin.
16. Launch Shape Detection API
17. Chrome-SRP Trigger for Autobot Showtimes
18. [Unido] Shared Clipboard - Integrations
19. Individual Blacklisting of Devices Supporting Widevine DRM via Widevine Root of Trust ID.
20. [Unido] Shared Clipboard - WebRTC.
21. Hashed logging framework.
22. On device Suggest model in Incognito.
23. Duplex.*Web (Autobot) Shopping Experiment (on existing approved code
24. Finch Trial: Nice processes hosting exclusively ads.
25. Launch: PhishGuard[Android]: Enable Password Reuse Warning.
26. Duplex.*Web for Car Rentals (US) - PRD
27. Functional Cast Media Notifications in Zenith.
28. [Unido] Unido on sign-in and design update.
29. Quick answers in CrOS: v1.
30. Duplex.*Web ("Autobot") for Rental Cars US with Assistant and Search triggers.
31. Chrome Password Bulk Check for Google users.
32. [Nearby Sharing/Unido] Concept check-in with privacy/security.
33. [Unido] Shared Clipboard - Integrations.
34. Incognito mode and unique ID for CDM.
35. [scheduler] Gather data on usefulness of CancelableTaskTracker
36. Extension check-up tool experiment
37. Individual Blacklisting of Devices Supporting Widevine DRM via Widevine Root of Trust ID
38. Experimental Feature Proposal - Incognito enabled on all Google apps.
39. AGSA/Chrome accounts matching.
40. Measuring Searches in Incognito (for experiments)
41. Sin Rastro 1p App to App transitions
42. Autofill Payment Card Nicknames on Chrome on Desktop and Chrome on Android
43. Lens Layer for Chrome PRD.
44. Lens on Chrome: Passing Image URL.
45. Lens Public Image Classification.
46. Lens on Chrome Planned Image Metadata Optimizations.
47. FINCH PDD update for passing experiment ids to apps.
48. Easy recovery from never save passwords on Android.
49. Autofill Payment Card Nicknames Phase 2 on Chrome on Desktop, Chrome on Android (Clank) and Pay.google.com
50. [Passwords] Crowdsource button titles for better form type classification with Metadata pipeline.
51. Chrome Mobile Sharing Hub.
52. Abusive notification reduction (Reparo Phase 3)
53. Chrome Shopping Menu Item Proposal
54. Duplex.*Web Rental Cars: Gmail Intelligence Attribution
55. Lens Layer with Context Menu Experiment 1

GOOG-BRWN-00555088

56. Lens Layer with Context Menu Milestone 1
57. Lens Shopping Experience
58. Autofill Payment Card Nicknames Phase 2 on Chrome on iOS (Bling)
59. Lookalike interstitial for punycode
60. Saftey Check on iOS
61. Launch biometric auth for password filling in Bling.
62. Re-engagement notification for India.
63. Privacy Risk Mitigation with Experiment IDs in xGA Incognito.
64. Lens Layer with Context Menu Milestone 2
65. Reparo Phase 4: Quiet permission UI on sites with abusive notification content
66.

NTA:

1. Fix typos in traffic annotation code and docs.
2. Fix DCHECK in AuditorResult.
3. Fix traffic auditor issue when filtering is off.
4. Test and roll traffic annotation auditor binary.
5. Disable clang\ tool on waterfall.
6. Fixing annotation trybot's blockage of commit queue and CL: Remove content_browser_client_impl.cc from annotation tests.
7. Fix update_annotations_sheet.py failures.
8. [Traffic Annotation] Fail on CQ on C++ parsing error.
9. Auto-generate Network Annotations Documentation.

CL reviews:

1. Restart to regular mode.
2. Restart from the profile type that invoked it.
3. [profile-menu] Add identity title/subtitle.
4. [profile-menu] Add shortcut feature buttons(autofill)
5. [profile-menu] Add selectable profiles.
6. Add UMA metrics for bookmarks addition.
7. Add stronger incognito checks.
8. Got ownership of c/b/ui/views/profiles.
9. Whitelist cookie controls so changes are persisted.
10. (Re)implement Open Screen's ChromeUdpSocket class.
11. [profile-menu] Add drop shadow to identity badge.
12. [profile-menu] Make the heading a hover button.
13. [profile-menu] Refactor profile management separator.
14. [Implement ChromeTlsConnection, Factory.
15. [profile-name] Hide profile name for single profiles with default name.
16. [profile-menu] Match spacing with mocks
17. Update UKM network annotations after Unity launch on ChromeOS
18. Quota: Support mocking physical memory in quota tests.
19. Fix some cookies_allowed: NO requests to actually not send cookies.
20. Quota: Make settings test more robust.
21. Create new net::CertNetFetcher using URLLoader instead of URLRequest.
22. Allow use of cookies for chrome.google.com extension update downloads.
23. Use disk-backed file system backend when in guest mode on Chrome OS.
24. Add non functional enterprise policy to allow ambient authentication for profile types.
25. Add enterprise policy to allow ambient authentication for profile type
26. Split business logic out of avatar_toolbar_button.
27. Delete PermissionServiceContext instance when shutting down RPHI.
28. Initial pass at removing ClientMalwareRequest.
29. Delete PermissionServiceContext instance when shutting down RPH
30. net/cert_net: Delegate out part of nss_ocsp.h
31. Rename PerUserTopicRegistrationRequest to PerUserTopicSubscriptionRequest
32. Added support for Java protobuf targets to depend on other targets. Added import_dirs, and deps now pass through to the generated android_library target. This brings Java proto_java_library closer to its C++ counterpart.
33. Introduce OCSPRequestSessionDelegateURLLoader
34. Add ambient Auth browser tests for Managed Guest Sessions in chromeos.
35. Rename getLastUsedProfile to getMainProfile in Android
36. Cleanup: Delete GCMChannelStatusSyncer.
37. Replace [getLastUsedProfile#getOriginalProfile] with [getLastUsedRegularProfile].
38. Replace getLastUsedProfile().getOriginalProfile() with getLastUsedRegularProfile.
39. Replace [getLastUsedProfile] with [getLastUsedRegularProfile for MultiThumbnailCardProvider.
40. Replace deprecated getLastUsedProfile function in MultiThumbnailCardProvider.
41. Move more OSP platform impl to component.
42. Replace deprecated getLastUsedProfile function in TabListCoordinator.
43. Replace deprecated getLastUsedProfile function in LayerTitleCache.
44. Replace deprecated getLastUsedProfile function in PaymentRequestImpl.
45. Replace deprecated getLastUsedProfile function in NavigationSheetMediator.
46. Replace deprecated getLastUsedProfile function in WebsitePreference.
47. Cleanup: Delete legacy (Tango) invalidations code.
48. Introduce [Profile#getLastUsedProfile] function with [isIncognito] param.
49. Add browser tests for cookies leak detection.
50. Replace deprecated getLastUsedProfile function in TasksSurfaceCoordinator.
51. Replace deprecated getLastUsedProfile function in settings.
52. Add logic to check if feature is enabled in native also during tests.

CONFIDENTIAL

GOOG-BRWN-00555089

53. Update AssistantCoordinator to use incognito profile when called incognito.
54. Update SadTab to use incognito profile when called incognito.
55. Update CredentialLeakDialogBridge to use incognito profile when called incognito.
56. Replace deprecated getLastUsedProfile function in EditorDialog.
57. Replace deprecated getLastUsedProfile function in ChildAccountFeedbackReporter.
58. Replace [getLastUsedProfile#hasOffTheRecordProfile] with [getLastUsedProfile#hasOffTheRecordProfile].
59. Replace deprecated getLastUsedProfile function in LocationBarModel.
60. Replace deprecated getLastUsedProfile function in WebContentsFactory.
61. Replace deprecated getLastUsedProfile function in DataReductionPreferenceFragment.
62. Remove infrastructure for multiple extractor backend.
63. Update IPHBubbleDelegateImpl to use incognito profile when called incognito.
64. Replace deprecated getLastUsedProfile function in Sync Settings.
65. Check if 3rd-party cookies are blocked when launching survey in HatsService.
66. Check if 3p cookies are blocked in HaTSService survey launching process.
67. Create IncognitoNTPCookieControlsManager for ntp logic.
68. Add browser tests for Incognito CCTs.
69. Update ToolbarPhone to use incognito profile when called incognito.
70. Update ToolbarManager to use incognito profile when called incognito.
71. Update ToolbarButtonInProductHelpController to use incognito profile when called incognito.
72. Update PageInfoController to use incognito profile when called incognito.
73. Replace deprecated getLastUsedProfile function in KeyboardAccessoryIPHUtils.
74. Add ability for dynamically loading traffic annotation proto from source.
75. Add browser tests for cookies leak detection.
76. Replace deprecated getLastUsedProfile function in PassphraseDialogFragment.
77. Replace deprecated getLastUsedProfile function in DownloadSnackbarController.
78. Rename [getLastUsedProfileKey] to [getLastUsedRegularProfileKey].
79. Replace deprecated getLastUsedProfile function in SyncController.
80. Replace deprecated getLastUsedProfile function in PassphraseCreationDialogFragment.
81. Add profile suppliers.
82. Rename [getLastUsedProfileKey] to [getLastUsedRegularProfileKey].
83. [Traffic Annotations] Roll [\ a\ auditor.exe, and update CQ script
84. Throws IllegalArgumentException correctly for not supported types.
85. Update NewTabPageLayout to use incognito profile when called incognito.
86. Update NewTabPageView to use incognito profile when called incognito.
87. Replace [getLastUsedProfileKey#getOriginalKey] with [getLastUsedRegularProfileKey].
88. Add browser tests for history leaks from incognito to regular.
89. Replace deprecated getLastUsedProfile function in ExploreSitesBackgroundTask.
90. Update cookie leak tests to handle isolated incognito cct profiles.
91. Replace deprecated getLastUsedProfile function in PaymentRequestHeader.
92. DRP remove warmup prober and secure proxy checker.
93. Replace deprecated getLastUsedProfile function in NotificationManager.
94. Replace deprecated getLastUsedProfile function in PaymentRequestHeader.
95. Fix the case sensitivity in the reviewer lookup.
96. Divides parameterized tests into 3 parts for IncognitoDataTestUtils.
97. Replace deprecated getLastUsedProfile function in FeedContentStorageConformanceTest.
98. Replace deprecated getLastUsedProfile function in Feed tests.
99. Replace deprecated getLastUsedProfile function in ContextualSearchSceneLayer.
100. Replace deprecated getLastUsedProfile function in ConsentAuditorBridge.
101. Replace deprecated getLastUsedProfile function in RevampedContextMenuHeaderCoordinator.
102. Replace deprecated getLastUsedProfile function in RevampedContextMenuHeaderMediator.
103. Add browser tests for permission leaks between incognito and regular.
104. Replace deprecated getLastUsedProfile function in DataReductionMainMenuItem.
105. Replace deprecated getLastUsedProfile function in test classess.
106. Upboarding: Move image loader classes to internal.
107. Replace deprecated getLastUsedProfile function in test classess for the fatures not available in incognito.
108. Fix IncognitoPermissionLeakageTest and update comments.
109. Replace deprecated getLastUsedProfile function in test classess.
110. Replace deprecated getLastUsedProfile function in OfflinePageUtils.
111. Only enable third-party cookie blocking for regular incognito profile.
112. Replace deprecated getLastUsedProfile function in RevampedContextMenuHeader classes.
113. Fix Incognito CCTs/Tabs cookie tests.
114. Replace deprecated getLastUsedProfile function in device dialog classes
115. Replace deprecated getLastUsedProfile function in OfflinePage classes.
116. Update Offline page tests to replace deprecated getLastUsedProfile function.
117. Ensure we show user dialog for intent scheme in incognito.
118. Replace deprecated getLastUsedProfile function in ChromeAppModule.
119. Pass profile to MostVisitedListCoordinator on constructor.
120. Update deprecated function in WarmupManagerTest and add incognito test.
121. Replace deprecated getLastUsedProfile function in ExploreSurfaceCoordinator.
122. Remove TODO from MostVisitedListCoordinator.
123. Update download classes to replace [getLastUsedProfile] function.
124. Replace getLastUsedProfile function in AsyncInitializationActivity.
125. Update ExploreSurfaceCoordinator to use incognito profile when called incognito.
126. Update MostVisitedListCoordinator to use incognito profile in incognito.
127. Update ChromeAppModule to provide incognito profile.
128. Replace deprecated getLastUsedProfile function in DistilledPagePrefsView.
129. Adding Profile.Incognito.Lifetime metric for iOS.
130. Android: Improve and simplify strings for media streaming notifications.
131. Use Incognito CCT for Reader mode.
132. Adds browser tests to detect site storage leaks.
133. Replace getLastUsedProfile function in SharingServiceProxy.

GOOG-BRWN-00555090

134. Replace getLastUsedProfile function in tile classes.
135. Remove deprecated |getLastUsedProfileKey| function.
136. [WebLayer] Add BrowserContext parameter to WebsitePreferenceBridge.get/set\"SettingForOrigin.
137. Replace deprecated getLastUsedProfile in IdentityDiscController.
138. Replace deprecated getLastUsedProfile function in sig in classes.
139. Replace deprecated getLastUsedProfile function in ImageFetcherBridge.
140. Replace deprecated getLastUsedProfile function in SingleWebsiteSettings.
141. Replace deprecated getLastUsedProfile function in UserEducationHelper.
142. Replace deprecated getLastUsedProfile in ChromeContextMenuPopulator.
143. [HomepagePromo] Add homepage promo controller.
144. Adds additional checks to ensure WebContents is not null.
145. Create new VE entry for account mismatch incognito dialog.
146. [QueryTiles]: Inject tile fetcher.
147. Send image src url and alt text to Lens protected behind a finch flag param.
148. Remove deprecated |Profile#getLastUsedProfile| function.
149. Renables history leakage tests.
150. Add additional checks to ensure WebContents is not null.
151. Remove the IncognitoDataTestUtils#finishActivities.
152. Revert Happiness Tracking Surveys for supervised users on ChromeOS.
153. [Traffic Annotations] Fix a crash with --annotations-file=...
154. Update deprecated |getLastUsedProfile| function in Offline Pages.
155. Fix wrong usages of profile at EditorDialog and PaymentRequestImpl.
156. Fix wrong profile usages at PrefetchConfiguration.
157. Use application locale for accept headers in Incognito.
158. Optimize the expensive calculation of bug timestamps.
159. Introduce createImageFetcher functions with profile param.
160. Fix wrong usages of profile at PaymentRequestHeader.
161. Fix wrong usage of profile at OfflinePageUtils.
162. Adds a feature and prefs for cursor color a11y settings.
163. Fix profile usages at AutoFetchNotifier and OfflineNotificationBT.
164. Remove singleton pattern from ImageFetcherBridge.
165. Show SingleWebsiteSettings for incognito profiles.
166. Remove usages of |profile_key_util.cc#GetLastUsedProfileKey| on Android.
167. Introduce new functions with profile param in IdentityServicesProvider.
168. [ios][metrics] Fix conditions for RecordMainFrameNavigation call.
169. Replace |profile_key_util.cc#GetLastUsedProfileKey| on offline pages.
170. Replace |profile_key_util.cc#GetLastUsedProfileKey| on Android.
171. Replace IdentityServicesProvider functions in history classes.
172. Replace deprecated IdServicesProvider functions in firstrun classes.
173. Loading Predictor: Initial support for prefetching.
174. Replace IdentityServicesProvider functions in sync classes.
175. Replace IdentityServicesProvider functions in feed classes.
176. Replace IdentityServicesProvider functions in LensUtils.
177. [User menu] Refactor setting profile identity into one function.
178. [User menu] Update the user menu to show profile color.
179. Replace deprecated createImageFetcher function in LogoDelegateImpl.
180. Replace deprecated createImageFetcher function in QueryTileSection.
181. Replace deprecated createImageFetcher function in FeedImageLoader.
182. Replace deprecated createImageFetcher function in autofill.
183. Update incognito menu to new design under feature flag.
184. Update deprecated IdentityServicesProvider functions in backup.
185. Update deprecated IdentityServicesProvider function in PaymentRequestUI.
186. [WIP] Updated the sender fields according to senders.xml
187. Implement the WindowsSystemProxyResolutionService/Request.
188. Implement automatic document generation for Network Traffic Annotations.
189. Add function to the auditor to ensure that annotations exist in grouping.xml.
190. Replace IdentityServicesProvider functions in bookmarks.ntp and setting.
191. Replace IdentityServicesProvider functions in sign-in classes.
192. Add Metrics of Exit Incognito Button.
193. Expose IsPrimaryOTRProfile from native to Java.
194. Update deprecated |createImageFetcher| function in omnibox classes.
195. [createImagefecter] function clean-up for autofill assistant.
196. Android: Set the incognito profile destruction right.
197. [Incognito Menu] Fix light theme for incognito menu.
198. Refactor TabModelImpl and support passing non-primary OTR profiles.
199. Add feature::kEnableIncognitoShortcutOnDesktop for incognito desktop shortcut.
200. Update deprecated IdentityServicesProvider function in password manager.
201. Replace IdentityServicesProvider function in AccountTrackerService.
202. Replace deprecated IdentityServicesProvider func in RequestGenerator.
203. Update deprecated IdentityServicesProvider function in PickerAdapter.
204. Change the incognito CCT overflow menu.
205. PRDelegateImpl#isOffTheRecord add null check.
206. Add Incognito Create Shortcut Feature.
207. Update deprecated |getIdentityManager| function in GoogleLocationSetting.
208. Update deprecated |getIdentityManager| function in GSAState.

209.

Guideline:

1. Incognito Mode Privacy Review Quick Questionnaire.
2. Privacy Review Guideline for Sharing.

## Conference Participation

Participated in CPDP'2020 Data Protection and Artificial Intelligence conference, prepared a summary and presentation in T&S Tech Talks.

# Incognito TL

## General

- Defining Incognito road map and planning for future projects, through performing weekly triage of incognito related bugs, quarterly review and reprioritization of all incognito bugs, following up on bugs that have external dependencies or require other teams involvement, and monitoring other resources for planning for next quarters.
- Preparing and presenting incognito status or project updates, such as in Incognito Current State for Security weekly meeting and Security and Privacy Month presentations, Encrypted on-disk storage for T&S convergence, and Incognito CCT at T&S TechTalk.
- Maintaining Incognito Metrics and fixing issues.
- Reviewing internal and external comms and plans related to incognito and follow up on required changes, such as A Primer on Private Browsing (blog post), WAN-IFRA and Chrome Privacy Discussion, Introducing Default to Guest for Chrome Desktop, Adjusting Omnibox DNS Interception Checks, Incognito Logs Governance Proposal, Privacy Risk Mitigation for Experiment IDs in xGA Incognito, ...
- Helping 2 SWEs ramp up and leading them through their projects.
- Performed Incognito general code health and clean ups (13 CLs).
    1. Update incognito icons on desktop to the new material design.
    2. Add incognito icon with size 25.
    3. Remove EnableFilesystemInIncognito flag.
    4. Cleanup unused feature list in file system.
    5. Add UMA for incognito tab count in Android.
    6. Update policy templates for ambient authentications.
    7. Remove metrics preferences from incognito whitelist.
    8. Set Incognito/Guest usage metrics expiration to M95.
    9. Remove Autofill OffTheRecord metrics.
    10. Remove two password manager OffTheRecord metrics.
    11. Remove four Bookmark metrics.
    12. Rename IncognitoPersistentPrefsWhitelist to AllowList.
    13. Update AppShortcutManager test suppressor.
    14.

## Cross App Interactions

Discussed and iterated different options on AGA opening an incognito NTP, filed a progress tracker bug and followed up through 3 CLs.

- Add feature to control Focus on Omnibox in incognito tab intents.
- Enable omnibox autofocus for incognito tab launch intents.
- Restrict Omnibox focus for incognito tab opening intents to first party.

CONFIDENTIAL

GOOG-BRWN-00555092

Followed up discussions with Maps and YT teams, reviewed designs, and planned implementation for intent handling from Chrome to other apps.

## Sin Rastro

- Participated and followed up Sin Rastro meetings, including Google awareness of being in incognito mode, Guest Mode, and Sign In while Incognito, and branding. Reviewed and followed up on numerous documents including <u>Sin Rastro for Privacy Champions - Chrome</u>, <u>Sin Rastro arguments</u>, and <u>Marketing/Comms/PR Messaging with Various Chrome Options</u>.
- Prepared deck <u>Sin Rastro / Chrome Solutions for interaction with Google</u>, and started writing <u>Future Incognito Stories</u> to lead reducing the solutions into a proposal.
- Authored and reviewed <u>Chrome & Sin Rastro | P.A.M. review</u>, meeting with Chrome leads, and preparing the draft of <u>Chrome/SinRastro One Pager for Hiroshi</u>.

## Guest Mode repositioning

Raised incognito awareness as a P0 issue of incognito mode, and pushed for discussions on <u>private browsing options</u> and how we can have a neater private browsing story that we can advertise on.
Following that up initially proposed removal of guest mode from desktop (<u>go/no-guest</u>), and then having it as temporary profile type parallel to other profiles in desktop without off-the-record restrictions (<u>go/free-guest</u>) to support a distinct set of use cases than incognito and having more features.

# Reducing User Misconceptions

## General

Added options to start Chrome in Guest mode, and follow up on Community Forum <u>cover article</u> (some press coverages are <u>here</u> and <u>here</u>), and updating <u>Chrome WebStore warning for incognito and guest modes.</u>

## User Education

- Updating incognito documentation and help, including "<u>private browsing</u>" and "<u>allow private browsing</u>" help center articles.

GOOG-BRWN-00555093

- Triggering and following up on having a privacy tour for incognito mode, composing The Incognito Story as an example, review of several privacy tour versions such as this and this and finally launching it as a replacement for incognito NTP learn more link.

## Sign In Awareness

- Initiating and eng-leading the research on how to make users aware that signing-in while incognito reveals identity.
- Reviewing plans (such as Incognito Sign in Awareness and Incognito sign-in string explorations), organizing and following up on weekly meetings.
- Following up on Automatic Sign-In Suggestions in incognito mode (Credentials Management API) with Password Manager and UX teams.

## Restricting Ambient Authentication in Private Modes

Continued cross-PA discussions on Restricting Ambient Authentication in Private Modes plan to fix an old issue with bad PR coverage. Collaborated in preparation of Refactoring HttpAuthPreferences and HttpAuthHandlerFactory design doc and facilitated the communications between the Microsoft engineer who designed and implemented parts of the plan and network team. Discussing the follow up options with the Enterprise team and supervised roagrawal@ in implementation.
Follow Up with required communications and announcements.

# Reducing Incognito Detectability

## Fixing Current Detection Surfaces

Fixed Storage Quota and Persistent Storage Type are the current main approaches to detect incognito mode. Fixed the former by dynamic quota for Incognito FileSystem (design doc) and the latter by supporting it similar to temporary. Followed up with comms and started gradual rollout, paused and reverted due to COVID-19 extra sensitivity, and now rolling to 100%. Following up on the next issues related to memory and filesystem such as Out of Memory Crashes and heap-buffer-overflow exploit.

Dynamic Quota:
1. Add finch config for incognito filesystem quota.
2. Make incognito FileSystem quota dynamic.
3. Update finch experiment for incognito dynamic quota.
4. Add unit test for incognito pool size.
5. Expand Incognito Dynamic Quota finch scope to Beta.
6. Update Incognito Dynamic Quota field trial test.
7. Expand Incognito Dynamic Quota finch trial scope to Stable.

GOOG-BRWN-00555094

8. Add GoogleDocsOfflineExtension to UKMs dashboard.
9. Update expiration date of Memory.Total.PhysicalMemory.
10. Expand Incognito Dynamic Quota finch trial scope to Beta.
11. Expand Incognito Dynamic Quota finch trial scope to Stable and increase duration.
12. Expand Incognito Dynamic Quota finch experiment's time and reduce scope to non-stable only.
13. Update IncognitoDynamicQuota finch experiment to 1% stable and just one arm.
14. Increase stable roll out of Incognito Dynamic Quota to 15%.
15. Update expiration date of GoogleDocsExtensionAvailablity metrics.
16. Run ObfuscatedFileUtilMemoryDelegate:WriteFile on TaskRunner.
17. Run ObfuscatedFileUtilMemoryDelegate::ReadFile on TaskRunner.
18.

**Persistent Type:**

1. Add feature to control persistent file system in incognito mode.
2. Add persistent filesystem type support to incognito.
3. Enable persistent filesystem in incognito mode.
4. Enable serving URL from persistent filesystem in incognito.
5.

## Longer Term Planning

- Continued discussions with the storage API team and reached the common conclusion presented in Encrypted On-Disk Incognito Profile design doc. Followed up on the design doc with storage API, IO API and security teams and the leads to reach a plan forward.
- Maintaining Incognito Detection Prevention doc as an internal summary of current state of incognito detection and follow ups to update Protecting private browsing in Chrome blog post.
- Followed up other surfaces for incognito detection, and added monitoring metrics (UKM and UMA) to record requests to Google docs offline extension resources for incognito detection.

## Incognito CCT and Refactoring Profiles

- Having the requirement of supporting private browsing in 1p apps on Android, followed up and discussed the possibility of using WebLayer for current cross app incognito usages with Weblayer and CCT teams, and reached the common conclusion of needing an alternative solution.
- Studied the old Incognito CCT design doc, discussing with stakeholder teams, and coming up with a new Incognito CCT Design Doc.
- Followed that up with auditing Clank's singleton use of profiles (which can cause leaking issues for Incognito CCT) by auditing 150+ use cases of getLastProfileUsed function and 40+ relevant use cases of Get/HasOffTheRecordProfile.
- Identified profile singleton as a **P0 incognito privacy issue** on Android and started an effort to fix it. Taking the first step and leading sideyilmaz@ in the next steps.
- Continued discussions on how to update current independent OTR profile support and multiple OTR profiles with Profile, Presentation, Storage, Extension, and Clear Browsing Data teams (deck1 and deck2), and prepared Profile Refactoring Design Doc.
- Leading two other SWEs in a multi-quarter implementation, maintaining Incognito CCT implementation tracker and the following bugs:

GOOG-BRWN-00555095

1. Implement Incognito Chrome Custom Tab
2. Rename getLastUsedProfile to getLastUsedRegularProfile for better readability and audit all use cases.
3. Clean up asserts for development of Incognito CCT.
4. Refactor Independent OTR Profile and move the to c/b/profiles.
5. Audit usages of getLastUsedProfile for compatibility with Incognito CCT.
6. Add browser tests for Incognito CCTs.
7. CCTs opened from incognito mode should be incognito.
8. Audit usages of [Get/Has]OffTheRecordProfile for compatibility with multiple OTR profiles.
9. Adding missing incognito mode testing
10. Investigate whether it's possible to remove Profile::GetOffTheRecordPrefs and GetReadOnlyOffTheRecordPrefs
11. Enable non-primary OffTheRecord profiles for supervised users.
12. Update Extensions APIs to support multiple OTR profiles.
13. Update DownloadManagerService to support all OffTheRecord profiles.
14. Update TabModelBridge to support all OffTheRecord profiles.
15. Migrate DevTools::BrowserContextManager from OffTheRecord profiles to Ephemeral profiles.

- Followed up further discussions regarding the issue, authored Incognito Availability Policies on Clank, and effects on CCTs, DevTools use of Chrome Profiles, and reviewed Incognito CCT lifetime, PRD: Incognito CCTs, BrowserContextId Design, Disabling IM-CCT Android notification, …
- Discussions with Metrics and Extensions team on proper support of non-primary OTRs and salvaging old design doc.
- Follow up on bugs related to profile, such as DevTools: Target.disposeBrowserContext crashes browser in headful mode, Profile deleting browser  tests are flaky on Win builders (**Peer Bonus**), Browsable Activities expose insecure behaviors on Android, Follow up on several bug reports on profile destroyer freeze on incognito tabs.
- Authoring >100 CLs and reviewing >150. Many of the reviewed CLs are on the tricky CL of profile use and although seem simple, require follow up of the use case to verify its incognito compatibility.
- CLs:
    1. Add feature and flag to enable incognito Chrome Custom Tabs.
    2. Add incognito CCT intent handling.
    3. Remove unused ALLOW_INCOGNITO_CUSTOM_TABS_FROM_THIRD_PARTY switch.
    4. Add independent incognito profile to clank for CCTs.
    5. Remove unnecessary check from LayerTitleCatch#fetchFaviconForTab.
    6. Use warmup manager of the given profile in CCTs.
    7. Two ProfileManager nits for better readability.
    8. Rename getLastUsedProfile to getMainProfile.
    9. Remove unused OffTheRecordProfileIOData class declaration.
    10. Move IndependentOTRProfileManager class to c/b/profiles.
    11. Block unexpected usages of Independent OTR profiles.
    12. Add OTRProfileID to profile class.
    13. Update IsIncognitoProfile to return false for non-primary OTRs.
    14. Add shorthand functions for Incognito and Guest profiles creation.
    15. Update OTR profile calls in Startup browser creator and tab provider.
    16. Remove Profile::GetReadOnlyOffTheRecordPrefs.
    17. Update AppList OTR profile calls.

GOOG-BRWN-00555096

18. Add unique OTR profile id creator.
19. Defer Profile destruction when non-primary OTR profile have RPHs.
20. Remove ChromeOS exception in ProfileDestroyer.
21. Update OffTheRecord profile use in Platform Apps browser tests.
22. Make OTRProfileID serialization private.
23. Remove independent OTRs from DevToolsBrowserContextManager.
24. Update usage of GetOffTheRecordProfile in ProfileHelperImpl.
25. Update ProfileManager to use multiple OTR APIs.
26. Replace independent OTR profiles in Hats Survey with newer APIs.
27. Add OffTheRecord Profile ID java interface.
28. Update presentation receiver window controller's OTR profile usage.
29. Update OffscreenTab's use of OTR profiles.
30. Update HatsWebDialog's usage of OTR profiles.
31. Update usage of OTR profiles in ChromeOS HaTS Dialog.
32. Update OTR profile calls in RendererContextMenu.
33. Enable non-primary OTRs when policy bans Incognito.
34. Clean up ProfileDestroyer.
35. Remove IndependentOTRProfileManager.
36. Remove extra IsSameProfile check and add browser_test.
37. Update last used profile only if profile is not scheduled for deletion.
38. Update [Get/Has]OffTheRecordProfile calls in webui.
39. Update [Get/Has]OffTheRecordProfile calls in c/b/ui/views.
40. Update GetOffTheRecordProfile calls in c/b/ui/toolbar.
41. Update GetOffTheRecordProfile calls in c/b/ui/ash.
42. Add OTRProfileID.createUnique interface to java.
43. Update usage of OTR profiles in global media controls test.
44. Update usage of OTR profiles in local NTP browser test.
45. Update usage of OTR profiles in theme service unittest.
46. Update OTR profile use in Worker Task Provider.
47. Update usage of OTR profiles in c/browser/ui.
48. Update CCT-Incognito flag's expiration date.
49. Disable flaky profile deletion tests (mostly windows)
50. Update TestingProfile to support non-primary OTRs.
51. Update usage of OTR profiles in stateful_ssl_host_state_delegate_test.
52. Update usage of OTR profiles in durable_storage_permission_context tests.
53. Remove DestroyOffTheRecordProfile() function.
54. Update AmbientAuthentication to be allowed for non-primary OTR profiles.
55. Replace 'Incognito' with 'OffTheRecord' in DatabaseTracker.
56. Replace Incognito with OffTheRecord for RemoveOptimization.
57. Replace Incognito with OffTheRecord in ChromePaymentRequestDelegate.
58. Replace Incognito with OffTheRecord in ChromeAuthenticatorRequestDelegate.
59. Rename VariationsClient::IsIncognito to IsOffTheRecord.
60. Replace IsIncognitoProfile with IsOffTheRecord in HostContentSettingsMap.
61. Update type check in TrackZoomLevelsFromParent.
62. Replace IsIncognitoProfile with IsOffTheRecord in enterprise reporting.
63. Update OTR profile use in safe_browsing tests.
64. Update OffTheRecord profile API use in media tests.
65. Update OffTheRecord profile API in net tests.
66. Update OffTheRecord profile APIs in notifications.
67. Update OffTheRecord profile API use in several tests.
68. Update OffTheRecord profile API in WebAppUtils test.
69. Update OffTheRecord profile tests in LoadingPredictorConfig.
70. Replace Incognito with OffTheRecord in media router.
71. Update OffTheRecord profile API in several tests. (2)
72. Update OffTheRecord profile test in SearchPermissionsService.
73. Update OffTheRecord profile API in profile tests.
74. Update OffTheRecord profile API in several tests (3).
75. Remove Profile::ProfileType.
76. Update OTR profile use in ProfileState.
77. Remove Profile::IsSameProfileAndType().
78. Rename IsSameProfile to HasSameOriginalProfile.
79. Use ephemeral profiles in DevToolsBrowserContextManager.
80. Revive unittest for ProfileDestroyer.
81. Update OTR profile usage in chrome/browser/media.
82. Update PluginPrefs use of OffTheRecord profiles.
83. Update OffTheRecord profile API usage in AccessibilityManager.
84. Update downloads usage of OffTheRecord profiles.
85. Update the names of 3 functions in BrowserList.
86. Rename IsIncognitoSessionActive to IsOffTheRecordSessionActive.
87. Rename chrome::IsIncognitoSessionActive to IsOffTheRecordSessionActive.
88. Add [AllowsBrowserWindows] CHECK to browser constructor.
89. Add OTRProfileID::AllowsBrowserWindows.
90. Update IncognitoModePrefs::CanOpenBrowser to use IsIncognitoProfile.
91. Enable profile deletion tests.
92. Replace Incognito with OffTheRecord in media router java code.
93. Update Download Startup Utils to support all OffTheRecord profiles.
94. Update BrowsingHistoryBridge to use the correct OffTheRecord profile.
95. Update CreateWebContents to receive the actual profile.
96. Update Extension APIs use of OffTheRecord Profile APIs.
97. Remove deprecated createWebContentsWithWarmRenderer function.
98. Update DownloadManagerService to receive profile from java side.

GOOG-BRWN-00555097

99. Add OTRProfileID to DownloadInfo.
100. Update TabModelBridge for using multiple OTR profiles.
101. Remove default values from TestingProfile OTR API functions.
102. Update DownloadManagerService to user separate coordinators per profile.
103. Remove deprecated TODO from CustomTabIncognitoManager.
104. Update DownloadManagerService to use existing coordinator OnPendingDownloadsLoaded.
105. Remove deprecated CustomTabIncognitoManager::hasIsolatedProfile().
106.

## Impact

- Sundar: <u>Keeping your private information private</u>
- Press coverage:
    - <u>Google continues to slowly give users more control over their own data</u>.
    - <u>Google will automatically delete location history by default</u>
    - Big list (general): <u>SUMMER PRIVACY MOMENT | COVERAGE</u>
- This resulted in a thorough profile code clean up and preparing the code for support of isolated off-the-record browsing sessions on desktop as well or multi-profiling clank.

# Citizenship!

## Intern Hosting

Defined a project for a junior intern to be more effective in shaping their future career path. While having no UX quota assigned to the project, discussed <u>several ideas</u> with the team and finalized <u>a design</u>. Later since there was technical issues with sending Google device and account to the intern, and also based on recent incognito roadmap, dynamically modified the project to make the experience more fruitful for the intern and for the product. Followed up with providing equipments and access right for the intern (and other interns in this situation) and accepted extending the internship to 18 months to result in a better internship experience. Also accepted the 2nd host role of another intern from Enterprise team who is working on an old project of mine.

## Culture and General

- Reviewing notes and summarizing <u>privacy team retrospective on team culture</u>.
- Participation in preparations for Special Thanks Giving TGIF for TVCs.
- Member of <u>gPause MUC Core team</u> and organizing daily gPause sessions in Muc (2 days each week).
- Filed bugs and followed up issues related to other products:
    1. Compressed shared locations sometimes do not expand.
    2. Accessibility issue for users with English as a second language.
    3. BrailleBack not supporting Persian language.

GOOG-BRWN-00555098

4. Assistant suggesting screenshots from Chrome incognito.
5. [Googler Feedback] When I choose a different color for an event, the left border is drawn in my default calendar color.
6. If you rename a newly added file, it's previous comments are not transferred.
7. [Googler Feedback][Web] It would be great if we could modify the default options for email snoozing.
8. Add an easier way to navigate in trixes with many sheets.
9. Duo can't connect properly when two recipient devices ring.

- Participation in two internal studies.
- Updating IR medical facilities in Google Maps (~200 items).
  - Finding a source for mass updating hospitals from Iran's Ministry of Health.
- Member of Ability MUC ERG and A11y week organization committee.
- Sent three peer bonuses to Victor Costan, Martin Sramek, Chrisitan Dullweber.
- Created one meme!


## Climate Change Awareness

- Participating in planning for a Climate Awareness TGIF on Nov 21.
- Participation in awareness and organization of Global Climate Strike, Nov 29.
- Wrote Green Pledges design doc and created Green Pledges Planning Group, and started Green Pledges internal site, with the following topics:
  - Plastic
  - Animal Agriculture
  - Food Waste
  - Fast Fashion
  - Global Climate Strike, 29 Nov 2019
- Continuing on updating Green Pledges site and adding moma badges for current pledges and planning for next steps.
- Organizing Virtual Film Screening: The Story of Plastic.
- Presenting Global Compassion in T&S lightning talk and initiating website and discussion group for follow up.


# 2021-Q1 Perf (Aug 23 - ) [WIP]


## Incognito General