# EXHIBIT 103

CONFIDENTIAL

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3
4
5    CHASOM BROWN, WILLIAM BYATT,
     JEREMY DAVIS, CHRISTOPHER
6    CASTILLO, and MONIQUE
     TRUJILLO, individually and on
7    behalf of all other similarly
     situated,
8
                Plaintiffs,
9                                          No.
          vs.                               5:20-cv-03664-LHK-SVK
10
     GOOGLE LLC,
11
                Defendant.
12   _____/
13
14                  -- CONFIDENTIAL --
15
16        VIDEOTAPED DEPOSITION OF RAMIN HALAVATI
17               Remote Zoom Proceedings
18                Zurich, Switzerland
19             Tuesday, January 18, 2022
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 238                    Job No. 5035959
```

Page 1

```
 1              Do you see that?
 2         A.   Yes.
 3         Q.   And when you said "it's quite different from
 4   Safari's private mode," you were talking about Chrome's
 5   private mode; correct?                                    10:44:20
 6         A.   Yes.  Chrome's Incognito versus Safari's private
 7   mode.
 8         Q.   And how is Chrome Incognito mode quite different
 9   from Safari's mode?
10         A.   In Chrome, we consider all tabs in one window in 10:44:33
11   a common session, but in Safari, they consider each tab a
12   separate, isolated session.
13         Q.   And does isolation per tab improve tracking
14   protection?
15              MR. ANSORGE:  Objection.  Vague.                10:44:52
16              THE WITNESS:  Yes.  It can result in more
17   privacy, but less functionality.
18         Q.   BY MR. REBLITZ-RICHARDSON:  Does the current
19   implementation of Chrome Incognito mode create an
20   off-the-record profile on top of the existing profile?     10:45:13
21         A.   Yes.
22         Q.   And has that been the way that Chrome Incognito
23   mode functions going all the way back to when you started
24   in August 2016?
25         A.   Yes.                                            10:45:32
```

Page 113