# EXHIBIT 104

| Named Plaintiff | Full String URL containing Path, Folder, subfolders | URL Containing Search Terms | GET Request URL Showing portion of page viewed | GET Request URLs containing GCLIDs |
|---|---|---|---|---|
| Brown | https://www.google-analytics.com/j/collect?v=1&_v=j96&a=1429777955&t=pageview&_s=1&dl=https%3A%2F%2Fwww.washingtonpost.com%2Fnewssearch%2F%3Fquery%3Dfurniture%26btn-search%3D&dr=https%3A%2F%2Fwww.washingtonpost.com%2F&ul=en-us&de=UTF-8&dt=Search%20-%20The%20Washington%20Post&sd=30-bit&sr=1440x900&vp=1200x686&je=0&_u=QCCAAEABAAAAAC~&jid=643863126&gjid=1310937978&cid=832583706.1643649287&uid=D6E4BFC12B542A0FE0530100007F828B&tid=UA-133956668-1&_gid=385312223.1644860931&_r=1&gtm=2wg290WHNNX88&cd1=(not%20set)&cd2=(not%20set)&cd3=(not%20set)&cd4=(not%20set)&cd5=(not%20set)&cd6=(not%20set)&cd7=(not%20set)&cd8=(not%20set)&cd9=(not%20set)&cd10=(not%20set)&cd11=(not%20set)&cd12=(not%20set)&cd13=(NOT%20SET)&cd14=(not%20set)&cd15=(not%20set)&cd16=(not%20set)&cd17=(not%20set)&cd19=(not%20set)&cd20=wp_ak_v_v%3A0%7C20210407%3Bwp_ak_subs%3A1%7C20220124%3Bwp_ak_v_m%3A0%7C20211006%3Bwp_ak_bt%3A1%7C20200518%3Bwp_ak_bfd%3A1%7C20201222%3Bwp_ak_tos%3A1%7C20211110%3Bwp_ak_btap%3A1%7C20211118%3Bwp_ak_pp%3A1%7C20210310%3Bwp_ak_v_nav%3A1%7C8%3Bwp_ak_pp%3A1%7C20210310%3Bwp_ak_subs%3A1%7C20220124%3Bwp_ak_v_m%3A0%7C20211006%3Bwp_ak_bt%3A1%7C20200518%3Bwp_ak_bfd%3A1%7C20201222 | https://www.google-analytics.com/j/collect?v=1&_v=j96&a=1765258562&t=pageview&_s=1&dl=https%3A%2F%2Fwww.washingtonpost.com%2Fnewssearch%2F%3Fquery%3Dfurniture%26btn-search%3D&dr=https%3A%2F%2Fwww.washingtonpost.com%2F&ul=en-us&de=UTF-8&dt=Search%20-%20The%20Washington%20Post&sd=30-bit&sr=1440x900&vp=1200x686&je=0&_u=QCCAAEABAAAAAC~&jid=1008020261&gjid=1477497359&cid=832583706.1643649287&uid=D6E4BFC12B542A0FE0530100007F828B&tid=UA-133956668-1&_gid=1967063112.1646030574&_r=1&gtm=2wg2n0WHNNX88&cd1=(not%20set)&cd2=(not%20set)&cd3=(not%20set)&cd4=(not%20set)&cd5=(not%20set)&cd6=(not%20set)&cd7=(not%20set)&cd8=(not%20set)&cd9=(not%20set)&cd10=(not%20set)&cd11=(not%20set)&cd12=(not%20set)&cd13=(NOT%20SET)&cd14=(not%20set)&cd15=(not%20set)&cd16=(not%20set)&cd17=(not%20set)&cd19=(not%20set)&cd20=wp_ak_v_v%3A0%7C20210407%3Bwp_ak_subs%3A1%7C20220124%3Bwp_ak_v_m%3A0%7C20211006%3Bwp_ak_bt%3A1%7C20200518%3Bwp_ak_bfd%3A1%7C20201222%3Bwp_ak_tos%3A1%7C20211110%3Bwp_ak_btap%3A1%7C20211111%3Bwp_ak_pp%3A1%7C20210310%3Bwp_ak_v_nav%3A1%7C8%3Bwp_ak_pp%3A1%7C20210310%3Bwp_ak_v_nav%3A1%7C7CB&cd21=wp_ak_v_v%3A0%7C20210407%3Bwp_ak_subs%3A1%7C20220124%3Bwp_ak_v_m%3A0%7C20211006%3Bwp_ak_bt%3A1%7C20200518%3Bwp_ak_bfd%3A1%7C20201222 | https://analytics.google.com/g/collect?v=2&tid=G-0GV7WXFNMT&gtm=2oe460&_p=1434471603&sr=1440x900&_z=ccd.AAB&ul=en-us&cid=1362526536.1643824069&_s=2&dl=https%3A%2F%2Fwww.wayfair.com%2Fgateway.php%3FisUniversalGateway%3Dtrue%26refid%3DGX487970243199.Furniture~e%26position%3D%26network%3Dg%26pcrid%3D487970243199%26device%3Dc%26targetid%3Daud-923202070776%3Akwd-11642071%26channel%3DGoogleToF%26gclid%3DEAIaIQobChMIuY7Q5sWN9wIVbiCtBh2NEA54EAAYAyAAEgLanfD_BwE&dr=https%3A%2F%2Fwww.google.com%2F&dt=Wayfair.com%20-%20Online%20Home%20Store%20for%20Furniture%2C%20Decor%2C%20Outdoors%20%26%20More%20%7C%20Wayfair&sid=1649732865&sct=14&seg=0&en=scroll_et=5&epn_percent_scrolled=90 | https://www.wayfair.com/gateway.php?isUniversalGateway=true&refid=GX487970243199.Furniture~e&position=&network=g&pcrid=487970243199&device=c&targetid=aud-923202070776:kwd-11642071&channel=GoogleToF&gclid=EAIaIQobChMIuY7Q5sWN9wIVbiCtBh2NEA54EAAYAyAAEgLanfD_BwE |
| Byatt | https://www.google-analytics.com/g/collect?v=2&tid=G-WRCN68Y2LD&gtm=2oe3e0&_p=1943595789&sr=1440x900&ul=en-us&cid=1035785714.1647538081&_s=1&dl=https%3A%2F%2Fwww.washingtonpost.com%2Fpolitics%2F2021%2F05%2F09%2Fwhat-do-women-want-mothers-day-bidens-american-families-plan-might-have-some-answers%2F&dr=https%3A%2F%2Fwww.washingtonpost.com%2Fsearch%2F%3Fquery%3Dgift%2Bflowers%26btn-search%3D&dt=What%20do%20women%20want%20for%20Mother%E2%80%99s%20Day%3F%20Biden%20hopes%20the%20has%20some%20answers.%20-%20The%20Washington%20Post&uid=D6E7AF3849597788E0530100007F7CAD&sid=1647538099&sct=1&seg=1&en=page_view&ep.page_name=what-do-women-want-mothers-day-bidens-american-families-plan-might-have-some-answers&ep.section=politics&ep.subsection=politics%20-%20monkey-cage&ep.content_type=story%20-%20default https://www.google-analytics.com/collect?v=1&_v=j96&aip=1&a=1904077243&t=event&ni=1&_s=1&dl=http%3A%2F%2Fwww.nytimes.com%2F2022%2F03%2F10%2Fbooks%2Freview%2F11-new-books-we-recommend-this-week.html&dr=https%3A%2F%2Fwww.nytimes.com%2Fsearch%3Fquery%3Dbooks&ul=en-us&de=UTF-8&dt=11%20New%20Books%20We%20Recommend%20This%20Week%20-%20The%20New%20York%20Times&sd=30-bit&sr=1440x900&vp=1314x711&je=0&ec=dock&ea=impression&el=MAG_web_regi_us_sale_apple-pay-dock&ev=0&_u=QACAAEABAAAAAC~&jid=&gjid=&cid=1694193981.1646869589&tid=UA-58630905-2&_gid=440216762.1647462914&gtm=2wg3e0P528B3&cg1=books&cg2=review&cg3=article&cg4=list&cd1=http%3A%2F%2Fwww.nytimes.com%2F2022%2F03%2F10%2Fbooks%2Freview%2F11-new-books-we-recommend-this-week.html&cd2=https%3A%2F%2Fwww.nytimes.com%2F2022%2F03%2F10%2Fbooks%2Freview%2F11-new-books-we-recommend-this-week.html%3FsearchResultPosition%3D1&cd3=%3FsearchResultPosition%3D1&cd4=Books&cd9=9&cd10=www.nytimes.com&cd12=Book%20Review&cd13=www.nytimes.com&cd14=bookreview_desk&cd16=internal&cd17=100000008215679&cd19=11%20New%20Books%20We%20Recommend%20This%20Week&cd20=&cd21=Article&cd23=Book | https://www.google-analytics.com/j/collect?v=1&_v=j96&a=125400539&t=pageview&_s=1&dl=https%3A%2F%2Fwww.caranddriver.com%2Fsearch%2F%3Fq%3Dgifts&dp=%2Fsearch%2F%3Fq%3Dgifts&ul=en-us&de=UTF-8&dt=Search&sd=30-bit&sr=1440x900&vp=1391x673&je=0&_u=YCCAAUADQAAAAC~&jid=&gjid=&cid=1966728969.1647538206&tid=UA-11570513-28&_gid=1909517422.1647538206&_slc=1&cd1=landingpage&cd10=%2Fsearch%2F%3Fq%3Dgifts&cd11=search&cd12=%2Fld&cd14=jam.cd.new.dfp&cd15=Car%20and%20Driver&cg1=2=New%20Car%20Landing&cg1=landingpage&z=1372623324 https://www.google-analytics.com/j/collect?v=1&_v=j96&a=809197320&t=pageview&_s=1&dl=https%3A%2F%2Fwww.washingtonpost.com%2Fsearch%2F%3Fquery%3Dbooks%26btn-search%3D%26facets%3D%7B%22time%22%3A%22all%22%2C%22sort%22%3A%22relevancy%22%2C%22section%22%3A%5B%5D%2C%22author%22%3A%5B%5D%7D&dr=https%3A%2F%2Fwww.washingtonpost.com%2F&ul=en-us&de=UTF-8&dt=Search%20-%20The%20Washington%20Post&sd=30-bit&sr=1440x900&vp=1314x711&je=0&_u=QCCAAEABAAAAAC~&jid=177834804.1647463096&_r=1&gtm=2wg3e0WHNNX88&cd1=(not%20set)&cd2=(not%20set)&cd3=(not%20set)&cd4=(not%20set)&cd5=(not%20set)&cd6=(not%20set)&cd7=(not%20set)&cd8=(not%20set)&cd9=(not%20set)&cd10=(not%20set)&cd11=(not%20set)&cd12=(not%20set)&cd13=(NOT%20SET)&cd14=(not%20set)&cd15=(not%20set)&cd16=(not%20set)&cd17=(not%20set)&cd19=(not%20set)&cd20=wp_ak_v_v%3A0%7C20210407%3Bwp_ak_v_m%3A0%7C20211006%3Bwp_ak_bt%3A1%7C20200518%3Bwp_ak_bfd%3A1%7C20201222%3Bwp_ak_tos%3A1%7C20211110%3Bwp_ak_btap%3A1%7C20211118%3Bwp_ak_pp%3A1%7C20210310%3Bwp_ak_v_nav%3A1%7C7CB&cd21=wp_ak_v_v%3A0%7C20210407%3Bwp_ak_subs | https://www.google-analytics.com/g/collect?v=2&tid=G-Y3HTKEVK7W&gtm=2oe3e0&_p=2102789245&sr=1440x900&ul=en-us&cid=1701190232.1643649960&ir=1&_s=2&dl=https%3A%2F%2Fwww.caranddriver.com%2Fnews%2Fa371314828%2Fairstream-pottery-barn-special-edition-trailer%2F&dr=https%3A%2F%2Fwww.caranddriver.com%2Fsearch%2F%3Fq%3Dfurniture%2Bsofa&dt=Airstream%20and%20Pottery%20Barn%20Launch%20Special-Edition%20Camping%20Trailer&uid=2733dde3-8fe2-4869-804b-a85c0cdd135d&sid=1648075276&sct=9&seg=1&cm=&cn=&cs=&en=scroll_et=23368&_eu=Q&ep.optimize_id=OPT-NST7XLB&epn.percent_scrolled=90 https://www.google-analytics.com/g/collect?v=2&tid=G-3QV3RVYDQ7&gtm=2oe320&_p=654821822&_z=ccd.B&gcs=G100&cid=1264369244.1646622035&ul=en-us&sr=1440x900&_s=2&sid=1646622033&sct=1&seg=0&dl=https%3A%2F%2Fomny.fm%2Fshows%2Fo-assunto-1%2Fbrumadinho-1-ano-a-maior-opera-o-de-buscas-do-bras%2Fembed%3Fstyle%3Dartwork%26image%3D1%26share%3DD0%26download%3D0%26description%3D0%26subscribe%3DD0%26foreground%3D000000%26background%3Df2f2f2%26dist%3DDg1-%26highlight%3DC4170C%26testgroup%3DDo&dr=https%3A%2F%2Fs3.glbimg.com%2F&dt=Brumadinho%2C%201%20ano%20-%20a%20maior%20opera%C3%A7%C3%A3o%20de%20busca%20do%20Brasil%20e%20como%20Dest%C3%A1%20da%20cidade%20varrida%20pela%20lama&en=scroll_percent_scr olled=90 | https://www.gifttree.com/p3/4364/as-good-as-gold-classic-1?pid=26159&refer=ga&utm_campaign=9932332494&utm_source=google&utm_medium=cpc&utm_term=pla-9736664447 39&utm_group=98775713205&gclid=EAIaIQobChMIzsk7eWy9glVk7OzCh3MOQ_8EAEYASABEgIOHPD_BwE https://www.fastquicksearch.com/web?q=book%20publishing&kwid=book%20publishing&cid=5337118333 88&site=&gclid=EAIaIQobChMIiLbVxLzL9glVFSM4Ch3v8wmZEAAYASAAEgI VqfD_BwE&qsrc=999&qo=semQuery&ad=semD&o=1463671&l=sem&askid=5bec206b-2176-4ca9-878f-72fe7c7e5dba-0-qs_gsb&dqi=&ag=fw81&am=broad&an=google_s |
| Davis | | | | |
| Castillo | https://www.google-analytics.com/collect?v=1&_v=j96&a=1538167672&t=event&ni=1&_s=1&dl=https%3A%2F%2Frevistamarieclaire.globo.com%2FBeauty-Tudo%2Fnoticia%2F2021%2F12%2Fdelineador-night-liner-dalla-makeup.html&dr=https%3A%2F%2Fwww.globo.com%2F&ul=en-us&de=UTF-8&dt=Delineador%20The%20Night%20Liner%2C%20Dalla%20Makeup%20-%20Revista%20Marie%20Claire%20%7C%20Beauty%20Tudo&sd=24-bit&sr=1440x960&vp=1157x775&je=0&ec=Piano&ea=Action%20Text&el=banner_globomais%20-%20logado%20-%20marie%20claire%20-%20eg_mc_banner-materia_spotify&_utma=100629313.1336606284.1645333116.1645333145.1645333145.1&_utmz=100629313.1645333145.1.1.utmcsr%3D(direct)%7Cutmccn%3D(direct)%7Cutmcmd%3D(none)&_utmht=1645333157769&_u=SCCCgEABAAQCAE~&jid=&gjid=&cid=1336606284.1645333116&tid=UA-3611204-1&_gid=1047636582.1645333116&gtm=2wg2g0N6LN4JJ&cd2=Review&cd6=&cd7=&cd8=&cd9=&cd10=&cd11=&cd12=&cd13=&cd14=&cd15=&cd16=&cd17=&cd18=&cd19=responsivo&cd20=8f3fc7cd-ce03-46f3-adf9-5a7a65857cdf&cd21=cadun&cd22=%2FBeauty- https://www.google-analytics.com/collect?v=1&_v=j96&aip=1&a=1306877116&t=pageview&_s=1&dl=http%3A%2F%2Fwww.nytimes.com%2F2022%2F03%2F04%2Fus%2Fdogs-cats-pandemic-weight.html&dr=https%3A%2F%2Fwww.nytimes.com%2Fsearch%3Fquery%3Dpets&ul=en-us&de=UTF-8&dt=Yes%2C%20Your%20Pets%20Can%20Also%20Put%20On%20Pandemic%20Pounds%20-%20The%20New%20York%20Times&sd=24-bit&sr=1440x960&vp=1232x771&je=0&_u=QACAAEAB~&jid=&gjid=&cid=1896467146.1648599282&tid=UA-58630905-2&_gid=195164069 2.1648599282&gtm=2wg3n1P528B3&cg1=1&_u=sC&cg2=null&cg3=article&cg4=news&cd1=http%3A%2F%2Fwww.nytimes.com%2F2022%2F03%2F04%2Fus%2Fdogs-cats-pandemic-weight.html&cd2=https%3A%2F%2Fwww.nytimes.com%2F2022%2F03%2F04%2Fus%2Fdogs-cats-pandemic-weight.html%3FsearchResultPosition%3D2&cd3=%3FsearchResultPosition%3D2&cd4=U.S.&cd9=9&cd10=www.nytimes.com&cd13=www.nytimes.com&cd14=national_desk&cd15=owned&cd16=internal&cd17=100000008203913&cd18=Aishvarya%20Kavi&cd19=Yes%2C%20Your%20Pets%20Can%20Also%20Put%20On%20Pandemic%20Pounds&cd20=&cd21=Article&cd23=U.S.&cd26=2022&cd27=2022-03-04-05&cd28=Friday&cd29=05&cd30=1646669795638&cd32=The%20Covid- | https://www.google-analytics.com/j/collect?v=1&_v=j96&a=2072176932&t=pageview&_s=1&dl=https%3A%2F%2Fwww.washingtonpost.com%2Fsearch%2F%3Fquery%3Dmakeup%26btn-search%3D%26facets%3D%7B%22time%22%3A%22all%22%2C%22sort%22%3A%22relevancy%22%2C%22section%22%3A%5B%5D%2C%22author%22%3A%5B%5D%7D&dr=https%3A%2F%2Fwww.washingtonpost.com%2F&ul=en-us&de=UTF-8&dt=Search%20-%20The%20Washington%20Post&sd=24-bit&sr=1440x960&vp=1104x831&je=0&_u=QCCAAEABAAAAAC~&jid=1897697882&gjid=1756691140&cid=136798587.1644514873&uid=D6F9225F8B453CB4E0530100007F09C6&tid=UA-133956668-1&_gid=223481910.1645122836&_r=1&gtm=2wg290WHNNX88&cd1=(not%20set)&cd2=(not%20set)&cd3=(not%20set)&cd4=(not%20set)&cd5=(not%20set)&cd6=(not%20set)&cd7=(not%20set)&cd8=(not%20set)&cd9=(not%20set)&cd10=(not%20set)&cd11=(not%20set)&cd12=(not%20set)&cd13=(NOT%20SET)&cd14=(not%20set)&cd15=(not%20set)&cd16=(not%20set)&cd17=(not%20set)&cd19=(not%20set)&cd20=wp_ak_v_v%3A0%7C20210407%3Bwp_ak_subs%3A1%7C20220124%3Bwp_ak_v_m%3A0%7C20211006%3Bwp_ak_bt%3A1%7C20200518%3Bwp_ak_bfd%3A1%7C20201222%3Bwp_ak_tos%3A1%7C20211110%3Bwp_ak_btap%3A1%7C20211118%3Bwp_ak_pp%3A1%7C20210310%3Bwp_ak_v_nav%3A1%7C7CB&cd21=wp_ak_v_v%3A0%7C20210407%3Bwp_ak_subs | https://www.google-analytics.com/g/collect?v=2&tid=G-Y3HTKEVK7W&gtm=2oe3u0&_p=2007351220&sr=1440x960&_z=ccd.AAB&ul=en-us&cid=1829391677.1647965921&ir=1&_s=2&dl=https%3A%2F%2Fwww.caranddriver.com%2Freviews%2Fa17012389%2F2008-honda-civic-type-r-first-drive-review%2F&dr=https%3A%2F%2Fwww.caranddriver.com%2Fsearch%3Fq%3Dmakeup%2Bbrushes&dt=2008%20Honda%20Civic%20Type%20R&uid=7477d794-029b-4260-ba53-bd591cadf7c4&sid=1649189071&sct=1&seg=1&cm=&cn=&cs=&en=scroll_et=80050&_eu=Q&ep.optimize_id=OPT-NST7XLB&epn.percent_scrolled=90 | https://www.shutterstock.com/discover/stock-image-0120?kw=shutterstock&c3apidt=p11277540745&gclid=EAIaIQobChMIttczf3o_f9QIVwRx9Ch19nQVCEAAYASAAEgJTPvD_BwE&gclsrc=aw.ds |
| Trujillo | | | | https://www.ebags.com/home?sourceid=ADWUNDF&gclid=EAIaIQobChMIS7TtI5Hk9QIV3x-tBh1b2gjIEAAYASAAEgLgA_D_BwE |

**Note eBay uses nkw as the search term