# EXHIBIT 105

# Sealed Entirely

# Hochman Opening Report Exhibit B File Submitted by Hard Drive