

April 21, 2023

VIA ECF
The Honorable Yvonne Gonzalez Rodgers
Oakland Courthouse, Courtroom 1 – 4th Floor
301 Clay Street, Oakland, CA 94612

**Re: Brown, et al., v. Google LLC, Case No. 4:20-cv-03664-YGR-SVK**

Dear Judge Gonzalez Rodgers:

    I write on behalf of the Plaintiffs in the above-captioned case to alert the Court of an error in the Declaration I submitted with Plaintiffs' Opposition to Google's Motion for Summary Judgment (Dkt. 923-1). My Declaration stated that Exhibit 104 was compiled with information from Exhibit B to the Opening Expert Report of Jonathan Hochman. Dkt. 923-1 ¶ 106. In fact, Exhibit 104 was compiled with information from Exhibit F to the Opening Expert Report of Jonathan Hochman. Each of those Exhibits B and F are included in the flash drive being provided to the Court, marked as Exhibit 105 to my Declaration.

    A corrected copy of my Declaration is being filed with this letter.

Sincerely,

Mark C. Mao