UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. NO. 908-1)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1 **[PROPOSED] ORDER**

2  Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Document

3 (Dkt. No. 908-1) ("Motion").  Having considered the Motion and supporting papers, the Court hereby

4 **GRANTS** the Motion.

5

6  **SO ORDERED.**

7 DATED: _____

8   YVONNE GONZALEZ ROGERTS
   United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28