UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal portions of Google's Reply in Support of Motion for Summary Judgment ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google's Responsive Separate Statement to Plaintiffs' Additional Material Facts<br><br>Pages 9:23, 10:12, 11:11, 12:13-14, 16:10-11, 19:3, 21:23, 23:9, 24:9, 25:23, 33:17-18, 43:26, 44:12 | Olson Declaration ¶¶ 3-5 | |
| Exhibit 146<br>11/30/22 Psounis Declaration<br><br>Pages 1, 3-13 | Olson Declaration ¶¶ 3-5 | |
| Exhibit 147<br>2/10/23 Psounis Declaration<br><br>Pages i:16-17, i:23, i:28, ii:2-3, 2:18-19, 3:25-27, 4:4, 4:10, 4:12-13, 10:13-14, 10:19, 10:22, 11:6, 13:7-8, 16:4-5, 16:10, 16:12, 16:25, 23:2, 23:8-9, 23:13, 23:15-16, 23:22, 23:27, 24:8, 24:11, 24:19, 24:24, 24:28, 25:1, 25:5-7, 25:13, 25:21-24, 26:1, 26:7, 26:9, 26:21-24, 27:6 | Olson Declaration ¶¶ 3-5 | |
| Exhibit 148<br>2/14/23 Berntson Dep. Tr. Excerpts<br><br>Page 116:18-25 | Olson Declaration ¶¶ 3-5 | |
| Exhibit 149<br>4/29/21 Discovery Hearing Tr. Excerpts<br><br>Pages 26:9, 26:18-19 | Olson Declaration ¶¶ 3-5 | |

| Exhibit 151<br>11/24/21 Mardini Dep. Tr. Excerpts<br><br>Pages 286:11, 286:15, 287:16, 289:21-22, 290:12-16, 457:21 | Olson Declaration ¶¶ 3-5 | |
|---|---|---|
| Exhibit 156<br>5/27/22 Expert Report of Bruce A. Strombom<br><br>Pages i, ii, 1, 3-6, 16-17, 19, 21, 27, 31-37, 39, 41, 44-48, 51-56, 60, 62, 64-76, 78, 80-82, 84-90, 94-96, 98-102, 104-112, Exhibit 2:1-4, Exhibit 5-10.C: all pages<br><br>Appendix B - Page 1 | Olson Declaration ¶¶ 3-5 | |

**SO ORDERED.**

DATED: _____        _____
                                                                                      HON. YVONNE GONZALEZ ROGERS
                                                                                      United States District Judge