**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF GOOGLE, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br>Date:     May 12, 2023<br>Time:     1:00 p.m. |

I, Stephen A. Broome, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice in the Northern District of California by this Court. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached as **Exhibit 146** is a true and correct copy of the Declaration of Konstantinos Psounis, dated November 30, 2022.

3. Attached as **Exhibit 147** is a true and correct copy of the Declaration of Konstantinos Psounis, dated February 10, 2023.

4. Attached as **Exhibit 148** is a true and correct copy of excerpts from the transcript of the deposition of Glenn Berntson, taken on February 14, 2023.

5. Attached as **Exhibit 149** is a true and correct copy of excerpts from the transcript of the April 29, 2021 Discovery Hearing.

6. Attached as **Exhibit 150** is a true and correct copy of excerpts from the transcript of the deposition of Adrienne Porter Felt, taken on November 16, 2021.

7. Attached as **Exhibit 151** is a true and correct copy of excerpts from the transcript of the deposition of Abdelkarim Mardini, taken on November 24 2021.

8. Attached as **Exhibit 152** is a true and correct copy of excerpts from the transcript of the deposition of Christopher Palmer, taken on January 5, 2022.

9. Attached as **Exhibit 153** is a true and correct copy of excerpts from the transcript of the deposition of Gregory Fair, taken on December 14, 2021.

10. Attached as **Exhibit 154** is a true and correct copy of excerpts from the transcript of the deposition of Sabine Borsay, taken on June 30, 2022.

11. Attached as **Exhibit 155** is a true and correct copy of excerpts from the transcript of the deposition of Ramin Halavati, taken on January 18, 2022.

12. Attached as **Exhibit 156** is a true and correct copy of the Expert Report of Bruce A. Strombom, dated May 27, 2022.

13. Attached as **Exhibit 157** is a true and correct copy of excerpts from the transcript of the deposition of Jonathan Hochman, taken on July 21, 2022.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on April 26, 2023.

By    */s/ Stephen A. Broome*
      Stephen A. Broome