# EXHIBIT 149

# Redacted Version of Document Sought to be Sealed

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION
                                                    COPY

CHASOM BROWN, MARIA NGUYEN, AND    )  C-20-03664 LHK
WILLIAM BYATT, INDIVIDUALLY AND    )
ON BEHALF OF ALL SIMILARLY         )  SAN JOSE, CALIFORNIA
SITUATED,                          )
                                   )  APRIL 29, 2021
                   PLAINTIFF,      )
                                   )  PAGES 1-44
              VS.                  )
                                   )  SEALED PROCEEDINGS
GOOGLE LLC AND ALPHABET INC.,      )
                                   )
                   DEFENDANTS.     )
_____)


              TRANSCRIPT OF ZOOM PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
                UNITED STATES DISTRICT JUDGE



A P P E A R A N C E S:

FOR THE PLAINTIFFS:    SUSMAN GODFREY LLP
                       BY:  AMANDA K. BONN
                       1900 AVENUE OF THE STARS, SUITE 1400
                       LOS ANGELES, CALIFORNIA  90067

                       BY:  ALEXANDER P. FRAWLEY
                       1301 AVENUE OF THE AMERICAS, 32ND FLOOR
                       NEW YORK, NEW YORK  10019


              APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595


         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2        APPEARANCES (CONTINUED)
 3
 4     FOR THE PLAINTIFFS:      BOIES SCHILLER FLEXNER LLP
                                BY:  MARK C. MAO
 5                                   BEKO REBLITZ-RICHARDSON
                                44 MONTGOMERY STREET, 41ST FLOOR
 6                              SAN FRANCISCO, CALIFORNIA   94104

 7                              BY:  JAMES LEE
                                100 SE 2ND STREET, 28TH FLOOR
 8                              MIAMI, FLORIDA   33131

 9                              MORGAN & MORGAN
                                COMPLEX LITIGATION GROUP
10                              BY:  RYAN MCGEE
                                201 N. FRANKLIN STREET, 7TH FLOOR
11                              TAMPA, FLORIDA   33602

12     FOR THE DEFENDANT:       QUINN EMANUEL URQUHART & SULLIVAN
                                BY:  ANDREW H. SCHAPIRO
13                              191 N. WACKER DRIVE, SUITE 2700
                                CHICAGO, ILLINOIS   60606
14

15                              BY:  STEPHEN A. BROOME
                                     VIOLA TREBICKA
16                              865 S. FIGUEROA STREET, 10TH FLOOR
                                LOS ANGELES, CALIFORNIA   90017
17

18                              BY:  JOMARIE A. CRAWFORD
                                     JOSEF ANSORGE
19                              51 MADISON AVENUE
                                NEW YORK, NEW YORK   10010
20

21                              BY:  JONATHAN TSE
                                50 CALIFORNIA STREET, FLOOR 22
22                              SAN FRANCISCO, CALIFORNIA   94111

23

24

25
```

1            MR. BROOME: YEAH. WE HAVE NO PROBLEM WITH DISCOVERY
2    ON THESE ISSUES AND WE'VE HAD A LOT OF BACK AND FORTH WITH THEM
3    AND WE'VE EXPLAINED OUR POSITION. BUT WE CAN'T PRODUCE WHAT WE
4    DON'T HAVE.
5         AND YOUR HONOR ASKED A QUESTION, CAN GOOGLE TIE THESE
6    PRIVATE BROWSING SESSIONS TO PLAINTIFFS' DEVICES? AND THE
7    ANSWER TO THAT IS NO. WE DON'T -- THE COOKIES THAT ARE USED TO
8    TIE THAT DATA TOGETHER -- AND MR. ANSORGE WILL CORRECT ME IF
9    I'M WRONG -- THEY'RE DELETED AT THE END OF THE SESSION, THEY'RE
10   DELETED FROM THE PLAINTIFFS' BROWSER, AND WE DO NOT HAVE THE
11   INFORMATION TO IDENTIFY THE PLAINTIFFS' PRIVATE BROWSING
12   SESSIONS.
13        I KNOW MR. MAO DOESN'T LIKE THAT, BUT THAT IS THE REALITY.
14        AND WE'RE HAPPY TO HAVE DISCOVERY ON THIS ISSUE. THAT'S
15   WHAT WE PROPOSED IN OUR COMPROMISE.
16           THE COURT: OKAY. THEN HERE'S WHAT WE'RE GOING TO DO
17   WITH REGARDS TO REQUEST -- I GUESS IT'S RFP 18 AND RFP 10,
18   WHICH IS PRODUCTION OF PLAINTIFFS' DATA, AS WELL AS PRODUCTION
19   OF DATA TO IDENTIFY CLASS MEMBERS: WE'RE TAKING THESE
20   TOGETHER, AND AS A FIRST STEP IN RESPONDING TO THAT, WE WILL BE
21   FOCUSSED ON NAMED PLAINTIFFS, ON THE NAMED PLAINTIFFS.
22        AND ANY PRODUCTION THAT GOOGLE HAS MADE SO FAR WILL BE
23   SUPPLEMENTED TO BE SURE THAT, FOR THE NAMED PLAINTIFFS, THAT
24   ANY AUTHENTICATED DATA THAT GOOGLE HAS IS PRODUCED, AS WELL AS
25   ANY -- AUTHENTICATED DATA, ANY IDENTIFIERS -- THAT IS, WHAT ARE

1   THE IDENTIFIERS FOR THAT DATA?  IS IT USER?  IS IT DEVICE? --

2   AS WELL AS ANY UNAUTHENTICATED DATA TO THE EXTENT THERE IS ANY.

3          SO GOOGLE WILL PRODUCE THAT INFORMATION AND THEN THE

4   PLAINTIFFS CAN REVIEW THAT AND IF YOU -- WHAT IS AND ISN'T

5   THERE, AND THEN IF YOU -- I WILL ENTERTAIN A REQUEST FOR A

6   FOCUSSED 30(B)(6) DEPOSITION ON THE IDENTIFICATION, ON THE USER

7   IDENTIFICATION ISSUE.

8          MS. BONN:  THANK YOU, YOUR HONOR.

9          THE COURT:  ALL RIGHT.  SO I WANT THAT INFORMATION --

10  IT'S A PRETTY LIMITED NUMBER OF PEOPLE, SO LET'S GET THAT

11  PRODUCTION UNDERWAY AND TO BE COMPLETED BY -- LET'S DO THAT BY

12  MAY 12, AND THEN THE PARTIES WILL MEET AND CONFER -- PLAINTIFFS

13  CAN REVIEW THAT, THE PARTIES CAN MEET AND CONFER FOR A

14  SUBMISSION BACK TO ME ON THE 20TH IN ANTICIPATION OF

15  RECONVENING IN FRONT OF ME ON THE 26TH.

16         MR. SCHAPIRO:  AND, YOUR HONOR, THAT MAKES PERFECT

17  SENSE.

18         CAN I JUST RESPOND TO ONE THING THAT MR. MAO SAID?  AND I

19  WILL TAKE 90 SECONDS AND THEN MOVE ON.

20         ==HE SAID HE HAS NOT HEARD GOOGLE SAY DURING THESE THREE==

21  ==HOURS THAT WE DO NOT TRACK PEOPLE IN PRIVATE BROWSING MODE.==

22         ==I'M GOING TO SAY, WE DON'T TRACK PEOPLE IN PRIVATE==

23  ==BROWSING MODE.==

24         ==NOW, AS EVERYONE KNOWS AND AS WE'VE EXPLAINED MANY TIMES==

25  ==IN THIS CASE, IF YOU'RE IN PRIVATE BROWSING MODE AND YOU HOP ON==

```
 1    AND YOU DO A SEARCH AND YOU GO TO THREE WEBSITES, GOOGLE WILL
 2    KNOW THAT SOME USER OR DEVICE WENT TO THOSE THREE WEBSITES AND
 3    THEN YOU ENDED THE SESSION AND THEN IT'S GONE.  SO SOMETHING
 4    WENT TO THESE THREE WEBSITES.
 5           SO, A, WE DON'T DO THAT.
 6           B, WE HAVE A BIT OF A HAND TIED BEHIND OUR BACK HERE
 7    BECAUSE MR. MAO HAS BEEN SAYING HE BELIEVES THIS, HE BELIEVES
 8    THAT, THAT THERE'S SOMETHING SINISTER ABOUT THE WORDS TWICE --
 9    A BISCOTTI IS ████ ████ OR THAT █████ IS A REPOSITORY OF ALL
10    KINDS OF THINGS.
11           ONE OF THE CHALLENGES WE FACE HERE IS THAT THIS STUFF
12    IS -- OUR TEXT CHAIN GOING ON HERE IS, LIKE, WHAT IS HE TALKING
13    ABOUT?  AND WE'RE ALL TRYING TO GUESS.  WE HAVE NO IDEA HERE.
14           SO I WOULD INVITE PLAINTIFFS IN PARTICULAR, BEFORE WE END
15    UP WITH WHERE WE WERE IN CALHOUN, WHICH IS AN ILL-BOUNDED
16    30(B)(6) WHERE PEOPLE ARE TALKING PAST EACH OTHER, TO SERVE
17    SOME WRITTEN DISCOVERY, AND THEY CAN ASK US, IS THERE SOMETHING
18    SPECIAL ABOUT THE FACT THAT A BISCOTTI IS ████ ████, OR
19    WHAT'S KEPT IN █████?
20           WE'LL ANSWER THAT, AND I THINK IT WILL BE MORE EFFICIENT
21    FOR EVERYONE THAN SPINNING IN WHAT ARE, FRANKLY,
22    CONSPIRACY-MINDED, UNFOUNDED THEORIES BASED ON SPECULATION OR
23    NAMES OF COOKIES.
24           THAT'S ALL I'VE GOT.
25                THE COURT:  ALL RIGHT.  PLAINTIFFS WILL -- EXCUSE
```

1  ME -- DEFENDANTS WILL MAKE THE PRODUCTION AND THEN THE PARTIES

2  WILL MEET AND CONFER, GET YOUR SUBMISSION TO ME FOR FURTHER --

3  IF THERE'S NEED, WHICH I CERTAINLY ANTICIPATE THERE WILL BE --

4  FOR FURTHER DISCOVERY ON THIS ISSUE.

5      BUT I DO EXPECT THE PARTIES, AS I SAY, TO MEET AND CONFER

6  TO TRY TO ADDRESS THAT IN A CONSTRUCTIVE WAY.

7      ALL RIGHT.  LET'S TURN TO THE OTHER DISPUTE -- THE NEXT

8  DISPUTE THAT WAS -- THAT HAD SUBSEQUENT BRIEFING -- LET ME GET

9  MY NOTES HERE IN FRONT OF ME -- AND THIS WAS ON THE SEARCH

10 TERMS FOR THE CUSTODIANS, AND I'LL GIVE YOU MY RULINGS ON THIS.

11     I DID REVIEW IT.  I REVIEWED THE PREVIOUS ESI ORDERS WITH

12 REGARDS TO BOTH CUSTODIANS AND DOCUMENTS.

13     WITH REGARDS TO THE SEARCH TERMS FOR THE GOOGLE SELECTED

14 CUSTODIANS, THE NUMBERS FROM THE PARTIES ARE KIND OF ALL OVER,

15 SO IT WASN'T QUITE CLEAR TO ME HOW MANY TERMS HAVE BEEN RUN OR

16 THAT GOOGLE HAS IDENTIFIED THAT IT IS WILLING TO RUN.  AT ONE

17 POINT IT APPEARED THAT IT HAD IDENTIFIED 92 TERMS, OR HAD

18 PRODUCED -- OR SEARCHES, I SHOULD SAY -- HAD PROPOSED 100.

19     SO I'M -- IT'S NOT QUITE CLEAR TO ME WHAT IS THE STATUS

20 WITH REGARDS TO CUSTODIAN SEARCHES FOR THE CUSTODIAN -- EXCUSE

21 ME -- FOR THE GOOGLE SELECTED CUSTODIAN.

22     SO LET ME HEAR FROM GOOGLE FIRST.  WHO HAS THIS ONE?

23         MS. CRAWFORD:  I HAVE THIS ONE, YOUR HONOR.  THANK

24 YOU FOR THE QUESTION.

25     TO DATE, GOOGLE HAS AGREED TO RUN OVER 135 SEARCH TERMS

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF ZOOM PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: MAY 3, 2021