# EXHIBIT 150

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4                          ---oOo---
 5    CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER
 6    CASTILLO and MONIQUE
      TRUJILLO, individually and on
 7    behalf of all others
      similarly situated,
 8
                  Plaintiffs,
 9
                      vs.              No. 5:20-cv-03664-LHK
10
      GOOGLE LLC,
11
                  Defendant.
12    _____/
13
14
15                     ***CONFIDENTIAL***
16
17         REMOTE VIDEOTAPED DEPOSITION OF
18             ADRIENNE PORTER FELT, Ph.D.
19    _____
20           TUESDAY, NOVEMBER 16, 2021
21
22    REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR
23    JOB NUMBER 4898397
24
25
                                                    Page 1
```

```
 1                           --oOo--
 2           Remote videotaped deposition of ADRIENNE PORTER
 3     FELT, Ph.D., taken by the Plaintiffs, with the witness
 4     located in Mountain View, California, commencing at
 5     9:03 A.M. Pacific Time, on TUESDAY, NOVEMBER 16, 2021,
 6     before me, HOLLY THUMAN, CSR, RMR, CRR.
 7                           --oOo--
 8                         APPEARANCES
 9                  (ALL APPEARANCES REMOTE)
10     FOR THE PLAINTIFFS:
11          BOIES SCHILLER FLEXNER LLP
            44 Montgomery Street, 41st Floor
12          San Francisco, CA 94104
            By:  BEKO REBLITZ-RICHARDSON, Attorney at Law
13               brichardson@bsfllp.com
            By:  MARK C. MAO, Attorney at Law
14               mmao@bsfllp.com
            By:  ERIKA NYBORG-BURCH, Attorney at Law
15               enyborg-burch@nsfllp.com
16
            MORGAN & MORGAN
17          201 N. Franklin Street, 7th Floor
            Tampa, Florida 33602
18          By:  RYAN J. McGEE, Attorney at Law
                 rmcgee@forthepeople.com
19
20     FOR PLAINTIFFS IN RELATED MATTER CALHOUN, ET AL.,
       V. GOOGLE LLC:
21
22          BLEICHMAR FONTI & AULD
            555 12th Street, Suite 1600
23          Oakland, California 94607
            By:  ANGELICA M. ORNELAS, Attorney at Law
24               aornelas@bfalaw.com
25
```

Page 2

```
 1                APPEARANCES (Continued)
 2        SIMMONS HANLY CONROY LLC
          112 Madison Avenue, 7th Floor
 3        New York, New York 10016
          By:  AN TRUONG, Attorney at Law
 4             atruong@simmonsfirm.com
 5        DICELLO LEVITT GUTZLER LLC
          One Grand Central Place
 6        60 E. 42nd Street, Suite 2400
          New York, New York 10165
 7        By:  DAVID A. STRAITE, Attorney at Law
               dstraite@dicellolevitt.com
 8
 9        SUSMAN GODFREY
          1901 Avenue of the Stars, Suite 1400
10        Los Angeles, California 90067
          By:  AMANDA K. BONN, Attorney at Law
11             (Present when indicated.)
12
     FOR DEFENDANT GOOGLE LLC:
13        QUINN EMANUEL RUQUHART & SULLIVAN, LLP
          51 Madison Avenue, 22nd Floor
14        New York, New York 10010
          By:  JOMAIRE CRAWFORD, Attorney at Law
15             jomairecrawford@quinnemanuel.com
16        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          1300 I Street NW, Suite 900
17        Washington, D.C. 20005
          By:  CARL SPILLY, Attorney at Law
18             carlspilly@quinnemanuel.com
19
     ALSO PRESENT:
20
           MATTHEW GUBIOTTI, Senior Counsel, Google LLC
21
22
23
24
25

                                                    Page 3
```

| | | |
|---|---|---|
| 1 | BY MR. REBLITZ-RICHARDSON: | 11:59:27 |
| 2 | Q.  And it's also true that in connection with | 11:59:27 |
| 3 | Google Analytics and Google Ad Manager, when users | 11:59:30 |
| 4 | visit non-Google websites in Incognito mode, that | 11:59:35 |
| 5 | Google is collecting information from their | 11:59:37 |
| 6 | Incognito browsing.  Correct? | 11:59:39 |
| 7 | A.  Objection.  Vague. | 11:59:43 |
| 8 | MS. CRAWFORD:  Objection.  Vague. | 11:59:45 |
| 9 | THE WITNESS:  I don't have any knowledge | 11:59:45 |
| 10 | of how Google Analytics or Google Ad Manager work. | 11:59:46 |
| 11 | BY MR. REBLITZ-RICHARDSON: | 11:59:50 |
| 12 | Q.  But this presentation here that you | 11:59:50 |
| 13 | reviewed in 2015 said: | 11:59:52 |
| 14 | "Users are surprised that Google gets | 11:59:55 |
| 15 | information about their browsing while in | 11:59:56 |
| 16 | Incognito mode."  Correct? | 11:59:59 |
| 17 | A.  It does say that. | 12:00:00 |
| 18 | Q.  And, sitting here, do you know what | 12:00:01 |
| 19 | information this is referring to that users were | 12:00:03 |
| 20 | surprised to learn Google collected from their | 12:00:07 |
| 21 | Incognito browsing? | 12:00:10 |
| 22 | MS. CRAWFORD:  Objection.  Calls for | 12:00:11 |
| 23 | speculation. | 12:00:12 |
| 24 | THE WITNESS:  I don't know specifically | 12:00:13 |
| 25 | what that refers to. | 12:00:13 |

Page 103

```
 1      BY MR. REBLITZ-RICHARDSON:                              12:00:19
 2          Q.   Do you agree that Google should not make       12:00:20
 3      promises that it can't keep?                            12:00:22
 4               MS. CRAWFORD:  Objection.  Argumentative.      12:00:24
 5               THE WITNESS:  I think that we should do        12:00:33
 6      our best to -- I think we should do our best to         12:00:34
 7      be -- to build a product that people understand and     12:00:41
 8      that people are able to use.                            12:00:46
 9      BY MR. REBLITZ-RICHARDSON:                              12:00:47
10          Q.   And is it -- if you do your best to build      12:00:49
11      those products, is it okay for Google to make           12:00:52
12      promises that Google can't keep?                        12:00:54
13               MS. CRAWFORD:  Same objections.                12:00:56
14               THE WITNESS:  What do you mean, to "make a     12:00:59
15      promise"?                                               12:01:01
16      BY MR. REBLITZ-RICHARDSON:                              12:01:01
17          Q.   Has anyone ever -- do you recall anyone        12:01:03
18      telling you in connection with Incognito mode that      12:01:05
19      Google should not make promises that Google can't       12:01:07
20      keep?                                                   12:01:10
21          A.   I don't recall that phrase.                    12:01:15
22          Q.   Do you agree that Google shouldn't confuse     12:01:17
23      people?                                                 12:01:20
24               MS. CRAWFORD:  Objection.  Argumentative.      12:01:21
25               THE WITNESS:  When someone picks up a          12:01:31
```

Page 104

| | | |
|---|---|---|
| 1 | phone for the first time, they're not going to | 12:01:32 |
| 2 | necessarily fully understand everything that | 12:01:35 |
| 3 | they're seeing.  And our user base includes the | 12:01:38 |
| 4 | broad spectrum of people ranging from literally | 12:01:41 |
| 5 | just picked up a phone for the very first time as | 12:01:44 |
| 6 | their first interaction with computing to someone | 12:01:46 |
| 7 | who has worked in the technology industry for | 12:01:48 |
| 8 | 40 years and has a deep grasp. | 12:01:51 |
| 9 | I don't think it's realistic to expect | 12:01:54 |
| 10 | that every single person will be able to | 12:01:56 |
| 11 | immediately understand all the pieces of technology | 12:01:58 |
| 12 | that they work with. | 12:02:02 |
| 13 | And I -- I don't think Google is an | 12:02:03 |
| 14 | exception to that, and this is why we do user | 12:02:06 |
| 15 | research and why we iterate on our products to try | 12:02:10 |
| 16 | to make them clearer. | 12:02:13 |
| 17 | But I don't think we could -- you know, we | 12:02:14 |
| 18 | should aim to make something that's clear and | 12:02:19 |
| 19 | understandable, but we're never going to achieve | 12:02:21 |
| 20 | perfect understanding of all complex technology. | 12:02:26 |
| 21 | MR. REBLITZ-RICHARDSON:  Let's look at | 12:02:30 |
| 22 | Exhibit 10, which is GOOG-BRWN-00184710. | 12:02:31 |
| 23 | (Deposition Exhibit 10 was marked for | 12:02:39 |
| 24 | identification.) | 12:02:41 |
| 25 | // | |

| | | |
|---|---|---|
| 1 | BY MR. REBLITZ-RICHARDSON: | 12:02:42 |
| 2 | Q.  Do you have that in front of you? | 12:02:42 |
| 3 | A.  Yes. | 12:02:48 |
| 4 | Q.  And is this a -- is Exhibit 10 an email | 12:02:49 |
| 5 | you received as part of your work for Google? | 12:02:53 |
| 6 | A.  Yes. | 12:03:03 |
| 7 | Q.  And is this another email relating to | 12:03:04 |
| 8 | Incognito-fest 2015? | 12:03:06 |
| 9 | A.  I will need a moment to read it. | 12:03:11 |
| 10 | (Reviewing document.) | 12:03:14 |
| 11 | I've read it. | 12:04:02 |
| 12 | Q.  And in connection with this Incognito-fest | 12:04:05 |
| 13 | 2015, do you see where Ms. Tabriz wrote: | 12:04:07 |
| 14 | "Don't make promises we can't keep"? | 12:04:13 |
| 15 | A.  Yes.  I see that. | 12:04:16 |
| 16 | Q.  Do you agree with that goal? | 12:04:18 |
| 17 | A.  I don't know. | 12:04:26 |
| 18 | Q.  And she wrote in connection with | 12:04:27 |
| 19 | Incognito-fest 2015: | 12:04:29 |
| 20 | "Don't confuse people." | 12:04:30 |
| 21 | Do you see that? | 12:04:32 |
| 22 | A.  I see that. | 12:04:32 |
| 23 | Q.  Do you agree with that goal? | 12:04:34 |
| 24 | A.  Yes.  I agree that we should build a | 12:04:39 |
| 25 | product that's easy to understand as best we can. | 12:04:42 |

Page 106

CONFIDENTIAL

```
 1              CERTIFICATE OF REPORTER
 2       I, HOLLY THUMAN, a Certified Shorthand Reporter,
 3   hereby certify that the witness in the foregoing
 4   deposition was by me duly sworn to tell the truth, the
 5   whole truth, and nothing but the truth in the
 6   within-entitled cause; that said deposition was taken
 7   down in shorthand by me, a disinterested person, at the
 8   time and place therein stated; and that the testimony
 9   of said witness was thereafter reduced to typewriting
10   by computer, to the best of my ability via remote
11   videoconferencing, under my direction and supervision;
12        That before completion of the deposition review of
13   the transcript [ ] was [X] was not requested/offered.
14   If requested, any changes made by the deponent (and
15   provided to the reporter) during the period allowed are
16   appended hereto.
17        I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22        DATED: NOVEMBER 19, 2021
23
24        [signature: Holly Thuman]
25              HOLLY THUMAN, CSR
```

Page 231