# EXHIBIT 151

# Redacted Version of Document Sought to be Sealed

1   ** C O N F I D E N T I A L **

2   UNITED STATES DISTRICT COURT

3   NORTHERN DISTRICT OF CALIFORNIA

4   SAN JOSE DIVISION

5   Case No. 5:20-cv-5146-LHK

6   ------------------------------------x

    PATRICK CALHOUN, ELAINE CRESPO,

7   HADIYAH JACKSON and CLAUDIA

    KINDLER, on behalf of all

8   others similarly situated,

9           Plaintiffs,

10

11   - against -

12

13  GOOGLE LLC,

14          Defendant.

    ------------------------------------x

15              (Caption Continued)

16              November 24, 2021

                9:06 a.m.

17

                VOLUME II

18

19      Continued Videotaped Deposition of

20  ABDELKARIM MARDINI, taken by Plaintiffs,

21  pursuant to Notice, held via Zoom

22  videoconference, before Todd DeSimone, a

23  Registered Professional Reporter and Notary

24  Public of the States of New York and New

25  Jersey.

                            Page 240

```
1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   SAN JOSE DIVISION
4   Case No. 5:20-cv-03664-LHK
5   ------------------------------------x
    CHASOM BROWN, WILLIAM BYATT,
6   JEREMY DAVIS, CHRISTOPHER
    CASTILLO and MONIQUE TRUJILLO,
7   individually and on behalf of all
    others similarly situated,
8
            Plaintiffs,
9
10
        - against -
11
12
    GOOGLE LLC,
13
            Defendant.
14  ------------------------------------x
15
16
17
18
19
20
21
22
23
24
25
```

Page 241

```
 1   A P P E A R A N C E S :
 2   BLEICHMAR FONTI & AULD LLP
     555 12th Street
 3   Suite 1600
     Oakland, California 94607
 4        Attorneys for Plaintiffs
          in Calhoun case
 5   BY:  LESLEY E. WEAVER, ESQ.
            lweaver@bfalaw.com
 6
 7
 8   DICELLO LEVITT GUTZLER LLC
     One Grand Central Place
 9   60 East 42nd Street
     Suite 2400
10   New York, New York 10165
          Attorneys for Plaintiffs
11        in Calhoun case
     BY:  DAVID A. STRAITE, ESQ.
12          dstraite@dicellolevitt.com
13
14
15   SIMMONS HANLY CONROY LLC
     112 Madison Avenue
16   7th Floor
     New York, New York 10016
17        Attorneys for Plaintiffs
          in Calhoun case
18   BY:  JASON "JAY" BARNES, ESQ.
            jaybarnes@simmonsfirm.com
19        AN TRUONG, ESQ.
            atruong@simmonsfirm.com
20
21
22
23
24
25
```

Page 242

```
 1    A P P E A R A N C E S: (Continued)
 2    BOIES SCHILLER FLEXNER LLP
      44 Montgomery Street
 3    41st Floor
      San Francisco, California 94104
 4          Attorneys for Plaintiffs in
            Brown Case
 5    BY:   BEKO O. REBLITZ-RICHARDSON, ESQ.
              brichardson@bsfllp.com
 6            ERIKA NYBORG-BURCH, ESQ.
               enyborg-burch@bsfllp.com
 7
 8
 9    QUINN EMANUEL URQUHART & SULLIVAN LLP
      191 North Wacker Drive
10    Suite 2700
      Chicago, Illinois 60606
11          Attorneys for Defendant
      BY:   ANDREW H. SCHAPIRO, ESQ.
12            andrewschapiro@quinnemanuel.com
              TEUTA FANI, ESQ.
13             teutafani@quinnemanuel.com
14
15
16    ALSO PRESENT:
17      MATTHEW GUBIOTTI, Google LLC
18      MARC FRIEDMAN, Videographer
19
20
21
22
23
24
25
```

Page 243

1   new tab page was just like a blog, a

2   paragraph, and then we ran some study to

3   see if we can make it more scannable and

4   parsable with things like incognito does

5   this, incognito does not do that, something

6   like that.

7           So this is some of the work

8   that I was involved in initially.  Again,

9   when you say what's my best recollections

10  or like things -- like are you asking me

11  what are the things, for instance, that

12  stood out to me?

13      Q.      Sure.

14      A.      So --

15      Q.      Actually, if you don't mind, I

16  would like to follow up on that testimony

17  you just had regarding the incognito N --

18  new tab page, is that what --

19      A.      Yes, sorry, NTP stands for new

20  tab page.

21      Q.      And what is the incognito new

22  tab page?

23      A.      The incognito new tab page is

24  the first thing that the user sees when

25  they open a new incognito window by, you

Page 261

CONFIDENTIAL

```
 1   know, selecting open new incognito window
 2   from the Chrome menu.
 3        Q.     And is that shown to users
 4   every time they initiate an incognito
 5   browsing session?
 6        A.     Not only is it -- yes, the
 7   answer is yes, it is shown every time they
 8   initiate a new incognito browsing session.
 9   It is also shown every time they open a new
10   tab in an incognito browsing session.
11        Q.     And is it your understanding
12   that Google changed the incognito NTP in
13   2019?
14        A.     Honestly, no, I don't -- I
15   cannot give you the exact date, but I know
16   that we are constantly iterating.  Product
17   development is not something where you can
18   declare mission accomplished.  So we are
19   constantly adapting and iterating on the
20   product and running like different
21   experiments sometimes to see like is this
22   new incognito text more understandable by
23   users than that incognito text, and is this
24   layout more understandable than the other
25   layout.
```

Page 262

1      So yeah, we look at our
2  product, we look at what features, that is
3  part of the work of the product manager and
4  the UX designer in any company is to
5  continually evolve and improve the product
6  to make sure it is solving the user problem
7  and addressing the user's needs.
8      So I know that we made some
9  changes sometime after I joined the team.
10  Maybe it was not in 2019, maybe it was in
11  early 2020.  I don't remember the exact
12  dates right now.  And currently we have
13  ongoing work also to make some more
14  improvements.
15      Q.    Do I understand your testimony
16  to be that Google is currently evaluating
17  changes to the incognito NTP?
18      A.    Google is -- I mean, Chrome, my
19  team, the Chrome team, we have a team who
20  is constantly working on improving and
21  evolving it.  We have done a lot of things
22  in NTP and the team has a roadmap of
23  improvements that they are going to be
24  working against in the months and years to
25  come.

                                    Page 263

1       Q.      My question is just whether or

2   not Google is currently evaluating changes

3   to the incognito NTP, yes or no?

4               MR. SCHAPIRO:  Objection to the

5   form of the question.

6       A.      The Google Chrome team has had

7   for a long, you know, period of time ideas

8   and tests about how to make incognito, you

9   know, a better product.  So yes, we are

10  working on various improvements.  We

11  started, you know, some of the launches we

12  had recently was blocking third-party

13  cookies by default in incognito.  As I

14  said, we already changed the layout at some

15  point in maybe late 2019/early 2020, and

16  changed some strings to make the page more

17  parsable.  We also made, you know, access

18  to incognito from mobile, for instance,

19  easier from the tab switcher.

20              So we are always looking at how

21  users use our product, what are some of the

22  user requests that we get in user feedback,

23  and look at the features, prioritize them,

24  and then set a plan to work on them.

25              MR. SCHAPIRO:  Beko, I

Page 264

CONFIDENTIAL

1    foundation.

2         A.    Yes.  I mean, what the

3    presentation says is that this is a

4    question they posed to a number of users.

5         Q.    Right.

6         A.    And this is the answer, true or

7    false?  But the answer, whether the answer

8    was true or false?

9         Q.    Right.  If you look right under

10   the table, the fourth line, it says "Never

11   collect data.  False.  ■  ▮▮▮▮▮  correct."

12              Do you see that?

13        A.    Yes.

14        Q.    And so does that indicate to

15   you that only ■  ▮▮▮▮▮  of the

16   participants got that question right?

17              MR. SCHAPIRO:  Objection,

18   foundation.

19        A.    That's what the slide says,

20   yeah, but, I mean, the question is

21   ambiguous also.  Like if you are doing

22   proper UX research, you need to spend a lot

23   of time on how you formulate the question

24   so that you get accurate answers.  And if I

25   were presenting this question or my UX

1  research team presented to me this

2  question, I would need to qualify it a

3  little bit more so that I get better data.

4       Q.    Did you have any follow-up

5  discussions with the individuals at Google

6  who conducted this study to raise those

7  points?

8       A.    No, not directly.  But if I

9  remember correctly, I mean, I'm not sure,

10 but I think our UX research team in Chrome

11 might have reached out to the folks who

12 created this survey and gave feedback

13 about, you know, about the survey questions

14 or the content of the deck.

15      Q.    In 2020, did this cause you

16 concern that ███ ███████ of incognito users

17 wrongly believed that Google never collects

18 information from their Chrome incognito

19 browsing?

20      MR. SCHAPIRO:  Objection,

21 foundation, assumes facts not in evidence.

22      A.    As I mentioned, Mr. Richardson,

23 we are constantly looking at user feedback

24 and trying to improve our product.  So if I

25 am concerned by every single user feedback,

Page 287

CONFIDENTIAL

1    I will never be able to move forward.   I

2    would reach, you know, a point where I feel

3    that, you know, everything is concerning.

4            So I would say that I take the

5    feedback, I analyze it with my team, we

6    look at how can we address it, whether it

7    is something that will, you know, improve

8    the user experience or not and ensure that

9    the current user expectations and the

10   future user expectations are met and we

11   will work on it.

12           So I wouldn't characterize it

13   as concern.  I would say that yeah, it was

14   interesting to me, I was intrigued by it,

15   and I said like okay, how can we make our

16   new tab page or make our user education or

17   our awareness of the incognito mode more

18   digestible and understandable to our users.

19           I would like to add here, you

20   know, users log in while they are in

21   incognito to websites, so for the majority

22   of users you would think that if they log

23   in that they understand that now the site

24   knows who they are because they just

25   identified themselves to the website.

Page 288

1      Q.       Did Google do anything to

2  address this misconception that Google will

3  never collect data about what I am doing in

4  incognito mode, specifically this one?

5              MR. SCHAPIRO:   Hold on.

6  Objection, assumes facts not in evidence,

7  mischaracterizes the testimony, foundation.

8      A.       I'm not -- like I don't know

9  what Google did or did not do.   Like Google

10  is many products and many teams, so I can

11  speak on Chrome, you know, I work on the

12  specific part of Chrome, and this is what I

13  can speak to, and I already did that when I

14  explained that we are constantly trying to

15  evolve incognito to make it like more, you

16  know, digestible and understood by our

17  users.   I don't know what Google as a whole

18  did at a level of detail.

19      Q.       Did you and your team make any

20  change to Chrome incognito mode to address

21  the finding from this survey that ■

22  ■■■■■  of the participants falsely stated

23  when I am using incognito mode, Google will

24  never collect data about what I am doing?

25              MR. SCHAPIRO:   Objection,

Page 289

 1    assumes facts not in evidence,

 2    mischaracterizes the document, foundation.

 3         A.     This specific research, as I

 4    said, might have ended up in my inbox and

 5    did not like directly inform our roadmap.

 6    We knew from other sources that we have to

 7    do certain things, elevate maybe some of

 8    the privacy promises.

 9              One very big project that we

10    worked on for about two years or a year and

11    a half was the project called -- was the

12    project about ███████  ████████████  █████

13    ██  ████  ████  █  ████  ████  ████  ████

14    ██████████  ████  ███  ███  █████████  ███████  ███

15    ██████████  █████  █████  ████  ████  █████  ████  █████

16    █████████, but also they are used for many

17    other reasons, and so yeah, there are some

18    things that we did in incognito to address

19    things like data collection by blocking

20    third-party cookies by default.

21         Q.     Look at the next exhibit,

22    Exhibit 27.

23         A.     Exhibit 27.

24         Q.     Do you have that in front of

25    you?

Page 290

1    talking about for a while.  So I don't
2    remember whether we actually made some
3    minor changes or not.
4          Q.      Who were the Google employees
5    who have been involved with those
6    discussions regarding changing the
7    incognito NTP?
8          A.      There are many.  I cannot
9    recite them all off the top of my head.
10         Q.      Who can you identify by name?
11         A.      Me, Jochen Eisinger, Jonathan
12   Aroner, who is the UX lead for Chrome Trust
13   and Safety, and I mentioned him yesterday,
14   Alex Ainslie, the UX lead for Chrome,
15   Andrew Kamau, who is a new PM who joined
16   the team in May, a new product manager who
17   is reporting to someone on my team, and
18   then a collection of different UX designers
19   and copy writers, UX people who are
20   specialized in, you know, communicating in
21   English to our users the concepts we are
22   trying to convey in a simple and
23   understandable manner that can be easily
24   also localized and translated so that it
25   can make sense in other cultures and

Page 434

1    languages.

2         Q.      Who is the person you referred

3    to who Mr. Kamau reports to?

4         A.      Sabine.   Sabine Borsay.

5         Q.      And why is Google considering

6    changes to the incognito NTP?

7              MR. SCHAPIRO:   Here I caution

8    you not to reveal any discussions or

9    information that you have learned from

10   lawyers.

11        A.      As I mentioned previously in my

12   testimony, we are constantly striving to

13   offer the best user experience possible in

14   Chrome and to our users.   Product

15   development is an iterative process where

16   you launch something, you see what works

17   and what doesn't, and then you go back and

18   you try to improve it, you try to evolve

19   it, and sometimes you realize that your

20   initial idea did not work exactly as you

21   expected, so you need to think about it and

22   improve it.

23             So this is part of our constant

24   evolution of Chrome.   We do know that there

25   are some use cases for incognito that are

Page 435

CONFIDENTIAL

```
1    very, very different based on the user
2    basically who is using it, and we want to
3    make sure that we give users the right
4    level of understanding and awareness about
5    what is happening when they are using
6    Chrome incognito.
7         Q.    Has Google been considering
8    changes to the incognito NTP in part
9    because users have misconceptions about
10   incognito and often overestimate the
11   protections available?
12              MR. SCHAPIRO:  Objection to the
13   form of the question.
14        A.    We conduct a lot of user
15   research.  User research is typically a
16   small group of users, it can range from ten
17   to seven maybe, and try to understand how
18   users think about our features and whether
19   our features are delivering the value that
20   the users expect.
21              In addition to this user
22   research, we also have user feedback coming
23   from not just participants in a study that
24   were recruited specifically as a focus
25   group, but random users who are using
```

Page 436

1    incognito and sending us feedback using the

2    in-product feature of send feedback.  We go

3    through this feedback periodically and see

4    some of the issues that are top of mind and

5    that are frequent and try to address them.

6             The misconception point is one

7    of many issues that came up and they are

8    not, the misconceptions, all the same, so

9    you can get in user feedback from two

10   different users, two contradictory

11   statements, where one person expects

12   something and the other expects another,

13   and we have to weigh the pros and cons of

14   whatever change we have to make about are

15   we confusing more some users and confusing

16   less some others, or are we helping a

17   certain user population and actually

18   becoming less helpful to a different

19   distinct user population.

20            So that's how we conduct our

21   work.  We look at the different user

22   problems and see how to address them.

23        Q.    You referred in your answer to

24   an in-product feature.  Is that --

25        A.    I'm sorry?

Page 437

1   out to users in Chrome Canary?

2       A.      Maybe.  Canary is not stable,

3   so we can push things and then pull it out,

4   because it didn't work.

5       Q.      Did Google push anything out

6   into Chrome Canary that changed the Chrome

7   incognito NTP?

8       A.      This is a possibility.  I

9   personally have not seen that change, but

10  the engineers might have.

11      Q.      Who would you talk to if you

12  wanted to figure that out?

13      A.      I would talk to the engineers

14  in the Chrome incognito team.

15      Q.      Okay.  Anyone by name?

16      A.      No, because Mr. Halavati left

17  the team and I don't remember the names of

18  the team members who replaced him.

19      Q.      With respect to the change to

20  the incognito NTP, does that involve

21  removing the ██████████ switch, the

22  toggle?

23              MR. SCHAPIRO:  Objection,

24  foundation.

25      A.      No, I don't remember being in

Page 457

1   discussions around removing the toggle

2   switch, which is about the blocking

3   third-party cookies.  This is, as far as

4   I'm concerned, not part of this revamp.

5   The revamp is focused on the strings and

6   the, you know, the text that we put on the

7   NTP.

8        Q.     Okay.  Going back to what was

9   marked as Exhibit 53, the second page, do

10  you see the title Goal?

11       A.     Yes.

12       Q.     It says "This project feeds

13  into one of our top priorities as

14  represented in Chrome Br app 2021 OKRs and

15  Incognito 2021 roadmap."

16              Do you see that?

17       A.     Yes.

18       Q.     And then there is a colon, and

19  it says "Clear up user confusion," in bold,

20  "around incognito mode by investing more in

21  clarity of user education."

22              Do you see that?

23       A.     Yes.

24       Q.     And is that correct, that that

25  was one of the top priorities, to clear up

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    user confusion around incognito mode?

2              MR. SCHAPIRO:  Objection,

3    vague, ambiguous, foundation.

4         A.    I would have to review the

5    document mentioned here about top

6    priorities, but, as I said, making the NTP

7    or the incognito experience in general

8    clearer and more understandable is

9    something that we are continuously trying

10   to do, it is not something that will --

11   that started with this project or will end

12   with this project.

13        Q.    And is clearing up user

14   confusion around incognito mode a priority

15   for you, Mr. Mardini?

16              MR. SCHAPIRO:  Objection to the

17   form of the question.

18        A.    I have many priorities, and so

19   like depending on how you look at them in

20   terms of different teams I work on or I

21   help, improving incognito is an important

22   project for me, and that part of it, which

23   is the NTP revamp, is something I would

24   like to see happen in the future.

25        Q.    And it states here Non-Goals.

Page 459

1    "This PRD only captures the breadth of what
2    can be done now (2021) considering the
3    constraints on making far reaching changes
4    on incognito NTP."
5            Do you see that?
6        A.    Yes.
7        Q.    What do you understand that to
8    mean?
9            MR. SCHAPIRO:  Objection,
10   foundation.  And I will caution the witness
11   not to reveal anything that is covered by
12   attorney-client or work product privilege.
13   You will see a redacted portion of the
14   document.
15       A.    This, the way I understand it,
16   is given the timeline that we have, this is
17   written in July 2021, and this is still the
18   inception phase, so it is referring to what
19   can we do like in the next six months, and
20   there may be other things that we can do
21   that will take more time or require more
22   analysis.
23       Q.    And so when you read "the
24   constraints on making far reaching
25   changes," you read that as the constraints

                                    Page 460

CONFIDENTIAL

```
1              CERTIFICATION

2

3    I,  TODD DeSIMONE, a Notary Public for

4  and within the State of New York, do hereby

5  certify:

6    That the witness whose testimony as

7  herein set forth, was duly sworn by me; and

8  that the within transcript is a true record

9  of the testimony given by said witness.

10   I further certify that I am not related

11 to any of the parties to this action by

12 blood or marriage, and that I am in no way

13 interested in the outcome of this matter.

14   IN WITNESS WHEREOF, I have hereunto set

15 my hand this 1st day of December, 2021.

16

17

18

19        TODD DESIMONE

20              *      *      *

21

22

23

24

25

                              Page 474
```