# EXHIBIT 153

CONFIDENTIAL, ATTORNEYS' EYES ONLY

```
 1             IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4                         ---oOo---
 5   PATRICK CALHOUN, et al.,      )
     on behalf of themselves and   )
 6   all others similarly          )
     situated,                     )
 7                                 )
              Plaintiffs,          )Case No.
 8                                 )5:20-cv-5146-LHK-SVK
     vs.                           )
 9                                 )
     GOOGLE LLC,                   )
10                                 )
              Defendant.           )
11   _____)
     CHASOM BROWN, et al.,         )
12   on behalf of themselves and   )
     all others similarly          )
13   situated,                     )
                                   )
14            Plaintiffs,          )Case No.
                                   )5:20-cv-03664-LHK
15   vs.                           )
                                   )
16   GOOGLE LLC,                   )
                                   )
17            Defendant.           )
     _____)
18
                         ---oOo---
19          Videotaped Zoom Deposition of
20                GREGORY LON FAIR
21       CONFIDENTIAL, ATTORNEYS' EYES ONLY
22           Tuesday, December 14, 2021
23                   ---oOo---
     Job no. 4974024
24   Katy E. Schmidt
     RPR, RMR, CRR, CSR 13096
25   Pages 1 - 216
```

Page 1

CONFIDENTIAL, ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4                          ---oOo---
 5   PATRICK CALHOUN, et al.,      )
     on behalf of themselves and   )
 6   all others similarly          )
     situated,                     )
 7                                 )
             Plaintiffs,           )Case No.
 8                                 )5:20-cv-5146-LHK-SVK
     vs.                           )
 9                                 )
     GOOGLE LLC,                   )
10                                 )
             Defendant.            )
11   _____)
     CHASOM BROWN, et al.,         )
12   on behalf of themselves and   )
     all others similarly          )
13   situated,                     )
                                   )
14           Plaintiffs,           )Case No.
                                   )5:20-cv-03664-LHK
15   vs.                           )
                                   )
16   GOOGLE LLC,                   )
                                   )
17           Defendant.            )
     _____)
18
             BE IT REMEMBERED that, pursuant to Notice, and
19   on Tuesday, the 14th day of December, 2021, commencing
     at the hour of 11:43 a.m., thereof, in Los Altos,
20   California, before me, KATY E. SCHMIDT, a Certified
     Shorthand Reporter in and for the County of Yolo, State
21   of California, there virtually personally appeared
22                       GREGORY LON FAIR
     called as a witness herein, who, being by me first duly
23   sworn, was thereupon examined and interrogated as
     hereinafter set forth.
24
25
```

Page 2

CONFIDENTIAL, ATTORNEYS' EYES ONLY

```
 1   APPEARANCES:
 2   For The Plaintiffs:
 3                   (Appeared via Zoom)
 4           MORGAN & MORGAN
             BY: RYAN MCGEE, Esq.
 5           BY: RA AMEN, Esq.
             201 North Franklin Street, Suite 700
 6           Tampa, Florida 33602
             813.223.0931
 7           rmcgee@forthepeople.com
 8                   (Appeared via Zoom)
 9           BLEICHMAR FONTI & AULD LLP
             BY: LESLEY WEAVER, Esq.
10           555 12th Street, Suite 1600
             Oakland, California 994607
11           415.445.4003
             lweaver@bfalaw.com
12
                     (Appeared via Zoom)
13
             BOIES SCHILLER FLEXNER LLP
14           BY: MARK MAO, Esq.
             BY: BEKO RICHARDSON, Esq.
15           44 Montgomery Street, 41st Floor
             San Francisco, California 94104
16           415.293.6800
             mmao@bsfllp.com
17
             DICELLO LEVITT GUTZLER
18           BY: DAVID A. STRAITE, Esq.
             BY: ADAM PROM, Esq.
19           One Grand Central Place
             60 East 42nd Street, Suite 2400
20           New York, New York 10165
             646.933.1000
21           dstraite@dicellolevitt.com
22   ///
23   ///
24   ///
25   ///
```

CONFIDENTIAL, ATTORNEYS' EYES ONLY

```
 1   APPEARANCES CONT.:
 2   For The Defendants:
 3                    (Appeared via Zoom)
 4            Quinn Emanuel Urquhart & Sullivan LLP
              BY: VIOLA TREBICKA, Esq.
 5            BY: ALY OLSON, Esq.
              865 S Figueroa Street, 10th Floor
 6            Los Angeles, California 90017
              violatrebicka@quinnemanuel.com
 7
 8   Also present:
 9            David West, Videographer
10            Fatemah Shirzad, Concierge
11
                          ---o0o---
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 4
```

```
 1   ends in the Bates label 480, Mr. Adhya states at         06:13
 2   14:54:16:                                                06:13
 3          "Also, we have to talk about this                 06:13
 4   search detecting incognito thing.  Am I                  06:13
 5   overindexing?                                            06:13
 6          On one hand, it's like great!  We                 06:13
 7   know already!  Let's not show consent                    06:13
 8   using that.  LOL.  On the other, yikes,                  06:13
 9   double down on a promise we don't keep."                 06:13
10          Then you respond:                                 06:13
11          "Since it is clear it has been there              06:13
12   for a while, this doesn't seem like our                  06:13
13   problem to solve immediately, especially                 06:13
14   because we want this to happen in some way               06:13
15   anyway."                                                 06:13
16          What was the problem you were referring to        06:13
17   when you were responding Mr. Adhya?                      06:13
18       A.   Back to what we talked about is the general    06:14
19   topic on this chat.  If I remember correctly, this is    06:14
20   again related to some of the European launches of        06:14
21   specific consent flows in different products.  And as    06:14
22   we look at the impact of making changes in different     06:14
23   states, if we make a change to, for example, you know, a 06:14
24   Google website, that Google website would be popping up  06:14
25   in different contexts, and it could pop up in incognito. 06:14
```

CONFIDENTIAL, ATTORNEYS' EYES ONLY

```
 1          And so understanding how to map product --        06:14
 2   potential product changes with how that ends up showing  06:14
 3   up in different products, whether it's inside an app or  06:14
 4   inside the web, is something that kind of demonstrates   06:14
 5   how hard it was to get some of this stuff right in a way 06:14
 6   that worked for every single user, in every single       06:14
 7   context, on every single platform.                       06:15
 8       Q.   Okay.  So Mr. Adhya's statement at 14:54:16,    06:15
 9   "We have to talk about this search detecting incognito   06:15
10   thing," can you explain what your understanding of what  06:15
11   he was talking about is?                                 06:15
12       A.   So that particular item is a little bit         06:15
13   unrelated to the greater conversation happening here.    06:15
14            Earlier we had talked about this challenge      06:15
15   that we have when looking at private modes of browsing   06:15
16   and private modes of engaging in apps, and recognized    06:15
17   that in general, there is a sense from the broader       06:15
18   privacy community that simply the state of being in      06:15
19   incognito or in private mode is a piece of data that     06:15
20   should be preserved and kept private.                    06:15
21            And I was talking about how from a privacy      06:15
22   product lead perspective, I would value being able to    06:16
23   have that information in order to create more proactive  06:16
24   privacy experiences.                                     06:16
25            The way you might see that in normal browsing   06:16
```

Veritext Legal Solutions
866 299-5127

```
 1    would be if you went to a publisher website that said,        06:16
 2    "Hey, I see that you're browsing in a private mode.  Can       06:16
 3    you please switch out of that in order to access this          06:16
 4    content?"  So maybe they would actually desire that you        06:16
 5    don't access via a private mode in order to get to that        06:16
 6    content.                                                       06:16
 7              Over the years there have been some back and         06:16
 8    forth between different groups about, you know, how can        06:16
 9    we detect -- are there other signals we can look at to         06:16
10    detect this?                                                   06:16
11              And I vaguely remember some conversations            06:16
12    about some different paths for detecting incognito.            06:16
13              So that, as this kind of separate thing that         06:16
14    is an issue, ends up relating to this conversation             06:16
15    because to the point earlier, I, as the product manager,       06:16
16    would value a signal for that that could -- that we            06:17
17    build more privacy protective products in those states.       06:17
18              But there's a lot of caveats to that because         06:17
19    much of the privacy community is concerned about even          06:17
20    leaking that piece of data, even for a very specific use       06:17
21    for more privacy protections.                                  06:17
22         Q.   Okay.  Is it fair to say that the search side        06:17
23    of Google was able to detect a user going to incognito         06:17
24    mode as of July 22nd, 2020 when you and Mr. Adhya were         06:17
25    having this conversation?                                      06:17
```

Page 199

| | | |
|---|---|---|
| 1 | A.   I was aware that there was a concern from a | 06:17 |
| 2 | couple of specific engineers that it might be a | 06:17 |
| 3 | possibility, but I don't know that that has been | 06:17 |
| 4 | validated or confirmed. | 06:17 |
| 5 | Q.   What engineers did you speak with about that? | 06:17 |
| 6 | A.   I do not remember. | 06:17 |
| 7 | MS. TREBICKA:  Objection. | 06:17 |
| 8 | THE WITNESS:  Yeah.  I don't remember speaking | 06:17 |
| 9 | with any specific engineers about it.  I likely heard it | 06:17 |
| 10 | through third parties. | 06:17 |
| 11 | BY MR. MCGEE: | 06:18 |
| 12 | Q.   Do you recall which third parties you heard | 06:18 |
| 13 | that through? | 06:18 |
| 14 | A.   I don't remember specifically.  The most | 06:18 |
| 15 | likely third parties would have been through people | 06:18 |
| 16 | working on these projects, so Sammit Adhya would have | 06:18 |
| 17 | been one of them. | 06:18 |
| 18 | Q.   Okay.  If we can go to Exhibit 22, and that | 06:18 |
| 19 | has a single Bates label GOOG-BRWN-00176481. | 06:18 |
| 20 | A.   Is it just one page? | 06:18 |
| 21 | Q.   Yes, sir. | 06:18 |
| 22 | A.   And the metadata. | 06:18 |
| 23 | Q.   Correct. | 06:18 |
| 24 | A.   I read it. | 06:18 |
| 25 | Q.   Anything about Mr. Adhya's statement here on | 06:18 |

Page 200

| | | |
|---|---|---|
| 1 | July 22nd, 2020 that you have subsequently researched | 06:18 |
| 2 | and learned was incorrect? | 06:19 |
| 3 | MS. TREBICKA: Objection. Vague. | 06:19 |
| 4 | THE WITNESS: I have not followed up on any -- | 06:19 |
| 5 | or I don't remember following up on anything specific | 06:19 |
| 6 | from this to directly contradict it. | 06:19 |
| 7 | BY MR. MCGEE: | 06:19 |
| 8 | Q. Okay. And Mr. Adhya said -- | 06:19 |
| 9 | A. Sorry. Just to clarify, I'm speaking about | 06:19 |
| 10 | his first statements on 2020, 7/22, 31:17. | 06:19 |
| 11 | Q. Got it. | 06:19 |
| 12 | And it's 00:31:17 is what you're referring to? | 06:19 |
| 13 | A. Yes. Thanks for the correction. | 06:19 |
| 14 | Q. And about four minutes later, he says: | 06:19 |
| 15 | "This is a PR nightmare waiting to | 06:19 |
| 16 | happen. We should be pretty careful with | 06:19 |
| 17 | this. I had no idea this was possible." | 06:19 |
| 18 | And then you respond with "Look at you | 06:19 |
| 19 | sounding like a Chrome PM." | 06:19 |
| 20 | What was the PR nightmare? Why was this a PR | 06:19 |
| 21 | nightmare waiting to happen? | 06:20 |
| 22 | MS. TREBICKA: Objection to form. | 06:20 |
| 23 | THE WITNESS: I think that statement is | 06:20 |
| 24 | something -- that statement that Sammit put here in the | 06:20 |
| 25 | chat is not what I would have written, and I guess the | 06:20 |

```
1                REPORTER'S CERTIFICATE
2                       ---o0o---
3    STATE OF CALIFORNIA    )
                            ) ss.
4    COUNTY OF YOLO         )
5            I, KATY E. SCHMIDT, a Certified Shorthand
6    Reporter in and for the State of California, duly
7    commissioned and a disinterested person, certify:
8            That the foregoing deposition was taken before me
9    at the time and place herein set forth;
10           That GREG FAIR, the deponent herein, was put on
11   oath by me;
12           That the testimony of the witness and all
13   objections made at the time of the examination were
14   recorded stenographically by me to the best of my
15   ability and thereafter transcribed into typewriting;
16           That the foregoing deposition is a record of the
17   testimony of the examination.
18           IN WITNESS WHEREOF, I subscribe my name on this
19   17th day of December, 2021.
20
21                      _____
22                      Katy E. Schmidt, RPR, RMR, CRR, CSR 13096
                        Certified Shorthand Reporter
23                      in and for the
                        County of Sacramento,
24                      State of California
25   Ref. No. 4974024 KES
```

Page 214