# EXHIBIT 157

```
 1         UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2                OAKLAND DIVISION
 3    CHASOM BROWN,
 4            Plaintiff,     Case No.
      vs.
 5                        4:20-cv-03664-YGR-SVK
 6    GOOGLE LLC,
 7            Defendant.
 8    * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                      CONFIDENTIAL
 9                    VOLUME II
      CONTINUED ZOOM VIDEOTAPED DEPOSITION OF
10                JONATHAN HOCHMAN
                  July 21, 2022
11                  10:09 a.m.
      * * * * * * * * * * * * * * * * * * * * * * * * * * * *
12
13
14    TAKEN BY:
15        JOSEF ANSORGE, ESQ.
          ATTORNEY FOR DEFENDANT
16
17    REPORTED BY:
18        BELLE VIVIENNE, RPR, CRR, NJ-CRR,
          WA/CO/NM-CCR
19        NATIONALLY CERTIFIED REALTIME
          COURT REPORTER
20        VERITEXT LEGAL SOLUTIONS
          JOB NO. 5312353
21        866.299.5127
22
23
24
25
```

Page 365

CONFIDENTIAL

```
 1                    A P P E A R A N C E S
 2     FOR THE PLAINTIFF:
 3         MARK MAO
           BOIES SCHILLER FLEXNER LLP
 4         44 Montgomery Street, 41st Floor
           San Francisco, California 94104
 5         415.293.6800
           mmao@bsfllp.com
 6
           RYAN MCGEE
 7         MORGAN & MORGAN
           201 North Franklin Street
 8         7th Floor
           Tampa, Florida 33602
 9         813.223.0931
           rmcgee@forthepeople.com
10
           ALEXANDER FRAWLEY
11         IAN CROSBY
           SUSMAN GODFREY
12         1301 Avenue of the Americas
           32nd Floor
13         New York, New York 10019
           Afrawley@susmangodfrey.com
14
       COUNSEL FOR PLAINTIFF IN CALHOUN MATTER:
15         ADAM PROM
           DICELLO LEVITT & GUTZLER
16         10 North Dearborn Street, Sixth Floor
           Chicago, Illinois 60602
17         312.214.7900
           aprom@dicellolevitt.com
18
       COUNSEL FOR DEFENDANT:
19
           JOSEF ANSORGE
20         JOHN WILSON, IV
           QUINN EMANUEL URQUHART & SULLIVAN LLP
21         51 Madison Avenue
           New York, New York 10010
22         josefansorge@quinnemanuel.com
23         CARL SPILLY
           QUINN EMANUEL URQUHART & SULLIVAN, LLP
24         1300 I Street, NW, Suite 900
           Washington, D.C. 20005
25         202.538.8277
           carlspilly@quinnemanuel.com
```

Page 366

CONFIDENTIAL

1  APPEARANCES:   (Continued)

2     CRYSTAL NIX-HINES

      QUINN EMANUEL URQUHART & SULLIVAN LLP

3     865 South Figueroa Street, 10th Floor

      Los Angeles, California 90017

4     crystalnixhines@quinnemanuel.com

5

   VIDEOGRAPHER:

6     Sean Grant

7  ALSO PRESENT:

      Konstantinos Psounis, Ph.D.

8     Julie Burns

      John Wilson, IV - Quinn Emanuel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 367

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. MAO:  Objection to the form | 12:25:14 |
| 2 | of the question. | 12:25:15 |
| 3 | Go ahead. | 12:25:16 |
| 4 | A.    Yeah, the way I would put it is, | 12:25:16 |
| 5 | that statement is -- that's a nice | 12:25:18 |
| 6 | intention, but it's not good enough.  You | 12:25:21 |
| 7 | know, it reminds me of the film like Pulp | 12:25:24 |
| 8 | Fiction.  There's a guy who says something | 12:25:27 |
| 9 | like, you know, "We got into this with the | 12:25:28 |
| 10 | best of intentions; we don't know how it | 12:25:30 |
| 11 | got so messed up." | 12:25:32 |
| 12 | You know, that's what -- that's | 12:25:34 |
| 13 | like the prelude to what's going to happen | 12:25:34 |
| 14 | here.  And we need to deal with the | 12:25:37 |
| 15 | disaster before it happens, not after. | 12:25:39 |
| 16 | BY MR. ANSORGE:: | 12:25:43 |
| 17 | Q.    Mr. Hochman, we had touched on | 12:25:49 |
| 18 | this before, but I wanted to get a clear | 12:25:51 |
| 19 | answer.  Your opinion is using a | 12:25:58 |
| 20 | combination of an IP address and the user | 12:25:59 |
| 21 | agent to attempt to identify individual | 12:26:03 |
| 22 | devices a type of fingerprinting? | 12:26:05 |
| 23 | MR. MAO:  Objection, asked and | 12:26:09 |
| 24 | answered. | 12:26:10 |
| 25 | A.    I think even using a user agent | 12:26:14 |

Page 461

```
 1    string alone is a type of fingerprinting,    12:26:18

 2    but when you combine it with an IP           12:26:20

 3    address, that's -- that's very precise,      12:26:22

 4    and it's -- it's just an alternate name      12:26:24

 5    for that device.                             12:26:31

 6              It specifies the device, and the   12:26:32

 7    number of users on that device is probably   12:26:34

 8    going to be one or small, so it's very       12:26:37

 9    identifying information.                     12:26:39

10    BY MR. ANSORGE::                             12:26:43

11        Q.    And Mr. Hochman, in your report,   12:26:43

12    you propose that Google should use a         12:26:45

13    combination of IP address and user agent     12:26:47

14    to identify class members; isn't that        12:26:50

15    correct?                                     12:26:55

16        A.    I think that the way I would put   12:26:57

17    it is that you look -- Google could do       12:26:58

18    that.  They -- it seems like under their     12:27:01

19    policy, they would have to go to the         12:27:03

20    privacy working group and get permission.    12:27:04

21    I understand that this is theoretical.       12:27:09

22              It can't really happen because I   12:27:15

23    understand that Google hasn't preserved      12:27:17

24    the data.  So we're talking about a          12:27:18

25    hypothetical that, had Google preserved      12:27:20
```

Page 462

1    the data, they would have technologically    12:27:22

2    been able to do this.    12:27:25

3          Now, again, I'm not addressing    12:27:27

4    legal issues.  I'm not addressing legal    12:27:29

5    restrictions or permissions.  That's not    12:27:32

6    within the scope of my report.    12:27:35

7          Q.    Mr. Hochman, in reaching the    12:27:42

8    conclusions that you're proffering in this    12:27:45

9    case, did you do any studies to see how    12:27:47

10   often devices are shared?    12:27:50

11         A.    I have some general awareness of    12:27:55

12   the ratio between devices and users, and    12:27:58

13   I'm aware that there are something like    12:28:00

14   2.1 devices for every user.  So it's    12:28:03

15   actually the case that devices share    12:28:06

16   users, not users share devices.  So the    12:28:13

17   average user has more than one device on    12:28:16

18   average.    12:28:20

19         Q.    Mr. Hochman, would you agree    12:28:24

20   that using fingerprinting to identify    12:28:25

21   individual users when they are in private    12:28:29

22   browsing mode and not logged in to an    12:28:34

23   account would violate their privacy?    12:28:37

24         MR. MAO:    Objection to the form    12:28:41

25      of the question.    12:28:42

Page 463

| | | |
|---|---|---|
| 1 | Go ahead. | 12:28:42 |
| 2 | A.    I -- I think that if the | 12:28:46 |
| 3 | fingerprinting is used in a way that | 12:28:48 |
| 4 | hasn't been disclosed to the user, that | 12:28:50 |
| 5 | could be problematic.  And if you're | 12:28:54 |
| 6 | actually asking about what if it were used | 12:28:56 |
| 7 | to help identify class members, there's | 12:28:59 |
| 8 | kind of an easy answer, which is that | 12:29:02 |
| 9 | you -- you notify everyone in the world | 12:29:03 |
| 10 | who might be a class member and give them | 12:29:06 |
| 11 | a choice whether they want to participate | 12:29:08 |
| 12 | or opt out. | 12:29:12 |
| 13 | And actually I said "everyone in | 12:29:22 |
| 14 | the world."  Obviously, I'm aware that the | 12:29:24 |
| 15 | class only includes U.S. people -- | 12:29:25 |
| 16 | classes.  There are two. | 12:29:29 |
| 17 | MR. ANSORGE:  We can go off the | 12:29:40 |
| 18 | record for a short break.  Is this | 12:29:42 |
| 19 | around the time people wanted to have | 12:29:43 |
| 20 | lunch?  We can keep going, but this is | 12:29:45 |
| 21 | a natural time to have lunch. | 12:29:48 |
| 22 | MR. MAO:  We are okay to keep | 12:29:49 |
| 23 | going.  John, can we keep going? | 12:29:51 |
| 24 | THE WITNESS:  I can keep going | 12:29:55 |
| 25 | if you want to. | 12:29:56 |

Page 464

CONFIDENTIAL

1                 CERTIFICATION

2

3         I, BELLE VIVIENNE, a Nationally

4     Certified Realtime Reporter, do hereby

5     certify:

6         That the witness whose testimony as

7     herein set forth, was duly sworn by me;

8     and that the within transcript is a true

9     record of the testimony given by said

10    witness.

11        I further certify that I am not

12    related to any of the parties to this

13    action by blood or marriage, and that I am

14    in no way interested in the outcome of

15    this matter.

16        IN WITNESS WHEREOF, I have hereunto

17    set my hand this 26th day of July 2022.

18

19

      *Belle Vivienne*

20        BELLE VIVIENNE, CRR, CCR, RPR

21

22            *       *       *

23

24

25

Page 615