**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
William C. Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br>   v.<br><br>GOOGLE LLC,<br>                    Defendant. | CASE NO.: 4:20-cv-03664-YGR<br><br>**SECOND CORRECTED DECL. OF MARK MAO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: May 12, 2023<br>Time: 1:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

# DECLARATION OF MARK C. MAO

I, Mark C. Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration with Plaintiffs' Opposition to Google's MSJ.

3. Attached hereto as **Exhibit 1** is a true and correct copy of portions of the deposition transcript of deponent Jesse Adkins. This deposition was taken on April 14, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the transcript from the deposition of Sabine Borsay. This deposition was taken on June 30, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the transcript from the deposition of Chasom Brown. This deposition was taken on January 13, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of the transcript from the deposition of William Byatt. This deposition was taken on December 20, 2021.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the transcript from the deposition of Christopher Castillo. This deposition was taken on February 8, 2022.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the transcript from the deposition of Jeremy Davis. This deposition was taken on January 7, 2022.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt of the transcript from the deposition of Monique Trujillo. This deposition was taken on February 11, 2022.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Rebuttal to Report of Georgios Zervas and Supplemental Report of Jonathan E. Hochman (including appendices), dated June 7, 2022. Portions of the supporting materials to this report will be provided electronically.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-00501220.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00613409.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-03611484.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt of the transcript from the 2022 deposition of Glen Berntson. This deposition was taken on March 18, 2022.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00032906.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of Google's Response to Plaintiffs' Request For Admission Number 31, dated January 20, 2022.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of Google's Response to Plaintiffs' Request For Admission Numbers 52-55, dated January 20, 2022.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of an excerpt of the transcript from the deposition of Jonathan Hochman. This deposition was taken on July 20 and 21, 2022.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of the Expert Rebuttal Report of Bruce Schneier Rebuttal of Expert Georgios Zervas, dated June 7, 2022.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of an excerpt of the transcript from the 2023 deposition of Glen Berntson. This deposition was taken on February 14, 2023.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt of the transcript from the deposition of Georgios Zervas. This deposition was taken on August 22, 2022.

22.     Attached hereto as **Exhibit 20** is a true and correct copy of an excerpt of the transcript from the deposition of Rory McClelland. This deposition was taken on February 18,

2022.

23. Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt of the transcript from the deposition of Brian Rakowski. This deposition was taken on August 19, 2021.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00490767.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00153850.C.

26. Attached hereto as **Exhibit 24** is a true and correct copy of an excerpt of the transcript from the deposition of On Amir. This deposition was taken on August 16, 2022.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the Expert Report of Michael J. Lasinski, dated April 22, 2022.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a December 20, 2022 letter from Google's Counsel to Plaintiffs' counsel disclosing, for the first time, existence of the fourth-disclosed private-browsing detection bit.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a portion of the transcript of the April, 29, 2021 hearing.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a statement by Barb Palser made July 21, 2020, which is available at https://blog.google/outreach-initiatives/google-news-initiative/protecting-private-browsing-chrome/ (last accessed April 12, 2023).

31. Attached hereto as **Exhibit 29** is a true and correct copy of a document titled "How Google Uses Information from Sites or Apps that Use our Services, which is available at https://policies.google.com/technologies/partner-sites?hl=en=US (last accessed April 12, 2023).

32. Attached hereto as **Exhibit 30** is a true and correct copy of the Google Analytics Terms of Service, which is available at https://marketingplatform.google.com/about/analytics/terms/us/ (last accessed April 13, 2023).

33. Attached hereto as **Exhibit 31** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-05287675.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00042388.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-00094550.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00153850.C.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-05756666.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04718352.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00047341.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04431207.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04668451.

42. Attached hereto as **Exhibit 40** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04738550.

43. Attached hereto as **Exhibit 41** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00477510.

44. Attached hereto as **Exhibit 42** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-00084985.

45. Attached hereto as **Exhibit 43** is a true and correct copy of an excerpt of the transcript from the deposition of Christopher Palmer. This deposition was taken on January 5, 2022.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04261880.

47. Attached hereto as **Exhibit 45** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00390418.

48. Attached hereto as **Exhibit 46** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-05145513.

49. Attached hereto as **Exhibit 47** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-03923580.

50. Attached hereto as **Exhibit 48** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00410884.

51. Attached hereto as **Exhibit 49** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00475063.

52. Attached hereto as **Exhibit 50** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00812710.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00686207.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00164056.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00047341.

56. Attached hereto as **Exhibit 54** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRNW-00437647.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-0056810.

58. Attached hereto as **Exhibit 56** is a true and correct copy of an excerpt of the transcript from hearing held on October 11, 2022.

59. Attached hereto as **Exhibit 57** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04971904.

60. Attached hereto as **Exhibit 58** is a true and correct copy of a document Google

produced in discovery labeled GOOG-BRWN-00806426.

61. Attached hereto as **Exhibit 59** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00441285.

62. Attached hereto as **Exhibit 60** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-03827263.

63. Attached hereto as **Exhibit 61** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04971904.

64. Attached hereto as **Exhibit 62** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00457255.

65. Attached hereto as **Exhibit 63** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00475063.

66. Attached hereto as **Exhibit 64** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-00799719.

67. Attached hereto as **Exhibit 65** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-05905167.

68. Attached hereto as **Exhibit 66** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-04746153.

69. Attached hereto as **Exhibit 67** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00184517.

70. Attached hereto as **Exhibit 68** is a true and correct copy of Google's Response to Plaintiffs' Request for Admission Numbers 26 and 27.

71. Attached hereto as **Exhibit 69** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-05836882.

72. Attached hereto as **Exhibit 70** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-05150754.

73. Attached hereto as **Exhibit 71** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00166653.

74. Attached hereto as **Exhibit 72** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00164056.

75. Attached hereto as **Exhibit 73** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00406065.

76. Attached hereto as **Exhibit 74** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00048967.C.

77. Attached hereto as **Exhibit 75** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-03764749.

78. Attached hereto as **Exhibit 76** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00027632.

79. Attached hereto as **Exhibit 77** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00147864.

80. Attached hereto as **Exhibit 78** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00183662.

81. Attached hereto as **Exhibit 79** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00047399.

82. Attached hereto as **Exhibit 80** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00140297.

83. Attached hereto as **Exhibit 81** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-00501220.

84. Attached hereto as **Exhibit 82** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00176477.

85. Attached hereto as **Exhibit 83** is a true and correct copy of a document Google produced in discovery labeled GOOG-CABR-00552177.

86. Attached hereto as **Exhibit 84** is a true and correct copy of a document Google produced in discovery labeled GOOG-BRWN-00067645.

87. Attached hereto as **Exhibit 85** is a true and correct copy of a document Google

1 | produced in discovery labeled GOOG-BRWN-00182492.

2 | 88. Attached hereto as **Exhibit 86** is a true and correct copy of a document Google
3 | produced in discovery labeled GOOG-BRWN-00047390.

4 | 89. Attached hereto as **Exhibit 87** is a true and correct copy of an excerpt of the
5 | transcript from the deposition of Abdel Karim Mardini. This deposition was taken on November
6 | 24, 2021.

7 | 90. Attached hereto as **Exhibit 88** is a true and correct copy of a document Google
8 | produced in discovery labeled GOOG-CABR-04739841.

9 | 91. Attached hereto as **Exhibit 89** is a true and correct copy of a document Google
10 | produced in discovery labeled GOOG-BRWN-0063504.

11 | 92. Attached hereto as **Exhibit 90** is a true and correct copy of a document Google
12 | produced in discovery labeled GOOG-BRWN-00063505.

13 | 93. Attached hereto as **Exhibit 91** is a true and correct copy of a document Google
14 | produced in discovery labeled GOOG-BRWN-00169228.

15 | 94. Attached hereto as **Exhibit 92** is a true and correct copy of a document Google
16 | produced in discovery labeled GOOG-BRWN-00047390.

17 | 95. Attached hereto as **Exhibit 93** is a true and correct copy of a document Google
18 | produced in discovery labeled GOOG-BRWN-00388293.

19 | 96. Attached hereto as **Exhibit 94** is a true and correct copy of a document Google
20 | produced in discovery labeled GOOG-BRWN-00176477.

21 | 97. Attached hereto as **Exhibit 95** is a true and correct copy of a document Google
22 | produced in discovery labeled GOOG-BRWN-00202175.

23 | 98. Attached hereto as **Exhibit 96** is a true and correct copy of a document Google
24 | produced in discovery labeled GOOG-BRWN-00433503.

25 | 99. Attached hereto as **Exhibit 97** is a true and correct copy of a document Google
26 | produced in discovery labeled GOOG-BRWN-00391231.

27 | 100. Attached hereto as **Exhibit 98** is a true and correct copy of a document Google
28 |

1  produced in discovery labeled GOOG-BRWN-00806482.

2      101.    Attached hereto as **Exhibit 99** is a true and correct copy of a document Google
3  produced in discovery labeled GOOG-BRWN-00701189.

4      102.    Attached hereto as **Exhibit 100** is a true and correct copy of a document Google
5  produced in discovery labeled GOOG-BRWN-00782689.

6      103.    Attached hereto as **Exhibit 101** is a true and correct copy of a document Google
7  produced in discovery labeled GOOG-CABR-04780837.

8      104.    Attached hereto as **Exhibit 102** is a true and correct copy of a document Google
9  produced in discovery labeled GOOG-BRWN-00555073.

10      105.    Attached hereto as **Exhibit 103** is a true and correct copy of an excerpt of the
11  transcript from the deposition of Ramin Halavati. This deposition was taken on January 18, 2022.

12      106.    Attached hereto as **Exhibit 104** is a true and correct copy of examples of URLs
13  contained in the Hochman Opening Report Ex. F, containing the following content from each
14  named Plaintiff: folders, subfolders, path, user-generated search terms, GCLID, and information
15  revealing the portion of the webpage viewed.

16      107.    **Exhibit 105** is a copy of Exhibits B and F to the Hochman Opening Expert
17  Report, which will be electronically provided to the Court.

18  I declare under penalty of perjury under the laws of the United States of America that the
19  foregoing is true and correct. Executed this 1st day of May, 2023, at San Francisco, California.

20                                   _/s/ Mark Mao_