Mao Declaration in Opposition
to Google's Motion for
Summary Judgment

Ex. 5

CORRECTED

1                 UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3

4     CHASOM BROWN, WILLIAM BYATT,

5     JEREMY DAVIS, CHRISTOPHER

6     CASTILLO, and MONIQUE

7     TRUJILLO, individually and on

8     behalf of all other similarly

9     situated,

10                    Plaintiffs,

11           vs.                      Case No.

12     GOOGLE LLC,                    5:20-cv-03664-LHK-SVK

13                    Defendant.

14     _____/

15

16         VIDEOTAPED DEPOSITION OF CHRISTOPHER CASTILLO

17                   Remote Zoom Proceedings

18                   Sacramento, California

19                 Tuesday, February 8, 2022

20

21     REPORTED BY:

22     LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23     JOB No. 5077508

24

25     Pages 1 - 266

                                              Page 1

1    while you browse the internet?

2            MR. MCGEE:  Object to the form.

3            You can answer.

4            THE WITNESS:  Yeah, I do.  Some.  I mean, not --

5    nothing outrageous.  I mean, I will use Incognito mode on      09:22:21

6    occasion.

7        Q.  BY MR. BROOME:  Aside from using Incognito mode

8    on occasion, what other precautions do you take to

9    protect your privacy while you browse the internet?

10       A.  Sometimes I remove cookies, but other than that,      09:22:42

11   not really much else.

12           Q.  When you remove cookies, do you do that during a

13   private browsing session or do you do that during regular

14   browsing sessions?

15           A.  I usually do it during regular browsing sessions      09:22:55

16   because on occasion they interfere with performance on my

17   computer.

18           Q.  In what way?

19           A.  They slow it down.

20           Q.  And what -- what's the basis for your belief      09:23:15

21   that cookies slow down your computer?

22           A.  Articles I read on the -- on the computer.

23           Q.  And did you do research into this issue about

24   cookies?

25           A.  No, I wouldn't classify it as research.  I would      09:23:29

1      <mark>just classify it as casual reading on the internet.</mark>

2          Q.   Okay.  All right.

3               Aside from -- well, how often do you delete

4      cookies?

5          A.   I don't recall.  Maybe once or twice a year.        09:23:51

6          Q.   Have you ever enabled cookie blockers?

7          A.   I don't recall.  I don't think so.  Possibly,

8      but I don't recall doing it.  I use Norton Internet

9      Security, and I think it -- it -- I think it -- I may

10     have set the setting to block cookies on occasion, but        09:24:18

11     then I end up turning it back on because I need some of

12     the services that some of the websites have that, you

13     know, if I want to purchase something, I have to accept

14     their cookies.

15         Q.   Are you familiar with the cookie-blocker feature      09:24:31

16     in Chrome?

17         A.   I know about it, but I haven't really researched

18     it or -- or played with it.  I mean, I don't think

19     I've -- I think possibly in the past, I've engaged it and

20     turned it on and off.                                         09:24:48

21         Q.   And you mentioned -- I think you mentioned

22     Norton Internet Security.  What's that?

23         A.   It is a -- it's a third-party service that keeps

24     your computer safe.

25         Q.   Safe from what?                                      09:25:04

                                                              Page 21

1    page 4?

2         Q.  Yes.

3         A.  Okay.  I'm there.

4         Q.  Do you see "Our Warranties and Disclaimers"?

5         A.  Okay.  I've reviewed it.                          09:58:54

6         Q.  It says:  "We provide our services using a

7    commercially reasonable level of skill and care and we

8    hope that you will enjoy using them.  But there are

9    certain things that we don't promise about our services."

10        Do you see that?                                       09:59:09

11        A.  Sure.

12        Q.  Okay.

13        A.  Yes, I see it.

14        Q.  And then in all caps it says:  Other than as

15   expressly set out in these terms or additional terms,      09:59:16

16   neither Google nor its suppliers or distributors make any

17   specific promises about the services.  For example, we

18   don't make any commitments about the content within the

19   services, the specific function of the services, or their

20   reliability, availability, or ability to meet your needs.  09:59:31

21   We provide the services 'as is.'"

22        Do you see that?

23        A.  Yes, I see it on the page in front of me.

24        Q.  Is the Chrome browser, in your understanding, a

25   Google service?                                            09:59:43

Page  47

```
1            MR. MCGEE:  Object to the form, calls for a

2    legal conclusion.

3            You can answer.

4            THE WITNESS:  As far as I know, Chrome is a

5    service provided by Google.                      09:59:52

6       Q.  BY MR. BROOME:  And what about Incognito mode;

7    is that a service provided by Google?

8            MR. MCGEE:  Object to the form, calls for a

9    legal conclusion.

10           You can answer.                           10:00:00

11           THE WITNESS:  I believe it is a -- part of a

12   Chrome browser, and it's -- it was built and it's

13   presented to offer me an ability to indicate clearly to

14   Google my non-consent for surreptitious interception of

15   my communications.                               10:00:20

16      Q.  BY MR. BROOME:  Okay.  Is it a service provided

17   by Google?

18           MR. MCGEE:  Same objection.

19           THE WITNESS:  Is it a service provided by

20   Google.  It's a service provided by Chrome.  So    10:00:30

21   therefore, it is a service provided by Google.

22      Q.  BY MR. BROOME:  Okay.  And then -- and you

23   agreed to this provision; correct?  When you signed up to

24   your Google Account?

25      A.  What provision are you referring to?       10:00:42
```

Page 48

1    settings.

2         A.  Yeah, I can see that.  Yeah.  Yeah, I'm familiar

3    with that.  Like, for instance, maybe you want everything

4    to be private, but Maps you don't want to be private

5    because you want to know where you're going.  Yeah, I can          12:26:53

6    see that.

7         Q.  And -- and those different privacy settings

8    allow users to control what Google collects in different

9    ways.

10        Do you understand that?                                        12:27:05

11        A.  Yeah.  I see that.  But I see that when --

12   that's when you're like normally using Google services,

13   not when you're Incognito mode.  That's just like the

14   settings, the standard settings that when you're like

15   using Google services, but when you're in Incognito mode,           12:27:20

16   you're like specifically telling Google that you don't

17   consent to their surreptitious interception of your

18   communications.

19        I see that.  We're not -- are we talking about

20   when you're in Incognito mode, when you've told Google              12:27:38

21   that you don't want them to intercept your communication,

22   or are we talking about when you're like normally using

23   Google without letting them know your lack of consent?

24   What are we talking about here?

25        Q.  I was just asking you about one sentence that's           12:27:53

1        quoted in your Complaint, and I think you answered the

2        question.

3                Mr. Castillo, I know what your allegation is.  I

4        get it.  I totally get it.  You don't need to remind me

5        of it in response to every question.  This is going to go      12:28:06

6        a lot quicker for you if you just answer the question

7        posed.

8                A.  I'm here all day.  As long as you need me.  I've

9        blocked out my entire day.

10               Q.  Good.  All right.                                    12:28:18

11               And then in the sentence preceding the one we

12       just talked about, it says:  "You can also choose to

13       browse the web privately using Chrome in Incognito mode."

14               Do you see that?

15               A.  I see it.                                            12:28:29

16               Q.  Okay.  And do you understand the word

17       "privately" in that sentence to mean that your activity

18       will be completely private from everybody?

19               MR. MCGEE:  Object to the form.

20               You can answer.                                          12:28:44

21               THE WITNESS:  Private to me means private.  It

22       means I don't consent.

23               Q.  BY MR. BROOME:  Well, where is the word

24       "consent" in that sentence?

25               A.  What I'm referring to is, is the fact that when     12:28:57

Page 92

Veritext Legal Solutions
866 299-5127

1    I'm in the Incognito mode, I'm physically telling --

2    overtly telling Google that I am not consenting to their

3    interception of my communications.  I'm not just

4    passively saying that, "Hey, I don't consent," I'm

5    overtly saying, "I don't consent," which is egregious, in        12:29:17

6    the sense that if -- at least the way I view the law, is

7    that if you -- if you without my consent, you intercept

8    my communications, you've violated the law.  But if me as

9    the end user consumer tells you I don't consent and you

10   still do it, that's even more egregious.  So that's what        12:29:38

11   that means to me.

12       Q.  Well, okay.  I understand that.  We're trying to

13   figure out whether Google violated the law and whether

14   you provided consent, and I know your view is that you

15   did not.  I understand that.                                    12:29:50

16       A.  Well, I mean, I think the debate is, is did I

17   provide consent -- did I provide consent when I didn't --

18   when I passively was not in Incognito mode.  That's the

19   debate.

20           When I'm in Incognito mode, there is no debate        12:30:03

21   because I just told you or told your company you're

22   representing I don't consent.

23       Q.  All right.  So let me ask the question again,

24   Mr. Castillo.

25           In the sentence:  "You can also choose to browse        12:30:14

Page 93

1    the web privately using Chrome in Incognito mode," does

2    the word "privately" mean privacy from everyone or just

3    from Google?

4            MR. MCGEE:  Object to the form.  Asked and

5    answered.                                              12:30:29

6            THE WITNESS:  In answer to your question, I

7    think I've already answered the question.

8        Q.  BY MR. BROOME:  You most certainly have not.

9            Does the word "privately" mean privacy from

10   Google or from everyone?  Let me ask it this way:  Does   12:30:44

11   the word "privately" mean absolutely private, meaning no

12   one other than Mr. Castillo can see this activity?

13           MR. MCGEE:  Same objection.

14           THE WITNESS:  Well, I'll answer in that I think

15   the -- my answer is reflected from that sentence.  You    12:31:02

16   can also choose to browse the web privately using Chrome

17   in Incognito mode.

18           You're asking about the word "privately," but to

19   really answer your question, one has to look at the word

20   before privately, and that says "web privately."          12:31:19

21       Q.  BY MR. BROOME:  Yeah.

22       A.  "To browse the web privately."  The word

23   "privately" is an English word that has to do with

24   privacy.  And so to browse the web privately means to

25   browse the web privately.  And there's no further need to  12:31:35

Page 94

1    ==explain what private means because private is private.==

2        Q.   Private is private.  And, it means that if

3    you're browsing the web, nobody can see your activity.

4            Is that your understanding of that sentence?

5            MR. MCGEE:  Object to the form, asked and        12:31:50

6    answered.

7            You can still answer, Mr. Castillo.

8            THE WITNESS:  I've answered that question

9    already, and I believe privacy is privacy, and private is

10   private.                                                12:32:04

11       Q.   BY MR. BROOME:  Okay.  So when you read this

12   sentence, your takeaway or your understanding was that

13   when you're browsing the web, no other entities could see

14   your activities, no other people or entities?

15       A.   Well, I think I would -- I would go to, let's   12:32:23

16   say -- I'll give you an example:  I went into the

17   internet and I went to Lowe's, and I was going to buy a

18   shovel.  Well, of course, I'm buying a shovel online, I

19   want Lowe's to be able to see where I bought a shovel,

20   where to deliver it to.                                 12:32:44

21           But what is private and what is interpreted as

22   private by me is this is Google's Privacy Policy.  Google

23   won't collect it.  Google won't know that I bought the

24   shovel, and Google won't share that or monetize it.  That

25   is privacy to me in terms of the Google Privacy Policy as  12:32:57

                                                        Page 95

1    Q.  Got it.  And are you aware that Chrome browser

2  like in the non-private -- well, the Chrome browser has a

3  history tab.  Are you familiar with that, that tab?

4    A.  Is the question am I familiar with the history

5  tab while using Chrome browser?                        13:34:07

6    Q.  Yes.

7    A.  Yes.

8    Q.  Okay.  And that history tab, if you -- if you

9  tap on it with your cursor, it drops down a list of

10  websites that you visited; right?                      13:34:19

11    A.  I think that's correct.

12    Q.  Okay.  Does the section that you read about

13  basic mode convey to you that Google will not select

14  information when you visit third-party sites in basic

15  mode?                                                  13:35:00

16        MR. MCGEE:  Object to the form.

17        THE WITNESS:  Okay.  Is your question asking --

18  I don't understand your question.  Can you ask the

19  question again?

20    Q.  BY MR. BROOME:  Yeah.  Well, I mean, in a        13:35:09

21  nutshell, your -- your allegation is that Google

22  represented that Incognito mode would block transmissions

23  of data to Google when you're on non-Google websites;

24  right?

25        A.  That's an oversimplification of our allegations.  13:35:26

Page 127

1          Q.  I understand that.  It's totally an

2     oversimplification.  I understand that.

3          A.  In fact, it's rather inaccurate in the fact that

4     the allegation is, is that we didn't consent to it

5     passively, and we see that it's egregious when we        13:35:43

6     specifically said don't record, don't intercept by using

7     Incognito mode.  And that's an over -- over us telling

8     Google that we're not consenting.

9          Q.  Right.  And is that same message conveyed to

10    Google when you just use basic mode?                      13:36:09

11         A.  No.  When we're using Incognito mode, we're

12    saying we're not consenting.  I -- and even in your

13    Privacy Policy, you say:  "You put us in control."  You

14    say we can manage our privacy in a number of ways, and we

15    can use -- we can browse the web privately using          13:36:31

16    Incognito mode across our services.  You didn't say

17    across Chrome; you said across our services.

18         Q.  Read -- read the whole sentence.

19         A.  "You can also choose to browse the web privately

20    using Chrome in Incognito mode and across our services.   13:36:50

21    You can adjust your privacy settings to control what we

22    collect and how information is used."

23              You specifically identify Incognito mode as the

24    tool to do that.

25         Q.  Okay.  So in the second sentence -- in the last  13:37:07

Page 128

1    sentence that you just read, is it your testimony that

2    Google identifies Incognito mode as the tool to -- let me

3    get the language.

4              MR. MCGEE:  Object to the -- well, I guess I'll

5    wait.  Sorry.

6              THE REPORTER:  Excuse me, Counsel.  "As the tool

7    to" what, Counsel?

8              (Interruption in proceedings.)

9         Q.  BY MR. BROOME:  Let me withdraw and try again.

10             You read the sentence:  "And across our          13:37:36

11    services, you can adjust your privacy settings, control

12    what we collect, and how information is used."

13             And is your testimony that Google represented

14    that Incognito mode is the tool used to accomplish that?

15             MR. MCGEE:  Object to the form.                   13:37:52

16             You can answer.

17             THE WITNESS:  My allegation is, is that when I

18    was using Incognito mode, you said I was in control of my

19    information and that you would not collect on it, per

20    your Google Privacy Policy, but you did collect on it.    13:38:05

21        Q.  BY MR. BROOME:  Well, aren't you combining --

22        A.  You did collect -- Google collected on it.

23        Q.  Aren't you combining words from the last

24    sentence and the second-to-last sentence?

25        A.  I -- I merely can go by what the Google Privacy   13:38:20

Page 129

```
 1    Policy says.  It says it put us in control, it allows us

 2    to use Incognito mode to browse the web privately, and

 3    it's across our services, I can adjust my privacy

 4    settings to control what Google collects and how

 5    information is used.                                    13:38:40

 6           Those aren't my words; those are Google's words.

 7      Q.  Let's go down to -- are you still on page 9?

 8      A.  I'm on page 9, wherever you'd like me to be.

 9      Q.  Yeah, okay.  And that's the description of

10    Incognito mode and guest mode; right?                  13:39:29

11      A.  I'm -- there's a paragraph here on page 9 that

12    is titled "Incognito Mode and Guest Mode."

13      Q.  And --

14           MR. MCGEE:  The same objection I had with

15    previous exhibits on whether the hyperlink links to what   13:39:45

16    it was at the time of the document or if that's changed

17    or if it's even a live link.

18      Q.  BY MR. BROOME:  Can you -- are there any

19    statements in here about Incognito mode that you think

20    Google has acted inconsistently with?                  13:40:11

21           MR. MCGEE:  Mr. Castillo, I would just ask that

22    if reviewing the entire document -- it's a voluminous

23    document -- if that would help you in your answer here

24    today, please do so.

25           THE WITNESS:  Yeah.  I think I'd like to review   13:40:27
```

Page 130

1    But that sounds like a legalese question.  Can you please

2    rephrase it or please ask it again so I can try to

3    understand what you're saying.

4        Q.  BY MR. BROOME:  Do you agree that if Incognito

5    mode conceals your activity, your browsing activity from          14:33:05

6    other people who might use your device, that provides

7    some degree of privacy for you?

8            MR. MCGEE:  Same objections.

9            THE WITNESS:  Well, after I -- to answer your

10   question, after I reviewed the Terms of Service and the          14:33:27

11   Google Privacy Policy, I believe that using Incognito

12   mode, as identified in the Privacy Policy, gives me --

13   should give me some form of privacy when browsing the

14   internet.  The allegations are that it doesn't.

15       Q.  BY MR. BROOME:  I know what your allegations          14:33:45

16   are.

17           Let's look at the splash screen; right?  It

18   says:  "Now you can browse privately and other people who

19   use this device won't see your activity."

20           If indeed Incognito mode conceals your Incognito          14:33:56

21   browsing activity from other people who use your device,

22   do you agree that that would provide some degree of

23   privacy for you?

24           MR. MCGEE:  Same objections.

25           THE WITNESS:  I'm not an attorney.  I'm not a          14:34:11

Page 158

1    computer engineer, but from the splash screen, it is

2    reasonable for me to -- me to infer that when I'm viewing

3    privately, that Google and Chrome and all your engineers

4    will not be collecting, gathering, intercepting, my

5    communications with third-party websites.  That is what I    14:34:34

6    infer from this screen.

7        Q.  BY MR. BROOME:  Okay.  I understand that's what

8    you infer from this screen.  That's not my question,

9    though.

10       Do you agree that if Incognito mode concealed    14:34:48

11   your Incognito browsing activity from other people who

12   use your device, that would provide you some degree of

13   privacy?

14       MR. MCGEE:  Same objections as the last three or

15   four questions.    14:35:06

16       THE WITNESS:  Okay.  So the whole purpose of

17   this lawsuit is not about -- I'm -- it's not accusing

18   people that may use my device.  It's accusing Google of

19   gathering that information.

20       So you're asking me a question that's totally    14:35:19

21   irrelevant to the case-in-chief, but I'll happy to answer

22   it.

23       Do I think it gives me some privacy, some

24   moniker of privacy?  Yes.

25       Q.  BY MR. BROOME:  Thank you.  Okay.    14:35:30

Page 159

```
 1    want me to click on it?

 2         Q.  Actually, I just want you to go back to -- go to

 3    Exhibit 9.

 4         A.  Okay.  I'll --

 5              MR. MCGEE:  Same objections I've had for          15:03:46

 6    previous documents that are not Bates labeled.

 7              THE WITNESS:  Okay.  I'm on Exhibit 9.  It's

 8    titled "How Private Browsing Works in Chrome."

 9              MR. MCGEE:  Mr. Castillo, to the extent you want

10    to review the document.  I think it's two pages, so...    15:04:09

11              THE WITNESS:  Okay.  I'd like to review it.

12              MR. BROOME:  Yeah.

13              THE WITNESS:  Okay.  I've reviewed the document.

14         Q.  BY MR. BROOME:  All right.  Okay.

15              So this is another help center article, and it   15:07:34

16    says:  "How private browsing works in Chrome."

17              Have you -- are you familiar with this document?

18         A.  You know, I'm not -- I'm not -- I don't recall.

19    I've seen a lot of this stuff, but I've seen it in

20    different documents, and this particular document, I'm     15:07:55

21    not sure if I've reviewed it or not.

22         Q.  Okay.  You can't recall whether you reviewed it

23    this --

24         A.  I can't recall.

25         Q.  -- before the lawsuit was filed?                  15:08:05
```

Page 179

1          A.   I can't recall.

2          Q.   All right.   And then it says, under the heading

3    "How Private Browsing Works in Chrome," it says, "When

4    you browse privately, other people who use the device

5    won't see your history."                                15:08:22

6               Do you see that?

7          A.   "When you browse privately, other people who use

8    the device won't see your history."   It's similar to the

9    splash screen under Incognito.   It's not the same

10   statement, but it's similar.                            15:08:36

11         Q.   Okay.   And what does that convey to you?

12         A.   That conveys to me when you browse privately,

13   other people who use the device won't see your history.

14   That's what it conveys to me.

15         Q.   Okay.   And what -- okay.                     15:08:50

16              You read the Google Privacy Policy before you

17   got involved in this lawsuit; right?

18         A.   I'm familiar with it, and I've reviewed it, yes.

19         Q.   Right.   And in there, Google makes pretty clear

20   that it provides advertising services to websites; right?  15:09:13

21              MR. MCGEE:   Object to the form.

22              You can answer.

23              THE WITNESS:   Yes, but they make that clear when

24   you're not in Incognito mode.

25         Q.   BY MR. BROOME:   Let's not -- one step at a time.  15:09:27

Page 180

```
1        Google Privacy Policy makes clear to you that Google

2        provides advertising services to non-Google websites;

3        correct?

4                MR. MCGEE:  Object to the form and object to the

5        questioner limiting the witness' answer.                    15:09:43

6                Mr. Castillo, you can answer the question as you

7        deem appropriate.  And asked and answered.

8                THE WITNESS:  I've answered that question.

9            Q.  BY MR. BROOME:  Okay.  Well, let's put it this

10       way:  If you're not in Incognito mode, you're aware that    15:10:18

11       Google provides advertising services to websites; right?

12           A.  Yes.

13           Q.  And you were aware of that fact during the class

14       period; correct?

15               MR. MCGEE:  Object to the form.                      15:10:35

16               You can answer.

17               THE WITNESS:  Yes.

18           Q.  BY MR. BROOME:  All right.  Now on this page, it

19       describes what happens when you browse privately, and

20       then there's a heading that says:  "Some information will   15:10:53

21       not be seen or saved."  And then it says:  "Your activity

22       might still be visible."

23               Do you see that heading?

24           A.  Yes, I see it.  It's on -- it's on this exhibit.

25           Q.  Yeah.  And it says:  "Incognito mode stops          15:11:12
```

Page 181

```
 1     Chrome from saving your browsing activity to your local

 2     history."

 3            Do you see that?

 4        A.  Yeah, I see that.

 5        Q.  Okay.  And you understand that to mean -- we      15:11:22

 6     talked about this before, right -- the local -- the

 7     local -- the use of the word "local" conveyed some

 8     additional clarity to you, I think you said.

 9        A.  Well, previously you didn't use the term "local

10     history."  You used a different term of local.  You said   15:11:39

11     local browser, local device.  This now says local

12     history.

13        Q.  Okay.  What does this -- what does this sentence

14     mean to you?  How do you interpret it?

15            MR. MCGEE:  Objection.  Calls for speculation.    15:11:56

16            THE WITNESS:  Yeah.  I'm not an attorney, but

17     Incognito mode stops Chrome from saving your browsing

18     activity to your local history.

19        Q.  BY MR. BROOME:  Right.  And what do you

20     understand "local history" to mean?                      15:12:06

21        A.  "Local history" means my device.

22        Q.  Okay.

23        A.  And my history tab and my history folder and my

24     local -- on my local device.  That's what I take it to

25     mean.                                                    15:12:22
```

Page 182

1          Q.  Okay.  Great.

2              And then it says:  "Your activity, like your

3      location, might still be visible to."  Do you see that?

4      And then it lists five bullets.

5          A.  Okay.  So your Incognito mode stops Chrome from          15:12:36

6      saving your browsing activity to your local history.

7      Your activity, like your location, might be still be

8      visible to, and there's five bullet points.  One, two,

9      three, four, five.  Yes, there's five there.

10         Q.  All right.  The first bullet is:  "Websites you          15:12:54

11     visit, including the ads and resources used on those

12     sites."

13             Do you see that?

14         A.  Yes, and that makes sense.  Websites you're

15     visiting can see that I'm visiting the website.  I see          15:13:06

16     that.

17         Q.  What about the ads and resources used on those

18     sites?  How do you interpret that?

19         A.  I would interpret that that, including the ads

20     and resources used on those sites, to mean the inner          15:13:18

21     workings of those websites and how they function.

22         Q.  Right.  Okay.

23             So are you familiar -- are you generally

24     familiar with the concept that websites may contract with

25     third parties to display ads on their sites?          15:13:35

Page 183

1           MR. MCGEE:  Object to the form, speculation,

2     foundation.

3           Q.  BY MR. BROOME:  I'm just asking you if you are

4     familiar with that concept.

5           A.  I'm vaguely familiar with it.  I think websites          15:13:50

6     have all kinds of things they do when you visit their

7     sites.

8           Q.  BY MR. BROOME:  And this bullet here makes clear

9     to you that Incognito mode -- in Incognito mode, your

10     activity might still be visible not just to the websites          15:14:05

11     you visit, but also to the ads and resources used on the

12     sites; right?

13           MR. MCGEE:  Object to the form, asked and

14     answered.

15           THE WITNESS:  I've answered that question          15:14:17

16     already.

17           Q.  BY MR. BROOME:  Well, I don't think I got an

18     answer.  So why don't you humor me and answer it again.

19           A.  Okay.  So websites -- the question is -- ask the

20     question again so I can understand exactly what you're          15:14:30

21     saying because it seems a little tricky here.

22           Q.  This bullet makes clear to you that Incognito --

23     in Incognito mode, your activity might still be visible

24     not just to the websites you visit, but also to the ads

25     and resources used on those sites; correct?          15:14:45

Page 184

```
 1              MR. MCGEE:  Same objections.

 2              THE WITNESS:  Yes.  Yes, I can see that.  That's

 3     what this says, yes.

 4         Q.  BY MR. BROOME:  And then below -- below that --

 5     well -- then it says -- there's a few other bullets, and      15:15:16

 6     then there's a bullet that says "search engines."

 7              Do you see that?

 8         A.  Yes, I see it.  It's the fifth bullet.

 9         Q.  Right.  And that's also under the heading "Your

10     activity might still be visible."  Right?                     15:15:37

11         A.  Yes.

12         Q.  And it says:  "Search engines may show search

13     suggestions based on your location or activity in your

14     current Incognito browsing session."

15              Do you see that?                                     15:15:49

16         A.  Yes, I see it.

17         Q.  And that makes clear to you that in Incognito

18     mode, whatever search engine you're using may show you

19     search suggestions based on the activity from that

20     current Incognito session; right?                            15:16:16

21              MR. MCGEE:  Object to the form.

22              You can answer.

23              THE WITNESS:  Yeah.  Your question was it makes

24     it clear to me.

25         Q.  BY MR. BROOME:  Yeah.                                 15:16:22
```

Page 185

```
 1            A.  That is the crux of that question.  But you had

 2      a lot of other information after you said that.  Nothing

 3      is clear to me about the way Google uses Incognito mode

 4      is my answer.

 5            Q.  Is this sentence clear to you?                      15:16:36

 6                MR. MCGEE:  Same objections.  Asked and

 7      answered.

 8                THE WITNESS:  I've answered that question.

 9            Q.  BY MR. BROOME:  Is this sentence clear to you?

10                MR. MCGEE:  Same objections.                       15:16:47

11            Q.  BY MR. BROOME:  You can answer.

12            A.  I've answered that question.

13            Q.  I didn't get -- I don't see anywhere in your

14      testimony where you said that this sentence is clear or

15      unclear.  You said that nothing was clear to you about     15:17:08

16      what Google says about Incognito mode.

17                So is it -- is it your testimony that everything

18      Google says about Incognito mode is unclear to you?

19                MR. MCGEE:  Object to the form, asked and

20      answered, mischaracterizes prior testimony.                 15:17:26

21                Mr. Castillo, you can answer.

22                THE WITNESS:  Okay.  I'm not going to speculate

23      here, but I can say that the statement reads:  "Search

24      engines may show search suggestions based on your

25      local" -- "location or activity in your current Incognito   15:17:44
```

Page 186

1    browsing session."

2              You're asking me about one sentence.  Is it

3    clear to me?  No, it's not clear to me.

4         Q.  BY MR. BROOME:  Okay.  What's unclear about it?

5         A.  "Search engines may show search suggestions      15:17:55

6    based on your location or activity in your current

7    Incognito browsing session."  What's unclear is:  What do

8    you refer to search engines?  Are you talking about

9    Google Chrome?  Are you talking about another search

10   engine?  Are you talking about another search engine and   15:18:14

11   Google Chrome?  What is this statement referring to

12   specifically?  It's vague and it's unclear to me.

13        Q.  Is Google Chrome a search engine, as you

14   understand it?

15        A.  Yes.                                               15:18:26

16             MR. MCGEE:  Object to the form.

17        Q.  BY MR. BROOME:  Have you ever used Google.com to

18   conduct searches?

19        A.  I don't understand that question.

20        Q.  Well, yeah.  Maybe I don't understand your        15:18:44

21   answers.

22             You said Google Chrome is a search engine.

23   That's your testimony.

24        A.  Is it not a search engine?  Yeah, that's -- it's

25   a search engine.  Google Chrome is a browser.  It has a    15:18:57

1    search engine.  It's Google Chrome.

2         Q.  And have you ever gone to Google domain and

3    typed in a search?

4         A.  Yes, I've been on Google Chrome and I have typed

5    in the letters www.Google.com.  Sometimes I do it to get        15:19:21

6    back to the home screen.

7         Q.  And have you ever used Google.com, the home

8    screen, to conduct searches?

9         A.  When I've typed in www.Google.com, it's been

10   within Chrome.  So I've been on Chrome.  So it was Chrome        15:19:40

11   doing the search.

12        Q.  Do you understand there to be a difference

13   between a search engine and a browser or are they one and

14   the same thing, in your mind?

15             MR. MCGEE:  Object to the form.                        15:19:52

16             THE WITNESS:  I -- I'm not an engineer, and they

17   seem the same to me.  Maybe they're not, but they seem

18   the same to me.

19        Q.  BY MR. BROOME:  I don't think you need to be an

20   engineer.  I mean, have you ever heard of Bing?                 15:20:02

21        A.  Of what?

22        Q.  Bing.

23        A.  Bing?  Is that the Microsoft search engine,

24   Microsoft browser?

25        Q.  It's not a browser.                                    15:20:13

Page 188

1          A.  I've heard of it.  I've heard of it.

2          Q.  Yeah.  Bing is a search engine, and there's

3     other browsers out there.  But it sounds to me like you

4     don't -- you don't perceive the difference between a

5     search engine and a browser and that's okay.                    15:20:26

6               MR. MCGEE:  So we've been going about an hour.

7     If there's a break we can take pretty soon, I'd

8     appreciate it.

9               MR. BROOME:  Yeah, let me see if I've got any

10    more questions about this one.  Yeah.  Just give me like        15:20:40

11    two or three more minutes, hopefully.

12         Q.  In the next paragraph, there's a header that

13    says:  "Some of your info might still be visible."

14              Do you see that?

15         A.  Let's -- I have to scroll down here.  It's not         15:20:55

16    visible.

17              "Some of your info might still be visible."

18    Okay, I'm there.

19         Q.  All right.  And it says:  "Some of your info

20    might still be visible."  And then it says:  "A web             15:21:12

21    service, website, search engine, or provider may be able

22    to see."

23              Do you see that?

24         A.  Yes, I see it.

25         Q.  Okay.  And that differentiates between websites        15:21:30

Page 189

Veritext Legal Solutions
866 299-5127

```
 1    and web services; correct?

 2         A.  Websites, search engine, or provider may be able

 3    to see.  Say that again.  This differentiates for what?

 4         Q.  Between web services and websites.

 5         A.  Yeah, I see what it says.  Yes.              15:21:49

 6         Q.  And it also lists as a separate category of

 7    entity that might see your information a search engine;

 8    correct?

 9         A.  Yes, I see what it says on this document.

10         MR. BROOME:  All right.  We can take a break.    15:22:08

11         MR. MCGEE:  Thank you.

12         THE VIDEOGRAPHER:  We are off the record.  The

13    time is 3:22 p.m.

14         (Recess.)

15         THE VIDEOGRAPHER:  We are back on the record.    15:35:52

16    The time is 3:36 p.m.

17    Q.  BY MR. BROOME:  Mr. Castillo, do you understand

18    that if you log into your Gmail account, that also logs

19    you into your Google Account?

20         A.  Yes.                                         15:36:17

21         (Exhibit 11, Firefox, was marked for

22         identification by counsel electronically.)

23         (Exhibit 12, In Private Browsing, was marked for

24         identification by counsel electronically.)

25         (Exhibit 13, Private Browsing Enabled, was
```

Page 190

1      in Incognito mode.

2          Q.  BY MR. BROOME:  Well, you conduct specific

3      searches when you're not in Incognito mode, too; right?

4          A.  That's correct.

5          Q.  Okay.  And is that valuable to you?                16:30:00

6          A.  Yes, it is.

7          Q.  But that -- that information is okay for Google

8      to have, in your view?

9          A.  Yeah, that would be -- I would understand that

10     under the Google Privacy Policy, that I'm in control.     16:30:13

11     And specifically, since you asked a more detailed

12     question, Google, your client, spoiled my engagement to

13     my then fiancé.  Spoiled it.  Your all clients spoiled

14     it.  You took the thunder away.  Because when I searched

15     for a David Yurman engagement ring, your clients decided  16:30:40

16     to put ads of David Yurman engagement rings on my shared

17     device with my then-to-be fiancé.

18          Thank you very much, Google.  Thank you for that

19     quintessential search that you decided to monetize, take

20     profit from, and then spoil something that was so         16:30:59

21     intimate and personal to me that it caused me priceless

22     damages, that I'm pissed off about, that I'm in this damn

23     lawsuit because of.

24          Q.  How do you know it was Google that displayed ads

25     for David Yurman?                                         16:31:18

Page 215

```
1        A.  Because I searched Google and in -- in Incognito

2    mode, and then when I went back on the internet and my

3    to-be fiancee went back on the internet, every page she

4    went to had a David Yurman ad on it.

5        Q.  Did you go -- when you were in that session      16:31:39

6    where you searched for David Yurman and then -- are you

7    saying you typed a search into the Chrome browser or into

8    the Google search engine?

9        A.  I started in Incognito mode.

10       Q.  Yeah.                                            16:31:52

11       A.  I then searched for David Yurman.  The rings --

12   the site came up.  I went into the site.  While in

13   Incognito mode, I searched for a specific ring that she

14   was interested in.  I reviewed it.  I looked at the

15   price.  I looked at sizes.  I looked at stones.  I looked 16:32:07

16   at diamonds.  I looked at the -- the details of it, did

17   research on it, and then ended the private search

18   thinking that my information would be kept private.  It

19   was not.

20           It was captured, monetized, and shared, and then 16:32:24

21   appeared every time she went to Fox News or any other

22   website, there was a David Yurman ad on it, of the ring

23   she was interested in, thus spoiling the surprise.

24           Thank you, Google, which I reasonably attribute

25   to Google's monetization of my private searches.         16:32:41
```

                                                    Page 216

1      Q.  And how do you know it wasn't David Yurman that

2   provided all that information to the digital advertising

3   ecosystem?

4      A.  Because David Yurman doesn't talk to all these

5   other websites.  David Yurman talks to Google.  A          16:32:57

6   logical -- a logical inference is, is that Google

7   provided that information to -- on -- as a matter of ads.

8      Q.  But how do you know that it wasn't David -- how

9   do you know that David Yurman doesn't talk to the digital

10  advertising ecosystem?                                     16:33:16

11     A.  Because I used Google in Incognito mode.  That's

12  how I know.

13     Q.  Yeah, but you agreed -- we went over this;

14  right?  You said that when you're in Incognito mode, you

15  know that the websites can see your activity.  You said    16:33:30

16  that was obvious; right?

17     A.  Yes.

18     Q.  All right.  So how do you know that when you

19  went on the David Yurman site, and then you subsequently

20  received ads for David Yurman, how do you know it wasn't   16:33:42

21  David Yurman that was providing that information to

22  advertisers?

23     A.  Well, it's a reasonable inference that David

24  Yurman is not in the ad-selling business.

25     Q.  Have you reviewed David Yurman's Privacy Policy?    16:34:00

Page 217

1        A.  No.

2        Q.  So I'll just read you a paragraph from the David

3    Yurman Privacy Notice.  It says:  "Online tracking.  You

4    may see our ads on other websites based on your visits to

5    this site because we engage in retargeting."          16:34:25

6            You've never read that before; right?

7        A.  No, I've never seen that.  But more importantly,

8    my lawsuit isn't against David Yurman; it's against

9    Google.

10       Q.  I know, but you just launched into a tirade     16:34:40

11   about how Google spoiled your engagement, but it's quite

12   possible that it wasn't Google at all; right?

13       A.  Not in my opinion.

14       Q.  And your opinion is not based on any evidence or

15   facts, is it?                                          16:34:53

16           MR. MCGEE:  Objection --

17           THE WITNESS:  The evidence of fact is that

18   Google -- Google connects with all the different

19   websites.  David Yurman connects with me.

20       Q.  BY MR. BROOME:  Let me read a little bit more   16:35:06

21   language to you.  It says:  "For example, if you view a

22   particular product on the site, you may see an ad for

23   that product on a third-party site."

24           That's what happened to you; right?

25           MR. MCGEE:  Object to the form insofar as the   16:35:17

Page 218

1    date and the effective policy or the effective date of

2    this policy.

3        Q.  BY MR. BROOME:  That's what happened to you;

4    right?  You went on -- went on David Yurman's website,

5    and then you browsed around different -- you said you          16:35:34

6    looked at specific rings that you were interested in, and

7    then you saw an advertisement on some other site; right?

8        A.  That's not what I said.  I said that I went into

9    Incognito mode, and then I used Google -- one of Google's

10   services to search for David Yurman.                           16:35:48

11       I had a -- I went to David Yurman's website.  I

12   looked at a specific ring.  I looked at certain things on

13   the site.  And then suddenly when my to-be fiancé at the

14   same device, she began to see all that -- those ads on

15   any site she went to.  Any site she went to.  Multiple         16:36:05

16   sites.

17       Q.  Right.  But --

18       A.  So am I to infer that David Yurman coordinated

19   with all these other sites and sold that data to them so

20   that they could then advertise his ring to all those          16:36:20

21   other -- it was David Yurman all along and it wasn't

22   Google?  Is that what you're trying to say?

23       Q.  I'm saying you have absolutely no basis to know

24   whether it was David Yurman or Google; right?  You don't

25   know.                                                          16:36:34

                                                          Page 219

```
 1        A.  Are you asking if I can prove the lawsuit or are

 2   you asking me -- are you asking me if I can prove the

 3   lawsuit or are you asking me if I suspect that David

 4   Yurman is the culprit all along and not Google?

 5        Q.  I'm asking you a much more specific question.      16:36:49

 6   You said it was Google; right?  You attributed this whole

 7   spoiling of the engagement to Google.  But you don't know

 8   that it was Google as opposed to David Yurman that

 9   distributed that site visit; right?

10        A.  I can only go back to the Google Privacy Policy.   16:37:03

11   It says that I'm in control and I can use Incognito mode

12   to protect my privacy and when I'm web browsing.

13        Q.  Okay.

14        A.  And it says Google's responsibility to me is to

15   protect my viewing privacy when I'm Incognito mode.  So    16:37:20

16   I -- Google used the tool whether it be on David Yurman's

17   site or whether it be on Google's Incognito searching,

18   it's rather irrelevant.  Google's still responsible.

19        Q.  But you don't know if it was Google; right?

20        A.  I don't know who else it could be.  It's Google.   16:37:37

21   You're Google.  Google was the search I used.  That's

22   where the information went.  You control the data.  You

23   tell me that I control it, but I don't, obviously.

24        Q.  But you do -- you -- I thought we went over

25   this.  You understand that when you go in Incognito mode,   16:37:54
```

Page 220

```
1    here.  Okay, I found it.  I have it.  This is the one

2    that is Interrogatory Number 13; is that correct?

3        Q.  Yep.  We're just looking at that paragraph

4    again.

5        A.  Okay.  Okay.  Go ahead.                       16:50:16

6        Q.  All right.  And I asked you about the sentence

7    that says:  "Plaintiff has, however, provided valuable

8    information in the form of his personal information for

9    the use of Google products."  Right?

10       A.  Yes.                                            16:50:27

11       Q.  You remember that?

12            And then it goes on and says:  "But Google

13   unlawfully intercepted, collected data from, analyzed,

14   and monetized plaintiff's browsing activity conducted in

15   private browsing mode, the value of which has been       16:50:39

16   diminished, and Google has used to its benefit to

17   increase its profits and revenues from targeted

18   advertising and improvements of Google's other products."

19            What do you mean by "diminished"?

20            MR. MCGEE:  Object to the form to the extent it  16:50:54

21   calls for expert opinion.

22            THE WITNESS:  Okay, which -- which line of the

23   paragraph are you referring to?

24       Q.  BY MR. BROOME:  It looks like it's sitting in

25   between lines 19 and 20.                                 16:51:08
```

Page 226

1          A.  Okay.  Okay.  Ask your question again.  I've

2     reviewed that statement.

3          Q.  What do you mean by the words "the value of

4     which has been diminished"?

5              MR. MCGEE:  Same objection.                    16:51:39

6              THE WITNESS:  So when Google monetizes my

7     private browsing, which is browsing that's important to

8     me, I have never used, but I'm familiar with other

9     websites that I could sell that information to, but the

10    cat's out of the bag already, and Google has already    16:52:01

11    taken that information into my -- to my belief, has

12    monetized it already and has used it to sell ads and

13    generate revenue.

14         Q.  BY MR. BROOME:  Have you ever considered selling

15    your data?                                              16:52:20

16             MR. MCGEE:  Objection.  Asked and answered.

17             THE WITNESS:  No.

18         Q.  BY MR. BROOME:  And why -- if Google uses your

19    data for advertising, why does that make your data less

20    valuable?                                               16:52:37

21             MR. MCGEE:  Object to the form, calls for

22    speculation, expert opinion.

23             THE WITNESS:  Yeah, I'm not an expert on this.

24    But I do know that Google monetizes all my data.  But

25    when I'm in Incognito mode, I'm specifically and overtly 16:52:52

Page 227

1   saying do not collect this data.

2           And Google uses -- tells me through the Google

3   Privacy Policy, the Incognito splash screen, that they

4   won't collect that data and they won't use it.

5       Q.  BY MR. BROOME:  But how does it make your -- if          16:53:10

6   they do use it, how does that make your data less

7   valuable?

8           MR. MCGEE:  Same objections.

9           THE WITNESS:  Yeah, there's -- there's all kinds

10  of ways, and I'm not an expert on that, but I do suspect          16:53:21

11  that that is the case.

12      Q.  BY MR. BROOME:  Can you tell me one way?

13      A.  Yeah.  If you -- if you -- if they sell

14  information on an ad, that particular ad can be used to

15  generate revenue, and that revenue is going to the          16:53:38

16  profits of Google, and it's my information that I didn't

17  consent for it to be taken or utilized in that fashion.

18  Therefore, it diminishes its value.

19      Q.  I mean, you could still -- you could take your

20  data still and sell it to somebody else if you wanted to;          16:53:57

21  right?

22      A.  Yeah, but how valuable is that if it's already

23  been released to someone else already?  And every little

24  release diminishes it further.  At least, that's my

25  opinion.          16:54:13

Page 228

1          Q.   Okay.  Are you familiar with the Brave browser?

2          A.   What browser?

3          Q.   Brave.

4          A.   No.

5               MR. BROOME:  Tracy, why don't we load tab 17,          16:54:37

6     unless we've already done this one.

7               Maybe we already did this one.  Hold on a

8     second.  I think it's -- no.  Tracy, let's load 17.

9               (Exhibit 16, Plaintiff Christopher Castillo's

10              Objections and Responses to Defendant's First       16:55:07

11              Set of Interrogatories, was marked for

12              identification by counsel electronically.)

13         Q.   BY MR. BROOME:  All right.  Take a look at

14    Exhibit 17 (sic).

15         A.   Okay.                                                 16:55:54

16         Q.   Oh, actually, this may be the wrong document.

17    Hold on.

18         A.   One second.  17.  All right.  Plaintiff

19    Castillo's Objections and Responses to Defendant's First

20    set of Interrogatories."                                       16:56:20

21              All right.  I see this document.  I'm familiar

22    with it.

23              MR. MCGEE:  Can I just -- sorry.  I don't want

24    to interrupt the flow here, but it's marked as Exhibit 15

25    in the ShareFile, but I think it's Exhibit 16 is the          16:56:31

Page 229

1     sticker on it.

2              THE WITNESS:  Did I choose the wrong one?

3              MR. MCGEE:  No, I'm just asking for

4     clarification from Mr. Broome whether there was an

5     Exhibit 16 that I'm missing here that may have been          16:56:45

6     marked.

7              MR. BROOME:  Hold on one second.  I might

8     actually have the wrong document here.

9              Well, why don't we just do this.

10             MR. MCGEE:  It looks like we may have just          16:57:18

11    skipped Exhibit 15 in -- in the naming, which is fine.

12    I'm just making sure, so...

13         Q.  BY MR. BROOME:  You're not familiar with a

14    company called Brave; is that your testimony?

15         A.  Are you asking me a question?                       16:57:31

16         Q.  Are you familiar with a company called Brave?

17         A.  No, I'm not familiar, and you asked that

18    already.

19         Q.  Are you familiar with a company called Killi?

20         A.  Can you spell that?                                 16:57:42

21         Q.  K-I-L-L-I.

22         A.  No, I'm not familiar with that.

23         Q.  Are you familiar with any companies that provide

24    you -- provide people or users compensation for the kinds

25    of data that are at issue in this case?                      16:58:03

```
 1        A.  Yeah.  There's companies that I participate in
 2   that ask me my opinion, and I give it to them, and they
 3   pay me for that.
 4        Q.  All right.  So I asked you about whether -- I
 5   asked you whether you're familiar with companies that          16:58:17
 6   compensate you for the types of data that are at issue in
 7   this case.
 8        A.  Yeah.  At the time, at this moment, I don't
 9   recall their names.  I'm familiar with.  I've heard of
10   them, but I just don't know them specifically.                 16:58:31
11        Q.  Well, you just said there's companies that I
12   participate in that ask me for my opinion and I give it
13   to them and I pay them for that.
14        A.  Yeah, I'm familiar with those companies, and I
15   know the names of those, but I don't know the names of         16:58:45
16   companies that I sell my information to -- to get -- to
17   get like that you're referring to, Brave or Killi, or
18   where I give them my information and they give me money.
19        I know that they exist.  I just don't recall at
20   the moment their names.  It's been a long day, and I'd         16:59:02
21   have to sit down and think about it and -- before I
22   respond to that from an answer coming from something that
23   I know as a fact.  I'd just be speculating at this point.
24        Q.  If you were to learn that Incognito mode
25   actually does prevent your browsing activity from being        16:59:23
```

Page 231

1    that starts with the word "learn" for me.

2         A.  Okay.  This is Exhibit Number 7, the first

3    paragraph.

4              "Google Chrome Privacy Policy.  Learn how to

5    control the information that is collected, stored, and          17:25:27

6    shared when you used Google Chrome browser on your

7    computer or mobile device, Chrome OS, and when you enable

8    safe browsing in Chrome.  Although this policy describes

9    features that are specific to Chrome, any personal

10   information that is provided to Google or stored in your       17:25:46

11   Google Account will be used and protected in accordance

12   with the Google Privacy Policy, as changed from time to

13   time.  Google's retention policy describes how and why

14   Google retains data."

15        Q.  Okay.  And when you read those sentences, what        17:26:02

16   does that convey to you about Incognito mode?

17        A.  It conveys to me that when I'm in Incognito

18   mode, Google won't -- Google won't record, intercept,

19   collect, and save my browsing history, my cookies and

20   site data, and information entered into forms.                 17:26:29

21        Q.  Okay.  And if I could move you to Exhibit

22   Number 8.

23        A.  Okay.

24        Q.  And let me know when you've got that.

25        A.  Hang on one second.                                   17:26:40

                                                        Page 240

```
 1              Okay, I'm there.

 2         Q.   Okay.   If you would review the first sentence.

 3         A.   Okay.   The first sentence says:   "Now you can

 4    browse privately, comma, and other people who use this

 5    device won't see your activity --                           17:27:11

 6         Q.   Mr. Castillo, is there one sentence -- or excuse

 7    me, is there one promise or two promises in that first

 8    sentence?

 9         A.   When I read it, I see two promises.   The first

10    is "now you can browse privately," comma, and the second    17:27:23

11    is, "and other people who use this device won't see your

12    activity."

13         Q.   And what's your understanding of what the first

14    promise means?

15         A.   The first promise is that I can browse            17:27:37

16    privately, meaning Google will not see my browsing

17    history, will not collect my browsing history, will not

18    sell my browsing history, will not record my browsing

19    history.

20              Google will not -- won't save cookies, they       17:27:56

21    won't save site data, they won't collect that

22    information.   They won't sell that information.   Google

23    will not see my information entered into forms.   They

24    won't collect that data, and they won't sell that data.

25    That's what it means to me.                                 17:28:12
```

Page 241

1      by the Google Privacy Policy.

2           Q.  All right.  And again, if Google Search is a

3      Google service, does using that Google service in

4      Incognito mode mean that Google can collect a user's

5      data?                                            17:29:31

6           A.  Not according to the Privacy Policy, which says

7      I'm in control, and it says I can use Incognito mode, not

8      according to the splash screen, that says Chrome won't

9      save the following information:  Your browsing history

10     cookies and site data, information in forms.  And the     17:29:48

11     fact -- I mean, over-arching is the Google Privacy

12     Policy.

13          Q.  If I could draw your attention to Exhibit

14     Number 9.

15          A.  Okay.  I recall going over this.            17:30:03

16          Q.  Okay.  Do you know how to access this document?

17          A.  No.

18          Q.  All right.  And do you think the reference to

19     resources and ads includes Google services?

20              MR. BROOME:  Object to the form.            17:30:27

21              THE WITNESS:  Say that question again.

22          Q.  BY MR. MCGEE:  Sure.

23              Do you see at the bottom there's a reference to

24     resources and ads?

25          A.  Right.                                     17:30:43

Page 243

```
 1          Q.  Do you see that?

 2          A.  Yes.

 3          Q.  Do you think that includes Google services?

 4              MR. BROOME:  Object to the form.

 5              THE WITNESS:  Well, yes, that includes Google    17:30:57

 6      services.

 7          Q.  BY MR. MCGEE:  Okay.  And do you see in the

 8      section below, its titled "Some of Your Info Might Still

 9      Be Visible," referring to search engines?

10          A.  Wait.  Go back to that question.  Go back to     17:31:10

11      that question again.

12          Q.  Sure, Mr. Castillo.  What would you like to

13      revisit about that question?

14          A.  Ask that question again.  Because I -- I want

15      you -- I want to understand looking in the context of    17:31:19

16      this statement here that you just made.  Ask that

17      question again.

18          Q.  Right, sure.

19              So it says:  "Your activity might still be

20      visible."                                                17:31:28

21              Do you see that headline?

22          A.  Yes.

23          Q.  And it says:  "Incognito mode stops Chrome from

24      saving your browsing activity to your local history,

25      period.  Your activity like your location might still be 17:31:37
```

Page 244

1    visible to websites you visit, including the ads and

2    resources used on those sites."

3         A.   Okay.   Now what was your question again?

4         Q.   My question is:  Is Google mentioned as one of

5    the ads and resources used on the --                          17:31:55

6         A.   Oh, yeah.   I misunderstood the question.  No,

7    Google's not mentioned as that.

8         Q.   Okay.   But they could have been; correct?

9              MR. BROOME:   Object to the form.

10             THE WITNESS:   I guess they could have been, but   17:32:08

11   it says -- it doesn't say Google here.   It says

12   "including the ads and resources used on those sites."

13   It doesn't mention Google here.

14        Q.   BY MR. MCGEE:   And if you go down to the section

15   below, titled "Some of Your Info Might Still Be Visible."   17:32:22

16             Do you see that?

17        A.   Yes, I see it.

18        Q.   And it speaks about search engines.   Do you see

19   that?

20        A.   Yes, I see it.                                     17:32:35

21        Q.   Is Google mentioned there?

22        A.   Google's not mentioned here.

23        Q.   So based on your understanding of the Privacy

24   Policy in the splash screen, could possible -- or could

25   Google have been included or could Google Search have      17:32:51

Page 245

 1    been included here where you're -- we're talking about

 2    the resources?

 3         A.  No, no.  Because the Privacy Policy says that

 4    when you're in Incognito mode, they won't -- they won't

 5    collect that kind of data.                          17:33:08

 6         Q.  Mr. Castillo, taking the Terms of Service,

 7    Privacy Policy, the splash screen, the Chrome Privacy

 8    Notice, and all of the other Google disclosures that

 9    you've been shown here today, again taking them all

10    together, what did Google promise to its users regarding  17:33:28

11    Incognito mode?

12              MR. BROOME:  Object to the form.

13              THE WITNESS:  So Google promised that I was in

14    control and that I could use Incognito mode to help

15    manage my privacy, and I could browse the web privately   17:33:46

16    using Incognito mode and that they wouldn't collect, they

17    wouldn't store, they wouldn't sell, they wouldn't use

18    that data in any way when I was browsing in Incognito

19    mode.

20              And that's per their overall over-arching Google  17:34:11

21    Privacy Policy, which is contained in the Terms of

22    Service and is reiterated on the "you've gone Incognito"

23    splash screen.

24         Q.  Thank, you Mr. Castillo.

25              And I know it's a sore subject, but I'd like to   17:34:26

                                                    Page 246

```
 1          A.  I've answered the question already, in my

 2     opinion.

 3          Q.  Earlier Mr. -- Mr. McGee just asked you about

 4     the David Yurman incident, and when we were -- I was

 5     asking you some questions about how do you know it's         17:48:46

 6     Google that's responsible for the ads as opposed to some

 7     other entity.  And you said you assume it's Google

 8     because Google's the conduit for the advertising,

 9     something to that extent; right?

10          Do you remember that?                                   17:49:05

11          A.  Yeah, I recall that.

12          MR. MCGEE:  Object to the extent it misstates

13     prior testimony.

14          Q.  BY MR. BROOME:  Okay.  And what did you mean by

15     that?                                                        17:49:12

16          A.  I mean what I said.  I believe it was Google.

17     That's what I believe.

18          Q.  Is it your view that if you see targeted ads,

19     that Google's always responsible?

20          A.  That's what I believe.                              17:49:27

21          Look, I'm not an engineer.  We'll let the --

22     we'll let the experts figure that out.  I believe that it

23     was Google.  That's in my presence of mind.  That's what

24     I believe.

25          And when I saw the lawsuit -- when I saw the            17:49:46
```

Page 258

1      lawsuit happen, it became confirmed in my mind, and I

2      connected the dots, and I said that's it.  That's how --

3      that's how it happened.  Google did this.  Google caused

4      this.  Google is responsible for this.  And Google should

5      cease this activity, they should remove my data, and they        17:50:11

6      should pay for damages that they've caused.

7              And one of the damages happens to be, though

8      they're probably not entirely responsible for it, but I'm

9      no longer with this woman, and thank you very much for

10     what I am alleging spoiling my engagement surprise.              17:50:26

11     Thanks a lot, Google.

12          Q.  I'm sorry, just so the record is clear, are you

13     suggesting that Google is in some way to blame for the

14     end of your relationship with this woman?

15          A.  I'm not saying they're entirely to blame, but         17:50:47

16     they contributed to some amount to a priceless situation.

17          Q.  In what way is Google partially to blame for the

18     demise of your relationship?

19          A.  Spoiling an engagement surprise?  I think that's

20     a significant event that someone would remember and be          17:51:02

21     based in their mind.  That would be important to someone

22     in a relationship.  Taking the quintessential moment and

23     spoiling an engagement surprise seems rather relevant and

24     a significant event.

25          Q.  Okay.  I didn't really want to get into this,          17:51:26

```
 1      but since you're suggesting that Google is to blame, and

 2      potentially this is some part of your claim, the

 3      engagement surprise was spoiled, and then how soon after

 4      that did your relationship with this woman end?

 5           A.  It ended in 2019, and this was one miss that      17:51:44

 6      happened amidst other misses that ultimately led to the

 7      end of the relationship.

 8           Q.  When did the David Yurman incident occur?

 9           A.  I believe it was 2017.  I'm not exactly sure.  I

10      don't recall exactly the date.  I'd have to go back and    17:52:08

11      look at it.

12           Q.  Okay.

13           A.  Perhaps it was 2000 and -- I'm sorry, it might

14      have been 2016.  Sometime in 2016.  I'd have to -- I'm

15      tired.  I'd have to go back and look at it to give you     17:52:19

16      the exact date.

17           Q.  And your fiancé was upset at you because she

18      learned of the --

19           A.  I remember her being specifically annoyed that

20      her surprise, her wedding engagement surprise was sitting  17:52:31

21      on my computer and in her face every time she logged on

22      to the computer.

23           Q.  Because she saw an ad for David Yurman?

24           A.  She didn't just see an ad for David Yurman; she

25      saw an ad for the specific ring that she had expressed     17:52:48
```

Page 260

1    interest in the past for, meaning that I had looked at

2    it.

3         Q.  And your -- and your view is that she blamed you

4    for that?

5         A.  I don't see any other way to look at it, but        17:52:58

6    yes.

7              MR. BROOME:  I have no further questions subject

8    to reexam by your counsel.

9              MR. MCGEE:  No reexam.  Thank you.

10             We'll read.                                         17:53:07

11             MR. BROOME:  All right.  Thanks, everybody.

12   Thanks, Mr. Castillo.

13             THE WITNESS:  Thank you very much.  Have a nice

14   day.

15             MR. MCGEE:  Madam Court Reporter, if we can get     17:53:18

16   a rush -- or excuse me, a rough.

17             THE REPORTER:  Yes, absolutely.

18             If we can go off the record first?

19             THE VIDEOGRAPHER:  We are off the record.  The

20   time is 5:53 p.m. on February 8th, 2022.  This concludes     17:53:28

21   today's testimony given by Christopher Castillo.  The

22   total number of media units used was 11 and will be

23   retained by Veritext Legal Solutions.

24             (Time noted: 5:53 p.m.)

25                      --oOo--