# Mao Declaration in Opposition to Google's Motion for Summary Judgment

# Exs. 21, 35, 45, 54 and 63