1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Google LLC's Administrative Motion to Seal portions of Google's Opposition to Plaintiffs' Motion to Strike Portions of Google's Summary Judgment Reply ("Opposition").  Having considered the Opposition, supporting declaration, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google's Opposition to Plaintiffs' Motion to Strike Portions of Google's Summary Judgment Reply<br><br>Pages 3:23-4:1, 4:4, 4:19, 5:3, 5:15, 6:1, 6:7 | Margolies Declaration ¶¶ 3-5 | |
| Joseph Margolies Declaration ISO of Google's Opposition to Plaintiffs' Motion to Strike Portions of Google's Summary Judgment Reply<br><br>Page 3:10 | Margolies Declaration ¶¶ 3-5 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge