# DECLARATION OF JOSEPH H. MARGOLIES ISO GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE PORTIONS OF GOOGLE'S SUMMARY JUDGMENT REPLY

## Unredacted Version of Document Sought to Be Sealed

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Joseph H. Margolies (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF JOSEPH H. MARGOLIES IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE PORTIONS OF GOOGLE'S SUMMARY JUDGMENT REPLY** |

I, Joseph H. Margolies, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google) in this action. I have been admitted *pro hac vice* in this matter, Dkt. 681. I have personal knowledge of the matters set forth herein and, if called as a witness, could competently testify thereto.

2. The February 10, 2023 declaration of Carl Spilly, Dkt. 857-4, contains an accurate summary of Google's correspondence with Plaintiffs between December 6, 2022 and February 9, 2023, concerning Plaintiffs' review of the source code Dr. Psounis analyzed to produce the two Psounis declarations at issue in Plaintiffs' Motion to Strike. Exhibits 1 and 2 to that declaration (Dkt. 857-4 and 857-5) are true and correct copies of the email chains containing that correspondence.

3. On December 22, 2022, Plaintiffs' consulting expert Jay Bhatia spent a full day reviewing the source code Dr. Psounis analyzed to produce the two Psounis declarations at issue. *See* Dkt. 857-4 at ¶¶ 2–12.

4. In addition to the source code Dr. Psounis reviewed to produce the Psounis declarations at issue, Google offered an additional production of approximately 14,000 lines of code on January 10, 2023. The additional code was "included," *i.e.*, incorporated by reference, in the code Dr. Psounis reviewed. *See id.* at ¶ 14.

5. On February 20 and 21, 2023, Mr. Bhatia spent two days reviewing the additional 14,000 lines of source code that Google had offered for review on January 10, 2023.

6. On February 21, 2023, Ryan McGee, counsel for Plaintiffs, requested via email that certain portions of the source code Mr. Bhatia reviewed be printed and provided to Plaintiffs in paper form, pursuant to the Protective Order in this matter. Dkt. 81 § 9(d).

7. On February 22, 2023, I met and conferred with Mr. McGee concerning the scope of Plaintiffs' request for printed source code. During our meet and confer, and in order to determine the extent to which Google would object to Plaintiffs' request to provide printed source code, I requested that Mr. McGee confirm that "Plaintiffs' use of [the code they requested to be printed] is limited to the [Order to Show Cause] proceedings."

8. Mr. McGee stated that he understood the use of source code to be "only within the scope of responding to the court's order to show cause" and asked if I was "able to represent whether Google will rely on source code outside of the hearing on the order to show cause."

9. I responded that I would follow up with Google's position, and on the same day provided, via email, the representation in McGee Exhibit B, Dkt. 936-2. The email memorialized Plaintiffs' intent not to use Google's source code for purposes other than the order to show cause proceedings. It further represented that "Google likewise does not intend to rely on source code for purposes other than the OSC," but included an express reservation of rights "to rely on the code on which it has already relied in the course of responding to the OSC" "to the extent Plaintiffs later put the ███████████████████████████ log at issue and claim it joins authenticated and unauthenticated data."

10. Plaintiffs did not object to Google's characterization of Plaintiffs' position or to Google's statement of its own position, including its reservation of rights.

11. Also on February 22, 2023, Plaintiffs' counsel wrote to Judge van Keulen's chambers via email to request that Judge van Keulen compel Google to make two witnesses—Martin Šrámek and Andre Golueke—available at the March 2, 2023 order to show cause hearing for cross examination. A true and correct copy of Plaintiffs' February 22, 2023 email to the Court, along with responses from Google and the Court, is attached as **Exhibit A**.

12. On February 24, 2023, Plaintiffs' counsel confirmed via email that Plaintiffs' experts would not submit an additional declaration following review of Google's supplemental source code production.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Bayside, Wisconsin on May 1, 2023.

By   /s/ Joseph H. Margolies
     Joseph H. Margolies