UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Material Should be Sealed regarding corrections to Plaintiffs' Opposition to Google's Motion for Summary Judgment (Dkt. 939) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google's Responsive Separate Statement to Plaintiffs' Additional Material Facts (Corrected)<br><br>Pages 9:23, 10:12, 11:11, 12:13–14, 16:10–11, 19:3–4, 21:22–23, 23:9, 24:8–9, 25:23, 43:26, 44:12 | Margolies Declaration ¶¶ 4–5 | |
| Exhibit 45 (Corrected) to Mao Declaration – GOOG-BRWN-00390418<br><br>Pages -0418, -0419 | Margolies Declaration ¶¶ 4–5 | |
| Exhibit 54 (Corrected) to Mao Declaration – GOOG-BRWN-00437647<br><br>Seal Entirely | Margolies Declaration ¶¶ 4–5 | |
| Exhibit 63 (Corrected) to Mao Declaration – GOOG-BRWN-00475063<br><br>Pages -064, -066 | Margolies Declaration ¶¶ 4–5 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge