# EXHIBIT 21 (Corrected)

DocuSign Envelope ID: 358E87AA-C514-4E38-BDAF-0189A14E4024
Case 4:20-cv-03664-YGR   Document 948-3   Filed 05/08/23   Page 2 of 10

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---oOo---

CHASOM BROWN; MARIA NGUYEN;
WILLIAM BYATT; JEREMY DAVIS;
and CHRISTOPHER CASTILLO,
individually and on behalf
of all other similarly
situated,

            Plaintiffs,

vs.                             No. 5:20-cv-03664-LHK

GOOGLE LLC,

            Defendant.
_____/

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF BRIAN RAKOWSKI

THURSDAY, AUGUST 19, 2021

Stenographically Reported by:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
California CSR No. 9830
Job No. 741808

MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---oOo---

CHASOM BROWN; MARIA NGUYEN;
WILLIAM BYATT; JEREMY DAVIS;
and CHRISTOPHER CASTILLO,
individually and on behalf
of all other similarly
situated,

Plaintiffs,

vs. No. 5:20-cv-03664-LHK

GOOGLE LLC,

Defendant.

________________________________/

REMOTE VIDEOTAPED DEPOSITION OF BRIAN RAKOWSKI, taken on behalf of the Plaintiffs, on Thursday, August 19, 2021, beginning at 9:00 a.m., and ending at 6:02 p.m., Pursuant to Notice, and remotely before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ License No. 9830.

DocuSign Envelope ID: 358E87AA-C514-4E38-BDAF-0189A14E4024
Case 4:20-cv-03664-YGR   Document 948-3   Filed 05/08/23   Page 4 of 10

Page 3

```
 1   R E M O T E   A P P E A R A N C E S:

 2

 3

 4      COUNSEL FOR THE PLAINTIFFS:

 5          BOIES SCHILLER & FLEXNER LLP

 6          By:  BEKO RICHARDSON, ESQ.

 7               MARC C. MAO, ESQ.

 8               ERIKA NYBORG-BURCH, ESQ.

 9          44 Montgomery Street, 41st Floor

10          San Francisco, California 94104

11

12          BOIES SCHILLER & FLEXNER LLP

13          By:  ROSSANA BAEZA, ESQ.

14          100 SE 2nd Street, 28th Floor

15          Miami, Florida 33131

16

17          MORGAN & MORGAN

18          By:  RYAN MCGEE, ESQ.

19               RA AMEN, ESQ.

20          201 N. Franklin Street, 7th Floor

21          Tampa, Florida 33602

22

23

24

25
```

R O M O T E   A P P E A R A N C E S:  (Cont.)




COUNSEL FOR THE DEFENDANT:

    QUINN EMANUEL URQUHART & SULLIVAN

    By:  VIOLA TREBICKA, ESQ.

        TEUTA FANI, ESQ.

    865 S. Figueroa Street, 10th Floor

    Los Angeles, California 90017



ALSO PRESENT:  Matthew Gubiotti, Google

              Evan Tsilimidos, Videographer

              Vanessa Wheeler, Exhibit Technician

        ---oOo---

Page 307

| | | |
|---|---|---|
| 1 | my answers were a little bit relying on cookies that | 17:20 |
| 2 | we talked about so much.  Some of them, I -- I don't | 17:20 |
| 3 | know how we would practically do or Google would | 17:20 |
| 4 | practically do or even impractically. | 17:20 |
| 5 | But, you know, it would probably -- it would | 17:20 |
| 6 | take me -- I would have to sit with some experts to | 17:20 |
| 7 | really understand each type of data type -- each data | 17:20 |
| 8 | type and understand what the implications of that | 17:20 |
| 9 | would be. | 17:20 |
| 10 | MR. RICHARDSON:  Q.  Going back to your prior | 17:21 |
| 11 | answer, I think you stated that telling a website that | 17:21 |
| 12 | the person is incogni- -- is in Incognito Mode would | 17:21 |
| 13 | be a privacy violation. | 17:21 |
| 14 | Do you recall that? | 17:21 |
| 15 | A    Yeah, I did say that. | 17:21 |
| 16 | Q    Why do you believe that would be a privacy | 17:21 |
| 17 | violation? | 17:21 |
| 18 | A    Well, I should amend it.  There may be a | 17:21 |
| 19 | clever way to do it.  There are so many clever | 17:21 |
| 20 | privacy-preserving techniques these days, so I don't | 17:21 |
| 21 | want to presume that there's not a smart way to do it. | 17:21 |
| 22 | But when we designed the feature, our view | 17:21 |
| 23 | was that disclosing that a user was in a private -- | 17:21 |
| 24 | was in an Incognito session would be in a -- would be | 17:21 |
| 25 | to a website, as part of the header or something like | 17:21 |

DocuSign Envelope ID: 358E87AA-C514-4E38-BDAF-0189A14E4024

```
                                                              Page 308
 1    that, would be information that the user might not        17:21
 2    wish to disclose.  It would be additional information     17:21
 3    that we would send to a site about the user's context.    17:21
 4    So we decided that that probably wasn't in the best       17:22
 5    interests of a user.                                      17:22
 6              Now, if there's some cryptographically fancy    17:22
 7    way of doing it now, that may be.  It may be.  But,       17:22
 8    you know, that's beyond my expertise.                     17:22
 9        Q    Is that something you have investigated for      17:22
10    purposes of the deposition here today?                    17:22
11        A    No, no.                                          17:22
12              MR. RICHARDSON:  Let's look at one last         17:22
13    exhibit here, what's been previously marked as Adkins     17:22
14    Exhibit 7, which may have been marked again,              17:22
15    Exhibit 36 here.  It's Tab 36 in my set.                  17:22
16              (Document remotely marked Exhibit 36            17:22
17               for identification.)                           17:22
18              MS. TREBICKA:  36, Beko?                        17:22
19              MR. RICHARDSON:  36, which is meant to be       17:22
20    Adkins Exhibit 7.                                         17:23
21              MS. TREBICKA:  Yes.                             17:23
22              MR. RICHARDSON:  It's a copy of the Privacy     17:23
23    Policy.                                                   17:23
24              THE WITNESS:  I have it.                        17:23
25              MR. RICHARDSON:  Okay.                          17:23
```

DocuSign Envelope ID: 358E87AA-C514-4E38-BDAF-0189A14E4024

```
 1    normal browsing session.                                    17:37
 2        Q   And so whether --                                   17:38
 3        A   So there's no specific -- there's no separate       17:38
 4    controls.                                                   17:38
 5        Q   And so whether it's a normal browsing session       17:38
 6    or an Incognito browsing session, are there any             17:38
 7    controls that allow someone to prevent Google from          17:38
 8    collecting and using any information from that              17:38
 9    browsing session in Chrome?                                 17:38
10        A   In Chrome?                                          17:38
11            Outside of Chrome, I think this document            17:38
12    enumerates a whole bunch of controls.                       17:38
13            Inside of Chrome, the settings are about what       17:38
14    is stored locally on your computer and not about what       17:38
15    is stored on the server.  And there, there are, you         17:38
16    know, myriad controls for deleting things or removing       17:38
17    piecemeal or -- or, you know, the whole thing, whole        17:38
18    cloth.                                                      17:38
19            So I think those are two different domains.         17:38
20    In Chrome, there are -- there are lots of controls for      17:39
21    deleting the data that's stored locally, which is what      17:39
22    is relevant to Chrome.                                      17:39
23        Q   And are you aware of any controls that allows       17:39
24    a user to prevent all server logging by Google while        17:39
25    they're browsing in Incognito Mode?                         17:39
```

DocuSign Envelope ID: 358E87AA-C514-4E38-BDAF-0189A14E4024

```
 1     A    No.                                                   17:39

 2          MR. RICHARDSON:  I'm at my time.                       17:39

 3          So at this point, I will just note for the             17:39

 4   record that, you know, we have requested certain              17:39

 5   documents in connection with this deposition that I           17:39

 6   don't think have been provided.  We received a                17:39

 7   production just last night.  So, you know, we've              17:39

 8   repeatedly followed up.                                       17:39

 9          I appreciate your time here today,                     17:39

10   Mr. Rakowski.                                                 17:39

11          I'm not closing the deposition, but that's a           17:39

12   discussion I'll have with counsel.  That's not an             17:39

13   issue for you.                                                17:39

14          THE WITNESS:  Okay.  Thank you.                        17:39

15          MS. TREBICKA:  We may have a few questions on          17:39

16   redirect.  So why don't we break for a few minutes,           17:39

17   and when we come back, I'll let you know if we do or          17:39

18   not.                                                          17:40

19          THE VIDEOGRAPHER:  The time is 5:40.  We are           17:40

20   going off the record.                                         17:40

21          (Recess taken.)                                        17:40

22          THE VIDEOGRAPHER:  The time is 5:57.  We are           17:57

23   back on the record.                                           17:57

24   ///                                                           17:57

25   ///                                                           17:57
```

Page 323

DECLARATION UNDER PENALTY OF PERJURY

I, BRIAN RAKOWSKI, do hereby certify under penalty of perjury that I have read the foregoing transcript of my remote deposition, taken on August 19, 2021, that I have made such corrections as appear noted herein in ink; initialed by me; that my testimony contained herein, as corrected, is true and correct.

DATED this 22 day of october, 2021, at 9:55am.

*Brian Rakowski* (DocuSigned)

SIGNATURE OF WITNESS