# EXHIBIT 35 (Corrected)



CONFIDENTIAL

GOOG-CABR-05756666

