# EXHIBIT 45 (Corrected)

# Redacted Version of Document Sought to be Sealed

Message
___

| | |
|---|---|
| From: | Mark Chang [markchang@google.com] |
| Sent: | 4/27/2016 4:18:38 AM |
| To: | Sabine Borsay [sabineb@google.com]; Dominic Battre [battre@google.com] |
| CC: | Rebecca Michael [rebeccamichael@google.com]; Jeremy Milo [milo@google.com]; Chelsea Tanaka [ctanaka@google.com] |
| Subject: | Re: [Update] Chrome Incognito Privacy Question |

Greetings. Sorry I couldn't make the meeting. This mode we will have in ▮▮▮▮ will indeed be end to end encrypted. Thanks for all the pointers to your research around branding. It is indeed a complex problem.

On Tue, Apr 26, 2016, 4:48 PM Sabine Borsay <sabineb@google.com> wrote:
Hi all,

You can find all research we've done around perception of Incognito mode linked from this document. The most relevant study for you is probably this one: summary deck: go/percep-incognito-deck, report: go/incognito-study. All the years of research hopefully reflect how much we're actually struggling with the Incognito branding and misconceptions it causes. So I want you to be aware of what big of a can of worms we'd be opening with this. :) The existing misconceptions are actually something many stakeholders are concerned about and we're trying to address them for quite some time, which is why we've run all these studies.

And here are some points on what Incognito mode *does* and what it *does not* offer.

Chrome Incognito mode:

- is basically an ephemeral browsing mode that **doesn't leave traces behind on your local device** (after you close all Incognito windows). Period. :)
- does **not** provide anonymity/invisibility towards any other party (such as the websites you visits, or Google).

Please let us know if you have any questions, and keep us in the loop!
Sabine


On 26 April 2016 at 08:50, Dominic Battre <battre@google.com> wrote:
Hi.

Here is Eric Schmidt's statement: http://daringfireball.net/linked/2014/12/16/eric-schmidt-privacy

Best regards,
Dominic

On Tue, Apr 26, 2016 at 4:57 PM, Dominic Battre <battre@google.com> wrote:
I canceled another meeting. If public transportation does not fail me, I should be able to just make it in time or with a few minutes of delay.

Am 26.04.2016 4:44 nachm. schrieb "Dominic Battre" <battre@google.com>:
Sorry, this is too short notice and my calendar war already blocked.

CONFIDENTIAL
GOOG-BRWN-00390418

Lacking any context, I would wonder why Incognito is better than the current "Disable history" of hangouts. The big risk is that people expect that Incognito mode is a real end-to-end encryption. If it is not, we risk to surprise them negatively. If it is, we risk that users are negatively surprised about Chrome's incognito mode.

Maybe we can schedule another time slot if you want to discuss this in more detail.

Best regards,
Dominic

**Chrome Incognito Privacy Question**

| | |
|---|---|
| When | Tue Apr 26, 2016 17:30 – 18:00 Berlin |
| Where | MTV-1950-4-Yosemite Creek (6) GVC (No external guests) (map) |
| Video call | ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Who | • Jeremy Milo - organizer |
| | • Jessica Walker Dal Santo - creator |
| | • Sabine Borsay |
| | • Rebecca Michael |
| | • Dominic Battre |
| | • Mark Chang |

--

| Sabine Borsay | Product Manager | sabineb@google.com | +491726757387 |

CONFIDENTIAL                                                                                                           GOOG-BRWN-00390419