# EXHIBIT 54 (Corrected)

# Sealed Entirely