# EXHIBIT 63 (Corrected)

# Redacted Version of Document Sought to be Sealed

Message

From: palmer@google.com [palmer@google.com]
Sent: 7/11/2018 4:44:17 PM
To: palmer@google.com; jyasskin@google.com; estark@google.com; kenrb@google.com; ellyjones@google.com; agl@google.com; sleevi@google.com
Subject: AAAA952KuYI-IULXO2v58wc

- **palmer@google.com** 2018-07-11T16:44:17.423Z

There's some interest in bundling/using/working with Tor/improving Incognito again

- **palmer@google.com** 2018-07-11T16:44:36.620Z

Mozilla and IPT 2 have everyone what we can do (which is good)

- **Updated on** 2018-07-11T16:52:30.089Z

Mozilla and IPT 2 have everyone wondering what we can do (which is good)

- **palmer@google.com** 2018-07-11T16:44:45.067Z

but I remain not on-board with Tor per se

- **palmer@google.com** 2018-07-11T16:44:54.465Z

what do other people think?

- **jyasskin@google.com** 2018-07-11T16:45:08.462Z

Also https://brave.com/tor-tabs-beta/.

  o    https://brave.com/tor-tabs-beta/

- **Updated on** 2018-07-11T16:52:18.703Z

Also https://brave.com/tor-tabs-beta/.

  o    https://brave.com/tor-tabs-beta/

- **estark@google.com** 2018-07-11T16:45:10.704Z

"Mozilla and IPT 2 have everyone what we can do" <-- missing a word?

- **kenrb@google.com** 2018-07-11T16:49:13.034Z

the question is whether we should consider trying to add web anonymization to Incognito?

- **estark@google.com** 2018-07-11T16:49:30.440Z

istm that Tor doesn't nearly solve the problem that ITP is trying to solve

- **estark@google.com** 2018-07-11T16:49:38.983Z

and is basically orthogonal?

- **palmer@google.com** 2018-07-11T16:51:51.768Z

Oh, sorry: *wondering* what we can do

- **palmer@google.com** 2018-07-11T16:52:12.512Z

@Emily Stark Yes. But, people are just brainstorming.

- **estark@google.com** 2018-07-11T16:53:06.993Z

@Mike West has lots of Thoughts on the ITP stuff, have you seen any of his docs/brainstorms already?

- **palmer@google.com** 2018-07-11T16:53:14.634Z

1 idea was to bundle an exit node in every Incognito window (!!!). I was like, no.

- **kenrb@google.com** 2018-07-11T16:53:23.823Z

tracking prevention is a somewhat more tractable problem

- **palmer@google.com** 2018-07-11T16:53:32.557Z

Yeah I joined the ▮▮▮▮ list, if that's what you mean @Emily Stark

- **palmer@google.com** 2018-07-11T16:54:15.470Z

a fear is that too-good tracking prevention will just escalate the arms race and we'll end up in a Fingerprinting Nightmare World

- **ellyjones@google.com** 2018-07-11T16:54:16.981Z

We looked at this for Chrome OS many years ago also

- **palmer@google.com** 2018-07-11T16:54:20.311Z

yeah

- **estark@google.com** 2018-07-11T16:54:25.686Z

in a former life I worked on a project to bundle a node in every webpage 😐

- **ellyjones@google.com** 2018-07-11T16:54:31.290Z

and the Tor people hard passed on the idea of shipping a Tor node on each chromebook - it would have demolished their infra

- **ellyjones@google.com** 2018-07-11T16:54:49.786Z

(this was in like 2011 so maybe things have changed)

- **ellyjones@google.com** 2018-07-11T16:55:03.495Z

I know Sleevi has strong feelings about Tor and app-level anonymizing proxies

- **estark@google.com** 2018-07-11T16:55:45.126Z

@Chris Palmer I also fear the Prompt On Every Subresource For Every Webpage Nightmare World

- **kenrb@google.com** 2018-07-11T16:56:09.079Z

@Chris Palmer but maybe we can reduce fingerprinting vectors to the point where few people are individually distinguishable

- **ellyjones@google.com** 2018-07-11T16:56:19.715Z

"This website would like to load an image. [Allow] [Deny]"

- **agl@google.com** 2018-07-11T16:58:17.233Z

Clearly the answer is for the whole world to use AMP, then we can expose the AMP cache via a Private Information Retrieval protocol and disable Javascript when rendering.

- **palmer@google.com** 2018-07-11T16:59:15.671Z

that is... wow

- **palmer@google.com** 2018-07-11T16:59:25.640Z

If I weren't already sitting down, I'd need to sit down

- **jyasskin@google.com** 2018-07-11T17:00:45.654Z

I assume everyone's seen https://www.blaseur.com/papers/www18privatebrowsing.pdf? (Thanks @Martin Shelton)

  ○ https://www.blaseur.com/papers/www18privatebrowsing.pdf

- **palmer@google.com** 2018-07-11T17:01:04.761Z

yep, I am waving it in front of people

- **palmer@google.com** 2018-07-11T17:01:36.786Z

I am going to get back on my old shit of yelling that we need to stop calling it Incognito and stop using a Spy Guy icon

- **palmer@google.com** 2018-07-11T17:01:40.468Z

Temporary Mode

- **palmer@google.com** 2018-07-11T17:02:27.381Z

although that paper does note that people were least confused by Chrome's disclosure (their word for the disclaimer/explainer language)

- **palmer@google.com** 2018-07-11T17:02:54.443Z

Incognito: Voted Least Confusing Private Mode, 2018

- **ellyjones@google.com** 2018-07-11T17:04:37.562Z

good news palmer

- **ellyjones@google.com** 2018-07-11T17:04:47.313Z

we're working on a Dark Mode for Mac Chrome that will probably look quite a bit like incognito

- **kenrb@google.com** 2018-07-11T17:05:32.947Z

call it 'Dark Web Mode'

- **ellyjones@google.com** 2018-07-11T17:05:50.778Z

I love it

- **palmer@google.com** 2018-07-11T17:06:44.351Z

sob

- **kenrb@google.com** 2018-07-11T17:07:04.006Z

@Chris Palmer I know the 'incognito' war was waged and lost years ago, but do you remember why? It has always been a misleading name

- **palmer@google.com** 2018-07-11T17:07:22.790Z

Just as long as we don't get a Dark Intellectual Web Mode (https://www.nytimes.com/2018/05/08/opinion/intellectual-dark-web.html)

- o    https://www.nytimes.com/2018/05/08/opinion/intellectual-dark-web.html
- **ellyjones@google.com** 2018-07-11T17:07:40.746Z

regardless of the name, the icon should always have been http://simpsons.wikia.com/wiki/Guy_Incognito

- o    http://simpsons.wikia.com/wiki/Guy_Incognito
- **ellyjones@google.com** 2018-07-11T17:07:49.327Z

which also accurately conveys the level of privacy it provides I think

- **palmer@google.com** 2018-07-11T17:08:13.654Z

@Ken Buchanan They didn't believe me that people would get confused; and they were still loving the Aw, Snap!/i18n-resistant whimsy thing

- **palmer@google.com** 2018-07-11T17:08:17.227Z

Maybe now is the time

- **kenrb@google.com** 2018-07-11T17:08:37.081Z

I see

- **palmer@google.com** 2018-07-11T17:08:38.747Z

now that we have results from, among others, a person we offered an ▓▓▓ job to (Sascha Fahl, co-author)

- **kenrb@google.com** 2018-07-11T17:09:13.964Z

"We have this wall of text explaining to people that incognito doesn't mean unrecognizable, when we use it"

- **sleevi@google.com** 2018-07-11T20:03:52.557Z

Yes, Eric Roman has similarly Strong Feelings about Tor + App Proxies. In theory, I'm not opposed to Tor on CrOS done beneath Chrome (e.g. in the networking layer), but my impression of CrOS networking is that it's largely un(der?)staffed. Between ARC++ VPNs and Crostini, things just get... really weird and unpredictable. I mean, same as Android, just more weird. But proxies are the weirdest and wrongest and proxies are a connectivity solution, not an access control or privacy mechanism.

CONFIDENTIAL

GOOG-BRWN-00475066