1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Material Should be Sealed regarding Plaintiffs' Reply in Support of Motion to Strike Portions of Google's Summary Judgment Reply (Dkt. 945) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Reply ISO Motion to Strike Portions of Google's Summary Judgment Reply<br><br>Pages 3:14, 3:20-21, 4:2, 4:8 | Margolies Declaration ¶¶ 4–5 | |

**SO ORDERED.**

DATED: _____     _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge