| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br>        Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ERIKA NYBORG-BURCH**<br><br>**Judge: Hon. Yvonne Gonzalez Rogers** |

1
NOTICE OF WITHDRAWAL OF ERIKA NYBORG-BURCH
Case No.: 4:20-cv-03664-YGR-SVK

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs, Chasom Brown, William Byatt, Jeremy Davis, Christopher Castillo, and Monique Trugillo, individually and on behalf of themselves and all others similarly situated, hereby withdraws Erika Nyborg-Burch as counsel for Plaintiffs. Ms. Nyborg-Burch will no longer be associated with the law firm Boies Schiller Flexner LLP as of June 6, 2023.

Plaintiffs respectfully request that the Court and Parties remove Ms. Nyborg-Burch from all future correspondence.

The law firm of Boies Schiller Flexner LLP continues to represent Plaintiffs.

Dated: June 2, 2023					BOIES SCHILLER FLEXNER LLP


						By */s/  Mark C. Mao*
						Mark C. Mao (CA Bar No. 236165)
						mmao@bsfllp.com
						Beko Reblitz-Richardson (CA Bar No. 238027)
						brichardson@bsfllp.com
						Erika Nyborg-Burch (CA Bar No. 342125)
						enyborg-burch@bsfllp.com
						BOIES SCHILLER FLEXNER LLP
						44 Montgomery Street, 41st Floor
						San Francisco, CA 94104
						Telephone: (415) 293 6858
						Facsimile (415) 999 9695

						David Boies (admitted pro hac vice)
						dboies@bsfllp.com
						BOIES SCHILLER FLEXNER LLP
						333 Main Street
						Armonk, NY 10504
						Telephone: (914) 749-8200
						Facsimile: (914) 749-8300

						James W. Lee (*pro hac vice*)
						jlee@bsfllp.com
						Rossana Baeza (*pro hac vice*)
						rbaeza@bsfllp.com
						BOIES SCHILLER FLEXNER LLP
						100 SE 2nd Street, Suite 2800

Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Amanda Bonn (CA Bar No. 270891)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

3
NOTICE OF WITHDRAWAL OF ERIKA NYBORG-BURCH
Case No.: 4:20-cv-03664-YGR-SVK