# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: May 12, 2023 | Time: 2 Hours 31 Minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-03664-YGR | Case Name: Brown v. Google LLC | |

**Attorney for Plaintiff:** David Boies, Amanda Bonn, Alexander Frawley, Samuel Issacharoff, James Lee, Mark Mao and John Yanchunis
**Attorney for Defendant:** Stephen Broome, Joseph Margolies, Alyssa Olson, Andrew Schapiro and Viola Trebicka

**Deputy Clerk:** Edwin Cuenco  **Court Reporter:** Raynee Mercado

**PROCEEDINGS:** Summary Judgment Motion, Motion to Strike Reply to Opposition/Response and Motion to Certify Issue Class Certification under Federal Rule 23 - **HELD**

Matters on summary judgment, expert reports, damages, invasion of privacy, class certification and implied consent is argued and submitted by the parties and taken under submission. Written order to issue.