**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

*Counsel for Interested Parties Benjamin
Hewitt and Kimberley Woodruff*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Chasom Brown, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-3664-YGR-SVK<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1    PLEASE TAKE NOTICE that Angelica M. Ornelas hereby respectfully withdraws as

2    attorney of record for interested parties Benjamin Hewitt and Kimberley Woodruff. Counsel of

3    record for interested parties otherwise remains the same.

4

5

6    Dated: July 19, 2023

7    **BLEICHMAR FONTI & AULD LLP**

8
     By:    */s/ Angelica M. Ornelas*
9    Lesley Weaver (Cal. Bar No. 191305)
     Angelica M. Ornelas (Cal. Bar No. 285929)
10   1330 Broadway, Suite 630
     Oakland, CA 94612
11   Tel.: (415) 445-4003
     Fax: (415) 445-4020
12   *lweaver@bfalaw.com*
     *aornelas@bfalaw.com*
13

14   *Counsel for Interested Parties Benjamin
     Hewitt and Kimberley Woodruff*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                          **CERTIFICATE OF SERVICE**

3          I hereby certify that on July 19, 2023, I caused a copy of the foregoing document to be

4   electronically filed using the CM/ECF system, which will send notification of such filing to all

5   registered counsel of record.

6                                                      */s/ Angelica M. Ornelas*
                                                       Angelica M. Ornelas
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 4:20-CV-3664-YGR-SVK
NOTICE OF CHANGE IN COUNSEL                     2