1  BOIES SCHILLER FLEXNER LLP
   David Boies (*pro hac vice*)
2  333 Main Street
   Armonk, NY 10504
3  Tel: (914) 749-8200
   dboies@bsfllp.com
4
   Mark C. Mao (CA Bar No. 236165)
5  mmao@bsfllp.com
   44 Montgomery Street, 41st Floor
6  San Francisco, CA 94104
   Telephone: (415) 293 6858
7  Facsimile: (415) 999 9695

8  SUSMAN GODFREY L.L.P.
   Bill Carmody
9  (*pro hac vice*)
   bcarmody@susmangodfrey.com
10 1301 Avenue of the Americas, 32nd Floor
   New York, NY  10019
11 Telephone: (212) 336-8330

12 MORGAN & MORGAN
   John A. Yanchunis (*pro hac vice*)
13 jyanchunis@forthepeople.com
   201 N. Franklin Street, 7th Floor
14 Tampa, FL 33602
   Telephone: (813) 223-5505

15

   *Attorneys for Plaintiffs; additional counsel*
16 *listed in signature blocks below*

   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
   Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

   Andrew H. Schapiro (*pro hac vice*)
   andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

   Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
   Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

   *Attorneys for Defendant; additional counsel*
   *listed in signature blocks below*

17

18             UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
                 OAKLAND DIVISION
19

20 CHASOM BROWN, WILLIAM BYATT,           Case No. 4:20-cv-03664-YGR-SVK
   JEREMY DAVIS, CHRISTOPHER
21 CASTILLO, and MONIQUE TRUJILLO         **JOINT STATEMENT RE: CASE**
   individually and on behalf of all other **MANAGEMENT STATEMENT**
22 similarly situated,
                                          Judge: Hon. Yvonne Gonzalez Rogers
23        Plaintiffs,                      Courtroom 1 – 4th Floor
                v.                         Date: August 3, 2023
24                                         Time: 1:00 p.m.

25 GOOGLE LLC,

26        Defendant.

27

28

1    On July 17, 2023, Plaintiffs and Defendant Google LLC (the "Parties") filed a Joint Case

2  Management Statement (Dkt. 960) in advance of the then-scheduled July 24, 2023 Case

3  Management Conference. The Case Management Conference was then rescheduled to August 3,

4  2023, with a corresponding deadline of July 27, 2023 for the Joint Case Management Statement

5  (Dkt. 962). The Parties have nothing to add to the Joint Case Management Statement filed last week

6  (Dkt. 960), and in lieu of preparing a new one, attach that statement to this filing as **Exhibit** A. The

7  Parties look forward to the rescheduled August 3 Case Management Conference.

8

9

10  DATED: July 27, 2023

11  QUINN EMANUEL URQUHART &
SULLIVAN, LLP

12  By: */s/ Andrew Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
13  andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
14  teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
15  josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
16  Telephone: (312) 705-7400
Facsimile: (312) 705-7401
17
Diane M. Doolittle (CA Bar No. 142046)
18  dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
19  555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
20  Telephone: (650) 801-5000
Facsimile: (650) 801-5100
21  Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
22  Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
23  crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
24  alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
25  Telephone: (213) 443-3000
Facsimile: (213) 443-3100
26
Jomaire Crawford (admitted *pro hac vice*)
27  jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
28  sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor

DATED: July 27, 2023

BOIES SCHILLER FLEXNER LLP

By: */s/ Amanda Bonn*
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

David Boies (*pro hac vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com

-1-                    CASE NO. 4:20-cv-03664-YGR-SVK

**JOINT STATEMENT RE: CASE MANAGEMENT STATEMENT**

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

**JOINT STATEMENT RE: CASE MANAGEMENT STATEMENT**

1

**ATTESTATION**

2          I, Amanda Bonn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence

3    to the filing of this document has been obtained from each signatory hereto.

4

5
     DATED:   July 27, 2023                            By:     _/s/ Amanda Bonn_
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STATEMENT RE: CASE MANAGEMENT STATEMENT**