# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 3, 2023 | **Time:** 11 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-03664-YGR | **Case Name:** Brown et al v. Google LLC et al | |

**Attorney for Plaintiffs:** David Boies/John Yanchunis/Mark Mao/Alexander Frawley/
Ryan McGee/Samuel Issacharoff all appearing via Zoom
**Attorney for Defendant:** Andrew Schapiro/Stephen Broome/Viola Trebicka/Aly Olson
all appearing via Zoom

**Deputy Clerk:** Edwin Cuenco       **Court Reporter:** Pamela Batalo-Hebel

## PROCEEDINGS:

Further Case Management Conference - **Held via Zoom Videoconference**

Matters regarding the Summary Judgment Motion are discussed on the record – written order to be issued. The Court directs the parties to prepare for trial that is set for November 6, 2023. The parties e-filed a proposal for Retired Magistrate Judge Elizabeth Laporte to serve as special master for deposition designations.

The matter is continued to October 13, 2023 at 9:00 AM for Pretrial Conference.