```
                                             Pages 1 - 9

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

CHASOM BROWN, ET AL.,       )
                            )
         Plaintiffs,        )
                            )
  VS.                       )     NO. CV 20-03664-YGR
                            )
GOOGLE LLC, ET AL.,         )
                            )
         Defendants.        )
                            )

                                  Oakland, California
                                  Thursday, August 3, 2023

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiffs:
                       BOIES SCHILLER FLEXNER LLP
                       333 Main Street
                       Armonk, NY  10504
                 BY:   DAVID BOIES, ESQUIRE

                       BOIES SCHILLER FLEXNER LLP
                       44 Montgomery Street
                       San Francisco, CA  94104
                 BY:   MARK C. MAO, ESQUIRE

                       MORGAN AND MORGAN, P.A.
                       201 N. Franklin Street
                       Tampa, FL  33602
                 BY:   JOHN A. YANCHUNIS, ESQUIRE
                       RYAN MCGEE, ESQUIRE

                       SUSMAN GODFREY LLP
                       1301 Avenue of the Americas
                       New York, NY  10019
                 BY:   ALEXANDER FRAWLEY, ESQUIRE

Reported By:     Pamela Batalo-Hebel, CSR No. 3593, RMR, FCRR
                 Official Reporter
```

**APPEARANCES CONTINUED:**

                SAMUEL ISSACHAROFF
                40 Washington Square South
                New York, NY  10012
      BY:  **SAMUEL ISSACHAROFF, ESQUIRE**

For Defendants:
                QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                191 N. Upper Wacker Drive
                Chicago, IL  60606
      BY:  **ANDREW H. SCHAPIRO, ESQUIRE**

                QUINN EMANUEL URQUHART & SULLIVAN LLP
                865 S. Figueroa Street
                Los Angeles, CA  90017
      BY:  **STEPHEN A. BROOME, ESQUIRE**
           **VIOLA TREBICKA, ESQUIRE**
           **ALYSSA G. OLSON ESQUIRE**

```
 1   Thursday - August 3, 2023                              1:30 p.m.
 2                          P R O C E E D I N G S
 3                                ---oOo---
 4        THE CLERK:  Good afternoon, Your Honor.  Calling the
 5   matter of CV 20-3664, Brown, et al. vs. Google LLC, et al.
 6      Parties, please state your name for appearances.  Thank
 7   you.
 8        MR. BOIES:  Good afternoon, Your Honor.  David Boies
 9   of Boies Schiller Flexner on behalf of plaintiffs.
10        MR. YANCHUNIS:  Good afternoon, Your Honor.  John
11   Yanchunis, also on behalf of the plaintiffs.
12        MR. MAO:  Good afternoon, Your Honor.  Mark Mao  on
13   behalf of plaintiffs.
14        MR. FRAWLEY:  Alexander Frawley on behalf of the
15   plaintiffs from Susman Godfrey.
16        MR. MCGEE:  Good afternoon, Your Honor.  Ryan McGee
17   from Morgan and Morgan, also on behalf of the plaintiffs.
18        MR. ISSACHAROFF:  Good afternoon, Your Honor.  Samuel
19   Issacharoff for the plaintiffs.
20        MR. SCHAPIRO:  Good afternoon.  Andrew Schapiro from
21   Quinn Emanuel for Google.
22        THE COURT:  Okay.
23        MR. BROOME:  Good afternoon, Your Honor.  Stephen
24   Broome for Google.
25        MS. TREBICKA:  Good afternoon, Your Honor.  Viola
```

1    Trebicka with Quinn Emanuel for Google.
2           **MS. OLSON:**  Good afternoon, Your Honor.  Aly Olson
3    with Quinn Emanuel for Google.
4           **THE COURT:**  Ms. Olson, we can't hear you.
5           **MR. SCHAPIRO:**  We heard you about softly, Aly.  You
6    need to speak louder or closer.
7           **MS. OLSON:**  Is this better?
8           **THE COURT:**  Very -- well, I'm not sure what, if
9    anything, you are going to say.  It's very hard to hear you,
10   but let's get going.
11      So I put this on for status conference.  I had hoped to
12   have the order out on the summary judgment motion.  It will be
13   out very shortly.  It's not going to be out -- obviously it's
14   not out before today, and my hope had been that it would be.
15      The short answer is you need to prepare for trial, and you
16   have a -- you have your -- your schedule, so I guess the
17   question is whether you anticipated that you were going to go
18   to trial and so you have things to say right now, or if you
19   hadn't and you want to meet again after you get the order, we
20   could do that.  But you've got -- you've got deadlines coming
21   up, which is what I wanted you to know.
22      Right now your trial is set for November 6th.  It may not
23   happen on November 6th.  It may happen after Thanksgiving.
24   Kind of depends on whether the trials in front of you settle or
25   not.

1            So as you heard, I am in trial all of September.  You
2   didn't know that it was the entire month of September, but I
3   know you were sitting in the waiting room listening.
4            Many of you are not from this area, but back on May 29th,
5   2020, during a Black Lives Matter demonstration, two
6   individuals came to our courthouse, shot and killed and maimed
7   two of our court security officers.  One has pled guilty and is
8   serving his sentence, and the other is going to trial.  We're
9   picking that jury on September 6th.  I anticipate that trial
10  going through the beginning of October.
11           I have another criminal trial that will trail and that
12  should go right after that.  And then I've got another trial
13  between two business competitors over trade secrets and ongoing
14  business issues that's urgent.  We've got an injunction issued
15  in that case, and that is set to go after the second of the
16  criminal trials.
17           So those are my priorities.  And then the other cases that
18  I have will just trail.
19           So I can tell you I don't anticipate that other civil case
20  settling, but it can, in which case your November 6th trial
21  date will stick because I have more cases that want to be tried
22  by the end of this year.
23           That's important because in January, I start a three-month
24  prison gang RICO trial.  Again, criminal trials take precedence
25  always over civil trials, and that means that everything else

1   will get backed up until those criminal -- until that criminal
2   trial is done.  So I am working to make sure that I get as many
3   of these civil trials out after my criminal trials.
4        That's kind of the lay of the land.
5        So let's start with you, Mr. Schapiro.  Since you're going
6   to be on the losing end of that summary judgment motion, see
7   where you want to go.
8            **MR. SCHAPIRO:**  I'm sorry.  I missed the final part you
9   said after saying we're on the losing end of the motion.
10           **THE COURT:**  See where you want to go.  Do you want to
11  look at the schedule now?  You have -- August 17th is your
12  first day --
13           **MR. SCHAPIRO:**  Yes.  Your Honor, we obviously were not
14  presuming anything about how the SJ motion was going to come
15  out, so we've been chugging ahead with our eye on the schedule
16  that has been set, planning on the November 6th trial and all
17  the prior dates that come before that.  So we're -- we're
18  moving along, and I don't think we need anything in that
19  regard.
20       The only thing that is open right now in that regard that
21  I can think of is you had asked us at the last conference or
22  one of the last conferences to get together with the plaintiffs
23  and suggest a former federal judge to add to the special master
24  for deposition designations.  I wasn't quite sure whether it
25  was also for other issues.  And I think we have a proposal in

1  front of you that we settled on, but it needs to be reviewed,
2  and if the Court accepts it, so ordered before anything can
3  start on that or at least that's what we've been told.
4      **THE COURT:** Okay.  Well, my apologies.  I did not look
5  at that before today.  I didn't realize it was there.  I was
6  trying to get some other things out.
7      So what is the proposal, Mr. Schapiro?
8      **MR. SCHAPIRO:** It is -- it's escaping me right now.
9  Retired Magistrate Judge Laporte.
10     **THE COURT:** Okay.  Elizabeth Laporte?
11     **MR. BOIES:** Yes, Your Honor.
12     **THE COURT:** Great.  I believe she did the Apple/Epic
13 trial in that regard.  She did a lot of the pretrial stuff.
14     And so I can issue the order.  Is there something -- I
15 haven't looked at it, so are there any peculiarities about it
16 that you want to discuss?
17     **MR. SCHAPIRO:** No.  I mean, I suppose we -- it wasn't
18 clear, at least to us on the Google side, what the scope there
19 would be.  You mentioned it particularly in the context of
20 deposition designations.  Are there other types of issues that
21 you anticipate or prefer us to bring before Judge Laporte or is
22 that it?  We are neutral, whatever the Court prefers.
23     **THE COURT:** What I'm trying to do is streamline kind
24 of basic evidentiary issues so that I can focus on the bigger
25 evidentiary issues, so if there are -- and I don't -- you know,

1  look, sometimes litigants are terrific at resolving these
2  issues on their own and sometimes they're not.  I don't know
3  where you fall on the spectrum, so I will look.  My calendar is
4  pretty packed, so to the extent that -- to the extent that
5  you're comfortable with outsourcing some of these smaller
6  things, I will take the assistance.  To the extent you're not,
7  you'll get answers when I have time to give you answers.  So
8  it's really up to you.
9         **MR. YANCHUNIS:**  Your Honor, John Yanchunis.
10     I believe you had earlier indicated that we could take
11 evidentiary issues of any evidence that we intended --
12 documents that we intended to use at trial.
13        **THE COURT:**  I'm sorry.  Mr --
14        **MR. YANCHUNIS:**  Yanchunis, Your Honor.
15     I believe Judge Laporte was also to look at any
16 evidentiary fights that we might have as to evidence.
17        **THE COURT:**  Okay.  And is that in the proposed form of
18 order?
19        **MR. BROOME:**  Your Honor, just to be clear, I don't
20 think a proposed form of order has been submitted yet.  We
21 indicated in the CMC that we would submit one at Your Honor's
22 request.  We can do that.  After this conference, we can meet
23 with the plaintiffs and come up with an order and then submit
24 it to you within the next day or so.
25        **THE COURT:**  Okay.  That's fine.  Then I can take a

```
 1  look.
 2       I'm trying to look at your schedule here.  I think I have
 3  you next on then October --
 4           MR. BOIES:  Yes.
 5           THE COURT:  -- October 11th.
 6           MR. BOIES:  It was either October 11th or
 7  October 13th.
 8           MS. TREBICKA:  It's October 13, Your Honor.
 9           THE COURT:  Okay.  Well, we should be able to keep
10  that on the.  I'm hopeful that my trial will be over by then.
11  Don't be surprised -- you know, if I have to push you to 2:00,
12  I have to push you to 2:00, but I could also be waiting for a
13  jury, in which case we're just going to -- you know, we'll just
14  have to be flexible.
15       Okay.  Anything else you want to talk about today?
16           MR. BOIES:  Not from the plaintiffs, Your Honor.
17           MR. SCHAPIRO:  We'll wait for the order, Your Honor.
18           THE COURT:  All right.  If you think you need another
19  conference before then, just reach out, and we can put
20  something on the calendar, and we can do it by Zoom.  Okay?
21           MR. BOIES:  Thank you, Your Honor.
22           THE COURT:  All right.  Thank you.  We're adjourned.
23                (Proceedings adjourned at 1:41 p.m.)
24
25
```

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4         I certify that the foregoing is a correct transcript
 5   from the record of proceedings in the above-entitled matter.
 6
 7   DATE:   Monday, August 7, 2023
 8
 9   /s/ Pamela Batalo Hebel
     _____
10   Pamela Batalo Hebel, CSR No. 3593, RMR, FCRR
     U.S. Court Reporter
11
12
```