**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com
mwright@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>                 Plaintiffs,<br>    v.<br><br>GOOGLE LLC,<br>                 Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ALEXANDER JUSTIN KONIK**<br><br>**Judge: Hon. Yvonne Gonzalez Rogers** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs, Chasom Brown, William Byatt, Jeremy Davis, Christopher Castillo, and Monique Trujillo, individually and on behalf of themselves and all others similarly situated, hereby withdraws Alexander Justin Konik as counsel for Plaintiffs. Mr. Konik has not been associated with the law firm Boies Schiller Flexner LLP since June 11, 2021.

Plaintiffs respectfully request that the Court and Parties remove Mr. Konik from all future correspondence.

The law firm of Boies Schiller Flexner LLP continues to represent Plaintiffs.

Dated: August 23, 2023         BOIES SCHILLER FLEXNER LLP


By */s/ Beko Reblitz-Richardson*
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted pro hac vice)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

| | |
|---|---|
| 1 | Alison L. Anderson, (CA Bar No. 275334) |
| | alanderson@bsfllp.com |
| 2 | M. Logan Wright (CA Bar No. 349004) |
| | mwright@bsfllp.com |
| 3 | BOIES SCHILLER FLEXNER LLP |
| | 725 S Figueroa St., 31st Floor |
| 4 | Los Angeles, CA 90017 |
| | Telephone: (213) 629-9040 |
| 5 | |
| | Amanda Bonn (CA Bar No. 270891) |
| 6 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 7 | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| 8 | |
| | Bill Carmody (*pro hac vice*) |
| 9 | bcarmody@susmangodfrey.com |
| | Shawn J. Rabin (*pro hac vice*) |
| 10 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| 11 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley (*pro hac vice*) |
| 12 | afrawley@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 13 | 1301 Avenue of the Americas, 32nd Floor |
| 14 | New York, NY  10019 |
| | Telephone: (212) 336-8330 |
| 15 | |
| | John A. Yanchunis (*pro hac vice*) |
| 16 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 17 | rmcgee@forthepeople.com |
| 18 | MORGAN & MORGAN, P.A. |
| | 201 N Franklin Street, 7th Floor |
| 19 | Tampa, FL 33602 |
| | Telephone: (813) 223-5505 |
| 20 | Facsimile: (813) 222-4736 |
| 21 | |
| | Michael F. Ram, CA Bar No. 104805 |
| 22 | MORGAN & MORGAN |
| 23 | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| 24 | Tel: (415) 358-6913 |
| | mram@forthepeople.com |
| 25 | |
| 26 | *Attorneys for Plaintiffs* |
| 27 | |

3
NOTICE OF WITHDRAWAL OF ALEXANDER JUSTIN KONIK        Case No.: 4:20-cv-03664-YGR-SVK