| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER GOOGLE'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 79-5** |

11706850v1/103088

1  Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether
2  Google LLC's ("Google") material should be sealed.

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Portions highlighted in yellow of Plaintiffs' Motion to Exclude in part the Opinions of Google's Survey Expert, On Amir | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Entirety of Exhibit 1 to Mao Declaration | Google | Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Entirety of Exhibit 2 to Mao Declaration | Google | Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |

Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

Dated: August 24, 2023                     Respectfully submitted,

By: */s/Mark Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400

1
PLAINTIFFS' ADMINISTRATIVE MOTION RE: SEALING
Case No. 4:20-cv-03664-YGR-SVK

| | |
|---|---|
| 1 | Facsimile: (305) 539-1304 |
| 2 | Bill Carmody (*pro hac vice*) |
| | bcarmody@susmangodfrey.com |
| 3 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 4 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| 5 | Alexander P. Frawley (*pro hac vice*) |
| | afrawley@susmangodfrey.com |
| 6 | SUSMAN GODFREY L.L.P. |
| 7 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| 8 | Telephone: (212) 336-8330 |
| 9 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| 10 | SUSMAN GODFREY L.L.P. |
| 11 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 12 | Telephone: (310) 789-3100 |
| 13 | John A. Yanchunis (*pro hac vice*) |
| | jyanchunis@forthepeople.com |
| 14 | Ryan J. McGee (*pro hac vice*) |
| 15 | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 16 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 17 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 18 | |
| 19 | Michael F. Ram, CA Bar No. 104805 |
| | MORGAN & MORGAN |
| 20 | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| 21 | Tel: (415) 358-6913 |
| 22 | mram@forthepeople.com |
| 23 | *Attorneys for Plaintiffs* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |