**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)**<br><br>The Honorable Judge Yvonne Gonzalez Rogers |

1   Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between
2   Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."
3   WHEREAS, on March 8, 2022, the Parties stipulated that all documents produced by the
4   Parties in this case are presumed to be authentic for purposes of Federal Rule of Evidence 901 (Dkt.
5   472, at ¶¶ 1–2);
6   WHEREAS, on March 8, 2022, the Parties stipulated that, with the exception of emails and
7   Google Chats produced by Google in this action, all documents that Google has produced are
8   presumed to be business records under Federal Rule of Evidence 803(6) (Dkt. 472, at ¶ 3);
9   WHEREAS, notwithstanding the above, the Parties reserved their right to contest the
10  authenticity pursuant to FRE 901 and business record status under FRE 803(6) of any document
11  included on each other's pretrial exhibit list filed in advance of any pretrial conference in this action
12  (Dkt. 472, at ¶ 4);
13  WHEREAS, on March 2, 2023, the Court referred the resolution of evidentiary disputes to
14  a Special Master (Dkt. 885 at 3);
15  WHEREAS, on June 23, 2023, the Parties jointly selected the Honorable Elizabeth D.
16  LaPorte (Ret.) to be appointed as the Special Master (Dkt. 959);
17  WHEREAS, the Parties have agreed to exchange deposition designations and exhibit lists
18  on August 24, 2023 (Dkt. 960);
19  WHEREAS, the Parties have agreed to exchange objections to deposition designations and
20  exhibit lists, as well as counter designations, on September 7, 2023 (Dkt. 960);
21  WHEREAS, the Exhibit List Annotated with Stipulations and Objections and the List of
22  Discovery Excerpts, Audios, and Videos (including deposition designations and counter-
23  designations) are due to the Court on September 29, 2023 (Dkt. 885);
24  NOW THEREFORE, the Parties stipulate to the following scope of Judge LaPorte's role as
25  Special Master regarding evidentiary disputes:
26  • Judge LaPorte will rule on certain objections to deposition designations and counter-
27  designations to the extent such rulings can be made prior to trial, are not subject to
28

motions *in limine* to be decided by the Court, and do not require analysis of the context in which the designations are offered at trial;

- Judge LaPorte will rule on certain objections to the parties' proposed trial exhibits to the extent such rulings can be made prior to trial, are not subject to motions *in limine* to be decided by the Court, and do not require analysis of the context in which the exhibit is offered at trial;

- Judge LaPorte will rule on any other evidentiary disputes that the Parties jointly agree to submit to Judge LaPorte, subject to the Court's approval.

DATED: August 21, 2023

| MORGAN & MORGAN, P.A. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| */s/ Ryan J. McGee* | */s/ Andrew H. Schapiro* |
| Ryan J. McGee (*pro hac vice*) | Andrew H. Schapiro (admitted *pro hac vice*) |
| rmcgee@forthepeople.com | andrewschapiro@quinnemanuel.com |
| John A. Yanchunis (*pro hac vice*) | Teuta Fani (admitted *pro hac vice*) |
| jyanchunis@forthepeople.com | teutafani@quinnemanuel.com |
| 201 N Franklin Street, 7th Floor | Joseph H. Margolies (admitted *pro hac vice*) |
| Tampa, FL 33602 | josephmargolies@quinnemanuel.com |
| Tel: (813) 223-5505 | 191 N. Wacker Drive, Suite 2700 |
| Fax: (813) 222-4736 | Chicago, IL 60606 |
| | Tel: (312) 705-7400 |
| Michael F. Ram (CA Bar No. 104805) | Fax: (312) 705-7401 |
| mram@forthepeople.com | |
| MORGAN & MORGAN, P.A. | Stephen A. Broome (CA Bar No. 314605) |
| San Francisco, CA 94102 | stephenbroome@quinnemanuel.com |
| Tel: (415) 358-6913 | Viola Trebicka (CA Bar No. 269526) |
| | violatrebicka@quinnemanuel.com |
| Mark C. Mao (CA Bar No. 236165) | Crystal Nix-Hines (Bar No. 326971) |
| mmao@bsfllp.com | crystalnixhines@quinnemanuel.com |
| Beko Reblitz-Richardson (CA Bar No. 238027) | Alyssa G. Olson (CA Bar No. 305705) |
| brichardson@bsfllp.com | alyolson@quinnemanuel.com |
| BOIES SCHILLER FLEXNER LLP | 865 S. Figueroa Street, 10th Floor |
| 44 Montgomery Street, 41st Floor | Los Angeles, CA 90017 |
| San Francisco, CA 94104 | Tel: (213) 443-3000 |
| Tel: (415) 293 6858 | Fax: (213) 443-3100 |
| Fax: (415) 999 9695 | |
| | Diane M. Doolittle (CA Bar No. 142046) |
| James W. Lee (*pro hac vice*) | dianedoolittle@quinnemanuel.com |
| jlee@bsfllp.com | Sara Jenkins (CA Bar No. 230097) |
| Rossana Baeza (*pro hac vice*) | sarajenkins@quinnemanuel.com |
| rbaeza@bsfllp.com | 555 Twin Dolphin Drive, 5th Floor |
| BOIES SCHILLER FLEXNER LLP | Redwood Shores, CA 94065 |
| 100 SE 2nd Street, Suite 2800 | Telephone: (650) 801-5000 |
| Miami, FL 33130 | Facsimile: (650) 801-5100 |
| Tel: (305) 539-8400 | |
| Fax: (305) 539-1304 | Jomaire A. Crawford (admitted *pro hac vice*) |
| | jomairecrawford@quinnemanuel.com |
| Bill Carmody (*pro hac vice*) | D. Seth Fortenbery (admitted *pro hac vice*) |
| bcarmody@susmangodfrey.com | sethfortenbery@quinnemanuel.com |
| Shawn J. Rabin (*pro hac vice*) | 51 Madison Avenue, 22nd Floor |
| srabin@susmangodfrey.com | New York, NY 10010 |
| Steven Shepard (*pro hac vice*) | Telephone: (212) 849-7000 |
| sshepard@susmangodfrey.com | Facsimile: (212) 849-7100 |
| Alexander P. Frawley (*pro hac vice*) | |
| afrawley@susmangodfrey.com | Josef Ansorge (admitted *pro hac vice*) |
| SUSMAN GODFREY L.L.P. | josefansorge@quinnemanuel.com |
| 1301 Avenue of the Americas, 32nd Floor | 1300 I Street NW, Suite 900 |
| New York, NY 10019 | Carl Spilly (admitted *pro hac vice*) |
| Tel: (212) 336-8330 | carlspilly@quinnemanuel.com |

| | |
|---|---|
| Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br><br>*Attorneys for Plaintiffs* | Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: August 21, 2023                     By      */s/ Andrew H. Schapiro*
                                                                 Andrew H. Schapiro
                                                                 *Counsel on behalf of Defendant*

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The Honorable Elizabeth D. LaPorte (Ret.) is appointed as the Special Master to resolve evidentiary disputes regarding: certain objections to deposition designations and counter-designations to the extent such rulings can be made prior to trial, are not subject to motions *in limine* to be decided by the Court, and do not require analysis of the context in which the designations are offered at trial; certain objections to the parties' proposed trial exhibits to the extent such rulings can be made prior to trial, are not subject to motions *in limine* to be decided by the Court, and do not require analysis of the context in which the exhibit is offered at trial; and any other evidentiary disputes that the Parties jointly agree to submit to Judge LaPorte, subject to the Court's approval.

DATED: August 25, 2023

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge