**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHASOM BROWN, ET AL.,** | **Case No.:** 4:20-cv-3664-YGR |
| Plaintiffs, | **ORDER RE TRIAL SCHEDULE** |
| v. | |
| **GOOGLE, LLC,** | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Given the current schedules of my criminal trials, it is highly unlikely that your date of November 6, 2023, will remain. Nonetheless, we will maintain the pre-trial schedule, including deadlines to file motions, and you will be advised further about the status of your trial date on October 30, 2023. For now, your back up trial date is January 22, 2024. Please plan accordingly.

**IT IS SO ORDERED**.

Date: **August 25, 2023**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**