1

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)

2
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)

3
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor

4
San Francisco, CA 94104
Tel: (415) 293 6858

5
Fax: (415) 999 9695

6
**SUSMAN GODFREY L.L.P.**
Bill Carmody (pro hac vice)

7
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)

8
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor

9
New York, NY 10019
Telephone: (212) 336-8330

10

11
**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com

12
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com

13
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

14
Telephone: (813) 223-5505

15
*Counsel for Plaintiffs; additional counsel
listed in signature blocks below*

16

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel
listed in signature blocks below*

17

18
**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

19

20
CHASOM BROWN, MONIQUE

21
TRUJILLO, WILLIAM BYATT, JEREMY
DAVIS, and CHRISTOPHER CASTILLO,

22
individually and on behalf of all similarly

23
situated,

24
Plaintiffs,

25
v.

26
GOOGLE LLC,

27
Defendant.

28

Case No. 4:20-cv-03664-YGR-SVK

**FURTHER JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL
MASTER FOR EVIDENTIARY
DISPUTES (DKT. 959)**

The Honorable Judge Yvonne Gonzalez Rogers

Case No. 4:20-cv-03664-YGR-SVK

FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on June 23, 2023, the Parties jointly selected the Honorable Elizabeth D. LaPorte (Ret.) to be appointed as the Special Master (Dkt. 959);

WHEREAS, on August 25, 2023, the Court appointed the Honorable Elizabeth D. LaPorte (Ret.) as the Special Master to serve in the role as Special Master regarding evidentiary disputes:

- Judge LaPorte will rule on certain objections to deposition designations and counter-designations to the extent such rulings can be made prior to trial, are not subject to motions *in limine* to be decided by the Court, and do not require analysis of the context in which the designations are offered at trial;

- Judge LaPorte will rule on certain objections to the parties' proposed trial exhibits to the extent such rulings can be made prior to trial, are not subject to motions *in limine* to be decided by the Court, and do not require analysis of the context in which the exhibit is offered at trial;

- Judge LaPorte will rule on any other evidentiary disputes that the Parties jointly agree to submit to Judge LaPorte, subject to the Court's approval. (Dkt. 978)

WHEREAS, the Parties further agree to evenly split (*i.e.*, 50% to be paid by Plaintiffs, and 50% to be paid by Google) the fees for the Special Master;

WHEREAS, the Parties further agree that the Special Master may utilize a law clerk to assist the Special Master's work;

WHEREAS, the Parties further agree to the Special Master's fee schedules, attached hereto as Composite Exhibit A;

NOW, THEREFORE, the Parties stipulate as follows:

- The Parties will evenly split the fees for the Special Master;

- The Special Master may utilize a law clerk to assist the Special Master's work;

- The Parties will abide by the fee schedules attached hereto as Composite Exhibit A.

DATED:  September 1, 2023

| | |
|---|---|
| 1 | MORGAN & MORGAN COMPLEX LITIGATION GROUP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

MORGAN & MORGAN COMPLEX LITIGATION GROUP

*/s/ Ryan J. McGee*

Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000

-2-                                    Case No. 4:20-cv-03664-YGR-SVK

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

*Attorneys for Plaintiffs*

Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: September 1, 2023                    By      */s/ Ryan J. McGee*
                                                         Ryan J. McGee
                                                         *Counsel on behalf of Plaintiffs*

1

**[PROPOSED] ORDER**

2      Pursuant to stipulation of the Parties, the Court previously **ORDERED:**

3      The Honorable Elizabeth D. LaPorte (Ret.) has been appointed as the Special Master to

4    resolve evidentiary disputes regarding: certain objections to deposition designations and counter-

5    designations to the extent such rulings can be made prior to trial, are not subject to motions *in limine*

6    to be decided by the Court, and do not require analysis of the context in which the designations are

7    offered at trial; certain objections to the parties' proposed trial exhibits to the extent such rulings

8    can be made prior to trial, are not subject to motions *in limine* to be decided by the Court, and do

9    not require analysis of the context in which the exhibit is offered at trial; and any other evidentiary

10   disputes that the Parties jointly agree to submit to Judge LaPorte, subject to the Court's approval.

11     Additionally, the Court hereby **ORDERS:**

12       • The Parties will evenly split the fees for the Special Master;

13       • The Special Master may utilize a law clerk to assist the Special Master's work;

14       • The Parties will abide by the fee schedules attached hereto as Composite Exhibit A.

15

16

17   DATED: _____        _____

18                                        HON. YVONNE GONZALEZ ROGERS
                                          United States District Judge
19

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-03664-YGR-SVK
FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)