UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GOOGLE LLC,<br>　　　　　Defendant. | Case No. 4:20-cv-03664-YGR<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR LEAVE TO FILE *DAUBERT* MOTION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Before the Court is Google's Administrative Motion for Leave to File *Daubert* Motion to Exclude Certain Opinions of Plaintiffs' Expert Jonathan Hochman.  Having considered the Motion, and other papers on file, and good cause having been found, the Court ORDERS as follows:

Google may file an additional *Daubert* motion to exclude certain opinions of Plaintiffs' Expert Jonathan Hochman.

DATED: _____    _____

Honorable Yvonne Gonzalez Rogers

United States District Court Judge