**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Carl Spilly (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | 1300 I Street NW, Suite 900 |
| crystalnixhines@quinnemanuel.com | Washington D.C., 20005 |
| Alyssa G. Olson (CA Bar No. 305705) | Telephone: (202) 538-8000 |
| alyolson@quinnemanuel.com | Facsimile: (202) 538-8100 |
| 865 S. Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONFIRM JANUARY 22, 2024 TRIAL DATE**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Trial Date: November 6, 2023 |

Pursuant to Northern District of California Local Rule 7-11, Defendant Google LLC hereby files this Administrative Motion to Confirm January 22, 2024 as the date for the start of trial in this action, subject to the Court's availability.

## ARGUMENT

Trial in this matter is currently scheduled to begin November 6, 2023. Dkt. 885. On August 25, 2023, the Court advised the parties that: "Given the current schedules of my criminal trials, it is highly unlikely that your date of November 6, 2023, will remain. Nonetheless, we will maintain the pre-trial schedule, including deadlines to file motions, and you will be advised further about the status of your trial date on October 30, 2023. For now, your back up trial date is January 22, 2024." Dkt. 979.

Google is mindful of the judicial emergency in this District and is prepared to proceed with trial at any time that is convenient for the Court. Google respectfully requests, however, that as it is "highly unlikely" the trial will proceed on November 6, 2023, that the Court confirm trial for January 22, 2024 while leaving all current pre-trial deadlines in place.

Plaintiffs' trial witness list includes 40 witnesses (36 fact witnesses and four experts). They have indicated that 32 witnesses may be called live. Google's trial witness list includes an additional two fact witnesses and five experts. Nine of the fact witnesses on Plaintiffs' list (three of whom are also on Google's list) are former Google employees, many of whom have taken new jobs at other companies and would need to schedule time off work to prepare for and attend trial. Eight fact witnesses reside out of state and four reside abroad. Five of the parties' expert witnesses reside out of state. Although the parties are working in good faith to present certain fact witnesses remotely or by deposition designation, many witnesses will have to travel to attend trial live.

For a trial of this scope, there also are numerous logistical tasks—beyond travel and accommodations—that need to be handled well in advance of October 30, 2023. For example, witnesses (including those no longer employed by Google) would need to request time off from work and clear their calendars. In addition, witnesses and counsel would need to prepare for direct and cross-examination—only to have to repeat that for the new trial date two months later.

This is all to say that preparing fully for a November 6, 2023 trial, when it is highly likely

the trial will not begin until January 22, 2024, presents a number of challenges and inefficiencies that could be avoided if the Court were inclined to confirm trial for the later date. Google acknowledges, of course, that the Court's convenience takes priority and will be prepared for trial on any date set by the Court.[1]

## CONCLUSION

For the foregoing reasons, Google respectfully requests that, if convenient for the Court, trial be confirmed to begin January 22, 2024.

---

[1] In advance of filing this Motion, Google attempted to reach agreement with Plaintiffs to make a joint request. Plaintiffs indicated that they were amenable to definitively moving trial to January 22, 2024, but conditioned their agreement on Google entering a stipulation that individual class members' damages claims be tolled in the interim. Because (1) Google is not aware of any individual class members (other than the named Plaintiffs) who have indicated an intent to file damages claims, (2) Google is not aware of anything that currently prevents individual class members from filing damages claims, and (3) the Court ruled that it lacks constitutional authority to toll claims that are not before it, Dkt. 941, Google declined to stipulate that hypothetical damages claims are tolled in the event of an adjournment. Plaintiffs would not agree to a joint request absent the unrelated tolling stipulation.

| | |
|---|---|
| 1   DATED: September 5, 2023 | Respectfully submitted, |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | |
| 4 | By   */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro |
| 5 | |
| 6 | Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com |
| 7 | Teuta Fani (admitted *pro hac vice*)<br>teutafani@quinnemanuel.com |
| 8 | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 |
| 9 | Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| 10 | |
| 11 | Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com |
| 12 | Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com |
| 13 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 14 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 15 | |
| 16 | Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com |
| 17 | Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com |
| 18 | Crystal Nix-Hines (Bar No. 326971)<br>crystalnixhines@quinnemanuel.com |
| 19 | Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com |
| 20 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| 21 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 22 | |
| 23 | Jomaire Crawford (admitted pro hac vice)<br>jomairecrawford@quinnemanuel.com |
| 24 | D. Seth Fortenbery (admitted *pro hac vice*)<br>sethfortenbery@quinnemanuel.com |
| 25 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 26 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| 27 | |
| 28 | Carl Spilly (admitted *pro hac vice* |

carlspilly@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*