UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GOOGLE LLC,<br>　　　　　　Defendant. | Case No. 4:20-cv-03664-YGR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONFIRM JANUARY 22, 2024 TRIAL DATE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Before the Court is Google's Motion to Confirm January 22, 2024 Trial Date. Having considered the Motion, and other papers on file, and good cause having been found, the Court ORDERS as follows:

Trial in this case is rescheduled to begin January 22, 2024.

DATED: _____     _____

Honorable Yvonne Gonzalez Rogers

United States District Court Judge