1

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)

2

333 Main Street
Armonk, NY 10504

3

Tel: (914) 749-8200

4

dboies@bsfllp.com

5

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027

6

Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor

7

San Francisco, CA 94104
Tel.: (415) 293-6800

8

mmao@bsfllp.com

9

brichardson@bsfllp.com
enyborg-burch@bsfllp.com

10

James Lee (admitted *pro hac vice*)

11

Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor

12

Miami, FL 33131
Tel.: (305) 539-8400

13

jlee@bsfllp.com
rbaeza@bsfllp.com

14

Alison L. Anderson, CA Bar No. 275334

15

725 S Figueroa St., 31st Floor
Los Angeles, CA 90017

16

Tel.: (213) 995-5720
alanderson@bsfllp.com

17

18

19

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

20

21

CHASOM BROWN, WILLIAM BYATT,

22

JEREMY DAVIS, CHRISTOPHER
CASTILLO, and MONIQUE TRUJILLO

23

individually and on behalf of all similarly
situated,

24

Plaintiffs,

25

vs.

26

GOOGLE LLC,

27

Defendant.

28

Case No.:  4:20-cv-03664-YGR-SVK

**DECLARATION OF MARK C. MAO IN OPPOSITION TO GOOGLE'S MOTION FOR LEAVE**

11706809v1/103088

**DECLARATION OF MARK C. MAO**

I, Mark C. Mao, declare as follows.

1.       I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2.       I submit this Declaration in Opposition to Google's Administrative Motion for Leave to File a *Daubert* Motion (Dkt. 982).

3.       Attached hereto as **Exhibit 1** is a true and correct copy of the Second Supplemental Expert Report of Plaintiffs' expert Jonathan Hochman, served June 20, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of September, 2023, at San Francisco, California.


*/s/ Mark C. Mao*

DECLARATION OF MARK MAO
IN OPPOSITION TO GOOGLE'S MOTION FOR LEAVE
Case No. 4:20-cv-03664-YGR-SVK

1

11706809v1/103088