**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel
listed in signature blocks below*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel
listed in signature blocks below*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)**

The Honorable Judge Yvonne Gonzalez Rogers

Case No. 4:20-cv-03664-YGR-SVK

FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)

1   Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between

2   Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

3   WHEREAS, on June 23, 2023, the Parties jointly selected the Honorable Elizabeth D.

4   LaPorte (Ret.) to be appointed as the Special Master (Dkt. 959);

5   WHEREAS, on August 25, 2023, the Court appointed the Honorable Elizabeth D. LaPorte

6   (Ret.) as the Special Master to serve in the role as Special Master regarding evidentiary disputes:

7   • Judge LaPorte will rule on certain objections to deposition designations and counter-

8      designations to the extent such rulings can be made prior to trial, are not subject to

9      motions *in limine* to be decided by the Court, and do not require analysis of the

10     context in which the designations are offered at trial;

11  • Judge LaPorte will rule on certain objections to the parties' proposed trial exhibits to

12     the extent such rulings can be made prior to trial, are not subject to motions *in limine*

13     to be decided by the Court, and do not require analysis of the context in which the

14     exhibit is offered at trial;

15  • Judge LaPorte will rule on any other evidentiary disputes that the Parties jointly agree

16     to submit to Judge LaPorte, subject to the Court's approval. (Dkt. 978)

17  WHEREAS, the Parties further agree to evenly split (*i.e.*, 50% to be paid by Plaintiffs, and

18  50% to be paid by Google) the fees for the Special Master;

19  WHEREAS, the Parties further agree that the Special Master may utilize a law clerk to assist

20  the Special Master's work;

21  WHEREAS, the Parties further agree to the Special Master's fee schedules, attached hereto

22  as Composite Exhibit A;

23  NOW, THEREFORE, the Parties stipulate as follows:

24  • The Parties will evenly split the fees for the Special Master;

25  • The Special Master may utilize a law clerk to assist the Special Master's work;

26  • The Parties will abide by the fee schedules attached hereto as Composite Exhibit A.

27  DATED:  September 1, 2023

28

FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)

| | | |
|---|---|---|
| 1 | MORGAN & MORGAN COMPLEX LITIGATION GROUP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | */s/ Ryan J. McGee* | */s/ Andrew H. Schapiro* |
| | Ryan J. McGee (*pro hac vice*) rmcgee@forthepeople.com | Andrew H. Schapiro (admitted *pro hac vice*) andrewschapiro@quinnemanuel.com |
| 4 | John A. Yanchunis (*pro hac vice*) jyanchunis@forthepeople.com | Teuta Fani (admitted *pro hac vice*) teutafani@quinnemanuel.com |
| 5 | MORGAN & MORGAN, P.A. 201 N Franklin Street, 7th Floor | Joseph H. Margolies (admitted *pro hac vice*) |
| 6 | Tampa, FL 33602 Tel: (813) 223-5505 | josephmargolies@quinnemanuel.com 191 N. Wacker Drive, Suite 2700 |
| 7 | Fax: (813) 222-4736 | Chicago, IL 60606 Tel: (312) 705-7400 |
| 8 | Michael F. Ram (CA Bar No. 104805) mram@forthepeople.com | Fax: (312) 705-7401 |
| 9 | MORGAN & MORGAN, P.A. 711 Van Ness Avenue, Suite 500 | Stephen A. Broome (CA Bar No. 314605) stephenbroome@quinnemanuel.com |
| 10 | San Francisco, CA 94102 Tel: (415) 358-6913 | Viola Trebicka (CA Bar No. 269526) violatrebicka@quinnemanuel.com |
| 11 | | Crystal Nix-Hines (Bar No. 326971) crystalnixhines@quinnemanuel.com |
| 12 | Mark C. Mao (CA Bar No. 236165) mmao@bsfllp.com | Alyssa G. Olson (CA Bar No. 305705) alyolson@quinnemanuel.com |
| 13 | Beko Reblitz-Richardson (CA Bar No. 238027) brichardson@bsfllp.com | 865 S. Figueroa Street, 10th Floor |
| 14 | 44 Montgomery Street, 41st Floor San Francisco, CA 94104 | Los Angeles, CA 90017 Tel: (213) 443-3000 |
| 15 | Tel: (415) 293 6858 Fax: (415) 999 9695 | Fax: (213) 443-3100 |
| 16 | James W. Lee (*pro hac vice*) jlee@bsfllp.com | Diane M. Doolittle (CA Bar No. 142046) dianedoolittle@quinnemanuel.com |
| 17 | Rossana Baeza (*pro hac vice*) rbaeza@bsfllp.com | Sara Jenkins (CA Bar No. 230097) sarajenkins@quinnemanuel.com |
| 18 | 100 SE 2nd Street, Suite 2800 Miami, FL 33130 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065 |
| 19 | Tel: (305) 539-8400 Fax: (305) 539-1304 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 20 | | |
| 21 | Bill Carmody (*pro hac vice*) bcarmody@susmangodfrey.com | Jomaire A. Crawford (admitted *pro hac vice*) jomairecrawford@quinnemanuel.com |
| 22 | Shawn J. Rabin (*pro hac vice*) srabin@susmangodfrey.com | D. Seth Fortenbery (admitted *pro hac vice*) sethfortenbery@quinnemanuel.com |
| 23 | Steven Shepard (*pro hac vice*) sshepard@susmangodfrey.com | 51 Madison Avenue, 22nd Floor New York, NY 10010 |
| 24 | Alexander P. Frawley (*pro hac vice*) afrawley@susmangodfrey.com | Telephone: (212) 849-7000 Facsimile: (212) 849-7100 |
| 25 | SUSMAN GODFREY L.L.P. 1301 Avenue of the Americas, 32nd Floor | |
| 26 | New York, NY 10019 Tel: (212) 336-8330 | Carl Spilly (admitted *pro hac vice*) carlspilly@quinnemanuel.com |
| 27 | Amanda Bonn (CA Bar No. 270891) | Xi ("Tracy") Gao (CA Bar No. 326266) tracygao@quinnemanuel.com |
| 28 | abonn@susmangodfrey.com SUSMAN GODFREY L.L.P. | 1300 I Street NW, Suite 900 Washington D.C., 20005 Tel: (202) 538-8000 |

FURTHER JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

*Attorneys for Plaintiffs*

Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

Case No. 4:20-cv-03664-YGR-SVK
FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)

1

## **ATTESTATION OF CONCURRENCE**

2

    I am the ECF user whose ID and password are being used to file this FURTHER JOINT

3

STIPULATION AND [PROPOSED] ORDER REGARDING THE APPOINTMENT OF A

4

SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959).  Pursuant to Civil L.R. 5-

5

1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this

6

document.

7

 

8

Dated: September 1, 2023

By_____*/s/ Ryan J. McGee*_____

            Ryan J. McGee

9

            *Counsel on behalf of Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-03664-YGR-SVK
FURTHER JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)

1

**[~~PROPOSED~~] ORDER**

2      Pursuant to stipulation of the Parties, the Court previously **ORDERED:**

3      The Honorable Elizabeth D. LaPorte (Ret.) has been appointed as the Special Master to

4 resolve evidentiary disputes regarding: certain objections to deposition designations and counter-

5 designations to the extent such rulings can be made prior to trial, are not subject to motions *in limine*

6 to be decided by the Court, and do not require analysis of the context in which the designations are

7 offered at trial; certain objections to the parties' proposed trial exhibits to the extent such rulings

8 can be made prior to trial, are not subject to motions *in limine* to be decided by the Court, and do

9 not require analysis of the context in which the exhibit is offered at trial; and any other evidentiary

10 disputes that the Parties jointly agree to submit to Judge LaPorte, subject to the Court's approval.

11      Additionally, the Court hereby **ORDERS:**

12      • The Parties will evenly split the fees for the Special Master;

13      • The Special Master may utilize a law clerk to assist the Special Master's work;

14      • The Parties will abide by the fee schedules attached hereto as Composite Exhibit A.

15

16

17   DATED:    September 7, 2023

HON. YVONNE GONZALEZ ROGERS

18   United States District Judge

19

20

21

22

23

24

25

26

27

28

FURTHER JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE
APPOINTMENT OF A SPECIAL MASTER FOR EVIDENTIARY DISPUTES (DKT. 959)