UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   vs.<br><br>GOOGLE LLC,<br>              Defendant. | Case No. 4:20-cv-03664-YGR<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR LEAVE TO FILE *DAUBERT* MOTION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Before the Court is Google's Administrative Motion for Leave to File *Daubert* Motion to Exclude Certain Opinions of Plaintiffs' Expert Jonathan Hochman. Having considered the Motion, and other papers on file, and good cause having been found, the Court ORDERS as follows:

Plaintiffs are ordered to file the supplemental Hochman report on the docket. Google may file a two-page letter brief explaining their argument. The Court will then decide if further briefing is necessary.

DATED: September 7, 2023

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge