UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br>            Plaintiffs,<br><br>     vs.<br><br>GOOGLE LLC,<br>            Defendant. | Case No. 4:20-cv-03664-YGR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO CONFIRM ~~JANUARY 22, 2024~~ TRIAL DATE<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Before the Court is Google's Motion to Confirm ~~January 22, 2024~~ Trial Date. Having considered the Motion, and other papers on file, and good cause having been found, the Court ORDERS as follows:

Trial in this case is rescheduled to begin January 29, 2024.

DATED:  September 7, 2023                                       _____
                                                                                            Honorable Yvonne Gonzalez Rogers
                                                                                              United States District Court Judge