**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**SECOND SUPPLEMENTAL REPORT OF PLAINTIFFS' EXPERT JONATHAN HOCHMAN** |

1 | Pursuant to the Court's September 7, 2023 Order (Dkt. 988) and Civil Local Rule 79-5, Plaintiffs respectfully file the Second Supplemental Report of their expert Jonathan Hochman, dated June 20, 2023. Plaintiffs are filing the report under seal because it discusses information Google has designated as "Confidential" and "Highly Confidential" under the Protective Order. Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

Dated: September 8, 2023

Respectfully submitted,

By: */s/Mark Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch (*pro hac vice*)
Enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

1
SECOND SUPPLEMETAL REPORT OF PLAINTIFFS' EXPERT JONATHAN HOCHMAN
Case No. 4:20-cv-03664-YGR-SVK

|    |                                                      |
|----|------------------------------------------------------|
| 1  | Amanda Bonn (CA Bar No. 270891)                      |
| 2  | abonn@susmangodfrey.com                              |
|    | SUSMAN GODFREY L.L.P.                                |
| 3  | 1900 Avenue of the Stars, Suite 1400                 |
|    | Los Angeles, CA 90067                                |
| 4  | Telephone: (310) 789-3100                            |
| 5  |                                                      |
|    | John A. Yanchunis (*pro hac vice*)                   |
| 6  | jyanchunis@forthepeople.com                          |
|    | Ryan J. McGee (*pro hac vice*)                       |
| 7  | rmcgee@forthepeople.com                              |
|    | MORGAN & MORGAN, P.A.                                |
| 8  | 201 N Franklin Street, 7th Floor                     |
| 9  | Tampa, FL 33602                                      |
|    | Telephone: (813) 223-5505                            |
| 10 | Facsimile: (813) 222-4736                            |
| 11 | Michael F. Ram, CA Bar No. 104805                    |
|    | MORGAN & MORGAN                                      |
| 12 | 711 Van Ness Ave, Suite 500                          |
| 13 | San Francisco, CA 94102                              |
|    | Tel: (415) 358-6913                                  |
| 14 | mram@forthepeople.com                                |
| 15 | *Attorneys for Plaintiffs*                           |
| 16 |                                                      |
| 17 |                                                      |
| 18 |                                                      |
| 19 |                                                      |
| 20 |                                                      |
| 21 |                                                      |
| 22 |                                                      |
| 23 |                                                      |
| 24 |                                                      |
| 25 |                                                      |
| 26 |                                                      |
| 27 |                                                      |
| 28 |                                                      |