| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>Erika Nyborg-Burch, CA Bar No. 342125<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF ALEXANDER FRAWLEY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN GOOGLE EMPLOYEE WITNESSES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: October 13, 2023<br>Time: 9:00 a.m. |

DECLARATION OF ALEXANDER FRAWLEY
ISO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN GOOGLE EMPLOYEE WITNESSES
Case No. 4:20-cv-03664-YGR-SVK

11706809v1/103088

# DECLARATION OF ALEXANDER FRAWLEY

I, Alexander Frawley, declare as follows.

1. I am an associate with the law firm of Susman Godfrey L.L.P., counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice *pro hac vice* before this Court. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in Support of Plaintiffs' Motion to Exclude Certain Google Employee Witnesses.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a draft trial witness list that Google sent to Plaintiffs on August 25, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Google's Second Amended Rule 26(a) Disclosures, served August 17, 2023.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Google, served February 26, 2021.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Google's Response to Plaintiffs' Interrogatory No. 4, served March 29, 2021.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Google's Initial Rule 26(a) Disclosures, served September 8, 2020.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document Google produced on February 1, 2021, labeled GOOG-BRWN-00023909.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Google's Supplemental Response to Plaintiffs' Interrogatory No. 4, served October 4, 2021.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Google's Amended Rule 26(a) Disclosures, served February 21, 2022.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a draft trial witness list that Plaintiffs sent to Google on September 1, 2023.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a Rule 30(b)(6) deposition notice that Plaintiffs served on March 4, 2022.

DECLARATION OF ALEXANDER FRAWLEY
ISO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN GOOGLE EMPLOYEE WITNESSES
Case No. 4:20-cv-03664-YGR-SVK
1

11706809v1/103088

13. Attached hereto as **Exhibit 11** is a true and correct copy of Google's April 15, 2022 Disclosure of Percipient Witnesses Who May Testify at Trial with Technical Expertise.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from the transcript of the April 21, 2022 sanctions hearing in this case before Magistrate Judge van Keulen.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a letter sent from Plaintiffs' counsel to Google's counsel, dated March 1, 2021.

16. On August 25, 2023, I sent the email attached hereto as **Exhibit 14** to counsel for Google, including to ask whether Google will produce custodial documents for the four witnesses at issue in this motion: Sadowski, McPhie, Ganem, and Levitte.

17. As shown in **Exhibit 14**, counsel for Google responded on August 31, 2023 to say that Google is "considering" that request.

18. As of this filing, counsel for Google has not yet followed up to provide further information about its position on the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of September, 2023, at New York, New York

                                          */s/ Alexander Frawley*

DECLARATION OF ALEXANDER FRAWLEY
ISO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN GOOGLE EMPLOYEE WITNESSES
Case No. 4:20-cv-03664-YGR-SVK
2

11706809v1/103088