# Remaining Exhibits Filed Under Seal