Hon. Elizabeth D. Laporte (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
415-774-2615

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brown, Chasom, et al.**, <br><br> Plaintiff(s), <br><br><br> ———————————————— <br><br> **Google, LLC**, <br><br> Defendant(s). | Case No: 4:20-cv-03664-YGR <br><br> Hon. Yvonne Gonzalez Rogers <br><br> JAMS Ref. No: 1100116125 <br><br><br> **CONSENT OF MASTER AND AFFIDAVIT** |

1.  I, Elizabeth D. Laporte, hereby affirm under penalty of perjury, that I am retired from the United States District Court, Northern District of California, and am currently serving as a neutral at JAMS, in the office Two Embarcadero Center Suite 1500 San Francisco, CA 94111.

2.  I have received the Order Appointing Master for Discovery Purposes, signed by Hon. Yvonne Gonzalez Rogers and I hereby consent to appointment as Master in the above-entitled case.  The normal rate of compensation as a neutral Master is $1500 per hour plus administrative fees.

3.  I have read and reviewed the grounds for disqualification under 28 U.S.C. § 455 and declare as follows:

a.  I have no personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding.

b.  I have not served in private practice since 1991 and have not served as a lawyer in the matter in controversy, nor has any lawyer with whom I previously practiced law served during such association as a lawyer concerning the matter, nor as a judge or lawyer have I been a material witness concerning it.

c.  I have not served in government employment wherein I would have participated as counsel, adviser or material witness concerning the proceeding, nor have I expressed an opinion concerning the merits of the case herein.

d.  I know that neither I, individually or as a fiduciary, has a financial interest in the subject matter in controversy, nor in a party to the proceeding, nor any other interest that could be substantially affected by the outcome of the proceeding.

e.  I state that neither I nor any person within the third degree of relationship to nor the spouse of such person:

(i) is a party to the proceeding, nor an officer, director, nor trustee of a party

(ii) is acting as a lawyer in the proceeding;

(iii) is known by this Master to have an interest that could be substantially affected by the outcome of the proceeding;

(iv) is to the Master's knowledge, likely to be a material witness in the proceeding.

I declare under penalty of perjury that the preceding facts are true as known to me or those

matters not directly known to me are true on information and belief.

DATED: September 8, 2023

Hon. Elizabeth D. Laporte (Ret.)

**DISCLOSURE CHECKLIST FOR CALIFORNIA COURT REFERENCE MATTERS**

**Disclosure Checklist pursuant to**:
- CCP §§ 170.1
- Rules of Ct. 3.904, 3.924; 2.831
- Canon 6 of the Code of Judicial Ethics

Case Title:  Brown, Chasom, et al. vs. Google, LLC
Case:    4:20-cv-03664-YGR    JAMS Ref. #:  1100116125
Panelist Name:  Hon. Elizabeth D. Laporte (Ret.)
Checklist supplements disclosure reports 16A & 16C

**The term 'Master' is used to refer to Special Master, Discovery Referee and Temporary Judge.**

|  |  | Yes | No |
|---|---|---|---|
| 1. | Master is serving or within preceding 24 months has served: |  |  |
|  | (A) As a neutral Master in another hearing involving a party to the current hearing or lawyer for a party? | *(handwritten) only x* | *(crossed out)* |
|  | (B) As a party-appointed Master in another hearing for either a party to the current hearing or lawyer for a party? | ( ) | ( x ) |
|  | (C) As a neutral Master in another hearing in which the Master was selected by a person serving as a party-appointed Master in the current hearing? | ( ) | ( x ) |
| 2. | Master has any significant personal relationship with a party, attorney, or law firm in the instant case. | ( ) | ( x ) |
| 3. | Master has any significant professional relationship with a party, attorney, or law firm in the instant case, including the number and nature of any other proceedings in the past 24 months in which the master has been privately compensated by  a party, attorney, law firm, or insurance company in the instant case for any service, including, but not limited to, service as an attorney, expert witness, or consultant or as a judge, referee, arbitrator, mediator, settlement facilitator, or other alternative dispute resolution neutral. | ( ) | ( x ) |

(A)    If the Master is serving or has served in such capacity, Master must disclose:
  (i)    the names of the parties in each prior or pending case and, where applicable, the name of the attorney in the current hearing who is involved in the pending case, who was involved in the prior case, or whose current associate is involved in the pending case or was involved in the prior case;
  (ii)    the dispute resolution neutral capacity (mediator, referee, etc.) in which the Master is serving or served in the case; and
  (iii)    in each such case in which the Master rendered a decision as a temporary judge or referee, the date of the decision, the prevailing party, the amount of monetary damages awarded, if any, and the names of the parties' attorneys.

**This information is set forth in the attached Disclosure Reports.  For confidentiality reasons, JAMS does not disclose the names of the parties in prior or pending mediations who are not parties in the current matter.**

**This Disclosure Checklist and related material are the copyrighted property of JAMS. They cannot be copied, reprinted or used in whole or in part in any way without written permission of JAMS. © JAMS 2014.  All rights reserved.**

DocuSign Envelope ID: 043xB9Af6-FAE54F06-96A8-2A4D4A8EE0C9

4.    Master has or has had an attorney-client relationship with a party or lawyer for a party to the current hearing, including:

    (A)    An officer, a director, or trustee of a party is or, within the preceding 2 years, was a client of the Master in the Master's private practice of law or a client of a lawyer with whom the Master is or was associated in the private practice of law?   (   ) ( x )

    (B)    In any other proceeding involving the same issues, the Master gave advice to a party or a lawyer in the hearing concerning any matter involved in the hearing?   (   ) ( x )

    (C)    The Master served as a lawyer for or as an officer of a public agency which is a party and personally advised or in any way represented the public agency concerning the factual or legal issues in the hearing.   (   ) ( x )

5.    Master or member of Master's Immediate Family has a Financial Interest in a party?   (   ) ( x )
The term "Financial Interest" according to Calif. Code of Civil Procedure § 170.5 means ownership of more than a 1% legal or equitable interest in a party, or a legal or equitable interest in a party of a fair market value in excess of $1,500, or a relationship as director, advisor or other active participant in the affairs of a party except as follows:  (1) Ownership in a mutual or common investment fund that holds securities is not a "financial interest" in those securities unless the judge participates in the management of the fund.  (2) An office in an educational, religious, charitable, fraternal, or civic organization is not a "financial interest" in securities held by the organization. (3) The proprietary interest of a policyholder in a mutual insurance company, or a depositor in a mutual savings association, or a similar proprietary interest, is a "financial interest" in the organization only if the outcome of the proceeding could substantially affect the value of the interest.

6.    Master or member of Master's Immediate Family has a financial interest in the subject matter of the hearing?   (   ) ( x )

7.    Master or member of Master's Immediate Family has an interest that could be substantially affected by the outcome of the hearing?   (   ) ( x )

8.    Is the Master a member of an organization that practices invidious discrimination on the basis of race, sex, religion, national origin, or sexual orientation?   (   ) ( x )

Membership in a religious organization, official military organization of the United States, or a nonprofit youth organization need not be disclosed unless it would interfere with the Master's proper conduct of the proceeding or would cause a person aware of the fact to reasonably entertain a doubt concerning the Master's ability to act impartially.

*This Disclosure Checklist and related material are the copyrighted property of JAMS. They cannot be copied, reprinted or used in whole or in part in any way without written permission of JAMS.  © JAMS 2014.  All rights reserved.*

9. Is there any other matter that:

    (A) Might cause a person aware of the facts to reasonably entertain a doubt that the Master would be able to be impartial?   (   ) ( x )

    (B) Leads the proposed Master to believe there is a substantial doubt as to the Master's capacity to be impartial, including, but not limited to, bias or prejudice toward a party, lawyer, or law firm in the hearing?   (   ) ( x )

    (C) Otherwise leads the Master to believe that the Master's disqualification will further the interests of justice?   (   ) ( x )

10.   Are there any constraints on the Master's availability known to the Master that will interfere with his or her ability to commence or complete the hearing in a timely manner?   (   ) ( x )

11.   Will the Master entertain offers of employment or new professional relationships in any capacity other than as a lawyer, expert witness, or consultant from a party, lawyer in the hearing, or lawyer or law firm that is currently associated in the private practice of law with a lawyer in the hearing while the hearing is pending, including offers to serve as a dispute resolution neutral in another case?   ( x ) (   )

12.   Does the Master have any current arrangement with a party concerning prospective employment or other compensated service as a dispute resolution neutral or is he or she participating in or, within the last two years, has he or she participated in discussions regarding such prospective employment or service with a party?   ( X ) (   )

    The Master is a full-time dispute resolution neutral, working exclusively through JAMS. You can assume that over the past two (2) years, the neutral or JAMS has been contacted by one or more of the attorneys in this case regarding prospective employment on another matter which may or may not have resulted in the Master's selection.

13.   Has the Master sought information about relationships or other matters involving the Master's Immediate Family, Extended Family living in the Master's household, and former spouse?   ( X ) (   )

    Unless otherwise disclosed below, the Master has made a general inquiry of his or family members about their potential connection to matters that may be handled by the Master. Those family members have indicated they do not intend to provide the Master with specific information or answer specific inquiries. The Master will advise the parties of any connections of which the Master is independently aware by virtue of direct knowledge and will make specific inquiries where so warranted or specifically requested by a party. Otherwise, this satisfies disclosure requirements and constitutes a waiver of any further requirement to make specific inquiry of family members.

14.  Does Master participate in social networking sites such as Facebook, Twitter, or LinkedIn?   ( x ) (   )

If the Master marked this question, "Yes," it is possible that one of the lawyers or member of a law firm involved in this matter is in some way connected to the Master through this professional networking application. However, none of these contacts rises to the level of a prior business relationship that might cause a person aware of the facts to reasonably entertain a doubt that the Master would be able to be impartial, unless otherwise noted below.

*This Disclosure Checklist and related material are the copyrighted property of JAMS. They cannot be copied, reprinted or used in whole or in part in any way without written permission of JAMS. © JAMS 2014. All rights reserved.*

15.  Is the Master an owner panelist of JAMS?                                    ( x ) (      )

JAMS has more than 400 neutrals on its panel, and approximately one third of JAMS neutrals have an ownership
share in the company. Each owner holds one share and there are no outside shareholders. Owners are not privy
to information regarding the number of cases or revenue related to cases assigned to other panelists. No
shareholder's distribution exceeds 0.1% of JAMS total revenue in a given year. Shareholders are not informed
about the extent to which their profit distributions may be impacted by any particular client, lawyer or law firm
and shareholders do not receive credit for the creation or retention of customer relationships. Upon
commencement of this matter JAMS served on all parties a report listing the numbers of cases JAMS has
administered in the last five years involving any party, lawyer, or law firm in the present case.

**If the Master has answered "yes" to any of the above questions, except questions 11, 12, 13, or 15 the
Master will explain below and/or see attached rider:**

Question #:          Explanation:

I am on Linked In

*This Disclosure Checklist and related material are the copyrighted property of JAMS. They cannot be copied, reprinted or used in
whole or in part in any way without written permission of JAMS.  © JAMS 2014.  All rights reserved.*

DocuSign Envelope ID: 043AB746-FAE9-4F56-96A9-EA164A8EE0E8

**Declarations of Master:**

1.  Having been nominated or appointed as a Master, I have made a reasonable effort to inform myself of any matters that could cause a person aware of the facts to reasonably entertain a doubt that as the proposed Master I would be able to be impartial.  In addition, I have disclosed all such matters to the parties.

2.  I practice in association with JAMS.  Each JAMS neutral, including me, has an economic interest in the overall financial success of JAMS.  In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.

3.  My responses to the questions above are true and correct to the best of my knowledge.

4.  Please note JAMS neutrals regularly engage in speaking engagements, CLEs, discussion groups and other professional activities, and it is possible that a party, company, lawyer or law firm connected with this proceeding either attended, participated or was on a panel with the Master.

Date:   9/7/2023  |  4:40 PM PDT        Signature of Master:   _A0F6F034670248A..._


**Consent and Certification of Master:**

I consent to serve as Referee/Special Master/Temporary Judge in this matter pursuant to the terms stated above.  I certify that I am aware of and will comply with the applicable provisions of Canon 6 of the Code of Judicial Ethics and of Rules of Court 3.904, 3.924, 2.831 and CCP §§ 170.1.

Date:   9/7/2023  |  4:40 PM PDT        Signature of Master:   _A0F6F034670248A..._

*This Disclosure Checklist and related material are the copyrighted property of JAMS. They cannot be copied, reprinted or used in whole or in part in any way without written permission of JAMS.  © JAMS 2014.  All rights reserved.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
| --- | --- | --- |

## Defendant(s)

**Google LLC**
No Address Listed

**Relevant Cases heard with Google LLC**

**Court Reference**
- Court Reference(s) - Closed cases          1

**Mediations\Neutral Analysis\Other**
- Neutral Analysis(s) - Open cases          1

## Counsel for Defendant

**Alyssa G. Olson**
**Quinn Emanuel Urquhart & Sullivan LLP**
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**Relevant Cases heard with Alyssa G. Olson**

   No Cases to Report

**Carl Spilly**
**Quinn Emanuel Urquhart & Sullivan LLP**
1300 I Street NW
Suite 900
Washington, DC 20005

**Relevant Cases heard with Carl Spilly**

   No Cases to Report

**Crystal Nix-Hines**
**Quinn Emanuel Urquhart & Sullivan LLP**
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*
9/7/2023

DocuSign Envelope ID: 04CABA434A38-4F36-96A0-CF104A6EE0C0

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |

**Relevant Cases heard with Crystal Nix-Hines**

No Cases to Report

**D. Seth Fortenberry**
**Quinn Emanuel Urquhart & Sullivan LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with D. Seth Fortenberry**

No Cases to Report

**Jonathan Tse**
**Quinn Emanuel Urquhart & Sullivan LLP**

50 California St.
22nd Floor
San Francisco, CA 94111

**Relevant Cases heard with Jonathan Tse**

No Cases to Report

**Josef Ansorge**
**Quinn Emanuel Urquhart & Sullivan LLP**

1300 I Street NW
Suite 900
Washington, DC 20005

**Relevant Cases heard with Josef Ansorge**

No Cases to Report

**Joseph H. Margolies**
**Quinn Emanuel Urquhart & Sullivan LLP**

191 N. Wacker Dr.
Suite 2700
Chicago, IL 60606

**Relevant Cases heard with Joseph H. Margolies**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |

No Cases to Report

**Teuta Fani**
**Quinn Emanuel Urquhart & Sullivan LLP**
191 N. Wacker Dr.
Suite 2700
Chicago, IL 60606

**Relevant Cases heard with Teuta Fani**

No Cases to Report

**Tracy Gao**
**Quinn Emanuel Urquhart & Sullivan LLP**
51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Tracy Gao**

No Cases to Report

**Viola Trebicka**
**Quinn Emanuel Urquhart & Sullivan LLP**
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**Relevant Cases heard with Viola Trebicka**

No Cases to Report

**Andrew H. Schapiro**
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Andrew H. Schapiro**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
| --- | --- | --- |

**Relevant Cases heard with Quinn Emanuel Urquhart & Sullivan, LLP**

<u>Arbitration</u>

· Arbitration(s) - Closed cases                 1

<u>Court Reference</u>

· Court Reference(s) - Closed cases            1

· Court Reference(s) - Open cases             1

<u>Mediations\Neutral Analysis\Other</u>

· Mediation(s) - Closed cases                   1

**Private Party vs. Private Party (JAMS Reference No. 1100112666)**

| Representative Name | Representative Firm | Party/Parties Represented |
| --- | --- | --- |
| Marc R. Lewis, Esq. | Lewis & Llewellyn LLP | Private Party |
| Tobias G. Snyder, Esq. | Lewis & Llewellyn LLP | Private Party |
| Bahram Seyedin-Noor, Esq. | ALTO Litigation | Private Party |
| Bryan J. Ketroser, Esq. | ALTO Litigation | Private Party |
| Michael T. Zeller, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | Private Party & Nantworks, LLC |
| Faith Sara Shapiro, Esq. | ALTO Litigation | Private Party |
| Daniel H. Solomon, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | Private Party & Nantworks, LLC |
| Ryan B. Erickson, Esq. | Lewis & Llewellyn LLP | Private Party |

**Jomaire Crawford**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Jomaire Crawford**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |

**Stephen A. Broome**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Stephen A. Broome**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### California General Disclosures & Mediation Disclosures - Report A (MKT016A)

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| | | |
|---|---|---|
| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |

## Plaintiff(s)

**Chasom Brown**
No Address Listed

**Relevant Cases heard with Chasom Brown**

  No Cases to Report

**Christopher Castillo**
No Address Listed

**Relevant Cases heard with Christopher Castillo**

  No Cases to Report

**Jeremy Davis**
No Address Listed

**Relevant Cases heard with Jeremy Davis**

  No Cases to Report

**Monique Trujillo**
No Address Listed

**Relevant Cases heard with Monique Trujillo**

  No Cases to Report

**William Byatt**
No Address Listed

**Relevant Cases heard with William Byatt**

  No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*
9/7/2023                                                                                                                                              Page 6 of 15

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
| --- | --- | --- |

## Counsel for Plaintiff

**Beko O. Reblitz-Richardson**
**Boies Schiller & Flexner LLP**

44 Montgomery St.
41st Floor
San Francisco, CA 94104

**Relevant Cases heard with Beko O. Reblitz-Richardson**

  No Cases to Report

**Hsiao C. Mao**
**Boies Schiller & Flexner LLP**

44 Montgomery St.
41st Floor
San Francisco, CA 94104

**Relevant Cases heard with Hsiao C. Mao**

  No Cases to Report

**Relevant Cases heard with Boies Schiller & Flexner LLP**

  No Cases to Report

**James Lee**
**Boies Schiller & Flexner LLP**

30 South Pearl St.
Albany, NY 12207

**Relevant Cases heard with James Lee**

  No Cases to Report

**Logan Wright**
**Boies Schiller & Flexner LLP**

725 S. Figueroa Street
31st Floor
Los Angeles, CA 90017

**Relevant Cases heard with Logan Wright**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

No Cases to Report

**Rossana Baeza**
**Boies Schiller & Flexner LLP**
100 SE Second Street
Suite 2800
Miami, FL 33131

**Relevant Cases heard with Rossana Baeza**

No Cases to Report

**John A. Yanchunis**
**Morgan & Morgan**
201 N Franklin St.
7th Floor
Tampa, FL 33602

**Relevant Cases heard with John A. Yanchunis**

<u>Court Reference</u>

· Court Reference(s) - Closed cases                     1

**Relevant Cases heard with Morgan & Morgan**

<u>Court Reference</u>

· Court Reference(s) - Closed cases                     1

<u>Mediations\Neutral Analysis\Other</u>

· Mediation(s) - Closed cases                           3

| Private Party vs. General Motors LLC (JAMS Reference No. 1100114879) | | |
|---|---|---|
| Representative Name | Representative Firm | Party/Parties Represented |
| Michael F. Ram, Esq. | Morgan & Morgan | Private Party & Private Party |
| Marie Noel Appel, Esq. | Morgan & Morgan | Private Party & Private Party |
| Samuel J. Strauss, Esq. | Turke & Strauss LLP | Private Party & Private Party |
| Raina C. Borrelli, Esq. | Turke & Strauss LLP | Private Party & Private Party |
| Brittany Resch, Esq. | Turke & Strauss LLP | Private Party & Private Party |
| Jeffrey K. Lamb, Esq. | Honigman LLP | General Motors LLC |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

| | | |
|---|---|---|
| Spencer P. Hugret, Esq. | Gordon & Rees Scully, et al. | General Motors LLC |
| Huntley Chamberlain, Esq. | Honigman LLP | General Motors LLC |
| Molly K. McGinley, Esq. | Honigman LLP | General Motors LLC |
| Tucker R. Hunter, Esq. | Honigman LLP | General Motors LLC |

**Private Party vs. National General Insurance Company, et al. (JAMS Reference No. 1100113634)**

| Representative Name | Representative Firm | Party/Parties Represented |
|---|---|---|
| Michael F. Ram, Esq. | Morgan & Morgan | Private Party & Private Party & Private Party & Private Party |
| Marie Noel Appel, Esq. | Morgan & Morgan | Private Party & Private Party & Private Party & Private Party |
| John P. Hurst, Esq. | Bashein & Bashein | Private Party & Private Party & Private Party & Private Party |
| Craig W. Bashein, Esq. | Bashein & Bashein | Private Party & Private Party & Private Party & Private Party |
| Jeffrey B. Cereghino, Esq. | Cereghino Law Group | Private Party & Private Party & Private Party & Private Party |
| David F. Hauge, Esq. | Michelman & Robinson, LLP | National General Insurance Company & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance |
| Marc R. Jacobs, Esq. | Michelman & Robinson, LLP | National General Insurance & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance Company |
| Mona Z. Hanna, Esq. | Michelman & Robinson, LLP | National General Insurance Company & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance |
| Vincent S. Loh, Esq. | Michelman & Robinson, LLP | National General Insurance Company & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance |
| Sean Thomas Keely, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| Andrew A. Wooden, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| James J. Boland, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| Verona M. Sandberg, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| D. Richard Self, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| Sara M. Thorpe, Esq. | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Sequoia Insurance Company |
| Alison V. Lippa, Esq. | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Sequoia Insurance Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## California General Disclosures & Mediation Disclosures - Report A (MKT016A)

### Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
| --- | --- | --- |

| Amanda V. Anderson, Esq. | Michelman & Robinson, LLP | National General Insurance & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance Company |
| --- | --- | --- |

**Private Party vs. PeopleConnect (JAMS Reference No. 1100114122)**

| Representative Name | Representative Firm | Party/Parties Represented |
| --- | --- | --- |
| Raina C. Borrelli, Esq. | Turke & Strauss LLP | Private Party |
| Samuel J. Strauss, Esq. | Turke & Strauss LLP | Private Party |
| Brittany Resch | Turke & Strauss LLP | Private Party |
| Michael F. Ram, Esq. | Morgan & Morgan | Private Party |
| Marie Noel Appel, Esq. | Morgan & Morgan | Private Party |
| Benjamin R. Osborn, Esq. | L/O Benjamin R. Osborn | Private Party |
| Debbie L. Berman, Esq. | Jenner & Block, LLP | PeopleConnect |
| Wade R. Thomson, Esq. | Jenner & Block, LLP | PeopleConnect |
| Kate T. Spelman, Esq. | Jenner & Block, LLP | PeopleConnect |
| Matthew Frank | PeopleConnect | no party listed |
| Hope H. Tone-O'Keefe, Esq. | Jenner & Block, LLP | PeopleConnect |

**Michael F. Ram**
**Morgan & Morgan**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

**Relevant Cases heard with Michael F. Ram**

### Mediations\Neutral Analysis\Other

• **Mediation(s) - Closed cases**                    3

**Private Party vs. General Motors LLC (JAMS Reference No. 1100114879)**

| Representative Name | Representative Firm | Party/Parties Represented |
| --- | --- | --- |
| Michael F. Ram, Esq. | Morgan & Morgan | Private Party & Private Party |
| Marie Noel Appel, Esq. | Morgan & Morgan | Private Party & Private Party |
| Samuel J. Strauss, Esq. | Turke & Strauss LLP | Private Party & Private Party |
| Raina C. Borrelli, Esq. | Turke & Strauss LLP | Private Party & Private Party |
| Brittany Resch, Esq. | Turke & Strauss LLP | Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## California General Disclosures & Mediation Disclosures - Report A (MKT016A)

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

Panelist: Elizabeth D. Laporte            Reference #: 1100116125            9/7/2023

| | | |
|---|---|---|
| Jeffrey K. Lamb, Esq. | Honigman LLP | General Motors LLC |
| Spencer P. Hugret, Esq. | Gordon & Rees Scully, et al. | General Motors LLC |
| Huntley Chamberlain, Esq. | Honigman LLP | General Motors LLC |
| Molly K. McGinley, Esq. | Honigman LLP | General Motors LLC |
| Tucker R. Hunter, Esq. | Honigman LLP | General Motors LLC |

### Private Party vs. National General Insurance Company, et al. (JAMS Reference No. 1100113634)

| Representative Name | Representative Firm | Party/Parties Represented |
|---|---|---|
| Michael F. Ram, Esq. | Morgan & Morgan | Private Party & Private Party & Private Party & Private Party |
| Marie Noel Appel, Esq. | Morgan & Morgan | Private Party & Private Party & Private Party & Private Party |
| John P. Hurst, Esq. | Bashein & Bashein | Private Party & Private Party & Private Party & Private Party |
| Craig W. Bashein, Esq. | Bashein & Bashein | Private Party & Private Party & Private Party & Private Party |
| Jeffrey B. Cereghino, Esq. | Cereghino Law Group | Private Party & Private Party & Private Party & Private Party |
| David F. Hauge, Esq. | Michelman & Robinson, LLP | National General Insurance Company & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance |
| Marc R. Jacobs, Esq. | Michelman & Robinson, LLP | National General Insurance & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance Company |
| Mona Z. Hanna, Esq. | Michelman & Robinson, LLP | National General Insurance Company & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance |
| Vincent S. Loh, Esq. | Michelman & Robinson, LLP | National General Insurance Company & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance |
| Sean Thomas Keely, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| Andrew A. Wooden, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| James J. Boland, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| Verona M. Sandberg, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| D. Richard Self, Esq. | Smith, Gambrell & Russell, LLP | Sequoia Insurance Company |
| Sara M. Thorpe, Esq. | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Sequoia Insurance Company |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## California General Disclosures & Mediation Disclosures - Report A (MKT016A)

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

| | | |
|---|---|---|
| Alison V. Lippa, Esq. | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Sequoia Insurance Company |
| Amanda V. Anderson, Esq. | Michelman & Robinson, LLP | National General Insurance & National General Assurance Company & Integon National Insurance Company & Integon Preferred Insurance Company |

### Private Party vs. PeopleConnect (JAMS Reference No. 1100114122)

| Representative Name | Representative Firm | Party/Parties Represented |
|---|---|---|
| Raina C. Borrelli, Esq. | Turke & Strauss LLP | Private Party |
| Samuel J. Strauss, Esq. | Turke & Strauss LLP | Private Party |
| Brittany Resch | Turke & Strauss LLP | Private Party |
| Michael F. Ram, Esq. | Morgan & Morgan | Private Party |
| Marie Noel Appel, Esq. | Morgan & Morgan | Private Party |
| Benjamin R. Osborn, Esq. | L/O Benjamin R. Osborn | Private Party |
| Debbie L. Berman, Esq. | Jenner & Block, LLP | PeopleConnect |
| Wade R. Thomson, Esq. | Jenner & Block, LLP | PeopleConnect |
| Kate T. Spelman, Esq. | Jenner & Block, LLP | PeopleConnect |
| Matthew Frank | PeopleConnect | no party listed |
| Hope H. Tone-O'Keefe, Esq. | Jenner & Block, LLP | PeopleConnect |

**Ryan J. McGee**
**Morgan & Morgan**
201 N Franklin St.
7th Floor
Tampa, FL 33602

**Relevant Cases heard with Ryan J. McGee**

<u>Court Reference</u>

· **Court Reference(s) - Closed cases**                    1

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
| --- | --- | --- |

**Alex Frawley**
**Susman Godfrey LLP**

1000 Louisiana St.
Suite 5100
Houston, TX 77002-5096

**Relevant Cases heard with Alex Frawley**

　No Cases to Report

**Amanda Bonn**
**Susman Godfrey LLP**

1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029

**Relevant Cases heard with Amanda Bonn**

　No Cases to Report

**Bill Carmody**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Bill Carmody**

　No Cases to Report

**Relevant Cases heard with Susman Godfrey LLP**

　No Cases to Report

**Shawn J. Rabin**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Shawn J. Rabin**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

No Cases to Report

**Steven M. Shepard**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Steven M. Shepard**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

9/7/2023

Page 14 of 15

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

## Other Disclosures

N/A

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

9/7/2023                                                                                                 Page 15 of 15

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

## Defendant(s)

**Google LLC**

No Address Listed

**Relevant Cases heard with Google LLC**

Private Party (JAMS Reference No. 1100108876)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  Project Complete - 07/16/2020

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| John A. Yanchunis, Esq. | Morgan & Morgan | PL | Private Party & Private Party |
| Ryan J. McGee, Esq. | Morgan & Morgan | PL | Private Party & Private Party |
| Clayeo C. Arnold, Esq. | Arnold Law Firm | PL | Private Party & Private Party |
| Joshua H. Watson, Esq. | Arnold Law Firm | PL | Private Party & Private Party |
| Franklin D. Azar, Esq. | Franklin D. Azar & Associates, PC | PL | Private Party & Private Party |
| Margeaux R. Azar, Esq. | Franklin D. Azar & Associates, PC | PL | Private Party & Private Party |
| Maura L. Rees, Esq. | Wilson Sonsini Goodrich & Rosati | DEF | Google, Inc. |
| Steve Platt | Angeion Group | NP | no party listed |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |

## Counsel for Defendant

**Alyssa G. Olson**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**Relevant Cases heard with Alyssa G. Olson**

| No Cases to Report |
| --- |

**Carl Spilly**
**Quinn Emanuel Urquhart & Sullivan LLP**

1300 I Street NW
Suite 900
Washington, DC 20005

**Relevant Cases heard with Carl Spilly**

| No Cases to Report |
| --- |

**Crystal Nix-Hines**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**Relevant Cases heard with Crystal Nix-Hines**

| No Cases to Report |
| --- |

**D. Seth Fortenberry**
**Quinn Emanuel Urquhart & Sullivan LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with D. Seth Fortenberry**

| No Cases to Report |
| --- |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

9/7/2023                                                                                              Page 2 of 13

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Jonathan Tse**
**Quinn Emanuel Urquhart & Sullivan LLP**

50 California St.
22nd Floor
San Francisco, CA 94111

**Relevant Cases heard with Jonathan Tse**

| No Cases to Report |
|---|

**Josef Ansorge**
**Quinn Emanuel Urquhart & Sullivan LLP**

1300 I Street NW
Suite 900
Washington, DC 20005

**Relevant Cases heard with Josef Ansorge**

| No Cases to Report |
|---|

**Joseph H. Margolies**
**Quinn Emanuel Urquhart & Sullivan LLP**

191 N. Wacker Dr.
Suite 2700
Chicago, IL 60606

**Relevant Cases heard with Joseph H. Margolies**

| No Cases to Report |
|---|

**Teuta Fani**
**Quinn Emanuel Urquhart & Sullivan LLP**

191 N. Wacker Dr.
Suite 2700
Chicago, IL 60606

**Relevant Cases heard with Teuta Fani**

| No Cases to Report |
|---|

**Tracy Gao**
**Quinn Emanuel Urquhart & Sullivan LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

**Brown, Chasom, et al. vs. Google, LLC**

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
| --- | --- | --- |

### Relevant Cases heard with Tracy Gao

| No Cases to Report |
| --- |

**Viola Trebicka**

**Quinn Emanuel Urquhart & Sullivan LLP**

865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

### Relevant Cases heard with Viola Trebicka

| No Cases to Report |
| --- |

**Andrew H. Schapiro**

**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

### Relevant Cases heard with Andrew H. Schapiro

| No Cases to Report |
| --- |

### Relevant Cases heard with Quinn Emanuel Urquhart & Sullivan, LLP

Private Party vs. Private Party (JAMS Reference No. 1100107499)  -  Court Reference

Panelist Role: Discovery Referee

Case Result(s):  Project Complete - 07/23/2020

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
| --- | --- | --- | --- |
| Linda J. Brewer, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Private Party |
| Danesha Grady, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Private Party |
| William Pilon, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Private Party |
| Ragesh K. Tangri, Esq. | Morrison & Foerster, LLP | DEF | Core Venture Capital LLC & Core Venture Capital LLC dba Core Innovation Capital & Core Innovation Capital & Private Party |
| Catherine Y. Kim | Morrison & Foerster, LLP | DEF | Core Venture Capital LLC & Core Venture Capital LLC dba Core Innovation Capital & Core Innovation Capital & Private Party |
| Benjamin Au, Esq. | Morrison & Foerster, LLP | DEF | no party listed |
| Scott G. Lawson, Esq. | Lawson + Lawson LLP | PL | Private Party |
| Lisa G. Lawson, Esq. | Lawson + Lawson LLP | PL | Private Party |
| Ryan L. Werner, Esq. | Lawson + Lawson LLP | PL | Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

**Brown, Chasom, et al. vs. Google, LLC**

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | | |
|---|---|---|---|
| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | | 9/7/2023 |

| | | | |
|---|---|---|---|
| Timothy P. Horgan-Kobelski, Esq. | Morrison & Foerster, LLP | DEF | Core Venture Capital LLC & Core Venture Capital LLC dba Core Innovation Capital & Core Innovation Capital & Private Party |

**Private Party vs. Private Party (JAMS Reference No. 1100110512)  -  Arbitration**

Panelist Role:Neutral Arbitrator - Sole Arbitrator

Case Result(s):  Settled After Hearing - 06/02/2021

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Linda J. Brewer, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Private Party |
| Danesha Grady, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Private Party |
| William Pilon, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Private Party |
| Ragesh K. Tangri, Esq. | Morrison & Foerster, LLP | DEF | Core Venture Capital LLC & Core Venture Capital LLC dba Core Innovation Capital & Core Innovation Capital & Private Party |
| Catherine Y. Kim | Morrison & Foerster, LLP | DEF | Core Venture Capital LLC & Core Venture Capital LLC dba Core Innovation Capital & Core Innovation Capital & Private Party |
| Benjamin Au, Esq. | Morrison & Foerster, LLP | DEF | no party listed |
| Scott G. Lawson, Esq. | Lawson + Lawson LLP | PL | Private Party |
| Lisa G. Lawson, Esq. | Lawson + Lawson LLP | PL | Private Party |
| Ryan L. Werner, Esq. | Lawson + Lawson LLP | PL | Private Party |

**Tesla, Inc. vs. Private Party (JAMS Reference No. 1100113556)  -  Court Reference**

Panelist Role:Discovery Referee

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Joseph C. Alm, Esq. | Tesla, Inc. | PL | Tesla, Inc. |
| Sean P. Gates, Esq. | Charis Lex P.C. | PL | Tesla, Inc. |
| Alex Spiro, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP | PL | Tesla, Inc. |
| Melissa J. Baily, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Sara L. Pollock, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Michael T. Lifrak, Esq | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Daniel J. Bergeson, Esq. | Bergeson, LLP | DEF | Private Party & Private Party & Private Party & Private Party & Private Party |
| Jaideep Venkatesan, Esq. | Bergeson, LLP | DEF | Private Party & Private Party & Private Party & Private Party & Private Party |
| Bruce E. Copeland, Esq. | Nixon Peabody LLP | DEF | Private Party |
| Stacey M. Boven, Esq. | Nixon Peabody LLP | DEF | Private Party |
| Ryan M. Penhallegon, Esq. | Structure Law Group, LLP | DEF | Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

## Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Marc R. Lewis, Esq. | Lewis & Llewellyn LLP | DEF | Private Party & Private Party |
| Rebecca F. Furman, Esq. | Lewis & Llewellyn LLP | DEF | Private Party & Private Party |
| Brad Estes | Lewis & Llewellyn LLP | DEF | Private Party & Private Party |
| Ryan A. Tyz, Esq. | Tyz Law | DEF | Private Party |
| Sean K. Apple, Esq. | Tyz Law | DEF | Private Party |
| Steven L. Friedlander, Esq. | SV Employment Law Firm PC | DEF | Private Party |
| Austin T. Jackson, Esq. | Structure Law Group, LLP | DEF | Private Party |
| Eric M. Ferrante | Nixon Peabody LLP | DEF | Private Party |
| Vicki Blohm Parker, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Aubrey Jones | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Phillip B. Jobe, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Ryan Hudash, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Accounts Payable | Tesla | PR | no party listed |
| Brett M. Schuman, Esq. | Goodwin Procter LLP | DEF | Rivian Automotive, LLC & Rivian Automotive, Inc. |
| Darryl M. Woo, Esq. | Goodwin Procter LLP | DEF | Rivian Automotive, LLC & Rivian Automotive, Inc. |
| Rachel Walsh, Esq. | Goodwin Procter LLP | DEF | Rivian Automotive, LLC & Rivian Automotive, Inc. |
| Jeremy N. Lateiner, Esq. | Goodwin Procter LLP | DEF | Rivian Automotive, LLC & Rivian Automotive, Inc. |
| Megan Bettles | Goodwin Procter LLP | DEF | Rivian Automotive, LLC & Rivian Automotive, Inc. |
| Susan E. Bower, Esq. | Bergeson, LLP | DEF | Private Party & Private Party & Private Party & Private Party |
| Carl Kaplan | SV Employment Law Firm PC | PR | Private Party |
| Linda J. Brewer, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Chunmeng Yang, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | CLAI | Tesla, Inc. |
| Candice Jones, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |
| Sable Hodson, Esq. | Lewis & Llewellyn LLP | DEF | Private Party & Private Party |
| Sonya Tamiry, Esq. | Structure Law Group, LLP | DEF | Private Party |
| Samantha D. Parrish, Esq. | Nixon Peabody LLP | DEF | Private Party |
| Justin C. Griffin, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | PL | Tesla, Inc. |

**Jomaire Crawford**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Jomaire Crawford**

| |
|---|
| No Cases to Report |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | |
|---|---|---|
| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |

**Stephen A. Broome**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Stephen A. Broome**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

## Plaintiff(s)

**Chasom Brown**
No Address Listed

**Relevant Cases heard with Chasom Brown**

| No Cases to Report |
|---|

**Christopher Castillo**
No Address Listed

**Relevant Cases heard with Christopher Castillo**

| No Cases to Report |
|---|

**Jeremy Davis**
No Address Listed

**Relevant Cases heard with Jeremy Davis**

| No Cases to Report |
|---|

**Monique Trujillo**
No Address Listed

**Relevant Cases heard with Monique Trujillo**

| No Cases to Report |
|---|

**William Byatt**
No Address Listed

**Relevant Cases heard with William Byatt**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

9/7/2023

Page 8 of 13

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | |
|---|---|---|
| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |

## Counsel for Plaintiff

**Beko O. Reblitz-Richardson**
**Boies Schiller & Flexner LLP**

44 Montgomery St.
41st Floor
San Francisco, CA 94104

### Relevant Cases heard with Beko O. Reblitz-Richardson

| No Cases to Report |
|---|

**Hsiao C. Mao**
**Boies Schiller & Flexner LLP**

44 Montgomery St.
41st Floor
San Francisco, CA 94104

### Relevant Cases heard with Hsiao C. Mao

| No Cases to Report |
|---|

### Relevant Cases heard with Boies Schiller & Flexner LLP

| No Cases to Report |
|---|

**James Lee**
**Boies Schiller & Flexner LLP**

30 South Pearl St.
Albany, NY 12207

### Relevant Cases heard with James Lee

| No Cases to Report |
|---|

**Logan Wright**
**Boies Schiller & Flexner LLP**

725 S. Figueroa Street
31st Floor
Los Angeles, CA 90017

### Relevant Cases heard with Logan Wright

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
* *"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

9/7/2023

Page 9 of 13

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

**Brown, Chasom, et al. vs. Google, LLC**

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Rossana Baeza**
**Boies Schiller & Flexner LLP**

100 SE Second Street
Suite 2800
Miami, FL 33131

**Relevant Cases heard with Rossana Baeza**

| No Cases to Report |
|---|

**John A. Yanchunis**
**Morgan & Morgan**

201 N Franklin St.
7th Floor
Tampa, FL 33602

**Relevant Cases heard with John A. Yanchunis**

Private Party (JAMS Reference No. 1100108876)  -  Court Reference
Panelist Role:Special Master
Case Result(s):  Project Complete - 07/16/2020

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| John A. Yanchunis, Esq. | Morgan & Morgan | PL | Private Party & Private Party |
| Ryan J. McGee, Esq. | Morgan & Morgan | PL | Private Party & Private Party |
| Clayeo C. Arnold, Esq. | Arnold Law Firm | PL | Private Party & Private Party |
| Joshua H. Watson, Esq. | Arnold Law Firm | PL | Private Party & Private Party |
| Franklin D. Azar, Esq. | Franklin D. Azar & Associates, PC | PL | Private Party & Private Party |
| Margeaux R. Azar, Esq. | Franklin D. Azar & Associates, PC | PL | Private Party & Private Party |
| Maura L. Rees, Esq. | Wilson Sonsini Goodrich & Rosati | DEF | Google, Inc. |
| Steve Platt | Angeion Group | NP | no party listed |

**Relevant Cases heard with Morgan & Morgan**

Private Party (JAMS Reference No. 1100108876)  -  Court Reference
Panelist Role:Special Master
Case Result(s):  Project Complete - 07/16/2020

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| John A. Yanchunis, Esq. | Morgan & Morgan | PL | Private Party & Private Party |
| Ryan J. McGee, Esq. | Morgan & Morgan | PL | Private Party & Private Party |
| Clayeo C. Arnold, Esq. | Arnold Law Firm | PL | Private Party & Private Party |
| Joshua H. Watson, Esq. | Arnold Law Firm | PL | Private Party & Private Party |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | | |
|---|---|---|---|
| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 | |

| | | | |
|---|---|---|---|
| Franklin D. Azar, Esq. | Franklin D. Azar & Associates, PC | PL | Private Party & Private Party |
| Margeaux R. Azar, Esq. | Franklin D. Azar & Associates, PC | PL | Private Party & Private Party |
| Maura L. Rees, Esq. | Wilson Sonsini Goodrich & Rosati | DEF | Google, Inc. |
| Steve Platt | Angeion Group | NP | no party listed |

**Michael F. Ram**
**Morgan & Morgan**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

**Relevant Cases heard with Michael F. Ram**

| |
|---|
| No Cases to Report |

**Ryan J. McGee**
**Morgan & Morgan**
201 N Franklin St.
7th Floor
Tampa, FL 33602

**Relevant Cases heard with Ryan J. McGee**

Private Party (JAMS Reference No. 1100108876)  -  Court Reference

Panelist Role:Special Master

Case Result(s):  Project Complete - 07/16/2020

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| John A. Yanchunis, Esq. | Morgan & Morgan | PL | Private Party & Private Party |
| Ryan J. McGee, Esq. | Morgan & Morgan | PL | Private Party & Private Party |
| Clayeo C. Arnold, Esq. | Arnold Law Firm | PL | Private Party & Private Party |
| Joshua H. Watson, Esq. | Arnold Law Firm | PL | Private Party & Private Party |
| Franklin D. Azar, Esq. | Franklin D. Azar & Associates, PC | PL | Private Party & Private Party |
| Margeaux R. Azar, Esq. | Franklin D. Azar & Associates, PC | PL | Private Party & Private Party |
| Maura L. Rees, Esq. | Wilson Sonsini Goodrich & Rosati | DEF | Google, Inc. |
| Steve Platt | Angeion Group | NP | no party listed |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Alex Frawley**
**Susman Godfrey LLP**

1000 Louisiana St.
Suite 5100
Houston, TX 77002-5096

**Relevant Cases heard with Alex Frawley**

| No Cases to Report |
|---|

**Amanda Bonn**
**Susman Godfrey LLP**

1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029

**Relevant Cases heard with Amanda Bonn**

| No Cases to Report |
|---|

**Bill Carmody**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Bill Carmody**

| No Cases to Report |
|---|

**Relevant Cases heard with Susman Godfrey LLP**

| No Cases to Report |
|---|

**Shawn J. Rabin**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Shawn J. Rabin**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Elizabeth D. Laporte | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Steven M. Shepard**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Steven M. Shepard**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*"Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*
9/7/2023
Page 13 of 13

JAMS Access - Document Upload Confirmation & Proof of Service



**Brown, Chasom, et al. vs. Google, LLC , JAMS reference number: 1100116125**

You have successfully uploaded the following document through JAMS Access:

**Document Uploaded By:** JAMS

**Date of Upload:** 9/11/2023

**Time of Upload:** 11:04 AM (PT)

**Document Title:** <span style="color:red">Disclosure Reports.pdf</span>

An email notification has been sent to the following individuals included on the JAMS Access Service List:

**JAMS :** Jayli Miller (jmiller@jamsadr.com);Elizabeth Laporte (elaporte@jamsadr.com);Scott Schreiber (sschreiber@jamsadr.com);

**Boies Schiller & Flexner LLP :** Beko Reblitz-Richardson (brichardson@bsfllp.com);Hsiao Mao (mmao@bsfllp.com);James Lee (jlee@bsfllp.com);Logan Wright (mwright@bsfllp.com);Rossana Baeza (rbaeza@bsfllp.com);

**Morgan & Morgan :** John Yanchunis (jyanchunis@forthepeople.com);Michael Ram (mram@forthepeople.com);Ryan McGee (rmcgee@forthepeople.com);

**Quinn Emanuel Urquhart & Sullivan LLP :** Alyssa Olson (alyolson@quinnemanuel.com);Carl Spilly (carlspilly@quinnemanuel.com);Crystal Nix-Hines (crystalnixhines@quinnemanuel.com);D. Fortenberry (sethfortenbery@quinnemanuel.com);Jonathan Tse (jonathantse@quinnemanuel.com);Josef Ansorge (josefansorge@quinnemanuel.com);Joseph Margolies (josephmargolies@quinnemanuel.com);Teuta Fani (teutafani@quinnemanuel.com);Tracy Gao (tracygao@quinnemanuel.com);Viola Trebicka (violatrebicka@quinnemanuel.com);

**Quinn Emanuel Urquhart & Sullivan, LLP :** Andrew Schapiro (andrewschapiro@quinnemanuel.com);Jomaire Crawford (jomairecrawford@quinnemanuel.com);Stephen Broome (stephenbroome@quinnemanuel.com);

**Susman Godfrey LLP :** Alex Frawley (afrawley@susmangodfrey.com);Amanda Bonn (abonn@susmangodfrey.com);Bill Carmody (bcarmody@susmangodfrey.com);Shawn Rabin (srabin@susmangodfrey.com);Steven Shepard (sshepard@susmangodfrey.com);

Other authorized users may also receive email notification of this record.

Future registered users added to the JAMS service list will also have access to this document.