**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.co
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Counsel for Defendant Google LLC*
*Additional counsel on signature pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL**<br><br>**RACHAEL L. MCCRACKEN**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Trial: January 29, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Rachael L. McCracken of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant Google LLC. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Rachael L. McCracken (CA Bar No. 252660)
> rachaelmccracken@quinnemanuel.com
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 S. Figueroa St., 10th Floor
> Los Angeles, CA 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100

| | | |
|---|---|---|
| 1 | DATED:  September 11, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By     /s/ Rachael L. McCracken     <br>         Rachael L. McCracken |
| 5 | | Andrew H. Schapiro (admitted *pro hac vice*) |
| 6 | | andrewschapiro@quinnemanuel.com <br> Teuta Fani (admitted *pro hac vice*) |
| 7 | | teutafani@quinnemanuel.com <br> Joseph H. Margolies (admitted *pro hac vice*) |
| 8 | | josephmargolies@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 |
| 9 | | Chicago, IL 60606 |
| 10 | | Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 |
| 11 | | |
| 12 | | Diane M. Doolittle (CA Bar No. 142046) <br> dianedoolittle@quinnemanuel.com |
| 13 | | Sara Jenkins (CA Bar No. 230097) <br> sarajenkins@quinnemanuel.com |
| 14 | | 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 |
| 15 | | Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 |
| 16 | | |
| 17 | | Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com |
| 18 | | Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com |
| 19 | | Crystal Nix-Hines (Bar No. 326971) <br> crystalnixhines@quinnemanuel.com |
| 20 | | Alyssa G. Olson (CA Bar No. 305705) <br> alyolson@quinnemanuel.com |
| 21 | | 865 S. Figueroa Street, 10th Floor |
| 22 | | Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 |
| 23 | | Facsimile: (213) 443-3100 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Jomaire Crawford (admitted *pro hac vice*) |
| 2 | jomairecrawford@quinnemanuel.com |
|   | D. Seth Fortenbery (admitted *pro hac vice*) |
| 3 | sethfortenbery@quinnemanuel.com |
|   | 51 Madison Avenue, 22nd Floor |
| 4 | New York, NY 10010 |
|   | Telephone: (212) 849-7000 |
| 5 | Facsimile: (212) 849-7100 |

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*