1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |
|---|---|

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Material Should be Sealed regarding Plaintiffs' Opposition to Google's Motion for Leave to File Daubert Motion to Exclude Certain Opinions of Plaintiffs' Expert Jonathan Hochman (Dkt. 985) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Opposition to Google's Motion for Leave to File an Extra Daubert Motion After the Deadline for Daubert Motions<br><br>Pages 1-2, 4<br><br>Google joins Plaintiffs' motion to seal in PART with respect to this document. | Margolies Declaration ¶¶ 3-4 | |
| Second Supplemental Expert Report of Jonathan E. Hochman<br><br>Pages 2-19<br><br>Google joins Plaintiffs' motion to seal in PART with respect to this document. | Margolies Declaration ¶¶ 3-4 | |

**SO ORDERED.**

DATED: _____       _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge