Hon. Elizabeth D. Laporte (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
415-774-2615

Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brown, Chasom, et al.**, | Case No: 4:20-cv-03664-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| Plaintiff(s), | |
| | JAMS Ref. No: 1100116125 |
| | |
| **Google, LLC**, | **DISCLOSURE REPORTS OF CLERK -** |
| Defendant(s). | **Ms. Jayli Miller, Esq.** |

In accordance with the California Rules of Court, and the Code of Judicial Ethics, please see the enclosed disclosure reports.

Based on my own knowledge as well as a good faith search of records available to me and JAMS personnel and, further based on the information supplied concerning the names of the parties and their counsel, the attached report indicates any prior or pending proceedings within

the required timeframe wherein I have acted as clerk, temporary judge, referee, arbitrator, mediator, or settlement facilitator involving the parties, counsel, or counsels' firms. The attached report was prepared by a JAMS associate and reviewed by me. Nothing in this report would, in my opinion, prohibit me from impartially serving in this case.

Dated: September 12, 2023

Jayli Miller, Esq.
Clerk

**DISCLOSURE CHECKLIST**

Case Title:  Brown, Chasom, et al. vs. Google, LLC
JAMS Ref. #:  1100116125
Clerk Name:  Jayli Miller Esq.

|  | Yes | No |
|---|---|---|
| 1.  Clerk or member of Clerk's Immediate or Extended Family [The term "member of the Clerk's 'Extended Family'" includes the members of Clerk's Immediate Family (The term "member of Clerk's 'Immediate Family'" includes the Clerk's spouse or domestic partner, and a minor child living in Clerk's household ) and the parents, grandparents, great-grandparents, children, grandchildren, great-grandchildren, siblings, uncles, aunts, nephews, or nieces of the Clerk or the Clerk's spouse or domestic partner or the spouse of such person.] is a party, a party's spouse or domestic partner, an officer, director, or trustee of a party? | (     ) | ( x ) |
| 2. Clerk, or the spouse, former spouse, domestic partner, child, sibling, or parent of the Clerk or the Clerk's spouse or domestic partner is: |  |  |
| (A) A lawyer in the proceedings? | (     ) | ( x ) |
| (B) The spouse or domestic partner of a lawyer in the proceedings? | (     ) | ( x ) |
| (C) Currently associated in private practice of law with a lawyer in the proceedings? | (     ) | ( x ) |
| 3. Clerk or a member of Clerk's Immediate Family has or has had a significant personal relationship with any party or lawyer for a party? | (     ) | ( x ) |
| 4. Clerk is serving or within preceding 5 years has served as a Clerk in another proceeding involving a party, lawyer for a party, or law firm for a party to the current proceedings or lawyer for a party? | ( x ) | (     ) |
| 5. Clerk is serving or has served as a dispute resolution neutral other than as a Clerk in another pending or Prior Case involving a party or lawyer in the current proceedings or a lawyer who is currently associated in the private practice of law with a lawyer in the proceedings? | ( x ) | (     ) |

(A) For purposes of this question "Prior Case" means any case in which the Clerk concluded his/her service as a dispute resolution neutral within 2 years prior to the date of the Clerk's proposed nomination or appointment.

(B) If the Clerk is serving or has served in such capacity, s/he must disclose:

      (i)     the names of the parties in each prior or pending case and, where applicable, the name of the attorney in the current proceedings who is involved in the pending case, who was involved in the prior case, or whose current associate is involved in the pending case or was involved in the prior case;

      (ii)    the dispute resolution neutral capacity (mediator, referee, etc.) in which the Clerk is serving or served in the case; and

      (iii)   in each such case in which the Clerk rendered a decision as a temporary judge or referee, the date of the decision, the prevailing party, the amount of monetary damages awarded, if any, and the names of the parties' attorneys.

| | Yes | No |
|---|---|---|
| 6. Clerk has or has had an attorney-client relationship with a party or lawyer for a party to the current arbitration, including: |  |  |
| (A) An officer, a director, or trustee of a party is or, within the preceding 2 years, was a client of the Clerk in the Clerk's private practice of law or a client of a lawyer with whom the Clerk is or was associated in the private practice of law? | (     ) | ( x ) |
| (B) In any other proceeding involving the same issues, the Clerk gave advice to a party or a lawyer in the proceedings concerning any matter involved in the proceedings? | (     ) | ( x ) |
| (C) The Clerk served as a lawyer for or as an officer of a public agency which is a party and personally advised or in any way represented the public agency concerning the factual or legal issues in the proceedings. | (     ) | ( x ) |

7. Clerk or Clerk's Immediate Family has or has had any other professional relationship with a party or lawyer for a party, including:

| | | |
|---|---|---|
| (A) Clerk or a member of his/her Immediate Family is or, within the preceding 2 years, was an employee of or expert witness or consultant for a party in the proceedings? | ( ) | ( x ) |
| (B) Clerk or a member of his/her Immediate Family is or, within the preceding 2 years, was an employee of or expert witness or consultant for a lawyer in the proceedings? | ( ) | ( x ) |
| (C) Clerk is, or, within preceding 2 years, was associated in the private practice of law with a lawyer in the proceedings? | ( ) | ( x ) |

8. Clerk or member of Clerk's Immediate Family has a Financial Interest in a party? (The term "financial interest" means ownership of a legal or equitable interest, or a relationship as a director, adviser, or other active participant in the affairs of a party.  [See, 28 U.S.CA. sec. 455.]   ( ) ( x )

9. Clerk or member of Clerk's Immediate Family has a financial interest in the subject matter of the proceedings?   ( ) ( x )

10. Clerk or member of Clerk's Immediate Family has an interest that could be substantially affected by the outcome of the proceedings?   ( ) ( x )

11. Clerk or member of Clerk's Immediate or Extended Family has personal knowledge of disputed evidentiary facts relevant to the proceedings?  A person likely to be a material witness in the proceeding is deemed to have personal knowledge of disputed evidentiary facts.   ( ) ( x )

12. Is the Clerk a member of an organization that practices invidious discrimination on the basis of race, sex, religion, national origin, or sexual orientation?   ( ) ( x )
( )   ( )
Membership in a religious organization, official military organization of the United States, or a nonprofit youth organization need not be disclosed unless it would interfere with the Clerk's proper conduct of the proceeding or would cause a person aware of the fact to reasonably entertain a doubt concerning the Clerk's ability to act impartially.

13. Is there any other matter that:

| | | |
|---|---|---|
| (A) Might cause a person aware of the facts to reasonably entertain a doubt that the Clerk would be able to be impartial? | ( ) | ( x ) |
| (B) Leads the proposed Clerk to believe there is a substantial doubt as to his or her capacity to be impartial, including, but not limited to, bias or prejudice toward a party, lawyer, or law firm in the proceedings? | ( ) | ( x ) |

14. Will the Clerk entertain offers of employment or new professional relationships in any capacity other than as a clerk/assistant, lawyer, expert witness, or consultant from a party, lawyer in the proceedings, or lawyer or law firm that is currently associated in the private practice of law with a lawyer in the proceedings while that proceeding is pending, including offers to serve as a dispute resolution neutral in another case?   ( x ) ( )

15.  Has the Clerk sought information about relationships or other matters involving his or her Immediate Family, Extended Family living in his or her household, and former spouse?   ( X ) ( )

**Unless otherwise disclosed below, the Clerk has made a general inquiry of his or family members about their potential connection to matters that may be handled by the Clerk.  Those family members have indicated they do not intend to provide the Clerk with specific information or answer specific inquiries.  The Clerk will advise the parties of any connections of which s/he is independently aware by virtue of his/her direct knowledge and will make specific inquiries where so warranted or specifically requested by a party.**

*This Disclosure Checklist and related material are the copyrighted property of JAMS. They cannot be copied, reprinted or used in whole or in part in any way without written permission of JAMS.  © JAMS 2014.  All rights reserved.*

16. Do you participate in social networking sites such as Facebook, Twitter, or LinkedIn?    Yes ( x )    No ( )

If the Clerk marked this question, "Yes," it is possible that one of the lawyers or member of a law firm involved in this matter is in some way connected to the Clerk through this professional networking application. However, none of these contacts rises to the level of a prior business relationship that might cause a person aware of the facts to reasonably entertain a doubt that the Clerk would be able to be impartial, unless otherwise noted below.

**If the Clerk has answered "yes" to any of the above questions and needs to provide an explanation s/he will explain below and/or see attached rider:**

<u>Question #:</u>        <u>Explanation:</u>

4 - Please see attached disclosure report. I was disclosed as a research attorney and discovery referee in Case No. 5100000850. I have not performed work in that case, but the case is on-going, and I have been informed that there is an upcoming discovery dispute.

5 - Please see attached disclosure report. I was appointed as a discovery referee in Jams Case No. 1120014915. I worked on several discovery disputes prior to the parties' settlement.

14 - I will continued to accept appointments as discovery referee, special master and arbitrator.

16 - I am not connected with the parties or their counsel via social media.

**Declarations of Clerk:**

1. I have made a reasonable effort to inform myself of any matters that could cause a person aware of the facts to reasonably entertain a doubt that as the proposed Clerk I would be able to be impartial. In addition, I have disclosed all such matters to the parties.

2. My responses to the questions above are true and correct to the best of my knowledge.

Date:   9/11/2023  |  4:08 PM PDT        Signature of Clerk: _Jayli Miller_
                                                                        DEF4DD9A483547F...

*This Disclosure Checklist and related material are the copyrighted property of JAMS. They cannot be copied, reprinted or used in whole or in part in any way without written permission of JAMS.  © JAMS 2014.  All rights reserved.*

## California General Disclosures & Mediation Disclosures - Report A (MKT016A)

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |

## Defendant(s)

**Google LLC**

No Address Listed

**Relevant Cases heard with Google LLC**

<u>Arbitration</u>

· Arbitration(s) - Closed cases                1

## Counsel for Defendant

**Alyssa G. Olson**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**Relevant Cases heard with Alyssa G. Olson**

  No Cases to Report

**Carl Spilly**
**Quinn Emanuel Urquhart & Sullivan LLP**

1300 I Street NW
Suite 900
Washington, DC 20005

**Relevant Cases heard with Carl Spilly**

  No Cases to Report

**Crystal Nix-Hines**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**Relevant Cases heard with Crystal Nix-Hines**

  No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

9/7/2023

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**D. Seth Fortenberry**
**Quinn Emanuel Urquhart & Sullivan LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with D. Seth Fortenberry**

    No Cases to Report

**Jonathan Tse**
**Quinn Emanuel Urquhart & Sullivan LLP**

50 California St.
22nd Floor
San Francisco, CA 94111

**Relevant Cases heard with Jonathan Tse**

    No Cases to Report

**Josef Ansorge**
**Quinn Emanuel Urquhart & Sullivan LLP**

1300 I Street NW
Suite 900
Washington, DC 20005

**Relevant Cases heard with Josef Ansorge**

    No Cases to Report

**Joseph H. Margolies**
**Quinn Emanuel Urquhart & Sullivan LLP**

191 N. Wacker Dr.
Suite 2700
Chicago, IL 60606

**Relevant Cases heard with Joseph H. Margolies**

    No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Teuta Fani**
**Quinn Emanuel Urquhart & Sullivan LLP**

191 N. Wacker Dr.
Suite 2700
Chicago, IL 60606

**Relevant Cases heard with Teuta Fani**

   No Cases to Report

**Tracy Gao**
**Quinn Emanuel Urquhart & Sullivan LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Tracy Gao**

   No Cases to Report

**Viola Trebicka**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**Relevant Cases heard with Viola Trebicka**

   No Cases to Report

**Andrew H. Schapiro**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Andrew H. Schapiro**

   No Cases to Report

**Relevant Cases heard with Quinn Emanuel Urquhart & Sullivan, LLP**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

### California General Disclosures & Mediation Disclosures - Report A (MKT016A)

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

### Arbitration

- Arbitration(s) - Open cases                                     1

**Jomaire Crawford**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Jomaire Crawford**

No Cases to Report

**Stephen A. Broome**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Stephen A. Broome**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

9/7/2023                                                                                              Page 4 of 10

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |

## Plaintiff(s)

**Chasom Brown**

No Address Listed

**Relevant Cases heard with Chasom Brown**

No Cases to Report

**Christopher Castillo**

No Address Listed

**Relevant Cases heard with Christopher Castillo**

No Cases to Report

**Jeremy Davis**

No Address Listed

**Relevant Cases heard with Jeremy Davis**

No Cases to Report

**Monique Trujillo**

No Address Listed

**Relevant Cases heard with Monique Trujillo**

No Cases to Report

**William Byatt**

No Address Listed

**Relevant Cases heard with William Byatt**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## California General Disclosures & Mediation Disclosures - Report A (MKT016A)

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |

## Counsel for Plaintiff

**Beko O. Reblitz-Richardson**
**Boies Schiller & Flexner LLP**

44 Montgomery St.
41st Floor
San Francisco, CA 94104

### Relevant Cases heard with Beko O. Reblitz-Richardson

No Cases to Report

**Hsiao C. Mao**
**Boies Schiller & Flexner LLP**

44 Montgomery St.
41st Floor
San Francisco, CA 94104

### Relevant Cases heard with Hsiao C. Mao

No Cases to Report

### Relevant Cases heard with Boies Schiller & Flexner LLP

No Cases to Report

**James Lee**
**Boies Schiller & Flexner LLP**

30 South Pearl St.
Albany, NY 12207

### Relevant Cases heard with James Lee

No Cases to Report

**Logan Wright**
**Boies Schiller & Flexner LLP**

725 S. Figueroa Street
31st Floor
Los Angeles, CA 90017

### Relevant Cases heard with Logan Wright

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

No Cases to Report

**Rossana Baeza**
**Boies Schiller & Flexner LLP**

100 SE Second Street
Suite 2800
Miami, FL 33131

**Relevant Cases heard with Rossana Baeza**

No Cases to Report

**John A. Yanchunis**
**Morgan & Morgan**

201 N Franklin St.
7th Floor
Tampa, FL 33602

**Relevant Cases heard with John A. Yanchunis**

No Cases to Report

**Relevant Cases heard with Morgan & Morgan**

No Cases to Report

**Michael F. Ram**
**Morgan & Morgan**

711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

**Relevant Cases heard with Michael F. Ram**

No Cases to Report

**Ryan J. McGee**
**Morgan & Morgan**

201 N Franklin St.
7th Floor
Tampa, FL 33602

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

## California General Disclosures & Mediation Disclosures - Report A (MKT016A)

### Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |

**Relevant Cases heard with Ryan J. McGee**

   No Cases to Report

**Alex Frawley**
**Susman Godfrey LLP**

1000 Louisiana St.
Suite 5100
Houston, TX 77002-5096

**Relevant Cases heard with Alex Frawley**

   No Cases to Report

**Amanda Bonn**
**Susman Godfrey LLP**

1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029

**Relevant Cases heard with Amanda Bonn**

   No Cases to Report

**Bill Carmody**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Bill Carmody**

   No Cases to Report

**Relevant Cases heard with Susman Godfrey LLP**

   No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |

**Shawn J. Rabin**
**Susman Godfrey LLP**
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Shawn J. Rabin**

   No Cases to Report

**Steven M. Shepard**
**Susman Godfrey LLP**
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Steven M. Shepard**

   No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**California General Disclosures & Mediation Disclosures - Report A (MKT016A)**

Brown, Chasom, et al. vs. Google, LLC

This report includes General Disclosure of Client Activity. Case counts are provided for Arbitrations, Court Reference Matters, Mediations and other ADR. As required by the California Ethics Standards, Arbitration, Med-Arb, and Court Reference numbers are provided for the last 5 years; Mediation numbers are provided for the past 2 years. This Report also includes the detail required for Mediations per Standard 7. (Required additional case detail for Arbitrations, Med-Arbs and Court Reference cases are included in a separate report, JAMS Case Disclosure Report B (MKT016C). )

| | | | |
|---|---|---|---|
| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 | |

## Other Disclosures

N/A

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| | | |
|---|---|---|
| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |

## Defendant(s)

**Google LLC**

No Address Listed

**Relevant Cases heard with Google LLC**

Private Party vs. Private Party (JAMS Reference No. 1120014915)  -  Arbitration

Panelist Role:Discovery Referee

Case Result(s):  Settled prior to hearing - 06/16/2022

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Shawn D. Tillis, Esq. | Tillis Law Firm | CLAI | Private Party |
| John D. Winer, Esq. | Winer, Burritt & Scott, LLP | CLAI | Private Party |
| Katherine Huibonhoa, Esq. | Curley, Hurtgen & Johnsrud LLP | RESP | Google, Inc. |
| Claire A. Hoffmann, Esq. | Curley, Hurtgen & Johnsrud LLP | RESP | Google, Inc. |
| Cynthia M. Jara, Esq. | Curley, Hurtgen & Johnsrud LLP | RESP | Google, Inc. |
| John F. Hyland, Esq. | Rukin Hyland & Riggin LLP | RESP | Private Party |
| Brandon P. Rainey, Esq. | Curley, Hurtgen & Johnsrud LLP | RESP | Google, Inc. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

## Counsel for Defendant

**Alyssa G. Olson**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

### Relevant Cases heard with Alyssa G. Olson

| No Cases to Report |
|---|

**Carl Spilly**
**Quinn Emanuel Urquhart & Sullivan LLP**

1300 I Street NW
Suite 900
Washington, DC 20005

### Relevant Cases heard with Carl Spilly

| No Cases to Report |
|---|

**Crystal Nix-Hines**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

### Relevant Cases heard with Crystal Nix-Hines

| No Cases to Report |
|---|

**D. Seth Fortenberry**
**Quinn Emanuel Urquhart & Sullivan LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

### Relevant Cases heard with D. Seth Fortenberry

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |

**Jonathan Tse**
**Quinn Emanuel Urquhart & Sullivan LLP**

50 California St.
22nd Floor
San Francisco, CA 94111

**Relevant Cases heard with Jonathan Tse**

| No Cases to Report |

**Josef Ansorge**
**Quinn Emanuel Urquhart & Sullivan LLP**

1300 I Street NW
Suite 900
Washington, DC 20005

**Relevant Cases heard with Josef Ansorge**

| No Cases to Report |

**Joseph H. Margolies**
**Quinn Emanuel Urquhart & Sullivan LLP**

191 N. Wacker Dr.
Suite 2700
Chicago, IL 60606

**Relevant Cases heard with Joseph H. Margolies**

| No Cases to Report |

**Teuta Fani**
**Quinn Emanuel Urquhart & Sullivan LLP**

191 N. Wacker Dr.
Suite 2700
Chicago, IL 60606

**Relevant Cases heard with Teuta Fani**

| No Cases to Report |

**Tracy Gao**
**Quinn Emanuel Urquhart & Sullivan LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

### Relevant Cases heard with Tracy Gao

| No Cases to Report |
|---|

**Viola Trebicka**
**Quinn Emanuel Urquhart & Sullivan LLP**
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

### Relevant Cases heard with Viola Trebicka

| No Cases to Report |
|---|

**Andrew H. Schapiro**
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Ave.
22nd Floor
New York, NY 10010

### Relevant Cases heard with Andrew H. Schapiro

| No Cases to Report |
|---|

### Relevant Cases heard with Quinn Emanuel Urquhart & Sullivan, LLP

Private Party vs. Private Party (JAMS Reference No. 5100000850)  -  Arbitration

Panelist Role:Clerk

Case Result(s):  case on-going

| Representative Name | Representative Firm | P/D | Party/Parties Represented |
|---|---|---|---|
| Kenneth Rubinstein | Cohen, Tauber, Spievack & Wagner LLP | CLAI | Private Party & Private Party & Evolution VCP 90 LLC & NJF Capital Corp. |
| Michael Liftik | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Tribe Capital IV, LLC & Tribe SSG, LLC & Private Party |
| Ryan Gorman | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Tribe Capital IV, LLC & Tribe SSG, LLC & Private Party |
| Aliki Sofis, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Tribe Capital IV, LLC & Tribe SSG, LLC & Private Party |
| Kyle K. Batter, Esq. | Quinn Emanuel Urquhart & Sullivan LLP | RESP | Tribe Capital IV, LLC & Tribe SSG, LLC & Private Party |
| Jackson Davis | Cohen, Tauber, Spievack & Wagner LLP | CLAI | Private Party & Private Party & Evolution VCP 90 LLC & NJF Capital Corp. |

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Jomaire Crawford**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Jomaire Crawford**

| No Cases to Report |
|---|

**Stephen A. Broome**
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Ave.
22nd Floor
New York, NY 10010

**Relevant Cases heard with Stephen A. Broome**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

## Plaintiff(s)

**Chasom Brown**
No Address Listed

**Relevant Cases heard with Chasom Brown**

| No Cases to Report |
|---|

**Christopher Castillo**
No Address Listed

**Relevant Cases heard with Christopher Castillo**

| No Cases to Report |
|---|

**Jeremy Davis**
No Address Listed

**Relevant Cases heard with Jeremy Davis**

| No Cases to Report |
|---|

**Monique Trujillo**
No Address Listed

**Relevant Cases heard with Monique Trujillo**

| No Cases to Report |
|---|

**William Byatt**
No Address Listed

**Relevant Cases heard with William Byatt**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

## Counsel for Plaintiff

**Beko O. Reblitz-Richardson**
**Boies Schiller & Flexner LLP**
44 Montgomery St.
41st Floor
San Francisco, CA 94104

### Relevant Cases heard with Beko O. Reblitz-Richardson

| No Cases to Report |
|---|

**Hsiao C. Mao**
**Boies Schiller & Flexner LLP**
44 Montgomery St.
41st Floor
San Francisco, CA 94104

### Relevant Cases heard with Hsiao C. Mao

| No Cases to Report |
|---|

### Relevant Cases heard with Boies Schiller & Flexner LLP

| No Cases to Report |
|---|

**James Lee**
**Boies Schiller & Flexner LLP**
30 South Pearl St.
Albany, NY 12207

### Relevant Cases heard with James Lee

| No Cases to Report |
|---|

**Logan Wright**
**Boies Schiller & Flexner LLP**
725 S. Figueroa Street
31st Floor
Los Angeles, CA 90017

### Relevant Cases heard with Logan Wright

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Rossana Baeza**
**Boies Schiller & Flexner LLP**
100 SE Second Street
Suite 2800
Miami, FL 33131

**Relevant Cases heard with Rossana Baeza**

| No Cases to Report |
|---|

**John A. Yanchunis**
**Morgan & Morgan**
201 N Franklin St.
7th Floor
Tampa, FL 33602

**Relevant Cases heard with John A. Yanchunis**

| No Cases to Report |
|---|

**Relevant Cases heard with Morgan & Morgan**

| No Cases to Report |
|---|

**Michael F. Ram**
**Morgan & Morgan**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

**Relevant Cases heard with Michael F. Ram**

| No Cases to Report |
|---|

**Ryan J. McGee**
**Morgan & Morgan**
201 N Franklin St.
7th Floor
Tampa, FL 33602

**Relevant Cases heard with Ryan J. McGee**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Alex Frawley**
**Susman Godfrey LLP**

1000 Louisiana St.
Suite 5100
Houston, TX 77002-5096

**Relevant Cases heard with Alex Frawley**

| No Cases to Report |
|---|

**Amanda Bonn**
**Susman Godfrey LLP**

1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029

**Relevant Cases heard with Amanda Bonn**

| No Cases to Report |
|---|

**Bill Carmody**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Bill Carmody**

| No Cases to Report |
|---|

**Relevant Cases heard with Susman Godfrey LLP**

| No Cases to Report |
|---|

**Shawn J. Rabin**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Shawn J. Rabin**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**JAMS Relevant Case Disclosure, Report B (MKT016C)**

Brown, Chasom, et al. vs. Google, LLC

This report includes Disclosure of Activity in Relevant Cases (defined as Arbitration, Med-Arb, and Court Reference Cases) from 09/07/2018 to 09/07/2023. All branches of counsel firms are included. **Note this report does not include mediations , which are reflected in the General Disclosures, Report A.

| Panelist: Jayli Miller | Reference #: 1100116125 | 9/7/2023 |
|---|---|---|

**Steven M. Shepard**
**Susman Godfrey LLP**

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

**Relevant Cases heard with Steven M. Shepard**

| No Cases to Report |
|---|

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*
*\* "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*



# General Fee Schedule
*Jayli Miller, Esq.*
*Clerk*

## PROFESSIONAL FEES

**$500 per hour**
- Professional time (including additional hearing time, post-hearing follow-up and additional services rendered after the session) will be billed at the Clerk's hourly rate.
- Travel and lodging expenses will be billed at cost.

## CASE MANAGEMENT FEE
- 13% of Professional Fees
- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support.  Weekends and holidays are subject to additional charges.

- Hearing fees, including all applicable CMF, are non-refundable if time scheduled (or a portion thereof) is cancelled or continued within the cancellation period unless the Clerk's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced.  In all cases involving non-refundable time, the party causing the continuance or cancellation is responsible for the fees of all parties.
- A deposit request for anticipated preparation and follow-up time will be billed to the parties. Any unused portion will be refunded.
- Refund Policy: Overpayments are issued to the billing contact on the matter regardless of the paying party.
- All fees are due and payable by the due date stated in the confirmation letter.  Payment must be received in advance of services rendered. JAMS reserves the right to cancel your session if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.
- Receipt of payment for all fees is required prior to service of an arbitration order or award.
- For arbitrations arising out of employer-promulgated plans, the only fee that an employee may be required to pay is $400. The employer must bear the remainder of the employee's share of the Filing Fee and all Case Management Fees. Any questions or disagreements about whether a matter arises out of an employer-promulgated plan or an individually negotiated agreement or contract will be determined by JAMS, whose determination shall be final.
- For arbitrations arising out of pre-dispute arbitration clauses between companies and individual consumers, JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses, Minimum Standards of Procedural Fairness applies. In those cases, when a consumer (as defined by those Minimum Standards) initiates arbitration against the company, the only fee required to be paid by the consumer is $250. The company must bear the remainder of the consumer's share of the Filing Fee and all Case Management Fees.

JAMS agreement to render services is with the attorney, the party, and/or other representatives of the party.

**Sacramento • San Francisco • Santa Rosa • Silicon Valley • Walnut Creek**
www.jamsadr.com • Updated 6/26/2023

JAMS Access - Document Upload Confirmation & Proof of Service 

**Brown, Chasom, et al. vs. Google, LLC , JAMS reference number: 1100116125**

You have successfully uploaded the following document through JAMS Access:

**Document Uploaded By:** JAMS

**Date of Upload:** 9/12/2023

**Time of Upload:** 12:50 PM (PT)

**Document Title:** <span style="color:red">Clerk Disclosure Reports.pdf</span>

An email notification has been sent to the following individuals included on the JAMS Access Service List:

**JAMS :** Jayli Miller (jmiller@jamsadr.com);Elizabeth Laporte (elaporte@jamsadr.com);Scott Schreiber (sschreiber@jamsadr.com);

**Boies Schiller & Flexner LLP :** Beko Reblitz-Richardson (brichardson@bsfllp.com);Hsiao Mao (mmao@bsfllp.com);James Lee (jlee@bsfllp.com);Logan Wright (mwright@bsfllp.com);Rossana Baeza (rbaeza@bsfllp.com);

**Morgan & Morgan :** John Yanchunis (jyanchunis@forthepeople.com);Michael Ram (mram@forthepeople.com);Ryan McGee (rmcgee@forthepeople.com);

**Quinn Emanuel Urquhart & Sullivan LLP :** Alyssa Olson (alyolson@quinnemanuel.com);Carl Spilly (carlspilly@quinnemanuel.com);Crystal Nix-Hines (crystalnixhines@quinnemanuel.com);D. Fortenberry (sethfortenbery@quinnemanuel.com);Jonathan Tse (jonathantse@quinnemanuel.com);Josef Ansorge (josefansorge@quinnemanuel.com);Joseph Margolies (josephmargolies@quinnemanuel.com);Teuta Fani (teutafani@quinnemanuel.com);Tracy Gao (tracygao@quinnemanuel.com);Viola Trebicka (violatrebicka@quinnemanuel.com);

**Quinn Emanuel Urquhart & Sullivan, LLP :** Andrew Schapiro (andrewschapiro@quinnemanuel.com);Jomaire Crawford (jomairecrawford@quinnemanuel.com);Stephen Broome (stephenbroome@quinnemanuel.com);

**Susman Godfrey LLP :** Alex Frawley (afrawley@susmangodfrey.com);Amanda Bonn (abonn@susmangodfrey.com);Bill Carmody (bcarmody@susmangodfrey.com);Shawn Rabin (srabin@susmangodfrey.com);Steven Shepard (sshepard@susmangodfrey.com);

Other authorized users may also receive email notification of this record.

Future registered users added to the JAMS service list will also have access to this document.