| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>725 S. Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 629-9040<br>alanderson@bsfllp.com<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (CA Bar No. 326971)<br>crystalnixhines@quinnemauel.com<br>Rachael L. McCracken (CA Bar No. 252660)<br>rachaelmccracken@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL DEADLINES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: January 29, 2024 |

1 | Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on March 2, 2023, the Court issued its Case Management and Pretrial Order, which set trial for November 6, 2023. Dkt. 885.

WHEREAS, on September 7, 2023, the Court rescheduled trial to begin January 29, 2024. Dkt. 989.

WHEREAS, the Parties are currently scheduled to mediate this dispute on September 29, 2023.

WHEREAS, on September 11, 2023, in consideration of the revised trial date and upcoming mediation, the Parties reached agreement to modify certain pretrial deadlines.

NOW, THEREFORE, the Parties stipulate to the following deadlines:

| Date | Event |
| --- | --- |
| September 28, 2023 | Google's Opposition to Plaintiffs' Daubert Motion re: On Amir |
| October 6, 2023 | Joint Statement Confirming Parties' Review of and Compliance with the Court's Pretrial Setting Instructions |
| October 6, 2023 | Opposition to Plaintiffs' Motion to Exclude Google Witnesses |
| October 11, 2023 | Plaintiffs' Reply in support of Plaintiffs' Daubert Motion re: On Amir |
| October 13, 2023 | Deadline to Meet and Confer in Advance of Pretrial Conference |
| October 13, 2023, at 9:00 am | Compliance Deadline - to confirm counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. |
| October 17, 2023 | File unresolved Motions *in Limine* and Oppositions |
| October 17, 2023 | File Joint Pretrial Conference Statement |
| October 20, 2023 | Pre-Trial Binders with ECF headers to Court |
| October 20, 2032 | Plaintiffs' Reply in support of Plaintiffs' Motion to Exclude Google Witnesses |
| November 3, 2023, at 9:00 am | Pre-Trial Conference; Hearing on Daubert Motion(s) and Plaintiffs' Motion to Exclude Google Witnesses |

1

JOINT STIPULATION AND [PROPOSED]  
ORDER TO MODIFY PRETRIAL DEADLINES

CASE NO. 4:20-cv-03664-YGR-SVK

1  Dated:  September 13, 2023

2  BOIES SCHILLER FLEXNER LLP              QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
3

4     */s/ Mark C. Mao*                       */s/ Andrew H. Schapiro*

5  Mark C. Mao (CA Bar No. 236165)         Andrew H. Schapiro (admitted *pro hac vice*)
   mmao@bsfllp.com                         andrewschapiro@quinnemanuel.com
6  Beko Reblitz-Richardson (CA Bar No. 238027)  Teuta Fani (admitted *pro hac vice*)
   brichardson@bsfllp.com                  teutafani@quinnemanuel.com
7  44 Montgomery Street, 41st Floor        Joseph H. Margolies (admitted *pro hac vice*)
   San Francisco, CA 94104                 josephmargolies@quinnemanuel.com
8  Tel: (415) 293 6858                     191 N. Wacker Drive, Suite 2700
   Fax: (415) 999 9695                     Chicago, IL 60606
9                                          Tel: (312) 705-7400
   James W. Lee (*pro hac vice*)           Fax: (312) 705-7401
10 jlee@bsfllp.com
   Rossana Baeza (*pro hac vice*)          Stephen A. Broome (CA Bar No. 314605)
11 rbaeza@bsfllp.com                       stephenbroome@quinnemanuel.com
12 100 SE 2nd Street, Suite 2800           Viola Trebicka (CA Bar No. 269526)
   Miami, FL 33130                         violatrebicka@quinnemanuel.com
13 Tel: (305) 539-8400                     Crystal Nix-Hines (Bar No. 326971)
   Fax: (305) 539-1304                     crystalnixhines@quinnemanuel.com
14                                         Rachael L. McCracken (CA Bar No. 252660)
15 Alison L. Anderson (CA Bar No. 275334)  rachaelmccracken@quinnemanuel.com
   alanderson@bsfllp.com                   Alyssa G. Olson (CA Bar No. 305705)
16 M. Logan Wright (CA Bar No. 349004)     alyolson@quinnemanuel.com
   mwright@bsfllp.com                      865 S. Figueroa Street, 10th Floor
17 BOIES SCHILLER FLEXNER LLP              Los Angeles, CA 90017
   725 S. Figueroa St., 31st Floor         Tel: (213) 443-3000
18 Los Angeles, CA 90017                   Fax: (213) 443-3100
19 Telephone: (213) 629-9040
   Facsimile: (213) 629-9022               Diane M. Doolittle (CA Bar No. 142046)
20                                         dianedoolittle@quinnemanuel.com
21 Bill Carmody (*pro hac vice*)           Sara Jenkins (CA Bar No. 230097)
   bcarmody@susmangodfrey.com              sarajenkins@quinnemanuel.com
22 Shawn J. Rabin (*pro hac vice*)         555 Twin Dolphin Drive, 5th Floor
   srabin@susmangodfrey.com                Redwood Shores, CA 94065
23 Steven Shepard (*pro hac vice*)         Telephone: (650) 801-5000
   sshepard@susmangodfrey.com              Facsimile: (650) 801-5100
24 Alexander P. Frawley (*pro hac vice*)
25 afrawley@susmangodfrey.com              Jomaire A. Crawford (admitted *pro hac vice*)
   SUSMAN GODFREY L.L.P.                   jomairecrawford@quinnemanuel.com
26 1301 Avenue of the Americas, 32nd Floor D. Seth Fortenbery (admitted *pro hac vice*)
   New York, NY 10019                      sethfortenbery@quinnemanuel.com
27 Tel: (212) 336-8330                     51 Madison Avenue, 22nd Floor

28                                          2

JOINT STIPULATION AND [PROPOSED]                            CASE NO. 4:20-cv-03664-YGR-SVK
ORDER TO MODIFY PRETRIAL DEADLINES

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 222-4736

Michael F. Ram (CA Bar No. 104805)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

  *Attorneys for Plaintiffs*

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendant Google LLC*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL DEADLINES. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: September 13, 2023                   By  */s/ Mark C. Mao*
                                                Mark C. Mao
                                                *Counsel on behalf of Plaintiffs*

# [PROPOSED] ORDER

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** the following pretrial dates be set:

| Date | Event |
|---|---|
| September 28, 2023 | Google's Opposition to Plaintiffs' Daubert Motion re: On Amir |
| October 6, 2023 | Joint Statement Confirming Parties' Review of and Compliance with the Court's Pretrial Setting Instructions |
| October 6, 2023 | Opposition to Plaintiffs' Motion to Exclude Google Witnesses |
| October 11, 2023 | Plaintiffs' Reply in support of Plaintiffs' Daubert Motion re: On Amir |
| October 13, 2023 | Deadline to Meet and Confer in Advance of Pretrial Conference |
| October 13, 2023, at 9:00 am | Compliance Deadline - to confirm counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. |
| October 17, 2023 | File unresolved Motions *in Limine* and Oppositions |
| October 17, 2023 | File Joint Pretrial Conference Statement |
| October 20, 2023 | Pre-Trial Binders with ECF headers to Court |
| October 20, 2032 | Plaintiffs' Reply in support of Plaintiffs' Motion to Exclude Google Witnesses |
| November 3, 2023, at 9:00 am | Pre-Trial Conference; Hearing on Daubert Motion(s) and Plaintiffs' Motion to Exclude Google Witnesses |

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge