UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Material Should be Sealed regarding Plaintiffs' Notice of Motion and Motion to Exclude Certain Google Employee Witnesses (Dkt. 991) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Notice of Motion and Motion to Exclude Certain Google Employee Witnesses<br><br>Page 7:2<br><br>Google joins Plaintiffs' motion to seal in PART with respect to this document. | Margolies Declaration ¶¶ 3-4 | |
| Exhibit 1 to Frawley Declaration – Combined Witness List<br><br>Pages 14:16<br><br>Google joins Plaintiffs' motion to seal in PART with respect to this document. | Margolies Declaration ¶¶ 3-4 | |
| Exhibit 9 to Frawley Declaration – Combined Witness List<br><br>Pages 14:16<br><br>Google joins Plaintiffs' motion to seal in PART with respect to this document. | Margolies Declaration ¶¶ 3-4 | |

**SO ORDERED.**

DATED: _____    _____
                                                    HON. YVONNE GONZALEZ ROGERS
                                                    United States District Judge

1    Case No. 4:20-cv-03664-YGR-SVK
[PROPOSED] ORDER GRANTING MOTION TO SEAL