# EXHIBIT 1

# Redacted Version of Document Sought to be Sealed

**DRAFT**

BOIES SCHILLER FLEXNER LLP
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
Bill Carmody
(*pro hac vice*)
bcarmody@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel
listed in signature blocks below*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant; additional counsel
listed in signature blocks below*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**[DRAFT] WITNESS LIST**

Judge: Hon. Yvonne Gonzalez Rogers
Courtroom 1 – 4th Floor
Date: October 13, 2023
Time: 9:00 a.m.

Pursuant to the Court's March 3, 2023 Order (Dkt. 885), the Court's September 29, 2022 Standing Order Re: Pretrial Instructions in Civil Cases, and in advance of the Pretrial Conference set for October 13, 2023 at 9:00 a.m., Plaintiffs and Defendant Google LLC submit this witness list identifying (1) all fact witnesses likely to be called at trial other than solely for impeachment or rebuttal, and (2) all expert witnesses. Primary witnesses are identified with an asterisk next to their name. These lists are not a commitment that the either of the parties will in fact call any particular witness at trial but rather reflect a good-faith effort by the parties to identify witnesses they presently anticipate they will (or in some limited cases may) call to testify at trial in this matter, as well as the manner in which the witnesses will appear (*i.e.*, live or by deposition).

## A.   PLAINTIFFS' FACT WITNESS LIST

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Chasom Brown* | Live / Expect to Call | As one of the appointed class representatives and also as a plaintiff seeking damages individually, Mr. Brown will testify about his experience with private browsing, Google's conduct, and damages.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| William Byatt* | Live / Expect to Call | As one of the appointed class representatives and also as a plaintiff seeking damages individually, Mr. Byatt will testify about his experience with private browsing, Google's conduct, and damages.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Christopher Castillo* | Live / Expect to Call | As one of the appointed class representatives and also as a plaintiff seeking damages individually, Mr. Castillo will testify about his experience with private browsing, Google's conduct, and damages.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Jeremy Davis* | Live / Expect to Call | As one of the appointed class representatives and also as a plaintiff seeking damages individually, Mr. Davis will testify about his experience with private browsing, Google's conduct, and damages.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Monique Trujillo* | Live / Expect to Call | As one of the appointed class representatives and also as a plaintiff seeking damages individually, Ms. Trujillo will testify about her experience with private browsing, Google's conduct, and damages.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Chris Palmer* | Live / Expect to Call | Mr. Palmer is a Google employee based in the Bay Area who was deposed in this case. Plaintiffs expect to question Mr. Palmer about internal Google communications and documents concerning Incognito and other private browsing modes, including for example Mr. Palmer's description of Incognito as "a lie" and a "problem of professional ethics basic honesty."<br><br>Estimated length of Plaintiffs' direct: 150 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

CASE NO. 4:20-cv-03664-YGR-SVK

WITNESS LIST

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Parisa Tabriz* | Live / Expect to Call | Ms. Tabriz is a Google executive based in the Bay Area.  Plaintiffs expect to question Ms. Tabriz regarding internal Google discussions to address known misconceptions with private browsing, including for example her email stating that Google "should address" the "problems" with Incognito identified by Mr. Palmer, where Google then failed to actually address those known problems.<br><br>Estimated length of Plaintiffs' direct: 45 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Sabine Borsay* | Live / Expect to Call | Ms. Borsay is a Google employee based in Germany who was deposed in this case.  Plaintiffs expect to question Ms. Borsay at trial regarding internal discussions within Google to address known misconceptions with private browsing, including for example her recognition that Google operates without consent when it collects, stores, and uses private browsing data.<br><br>Estimated length of Plaintiffs' direct: 60 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Lorraine Twohill* | Live / Expect to Call | Ms. Twohill is a Google executive based in the Bay Area who was deposed in this case.  Plaintiffs expect her to question Ms. Twohill at trial about internal discussions to rebrand Incognito as well as known problems regarding Incognito, including her email to Mr. Pichai stating that Incognito is "not truly private."<br><br>Estimated length of Plaintiffs' direct: 45 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Blake Lemoine | Live / May Call | Mr. Lemoine is a former Google employee based in the Bay Area.  Plaintiffs may call Mr. Lemoine as a witness to testify at trial about Google's collection and use of private browsing information, including without limitation for various AI-based algorithms, and also regarding Google's internal processes in connection with documenting and addressing problems.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Brian Rakowski | Live / May Call | Mr. Rakowski is a Google employee based in the Bay Area who was deposed in this case. Plaintiffs may call Mr. Rakowski as a witness to testify at trial regarding Google's development of Incognito mode and Google's failure to address known misconceptions with private browsing, with Google intentionally collecting, storing, and using private browsing information for Google's own financial benefit without consent.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Rory McClelland | Live / May Call | Mr. McClelland is a former Google employee based in Europe who was deposed in this case. Plaintiffs may call Mr. McClelland to testify at trial (live or if necessary by deposition), both to present documents and certain admissions regarding Google's failure to address known misconceptions surrounding Incognito mode, with Google executives rejecting certain proposed changes.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| AbdelKarim Mardini | Live / May Call | Mr. Mardini is a Google employee based in France who was deposed in this case. Plaintiffs may call Mr. Mardini as a witness to testify at trial (live or if necessary by deposition) regarding internal Google documents and admissions about Google's failure to address known misconceptions surrounding Incognito. <br><br> Estimated length of Plaintiffs' direct: 30 minutes <br><br> Estimated length of Google's cross: [To be added by Google] |
| Ramin Halavati | Live / May Call | Mr. Halavati is a Google employee based in Germany who was deposed in this case. Plaintiffs may call Mr. Halavati as a witness at trial (live or if necessary by deposition) to testify regarding certain internal Google documents and admissions regarding known misconceptions around Incognito mode and Google's failure to address those known misconceptions. <br><br> Estimated length of Plaintiffs' direct: 30 minutes <br><br> Estimated length of Google's cross: [To be added by Google] |
| Adrienne Porter Felt | Live / May Call | Ms. Porter Felt is a Google employee based in the Bay Area who was deposed in this case. Plaintiffs may call Ms. Porter Felt as a witness to testify at trial regarding certain internal Google documents and admissions regarding known misconceptions around Incognito mode and Google's failure to address those known misconceptions. <br><br> Estimated length of Plaintiffs' direct: 30 minutes <br><br> Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Martin Shelton | Live / May Call | Mr. Shelton is a former Google employee based in the Bay Area who was deposed in this case. Plaintiffs may call Mr. Shelton to testify at trial (live or if necessary by deposition), both to present documents and certain admissions regarding Google's failure to address known misconceptions around Incognito mode.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Greg Fair | Live / May Call | Mr. Fair is a former Google employee based in the Bay Area who was deposed in this case. Plaintiffs may call Mr. Fair to testify at trial (live or if necessary by deposition), both to present documents and certain admissions regarding Google's failure to address known misconceptions around Incognito mode.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Sammit Adhya | Live / May Call | Mr. Adhya is a Google employee based in the Bay Area who was deposed in this case. Plaintiffs may call Mr. Adhya to testify at trial (live or if necessary by deposition), both to present documents and certain admissions regarding Google's failure to address known misconceptions around Incognito mode.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Michael Kleber | Deposition / May Call | Mr. Kleber is a Google employee based in Massachusetts who was deposed in this case. Plaintiffs may present portions of Mr. Kleber's deposition testimony at trial, both to present documents and certain admissions regarding Google's failure to respect users' privacy, including by rejecting proposed changes to Incognito mode.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Helen Harris | Live / May Call | Ms. Harris is a former Google employee based in the Bay Area who was a document custodian in this case. If the parties are unable to agree to the admission of certain documents produced from her files, then Plaintiffs may seek to have Ms. Harris testify at trial.<br><br>Estimated length of Plaintiffs' direct: 5 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Jesse Adkins | Deposition / May Call | Mr. Adkins is a current Google employee based in Pennsylvania who was designated and deposed as a corporate representative in this case. Plaintiffs may present portions of Mr. Adkins' deposition testimony at trial for admissions concerning what information Google collects, saves, and uses from users who visit non-Google websites with Google tracking or advertising code.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Stephen Chung | Deposition / May Call | Mr. Chung is a current Google employee based in Los Angeles who was designated and deposed as a corporate representative in this case. Plaintiffs may present portions of Mr. Chung's deposition testimony at trial regarding how common Google's tracking and advertising code is on non-Google websites, and also what information Google collects, saves, and uses from users who visit non-Google websites with Google tracking or advertising code.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Glenn Berntson | Deposition / May Call | Dr. Berntson is a current Google employee based in New York who was designated and deposed as a corporate representative, as well as a fact witness, in this case. Plaintiffs may present portions of Dr. Berntson's testimony at trial, both to present documents and for admissions concerning what information Google collects, saves, and uses from users who visit non-Google websites with Google tracking or advertising code.<br><br>Estimated length of Plaintiffs' direct: 30 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Bert Leung | Live / Expect to Call | Mr. Leung is a current Google employee based in the Bay Area who was deposed in this case. Plaintiffs expect to call Mr. Leung to testify at trial, both to present documents and for admissions concerning Google's collection, storage, and use of private browsing information, including with respect to Google's use of undisclosed detection bits.<br><br>Estimated length of Plaintiffs' direct: 20 minutes<br><br>Google is precluded from eliciting testimony from Mr. Leung (Dkt. 588). |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Chris Liao | Live / Expect to Call | Mr. Liao is a current Google employee based in the Bay Area who was deposed in this case. Plaintiffs expect to call Mr. Liao to testify at trial, both to present documents and for admissions concerning Google's collection, storage, and use of private browsing information, including with respect to Google's use of undisclosed detection bits.<br><br>Estimated length of Plaintiffs' direct: 20 minutes<br><br>Google is precluded from eliciting testimony from Mr. Liao (Dkt. 588). |
| Mandy Liu | Live / Expect to Call | Ms. Liu is a current Google employee based in Canada who was deposed in this case. Plaintiffs expect to call Ms. Liu to testify at trial (live or if necessary by deposition), both to present documents and for admissions concerning Google's collection, storage, and use of private browsing information, including with respect to Google's use of undisclosed detection bits.<br><br>Estimated length of Plaintiffs' direct: 20 minutes<br><br>Google is precluded from eliciting testimony from Mr. Liu (Dkt. 588). |
| David Monsees | Live / Expect to Call | Mr. Monsees is a current Google employee based in the Bay Area who was deposed in this case. Plaintiffs may seek to have Mr. Monsees testify at trial concerning what information Google collects, saves, and uses from users who interact with Chrome before visiting websites, as well as how Google collects, saves, and uses information from users who visit non-Google websites with Google tracking or advertising code.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Caitlin Sadowski | Live / May Call | Dr. Sadowski is a current Google employee based in the Bay Area who was designated and deposed as a corporate representative in this case. Plaintiffs may call Dr. Sadowski to testify at trial in part to admit certain documents, if the parties are unable to otherwise stipulate to the admission of those documents.<br><br>Estimated length of Plaintiffs' direct: 10 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Justin Schuh | Deposition / May Call | Mr. Schuh is a former Google employee who was deposed in this case.  Plaintiffs may present portions of Mr. Schuh's deposition testimony at trial, both to present documents and to demonstrate the feasibility of Chrome blocking third-party cookies by default, as well as what information Google collects, saves, and uses from users who visit non-Google websites with Google tracking or advertising code.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Sonal Singhal | Deposition / May Call | Ms. Singhal is a current Google employee based in the Bay Area who was designated and deposed as a corporate representative in this case. Plaintiffs may seek to play certain deposition testimony at trial, including regarding Google's costs.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Deepti Bhatnagar | Deposition / May Call | Ms. Bhatnagar is a current Google employee based in New York who was deposed in this case. Plaintiffs may present portions of Ms. Bhatnagar's deposition testimony at trial, both to present documents and for admissions concerning what information Google collects, saves, and uses from users who visit non-Google websites with Google tracking or advertising code.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Troy Walker | Deposition / May call | Mr. Walker is a Google employee based in Los Angeles, California. Plaintiffs may present portions of Mr. Walker's deposition testimony at trial, both to present documents and for admissions concerning Google's Screenwise program.<br><br>Estimated length of Plaintiffs' direct: 10 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Audrey An | Deposition / May Call | Ms. An is a Google employee based in Munich, Germany who was designated and deposed as a corporate representative in this case. Plaintiffs may present portions of Ms. An's deposition testimony at trial, both to present documents and for admissions concerning how Google values information that Google collects, saves, and uses from users who visit non-Google websites with Google tracking or advertising code.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Chetna Bindra | Live / May Call | Ms. Bindra is a Google employee based in the Bay area who was deposed in the *Calhoun* case. Plaintiffs may call Ms. Bindra to testify about how Google monetizes and values data that it collects, stores, and uses.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Jonathan McPhie | Live / May Call | Mr. McPhie is a current Google employee based in the Bay Area who was deposed in this case. Plaintiffs may call Mr. McPhie to present certain documents, including documents regarding the form contract and disclosures by Google.<br><br>Estimated length of Plaintiffs' direct: 15 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Google Document Custodian | Live / May Call | If necessary and subject to negotiation with Google, Plaintiffs may call a Google document custodian for purposes of presenting certain documents.<br><br>Estimated length of Plaintiffs' direct: 5 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

**B.      PLAINTIFFS' EXPERT WITNESS LIST**

Pursuant to Paragraph 3(d) of the Court's September 29, 2022 Standing Order Re: Pretrial Instructions in Civil Cases, Plaintiffs provide information below regarding the experts they expect to call at trial.  For each expert, a summary plainly stating the expert's theories and conclusions and the basis therefore is included in each of the expert reports, which are included with this submission along with a curriculum vitae, and will be included in the Trial Readiness Binder.

| Expert Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Bruce Schneier* | Live / Expect to Call | Professor Bruce Schneier, a lecturer and fellow at the Harvard Kennedy School, is a security technologist who researches, writes, and speaks about computer security and Internet security, as well as the economic, psychological, and sociological aspects of security and privacy. Professor Schneier studies user behavior and human factors related to security and privacy, and his 2014 book Data and Goliath explores people's relationship with privacy and their behaviors regarding privacy. Professor Schneier will provide context for the existence of reasonable expectations of privacy in connection with private browsing communications, and why Google's collection, storage, and use of that information is highly offensive. For example, Professor Schneier will address the value of user data and describe how the need for privacy has grown as corporate surveillance becomes more widespread. Professor Schneier will also describe why browsing information is highly personal and sensitive, and he will explain how Google's storage of users' private browsing data puts users at risk.<br><br>Estimated length of Plaintiffs' direct: 120 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

| Expert Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Jonathan Hochman* | Live / Expect to Call | Jonathan Hochman is the founder of Hochman Consultants, an agency that provides clients with online security, ecommerce, and advertising services. He is also a current PhD student at Yale University in the Department of Computer Science, where he serves as a Teaching Fellow and is a member of the Yale Applied Cryptography Laboratory. Among other topics, Mr. Hochman will testify about the technical processes by which Google, on a classwide basis, collects, stores, and uses private browsing information, including for purposes of monetizing that private browsing information. Mr. Hochman will also describe the nature and contents of the private browsing information uniformly collected by Google and explain how the data is tied to unique identifiers and other information about users. In addition, having analyzed the data that Google produced to Plaintiffs through the Special Master process, Mr. Hochman will explain how Google systematically collects and tracks private browsing activity, where Google's Incognito "detection bits" (the subject of the Court's prior sanctions orders) reliably detected Incognito traffic with ███ accuracy. Using the same data from the Special Master process, Mr. Hochman will explain how, for all Class Members, private browsing data is identifying. <br><br> Estimated length of Plaintiffs' direct: 180 minutes <br><br> Estimated length of Google's cross: [To be added by Google] |

| Expert Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Mark Keegan* | Live / Expect to Call | Mark Keegan is a survey expert who has personally conducted over 1,000 consumer surveys reaching more than 250,000 consumers. For this case, Mr. Keegan conducted two surveys of people who used one or more of the private browsing modes at issue (Chrome, Safari, Edge, and Internet Explorer) during the Class Period. Mr. Keegan's first survey provides inputs for Plaintiffs' damages models. Mr. Keegan's second survey provides common evidence demonstrating that, based on their experience and review of certain disclosures (including the Incognito Splash Screen for Incognito users), 93.1% of users did not understand or believe that they consented to Google's collection and storage of their private browsing data.<br><br>Estimated length of Plaintiffs' direct: 60 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |
| Michael Lasinski* | Live / Expect to Call | Michael Lasinski is a Certified Public Accountant with twenty-eight years of experience evaluating the financial aspects of intellectual property for government entities, corporations, and law firms. Mr. Lasinski will testify about both of his damages models, where he (1) quantified the amount by which Google was unjustly enriched from its collection and use of the at-issue private browsing data, and (2) valued Plaintiffs' private browsing data by way of a Google program where Google paid users to track their activity. Mr. Lasinski will also testify about how statutory damages can be calculated for the Plaintiffs' individual damages claims.<br><br>Estimated length of Plaintiffs' direct: 120 minutes<br><br>Estimated length of Google's cross: [To be added by Google] |

CASE NO. 4:20-cv-03664-YGR-SVK

WITNESS LIST

C.    **GOOGLE'S FACT WITNESS LIST**

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Glenn Berntson | Live / Expect to Call | Dr. Berntson will testify about how Google Ad Manager works, how the Incognito cookie jar works, the information Google Ad Manager receives when a user is in Incognito and factors that affect receipt of information, information Google Ad Manager receives when a user is in private browsing and factors that affect receipt of information, how Google does not join authenticated data with unauthenticated data, and other subjects discussed at his depositions or in his declarations.<br><br>Estimated length of Google's direct: 90 minutes<br><br>Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Steve Ganem | Live / Expect to Call | Mr. Ganem will testify about how Google Analytics works and the benefits to its customers, the information Google Analytics receives from users who are browsing in Incognito and in private browsing, the factors that affect whether Google receives certain pieces of information, and other subject matters discussed at his depositions or in his declarations.<br><br>Estimated length of Google's direct: 30 minutes<br><br>Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Greg Fair | Live / Expect to Call | Mr. Fair will testify about the Google Terms of Service, Privacy Policy, Help Center disclosures, and Private Browsing Mode screens, Google's consent process, striking the right balance in preparing and making disclosures and Google's efforts to do so, and other subject matters discussed at his depositions or in his declarations.<br><br>Estimated length of Google's direct: 30 minutes<br><br>Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Jonathan McPhie | Live / Expect to Call | Mr. McPhie will testify about the Google Terms of Service, Privacy Policy, help center disclosures, and Private Browsing Mode screens, Google's consent process, how Incognito mode provides privacy, striking the right balance in preparing disclosures and Google's efforts to do so, Google's efforts to make the privacy policy as clear and |

CASE NO. 4:20-cv-03664-YGR-SVK

WITNESS LIST

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| | | understandable as possible for users, and other subject matters discussed at his depositions or in his declarations. Estimated length of Google's direct: 30 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Adriana Porter Felt | Live / Expect to Call | Dr. Felt will testify about how Chrome works, how Incognito works, the information third party resources receive when a user visits a website and the purpose of sending that information, and other subject matters discussed at her depositions. Estimated length of Google's direct: 90 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Caitlin Sadowski | Live / Expect to Call | Dr. Sadowski may testify about how Chrome works, how Incognito works, Chrome metrics, and that UMA data is not joined to Google accounts, and other subject matters discussed at her deposition. Estimated length of Google's direct: 30 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| George Levitte | Live / May Call | Mr. Levitte may testify about the way Google earns revenue from Google Ad Manager and other subject matters discussed at his depositions or in his declarations. Estimated length of Google's direct: 30 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Rory McClelland | Deposition/May Call | Mr. McClelland may testify about data Google receives and stores while from private browsing sessions and other subject matters discussed at his deposition. Estimated length of Google's direct: 10 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| William Byatt | Live / May Call | Mr. Byatt is an appointed class representative. Google expects to question Mr. Byatt about his usage of Incognito |

CASE NO. 4:20-cv-03664-YGR-SVK

**WITNESS LIST**

| Witness Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| | | mode and other private browsing modes and his alleged harm. Estimated length of Google's direct: 15 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Jeremy Davis | Live / May Call | Mr. Davis is an appointed class representative. Google expects to question Mr. Davis about his usage of Incognito mode and other private browsing modes and his alleged harm. Estimated length of Google's direct: 15 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Christopher Castillo | Live / May Call | Mr. Castillo is an appointed class representative. Google expects to question Mr. Castillo about his usage of Incognito mode and other private browsing modes and his alleged harm. Estimated length of Google's direct: 15 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Chasom Brown | Live / May Call | Mr. Brown is an appointed class representative. Google expects to question Mr. Brown about his usage of Incognito mode and other private browsing modes and his alleged harm. Estimated length of Google's direct: 15 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Monique Trujillo | Live / May Call | Ms. Trujillo is an appointed class representative. Google expects to question Ms. Trujillo about her usage of Incognito mode and other private browsing modes and her alleged harm. Estimated length of Google's direct: 15 minutes Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |

**D.    GOOGLE'S EXPERT WITNESS LIST**

Pursuant to Paragraph 3(d) of the Court's September 29, 2022 Standing Order Re: Pretrial Instructions in Civil Cases, Google provides information below regarding the experts it expects to call at trial.  For each expert, a summary plainly stating the expert's theories and conclusions and the basis therefore is included in each of the expert reports, which are included with this submission along with a curriculum vitae, and will be included in the Trial Readiness Binder.

| Expert Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Georgios Zervas | Live / Expect to Call | Dr. Zervas will testify about how the internet works, how private browsing works, the transmissions to Google Services while a user is in a PBM, that PBM works exactly how Google discloses it, and about other subject matters discussed at his deposition or in his expert reports. <br><br> Estimated length of Google's direct: 120 minutes <br><br> Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Kostas Psounis | Live / Expect to Call | Dr. Psounis will testify that Google does not join authenticated with unauthenticated data, that Google does not join PBM data with Google profiles; will rebut Mr. Hochman's opinions related to logs and bits, and other subject matters discussed at his deposition or in his expert reports. <br><br> Estimated length of Google's direct: 60 minutes <br><br> Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| On Amir | Live / Expect to Call | Dr. Amir will testify that, based on surveys conducted, consumers expect that companies that provide analytics and advertising services to websites visited, including Google, receive data such as IP address, URLs of the sites visited, and cookies from consumers' private browsing sessions, that the average consumer would use Chrome in Incognito mode to do online research on a sensitive topic even if the Incognito Screen specifically listed Google, that Mr. Schneier and Mr. Keegan's opinions about consumer expectations and Keegan's survey are flawed, and other subject matters discussed at his deposition or in his expert reports. <br><br> Estimated length of Google's direct: 30 minutes <br><br> Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |

| Expert Name | Manner | Substance of Testimony & Time Estimate |
|---|---|---|
| Bruce Strombom | Live / Expect to Call | Mr. Strombom will testify that Plaintiffs' damages model, including Mr. Lasikski's opinions, are flawed, and about other subject matters discussed at his deposition or in his expert reports.<br><br>Estimated length of Google's direct: 30 minutes<br><br>Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |
| Paul Schwartz | Live / Expect to Call | Mr. Schwartz will testify that Mr. Hochman and Mr. Schneier's opinions about PI, PII, Identifying, and Non-Identifying Data are flawed and about other subject matters discussed at his deposition or in his expert reports.<br><br>Estimated length of Google's direct: 15 minutes<br><br>Estimated length of Plaintiffs' cross: [To be added by Plaintiffs] |

DATED: _____, 2023

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *DRAFT*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

DATED: _____, 2023

BOIES SCHILLER FLEXNER LLP

By: /s/ *DRAFT*
David Boies (*pro hac vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com

CASE NO. 4:20-cv-03664-YGR-SVK

WITNESS LIST

1    Telephone: (213) 443-3000
     Facsimile: (213) 443-3100

2    Jomaire Crawford (admitted *pro hac vice*)
     jomairecrawford@quinnemanuel.com
3    D. Seth Fortenbery (admitted *pro hac vice*)

4    sethfortenbery@quinnemanuel.com
     51 Madison Avenue, 22nd Floor
     New York, NY 10010
5    Telephone: (212) 849-7000
     Facsimile: (212) 849-7100

6    Josef Ansorge (admitted *pro hac vice*)
     josefansorge@quinnemanuel.com
7    Xi ("Tracy") Gao (CA Bar No. 326266)
     tracygao@quinnemanuel.com
8    Carl Spilly (admitted *pro hac vice*)
     carlspilly@quinnemanuel.com
     1300 I Street NW, Suite 900
9    Washington D.C., 20005
     Telephone: (202) 538-8000
10   Facsimile: (202) 538-8100

11   Jonathan Tse (CA Bar No. 305468)
     jonathantse@quinnemanuel.com
     50 California Street, 22nd Floor
12   San Francisco, CA 94111
     Telephone: (415) 875-6600
13   Facsimile: (415) 875-6700

14   *Attorneys for Defendant Google LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (813) 482-4814

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs*

CASE NO. 4:20-cv-03664-YGR-SVK
**WITNESS LIST**

## ATTESTATION

I, [Name], hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


DATED:   September 28, 2023                    By:     */s/ DRAFT*