# EXHIBIT 6

# Unredacted

| Name | Organizational Division | Name of Manager | Title |
| --- | --- | --- | --- |
| Aaron Tagliaboschi | Platforms + Ecosystems | Mike Taylor | Software Engineer |
| Alex Turner | Platforms + Ecosystems | Josh Karlin | Software Engineer |
| Andrew Paseltiner | Google Ads | Josh Karlin | Software Engineer |
| Asanka Herath | Platforms + Ecosystems | Paul Jensen | Software Engineer |
| Russ Hamilton | Google Ads | Paul Jensen | Software Engineer |
| Steven Bingler | Platforms + Ecosystems | Mike Taylor | Software Engineer |
| Brooke Pearson | Platforms + Ecosystems | Justin Schuh | Security Program Manager |
| Cammie Smith Barnes | Platforms + Ecosystems | Josh Karlin | Software Engineer |
| Caleb Raitto | Platforms + Ecosystems | Paul Jensen | Software Engineer |
| Chris Fredrickson | Platforms + Ecosystems | Kaustubha Govind | Software Engineer |
| Lily Chen | Platforms + Ecosystems | Mike Taylor | Software Engineer |
| Charlie Harrison | Platforms + Ecosystems | Brad Lassey | Software Engineer |
| David Benjamin | Platforms + Ecosystems | Brad Lassey | Software Engineer |
| David Van Cleve | Platforms + Ecosystems | Kaustubha Govind | Software Engineer |
| Dan McArdle | Platforms + Ecosystems | Kaustubha Govind | Software Engineer |
| Dylan Cutler | Platforms + Ecosystems | Kaustubha Govind | Software Engineer |
| Eric Orth | Platforms + Ecosystems | Kaustubha Govind | Software Engineer |
| Josh Karlin | Platforms + Ecosystems | Brad Lassey | Software Engineer |
| John Delaney | Platforms + Ecosystems | Josh Karlin | Software Engineer |
| Justin Schuh | Platforms + Ecosystems | Parisa Tabriz | Director |
| Kaustubha Govind | Platforms + Ecosystems | Brad Lassey | Software Engineering Manager |
| Michael Kleber | Platforms + Ecosystems | Justin Schuh | Ads Ecosystem Engineer |
| Brad Lassey | Platforms + Ecosystems | Justin Schuh | Engineering Manager |
| Mike Taylor | Platforms + Ecosystems | Brad Lassey | Engineering Manager |
| Matt Menke | Platforms + Ecosystems | Paul Jensen | Software Engineer |
| Maks Orlovich | Platforms + Ecosystems | Paul Jensen | Software Engineer |
| Paul Jensen | Platforms + Ecosystems | Brad Lassey | Software Engineer |
| Qingxin Wu | Platforms + Ecosystems | Paul Jensen | Software Engineer |
| Shivani Sharma | Platforms + Ecosystems | Josh Karlin | Software Engineer |
| Shuran Huang | Google Ads | Kaustubha Govind | Software Engineer |
| Steven Valdez | Platforms + Ecosystems | Kaustubha Govind | Software Engineer |
| Tao Liao | Google Ads | Josh Karlin | Software Engineer |

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              GOOG-BRWN-00023909

| Name | Organizational Division | Name of Manager | Title |
|---|---|---|---|
| Yao Xiao | Platforms + Ecosystems | Josh Karlin | Software Engineer |
| Adam Trudeau-Arcaro | Platforms + Ecosystems | Antoine Boivin Filion | Software Developer |
| Ali Juma | Platforms + Ecosystems | Rohit Rao | Software Engineer |
| Akancha Gupta | Platforms + Ecosystems | Benj Azose | Product Analyst, Data Science |
| Antoine Boivin Filion | Platforms + Ecosystems | Adrienne Porter Felt | Software Engineering Manager |
| Alexei Svitkine | Platforms + Ecosystems | Adrienne Porter Felt | Software Developer |
| Jon Azose | Platforms + Ecosystems | Ji Chen | Data Scientist |
| Benj Azose | Platforms + Ecosystems | Caitlin Sadowski | Product Analyst |
| Brian White | Platforms + Ecosystems | Alexei Svitkine | Software Engineer & Unofficial SRE |
| Caitlin Fischer | Platforms + Ecosystems | Alexei Svitkine | Software Developer |
| Carlos Knippschild | Platforms + Ecosystems | Dmitry Titov | Software Engineer |
| Cheick Cisse | Platforms + Ecosystems | Sébastien Séguin-Gagnon | Software Developer |
| Cathy Li | Platforms + Ecosystems | Dmitry Titov | Software Engineer |
| Sixing Chen | Platforms + Ecosystems | Ji Chen | Data Scientist, Engineering |
| Justin DeWitt | Platforms + Ecosystems | Dmitry Titov | Software Engineer |
| Dmitry Titov | Platforms + Ecosystems | Adrienne Porter Felt | Software Engineer |
| David Jean | Platforms + Ecosystems | Éric Noyau | Software Engineer |
| Ed Chin | Platforms + Ecosystems | Rohit Rao | Software Engineer |
| Ehsan Kia | Platforms + Ecosystems | Alexei Svitkine | Software Engineer |
| Eugene But | Platforms + Ecosystems | Rohit Rao | Software Engineer |
| Ewann Pellé | Research | Gauthier Ambard | Software Engineering Apprentice |
| Adrienne Porter Felt | Platforms + Ecosystems | Max Christoff | Engineering Director |
| Jonathan Freed | Platforms + Ecosystems | Dmitry Titov | Software Engineer |
| Gauthier Ambard | Platforms + Ecosystems | Éric Noyau | Software Engineer |
| Gayane Petrosyan | Platforms + Ecosystems | Sébastien Séguin-Gagnon | Software Developer |
| Ganggui Tang | Platforms + Ecosystems | Antoine Boivin Filion | Software Developer |
| Guillaume Jenkins | Platforms + Ecosystems | Sébastien Séguin-Gagnon | Software Developer |

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                         GOOG-BRWN-00023910

| Name | Organizational Division | Name of Manager | Title |
| --- | --- | --- | --- |
| Dan Harrington | Platforms + Ecosystems | Dmitry Titov | Software Engineer |
| Steven Holte | Platforms + Ecosystems | Ilya Sherman | Software Engineer |
| Ilya Sherman | Platforms + Ecosystems | Caitlin Sadowski | Software Engineer |
| Ian Wells | Platforms + Ecosystems | Dmitry Titov | Software Engineer |
| Javier | Platforms + Ecosystems | Gauthier Ambard | Software Engineer |
| Jeffrey Cohen | Platforms + Ecosystems | Ramya Nagarajan | Software Engineer |
| Jian Li | Platforms + Ecosystems | Dmitry Titov | Software Engineer |
| Ji Chen | Platforms + Ecosystems | Caitlin Sadowski | Quantitative Analyst |
| Justin Cohen | Platforms + Ecosystems | Rohit Rao | Software Engineer |
| Jesse Doherty | Platforms + Ecosystems | Alexei Svitkine | Software Developer |
| Karthika Pai | Platforms + Ecosystems | Ilya Sherman | Software Engineer |
| Kyle Milka | Platforms + Ecosystems | Ramya Nagarajan | Software Engineer |
| Kristi Park | Platforms + Ecosystems | Ramya Nagarajan | Software Engineer |
| Leandra King | Platforms + Ecosystems | Ji Chen | Data Scientist |
| Mark Cogan | Platforms + Ecosystems | Éric Noyau | Software Philosopher |
| Mike Dougherty | Platforms + Ecosystems | Rohit Rao | Software Engineer |
| Mark Pearson | Platforms + Ecosystems | Caitlin Sadowski | Software Engineer |
| Mohammad Refaat | Platforms + Ecosystems | Rohit Rao | Software Engineer |
| Nazerke Kalidolda | Platforms + Ecosystems | Gauthier Ambard | Software Engineer |
| Nishant Joshi | Platforms + Ecosystems | Ilya Sherman | Software Engineer |
| Éric Noyau | Platforms + Ecosystems | Adrienne Porter Felt | Engineering Manager |
| Olivier Robin | Platforms + Ecosystems | Éric Noyau | Software Engineer |
| Pete Williamson | Platforms + Ecosystems | Dmitry Titov | Software Engineer |
| Mike Pinkerton | Platforms + Ecosystems | Adrienne Porter Felt | Senior Staff Software Engineer |
| Ramya Nagarajan | Platforms + Ecosystems | Adrienne Porter Felt | Software Engineer |
| Roland Carter | Platforms + Ecosystems | Benj Azose | Product Analyst, Data Science |
| Robert Kaplow | Platforms + Ecosystems | Alexei Svitkine | Software Developer |
| Robbie Gibson | Platforms + Ecosystems | Gauthier Ambard | Software Engineer |
| Roger McFarlane | Platforms + Ecosystems | Antoine Boivin Filion | Software Developer |
| Rohit Rao | Platforms + Ecosystems | Adrienne Porter Felt | Software Engineer |
| Sergio Collazos | Platforms + Ecosystems | Rohit Rao | Software Engineer |

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 GOOG-BRWN-00023911

| Name | Organizational Division | Name of Manager | Title |
| --- | --- | --- | --- |
| Sylvain Defresne | Platforms + Ecosystems | Éric Noyau | Software Engineer |
| Stephane Doyon | Platforms + Ecosystems | Alexei Svitkine | MTS - Staff Software Developer |
| Sébastien Lalancette | Platforms + Ecosystems | Sébastien Séguin-Gagnon | Software Engineer |
| Sébastien Séguin-Gagnon | Platforms + Ecosystems | Antoine Boivin Filion | Senior Software Developer |
| Shriram Kumar | Platforms + Ecosystems | Ilya Sherman | Software Engineer |
| Travis Skare | Platforms + Ecosystems | Ramya Nagarajan | Software Engineer |
| Sophey Dong | Platforms + Ecosystems | Ramya Nagarajan | Software Engineer |
| Stepan Khapugin | Platforms + Ecosystems | Gauthier Ambard | Software Engineer |
| Caitlin Sadowski | Platforms + Ecosystems | Adrienne Porter Felt | Software Engineer |
| Weilun Shi | Platforms + Ecosystems | Ilya Sherman | Software Engineer |
| Tanya Gupta | Platforms + Ecosystems | Ramya Nagarajan | Software Engineer |
| Chris Lu | Platforms + Ecosystems | Rohit Rao | Software Engineer |
| Tina Wang | Platforms + Ecosystems | Sébastien Séguin-Gagnon | Software Developer |
| Tommy Martino | Platforms + Ecosystems | Sébastien Séguin-Gagnon | Code Artist |
| Ted Wyder | Platforms + Ecosystems | Ji Chen | Senior Data Scientist |
| Vincent Boisselle | Platforms + Ecosystems | Antoine Boivin Filion | Software Engineer |
| Yueru Sun | Platforms + Ecosystems | Alexei Svitkine | Software engineer |
| Audrey An | Platforms + Ecosystems | AbdelKarim Mardini | Product Manager |
| Eric Mill | Platforms + Ecosystems | AbdelKarim Mardini | Product Manager |
| Jade Kessler | Platforms + Ecosystems | AbdelKarim Mardini | Product Manager |
| AbdelKarim Mardini | Platforms + Ecosystems | Matt Waddell | Group Product Manager |
| Marshall Vale | Platforms + Ecosystems | AbdelKarim Mardini | Product Manager |
| Patrick Nepper | Platforms + Ecosystems | AbdelKarim Mardini | Senior Product Manager |
| Nico Jersch | Platforms + Ecosystems | AbdelKarim Mardini | Associate Product Manager |

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   GOOG-BRWN-00023912

| Name | Organizational Division | Name of Manager | Title |
|---|---|---|---|
| Rory McClelland | Platforms + Ecosystems | AbdelKarim Mardini | Product Manager |
| Sabine Borsay | Platforms + Ecosystems | AbdelKarim Mardini | Product Manager |
| Ali Sarraf | Platforms + Ecosystems | Patrick Nepper | Product Manager |
| Shweta Panditrao | Platforms + Ecosystems | AbdelKarim Mardini | Product Manager |
| Helen Harris | Platforms + Ecosystems | Alex Ainslie | UX Research Manager |
| Evelyn Tio | Platforms + Ecosystems | Helen Harris | User Experience Researcher |
| Mike Hanus | Platforms + Ecosystems | Megan Torkildson | Researcher III |
| K.C. Dohse | Platforms + Ecosystems | Helen Harris | Researcher III |
| Florian Lachner | Platforms + Ecosystems | Helen Harris | UX Researcher |
| Lorin Dole | Platforms + Ecosystems | Helen Harris | User Experience Researcher |
| Lukas Schubsda | Platforms + Ecosystems | Helen Harris | User Experience Researcher |
| Megan Torkildson | Platforms + Ecosystems | Helen Harris | User Experience Researcher |
| Ashley Smith | Platforms + Ecosystems | Megan Torkildson | UX Researcher |
| Jason Tanenbaum | Platforms + Ecosystems | Megan Torkildson | Researcher III |
| Emanuel von Zezschwitz | Platforms + Ecosystems | Helen Harris | Sr. UX Researcher |
| Alex Duong | Google Ads | Steve Ganem | Helping Teams Craft Awesome Stories |
| Alman Shibli | Google Ads | Dan Stone | Product Manager |
| Brian Stark | Google Ads | Kyle Harrison | Product Manager - San Francisco |
| Breen Baker | Google Ads | Steve Ganem | Product Manager |
| Dan Stone | Google Ads | Russ Ketchum | Group Product Manager |
| Jeremy Lewallen | Google Ads | Kyle Harrison | Product Manager |
| Graham Kaplan | Google Ads | Nick Mihailovski | Product Manager |
| Kevin Lam | Google Ads | Steve Ganem | Product Manager |
| Kyle Harrison | Google Ads | Russ Ketchum | Group Product Manager |
| Matt Jacobson | Google Ads | Dan Stone | Product Manager |
| Matt Matyas | Google Ads | Kyle Harrison | Product Manager |
| Mary Pishny | Google Ads | Nick Mihailovski | Product Manager |
| Matt Walter | Google Ads | Steve Ganem | Product Manager |
| Neha Bansal | Google Ads | Kyle Harrison | Product Manager |

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   GOOG-BRWN-00023913

| Name | Organizational Division | Name of Manager | Title |
|---|---|---|---|
| Nick Mihailovski | Google Ads | Russ Ketchum | Senior Product Manager |
| Russ Ketchum | Google Ads | Phil Mcdonnell | Director, Product Management |
| Riccardo Muti | GCloud GCP | Nick Mihailovski | Product Manager |
| Steve Ganem | Google Ads | Russ Ketchum | Senior Product Manager |
| Stefano Menti | Google Ads | Dan Stone | Product Manager (Rotator) |
| Stephen Chung | Google Ads | Kyle Harrison | Product Manager |
| Alberto Armienta | Google Ads | Rumou Duan | Software Engineer |
| Adwit Tumuluri | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Alex Garzón | Google Ads | Hyewon Jun | Software Engineer |
| Andrew Tao | Google Ads | Hyunjung Park | Software Engineer |
| Avi Rush | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Ashley An | Google Ads | Hyunjung Park | Software Engineer |
| Avraham Sherman | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Alex Hioreanu | Google Ads | Glenn Berntson | Software Engineer |
| Chris Dawson | Google Ads | Glenn Berntson | Software Engineer |
| Cody Wilson | Google Ads | Hyunjung Park | Software Engineer |
| Conroy Lee | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Dmitriy Agafonov | Google Ads | Glenn Berntson | Software Engineer |
| David Christian | Google Ads | Glenn Berntson | Software Engineer |
| Eric Brugel | Google Ads | Chris Dawson | Software Engineer |
| M Franklin | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Fabio Amendola | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Stanley Gu | Google Ads | Hyunjung Park | Software Engineer |
| Glenn Berntson | Google Ads | Nitish Korula | Engineering Director |
| Hyewon Jun | Google Ads | Glenn Berntson | Staff Software Engineer |
| Hyunjung Park | Google Ads | Glenn Berntson | Software Engineer |
| Yi Zhang | Google Ads | Chris Dawson | Software Engineer |
| Jackson Spell | Google Ads | Hyewon Jun | Software Engineer |

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    GOOG-BRWN-00023914

| Name | Organizational Division | Name of Manager | Title |
|---|---|---|---|
| John Espejo | Google Ads | Hyunjung Park | Software Engineer |
| Jiatian Li | Google Ads | Rumou Duan | Software Engineer |
| Jonah Stanley | Google Ads | Chris Dawson | Software Engineer |
| Vineet Kahlon | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Kang Deng | Google Ads | Hyunjung Park | Software Engineer |
| Jing Wen | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Kris McAtee | Google Ads | Rumou Duan | Software Engineer |
| Mohit Bhargava | Google Ads | Hyewon Jun | Software Engineer |
| Michael Shavit | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Nancy Xu | Google Ads | Hyunjung Park | Software Engineer |
| Nate Kohl | Google Ads | Rumou Duan | Robot Software Engineer |
| Nunzio Thron | Google Ads | Chris Dawson | Software Engineer |
| Phil Lee | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Qi Dong | Google Ads | Chris Dawson | Software Engineer |
| Rachel Gertler | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Rumou Duan | Google Ads | Glenn Berntson | Software Engineer |
| Sahaj Bhatt | Google Ads | Hyewon Jun | Software Engineer |
| Stan Belov | Google Ads | Glenn Berntson | Software Engineer - New York |
| Shaobo Wang | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Steven Qiou | Google Ads | Rumou Duan | Software Engineer |
| Tian Xia | Google Ads | Hyewon Jun | Software Engineer - New York |
| Tim Hsieh | Google Ads | Hyunjung Park | Software Engineer |
| Trent Underwood | Google Ads | Hyunjung Park | Software Engineer |
| Liz Weech | Google Ads | Rumou Duan | Software Engineer |
| Xiaoyong (Mary) Liu Wang | Google Ads | Glenn Berntson | Staff Software Engineer |
| Xiaoran Zhang | Google Ads | Rumou Duan | Software Engineer |
| Lily Zheng | Google Ads | Hyunjung Park | Software Engineer |

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              GOOG-BRWN-00023915

| Name | Organizational Division | Name of Manager | Title |
|---|---|---|---|
| Zayd Radha | Google Ads | Xiaoyong (Mary) Liu Wang | Software Engineer |
| Andrew Gainer-Dewar | Google Ads | Keith Wright | Computers Professional |
| David McIlroy | Google Ads | Keith Wright | Software Engineer |
| Eric Shienbrood | Google Ads | Keith Wright | Member of Technical Staff |
| Khoi Doan | Google Ads | Keith Wright | Software Engineer |
| Keith Wright | Google Ads | Mathieu Gagne | Software Engineer |
| Gene Levitzky | Google Ads | Keith Wright | Software Engineer |
| Lucas Silva | Google Ads | Keith Wright | Software Engineer |
| Deepti Bhatnagar | Google Ads | Duke Dukellis | Group Product Manager |
| Alex Tsu | Google Ads | Eric Lo | Product Manager |
| Chelsea Rice | Google Ads | Deepti Bhatnagar | Product Manager |
| Enoch Lau | Google Ads | George Levitte | Product Manager |
| Eric Lo | Google Ads | Deepti Bhatnagar | Product Manager |
| George Levitte | Google Ads | Deepti Bhatnagar | Senior Product Manager |
| Haskell Garon | Google Ads | Deepti Bhatnagar | Senior Product Manager |
| Josh Zukoff | Google Ads | Eric Lo | Product Manager |
| Karen Scruggs | Google Ads | Haskell Garon | Product Manager |
| Lior Shenkar | Google Ads | Haskell Garon | Product Manager |
| Maura Lynch | Google Ads | George Levitte | Product Manager |
| Rahul Kooverjee | Google Ads | George Levitte | Associate Product Manager |
| Steve Swan | Google Ads | George Levitte | Product Manager |
| Tom Wolfstein | Google Ads | Haskell Garon | Product Manager |
| Greg Fair | Core | Othar Hansson | Product Manager |
| Sam Heft-Luthy | Core | Greg Fair | Product Manager |
| Jonathan McPhie | Core | Greg Fair | Senior Product Manager |
| Nina Ilieva | Platforms + Ecosystems | Greg Fair | Software Engineer |
| Sammit Adhya | Core | Greg Fair | Product Manager |
| Suneeti Shah Vakharia | Core | Greg Fair | Product Manager (Rotator) |

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        GOOG-BRWN-00023916