**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Stephen A. Broome (CA Bar No. 314605) | Andrew H. Schapiro (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Teuta Fani (admitted *pro hac vice*) |
| violatrebicka@quinnemanuel.com | teutafani@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | Joseph H. Margolies (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | josephmargolies@quinnemanuel.com |
| Rachael L. McCracken (Bar No. 252660 | 191 N. Wacker Drive, Suite 2700 |
| rachaelmccracken@quinneamanuel.com | Chicago, IL 60606 |
| Alyssa G. Olson (CA Bar No. 305705) | Telephone: (312) 705-7400 |
| alyolson@quinnemanuel.com | Facsimile: (312) 705-7401 |
| 865 S. Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| jomairecrawford@quinnemanuel.com | tracygao@quinnemanuel.com |
| D. Seth Fortenbery (admitted *pro hac vice*) | Carl Spilly (admitted *pro hac vice*) |
| sethfortenbery@quinnemanuel.com | carlspilly@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 1300 I Street NW, Suite 900 |
| New York, NY 10010 | Washington D.C., 20005 |
| Telephone: (212) 849-7000 | Telephone: (202) 538-8000 |
| Facsimile: (212) 849-7100 | Facsimile: (202) 538-8100 |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-03664-YGR-SVK |
| Plaintiffs, | **DECLARATION OF CARL SPILLY IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S LETTER BRIEF RE: DAUBERT MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS' EXPERT JOHNATHAN HOCHMAN PURSUANT TO DKT. 988** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| | Judge: Hon. Yvonne Gonzalez Rogers |

I, Carl Spilly, declare as follows:

1. I am an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I am making this declaration pursuant to Civil Local Rule 79-5(e)–(f) as an attorney for Google as the Designating Party, pursuant to Civil Local Rule 79-5(f)(3) in response to Dkt. 990.

2. Pursuant to the Court's September 7, 2023 Order (Dkt. 988), Google submits a two-page Letter Brief re: Daubert Motion to Exclude Certain Opinions of Plaintiffs' Expert Johnathan Hochman. Based on my review, there are compelling reasons to seal the following:

| Document(s) to be Sealed | Basis for Sealing |
|---|---|
| Exhibit A: Second Supplemental Expert Report of Jonathan E. Hochman<br><br>Highlighted portions at pages:<br><br>2-19 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including Google's logs and internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2–3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

3. Google's request is narrowly tailored in order to protect its confidential information. These redactions are limited in scope and volume. Because the proposed redactions are narrowly tailored and limited to portions containing Google's highly confidential or confidential information, Google requests that the portions of the aforementioned documents be redacted from any public version of those documents.

4. Google does not seek to redact or file under seal any portions of Plaintiffs' Expert Report not indicated in the table above.

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct. Executed in Washington, D.C on September 20, 2023.

By   /s/ Carl Spilly
     Carly Spilly