1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Google's Administrative Motion to Seal Portions of Google's Letter Brief re: Daubert Motion to Exclude Certain Opinions of Plaintiffs' Expert Johnathan Hochman, pursuant to the Court's September 7, 2023 Order (Dkt. 988) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Exhibit A: Second Supplemental Expert Report of Jonathan E. Hochman<br><br>Pages 2-19 | Spilly Declaration ¶¶ 3-4 | |

**SO ORDERED.**

DATED: _____            _____
                                                                                    HON. YVONNE GONZALEZ ROGERS
                                                                                    United States District Judge