1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Broome (CA Bar No. 314605) | Andrew H. Schapiro (admitted *pro hac vice*)
stephenbroome@quinnemanuel.com | andrewschapiro@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526) | Teuta Fani (admitted *pro hac vice*)
violatrebicka@quinnemanuel.com | teutafani@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971) | Joseph H. Margolies (admitted *pro hac vice*)
crystalnixhines@quinnemanuel.com | josephmargolies@quinnemanuel.com
Rachael L. McCracken (Bar No. 252660 | 191 N. Wacker Drive, Suite 2700
rachaelmccracken@quinneamanuel.com | Chicago, IL 60606
Alyssa G. Olson (CA Bar No. 305705) | Telephone: (312) 705-7400
alyolson@quinnemanuel.com | Facsimile: (312) 705-7401
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*) | Xi ("Tracy") Gao (CA Bar No. 326266)
jomairecrawford@quinnemanuel.com | tracygao@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*) | Carl Spilly (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com | carlspilly@quinnemanuel.com
51 Madison Avenue, 22nd Floor | 1300 I Street NW, Suite 900
New York, NY 10010 | Washington D.C., 20005
Telephone: (212) 849-7000 | Telephone: (202) 538-8000
Facsimile: (212) 849-7100 | Facsimile: (202) 538-8100

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF CARL SPILLY ISO GOOGLE LLC'S LETTER BRIEF RE: *DAUBERT* MOTION REGARDING OPINIONS OF JONATHAN HOCHMAN PURSUANT TO DKT. 988**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Carl Spilly, declare as follows:

1. I am a member of the bar of the District of Columbia and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's LLC's Letter Brief re: Google's *Daubert* Motion Regarding Opinions of Jonathan Hochman Pursuant to Dkt. 988. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a copy of the June 20, 2023 Second Supplemental Report of Mr. Jonathan Hochman with the portions of the report that Google seeks to exclude highlighted in blue.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Washington, DC on September 20, 2023.

By    /s/ Carl Spilly
      Carl Spilly