**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Stephen A. Broome (CA Bar No. 314605) | Andrew H. Schapiro (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Teuta Fani (admitted *pro hac vice*) |
| violatrebicka@quinnemanuel.com | teutafani@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | Joseph H. Margolies (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | josephmargolies@quinnemanuel.com |
| Rachael L. McCracken (CA Bar No. 252660) | 191 N. Wacker Drive, Suite 2700 |
| rachaelmccracken@quinnemanuel.com | Chicago, IL 60606 |
| Alyssa G. Olson (CA Bar No. 305705) | Telephone: (312) 705-7400 |
| alyolson@quinnemanuel.com | Facsimile: (312) 705-7401 |
| 865 S. Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| jomairecrawford@quinnemanuel.com | tracygao@quinnemanuel.com |
| D. Seth Fortenbery (admitted *pro hac vice*) | Carl Spilly (admitted *pro hac vice*) |
| sethfortenbery@quinnemanuel.com | carlspilly@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 1300 I Street NW, Suite 900 |
| New York, NY 10010 | Washington D.C., 20005 |
| Telephone: (212) 849-7000 | Telephone: (202) 538-8000 |
| Facsimile: (212) 849-7100 | Facsimile: (202) 538-8100 |

*Counsel for Defendant Google LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et.al*, individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK <br><br> **DECLARATION OF ALYSSA G. OLSON IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE IN PART THE OPINIONS OF GOOGLE'S SURVEY EXPERT ON AMIR** <br><br> The Hon. Yvonne Gonzalez Rogers <br> Date: November 15, 2023 <br> Time: 9:00 a.m. <br> Location: Courtroom 1 – 4th Floor <br><br> Trial Date:  January 29, 2024 |

I, Alyssa G. Olson, declare as follows:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice in the Northern District of California by this Court. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from Plaintiffs' Responses and Objections to Google's Sixth Set of Interrogatories.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Culver City, California on September 28, 2023.

By     */s/ Alyssa G. Olson*
        Alyssa G. Olson