| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>725 S. Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 629-9040<br>alanderson@bsfllp.com<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (CA Bar No. 326971)<br>crystalnixhines@quinnemauel.com<br>Rachael L. McCracken (CA Bar No. 252660)<br>rachaelmccracken@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**JOINT STATEMENT REGARDING PARTIES' COMPLIANCE WITH THE COURT'S PRETRIAL SETTING INSTRUCTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: January 29, 2024 |

Pursuant to the Court's September 18, 2023 Order (Dkt. 1001), the Court's September 29, 2022 Standing Order Re: Pretrial Instructions in Civil Cases ("Standing Order"), in advance of the October 13, 2023 Compliance Deadline, and in advance of the Pretrial Conference set for November 15, 2023, Plaintiffs and Defendant Google LLC (the "Parties") submit this joint statement regarding their compliance with the Court's Pretrial Setting Instructions. The Parties have reviewed the Court's Standing Order, are in compliance, and are working together to complete the required tasks.

At this time, the Parties wish to raise one question for the Court. Paragraph 7 of the Court's Standing Order provides: "In non-jury cases, each party shall serve and lodge with the Court fourteen (14) days prior to the Pretrial Conference, proposed Findings of Fact and Conclusions of Law on all material issues." The Parties respectfully request guidance from the Court on whether this requirement applies to this case.

Plaintiffs understand this requirement to apply, including because the Court will be deciding injunctive relief and because the jury will be serving in an advisory role for the Court's decisions on the claims asserted by the certified Rule 23(b)(2) classes. Plaintiffs also understand the due date to be November 1, which is 14 days before the Pretrial Conference. But Plaintiffs will proceed however the Court advises.

Because at least part of the case will be tried to a jury, Google's understanding is that this requirement does not apply, and that the Parties need not submit proposed Findings of Fact and Conclusions of Law until after the jury trial on Plaintiffs' individual claims. *See, e.g., Netlist, Inc. v. Diablo Techs., Inc.*, No. 13-CV-5962 YGR, Dkt. 444 (N.D. Cal. Apr. 8, 2015) (parties ordered "to file post-trial briefs, including proposed findings of fact and conclusions of law with specific citations to the trial record" on UCL claims seeking injunctive relief after a jury trial was held on other claims, including breach of contract); *Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress*, 613 F. Supp. 3d 1190, 1195, 1197-98 (N.D. Cal. 2020) (parties ordered post-trial to file "proposed facts and conclusions of law identifying the precise injunctive relief they seek, the factual and legal bases for that relief under the UCL, and (if sought) the factual and legal bases for injunctive relief under their other claims"). Given that the jury may be serving in an advisory role, Google

1

JOINT STATEMENT REGARDING PARTIES' COMPLIANCE            CASE NO. 4:20-CV-3664-YGR-SVK
WITH THE COURT'S PRETRIAL SETTING INSTRUCTIONS

believes that waiting until after the jury trial to submit proposed Findings of Fact and Conclusions of Law is the most efficient use of party and Court resources.

Dated: October 6, 2023

| BOIES SCHILLER FLEXNER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Mark C. Mao | /s/ Andrew H. Schapiro |
| Mark C. Mao (CA Bar No. 236165) | Andrew H. Schapiro (admitted *pro hac vice*) |
| mmao@bsfllp.com | andrewschapiro@quinnemanuel.com |
| Beko Reblitz-Richardson (CA Bar No. 238027) | Teuta Fani (admitted *pro hac vice*) |
| brichardson@bsfllp.com | teutafani@quinnemanuel.com |
| 44 Montgomery Street, 41st Floor | Joseph H. Margolies (admitted *pro hac vice*) |
| San Francisco, CA 94104 | josephmargolies@quinnemanuel.com |
| Tel: (415) 293 6858 | 191 N. Wacker Drive, Suite 2700 |
| Fax: (415) 999 9695 | Chicago, IL 60606 |
|  | Tel: (312) 705-7400 |
| James W. Lee (*pro hac vice*) | Fax: (312) 705-7401 |
| jlee@bsfllp.com |  |
| Rossana Baeza (*pro hac vice*) | Stephen A. Broome (CA Bar No. 314605) |
| rbaeza@bsfllp.com | stephenbroome@quinnemanuel.com |
| 100 SE 2nd Street, Suite 2800 | Viola Trebicka (CA Bar No. 269526) |
| Miami, FL 33130 | violatrebicka@quinnemanuel.com |
| Tel: (305) 539-8400 | Crystal Nix-Hines (Bar No. 326971) |
| Fax: (305) 539-1304 | crystalnixhines@quinnemanuel.com |
|  | Rachael L. McCracken (CA Bar No. 252660) |
| Alison L. Anderson (CA Bar No. 275334) | rachaelmccracken@quinnemanuel.com |
| alanderson@bsfllp.com | Alyssa G. Olson (CA Bar No. 305705) |
| M. Logan Wright (CA Bar No. 349004) | alyolson@quinnemanuel.com |
| mwright@bsfllp.com | 865 S. Figueroa Street, 10th Floor |
| BOIES SCHILLER FLEXNER LLP | Los Angeles, CA 90017 |
| 725 S. Figueroa St., 31st Floor | Tel: (213) 443-3000 |
| Los Angeles, CA 90017 | Fax: (213) 443-3100 |
| Telephone: (213) 629-9040 |  |
| Facsimile: (213) 629-9022 | Diane M. Doolittle (CA Bar No. 142046) |
|  | dianedoolittle@quinnemanuel.com |
| Bill Carmody (*pro hac vice*) | Sara Jenkins (CA Bar No. 230097) |
| bcarmody@susmangodfrey.com | sarajenkins@quinnemanuel.com |
| Shawn J. Rabin (*pro hac vice*) | 555 Twin Dolphin Drive, 5th Floor |
| srabin@susmangodfrey.com | Redwood Shores, CA 94065 |
| Steven Shepard (*pro hac vice*) | Telephone: (650) 801-5000 |
| sshepard@susmangodfrey.com | Facsimile: (650) 801-5100 |
| Alexander P. Frawley (*pro hac vice*) |  |

2

JOINT STATEMENT REGARDING PARTIES' COMPLIANCE
WITH THE COURT'S PRETRIAL SETTING INSTRUCTIONS                     CASE NO. 4:20-CV-3664-YGR-SVK

| | |
|---|---|
| afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330<br><br>Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br><br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: (813) 223-5505<br>Fax: (813) 222-4736<br><br>Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br><br>*Attorneys for Plaintiffs* | Jomaire A. Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>D. Seth Fortenbery (admitted *pro hac vice*)<br>sethfortenbery@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* |

## ATTESTATION OF CONCURRENCE

I am the ECF user whose ID and password are being used to file JOINT STATEMENT REGARDING PARTIES' COMPLIANCE WITH THE COURT'S PRETRIAL SETTING INSTRUCTIONS. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: October 6, 2023    By   */s/ Mark C. Mao*
                                Mark C. Mao
                                *Counsel on behalf of Plaintiffs*

4

JOINT STATEMENT REGARDING PARTIES' COMPLIANCE    CASE NO. 4:20-CV-3664-YGR-SVK
WITH THE COURT'S PRETRIAL SETTING INSTRUCTIONS