QUINN EMANUEL URQUHART & SULLIVAN, LLP

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No. 252660
rachaelmccracken@quinneamanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF DONALD SETH FORTENBERY IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN GOOGLE EMPLOYEE WITNESSES**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Date: November 15, 2023<br>Time: 9:00 a.m.<br>Location: Courtroom 1 – 4th Floor<br><br>Trial Date: January 29, 2024 |

I, Donald Seth Fortenbery, declare as follows:

1. I am a member of the bar of the State of New York and an associate attorney for Quinn Emanuel Urquhart & Sullivan, LLP. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion to Exclude Certain Google Employee Witnesses.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Requests For Production of Documents to Defendant Google LLC, Set One, dated September 30, 2020.

4. Google has produced to Plaintiffs 1,550 documents having Caitlin Sadowski in the To, From, CC, BCC, Author, or Custodian fields. On March 2, 2022, Google designated Dr. Sadowski as a Rule 30(b)(6) witness and Plaintiffs deposed Dr. Sadowski on March 10, 2022 for approximately two-and-a-half hours.

5. Google has produced to Plaintiffs 487 documents having Steve Ganem in the To, From, CC, BCC, Author, or Custodian fields. Plaintiffs deposed Mr. Ganem on March 23, 2022 for approximately three-and-a-half hours, and again on February 6, 2023. Plaintiffs also had access to the transcript of Mr. Ganem's February 11, 2022 deposition in the related *Calhoun* case, which lasted approximately three hours.

6. Google has produced to Plaintiffs 377 documents having George Levitte in the To, From, CC, BCC, Author, or Custodian fields. Plaintiffs deposed Mr. Levitte on March 15, 2022 for approximately two-and-a-half hours. Plaintiffs also had access to the transcript of, and attended, Mr. Levitte's March 16, 2022 deposition in the related *Calhoun* case, which lasted approximately six hours and twenty minutes.

7. Google has produced to Plaintiffs 739 documents having Jonathan McPhie in the To, From, CC, BCC, Author, or Custodian fields. Plaintiffs deposed Mr. McPhie on February 15, 2023 for approximately four hours.

8. Google has produced 13,485 pages of documents with Dr. Sadowski, Mr. Ganem, Mr. Levitte, or Mr. McPhie in the To, From, CC, BCC, Author, or Custodian fields.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Hoboken, New Jersey on October 6, 2023.

By  */s/ Donald Seth Fortenbery*
     Donald Seth Fortenbery