1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to reschedule the Pre-Trial Conference in this matter to November 8, 2023 at 9:00 am.  Having considered the parties' papers filed in support of, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

The Pre-Trial Conference in this matter is rescheduled from November 15 to November 8, 2023 at 9:00 am..

**SO ORDERED**.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge