1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2  Stephen A. Broome (CA Bar No. 314605)  Andrew H. Schapiro (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com  andrewschapiro@quinnemanuel.com
3  Viola Trebicka (CA Bar No. 269526)  Teuta Fani (admitted *pro hac vice*)
   violatrebicka@quinnemanuel.com  teutafani@quinnemanuel.com
4  Crystal Nix-Hines (Bar No. 326971)  Joseph H. Margolies (admitted *pro hac vice*)
   crystalnixhines@quinnemanuel.com  josephmargolies@quinnemanuel.com
5  Rachael L. McCracken (Bar No. 252660)  191 N. Wacker Drive, Suite 2700
   rachaelmccracken@quinneamanuel.com  Chicago, IL 60606
6  Alyssa G. Olson (CA Bar No. 305705)  Telephone: (312) 705-7400
   alyolson@quinnemanuel.com  Facsimile: (312) 705-7401
7  865 S. Figueroa Street, 10th Floor
8  Los Angeles, CA 90017
   Telephone: (213) 443-3000
9  Facsimile: (213) 443-3100

10 Jomaire Crawford (admitted *pro hac vice*)  Xi ("Tracy") Gao (CA Bar No. 326266)
   jomairecrawford@quinnemanuel.com  tracygao@quinnemanuel.com
11 D. Seth Fortenbery (admitted *pro hac vice*)  Carl Spilly (admitted *pro hac vice)*
   sethfortenbery@quinnemanuel.com  carlspilly@quinnemanuel.com
12 51 Madison Avenue, 22nd Floor  1300 I Street NW, Suite 900
13 New York, NY 10010  Washington D.C., 20005
   Telephone: (212) 849-7000  Telephone: (202) 538-8000
14 Facsimile: (212) 849-7100  Facsimile: (202) 538-8100

15

16 *Counsel for Defendant Google LLC, additional counsel listed on signature block below*

17                    **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
18

19 CHASOM BROWN, *et al.*, individually and  Case No. 4:20-cv-03664-YGR-SVK
   on behalf of themselves and all others
20 similarly situated,  **GOOGLE LLC'S UNOPPOSED
                       ADMINISTRATIVE MOTION TO
21         Plaintiffs,  RESCHEDULE PRE-TRIAL
                       CONFERENCE**
22     v.
23 GOOGLE LLC,  Judge: Hon. Yvonne Gonzalez Rogers
                Trial: January 29, 2024
24         Defendant.

25

26

27

28

Case No. 4:20-cv-03664-YGR-SVK
GOOGLE LLC'S ADMINISTRATIVE MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE

Defendant Google LLC respectfully asks this Court to reschedule the Pre-Trial Conference in this matter, which currently is set for November 15, 2023 at 9:00 am. Plaintiffs have advised Google that they have arranged their schedules to attend the November 15, 2023 hearing (moving personal and professional obligations for several key members of Plaintiffs' legal team), but would not object to the Court rescheduling the hearing provided that Google requests November 8 as the new date. Google can be available on that date. This request is necessary because key members of Google's legal team will be unavailable on November 15. Google thanks the Court for its consideration.

DATED: October 11, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Andrew H. Schapiro*
         Andrew H. Schapiro

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)

crystalnixhines@quinnemanuel.com
Rachael L. McCracken (CA Bar No. 252660)
rachaelmccracken@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*