QUINN EMANUEL URQUHART & SULLIVAN, LLP

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No. 252660
rachaelmccracken@quinneamanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF DONALD SETH FORTENBERY IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO EXCLUDE PLAINTIFFS' LATE DISCLOSED AND IRRELEVANT WITNESS BLAKE LEMOINE**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Date: November 15, 2023<br>Time: 9:00 a.m.<br>Location: Courtroom 1 – 4th Floor<br><br>Trial Date: January 29, 2024 |

I, Donald Seth Fortenbery, declare as follows:

1. I am a member of the bar of the State of New York and an associate attorney for Quinn Emanuel Urquhart & Sullivan, LLP. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Motion to Exclude Plaintiffs' Late Disclosed and Irrelevant Witness Blake Lemoine.

3. Attached hereto as Exhibit A is a true and correct copy of a May 27, 2023 Tweet published from the account @cajundiscordian under the name "Blake Lemoine," which is available online at https://twitter.com/cajundiscordian/status/1662594469848563713?s=20.

4. Attached hereto as Exhibit B is a true and correct copy of an October 6, 2022 Tweet published from the account @cajundiscordian under the name "Blake Lemoine," which is available online at https://twitter.com/cajundiscordian/status/1578029909791764481?s=20.

5. Attached hereto as Exhibit C is a true and correct copy of a January 31, 2023 Tweet published from the account @cajundiscordian under the name "Blake Lemoine," which is available online at https://twitter.com/cajundiscordian/status/1620516603254439944?s=20.

6. Attached hereto as Exhibit D is a true and correct copy of a September 10, 2023 email from Plaintiffs' counsel Alex Frawley (AFrawley@susmangodfrey.com) to Google's counsel.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Hoboken, New Jersey on October 11, 2023.

By   /s/ Donald Seth Fortenbery
     Donald Seth Fortenbery