# EXHIBIT A

10/11/23, 6:12 PM Blake Lemoine on X: "@ikhenwec @GaryMarcus @OpenAI You can't save them all. I managed to convince @Google not to lo…

Case 4:20-cv-03664-YGR Document 1015-12 Filed 10/11/23 Page 2 of 2

