# EXHIBIT B

10/11/23, 6:12 PM                Blake Lemoine on X: "@adelgado @David_Gunkel @Google @dirtyisgoods @1E7J Who told you that it doesn't have a body? …

Case 4:20-cv-03664-YGR Document 1015-3 Filed 10/11/23 Page 2 of 3

