# EXHIBIT C

Case 4:20-cv-03664-YGR Document 1015-4 Filed 10/11/23 Page 2 of 2

