UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO EXCLUDE BLAKE LEMOINE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Motion to Exclude Blake Lemoine. Having considered the parties' papers filed in support of and in opposition thereto, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

The Motion to Exclude Blake Lemoine is granted.

**SO ORDERED**.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge