**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P**.
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF M. LOGAN WRIGHT IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* NUMBER 1 TO PRECLUDE GOOGLE FROM RELYING ON NON-PUBLIC SOURCE CODE AT TRIAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1

## DECLARATION OF M. LOGAN WRIGHT

2

I, M. Logan Wright, attorney, declare as follows.

3

4

1.      I am an associate with the law firm of Boies Schiller Flexner LLP, counsel for

Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the

5

State of California and appearing for this case. Dkt. 935. I have personal knowledge of the matters

6

set forth herein and am competent to testify.

7

2.      I submit this declaration in support of Plaintiffs' Motion *In Limine* Number 1 to

8

Preclude Google from Relying on Non-Public Source Code at Trial (the "Motion").

9

3.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Request for

10

Production of Documents to Defendant Google LLC, Set Two.

11

4.      Attached hereto as Exhibit 2 is a true and correct copy of Defendant's Responses

12

and Objections to Plaintiffs' Second Set of Requests for Production (Nos. 20–149).

13

5.      Attached hereto as Exhibit 3 is a true and correct copy of a letter from Plaintiffs'

14

Counsel to Google Counsel, dated April 30, 2021.

15

6.      Attached hereto as Exhibit 4 is a true and correct copy of a letter from Google

16

Counsel to Plaintiffs' Counsel, dated May 25, 2021.

17

7.      Attached hereto as Exhibit 5 is a true and correct copy of a letter from Plaintiffs'

18

Counsel to Google Counsel, dated June 30, 2021.

19

8.      Attached hereto as Exhibit 6 is a true and correct copy of an email from Google

20

Counsel to Plaintiffs' Counsel, dated February 22, 2023.

21

9.      With this motion in *limine*, Plaintiffs seek to exclude Google Trial Exhibits 697 and

22

698. Google Exhibit 697 is an excerpt of source code which Google provided briefly to Plaintiffs

23

during the sanctions process. Plaintiffs no longer have a copy of this document. Google Trial

24

Exhibit 698 is attached hereto as Appendix A. It is a copy of a document that Google produced in

25

discovery, bearing Bates Label GOOG-BRWN-00858535. Plaintiffs seek to exclude use of this

26

document at trial.

27

I declare under penalty of perjury under the laws of the United States of America that the

28

1   foregoing is true and correct.  Executed this 17th day of October, 2023, at Los Angeles, California.

2

3                                                  _/s/ M. Logan Wright___

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28