# Exhibits and Appendices Filed Under Seal