**Appendix 1 to Plaintiffs' Motion *In Limine* 2**

**Google Exhibits Plaintiffs Are Seeking to Exclude**

| Ex # | Bates / Description |
|---|---|
| 95 | Google, Support Center, "Browse in Private," available at https://support.google.com/chrome/answer/95464 |
| 96 | Google, Chrome Help Center, "How private browsing works in Chrome," available at https://support.google.com/chrome/answer/7440301 |
| 116 | Google, Chrome Help Center, How private browsing works in Chrome, available at https://perma.cc/Q5JW-H45J |
| 160 | Google, Chrome Help Center, "How private browsing works in Chrome," available at https://support.google.com/chrome/answer/7440301?hl=en&ref_topic=9845306 |
| 161 | Google, Chrome Help Center, "How private browsing works," archived by the Wayback Machine, May 3, 2020, available at https://web.archive.org/web/20200503180118/https://support.google.com/chrome/?p=incognito |
| 163 | Google Chrome Developer Guide, "Inspect network activity," Feb. 8, 2019, available at https://perma.cc/96JX-HTQF |
| 205 | Firefox, "Common Myths about Private Browsing," available at https://support.mozilla.org/en-US/kb/common-myths-about-private-browsing?as=u&utm_source=inproduct |
| 227 | "Google Chrome Privacy Issues Prompts Plea to Google Execs," CMP TechWeb, Nov. 4, 2008, available at https://perma.cc/HJ3T-Z8ER |
| 252 | "Google Chrome's Incognito Mode is Way Less Private Than You Think," July 20, 2019, Wired, available at https://perma.cc/2HGJ-GWHN. |
| 326 | A Study on Private Browsing: Consumer Usage, Knowledge, and Thoughts," Jan., 2017, DuckDuckGo, available at https://perma.cc/7UNX-Q8SQ |
| 367 | Clarke, Laurie, "Google Chrome's Incognito Mode is Way Less Private Than You Think," July 20, 2019, Wired, available at https://perma.cc/2HGJ-GWHN |
| 380 | "Understanding how people use private browsing," Elie blog, published July 2017, available at https://perma.cc/8E7L-FLZ8 |
| 391 | "A Study on Private Browsing: Consumer Usage, Knowledge, and Thoughts," Duck Duck Go, Jan. 2017, available at https://perma.cc/3Q3N-RZFE |
| 423 | "Google's incognito mode isn't as private as you thought," The Sun, Aug. 22, 2018, available at https://perma.cc/UWU4-MHHE |
| 447 | Google, Chrome Developer Guide, "Chrome DevTools," available at https://perma.cc/9T24-5L9C |
| 449 | Mozilla, Support Center, "Common Myths about Private Browsing," available at https://support.mozilla.org/en-US/kb/common-myths-about-privatebrowsing?as=u&utm_source=inproduct |
| 458 | Mozilla, Support Center, "Does firefox prevent sites and javascript code from accessing existing cookies and web sites data when browsing in Private Browsing mode?" Feb. 24, 2019, available at https://support.mozilla.org/en-US/questions/1251227 |

| 476 | Mozilla, "Incognito browser: What it really means," available at https://www.mozilla.org/en-US/firefox/browsers/incognito-browser/ |
|---|---|
| 486 | Mozilla Support Center, "Private Browsing - Use Firefox without saving history," available at https://perma.cc/X9NG-QCB8 |
| 487 | Google, Chrome Developer Guide: "Inspect network activity," Feb. 8, 2019, available at https://perma.cc/96JX-HTQF |
| 526 | Cranor, Lorrie & Habib, Hana, "Private browsing: What it does - and doesn't do - to shield you from prying eyes on the web," The Conversation, July 30, 2020, available at https://theconversation.com/private-browsing-what-it-does-and-doesnt-do-to-shield-youfrom-prying-eyes-on-the-web-142445 |
| 548 | Schneier, Bruce, "Data and Goliath: The Hidden Battles to Collect Your Data and Control Your World," W.W. Norton & Company, 2015 |
| 700 | Is Chrome's Incognito Really Private? 4 Things About It (Guiding Tech) |
| 701 | These Are all Good Reasons to Use Incognito Mode (Bustle) |
| 702 | Tracking in 'Incognito' or Private Browsing Mode? (Spread Privacy) |
| 703 | You are not very incognito in incognito mode (Computerworld) |
| 704 | How Private Browsing Works, and Why It Doesn't Offer Complete Privacy (How to Geek) |
| 705 | What Chrome's Incognito Mode Is Actually For, Explained By a Google Exec (Thrillist) |
| 706 | Explained: What Does Google Chrome's Incognito Mode Actually Mean? (Trusted Reviews) |
| 707 | If You Use Incognito Mode, You Should Read This (The Independent) |
| 708 | Google Chrome's Incognito Mode Isn't That Incognito (The HuffPost) |
| 709 | What Your Web Browser's Incognito Mode Really Does (Consumer Reports) |
| 710 | Does Google Chrome Have Its Own VPN? (Tech Radar) |
| 711 | Incognito Mode Won't Keep Your Browsing Private. Do This Instead (Fast Company) |
| 712 | Google Chrome Incognito Mode Isn't As Private As You Think It Is, Here's What You Should Be Doing (Indy 100) |
| 713 | Sorry, But Google Chrome Incognito Isn't As Private As You Think (Cosmopolitan UK) |
| 714 | How to Fight the Spies in Your Chrome Browser (The Washington Post;The Birmingham News; Huntsville Times; Press-Register; The Plain Dealer) |
| 715 | No, Incognito Mode Won't Keep Your Porn Habits Private. This Will. (Mashable) |
| 716 | Incognito Mode: Are You Really Incognito? (US Cyber Security Magazine) |
| 717 | Private Browsing Won't Protect You From Everything (PCMag) |
| 718 | Google Chrome Privacy: Can You Trust the Incognito Window?; Don't Trust Google Chrome's Incognito Mode (TechTalks; TheNextWeb) |
| 719 | Google Calls It Private Browsing. Oh, No It Isn't (Inc.) |
| 720 | Incognito Mode May Not Work the Way You Think It Does (Wired) |