# APPENDIX A



# Privacy and Cookie Policy

---

This Privacy Policy applies to the collection, use, and transmission of data of and about visitors to **www.bsfllp.com** and to other websites maintained by Boies Schiller Flexner LLP and/or Boies Schiller Flexner (UK) LLP (the "Firms") that link to this Privacy Policy.

## Our Commitment to Your Privacy

Thank you for visiting the Firms' website. The Firms are committed to protecting and respecting the privacy of visitors to their websites. This Privacy Policy describes:

- how and why we collect certain information from you via the website and the online services provided through the website;

- with whom we share such information;

- how we store that information, including information as to how we secure the information;

- how you can access and update such information; and

- other relevant aspects of our policy.

If you have any questions regarding this Privacy Policy or our information collection and use

practices, please contact us using the information in the "Contact Us" section below.

## Information We Collect and How We Use It

**Non-personal Information.** Like many websites, we may collect certain technical information about your use of the website and generally this is not information the Firms could use to identify you without reference to other information. For example, we may collect your internet protocol (IP) address, browser type, the identity of your internet service provider (ISP), the number and duration of page visits, how you were directed to the website, and the number of clicks you make when you use the website. This does not include demographic information about you. We track and reference your usage information, in aggregation with the usage information of other visitors to the website, to better understand how effective our website is and how visitors interact with it. We may use third parties, such as Google and our website host, to provide analytics services based on this data. The analytics and the underlying data are generally only accessible to the Firms and their third party providers.

In addition, some portions of our website may use session or persistent cookies. A cookie is a file that web servers place on an Internet user's computer. Cookies are designed to store basic information about the user and transmit that information back to servers that recognize them. They may be used to measure visitor behavior on and in connection with a website, including through the transmission of usage information. A session cookie stays on your machine only as long as your browser is open and tuned to the site that placed the cookie. A persistent cookie remains on your machine after you log out of your account and will become active again when you return to the website. Some portions of our website use cookies as described below. You may be able to change your Internet browser settings to reflect your preference for accepting, storing, and/or deleting cookies.

Please note, do not track signals are not effective on our website.

## Personal Information

You have the opportunity to submit personal information (such as name, company affiliation, job title, email address, phone number, physical address, and whether or not you are a current firm client) via the website for the following purposes:

- **Receiving BSF communications or publications.** If you request an eNewsletter, a White Paper, or a subscription to either or a Blog, we use this information to send you the requested publications. The Firms or their service providers may use persistent cookies to identify you as a subscriber and continue to deliver content to you.

- **Registering as an alumnus.** If you choose to register as an alumnus of the firm, we use this information to send you news and updates.

- **Using the My Binder function.** If you choose to sign up to use the "My Binder" function on this website, we use this information to create and permit access to your My Binder account.

- **Asking for further information.** You have the opportunity to provide feedback to us or make inquiries of us through the "Contact Us" link. We use this information to communicate with you as requested.

## Sharing of Your Information

We may share your personal information with third parties in one or more of the following ways:

- Third party service providers, such as website hosts: We use third parties to host our website. These third parties may have access to your personal information submitted through the website consistent with the hosting of the site.

- Third party organizations that otherwise assist the Firms in providing goods, services or information, including cloud storage providers in the case of firm and client data.

- Successor organizations. In the event the Firms undergo a business transition (such as a merger or acquisition), we may transfer your personal information to the successor organization in such transaction. If material changes to the Firms' privacy practices will occur as a result of the business transition, the Firms will post a notice on the website.

- Auditors and other professional advisers.

- Law enforcement or other government and regulatory agencies or other third parties as required by, and in accordance with, applicable law or regulation.

We do not share or sell personally identifiable information to third parties for their commercial marketing purposes.

We reserve the right to disclose your personal information as permitted or required by law or regulation.

The information which we may collect from you may be transferred to, stored and processed by us in a destination outside of the European Economic Area (the "EEA"), including the United States and countries whose laws concerning data privacy may not be comparable to those in EEA jurisdictions, but will only be done so in accordance with applicable laws.

## How We Store Information Collected from You

We store your personal and non-personal information with the hosting providers and cloud storage providers discussed above. Our administrative departments may store application

information in accordance with firm retention practices.

The Firms will take all steps reasonably necessary to ensure that your information is treated securely and in accordance with our normal procedure, this policy, and all applicable laws.

The Firms use reasonable administrative, technical, and physical security measures to protect your personal and non-personal information, online and offline. Because of the nature of our website, we do not currently encrypt any transmissions to or from the website in any manner. If you are uncomfortable with the unencrypted transmission of personal information described herein, please do not submit information to us through the website.

Our employees, including contract employees, are generally subject to restrictions which limit their use of information obtained from the Firms to the business purpose of providing our services to you.

However, while we take reasonable precautions against possible security breaches of the website and our customer databases and records, no website or Internet transmission is completely secure, and we cannot guarantee that unauthorized access, hacking, data loss, or other breaches will never occur. Owners of personal information are generally advised to take steps to keep their personal information safe to the extent possible.

## How to Access and Update Your Personal Information

At any time, you may contact the Firms to request that we:

- provide you with a copy of any personal data pursuant to Article 15 of the EU General Data Protection Regulation (EU) 2016/679 ("GDPR") and/or Section 45 of the Data Protection Act 2018 ("DPA") (to the extent that each of the GDPR and DPA applies to you); and/or

- make changes to your personal information
  (including deleting such information).

If you request that the Firms update or otherwise
modify your information, we will amend your
personal information within a reasonable time after
your request. To request modifications of personal
information that the Firms possesses about you,
please contact us using the information in the
"Contact Us" section below.

However, please note that, after your personal
information is changed, the Firms will continue to
have the right to store all personal information
collected from you through the website (including
personal information which is no longer in active use
due to its amendment in accordance with this
Section) in our archives and to use and disclose such
personal information for certain purposes permitted
or required by applicable laws, including as we deem
necessary to comply with any applicable law,
regulation, legal process or governmental request, to
enforce our rights, or to protect the safety and
security of our website or other users. For example,
we are required by law to retain certain job applicant
information for a minimum of three years (although
where the GDPR applies we may retain job applicant
information for a more limited period of time).

## Our Policies Concerning Information from Minors

This website is not intended for children under the
age of thirteen and we do not knowingly collect
personal information from such children. Children
under the age of thirteen should not use our website
or provide us with any personal information.

In the event that we learn that we have inadvertently
gathered personal information from children under
the age of 13, we will use reasonable efforts to erase
such information from our records.

## Changes to Our Privacy Policy

We reserve the right to modify or amend this Privacy Policy at any time. If such modification includes any significant, material changes, we will provide notice of the update on our website. You should visit the website frequently to remain informed of this policy's current content.

## Contact Us

The data controllers are Boies Schiller Flexner (UK) LLP and/or Boies Schiller Flexner LLP.

If you have any questions, comments or concerns regarding our Privacy Policy and/or practices relating to personal data, please send an Email to **privacy@bsfllp.com**.

This policy was last updated on April 29, 2020.

---

Copyright © 2023 Boies Schiller Flexner LLP.
All Rights Reserved.

Attorney Advertising.
Prior results do not guarantee a similar outcome.

LEGAL
PRIVACY AND COOKIE POLICY
LONDON LEGAL NOTICES

VISIT US ON LINKEDIN