# APPENDIX C

# Perma.cc record

Captured May 31, 2022 7:10 am

**View:**   Standard (/86E7-A39K?type=standard)   Screenshot (/86E7-A39K?type=image)

Show record details

(https://www.hochmanconsultants.com/about/)
View the live page



HOME    SERVICES ∨    ABOUT    ARTICLES    CONTACT

# About Us

Helping your business leverage the Internet.

**H**ochman Consultants was established by Jonathan Hochman in 2004 as a boutique search marketing agency.  Our goal has always been to help businesses of all sizes better leverage the opportunities that the Internet provides. We help our clients increase sales, save money and reduce risk through a wide range of Internet