# APPENDIX D

## Perma.cc record
Captured May 31, 2022 6:50 am

**View:** Standard (/Y354-MANZ?type=standard)   Screenshot (/Y354-MANZ?type=image)

Show record details

View the live page (https://www.hochmanconsultants.com/the-internet-marketing-process/)



HOME    SERVICES ⌄    ABOUT    ARTICLES    CONTACT

# The Internet Marketing Process

## Having a web site isn't enough

You may have invested a considerable amount building a professional looking web site, but that investment won't pay off unless you use the Internet to effectively market your business. Building a web site and doing Internet marketing are two completely