# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.  5:20-cv-03664-LHK-SVK |

**PLAINTIFF CHASOM BROWN'S OBJECTIONS AND RESPONSES
TO DEFENDANT'S FIFTH SET OF REQUESTS FOR ADMISSION**

Pursuant to Federal Rule of Civil Procedure Rule 36, Plaintiff Chasom Brown ("Brown") hereby objects and responds to Defendant's, Google LLC ("Google"), Fifth Set of Requests for Admission (Nos. 35–56). These objections and responses are made solely for the purpose of and in relation to this action. In addition, the objections and responses set forth in this document are based on Plaintiff Brown's knowledge, investigations, and analysis to date. As discovery proceeds, Plaintiff Brown may become aware of additional facts or evidence and his analysis of the case may change. Plaintiff Brown reserves all rights to supplement and amend his objections and responses accordingly.

**REQUEST FOR ADMISSION NO. 35:**

Admit that YOUR counsel Boies Schiller Flexner maintain a website (https://www.bsfllp.com) on which they have installed ANALYTICS TRACKING CODE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Analytics Tracking Code" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this

Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 36:**

Admit that YOUR counsel Boies Schiller Flexner maintain a website (https://www.bsfllp.com/) on which they have installed the GOOGLE TAG MANAGER CODE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Google Tag Manager Code" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 37:**

Admit that YOUR counsel Boies Schiller Flexner maintain a website (https://www.bsfllp.com/) on which they have installed GOOGLE FONTS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Google Fonts" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 38:**

Admit that YOUR counsel Boies Schiller Flexner's website does not require users to expressly consent to the collection of user data through GOOGLE SERVICES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website requiring or not requiring users to expressly consent to the collection of user data through "Google Services" has no effect on this

litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 39:**

Admit that the document attached as Exhibit A is the privacy policy for the website operated by YOUR counsel Boies Schiller Flexner.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); any privacy policy for the website operated by Boies Schiller Flexner is not at issue in this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not respond, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 40:**

Admit that, other than providing a link to the privacy policy, YOUR counsel Boies Schiller Flexner's website does not prompt users to review the privacy policy.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website prompting or not prompting users to review a privacy policy has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not respond, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 41:**

Admit that the privacy policy for the website operated by YOUR counsel Boies Schiller Flexner defines the following categories of information as "Non-personal Information": "internet protocol (IP) address, browser type, the identity of your internet service provider (ISP), the number and duration of page visits, how you were directed to the website, and the number of clicks you make when you use the website."

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); any privacy policy for the website operated by Boies Schiller Flexner is not at issue in this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not respond, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 42:**

Admit that YOU have visited the website of YOUR counsel Boies Schiller Flexner.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff has visited the website for Boies Schiller Flexner has no effect on this litigation.

Subject to and not withstanding this objection, Plaintiff has no specific recollection of whether he has visited Boies Schiller Flexner's website; otherwise denied.

**REQUEST FOR ADMISSION NO. 43:**

Admit that YOUR counsel Susman Godfrey maintain a website (https://www.susmangodfrey.com/) on which they have installed ANALYTICS TRACKING CODE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Analytics Tracking Code" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 44:**

Admit that YOUR counsel Susman Godfrey maintain a website (https://www.susmangodfrey.com/) on which they have installed GOOGLE FONTS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Google Fonts" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 45:**

Admit that YOUR counsel Susman Godfrey's website does not require users to expressly consent to the collection of user data through GOOGLE SERVICES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website requiring or not requiring users to expressly consent to the collection of user data through "Google Services" has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 46:**

Admit that the website operated by YOUR counsel at Susman Godfrey does not maintain a privacy policy or otherwise alert users to the fact that Susman Godfrey's website uses GOOGLE SERVICES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a privacy policy or otherwise alerts users to any use of Google Services is not at issue in this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not respond, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 47:**

Admit that YOU have visited the website of YOUR counsel Susman Godfrey.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff has visited the website for Susman Godfrey has no effect on this litigation.

Subject to and not withstanding this objection, Plaintiff has no specific recollection of whether he has visited Susman Godfrey's website; otherwise denied.

**REQUEST FOR ADMISSION NO. 48:**

Admit that YOUR counsel Morgan & Morgan maintain a website (https://www.forthepeople.com/) on which they have installed ANALYTICS TRACKING CODE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Analytics Tracking Code" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 49:**

Admit that YOUR counsel Morgan & Morgan maintain a website (https://www.forthepeople.com/) on which they have installed the GOOGLE TAG MANAGER CODE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Google Tag Manager Code" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this

Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 50:**

Admit that YOUR counsel Morgan & Morgan maintain a website (https://www.forthepeople.com/) on which they have installed GOOGLE FONTS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Google Fonts" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 51:**

Admit that YOUR counsel Morgan & Morgan maintain a website (https://www.forthepeople.com/) on which they have installed GOOGLE AD MANAGER.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website on which "Google Ad Manager" is installed has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 52:**

Admit that YOUR counsel Morgan & Morgan's website does not require users to expressly consent to the collection of user data through GOOGLE SERVICES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website requiring or not requiring users to expressly consent to the collection of user data through "Google Services" has no effect on this

litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not admit or deny the Request, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 53:**

Admit that the document attached as Exhibit B is the privacy policy for the website operated by YOUR counsel Morgan & Morgan.

**RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); any privacy policy for the website operated by Morgan & Morgan is not at issue in this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not respond, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 54:**

Admit that, other than providing a link to the privacy policy, YOUR counsel Morgan & Morgan's website does not prompt users to review the privacy policy.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel maintain a website prompting or not prompting users to review a privacy policy has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not respond, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 55:**

Admit that the privacy policy for the website operated by YOUR counsel Morgan & Morgan discloses that Morgan & Morgan uses "third party analytics tools, such as Google Analytics," and provides a link to http://www.google.com/policies/privacy/partners/.

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff's counsel's privacy policy discloses that Morgan & Morgan uses

"third party analytics tools, such as Google Analytics," has no effect on this litigation. Based on the foregoing, Plaintiff believes this Request is improper and will not respond, but is willing to meet and confer with Google's counsel to further discuss this Request.

**REQUEST FOR ADMISSION NO. 56:**

Admit that YOU have visited the website of YOUR counsel Morgan & Morgan.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Plaintiff Brown objects to this Request as irrelevant and not within the scope of Rule 36(a)(1); whether or not Plaintiff has visited the website for Morgan & Morgan has no effect on this litigation.

Subject to and not withstanding this objection, Plaintiff has no specific recollection of whether he has visited Morgan & Morgan's website; otherwise denied.

| | | |
|---|---|---|
| 1 | Dated: October 7, 2021 | **MORGAN & MORGAN** |

*/s/ John A. Yanchunis*

John A. Yanchunis (*pro hac vice*)
Ryan J. McGee (*pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
Fax: (813) 222-4736
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Mark C. Mao, CA Bar No. 236165
Sean P. Rodriguez, CA Bar No. 262437
Beko Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
srodriguez@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

William S. Carmody
Shawn Rabin
Steven M. Shepard
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Amanda K. Bonn (270891)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiffs*

## PROOF OF SERVICE

I, Ryan J. McGee, declare:

I am a citizen of the United States and employed in the County of Hillsborough, Florida. I am over the age of 18 and not a party to the within action; my business address is 201 N. Franklin St., 7th Floor, Tampa, FL 33602.

On October 7, 2021, I served the following document described as:

**Plaintiff's Objections and Responses to Defendant's Fifth Set of Requests for Admission**

By electronic mail transmission from rmcgee@forthepeople.com on October 7, 2021, by transmitting a PDF format copy of such document to each person at the e-mail addresses listed below. The document was transmitted by electronic transmission and such transmission was reported as complete and without error:

Andrew H. Schapiro (pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312-705-7400
Fax: 312-705-7401
andrewschapiro@quinnemanuel.com

*Attorney for Defendant*

Stephen A. Broome
Viola Trebicka
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100
stephenbroome@quinnemanuel.com
violatrebicka@quinnemanuel.com

*Attorneys for Defendant*

Diane M. Doolittle
Thao Thai
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor

Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-8015100
dianedoolittle@quinnemanuel.com
thaothai@quinnemanuel.com

*Attorneys for Defendant*

William Burck (pro hac vice)
Josef Ansorge (pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C., 20005
Tel: 202-538-8000
Fax: 202-538-8100
williamburck@quinnemanuel.com
josefansorge@quinnemanuel.com

*Attorneys for Defendant*

Jonathan Tse
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700
jonathantse@quinnemanuel.com

*Attorneys for Defendant*

   Executed on October 7, 2021, at Tampa, Florida.

            */s/ Ryan J. McGee*
            Ryan J. McGee