# EXHIBIT A

| Ex No. | Bates |
| --- | --- |
| Ex. 25 | GOOG-CABR-04324934 |
| Ex. 110 | GOOG-CABR-03635725 |
| Ex. 111 | GOOG-BRWN-00439740 |
| Ex. 202 | GOOG-BRWN-00454633 |
| Ex. 288 | GOOG-CABR-04616196 |
| Ex. 293 | GOOG-CABR-04959606 |
| Ex. 312 | GOOG-CABR-04524174 |
| Ex. 313 | GOOG-CABR-05410568 |
| Ex. 384 | GOOG-BRWN-00050971 |
| Ex. 386 | GOOG-CABR-04625213 |
| Ex. 402 | "Summary of Google's Unjust Enrichment" |
| Ex. 403 | "Summary of Actual Damages" |
| Ex. 404 | "Browser Market Share" |
| Ex. 440 | GOOG-BRWN-00424253 |
| Ex. 443 | GOOG-BRWN-00455104 |
| Ex. 449 | GOOG-BRWN-00491711 |
| Ex. 503 | GOOG-CABR-00546721 |
| Ex. 516 | GOOG-CABR-03663606 |
| Ex. 528 | GOOG-CABR-03841719 |
| Ex. 597 | GOOG-CABR-04820567 |
| Ex. 622 | GOOG-CABR-05876937 |
| Ex. 624 | GOOG-CALH-00376260 |
| Ex. 685 | GOOG-BRWN-00146251 |
| Ex. 697 | GOOG-CABR-00391340 |

| Ex No. | Bates |
|---|---|
| Ex. 698 | GOOG-CABR-03611277 |
| Ex. 702 | GOOG-CABR-03958888 |
| Ex. 705 | GOOG-CABR-04404345 |
| Ex. 711 | GOOG-CABR-04613495 |
| Ex. 712 | GOOG-CABR-04703695 |
| Ex. 714 | GOOG-CABR-04729089 |
| Ex. 719 | GOOG-CABR-05279618 |
| Ex. 720 | GOOG-CABR-05420346 |
| Ex. 721 | GOOG-CABR-05886428 |
| Ex. 722 | GOOG-CABR-05886429 |
| Ex. 723 | GOOG-CABR-05886430 |
| Ex. 724 | GOOG-CABR-05886431 |
| Ex. 725 | GOOG-CABR-05886432 |
| Ex. 726 | GOOG-CABR-05886433 |
| Ex. 729 | GOOG-CABR-X-00001225 |
| Ex. 732 | Alphabet Form 10-K for the fiscal year ended December 31, 2021 |
| Ex. 733 | Alphabet Form 10-K for the fiscal year ended December 31, 2019 |
| Ex. 734 | Alphabet Form 10-K for the fiscal year ended December 31, 2018 |
| Ex. 743 | "Number of internet users in the United States from 2010 to 2025" per Statista |
| Ex. 826 | GOOG-BRWN-00181841 |
| Ex. 830 | GOOG-BRWN-00182023 |
| Ex. 832 | GOOG-BRWN-00182073 |
| Ex. 847 | GOOG-BRWN-00426819 |
| Ex. 853 | GOOG-BRWN-00477710 |

| Ex No. | Bates |
|---|---|
| Ex. 860 | GOOG-BRWN-00764614 |
| Ex. 862 | GOOG-BRWN-00845277 |
| Ex. 881 | GOOG-CABR-00546609 |
| Ex. 884 | GOOG-CABR-00547526 |