
| | |
|---|---|
| 1  Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| 2  Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
|    Erika Nyborg-Burch (admitted *pro hac vice*) | Shawn J. Rabin (admitted *pro hac vice*) |
| 3  **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
|    44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| 4  San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
|    Tel.: (415) 293-6800 | 1301 Avenue of the Americas, |
| 5  mmao@bsfllp.com | 32nd Floor |
|    brichardson@bsfllp.com | New York, NY 10019 |
| 6  enyborg-burch@bsfllp.com | Tel.: (212) 336-8330 |
| 7 | bcarmody@susmangodfrey.com |
|    James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| 8  Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
|    **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 9  100 SE 2nd St., 28th Floor | |
|    Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| 10 Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| 11 jlee@bsfllp.com | **MORGAN & MORGAN** |
|    rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| 12 | Tampa, FL 33602 |
|    Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| 13 **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
|    1900 Avenue of the Stars, Suite 1400 | mram@forthepeople.com |
| 14 Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| 15 Tel: (310) 789-3100 | |
|    Fax: (310) 789-3150 | Michael F. Ram, CA Bar No. 104805 |
| 16 abonn@susmangodfrey.com | **MORGAN & MORGAN** |
|    | 711 Van Ness Ave, Suite 500 |
| 17 | San Francisco, CA 94102 |
|    | Tel: (415) 358-6913 |
| 18 *Attorneys for Plaintiffs* | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF RYAN K. SILA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION *IN LIMINE* 2 TO EXCLUDE EVIDENCE AND ARGUMENT RE: CLASS-WIDE DAMAGES AND CERTAIN OTHER DAMAGES EVIDENE**<br><br>The Honorable Yvonne Gonzalez Rogers |

**DECLARATION OF RYAN K. SILA**

I, Ryan K. Sila, declare as follows.

1. I am an associate with the law firm of Susman Godfrey LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of New York, and I have been admitted *pro hac vice* in this matter. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in connection with Plaintiffs' opposition to Google's Motion *In Limine* Number 2, to Exclude Evidence and Argument Regarding Class-Wide Damages and Certain Other Damages Evidence.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Chasom Brown, taken on January 13, 2022.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Michael J. Lasinski, taken on July 20, 2022.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Jeremy Davis, taken on January 7, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 17th day of October 2023, at New York, New York.

*/s/ Ryan Sila*