# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5    CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER
 6    CASTILLO, and MONIQUE
      TRUJILLO, individually and on
 7    behalf of all other similarly
      situated,
 8
                    Plaintiffs,
 9                                      No.
             vs.                        5:20-cv-03664-LHK-SVK
10
      GOOGLE LLC,
11
                    Defendant.
12    _____/
13
14
15           VIDEOTAPED DEPOSITION OF CHASOM BROWN
16                  Remote Zoom Proceedings
17                  Los Angeles, California
18                Thursday, January 13, 2022
19
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 208                     Job No. 5028094
```

Page 1

| | | |
|---|---|---|
| 1 | I'll click on a link, and it takes me to a different | |
| 2 | browser.  It might even be the phone's browser or | |
| 3 | Samsung's browser.  But that's -- whenever I notice I'm | |
| 4 | in one of those browsers, I tend to get out of them just | |
| 5 | because it's not familiar. | 12:32:46 |
| 6 |     Q.   BY MS. JENKINS:  What type of devices do you use | |
| 7 | the Chrome browser on? | |
| 8 |     A.   On my laptop, on my phone, on my tablet. | |
| 9 |     Q.   And as you mentioned your phone, is it an | |
| 10 | Android? | 12:33:18 |
| 11 |     A.   It is. | |
| 12 |     Q.   And is your tablet an Android or Apple? | |
| 13 |     A.   It is an Android.  I'm sure I have an Apple | |
| 14 | tablet; I just never use it.  I can't stand Apple | |
| 15 | products. | 12:33:37 |
| 16 |     Q.   Does anyone else ever use any of your devices? | |
| 17 |     A.   From time to time. | |
| 18 |     Q.   Can you give me a high-level answer about who -- | |
| 19 | who would use your devices, if it's a family member or | |
| 20 | friend or business partner? | 12:34:02 |
| 21 |     A.   Yeah, like my business partner might hop on my | |
| 22 | laptop or my brother or my girlfriend may hop on my | |
| 23 | phone. | |
| 24 |     Q.   Did you say that you began using Incognito mode | |
| 25 | for Chrome when it -- when it first came out? | 12:34:30 |

```
 1        A.  Yes, or when it was first introduced to me.  I'm
 2   assuming that's when it first came out because I was
 3   unaware of it before that.  So when it was first
 4   introduced to me through the -- how it popped up or
 5   something, it seemed like a new feature.  So that's when    12:34:50
 6   I started using it.
 7            That might not have answered your question.  I'm
 8   sorry.
 9        Q.  That's all right.
10            How often do you use Incognito mode?                12:35:01
11        A.  It -- it -- it ranges, but maybe a couple times
12   a week.
13        Q.  And do you ever keep Incognito sessions open for
14   longer than just while you're browsing?
15        A.  Sometimes.                                          12:35:28
16        Q.  Have you left Incognito sessions open for days
17   at a time?
18        A.  I have.
19        Q.  How about for more than a week or two weeks at a
20   time?                                                        12:35:46
21        A.  I would say that's rare, but I believe it's
22   happened.
23        Q.  As we sit here today, can you tell me your
24   understanding of the difference between Chrome basic mode
25   and Chrome Incognito mode?                                   12:36:04
```

```
 1            MR. LEE:  Objection.  Lack of foundation.
 2            THE WITNESS:  Yeah.  Chrome is normal browsing
 3   with traditional data collection.  Incognito mode is a
 4   private browsing mode that doesn't -- where Google does
 5   not collect your data.                                    12:36:23
 6       Q.  BY MS. JENKINS:  Apart from the Chrome mode of
 7   Incognito, do you know what the term "incognito" means?
 8       A.  Yeah, hidden.  Like it's probably synonymous
 9   with invisible.
10       Q.  You think that "incognito" and "invisible" are   12:36:58
11   the same?
12       A.  Yeah.  Well, yes, I think "incognito" means it's
13   probably closer to hidden, but both.  It's like if I were
14   to define it, that would probably -- say something like
15   that.  Yes, I assume it to be not seen, hidden, you know,  12:37:20
16   like something like that.
17       Q.  Prior to taking part in this case, did you think
18   that Incognito mode would completely conceal your
19   internet activity from everyone?
20       A.  From Google.                                     12:37:44
21       Q.  Does that mean there are other parties that you
22   didn't have that expectation for?
23       A.  Yes, because I don't believe that Google
24   can control like everything outside of Google.  I
25   don't -- yeah, I -- I don't really know the              12:38:10
```

Page 91

| | | |
|---|---|---|
| 1 | Q.  Do you have any evidence to support that belief? | |
| 2 | MR. LEE:  You know what?  I'm going to direct | |
| 3 | you not to answer that question as it may reveal | |
| 4 | attorney-client communications. | |
| 5 | THE WITNESS:  I won't be answering the question. | 15:24:28 |
| 6 | MS. JENKINS:  That's fine.  I'm -- I'm -- I'm | |
| 7 | just -- I'm -- all right, James, is it your | |
| 8 | representation that there's no information that he could | |
| 9 | give on that question that would not be privileged? | |
| 10 | MR. LEE:  I think he's given you a ton of | 15:24:43 |
| 11 | information already.  So to the extent you're asking for | |
| 12 | more, I think that's where you're now getting into | |
| 13 | privilege territory. | |
| 14 | Q.  BY MS. JENKINS:  Do you have any evidence, not | |
| 15 | related to your involvement in this litigation, that | 15:24:58 |
| 16 | using Incognito mode takes more energy on your phone | |
| 17 | rather than basic mode? | |
| 18 | A.  Well, sending out more data just in general | |
| 19 | takes more energy from a phone, as -- as much as I | |
| 20 | understand phones and data. | 15:25:25 |
| 21 | Q.  Have you seen any effect on the amount of data | |
| 22 | that you're using on your cell phone plan that you can | |
| 23 | directly relate to your use of Incognito mode? | |
| 24 | A.  Nothing that I could point to right now.  I | |
| 25 | haven't done the -- the calculation. | 15:25:48 |

Page 155

```
 1        Q.  Is there any other -- other than the additional
 2   energy that you mentioned and potentially an effect on
 3   your cell phone plan, is there any other harm that you
 4   have suffered as a result of Google's conduct?
 5        A.  Yes.  When you have your -- your privacy              15:26:22
 6   breached, I consider that harm.  And/or when you sign,
 7   you know, a contract and the other party doesn't live up
 8   to their side of the contract, I consider that harm.
 9        Q.  What type of harm is that?
10            MR. LEE:  Objection to the extent it calls for a    15:26:50
11   legal conclusion.
12            THE WITNESS:  Well, I believe in the -- in the
13   Amended Complaint, I think one of the complaints is a
14   breach of contract.  So that's where we point out the
15   harm.                                                         15:27:14
16        Q.  BY MS. JENKINS:  All right.  Is there any -- any
17   harm in addition to the ones that you've just named?
18        A.  Well, that's the biggest thing.  I think
19   probably a lot of what I named isn't the biggest thing.
20   It's all of my data that has been collected that is being    15:27:31
21   used to -- without my knowledge, without my consent, with
22   not even knowing what it is and what's being done with
23   it, how it's being monetized, like that -- there's a
24   whole, you know, unknown harm out there as well.
25        Q.  Have you lost any property as a result of            15:27:59
```

Page 156

```
 1   Google's conduct?
 2       A.   I don't believe I lost any property.
 3       Q.   Have you ever purchased any products as a result
 4   of digital advertisements that you believe were targeted
 5   by Google?                                                    15:28:24
 6       A.   I -- yeah, I've purchased products online
 7   through targeted advertising.  It was most likely Google.
 8   I didn't really take the time to figure out where it was,
 9   but yes, very much most likely by Google.  And I could
10   probably, you know, look at the search or something like      15:28:45
11   that to figure out that.
12            But, yeah, the short version of that long-winded
13   horrible answer is yes, I've -- I've purchased product
14   from targeted advertising.
15       Q.   Are you aware that many free services and            15:29:00
16   content on the internet are paid for by advertising?
17       A.   Yeah, I'm aware.  I'm aware.
18       Q.   And you understand that includes targeted
19   advertising?
20       A.   Yeah.                                                15:29:18
21       Q.   And do you generally understand that users' data
22   is being used for targeted advertising?
23       A.   Yeah.
24       Q.   And you've seen tailored ads when you've been
25   using Chrome; correct?                                        15:29:39
```

Page 157