# EXHIBIT B

CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
3
4
5   CHASOM BROWN, WILLIAM BYATT,
    JEREMY DAVIS, CHRISTOPHER
6   CASTILLO, and MONIQUE
    TRUJILLO, individually and on
7   behalf of all other similarly
    situated,
8             Plaintiffs,
                                      No.
9        vs.                          4:20-cv-03664-YGR-SVK
    GOOGLE LLC,
10            Defendant.
    _____/
11
12
13              -- CONFIDENTIAL --
14
15   CORRECTED VIDEOTAPED DEPOSITION OF MICHAEL LASINSKI
16              Remote Zoom Proceedings
17               Ann Arbor, Michigan
18             Wednesday, July 20, 2022
19
20
21
22
23  REPORTED BY:
24  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25  Pages 1 - 228                           Job No. 5308350
```

Page 1

1   the total dollar value by the total number of UMPBI in

2   the class period, as I explain in paragraph 197.

3        Q.   BY MS. TREBICKA:  And then you would calculate

4   the UMPBI attributable to each class member?

5        A.   Yes.                                              17:13:04

6        Q.   And each UMPBI would have a certain value that

7   would be equal -- each UMPBI would have an equal value

8   per month; correct?

9        A.   Under the UMPBI scenario, correct.

10       Q.   And similarly, just a rundown of how you would   17:13:20

11  propose to allocate the unjust enrichment damages using

12  the number of class members.

13       A.   It would be a similar method.  It would -- I

14  would take the damage -- I would take the resulting

15  dollar value of the unjust enrichment and divide it by    17:13:52

16  the number of class members.

17       Q.   So each class member would take home the same

18  amount in unjust enrichment damages; correct?

19       A.   Yes, they would.

20       Q.   Now, do you think that Google earns the same    17:14:13

21  amount of revenue from each putative class member?

22       A.   I have not attempted to calculate the amount of

23  revenue that they've earned for each class member.  My

24  expectation, though, and my -- based on my discussions

25  with Mr. Hochman is that each class member and the       17:14:50

Page 154

1   information that they collect on each class member is

2   valuable.

3          We see in the marketplace where participants in

4   studies are compensated equally on a per month instance,

5   if you will, and it's as appropriate, in my opinion, to          17:15:11

6   also consider each class -- to consider each class member

7   and divide the total by each class member.

8       Q.  Why, in your opinion, should the allocation of

9   unjust enrichment damages not be proportional to the

10  amount of revenue that Google collected from that class          17:15:41

11  member?

12          MR. LEE:  Objection to form, mischaracterizes

13  facts.

14          THE WITNESS:  I think we need to be clear that

15  my understanding is that Google doesn't collect revenue          17:15:58

16  from class members, that they're not -- none of these

17  class members are charged for their use here, but, in

18  fact, they do collect valuable information that is put

19  into their system and used in their system.

20          And one of the value propositions that Google          17:16:22

21  has is its reach and the fact that it collects

22  information on all of the class members and can determine

23  and represent to its customers that it has such a large

24  reach and has information on all of these users, if you

25  will, or devices, if you will, is important to its          17:16:52

```
 1   model -- to its model.
 2             And so it is important that class members are --
 3   in my opinion are either, A, treated equally or, B,
 4   treated fairly based on the number of UMPBI or browser --
 5   or private browser instances per month.                    17:17:24
 6        Q.   BY MS. TREBICKA:  And what is your opinion that
 7   Google's -- the value that Google receives as part of
 8   the -- or from the information is in part related to or
 9   based on this proposition of reach of a large number of
10   class members?                                             17:17:48
11        A.   Well, that's based on my discussions with
12   Mr. Hochman.
13        Q.   What did Mr. Hochman tell you?
14        A.   That it's important to Google's business that
15   they have a large reach, and the greater the number of    17:18:00
16   class members, the -- I'm sorry, not class members.  The
17   greater the number of users, the greater the value of --
18   the greater their value proposition is to their
19   advertisers.
20             And so he also said that in many cases it's as  17:18:17
21   important to know whether or not, for example, somebody
22   converted or didn't convert on a specific ad, so having
23   information as to the negative as well as the positive
24   can be equally important to Google, especially when
25   you're talking about, in that case, conversions.          17:18:45
```

Page 156

```
 1            And so a reasonable way to apportion the unjust
 2   enrichment is to consider class members on an equal basis
 3   or based on use, which is what we were talking about
 4   under the UMPBI method.
 5        Q.  Is it based on anything other than your                17:19:08
 6   discussions with Mr. Hochman?
 7        A.  Well, again, I mean, another -- another --
 8   another data point that we talked about earlier is we see
 9   in studies when they're trying to incent -- meaning Google
10   and others, trying to incent somebody to participate,           17:19:36
11   they are paid a monthly rate, and that monthly rate does
12   not change by the amount of usage for those -- for those
13   individuals.
14            Also, one thing that I think I noted earlier in
15   my testimony is that, you know, Google treats their users      17:19:59
16   similarly.  It's not like Google is saying to a user that
17   spends ten hours per month on a device, "Look, you get
18   access to special Google systems or you get access to
19   special Google treatment, but you who use it only $2 --
20   or only two hours a month, we're not going to give you --      17:20:29
21   you know, we're going to give you the low-end service."
22   They just don't treat their customers that way -- or I
23   should say their users.
24        Q.  So you've just mentioned -- before the Google
25   treats their users similarly point, you mentioned that --      17:20:48
```

Page 157

```
 1   in the studies that they're trying to -- when they're

 2   trying to incentivize, they pay a monthly rate for each

 3   user; correct?

 4       A.  They do, for each -- well, actually, for each

 5   device.                                                    17:21:06

 6       Q.  For each device.

 7           Now, you also admitted that certain of these

 8   studies have minimum use requirements; correct?

 9       A.  Yes, they do.  Sure.  Sure.

10       Q.  And there's no minimum use requirement for a       17:21:21

11   private browsing user to be part of the class; correct?

12       A.  That is my understanding, yes, that is correct.

13   But assuming that you meet that minimum use, it's not

14   like, say -- let's say the minimum use is five hours or

15   something and you go to ten hours.  It's not like          17:21:38

16   somebody who is at 20 hours then gets $7 or something

17   like that.  It just doesn't work that way.

18       Q.  Now, does the blocking of third-party cookies

19   affect Google's ability to earn revenue from the at issue

20   data?                                                      17:22:13

21           MR. LEE:  Objection to form, vague.

22           Incognito mode, Viola, or no?

23           MS. TREBICKA:  At issue data.  I believe it's

24   all private browsing.

25           MR. LEE:  Just trying to be clear.                 17:22:27
```