# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   CHASOM BROWN, WILLIAM BYALL,
     JEREMY DAVIS, CHRISTOPHER
 5   CASTILLO, and MONIQUE
     TRUJILLO individually and on
 6   behalf of all other similarly  No.
     situated,                      5:20-cv-03664-LHK-SVK
 7
 8                  Plaintiff,
 9          vs.
10   GOOGLE LLC,
11                  Defendant.
     _____/
12
13
14
15       VIDEO-RECORDED DEPOSITION OF JEREMY DAVIS
16               REMOTE ZOOM PROCEEDING
17                Little Rock, Arkansas
18               Friday, January 7, 2022
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 183                    Job No. 5019103

                                       Page 1
```

```
 1    about the type of information that you put at issue in

 2    this case.

 3         A.  I think it's clear that there is some value to

 4    all personal data.  There's whole marketplaces and the

 5    fact that a marketplace is compensating people for it.  I      15:06:32

 6    haven't really done the analysis to say whether or not

 7    those rates that they are providing are fair market or

 8    not.  I would have to -- to give you a complete answer, I

 9    would have to do a lot more analysis and get pretty

10    specific on, like, which data, et cetera.                      15:06:50

11         Q.  And has the conduct that you're alleging in this

12    lawsuit affected your ability to sell your information in

13    any way?

14         A.  Affected my ability to sell my information?

15    Considering I haven't sold my information, I'm not sure        15:07:07

16    I've fully explored that or not.  So my answer is I don't

17    know.  Because I have not attempted to sell my

18    information, I'm not sure if this has impacted my ability

19    to sell my information or not.

20         Q.  Sure.                                                 15:07:27

21         And has the misconduct that you've alleged

22    against Google in any way affected the value of your

23    information?

24         A.  Can you restate the question?  I'm not sure I

25    follow.                                                        15:07:38
```

Page 137

```
1        Q.  Yeah.

2            Well, a moment ago I asked if the misconduct you

3   allege in this case had affected your ability to sell

4   your information.  I think you told us earlier that you

5   believe your personal information has value; right?          15:07:49

6        A.  (Nods head.)

7        Q.  And so do you believe that Google's misconduct

8   has -- alleged misconduct has in any way affected the

9   value of your information?

10           MR. LEE:  To Google or to himself, Andy?            15:08:06

11           MR. SCHAPIRO:  To anyone in the market.

12           THE WITNESS:  I haven't considered that

13   question, so unsure how to answer.  I haven't thought

14   through that sufficiently to really give you a good

15   response there.  Considering I'm not actively selling my    15:08:24

16   information, it's not something I've really put a lot of

17   thought into.

18       Q.  BY MR. SCHAPIRO:  As you sit here today, can you

19   tell me all the ways in which you believe you've been

20   harmed by Google?                                           15:08:42

21       A.  Sure.  I can say I first would refer to the

22   claims; right?  Those claims summarize the harm pretty

23   specifically.

24           I also would say that the violation of privacy

25   has damaged my perception of what a large organization      15:09:03
```

                                                    Page 138

1    like Google actually did when they told me that they

2    wouldn't, and that has eroded my confidence and trust in

3    that brand, so it has damaged what was otherwise a

4    healthy relationship with that brand.  It has impacted

5    that.                                            15:09:29

6          It has made me more suspect of the claim of

7    in-private browsing in general in the industry, and it's

8    impacted my trust level in what was an otherwise trusted

9    brand in a direct violation of a trust and an agreement

10   that was struck in the contract that we talked about    15:09:52

11   previously, and it's a pretty egregious thing when you

12   think about the potential harm that it could do not just

13   to me but to others in other jurisdictions.

14         The only thing that we ever really truly own is

15   ourselves, and if that property is violated, which are my    15:10:13

16   thoughts, my activities that I say should remain private,

17   and if that's happening hundreds of millions if not

18   billions of times across the globe, it may be happening

19   in jurisdictions where that data could put, potentially,

20   people at harm, then there's a great misjustice that's    15:10:37

21   being done on behalf of Google if it is collecting that

22   information and it is collecting that information in

23   incognito mode.

24         So you asked what the cost to me has been, huge

25   erosion of trust and a huge sense of disappointment that    15:10:55

Veritext Legal Solutions
866 299-5127

```
 1    an American company would do such a -- would behave in

 2    such an egregious way and run over privacy rights of

 3    users, millions and millions of them, in specifically the

 4    mode that they present that you can provide privacy.   It

 5    seems quite egregious to me, but that's been the cost to        15:11:20

 6    me.

 7         Q.   Can you think of anything else?

 8         A.   I think that summarizes it.

 9         Q.   Can you think of any specific expense that you

10    have incurred as a result of Google's conduct alleged in        15:11:35

11    this lawsuit?

12         A.   Yes.   I mean, if these background processes are

13    occurring, there's electricity costs that is required.

14    As those compensational cycles are run and as that

15    data -- excess data is transmitted back to Google,              15:11:54

16    there's a financial cost on the infrastructure side.

17         Q.   So you're saying you believe that there is some

18    measurable increase in your electricity usage because

19    there might be a -- a get request or a post request?   Is

20    that your statement?                                            15:12:22

21         A.   Your question wasn't whether it was measurable.

22    You asked if there was a cost associated, and I replied

23    that yes there is a cost associated with the extra work

24    that the computer is doing while that data is being

25    collected.                                                      15:12:39
```

Page 140