**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PARTIES' PRETRIAL CONFERENCE STATEMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: November 29, 2023<br>Time: 9:00 a.m. |

Pursuant to Civil Local Rule 79-5 and the Stipulated Protective Order entered in this matter, Plaintiffs respectfully submit this Administrative Motion to Seal the highlighted material within the Parties' Pretrial Conference Statement. Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

Dated:  October 17, 2023

Respectfully submitted,

By: */s/ Mark C. Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile (415) 293-6899

David Boies (admitted pro hac vice)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

James Lee (admitted pro hac vice)
jlee@bsfllp.com
Rossana Baeza (admitted pro hac vice)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
M. Logan Wright (CA Bar No. 349004)

1

|   |   |
|---|---|
| 1 | mwright@bsfllp.com |
|  | BOIES SCHILLER FLEXNER LLP |
| 2 | 725 S. Figueroa St., 31st Floor |
|  | Los Angeles, CA 90017 |
| 3 | Telephone: (213) 629-9040 |
|  | Facsimile: (213) 629-9022 |

```
1                        mwright@bsfllp.com
                         BOIES SCHILLER FLEXNER LLP
2                        725 S. Figueroa St., 31st Floor
                         Los Angeles, CA 90017
3                        Telephone: (213) 629-9040
                         Facsimile: (213) 629-9022
4
                         Bill Carmody (pro hac vice)
5                        bcarmody@susmangodfrey.com
                         Shawn J. Rabin (pro hac vice)
6                        srabin@susmangodfrey.com
                         Steven Shepard (pro hac vice)
7                        sshepard@susmangodfrey.com
                         Alexander P. Frawley (pro hac vice)
8                        afrawley@susmangodfrey.com
                         SUSMAN GODFREY L.L.P.
9                        1301 Avenue of the Americas, 32nd Floor
                         New York, NY  10019
10                       Telephone: (212) 336-8330
                         Facsimile: (212) 336-8340
11
                         Amanda Bonn (CA Bar No. 270891)
12                       abonn@susmangodfrey.com
                         SUSMAN GODFREY L.L.P.
13                       1900 Avenue of the Stars, Suite 1400
                         Los Angeles, CA 90067
14                       Telephone: (310) 789-3100
                         Facsimile: (310) 789-3150
15
                         John A. Yanchunis (pro hac vice)
16                       jyanchunis@forthepeople.com
                         Ryan J. McGee (pro hac vice)
17                       rmcgee@forthepeople.com
                         MORGAN & MORGAN, P.A.
18                       201 N Franklin Street, 7th Floor
                         Tampa, FL 33602
19                       Telephone: (813) 223-5505
                         Facsimile: (813) 222-4736
20
                         Michael F. Ram (CA Bar No. 238027)
21                       mram@forthepeople.com
                         MORGAN & MORGAN, P.A.
22                       711 Van Ness Avenue, Suite 500
                         San Francisco, CA 94102
23                       Telephone: (415) 358-6913
                         Facsimile: (415) 358-6923
24                       Attorneys for Plaintiffs
```

*Attorneys for Plaintiffs*

2

---

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL            CASE NO. 4:20-CV-03664-YGR-SVK
PORTIONS OF PARTIES' PRETRIAL CONFERENCE STATEMENT