**EXHIBIT A**

**(IRRELEVANT FOREIGN AND DOMESTIC INVESTIGATIONS AND LITIGATION)**

| Ex No. | Bates |
| --- | --- |
| 61 | GOOG-BRWN-00634608 |
| 380 | GOOG-BRWN-00017195 |
| 708 | GOOG-CABR-04588763 |