# EXHIBIT B

## (NON-BROWSER PRODUCTS AND SIGNED-IN USERS)

| Ex. No. | Bates |
|---|---|
| 27 | GOOG-BRWN-00226894 |
| 30 | GOOG-BRWN-00225677 |
| 38 | GOOG-BRWN-00847949 |
| 54 | GOOG-CABR-04739070 |
| 57 | |
| 61 | GOOG-BRWN-00634608 |
| 67 | GOOG-BRWN-00207876 |
| 75 | GOOG-BRWN-00433503 |
| 86 | GOOG-CABR-00800579 |
| 88 | GOOG-BRWN-00067645 |
| 89 | GOOG-CABR-04798344 |
| 91 | GOOG-CABR-00413286 |
| 98 | GOOG-BRWN-00615433 |
| 208 | GOOG-BRWN-00176481 |
| 212 | GOOG-CABR-00456088 |
| 227 | GOOG-CABR-04734899 |

| Ex. No. | Bates |
| --- | --- |
| 247 | GOOG-CABR-04344015 |
| 248 | GOOG-CABR-05315806 |
| 312 | GOOG-CABR-04524174 |
| 322 | GOOG-CABR-00891788 |
| 323 | GOOG-BRWN-00571408 |
| 324 | GOOG-BRWN-00078322 |
| 326 | GOOG-BRWN-00436367 |
| 358 | GOOG-CABR-04207527 |
| 359 | GOOG-CABR-05291653 |
| 360 | GOOG-CABR-03662816 |
| 368 | GOOG-BRWN-00176684 |
| 385 | GOOG-CABR-05144251 |
| 412 | GOOG-BRWN-00027314 |
| 416 | GOOG-BRWN-00035610 |
| 420 | GOOG-BRWN-00144320 |
| 421 | GOOG-BRWN-00148029 |
| 441 | GOOG-BRWN-00432838 |

| Ex. No. | Bates |
| --- | --- |
| 450 | GOOG-BRWN-00536949 |
| 454 | GOOG-BRWN-00571757 |
| 455 | GOOG-BRWN-00572220 |
| 455 | GOOG-BRWN-00572220 |
| 459 | GOOG-BRWN-00613801 |
| 487 | GOOG-CABR-00050450 |
| 495 | GOOG-CABR-00399412 |
| 507 | GOOG-CABR-00894548 |
| 509 | GOOG-CABR-03618860 |
| 512 | GOOG-CABR-03652751 |
| 531 | GOOG-CABR-04009739 |
| 541 | GOOG-CABR-04141705 |
| 543 | GOOG-CABR-04177585 |
| 575 | GOOG-CABR-04695140 |
| 603 | GOOG-CABR-05136994 |
| 750 | GOOG-BRWN-00026161 |
| 752 | GOOG-BRWN-00026485 |

| Ex. No. | Bates |
|---|---|
| 763 | GOOG-BRWN-00031631 |
| 764 | GOOG-BRWN-00032186 |
| 771 | GOOG-BRWN-00054985 |
| 774 | GOOG-BRWN-00057404 |
| 775 | GOOG-BRWN-00057878 |
| 776 | GOOG-BRWN-00057885 |
| 780 | GOOG-BRWN-00070268 |
| 783 | GOOG-BRWN-00078324 |
| 784 | GOOG-BRWN-00078334 |
| 785 | GOOG-BRWN-00078336 |
| 790 | GOOG-BRWN-00078386 |
| 804 | GOOG-BRWN-00150771 |
| 806 | GOOG-BRWN-00157519 |
| 808 | GOOG-BRWN-00165695 |
| 837 | GOOG-BRWN-00184947 |
| 848 | GOOG-BRWN-00432247 |
| 849 | GOOG-BRWN-00432577 |

| Ex. No. | Bates |
|---------|-------|
| 872 | GOOG-CABR-00130845 |
| 875 | GOOG-CABR-00378096 |
| 876 | GOOG-CABR-00399866 |
| 885 | GOOG-CABR-00550150 |
| 887 | GOOG-CABR-00891766 |
| 891 | GOOG-CABR-03650185 |
| 896 | GOOG-CABR-03654277 |
| 897 | GOOG-CABR-03655476 |
| 900 | GOOG-CABR-03660852 |
| 903 | GOOG-CABR-03664108 |
| 904 | GOOG-CABR-03665215 |
| 919 | GOOG-CABR-04469657 |
| 920 | GOOG-CABR-04469855 |
| 928 | GOOG-CABR-04719378 |
| 929 | GOOG-CABR-04724955 |

| Ex. No. | Bates |
|---------|-------|
| 931 | GOOG-CABR-04767620 |
| 933 | GOOG-CABR-04781974 |
| 936 | GOOG-CABR-05296460 |
| 939 | GOOG-CABR-05786200 |
| 941 | GOOG-CABR-05865867 |