# EXHIBIT C

# (FEATURES THAT WERE NEVER IMPLEMENTED)

| Ex. No. | Bates |
|---|---|
| 21 | GOOG-BRWN-00406065 |
| 30 | GOOG-BRWN-00225677 |
| 46 | GOOG-CABR-03750737 |
| 55 | GOOG-BRWN-00634444 |
| 65 | GOOG-BRWN-00152199 |
| 68 | GOOG-CABR-04991831 |
| 69 | GOOG-CABR-04511160 |
| 72 | GOOG-CABR-05269357.RR |
| 84 | GOOG-BRWN-00650016 |
| 87 | GOOG-CABR-00413861 |
| 425 | GOOG-BRWN-00155943 |
| 458 | GOOG-BRWN-00613409 |

| Ex. No. | Bates |
|---------|-------|
| 768     | GOOG-BRWN-00048078 |