# EXHIBIT D

# Redacted Version of Document Sought to Be Sealed

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - - - x
CHASOM BROWN; MARIA NGUYEN; WILLIAM
BYATT; JEREMY DAVIS; and CHRISTOPHER
CASTILLO, individually and on behalf
of all other similarly situated,

       Plaintiffs,
                No. 5:20-cv-03664-LHK
  -against-

GOOGLE LLC,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - x

     Zoom video conference deposition of
RORY McCLELLAND, taken pursuant to
notice, was held remotely, commencing
February 18, 2022, 5:30 a.m. Eastern
Standard Time, before Leslie Fagin, a
Stenographic Court Reporter and Notary
Public in the State of New York.
              - - -


       MAGNA LEGAL SERVICES
 320 West 37th Street, 12th Floor
   New York, New York 10018
      (866) 624-6221



CONFIDENTIAL

Page 2

```
 1
 2     A P P E A R A N C E S:
       (All Parties Present Via Zoom.)
 3
 4
       BOIES SCHILLER & FLEXNER LLP
 5     Attorneys for Plaintiffs
                44 Montgomery Street, 41st Floor
 6              San Francisco, California 94104
       BY:      MARK MAO, ESQUIRE
 7              ROSANNA BAEZA, ESQUIRE
 8
       QUINN EMANUEL URQUHART & SULLIVAN
 9     Attorneys for Defendant
                51 Madison Avenue, 22nd Floor
10              New York, New York 10010
       BY:      JOMAIRE A. CRAWFORD, ESQUIRE
11              CARL SPILLY, ESQUIRE
12
       BAILEY GLASSER
13     Attorneys for Witness
                209 Capitol Street
14              Charleston, West Virginia 25301
       BY:      BENJAMIN L. BAILEY, ESQUIRE
15              ELLIOTT McGRAW, ESQUIRE
16
       ALSO PRESENT:
17
       LESLEY WEAVER, ESQUIRE
18     BLEICHMAR FONTI
           For the Calhoun Plaintiffs
19
       VANESSA WHEELER, Exhibit Tech
20        Magna Legal Services
21
22
23
24
25
```



```
 1                    R. McClelland
 2       A.   The same argument that it requires
 3  a high level of understanding of how the web
 4  works in order to understand the level of
 5  protection afforded and the average user does
 6  not have that level of understanding.
 7       Q.   Does Incognito mode obscure
 8  location?
 9       A.   No, it does not.
10       Q.   Does Incognito mode provide
11  anonymity?
12            MS. CRAWFORD:  Objection, vague and
13       ambiguous as to anonymity.
14            You can answer.
15       A.   To a degree, it does, it provides
16  isolation of browsing activity and allows any
17  user at any time to present to a web server
18  with an empty clean slate as a brand-new
19  user.
20       Q.   If you go to the next page ending
21  in 404, where it says, if you look to the
22  left of the bottom, the first point, it says,
23  Majority of user, it's a typo, expect no
24  session-based tracking.
25            Do you see that?
```



Page 28

1            R. McClelland
2      A.   I do, yes.
3      Q.   Can you elaborate more on this user
4  expectation?
5           MS. CRAWFORD:  Objection,
6      foundation.
7      A.   My understanding is that users
8  expect Incognito mode or private browsing
9  modes generally to present all in session ad
10 tracking when, in reality, the tracking is
11 limited to that single Incognito session, but
12 within the session, the tracking does occur.
13     Q.   As far as you know, has Google ever
14 considered stopping session-based tracking?
15          MS. CRAWFORD:  Objection.
16     A.   ███████████████████████████
17 ████████████████████████████████████████
18 ████████████████████████████████████
19 █████████████████████████████████████
20 ██████████████████████████████
21     Q.   Were you involved in that proposal?
22     A.   I was, yes.
23     Q.   What happened with that proposal?
24     A.   It was a contentious proposal.
25 There were two clear groups, two different



```
 1                R. McClelland
 2    points of view, opinions.  There was the view
 3    ████████████████████████████████████████
 4    ████████████████████████████████████████████
 5    ██████████████████████████████████████
 6    ██████████████████████████████████████
 7    ████████████████████████████████
 8    ██████████████████████████████████████
 9    ████████████████████████████████████████████
10    ██████████████████████████████████████
11    ████████████████████████████
12              Those two proposals were taken
13    forward through an escalation and,
14    ultimately, ███████████████████████████,
15    ██████████████████████████████████████
16    ████████████████████████████████████████████
17    ████████████████████
18         Q.   Which view did you have, was it the
19    first one or the second one, about the being
20    a good citizen?
21         A.   My preference was for the first one
22    as a product manager, your role is to
23    represent the user and the user problem and
24    to argue for them.
25              That said, I respected both points
```



Page 30

```
 1                R. McClelland
 2   of view.  It wasn't a clear right or wrong,
 3   just two different ways of moving forward.
 4        Q.    Who made the ultimate decision to
 5   ███████████████████?
 6           MS. CRAWFORD:  Objection,
 7        foundation.
 8           You can answer.
 9        A.    It went to an escalation meeting.
10   I think it was a woman called Parisa Tabriz,
11   I struggle to remember her name, but her
12   first name was Parisa.  She was a director of
13   engineering at the time and her counterpart
14   from the products side, Margret Schmidt.
15        Q.    Do you remember the name of this
16   proposal, if it had one?
17        A.    No, I'm afraid.  If you were to
18   give it to me, I might be able to recognize
19   it rather than recall it.
20        Q.    Please take a look at the page
21   ending in 409.
22           Do you see at the top, it says,
23   What are any risks or potential moments when
24   trust might be lost with participants while
25   in private mode?
```



CONFIDENTIAL

```
 1                    CERTIFICATE
 2
 3
 4         I HEREBY CERTIFY that the foregoing proceedings
 5    were duly sworn by me and that the proceedings are a
 6    true record.
 7
 8    _____
 9    Leslie Fagin,
      Registered Professional Reporter
10    Dated:
11
12
13         (The foregoing certification of this transcript
14    does not apply to any reproduction of the same by any
15    means, unless under the direct control and/or
16    supervision of the certifying reporter.)
17
18
19
20
21
22
23
24
25
```