# EXHIBIT 1

Message

| | |
|---|---|
| **From**: | Adrienne Porter Felt [felt@google.com] |
| **Sent**: | 1/8/2015 8:19:54 PM |
| **To**: | Garth Shoemaker [garths@google.com] |
| **CC**: | Mike West [mkwst@google.com]; Dominic Battre [battre@google.com]; Parisa Tabriz [parisa@google.com]; Sabine Borsay [sabineb@google.com] |
| **Subject**: | Re: incognito aspirations |

Garth, thanks for staying in the loop with marketing/policy on this.

I'm still very nervous about marketing/policy making pitches about incognito. The technical limitations surrounding incognito are nuanced enough that even very technical people get confused. But I do agree that we want them on board. For example... if we want to rename the incognito brand, we'll need their help. So thanks for working with them.

Please keep us updated!

On Thu, Jan 8, 2015 at 12:12 PM, Garth Shoemaker <garths@google.com> wrote:
Hi Adrienne,

The meeting is tomorrow. It was upgraded from an internal Marketing/Policy pitch to a Sundar pitch. They are going to pitch (amongst other things) the importance of Incognito for users, and argue that we should double-down on its success and take it to other relevant platforms, notably Android and iOS apps. They have scaled back on making specific promises on functionality. This is the job of eng/product (as you pointed out).

Lawrence You is going to be in the meeting. If things start going off the rails he will step in and inject sanity.

I believe things are in a pretty good state. Marketing/Policy is telling Sundar that they think Incognito is important, which is great, and we are keeping ownership over the definition of the strategy.

How is this sitting with you? Any more concerns?

Garth

On Thu, Jan 8, 2015 at 11:58 AM, Adrienne Porter Felt <felt@google.com> wrote:
Hey Garth, what was the outcome of the meeting?

On Wed, Jan 7, 2015 at 1:14 AM, Mike West <mkwst@google.com> wrote:
Note that I proposed that less than a week ago, and it's basically all my own mostly incoherent ramblings. While I'm convinced that it's easily the best idea since sliced bread, it's not a project that folks have signed off on, and I know (for instance) that Parisa and Adrianne don't particularly like it.

There's no way it's ready to present to PR as a strategy for incognito, not least because I don't actually intend it to have any effect on Chrome's Incognito implementation. :)

-mike


--
Mike West <mkwst@google.com>, @mikewest

Google Germany GmbH, Dienerstrasse 12, 80331 München, Germany, Registergericht und -nummer: Hamburg, HRB 86891, Sitz der Gesellschaft: Hamburg, Geschäftsführer: Graham Law, Christine Elizabeth Flores
(Sorry; I'm legally required to add this exciting detail to emails. Bleh.)

On Wed, Jan 7, 2015 at 10:03 AM, Dominic Battre <battre@google.com> wrote:
 +mkwst who proposed this recently.

On Wed, Jan 7, 2015 at 6:09 AM, Garth Shoemaker <garths@google.com> wrote:
> Hi,
>
> I share your concern, and I was very clear with them that anything they present must be described as aspirational, with Eng and PM having to tackle lots of problems and ultimately deciding what is right to build.
>
> I don't think this is Marketing/PR driving Incognito strategy. This is them escalating Incognito (and other Privacy-related topics) to their leadership and impressing on the powers-that-be that this kind of work is important. This could help us get things launched. They know that they aren't subject matter experts here, and that there are security/privacy folks who need to drive this.
>
> Having said that, I think it would help if we could go to them with something that says: Options A, B, C are the ideal proposals that would address classes of use cases X, Y, Z, but really only A and possibly B are practical.
>
> Garth
>
> On Tue, Jan 6, 2015 at 7:41 PM, Parisa Tabriz <parisa@google.com> wrote:
>> On Tue, Jan 6, 2015 at 7:34 PM, Adrienne Porter Felt <felt@google.com> wrote:
>>> Hey Garth,
>>>
>>> Who is doing this from marketing/PR? I am extremely worried about marketing/PR driving the strategy for incognito. I'm especially worried that it's going to start completely from the user optimal side rather than what's practical, given that my guess is marketing/PR leadership won't have any sense of what we can actually reasonably build. Does this have to happen tomorrow?
>>>
>>> Thanks for looping us in!
>>> Adrienne
>>>
>>> On Tue, Jan 6, 2015 at 5:54 PM, Garth Shoemaker <garths@google.com> wrote:
>>>> Hi all,
>>>>
>>>> I learned this week that Marketing/PR is going to their leadership to promote a variety of Privacy projects, Incognito among them. They've asked for a summary of Incognito proposals, ranging from realistic to super ambitious. I shared a doc with you. We aren't to worry too much about practicalities, but rather to spell out what would be user optimal. I started trying to spell out what this could be in the doc I shared. Can I get some feedback?
>>>>
>>>> Apologies, but there's a really tight timeline (tomorrow).
>>>>
>>>> I'm a bit concerned (as you probably are as well) that this might lead to unrealistic expectations. I stressed to them that these should be considered aspirations and not necessarily doable. On the other hand it's a great opportunity to get execs thinking about Incognito.

CONFIDENTIAL                                                                                                           GOOG-CABR-04195518

There's a lot of existing exec confusion about incognito (obligatory link: http://www.dailydot.com/politics/schmidt-incognito-wrong-false-facepalm), so I'm similarly very concerned about this.

Garth, feel free to loop me into existing conversations you're in where marketing/PR are trying to drive strategy for incognito.

> Thanks,
> Garth

CONFIDENTIAL
GOOG-CABR-04195519