# EXHIBIT 3

# Sealed Entirely