# EXHIBIT 2

# Sealed Entirely