1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

13
14
15
16

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,

Plaintiffs,

17

v.

18

GOOGLE LLC,

19

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION *IN LIMINE* NOS. 1–4**

Judge: Hon. Yvonne Gonzalez Rogers

20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court are Google LLC's Motion *in Limine* Nos. 1–4.  Having considered the parties' papers filed in support of and in opposition thereto, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

| Motion | Court's Ruling |
|---|---|
| Motion *in Limine* No. 1 to Exclude Evidence and Argument Regarding Sanctions, Order, Sanctions Proceedings, and Purported Discovery Misconduct | Granted |
| Motion *in Limine* No. 2 to Exclude Evidence and Argument Regarding Class-Wide Damages and Certain Other Damages Evidence | Granted |
| Motion *in Limine* No. 3 to Exclude Evidence and Argument Regarding Products, Services, Regulations, and Data Flows Outside of the Scope of Plaintiffs' Allegations | Granted |
| Motion *in Limine* No. 4 to Exclude Evidence and Argument Regarding the Joining of Authenticated and Unauthenticated Data | Granted |

**SO ORDERED**.

DATED: _____          _____
                                                HON. YVONNE GONZALEZ ROGERS
                                                United States District Court Judge