**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: November 29, 2023<br>Time: 9:00 a.m. |

1  Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully submit this Motion to Consider
2  Whether Another Party's Material Should Be Sealed. The below documents were filed in connection
3  with Plaintiffs' motions *in limine*.

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Portions highlighted in blue of Google LLC's Opposition to Plaintiffs' Motion in Limine 1 to Preclude Google from Relying on Non-public Source code at Trial | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Portions highlighted in blue of Declaration of Viola Trebicka ISO of Defendant google LLC's Opposition to Plaintiffs' Motion in Limine 5 re: Disparaging Evidence or Argument | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of M. Logan Wright ISO of Plaintiffs' Motion in Limine 1 to Preclude google from Relying on Non-Public Source Code at Trial<br><br>Appendix A: GOOG-BRWN-00858535 | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of M. Logan Wright ISO of Plaintiffs' Motion in Limine 1 to Preclude google from Relying on Non-Public Source Code at Trial<br><br>Exhibit 3: 2021-04-30 Brown v Google Letter re Source Code | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of M. Logan Wright ISO of Plaintiffs' Motion in Limine 1 to Preclude google from Relying on Non-Public Source Code at Trial<br><br>Exhibit 4: 2021 05 25 Google's Letter re Non-Public Source Code | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of M. Logan Wright ISO of Plaintiffs' Motion in Limine 1 to Preclude google from Relying on Non-Public Source Code at Trial<br><br>Exhibit 5: 2021 06 30 Plaintiffs' Letter re source code | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of M. Logan Wright ISO of Plaintiffs' Motion in Limine 1 to | Google | Contains Material Designated "Confidential" and/or "Highly |

| | | |
|---|---|---|
| Preclude google from Relying on Non-Public Source Code at Trial<br><br>Exhibit 6: 2023-02-22 Brown - Email re Source Code | | Confidential" by Google pursuant to the Protective Order |
| Declaration of Ryan J. McGee ISO of Plaintiffs' Motion in Limine Number 5 to Preclude Google from Introducing Disparaging Evidence or Argument<br><br>Exhibit [B] GOOG-BRWN-00568364 | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of Ryan J. McGee ISO of Plaintiffs' Motion in Limine Number 5 to Preclude Google from Introducing Disparaging Evidence or Argument<br><br>Exhibit [D] GOOG-CABR-05266100 | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |

The below documents were filed in connection with Google's motions *in limine*.

Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

| | | |
|---|---|---|
| Portions highlighted in blue of Google LLC's Motion in Limine No. 1 to Exclude Evidence and Argument Regarding Sanctions Orders, Sanctions Proceedings and Purported Discover Misconduct | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Portions highlighted in blue of Google LLC's Motion in Limine No 2 to Exclude Evidence and Argument Regarding Class-wide Damages and Certain Other Damages Evidence | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Portions highlighted in blue of Declaration of Donald Seth Fortenbery ISO Defendant Google LLC's Motion in Limine No 2 to Exclude Evidence and Argument Regarding Class-wide Damages and Certain Other Damages Evidence | Plaintiffs | Contains Material Designated "Confidential" and/or "Highly Confidential" by Plaintiffs |
| Portions highlighted in blue of Google LLC's Motion in Limine No. | Google | Contains Material Designated "Confidential" and/or "Highly |

| | | | |
|---|---|---|---|
| 1 | 3 to Exclude Evidence and Argument Regarding Products, Services, Regulations, and Data Flows Outside of the Scope of Plaintiffs' Allegation | | Confidential" by Google pursuant to the Protective Order |
| 2 | Portions highlighted in blue of Declaration of Carl Spilly ISO of Google LLC's Motion in Limine No. 3 to Exclude Evidence and Argument Regarding Products, Services, Regulations, and Data Flows Outside of the Scope of Plaintiffs' Allegation | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| 7 | Portions highlighted in blue of Google LLC's Motion in Limine No. 4 to Exclude Evidence and Argument Regarding the Joining of Authenticated and Unauthenticated Data | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| 11 | Portions highlighted in blue of Declaration of Tracy Gao ISO Google LLC's Motion in Limine No. 4 to Exclude Evidence and Argument Regarding the Joining of Authenticated and Unauthenticated Data | Plaintiffs / Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| 15 | Portions highlighted in blue of Plaintiffs' Opposition to Google's Motion in Limine Number 5 to Exclude Evidence and Argument re: Private Browsing Detection Bits | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| 18 | Portions highlighted in blue of Plaintiffs' Opposition to Google's Motion in Limine Number 1 to Exclude Evidence and Argument re: Sanctions Proceedings and Discovery Misconduct | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| 21 | Portions highlighted in blue of Plaintiffs' Opposition to Google's Motion in Limine Number 3 Regarding 104 Documents that Google Claims are Irrelevant | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| 24 | Portions highlighted in blue of Plaintiffs' Opposition to Google's Motion in Limine Number 4 to Exclude Evidence and Argument re: Joining Data | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |

3

| | | |
|---|---|---|
| Portions highlighted in blue of Exhibit List for Plaintiffs' Motion in Limine | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Portions highlighted in blue of Google LLC's Opposition to Plaintiffs' Motion in Limine 1 to Preclude Google from Relying on Non-public Source code at Trial | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Portions highlighted in blue of Declaration of viola Trebicka ISO of Defendant google LLC's Opposition to Plaintiffs' Motion in Limine 5 re: Disparaging Evidence or Argument | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of Alexander Frawley in Opposition to Google's Motion in Limine Number 1: re: Sanctions<br><br>Exhibit 2 | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of Alexander Frawley in Opposition to Google's Motion in Limine Number 3: re: 104 Documents Google Deems Irrelevant<br><br>Exhibit 3 | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Declaration of Alexander Frawley in Opposition to Google's Motion in Limine Number 4 re: Joining Data<br><br>Exhibit 2 | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |

Dated:  October 17, 2023                Respectfully submitted,


By:  /s/ Alexander Frawley
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

4

Facsimile (415) 293-6899

David Boies (admitted pro hac vice)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

James Lee (admitted pro hac vice)
jlee@bsfllp.com
Rossana Baeza (admitted pro hac vice)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
M. Logan Wright (CA Bar No. 349004)
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
Alexander P. Frawley (pro hac vice)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.

5

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*