# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 13, 2023 | **Time:** 29 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-03664-YGR | **Case Name:** Brown et al v. Google LLC et al | |

**Attorney for Plaintiffs:** David Boise, Mark Mao, John Yanchunis, Alexander Frawley, Amanda Bonn, and Ryan McGee

**Attorney for Defendant:** Andrew Schapiro, Viola Trebicka, Alyssa Olson, Seth Fortenbery, Rachael McCracken, and Stephen Broome

**Deputy Clerk:** Edwin Cuenco        **Court Reporter:** Pamela Batalo-Hebel, via Zoom

**PROCEEDINGS:** Status Conference - **HELD**

Matters on the Court's use of the Zoom platform, pretrial conference, pending motions, ongoing discussions on settlement, and trial date/length are discussed with the parties.

Parties identified the five motions in limine for each side. The question on Injunctive Relief in Docket No. 1007 will be addressed in the Pretrial Order. The motion to exclude Witness Blake Lemione in Docket No. 1015 will be argued at the Pretrial Conference. The motion to exclude certain opinions of Plaintiff's Expert Jonathan Hochman in Docket No. 1003 is submitted. Parties are ordered to meet and confer to identify and limit fact witnesses to be called at trial and to figure out evidentiary issues.

The Pretrial Conference previously set for November 15, 2023 is reset to November 29, 2023 at 9:00 AM.

Written order to issue.