# Exhibit A

# Ryan McGee x3030

| | |
|---|---|
| **From:** | Corbo, Isabella McKinley <ICorbo@willkie.com> |
| **Sent:** | Tuesday, October 10, 2023 11:30 PM |
| **To:** | John Yanchunis x2191; 'afrawley@susmangodfrey.com'; 'alanderson@bsfllp.com'; 'abonn@susmangodfrey.com'; 'agregory@susmangodfrey.com'; 'brichardson@bsfllp.com'; 'dboies@bsfllp.com'; 'jlee@bsfllp.com'; Jean Martin x2216; 'jfarleigh@susmangodfrey.com'; 'mwright@bsfllp.com'; Michael Ram x20021; Ra Amen x3246; 'rbaeza@bsfllp.com'; Ryan McGee x3030; 'rsila@susmangodfrey.com'; 'si13@nyu.edu'; 'srodriguez@bsfllp.com'; 'srabin@susmangodfrey.com'; 'sshepard@susmangodfrey.com'; 'bcarmody@susmangodfrey.com'; 'mmao@bsfllp.com' |
| **Cc:** | 'Viola Trebicka'; 'Stephen Broome'; Santacana, Eduardo E.; Agnolucci, Simona |
| **Subject:** | *EXT* Brown et al. v. Google LLC et al., 4:20-cv-3664, (N.D. Cal.) - Notice of Production of Designated Materials |
| **Attachments:** | 2023-09-27 Plaintiff's 3rd Merits RFP to Defendant.pdf |

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Counsel,

In accordance with Section 10 of the Stipulated Protective Order (ECF 76) in *Brown et al. v. Google LLC et al.*, 4:20-cv-3664, (N.D. Cal.) (the "Action" or "Litigation"), this email constitutes Google, LLC's written notice that Google is requested to produce documents that you have designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" in the matter of *The State of Texas v. Google, LLC*, Cause No. 22-01-88230-D (TX – Victoria) pursuant to the attached RFP. Specifically, Google is requested to produce "expert disclosures and reports, including all expert backup material," from experts that you have retained during the course of the Litigation.

Pursuant to Section 10, if you intend to seek a protective order to prevent Google from producing this information, you must do so within 14 days of this written notice. Otherwise, Google will produce the requested documents, maintaining the original confidentiality designations in its production to the State of Texas. If you advise sooner than 14 days that you consent to the production of designated documents, Google will produce the requested documents at that time.

Regards,

**Isabella McKinley Corbo**
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111
Direct: +1 415 858 7429 | Fax: +1 415 858 7599
icorbo@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.