UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Parties' Pretrial Conference Statement (Dkt. 1028) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Exhibit 1 – Pretrial Conference Statement<br><br>Pages 1:15, 3:2–4, 3:6-7, 3:18, 3:20–22, 4:18-20, 14:7, 14:18–19, 14:21–27, 15:1, 16:26–27, 17:10, 18:4, 18:6-7, 18:9, 18:12-13, 18:15–16, 20:17–18, 29:22, 30:1, 30:4, 55:4, 55:22, 61:14, 63:8, 64:1, 64:3, 65:4 | Margolies Declaration ¶¶ 3–4 | |

**SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge