UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed re: Parties' Motions in Limine (Dkt. 1033) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and compelling reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Declaration of M. Logan Wright ISO Plaintiffs' Motion in Limine 1 to Preclude Google from Relying on Non-Public Source Code at Trial<br><br>Appendix A: GOOG-BRWN-00858535<br><br>Highlighted Portions at:<br><br>Seal Entirely | Margolies Declaration ¶¶ 3–4 | |
| Declaration of M. Logan Wright ISO Plaintiffs' Motion in Limine 1 to Preclude Google from Relying on Non-Public Source Code at Trial<br><br>Exhibit 3: 2021-04-30 Brown v Google Letter re Source Code<br><br>Highlighted Portions at:<br><br>Page 3 | Margolies Declaration ¶¶ 3–4 | |
| Declaration of M. Logan Wright ISO Plaintiffs' Motion in Limine 1 to Preclude google from Relying on Non-Public Source Code at Trial<br><br>Exhibit 4: 2021 05 25 Google's Letter re Non-Public Source Code<br><br>Highlighted Portions at:<br><br>Page 4 | Margolies Declaration ¶¶ 3–4 | |
| Declaration of M. Logan Wright ISO Plaintiffs' Motion in Limine 1 to Preclude google from Relying on Non-Public Source Code at Trial | Margolies Declaration ¶¶ 3–4 | |

| | | |
|---|---|---|
| Exhibit 5: 2021 06 30 Plaintiffs' Letter re source code<br><br>Highlighted Portions at:<br><br>Page 2 | | |
| Declaration of M. Logan Wright ISO Plaintiffs' Motion in Limine 1 to Preclude google from Relying on Non-Public Source Code at Trial<br><br>Exhibit 6: 2023-02-22 Brown - Email re Source Code<br><br>Highlighted Portions at:<br><br>Page 1 | Margolies Declaration ¶¶ 3–4 | |
| Declaration of Ryan J. McGee ISO Plaintiffs' Motion in Limine Number 5 to Preclude Google from Introducing Disparaging Evidence or Argument<br><br>Exhibit [B] GOOG-BRWN-00568364<br><br>Highlighted Portions at:<br><br>Seal Entirely | Margolies Declaration ¶¶ 3–4 | |
| Declaration of Ryan J. McGee ISO Plaintiffs' Motion in Limine Number 5 to Preclude Google from Introducing Disparaging Evidence or Argument<br><br>Exhibit [D] GOOG-CABR-05266100<br><br>Highlighted Portions at:<br><br>Pages 2-3, 25-32, 36-41 | Margolies Declaration ¶¶ 3–4 | |
| Plaintiffs' Opposition to Google's Motion in Limine Number 1 to Exclude Evidence and Argument re: Sanctions Proceedings and Discovery Misconduct | Margolies Declaration ¶¶ 3–4 | |

| | | |
|---|---|---|
| Highlighted Portions at:<br><br>Pages 1:22; 1:23; 2:3; 2:5; 2:11; 2:16-17; 2:20; 2:24; 3:3; 3:9-10; 3:18; 3:23 | | |
| Declaration of Alexander Frawley in Opposition to Google's Motion in Limine Number 1: re: Sanctions<br><br>Exhibit 2<br><br>Highlighted Portions at:<br><br>PDF Pages 7, 9 | Margolies Declaration ¶¶ 3–4 | |
| Plaintiffs' Opposition to Google's Motion in Limine Number 4 to Exclude Evidence and Argument re: Joining Data<br><br>Highlighted Portions at:<br><br>Pages 3:27-28; 4:8-9 | Margolies Declaration ¶¶ 3–4 | |
| Declaration of Alexander Frawley in Opposition to Google's Motion in Limine Number 4 re: Joining Data<br><br>Exhibit 1<br><br>Highlighted Portions at:<br><br>PDF Pages 3-4; 6-7 | Margolies Declaration ¶¶ 3–4 | |
| Declaration of Alexander Frawley in Opposition to Google's Motion in Limine Number 4 re: Joining Data<br><br>Exhibit 2<br><br>Highlighted Portions at:<br><br>Sealed Entirely | Margolies Declaration ¶¶ 3–4 | |
| Plaintiffs' Opposition to Google's Motion in Limine Number 3 Regarding 104 Documents that Google Claims are Irrelevant<br><br>Highlighted Portions at: | Margolies Declaration ¶¶ 3–4 | |

| | | |
|---|---|---|
| Pages 1:16-17; 1:22; 2:5-6; 2:14-19; 3:12-13; 3:16-17; 321-23; 4:2-3; 5:21-22 | | |
| Google LLC's Motion in Limine No. 1 to Exclude Evidence and Argument Regarding Sanctions Orders, Sanctions Proceedings and Purported Discover Misconduct<br><br>Highlighted Portions at:<br><br>Page 4:26 | Margolies Declaration ¶¶ 3–4 | |
| Google LLC's Motion in Limine No 2 to Exclude Evidence and Argument Regarding Class-wide Damages and Certain Other Damages Evidence<br><br>Highlighted Portions at:<br><br>Pages 1:21-22; 1:25; 1:27; 2:1-3; 2:25 | Margolies Declaration ¶¶ 3–4 | |
| Google LLC's Motion in Limine No. 3 to Exclude Evidence and Argument Regarding Products, Services, Regulations, and Data Flows Outside of the Scope of Plaintiffs' Allegation<br><br>Highlighted Portions at:<br><br>Page 3:1-22 | Margolies Declaration ¶¶ 3–4 | |
| Declaration of Carl Spilly ISO Google LLC's Motion in Limine No. 3 to Exclude Evidence and Argument Regarding Products, Services, Regulations, and Data Flows Outside of the Scope of Plaintiffs' Allegation<br><br>Highlighted Portions at:<br><br>PDF Pages 19-21 | Margolies Declaration ¶¶ 3–4 | |
| Google LLC's Motion in Limine No. 4 to Exclude Evidence and Argument Regarding the Joining of Authenticated and Unauthenticated Data | Margolies Declaration ¶¶ 3–4 | |

| | | |
|---|---|---|
| Highlighted Portions at:<br><br>Pages 1:26-27; 2:11 | | |
| Declaration of Tracy Gao ISO Google LLC's Motion in Limine No. 4 to Exclude Evidence and Argument Regarding the Joining of Authenticated and Unauthenticated Data<br><br>Highlighted Portions at:<br><br>PDF Pages 5-8; 10-29; 31-50 | Margolies Declaration ¶¶ 3–4 | |
| Google LLC's Opposition to Plaintiffs' Motion in Limine 1 to Preclude Google from Relying on Non-public Source code at Trial<br><br>Highlighted Portions at:<br><br>Pages 1-2 | Margolies Declaration ¶¶ 3–4 | |
| Declaration of Viola Trebicka ISO Defendant Google LLC's Opposition to Plaintiffs' Motion in Limine 5 re: Disparaging Evidence or Argument<br><br>Highlighted Portions at:<br><br>Pages 8-9, 25-40 | Margolies Declaration ¶¶ 3–4 | |

**SO ORDERED.**

DATED: _____     _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge