# PLAINTIFFS' MOTION IN LIMINE NUMBER 5 TO PRECLUDE GOOGLE FROM INTRODUCING DISPARAGING EVIDENCE OR ARGUMENT

# EXHIBIT D

# Unredacted Document Sought to be Sealed



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266101



3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266102



Source: The Harris Poll
Facebook dropped -43 in ranking; Google -13.
Amazon held steady at #2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-CABR-05266103



Articles like this appear almost every week.
This is just a sample from the NYTimes last week.

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-CABR-05266104



6

GOOG-CABR-05266105



Source: https://duckduckgo.com/about

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    GOOG-CABR-05266106



3 main **selling points**

- "We **don't store** your personal information. Ever."
  - o  "Google tracks you and we don't."
  - O  "What you search for is your own business."
- "We don't follow you around with **ads.**"
  - O  "Search secrets should remain private and away from the targeting of advertisers."
- "Get unbiased results outside the **filter bubble**"
  - o  "We're committed to unbiased search that's never based on your search history."

Google  |  Proprietary & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          GOOG-CABR-05266107

A smart strategy ("**privacy arbitrage**")

Use "big tech" search+ad services, layer on stronger privacy messaging & guarantees to attract users, get revenue/margin from being the entry point.

- Product (Search) is a known category
  - No user education needed (product = Google)
- Business model (Search ads) is established and validated
  - Targets your query (contextual), not you (behavioral, demographic)
  - A lucrative business - with *zero* personal data needed
  - Syndicate BigCo ads (no need to build a sales team)
- Leverage $Bs in investment from other companies
  - Microsoft/Yahoo provide web indexing and ad serving

9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266108



Source: https://spreadprivacy.com/us-senate-testimony/

1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266109



Source: https://twitter.com/waltmossberg/status/1085257073892511746

1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266110

Risk #3: Policy (**Regulators**)

Ex: Weinberg testified before the US
Senate Judiciary Committee in Mar 2019.

He recommends:
- Strong privacy legislation.
- Allow opt-out of all online tracking.
- Prohibit large companies from combining data
  across product lines.
- Block acquisitions.



Google  |  Proprietary & Confidential

Source: https://spreadprivacy.com/us-senate-testimony/

1/



Mossberg (link): DuckDuckGo isn't "quite as good as Google, but I've been surprised at how close they are. And being private more than compensates for any deficiencies, IMO."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-CABR-05266112



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05266113



The "**Privacy Paradox**"

Users express concern about their privacy...

...but typically do little to protect their data, and rarely use privacy settings.

Google | Proprietary & Confidential

Example academic lit review.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266114



Source: Charlie Warzel (NYTimes)
An example of a hyperobject? (Timothy Morton)

1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266115



I'm worried about global warming, but also not sure what I can do exactly.

I've called my congresspeople, put solar panels on my roof, and am getting a plug-in Prius. Does this solve the problem? No. But it makes me feel a little more in control, and that I'm helping in some small way.

Privacy may be similar.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266116



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266117



Source: https://about.qwant.com/

1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05266118



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266119

—

Focus on the (privacy-conscious) **user**

We shouldn't overly focus on what competitors are doing or saying.

Instead, we should ask how we can offer more **privacy choices** to our users.

How could we help users feel more **in control**, and in the **driver's seat** about the privacy **trade-offs** they're making?

1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266120



Designing for **slogans**

Before jumping to solutions, what simple **slogans** (or "clean statements") would we like to be able to make?

● Search doesn't **track** you.
● We give you **control** over what data we collect.
● **Ads** target your search query, not you.
● Search doesn't put you in a personalized **filter bubble**.

Google | Proprietary & Confidential

22

1/

GOOG-CABR-05266121



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266122



1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   GOOG-CABR-05266125



1/

GOOG-CABR-05266126



1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05266127



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                  GOOG-CABR-05266128



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266130



1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266131



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-CABR-05266132



Highlights from DDG Senate testimony (Mar 2019)

"Have you ever searched for something only to see an ad for that very thing pop up in a mobile app or on a different website? DuckDuckGo helps you avoid these types of scenarios by seamlessly reducing your online digital footprint."

"Every time you search on DuckDuckGo, it's like you are searching on our site for the first time. We do not even have the concept of a search history."

"Our privacy policy is straightforward and doesn't require a law degree to decipher: We simply do not collect or share any personal information at all. That's it — no confusing settings to fiddle with, no jargon-filled pages to read. Yet, even with this simple privacy policy, we nonetheless are able to make money through advertising."

Google   |   Proprietary & Confidential                                                                                          34

Source: https://spreadprivacy.com/us-senate-testimony/

1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-CABR-05266133



GOOG-CABR-05266134



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266139



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



### Searches can be very private

My wife is pregnant is searches Incognito many times per week because she doesn't want Google to "know things about her" or her coworkers to "see" things she's searched for that might pop up somewhere at work.

But she uses Facebook & Instagram every day with no qualms (she already assumes anything she does there is widely visible). And she buys everything on Amazon.

Search history can contain some of the **most private** online activity:
- Health info
- Info about sexual orientation, or religion
- Controversial political topics
- Porn
- etc
- (We can try to filter this out, but if users already doubt whether to trust us, will they feel safe?)

Google | Proprietary & Confidential

1/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05266141