# DECLARATION OF CARL SPILLY ISO GOOGLE LLC'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING PRODUCTS, SERVICES, REGULATIONS, AND DATA FLOWS OUTSIDE OF THE SCOPE OF PLAINTIFFS' ALLEGATIONS

## Redacted Version of Document Sought to be Sealed

1

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No. 252660)
rachaelmccracken@quinneamanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

3

4

5

6

7

8

9

10

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

11

12

13

14

15

16

*Attorneys for Defendant Google LLC*

17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

18

19

CHASOM BROWN, *et al*., individually and on behalf of themselves and all others similarly situated,

20

Plaintiffs,

21

v.

22

GOOGLE LLC,

23

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**DECLARATION OF CARL SPILLY IN SUPPORT OF GOOGLE LLC'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING PRODUCTS, SERVICES, REGULATIONS, AND DATA FLOWS OUTSIDE OF THE SCOPE OF PLAINTIFFS' ALLEGATIONS**

24

Judge: Hon. Yvonne Gonzalez Rogers

25

Trial Date:  January 29, 2024

26

27

28

1        I, Carl Spilly, declare as follows:

2        1.      I am a member of the bar of the District of Columbia and an associate with Quinn

3  Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Google LLC ("Google") in this

4  action.  I make this declaration of my own personal, firsthand knowledge, and if called and sworn

5  as a witness, I could and would testify competently thereto.

6        2.      Attached hereto as Exhibit A is a list of Plaintiffs' proposed exhibits that Google

7  seeks to exclude for the reasons discussed in its motion.

8        3.      Attached hereto as Exhibit B is a list of Plaintiffs' proposed exhibits that Google

9  seeks to exclude for the reasons discussed in its motion.

10       4.      Attached hereto as Exhibit C is a list of Plaintiffs' proposed exhibits that Google

11  seeks to exclude for the reasons discussed in its motion.

12       5.      Attached hereto as Exhibit D is an excerpt of the transcript of the February 18, 2022

13  Deposition of Rory McClelland.

14

15       I declare under penalty of perjury of the laws of the United States that the foregoing is true

16  and correct.

17       Executed in Washington, DC, on October 17, 2023.

18                                          By   /s/Carl Spilly

19                                               Carl Spilly

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**(IRRELEVANT FOREIGN AND DOMESTIC INVESTIGATIONS AND LITIGATION)**

| Ex No. | Bates |
|--------|-------|
| 61 | GOOG-BRWN-00634608 |
| 380 | GOOG-BRWN-00017195 |
| 708 | GOOG-CABR-04588763 |

**EXHIBIT B**

**(NON-BROWSER PRODUCTS AND SIGNED-IN USERS)**

| Ex. No. | Bates |
|---------|-------|
| 27 | GOOG-BRWN-00226894 |
| 30 | GOOG-BRWN-00225677 |
| 38 | GOOG-BRWN-00847949 |
| 54 | GOOG-CABR-04739070 |
| 57 | |
| 61 | GOOG-BRWN-00634608 |
| 67 | GOOG-BRWN-00207876 |
| 75 | GOOG-BRWN-00433503 |
| 86 | GOOG-CABR-00800579 |
| 88 | GOOG-BRWN-00067645 |
| 89 | GOOG-CABR-04798344 |
| 91 | GOOG-CABR-00413286 |
| 98 | GOOG-BRWN-00615433 |
| 208 | GOOG-BRWN-00176481 |
| 212 | GOOG-CABR-00456088 |
| 227 | GOOG-CABR-04734899 |

| Ex. No. | Bates |
|---------|-------|
| 247 | GOOG-CABR-04344015 |
| 248 | GOOG-CABR-05315806 |
| 312 | GOOG-CABR-04524174 |
| 322 | GOOG-CABR-00891788 |
| 323 | GOOG-BRWN-00571408 |
| 324 | GOOG-BRWN-00078322 |
| 326 | GOOG-BRWN-00436367 |
| 358 | GOOG-CABR-04207527 |
| 359 | GOOG-CABR-05291653 |
| 360 | GOOG-CABR-03662816 |
| 368 | GOOG-BRWN-00176684 |
| 385 | GOOG-CABR-05144251 |
| 412 | GOOG-BRWN-00027314 |
| 416 | GOOG-BRWN-00035610 |
| 420 | GOOG-BRWN-00144320 |
| 421 | GOOG-BRWN-00148029 |
| 441 | GOOG-BRWN-00432838 |

| Ex. No. | Bates |
|---------|-------|
| 450 | GOOG-BRWN-00536949 |
| 454 | GOOG-BRWN-00571757 |
| 455 | GOOG-BRWN-00572220 |
| 455 | GOOG-BRWN-00572220 |
| 459 | GOOG-BRWN-00613801 |
| 487 | GOOG-CABR-00050450 |
| 495 | GOOG-CABR-00399412 |
| 507 | GOOG-CABR-00894548 |
| 509 | GOOG-CABR-03618860 |
| 512 | GOOG-CABR-03652751 |
| 531 | GOOG-CABR-04009739 |
| 541 | GOOG-CABR-04141705 |
| 543 | GOOG-CABR-04177585 |
| 575 | GOOG-CABR-04695140 |
| 603 | GOOG-CABR-05136994 |
| 750 | GOOG-BRWN-00026161 |
| 752 | GOOG-BRWN-00026485 |

| Ex. No. | Bates |
|---------|-------|
| 763 | GOOG-BRWN-00031631 |
| 764 | GOOG-BRWN-00032186 |
| 771 | GOOG-BRWN-00054985 |
| 774 | GOOG-BRWN-00057404 |
| 775 | GOOG-BRWN-00057878 |
| 776 | GOOG-BRWN-00057885 |
| 780 | GOOG-BRWN-00070268 |
| 783 | GOOG-BRWN-00078324 |
| 784 | GOOG-BRWN-00078334 |
| 785 | GOOG-BRWN-00078336 |
| 790 | GOOG-BRWN-00078386 |
| 804 | GOOG-BRWN-00150771 |
| 806 | GOOG-BRWN-00157519 |
| 808 | GOOG-BRWN-00165695 |
| 837 | GOOG-BRWN-00184947 |
| 848 | GOOG-BRWN-00432247 |
| 849 | GOOG-BRWN-00432577 |

| Ex. No. | Bates |
|---|---|
| 872 | GOOG-CABR-00130845 |
| 875 | GOOG-CABR-00378096 |
| 876 | GOOG-CABR-00399866 |
| 885 | GOOG-CABR-00550150 |
| 887 | GOOG-CABR-00891766 |
| 891 | GOOG-CABR-03650185 |
| 896 | GOOG-CABR-03654277 |
| 897 | GOOG-CABR-03655476 |
| 900 | GOOG-CABR-03660852 |
| 903 | GOOG-CABR-03664108 |
| 904 | GOOG-CABR-03665215 |
| 919 | GOOG-CABR-04469657 |
| 920 | GOOG-CABR-04469855 |
| 928 | GOOG-CABR-04719378 |
| 929 | GOOG-CABR-04724955 |

| Ex. No. | Bates |
|---------|-------|
| 931 | GOOG-CABR-04767620 |
| 933 | GOOG-CABR-04781974 |
| 936 | GOOG-CABR-05296460 |
| 939 | GOOG-CABR-05786200 |
| 941 | GOOG-CABR-05865867 |

**EXHIBIT C**

**(FEATURES THAT WERE NEVER IMPLEMENTED)**

| Ex. No. | Bates |
|---------|-------|
| 21 | GOOG-BRWN-00406065 |
| 30 | GOOG-BRWN-00225677 |
| 46 | GOOG-CABR-03750737 |
| 55 | GOOG-BRWN-00634444 |
| 65 | GOOG-BRWN-00152199 |
| 68 | GOOG-CABR-04991831 |
| 69 | GOOG-CABR-04511160 |
| 72 | GOOG-CABR-05269357.RR |
| 84 | GOOG-BRWN-00650016 |
| 87 | GOOG-CABR-00413861 |
| 425 | GOOG-BRWN-00155943 |
| 458 | GOOG-BRWN-00613409 |

| Ex. No. | Bates |
|---------|-------|
| 768 | GOOG-BRWN-00048078 |

# EXHIBIT D

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - - x
CHASOM BROWN; MARIA NGUYEN; WILLIAM
BYATT; JEREMY DAVIS; and CHRISTOPHER
CASTILLO, individually and on behalf
of all other similarly situated,

          Plaintiffs,
                    No. 5:20-cv-03664-LHK

     -against-

GOOGLE LLC,

          Defendant.

- - - - - - - - - - - - - - - - - - - x


          Zoom video conference deposition of
     RORY McCLELLAND, taken pursuant to
     notice, was held remotely, commencing
     February 18, 2022, 5:30 a.m. Eastern
     Standard Time, before Leslie Fagin, a
     Stenographic Court Reporter and Notary
     Public in the State of New York.
                    - - -




               MAGNA LEGAL SERVICES
          320 West 37th Street, 12th Floor
               New York, New York 10018
                    (866) 624-6221



CONFIDENTIAL

Page 2

```
 1
 2    A P P E A R A N C E S:
      (All Parties Present Via Zoom.)
 3
 4

      BOIES SCHILLER & FLEXNER LLP
 5    Attorneys for Plaintiffs
                44 Montgomery Street, 41st Floor
 6              San Francisco, California 94104
      BY:       MARK MAO, ESQUIRE
 7              ROSANNA BAEZA, ESQUIRE
 8

      QUINN EMANUEL URQUHART & SULLIVAN
 9    Attorneys for Defendant
                51 Madison Avenue, 22nd Floor
10              New York, New York 10010
      BY:       JOMAIRE A. CRAWFORD, ESQUIRE
11              CARL SPILLY, ESQUIRE
12

      BAILEY GLASSER
13    Attorneys for Witness
                209 Capitol Street
14              Charleston, West Virginia 25301
      BY:       BENJAMIN L. BAILEY, ESQUIRE
15              ELLIOTT McGRAW, ESQUIRE
16

      ALSO PRESENT:
17

      LESLEY WEAVER, ESQUIRE
18    BLEICHMAR FONTI
          For the Calhoun Plaintiffs
19

      VANESSA WHEELER, Exhibit Tech
20        Magna Legal Services
21
22
23
24
25
```



CONFIDENTIAL

Page 27

```
 1                   R. McClelland
 2       A.   The same argument that it requires
 3  a high level of understanding of how the web
 4  works in order to understand the level of
 5  protection afforded and the average user does
 6  not have that level of understanding.
 7       Q.   Does Incognito mode obscure
 8  location?
 9       A.   No, it does not.
10       Q.   Does Incognito mode provide
11  anonymity?
12            MS. CRAWFORD:  Objection, vague and
13            ambiguous as to anonymity.
14            You can answer.
15       A.   To a degree, it does, it provides
16  isolation of browsing activity and allows any
17  user at any time to present to a web server
18  with an empty clean slate as a brand-new
19  user.
20       Q.   If you go to the next page ending
21  in 404, where it says, if you look to the
22  left of the bottom, the first point, it says,
23  Majority of user, it's a typo, expect no
24  session-based tracking.
25            Do you see that?
```



CONFIDENTIAL

Page 28

```
 1                R. McClelland
 2        A.   I do, yes.
 3        Q.   Can you elaborate more on this user
 4   expectation?
 5             MS. CRAWFORD:  Objection,
 6        foundation.
 7        A.   My understanding is that users
 8   expect Incognito mode or private browsing
 9   modes generally to present all in session ad
10   tracking when, in reality, the tracking is
11   limited to that single Incognito session, but
12   within the session, the tracking does occur.
13        Q.   As far as you know, has Google ever
14   considered stopping session-based tracking?
15             MS. CRAWFORD:  Objection.
16        A.   ████████████████████████████████
17   ███████████████████████████████████████████
18   ███████████████████████████████████████
19   ███████████████████████████████████████████
20   ████████████████████████████████████
21        Q.   Were you involved in that proposal?
22        A.   I was, yes.
23        Q.   What happened with that proposal?
24        A.   It was a contentious proposal.
25   There were two clear groups, two different
```



CONFIDENTIAL

Page 29

1                    R. McClelland

2    points of view, opinions.  There was the view

3    ███████████████████████████████████

4    █████████████████████████████████████████

5    ████████████████████████████████████

6    ████████████████████████████████████

7    ████████████████████████████████

8    ████████████████████████████████████

9    █████████████████████████████████████████

10   ████████████████████████████████████

11   ██████████████████████████

12          Those two proposals were taken

13   forward through an escalation and,

14   ultimately,  █████████████████████████

15   ███████████████████████████████████

16   █████████████████████████████████████

17   ██████████████████████

18      Q.    Which view did you have, was it the

19   first one or the second one, about  ███████████

20   ████████████

21      A.    My preference was for the first one

22   as a product manager, your role is to

23   represent the user and the user problem and

24   to argue for them.

25          That said, I respected both points



CONFIDENTIAL

Page 30

```
 1                    R. McClelland
 2  of view.  It wasn't a clear right or wrong,
 3  just two different ways of moving forward.
 4       Q.   Who made the ultimate decision to
 5  ████████████████████████?
 6            MS. CRAWFORD:  Objection,
 7       foundation.
 8            You can answer.
 9       A.   It went to an escalation meeting.
10  I think it was a woman called Parisa Tabriz,
11  I struggle to remember her name, but her
12  first name was Parisa.  She was a director of
13  engineering at the time and her counterpart
14  from the products side, Margret Schmidt.
15       Q.   Do you remember the name of this
16  proposal, if it had one?
17       A.   No, I'm afraid.  If you were to
18  give it to me, I might be able to recognize
19  it rather than recall it.
20       Q.   Please take a look at the page
21  ending in 409.
22            Do you see at the top, it says,
23  What are any risks or potential moments when
24  trust might be lost with participants while
25  in private mode?
```


MAGNA
LEGAL SERVICES

CONFIDENTIAL

1              CERTIFICATE

2

3

4        I HEREBY CERTIFY that the foregoing proceedings

5   were duly sworn by me and that the proceedings are a

6   true record.

7

8   _____

9   Leslie Fagin,
    Registered Professional Reporter
10  Dated:

11

12

13        (The foregoing certification of this transcript

14  does not apply to any reproduction of the same by any

15  means, unless under the direct control and/or

16  supervision of the certifying reporter.)

17

18

19

20

21

22

23

24

25