**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE LLC'S MOTION TO EXCLUDE WITNESS BLAKE LEMOINE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: November 29, 2023<br>Time: 9:00 a.m.<br>Location: Courtroom 1 – 4th Floor |

Before the Court is Google's Motion to Exclude Plaintiffs' Trial Witness Blake Lemoine ("Motion to Exclude"). Dkt. 1015. On October 25, 2023, Plaintiffs filed their Opposition to Google's Motion to Exclude. Having considered the Motion to Exclude, Plaintiffs' Opposition, supporting declarations, and other papers on file, the Court **DENIES** Google's Motion.

Mr. Lemoine is a former Google senior software engineer with personal knowledge of Google's use of private browsing data. Specifically, Mr. Lemoine claims to have personal knowledge about how Google's internal algorithms, machine learning, and artificial intelligence services may rely on users' private browsing data, including data collected while users are in Chrome Incognito mode. Mr. Lemoine also claims to have personal knowledge of how Google's algorithms, machine learning, and artificial intelligence services may be able to reidentify people and their devices even when they are browsing in a private browsing mode. Plaintiffs support these claims with a declaration from Mr. Lemoine, and Google's Motion does not identify any evidence to refute these assertions. The information is highly relevant to the issues to be presented at trial.

While Plaintiffs only disclosed Mr. Lemoine in August 2023, the Court finds that the timing of Plaintiffs' disclosure is "substantially justified" because Plaintiffs disclosed him mere days after he contacted Plaintiffs to explain that he has relevant knowledge. Fed. R. Civ. P. 37(c)(1). Furthermore, the disclosure is also "harmless" because Mr. Lemoine is available for deposition well before trial, and because Google can produce his documents, which Plaintiffs have in any event requested.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Yvonne Gonzalez Rogers
United States District Judge