**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br>        Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER [DKT. 1038] WITHOUT PREJUDICE** |

1  PLEASE TAKE NOTICE that Plaintiffs hereby withdraw their Motion for Protective
2  Order. Dkt. 1038. Accordingly, pursuant to Local Rule 7-7(e), Plaintiffs request that this Court
3  remove from calendar the hearing on Plaintiffs' Motion for Protective Order, currently set for
4  November 29, 2023, at 9:00 a.m., without prejudice to reassert the motion at a later time.

5  Dated: October 26, 2023         Respectfully,

6                                  By */s/ John A. Yanchunis*

7                                  John A. Yanchunis (*pro hac vice*)
                                    jyanchunis@forthepeople.com
8                                   Ryan J. McGee (*pro hac vice*)
                                    rmcgee@forthepeople.com
9                                   MORGAN & MORGAN, P.A.
10                                  201 N Franklin Street, 7th Floor
                                    Tampa, FL 33602
11                                  Telephone: (813) 223-5505
                                    Facsimile: (813) 222-4736
12

13                                  Michael F. Ram, CA Bar No. 104805
                                    mram@forthepeople.com
14                                  MORGAN & MORGAN
                                    711 Van Ness Ave, Suite 500
15                                  San Francisco, CA 94102
                                    Tel: (415) 358-6913
16

17                                  Mark C. Mao (CA Bar No. 236165)
                                    mmao@bsfllp.com
18                                  Beko Reblitz-Richardson (CA Bar No. 238027)
                                    brichardson@bsfllp.com
19                                  BOIES SCHILLER FLEXNER LLP
                                    44 Montgomery Street, 41st Floor
20                                  San Francisco, CA 94104
                                    Telephone: (415) 293 6858
21                                  Facsimile (415) 999 9695

22                                  David Boies (*pro hac vice*)
                                    dboies@bsfllp.com
23                                  BOIES SCHILLER FLEXNER LLP
                                    333 Main Street
24                                  Armonk, NY 10504
                                    Tel: (914) 749-8200
25

26                                  James W. Lee (*pro hac vice*)
                                    jlee@bsfllp.com
27                                  Rossana Baeza (*pro hac vice*)
                                    rbaeza@bsfllp.com

Notice of Withdraw of Plaintiffs'
Motion for Protective Order [Doc. 1038]                    4:20-cv-03664-YGR-SVK

| | |
|---|---|
| 1 | |
| 2 | BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800 |
| 3 | Miami, FL 33130<br>Telephone: (305) 539-8400 |
| 4 | Facsimile: (305) 539-1304 |
| 5 | Alison Anderson (CA Bar No. 275334)<br>aanderson@bsfllp.com |
| 6 | M. Logan Wright, CA Bar No. 349004<br>mwright@bsfllp.com |
| 7 | BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street |
| 8 | 31st Floor<br>Los Angeles, CA 90017 |
| 9 | Telephone: (213) 995-5720 |
| 10 | Amanda Bonn (CA Bar No. 270891) |
| 11 | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 12 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 13 | Telephone: (310) 789-3100 |
| 14 | Bill Christopher Carmody (*pro hac vice*) |
| 15 | bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*) |
| 16 | srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*) |
| 17 | sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*) |
| 18 | afrawley@susmangodfrey.com<br>Ryan Sila (*pro hac vice*) |
| 19 | rsila@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 20 | 1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019 |
| 21 | Telephone: (212) 336-8330 |
| 22 | |
| 23 | *Attorneys for Plaintiffs* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 27 | |
| 28 | Notice of Withdraw of Plaintiffs'<br>Motion for Protective Order [Doc. 1038]     4:20-cv-03664-YGR-SVK |