# Exhibit A

**Parties' Joint Proposed Questions**

Do you know anything about or have you ever worked at or with any of the following? Check all that apply.
Boies Schiller Flexner LLP
Google LLC
Morgan & Morgan PA
Quinn Emanuel Urquhart & Sullivan LLP
Susman Godfrey LLP
If any are checked, please explain:

Do you know any of the following people? Check all that apply.

Sammit Adhya
Jesse Adkins
On Amir
Alison Anderson
Josef Teboho Ansorge
Rossana Baeza
Glenn Berntson
Deepti Bhatnagar
Chetna Bindra
David Boies
Amanda Bonn
Sabine Borsay
Stephen Broome
Chasom Brown
William Burck
William Byatt
Willian Byatt
Bill Carmody
Christopher Castillo
Stephen Chung
Jomaire Crawford
Ian Crosby
Jeremy Davis
Diane Doolittle
Greg Fair
Teuta Fani
Adrienne Porter Felt
Donald Seth Fortenbery
Alexander Frawley
Steve Ganem
Tracy (Xi) Gao
Ramin Halavati
Helen Harris

1

Marie Hayrapetian
Jonathan Hochman
Sara Jenkins
Mark Keegan
Michael Kleber
Michael Lasinski
James Lee
Blake Lemoine
Bert Leung
Chris Liao
Mandy Liu
Many Liu
Mark Mao
AbdelKarim Mardini
Joseph Margolies
Jean Martin
Rory McClelland
Rachael McCracken
Ryan McGee
Keith Mitnik
David Monsees
Crystal Nix-Hines
Alyssa Olson
Chris Palmer
Kostas Psounis
Shawn Rabin
Brian Rakowski
Michael Ram
Beko Reblitz-Richardson
Aarti Reddy
Caitlin Sadowski
Andrew Schapiro
Bruce Schneier
Justin Schuh
Paul Schwartz
Martin Shelton
Steven Shepard
Ryan Sila
Sonal Singhal
Carl Spilly
Bruce Strombom
Parisa Tabriz
Thao Thai
Viola Trebicka
Monique Trujillo
Jonathan Tse

Lorraine Twohill
Troy Walker
Brett Watkins
M. Logan Wright
John Yanchunis
Georgios Zervas

If any names are checked, please explain:

**Plaintiffs' Proposed Questions**[1]

How often do you use Google services like Gmail, Google Search, and Google News?
I do not know what these are.
I use one or more frequently.
I use one or more but not frequently.
I did use these in the past.
I have never used these.

For what purposes do you use Google? Please check all that apply.
I do not use Google.
Jobs (job search, job postings, etc.)
Health (medical issues, diagnosis, symptoms, treatment, etc.)
Wages, Finances
Entertainment, Sports
Weather, Travel, Maps
Definition of or translation of words, phrases, etc.

How often do you use the Incognito browsing mode?
I do not know what that is.
I use it frequently.
I use it but not frequently.
I did in the past.
I have never used it.
If you use or have ever used Incognito, please explain the most important reasons for which you use or have used it:

How often do you use a private browsing mode aside from Incognito?
I do not know what that is.

---

[1] **Google's Objection:** Google objects to Plaintiffs' proposed questions on the grounds that many of the proposed questions are designed to condition jurors, cause jurors to improperly personalize the case by considering what information they provide to Google or how they personally review Google's disclosures, improperly suggest that the case is class action when the jury will not be determining injunctive relief for the class, and/or are phrased too vaguely to yield useful information.

3

I use one frequently.
I use one but not frequently.
I did in the past.
I have never used one.
If you use or have ever used any private browsing mode, please explain the most important reasons for which you use or have used it:

Are you familiar with Google's CEO Sundar Pichai?
No
Yes. Please explain:

Do you pay attention to disclosures, announcements, and any other types of communications from Google when you are using Google services?
I do not use Google.
No
Yes. Please explain:

Do you have any education, training or work experience with business contracts?
No
Yes. Please explain:

Do you have any education, training, or work experience with computer coding?
No
Yes. Please explain:

What is your impression, opinion, or feeling about Google?
I do not know what that is.
Very positive
Positive
Neutral or no impression, opinion, or feeling
Negative
Very negative
Please explain:

What is your impression, opinion, or feeling about a person's right to privacy while using the internet?
It is important
It is not important
Please explain:

What is your impression, opinion, or feeling about someone who claims to have been harmed, but that harm is mental and not physical in nature?
I do not know what that is.
Very positive
Positive
Neutral or no impression, opinion, or feeling

Negative
Very negative
Please explain:

How would you describe your impression, opinion, or feeling about class action lawsuits?
Very positive
Positive
Neutral or no impression, opinion, or feeling
Negative
Very negative
Please explain:

Do you believe that lawsuits against large corporations are hurting our economy or our society?
No
Yes. Please explain:

Do you have any strong feelings about awarding money to to individuals suing a large corporation in a civil lawsuit?
No
Yes. Please explain:

**Google's Proposed Questions**

Do you or anyone close to you use private browsing modes when on the internet?
No
Yes. Please describe:

Have you or anyone close to you ever used Chrome Incognito?
No
Yes. Please describe:

Have you or anyone close to you ever been a member of a class action?
No
Yes. Please describe:

Have you or anyone close to you ever been part of a data breach?
No
Yes. Please describe:

Have you or anyone close to you ever been part of a privacy breach or had their identity stolen?
No
Yes. Please describe:

Have you or anyone close to you ever believed they had a claim for invasion of privacy?
No
Yes. Please describe:

Do you or anyone close to you have a strong opinion about large technology companies?
No
Yes/Self. Please describe:
Yes/Close Contact. Please describe:

Do you or anyone close to you have a strong opinion about Google?
No
Yes/Self. Please describe:
Yes/Close Contact. Please describe:

Do you or anyone close to you have a strong opinion about how Google handles user privacy?
No
Yes/Self. Please describe:
Yes/Close Contact. Please describe:

Do you, a family member, or someone close to you have expertise or had training, taken courses or worked in or around the following areas?
(drop down answers)
Law (Yes, self / Yes, family / Yes, someone close)
Privacy (Yes, self / Yes, family / Yes, someone close)
Technology (Yes, self / Yes, family / Yes, someone close)
Data Security (Yes, self / Yes, family / Yes, someone close)
Computer Programming (Yes, self / Yes, family / Yes, someone close)
Drafting or Negotiating Contracts (Yes, self / Yes, family / Yes, someone close)
Drafting Disclosures or Policies (Yes, self / Yes, family / Yes, someone close)
If Yes to any of the above, please explain:

Do you hold any leadership roles at work or in social groups?
No
Yes. Please describe:

Have you or anyone close to you served in the military?
No
Yes. Please describe: