1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |
|---|---|

# [PROPOSED] ORDER

Before the Court is Google's Administrative Motion to Seal Portions of Google's Reply in Support of Motion to Exclude Plaintiffs' Late Disclosed and Irrelevant Witness Blake Lemoine (Dkt. 1015) ("Motion").  Having considered the Motion, supporting declaration, and other papers on file, and good cause reasons having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google's Reply in Support of Motion to Exclude Plaintiffs' Late Disclosed and Irrelevant Witness Blake Lemoine (Dkt. 1015) at 5:12-19 | Spilly Declaration ¶¶ 2-3 | |

**SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge