**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER GOOGLE'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: November 29, 2023<br>Time: 9:00 a.m. |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed.

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Highlighted portions of Combined Exhibit List | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |

Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

Dated: November 1, 2023                    Respectfully submitted,

By: /s/ Mark C. Mao
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile (415) 293-6899

David Boies (admitted pro hac vice)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

James Lee (admitted pro hac vice)
jlee@bsfllp.com
Rossana Baeza (admitted pro hac vice)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

| | |
|---|---|
| 1 | Alison L. Anderson (CA Bar No. 275334) |
| | alanderson@bsfllp.com |
| 2 | M. Logan Wright (CA Bar No. 349004) |
| | mwright@bsfllp.com |
| 3 | BOIES SCHILLER FLEXNER LLP |
| | 725 S. Figueroa St., 31st Floor |
| 4 | Los Angeles, CA 90017 |
| | Telephone: (213) 629-9040 |
| 5 | Facsimile: (213) 629-9022 |
| 6 | |
| | Bill Carmody (pro hac vice) |
| 7 | bcarmody@susmangodfrey.com |
| | Shawn J. Rabin (pro hac vice) |
| 8 | srabin@susmangodfrey.com |
| | Steven Shepard (pro hac vice) |
| 9 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley (pro hac vice) |
| 10 | afrawley@susmangodfrey.com |
| 11 | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Floor |
| 12 | New York, NY  10019 |
| | Telephone: (212) 336-8330 |
| 13 | Facsimile: (212) 336-8340 |
| 14 | |
| | Amanda Bonn (CA Bar No. 270891) |
| 15 | abonn@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 16 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 17 | Telephone: (310) 789-3100 |
| 18 | Facsimile: (310) 789-3150 |
| 19 | |
| | John A. Yanchunis (pro hac vice) |
| 20 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (pro hac vice) |
| 21 | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 22 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 23 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 24 | |
| 25 | Michael F. Ram (CA Bar No. 238027) |
| | mram@forthepeople.com |
| 26 | MORGAN & MORGAN, P.A. |
| | 711 Van Ness Avenue, Suite 500 |
| 27 | San Francisco, CA 94102 |
| | Telephone: (415) 358-6913 |
| 28 | |

2

PLAINTIFFS' ADMINISTRATIVE MOTION RE SEALING        CASE NO. 4:20-CV-03664-YGR-SVK

Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*

3