1  Alison L. Anderson, CA Bar No. 275334
   alanderson@bsfllp.com
2  M. Logan Wright CA Bar No. 349004
   mwright@bsfllp.com
3  BOIES SCHILLER FLEXNER LLP
   2029 Century Park East, Suite 1520N
4  Los Angeles, CA 90067
   Telephone: (213) 629-9040
5
   *Attorneys for Plaintiffs*
6

7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated., | Case No. 4:20-cv-03664-YGR-SVK |
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

Case No. 4:20-cv-03664-YGR-SVK
NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the Los Angeles office of the firm Boies Schiller Flexner LLP has changed its address to the following:

BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520N
Los Angeles, CA 90067

The telephone and facsimile numbers will remain the same. Telephone: (213) 629-9040; Facsimile: (213) 629-9022.

Dated:  November 6, 2023                    Respectfully submitted,

By: /s/ Alison L. Anderson
   Alison L. Anderson, CA Bar No. 275334
   alanderson@bsfllp.com
   M. Logan Wright CA Bar No. 349004
   mwright@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
   2029 Century Park East, Suite 1520N
   Los Angeles, CA 90067
   Telephone: (213) 629-9040

   *Attorneys for Plaintiffs*