**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Melissa Zonne, CA Bar No. 301581
2029 Century Park East
Suite 1520N
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mzonne@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**NOTICE OF APPEARANCE OF JOSHUA STEIN FOR PLAINTIFFS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Trial: January 29, 2024 |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Joshua Stein of Boies Schiller Flexner LLP, hereby appears in the above-captioned matter as counsel for Plaintiffs.  Mr. Stein is a member in good standing of the bar of this Court and is admitted to practice in California. Counsel requests that all pleadings, notices, and other filings to be served are directed to the following address, telephone number, facsimile number, and email address.

>Joshua Stein (SBN 298856)
>jstein@bsfllp.com
>44 Montgomery Street, 41st Floor
>San Francisco, CA 94104
>Telephone: (415) 293-6813
>Facsimile: (415) 293-6899

Dated: November 7, 2023                                   Respectfully submitted,

>By:   /s/ Joshua Stein
>Mark C. Mao (CA Bar No. 236165)
>mmao@bsfllp.com
>Beko Reblitz-Richardson (CA Bar No. 238027)
>brichardson@bsfllp.com
>BOIES SCHILLER FLEXNER LLP
>44 Montgomery Street, 41st Floor
>San Francisco, CA 94104
>Telephone: (415) 293-6800
>Facsimile (415) 293-6899
>
>David Boies (admitted pro hac vice)
>dboies@bsfllp.com
>BOIES SCHILLER FLEXNER LLP
>333 Main Street
>Armonk, NY 10504
>Telephone: (914) 749-8200
>Facsimile: (914) 749-8300
>
>James Lee (admitted pro hac vice)
>jlee@bsfllp.com
>Rossana Baeza (admitted pro hac vice)
>rbaeza@bsfllp.com
>BOIES SCHILLER FLEXNER LLP
>100 SE 2nd Street, Suite 2800

Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
Melissa Zonne (CA Bar No. 301581)
2029 Century Park East, Suite 1520N
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mzonne@bsfllp.com

Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
Alexander P. Frawley (pro hac vice)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500

San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE OF JOSHUA STEIN          CASE NO. 4:20-CV-03664-YGR-SVK

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2023, the within document was filed with the Clerk of the Court using the CM/ECF which will send notifications of such filing to the attorneys of record in this case.

/s/ *Joshua Stein*
Joshua Stein (SBN 298856)