1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO BIFURCATE PUNITIVE DAMAGES AMOUNT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |
|---|---|

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Bifurcate Punitive Damages Amount ("Motion"). Having considered all papers and oral argument in support and against the Motion, as well as the record in this case and the applicable legal standards, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED that the trial in this matter will be bifurcated into two phases: the first addressing liability, non-punitive damages, and Plaintiffs' entitlement to punitive damages; and the second addressing the amount of punitive damages to be awarded (in the event the jury determines that Plaintiffs are entitled to them).

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge