# Exhibit A

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | Ryan Sila (admitted pro hac vice) |
| | 1301 Avenue of the Americas, 32nd Floor |
| Mark C. Mao, CA Bar No. 236165 | New York, NY  10019 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Tel.: (212) 336-8330 |
| 44 Montgomery St., 41st Floor | bcarmody@susmangodfrey.com |
| San Francisco, CA 94104 | srabin@susmangodfrey.com |
| Tel.: (415) 293-6800 | sshepard@susmangodfrey.com |
| mmao@bsfllp.com | afrawley@susmangodfrey.com |
| brichardson@bsfllp.com | rsila@susmangodfrey.com |
| | |
| James Lee (admitted pro hac vice) | Amanda K. Bonn, CA Bar No. 270891 |
| Rossana Baeza (admitted pro hac vice) | 1900 Avenue of the Stars, Suite 1400 |
| 100 SE 2nd St., 28th Floor | Los Angeles, CA 90067 |
| Miami, FL 33131 | Tel.: (310) 789-3100 |
| Tel.: (305) 539-8400 | abonn@susmangodfrey.com |
| jlee@bsfllp.com | |
| rbaeza@bsfllp.com | **MORGAN & MORGAN** |
| | John A. Yanchunis (admitted pro hac vice) |
| Alison L. Anderson, CA Bar No. 275334 | Ryan J. McGee (admitted pro hac vice) |
| M. Logan Wright, CA Bar No. 349004 | 201 N. Franklin Street, 7th Floor |
| 725 S. Figueroa St., 31st Floor | Tampa, FL 33602 |
| Los Angeles, CA 90017 | Tel.: (813) 223-5505 |
| Tel.: (213) 629-9040 | jyanchunis@forthepeople.com |
| alanderson@bsfllp.com | rmcgee@forthepeople.com |
| | |
| *Attorneys for Plaintiffs* | Michael F. Ram, CA Bar No. 104805 |
| | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated, | Case No.:  4:20-cv-03664-YGR-SVK |
| | **PLAINTIFFS' PROPOSED JURY INSTRUCTIONS AND REDLINES AGAINST MODEL INSTRUCTIONS** |
| Plaintiffs, | |
| v. | Judge: Hon. Yvonne Gonzalez Rogers |
| | Date: November 29 2023 |
| GOOGLE LLC, | Time: 9:00 a.m. |
| Defendant. | |

Pursuant to the Court's October 17, 2023 Order (Dkt. 1019), the Court's September 29, 2022 Standing Order Re: Pretrial Instructions in Civil Cases, and in advance of the Pretrial Conference on November 29, 2023, Plaintiffs respectfully submit amended proposed Jury Instruction Nos. 2-6 and 4-6. The Parties met and conferred but were unable to reach agreement on these amended proposed instructions. Both parties' proposals and accompanying position statements are included in a combined document that will be filed simultaneously.

**(DISPUTED) JURY INSTRUCTION NO. 2-6**

<u>Number of Violations</u>
*Plaintiffs' Proposal*

If you find that Plaintiffs have proven their claim under Section 631 of the California Invasion of Privacy Act, you will need to decide how many times Google violated the law, as to each Plaintiff.

Each interception qualifies as a separate violation of the law. Each use or attempted use of information obtained from any wrongfully intercepted communication also constitutes a separate and additional violation of law.

DATE SUBMITTED: November 1, 2023

DATE REVISED: November 27, 2023

*There is no redline because there is no model instruction for this claim.*

**(DISPUTED) JURY INSTRUCTION NO. 4-6**

<u>Number of Violations</u>
*Plaintiffs' Proposal*

If you find that Plaintiffs have proven their claim under the ECPA, you will need to decide how many times Google violated the law, as to each Plaintiff.

Each interception qualifies as a separate violation of the law. Each use or attempted use of information obtained from any wrongfully intercepted communication also constitutes a separate and additional violation of law. I will separately provide an instruction on the statute of limitations to the extent it applies.

DATE SUBMITTED: November 1, 2023

DATE REVISED: November 27, 2023

*There is no redline because there is no model instruction for this claim.*

| | | |
|---|---|---|
|1| | |
|2| | |
|3|Dated:  November 27, 2023|Respectfully submitted,|
|4| |By:  /s/ Mark Mao|
|5| |Mark C. Mao (CA Bar No. 236165)|
|6| |mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)|
|7| |brichardson@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP|
|8| |44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104|
|9| |Telephone: (415) 293-6800<br>Facsimile (415) 293-6899|
|10| | |
|11| |David Boies (admitted pro hac vice)<br>dboies@bsfllp.com|
|12| |BOIES SCHILLER FLEXNER LLP<br>333 Main Street|
|13| |Armonk, NY 10504<br>Telephone: (914) 749-8200|
|14| |Facsimile: (914) 749-8300|
|15| |James Lee (admitted pro hac vice)<br>jlee@bsfllp.com|
|16| |Rossana Baeza (admitted pro hac vice)<br>rbaeza@bsfllp.com|
|17| |BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800|
|18| |Miami, FL 33131<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307|
|19| | |
|20| |Alison L. Anderson (CA Bar No. 275334)<br>alanderson@bsfllp.com|
|21| |M. Logan Wright (CA Bar No. 349004)<br>mwright@bsfllp.com|
|22| |BOIES SCHILLER FLEXNER LLP<br>725 S. Figueroa St., 31st Floor|
|23| |Los Angeles, CA 90017<br>Telephone: (213) 629-9040<br>Facsimile: (213) 629-9022|
|24| | |
|25| |Bill Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com|
|26| |Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com|
|27| |Steven Shepard (pro hac vice)<br>sshepard@susmangodfrey.com|
|28| |Alexander P. Frawley (pro hac vice)<br>afrawley@susmangodfrey.com<br>Ryan K. Sila|

rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*