**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER GOOGLE'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: December 19, 2023 at 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor<br>Trial Date: December 19, 2023 |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed.

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Portions marked with yellow highlighting on Page 1 of Plaintiffs' Opposition to Google's Motion to Bifurcate Punitive Damages Amount | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Exhibit 1 to Plaintiffs' Opposition to Google's Motion to Bifurcate Punitive Damages Amount | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Exhibit 2 to Plaintiffs' Opposition to Google's Motion to Bifurcate Punitive Damages Amount | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Exhibit 3 to Plaintiffs' Opposition to Google's Motion to Bifurcate Punitive Damages Amount | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |
| Exhibit 4 to Plaintiffs' Opposition to Google's Motion to Bifurcate Punitive Damages Amount | Google | Contains Material Designated "Confidential" and/or "Highly Confidential" by Google pursuant to the Protective Order |

Under Civil Local Rule 79-5(f), Google, as the designating party, bears the burden of establishing that the designated material is sealable.

Dated:  November 28, 2023                Respectfully submitted,

By: /s/ Mark C. Mao
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

```
                            Telephone: (415) 293-6800
                            Facsimile (415) 293-6899

                            David Boies (admitted pro hac vice)
                            dboies@bsfllp.com
                            BOIES SCHILLER FLEXNER LLP
                            333 Main Street
                            Armonk, NY 10504
                            Telephone: (914) 749-8200
                            Facsimile: (914) 749-8300

                            James Lee (admitted pro hac vice)
                            jlee@bsfllp.com
                            Rossana Baeza (admitted pro hac vice)
                            rbaeza@bsfllp.com
                            BOIES SCHILLER FLEXNER LLP
                            100 SE 2nd Street, Suite 2800
                            Miami, FL 33131
                            Telephone: (305) 539-8400
                            Facsimile: (305) 539-1307

                            Alison L. Anderson (CA Bar No. 275334)
                            alanderson@bsfllp.com
                            M. Logan Wright (CA Bar No. 349004)
                            mwright@bsfllp.com
                            BOIES SCHILLER FLEXNER LLP
                            725 S. Figueroa St., 31st Floor
                            Los Angeles, CA 90017
                            Telephone: (213) 629-9040
                            Facsimile: (213) 629-9022

                            Bill Carmody (pro hac vice)
                            bcarmody@susmangodfrey.com
                            Shawn J. Rabin (pro hac vice)
                            srabin@susmangodfrey.com
                            Steven Shepard (pro hac vice)
                            sshepard@susmangodfrey.com
                            Alexander P. Frawley (pro hac vice)
                            afrawley@susmangodfrey.com
                            SUSMAN GODFREY L.L.P.
                            1301 Avenue of the Americas, 32nd Floor
                            New York, NY  10019
                            Telephone: (212) 336-8330
                            Facsimile: (212) 336-8340

                            Amanda Bonn (CA Bar No. 270891)
                            abonn@susmangodfrey.com
                            SUSMAN GODFREY L.L.P.
```

2

PLAINTIFFS' ADMINISTRATIVE MOTION RE SEALING              CASE NO. 4:20-CV-03664-YGR-SVK

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION RE SEALING        CASE NO. 4:20-CV-03664-YGR-SVK