| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>enyborg-burch@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br>     Defendant. | CASE NO.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF M. LOGAN WRIGHT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO BIFURCATE PUNITIVE DAMAGES AMOUNT**<br><br>Judge: Hon. Susan van Keulen |

I, M. Logan Wright, declare as follows.

1. I am an associate with the law firm Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney duly licensed to practice before al courts of the State of California and appearing for this case. Dkt. 935. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this declaration in support of "Plaintiffs' Opposition to Google's Motion to Bifurcate Punitive Damages Amount."

3. Attached hereto as Exhibit 1 is a copy of a document that Google produced in discovery, bearing Bates Label GOOG-BRWN-00475063.

4. Attached hereto as Exhibit 2 is a copy of a document that Google produced in discovery, bearing Bates Label GOOG-BRWN-00806426.

5. Attached hereto as Exhibit 3 is a copy of a document that Google produced in discovery, bearing Bates Label GOOG-BRWN-00169228

6. Attached hereto as Exhibit 4 is a chart cross referencing some of the exhibits listed on pages 18 and 19 of the parties' combined exhibit list (which Google purportedly seeks to defer) to portions of Lasinski's report where those documents are cited.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of November, 2023, at Los Angeles, California.

*/s/ M. Logan Wright*

1
[Proposed] Order Denying Google's Motion to Bifurcate Punitive Damages Amount
4:20-cv-03664-YGR-SVK