# Exhibit 1 to
# Plaintiff's Opposition To Google's Motion To Bifuricate Punitive Damages Amount (Dkt. 1064)

# Slipsheet for Document Sought to be Sealed