# Exhibit 3 to Plaintiff's Opposition To Google's Motion To Bifuricate Punitive Damages Amount (Dkt. 1064)

# Slipsheet for Document Sought to be Sealed