# APPENDIX

| Exhibit Number | Document | Citation in Lasinski Report |
|---|---|---|
| PX 682 | GOOG-BRWN-00027456 | Lasinski Rep. ¶¶ 45–46, fns. 143–46 |
| PX 683 | GOOG-BRWN-00047631 | Lasinski Rep. ¶ 168, fn. 337 |
| PX 684 | GOOG-BRWN-00139742 | Lasinski Rep. ¶ 66 fn. 172, Schedule 14.14 |
| PX 685 | GOOG-BRWN-00146251 | Lasinski Rep. Schedule 12.5 |
| PX 686 | GOOG-BRWN-00154008 | Lasinski Rep. ¶ 168 fn. 337 |
| PX 687 | GOOG-BRWN-00154707 | Lasinski Rep. ¶ 29 fn. 73 |
| PX 688 | GOOG-BRWN-00163550 | Lasinski Rep. ¶ 29 fn. 73 |
| PX 689 | GOOG-BRWN-00203888 | Lasinski Rep. ¶ 168 fn. 337 |
| PX 690 | GOOG-BRWN-00406281 | Lasinski Rep. ¶¶ 179, 181 fns. 362–63, 366 |
| PX 691 | GOOG-BRWN-00422777 | Lasinski Rep. ¶ 168 fn. 337 |
| PX 692 | GOOG-BRWN-00478023 | Lasinski Rep. ¶ 29 fn. 74 |
| PX 694 | GOOG-BRWN-00653907 | Lasinski Rep. ¶¶ 26, 69 fns. 184, 63, 64 |
| PX 695 | GOOG-BRWN-00792629 | Lasinski Rep. ¶ 26 fns. 63–64 |
| PX 696 | GOOG-CABR-00141714 | Lasinski Rep. ¶¶ 48, 77 fns 153, 204, Schedules 4.7, 7.7, 10.6 |
| PX 697 | GOOG-CABR-00391340 | Lasinski Rep. ¶ 43 fns. 137–38 |
| PX 698 | GOOG-CABR-03611277 | Lasinski Rep. ¶ 48 fn. 153 |
| PX 699 | GOOG-CABR-03695549 | Lasinski Rep. ¶ 24 fn. 56 |
| PX 700 | GOOG-CABR-03842057 | Lasinski Rep. ¶ 66 fn. 172, Schedule 14.14 |
| PX 701 | GOOG-CABR-03956603 | Lasinski Rep. ¶ 43 fn. 136 |
| PX 702 | GOOG-CABR-03958888 | Lasinski Rep. ¶ 48 fns. 151–52, ¶ 49 fn. 154 |
| PX 703 | GOOG-CABR-04072530 | Lasinski Rep. ¶ 22, fns. 42–43 |
| PX 704 | GOOG-CABR-04120396 | Lasinski Rep. ¶ 24 fn. 56 |
| PX 705 | GOOG-CABR-04404345 | Lasinski Rep. ¶ 27 fns. 67–70 |
| JX 706 | GOOG-CABR-04406227 | Lasinski Rep. ¶ 27 fn. 69 |
| JX 707 | GOOG-CABR-04486714 | Lasinski Rep. ¶¶ 67 fn. 178, ¶ 167 fn. 334, ¶ 188 fn. 372, Schedules 19.3, 19.5–19.7, 20.2–20.5 |
| PX 708 | GOOG-CABR-04588763 | Lasinski Rep. ¶ 77 fns. 203–04, Schedules 3.7, 4.7, 6.7, 7.7, 9.6, 10.6 |
| PX 709 | GOOG-CABR-04596471 | Lasinski Rep. ¶ 22 fn. 46 |
| PX 710 | GOOG-CABR-04611594 | Lasinski Rep. Schedules 14.3, 14.5, 14.7, 14.14, 27.3, 27.5, 27.7. |
| PX 711 | GOOG-CABR-04613495 | Lasinski Rep. Schedule 12.5 |
| PX 712 | GOOG-CABR-04703695 | Schedule 12.5 |
| PX 713 | GOOG-CABR-04705413 | Lasinski Rep. ¶¶ 151–54 fns. 301–09 |
| PX 714 | GOOG-CABR-04729089 | Lasinski Rep. Schedule 12.5 |
| PX 715 | GOOG-CABR-04787255 | Lasinski Rep. ¶ 47 fns. 147–50 |
| PX 716 | GOOG-CABR-04867499 | Lasinski Rep. ¶ 43 fns. 125–28 |
| PX 717 | GOOG-CABR-05150938 | Lasinski Rep. ¶ 24 fn. 54 |
| PX 718 | GOOG-CABR-05263826 | Lasinski Rep. ¶ 24 fn. 55 |
| PX 719 | GOOG-CABR-05279618 | Lasinski Rep. ¶ 43 fns. 129–31 |
| PX 720 | GOOG-CABR-05420346 | Lasinski Rep. ¶ 43 fns. 132–35 |

| | | |
|---|---|---|
| PX 721 | GOOG-CABR-05886428 | Lasinski Rep. ¶ 166 fn. 332 ¶ 167 fn. 333, ¶ 188 fn. 371, Schedules 19.6, 20.2 |
| PX 722 | GOOG-CABR-05886429 | Lasinski Rep. Schedule 20.6 |
| PX 723 | GOOG-CABR-05886430 | Lasinski Rep. Schedules 19.2, 19.7, 20.3 |
| PX 724 | GOOG-CABR-05886431 | Lasinski Rep. Schedules 19.4, 20.7 |
| PX 725 | GOOG-CABR-05886432 | Lasinski Rep. Schedules 19.3, 20.4 |
| PX 726 | GOOG-CABR-05886433 | Lasinski Rep. Schedules 19.5, 20.5 |
| JX 727 | GOOG-CABR-X-00000421 | Lasinski Rep. ¶ 143 fn. 290, ¶ 148 fn. 298, Schedule 16.2 |
| PX 728 | GOOG-CABR-X-00000468 | Lasinski Rep. ¶ 143 fn. 290 |
| PX 729 | GOOG-CABR-X-00001225 | Lasinski Rep.¶ 64 fn. 164 |
| PX 730 | April 5, 2022 Email from T. Gao re: Brown v. Google – UMA data | Lasinski ¶167 fn. 334, ¶ 188 fn. 372. Schedules 19.2, 20.6 |
| PX 731 | April 14, 2022 Letter from T. Fani re: Google production Volume X-011 | Lasinski ¶ 64 fn. 164 |
| PX 732 | Alphabet Form 10-K for the fiscal year ended December 31, 2021 | Lasinski Lasinski ¶¶ 20–23 fns. 36–41, 44, 47, ¶64 fns. 162, 163, ¶ 96 fn. 227, ¶ 119 fn. 261, Schedules 12.4, 13.1, 13.2 |
| JX 733 | Alphabet Form 10-K for the fiscal year ended December 31, 2019 | Lasinski, ¶Schedules 12.4, 13.1, 13.2, 13.5 |