**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br>　　　　　　Defendant. | CASE NO.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION TO BIFURCATE PUNITIVE DAMAGES AMOUNT**<br><br>Judge: Hon. Susan van Keulen |

Before the Court is "Google's Notice of Motion and Motion to Bifurcate Punitive Damages Amount" ("Motion to Bifurcate"). Dkt. 1064. On November 28, 2023, Plaintiffs filed their Opposition to Google's Motion Bifurcate. Having considered the Motion to Bifurcate, Plaintiffs' Opposition, supporting declarations, and other papers on file, the Court finds as follows.

Bifurcation is the "exception rather than the rule of normal trial procedure within the Ninth Circuit" and Google "carries the burden of proving bifurcation is warranted", and the Court finds Google has not met its burden to show bifurcation is warranted here. *Medtronic v. Minimed Inc. v. Animas* Corp., 2013 WL 3233341, at *1 (C.D. Cal. June 25, 2013). Evidence Google seeks to defer to Google's proposed trial phase 2 (that relevant to the amount of punitive damages) is also relevant to the issues that will be considered in its first proposed trial phase, specifically Plaintiffs' privacy torts and the amount of other damages Plaintiffs may be entitled to. Bifurcating the amount of punitive damages would, therefore, be inefficient and cure no prejudice to Google.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED:**

The Court **DENIES** "Google's Notice of Motion and Motion to Bifurcate Punitive Damages Amount" ("Motion to Bifurcate"). Dkt. 1064.

**IT IS SO ORDERED.**

Dated: _____           _____
                                           Hon. Yvonne Gonzalez-Rogers