BOIES SCHILLER FLEXNER LLP
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

SUSMAN GODFREY L.L.P.
Bill Carmody
(*pro hac vice*)
bcarmody@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel
listed in signature blocks below*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice)*
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemauel.com
Rachael L. McCracken (CA Bar No. 252660)
rachaelmccracken@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant; additional counsel
listed in signature blocks below*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**PARTIES' REVISED PROPOSED STATEMENT OF THE CASE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: November 29, 2023<br>Time: 9:00 a.m. |

CASE NO. 4:20-cv-03664-YGR-SVK

**PARTIES' REVISED PROPOSED STATEMENT OF THE CASE**

Based on the Court's instructions at the November 29, 2023 Pretrial Conference, the Parties respectfully submit this revised proposal for the Statement of the Case. The Parties have agreed on the following joint statement:

This is a civil privacy and breach of contract case brought by five Plaintiffs—Chasom Brown, William Byatt, Christopher Castillo, Jeremy Davis, and Monique Trujillo—against Defendant Google.

Plaintiffs assert seven claims challenging Google's conduct when users browse the Internet using Chrome's Incognito mode or certain other browsers' private browsing modes.

Google denies all these claims and contends that Plaintiffs consented to the challenged conduct.

Respectfully submitted,

DATED: November 30, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Rachael L. McCracken*

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (CA Bar No. 252660)
rachaelmccracken@quinnemanuel.com

DATED: November 30, 2023

BOIES SCHILLER FLEXNER LLP

By: */s/ Amanda Bonn*

David Boies (*pro hac vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)

1  Alyssa G. Olson (CA Bar No. 305705)
   alyolson@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
2  Los Angeles, CA 90017
   Telephone: (213) 443-3000
3  Facsimile: (213) 443-3100

4  Jomaire Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
   D. Seth Fortenbery (admitted *pro hac vice*)
5  sethfortenbery@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
6  New York, NY 10010
   Telephone: (212) 849-7000
7  Facsimile: (212) 849-7100

8  Xi ("Tracy") Gao (CA Bar No. 326266)
   tracygao@quinnemanuel.com
9  Carl Spilly (admitted *pro hac vice)*
   carlspilly@quinnemanuel.com
10 1300 I Street NW, Suite 900
   Washington D.C., 20005
11 Telephone: (202) 538-8000
   Facsimile: (202) 538-8100

12 Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
13 50 California Street, 22nd Floor
   San Francisco, CA 94111
14 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

15 *Attorneys for Defendant Google LLC*

   srabin@susmangodfrey.com
   Steven Shepard (*pro hac vice*)
   sshepard@susmangodfrey.com
   Alexander P. Frawley (*pro hac vice*)
   afrawley@susmangodfrey.com
   SUSMAN GODFREY L.L.P.
   1301 Avenue of the Americas, 32nd Floor
   New York, NY 10019
   Telephone: (212) 336-8330

   Amanda Bonn (CA Bar No. 270891)
   abonn@susmangodfrey.com
   SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
   Telephone: (310) 789-3100

   Alison L. Anderson, CA Bar No. 275334
   alanderson@bsfllp.com
   M. Logan Wright CA Bar No. 349004
   mwright@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
   725 S. Figueroa Street, 31st Floor
   Los Angeles, CA 90017
   Telephone: (813) 482-4814

   John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
   Ryan J. McGee (*pro hac vice*)
   rmcgee@forthepeople.com
   MORGAN & MORGAN, P.A.
   201 N Franklin Street, 7th Floor
   Tampa, FL 33602
   Telephone: (813) 223-5505
   Facsimile: (813) 222-4736

   Michael F. Ram, CA Bar No. 104805
   MORGAN & MORGAN
   711 Van Ness Ave, Suite 500
   San Francisco, CA 94102
   Tel: (415) 358-6913
   mram@forthepeople.com

   *Attorneys for Plaintiffs*

1

**ATTESTATION**

2          I, Amanda Bonn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence

3    to the filing of this document has been obtained from each signatory hereto.

4

5

     DATED:   November 30, 2023                    By:     */s/ Amanda Bonn*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PARTIES' REVISED PROPOSED STATEMENT OF THE CASE**