UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHASOM BROWN, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**GOOGLE LLC,**<br><br>　　　　Defendant. | Case No.: 4:20-cv-3664-YGR<br><br>**[ATTACHMENT C] PARTY CERTIFICATION RE EXHIBITS DELIVERED TO JURY** |

　　　I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

(Party Name) _____     (Party Name) _____

_____     _____
　Signature (Plaintiff's Attorney)　　　　　　　　Signature (Defense Attorney)