UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 29, 2023 | **Time:** 5 Hour 40 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-03664-YGR | **Case Name:** Brown et al v. Google LLC et al | |

**Attorney for Plaintiff:** John Yanchunis, Alexander Frawley, Amanda Bonn, Beko Reblitz-Richardson, David Boies, James Lee, Joshua Stein, Logan Wright, Ryan McGee, Ryan Sila and Mark Mao

**Attorney for Defendant:** Andrew Schapiro, Crystal Nix-Hines, Jomaire Crawford, Joseph Margolies, Rachel McCracken, Stephen Broome, Teuta Fani and Viola Trebicka

**Deputy Clerk:** Edwin Cuenco       **Court Reporter:** Pamela Batalo-Hebel, via Zoom

### PROCEEDINGS:

Motion Hearing and Pretrial Conference – **HELD.**

Written Order to issue.