1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Google's Material Should be Sealed regarding Plaintiffs' Opposition to Google's Motion to Bifurcate Punitive Damages Amount. (Dkt. 1068) ("Opposition"). Having considered the Opposition, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Exhibit 1 to Wright Declaration GOOG-BRWN-00475063<br><br>Portions highlighted in yellow at pages -5063–5064, -5066 | Margolies Declaration ¶¶ 3–5 | |

**SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge