Hon. Elizabeth D. Laporte (Ret.) (SBN 106670)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Fax: (415) 982-5287

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendants. | Case No. 4:20-cv-3664-YGR<br><br>**ORDER AND STATUS REPORT OF PRELIMINARY CONFERENCE WITH SPECIAL MASTER** |

On December 8, 2023, the undersigned Special Master, appointed under the September 7, 2023 Joint Stipulation and Order Regarding the Appointment of a Special Master for Evidentiary Disputes (DKT. 959), conducted a preliminary status conference.

The parties informed the Special Master that the date of the first trial in this proceeding is January 29, 2024. Given the impending trial date and the Special Master's busy calendar, the Special Master instructed the parties that requests for evidentiary rulings must be issued immediately. The Special Master issued the following orders:

1) The parties shall file on JAMS Access, by no later than **Monday, December 11, 2023**, copies of all transcripts that are the subject of designations or counter-

ORDER AND STATUS REPORT OF PRELIMINARY CONFERENCE WITH SPECIAL MASTER – Page 1

designations.

2) The parties shall meet and confer to develop categories for all hearsay objections that require rulings from the Special Master.

3) The parties shall meet and confer to agree upon a format to present hearsay objections that presents the description of the evidence, the objection to the evidence, the counter to the objection and the response in a combined grouping, such as a table. The parties shall also agree upon pages limit for any briefing submitted.

4) The parties shall file on JAMS Access all requests for rulings on hearsay objections by **December 12, 2023**.

5) The parties shall meet and confer to agree upon the scope of any additional requests for evidentiary rulings by the Special Master and shall file those requests on JAMS Access by **December 14, 2023**.

IT IS SO ORDERED:

Dated:  December 11, 2023

_____
Hon. Elizabeth D. Laporte (Ret.)
Special Master



JAMS Access - Document Upload Confirmation & Proof of Service

**Brown, Chasom, et al. vs. Google, LLC , JAMS reference number: 1100116125**

You have successfully uploaded the following document through JAMS Access:

**Document Uploaded By:** JAMS

**Date of Upload:** 9/12/2023

**Time of Upload:** 12:50 PM (PT)

**Document Title:** Clerk Disclosure Reports.pdf

An email notification has been sent to the following individuals included on the JAMS Access Service List:

**JAMS :** Jayli Miller (jmiller@jamsadr.com);Elizabeth Laporte (elaporte@jamsadr.com);Scott Schreiber (sschreiber@jamsadr.com);

**Boies Schiller & Flexner LLP :** Beko Reblitz-Richardson (brichardson@bsfllp.com);Hsiao Mao (mmao@bsfllp.com);James Lee (jlee@bsfllp.com);Logan Wright (mwright@bsfllp.com);Rossana Baeza (rbaeza@bsfllp.com);

**Morgan & Morgan :** John Yanchunis (jyanchunis@forthepeople.com);Michael Ram (mram@forthepeople.com);Ryan McGee (rmcgee@forthepeople.com);

**Quinn Emanuel Urquhart & Sullivan LLP :** Alyssa Olson (alyolson@quinnemanuel.com);Carl Spilly (carlspilly@quinnemanuel.com);Crystal Nix-Hines (crystalnixhines@quinnemanuel.com);D. Fortenberry (sethfortenbery@quinnemanuel.com);Jonathan Tse (jonathantse@quinnemanuel.com);Josef Ansorge (josefansorge@quinnemanuel.com);Joseph Margolies (josephmargolies@quinnemanuel.com);Teuta Fani (teutafani@quinnemanuel.com);Tracy Gao (tracygao@quinnemanuel.com);Viola Trebicka (violatrebicka@quinnemanuel.com);

**Quinn Emanuel Urquhart & Sullivan, LLP :** Andrew Schapiro (andrewschapiro@quinnemanuel.com);Jomaire Crawford (jomairecrawford@quinnemanuel.com);Stephen Broome (stephenbroome@quinnemanuel.com);

**Susman Godfrey LLP :** Alex Frawley (afrawley@susmangodfrey.com);Amanda Bonn (abonn@susmangodfrey.com);Bill Carmody (bcarmody@susmangodfrey.com);Shawn Rabin (srabin@susmangodfrey.com);Steven Shepard (sshepard@susmangodfrey.com);

Other authorized users may also receive email notification of this record.

Future registered users added to the JAMS service list will also have access to this document.