**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemauel.com
Rachael L. McCracken (CA Bar No. 252660)
rachaelmccracken@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant; additional counsel listed in signature blocks below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION RE: PLAINTIFFS' REQUEST TO COMPEL LIVE TESTIMONY FROM MS. BORSAY AND MR. HALAVATI AT TRIAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: January 29, 2024 |

1   Pursuant to Civil Local Rule 7-12, this joint stipulation is entered into between Plaintiffs and
2   Google LLC ("Google"), collectively referred to as the "Parties."
3   WHEREAS, at the Pretrial Conference on November 29, 2023, the Parties informed the
4   Court of a dispute as to whether Google could or should be compelled to make Ms. Sabine Borsay—
5   a current Google employee who is a German citizen and resides in Germany—available to testify
6   live at trial. *See* PTC Tr. 29:10–30:20.
7   WHEREAS, at the Pretrial Conference, the Parties also informed the Court of a similar
8   dispute as to whether Google could or should be compelled to make Mr. Ramin Halavati—a current
9   Google employee who is a non-U.S. citizen and resides in Germany—available to testify live at trial.
10  *See* PTC Tr. 31:7–32:5.
11  WHEREAS, on December 4, 2023, the Court issued Pretrial Order No. 1, directing the
12  Parties to "provide briefing not to exceed three pages with respect to the appearance of witnesses
13  Sabine Borsay and Ramin Halavati" and travel information for both witnesses. Dkt. 1076 ¶ 7.
14  WHEREAS, at the Pretrial Conference, Plaintiffs declined the Court's invitation to brief the
15  issue of whether Google should be compelled to make Mr. Ramin Halavati available to testify live
16  at trial and agreed to withdraw their request that he testify live. *See* PTC Tr. 32:18–20.
17  WHEREAS, in the interest of conserving judicial resources and resolving pretrial disputes
18  without Court involvement, Plaintiffs and Google agree that Ms. Sabine Borsay will not testify live
19  at trial.
20  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
21  follows:
22  1.   Plaintiffs will withdraw their request that the Court compel Google to make Mr. Ramin
23  Halavati or Ms. Sabine Borsay available to testify live at trial.
24  2.   The Parties accordingly agree not to file briefing on whether Google can or should be
25  compelled to make Mr. Ramin Halavati and/or Ms. Sabine Borsay available to testify live at trial,
26  whether in person or remotely, or submit the travel information for those witnesses ordered in
27  connection with that briefing.
28

1

3. The Parties reserve all other rights with respect to these witnesses.

Dated: December 12, 2023

| BOIES SCHILLER FLEXNER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| */s/ Mark C. Mao* | */s/ Andrew H. Schapiro* |

BOIES SCHILLER FLEXNER LLP

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
M. Logan Wright (CA Bar No. 349004)
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (CA Bar No. 252660)
rachaelmccracken@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor

2

JOINT STIPULATION RE: PLAINTIFFS REQUEST TO COMPEL LIVE   Case No. 4:20-CV-03664-YGR-SVK
TESTIMONY FROM MS. BORSAY AND MR. HALAVATI AT TRIAL

| | |
|---|---|
| Tel: (212) 336-8330 | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| Amanda Bonn (CA Bar No. 270891) | Facsimile: (212) 849-7100 |
| abonn@susmangodfrey.com | |
| SUSMAN GODFREY L.L.P. | Carl Spilly (admitted *pro hac vice*) |
| 1900 Avenue of the Stars, Suite 1400 | carlspilly@quinnemanuel.com |
| Los Angeles, CA 90067 | Xi ("Tracy") Gao (CA Bar No. 326266) |
| Tel: (310) 789-3100 | tracygao@quinnemanuel.com |
| | 1300 I Street NW, Suite 900 |
| John A. Yanchunis (*pro hac vice*) | Washington D.C., 20005 |
| jyanchunis@forthepeople.com | Tel: (202) 538-8000 |
| Ryan J. McGee (*pro hac vice*) | Fax: (202) 538-8100 |
| rmcgee@forthepeople.com | |
| MORGAN & MORGAN, P.A. | Jonathan Tse (CA Bar No. 305468) |
| 201 N. Franklin Street, 7th Floor | jonathantse@quinnemanuel.com |
| Tampa, FL 33602 | 50 California Street, 22nd Floor |
| Tel: (813) 223-5505 | San Francisco, CA 94111 |
| Fax: (813) 222-4736 | Tel: (415) 875-6600 |
| | Fax: (415) 875-6700 |
| Michael F. Ram (CA Bar No. 104805) | |
| mram@forthepeople.com | *Attorneys for Defendant Google LLC* |
| MORGAN & MORGAN, P.A. | |
| 711 Van Ness Avenue, Suite 500 | |
| San Francisco, CA 94102 | |
| Tel: (415) 358-6913 | |

*Attorneys for Plaintiffs*

## ATTESTATION OF CONCURRENCE

I, Mark Mao, am the ECF user whose ID and password are being used to file JOINT STIPULATION RE: CERTAIN REFERENCES TO INCOGNITO AND TWO PLAINTIFFS' BACKGROUNDS. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: December 12, 2023

By  */s/ Mark C. Mao*
    Mark C. Mao
    *Counsel on behalf of Plaintiffs*

3

JOINT STIPULATION RE: PLAINTIFFS REQUEST TO COMPEL LIVE    Case No. 4:20-CV-03664-YGR-SVK
TESTIMONY FROM MS. BORSAY AND MR. HALAVATI AT TRIAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ENTERING STIPULATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: January 29, 2024 |

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ENTERS** the stipulation.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

4

JOINT STIPULATION RE: PLAINTIFFS REQUEST TO COMPEL LIVE TESTIMONY FROM MS. BORSAY AND MR. HALAVATI AT TRIAL     Case No. 4:20-CV-03664-YGR-SVK