Hon. Elizabeth D. Laporte (Ret.) (SBN 106670)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA  94111
Telephone: (415) 982-5267
Fax: (415) 982-5287

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, ET AL.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-3664-YGR

**SPECIAL MASTER'S ORDER AND STATUS REPORT NO. 2**

On December 15, 2023, the undersigned Special Master, appointed under the September 7, 2023 Joint Stipulation and Order Regarding the Appointment of a Special Master for Evidentiary Disputes (DKT. 959), conducted a follow-up status conference.

The Special Master noted that the court required all rulings from the Special Master to be completed by January 5, 2024; however, the parties have yet to submit their selected complete evidentiary objections and responses to enable her to rule on them.

Accordingly, the Special Master ordered as follows:

1. The parties shall remove any objections that have been resolved by the Court *via* its rulings on motions *in limine* or by any other Court action.

2. Given the limited time frame for the reference matter, a manageable number of rulings on hearsay objections shall take precedence over rulings (if any) on objections based on relevance.

3. The Special Master ordered the following deadlines related to Defendant's requests for rulings on Defendant's hearsay objections to Plaintiffs' deposition designations:

   a. Plaintiffs were ordered to inform Defendant by **December 16, 2023 at 9:00 a.m.  PST**, if Plaintiffs contend that specified hearsay exceptions, in addition to party admissions which they have asserted, apply to Defendant's hearsay objections.

   b. For each hearsay objection, Defendant was ordered to provide Plaintiffs with an explanation as to why Defendant contends that the exception for party admissions or other asserted exception does not apply by **December 17, 2023 by 8:00 a.m. PST.**

   c. Plaintiffs shall respond to Defendant's contention that the exception for party admissions does not apply by **December 18, 2023 at 9:00 a.m. PST.**

4. The Special Master ordered the following deadlines related to Plaintiffs' requests for rulings on Plaintiffs' hearsay objections to Defendant's exhibits:

   d. To expedite addressing insofar as possible Plaintiffs' extensive 184 objections, the parties were ordered to group objections into no more than twelve (12) categories per side, with Plaintiffs having already done so.

   e. Defendant was ordered to inform Plaintiffs of Defendant's suggested up to twelve categories of objections by **December 16, 2023 at 9:00 PST.** (Plaintiffs previously submitted their proposed categories in Attachment D to Plaintiffs' December 11, 2023 letter to the Special Master.)

   f. The parties were further ordered to select one bellwether example from each category of objections.  (To the extent that Defendant's overlap with

1    Plaintiffs previously selected ones, it may designate one for each

2    overlapping category.) The parties shall exchange their bellwether

3    examples by **December 18, 2023 at 5:00 p.m., PST**.

4    g.   The parties shall exchange responses to their respective bellwether

5    selections by **December 19, 2023 at 5:00 p.m., PST**.

6    h.   The parties shall submit the agreed upon bellwether hearsay objections to

7    the Special Master by **December 20, 2023 at 5:00 p.m., PST**.

8

9

10

11

12    IT IS SO ORDERED:

13    Dated:  December 17, 2023

      Hon. Elizabeth D. Laporte (Ret.)
14    Special Master

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMS Access - Document Upload Confirmation & Proof of Service



**Brown, Chasom, et al. vs. Google, LLC , JAMS reference number: 1100116125**

You have successfully uploaded the following document through JAMS Access:

**Document Uploaded By:** JAMS

**Date of Upload:** 12/17/2023

**Time of Upload:** 04:04 PM (PT)

**Document Title:** Special Master Order and Status Report No. 2

An email notification has been sent to the following individuals included on the JAMS Access Service List:

**JAMS :** Jayli Miller (jmiller@jamsadr.com);Elizabeth Laporte (elaporte@jamsadr.com);Scott Schreiber (sschreiber@jamsadr.com);

**Boies Schiller & Flexner LLP :** Beko Reblitz-Richardson (brichardson@bsfllp.com);Hsiao Mao (mmao@bsfllp.com);James Lee (jlee@bsfllp.com);Joshua Stein (jstein@bsfllp.com);Logan Wright (mwright@bsfllp.com);Melissa Zonne (mzonne@bsfllp.com);Rossana Baeza (rbaeza@bsfllp.com);

**Morgan & Morgan :** John Yanchunis (jyanchunis@forthepeople.com);Michael Ram (mram@forthepeople.com);Ryan McGee (rmcgee@forthepeople.com);

**Quinn Emanuel Urquhart & Sullivan LLP :** Alyssa Olson (alyolson@quinnemanuel.com);Carl Spilly (carlspilly@quinnemanuel.com);Crystal Nix-Hines (crystalnixhines@quinnemanuel.com);D. Fortenberry (sethfortenbery@quinnemanuel.com);Jonathan Tse (jonathantse@quinnemanuel.com);Joseph Margolies (josephmargolies@quinnemanuel.com);Rachael McCracken (rachaelmccracken@quinnemanuel.com);Teuta Fani (teutafani@quinnemanuel.com);Tracy Gao (tracygao@quinnemanuel.com);Viola Trebicka (violatrebicka@quinnemanuel.com);Yusef Al-Jarani (yusefaljarani@quinnemanuel.com);

**Quinn Emanuel Urquhart & Sullivan, LLP :** Andrew Schapiro (andrewschapiro@quinnemanuel.com);Jomaire Crawford (jomairecrawford@quinnemanuel.com);Stephen Broome (stephenbroome@quinnemanuel.com);

**Susman Godfrey LLP :** Alex Frawley (afrawley@susmangodfrey.com);Amanda Bonn (abonn@susmangodfrey.com);Bill Carmody (bcarmody@susmangodfrey.com);Ryan Sila (rsila@susmangodfrey.com);Shawn Rabin (srabin@susmangodfrey.com);Steven Shepard (sshepard@susmangodfrey.com);

Other authorized users may also receive email notification of this record.

Future registered users added to the JAMS service list will also have access to this document.

www.access.jamsadr.com