# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

In light of the Parties' Joint Notice of Preliminary Settlement and Request for Stay and Vacatur of Trial Date, the Court VACATES the trial date in this matter and STAYS this litigation for 60 days pending the Parties' submission of the settlement agreement for approval.

DATED: December 28, 2023

HON. YVONNE GONZALEZ ROGERS
United States District Judge