**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (CA Bar No 252660)
rachaelmccracken@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S NOTICE OF WITHDRAWAL OF ATTORNEY DONALD SETH FORTENBERY**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2)(C), Donald Seth Fortenbery of Quinn Emanuel Urquhart & Sullivan LLC hereby withdraws as counsel of record for Defendant Google LLC in the above-named matter.

Defendant respectfully requests that the Court and Parties remove Mr. Fortenbery from all future correspondence.

The law firm of Quinn Emanuel Urquhart & Sullivan LLP will continue as counsel of record for Defendant.

DATED: January 11, 2024                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    /s/ Andrew H. Schapiro
           Andrew H. Schapiro

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No 252660)

| | |
|---|---|
| 1 | rachaelmccracken@quinnemanuel.com |
| 2 | Alyssa G. Olson (CA Bar No. 305705) |
| | alyolson@quinnemanuel.com |
| 3 | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| 4 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |

```
 1                                              rachaelmccracken@quinnemanuel.com
                                                Alyssa G. Olson (CA Bar No. 305705)
 2                                              alyolson@quinnemanuel.com
                                                865 S. Figueroa Street, 10th Floor
 3                                              Los Angeles, CA 90017
                                                Telephone: (213) 443-3000
 4                                              Facsimile: (213) 443-3100
 5
                                                Jomaire Crawford (admitted pro hac vice)
 6                                              jomairecrawford@quinnemanuel.com
                                                51 Madison Avenue, 22nd Floor
 7                                              New York, NY 10010
                                                Telephone: (212) 849-7000
 8                                              Facsimile: (212) 849-7100
 9
                                                Xi ("Tracy") Gao (CA Bar No. 326266)
10                                              tracygao@quinnemanuel.com
                                                Carl Spilly (admitted pro hac vice)
11                                              carlspilly@quinnemanuel.com
                                                1300 I Street NW, Suite 900
12                                              Washington D.C., 20005
                                                Telephone: (202) 538-8000
13                                              Facsimile: (202) 538-8100
14
                                                Jonathan Tse (CA Bar No. 305468)
15                                              jonathantse@quinnemanuel.com
                                                50 California Street, 22nd Floor
16                                              San Francisco, CA 94111
                                                Telephone: (415) 875-6600
17                                              Facsimile: (415) 875-6700
18
                                                Attorneys for Defendant Google LLC
19
20
21
22
23
24
25
26
27
28

                                            -2-                   Case No. 4:20-cv-03664-YGR-SVK
                GOOGLE'S NOTICE OF WITHDRAWAL OF ATTORNEY DONALD SETH FORTENBERY
```