| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>David Boies (*pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>SUSMAN GODFREY L.L.P.<br>Bill Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>MORGAN & MORGAN<br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>Teuta Fani (admitted pro hac vice)<br>teutafani@quinnemanuel.com<br>Joseph H. Margolies (admitted pro hac vice)<br>josephmargolies@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (CA Bar No. 326971)<br>crystalnixhines@quinnemauel.com<br>Rachael L. McCracken (CA Bar No. 252660)<br>rachaelmccracken@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT NOTICE UPDATE REGARDING PRELIMINARY SETTLEMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

On December 26, 2023, Plaintiffs and Google LLC (the "Parties") informed the Court that through mediation facilitated by the Honorable Layn R. Phillips, the Parties agreed to a binding term sheet that would resolve the claims in this litigation, pending the Court's approval. Dkt. 1089. The Court then vacated the pending trial date and stayed this litigation for 60 days pending the Parties' submission of the settlement agreement for approval. Dkt. 1090.

The Parties are continuing to prepare a final and definitive settlement agreement, which they anticipate executing soon and then presenting for this Court's approval. To avoid any unnecessary waste of judicial resources and to allow the Parties to focus their efforts entirely on finalizing the settlement, the Parties jointly and respectfully request that the Court continue to stay this litigation for up to 35 additional days, which will include (1) up to 14 days, during which time the Parties will finalize and execute the settlement agreement, and (2) an additional 21 days after execution of the settlement agreement, during which time Plaintiffs will prepare and file the motion for approval of the class settlement.

The Parties continue to thank the Court for its attention to this matter.

| | |
|---|---|
| DATED: February 26, 2024 | DATED: February 26, 2024 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
| By: /s/ Viola Trebicka | By: /s/ Mark Mao |
| Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>Teuta Fani (admitted *pro hac vice*)<br>teutafani@quinnemanuel.com<br>Joseph H. Margolies (admitted *pro hac vice*)<br>josephmargolies@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526) | David Boies (*pro hac vice*)<br>dboies@bsfllp.com<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br><br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile (415) 999 9695<br><br>James W. Lee (*pro hac vice*)<br>jlee@bsfllp.com<br>Rossana Baeza<br>rbaeza@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33130 |

| | | |
|---|---|---|
| 1 | violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (Bar No. 326971) | Telephone: (305) 539-8400<br>Facsimile: (305) 539-1304 |
| 2 | crystalnixhines@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705) | Bill Carmody (*pro hac vice*) |
| 3 | alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor | bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*) |
| 4 | Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 5 | Jomaire Crawford (admitted *pro hac vice*) | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 6 | jomairecrawford@quinnemanuel.com<br>D. Seth Fortenbery (admitted *pro hac vice*) | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 7 | sethfortenbery@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | New York, NY 10019<br>Telephone: (212) 336-8330 |
| 8 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com |
| 9 | | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 |
| 10 | Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com | Los Angeles, CA 90067<br>Telephone: (310) 789-3100 |
| 11 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | Alison L. Anderson, CA Bar No. 275334<br>alanderson@bsfllp.com |
| 12 | 1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Telephone: (202) 538-8000 | M. Logan Wright CA Bar No. 349004<br>mwright@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP |
| 13 | Facsimile: (202) 538-8100 | 725 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90017 |
| 14 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor | Telephone: (813) 482-4814 |
| 15 | San Francisco, CA 94111<br>Telephone: (415) 875-6600 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*) |
| 16 | Facsimile: (415) 875-6700 | rmcgee@forthepeople.com<br>MORGAN & MORGAN, P.A. |
| 17 | *Attorneys for Defendant Google LLC* | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505 |
| 18 | | Facsimile: (813) 222-4736 |
| 19 | | Michael F. Ram, CA Bar No. 104805<br>MORGAN & MORGAN |
| 20 | | 711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 21 | | mram@forthepeople.com |
| 22 | | *Attorneys for Plaintiffs* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION**

I, Mark Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: February 26, 2024                        By: /s Mark Mao