UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>[~~PROPOSED~~] **ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

In light of the Parties' Joint Notice Update Regarding Preliminary Settlement, the Court FURTHER STAYS this litigation for up to 35 days pending Plaintiffs' submission of the settlement agreement for approval.

DATED: February 27, 2024

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge