| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 629-9040<br>alanderson@bsfllp.com<br>mwright@bsfllp.com<br><br>*Attorneys for Plaintiffs* | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>GOOGLE LLC,<br>　　　　　　　Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:　　Hon. Yvonne Gonzalez Rogers<br>Date:　　July 30, 2024<br>Time:　　2:00 p.m.<br>Location:　Courtroom 1 – 4th Floor |

PLAINTIFFS' ADMINISTRATIVE MOTION　　　　　　　　　　Case No. 4:20-cv-03664-YGR-SVK
TO FILE UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5, Judge Yvonne Gonzalez Rogers' Standing Order in Civil Cases (the "Standing Order"), and the Stipulated Protective Order entered in this matter (Dkt. 81), Plaintiffs respectfully submit this Administrative Motion to Seal the following material submitted with Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement. As outlined in Section 12(b) of the Court's Standing Order, the reasons for sealing each document will be addressed in a forthcoming omnibus motion.

| Dkt. No. | Document or Portion of Document Sought to Be Sealed | Sealed/Redacted/Not Under Seal | Party Claiming Confidentiality |
|---|---|---|---|
| 1097-1 | Motion for Approval of Class Action Settlement | Not Under Seal | N/A |
| 1097-2 | Declaration of Mark C. Mao ("Mao Decl.") | Not Under Seal | N/A |
| 1097-3 | Exhibit 1 to Mao Decl. (limited portions of Exhibits B, C, and E to Mao Decl. Ex. 1 are marked for redaction with yellow highlighting) | Sealed | Google and Plaintiffs |
| 1097-4 | Exhibit 1 to Mao Decl. | Redacted | Google and Plaintiffs |
| 1097-5 | Exhibit 2 to Mao Decl. | Not Under Seal | N/A |
| 1097-6 | Exhibit 3 to Mao Decl. | Not Under Seal | N/A |
| 1097-7 | Exhibit 4 to Mao Decl. | Sealed | Google |
| 1097-8 | Exhibit 5 to Mao Decl. | Sealed | Google |
| 1097-9 | Exhibit 6 to Mao Decl. | Sealed | Google |
| 1097-10 | Exhibit 7 to Mao Decl. | Sealed | Google |
| 1097-11 | Exhibit 8 to Mao Decl. | Sealed | Google |
| 1097-12 | Exhibit 9 to Mao Decl. | Sealed | Google |
| 1097-13 | Exhibit 10 to Mao Decl. | Sealed | Google |
| 1097-14 | Exhibit 11 to Mao Decl. | Not Under Seal | N/A |
| 1097-15 | Exhibit 12 to Mao Decl. | Not Under Seal | N/A |
| 1097-16 | Declaration of Christopher Thompson (limited portions marked for redaction with yellow highlighting) | Sealed | Google |
| 1097-17 | Declaration of Christopher Thompson | Redacted | Google |
| 1097-18 | Exhibit A to Thompson Declaration | Not Under Seal | N/A |

| 1097-19 | Exhibit B to Thompson Declaration | Sealed | Google |
|---|---|---|---|
| 1097-20 | Exhibit B to Thompson Declaration (portions redacted based on Dkt. 592-3) | Redacted | Google |
| 1097-21 | Exhibit C to Thompson Declaration | Sealed | Google |
| 1097-22 | Consolidated Declaration of Lead Counsel | Not Under Seal | N/A |
| 1097-23 | Declaration of Chasom Brown | Not Under Seal | N/A |
| 1097-24 | Declaration of Christopher Castillo | Not Under Seal | N/A |
| 1097-25 | Declaration of Jeremy Davis | Not Under Seal | N/A |
| 1097-26 | Declaration of Monique Trujillo | Not Under Seal | N/A |
| 1097-27 | Declaration of William Byatt | Not Under Seal | N/A |
| 1097-28 | Proposed Order Granting Final Approval of Class Action Settlement | Not Under Seal | N/A |

Dated: April 1, 2024

Respectfully submitted,

By /s/  Mark C. Mao
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com

Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6800
Facsimile (415) 293-6899

David Boies (*pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)

2
PLAINTIFFS' ADMINISTRATIVE MOTION      Case No. 4:20-cv-03664-YGR-SVK
TO FILE UNDER SEAL

rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison Anderson (CA Bar No. 275334)
aanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Bill Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
Ryan Sila (*pro hac vice*)
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

3
PLAINTIFFS' ADMINISTRATIVE MOTION         Case No. 4:20-cv-03664-YGR-SVK
TO FILE UNDER SEAL

| | |
|---|---|
| 1 | Michael F. Ram, CA Bar No. 104805 |
| 2 | mram@forthepeople.com |
| | MORGAN & MORGAN |
| 3 | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| 4 | Tel: (415) 358-6913 |

*Attorneys for Plaintiffs*

4

| PLAINTIFFS' ADMINISTRATIVE MOTION | Case No. 4:20-cv-03664-YGR-SVK |
| TO FILE UNDER SEAL | |