# Exhibit C to

# Declaration of Christopher Thomspon ISO Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

| Name of the Database or Data Log | Retention | Identified by Google |
|---|---|---|
| ▉ | Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2022-03-17 SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34 |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] | 2022-07-15 [0630] Sealed Order Clarifying Preservation Plan.pdf |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] | 2022-07-15 [0630] Sealed Order Clarifying Preservation Plan.pdf |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] | 2021-12-15 Google's Letter to Special Master |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] | 2022-03-17 SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34 |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 12/7/2023; 2024-03-01 Exhibit B.pdf] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [GOOG-BRWN-00078435] | 2022-03-17 SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34 |
| ▉ | [2022-07-15 [0630] Sealed Order Clarifying Preservation Plan.pdf] | 2022-07-15 [0630] Sealed Order Clarifying Preservation Plan.pdf |
| ▉ | [2022-07-15 [0630] Sealed Order Clarifying Preservation Plan.pdf] | 2022-07-15 [0630] Sealed Order Clarifying Preservation Plan.pdf |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ▉ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |

| | | |
|---|---|---|
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [2022-07-15 [0630] Sealed Order Clarifying Preservation Plan.pdf] | 2022-07-15 [0630] Sealed Order Clarifying Preservation Plan.pdf |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |

| | | |
|---|---|---|
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-CABR-05757329] | 2022-03-01 Brown v. Google - Google Letter re Browser Intelligence Monitoring Dashboard |
| ███ | [Google's November 21 Item 4a Response [Mediation Privileged].pdf] | 2023-01-26 Declaration of Sree Pothana |
| ███ | [Google's November 21 Item 4a Response [Mediation Privileged].pdf] | 2023-01-26 Declaration of Sree Pothana |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ ) | [GOOG-CABR-05757329] | 2022-03-01 Brown v. Google - Google Letter re Browser Intelligence Monitoring Dashboard |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [GOOG-BRWN-00858557; October 27, 2022 OSC] | 2022-06-14 Brown v. Google - Supplemental Declaration of M. Sramek (AEO).pdf |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
| ███ | [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |

| ██████ | ████████ [Retention as of 9/16/2021; 2021-12-02 Data Source Information Provided Reconciliation - Brown.xlsx] | 2021-09-17 Brown v. Google Data Sets |
|---|---|---|
| ███████████████ ████████ | | |