UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Google's Administrative Motion to File Under Seal Portions of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement. (Dkt. 1096) ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (Dkt. 1096) <br><br> Highlighted Portions at: <br><br> pp. 13:18, 15:20–28 | Margolies Declaration ¶¶ 3–5 | |

**SO ORDERED.**

DATED: _____     _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge