**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No. 252660
rachaelmccracken@quinneamanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, et al., individually and on behalf of all similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK <br><br> **DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 1096, 1097-1, and 1097-4)** <br><br> Judge: Yvonne Gonzalez Rogers |

Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Documents to remove the documents submitted as Dkt. Nos. 1096, 1097-1, and 1097-4 (Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, and Exhibit 1 to Declaration of Mark C. Mao in support thereof, respectively). After Dkt. Nos. 1096, 1097-1 and 1097-4 were filed, Google discovered that the publicly available documents contain highly sensitive, confidential, and proprietary business information left in unredacted form, which could affect Google's competitive standing and may expose Google to increased security risks, including cybersecurity threats, if publicly disclosed. Upon discovering this error, Google's counsel requested that the inadvertently filed documents be temporarily blocked. Google has filed corrected, redacted versions of the documents at Dkts. 1099-4, 1098-2, and 1098-3. Accordingly, Google respectfully requests that Docket Nos. 1096, 1097-1, and 1097-4 be permanently deleted from the docket.

DATED: April 5, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No. 252660)
rachaelmccracken@quinneamanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| 1 | Telephone: (213) 443-3000 |
| 2 | Facsimile: (213) 443-3100 |
| 3 | Jomaire Crawford (admitted pro hac vice) |
|   | jomairecrawford@quinnemanuel.com |
| 4 | 51 Madison Avenue, 22nd Floor |
|   | New York, NY 10010 |
| 5 | Telephone: (212) 849-7000 |
|   | Facsimile: (212) 849-7100 |
| 6 | |
| 7 | Xi ("Tracy") Gao (CA Bar No. 326266) |
|   | tracygao@quinnemanuel.com |
| 8 | Carl Spilly (admitted *pro hac vice)* |
|   | carlspilly@quinnemanuel.com |
| 9 | 1300 I Street NW, Suite 900 |
|   | Washington D.C., 20005 |
| 10 | Telephone: (202) 538-8000 |
|   | Facsimile: (202) 538-8100 |
| 11 | |
| 12 | *Attorneys for Defendant Google LLC* |