| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | One Manhattan West, 50th Floor |
| | New York, NY 10001 |
| Mark C. Mao, CA Bar No. 236165 | Tel.: (212) 336-8330 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | bcarmody@susmangodfrey.com |
| 44 Montgomery St., 41st Floor | srabin@susmangodfrey.com |
| San Francisco, CA 94104 | sshepard@susmangodfrey.com |
| Tel.: (415) 293-6800 | afrawley@susmangodfrey.com |
| mmao@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891 |
| brichardson@bsfllp.com | 1900 Avenue of the Stars, Suite 1400 |
| James Lee (admitted pro hac vice) | Los Angeles, CA 90067 |
| Rossana Baeza (admitted pro hac vice) | Tel.: (310) 789-3100 |
| 100 SE 2nd St., 28th Floor | abonn@susmangodfrey.com |
| Miami, FL 33131 | **MORGAN & MORGAN** |
| Tel.: (305) 539-8400 | John A. Yanchunis (admitted pro hac vice) |
| jlee@bsfllp.com | Ryan J. McGee (admitted pro hac vice) |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| Alison L. Anderson, CA Bar No. 275334 | Tampa, FL 33602 |
| M. Logan Wright, CA Bar No. 349004 | Tel.: (813) 223-5505 |
| 2029 Century Park East, Suite 1520 | jyanchunis@forthepeople.com |
| Los Angeles, CA 90067 | rmcgee@forthepeople.com |
| Tel.: (213) 629-9040 | Michael F. Ram, CA Bar No. 104805 |
| alanderson@bsfllp.com | 711 Van Ness Ave, Suite 500 |
| mwright@bsfllp.com | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br>  Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' MOTIONS TO SEAL AND REMOVE DOCUMENTS (DKTS. 1097, 1098, 1099, 1100)**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Location:  Courtroom 1 – 4th Floor |

Before the Court are several administrative motions to file under seal and associated responses including: (1) the Parties' Administrative Motions to File Under Seal Portions of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (Dkt. Nos. 1097, 1098, and 1099); (2) Defendant Google LLC's Motion to Remove Incorrectly Filed Documents (Dkt. 1100); and (3) Plaintiffs' Response to Google's Motions to Seal and Remove Documents (Dkt. 1101).

The Court has considered all papers, evidence, and argument submitted regarding these administrative motions. Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. "[T]o ensure class members have the opportunity to meaningfully participate in the settlement approval process specified in Federal Rule of Civil Procedure 23(e), they must, through access to court files, be able to review the bases of the proposed settlement and the other documents in the court record." 2 McLaughlin on Class Actions § 6:22 (20th ed. 2023).

2. "A party seeking to seal a document filed with the court must (1) comply with [the relevant rules]; and (2) rebut 'a strong presumption in favor of access' that applies to all documents other than grand jury transcripts or pre-indictment warrant materials." *Thomas v. MagnaChip Semiconductor Corp.*, 2017 WL 4750628, at \*4 (N.D. Cal. Oct. 20, 2017) (citing *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).

3. To the extent the documents requested by the parties' to be filed under seal concern issues regarding settlement approval, the Court finds that the "compelling reasons" standard applies.

4. Under the "compelling reasons" standard, the party seeking to seal must demonstrate that there is both a "high probability" that a compelling interest would be harmed if material was disclosed and that "there are no alternatives to closure that would adequately protect the compelling interest." *Perry v. Brown*, 667 F.3d 1078, 1088 (9th Cir. 2012) (internal marks omitted).

5. Having considered the parties' motions to seal (Dkt. Nos. 1097, 1098, and 1099),

Plaintiffs' Response to Google's Motions to Seal and Remove Documents (Dkt. 1101), supporting declarations, and the pleadings on file, and good cause appearing, the Court ORDERS as follows:

| Dkt. No(s). | Party Claiming Confidentiality | Document or Portion of Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|---|---|
| 1096 & 1097-1 | Google | Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement<br><br>Highlighted Portions at: pp. 13:18, 15:20–28 | DENIED | |
| 1097-3 & 4 | Google & Plaintiffs | Mao Decl., Exhibit 1 (Settlement Agreement)<br><br>Portions highlighted at pages 8, Exhibits B–E | GRANTED as to redacted portions in Exhibits B, C, D and E.<br><br>DENIED as to portions highlighted at page 8 | |
| 1097-12 | Google | Mao Decl., Exhibit 9 (GOOG-BRWN-00406065)<br><br>Portions highlighted at pages -065–069 | GRANTED | |
| 1097-13 | Google | Mao Decl., Exhibit 10 (GOOG-CABR-03611484)<br><br>Portions highlighted at pages -484 | GRANTED | |
| 1097-16 & 17 | Google | Thompson Declaration | GRANTED | |

| | | | | |
|---|---|---|---|---|
| | | Portions highlighted at pages 2:18, 3:13, 3:23, 4:4–6, 4:10, 4:15–16 | | |
| 1097-19 | Google | Thompson Decl., Exhibit B<br><br>Portions highlighted at pages 7:20–21, 7:23–25, 8:14, Exhibit A at pages 2–3 | GRANTED | |
| 1097-21 | Google | Thompson Decl., Exhibit C<br><br>Portions highlighted in green at pages 1-4 | GRANTED | |

6. Having considered Google LLC's Motion (Dkt. 1100) and Plaintiffs' Response (Dkt. 1101), the Court DENIES Defendant Google LLC's Motion to Remove Incorrectly Filed Documents.

**IT IS SO ORDERED.**

DATED: _____    _____
                                                                  Honorable Yvonne Gonzalez Rogers
                                                                  United States District Judge