UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[REVISED PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [REVISED PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement. (Dkt. 1097) ("Motion") and Google's Motions to Seal and Remove Documents (Dkts. 1099, 1100). Having considered the motions, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Motion for Approval of Class Action Settlement (Dkt. 1096 & 1097-1)<br><br>Portions highlighted at pages 13:18, 15:20–23, 15:25-28 | Margolies Declaration ¶¶ 3–5 | |
| Mao Decl. Exhibit 1 – Settlement Agreement (Dkt. 1097-3)<br><br>Portions highlighted at Exhibits B–D | Margolies Declaration ¶¶ 3–5 | |
| Mao Decl. Exhibit 9 – GOOG-BRWN-00406065 (Dkt. 1097-12)<br><br>Portions highlighted at pages -065–069 | Margolies Declaration ¶¶ 3–5 | |
| Mao Decl. Exhibit 10 – GOOG-CABR-03611484 (Dkt. 1097-13)<br><br>Portions highlighted at pages -484 | Margolies Declaration ¶¶ 3–5 | |
| Thompson Declaration (Dkts. 1097-16–17)<br><br>Portions highlighted at pages 2:18, 3:13, 3:23, 4:4–6, 4:10, 4:15–16 | Margolies Declaration ¶¶ 3–5 | |
| Thompson Decl. Exhibit B (Dkt. 1097-19)<br><br>Portions highlighted at pages 7:20–21, 7:23–25, 8:14, Exhibit A at pages 2–3 | Margolies Declaration ¶¶ 3–5 | |

| Thompson Decl. Exhibit C (Dkt. 1097-21) Portions highlighted in green at pages 1-4 | Margolies Declaration ¶¶ 3–5 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge