| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION CERTIFICATION (DKT. 1096) AND MOTION FOR AN AWARD OF ATTORNEYS' FEES**<br><br>Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between
2    Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."
3    WHEREAS, on April 1, 2024, Plaintiffs filed their Motion for Final Approval of Class
4    Action Settlement (the "Final Approval Motion") (Dkt. 1096);
5    WHEREAS, on April 8, 2024, Google filed its Statement of Non-Opposition and
6    Clarification Regarding Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt.
7    1102);
8    WHEREAS, the hearing on Plaintiffs' Final Approval Motion is currently noticed for July
9    30, 2024;
10   WHEREAS, Plaintiffs will soon file a motion for attorneys' fees, costs, and service awards;
11   WHEREAS, pursuant to the Northern District of California's Procedural Guidance for Class
12   Action Settlements, requests for attorney's fees must be noticed for the same date as the final
13   approval hearing;
14   WHEREAS, Google is unavailable for the hearing that Plaintiffs noticed for July 30, 2024,
15   and has proposed August 7, 2024 as a replacement date;
16   WHEREAS, Plaintiffs have no objection to re-noticing the hearing for August 7, 2024.
17   NOW THEREFORE, the Parties stipulate to the following briefing schedule and hearing
18   date:
19   1.    The deadline for Plaintiffs to file their Motion for An Award of Attorneys' Fees,
20   Costs, and Service Awards (the "Fee Motion") shall be April 23, 2024;
21   2.    The deadline for Google to file any opposition to Plaintiffs' Fee Motion shall be June
22   7, 2024;
23   3.    The deadline for Plaintiffs to file any reply in support of their Fee Motion shall be
24   June 21, 2024; and
25   3.    The date for the hearing on Plaintiffs' Final Approval Motion and Fee Motion shall
26   be moved to August 7, 2024.
27
28   DATED: April 15, 2024

| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No 252660)
rachaelmccracken@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*

BOIES SCHILLER FLEXNER LLP

*/s/ Mark C. Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.

| | | |
|---|---|---|
| 1 | carlspilly@quinnemanuel.com | 201 N Franklin Street, 7th Floor |
| 2 | 1300 I Street NW, Suite 900<br>Washington D.C., 20005 | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 3 | Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100 | Fax: (813) 222-4736 |
| 4 | | Michael F. Ram (CA Bar No. 104805) |
| 5 | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com | mram@forthepeople.com<br>MORGAN & MORGAN, P.A. |
| 6 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 | 711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102 |
| 7 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | Tel: (415) 358-6913 |
| 8 | *Attorneys for Defendant Google LLC* | *Attorneys for Plaintiffs* |

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

1. Plaintiffs' Motion for An Award of Attorneys' Fees, Costs, and Service Awards (the "Fee Motion") is due on April 23, 2024.

2. Google's opposition to Plaintiffs' Fee Motion is due on June 7, 2024.

3. Plaintiffs' reply in support of their Fee Motion is due on June 21, 2024.

3. The date for the hearing on Plaintiffs' Final Approval Motion and Fee Motion is moved to August 7, 2024.

**IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge