**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 629-9040
alanderson@bsfllp.com
mwright@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,

                    Plaintiffs,

    v.

GOOGLE LLC,

                    Defendant.

Case No.: 4:20-cv-03664-YGR-SVK

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

Judge:      Hon. Yvonne Gonzalez Rogers
Date:       August 7, 2024
Time:       2:00 p.m.
Location:   Courtroom 1 – 4th Floor

Pursuant to Civil Local Rules 7-11 and 79-5, Judge Yvonne Gonzalez Rogers' Standing Order in Civil Cases (the "Standing Order"), and the Stipulated Protective Order entered in this matter (Dkt. 81), Plaintiffs respectfully submit this Administrative Motion to Seal the following material submitted with Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards ("Plaintiffs' Motion").

The material implicated by this administrative motion to seal involves information that Google is seeking to seal. Plaintiffs do not seek to seal any of this information. To the contrary, Plaintiffs have opposed Google's request to seal certain information implicated by this administrative motion. As outlined in Plaintiffs' prior filing, Plaintiffs oppose Google's request to seal portions of the Motion for Final Approval that relate to the value of the relief obtained. *See* Dkt. 1101. Because the Court has not yet ruled on Google's request to seal that material or Plaintiffs' opposition to it, Plaintiffs have, in the abundance of caution, redacted portions of this Motion which likewise relate to the value of the relief obtained. These redactions apply to Dkt. 1107-1 and 1107-2, below. As for the remaining materials implicated by this administrative motion to seal, Plaintiffs may object depending on Google's response.

| Dkt. No. | Document or Portion of Document Sought to Be Sealed | Sealed/Redacted/Not Under Seal | Party Claiming Confidentiality |
|---|---|---|---|
| 1107-1 | Motion for an Award of Attorneys' Fees, Costs, and Service Awards ("Plaintiffs' Motion") | Sealed | Google |
| 1107-2 | Plaintiffs' Motion | Redacted | Google |
| 1107-3 | Declaration of Mark C. Mao ISO Plaintiffs' Motion ("Mao Decl.") | Not Under Seal | N/A |
| 1107-4 | Exhibit 1 to Mao Decl. | Not Under Seal | N/A |
| 1107-5 | Exhibit 2 to Mao Decl. | Not Under Seal | N/A |
| 1107-6 | Exhibit 3 to Mao Decl. | Not Under Seal | N/A |
| 1107-7 | Exhibit 4 to Mao Decl. | Sealed | Google |
| 1107-8 | Exhibit 5 to Mao Decl. | Sealed | Google |
| 1107-9 | Exhibit 6 to Mao Decl. | Sealed | Google |
| 1107-10 | Exhibit 7 to Mao Decl. | Sealed | Google |
| 1107-11 | Exhibit 8 to Mao Decl. | Sealed | Google |
| 1107-12 | Exhibit 9 to Mao Decl. | Not Under Seal | N/A |

PLAINTIFFS' ADMINISTRATIVE MOTION                    Case No. 4:20-cv-03664-YGR-SVK
TO FILE UNDER SEAL

| 1107-13 | Exhibit 10 to Mao Decl. | Not Under Seal | N/A |
|---|---|---|---|
| 1107-14 | Exhibit 11 to Mao Decl. | Sealed | Google |
| 1107-15 | Exhibit 12 to Mao Decl. | Not Under Seal | N/A |
| 1107-16 | Exhibit 13 to Mao Decl. | Not Under Seal | N/A |
| 1107-17 | Exhibit 14 to Mao Decl. | Not Under Seal | N/A |
| 1107-18 | Exhibit 15 to Mao Decl. | Not Under Seal | N/A |
| 1107-19 | Exhibit 16 to Mao Decl. | Not Under Seal | N/A |
| 1107-20 | Declaration of James Lee ISO Plaintiffs' Motion | Not Under Seal | N/A |
| 1107-21 | Declaration of Bill Carmody ISO Plaintiffs' Motion | Not Under Seal | N/A |
| 1107-22 | Declaration of John Yanchunis ISO Plaintiffs' Motion | Not Under Seal | N/A |
| 1107-23 | Proposed Order Granting Plaintiffs' Motion | Not Under Seal | N/A |

Dated: April 23, 2024

Respectfully submitted,

By /s/ Mark C. Mao
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com

Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6800
Facsimile (415) 293-6899

David Boies (*pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304
Alison Anderson (CA Bar No. 275334)

2

aanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Bill Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
Ryan Sila (*pro hac vice*)
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*

3