# EXHIBIT 2

# TO MAO DECLARATION ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

| Boies Schiller Flexner, LLP | | | |
|---|---|---|---|
| Timekeeper | Title | Year of Admission | 2024 Rate |
| Anderson, Alison | Partner | 2011 | $ 1,230.00 |
| Arborn, Christopher | Administrative Staff | | $ 390.00 |
| Ayala, Andrea | Paralegal | | $ 350.00 |
| Ayala, Vicky | Paralegal | | $ 330.00 |
| Baeza, Rossana | Associate | 2018 | $ 920.00 |
| Boies, Alexander | Partner | 2016 | $ 1,040.00 |
| Boies, David | Partner | 1967 | $ 2,330.00 |
| Christian, Anna | Staff Attorney | 2007 | $ 475.00 |
| Cividini, Augusto | Associate | 2021 | $ 790.00 |
| Gerardi, John | Associate | 2019 | $ 800.00 |
| Gravante, Nicholas A. | Partner | 1986 | $ 1,350.00 |
| Gruel, Alexander | Staff Attorney | 2010 | $ 475.00 |
| Hermann, Ashley | Paralegal | | $ 420.00 |
| Ingram, Antonio | Associate | 2014 | $ 790.00 |
| Keleshyan, Tina | Paralegal | | $ 380.00 |
| Konik, Alexander | Associate | 2014 | $ 810.00 |
| Kunstyr, Jan | Paralegal | | $ 420.00 |
| Larghi, Diane | Paralegal | | $ 390.00 |
| LaVare, Lauren | Associate | 2023 | $ 790.00 |
| Lee, James | Partner | 2005 | $ 1,210.00 |
| Lin, Yanni | Associate | 2016 | $ 730.00 |
| Mao, Mark | Partner | 2005 | $ 1,260.00 |
| Mills, Jon | Counsel | 1972 | $ 1,380.00 |
| Nyborg-Burch, Erika | Associate | 2017 | $ 860.00 |
| Palm, Erik | Staff Attorney | 2018 | $ 400.00 |
| Reblitz-Richardson, Beko | Partner | 2005 | $ 1,280.00 |
| Rodriguez, Sean | Partner | 2009 | $ 1,250.00 |
| Rodriguez, Theresa | Paralegal | | $ 390.00 |
| Romero Garcilazo, Gabriela | Paralegal | | $ 390.00 |
| Salazar, Louis | Paralegal | | $ 420.00 |
| Santos, Nicholas | Associate | 2021 | $ 820.00 |
| Schultz, Meredith | Partner | 2006 | $ 1,020.00 |
| Sliter, James | Staff Attorney | 2005 | $ 475.00 |
| Stein, Joshua | Partner | 2014 | $ 1,130.00 |
| Tully, Sequoia | Paralegal | | $ 390.00 |
| Wikel, Judy L. | Paralegal | | $ 310.00 |
| Wright, Logan | Associate | 2018 | $ 850.00 |
| Zonne, Melissa | Counsel | 2014 | $ 1,040.00 |

| Morgan & Morgan, P.A. | | | |
|---|---|---|---|
| Timekeeper | Title | Year of Admission | 2024 Rate |
| Abraham Barkhordar | Law Clerk | | $381.00 |
| Andrea Carbone | Paralegal | | $225.00 |
| Arnold Ashley | Attorney | 1994 | $676.00 |
| Brandon Weiner | Attorney | 2011 | $250.00 |
| Carolyn Wilson | Attorney | 1994 | $676.00 |
| Christina Romero | Attorney | 2019 | $381.00 |
| Christopher Pollack | Attorney | 2020 | $538.00 |
| David Reign | Investigator | | $500.00 |
| David Morse | Attorney | 2000 | $676.00 |
| Emily Reynolds | Attorney | 2009 | $676.00 |
| Fernando Guerra | Attorney | 2015 | $250.00 |
| Francesca Kester | Attorney | 2017 | $650.00 |
| Hope Whalen | Attorney | 2022 | $381.00 |
| Jean Martin | Partner | 1998 | $1,150.00 |
| Jeffrey Davidson | Attorney | 1987 | $250.00 |
| Jennifer Cabezas | Paralegal | | $225.00 |
| Jennifer Miller | Paralegal | | $225.00 |
| John Yanchunis | Partner | 1980 | $1,450.00 |
| Josh Autry | Attorney | 2008 | $878.00 |
| Kenya Reddy | Attorney | 2001 | $1,000.00 |
| Kevin Davis | Attorney | 2016 | $676.00 |
| Lee Walters | Investigator | | $300.00 |
| Marcio Valladares | Attorney | 1993 | $1,000.00 |
| Marie Appel | Attorney | 1997 | $1,000.00 |
| Mian Ali | Attorney | 1987 | $381.00 |
| Michael Kang | Attorney | 2008 | $676.00 |
| Mike Ram | Partner | 1982 | $1,300.00 |
| Mohamed Kakay | Attorney | 1987 | $250.00 |
| Nicolette Best | Attorney | 2019 | $381.00 |
| Patrick Barthle | Attorney | 2012 | $800.00 |
| Ra Amen | Attorney | 2017 | $650.00 |
| Ruth Richards | Attorney | 1991 | $676.00 |
| Ryan McGee | Attorney | 2009 | $878.00 |
| Scott Davis | Attorney | 2016 | $468.00 |
| Shelby Serig | Attorney | 2004 | $850.00 |
| Valerie Wagner | Paralegal | | $225.00 |

| Susman Godfrey, LLP | | | |
|---|---|---|---|
| **Timekeeper** | **Title** | **Year of Admission** | **2024 Rate** |
| Abalos, Jianna | Paralegal | | $325.00 |
| Bonn, Amanda | Partner | 2010 | $850.00 |
| Carmody, Bill | Partner | 1988 | $2,500.00 |
| Chokshi, Aashka | Paralegal | | $275.00 |
| Crosby, Ian B. | Partner | 1998 | $950.00 |
| Donofrio, Nicholas | Staff Attorney | 2021 | $300.00 |
| Farleigh, Jenna | Partner | 2014 | $850.00 |
| Frawley, Alexander | Associate | 2018 | $800.00 |
| Galvan, Brittany | Staff Attorney | 2021 | $400.00 |
| Gamiz, Nic | Paralegal | | $250.00 |
| Gregory, Amy | Associate | 2019 | $800.00 |
| Loaiza, Nicholas | Paralegal | | $225.00 |
| Moreno, Graciela | Technical Specialist | | $150.00 |
| O'Brien, Mary | Staff Attorney | 2021 | $400.00 |
| Rabin, Shawn J. | Partner | 2003 | $1,700.00 |
| Santos, Vanessa | Paralegal | | $375.00 |
| Schulze, Stacy S. | Paralegal | | $400.00 |
| Seigel, Steven | Partner | 2014 | $850.00 |
| Seltzer, Marc M. | Partner | 1972 | $2,200.00 |
| Shepard, Steven | Partner | 2009 | $1,100.00 |
| Sila, Ryan | Associate | 2019 | $725.00 |
| Singh, Neha | Staff Attorney | 2021 | $400.00 |