# EXHIBIT 12

# TO MAO DECLARATION ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

# Save More With Our Best Value and Most Popular DeleteMe Plans

1 Year    2 Years    1 Person    2 People

## Multi-Year Protection

2 Years, 1 Person

**$8.71** /mo

Billed biennially ($209/2 years)

✓ Remove unlimited aliases, previous names, and email addresses

✓ Enhanced privacy tools like email and phone masking

✓ Custom removal requests plus automated services

✓ Email, Chat, and Phone Support

**Multi-Year DeleteMe protection plan for 1 person.**

Remove yourself from all major data broker websites for 2 years.

**Start Protection →**

U.S. residents only. Automatically renews unless canceled.

 Chat

No items found

## All DeleteMe Plans Include

- Avg of 15 Public Google-able Listings removed within days
- Quarterly Privacy Reports
- Personal DeleteMe Expert
- Free: new opt-outs added all year at no additional cost
- A+ BBB Rating Trusted Service
- 100% Satisfaction Guarantee

### Looking for ways to protect your business?

Learn More

## Why choose DeleteMe



# We've saved our users over 20,000+ hours of effort.

Being in business since 2011, we've saved our users over 54 years or 20,000+ hours of effort by removing their personal information from online sources.



# We have an average rating of 4.7 out of 5.

With over 800+ reviews and an A+ rating by the BBB, you know you can trust the industry leader in online personal data removal.



# #1 personal data removal service since 2011

We've developed the most comprehensive, thorough, and transparent information removal product on the market. This is why PCMag.com names DeleteMe "Excellent" as the most outstanding product in its category.



# We're here to help.

We pride ourselves on our outstanding customer service along with our 100% satisfaction guarantee. We're not happy if you're not happy — your privacy is our business.

**AS FEATURED IN:**

 

# FAQ's

How is my personal information online?

What happens after I sign up for DeleteMe?

Can you delete Google search results for me?

# #1 Privacy Information Removal Service since 2010

**See what our customers say:** 



**Excellent**

d glad I did.

Couldn't of done this without you! I have had the worst experience with these hackers…

**READ MORE**

Cheryl C. on November 30th, 2023

## We're ready to be your privacy partner.

With over 100 Million personal listings removed since 2010, DeleteMe is the most trusted and proven privacy solution available.

Join DeleteMe Risk-Free Now

**COMPANY**

About Us   DeleteMe Blog   Investors   Careers   Affiliates   Reviews

Press Center   Free Scan!   Creators   Delete Your Account   Doxxing



**SUPPORT**

Login   FAQs   What are Data Brokers?

What is PII?   Sites We Remove From

Over 800 reviews with an average rating of 4.7 out of 5

Do not sell my personal information   Privacy Policy   Terms of Service

© 2024 Abine, Inc. All rights reserved.