# EXHIBIT 13

# TO MAO DECLARATION ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS



Pricing   About us   Data brokers   Blog

Log in   Get started

# Start protecting your personal data now!



Money back guarantee.
Cancel anytime.

**Pick your plan:**

### Annual Plan   50% OFF

**$6.49**/mo   ~~$12.98/mo~~

Get Annual Plan

Billed ~~$155.76~~ **$77.88** now, & annually after 12 months (VAT/Sales Tax may apply).

### Monthly Plan

**$12.98**/mo

Get Monthly Plan

Billed $12.98 now, & each following month (VAT/Sales Tax may apply).

## What you'll get:

 **Removal from Private Data Brokers**

Keep data brokers from selling your info to third party organizations and protect yourself from spam, increased insurance rates, and more.

 **Removal from People Search Sites**

Prevent invasion of privacy, identity theft, and online harassment by keeping your data off public databases.

  **Transparent progress tracking**

Easily track removal statuses and repeated requests via a detailed dashboard and regular progress reports.

**Improving data broker coverage**

Improve your privacy over time as we continually search for and add new data brokers and people search sites.

Over **20 million** data removals completed!

# What our users have to say



Excellent



Based on **610 reviews**



# What popular content creators have to say

"Wherther you're privacy-concious or just don't like the idea of Joe Shmoe finding where you live or where you work, it just makes sense to take advantage of the service that keeps this information private."



**Philip DeFranco**
6.53M subscribers

"My phone doesn't blow up anymore, my e-mail is under control, and the best part is I get to track the progress."



**Johnny Harris**
4.87M subscribers

"Not only does Incogni stop marketing efforts but it also reduces your risk of information being part of the data breach or used in identity theft or stalking that you really don't want to take a chance with."



**Legal Eagle**
3.15M subscribers

# What tech experts have to say



"All in all, it's a excellent privacy service from a company that's already built a stellar reputation for privacy. What's not to like?"



"Incogni does what it promises."

# FAQ

How much is an Incogni subscription?

Is Incogni worth it?

What are the benefits of Incogni?

## Company

Pricing

About us

Blog

Privacy policy

Terms of service

## Useful links

Data brokers

How To Remove Personal Information From The Internet

Help

## Opt out guides

Whitepages.com Opt-Out

TruthFinder Opt Out

Checkpeople Opt Out

True People Search Opt Out

Fast People Search Removal

## Programs

Affiliate

Student discount

Graduate discount

## Follow us