# EXHIBIT 14

# TO MAO DECLARATION ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   CHASOM BROWN, WILLIAM BYATT,       ) Case No.
     JEREMY DAVIS, CHRISTOPHER          ) 5:20-cv-03664-LHK-
 5   CASTILLO, and MONIQUE TRUJILLO    ) SVK
     individually and on behalf of      )
 6   all other similarly situated,      )
                                        )
 7            Plaintiffs,               )
                                        )
 8            vs.                       )
                                        )
 9   GOOGLE LLC,                        )
                                        )
10            Defendant.                )
     _____   )
11
12
13        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
14             DEPOSITION OF MONIQUE TRUJILLO
15
16              Friday, February 11, 2022
17   Remotely Testifying from Los Angeles, California
18
19
20
21
22
23   Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5077549
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   CHASOM BROWN, WILLIAM BYATT,    ) Case No.
     JEREMY DAVIS, CHRISTOPHER       ) 5:20-cv-03664-LHK-
 5   CASTILLO, and MONIQUE TRUJILLO  ) SVK
     individually and on behalf of   )
 6   all other similarly situated,   )
                                     )
 7           Plaintiffs,             )
                                     )
 8           vs.                     )
                                     )
 9   GOOGLE LLC,                     )
                                     )
10           Defendant.              )
     _____ )
11
12
13
14           Virtual videoconference video-recorded
15           deposition of MONIQUE TRUJILLO, remotely
16           testifying from Los Angeles, California,
17           taken on behalf of the Defendant, on
18           Friday, February 11, 2022, before Hanna
19           Kim, CLR, CSR No. 13083.
20
21
22
23
24
25

                                                   Page 2
```

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3    For Plaintiffs:
 4            BOIES SCHILLER FLEXNER LLP
 5            BY:  ROSSANA BAEZA, ESQ.
 6            BY:  MARK C. MAO, ESQ.
 7            100 SE 2nd St., 28th Floor
 8            Miami, Florida 33131
 9            305.539.8400
10            rbaeza@bsfllp.com
11            mgao@bsfllp.com
12            -and-
13            MORGAN & MORGAN
14            BY:  RYAN J. McGEE, ESQ.
15            201 N. Franklin Street, 7th Floor
16            Tampa, Florida 33602
17            813.223.5505
18            rmcgee@forthepeople.com
19
20
21
22
23
24
25
```

```
 1         REMOTE APPEARANCES OF COUNSEL:  (CONTINUED)
 2
 3    For Defendant:
 4            QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5              BY:   JOMAIRE A. CRAWFORD, ESQ.
 6              BY:   TRACY GAO, ESQ.
 7            51 Madison Avenue, 22nd Floor
 8             New York, New York 10010
 9             212.849.7000
10             jomairecrawford@quinnemanuel.com
11
12    Also Present:
13            SCOTT SLATER, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1        A.    No, I have not.

2        Q.    Okay.  Ms. Trujillo, is web privacy

3   important to you?

4        A.    Yes, it is.

5        Q.    How important, would you say?              09:49:22

6        A.    Extremely important.

7        Q.    Why is that?

8        A.    Because it's my choice of what I want to

9   have seen openly and privately -- or privately.

10       Q.    And what do you mean by, it's your choice  09:49:59

11  as to what is seen openly or privately?

12       A.    Well, there's some things that I don't

13  want other people to know or see.

14       Q.    Can you give me some examples of something

15  that you might not want someone else to know or      09:50:36

16  see?

17       A.    Something I've looked up or a website I've

18  been to.  An example would be a medium.

19       Q.    What do you mean by "a medium"?

20       A.    It's, like, it's searching --              09:51:14

21             (Interruption in audio/video.)

22             THE COURT REPORTER:  Could you repeat

23  that.

24  BY MS. CRAWFORD:

25       Q.    Oh, okay.                                  09:51:20
```

Page 31

```
1              THE COURT REPORTER:  Could you please the
2       answer.
3              THE WITNESS:  A medium or a psychic
4       website.
5       BY MS. CRAWFORD:                                    09:51:34
6          Q.   And why is that?
7          A.   Because I found that some people find it
8       offensive or I'm made to feel embarrassed about
9       looking into mediums or psychics.
10         Q.   Okay.  So then it seems as though what      09:52:07
11      you're saying, you know, that's information that
12      you wouldn't want other people necessarily knowing
13      about your online browsing activities; is that --
14      that a fair characterization?
15         A.   That is what I'm saying.                    09:52:21
16         Q.   Do you take precautions to protect your
17      privacy while you're browsing the internet, for
18      example, to ensure that others wouldn't know
19      things about your activities online like, if you
20      were to visit the website of a psychic or a         09:52:40
21      medium?
22             MS. BAEZA:  Objection.  Form.  Compound.
23      BY MS. CRAWFORD:
24         Q.   You can answer.
25         A.   Yes, I do take precautions.                 09:52:50
```

Page 32

| | | |
|---|---|---|
| 1 | Q. Can you identify those precautions for me. | |
| 2 | A. I will put on a privacy -- I'll search | |
| 3 | under a privacy setting. | |
| 4 | Q. What do you mean by that; searching under | |
| 5 | a privacy setting? | 09:53:19 |
| 6 | A. So I will search under -- I'll search in | |
| 7 | incognito mode or I will search in private. | |
| 8 | Q. Anything else you do? | |
| 9 | A. I keep a password on my phone. | |
| 10 | Q. Okay. Any other precautions you take to | 09:53:52 |
| 11 | ensure that your privacy is protected while you | |
| 12 | browse the internet? | |
| 13 | A. I delete my history. | |
| 14 | Q. Tell me what you mean by that. | |
| 15 | A. I will go back to a site I visited and | 09:54:11 |
| 16 | delete it or trash it from the screen. | |
| 17 | Q. Okay. And when you say you "delete it," | |
| 18 | would you do that -- would you do those deletions | |
| 19 | when you're in the private mode that you mentioned | |
| 20 | entering just a moment ago? | 09:54:37 |
| 21 | A. Yes, I guess because it's not a document | |
| 22 | and it can't really delete, so what I will do is, | |
| 23 | I will I exit out is what I do. | |
| 24 | Q. So just to make sure I -- I -- I | |
| 25 | understand what -- what sort of process you | 09:55:00 |

Page 33

```
 1    follow, you'll browse the web and then click out
 2    of the browser window once you're done browsing to
 3    ensure that there is no record, perhaps, of --
 4    of -- of your visit to a specific site; is that
 5    right?                                                    09:55:21
 6        A.   That's right.
 7        Q.   Okay.  Do you do anything -- actually, let
 8    me ask.
 9             Do you do that when you're both browsing
10    in private mode and a non-private mode?                   09:55:34
11        A.   It depends on what I am searching for.  So
12    if it's something that I don't want anybody else
13    to see and I'm in private mode, I will exit the
14    window.
15        Q.   And if you're searching for something that       09:55:58
16    you don't want someone to see when you're not in
17    private mode, would you follow the same practice?
18        A.   Yes.
19        Q.   Okay.  Are there any other precautions --
20    oh, it looked like you were going to say                  09:56:16
21    something.  Were you --
22        A.   No.
23        Q.   -- not done answering the question?  Okay.
24        A.   No.  Go on.
25        Q.   Are there any other precautions that you         09:56:23
```

Page 34

| | |
|---|---|
| 1 | take when you're browsing the web to ensure your |
| 2 | activity remains private? |
| 3 |     A.   Those three precautions are mostly what |
| 4 | I -- mainly the precautions I take. |
| 5 |     Q.   Okay.  Do you take any precautions to    09:56:54 |
| 6 | protect your privacy while you're using apps as |
| 7 | distinct from web browsing? |
| 8 |     A.   While -- while I'm using apps? |
| 9 |     Q.   Yes. |
| 10 |     A.   I'll exit the screen.    09:57:22 |
| 11 |     Q.   Okay.  Anything else? |
| 12 |     A.   Not for -- I can't think of precautions on |
| 13 | apps.  Let me see, actually... |
| 14 |     That's it for now. |
| 15 |     Q.   And when you exit a screen on an app, for    09:58:03 |
| 16 | example, is it to ensure that, let's say, you |
| 17 | know, someone using your phone wouldn't be able to |
| 18 | see what you were looking at or what you were, you |
| 19 | know -- what you were doing? |
| 20 |     A.   Yes, that's correct.    09:58:19 |
| 21 |     Q.   Okay.  Are you familiar with something |
| 22 | called a privacy policy? |
| 23 |     I believe so, based on some of the |
| 24 | documents that you've looked at to prepare, but I |
| 25 | just want to confirm.    09:58:34 |

Page 35

```
 1          A.   Yes, I'm familiar.
 2          Q.   And do you read privacy policies of the
 3    companies whose websites you visit online?
 4          A.   Yes, I do.
 5          Q.   Okay.  Is that an additional precaution       09:58:48
 6    that you take, for example, reading the privacy
 7    policies of the websites that you visit?
 8          A.   Yes.
 9          Q.   Would you say that you read the privacy
10    policies of most websites that you visit, some, or      09:59:06
11    none?
12          A.   Most.
13          Q.   Approximately how many times do you do
14    that in a given week?
15          A.   In a given week, that's -- I read the        09:59:23
16    privacy policies when there's an initial account
17    setup or if there's an update.
18          Q.   And how would you know whether there's an
19    update to a website's privacy policy?
20          A.   I will receive an alert.                     09:59:51
21          Q.   Do you always -- do you know if you -- if
22    every website that you visit sends alerts when
23    their privacy policies are updated?
24          A.   I don't know if every websites [sic] sends
25    a updated policy.                                       10:00:11
```

Page 36