# EXHIBIT 15

# TO MAO DECLARATION ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

```
 1      UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
 2            SAN JOSE DIVISION
 3
     CHASOM BROWN, WILLIAM BYATT,
 4   JEREMY DAVIS, CHRISTOPHER
     CASTILLO, and MONIQUE TRUJILLO,
 5   individually and on behalf of
     all other similarly situated
 6
         Plaintiffs,            CASE NO.
 7                          5:20-CV-03664-LHK-SVK
     VS.
 8
     GOOGLE LLC
 9
         Defendant.
10
11
         *****************************************
12     ZOOM VIDEOTAPED DEPOSITION OF WILLIAM BYATT
                 December 20, 2021
13                 11:04 a.m. EST
         *****************************************
14
15
16   TAKEN BY:
17      VIOLA TREBICKA, ESQ.
         ATTORNEY FOR DEFENDANT
18
19   REPORTED BY:
20      BELLE VIVIENNE, CRR
         CERTIFIED STENOGRAPHIC
21       REALTIME COURT REPORTER
         VERITEXT LEGAL SOLUTIONS
22       JOB NO. 5001125
         866 299-5127
23
24
25


                                        Page 1
```

```
 1                A P P E A R A N C E S
 2
     FOR THE PLAINTIFFS:
 3
         JAMES W. LEE, ESQ.
 4       ROSSANA BAEZA, ESQ.
         MARK MAO, ESQ. (San Francisco)
 5       BOIES SCHILLER FLEXNER LLP
         100 SE 2nd Street, Suite 2800
 6       Miami, Florida 33131
         305.539.8400
 7       jlee@bsfllp.com
 8
         RYAN J. MCGEE, ESQ.
 9       MORGAN & MORGAN, P.A.
         201 North Franklin Street, 7th Floor
10       Tampa, Florida 33602
         813.223.5505
11       rmcgee@forthepeople.com
12   FOR THE DEFENDANT:
13       VIOLA TREBICKA, ESQ.
         TRACY GAO, ESQ.
14       QUINN EMANUEL URQUHART & SULLIVAN LLP
         865 S. Figueroa St, 10th Floor
15       Los Angeles, California 90017
         213.443.3000
16       Violatrebicka@quinnemanuel.com
17
     VIDEOGRAPHER:
18       JoAnn Yager
19
20
21
22
23
24
25

                                               Page 2
```

| | | |
|---|---|---|
| 1 | A.     Give me just a moment, please. | 16:15:11 |
| 2 | Yeah, I do. | 16:15:13 |
| 3 | Q.     And what is this document? | 16:15:14 |
| 4 | A.     Same thing as the others.  It is | 16:15:17 |
| 5 | my responses to some questions from | 16:15:19 |
| 6 | Google. | 16:15:24 |
| 7 | Q.     Okay. | 16:15:25 |
| 8 | MS. TREBICKA:  And same note as | 16:15:30 |
| 9 | to this amended response and | 16:15:33 |
| 10 | objection, we have not yet received | 16:15:37 |
| 11 | Mr. Byatt's verification.  We trust it | 16:15:39 |
| 12 | will come shortly. | 16:15:43 |
| 13 | BY MS. TREBICKA: | 16:15:45 |
| 14 | Q.     But, Mr. Byatt, did you review | 16:15:45 |
| 15 | to make sure that it is -- the responses, | 16:15:46 |
| 16 | that they are, to the best of your | 16:15:49 |
| 17 | understanding and belief? | 16:15:52 |
| 18 | A.     When I got this document, I did | 16:15:54 |
| 19 | do that.  Let me -- give me just a moment | 16:15:58 |
| 20 | to check and make sure that this is what I | 16:16:02 |
| 21 | remember reviewing. | 16:16:04 |
| 22 | Yeah, this looks right, as best | 16:16:29 |
| 23 | as I can remember. | 16:16:33 |
| 24 | Q.     You're aware of companies like | 16:16:36 |
| 25 | Killi or Brave; is that right? | 16:16:40 |

Page 207

| | | |
|---|---|---|
| 1 | A. Yes. | 16:16:44 |
| 2 | I don't know if you got my | 16:16:58 |
| 3 | answer, but I said, yes, I'm aware of | 16:16:59 |
| 4 | these. | 16:17:02 |
| 5 | Q. What is Killi? | 16:17:02 |
| 6 | MS. TREBICKA: It's -- for the | 16:17:03 |
| 7 | record, it's K-I-L-L-I. | 16:17:04 |
| 8 | A. I know that Killi is in the | 16:17:06 |
| 9 | space of allowing people to monetize some | 16:17:15 |
| 10 | of their private information. I can't | 16:17:20 |
| 11 | remember exactly what their business model | 16:17:23 |
| 12 | is right now. I know that that whole | 16:17:28 |
| 13 | space is shifting pretty rapidly. | 16:17:30 |
| 14 | BY MS. TREBICKA: | 16:17:30 |
| 15 | Q. And you've never attempted to | 16:17:33 |
| 16 | monetize your personal information on | 16:17:35 |
| 17 | Killi? | 16:17:37 |
| 18 | A. I have not attempted to, no. | 16:17:38 |
| 19 | Q. What is Brave? | 16:17:39 |
| 20 | A. Brave is a web browser that has | 16:17:42 |
| 21 | built-in sort of privacy features and also | 16:17:47 |
| 22 | allows you to sell -- I think they allow | 16:17:51 |
| 23 | you to sell your attention. Basically | 16:17:54 |
| 24 | they'll -- they'll serve you ads and pay | 16:17:58 |
| 25 | you to look at those ads, I believe, but | 16:18:00 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | it's a web browser. | 16:18:05 |
| 2 | Q.    Have you ever used Brave? | 16:18:09 |
| 3 | A.    I have used Brave, yes. | 16:18:10 |
| 4 | Q.    Have you gotten paid for using | 16:18:12 |
| 5 | Brave? | 16:18:14 |
| 6 | A.    I have not. | 16:18:15 |
| 7 | Q.    Earlier we talked about browsing | 16:18:16 |
| 8 | on Incognito in Chrome.  Do you recall | 16:18:23 |
| 9 | that?  We talked about it a lot -- | 16:18:27 |
| 10 | A.    Yes. | 16:18:30 |
| 11 | Q.    -- frankly, I just always feel | 16:18:30 |
| 12 | the need to preface this with what we've | 16:18:32 |
| 13 | talked about. | 16:18:34 |
| 14 | A.    Yes, I do remember that. | 16:18:36 |
| 15 | Q.    Okay.  And also from some of | 16:18:38 |
| 16 | your interrogatory responses, we know that | 16:18:39 |
| 17 | you used Incognito to browse | 16:18:42 |
| 18 | adult-oriented websites including | 16:18:46 |
| 19 | websites -- or adult-oriented websites and | 16:18:50 |
| 20 | websites like The New York Times, for | 16:18:54 |
| 21 | example; is that correct? | 16:18:55 |
| 22 | A.    That's correct, yes. | 16:18:57 |
| 23 | Q.    What are adult-oriented | 16:18:58 |
| 24 | websites? | 16:19:00 |
| 25 | A.    Pornography websites. | 16:19:04 |

Page 209

| | | |
|---|---|---|
| 1 | Q. Do you only browse pornography | 16:19:07 |
| 2 | websites while on Incognito? | 16:19:10 |
| 3 | A. I hope so. | 16:19:12 |
| 4 | Q. Do you believe that your data is | 16:19:15 |
| 5 | more valuable when it's related to | 16:19:18 |
| 6 | browsing on the pornography websites | 16:19:23 |
| 7 | rather than The New York Times? | 16:19:27 |
| 8 | MR. LEE: Objection to form. | 16:19:30 |
| 9 | A. I have no knowledge of | 16:19:32 |
| 10 | specifically how that's priced or what | 16:19:35 |
| 11 | information is particularly valuable. | 16:19:37 |
| 12 | BY MS. TREBICKA: | 16:19:37 |
| 13 | Q. What about Incognito versus | 16:19:40 |
| 14 | non-Incognito, do you believe that data | 16:19:42 |
| 15 | related to your browsing when you are in | 16:19:44 |
| 16 | Incognito is more valuable than data | 16:19:46 |
| 17 | related to your browsing when you are not | 16:19:49 |
| 18 | in Incognito? | 16:19:51 |
| 19 | MR. LEE: Objection, valuable to | 16:19:53 |
| 20 | who? | 16:19:54 |
| 21 | A. Yeah, so again, I don't know | 16:19:59 |
| 22 | from Google's perspective how that | 16:20:01 |
| 23 | information is priced. I don't know what | 16:20:05 |
| 24 | that looks like. I can tell you that from | 16:20:09 |
| 25 | my perspective, basically by definition, | 16:20:14 |

Page 210

|    |                                                              |              |
|----|--------------------------------------------------------------|--------------|
| 1  | the information -- my browsing information                  | 16:20:20     |
| 2  | when I'm in Incognito mode is information                   | 16:20:25     |
| 3  | that it is more valuable to me for it to                    | 16:20:28     |
| 4  | remain private, right, yeah.  So I don't                    | 16:20:32     |
| 5  | know how Google values it, but for me it                    | 16:20:37     |
| 6  | is certainly -- the highest value is for                    | 16:20:40     |
| 7  | it to be private when I'm in Incognito                      | 16:20:42     |
| 8  | mode.                                                        | 16:20:42     |
| 9  | BY MS. TREBICKA:                                             | 16:20:42     |
| 10 |     Q.    What about value to others --                     | 16:20:56     |
| 11 | and actually, let me -- why don't you take                  | 16:20:59     |
| 12 | a look at the response to Interrogatory 10                  | 16:21:01     |
| 13 | in this exhibit that you have open, which                   | 16:21:05     |
| 14 | is on page 7.                                                | 16:21:09     |
| 15 |     A.    I'm on page 7.                                    | 16:21:20     |
| 16 |     Q.    Okay.  And I'm focusing your                       | 16:21:22     |
| 17 | attention to the last paragraph on that                     | 16:21:23     |
| 18 | page, the one that starts with                              | 16:21:24     |
| 19 | "Notwithstanding and subject to these                        | 16:21:26     |
| 20 | objections"; do you see that?                                | 16:21:28     |
| 21 |     A.    I see that paragraph.                             | 16:21:32     |
| 22 |     Q.    And you said "Plaintiff Byatt                      | 16:21:33     |
| 23 | responds that he has been aware of the                      | 16:21:35     |
| 24 | value of his personal data for years and                    | 16:21:36     |
| 25 | he chose to browse privately to protect                     | 16:21:38     |

Veritext Legal Solutions
866 299-5127