# EXHIBIT 16

# TO MAO DECLARATION ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

EFiled: Mar 20 2023 04:03PM EDT
Transaction ID 69589644
Case No. 2018-0816-JTL

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE DELL TECHNOLOGIES INC. CLASS V STOCKHOLDERS LITIGATION | Consol. C.A. No. 2018-0816-JTL |

**AFFIDAVIT OF DAVID COOPER IN SUPPORT OF PLAINTIFF'S APPLICATION IN SUPPORT OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF NASSAU  )

I, David Cooper, declare under penalty of perjury under the laws of the State of New York that the following is true and correct:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and a member in good standing of the State Bar of New York admitted *pro hac vice* in the above-referenced action ("Action"). Quinn Emanuel serves as counsel for Lead Plaintiff Steamfitters Local 449 Pension Plan and as a Co-Lead Counsel to the Class certified in this Action. *See* Trans. ID 66359058.

2. I submit this affidavit in support of Plaintiff's Application in Support of Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award.

3. Quinn Emanuel undertook this Action on an entirely contingent basis.

4. Based on Quinn Emanuel's daily time records, Quinn Emanuel attorneys devoted more than 10,682 hours with a collective lodestar of more than $12,349,159 from the inception of the Action through December 22, 2022, the date

when the parties executed the Stipulation and Agreement of Settlement, Compromise, and Release. The table prepared below breaks down Quinn Emanuel's hours and lodestar as of December 22, 2022, and (except where noted) at their current hourly billable rates:[1]

| Timekeeper Name | Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| William C. Price | Partner | 19.6 | $2,030 | $39,788 |
| David Cooper | Partner | 828.1 | $1,525 | $1,262,853 |
| Rollo C. Baker IV | Partner | 18 | $1,395 | $25,110 |
| Silpa Maruri | Partner | 1,384.80 | $1,320 | $1,827,936 |
| Chad Johnson[2] | Former Partner | 171.7 | $1,250 | $214,625 |
| Dominic J. Pody | Associate | 964 | $1,245 | $1,200,180 |
| James Meehan | Former Associate | 857.8 | $1,210 | $1,037,938 |
| George T. Phillips | Associate | 2,808.20 | $1,170 | $3,285,594 |

---

[1] This lodestar table conservatively omits time billed by summer associates and Quinn Emanuel attorneys, paralegals, and support staff who billed less than 15 hours on this Action.

[2] Messrs. Johnson and Mandel departed Quinn Emanuel for Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in the summer of 2019, where they and Robbins Geller thereafter served as Additional Counsel for the Class. *See* Trans. IDs 64081937 & 66359058. Quinn Emanuel has included their time and lodestar up until June 31, 2019, based on their hourly rates listed in Quinn Emanuel's leadership affidavit. *See* Trans. ID 63053875.

| Timekeeper Name | Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| William R. Sears[3] | Partner | 1,750.20 | $1,135 | $1,986,477 |
| Christine J. Chen | Associate | 512.6 | $1,110 | $568,986 |
| Peter Collins | Associate | 114.5 | $1,100 | $125,950 |
| Noam Mandel[2] | Former Associate | 379.5 | $865 | $328,268 |
| Sarah Kern | Attorney | 346.4 | $535 | $185,324 |
| Frank Masterson | Attorney | 254.3 | $535 | $136,051 |
| Kathyann Small | Paralegal | 272.7 | $455 | $124,079 |
| **Totals:** | | **10,682** | | **$12,349,159** |

5. Quinn Emanuel's reputation as one of the nation's leading firms in the field of complex commercial litigation, on both sides of the "*v.*," is detailed in its leadership affidavit. *See* Trans. ID 63053875. Quinn Emanuel recently was once again ranked as the "most feared law firm" in the nation in the field of litigation, and it is consistently ranked as one of the nation's top litigation firms.[4]

---

[3] Mr. Sears was elected partner in December 2022. Quinn Emanuel has calculated his time and lodestar based on his final hourly rate as an associate.

[4] *See, e.g.*, BTI Consulting Grp., *The 46 Firms Most Feared in Litigation* (Oct. 5, 2022) ("For the 3rd time in the last 4 years, Quinn Emanuel earns the coveted number 1 spot among the BTI Fearsome Foursome."), https://bticonsulting.com/themadclientist/the-46-firms-most-feared-in-litigation; Sue Reisinger, *The 4 Law Firms That GCs Most Hate To Face In Court*, Law360 (Oct. 6, 2022) ("Quinn Emanuel has made the Fearsome list for the past five years and missed it only twice since 2013."), https://www.law360.com/articles/1537516/the-4-law-firms-that-gcs-most-hate-to-face-in-court.

6. Courts across the country, including the Court of Chancery, have repeatedly and consistently held that Quinn Emanuel's hourly rates are reasonable. *See, e.g.*, *H&N Mgmt. Grp. v. Couch*, 2019 WL 6620822, at *6 (Del. Ch. Dec. 4, 2019) (Montgomery-Reeves, V.C.) (in a shareholder derivative case, finding that attorneys' fees requested by Quinn Emanuel and co-counsel, including certain of its co-counsel in this Action, were "fair and reasonable"); *Rudi v. Wexner*, 2022 WL 1682297, at *5 (S.D. Ohio May 16, 2022) ("The Court finds that [Quinn Emanuel's] hourly rates are reasonable under the circumstances of this particular [contingency] case. Accordingly, this factor weighs in favor of granting the requested fee."); *Proofpoint, Inc. v. Vade Secure, Inc.*, 2020 WL 7398791, at *3 (N.D. Cal. Dec. 17, 2020) (finding that Quinn Emanuel attorneys "are experienced and seasoned practitioners; that they are employed at a large international firm with a highly regarded reputation; that they have highly specialized … backgrounds"; and that the firm's fees are reasonable).

7. The work performed in this Action by Quinn Emanuel attorneys, paralegals, and other support staff included, among other things:

    a. Investigating the claims underlying this Action, including by conducting a books-and-records investigation before Plaintiff filed its initial complaint;

  b. Preparing and filing five complaints averaging more than 140 pages apiece;

  c. Briefing and arguing multiple motions to dismiss;

  d. Briefing two motions to compel;

  e. Briefing a subsequent motion to dismiss brought by defendant Goldman Sachs & Co. LLP ("Goldman"), which Goldman withdrew just nine days before the scheduled oral argument;

  f. Engaging in extensive fact discovery of the defendants and 41 third parties, including reviewing hundreds of thousands of pages of produced documents;

  g. Deposing the following witnesses:

| Deponent | Affiliation | Attorney |
| --- | --- | --- |
| Michael Dell (two-day deposition) | Defendant and Dell Technologies Inc. 30(b)(6) witness | Silpa Maruri |
| Gregg Lemkau (two-day deposition) | Defendant Goldman 30(b)(6) witness | Silpa Maruri |
| Tom Sweet | Dell Technologies Inc. 30(b)(6) witness | William R. Sears |
| Kyle Paster | Defendant Silver Lake Group LLC 30(b)(6) witness | William R. Sears |
| Stuart Francis | Evercore Inc. 30(b)(6) witness | Silpa Maruri |
| Courtney McBean | Evercore Inc. 30(b)(6) witness | Silpa Maruri |

| **Deponent** | **Affiliation** | **Attorney** |
|---|---|---|
| Hall Butler | Dell Technologies Inc. 30(b)(6) witness | William R. Sears |
| Ryan Weninger | Dell Technologies Inc. 30(b)(6) witness | George T. Phillips |

h. Engaging in significant expert work and discovery, including working with one testifying expert and several consulting experts;

i. Deposing Defendants' principal expert, Dr. Glenn Hubbard, and defending the deposition of Plaintiff's expert, Mr. Benjamin A. Sacks;

j. Briefing and preparing to argue a motion *in limine* to exclude certain opinions of Defendants' principal expert's (Dr. Hubbard);

k. Mediating this Action with the Hon. Layn R. Phillips (Ret.), including the preparation of substantive opening and rebuttal mediation statements; and

l. Preparing for trial, including by preparing a joint pretrial order, a joint trial exhibits list with nearly 3,000 entries, an almost 23,000-word pretrial brief, opening-examination materials for Plaintiff's expert (Mr. Sacks), and cross-examination materials for Defendants' principal expert (Dr. Hubbard), Defendant Michael Dell, Defendant Goldman's 30(b)(6) witness Gregg Lemkau, and Dell Technologies Inc. Chief Financial Officer and 30(b)(6) witness Tom Sweet.

8. Based on records maintained by Quinn Emanuel, the total expenses that Quinn Emanuel incurred from the inception of the Action to December 22, 2022, are as follows:

| Cost Type Description | Amount |
|---|---|
| Air travel | $376.00 |
| Air travel – Agency Fees | $170.00 |
| Attorney Service | $104.31 |
| Color Document Reproduction | $3,130.00 |
| Conference Fee | $70.00 |
| Document Reproduction | $1,840.08 |
| Document Services | $48,838.11 |
| Express Mail | $1,330.05 |
| Hotel | $822.80 |
| Lexis Courtlink – Off Contract | $807.82 |
| Local Business Travel (with Service Fee) | $536.35 |
| Local Meals | $354.26 |
| Meals During Travel | $271.49 |
| Messenger | $634.68 |
| OCR | $5.76 |
| Online Research | $9,614.80 |
| Online Research – Tax | $6,408.53 |
| Out-of-Town Travel | $170.68 |

-8-

| Cost Type Description | Amount |
|---|---|
| Outside Record Production | $50.00 |
| PACER Services | $7.40 |
| Litigation Fund Reimbursement for this Action | $562,550.00 |
| Consulting Expert Fees | $650.00 |
| Service of Process | $1,214.75 |
| Travel (with Service Fee) | $2,848.50 |
| Velobind | $6.00 |
| Video Deposition / Videotaping | $1,344.00 |
| Word Processing | $699.00 |
| **Total:** | **$644,855.37** |

9. The expenses that Quinn Emanuel incurred in this Action are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and other source materials. They are an accurate record of the expenses that Quinn Emanuel incurred.

Executed on: March 17, 2023

*[signature]*
David Cooper

QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7141

*Co-Lead Counsel for Lead Plaintiff*

SWORN AND SUBSCRIBED before me on March 17, 2023

*[signature]*
Notary Public

GIUSEPPINA BRUSCA
Notary Public - State of New York
NO. 01BR6242032
Qualified in Queens County
My Commission Expires May 31, 2023

-9-

## **CERTIFICATE OF SERVICE**

I, Ned Weinberger, hereby certify that, on March 20, 2023, I caused a true and correct copy of the foregoing to be served on the following counsel via File & ServeXpress:

| | |
|---|---|
| Martin S. Lessner<br>Elena C. Norman<br>James M. Yoch, Jr.<br>Lauren Dunkle Fortunato<br>Kevin P. Rickert<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Edward B. Micheletti<br>Arthur R. Bookout<br>Jessica R. Kunz<br>Peyton V. Carper<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 |
| Peter B. Andrews<br>Craig J. Springer<br>Christopher P. Quinn<br>David Sborz<br>Jackson E. Warren<br>ANDREWS & SPRINGER LLC<br>4001 Kennett Pike, Suite 250<br>Wilmington, DE 19807 | Kevin G. Abrams<br>Michael A. Barlow<br>April M. Ferraro<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807 |
| Kevin R. Shannon<br>Berton W. Ashman, Jr.<br>Callan R. Jackson<br>POTTER ANDERSON &<br>CORROON LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801 | John D. Hendershot<br>Susan M. Hannigan Cohen<br>Kyle H. Lachmund<br>Angela Lam<br>RICHARDS, LAYTON &<br>FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |

*/s/ Ned Weinberger*
Ned Weinberger (Bar No. 5256)