1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards. (Dkt. 1107) ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Motion for an Award of Attorneys' Fees, Costs, and Service Awards (Dkt. 1107-2)<br><br>Portions highlighted at page: 23:9–10, 23:19 | Margolies Declaration ¶¶ 3–5 | |
| Mao Decl. Exhibit 6 – GOOG-BRWN-00406065 (Dkt. 1107-9)<br><br>Portions highlighted at pages: -6065–6069 | Margolies Declaration ¶¶ 3–5 | |
| Mao Decl. Exhibit 7 – GOOG-CABR-03827263 (Dkt. 1107-10)<br><br>Portions highlighted at page: -263 | Margolies Declaration ¶¶ 3–5 | |
| Mao Decl. Exhibit 11 – April 29, 2021 Hearing Transcript (Dkt. 1107-14)<br><br>Portions highlighted at pages: 7:6–7, 7:10, 9:22, 12:3, 12:5–6, 12:8, 12:11–12,13:23, 15:10, 26:9, 26:19 | Margolies Declaration ¶¶ 3–5 | |

**SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge