# EXHIBIT 7

# TO MAO DECLARATION ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

# FILED UNDER SEAL

**Message**

| | |
|---|---|
| **From:** | Rachel Popkin (Google Docs) [comments-noreply@docs.google.com] |
| **Sent:** | 12/10/2018 9:33:08 PM |
| **To:** | mardini@google.com |
| **Subject:** | Synthesized Themes for Browser 6 Pager |

Rachel Popkin added comments to Synthesized Themes for Browser 6 Pager
New

2 comments

New

Comments



**Adrienne Porter Felt**

We have to stop thinking about privacy as a bit flip within Chrome and instead think of it as a core part of our product. We have to re-think flows from the beginning, making it transparent to users when and how their data is being shared and then give them the control to either edit or remove that data. We have to be able to do this for our first party relationship with Google, through third-party relationships with websites, and within the complexity of shared-device scenarios.

something we need to decide: how far do we want to go with this?

do we want to stop opting people in to UMA by default? do we want to build federated analysis with ▇▇▇▇



**Parisa Tabriz**

I think we need to understand what problems we're solving first. For example, even if we could design and publish a provably privacy-preserving system to do ad remarketing, I'm not sure if that makes it any less creepy to users or will mean Apple criticizes us any less.

I'd love to be challenged on this, but I don't think we get criticisim because UMA is opt-out, or even got any criticism when we made the opt-in-to-opt-out change. My guess is because (1) most users don't care about/understand this level of detail (2) users that do care think the tradeoff and change was reasonable.

From my view, sync/identity/privacy+security-settings are just way too complicated, and users can't make any reasoned tradeoffs for themselves without more help. Also, incognito is a confusing mess that also doesn't have high user awareness, and all of this makes situations where people use Chrome in shared settings dangerous (w.r.t. privacy). If we could materially address some of these problems, I'd be pretty happy.



**AbdelKarim Mardini**

I don't think UMA and the likes are the issue. If we're talking about user perception/feelings, there is a clear PR/narrative issue that needs concerted x-functional effort to fix regarding privacy, in-product as well as off-product. It's also not a Chrome issue per se but a Google issue overall and Chrome is collateral damage.



**Rachel Popkin**

I just caught up with bgalbs on ▇▇▇▇▇ 2 year plan, and I'm newly worried about history sync. Let's discuss!

ReplyOpen

CONFIDENTIAL

**AbdelKarim Mardini**

who remix and create content

The mental model I had been using here is the creation of public "Play Lists" about topics (well, Reading Lists", I guess) that are analogous to users who create public Deezer/Spotify Plalists, or public maps with interesting stuff on it, ...etc. Is this what you mean by remixing?

**Rachel Popkin**

I think remix involves changing or layering on something new - but maybe curation is part of that! I love the idea of play lists for the web on certain topics.

**ReplyOpen**

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email.

PRODBEG: GOOG-CABR-03827263
PRODEND: GOOG-CABR-03827264
CROSS_BEGBATES:
CROSS_ENDBATES:
CUSTODIAN/SOURCE: AbdelKarim Mardini
AllCustodians: AbdelKarim Mardini
CROSS_CUSTODIAN:
CROSS_ALLCUSTODIANS:
CROSS_DE-DUPED CUSTODIANS:
FILENAME:
CROSS_FILENAME:
DOCTITLE: Synthesized Themes for Browser 6 Pager
CROSS_TITLE:
DOCEXT: eml
CROSS_FILEEXTENSION:
DOCTYPE:
CROSS_DOCTYPE:
PAGES: 2
CROSS_PAGECOUNT:
ILS_DocDate: 12/10/2018
CROSS_ILS_DocDate:
DATECREATED:
CROSS_DATECREATED:
DATELASTMOD: 12/10/2018
CROSS_DATEMOD:
CONFIDENTIALITY: CONFIDENTIAL
CROSS_CONFIDENTIALITY:
PRODVOL: CROSS-PROD016
CROSS_PRODVAL:
ILS_ProdVol: CROSS-PROD016
CROSS_ILS_ProdVol:
ILS_ProdDate: 09/28/2021
CROSS_ILS_ProdDate:
REDACTED: N
CROSS_REDACTED:
REDACTION TYPE:
Owner: comments-noreply
CROSS_OWNER:
AUTHOR:
SUBJECT: Synthesized Themes for Browser 6 Pager
CROSS_SUBJECT:
FROM: rachel popkin (google docs) <comments-noreply@docs.google.com>
CROSS_FROM:
TO: mardini@google.com
CROSS_TO:
CC:
CROSS_CC:
BCC:
CROSS_BCC:
DATESENT: 12/10/2018
CROSS_DATESENT:
TIMESENT:
CROSS_TIMESENT:
DATERCVD:
CROSS_DATERECEIVED:

TIMERCVD: