| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 629-9040<br>alanderson@bsfllp.com<br>mwright@bsfllp.com<br><br>*Attorneys for Plaintiffs* | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>GOOGLE LLC,<br>　　　　　　　　Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' NOTICE RE: MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS (DKTS. 1106-07)**<br><br>Judge:　　Hon. Yvonne Gonzalez Rogers<br>Date:　　 August 7, 2024<br>Time:　　 2:30 p.m.<br>Location: Courtroom 1 – 4th Floor |

1    Plaintiffs respectfully submit this Notice regarding their Motion for an Award of
2 Attorneys' Fees, Costs, and Service Awards (the "Motion"), filed on April 23. Dkts. 1106–07.

3    As explained in the Motion, Plaintiffs on April 9 (two weeks before filing) provided
4 Google with detailed billing records, including all daily time entries for the attorneys' fees
5 included in the Motion. Dkt. 1107-2 at 3. Google agreed to inform Plaintiffs if, upon review,
6 Google identified any inadvertently included records that Google thought should be removed.

7    On May 21, 2024, Google identified certain records for Plaintiffs that appeared to be
8 duplicate entries. Following review of those records, after meeting and conferring with Google,
9 and to resolve any dispute concerning alleged duplicate entries, Plaintiffs hereby withdraw from
10 their Motion time entries that reduce Class Counsel's lodestar by $137,056.70 (approximately
11 0.2% of the total lodestar included with the Motion).

12   Removing this lodestar reduces Class Counsel's fee request by $479,698.45, based on the
13 proposed multiplier, and Class Counsel therefore respectfully modify their fee request to now
14 seek $217,164,252.60. Plaintiffs will submit updated time records with the forthcoming reply in
15 support of the Motion, or earlier upon the Court's request.

16 Dated: June 6, 2024                    Respectfully submitted,

17                                        By /s/Mark C. Mao
                                          Mark C. Mao (CA Bar No. 236165)
18                                        mmao@bsfllp.com

19                                        Beko Reblitz-Richardson (CA Bar No. 238027)
20                                        brichardson@bsfllp.com
                                          BOIES SCHILLER FLEXNER LLP
21                                        44 Montgomery Street, 41st Floor
                                          San Francisco, CA 94104
22                                        Telephone: (415) 293 6800
                                          Facsimile (415) 293-6899
23
                                          David Boies (*pro hac vice*)
24                                        dboies@bsfllp.com
                                          BOIES SCHILLER FLEXNER LLP
25                                        333 Main Street
                                          Armonk, NY 10504
26                                        Telephone: (914) 749-8200

27                                        James W. Lee (*pro hac vice*)
28                                        jlee@bsfllp.com

| | |
|---|---|
| 1 | Rossana Baeza (*pro hac vice*) |
| | rbaeza@bsfllp.com |
| 2 | BOIES SCHILLER FLEXNER LLP |
| | 100 SE 2nd Street, Suite 2800 |
| 3 | Miami, FL 33130 |
| | Telephone: (305) 539-8400 |
| 4 | Facsimile: (305) 539-1304 |
| 5 | Alison Anderson (CA Bar No. 275334) |
| | aanderson@bsfllp.com |
| 6 | M. Logan Wright, CA Bar No. 349004 |
| | mwright@bsfllp.com |
| 7 | BOIES SCHILLER FLEXNER LLP |
| | 2029 Century Park East, Suite 1520 |
| 8 | Los Angeles, CA 90067 |
| 9 | Telephone: (213) 629-9040 |
| 10 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| 11 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 12 | Los Angeles, CA 90067 |
| 13 | Telephone: (310) 789-3100 |
| 14 | Bill Christopher Carmody (*pro hac vice*) |
| | bcarmody@susmangodfrey.com |
| 15 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 16 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| 17 | Alexander P. Frawley (*pro hac vice*) |
| | afrawley@susmangodfrey.com |
| 18 | Ryan Sila (*pro hac vice*) |
| 19 | rsila@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 20 | One Manhattan West, 50th Floor |
| 21 | New York, NY 10001 |
| | Telephone: (212) 336-8330 |
| 22 | |
| | John A. Yanchunis (*pro hac vice*) |
| 23 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 24 | rmcgee@forthepeople.com |
| 25 | MORGAN & MORGAN, P.A. |
| | 201 N. Franklin Street, 7th Floor |
| 26 | Tampa, FL 33602 |
| | Telephone: (813) 223-5505 |
| 27 | Facsimile: (813) 222-4736 |
| 28 | |

2
PLAINTIFFS' NOTICE RE: FEES MOTION                Case No. 4:20-cv-03664-YGR-SVK

Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913

*Attorneys for Plaintiffs*