**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No. 252660
rachaelmccracken@quinneamanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Counsel for Defendant Google LLC*
*Additional counsel on signature pages*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 7-11 and 79-5, Judge Yvonne Gonzalez Rogers' Standing Order in Civil Cases (the "Standing Order"), and the Stipulated Protective Order entered in this matter (Dkt. 81), Defendant Google LLC ("Google") respectfully seeks to seal certain portions of Google's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards (filed in unredacted form at Dkt. 1112-1), which contains non-public, highly sensitive and confidential business information that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed. This information is highly confidential and should be protected. Further reasons for sealing will be addressed in a forthcoming omnibus motion.

This administrative motion pertains to:

| Dkt. No. | Document or Portion of Document Sought to Be Sealed | Sealed / Redacted / Not Under Seal / Submitted In Camera | Party Claiming Confidentiality |
|---|---|---|---|
| 1112-1 | Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Redacted | Google |
| 1112-2 | Declaration of Stephen A. Broome In Support of Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Not Under Seal | N/A |
| 1112-3 | Exhibit 1 to Broome Declaration | Not Under Seal | N/A |
| 1112-4 | Exhibit 2 to Broome Declaration | Not Under Seal | N/A |
| 1112-5 | Exhibit 3 to Broome Declaration | Submitted In Camera | N/A |
| 1112-6 | Exhibit 4 to Broome Declaration | Redacted | Google |
| 1112-7 | Exhibit 5 to Broome Declaration | Not Under Seal | N/A |
| 1112-8 | Exhibit 6 to Broome Declaration | Redacted | Google |
| 1112-9 | Exhibit 7 to Broome Declaration | Not Under Seal | N/A |
| 1112-10 | Exhibit 8 to Broome Declaration | Not Under Seal | N/A |
| 1112-11 | Exhibit 9 to Broome Declaration | Redacted | Google |
| 1112-12 | Exhibit 10 to Broome Declaration | Not Under Seal | N/A |
| 1112-13 | Exhibit 11 to Broome Declaration | Not Under Seal | N/A |
| 1112-14 | Exhibit 12 to Broome Declaration | Not Under Seal | N/A |

| Dkt. No. | Document or Portion of Document Sought to Be Sealed | Sealed / Redacted / Not Under Seal / Submitted In Camera | Party Claiming Confidentiality |
|---|---|---|---|
| 1112-15 | Exhibit 13 to Broome Declaration | Redacted | Google |
| 1112-16 | Exhibit 14 to Broome Declaration | Redacted | Google |
| 1112-17 | Exhibit 15 to Broome Declaration | Not Under Seal | N/A |
| 1112-18 | Exhibit 16 to Broome Declaration | Not Under Seal | N/A |
| 1112-19 | Exhibit 17 to Broome Declaration | Not Under Seal | N/A |
| 1112-20 | Exhibit 18 to Broome Declaration | Redacted | Google |
| 1112-21 | Exhibit 19 to Broome Declaration | Not Under Seal | N/A |
| 1112-22 | Exhibit 20 to Broome Declaration | Submitted In Camera | N/A |
| 1112-23 | Declaration of Abdelkarim Mardini In Support of Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Redacted | Google |
| 1112-24 | Exhibit 1 to Mardini Declaration | Not Under Seal | N/A |
| 1112-25 | Exhibit 2 to Mardini Declaration | Not Under Seal | N/A |
| 1112-26 | Exhibit 3 to Mardini Declaration | Not Under Seal | N/A |
| 1112-27 | Exhibit 4 to Mardini Declaration | Not Under Seal | N/A |
| 1112-28 | Exhibit 5 to Mardini Declaration | Not Under Seal | N/A |
| 1112-29 | Exhibit 6 to Mardini Declaration | Not Under Seal | N/A |
| 1112-30 | Exhibit 7 to Mardini Declaration | Not Under Seal | N/A |
| 1112-31 | Declaration of Benjamin Kornacki In Support of Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Redacted | Google |
| 1112-32 | Exhibit 1 to Kornacki Declaration | Not Under Seal | N/A |
| 1112-33 | Exhibit 2 to Kornacki Declaration | Not Under Seal | N/A |
| 1112-34 | Exhibit 3 to Kornacki Declaration | Not Under Seal | N/A |
| 1112-35 | Exhibit 4 to Kornacki Declaration | Not Under Seal | N/A |
| 1112-36 | Exhibit 5 to Kornacki Declaration | Not Under Seal | N/A |

| Dkt. No. | Document or Portion of Document Sought to Be Sealed | Sealed / Redacted / Not Under Seal / Submitted In Camera | Party Claiming Confidentiality |
|---|---|---|---|
| 1112-37 | Expert Declaration of Professor William B. Rubenstein (including Exhibits A & B) | Redacted | Google |

DATED: June 7, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (Bar No. 252660
rachaelmccracken@quinneamanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
D. Seth Fortenbery (admitted *pro hac vice*)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

Facsimile: (212) 849-7100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*