# EXHIBIT 1

**SUMMARY OF GOOGLE'S REQUESTED EXCLUSIONS AND REDUCTIONS TO COUNSEL'S REQUEST FOR FEES**

| Challenged Category | Challenged Amount | | Reduction Sought | Resulting Lodestar |
|---|---|---|---|---|
| Reducing M&M document review rate from $676 to $387.5 | $12,335,648.00 | | $5,264,548.00 | $56,973,104.60 |
| Time entries related to Rule 23(b)(3) and Rule 23(f) | $1,902,833.83 | | $1,902,833.83 | $55,070,270.77 |
| Time entries related to Rule 23(c)(4) | $842,871.70 | | $842,871.70 | $54,227,399.07 |
| Clerical tasks | $387,865.90 | | $387,865.90 | $53,839,533.17 |
| Vague entries | $931,286.60 | | $931,286.60 | $52,908,246.57 |
| Excessive partner time | $2,084,644.00 | These challenged categories are examples that illustrate the pervasive inefficiencies/padding in the remainder of the lodestar. | Apply 25% cut to remaining lodestar, for a total reduction of $13,227,061.64 | $39,681,184.93 |
| Over-attendance at meetings | $11,008,938.20 | | | |
| Block billing | $5,408,504.70 | | | |
| 12+ hour days | $2,343,734.60 | | | |
| Time entries of attorneys who did not appear in case | $4,181,484.00 | | | |
| Negative multiplier based on plaintiffs' limited success | 50% Negative Multiplier | | | $19,840,592.46 |