# EXHIBIT 2

**Attorney Attendance at Depositions and Hearings**

| Key | |
|---|---|
| **46 Events (60% of 77)** | Plaintiffs billed for more attorneys than the number of Google outside counsel who appeared. |
| **22 Events (29% of 77)** | Plaintiffs billed for the same number of attorneys as the number of Google outside counsel who appeared. |
| **9 Events (11% of 77)** | Plaintiffs billed for fewer attorneys than the number of Google outside counsel who appeared. |

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 1 | Motion to Dismiss Hearing in related *Calhoun* case (observers only) | 2/18/2021 | 3 | Mao (Boies Schiller); Bonn, Frawley (Susman Godfrey) | 3 | Broome, Schapiro, Trebicka |

---

[1] This includes only the number of Plaintiffs' attorneys who billed time for their attendance. Often, additional attorneys were present and additional attorneys billed time "preparing" for the hearings or depositions.

[2] This includes the number of outside counsel who entered appearances on behalf of Google. Outside counsel did not necessarily bill Google for the time of each attorney listed.

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 2 | Motion to Dismiss Hearing | 2/25/2021 | 3 | Lee (Boies Schiller); Bonn, Frawley (Susman Godfrey) | 3 | Broome, Schapiro, Trebicka |
| 3 | Discovery Hearing | 4/13/2021 | 5 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan); Bonn, Frawley (Susman Godfrey) | 4 | Ansorge, Crawford, Schapiro, Trebicka |
| 4 | Deposition of Google Witness Jesse Adkins | 4/14/2021 | 4 | Baeza, Mao, Reblitz-Richardson, (Boies Schiller); McGee (Morgan & Morgan) | 2 | Ansorge, Broome |
| 5 | Discovery Hearing | 4/29/2021 | 6 | Lee, Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan); Bonn, Frawley (Susman Godfrey) | 6 | Ansorge, Broome, Crawford, Schapiro, Trebicka, Tse |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|------|-------|------|------|------|------|------|
| 6 | Discovery Hearing | 6/2/2021 | 4 | Mao, Reblitz-Richardson (Boies Schiller); McGee, Ram (Morgan & Morgan) | 5 | Ansorge, Broome, Crawford, Schapiro, Trebicka |
| 7 | Deposition of Google Witness Glenn Bernston | 6/16/2021 | 3 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan) | 2 | Ansorge, Broome |
| 8 | Special Master Conference | 7/30/2021 | 6 | Lee, Mao, Reblitz-Richardson (Boies Schiller); McGee, Yanchunis (Morgan & Morgan); Frawley (Susman Godfrey) | 4 | Ansorge, Broome, Schapiro, Trebicka |
| 9 | Discovery Hearing | 8/12/2021 | 5 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan); Bonn, Frawley (Susman Godfrey) | 6 | Ansorge, Broome, Crawford, Fani, Schapiro, Trebicka |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 10 | Deposition of Google Witness Brian Rakowski | 8/19/2021 | 3 | Mao, Reblitz-Richardson, (Boies Schiller); McGee, (Morgan & Morgan) | 2 | Trebicka, Fani |
| 11 | Discovery Hearing | 9/30/2021 | 5 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan); Bonn, Frawley (Susman Godfrey) | 8 | Ansorge, Broome, Crawford, Fani, Jenkins, Schapiro, Trebicka, Tse |
| 12 | Discovery Hearing | 10/27/2021 | 4 | Baeza, Mao, Reblitz-Richardson (Boies Schiller); Bonn (Susman Godfrey) | 3 | Jenkins, Schapiro, Trebicka |
| 13 | Special Master Objections Hearing | 11/4/2021 | 4 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan); Bonn (Susman Godfrey) | 4 | Ansorge, Broome, Schapiro, Trebicka |
| 14 | Deposition of Google Witness Adrienne Porter-Felt | 11/16/2021 | 3 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan) | 2 | Crawford, Spilly |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 15 | Deposition of Google Witness Sammit Adhya | 11/19/2021 | 2 | Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Gao, Jenkins |
| 16 | Deposition of Google Witness Abdelkarim Mardini | 11/24/2021 | 2 | Reblitz-Richardson, Nyborg-Burch (Boies Schiller) | 2 | Fani, Schapiro |
| 17 | Deposition of Google Witness Chris Liao | 12/3/2021 | 2 | Mao, Reblitz-Richardson (Boies Schiller) | 2 | Ansorge, Gao |
| 18 | Deposition of Google Witness Greg Fair | 12/14/2021 | 3 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan) | 2 | Olson, Trebicka |
| 19 | Special Master Conference | 12/15/2021 | 5 | Lee, Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan); Frawley (Susman Godfrey) | 4 | Ansorge, Broome, Schapiro, Trebicka |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|------|-------|------|------|------|------|------|
| 20 | Deposition of Plaintiff William Byatt | 12/20/2021 | 3 | Lee, Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Gao, Trebicka |
| 21 | Deposition of Google Witness Chris Palmer | 1/5/2022 | 3 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan) | 2 | Crawford, Spilly |
| 22 | Deposition of Google Witness Justin Schuh | 1/6/2022 | 3 | Mao, Reblitz-Richardson (Boies Schiller); Frawley (Susman Godfrey) | 2 | Ansorge, Gao |
| 23 | Deposition of Plaintiff Jeremy Davis | 1/7/2022 | 3 | Lee, Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Hayrapetian, Schapiro |
| 24 | Deposition of Plaintiff Chasom Brown | 1/13/2022 | 3 | Lee, Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Gao, Jenkins |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 25 | Deposition of Google Witness Michael Kleber | 1/14/2022 | 3 | Mao, Reblitz-Richardson (Boies Schiller); Frawley (Susman Godfrey) | 2 | Fani, Schapiro |
| 26 | Deposition of Google Witness Ramin Halavati | 1/18/2022 | 2 | Mao, Reblitz-Richardson (Boies Schiller) | 2 | Ansorge, Katsikantamis |
| 27 | Deposition of Plaintiff Christopher Castillo | 2/8/2022 | 3 | Lee, Mao  (Boies Schiller); McGee (Morgan & Morgan) | 2 | Broome, Gao |
| 28 | Deposition of Plaintiff Monique Trujillo | 2/11/2022 | 4 | Baeza, Lee, Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Crawford, Gao |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 29 | Case Management Conference | 2/11/2022 | 4 | Mao, Reblitz-Richardson (Boies Schiller); Frawley, Sila (Susman Godfrey) | 2 | Schapiro, Trebicka |
| 30 | Deposition of Google Witness Deepti Bhatnagar | 2/17/2022 | 3 | Nyborg-Burch, Mao, Reblitz-Richardson (Boies Schiller) | 2 | Fani, Trebicka |
| 31 | Deposition of Google Witness Rory McClland | 2/18/2022 | 2 | Baeza, Mao (Boies Schiller) | 2 | Crawford, Spilly |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 32 | Discovery Hearing | 2/28/2022 | 8 | Baeza, Lee, Mao, Reblitz-Richardson (Boies Schiller); McGee, Yanchunis (Morgan & Morgan); Bonn, Frawley (Susman Godfrey) | 8 | Ansorge, Broome, Crawford, Gao, Jenkins, Schapiro, Spilly, Trebicka |
| 33 | Deposition of Google Witness Martin Shelton | 3/2/2022 | 1 | Bonn (Susman Godfrey) | 1 | Crawford |
| 34 | Deposition of Google Witness Bert Leung | 3/4/2022 | 4 | Mao, Reblitz-Richardson (Boies Schiller);  Yanchunis (Morgan & Morgan); Frawley (Susman Godfrey) | 2 | Ansorge, Spilly |
| 35 | Deposition of Google Witness Mandy Liu | 3/8/2022 | 3 | Mao, Reblitz-Richardson (Boies Schiller); Frawley (Susman Godfrey) | 2 | Ansorge, Spilly |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 36 | Deposition of Google Witness Caitlin Sadowski | 3/10/2022 | 3 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan) | 1 | Ansorge |
| 37 | Deposition of Google Witness Stephen Chung | 3/10/2022 | 2 | Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Olson, Watkins |
| 38 | Deposition of Google Witness George Levitte | 3/15/2022 | 2 | Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Fani, Nix-Hines |
| 39 | Discovery Hearing | 3/17/2022 | 5 | Baeza, Mao, Reblitz-Richardson (Boies Schiller); Yanchunis (Morgan & Morgan); Bonn (Susman Godfrey) | 9 | Ansorge, Broome, Crawford, Fortenbery, Hayrapetian, Olson, Schapiro, Trebicka, Watkins |
| 40 | Deposition of Google Witness Adrienne Porter-Felt | 3/17/2022 | 2 | Nyborg-Burch, Mao (Boies Schiller) | 2 | Crawford, Olson |
| 41 | Deposition of Google Witness Glenn Bernston | 3/18/2022 | 2 | Mao (Boies Schiller); Bonn (Susman Godfrey) | 2 | Ansorge, Gao |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 42 | Deposition of Google Witness Michael Kleber | 3/18/2022 | 2 | Reblitz-Richardson (Boies Schiller); Frawley (Susman Godfrey) | 2 | Fani, Trebicka |
| 43 | Deposition of Google Witness Audrey An | 3/22/2022 | 3 | Mao (Boies Schiller); McGee, Yanchunis (Morgan & Morgan) | 2 | Crawford, Gao |
| 44 | Deposition of Google Witness Steve Ganem | 3/23/2022 | 3 | Mao, Nyborg-Burch, Reblitz-Richardson (Boies Schiller) | 2 | Broome, Olson |
| 45 | Hearing on Plaintiffs' Motion to Show Cause | 4/21/2022 | 10 | Anderson, Baeza, D. Boies, Mao, Reblitz-Richardson (Boies Schiller); McGee, Ram, Romero, Yanchunis (Morgan & Morgan); Bonn (Susman Godfrey) | 4 | Ansorge, Fortenbery, Schapiro, Trebicka |
| 46 | Hearing on Objection to Special Master Recommendations | 5/3/2022 | 6 | Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan); Bonn, | 5 | Schapiro, Broome, Trebicka, Ansorge, Gao |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| | | | | Frawley, Sila (Susman Godfrey) | | |
| 47 | Deposition of Google Witness Lorraine Twohill | 5/6/2022 | 3 | Mao (Boies Schiller); McGee, Yanchunis (Morgan & Morgan) | 2 | Fortenbery, Schapiro |
| 48 | Deposition of Google Witness Sabine Borsay | 6/30/2022 | 3 | Cividini, Lee, Mao (Boies Schiller) | 3 | Crawford, Decurtins, Spilly |
| 49 | Deposition of Plaintiffs' Expert David Nelson | 7/6/2022 | 4 | Lee, Mao (Boies Schiller); McGee, Yanchunis (Morgan & Morgan) | 2 | Broome, Spilly |
| 50 | Deposition of Plaintiffs' Expert Mark Keegan | 7/15/2022 | 3 | Lee, Mao, Reblitz-Richardson (Boies Schiller) | 2 | Broome, Olson |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 51 | Deposition of Plaintiffs' Expert Bruce Schneier | 7/18/2022 | 4 | Mao (Boies Schiller); Yanchunis (Morgan & Morgan); Crosby, Frawley (Susman Godfrey) | 2 | Broome, Olson |
| 52 | Deposition of Plaintiffs' Expert Michael Laskinski | 7/20/2022 | 2 | Lee (Boies Schiller); Yanchunis (Morgan & Morgan) | 2 | Fani, Trebicka |
| 53 | Deposition of Plaintiffs' Expert Jonathan Hochman | 7/20/2022 | 4 | Mao (Boies Schiller); McGee (Morgan & Morgan); Crosby, Frawley (Susman Godfrey) | 3 | Ansorge, Nix-Hines, Spilly |
| 54 | Deposition of Plaintiffs' Expert Jonathan Hochman | 7/21/2022 | 4 | Mao (Boies Schiller); McGee (Morgan & Morgan); Crosby, Frawley (Susman Godfrey) | 3 | Ansorge, Nix-Hines, Spilly |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 55 | Deposition of Plaintiffs' Expert Steve Weisbrot | 8/2/2022 | 3 | Mao (Boies Schiller); McGee, Yanchunis (Morgan & Morgan) | 2 | Broome, Olson |
| 56 | Preservation Order Hearing | 8/4/2022 | 3 | Mao (Boies Schiller); Yanchunis (Morgan & Morgan); Frawley (Susman Godfrey) | 6 | Ansorge, Broome, Crawford, Schapiro, Trebicka, Watkins |
| 57 | Deposition of Google's Expert On Amir | 8/16/2022 | 3 | Mao, Reblitz-Richardson (Boies Schiller); Ram (Morgan & Morgan) | 1 | Olson |
| 58 | Deposition of Google's Expert Bruce Strombom | 8/18/2022 | 3 | Mao, Reblitz-Richardson (Boies Schiller); Yanchunis (Morgan & Morgan) | 2 | Fani, Trebicka |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 59 | Deposition of Google's Expert Konstantinos Psounis | 8/19/2022 | 3 | Mao (Boies Schiller); McGee, Yanchunis (Morgan & Morgan) | 2 | Ansorge, Spilly |
| 60 | Deposition of Google's Expert Paul Schwartz | 8/20/2021 | 2 | Mao (Boies Schiller); Frawley (Susman Godfrey) | 3 | Ansorge, Hayrapetian, Nix-Hines |
| 61 | Deposition of Google's Expert Giorgios Zervas | 8/22/2022 | 2 | Mao (Boies Schiller); McGee (Morgan & Morgan) | 1 | Watkins |
| 62 | Hearing on Plaintiffs' Motion for Class Certification | 10/11/2022 | 10 | Lee, Mao (Boies Schiller); Appel, Barkhordar, Martin, McGee, Yanchunis (Morgan & Morgan); Bonn, Carmody, Frawley (Susman Godfrey) | 6 | Schapiro, Fortenbery, Trebicka, Broome, Olson, Ansorge |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 63 | Status Conference | 10/27/2022 | 4 | D. Boies, Mao (Boies Schiller); Yanchunis (Morgan & Morgan); Bonn (Susman Godfrey) | 3 | Broome, Spilly, Trebicka |
| 64 | Relief from Preservation Order Hearing | 1/10/2023 | 3 | Mao (Boies Schiller); McGee (Morgan & Morgan); Bonn (Susman Godfrey) | 6 | Ansorge, Broome, Fortenbery, Gao, Schapiro, Trebicka |
| 65 | Deposition of Google Witness Steve Ganem | 2/6/2023 | 2 | Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Gao, Trebicka |
| 66 | Case Management Conference | 2/14/2023 | 5 | D. Boies, Mao, Reblitz-Richardson (Boies Schiller); McGee (Morgan & Morgan); Bonn (Susman Godfrey) | 3 | Broome, Schapiro, Trebicka |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 67 | Mapping Tables Hearing | 2/14/2023 | 2 | Mao (Boies Schiller); McGee (Morgan & Morgan) | 5 | Ansorge, Broome, Gao, Schapiro, Trebicka |
| 68 | Deposition of Google Witness Glenn Bernston | 2/14/2023 | 2 | Mao (Boies Schiller); Frawley (Susman Godfrey) | 2 | Ansorge, Margolies |
| 69 | Deposition of Google Witness Jonathan McPhie | 2/15/2023 | 2 | Wright (Boies Schiller); Frawley (Susman Godfrey) | 2 | Broome, Olson |
| 70 | Hearing on Motions for Sanctions | 03/02/2023 | 8 | A. Boies, D. Boies, Mao, Reblitz-Richardson (Boies Schiller); McGee, Yanchunis (Morgan & Morgan); Bonn, Frawley (Susman Godfrey) | 6 | Ansorge, Broome, Margolies, Schapiro, Spilly, Trebicka |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 71 | Hearing on Motion for Summary Judgment and Issue Class Certification | 5/12/2023 | 10 | A. Boies, D. Boies, Lee, Mao, Reblitz-Richardson (Boies Schiller); McGee, Ram, Yanchunis (Morgan & Morgan); Bonn, Frawley (Susman Godfrey) | 5 | Broome, Margolies, Olson, Schapiro, Trebicka |
| 72 | Case Management Conference | 8/3/2023 | 5 | A. Boies, D. Boies, Lee, Mao (Boies Schiller); Frawley (Susman Godfrey) | 4 | Broome, Olson, Schapiro, Trebicka |
| 73 | Mediation | 9/29/2023 | 9 | Anderson, A. Boies, Lee, Mao, Reblitz-Richardson, Wright (Boies Schiller); Yanchunis (Morgan & Morgan); Bonn, Carmody (Susman Godfrey) | 5 | Broome, Fortenbery, Morgan, Schapiro, Trebicka |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 74 | Deposition of Google's Expert Konstantinos Psounis | 10/9/2023 | 2 | Mao (Boies Schiller); McGee (Morgan & Morgan) | 2 | Crawford, Spilly |
| 75 | Deposition of Plaintiffs' Expert Jonathan Hochman | 10/10/2023 | 3 | Mao (Boies Schiller); McGee (Morgan & Morgan); Frawley (Susman Godfrey) | 2 | Broome, Margolies |
| 76 | Status Conference | 10/13/2023 | 3 | Mao, Reblitz-Richardson (Boies Schiller); Frawley, (Susman Godfrey) | 6 | Broome, Fortenbery, Olson, McCracken, Schapiro, Trebicka |

**Attorney Attendance at Depositions and Hearings**

| No. | EVENT | DATE | #OF PLTF ATTYS[1] | PLAINTIFFS' ATTORNEYS | # OF DEF ATTYS[2] | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| 77 | Pretrial Conference | 11/29/2023 | 10 | D. Boies, Lee, Mao, Reblitz-Richardson (Boies Schiller); McGee, Yanchunis (Morgan & Morgan); Bonn, Carmody, Frawley, Sila (Susman Godfrey) | 8 | Broome, Crawford, Fani, Margolies, McCracken, Nix-Hines, Schapiro, Trebicka |