Broome Declaration

Exhibit 3

Submitted for *In Camera* Review