# EXHIBIT 5

**Chart of Attorneys Who Did Not Appear and the Related Billings**

|    | TimeKeeper | Title | Date of Bar Admission | Firm | Rate | Time | Total |
|----|------------|-------|-----------------------|------|------|------|-------|
| 1  | Boies, Alexander | Partner | 2016 | BSF | $1,040.00 | 1070.9 | $1,113,736.00 |
| 2  | Crosby, Ian B. | Partner | 1998 | SG | $950.00 | 605.3 | $575,035.00 |
| 3  | Valladares, Marcio | Attorney | 1993 | M&M | $1,000.00 | 510 | $510,000.00 |
| 4  | Serig, Shelby | Attorney | 2004 | M&M | $850.00 | 478.1 | $406,385.00 |
| 5  | LaVare, Lauren | Associate | 2023 | BSF | $790.00 | 405.7 | $320,503.00 |
| 6  | Cividini, Augusto | Associate | 2021 | BSF | $790.00 | 365.3 | $288,587.00 |
| 7  | Appel, Marie | Attorney | 1997 | M&M | $1,000.00 | 284 | $284,000.00 |
| 8  | Romero, Christina | Attorney | 2019 | M&M | $381.00 | 315.5 | $120,205.50 |
| 9  | Barkhordar, Abraham | Law Clerk | N/A | M&M | $381.00 | 234.8 | $89,458.80 |
| 10 | Seigel, Steven | Partner | 2014 | SG | $850.00 | 102 | $86,700.00 |
| 11 | Seltzer, Marc M. | Partner | 1972 | SG | $2,200.00 | 36.3 | $79,860.00 |
| 12 | Gerardi, John | Associate | 2019 | BSF | $800.00 | 85.9 | $68,720.00 |
| 13 | Mills, Jon | Counsel | 1972 | BSF | $1,380.00 | 30 | $41,400.00 |
| 14 | Lin, Yanni | Associate | 2016 | BSF | $730.00 | 56.5 | $41,245.00 |
| 15 | Santos, Nicholas | Associate | 2021 | BSF | $820.00 | 42.3 | $34,686.00 |
| 16 | Schultz, Meredith | Partner | 2006 | BSF | $1,020.00 | 28.6 | $29,172.00 |
| 17 | Autry, Josh | Attorney | 2008 | M&M | $878.00 | 29.8 | $26,164.40 |
| 18 | Gravante, Nicholas A. | Partner | 1986 | BSF | $1,350.00 | 12.9 | $17,415.00 |
| 19 | Barthle, Patrick | Attorney | 2012 | M&M | $800.00 | 18.6 | $14,880.00 |

|    | TimeKeeper | Title | Date of Bar Admission | Firm | Rate | Time | Total |
|----|------------|-------|----------------------|------|------|------|-------|
| 20 | Reddy, Kenya | Attorney | 2001 | M&M | $1,000.00 | 11.3 | $11,300.00 |
| 21 | Podolny, Ronald | Attorney | 2009 | M&M | $878.00 | 8.4 | $7,375.20 |
| 22 | Pollack, Christopher | Attorney | 2020 | M&M | $538.00 | 12.9 | $6,940.20 |
| 23 | Kester, Francesca | Attorney | 2017 | M&M | $650.00 | 8.7 | $5,655.00 |
| 24 | Whalen, Hope | Attorney | 2022 | M&M | $381.00 | 7.9 | $3,009.90 |
|    | **Total:** |       |                      |      |      | **4,761.7** | **$4,182,433** |