# EXHIBIT 10

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION



CHASOM BROWN, MARIA NGUYEN, AND    )  C-20-03664 LHK
WILLIAM BYATT, INDIVIDUALLY AND    )
ON BEHALF OF ALL SIMILARLY         )  SAN JOSE, CALIFORNIA
SITUATED,                          )
                                   )  APRIL 21, 2022
              PLAINTIFF,           )
                                   )  PAGES 1-220
        VS.                        )
                                   )
GOOGLE LLC AND ALPHABET INC.,      )
                                   )
              DEFENDANTS.          )
                                   )


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE SUSAN VAN KEULEN
                UNITED STATES MAGISTRATE JUDGE



A P P E A R A N C E S:

FOR THE PLAINTIFFS:    BOIES SCHILLER FLEXNER LLP
                       BY:  DAVID BOIES
                       333 MAIN STREET
                       ARMONK, NEW YORK  10504

                       BY:  MARK C. MAO
                       44 MONTGOMERY STREET, 41ST FLOOR
                       SAN FRANCISCO, CALIFORNIA  94104


              APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:     LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595


          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2       APPEARANCES (CONTINUED)
 3
 4       FOR THE PLAINTIFFS:    BOIES SCHILLER FLEXNER LLP
                                BY:  ALISON L. ANDERSON
 5                              725 S. FIGUEROA STREET, 31ST FLOOR
                                LOS ANGELES, CALIFORNIA  90017
 6
 7                              MORGAN & MORGAN
                                BY:  JOHN A. YANCHUNIS
 8                                   RYAN J. MCGEE
                                201 N. FRANKLIN STREET, 7TH FLOOR
 9                              TAMPA, FLORIDA  33602
10
11       FOR THE DEFENDANTS:    QUINN EMANUEL URQUHART & SULLIVAN
                                BY:  ANDREW H. SCHAPIRO
12                              191 N. WACKER DRIVE, SUITE 2700
                                CHICAGO, ILLINOIS  60606
13
14                              BY:  VIOLA TREBICKA
                                865 S. FIGUEROA STREET, 10TH FLOOR
15                              LOS ANGELES, CALIFORNIA  90017
16                              BY:  JOSEF ANSORGE
                                1300 I. STREET, N.W., SUITE 900
17                              WASHINGTON, D.C.  20005
18       ALSO PRESENT:          DOUGLAS BRUSH
                                TIMOTHY SCHMIDT
19                              TONI BAKER
                                NORA PUCKETT
20
21
22
23
24
25
```

1   BY MS. TREBICKA:

2   Q.   MR. LIAO, MY QUESTION, AND I THINK THE QUESTION THAT

3   OTHERS ARE ASKING AS WELL, IS WHY WOULD YOU USE THAT THEN?  WHY

4   WOULD YOU USE THE ABSENCE OF THE X-CLIENT DATA HEADER TO

5   DETERMINE THE APPROXIMATE AMOUNT OF INCOGNITO TRAFFIC?

6   A.   BECAUSE THE PURPOSE OF THE EXERCISE, AGAIN, IS TO, IS TO

7   APPROXIMATE THE POTENTIAL REVENUE IMPACT.

8        WE DIDN'T REQUIRE AN EXACT NUMBER, AND IT WAS DETERMINED

9   THAT THE ABSENCE OF THE X-CLIENT DATA HEADER WAS A PROCESS

10  SIGNAL THAT CAN GIVE US THAT APPROXIMATE APPROXIMATION TO THE

11  REVENUE, POTENTIAL REVENUE IMPACT.

12  Q.   AS PART OF YOUR ANALYSIS IN THIS PROJECT, DID YOUR TEAM

13  EVER ATTEMPT TO IDENTIFY PARTICULAR INCOGNITO USERS?

14  A.   NO.

15  Q.   RECALL THAT WE STARTED THIS EXAMINATION WHEN I ASKED YOU

16  ABOUT THE MAYBE_CHROME_INCOGNITO BIT.

17       WHO CREATED THE CHROME, THE MAYBE_CHROME_INCOGNITO BIT?

18  A.   I BELIEVE BERT AND MANDY CREATED THE BIT.

19  Q.   AND IS THAT BERT LEUNG AND MANDY LIU?

20  A.   YES.

21  Q.   WHY DID THEY CREATE THE BIT?

22  A.   MY UNDERSTANDING IS THE BIT WAS CREATED, OR THE FIELD IN

23  THE LOG WAS CREATED TO POWER A DASHBOARD WHOSE PURPOSE IS TO

24  MONITOR OR KEEP AN EYE ON THE SLICE OF TRAFFIC WHERE WE THINK

25  THIRD PARTY COOKIES MAY BE BLOCKED IN AD QUERIES.

1    Q.   IS -- WAS THIS A CONTINUATION OF THE PROJECT THAT WE

2    TALKED ABOUT THAT YOU SAID STARTED IN 2019?

3    A.   YES.

4    Q.   AND WHAT WAS THE PURPOSE OF THIS CONTINUATION OF THE

5    PROJECT?

6    A.   THE CONTINUATION, THE PURPOSE OF CONTINUING THAT IS STILL

7    TO APPROXIMATELY MONITOR THE SLICE OF TRAFFIC AND THE POTENTIAL

8    REVENUE IMPACT OF THIRD PARTY COOKIE BLOCKING, AND ALSO HOW THE

9    SLICE OF TRAFFIC CHANGES OVER TIME.

10   Q.   NOW, DO YOU UNDERSTAND, AT A HIGH LEVEL, HOW THE

11   MAYBE_CHROME_INCOGNITO BIT WORKS?

12   A.   I HAVE A HIGH LEVEL UNDERSTANDING OF IT.

13   Q.   COULD YOU EXPLAIN?

14   A.   MY UNDERSTANDING OF HOW THIS BIT IS COMPUTED IS THAT IT

15   TAKES IN, AS INPUT, TWO PIECES OF INFORMATION:  ONE IS THE

16   ABSENCE OF THE X-CLIENT DATA HEADER; THE OTHER IS THE USER

17   AGENT HEADER.

18   Q.   NOW, HOW DOES THIS LOGIC THAT YOU JUST EXPLAINED FOR THE

19   MAYBE_CHROME_INCOGNITO BIT DIFFER FROM THE LOGIC THAT YOU USED

20   IN THE INITIAL PART OF THE PROJECT IN 2019?

21   A.   MY UNDERSTANDING IS THEY'RE THE SAME.

22   Q.   IS THE MAYBE_CHROME --

23           THE COURT:  THAT'S TIME.  LAST QUESTION.

24           MS. TREBICKA:  YES, UNDERSTOOD, YOUR HONOR.

25       MAY I HAVE A SECOND?

```
 1              THE COURT:  OKAY.
 2         (PAUSE IN PROCEEDINGS.)
 3    BY MS. TREBICKA:
 4    Q.   IS THE MAYBE_CHROME_INCOGNITO BIT A DEDICATED SIGNAL FOR
 5    INCOGNITO MODE?
 6    A.   NO.
 7              MS. TREBICKA:  NO FURTHER QUESTIONS.
 8              THE COURT:  THANK YOU.
 9         CROSS-EXAMINATION.
10              MR. YANCHUNIS:  EXHIBIT 103, PLEASE.
11                           **CROSS-EXAMINATION**
12    BY MR. YANCHUNIS:
13    Q.   MR. LIAO, I'D LIKE TO SHOW YOU A DOCUMENT THAT HAS BEEN
14    MARKED AS EXHIBIT 103.
15         DO YOU HAVE THAT IN FRONT OF YOU ON THE SCREEN?
16    A.   YES.
17    Q.   OKAY.  THIS IS AN EMAIL STRING THAT STARTS WITH THE FIRST
18    EMAIL ON THE LAST PAGE AND THEN BUILDS BACK TO THE FIRST PAGE
19    CHRONOLOGICALLY; CORRECT?
20    A.   MAY I?
21         CAN YOU SCROLL UP SO THAT I CAN MAKE SURE IT'S
22    CHRONOLOGICAL?
23    Q.   I'LL HAVE THAT DONE FOR YOU.
24    A.   YES, IT APPEARS THAT WAY.
25    Q.   OKAY.  ON THE PAGE ENDING WITH THE NUMBER 293, REFERENCING
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*[signature: Lee-Anne Shortridge]*

LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: APRIL 29, 2022