# EXHIBIT 17

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Thursday, April 18, 2024 9:27 AM
**To:** Tracy Gao <tracygao@quinnemanuel.com>; QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** RE: Brown v. Google

**[EXTERNAL EMAIL from afrawley@susmangodfrey.com]**

Hi Tracy,

Thanks for the call. As we stated, we have already provided Google with all of the records we will be giving the Court with our fees motion, so we have fully complied with the parties' April 9 agreement. Still, we are happy to provide even more information in advance of our filing. We can send you a draft of the portion of the declaration related to the costs in the spreadsheet you are asking about. Of course, the draft is subject to change as we revise and finalize our filing. Can you please confirm that Google will not argue that, by sharing this draft, Plaintiffs have waived any applicable privilege or protection? We will aim to send by tomorrow, as you request.

What do you mean by "detailed breakdown of the expenses"? We will consider any specific request for more information. But again, we are not providing the Court with any different kind of breakdown than the one we have already provided to you. To the extent you are asking about expert invoices, we will not providing those. As you know, the parties long ago stipulated that such materials would not be produced in this case, from either side. Dkt. 272. In addition, it would be burdensome to conduct the privilege review that would be necessary before handing over expert invoices.

Best,
Alex

**From:** Tracy Gao <tracygao@quinnemanuel.com>
**Sent:** Wednesday, April 17, 2024 11:58 AM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** RE: Brown v. Google

EXTERNAL Email
Counsel,

1

As discussed yesterday, in accordance with our April 9 Agreement, please provide any and all additional records you intend to submit to the Court in support of your fee motion beyond what you've already sent us, no later than Friday, April 19. This includes any additional information you plan to include in an attorney declaration summarizing each vendor's "role" in this case. As stated during yesterday's meet and confer, pursuant to our Agreement, this information should have been provided to us by April 9. Google reserves all rights.

In addition, as discussed on the meet and confer, please provide a detailed breakdown of the expenses listed in the file "Litigation Fund – Brown v. Google (9 Apr 2024)," especially the significant expert fees. Google needs this information to assess what parts of the case they go to and their reasonableness.

Best,
Tracy

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Monday, April 15, 2024 4:18 PM
**To:** Tracy Gao <tracygao@quinnemanuel.com>; QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** RE: Brown v. Google

[EXTERNAL EMAIL from afrawley@susmangodfrey.com]

Noon PT works. Thanks!

**From:** Tracy Gao <tracygao@quinnemanuel.com>
**Sent:** Monday, April 15, 2024 1:05 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** RE: Brown v. Google

EXTERNAL Email

Hi Alex,

We are available tomorrow from 10-11 am PT and noon to 1 pm PT. Let us know if either of those times works for you and I can circulate a Zoom invite.

Best,
Tracy

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Monday, April 15, 2024 10:53 AM
**To:** Tracy Gao <tracygao@quinnemanuel.com>; QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** RE: Brown v. Google

[EXTERNAL EMAIL from afrawley@susmangodfrey.com]

Hi Tracy,

2

We do not believe this is a reasonable request, but we are available to meet and confer to discuss it.

Please let us know some times that work for you tomorrow or Wednesday.

Best,
Alex

---

**From:** Tracy Gao <tracygao@quinnemanuel.com>
**Sent:** Friday, April 12, 2024 9:56 AM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** RE: Brown v. Google

EXTERNAL Email
Counsel,

We noticed that the file "Litigation Fund – Brown v. Google (9 Apr 2024)" includes various sums listed as payments made to different vendors. Please provide us with the invoice data for the following vendors as soon as possible, so that we can assess the reasonableness of these expenses.

- **Experts** (233 Analytics, LLC, Analysis & Research Inc., Angeion Group, Ankura Consulting Group, LLC, Avia Global Consulting Corporation, Concur IP Consulting, Counterpane Systems LLC, Full Nelson Investigations / Dave Nelson, JE Hochman & Associates LLC, Keegan & Donato Consulting, LLC, Samuel Issacharoff, and Chris F. Kemerer PhD LLC)
- **Document platform system** (International Ligation Services LLC)
- **Mock Jury** ( R&D Strategic Solutions, LLC)
- **Court reporters & Transcription services** (Ana Maria Dub, Echo Reporting, Inc., Esquire Deposition Solutions, Huseby Global Litigation, Irene Rodriguez, Lee-Anne Shortridge, Magna Legal Services, MK Litigation Solutions, Inc., Pamela Batalo Hebel, Summer A. Fisher, Raynee H. Mercado, Veritext, LLC)
- **Printing & Office Services** (Array, Avalon Document Services, Digital One Legal Solutions, Empire Discovery LLC, Excelsior Digital, First Legal, Mainstay Legal, Sitelogistix, SmartSource, Summit Reprographics, United Litigation Discovery)
- **Other Vendors & Miscellaneous costs** (4Discovery, LLC, Act of Communication, Bailey Glasser LLP, Bleichmar Fonti & Auld LLP, Catch Marketing Services Inc., Graphic Testimony, Legal Media, Inc., Nationwide Legal, LLC, P.I. Services, Rory McClelland, Ruth Levine Ekhaus)

Thanks,
Tracy

---

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Tuesday, April 9, 2024 9:54 PM
**To:** QE Brown <qebrown@quinnemanuel.com>
**Cc:** Google Team <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>
**Subject:** Brown v. Google

[EXTERNAL EMAIL from afrawley@susmangodfrey.com]

---

Counsel,

Please use the below link to access Plaintiffs' billing records. These records are provided subject to the parties' April 9, 2024 Agreement Regarding Google's Review of Class Counsel's Records and Briefing Schedule on Plaintiffs' Motion for Attorneys' Fees and Costs. These records are also designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order (Dkt. 81).

If you have any questions while reviewing these records, please ask us. We will make ourselves available to discuss.

https://susmangodfrey.sharefile.com/f/fo633312-1257-4089-87e3-b924b643edd7

Best,

Alex

**Alexander P. Frawley | Susman Godfrey LLP**

1301 Avenue of the Americas, 32nd Floor | New York, NY 10019

212.729.2044 (office) | 917.599.6613 (cell)

afrawley@susmangodfrey.com | www.susmangodfrey.com