# EXHIBIT 19

**SUMMARY OF GOOGLE'S REQUESTED EXCLUSIONS AND REDUCTIONS TO COUNSEL'S REQUEST FOR COSTS**

| Challenged Category | Challenged Amount | | Reduction Sought | Resulting Cost |
|---|---|---|---|---|
| Expert fees, all of which are missing underlying invoices for support | $4,974,859.79 (Dkt. 1107-20 at 24) | | 15% discount, for a reduction of $746,228.97 | $6,910,336.35 |
| Expert fees for the classwide damages expert (Ankura Consulting Group, LLC) and class administration expert (Angeion Group) | $1,568,996.27 (Dkt. 1107-20 at 24) | | 15% discount, for a reduction of 235,349.44 | $6,674,986.91 |
| Computerized legal research without evidentiary support that such fees were actually incurred | BSF - Computer Research - Lexis: $ $13,998.24 (Dkt. 1107-20 at 23) | Subtotal: $335,685.54 | $335,685.54 | $6,339,301.37 |
| | BSF - Computer Research - Westlaw: $249,227.76 (Dkt. 1107-20 at 23) | | | |
| | SG - Research Charges: $72,398.14 (Dkt. 1107-21 at 20) | | | |
| | MM - WestLaw: $61.4 (Dkt. 1107-22 at 39) | | | |
| Two separate mock juries | $603,558.78 (Dkt. 1107-20 at 25) | | 50% discount, for a reduction of $301,779.39 | $6,037,521.98 |
| Costs related to Rule 23(c)(4) (Samuel Issacharoff) | $138,525.37 (Dkt. 1107-20 at 24, 29) | | $138,525.37 | $5,898,996.61 |