Broome Declaration

Exhibit 20

Submitted for *In Camera* Review