# EXHIBIT 5

# [GA4] EU-focused data and privacy

When collecting data, Google Analytics 4 does not log or store IP addresses.

- Analytics drops any IP addresses that it collects from EU users before logging that data via EU domains and servers.

In addition, Analytics provides controls to:

- Disable collection of Google-signals data on a per-region basis
- Disable the collection of granular location and device data on a per-region basis

## Analytics does not log IP addresses

Google Analytics 4 does not log or store individual IP addresses.

Analytics does provide coarse geo-location data by deriving the following metadata from IP addresses: City (and the derived latitude, and longitude of the city), Continent, Country, Region, Subcontinent (and ID-based counterparts). For EU-based traffic, IP-address data is used solely for geo-location data derivation before being immediately discarded. It is not logged, accessible, or used for any additional use cases.

When Analytics collects measurement data, all IP lookups are performed on EU-based servers before forwarding traffic to Analytics servers for processing.

## EU data is collected in the EU

Google Analytics 4 collects all data from EU-based devices (based on IP-geo lookup) through domains and on servers based in the EU before forwarding traffic to Analytics servers for processing.

If you currently use a Content Security Policy (CSP), update your configurations (img-src and connection-src directives) to allow the following domains used by Analytics:

- *.google-analytics.com
- *.analytics.google.com

## Regional controls

### Google signals

When you activate Google signals, you have the option to enable or disable collection of those signals on a per-region basis. If you edit Google-signals settings and disable collection for a region, then Analytics maintains any historical data that you've collected but no additional data is collected from the time of the change forward. If you disable collection of Google-signals data, you will not have access to remarketing lists based on Analytics data, advertising reporting features, or demographics and interests. Learn how to Activate Google signals for Google Analytics 4 properties.

> If you deactivate Google signals, then remarketing is not available for the impacted regions. Downstream conversion modeling and reporting in linked Google Ads accounts is also impacted.

### Collection of granular location and device data

You have the option to enable/disable the collection of granular location-and-device data on a per-region basis. Analytics collects this data by default. If you disable this data collection, Analytics does not collect the following data:

- City
- Latitude (of city)
- Longitude (of city)
- Browser minor version
- Browser User-Agent string
- Device brand
- Device model
- Device name
- Operating system minor version
- Platform minor version
- Screen resolution

If you edit the settings and disable collection for a region, then Analytics maintains any historical data that you've collected but no additional data is collected from the time of the change forward.

Learn more about [Collecting granular location and device data](#).

If you disable the collection of granular location and device data for a region, then modeled-conversion volume is significantly reduced for that region. Downstream conversion modeling and reporting in linked Google Ads and Search Ads 360 accounts is also impacted.

## Need more help?
Try these next steps:

**Post to the help community**
Get answers from community members

**Contact us**
Tell us more and we'll help you get there