1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11

CHASOM BROWN, *et al*., on behalf of themselves and all others similarly situated,

Case No. 4:20-cv-03664-YGR-SVK

12

Plaintiffs,

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

13

v.

14

GOOGLE LLC,

Judge: Hon. Yvonne Gonzalez Rogers
Date: August 7, 2024
Time: 2:00 p.m.
Location: Courtroom 1 – 4th Floor

15

Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards (the "Motion"). Having considered the Motion and supporting papers, the Court hereby **DENIES** the Motion. For the reasons explained in the accompanying Decision and Order, the Court awards $_____ in attorneys' fees, $_____ in costs, and $_____ each to the Named Plaintiffs for their service.

**SO ORDERED.**

DATED: _____                          _____

                                                     YVONNE GONZALEZ ROGERS

                                                     United States District Judge