| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel: (213) 629-9040<br>alanderson@bsfllp.com<br>mwright@bsfllp.com<br><br>*Attorneys for Plaintiffs* | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br>                Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' TEMPORARY SEALING MOTION RE: REPLY ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Date:     August 7, 2024<br>Time:    2:30 p.m.<br>Location: Courtroom 1 – 4th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5, Judge Yvonne Gonzalez Rogers' Standing Order in Civil Cases (the "Standing Order"), and the Stipulated Protective Order entered in this matter (Dkt. 81), Plaintiffs respectfully submit this Temporary Sealing Motion concerning material submitted with Plaintiffs' Reply In Support of Motion for an Award of Attorneys' Fees, Costs, and Service Awards ("Plaintiffs' Reply").

| Dkt. No. | Document or Portion of Document Sought to Be Sealed | Sealed/Redacted/Not Under Seal | Party Claiming Confidentiality |
|---|---|---|---|
| 1115-1 | Plaintiffs' Reply | Sealed | Google |
| 1115-2 | Plaintiffs' Reply | Redacted | Google |
| 1115-3 | Supplemental Declaration of Mark C. Mao ISO Plaintiffs' Motion ("Supp'l Mao Decl.") | Sealed | Google |
| 1115-4 | Supp'l Mao Decl. | Redacted | Google |
| 1115-5 | Exhibit 17 to Mao Decl. | Sealed | Google did not designate this transcript under the Protective Order. However, portions of the transcript contain information from documents that Google has designated under the Protective Order. |
| 1115-6 | Exhibit 18 to Mao Decl. | Not Under Seal | N/A |
| 1115-7 | Exhibit 19 to Mao Decl. | Not Under Seal | N/A |
| 1115-8 | Exhibit 20 to Mao Decl. | Not Under Seal | N/A |
| 1115-9 | Exhibit 21 to Mao Decl. | Not Under Seal | N/A |
| 1115-10 | Exhibit 22 to Mao Decl. | Not Under Seal | N/A |
| 1115-11 | Exhibit 23 to Mao Decl. | Submitted *in camera* per the parties' April 9, 2024 Agreement | Plaintiffs |
| 1115-12 | Exhibit 24 to Mao Decl. | Not Under Seal | N/A |
| 1115-13 | Exhibit 25 to Mao Decl. | Not Under Seal | N/A |
| 1115-14 | Exhibit 26 to Mao Decl. | Not Under Seal | N/A |
| 1115-15 | Exhibit 27 to Mao Decl. | Not Under Seal | N/A |
| 1115-16 | Exhibit 28 to Mao Decl. | Not Under Seal | N/A |
| 1115-17 | Exhibit 29 to Mao Decl. | Not Under Seal | N/A |

| | | | |
|---|---|---|---|
| 1115-18 | Supplemental Declaration of James Lee ISO Plaintiffs' Motion | Not Under Seal | N/A |
| 1115-19 | Supplemental Declaration of John Yanchunis ISO Plaintiffs' Motion | Not Under Seal | N/A |
| 1115-20 | Declaration of Shawn Rabin ISO Plaintiffs' Motion | Not Under Seal | N/A |
| 1115-21 | Declaration of Christopher Thompson ISO Plaintiffs' Motion | Sealed | Google |
| 1115-22 | Declaration of Christopher Thompson ISO Plaintiffs' Motion | Redacted | Google |

Dated: June 21, 2024

Respectfully submitted,

By */s/ Mark C. Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com

Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6800
Facsimile (415) 293-6899

David Boies (*pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison Anderson (CA Bar No. 275334)
aanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com

| | |
|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP |
| 2 | 2029 Century Park East, Suite 1520 |
|   | Los Angeles, CA 90067 |
| 3 | Telephone: (213) 629-9040 |
| 4 | Amanda Bonn (CA Bar No. 270891) |
|   | abonn@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P. |
|   | 1900 Avenue of the Stars, Suite 1400 |
| 6 | Los Angeles, CA 90067 |
|   | Telephone: (310) 789-3100 |
| 7 | |
| 8 | Bill Christopher Carmody (*pro hac vice*) |
|   | bcarmody@susmangodfrey.com |
| 9 | Shawn J. Rabin (*pro hac vice*) |
|   | srabin@susmangodfrey.com |
| 10 | Steven Shepard (*pro hac vice*) |
|   | sshepard@susmangodfrey.com |
| 11 | Alexander P. Frawley (*pro hac vice*) |
|   | afrawley@susmangodfrey.com |
| 12 | Ryan Sila (*pro hac vice*) |
|   | rsila@susmangodfrey.com |
| 13 | SUSMAN GODFREY L.L.P. |
| 14 | One Manhattan West, 50th Floor |
|   | New York, NY 10001 |
| 15 | Telephone: (212) 336-8330 |
| 16 | John A. Yanchunis (*pro hac vice*) |
|   | jyanchunis@forthepeople.com |
| 17 | Ryan J. McGee (*pro hac vice*) |
|   | rmcgee@forthepeople.com |
| 18 | MORGAN & MORGAN, P.A. |
| 19 | 201 N. Franklin Street, 7th Floor |
|   | Tampa, FL 33602 |
| 20 | Telephone: (813) 223-5505 |
|   | Facsimile: (813) 222-4736 |
| 21 | |
| 22 | Michael F. Ram, CA Bar No. 104805 |
|   | mram@forthepeople.com |
| 23 | MORGAN & MORGAN |
|   | 711 Van Ness Ave, Suite 500 |
| 24 | San Francisco, CA 94102 |
|   | Tel: (415) 358-6913 |
| 25 | |
| 26 | *Attorneys for Plaintiffs* |
| 27 | |

3
PLAINTIFFS' TEMPORARY SEALING MOTION         Case No. 4:20-cv-03664-YGR-SVK