Mao Exhibit 21

UK NEWS WEBSITE OF THE YEAR 2024

The Telegraph

Log in

ections | Israel | Ukraine | Royals | Sports | Opinion | Travel | Health | Life | Entertainment | Business | Puzzles

See all Business




# Google denies tracking users of 'incognito' private web browsers

James Cook

22 August 2018 • 5:00pm

   

oogle has denied claims that it continues to track people when they are using private web browsers in 'incognito' mode after a study revealed it was possible for the company to do so.

A researcher from Vanderbilt University in Nashville, Tennessee, Professor Douglas Schmidt, claimed that Google could link a person's private browsing to the usernames and account information they use online.

"While such data is collected with user-anonymous identifiers, Google has the ability to connect this collected information with a user's personal credentials stored in their Google Account," Professor Schmidt says.

Founded in 1998, Google operates the world's most popular search engine and web browser, Chrome. It generates 90pc of revenues from advertising and is owned by Alphabet, the Mountain View, California-based group which is among the world's biggest companies. Alphabet's current market value exceeds $844bn.

Many users prefer to use web browsers in 'incognito' mode in order to reduce the amount of data Google collects on them about the sites they visit.

Researchers tracked which data Google received from people using both Android and iPhone smartphones. The study found that Google received twice as much data from Android users than from iPhones.

It also claimed that Google was able to track supposedly anonymous web browsing from people using private browsers if they also signed into their Google accounts.

Google has heavily criticised the study which a spokesman says "contains wildly misleading information".

"This report is commissioned by a professional DC lobbyist group, and written by a witness for Oracle in their ongoing copyright litigation with Google," he said.

Advertisement



Professor Schmidt has denied that his study was funded by lobbyists and said "I'm not familiar with anything in my report that Google has specifically called out as 'misleading'". He acknowledged being a witness against Google, but said the trial took place over two years ago.

Google Chrome's Incognito mode stops the web browser from storing cookies and other information and automatically deletes browsing history.

However, the function doesn't hide that browsing data from internet service providers.



### Technology Intelligence

Sign up to get your daily dose of tech news and analysis direct from our team in Silicon Valley.



Sign up

The Vanderbilt University study was released days after Google faced intense criticism over another privacy issue. A report found that the company tracked users' location data, even if they had asked not to be tracked.

Google apps on iPhone and Android smartphones were tracking location data even if user settings were configured to prevent them from doing so, the report found.

The company now faces a lawsuit from a customer who claimed that Google's "principal goal was to surreptitiously monitor [the claimant] and to allow third-parties to do the same".

San Diego resident Napoleon Patacsil is seeking to launch a class action lawsuit against Google. If granted, the lawsuit could allow millions of smartphone users in the US to join the case.

Related Topics
Google, Privacy, Android

   

License this content

The Telegraph values your comments but kindly requests all posts are on topic, constructive and respectful. Please review our commenting policy.

Show comments

More stories

 Tories turn to Boris Johnson to counter Reform

 'At 63 I'm ditching Cornwall for London to pursue a better quality of life'

 Starmer suggests savers aren't 'working people'

 Farage threatens Reform vetting firm with legal action

 Phil Spencer: I already know where I want to downsize – here are the top places to consider

 Tiggy Walker: 'We're openly confronting Johnnie's death – I'm already selling his clothes on Vinted'

More from Technology

 How the hated RingGo parking app made you a 'cash cow' for Britain's councils


Electric car battery breakthrough could ease range anxiety


We will all pay the price for the gullibility of our elites
❝


China has made a move. Watch the skies
❝


Exclusive: Nato in talks to deploy more nuclear weapons


Mark Zuckerberg leads £18m funding round in Paul McCartney-backed start-up





### The New EX90 SUV Will Leave You Speechless (See Prices)
Sponsored - Popular Searches|Search Ads

### Doctor: Sleep Apnea Treatment Without CPAP (It's Genius)
Try it tonight!
Sponsored - Sleep Apnea News

## More from The Telegraph



Sir Jim Ratcliffe backs Labour



The seven Reform candidates on track to win seats



Britain is already at war, and nobody wants to admit it


Will voting Reform put Labour in power? Check your postcode


Tony Blair's bizarre statement on trans rights sums up the madness of our times


A 98-year-old aristocrat fell out of a window. His death sparked a family feud

## Voucher Codes ›
The latest offers and discount codes from popular brands on Telegraph Voucher Codes

| | |
|---|---|
| **Amazon promo code** | **Argos deals** |
| **Samsung promo code** | **Vodafone discount code** |
| **Currys Offers** | **AO discount codes** |

Back to top

Follow us on:      

| | |
|---|---|
| Download the Telegraph App | Help Centre |
| About us | Telegraph Extra |
| Reader Prints | Branded Content |
| Syndication and Commissioning | Fantasy Sport |
| UK Voucher Codes | Betting Offers |
| Tax Strategy | Broadband and Mobile Deals |
| Newsletters | NEW Privacy Policy |
| Terms & Conditions | Modern Slavery |
| Advertising terms | Guidelines |
| The Chelsea Magazine Company | Do Not Sell or Share My Personal Information |
| About Ads | |

© Telegraph Media Group Limited 2024