Mao Exhibit 23

Submitted *In Camera*