Mao Exhibit 25

CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4    _____
      PATRICK CALHOUN, et al.,       )
 5    on behalf of themselves and    )
      all others similarly           )
 6    situated,                      )
                                     )
 7           Plaintiffs,             )
                                     )
 8    vs.                            )Case No.: 5:20-cv-5146-LHK-SVK
                                     )
 9    GOOGLE LLC,                    )
                                     )
10           Defendant.              )
      _____)
11    CHASOM BROWN, et al., on       )
      behalf of themselves and all   )
12    others similarly situated,     )
                                     )
13         Plaintiffs,               )
                                     )
14    vs.                            )Case No.: 5:20-cv-03664-LHK
                                     )
15    GOOGLE LLC,                    )
                                     )
16           Defendant.              )
      _____)
17
                    *** CONFIDENTIAL ***
18        Videotaped remote deposition of MARTIN
19    SHELTON, PH.D., Volume I, taken on behalf of
20    Plaintiffs with all participants appearing remotely
21    via videoconference and the Deponent testifying from
22    San Francisco, California, beginning at 8:07 a.m.
23    and ending at 6:27 p.m. on Wednesday, March 2, 2022,
24    before Melissa M. Villagran, RPR, Certified
25    Shorthand Reporter No. 12543.
```

Page 2

```
 1                              INDEX
 2
 3    DEPONENT                                         EXAMINATION
 4    MARTIN SHELTON, PH.D.
 5    Volume I
 6              BY MR. STRAITE                              12
 7              BY MS. BONN                                180
 8              BY MS. CRAWFORD                            333
 9
10
11                             EXHIBITS
12    DEPOSITION                                             PAGE
13    Exhibit 1    Deposition Notice                          20
14
15    Exhibit 2    Employee profile page                      21
16
17    Exhibit 3    CV                                         27
18
19    Exhibit 4    Website printout                           31
20
21    Exhibit 5    May 7, 2019, New York Times                32
22                 article
23
24    Exhibit 6    E-mails                                    36
25
```