Mao Exhibit 26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Case No. 17-cv-6221 (KPF) (SLC) <br><br> Hon. Katherine Polk Failla |

**DECLARATION OF DANIEL L. BROCKETT IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS**

Pursuant to 28 U.S.C. § 1746, I, Daniel L. Brockett declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). Quinn Emanuel, along with Cohen Milstein Seller & Toll, PLLC ("Cohen Milstein"), is interim co-lead counsel ("Co-Lead Counsel") for the class in the above-captioned action (the "Action"). I have been actively involved in prosecuting this Action from the beginning, and have personal knowledge of the matters set forth herein.

2. The specifics of the work performed by Quinn Emanuel attorneys and staff are set forth in the concurrently filed Joint Declaration.

3. Attached as Exhibit A is a schedule indicating the amount of time spent by Quinn Emanuel attorneys and professional support staff who were involved in this Action from inception through February 29, 2024. The schedule was created from contemporaneous daily time records regularly prepared and maintained by my firm. Exhibit A does not include timekeepers that have billed less than 20 hours, nor any time spent by Quinn Emanuel attorneys in connection with the application for attorneys' fees and expenses.

4. In calculating our "lodestar," we present the data in two formats. The first uses Quinn Emanuel's standard rates that are charged to clients for hourly-rate engagements using the rate schedule in effect when the work was performed (the "historic rate" lodestar). We also calculate the lodestar using the current rates for the timekeepers (the "current rate" lodestar). Under either format, document reviewers hired through a third-party vendor were included in lodestar at a conservative rate of $300 per hour.

5. Attached as Exhibit B is a schedule indicating the amount of expenses incurred by Quinn Emanuel in connection with this action from inception through March 15, 2024. These expenses are all reflected on the books and records of Quinn Emanuel. These books and records

are prepared from expense vouchers, check records, and other source materials and are an accurate record of the out-of-pocket expenses we incurred in prosecuting the Action. None of the expenses were incurred in connection with the application for attorneys' fees and expenses.

6. As described in the declaration of Mr. Eisenkraft, a common litigation fund was set up and managed by Cohen Milstein. Quinn Emanuel made contributions to the litigation fund. Those contributions are not included in Exhibit B. Rather, to ensure expenditures are only single-counted, the expenses incurred by the common fund are described and accounted for only in Mr. Eisenkraft's declaration.

7. The "document creation and reproduction" expense category refers to costs such as copying costs, binding costs, document scanning, and similar services, as well as for court reporters and videographers. Projects involving third-party vendors are passed through at-cost. There are no administrative charges included in these figures.

8. The "document delivery" expense category includes things like postage and filing fees, but also charges from vendors that provide service of process. There are no administrative charges included in these figures.

9. The "document hosting" expense category is for charges incurred in hosting electronic documents. There are no administrative charges included in these figures.

10. The "electronic legal research" expense category includes such charges as WestLaw, Lexis-Nexis, and PACER. These charges reflect only out-of-pocket payments to the vendors for research done in connection with this Action. Online research is billed based on actual time usage at a set charge by the vendor. There are no administrative charges included in these figures.

11. The "outside professional services" expense category is by far the largest. This category includes our experts and consultants. The extensive and important work of our experts and consultants is outlined in the Joint Declaration.

12. The "telephone, conference fees, etc." category is for telephone services, primarily for charges in holding multi-party conference calls. These are amounts paid to third party vendors. There are no administrative charges included in these figures.

13. The final category is for "travel and meals."

14. Attached as Exhibit C are brief biographies of Quinn Emanuel as a firm and many of the individual attorneys who worked on this Action.

*   *   *

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed May 8, 2024
New York, New York

_____
Daniel L. Brockett

# EXHIBIT A

Case 1:20-cv-03384-VEC-KHP Document 515-1 Filed 06/03/24 Page 6 of 13

# Exhibit A

## Quinn Emanuel Time Report
*As-of February 29, 2024*

| Name* | Current Position | Hours | Lowest Historic Rate | Highest Historic Rate | Historic Rate Lodestar | Current Rate** | Current-Rate Lodestar |
|---|---|---|---|---|---|---|---|
| Blair Adams | Partner | 32.0 | 765 | 765 | $24,480.00 | 1645 | $52,640.00 |
| Daniel Brockett | Partner | 3,289.9 | 1175 | 2410 | $5,448,323.00 | 2410 | $7,928,659.00 |
| Deborah Brown | Partner | 1,356.0 | 1045 | 1260 | $1,612,222.50 | 1810 | $2,454,360.00 |
| Jeremy Andersen | Partner | 295.7 | 975 | 1810 | $392,676.50 | 1810 | $535,217.00 |
| Jonathan B. Oblak | Partner | 182.2 | 1150 | 1200 | $214,940.00 | 1855 | $337,981.00 |
| Maaren Shah | Partner | 203.9 | 915 | 1050 | $187,171.50 | 1735 | $353,766.50 |
| Sami H. Rashid | Partner | 117.9 | 940 | 940 | $110,826.00 | 1735 | $204,556.50 |
| Sascha Rand | Partner | 2,814.6 | 1110 | 1865 | $3,795,716.50 | 1995 | $5,615,127.00 |
| Steig D. Olson | Partner | 1,774.5 | 1025 | 1810 | $2,172,595.50 | 1810 | $3,211,845.00 |
| William Sears | Partner | 129.9 | 725 | 860 | $96,357.50 | 1645 | $213,685.50 |
| Daniel Mach | Of Counsel | 5,061.2 | 850 | 1170 | $4,974,678.00 | 1170 | $5,921,604.00 |
| Jonathan C. Eser | Of Counsel | 1,888.4 | 885 | 1170 | $1,896,550.00 | 1170 | $2,209,428.00 |
| Justin Reinheimer | Of Counsel | 1,194.8 | 885 | 1015 | $1,113,460.50 | 1570 | $1,875,836.00 |
| Thomas J. Lepri | Of Counsel | 316.2 | 860 | 1000 | $280,019.50 | 1570 | $496,434.00 |
| Akilesh Shastri | Attorney | 242.3 | 390 | 390 | $94,497.00 | 1395 | $338,008.50 |
| Alanna D. Martin | Attorney | 984.6 | 450 | 450 | $443,070.00 | 580 | $571,068.00 |
| Alcides Mulgrave | Attorney | 1,444.0 | 200 | 380 | $450,080.00 | 1515 | $2,187,660.00 |
| Andrew Mollard | Attorney | 3,487.2 | 385 | 1100 | $2,291,251.00 | 1345 | $4,690,284.00 |
| Andrew Sutton | Attorney | 72.0 | 630 | 670 | $45,408.00 | 1510 | $108,720.00 |
| Armen Toumajan | Attorney | 895.3 | 200 | 900 | $485,170.00 | 1515 | $1,356,379.50 |
| Avi Grunfeld | Attorney | 2,421.4 | 695 | 1465 | $2,084,835.50 | 1465 | $3,547,351.00 |
| Brendan Carroll | Attorney | 80.0 | 610 | 770 | $54,673.50 | 1515 | $121,200.00 |
| Daniel Needleman | Attorney | 143.7 | 380 | 380 | $54,606.00 | 1515 | $217,705.50 |
| Daphna Heisler | Attorney | 1,348.6 | 200 | 380 | $424,124.00 | 1515 | $2,043,129.00 |
| David Draisin | Attorney | 1,494.7 | 200 | 380 | $480,146.00 | 1515 | $2,264,470.50 |
| David LeRay | Attorney | 2,528.1 | 765 | 1515 | $2,551,523.00 | 1515 | $3,830,071.50 |
| Derek Hoss | Attorney | 1,448.1 | 200 | 380 | $448,650.00 | 1515 | $2,193,871.50 |
| Elizabeth Kunkel | Attorney | 1,130.4 | 200 | 380 | $341,712.00 | 1515 | $1,712,556.00 |
| Eric Hsu | Attorney | 1,250.1 | 815 | 925 | $1,085,817.00 | 1000 | $1,250,100.00 |
| Greg Kanyicska | Attorney | 860.5 | 200 | 380 | $228,638.00 | 1515 | $1,303,657.50 |
| John Volpe | Attorney | 1,219.4 | 400 | 815 | $810,612.50 | 580 | $707,252.00 |
| Joseph Bowley | Attorney | 1,525.7 | 200 | 380 | $489,622.00 | 1515 | $2,311,435.50 |
| Karen Rick | Attorney | 1,247.2 | 200 | 900 | $766,740.00 | 1515 | $1,889,508.00 |
| Kenneth Tanzer | Attorney | 1,381.2 | 200 | 380 | $432,156.00 | 1515 | $2,092,518.00 |
| Lily Lu | Attorney | 1,282.2 | 200 | 900 | $806,780.00 | 1030 | $1,320,666.00 |
| Max Meadows | Attorney | 3,445.4 | 560 | 1345 | $2,582,840.00 | 1465 | $5,047,511.00 |
| Michelle Gesser | Attorney | 655.0 | 200 | 380 | $200,030.00 | 1515 | $992,325.00 |
| Morgan Brady | Attorney | 2,313.1 | 380 | 450 | $1,009,052.00 | 580 | $1,341,598.00 |
| Nicholas Gerschman | Attorney | 1,742.5 | 670 | 920 | $1,397,334.50 | 920 | $1,603,100.00 |
| Nicolas Siebert | Attorney | 4,035.3 | 390 | 1395 | $2,633,144.00 | 1395 | $5,629,243.50 |
| Samuel Maynard | Attorney | 1,307.7 | 200 | 380 | $410,580.00 | 1515 | $1,981,165.50 |
| Sebastian Becker | Attorney | 257.8 | 390 | 870 | $122,373.50 | 1305 | $336,429.00 |
| Thomas Popejoy | Attorney | 722.7 | 610 | 770 | $476,543.00 | 780 | $563,706.00 |
| Tim Hamilton | Attorney | 695.5 | 200 | 900 | $264,960.00 | 1515 | $1,053,682.50 |
| Todd Riegler | Attorney | 596.2 | 475 | 475 | $283,195.00 | 580 | $345,796.00 |
| Tom Barnes | Attorney | 80.60 | 670 | 695 | $55,372.00 | 1510 | $121,706.00 |
| Ty Adams | Attorney | 3,054.4 | 385 | 920 | $2,248,509.00 | 1065 | $3,252,936.00 |
| Vladimir Bass | Attorney | 1,044.8 | 200 | 380 | $304,162.00 | 1515 | $1,582,872.00 |
| Alexander Natanzon | Out. Con. Atty. | 1,495.0 | 300 | 300 | $448,500.00 | 300 | $448,500.00 |
| Curtis Caddell | Out. Con. Atty. | 463.9 | 300 | 300 | $139,170.00 | 300 | $139,170.00 |
| Edward Jen | Out. Con. Atty. | 1,409.0 | 300 | 300 | $422,700.00 | 300 | $422,700.00 |
| Hope Holiday | Out. Con. Atty. | 815.5 | 300 | 300 | $244,650.00 | 300 | $244,650.00 |
| Matthew Kleckner | Out. Con. Atty. | 603.0 | 300 | 300 | $180,900.00 | 300 | $180,900.00 |
| Sarah Higgins | Out. Con. Atty. | 1,299.0 | 300 | 300 | $389,700.00 | 300 | $389,700.00 |
| Scott Fleming | Out. Con. Atty. | 684.5 | 300 | 300 | $205,350.00 | 300 | $205,350.00 |
| Stepanie Peter | Out. Con. Atty. | 730.0 | 300 | 300 | $219,000.00 | 300 | $219,000.00 |
| Brian M Lee | Paralegal | 299.3 | 355 | 375 | $108,987.50 | 375 | $112,237.50 |

Ex. A - 1

| Daisy Koch | Paralegal | 1,383.8 | 330 | 355 | $470,311.50 | 355 | $491,249.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Dave Scholz | Paralegal | 36.8 | 250 | 415 | $14,591.00 | 550 | $20,240.00 |
| Fiona Gately | Paralegal | 265.9 | 320 | 355 | $92,535.50 | 355 | $94,394.50 |
| Hailey Kay | Paralegal | 2,494.4 | 330 | 375 | $886,379.00 | 375 | $935,400.00 |
| Juliette Jacobson | Paralegal | 1,006.0 | 375 | 515 | $390,396.00 | 515 | $518,090.00 |
| Pamela Rattinger | Paralegal | 77.4 | 310 | 330 | $24,507.00 | 335 | $25,929.00 |
| Quentin Cohan | Paralegal | 888.8 | 320 | 345 | $293,959.00 | 345 | $306,636.00 |
| Sam Stuart | Paralegal | 70.8 | 415 | 550 | $31,549.50 | 550 | $38,940.00 |
| Sarah Cook | Paralegal | 61.1 | 310 | 310 | $18,941.00 | 320 | $19,552.00 |
| Stephanie Peterson | Paralegal | 47.8 | 310 | 320 | $14,994.00 | 320 | $15,296.00 |
| Boris Sobrevilla | Lit. Support | 27.9 | 175 | 175 | $4,882.50 | 190 | $5,301.00 |
| Brahim Benni | Lit. Support | 23.3 | 175 | 175 | $4,077.50 | 190 | $4,427.00 |
| Ho Man Chan | Lit. Support | 27.6 | 175 | 175 | $4,830.00 | 190 | $5,244.00 |
| James Bandes | Lit. Support | 38.8 | 250 | 250 | $9,700.00 | 270 | $10,476.00 |
| Joe Liao | Lit. Support | 546.4 | 175 | 175 | $95,620.00 | 190 | $103,816.00 |
| K. Dementiev | Lit. Support | 28.2 | 175 | 175 | $4,935.00 | 190 | $5,358.00 |
| **TOTAL** | | **79,919.1** | | | **$53,899,389.50** | | **$96,283,378.00** |

\* Does not include timekeepers with less than 20 hours.

\*\* "Current Rate" for timekeepers that left the firm are the rates in effect as-of the time the timekeeper left the firm.

Ex. A - 2

# EXHIBIT B

## Exhibit B

**Quinn Emanuel Expense Report**
*As-of March 15, 2024*

| Category | Amount |
|---|---:|
| Document creation and reproduction (court reporter, videographer, copying, binding, etc.) | $358,489.09 |
| Document delivery (postage, messengers, filing fees, etc.) | $33,196.78 |
| Document hosting | $24,139.84 |
| Electronic legal research (Westlaw, Lexis, etc.) | $137,901.87 |
| Outside professional services | $2,972,870.49 |
| Telephone, conference fees, etc. | $1,282.01 |
| Travel and Meals | $87,165.09 |
| **TOTAL** | **$3,615,045.17** |