Mao Exhibit 29

**Search Engine Land**  

Search Engine Land » PPC » Google 'cannot proceed with third-party cookie deprecation'

# Google 'cannot proceed with third-party cookie deprecation'

Competition concerns about Google's Privacy Sandbox must be addressed before third-party cookies can be deprecated.

Nicola Agius on February 5, 2024 at 10:34 am | Reading time: 3 minutes



Chat with SearchBot

Google cannot proceed with third-party cookie deprecation until it resolves concerns raised by the UK's Competition and Markets Authority (CMA).

The search engine needs to do more to address issues raised around its proposed Privacy Sandbox changes or else it will not be able to deprecate third-party cookies from Chrome in the second half of 2024 as planned.

**Why we care.** Brands might gain extra time to explore alternatives to third-party cookies if Google is forced to delay their deprecation to address the CMA's concerns. However, marketers shouldn't presume a delay, as there is still time for Google to resolve these issues.

**What is Google's Privacy Sandbox?** Google is introducing the Privacy Sandbox program as an alternative to third-party cookies to enable advertisers to deliver targeted ads in Chrome while minimizing improper cross-site and cross-app tracking. As per Google's Privacy Sandbox documentation:

- "The Privacy Sandbox initiative aims to create technologies that both protect people's privacy online and give companies and developers tools to build thriving digital businesses."

**CMA report.** The CMA published a report detailing its ongoing competition concerns regarding Google's Privacy Sandbox, including:

- Google may continue to benefit from user activity data while limiting competitors' access to the same data.
- Google's ability to control the inclusion of ad tech rivals on this list could advantage its ad tech services.
- Publishers and advertisers may be less able to effectively identify fraudulent activity.

Google cannot proceed with third-party cookie deprecation

**Next steps.** The CMA is working with Google to resolve these issues and will report on the each engine's progress in its next quarterly update which is due at the end of April.

**Progress so far.** Although the CMA stated that Google still has work to do, the report confirmed that in the last quarter of 2023, the search engine fulfilled its commitments to making competition fairer.

**What the Competition and Markets Authority is saying.** A spokesperson for the the UK's Competition and Markets Authority said in a statement:

- "In Q1 2024, we will focus on working with Google to resolve the competition concerns we have identified in this report."
- "We are particularly keen on resolving any remaining concerns relating to the design of the Privacy Sandbox tools and to ensure that Google does not use the tools in a way that self-preferences its own advertising services."
- "As part of this, we are also looking to clarify the longer-term governance arrangements for the Privacy Sandbox. We would welcome comments from interested parties on our analysis of the concerns so that we can take these into account in our discussions with Google between now and the Standstill Period."

**What Google is saying.** A Google spokesperson told Search Engine Land:

- "We continue to move forward with our plans to phase out third-party cookies in H2 2024, subject to addressing any remaining competition concerns from the UK CMA."
- "We are confident the industry can make the transition in 2024 based on all the tremendous progress we've seen from leading companies."

| Get the daily newsletter search marketers rely on. |
| :---: |
| Get Search Engine Land in your inbox. |
| Subscribe |
| See terms. |

**Deep dive.** Read the Competition and Markets Authority report in full for more information.

*Contributing authors are invited to create content for Search Engine Land and are chosen for their expertise and contribution to the search community. Our contributors work under the oversight of the editorial staff and contributions are checked for quality and relevance to our readers. The opinions they express are their own.*

*Add Search Engine Land to your Google News feed.* 

## *Related stories*

Google's Display & Video 360 API gets two new updates

Meta unveils AI chatbots and business messaging tools

7 tips for conducting Google Ads audits

Instacart expands shoppable ads to YouTube

Google's $2.3 million check secures bench trial in adtech antitrust case

## *New on Search Engine Land*

Beyond personalization: Mastering the win-win

4 pillars of an effective enterprise AI strategy

Key ad platform updates of 2024 (so far): A B2B marketer's review

So, you want to be an SEO rockstar?

How white label link building services work in 2024

| Enter your business email. | Send me updates |

# About the author

Contributor

**Nicola Agius**



Nicola Agius was Paid Media Editor of Search Engine Land from 2023-2024. She covered paid media, retail media and more. Prior to this, she was SEO Director at Jungle Creations (2020-2023), overseeing the company's editorial strategy for multiple websites. She has over 15 years of experience in journalism and has previously worked at OK! Magazine (2010-2014), Mail Online (2014-2015), Mirror (2015-2017), Digital Spy (2017-2018) and The Sun (2018-2020). She also previously teamed up with SEO agency Blue Array to co-author Amazon bestselling book Mastering In-House SEO.

Related topics

Google    Google Ads    Paid social    PPC

Enter your business email.

Send me updates

## Attend our events



Learn actionable search marketing tactics that can help you drive more traffic, leads, and revenue.

Case 4:20-cv-03664-YGR    Document 1115-17   Filed 06/21/24   Page 6 of 8

Available on-demand: [SMX Advanced](#)

Available on-demand: [SMX Master Classes](#)

Online Nov. 13-14: [SMX Next](#)



*MarTech is marketing.*

Discover time-saving technologies and actionable tactics that can help you overcome crucial marketing challenges.

## Dig deeper into PPC:

What is PPC – Pay-Per-Click marketing?

5 ways to get PPC and SEO working together

Google Analytics 4 guide for PPC

See more PPC

## Webinars

The Personalization Framework: Building Blocks for Exceptional Customer Experiences

Building Customer Trust and Loyalty: The Power of Consent-Driven Marketing

Turn Your Customer Insights into Personalized, High-Impact Email

See more webinars

## Intelligence reports

Enterprise SEO Platforms: A Marketer's Guide

Marketing Attribution and Performance Management Platforms: A Marketer's Guide

Enterprise Customer Experience Management Platforms: A Marketer's Guide

See more intelligence reports

## Featured white paper

6/20/24, 12:33 PM
Google cannot proceed with third-party cookie deprecation
Case 4:20-cv-03664-YGR   Document 1115-17   Filed 06/21/24   Page 7 of 8

Fueling the B2B Pipeline for Longevity

See more white papers

## Search our site

| Search the Search Engine Land si | Search

## SearchBot

Meet your new AI-powered marketing assistant!



Start chatting now!

Get the must-read newsletter for search marketers.

Get Search Engine Land in your inbox.

Subscribe

**Topics**

SEO

PPC

Platforms

All topics

SearchBot

**Our events**

Search Marketing Expo - SMX

MarTech

**About**

About us

Contact

Privacy

Terms

AI policy

Marketing opportunities

Staff

Login

**Follow us**

Facebook

X (formerly Twitter)

LinkedIn

Newsletters

RSS

YouTube

© 2024 Third Door Media, Inc. All rights reserved.

Third Door Media, Inc. is a publisher and marketing solutions provider incorporated in Delaware, USA, with an address 88 Schoolhouse Road, PO Box 3103, Edgartown, MA 02539. Third Door Media operates business-to-business media properties and

Google cannot proceed with third-party cookie deprecation

produces events. It is the publisher of Search Engine Land the leading Search
Engine Optimization digital publication.