**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 629-9040
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>                        Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>                  Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**SUPPLEMENTAL DECLARATION OF JAMES LEE ISO PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: August 7, 2024<br>Time: 2:30 p.m.<br>Location: Courtroom 1 – 4th Floor |

Supp'l Lee Decl. ISO Plaintiffs' Motion for an
Award of Attorneys' Fees, Costs, and Service Awards

4:20-cv-03664-YGR-SVK

## SUPPLEMENTAL DECLARATION OF JAMES LEE

I, James Lee, declare as follows:

1.      I am a partner with the law firm of Boies Schiller Flexner LLP ("BSF"), counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Florida and admitted *pro hac vice* for this case. Dkt. 9. I have personal knowledge of the matters set forth herein and am competent to testify.

2.      On April 23, 2024, BSF, Morgan & Morgan, and Susman Godfrey (collectively, "Plaintiffs' Counsel") filed Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (Dkt. 1106, the "Motion") and submitted to the Court records of attorneys' fees and costs Plaintiffs' Counsel incurred in pursuing this litigation.

3.      I was personally responsible for reviewing the fees and costs sought to be recovered with the Motion, and I was personally (along with other Plaintiffs' Counsel) involved with the review of all work performed by the experts retained by Plaintiffs' Counsel and their invoices prior to payment. We reviewed all of those invoices prior to payment to ensure that those payments were appropriate for the work performed by those experts.

4.      On June 7, 2024, Google filed its Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards (Dkt. 1111, the "Opposition"), where Google in part objected to certain costs incurred by Plaintiffs' Counsel.

5.      First, Google asserts that a partner submitted as a cost an Uber ride "from an establishment that appears to be a day spa." Opp. at 23. That was not a day spa. On August 16, 2023, I took that Uber ride from 112 West 25th Street, New York, NY, 10001, to 229 East 9th Street, New York, NY, 10003, arriving at 12:08 pm. The 229 East 9th Street address is for a noodle shop called Sobaya. The bill for the restaurant came out to $52.84, which I paid at 12:37 pm and left immediately after. Attached hereto as **Exhibit 1** is a true and correct copy of the receipt for this meal at Sobaya. Google is likely confused because Keisy (a spa) is located on the

Supp'l Lee Decl. ISO Plaintiffs' Motion for an
Award of Attorneys' Fees, Costs, and Service Awards

4:20-cv-03664-YGR-SVK

second floor of the same address.[1] The two businesses are distinct establishments and have separate storefronts. The accounting department mistakenly entered the spa, not the restaurant, based on the address. I have never visited the spa, and no charges from that spa or any spa were ever incurred or submitted by me in this case. Had Google inquired about this cost entry, as the parties agreed to do, this issue would have been resolved absent Court involvement.

6.    Second, Google challenges an Uber ride from "a karaoke bar." I took that Uber ride, along with other Plaintiffs' Counsel, on September 9, 2023, for a "meet[ing] with Google whistleblower, Blake Lemoine." Broome Decl. Ex. 2 (Dkt. 1112-4). This is clearly stated in the cost records Plaintiffs' Counsel provided to Google and submitted to this Court for *in camera* review: "Travel to San Francisco, CA to meet with Google whistleblower, Blake Lemoine." Google, notably, fails to mention this in its Opposition. Mr. Lemoine chose the location for this meeting, insisting the meeting be held at a place where their in-person conversation would not be overheard. Again, Google should have inquired about this cost, as it agreed to do, but it intentionally did not do so to instead suggest some impropriety by Plaintiffs' Counsel. There was no impropriety with this cost.

7.    Third, in its Opposition Google also for the first time objected to Plaintiffs' Counsel's request to recover costs for legal research incurred throughout this litigation, asserting that there is no "evidentiary support that such fees were actually incurred" given that many law firms "maintain flat-fee subscriptions for legal research services." Opp. at 24.

8.    Those legal research fees are fees incurred for this litigation. BSF maintains monthly subscriptions for certain legal research activities, including Westlaw and Lexis. Pursuant to these arrangements, BSF agrees to pay for a minimum volume of services from these providers per month. In the event attorneys or paralegals use these platforms in excess of this amount in a given month, these providers charge BSF a certain rate for all other services in contract utilized during that month. To access these services, BSF attorneys and paralegals must use a billing code

---

[1] The address for Keisy is 229 East 9th Street, 2nd Floor, New York, NY, 10003, available at https://www.keisynyc.com/.

Supp'l Lee Decl. ISO Plaintiffs' Motion for an                    4:20-cv-03664-YGR-SVK
Award of Attorneys' Fees, Costs, and Service Awards

that corresponds with the case on which they are working. At the end of each month, Lexis and Westlaw provide BSF invoices breaking down the costs incurred pertaining to each matter. BSF uses this same allocation method for both contingency clients and fee-paying clients. For this Motion, BSF seeks reimbursement only for the amounts paid by BSF for the fees the legal research providers allocated to this matter, as well as one-off research costs incurred for this litigation. All of these allocations and costs are documented in the April 23, 2024 *in camera* costs submission.

9. Google also raised objections to specific attorneys' fees. On May 21, 2024, Google's Counsel identified 15 BSF time entries flagged as duplicates and one BSF time entry which appeared to be submitted in error. Pursuant to the parties' agreement, Plaintiffs' Counsel reviewed those time entries. Plaintiffs' Counsel has removed all 15 time entries identified as duplicates from consideration, and Plaintiffs' Counsel no longer seeks fees based on that time. The other BSF time entry flagged by Google was not submitted in error but was submitted with an incorrect date (the correct date is August 21, 2023).

10. In its Opposition, Google also objected to one BSF time entry of "$935 for an associate to reserve space for mediation at their office." Opp. at 13. The full entry reads that this associate spent 1.1 hours "mak[ing] logistical arrangements, including reserving office space, for upcoming mediation." While I believe that time was properly recorded, Plaintiffs' Counsel are nonetheless removing this entry, to narrow the scope of the parties' dispute.

11. Contemporaneously with this filing, Plaintiffs' Counsel is submitting to this Court an updated set of BSF time records for *in camera* review, where the 16 entries that have been removed are highlighted and the date for the August 2023 entry has been corrected. With these changes, Plaintiffs' Counsel are now seeking fees based on a slightly reduced lodestar, with a total BSF lodestar of $20,857,068.50 (as compared to the prior BSF lodestar submitted with the Motion, which was $20,872,319.50).

I declare under penalty of perjury, under the laws of the State of Florida, that the foregoing is true and correct. Executed on June 21, 2024, at Miami, Florida.

Supp'l Lee Decl. ISO Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards

4:20-cv-03664-YGR-SVK

1

2                                          */s/ James Lee*
                                           James Lee

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Supp'l Lee Decl. ISO Plaintiffs' Motion for an                    4:20-cv-03664-YGR-SVK
Award of Attorneys' Fees, Costs, and Service Awards

Lee Exhibit 1

Google Incognito Settlement
Couture

James Lee

蕎麦屋
sobaya

# Sobaya

229 E 9TH ST
NEW YORK, NY
10003-7536
(212) 533-6966
https://www.sobaya-nyc.com/

Aug 16, 2023
12:37 PM

Ticket: B7
Authorization: 02473D
Receipt: ZSH6

CHASE VISA
AID A0 00 00 00 03 10 10

| | INDOOR | |
|---|---|---|
| [L] Customer Count × 1 | | $0.00 |
| Discount: Donburi Special | | $0.00 |
| Una Ju × 1 | | $20.04 |
| Reg price | | $22.00 |
| Discount: Donburi Special | | -$1.96 |
| Tanuki × 1 | | $14.58 |
| Soba | | |
| Reg price | | $16.00 |
| Discount: Donburi Special | | -$1.42 |
| Asahi × 1 | | $6.38 |
| Reg price | | $7.00 |
| Discount: Donburi Special | | -$0.62 |
| Subtotal | | $41.00 |
| Sales Tax | | $3.64 |
| Tip | | $8.20 |
| Total | | $52.84 |
| Visa 5463 (Contactless) | | $52.84 |
| Visa Cardholder | | |

*Thank you for being Sobaya customers.
We truly appreciate your business and look
forward to serving you again!!