# EXHIBIT 1

## Re: [EXTERNAL] Brown v. Google / Tolling Agreement

**Barry Walker <BarryW@potterhandy.com>**
Fri 6/28/2024 2:32 PM

To: Mark C. Mao <mmao@bsfllp.com>
Cc: Mark Potter <mark@potterhandy.com>; Russell Handy <russ@potterhandy.com>; Claire Cylkowski <clairec@potterhandy.com>

Good afternoon Mr. Mao,

I'm following up with you again with our third request for a copy of the Tolling Agreement your firm negotiated with Google on behalf of some class members. As you now know, Potter Handy represents a number of individuals who are seeking damages against Google and who are members of the settlement class. Our clients believe, and we agree, that they are entitled to know the terms of the Tolling Agreement.

A class settlement agreement must ultimately be fair, reasonable and adequate to all class members within the meaning of Rule 23 and an agreement that fails to satisfy that requirement is objectionable. Here, plaintiffs and some class members appear to be treated differently from our clients and countless other absent class members. Without the ability to review the Agreement or receiving information about the facts leading to the agreement, we are unable to evaluate whether the settlement as a whole is fair, reasonable and adequate.

We respectfully renew our request for a copy of the Agreement.

Best Regards,
Barry Walker

---

**From:** Barry Walker <BarryW@potterhandy.com>
**Sent:** Thursday, June 20, 2024 7:26 AM
**To:** Mark C. Mao <mmao@bsfllp.com>
**Cc:** Mark Potter <mark@potterhandy.com>; Russell Handy <russ@potterhandy.com>; Claire Cylkowski <clairec@potterhandy.com>
**Subject:** Re: [EXTERNAL] Brown v. Google / Tolling Agreement

Mr. Mao,

I haven't received a response to my email last week and I'm following up. I have two questions: will you provide us with a copy of the standard tolling agreement you negotiated with Google and if not, why not?

Thank you,
Barry Walker

---

**From:** Barry Walker <BarryW@potterhandy.com>
**Sent:** Tuesday, June 11, 2024 7:41 PM
**To:** Mark C. Mao <mmao@BSFLLP.com>
**Cc:** Mark Potter <mark@potterhandy.com>
**Subject:** Re: [EXTERNAL] Brown v. Google / Tolling Agreement

Thank you for your prompt response. Is there any reason you can't provide a copy to us?

Mobile: (909) 731-3864

Fax: (888) 422-5191

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]