# EXHIBIT 2

## RE: [EXTERNAL] Incognito - Preservation Letter / tolling Agreement

Reddy, Aarti <areddy@cooley.com>
Fri 6/28/2024 2:30 PM
To:Barry Walker <BarryW@potterhandy.com>;Claire Cylkowski <clairec@potterhandy.com>;Mark Potter <mark@potterhandy.com>
Cc:Porter, Sara Victoria (Pitt) <sporter@cooley.com>;Somvichian, Whitty <wsomvichian@cooley.com>

[CAUTION EXTERNAL EMAIL: Keep PH safe. Think before you click!]

Barry –

Following up on your voicemail from earlier today, we cannot share the tolling agreement because it is designated confidential in the *Brown* action.

Thank you,

Aarti

**Aarti Reddy**

Cooley LLP

+1 415 693 2103 office

---

**From:** Barry Walker <BarryW@potterhandy.com>
**Sent:** Friday, June 21, 2024 2:17 PM
**To:** Reddy, Aarti <areddy@cooley.com>; Claire Cylkowski <clairec@potterhandy.com>; Mark Potter <mark@potterhandy.com>
**Cc:** Porter, Sara Victoria (Pitt) <sporter@cooley.com>; Somvichian, Whitty <wsomvichian@cooley.com>
**Subject:** Re: [EXTERNAL] Incognito - Preservation Letter / tolling Agreement

[External]

Aarti,

Thank you for your response.

Our is request is on behalf of current, absent class members now seeking damages. The contract is highly probative of the statute of limitations and doctrine of equitable estoppel and the failure to produce it will prejudice their efforts to obtain the damages recovery now sought.

Thanks,

Barry

---

**From:** Reddy, Aarti <areddy@cooley.com>
**Sent:** Friday, June 21, 2024 9:25 AM
**To:** Barry Walker <BarryW@potterhandy.com>; Claire Cylkowski <clairec@potterhandy.com>; Mark Potter <mark@potterhandy.com>
**Cc:** Porter, Sara Victoria (Pitt) <sporter@cooley.com>; Somvichian, Whitty <wsomvichian@cooley.com>
**Subject:** RE: [EXTERNAL] Incognito – Preservation Letter / tolling Agreement

[CAUTION EXTERNAL EMAIL: Keep PH safe. Think before you click!]

Barry – we are in receipt of the request. Can you please explain why you need a copy of the agreement?

Thanks,

Aarti

**Aarti Reddy**

Cooley LLP

+1 415 693 2103 office

---

**From:** Barry Walker <BarryW@potterhandy.com>
**Sent:** Tuesday, June 18, 2024 9:23 AM
**To:** Reddy, Aarti <areddy@cooley.com>; Claire Cylkowski <clairec@potterhandy.com>; Mark Potter <mark@potterhandy.com>
**Cc:** Porter, Sara Victoria (Pitt) <sporter@cooley.com>; Somvichian, Whitty <wsomvichian@cooley.com>
**Subject:** Re: Incognito – Preservation Letter / tolling Agreement

**[External]**

Good morning Aarti,

I'm following up on my previous email requesting a copy of the tolling agreement in *Brown v. Google*. If you are not the person I should speak with regarding that agreement, can you please direct me to the person I should contact?

Also, attached is a copy of our letter requiring your client to preserve evidence related to our clients' claims.

Thank you in advance for your professional courtesy and I look forward to hearing from you.

Best,

Barry

---

**From:** Barry Walker <BarryW@potterhandy.com>
**Sent:** Thursday, June 13, 2024 2:12 PM
**To:** Reddy, Aarti <areddy@cooley.com>
**Cc:** Porter, Sara Victoria (Pitt) <sporter@cooley.com>; Somvichian, Whitty <wsomvichian@cooley.com>
**Subject:** Re: Incognito – Global Stay Order

Hi Aarti,

Did you receive my recent email regarding the *Brown v. Google* tolling agreement?

Barry

---

**From:** Barry Walker <BarryW@potterhandy.com>
**Sent:** Monday, June 10, 2024 1:51 PM
**To:** Reddy, Aarti <areddy@cooley.com>
**Cc:** Porter, Sara Victoria (Pitt) <sporter@cooley.com>; Somvichian, Whitty <wsomvichian@cooley.com>
**Subject:** Re: Incognito – Global Stay Order

Aarti,

Do you have a copy of the tolling agreement between your client and certain class members regarding damages claims and can you provide it to us?

Barry

**From:** Reddy, Aarti <areddy@cooley.com>
**Sent:** Thursday, June 6, 2024 8:37 PM
**To:** Barry Walker <BarryW@potterhandy.com>
**Cc:** Porter, Sara Victoria (Pitt) <sporter@cooley.com>; Somvichian, Whitty <wsomvichian@cooley.com>
**Subject:** Incognito - Global Stay Order

[CAUTION EXTERNAL EMAIL: Keep PH safe. Think before you click!]

Barry,

Nice speaking with you today. Enclosed please find the global stay order and the note from the clerk confirming your complaint is covered by that order. That complaint is listed in the stay order on p. 86 under a different Plaintiff (Salcido).

Thanks,

Aarti

**Aarti Reddy**

Cooley LLP

3 Embarcadero Center, 20th Floor

San Francisco, CA  94111-4004

+1 415 693 2103 office

+1 415 693 2222 fax

+1 248 765 4415 mobile

areddy@cooley.com


www.cooley.com/litigation

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original

message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.