1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER ON PARTIES' OMNIBUS SEALING STIPULATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1  **[PROPOSED] ORDER**

2  Before the Court is the parties' Omnibus Sealing Stipulation Regarding Dkt. Nos. 1107,

3  1108, 1112, 1114, and 1115 ("Stipulation"). Having considered the Stipulation, supporting

4  declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as

5  follows:

| Dkt. No. | Description | Action Requested | Ruling |
|---|---|---|---|
| **UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS** | | | |
| 1107-9/ 1108-3 | Exhibit 6 to Mao Declaration – GOOG-BRWN-00406065 | Seal portions of pages: -6065–6069 | |
| 1107-10/ 1108-4 | Exhibit 7 to Mao Declaration – GOOG-CABR-03827263 | Seal portions of page: -263 | |
| 1107-14/ 1108-5 | Exhibit 11 to Mao Declaration | Seal pages: 7:6–7, 7:10, 9:22, 12:3, 12:5–6, 12:8, 12:11–12,13:23, 15:10, 26:9, 26:19 | |
| Submitted *in camera* | Exhibit 3 to Broome Declaration | Remains *in camera* in its entirety | |
| 1112-11 | Exhibit 9 to Broome Declaration | Seal pages 17:1, 17:4–5, 17:16, 19:1 | |
| 1112-15 | Exhibit 13 to Broome Declaration | Seal pages 94:3, 94:8, 94:12, 95:22 | |
| Submitted *in camera* | Exhibit 20 to Broome Declaration | Remains *in camera* in its entirety | |
| 1112-31 | Declaration of Benjamin Kornacki In Support of Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Seal pages 2:12, 2:15–19, 3:21, 4:25–26, 5:2, 5:12 | |
| Submitted *in camera* | Exhibit 23 to Mao Declaration | Remains *in camera* in its entirety | |
| **UNDISPUTED REQUESTS TO MODIFY EXTENT OF SEALING AND/OR PROVISIONAL REDACTIONS** | | | |
| 1112-1 | Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Seal page 8:1–2 | |
| 1112-16 | Exhibit 14 to Broome Declaration | Seal page 415:21 | |
| 1112-20 | Exhibit 18 to Broome Declaration | Seal portions of pages 2, 4–22, 25–36 | |

| Dkt. No. | Description | Action Requested | Ruling |
|---|---|---|---|
| 1115-01/ 1115-02 | Plaintiffs' Reply ISO Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Seal pages 5:24, 8:14–15 | |
| **UNDISPUTED REQUESTS TO UNSEAL DOCUMENT** | | | |
| 1112-06 | Exhibit 4 to the Broome Declaration | Unseal | |
| 1112-08 | Exhibit 6 to the Broome Declaration | Unseal | |
| 1112-23 | Declaration of Abdelkarim Mardini In Support of Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Unseal | |
| 1112-37 | Declaration of William B. Rubenstein In Support of Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Unseal | |
| 1115-03 | Supplemental Declaration of Mark C. Mao ISO Plaintiffs' Reply ISO Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Unseal | |
| 1115-05 | Exhibit 17 to Mao Supplemental Declaration | Unseal | |
| 1115-21 | Declaration of Christopher Thompson ISO Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Unseal | |
| **DISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS** | | | |
| 1107-1/ 1108-2 | Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Seal pages 23:9–10, 23:19 | |
| 1112-1 | Google LLC's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards | Seal pages 19:19–20, 20:7 | |

**SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge