# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING *SALCIDO* PLAINTIFFS' MOTION TO INTERVENE AND TO CONTINUE THE FINAL APPROVAL HEARING**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is the *Salcido* Plaintiffs' Motion to Intervene and to Continue the Final Approval Hearing (the "Motion").  Having considered the Motion and supporting papers, the Court hereby **DENIES** the Motion.

**SO ORDERED.**

DATED: _____

YVONNE GONZALEZ ROGERS
United States District Judge