| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | One Manhattan West, 50th Floor |
| | New York, NY 10001 |
| Mark C. Mao, CA Bar No. 236165 | Tel.: (212) 336-8330 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | bcarmody@susmangodfrey.com |
| 44 Montgomery St., 41st Floor | srabin@susmangodfrey.com |
| San Francisco, CA 94104 | sshepard@susmangodfrey.com |
| Tel.: (415) 293-6800 | afrawley@susmangodfrey.com |
| mmao@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891 |
| brichardson@bsfllp.com | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| James Lee (admitted pro hac vice) | Tel.: (310) 789-3100 |
| Rossana Baeza (admitted pro hac vice) | abonn@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | **MORGAN & MORGAN** |
| Tel.: (305) 539-8400 | John A. Yanchunis (admitted pro hac vice) |
| jlee@bsfllp.com | Ryan J. McGee (admitted pro hac vice) |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Alison L. Anderson, CA Bar No. 275334 | Tel.: (813) 223-5505 |
| M. Logan Wright, CA Bar No. 349004 | jyanchunis@forthepeople.com |
| 2029 Century Park East, Suite 1520 | rmcgee@forthepeople.com |
| Los Angeles, CA 90067 | |
| Tel.: (213) 629-9040 | Michael F. Ram, CA Bar No. 104805 |
| alanderson@bsfllp.com | 711 Van Ness Ave, Suite 500 |
| mwright@bsfllp.com | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE AND TO CONTINUE THE FINAL APPROVAL HEARING (DKT. 1116)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: August 7, 2024<br>Time:  2:30 p.m.<br>Location: Courtroom 1 – 4th Floor |

I, Mark C. Mao, declare:

1. I am a partner with the law firm of Boies Schiller Flexner ("BSF"), which together with Morgan & Morgan and Susman Godfrey (collectively "Plaintiffs' Counsel") are counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this declaration in support of Plaintiffs' Opposition to Motion to Intervene and to Continue the Final Approval Hearing (the "Opposition"), filed in response to Movant's Notice of Motion and Motion to Intervene and to Continue the Final Approval Hearing (the "Motion") (Dkt. 1116).

3. Plaintiffs filed their motion for final approval of the Settlement on April 1, 2024, and Google's counsel represented that CAFA notices were issued within 10 days after the filing of that motion. Plaintiffs' Counsel have not received any objections to the Settlement in response to the CAFA notices or from any class members.

4. The Moving Parties expressed no concerns about Plaintiffs' Counsel's representation nor did they move to intervene when the Court denied 23(b)(3) certification in December 2022, when the Ninth Circuit rejected the 23(f) petition in March 2023, or once the Court declined to confirm damages claims were tolled in May 2023. The Moving Parties expressed no concerns about Plaintiffs' Counsel's representation until moving to intervene months after the Settlement approval motion was filed and on the eve of the final approval hearing.

5. The parties involved in this lawsuit have been engaged in hard-fought litigation for over four years, and worked under the supervision of Judge Phillips for more than four months to mediate and negotiate an arms-length compromise that provides substantial injunctive relief to the 23(b)(2) class certified by this Court.

6. Attached hereto as Exhibit 1 is a true and correct copy of (1) the Tolling Agreement entered into as of November 13, 2023, between Google and certain clients represented by BSF; (2) an addendum to the Tolling Agreement dated November 26, 2023; and (3) a second addendum to the tolling agreement dated January 23, 2024.

7. The negotiation of the Tolling Agreement was completely separate from the mediation and negotiation of the Settlement.

8. Attached hereto as Exhibit 2 is a true and correct copy of a complaint filed by Potter Handy LLP on April 23, 2024, in California state court on behalf of all of the Moving Parties.

9. Attached hereto as Exhibit 3 is a true and correct copy of an email thread beginning on June 10, 2024, where Potter Handy LLP emails BSF requesting a copy of the Tolling Agreement, and continuing to June 11, 2024, where BSF informed Potter Handy LLP that it had no objection to Google providing a copy of the Tolling Agreement.

10. Attached hereto as Exhibit 4 is a true and correct copy of a March 2, 2023, public news article from Reuters titled "Google 'Incognito' users lose appeal to sue for damages as class" which details the Court's decision to not certify a 23(b)(3) class and the Ninth Circuit's denial of Plaintiffs' 23(f) petition.

11. Attached hereto as Exhibit 5 is a true and correct copy of a March 2, 2023, public news article from Tech Times titled "Google Chrome Incognito Privacy Lawsuit: Plaintiffs Lose Appeal to Pursue Money Damages" which details the Court's decision to not certify a 23(b)(3) class and the Ninth Circuit's denial of Plaintiffs' 23(f) petition.

12. Attached hereto as Exhibit 6 is a true and correct copy of a December 14, 2022, public news article from Law Street titled "N.D. Cal. Court Denies Certification of Damages Class in Google Data Collection Class Action," detailing the Court's decision to not certify a 23(b)(3) class.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Executed on July 16, 2024, at San Francisco, California.

                                             */s/ Mark C. Mao*
                                             Mark C. Mao