# Declaration of Mark C. Mao
# Exhibit 3

**From:** Mark C. Mao
**Sent:** Tuesday, June 11, 2024 5:57 PM
**To:** 'Barry Walker' <BarryW@potterhandy.com>
**Cc:** Mark Potter <mark@potterhandy.com>
**Subject:** RE: Brown v. Google / Tolling Agreement


Mr. Walker – I have no objections to you seeking the tolling agreement directly from Google.  It is quite standard.  Cheers.


**From:** Barry Walker <BarryW@potterhandy.com>
**Sent:** Monday, June 10, 2024 6:43 AM
**To:** Mark C. Mao <mmao@BSFLLP.com>
**Cc:** Mark Potter <mark@potterhandy.com>
**Subject:** Brown v. Google / Tolling Agreement


**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**


Good morning Mr. Mao,


We represent numerous members of the Brown v. Google class, who are seeking damages in state court.  Recently, the Court added our case to the general order for Google Incognito cases filed in Santa Clara County.

I'm reaching out for two reasons; first to introduce myself in hopes of coordinating with your team regarding the Incognito claims; and secondly to obtain a copy of the tolling agreement you negotiated with Google in the class action.

I look forward to hearing from you and have provided my mobile number below.


Best Regards,


Barry Walker, Esq.

BarryW@potterhandy.com

**Potter Handy LLP**

100 Pine St., Ste. 1250

San Francisco CA 94111

Electronic Service address: Serve@potterhandy.com

**\*\*\*All Mail, Overnight & Settlement Payments send to:\*\*\***

Potter Handy LLP

ATTN: Rhonda Handy

1410 E Winding Way, Suite B,

Friendswood, Texas 77546

Office: (415) 534-1911

Mobile: (909) 731-3864

Fax: (888) 422-5191

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.