# Declaration of Mark C. Mao

# Exhibit 4

Learn more about  **LSEG**

 **Reuters**

My News

Legal | Data Privacy | Litigation

# Google 'Incognito' users lose appeal to sue for damages as class

By **Mike Scarcella**

March 2, 2023 11:30 AM PST · Updated a year ago



A Google LLC logo is seen at the Google offices in the Chelsea section of New York City, U.S., January 20, 2023. REUTERS/Shannon Stapleton/ *Purchase Licensing Rights*

## Companies

**Google Inc**

Follow

**Alphabet Inc**

Follow

March 2 (Reuters) - Consumers suing Alphabet Inc's (GOOGL.O) ⊡ Google LLC over its data collection practices have lost their early appeal to pursue money damages as a class action seeking billions of dollars.

Plaintiffs sued Google in 2020, claiming that Google continued to collect data from users despite their use of private-browsing in Chrome's "Incognito" mode. The lawsuit seeks at least $5 billion in damages.

The 9th U.S. Circuit Court of Appeals in San Francisco on Wednesday rejected ⊡ the plaintiffs' bid to appeal a lower court decision last year that denied class action status for money damages claims against Google.



The plaintiffs had sought an appeals court hearing on the issue mid-case and can still seek to revive their money damages claims when there is a final judgment. A jury trial is set for November.

Class-action status would mean the plaintiffs could pursue large-scale claims against Google as a group, as opposed to filing individual claims for monetary damages. The damages class would include at least "tens of millions" of Google browser users, court filings indicate.

Advertisement · Scroll to continue

The plaintiffs, whose lawyers include veteran litigator David Boies of Boies Schiller Flexner, had argued ⊡ in the 9th Circuit that the lower court ruling ⊡ in December denying class certification on damages "sounds the 'death knell' for many users' damages claims who lack the means to individually litigate this case."

Google's attorneys at Quinn Emanuel Urquhart & Sullivan had asked the 9th Circuit underline not to allow ⬈ the immediate appeal and instead wait to hear from the parties after a final order.

Advertisement · Scroll to continue

Google has denied that it deceived anyone over private-browsing, saying its Chrome browser users consented to the company's data collection.

A spokesperson for Google declined to comment on Wednesday's decision.

Although the decision means the plaintiffs cannot seek money damages as a class, the lower court had certified two other classes that can seek other relief from Google, including curbing certain data collection practices.

Advertisement · Scroll to continue

Boies and another plaintiffs' lawyer did not immediately respond to a message on Thursday seeking comment.

The case is Brown et al v. Google LLC, 9th U.S. Circuit Court of Appeals, No. 22-80147.

For plaintiffs: David Boies and Mark Mao of Boies Schiller Flexner; Bill Carmody of Susman Godfrey; and John Yanchunis of Morgan & Morgan

For defendant: Andrew Schapiro, Diane Doolittle and Stephen Broome of Quinn Emanuel Urquhart & Sullivan

Feedback

## Sponsored Content

Dianomi



**Our perspective, your advantage. Explore and subscribe to insight.**

Sponsored by
Bank of America Institute



**The 5 Dumbest Things We Keep Spending Too Much Money On**

Sponsored by
The Penny Hoarder



**Wall Street Legend: "Prepare now for this rare stock market event"**

Sponsored by
Stansberry Research

Read more:

Google hit with $971,000 sanction for litigation misconduct in privacy suit

Lawyer David Boies bills $1,950 hourly in Google case, court filing shows

> Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Reporting by Mike Scarcella; editing by Leigh Jones and Leslie Adler

Our Standards: **The Thomson Reuters Trust Principles.** ⎋

Purchase Licensing Rights

## Read Next / Editor's Picks

Constitutional Law
**University of Texas' new admissions policies do not unlawfully consider race: judge**
ago

Technology
**Starboard pushes for changes at Tinder-parent Match after building 6.6% stake**
ago

**Bunge offers to sell Viterra's oilseeds facilities in Poland, Hungary, source says**
ago

World
**Europeans alarmed by Trump VP pick Vance's opposition to Ukraine aid**
ago

Feedback

 REUTERS PLUS™

**Unlock your potential in Ireland**

Sponsored by IDA Ireland

## Sponsored Content

Dianomi ▷



**Trade Smarter, Not Harder**

Sponsored by
TradeStation



**Tax-Efficient Investing: Why Is It Important?**

Sponsored by
Charles Schwab



**Our perspective, your advantage. Explore and subscribe to insight.**

Sponsored by
Bank of America Institute

## Sponsored Content

Dianomi ▷

**How is Aramco inspiring technology innovation?**
Sponsored by Aramco


**Earn 5 free nights valued at up to 300,000 points— offer ends 9/4**
Sponsored by Chase IHG® Premier Card


**50-year Wall Street Legend: "Prepare for a cash avalanche"**
Sponsored by Chaikin Analytics


**7 Rookie Mistakes to Avoid With Financial Advisors**
Sponsored by smartasset


**Our perspective, your advantage. Explore and subscribe to insight.**
Sponsored by Bank of America Institute


**The "it card" of 2024 now has 0% intro APR until 2026**
Sponsored by The Motley Fool


## Industry Insight ›

Legal

**Trump hush money sentencing delayed to September, weeks before US election**

Luc Cohen, Susan Heavey

July 2, 2024



 Feedback

Legal

**Lawyer fired from law firm Husch Blackwell admits to tax crimes**

David Thomas

May 22, 2024



---

Legal

**Harvard hires law firm King & Spalding amid US House probe**

Mike Scarcella, David Thomas

January 24, 2024



---

Legal

**Attorneys with disabilities are rare at law firms. It doesn't have to be that way, group says.**

Karen Sloan

December 5, 2023



## Sponsored Content

Dianomi

**5 Costly Mistakes to Avoid When Saving for College**
Sponsored by Charles Schwab


**Aramco's Digital Transformation - On the cutting edge of technology**
Sponsored by Aramco


**7 Ways To Help Generate Income Once Your Portfolio Reaches $500,000**
Sponsored by Fisher Investments


**Earn 5 free nights valued at up to 300,000 points—offer ends 9/4**
Sponsored by Chase IHG® Premier Card


**Transform Your Trading**
Sponsored by TradeStation


**Could This Rare Stock Market Event Mint a New Wave of Millionaires?**
Sponsored by Stansberry Research


## Sponsored Content

Dianomi

**Pay off heavy debt without a loan. See if you qualify for the program.**
Sponsored by Weekly Financial Solutions

**The 5 Dumbest Things We Keep Spending Too Much Money On**
Sponsored by The Penny Hoarder

**7 Rookie Mistakes to Avoid With Financial Advisors**
Sponsored by smartasset

**Wall Street is Selling NVDA At a Record Rate – Here's Why**
Sponsored by Chaikin Analytics

**Our perspective, your advantage. Explore and subscribe to insight.**
Sponsored by Bank of America Institute

**Build the skills you need to thrive in fast-changing industries. Go.**
Sponsored by HBS Executive Education

Feedback

Latest

**Home**
**Authors**
**Topic sitemap**

Media

▸ Videos
◉ Pictures
🖼 Graphics

Browse

**World**
**Business**
**Markets**
**Sustainability**
**Legal**
**Breakingviews**
**Technology**
**Investigations**

Sports

Science

Lifestyle

About Reuters

**About Reuters** ⧉
**Careers** ⧉
**Reuters News Agency** ⧉
**Brand Attribution Guidelines** ⧉
**Reuters Leadership** ⧉
**Reuters Fact Check**
**Reuters Diversity Report** ⧉

Stay Informed

**Download the App (iOS)** ⧉
**Download the App (Android)** ⧉
**Newsletters**

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw** ⧉

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ⧉

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ⧉

The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace** ⧉

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**DataCatalogue** ⧉

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check** ⧉

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us** ⧉     **Advertising Guidelines**     **Purchase Licensing Rights** ⧉

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.