# Declaration of Mark C. Mao
# Exhibit 5

HOME > GOOGLE

# GOOGLE APPS/SOFTWARE    APPLE    GADGETS    COMPUTERS    PHONES/TABLETS/MOBILE TECH

# Google Chrome Incognito Privacy Lawsuit: Plaintiffs Lose Appeal to Pursue Money Damages

*The appeal was rejected by the 9th United States Circuit Court of Appeals in San Francisco.*

By **Inno Flores**
Updated Mar 2, 2023 10:16PM EST

  

Plaintiffs have lost the appeal to pursue money damages, as they sue Google over its data collection practices. Google was accused to collect data from users despite their use of private browsing through Chrome's Incognito mode.



(Photo : Leon Neal/Getty Images)
LONDON, ENGLAND - AUGUST 09: In this photo illustration, A thumbprint is displayed on a mobile phone while the Google logo is displayed on a computer monitor on August 09, 2017 in London, England. Founded in 1995 by Sergey Brin and Larry Page, Google now makes hundreds of products used by billions of people across the globe, from YouTube and Android to Smartbox and Google Search.

## Losing Appeal

Consumers that sued Google in 2020 over its data collection practices have lost their appeal to pursue monetary damages of $5 billion. According to **Reuter**'s report, the 9th United States Circuit Court of Appeals in San Francisco rejected the bid to appeal a lower court decision against the company.

Google was accused of continuing to collect data despite the consumers' use of Chrome's Incognito mode, which is a private browser. The plaintiffs had sought an appeals court hearing regarding this and can still seek to revive their money damages claims during the final judgment in a jury trial set for November.

Complainants, along with Boies Schiller Flexner Veteran Litigator David Boies, argued in the Court of appeals that the ruling in December that denied the class certification on damages is a downfall for users' claims who lack the means to litigate the lawsuit individually.

Meanwhile, Google's attorneys from Quinn Emanuel Urquhart & Sullivan had asked the court to not allow the immediate appeal until they hear from the parties after a final order. This accusation was denied by the company and said that users consented to the company's data collection and have not deceived anyone regarding this matter.




Ex-CIA Insider: "Here's How Dems Will Influence The Election"
🔥 735

4 Warning Signs Of Dying Liver
🔥 65,554

Sponsored Ad

In 2020, a spokesperson from Google stated that the company would defend itself from these claims. Google stated, "As we clearly state each time you open a new incognito tab, websites might be able to collect information about your browsing activity during your session."

Also Read: **Google Staff in Japan Form Union to Protest Upcoming Layoffs**

## Google Lawsuit

**Forbes** reported that the lawsuit is looking for damages of $5,000 for each individual who used incognito mode since June 1st, 2016, which totals up to $5 billion. The complaint was filed in the United States District Court for the Northern District of California.

"Google's unlawful and intentional interception and collection of confidential communications without the consent of the individuals concerned, even when those individuals expressly follow Google's recommendations to prevent the tracking or collection of their personal information and communications," the complaint stated.

It added that Google accomplishes its "surreptitious tracking" through several methods, including Google Analytics, Google Ad Manager, and Google Sign-In button for websites. As per the complaint, Google failed to inform its users in the incognito message about using these tracking tools.

in private mode.

**Related Article:** [Google Chrome Now Lets Users Zoom In On Text, Images, Videos, and More](#)



ⓒ 2024 TECHTIMES.com All rights reserved. Do not reproduce without permission.

**Tags:**    [Google](#)    [U.S. Circuit Court of Appeals](#)    [Google Chrome](#)    [Chrome Incognito](#)    [Data Collection lawsuit](#)    [appeal](#)    [google lawsuit](#)    [Complaint](#)    [Plaintiffs](#)

PROMOTED CONTENT                                                                mgid



**A Teaspoon On An Empty Stomach Burns 11 Lbs Of Fat A Week Safely!**
KETO + ACV GUMMIES



**Dangerous Signs That You Have TNBC (Take A Look!)**
SEARCH ADS



**This Is How Cremation Takes Place! You Will Be Left Speechless!**
SEARCH ADS