# Declaration of Mark C. Mao

# Exhibit 6



