POTTER HANDY, LLP
Mark Potter, Esq., SBN 166317
Barry M. Walker, SBN 195947
Jim Treglio, Esq., SBN 228077
Claire Cylkowski, Esq., SBN 335352
Mail: 100 Pine St., Ste. 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
serve@potterhandy.com

Attorneys for Moving Parties,
ADAM SALCIDO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, LLC<br><br>Defendant. | CASE NO.: 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AND CONTINUING THE FINAL APPROVAL HEARING**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>DATE: August 7, 2024<br>TIME: 2:30 p.m.<br>COURTROOM: 1 – 4th Floor |

**[PROPOSED] ORDER**

Before the Court is the Salcido Plaintiffs' Motion to Intervene and to Continue the Final Approval Hearing. Moving Parties seek to intervene into this action as of right under Rule 24(a) or, in the alternative, request this Court grant permission to intervene under Rule 24(b). Moving Parties also seek to continue the Final Approval Hearing to a new date and time.

Having fully considered the Motion, its supporting papers, as well as those filed in opposition and having heard arguments from counsel regarding the same, the Court hereby:

GRANTS the Motion to Intervene.

1 | The Court further GRANTS the Moving Parties request to continue the Final Approval
2 | Hearing to the following date and time in Courtroom 1, 4th Floor:
3 | Date:
4 | Time:
5 |
6 | **SO ORDERED.**
7 |
8 | Dated: July 23, 2024
  |                                          _____
  |                                          YVONNE GONZALEZ ROGERS
  |                                          United States District Judge