**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Viola Trebicka (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Rachael L. McCracken (CA Bar No 252660)
rachaelmccracken@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**DECLARATION OF VIOLA TREBICKA REGARDING GOOGLE LLC'S COMPLIANCE WITH 28 U.S.C. § 1715(b)**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: August 7, 2024<br>Time: 2:00 p.m |

**DECLARATION OF VIOLA TREBICKA**

I, Viola Trebicka, declare as follows:

I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

I submit this declaration regarding Google's compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA") in the above captioned matter.

On April 1, 2024, Plaintiffs filed a Motion for Final Approval of Class Action Settlement (the "Final Approval Motion") (Dkt. 1096).

On April 10, 2024, acting under my direction and supervision, Quinn Emanuel served notices pursuant to CAFA, 28 U.S.C. § 1715(a) & (b), consisting of a cover letter and accompanying documents, regarding the settlement (the "CAFA Notice").

A true and correct copy of the form cover letter sent as part of the CAFA Notice is attached hereto as **Exhibit 1**.

The CAFA Notice also included a flash drive containing electronic copies of all documents and information as required by CAFA, including: (i) Plaintiffs' Complaint filed on June 2, 2020 (ECF 1); (ii) First Amended Complaint filed September 21, 2020 (ECF 68); (iii) Second Amended Complaint filed on April 14, 2021 (ECF 136-1); (iv) Third Amended Complaint deemed to have been filed as of March 18, 2022 (ECF 395-2); (v) Fourth Amended Complaint filed on March 18, 2023 (ECF 886); (vi) the publicly available version of Plaintiffs' Motion to Approve Settlement (ECF 1098-2) and publicly available accompanying documents (ECF 1097-2, 5-6, 14-15, 17-18, 20, 22-28; ECF 1098-4, 5, 6, 7, 8); and (vii) a redacted version of the March 11, 2024 Settlement Agreement (ECF 1098-3).

The CAFA Notice was sent by USPS priority mail to the U.S. Attorney General and the 56 Attorneys General for all U.S. states and territories.  Attached hereto as **Exhibit 2** is the list of names and addresses of the 57 government officials upon whom the CAFA Notice was mailed.

USPS tracking numbers for the mailings showed delivery for all but three jurisdictions: Illinois, Ohio and Utah. For these jurisdictions, the USPS tracking numbers showed "out for

delivery" but not a final destination.  At my direction, a Quinn Emanuel attorney called the attorney general offices for those jurisdictions, and in each case the relevant attorneys general office confirmed receipt.

The Office of the Attorney General of Washington State responded with an email acknowledging receipt but making no substantive comment.  No other official has responded to Google's counsel CAFA notice.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of August, 2024, at Los Angeles, California.

By    */s/ Viola Trebicka*
        Viola Trebicka