# EXHIBIT 2

| Name | Company | Address | City | State | Zip |
|---|---|---|---|---|---|
| Merrick Garland | Office of the U.S. Attorney General | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Steve Marshall | Office of the Alabama Attorney General | 501 Washington Ave. | Montgomery | AL | 36130-0152 |
| Treg Taylor | Office of the Alaska Attorney General | 1031 W. 4th Ave., Suite 200 | Anchorage | AK | 99501-1994 |
| Kris Mayes | Office of the Arizona Attorney General | 2005 N. Central Ave. | Phoenix | AZ | 85004 |
| Tim Griffin | Office of the Arkansas Attorney General | 323 Center St., Suite 200 | Little Rock | AR | 72201-2610 |
| CAFA Coordinator | Office of the CA Attorney General, Consumer Protection | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Phil Weiser | Office of the Colorado Attorney General | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| William Tong | Office of the Connecticut Attorney General | 165 Capitol Ave. | Hartford | CT | 06106 |
| Kathy Jennings | Office of the Delaware Attorney General | 820 N. French St. | Wilmington | DE | 19801 |
| Brian Schwalb | Office of the District of Columbia Attorney General | 400 6th St., NW | Washington | DC | 20001 |
| Ashley Moody | Office of the Florida Attorney General | The Capitol, PL-01 | Tallahassee | FL | 32399-1050 |
| Christopher Carr | Office of the Georgia Attorney General | 40 Capitol Square, SW | Atlanta | GA | 30334-1300 |
| Anne Lopez | Office of the Hawaii Attorney General | 425 Queen St. | Honolulu | HI | 96813 |
| Raul Labrador | Office of the Idaho Attorney General | 700 W. Jefferson St., Suite 210 | Boise | ID | 83720-1000 |
| Kwame Raoul | Office of the Illinois Attorney General | 100 W. Randolph St. | Chicago | IL | 60601 |
| Todd Rokita | Office of the Indiana Attorney General | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| Brenna Bird | Office of the Iowa Attorney General | 1305 E. Walnut St. | Des Moines | IA | 50319 |
| Kris Kobach | Office of the Kansas Attorney General | 120 SW 10th Ave., 2nd Floor | Topeka | KS | 66612-1597 |
| Russell Coleman | Office of the Kentucky Attorney General | 700 Capital Ave., Suite 118 | Frankfort | KY | 40601-3449 |
| Liz Murrill | Office of the Louisiana Attorney General | 1885 N. Third St. | Baton Rouge | LA | 70802 |
| Aaron Frey | Office of the Maine Attorney General | 6 State House Station | Augusta | ME | 04330 |
| Anthony Brown | Office of the Maryland Attorney General | 200 St. Paul Place | Baltimore | MD | 21202-2202 |
| Andrea Campbell | Office of the Massachusetts Attorney General | 1 Ashburton Place, 20th Floor | Boston | MA | 02108-1698 |
| Dana Nessel | Office of the Michigan Attorney General | 525 W. Ottawa St. | Lansing | MI | 48909-0212 |
| CAFA Coordinator | Office of the Minnesota Attorney General | 445 Minnesota St., Suite 1400 | St. Paul | MN | 55101-2131 |
| Lynn Fitch | Office of the Mississippi Attorney General | P.O. Box 220 | Jackson | MS | 39205 |
| Andrew Bailey | Office of the Missouri Attorney General | 207 W. High St. | Jefferson City | MO | 65102 |
| Austin Knudsen | Office of the Montana Attorney General | 215 N. Sanders St., 3rd Floor | Helena | MT | 59620-1401 |
| Mike Hilgers | Office of the Nebraska Attorney General | 2115 State Capitol | Lincoln | NE | 68509-8920 |
| Aaron Ford | Office of the Nevada Attorney General | 100 N. Carson St. | Carson City | NV | 89701 |
| John Formella | Office of the New Hampshire Attorney General | 1 Granite Place South | Concord | NH | 03301-6397 |
| Matthew Platkin | Office of the New Jersey Attorney General | 25 Market St., Suite 8 | Trenton | NJ | 08625-0080 |
| Raul Torrez | Office of the New Mexico Attorney General | 408 Galisteo St. | Santa Fe | NM | 87504-1508 |
| Leticia James | Office of the New York Attorney General | Dept. of Law, The Capitol, 2nd Floor | Albany | NY | 12224-0341 |
| Josh Stein | Office of the North Carolina Attorney General | 9001 Mail Service Center | Raleigh | NC | 27699-9001 |
| Drew Wrigley | Office of the North Dakota Attorney General | 600 E. Boulevard Ave., Dept. 125 | Bismarck | ND | 58505-0040 |
| Dave Yost | Office of the Ohio Attorney General | 30 E. Broad St.,14th Floor | Columbus | OH | 43266-0410 |
| Gentner Drummond | Office of the Oklahoma Attorney General | 313 NE 21st St. | Oklahoma City | OK | 73105 |
| Ellen Rosenblum | Office of the Oregon Attorney General | 1162 Court St. NE | Salem | OR | 97301-4096 |
| Michelle Henry | Office of the Pennsylvania Attorney General | Strawberry Square, 16th Floor | Harrisburg | PA | 17120 |
| Peter Neronha | Office of the Rhode Island Attorney General | 150 S. Main St. | Providence | RI | 02903 |
| Alan Wilson | Office of the South Carolina Attorney General | P.O. Box 11549 | Columbia | SC | 29211-1549 |

| Name | Company | Address | City | State | Zip |
|---|---|---|---|---|---|
| Marty Jackley | Office of the South Dakota ttorney General | 1302 E. Hwy 14, Suite 3 | Pierre | SD | 57501-8501 |
| Jonathan Skrmetti | Office of the Tennessee Attorney General and Reporter | P.O. Box 20207 | Nashville | TN | 37202-0207 |
| Ken Paxton | Office of the Texas Attorney General | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Sean Reyes | Office of the Utah Attorney General | 350 N. State St., Suite 230 | Salt Lake City | UT | 84114-2320 |
| Charity Clark | Office of the Vermont Attorney General | 109 State St. | Montpelier | VT | 05609-1001 |
| Jason Miyares | Office of the Virginia Attorney General | 202 N. Ninth St. | Richmond | VA | 23219 |
| Bob Ferguson | Office of the Washington Attorney General | 1125 Washington St. SE | Olympia | WA | 98504-0100 |
| Patrick Morrisey | Office of the West Virginia Attorney General | 1900 Kanawha Blvd. E, Bldg. 1, Rm E-26 | Charleston | WV | 25305 |
| Josh Kaul | Office of the Wisconsin Attorney General | P.O. Box 7857 | Madison | WI | 53707-7857 |
| Bridget Hill | Office of the Wyoming Attorney General | 109 State Capitol | Cheyenne | WY | 82002 |
| Fainu'ulelei L. P. Falefatu Alailima | American Samoa Gov't | Executive Office Bldg., Utulei | Pago Pago | AS | 96799 |
| Douglas Moylan | Office of the Attorney General, ITC Building | 590 S. Marine Corps Dr., Suite 706 | Tamuning | Guam | 96913 |
| Edward Manibusan | Northern Mariana Islands Attorney General | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Domingo Hernández | Office of the Puerto Rico Attorney General | P.O. Box 9020192 | San Juan | PR | 00902-0192 |
| Ian Clement | Office of the Virgin Islands Attorney General, DOJ | 3438 Kronprindsens Gade GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |