| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel: (213) 629-9040<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br>  v.<br><br>GOOGLE LLC,<br>            Defendant. | Case No.: 4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' REQUEST FOR REMOTE APPEARANCE AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Date:     August 7, 2024<br>Time:    2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

1    We write regarding the upcoming hearing in this matter scheduled for August 7, 2024. In connection with Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Plaintiffs submitted the Declaration of Christopher Thompson (Dkt. 1097-17). Plaintiffs also submitted a Declaration of Christopher Thompson (Dkt. 1115-21) in connection with Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards. Mr. Thompson is unable to attend the hearing in person, and Plaintiffs hereby request that he be permitted to attend the hearing remotely via Zoom to answer any questions the Court may have about his declarations.

Dated: August 5, 2024                Respectfully submitted,

By: */s/ Mark C. Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile (415) 293-6899

1 **[PROPOSED] ORDER**

2 Before the Court is Plaintiffs' request for Christopher Thompson to appear remotely via
3 Zoom in the upcoming hearing in this matter scheduled for August 7, 2024 (the "Request").
4 Having considered the request, and good cause having been shown, the Court hereby **GRANTS**
5 the Request.

7 **IT IS SO ORDERED.**

9 DATED: _____     _____
                                         Honorable Yvonne Gonzalez Rogers
10                                       United States District Judge