# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** August 7, 2024 | **Time:** 1 hour 20 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-3664-YGR | **Case Name:** Brown et al v. Google LLC et al | |

**Attorney for Plaintiff:** David Boies, Ryan McGee, Mark Mao, Amanda Bonn, Alexander Frawley, James Lee, and John Yanchunis.
**Attorney for Defendant:** Stephen Broome, Teuta Fani, Andrew Schapiro, and Viola Trebicka
**Movant:** Barry Walker and Mark Potter

**Deputy Clerk:** Edwin Angelo A. Cuenco         **Court Reporter:** Kendra Steppler; via Zoom

## PROCEEDINGS

Motion to Intervene, Motion for Final Approval of Class Action Settlement, and Motion for Attorneys Fees – held.

The Court heard argument in the motion to intervene, plaintiff's motion for approval of class action settlement, and plaintiff's motion for award of attorney's fees, costs and service awards.

Written order to issue.