# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 4:20-cv-03664-YGR |
| Date case was first filed in U.S. District Court: | 06/02/2020 |
| Date of judgment or order you are appealing: | 08/12/2024 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Adam Salcido (movant)

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ● Yes   ○ No

If Yes, what is the prior appeal case number? 22-80147

Your mailing address:

Potter Handy LLP

100 Pine Street, Ste 1250

City: San Francisco   State: CA   Zip Code: 92587

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ Russell Handy   **Date** Sep 10, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Adam Salcido

Name(s) of counsel (if any):
Russell Handy, Mark Potter, Barry Walker

Address: 100 Pine Street, Ste 1250, San Francisco, CA 92587
Telephone number(s): 858-375-7385
Email(s): russ@potterhandy.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Google LLC

Name(s) of counsel (if any):
Aarti G. Reddy, Alyssa G Olson, Andrew H. Schapiro, Brett Watkins, Carl Spilly, Crystal Nix-Hines, Diane M. Doolittle, Jonathan Sze Ming Tse, Josef Teboho Ansorge, Joseph H Margolies, Marie M Hayrapetian, (see attachment)

Address: see attachment
Telephone number(s): see attachment
Email(s): see attachment

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                              Rev. 12/01/2018

**Appellee Google's attorneys and contact information:**

**Aarti G. Reddy**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
415-693-2000
Fax: 415-693-2222
Email: areddy@cooley.com
*ATTORNEY TO BE NOTICED*

**Alyssa G Olson**
Quinn Emanuel Urquhart Sullivan LLP
865 S. Figueroa St 10th Floor
Los Angeles, CA 90017
213-443-3000
Email: alyolson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Andrew H. Schapiro**
Quinn Emanuel Urquhart and Sullivan, LLP
191 N. Upper Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7403
Fax: (312) 705-7401
Email: andrewschapiro@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Watkins**
Quinn Emanuel Urquhart & Sullivan
700 Louisiana Street
Suite 3900
Houston, TX 77002
713-221-7030

Fax: 713-221-7100
Email: brettwatkins@quinnemanuel.com
*PRO HAC VICE, ATTORNEY TO BE NOTICED*

**Carl Spilly**
1300 I Street NW, Suite 900
Washington, DC 20005
202-538-8000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Crystal Nix-Hines**
Quinn Emamnual Urquhart & Sullivan LLP
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3131
Email: crystalnixhines@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Diane M. Doolittle**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: dianedoolittle@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jonathan Sze Ming Tse**
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street
Floor 22
San Francisco, CA 94111
415-875-6426
Fax: 415-875-6700

Email: jonathantse@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Josef Teboho Ansorge**
Quinn Emanuel Urquhart Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7000
Email: jansorge@cooley.com
*ATTORNEY TO BE NOTICED*

**Joseph H Margolies**
Quinn Emanuel Urquhart & Sullivan, LLP
191 N Wacker Drive
Suite 2700
Chicago, IL 60606
312-705-7444
Fax: 312-705-7401
Email: josephmargolies@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marie M Hayrapetian**
Quinn Emanuel
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
424-355-5379
Email: mariehayrapetian@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Rachael Lynn Ballard McCracken**
Quinn Emanuel Urquhart Oliver & Hedges
865 S. Figueroa St. 10th Fl.
Los Angeles, CA 90017
213-443-3000
Email: rachaelmccracken@quinnemanuel.com

*ATTORNEY TO BE NOTICED*

**Sara E. Jenkins**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr.
5th Floor
Redwood Shores, CA 94065
650-801-5040
Fax: 650-801-5100
Email: sarajenkins@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Stephen Andrew Broome**
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3285
Fax: 213-443-3100
Email: stephenbroome@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Teuta Fani**
Quinn Emanuel Urquhart Sullivan, LLP
91 N Upper Wacker Dr
Chicago, IL 60606
216-905-5823
Email: teutafani@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Viola Trebicka**
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3243
Email: violatrebicka@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Xi Gao**

Quinn Emanuel Urquhart Sullivan, LLP

1300 I Street NW, Suite 900

Washington, DC 20005

United Sta

202-538-8327

Email: tracygao@quinnemanuel.com
*ATTORNEY TO BE NOTICED*