**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**POTTER HANDY, LLP**
Mark Potter, Esq., SBN 166317
Russell Handy, Esq., SBN 195058
Barry M. Walker, SBN 195947
James Treglio, Esq., SBN 228077
Claire Cylkowski, Esq., SBN 335352
Mail: 100 Pine St., Ste. 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
serve@potterhandy.com

*Counsel for Intervenors*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (DKT. 1133)**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>DATE: October 8, 2024<br>TIME: 2:00 p.m.<br>COURTROOM: 1 – 4th Floor |

1  Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between
2  Plaintiffs, Google LLC ("Google"), and Movants.
3  WHEREAS, on September 3, 2024, Movants filed a motion for leave to file a motion for
4  reconsideration, and noticed a hearing date of October 8, 2024 (Dkt. 1133);
5  WHEREAS, counsel for Google is unavailable on that date;
6  WHEREAS, to the extent the Court decides a hearing on this motion is necessary, Plaintiffs,
7  Google, and Movants are available for a remote hearing on October 11, 2024;
8  WHEREAS, to the extent the Court decides to hold an in-person hearing on this motion,
9  Plaintiffs, Google, and Movants will confer and propose additional dates to the Court;
10 NOW THEREFORE, Plaintiffs, Google, and Movants stipulate as follows:

- The hearing on Movants' motion for leave to file a motion for reconsideration (if any) is moved from October 8, 2024 to October 11, 2024, remotely.

DATED: September 14, 2024

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ James W. Lee* |
| Andrew H. Schapiro (admitted pro hac vice) andrewschapiro@quinnemanuel.com Teuta Fani (admitted pro hac vice) teutafani@quinnemanuel.com Joseph H. Margolies (admitted pro hac vice) josephmargolies@quinnemanuel.com 191 N. Wacker Drive, Suite 2700 Chicago, IL 60606 Telephone: (312) 705-7400 Facsimile: (312) 705-7401 Stephen A. Broome (CA Bar No. 314605) stephenbroome@quinnemanuel.com Viola Trebicka (CA Bar No. 269526) violatrebicka@quinnemanuel.com Crystal Nix-Hines (Bar No. 326971) crystalnixhines@quinnemanuel.com Rachael L. McCracken (Bar No 252660) rachaelmccracken@quinnemanuel.com Alyssa G. Olson (CA Bar No. 305705) alyolson@quinnemanuel.com 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017 Telephone: (213) 443-3000 | Mark C. Mao (CA Bar No. 236165) mmao@bsfllp.com Beko Reblitz-Richardson (CA Bar No. 238027) brichardson@bsfllp.com 44 Montgomery Street, 41st Floor San Francisco, CA 94104 Tel: (415) 293 6858 Fax: (415) 999 9695 David Boies (pro hac vice) dboies@bsfllp.com 333 Main Street Armonk, NY 10504 Tel: (914) 749-8200 James W. Lee (*pro hac vice*) jlee@bsfllp.com Rossana Baeza (*pro hac vice*) rbaeza@bsfllp.com 100 SE 2nd Street, Suite 2800 Miami, FL 33130 Tel: (305) 539-8400 Fax: (305) 539-1304 |

| | | |
|---|---|---|
| 1 | Facsimile: (213) 443-3100 | Alison L. Anderson, CA Bar No. 275334 |
| 2 | Xi ("Tracy") Gao (CA Bar No. 326266) | M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520 |
| 3 | tracygao@quinnemanuel.com<br>Carl Spilly (admitted pro hac vice) | Los Angeles, CA 90067<br>Tel.: (213) 629-9040 |
| 4 | carlspilly@quinnemanuel.com<br>1300 I Street NW, Suite 900 | alanderson@bsfllp.com<br>mwright@bsfllp.com |
| 5 | Washington D.C., 20005<br>Telephone: (202) 538-8000 | William Christopher Carmody (*pro hac vice*) |
| 6 | Facsimile: (202) 538-8100 | bcarmody@susmangodfrey.com |
| 7 | *Attorneys for Defendant Google LLC* | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 8 | | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 9 | | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 10 | POTTER HANDY, LLP | Ryan Sila (pro hac vice)<br>rsila@susmangodfrey.com |
| 11 |    */s/ Barry M. Walker* | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 12 | Mark Potter, Esq., SBN 166317 | New York, NY 10019<br>Tel: (212) 336-8330 |
| 13 | Russell Handy, Esq., SBN 195058<br>Barry M. Walker, SBN 195947 | Amanda Bonn (CA Bar No. 270891) |
| 14 | James Treglio, Esq., SBN 228077<br>Claire Cylkowski, Esq., SBN 335352 | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 15 | Mail: 100 Pine St., Ste. 1250<br>San Francisco, CA 94111 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 16 | (858) 375-7385; (888) 422-5191 fax<br>serve@potterhandy.com | Tel: (310) 789-3100 |
| 17 | *Counsel for Intervenors, Adam Salcido, et al.* | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 18 | | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 19 | | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 20 | | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 21 | | Fax: (813) 222-4736 |
| 22 | | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 23 | | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 24 | | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 25 | | *Attorneys for Plaintiffs* |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER. I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: September 14, 2024         By        */s/ Andrew H. Schapiro*
                                            Andrew H. Schapiro

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

- The hearing on Movants' motion for leave to file a motion for reconsideration (if any) is moved from October 8, 2024 to October 11, 2024, remotely.

**IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge