1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 SAN JOSE DIVISION

7

8

9 ADAM SALCIDO, | Case Nos.  5:24-cv-06462 NC

10 Plaintiff, | **SUA SPONTE JUDICIAL**
**REFERRAL FOR PURPOSE OF**

11 v. | **DETERMINING RELATIONSHIP**

12 GOOGLE LLC,

13 Defendant.

14

15 In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

16 above captioned case is referred to the Honorable Yvonne Gonzalez for consideration of

17 whether the case is related to 4:20-cv-03664 YGR, *Chasom Brown, et al. v. Google LLC,*

18 *et al.*

19

20 **IT IS SO ORDERED.**

21 Dated:  September 17, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California

Case No. 24-cv-06462
SUA SPONTE JUDICIAL REFERRAL