COOLEY LLP
AARTI REDDY (274889)
(areddy@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
MAZDA ANTIA (214963)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

COOLEY LLP
SARA VICTORIA M. PITT (317611)
(sporter@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071-1560
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING GOOGLE'S ADMIN.
MOT. TO CONSIDER WHETHER CASES SHOULD BE
RELATED; CASE NO. 4:20-CV-03664-YGR-SVK

1 **[PROPOSED] ORDER**

2   On September 18, 2024, pursuant to Civil Local Rules 3-12 and 7-11, defendant Google
3 LLC ("Google") filed an Administrative Motion to Consider Whether Cases Should be Related and
4 a Stipulation between the Parties agreeing that *Salcido, et al. v. Google LLC*, Case No. 5:24-cv-
5 06462 (N.D. Cal) (the "*Salcido* Action") is related to *Brown, et al. v. Google LLC*, Case No. 20-
6 cv-03664-YGR-SVK (N.D. Cal.) (the "*Brown* Action"). The Court, having considered the papers
7 and pleadings on file, and good cause appearing therefore, hereby GRANTS Google's
8 Administrative Motion to Consider Whether Cases Should be Related.

9   **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the *Salcido* Action
10 is related to the *Brown* Action and shall be assigned to the Honorable Yvonne Gonzalez Rogers for
11 all purposes.

13 Dated: _____

14   HON. YVONNE GONZALEZ ROGERS
    UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING GOOGLE'S ADMIN.
MOT. TO CONSIDER WHETHER CASES SHOULD BE
RELATED; CASE NO. 4:20-CV-03664-YGR-SVK