COOLEY LLP
AARTI REDDY (274889)
(areddy@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
SARA VICTORIA M. PITT (317611)
(sporter@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071-1560
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

COOLEY LLP
MAZDA ANTIA (214963)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**STIPULATION RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Honorable Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 4:20-CV-03664-YGR-SVK

1  Pursuant to Civil Local Rules 3-12(a), 7-11, and 7-12, defendant Google LLC ("Google") and individual Plaintiffs in the *Salcido* Action (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, the above-captioned action, *Brown, et al. v. Google LLC*, Case No. 20-cv-03664-YGR-SVK (N.D. Cal.) (the "*Brown* Action"), was filed in this District on June 2, 2020 and is currently pending before the Honorable Yvonne Gonzalez Rogers;

WHEREAS, *Salcido, et al. v. Google LLC*, Case No. 5:24-cv-06462 (N.D. Cal) (the "*Salcido* Action") was removed to this District from the Superior Court of the State of California, County of Santa Clara on September 13, 2024 and is currently pending before Magistrate Judge Nathanael M. Cousins;

WHEREAS, Google filed an Administrative Motion to Consider Whether Cases Should be Related on September 18, 2024;

WHEREAS, the *Salcido* Action advances substantially the same allegations and claims and names the same defendant at issue in *Brown*, and includes the same plaintiffs as those within the scope of the nationwide classes certified in the *Brown* Action;

WHEREAS, there will be an unduly burdensome duplication of labor and expense or conflicting results if the *Salcido* Action and the *Brown* Action are conducted before different Judges;

WHEREAS, the Parties agree that the *Salcido* Action is related to the *Brown* Action and should proceed before the Honorable Yvonne Gonzalez Rogers;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the *Salcido* Action and the *Brown* Action are related cases pursuant to Local Rule 3-12(a).

**IT IS SO STIPULATED.**

//
//
//
//
//

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION RE ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 4:20-CV-03664-YGR-SVK

Dated: September 18, 2024               COOLEY LLP

                                        By: */s/ Aarti Reddy*
                                            Aarti Reddy

                                        Attorney for Defendant
                                        GOOGLE LLC

Dated: September 18, 2024               POTTER HANDY LLP

                                        By: */s/ Mark Potter*
                                            Mark Potter

                                        Attorney for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION RE ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 4:20-CV-03664-YGR-SVK

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, I, Aarti Reddy, hereby certify that the content of this document is acceptable to Mark Potter, and that I have obtained his authorization to affix his electronic signatures to this document. Executed on September 18, 2024, in San Francisco, California.

 */s/ Aarti Reddy*
Aarti Reddy

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION RE ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 4:20-CV-03664-YGR-SVK