COOLEY LLP
AARTI REDDY (274889)
(areddy@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
MAZDA ANTIA (214963)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550 6000
Facsimile:    +1 858 550 6420

COOLEY LLP
SARA VICTORIA M. PITT (317611)
(sporter@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071-1560
Telephone:    +1 213 561 3250
Facsimile:    +1 213 561 3244

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 355 South Grand Avenue, Suite 900. Los Angeles, California 90071-1560. On the date set forth below I served the documents described below in the manner described below:

1. **DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**

2. **STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**

3. **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

[x] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Mark Potter
Barry M. Walker
Claire Cylkowski
**POTTER HANDY, LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:     (858) 375-7385
Facsimile:      (888) 422-5191
Email:            serve@potterhandy.com
*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 18, 2024, at Los Angeles, California.

_Carlos Estrada_
Carlos Estrada