# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

| | |
|---|---|
| **9th Cir. Case Number(s)** | 24-5692 |
| **Case Name** | Brown, et al. v. Google LLC |
| **Counsel submitting this form** | Russell Handy |
| **Represented party/parties** | Adam Salcido |

*Briefly describe the dispute that gave rise to this lawsuit.*

A class action against defendant Google, LLC, by incognito-mode users who were deceived by Google's misrepresentations regarding its data collection practices.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

*Briefly describe the result below and the main issues on appeal.*

> This is an appeal from the denial of a motion to intervene.
>
> Appellant is representative of unnamed class members. He attempted to intervene to prevent the named class representatives from voluntarily relinquishing the right to pursue certification of a damages class against Google.
>
> The district court denied the motion to intervene.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> There is a pending motion for approval of the class action settlement and a related motion for an award of attorney's fees.
>
> However, on September 20, 2024, Google noticed the court that it intended to seek a stay of proceedings and a deferral of any ruling on pending motions pending the decision of this appeal.

**Signature** | s/ Russell Handy | **Date** | Sep 23, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** | 2 | Rev. 12/01/2018