**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO individually and on behalf of all other similarly situated,<br><br>           Plaintiffs,<br><br>           v.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No.:  4:20-cv-03664-YGR-SVK<br><br>**PLAINTIFFS' RESPONSE TO GOOGLE'S NOTICE (DKT. 1144) REGARDING PLAINTIFFS' MOTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1  On Thursday, September 19, 2024, Defendant Google LLC ("Google") informed Plaintiffs that it would be seeking a stay, then unilaterally filed a Notice advising that Google plans to move the Court to "defer its ruling on Plaintiffs' [Unopposed] Motion for Final Approval of Class Action Settlement (Dkt. 1096) and Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards (Dkt. 1106)." Dkt. 1144. Google's Notice, filed on September 20, 2024, claims that a stay is warranted "pending the *Salcido* Plaintiffs' appeal of the Court's August 12, 2024 order denying their Motion to Intervene and to Continue the Final Approval Hearing (Dkt. 1130)." *Id.* By email, Google's counsel clarified Google's position: "if the *Salcido* Plaintiffs were permitted to intervene [to appeal the denial of Rule 23(b)(3) certification], and prevailed in their appeal, that would undermine the primary purposes of the Settlement Agreement." *Id*.

Plaintiffs were not available to meet and confer on September 20, 2024, but informed Google that they would be available Monday, September 23, 2024. Plaintiffs then met and conferred on the matter for the first time on that day. At that meet and confer, counsel for Google acknowledged that no provision in the Settlement Agreement releases or waives class members' ability to appeal the Court's 23(b)(3) decision; only the named Plaintiffs waived that right. *See also* Dkt. 1097-4 at 6 § 2.8. Google's counsel also agreed that the only class-wide relief reflected in the Settlement Agreement relates to 23(b)(2) relief. Based on Google's acknowledgement, there is no basis for Google to seek to stay a ruling on Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement or Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards.

Plaintiffs respectfully request that this Court disregard Google's notice. The *Salcido* Plaintiffs' appeal of the denial of intervention should not delay any ruling the Court plans to issue regarding final approval and attorneys' fees, costs, and service awards.

Dated: September 24, 2024                    Respectfully submitted,

By: /s/ *Mark C. Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)

1

brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile (415) 293-6899

David Boies (admitted pro hac vice)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

James Lee (admitted pro hac vice)
jlee@bsfllp.com
Rossana Baeza (admitted pro hac vice)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
M. Logan Wright (CA Bar No. 349004)
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
Facsimile: (213) 629-9022

Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
Alexander P. Frawley (pro hac vice)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

2

PLAINTIFFS' RESPONSE TO GOOGLE'S
NOTICE REGARDING PLAINTIFFS' MOTIONS

CASE NO. 4:20-CV-03688-YGR-SVK

Facsimile: (212) 336-8340

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*

3