1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, WILLIAM BYATT, JEREMY DAVIS, CHRISTOPHER CASTILLO, and MONIQUE TRUJILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO STAY**<br><br>Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br>Date: November 19, 2024<br>Time: 2:00 p.m. |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Stay (1) Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 1096), and (2) Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards (Dkt. 1106), pending the *Salcido* Plaintiffs' appeal of the Court's August 12, 2024 order denying their Motion to Intervene and to Continue the Final Approval Hearing (Dkt. 1130) (the "Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

DATED: _____

_____
YVONNE GONZALEZ ROGERS
United States District Judge