# EXHIBIT 1

| | |
|---|---|
| **From:** | Stephen Broome (via googleteam list) <googleteam@simplelists.susmangodfrey.com> |
| **Sent:** | Friday, September 20, 2024 4:46 PM |
| **To:** | James Lee; Mark C. Mao; googleteam@simplelists.susmangodfrey.com |
| **Cc:** | QE Brown; BarryW@potterhandy.com |
| **Subject:** | RE: Brown v Google - Motion to Stay |

EXTERNAL Email

I can be available this weekend.  Let me know a good time.  We'll file a notice today noting that the brief will be coming Monday.

**From:** James Lee <jwlee@BSFLLP.com>
**Sent:** Friday, September 20, 2024 11:51 AM
**To:** Stephen Broome <stephenbroome@quinnemanuel.com>; Mark C. Mao <mmao@BSFLLP.com>; googleteam@simplelists.susmangodfrey.com
**Cc:** QE Brown <qebrown@quinnemanuel.com>; BarryW@potterhandy.com
**Subject:** RE: Brown v Google - Motion to Stay

**[EXTERNAL EMAIL from jwlee@bsfllp.com]**

Steve,

If that was your concern, you should have met and conferred sooner. Instead, you waited to address this; sent a meet and confer request to the wrong list serve; and asked us to assess your request and meet and confer within 24 hours. That's not reasonable, particularly when you haven't identified the provisions in the settlement agreement you rely on to even bring such a motion.

We are engaged in other matters today with many of us traveling as well. I can find time this weekend to discuss if it would help. But let me be clear: you do not have our permission to file anything without completing your meet and confer obligations.

Thanks,

James

**From:** Stephen Broome <stephenbroome@quinnemanuel.com>
**Sent:** Friday, September 20, 2024 11:34 AM
**To:** James Lee <jwlee@BSFLLP.com>; Mark C. Mao <mmao@BSFLLP.com>; googleteam@simplelists.susmangodfrey.com
**Cc:** QE Brown <qebrown@quinnemanuel.com>; BarryW@potterhandy.com
**Subject:** Re: Brown v Google - Motion to Stay

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

James:

We have explained the basis in our email. We are happy to get on a call today and discuss.  However, we cannot risk the Court ruling on the approval motions before the appeal is resolved and therefore we must file today to protect Google's interests. Please let us know if you would like to discuss today.

Regards

**From:** James Lee <jwlee@BSFLLP.com>
**Sent:** Thursday, September 19, 2024 10:04:58 PM
**To:** Stephen Broome <stephenbroome@quinnemanuel.com>; Mark C. Mao <mmao@BSFLLP.com>; googleteam@simplelists.susmangodfrey.com <googleteam@simplelists.susmangodfrey.com>
**Cc:** QE Brown <qebrown@quinnemanuel.com>; BarryW@potterhandy.com <BarryW@potterhandy.com>
**Subject:** Re: Brown v Google - Motion to Stay

**[EXTERNAL EMAIL from jwlee@bsfllp.com]**

Steve,

You sent your email to the wrong plaintiffs' list serve so no one other than Mark and I received it. As Alex told your team on Monday, please use:

googleteam@simplelists.susmangodfrey.com

As for your motion for stay, we don't understand the basis of your position and will need to meet and confer. We can meet and confer on Monday. Thanks.

-James

**From:** Stephen Broome <stephenbroome@quinnemanuel.com>
**Sent:** Thursday, September 19, 2024 3:19:08 PM
**To:** 'GOOGLETEAM@lists.susmangodfrey.com' <GOOGLETEAM@LISTS.SUSMANGODFREY.COM>; James Lee <jwlee@BSFLLP.com>; Mark C. Mao <mmao@BSFLLP.com>
**Cc:** QE Brown <qebrown@quinnemanuel.com>; BarryW@potterhandy.com <BarryW@potterhandy.com>
**Subject:** Brown v Google - Motion to Stay

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Counsel:

As you know, the Salcido Plaintiffs have filed a notice of appeal of the Court's order denying their motion to intervene to appeal the denial of a Rule 23(b)(3) damages class.

As we explained at the August 7 hearing, if the Salcido Plaintiffs were permitted to intervene for that purpose, and prevailed in their appeal, that would undermine the primary purposes of the Settlement Agreement - e.g. to end the litigation - and certainly class counsel should not be awarded attorneys' fees for purportedly  "settling" a

case that might still proceed to trial, just with different named plaintiffs and counsel. Indeed, the notice of appeal may deprive the the Court of jurisdiction to rule on the motions for approval and for fees.

Accordingly, we intend to move to stay Plaintiffs' motions for approval of the settlement agreement and for fees pending resolution of the Salcido Plaintiffs' appeal. We intend to file our motion tomorrow. Please let us know if the Brown Plaintiffs' consent.

Regards

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

To unsubscribe from this list please go to
https://simplelists.susmangodfrey.com/confirm/?u=R8kwa9Q4PXAP2Bdzh2J3BPeX0dLTxImm