# EXHIBIT 2

**From:** Mark Potter <mark@potterhandy.com>
**Sent:** Tuesday, September 24, 2024 6:55 PM
**To:** Mark C. Mao <mmao@BSFLLP.com>
**Cc:** Barry Walker <BarryW@potterhandy.com>; Claire Cylkowski <clairec@potterhandy.com>; Russell Handy <russ@potterhandy.com>
**Subject:** Incognito

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Mark,

I looked into this and cannot think of anything that would give Google any basis to argue we have communicated in any way that we are objecting your class settlement of the injunctive relief claims.

Mark Potter, Esq.
Mark@potterhandy.com

**Potter Handy LLP**
100 Pine St., Ste. 1250
San Francisco CA 94111

Mail:
1410 E Winding Way, Suite B,
Friendswood, Texas 77546

Office: (415) 534-1911
Fax: (888) 422-5191

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]