## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001-8602

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
| --- | --- | --- |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE AMERICAS | 401 UNION STREET |
| HOUSTON, TX 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

ALEXANDER FRAWLEY

DIRECT DIAL (212) 729-2044

E-MAIL AFRAWLEY@SUSMANGODFREY.COM

March 20, 2025

**VIA ECF**

The Honorable Yvonne Gonzalez Rogers
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

        Re:    <u>Brown v. Google</u>, Case 4:20-cv-03664-YGR-SVK

Dear Judge Gonzalez Rogers:

     I write on behalf of the Plaintiffs in the above-captioned case. Attached as Exhibit A is an updated copy of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, originally filed on April 1, 2024. The redactions in this copy have been updated to reflect this Court's March 6, 2025 Order Regarding Sealing Disputes (Dkt. 1152).

Sincerely,

*/s/ Alexander Frawley*
Alexander Frawley

Encl.