**United States District Court for the N. District of California**
**Office of the Clerk**
**450 Golden Gate Ave, 16th Floor**
**San Francisco, CA 94102**
**℅ Chief District Judge Yvonne Gonzalez Rogers**

**Morgan & Morgan's**
**20 North Orange Avenue, Suite 1600**
**Orlando, FL 32801**
**℅ Morgan and Morgan John A Yanchunis**

FILED

MAR 2 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**3/18/26**

**Good Afternoon,**

My name is Lexie Peveto - Lumiere. I am a plaintiff against Google for their Incognito lawsuit: Brown vs. Google, LLC  (4:20-cv-03664) and have called the offices at Morgan & Morgan and emailed several times concerning harassment issues by Google. Which may explain some of the cyber stalking; internet and wi-fi hacking, as well as the physical harassment. From March 1-5, 2026 I had a Waymo vehicle (owned by the parent company of Google parked directly across the street from my house. Illegally surveilling my property and front door 24/7 recording every family member (including a minor) entering or exiting my home. (Pic attached) I am 95% certain Google or one of their Executives strategically had the Waymo vehicle parked there off Vermont at Brun St. Attached is a picture below, and I also have video of it's cameras being on. Evidence due to prior hacking/stalking issues is will Allen Rosen's Constable's office. The court and law firm Morgan & Morgan are aware that Google's strategy is to abuse technology to financially target & isolate the communications of people involved in this case or to deplete their business resources or force them into bankruptcy to get plaintiffs to drop the lawsuit. Esp if like me you use; Google suites, Gmail or Google Hangouts for business. For example, "parental lock" was placed on my Google Hangouts business number without my permission or awarentess. It blocks 90% of my communications but cannot be removed "without a parent" when I am the sole owner of my account. It's harassment with the intention to financially harm and distress plaintiffs at the hands or rich and psycho techies.

*Any help, advice or resoluton you can provide in resolving and expediting solutions to these matters would be appreciated.*

Lexie Peveto - Lumiere 1

Regards,

Lexie Peveto - Lumiere
2340 West Alabama
Houston, Tx 77098
linktr.ee/lexlumiere



*Waymo Vehicle parked with surveillance on March 1-5, 2026 from Lexie Peveto's residence.*
*Plaintiff in Google Incognito's lawsuit. The attorneys & court have been notified.*

Lexie Peveto - Lumiere 2

## CERTIFICATE OF ACKNOWLEDGMENT

**FILED**

MAR 23 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

The State of Texas

County of _Harris_

Before me, ___TINA ADAMS___ (insert the name and character of the officer),

on this day personally appeared __Lexie Peveto__ , known to me (or

proved to me on the oath of _____ or through __TX DL__ _____

(description of identity card or other document) to be the person whose name is subscribed to

the foregoing instrument and acknowledged to me that he/she executed the same for the purposes

and consideration therein expressed.

(Seal)

Given under my hand and seal of office this _18th_ day of _March_ , 20_26_.

TINA ADAMS
Notary Public, State of Texas
Comm. Expires 02-18-2029
Notary ID 125610702

_Tina Adams_
(Notary's Signature)
Notary Public, State of Texas