**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice* forthcoming)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (*pro hac vice* forthcoming)
100 SE 2nd Street, 28th Floor
Miami, FL 33131
Tel: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel: (213) 629-9040
alanderson@bsfllp.com

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice* forthcoming)
Ryan J. McGee (*pro hac vice* forthcoming)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

*Attorneys for the Luna Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

GILBERT LUNA, et al.,

                    Plaintiffs,

  v.

GOOGLE LLC,

                    Defendant.

Case No. 4:20-cv-03664-YGR-SVK
Case No. 5:26-cv-03246-NC

***LUNA* PLAINTIFFS' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

The Honorable Yvonne Gonzalez Rogers

*LUNA* PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

The *Luna* Plaintiffs respectfully submit this response to Google's motion (Dkt. 1156), which seeks to relate *Brown v. Google*, Case No. 4:20-cv-03664-YGR-SVK (N.D. Cal.) ("*Brown*"), with *Luna v. Google*, Case No. 5:26-cv-03246-NC (N.D. Cal) ("*Luna*").

Google chose to remove the *Luna* action, and other "forthcoming complaints" Google says it will remove, from Santa Clara Superior Court after the Superior Court granted leave to amend those complaints to add a federal claim under the Electronic Communications Privacy Act ("ECPA") that was preserved between the parties in a tolling agreement.

*Luna* and other cases Google seeks to remove were filed by Boies Schiller Flexner and Morgan & Morgan P.A. ("BSF/MM") beginning in March 2024, with each complaint including no more than 100 individual plaintiffs (collectively the "*Luna* Plaintiffs"). The Rule 23(b)(2) settlement reached in *Brown* preserved the ability of class members to seek monetary relief, which is the relief *Luna* Plaintiffs seek with these actions against Google.

The *Luna* Plaintiffs filed these cases in state court in part to avoid burdening this Court. The *Luna* Plaintiffs preserved their ECPA claim through a tolling agreement signed by Google's counsel Whitty Somvichian on November 11, 2024. When it became apparent that Google would oppose any assertion of that ECPA claim in a separate action or at a later date, the *Luna* Plaintiffs filed a motion to amend the complaints to add the ECPA claim, which the state court granted. The parties could have continued in state court, even with the ECPA claim, but Google chose to remove these cases to federal court and seek assignment to Judge Gonzalez Rogers.

The *Luna* Plaintiffs have no objection to relating the *Luna* cases to *Brown* and proceeding before Judge Gonzalez Rogers. Judge Gonzalez Rogers presided over Google's motion for summary judgment in *Brown*, and the *Brown* pretrial motions, so there is clear efficiency in proceeding before Judge Gonzalez Rogers. It is worth noting, however, that removal was not at the *Luna* Plaintiffs' request, as the state court has concurrent jurisdiction over the ECPA claim.

The *Luna* Plaintiffs are committed to moving forward efficiently. In state court, the parties were discussing a process to move forward with trials for certain bellwethers. The *Luna* Plaintiffs continue to believe that bellwethers would be a useful way to move these cases forward efficiently.

1                                    Case No. 5:26-cv-03246-NC

*LUNA* PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Dated: April 19, 2026

Respectfully submitted,

By: */s/ Mark C. Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6858
Facsimile: (415) 999-9695

David Boies (*pro hac vice* forthcoming)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (*pro hac vice* forthcoming)
jlee@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

John A. Yanchunis (*pro hac vice* forthcoming)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice* forthcoming)
rmcgee@forthepeople.com
Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, PA
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

2                              Case No. 5:26-cv-03246-NC

*LUNA* PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

*Attorneys for the Luna Plaintiffs*

Case No. 5:26-cv-03246-NC

*LUNA* PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED