UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILBERT LUNA, and others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.  5:26-cv-03246 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Noel Wise for consideration of whether the case is related to 4:20-cv-03664 YGR, *Chasom Brown, et al. v. Google LLC.*

Dated: April 20, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 26-cv-03246 NC
SUA SPONTE JUDICIAL REFERRAL

United States District Court
Northern District of California