**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice* forthcoming)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (*pro hac vice* forthcoming)
100 SE 2nd Street, 28th Floor
Miami, FL 33131
Tel: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel: (213) 629-9040
alanderson@bsfllp.com

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice* forthcoming)
Ryan J. McGee (*pro hac vice* forthcoming)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

*Attorneys for the Luna Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GILBERT LUNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br>Case No. 5:26-cv-03246-NC<br><br>***LUNA* PLAINTIFFS' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION TO REQUEST AN EXPEDITED CMC**<br><br>The Honorable Yvonne Gonzalez Rogers |

The *Luna* Plaintiffs respectfully submit this response to Google's administrative motion requesting an expedited case management conference to address Google's removal of complaints from Santa Clara Superior Court (Dkt. 1157).  Plaintiffs defer to the Court on whether to schedule a case management conference to address this issue.  Regarding Google's proposal for the Court to order a weekly "batched notice of removal" (*id.* at 4:21), none of the decisions cited by Google involved any removal to federal court, and Plaintiffs have not identified any decision allowing such a process.  If the Court is nonetheless inclined to modify the removal process, Plaintiffs expect that Google would still pay the required per-complaint filing fees consistent with 28 U.S.C. § 1914.  *See also Lewis v. Sullivan*, 279 F.3d 526, 528 (7th Cir. 2002) ("Federal courts are subsidized dispute-resolvers; filing fees defray only a small portion of the costs.") (citing *Lewis v. Casey*, 518 U.S. 343 (1996)).  Any modification to the removal process should be to limit the burden on the Court and the Clerk's Office, not an opportunity for Google to avoid payment of the required filing fees.  Plaintiffs have no opposition to taking steps to reduce the administrative burden on the Court and the Clerk's Office provided that any change in the removal process does not otherwise modify the obligations or rights of the parties in this litigation.

Dated: April 20, 2026                    Respectfully submitted,

                                         By: */s/ Mark C. Mao*

                                         Mark C. Mao (CA Bar No. 236165)
                                         mmao@bsfllp.com
                                         Beko Reblitz-Richardson (CA Bar No. 238027)
                                         brichardson@bsfllp.com
                                         BOIES SCHILLER FLEXNER LLP
                                         44 Montgomery Street, 41st Floor
                                         San Francisco, CA 94104
                                         Telephone: (415) 293-6858
                                         Facsimile: (415) 999-9695

                                         David Boies (*pro hac vice* forthcoming)
                                         dboies@bsfllp.com
                                         BOIES SCHILLER FLEXNER LLP
                                         333 Main Street
                                         Armonk, NY 10504
                                         Telephone: (914) 749-8200

James Lee (*pro hac vice* forthcoming)
jlee@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

John A. Yanchunis (*pro hac vice* forthcoming)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice* forthcoming)
rmcgee@forthepeople.com
Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, PA
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for the Luna Plaintiffs*

*LUNA* PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION TO REQUEST AN EXPEDITED CMC