COOLEY LLP
AARTI REDDY (274889)
(areddy@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

BOIS SCHILLER FLEXNER LLP
David Boies (*Pro Hac Vice* forthcoming)
(dboies@bsfllp.com)
333 Main Street
Armonk, NY 10504
Telephone:    +1 914 749 8200

Mark C. Mao (236165)
(mmao@bsfllp.com)
Beko Reblitz-Richardson (238027)
(brichardson@bsfllp.com)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    +1 415 293 6800

James Lee (*Pro Hac Vice* forthcoming)
(jlee@bsfllp.com)
100 SE 2nd Street, 28th Floor
Miami, FL 33131
Telephone:    +1 305 539 8400

Alison L. Anderson (275334)
(alanderson@bsfllp.com)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone:    +1 213 629 9040

MORGAN & MORGAN
John A. Yanchunis (*Pro Hac Vice* forthcoming)
(jyanchunis@forthepeople.com)
Ryan J. McGee (*Pro Hac Vice* forthcoming)
(rmcgee@forthepeople.com)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:    +1 813 223 5505

Attorneys for the Luna Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GILBERT LUNA, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br>Case No. 4:26-cv-03246-YGR<br><br><br>**JOINT SUBMISSION RE: RELATED CASES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR**

Pursuant to the Court's May 13, 2026 Order Re Processing of Removed Cases Related to the *Brown v. Google* Action (*Brown* Dkt. 1171), the Parties to the *Google Chrome Incognito Cases*, by and through the undersigned counsel, jointly submit the following list of cases removed to this District from the California Superior Court for the County of Santa Clara, as of the time of this filing.

While the large majority of these cases have been assigned to this Court, none have been formally related to *Brown, et al. v. Google LLC*, Case No.4:20-cv-03664-YGR- SVK ("*Brown*"). Defendant Google LLC ("Google") respectfully submitted an unopposed request to deem these actions related to *Brown*, and this request remains pending for determination. (*Brown* Dkt. Nos. 1156, 1166, 1168.)

The Parties are prepared to supplement the below list at appropriate intervals if necessary and as helpful to the Court.

### LIST OF REMOVED CASES

| Case Name | Federal Case No. | Assigned Judicial Officer |
|---|---|---|
| *Luna, et al v. Google LLC* | 4:26-cv-03246-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hawley, et al v. Google LLC* | 3:26-CV-03365-JD | Hon. James Donato |
| *Strebe, et al. v. Google LLC* | 5:26-cv-03389-PCP | Hon. P. Casey Pitts |
| *Maxey, et al. v. Google LLC* | 4:26-cv-03394-YGR | Hon. Yvonne Gonzalez Rogers |
| *Woods, et al. v. Google LLC* | 4:26-cv-03399-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jones, et al. v. Google LLC* | 5:26-cv-03401-EJD | Hon. Edward J. Davila |
| *Vargas, et al. v. Google LLC* | 4:26-cv-03405-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pasko, et al. v. Google LLC* | 4:26-cv-03407-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hoefling, et al. v. Google LLC* | 5:26-cv-03408-BLF | Hon. Beth L. Freeman |
| *Cross, et al. v. Google LLC* | 4:26-cv-03410-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cummings, et al. v. Google LLC* | 4:26-cv-03411-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ramirez, et al. v. Google LLC* | 4:26-cv-03416-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wiley, et al. v. Google LLC* | 4:26-cv-03397-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gorodkin, et al. v. Google LLC* | 4:26-cv-03419-YGR | Hon. Yvonne Gonzalez Rogers |
| *Blank, et al. v. Google LLC* | 5:26-cv-03420-EKL | Hon. Eumi K. Lee |
| *Grossman, et al. v. Google LLC* | 5:26-cv-03417-EKL | Hon. Eumi K. Lee |
| *Huballa, et al. v. Google LLC* | 4:26-cv-03409-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ali, et al. v. Google LLC* | 4:26-cv-03421-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gustafson, et al. v. Google LLC* | 4:26-cv-03412-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sturgis, et al. v. Google LLC* | 4:26-cv-03402-YGR | Hon. Yvonne Gonzalez Rogers |
| *Schaffer, et al. v. Google LLC* | 5:26-cv-03406-NW | Hon. Noël Wise |
| *Miller, et al. v. Google LLC* | 4:26-cv-03447-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR

| | | |
|---|---|---|
| *Everson, et al. v. Google LLC* | 4:26-cv-03456-YGR | Hon. Yvonne Gonzalez Rogers |
| *Amare, et al. v. Google LLC* | 4:26-cv-03458-YGR | Hon. Yvonne Gonzalez Rogers |
| *Krystalowich, et al. v. Google LLC* | 4:26-cv-03462-YGR | Hon. Yvonne Gonzalez Rogers |
| *Giampaoli, et al. v. Google LLC* | 4:26-cv-03464-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kelly, et al. v. Google LLC* | 4:26-cv-03466-YGR | Hon. Yvonne Gonzalez Rogers |
| *Chuidian, et al. v. Google LLC* | 4:26-cv-03442-YGR | Hon. Yvonne Gonzalez Rogers |
| *Walls, et al. v. Google LLC* | 4:26-cv-03440-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bender, et al. v. Google LLC* | 4:26-cv-03448-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bustos, et al. v. Google LLC* | 4:26-cv-03453-YGR | Hon. Yvonne Gonzalez Rogers |
| *McManus, et al. v. Google LLC* | 4:26-cv-03455-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fetterman, et al. v. Google LLC* | 4:26-cv-03461-YGR | Hon. Yvonne Gonzalez Rogers |
| *Islam, et al. v. Google LLC* | 4:26-cv-03463-YGR | Hon. Yvonne Gonzalez Rogers |
| *Suriano, et al. v. Google LLC* | 4:26-cv-03475-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ladner, et al. v. Google LLC* | 4:26-cv-03469-YGR | Hon. Yvonne Gonzalez Rogers |
| *Briggman, et al. v. Google LLC* | 4:26-cv-03468-YGR | Hon. Yvonne Gonzalez Rogers |
| *Churchill, et al. v. Google LLC* | 4:26-cv-03465-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mendoza, et al. v. Google LLC* | 4:26-cv-03467-YGR | Hon. Yvonne Gonzalez Rogers |
| *Trenkle, et al. v. Google LLC* | 4:26-cv-03445-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bradley, et al. v. Google LLC* | 4:26-cv-03505-YGR | Hon. Yvonne Gonzalez Rogers |
| *Listermann, et al. v. Google LLC* | 4:26-cv-03501-YGR | Hon. Yvonne Gonzalez Rogers |
| *Young, et al. v. Google LLC* | 4:26-cv-03507 | Unassigned |
| *Rodarte, et al. v. Google LLC* | 4:26-cv-03509-YGR | Hon. Yvonne Gonzalez Rogers |
| *Y. Betancourt, et al. v. Google LLC* | 4:26-cv-03499-YGR | Hon. Yvonne Gonzalez Rogers |
| *Campa, et al. v. Google LLC* | 4:26-cv-03498-YGR | Hon. Yvonne Gonzalez Rogers |
| *Aguilar, et al. v. Google LLC* | 4:26-cv-03511-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rhodes, et al. v. Google LLC* | 4:26-cv-03496-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hughes, et al. v. Google LLC* | 4:26-cv-03497-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brown, et al. v. Google LLC* | 4:26-cv-03522-YGR | Hon. Yvonne Gonzalez Rogers |
| *McClure-Ignacio, et al. v. Google LLC* | 4:26-cv-03575-YGR | Hon. Yvonne Gonzalez Rogers |
| *Garcia, et al. v. Google LLC* | 4:26-cv-03574-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gilliland, et al. v. Google LLC* | 4:26-cv-03573-YGR | Hon. Yvonne Gonzalez Rogers |
| *Olsta, et al. v. Google LLC* | 4:26-cv-03572-YGR | Hon. Yvonne Gonzalez Rogers |
| *Powers, et al. v. Google LLC* | 4:26-cv-03571-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gayton, et al. v. Google LLC* | 4:26-cv-03556-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bales, et al. v. Google LLC* | 4:26-cv-03564-YGR | Hon. Yvonne Gonzalez Rogers |
| *Castaldi, et al. v. Google LLC* | 4:26-cv-03566-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rice, et al. v. Google LLC* | 4:26-cv-03568-YGR | Hon. Yvonne Gonzalez Rogers |
| *Walker, et al. v. Google LLC* | 4:26-cv-03570-YGR | Hon. Yvonne Gonzalez Rogers |
| *J. Betancourt, et al. v. Google LLC* | 4:26-cv-03563-YGR | Hon. Yvonne Gonzalez Rogers |
| *Howard, et al. v. Google LLC* | 4:26-cv-03527-YGR | Hon. Yvonne Gonzalez Rogers |
| *Noy, et al. v. Google LLC* | 4:26-cv-03561-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mitchell, et al. v. Google LLC* | 4:26-cv-03532-YGR | Hon. Yvonne Gonzalez Rogers |
| *Falcone, et al. v. Google LLC* | 4:26-cv-03557-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR

| | | |
|---|---|---|
| *Ardito, et al. v. Google LLC* | 4:26-cv-03538-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cobb, et al. v. Google LLC* | 4:26-cv-03552-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dobyne, et al. v. Google LLC* | 4:26-cv-03562-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sharkey, et al. v. Google LLC* | 4:26-cv-03548-YGR | Hon. Yvonne Gonzalez Rogers |
| *Tejeda, et al. v. Google LLC* | 4:26-cv-03565-YGR | Hon. Yvonne Gonzalez Rogers |
| *Koier, et al. v. Google LLC* | 4:26-cv-03543-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brooner, et al. v. Google LLC* | 4:26-cv-03577-YGR | Hon. Yvonne Gonzalez Rogers |
| *Castleman, et al. v. Google LLC* | 4:26-cv-03580-YGR | Hon. Yvonne Gonzalez Rogers |
| *Deaton, et al. v. Google LLC* | 4:26-cv-03581-YGR | Hon. Yvonne Gonzalez Rogers |
| *Disney, et al. v. Google LLC* | 4:26-cv-03578-YGR | Hon. Yvonne Gonzalez Rogers |
| *Falante, et al. v. Google LLC* | 4:26-cv-03579-YGR | Hon. Yvonne Gonzalez Rogers |
| *Herring, et al. v. Google LLC* | 4:26-cv-03585-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ochoa, et al. v. Google LLC* | 4:26-cv-03587-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rai, et al. v. Google LLC* | 4:26-cv-03584-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roy, et al. v. Google LLC* | 4:26-cv-03586-YGR | Hon. Yvonne Gonzalez Rogers |
| *Saltsman, et al. v. Google LLC* | 4:26-cv-03582-YGR | Hon. Yvonne Gonzalez Rogers |
| *Valencia, et al. v. Google LLC* | 4:26-cv-03583-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fredrikson-Perez, et al. v. Google LLC* | 4:26-cv-03605-YGR | Hon. Yvonne Gonzalez Rogers |
| *Keeton, et al. v. Google LLC* | 4:26-cv-03613-YGR | Hon. Yvonne Gonzalez Rogers |
| *Webb, et al. v. Google LLC* | 4:26-cv-03611-YGR | Hon. Yvonne Gonzalez Rogers |
| *Byers, et al. v. Google LLC* | 3:26-cv-03606-YGR | Hon. Yvonne Gonzalez Rogers |
| *Enuma, et al. v. Google LLC* | 4:26-cv-03597-YGR | Hon. Yvonne Gonzalez Rogers |
| *Curiel, et al. v. Google LLC* | 4:26-cv-03616-YGR | Hon. Yvonne Gonzalez Rogers |
| *Priest, et al. v. Google LLC* | 4:26-cv-03630-YGR | Hon. Yvonne Gonzalez Rogers |
| *Atienza, et al. v. Google LLC* | 4:26-cv-03637-YGR | Hon. Yvonne Gonzalez Rogers |
| *LaPiana, et al. v. Google LLC* | 4:26-cv-03623-YGR | Hon. Yvonne Gonzalez Rogers |
| *Reardon, et al. v. Google LLC* | 4:26-cv-03619-YGR | Hon. Yvonne Gonzalez Rogers |
| *Messenger, et al. v. Google LLC* | 4:26-cv-03612-YGR | Hon. Yvonne Gonzalez Rogers |
| *Graziano, et al. v. Google LLC* | 4:26-cv-03603-YGR | Hon. Yvonne Gonzalez Rogers |
| *Berentis, et al. v. Google LLC* | 4:26-cv-03599-YGR | Hon. Yvonne Gonzalez Rogers |
| *Clark, et al. v. Google LLC* | 4:26-cv-03607-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rosenthal, et al. v. Google LLC* | 4:26-cv-03615-YGR | Hon. Yvonne Gonzalez Rogers |
| *Marinos, et al. v. Google LLC* | 4:26-cv-03617-YGR | Hon. Yvonne Gonzalez Rogers |
| *Padfield, et al. v. Google LLC* | 4:26-cv-03601-YGR | Hon. Yvonne Gonzalez Rogers |
| *Villarreal, et al. v. Google LLC* | 4:26-cv-03625-YGR | Hon. Yvonne Gonzalez Rogers |
| *Moore, et al. v. Google LLC* | 4:26-cv-03629-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bonano, et al. v. Google LLC* | 4:26-cv-03633-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mcmurtray-Longo, et al. v. Google LLC* | 4:26-cv-03634-YGR | Hon. Yvonne Gonzalez Rogers |
| *Julio, et al. v. Google LLC* | 4:26-cv-03635-YGR | Hon. Yvonne Gonzalez Rogers |
| *Humes Jr., et al. v. Google LLC* | 4:26-cv-03636-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sewell, et al. v. Google LLC* | 4:26-cv-03618-YGR | Hon. Yvonne Gonzalez Rogers |
| *Theodule-Patterson, et al. v. Google LLC* | 4:26-cv-03620-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

| | | |
|---|---|---|
| *Yake, et al. v. Google LLC* | 4:26-cv-03626-YGR | Hon. Yvonne Gonzalez Rogers |
| *Webber, et al. v. Google LLC* | 4:26-cv-03638-YGR | Hon. Yvonne Gonzalez Rogers |
| *Stahl, et al. v. Google LLC* | 4:26-cv-03639-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bednar, et al. v. Google LLC* | 4:26-cv-03640-YGR | Hon. Yvonne Gonzalez Rogers |
| *Paulson, et al. v. Google LLC* | 4:26-cv-03641-YGR | Hon. Yvonne Gonzalez Rogers |
| *Saxton, et al. v. Google LLC* | 4:26-cv-03645-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wittmeyer, et al. v. Google LLC* | 4:26-cv-03675-YGR | Hon. Yvonne Gonzalez Rogers |
| *E. Howard, et al. v. Google LLC* | 4:26-cv-03677-YGR | Hon. Yvonne Gonzalez Rogers |
| *Adams, et al. v. Google LLC* | 4:26-cv-03647-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rissmann, et al. v. Google LLC* | 4:26-cv-03650-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thurber, et al. v. Google LLC* | 4:26-cv-03654-YGR | Hon. Yvonne Gonzalez Rogers |
| *Houser, et al. v. Google LLC* | 4:26-cv-03663-YGR | Hon. Yvonne Gonzalez Rogers |
| *Harris, et al. v. Google LLC* | 4:26-cv-03666-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fidis, et al. v. Google LLC* | 4:26-cv-03668-YGR | Hon. Yvonne Gonzalez Rogers |
| *Nguyen, et al. v. Google LLC* | 4:26-cv-03669 | Unassigned |
| *Grant-Seales, et al. v. Google LLC* | 4:26-cv-03648-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ziobro, et al. v. Google LLC* | 4:26-cv-03653-YGR | Hon. Yvonne Gonzalez Rogers |
| *Young Sr., et al. v. Google LLC* | 4:26-cv-03658-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams-Jennings, et al. v. Google LLC* | 4:26-cv-03666-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ostler-Boring, et al. v. Google LLC* | 4:26-cv-03667-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hager-Duncan, et al. v. Google LLC* | 4:26-cv-03676-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hilton, et al. v. Google LLC* | 4:26-cv-03679-YGR | Hon. Yvonne Gonzalez Rogers |
| *O'Hagan III, et al. v. Google LLC* | 4:26-cv-03681-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pais, et al. v. Google LLC* | 4:26-cv-03687-YGR | Hon. Yvonne Gonzalez Rogers |
| *Costa Jr., et al. v. Google LLC* | 4:26-cv-03693-YGR | Hon. Yvonne Gonzalez Rogers |
| *Leclair-Peavy, et al. v. Google LLC* | 4:26-cv-03670-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jean-Francois, et al. v. Google LLC* | 4:26-cv-03671-YGR | Hon. Yvonne Gonzalez Rogers |
| *Stokes, et al. v. Google LLC* | 4:26-cv-03672-YGR | Hon. Yvonne Gonzalez Rogers |
| *Robinson III, et al. v. Google LLC* | 4:26-cv-03678-YGR | Hon. Yvonne Gonzalez Rogers |
| *Nail, et al. v. Google LLC* | 4:26-cv-03683-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rodriguez Jr., et al. v. Google LLC* | 4:26-cv-03688-YGR | Hon. Yvonne Gonzalez Rogers |
| *Arrellin Jr., et al. v. Google LLC* | 4:26-cv-03691-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carey, et al. v. Google LLC* | 4:26-cv-03695-YGR | Hon. Yvonne Gonzalez Rogers |
| *Shokes, et al. v. Google LLC* | 4:26-cv-03697-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ashley, et al. v. Google LLC* | 4:26-cv-03709-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cyr, et al. v. Google LLC* | 4:26-cv-03710-YGR | Hon. Yvonne Gonzalez Rogers |
| *Milton, et al. v. Google LLC* | 4:26-cv-03713-YGR | Hon. Yvonne Gonzalez Rogers |
| *Colclasure, et al. v. Google LLC* | 4:26-cv-03716-YGR | Hon. Yvonne Gonzalez Rogers |
| *Morse, et al. v. Google LLC* | 4:26-cv-03751-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thompson, et al. v. Google LLC* | 4:26-cv-03718-YGR | Hon. Yvonne Gonzalez Rogers |
| *Torres, et al. v. Google LLC* | 4:26-cv-03720-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fort, et al. v. Google LLC* | 4:26-cv-03727-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dixie, et al. v. Google LLC* | 4:26-cv-03728-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR

| | | |
|---|---|---|
| *Desormeaux, et al. v. Google LLC* | 4:26-cv-03731-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ding, et al. v. Google LLC* | 4:26-cv-03765-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jimison, et al. v. Google LLC* | 4:26-cv-03726-YGR | Hon. Yvonne Gonzalez Rogers |
| *Joassaint-Jules, et al. v. Google LLC* | 4:26-cv-03729-YGR | Hon. Yvonne Gonzalez Rogers |
| *Castro, et al. v. Google LLC* | 4:26-cv-03732-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hayes Jr., et al. v. Google LLC* | 4:26-cv-03734-YGR | Hon. Yvonne Gonzalez Rogers |
| *Warlick III, et al. v. Google LLC* | 4:26-cv-03736-YGR | Hon. Yvonne Gonzalez Rogers |
| *Riggins, et al. v. Google LLC* | 4:26-cv-03747-YGR | Hon. Yvonne Gonzalez Rogers |
| *Withers, et al. v. Google LLC* | 4:26-cv-03750-YGR | Hon. Yvonne Gonzalez Rogers |
| *Nicholson III, et al. v. Google LLC* | 4:26-cv-03755-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cameron-Dodd, et al. v. Google LLC* | 4:26-cv-03758-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hopstad-Redner, et al. v. Google LLC* | 4:26-cv-03715-YGR | Hon. Yvonne Gonzalez Rogers |
| *Allen Sr., et al. v. Google LLC* | 4:26-cv-03733-YGR | Hon. Yvonne Gonzalez Rogers |
| *Leblanc Jr., et al. v. Google LLC* | 4:26-cv-03735-YGR | Hon. Yvonne Gonzalez Rogers |
| *Czajkowski, et al. v. Google LLC* | 4:26-cv-03737-YGR | Hon. Yvonne Gonzalez Rogers |
| *Virgen-Sims, et al. v. Google LLC* | 4:26-cv-03743-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sanchez-Montalvo, et al. v. Google LLC* | 4:26-cv-03739-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brewster Jr., et al. v. Google LLC* | 4:26-cv-03748-YGR | Hon. Yvonne Gonzalez Rogers |
| *Perez-Mota, et al. v. Google LLC* | 4:26-cv-03754-YGR | Hon. Yvonne Gonzalez Rogers |
| *Greene-Smith, et al. v. Google LLC* | 4:26-cv-03757-YGR | Hon. Yvonne Gonzalez Rogers |
| *L. Brown, et al. v. Google LLC* | 4:26-cv-03759-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thomas, et al. v. Google LLC* | 4:26-cv-03770-YGR | Hon. Yvonne Gonzalez Rogers |
| *Tijerina, et al. v. Google LLC* | 4:26-cv-03771-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cenimo, et al. v. Google LLC* | 4:26-cv-03774-YGR | Hon. Yvonne Gonzalez Rogers |
| *Tony, et al. v. Google LLC* | 4:26-cv-03777-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jones, et al. v. Google LLC* | 4:26-cv-03780-YGR | Hon. Yvonne Gonzalez Rogers |
| *Faison Jr., et al. v. Google LLC* | 4:26-cv-03786-YGR | Hon. Yvonne Gonzalez Rogers |
| *Zemialkowski, et al. v. Google LLC* | 4:26-cv-03798-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kadar, et al. v. Google LLC* | 4:26-cv-03794-YGR | Hon. Yvonne Gonzalez Rogers |
| *Green Sr., et al. v. Google LLC* | 4:26-cv-03803-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bissett, et al. v. Google LLC* | 4:26-cv-03795-YGR | Hon. Yvonne Gonzalez Rogers |
| *Riggins, et al. v. Google LLC* | 4:26-cv-03803-YGR | Hon. Yvonne Gonzalez Rogers |
| *Liotti-Gomez, et al. v. Google LLC* | 4:26-cv-03805-YGR | Hon. Yvonne Gonzalez Rogers |
| *Eggleston, et al. v. Google LLC* | 4:26-cv-03808-YGR | Hon. Yvonne Gonzalez Rogers |
| *Taylor, et al. v. Google LLC* | 4:26-cv-03822-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roberson, et al. v. Google LLC* | 4:26-cv-03815-YGR | Hon. Yvonne Gonzalez Rogers |
| *Darby III, et al. v. Google LLC* | 4:26-cv-03817-YGR | Hon. Yvonne Gonzalez Rogers |
| *Nugent-Huie, et al. v. Google LLC* | 4:26-cv-03832-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pride Sr., et al. v. Google LLC* | 4:26-cv-03836-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carden, et al. v. Google LLC* | 4:26-cv-03849-YGR | Hon. Yvonne Gonzalez Rogers |
| *Laverdiere, et al. v. Google LLC* | 4:26-cv-03819-YGR | Hon. Yvonne Gonzalez Rogers |
| *J. Johnson, et al. v. Google LLC* | 4:26-cv-03828-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hayes, et al. v. Google LLC* | 4:26-cv-03831-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR

| | | |
|---|---|---|
| *Kuzbyt Jr., et al. v. Google LLC* | 4:26-cv-03834-YGR | Hon. Yvonne Gonzalez Rogers |
| *Claypoole, et al. v. Google LLC* | 4:26-cv-03839-YGR | Hon. Yvonne Gonzalez Rogers |
| *Maxwell-Lewinson, et al. v. Google LLC* | 4:26-cv-03841-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brown, et al. v. Google LLC* | 4:26-cv-03847-YGR | Hon. Yvonne Gonzalez Rogers |
| *White, et al. v. Google LLC* | 4:26-cv-03851-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kurland Jr., et al. v. Google LLC* | 4:26-cv-03853-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wolfram, et al. v. Google LLC* | 4:26-cv-03845-YGR | Hon. Yvonne Gonzalez Rogers |
| *Henderson, et al. v. Google LLC* | 4:26-cv-03854-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lampkin-Cain, et al. v. Google LLC* | 4:26-cv-03807-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kirkland III, et al. v. Google LLC* | 4:26-cv-03865-YGR | Hon. Yvonne Gonzalez Rogers |
| *Miller, et al. v. Google LLC* | 4:26-cv-03867-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dunlap-Parker, et al. v. Google LLC* | 4:26-cv-03870-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ranking Sr., et al. v. Google LLC* | 4:26-cv-03873-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yabut III, et al. v. Google LLC* | 4:26-cv-03879-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gravel, et al. v. Google LLC* | 4:26-cv-03882-YGR | Hon. Yvonne Gonzalez Rogers |
| *Schwartz, et al. v. Google LLC* | 4:26-cv-03887-YGR | Hon. Yvonne Gonzalez Rogers |
| *Terry, et al. v. Google LLC* | 4:26-cv-03893-YGR | Hon. Yvonne Gonzalez Rogers |
| *Moses-Immons, et al. v. Google LLC* | 4:26-cv-03901-YGR | Hon. Yvonne Gonzalez Rogers |
| *Madeya-Skinner, et al. v. Google LLC* | 4:26-cv-03911-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pugh, et al. v. Google LLC* | 4:26-cv-03881-YGR | Hon. Yvonne Gonzalez Rogers |
| *Morgan, et al. v. Google LLC* | 4:26-cv-03959-YGR | Hon. Yvonne Gonzalez Rogers |
| *Livingston III, et al. v. Google LLC* | 4:26-cv-03886-YGR | Hon. Yvonne Gonzalez Rogers |
| *Garcia Jr., et al. v. Google LLC* | 4:26-cv-03895-YGR | Hon. Yvonne Gonzalez Rogers |
| *Marshall-Reeves, et al. v. Google LLC* | 4:26-cv-03962-YGR | Hon. Yvonne Gonzalez Rogers |
| *Asgari-Majd, et al. v. Google LLC* | 4:26-cv-03934-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dumas, et al. v. Google LLC* | 4:26-cv-03878-YGR | Hon. Yvonne Gonzalez Rogers |
| *Seewright, et al. v. Google LLC* | 4:26-cv-03941-YGR | Hon. Yvonne Gonzalez Rogers |
| *Guidry Jr., et al. v. Google LLC* | 4:26-cv-03946-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ford-Howard, et al. v. Google LLC* | 4:26-cv-03954-YGR | Hon. Yvonne Gonzalez Rogers |
| *Escobar III, et al. v. Google LLC* | 4:26-cv-03957-YGR | Hon. Yvonne Gonzalez Rogers |
| *Scott Jr., et al. v. Google LLC* | 4:26-cv-03960-YGR | Hon. Yvonne Gonzalez Rogers |
| *Page, et al. v. Google LLC* | 4:26-cv-03964-YGR | Hon. Yvonne Gonzalez Rogers |
| *Johnson Sr., et al. v. Google LLC* | 4:26-cv-03924-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thweatt, et al. v. Google LLC* | 4:26-cv-03929-YGR | Hon. Yvonne Gonzalez Rogers |
| *Leckie III, et al. v. Google LLC* | 4:26-cv-03938-YGR | Hon. Yvonne Gonzalez Rogers |
| *Solis-Londa, et al. v. Google LLC* | 4:26-cv-03943-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mohan, et al. v. Google LLC* | 4:26-cv-03947-YGR | Hon. Yvonne Gonzalez Rogers |
| *Waller, et al. v. Google LLC* | 4:26-cv-03949-YGR | Hon. Yvonne Gonzalez Rogers |
| *Schaffner, et al. v. Google LLC* | 4:26-cv-03951-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kurtz-Miller, et al. v. Google LLC* | 4:26-cv-03990-YGR | Hon. Yvonne Gonzalez Rogers |
| *White-Burney, et al. v. Google LLC* | 4:26-cv-03991-YGR | Hon. Yvonne Gonzalez Rogers |
| *Vloke-Wurth, et al. v. Google LLC* | 4:26-cv-03994-YGR | Hon. Yvonne Gonzalez Rogers |
| *Matta, et al. v. Google LLC* | 4:26-cv-03998-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

**JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR**

| | | |
|---|---|---|
| *Horne-Snellings, et al. v. Google LLC* | 4:26-cv-04007-YGR | Hon. Yvonne Gonzalez Rogers |
| *Daniel, et al. v. Google LLC* | 4:26-cv-04010-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams, et al. v. Google LLC* | 4:26-cv-04014-YGR | Hon. Yvonne Gonzalez Rogers |
| *Karamanian-Gleba, et al. v. Google LLC* | 4:26-cv-03993-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hardy, et al. v. Google LLC* | 4:26-cv-03999-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hearn Jr., et al. v. Google LLC* | 4:26-cv-04006-YGR | Hon. Yvonne Gonzalez Rogers |
| *Snider, et al. v. Google LLC* | 4:26-cv-04009-YGR | Hon. Yvonne Gonzalez Rogers |
| *Belk, et al. v. Google LLC* | 4:26-cv-04011-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carey, et al. v. Google LLC* | 4:26-cv-04013-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sorenson, et al. v. Google LLC* | 4:26-cv-04017-YGR | Hon. Yvonne Gonzalez Rogers |
| *Johnson-Griggs, et al. v. Google LLC* | 4:26-cv-04016-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brown-Hughes, et al. v. Google LLC* | 4:26-cv-04018-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mcleish-Mays, et al. v. Google LLC* | 4:26-cv-04020-YGR | Hon. Yvonne Gonzalez Rogers |
| *Maymi-Rivera, et al. v. Google LLC* | 4:26-cv-04027-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thomason-Yeater, et al. v. Google LLC* | 4:26-cv-04035-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yancey-Harris, et al. v. Google LLC* | 4:26-cv-04037-YGR | Hon. Yvonne Gonzalez Rogers |
| *Benitez Jr., et al. v. Google LLC* | 4:26-cv-04043-YGR | Hon. Yvonne Gonzalez Rogers |
| *Somerville-Cleve, et al. v. Google LLC* | 4:26-cv-04071-YGR | Hon. Yvonne Gonzalez Rogers |
| *Moure Jr., et al. v. Google LLC* | 4:26-cv-04076-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bryant-Booker, et al. v. Google LLC* | 4:26-cv-04082-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bluitt-Spann, et al. v. Google LLC* | 4:26-cv-04088-YGR | Hon. Yvonne Gonzalez Rogers |
| *Norris III, et al. v. Google LLC* | 4:26-cv-04095-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lupa, et al. v. Google LLC* | 4:26-cv-04104-YGR | Hon. Yvonne Gonzalez Rogers |
| *Morrow-Foster, et al. v. Google LLC* | 4:26-cv-04108-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jordan-Mcgreevy, et al. v. Google LLC* | 4:26-cv-04079-YGR | Hon. Yvonne Gonzalez Rogers |
| *Flynn III, et al. v. Google LLC* | 4:26-cv-04117-YGR | Hon. Yvonne Gonzalez Rogers |
| *Harrington-Jacobs, et al. v. Google LLC* | 4:26-cv-04084-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mcmeekin, et al. v. Google LLC* | 4:26-cv-04086-YGR | Hon. Yvonne Gonzalez Rogers |
| *Singleton, et al. v. Google LLC* | 4:26-cv-04090-YGR | Hon. Yvonne Gonzalez Rogers |
| *Foster, et al. v. Google LLC* | 4:26-cv-04093-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hutchins Jr., et al. v. Google LLC* | 4:26-cv-04060-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams-Oswill, et al. v. Google LLC* | 4:26-cv-04070-YGR | Hon. Yvonne Gonzalez Rogers |
| *Vance Jr., et al. v. Google LLC* | 4:26-cv-04073-YGR | Hon. Yvonne Gonzalez Rogers |
| *Davis, et al. v. Google LLC* | 4:26-cv-04083-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ferreira Jr., et al. v. Google LLC* | 4:26-cv-04087-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mai, et al. v. Google LLC* | 4:26-cv-04099-YGR | Hon. Yvonne Gonzalez Rogers |
| *Linhoff, et al. v. Google LLC* | 4:26-cv-04105-YGR | Hon. Yvonne Gonzalez Rogers |
| *Link Jr., et al. v. Google LLC* | 4:26-cv-04110-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pruett-Satrapa, et al. v. Google LLC* | 4:26-cv-04123-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams, et al. v. Google LLC* | 4:26-cv-04125-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams-Paige, et al. v. Google LLC* | 4:26-cv-04128-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fields, et al. v. Google LLC* | 4:26-cv-04130-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR

| | | |
|---|---|---|
| *Meyer-Acunzo, et al. v. Google LLC* | 4:26-cv-04138-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lawrence, et al. v. Google LLC* | 4:26-cv-04143-YGR | Hon. Yvonne Gonzalez Rogers |
| *Durrani, et al. v. Google LLC* | 4:26-cv-04149-YGR | Hon. Yvonne Gonzalez Rogers |
| *Salmeri Jr., et al. v. Google LLC* | 4:26-cv-04127-YGR | Hon. Yvonne Gonzalez Rogers |
| *Caywood Jr., et al. v. Google LLC* | 4:26-cv-04129-YGR | Hon. Yvonne Gonzalez Rogers |
| *Monroe, et al. v. Google LLC* | 4:26-cv-04133-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lectora, et al. v. Google LLC* | 4:26-cv-04137-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dunham, et al. v. Google LLC* | 4:26-cv-04140-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cheng, et al. v. Google LLC* | 4:26-cv-04153-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bryant, et al. v. Google LLC* | 4:26-cv-04156-YGR | Hon. Yvonne Gonzalez Rogers |
| *Terry, et al. v. Google LLC* | 4:26-cv-04134-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mitchell-Harlee, et al. v. Google LLC* | 4:26-cv-04141-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mathis-Perez, et al. v. Google LLC* | 4:26-cv-04147-YGR | Hon. Yvonne Gonzalez Rogers |
| *Abernathy, et al. v. Google LLC* | 4:26-cv-04152-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yates Jr., et al. v. Google LLC* | 4:26-cv-04155-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bergeron Jr., et al. v. Google LLC* | 4:26-cv-04159-YGR | Hon. Yvonne Gonzalez Rogers |
| *Crawford,, et al. v. Google LLC* | 4:26-cv-04158-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williamson, et al. v. Google LLC* | 4:26-cv-04177-YGR | Hon. Yvonne Gonzalez Rogers |
| *Giles, et al. v. Google LLC* | 4:26-cv-04182-YGR | Hon. Yvonne Gonzalez Rogers |
| *Blankenship Jr., et al. v. Google LLC* | 4:26-cv-04189-YGR | Hon. Yvonne Gonzalez Rogers |
| *L. Johnson, et al. v. Google LLC* | 4:26-cv-04181-YGR | Hon. Yvonne Gonzalez Rogers |
| *Batchelor, et al. v. Google LLC* | 4:26-cv-04187-YGR | Hon. Yvonne Gonzalez Rogers |
| *Taylor-Epps, et al. v. Google LLC* | 4:26-cv-04185-YGR | Hon. Yvonne Gonzalez Rogers |
| *Noble, et al. v. Google LLC* | 4:26-cv-04190-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mcmillen-Dodd, et al. v. Google LLC* | 4:26-cv-04192-YGR | Hon. Yvonne Gonzalez Rogers |
| *Basah, et al. v. Google LLC* | 4:26-cv-04195-YGR | Hon. Yvonne Gonzalez Rogers |
| *Arvelo-Perez, et al. v. Google LLC* | 4:26-cv-04186-YGR | Hon. Yvonne Gonzalez Rogers |
| *Byers Jr., et al. v. Google LLC* | 4:26-cv-04191-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gorospe Jr., et al. v. Google LLC* | 4:26-cv-04193-YGR | Hon. Yvonne Gonzalez Rogers |
| *Simmons-Jacobs, et al. v. Google LLC* | 4:26-cv-04196-YGR | Hon. Yvonne Gonzalez Rogers |
| *Amato, et al. v. Google LLC* | 4:26-cv-04199-YGR | Hon. Yvonne Gonzalez Rogers |
| *Velazquez-Rea, et al. v. Google LLC* | 4:26-cv-04200-YGR | Hon. Yvonne Gonzalez Rogers |
| *Anderson, et al. v. Google LLC* | 4:26-cv-04194-YGR | Hon. Yvonne Gonzalez Rogers |
| *Skiba, et al. v. Google LLC* | 4:26-cv-04202-YGR | Hon. Yvonne Gonzalez Rogers |
| *Penetar, et al. v. Google LLC* | 4:26-cv-04205-YGR | Hon. Yvonne Gonzalez Rogers |
| *Green, et al. v. Google LLC* | 4:26-cv-04208-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rowe Jr., et al. v. Google LLC* | 4:26-cv-04212-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hafeez-Bey, et al. v. Google LLC* | 4:26-cv-04236-YGR | Hon. Yvonne Gonzalez Rogers |
| *Newfield, et al. v. Google LLC* | 4:26-cv-04239-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fuller, et al. v. Google LLC* | 4:26-cv-04241-YGR | Hon. Yvonne Gonzalez Rogers |
| *Al-Suqi, et al. v. Google LLC* | 4:26-cv-04266-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cumens Jr., et al. v. Google LLC* | 4:26-cv-04270-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wells, et al. v. Google LLC* | 4:26-cv-04275-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR

| | | |
|---|---|---|
| *Wimberly Sr., et al. v. Google LLC* | 4:26-cv-04282-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jordan Jr., et al. v. Google LLC* | 4:26-cv-04243-YGR | Hon. Yvonne Gonzalez Rogers |
| *Chavez Jr., et al. v. Google LLC* | 4:26-cv-04245-YGR | Hon. Yvonne Gonzalez Rogers |
| *Eldridge Jr., et al. v. Google LLC* | 4:26-cv-04262-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mack-Moore, et al. v. Google LLC* | 4:26-cv-04269-YGR | Hon. Yvonne Gonzalez Rogers |
| *Johnson, et al. v. Google LLC* | 4:26-cv-04278-YGR | Hon. Yvonne Gonzalez Rogers |
| *Heaton, et al. v. Google LLC* | 4:26-cv-04287-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ali, et al. v. Google LLC* | 4:26-cv-04289-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wise, et al. v. Google LLC* | 4:26-cv-04249-YGR | Hon. Yvonne Gonzalez Rogers |
| *J. Johnson, et al. v. Google LLC* | 4:26-cv-04251-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ewan, et al. v. Google LLC* | 4:26-cv-04253-YGR | Hon. Yvonne Gonzalez Rogers |
| *Trevino, et al. v. Google LLC* | 4:26-cv-04257-YGR | Hon. Yvonne Gonzalez Rogers |
| *Langevin, et al. v. Google LLC* | 4:26-cv-04271-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carter, et al. v. Google LLC* | 4:26-cv-04273-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roush, et al. v. Google LLC* | 4:26-cv-04302-YGR | Hon. Yvonne Gonzalez Rogers |
| *Huberts Jr., et al. v. Google LLC* | 4:26-cv-04306-YGR | Hon. Yvonne Gonzalez Rogers |
| *Vance, et al. v. Google LLC* | 4:26-cv-04314-YGR | Hon. Yvonne Gonzalez Rogers |
| *Buchanan-Harris, et al. v. Google LLC* | 4:26-cv-04317-YGR | Hon. Yvonne Gonzalez Rogers |
| *Coleman-Battle, et al. v. Google LLC* | 4:26-cv-04328-YGR | Hon. Yvonne Gonzalez Rogers |
| *White-Johnson, et al. v. Google LLC* | 4:26-cv-04336-YGR | Hon. Yvonne Gonzalez Rogers |
| *Radcliff-Lopez, et al. v. Google LLC* | 4:26-cv-04344-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lomba Sr., et al. v. Google LLC* | 4:26-cv-04303-YGR | Hon. Yvonne Gonzalez Rogers |
| *Puccio Jr., et al. v. Google LLC* | 4:26-cv-04305-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roman-Olmeda, et al. v. Google LLC* | 4:26-cv-04309-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sigman III, et al. v. Google LLC* | 4:26-cv-04311-YGR | Hon. Yvonne Gonzalez Rogers |
| *Magume Jr., et al. v. Google LLC* | 4:26-cv-04318-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hamel Jr., et al. v. Google LLC* | 4:26-cv-04320-YGR | Hon. Yvonne Gonzalez Rogers |
| *Plater-Melgar, et al. v. Google LLC* | 4:26-cv-04299-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hawkins Sr., et al. v. Google LLC* | 4:26-cv-04300-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carathers, et al. v. Google LLC* | 4:26-cv-04304-YGR | Hon. Yvonne Gonzalez Rogers |
| *Neal Sr., et al. v. Google LLC* | 4:26-cv-04307-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cosanatan Jr., et al. v. Google LLC* | 4:26-cv-04315-YGR | Hon. Yvonne Gonzalez Rogers |
| *Krum, et al. v. Google LLC* | 4:26-cv-04325-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rousey, et al. v. Google LLC* | 4:26-cv-04337-YGR | Hon. Yvonne Gonzalez Rogers |
| *Misra, et al. v. Google LLC* | 4:26-cv-04298-YGR | Hon. Yvonne Gonzalez Rogers |
| *Butler Jr., et al. v. Google LLC* | 4:26-cv-04294-YGR | Hon. Yvonne Gonzalez Rogers |
| *Newberry Jr., et al. v. Google LLC* | 4:26-cv-04355-YGR | Hon. Yvonne Gonzalez Rogers |
| *Olumuyiwa-Olamina, et al. v. Google LLC* | 4:26-cv-04358-YGR | Hon. Yvonne Gonzalez Rogers |
| *Waisel, et al. v. Google LLC* | 4:26-cv-04363-YGR | Hon. Yvonne Gonzalez Rogers |
| *Stiles, et al. v. Google LLC* | 4:26-cv-04364-YGR | Hon. Yvonne Gonzalez Rogers |
| *Price Jr., et al. v. Google LLC* | 4:26-cv-04370-YGR | Hon. Yvonne Gonzalez Rogers |
| *Butler, et al. v. Google LLC* | 4:26-cv-04378-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR

| | | |
|---|---|---|
| *Reynolds, et al. v. Google LLC* | 4:26-cv-04382-YGR | Hon. Yvonne Gonzalez Rogers |
| *Schrank-Blan, et al. v. Google LLC* | 4:26-cv-04359-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ellis Jr., et al. v. Google LLC* | 4:26-cv-04366-YGR | Hon. Yvonne Gonzalez Rogers |
| *Larocca Jr., et al. v. Google LLC* | 4:26-cv-04367-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hawkins Jr., et al. v. Google LLC* | 4:26-cv-04368-YGR | Hon. Yvonne Gonzalez Rogers |
| *Boehm Jr., et al. v. Google LLC* | 4:26-cv-04371-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jensen, et al. v. Google LLC* | 4:26-cv-04372-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lafrance, et al. v. Google LLC* | 4:26-cv-04374-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yarberry, et al. v. Google LLC* | 4:26-cv-04360-YGR | Hon. Yvonne Gonzalez Rogers |
| *Chriswell Jr., et al. v. Google LLC* | 4:26-cv-04365-YGR | Hon. Yvonne Gonzalez Rogers |
| *Watts Sr., et al. v. Google LLC* | 4:26-cv-04369-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lettman, et al. v. Google LLC* | 4:26-cv-04380-YGR | Hon. Yvonne Gonzalez Rogers |
| *Barnett, et al. v. Google LLC* | 4:26-cv-04386-YGR | Hon. Yvonne Gonzalez Rogers |
| *Provencher, et al. v. Google LLC* | 4:26-cv-04400-YGR | Hon. Yvonne Gonzalez Rogers |
| *Estes Jr., et al. v. Google LLC* | 4:26-cv-04403-YGR | Hon. Yvonne Gonzalez Rogers |
| *Almukaddem, et al. v. Google LLC* | 4:26-cv-04411-YGR | Hon. Yvonne Gonzalez Rogers |
| *Baker, et al. v. Google LLC* | 4:26-cv-04417-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roberts Jr., et al. v. Google LLC* | 4:26-cv-04436-YGR | Hon. Yvonne Gonzalez Rogers |
| *Coleman, et al. v. Google LLC* | 4:26-cv-04442-YGR | Hon. Yvonne Gonzalez Rogers |
| *Olumba-Welsh, et al. v. Google LLC* | 4:26-cv-04448-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jackson-Mcclure, et al. v. Google LLC* | 4:26-cv-04418-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lee-Smith, et al. v. Google LLC* | 4:26-cv-04426-YGR | Hon. Yvonne Gonzalez Rogers |
| *Collins Jr., et al. v. Google LLC* | 4:26-cv-04433-YGR | Hon. Yvonne Gonzalez Rogers |
| *Aguilera Jr., et al. v. Google LLC* | 4:26-cv-04437-YGR | Hon. Yvonne Gonzalez Rogers |
| *Morrow, et al. v. Google LLC* | 4:26-cv-04413-YGR | Hon. Yvonne Gonzalez Rogers |
| *Shears-Barnes, et al. v. Google LLC* | 4:26-cv-04424-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thomas-King, et al. v. Google LLC* | 4:26-cv-04439-YGR | Hon. Yvonne Gonzalez Rogers |
| *Goodman, et al. v. Google LLC* | 4:26-cv-04454-YGR | Hon. Yvonne Gonzalez Rogers |
| *Meshelany Jr., et al. v. Google LLC* | 4:26-cv-04456-YGR | Hon. Yvonne Gonzalez Rogers |
| *Evans Jr., et al. v. Google LLC* | 4:26-cv-04466-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hall Jr., et al. v. Google LLC* | 4:26-cv-04468-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rosario, et al. v. Google LLC* | 4:26-cv-04470-YGR | Hon. Yvonne Gonzalez Rogers |
| *Snyder, et al. v. Google LLC* | 4:26-cv-04475-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fullen-Cartier, et al. v. Google LLC* | 4:26-cv-04460-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cardona III, et al. v. Google LLC* | 4:26-cv-04462-YGR | Hon. Yvonne Gonzalez Rogers |
| *Alexander, et al. v. Google LLC* | 4:26-cv-04459-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rigaud III, et al. v. Google LLC* | 4:26-cv-04486-YGR | Hon. Yvonne Gonzalez Rogers |
| *Banks, et al. v. Google LLC* | 4:26-cv-04487-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lawler III, et al. v. Google LLC* | 4:26-cv-04491-YGR | Hon. Yvonne Gonzalez Rogers |
| *Torres, et al. v. Google LLC* | 4:26-cv-04493-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ahluwalia, et al. v. Google LLC* | 4:26-cv-04497-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ramirez, et al. v. Google LLC* | 4:26-cv-04501-YGR | Hon. Yvonne Gonzalez Rogers |
| *Houang, et al. v. Google LLC* | 4:26-cv-04506-YGR | Hon. Yvonne Gonzalez Rogers |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR

| | | |
|---|---|---|
| *Wesson Sr., et al. v. Google LLC* | 4:26-cv-04511-YGR | Hon. Yvonne Gonzalez Rogers |
| *Palmer, et al. v. Google LLC* | 4:26-cv-04522-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ridha, et al. v. Google LLC* | 4:26-cv-04524-YGR | Hon. Yvonne Gonzalez Rogers |
| *Garcia-Solis, et al. v. Google LLC* | 4:26-cv-04537-YGR | Hon. Yvonne Gonzalez Rogers |
| *Reynolds Jr., et al. v. Google LLC* | 4:26-cv-04507-YGR | Hon. Yvonne Gonzalez Rogers |
| *Boudreaux Jr., et al. v. Google LLC* | 4:26-cv-04513-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kovalck Jr., et al. v. Google LLC* | 4:26-cv-04521-YGR | Hon. Yvonne Gonzalez Rogers |
| *Werling, et al. v. Google LLC* | 4:26-cv-04533-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pierre-Louis, et al. v. Google LLC* | 4:26-cv-04538-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jean-Baptiste, et al. v. Google LLC* | 4:26-cv-04551-YGR | Hon. Yvonne Gonzalez Rogers |
| *Houston, et al. v. Google LLC* | 4:26-cv-04561-YGR | Hon. Yvonne Gonzalez Rogers |
| *Smith Sr., et al. v. Google LLC* | 4:26-cv-04584-YGR | Hon. Yvonne Gonzalez Rogers |
| *Henderson Jr., et al. v. Google LLC* | 4:26-cv-04588-YGR | Hon. Yvonne Gonzalez Rogers |
| *Miller Jr., et al. v. Google LLC* | 4:26-cv-04583-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bonilla-Toledo, et al. v. Google LLC* | 4:26-cv-04587-YGR | Hon. Yvonne Gonzalez Rogers |
| *Patel, et al. v. Google LLC* | 4:26-cv-04591-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kenny, et al. v. Google LLC* | 4:26-cv-04586-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hammond Sr., et al. v. Google LLC* | 4:26-cv-04627 | Unassigned |
| *Srewart Sr., et al. v. Google LLC* | 4:26-cv-04634-YGR | Hon. Yvonne Gonzalez Rogers |
| *Usry, et al. v. Google LLC* | 4:26-cv-04636 | Unassigned |
| *Barnes Jr., et al. v. Google LLC* | 4:26-cv-04589-YGR | Hon. Yvonne Gonzalez Rogers |
| *Redd, et al. v. Google LLC* | 4:26-cv-04593-YGR | Hon. Yvonne Gonzalez Rogers |
| *Price, et al. v. Google LLC* | 4:26-cv-04600-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wallace-Wilson, et al. v. Google LLC* | 4:26-cv-04603-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bist Jr., et al. v. Google LLC* | 4:26-cv-04606-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sadler, et al. v. Google LLCs* | 4:26-cv-04637 | Unassigned |
| *Tegeler, et al. v. Google LLC* | 4:26-cv-04595-YGR | Hon. Yvonne Gonzalez Rogers |
| *Farinas, et al. v. Google LLC* | 4:26-cv-04601-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sebree Jr., et al. v. Google LLC* | 4:26-cv-04607-YGR | Hon. Yvonne Gonzalez Rogers |
| *Taylor-St. John, et al. v. Google LLC* | 4:26-cv-04594-YGR | Hon. Yvonne Gonzalez Rogers |
| *White Jr., et al. v. Google LLC* | 4:26-cv-04605-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thompson, et al. v. Google LLC* | 4:26-cv-04614-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jusino, et al. v. Google LLC* | 4:26-cv-04620 | Unassigned |
| *Pierre-Louis, et al. v. Google LLC* | 4:26-cv-04625 | Unassigned |
| *David-Hall, et al. v. Google LLC* | 4:26-cv-04630 | Unassigned |

Dated: May 15, 2026

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

| COOLEY LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Aarti Reddy* | */s/ Mark C. Mao* |

**COOLEY LLP**

*/s/ Aarti Reddy*

Aarti Reddy (274889)
(areddy@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorney for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**

*/s/ Mark C. Mao*

Mark C. Mao (236165)
(mmao@bsfllp.com)
Beko Reblitz-Richardson (238027)
(brichardson@bsfllp.com)
Joshua M. Stein (298856)
(jstein@bsfllp.com)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    +1 415 293 6858
Facsimile:    +1 415 999 9695

David Boies (*Pro Hac Vice* forthcoming)
(dboies@bsfllp.com)
333 Main Street
Armonk, NY 10504
Telephone:    +1 914 749 8200

James W. Lee (*Pro Hac Vice* forthcoming)
(jlee@bsfllp.com)
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone:    +1 305 539 8400
Facsimile:    +1 305 539 1304

Alison L. Anderson (275334)
(alanderson@bsfllp.com)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone:    +1 213 629 9040

M. Logan Wright (349004)
(mwright@bsfllp.com)
1401 New York Ave., NW
Washington, D.C. 20005
Telephone:    +1 202 237 2727
Facsimile:    +1 202 237 6131

**MORGAN & MORGAN, P.A.**

John A. Yanchunis (*Pro Hac Vice* forthcoming)
(jyanchunis@forthepeople.com)
Ryan J. McGee (*Pro Hac Vice* forthcoming)
(rmcgee@forthepeople.com)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:    +1 813 223 5505
Facsimile:    +1 813 222 4736

*Attorneys for Boies Schiller Flexner and
Morgan & Morgan Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

JOINT SUBMISSION RE: RELATED CASES
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR