# EXHIBIT A

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice* forthcoming)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

*Attorneys for the Luna Plaintiffs; additional counsel listed in signature blocks below*

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice* forthcoming)
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GILBERT LUNA, et al.,

    Plaintiffs,

        v.

GOOGLE LLC,

    Defendant.

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:26-cv-03246-YGR

**PLAINTIFFS' PROPOSED INCOGNITO CLAIMS SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

CASE NO. 4:26-cv-03246-YGR

INCOGNITO CLAIMS SHORT FORM COMPLAINT

The individual whose name appears below ("Plaintiff") files this Short Form Complaint and Demand for Jury Trial against the Defendant Google LLC ("Google") by and through the undersigned counsel. Plaintiff through counsel previously asserted claims against Google with a complaint filed in state court, which was amended and then removed by Google. With this Short Form Complaint, Plaintiff incorporates by reference the allegations, claims, and relief sought in the Master Complaint in *Luna v. Google*, 5:26-cv-03246-NC ("*Luna* Master Complaint"). Specifically, Plaintiff incorporates by reference the following paragraphs from the *Luna* Master Complaint: 1-11, 63-198, 450-540, and Prayer for Relief and asserts all of the causes of action contained in the *Luna* Master Complaint. Plaintiff, by and through undersigned counsel, alleges as follows:

### A. PLAINTIFF IDENTIFICATION

1. Plaintiff's name:

   _____

2. Plaintiffs' age:

   _____

3. Plaintiff's residence (city and state):

   _____

### B. PLAINTIFF'S GOOGLE ACCOUNT

4. Whether Plaintiff has since June 2, 2016 had one or more Google accounts:

   _____

   *Plaintiff to separately provide Google account information (e.g., Gmail account) to Google as confidential subject to a protective order.*

INCOGNITO CLAIMS SHORT FORM COMPLAINT

## C. **PLAINTIFF'S INCOGNITO MODE USAGE**

6. Whether Plaintiff has since June 2, 2016 used Incognito (referring to the browsing mode in Google's Chrome browser) to access the internet and visit non-Google (i.e., third-party) websites:

_____

7. Whether Plaintiff used Incognito mode within the twelve (12) month period prior to engaging counsel (with counsel engaged in late 2023):

_____

8. The estimated frequency with regards to Plaintiff's use of Incognito:

_____

9. The devices used by Plaintiff with Incognito:

_____

*Plaintiff and Google to separately work together to exchange additional information regarding Incognito usage subject to a protective order.*

WHEREFORE, Plaintiff prays for relief and judgment against Google and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiff may be entitled.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.

DATED: _____    By:  _/s/_____

David Boies (*pro hac vice* forthcoming)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice* forthcoming)
jlee@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel: (213) 629-9040

John A. Yanchunis (*pro hac vice* forthcoming)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice* forthcoming)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
1390 Market Street, Ste 200,

-3-    CASE NO. 4:26-cv-03246-YGR

San Francisco, CA 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6923

*Attorneys for Plaintiff*

CASE NO. 4:26-cv-03246-YGR
INCOGNITO CLAIMS SHORT FORM COMPLAINT