**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHASOM BROWN ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC ET AL.,**<br><br>Defendants. | **Case No.: 4:20-CV-03664-YGR**<br><br>**ORDER RE PROCESSING OF REMOVED CASES RELATED TO THE *BROWN V. GOOGLE* ACTION** |

**To the Clerk of the Court:**

Automatic scheduling of case management conferences or any other deadlines **SHALL BE** paused in all actions filed and related to this action until further order by this Court.

**IT IS SO ORDERED.**

Date:   May 26, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**