COOLEY LLP
AARTI REDDY (274889)
(areddy@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILBERT LUNA, et al.,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOOGLE LLC,<br><br>                    Defendants. | Case No. 4:20-cv-03664-YGR-SVK<br>Case No. 4:26-cv-03246-YGR<br><br>**DEFENDANT GOOGLE LLC'S SUPPLEMENTAL RESPONSE RE: STIPULATION TO MAGISTRATE ASSIGNMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to the Court's May 20, 2026 correspondence regarding whether Defendant Google LLC ("Google") will consent to a Magistrate Judge, and as a supplement to Google's May 20, 2026 response (Dkt. 1176), Google respectfully responds as follows:

The parties have met and conferred, but were unable to identify a mutually agreeable Magistrate Judge for reassignment. As such, Google declines to consent to the jurisdiction of a United States Magistrate Judge.

Dated: May 26, 2026                                        COOLEY LLP


                                                           By: */s/ Aarti Reddy*
                                                                Aarti Reddy

                                                           Attorney for Defendant
                                                           GOOGLE LLC

336978579

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPP. RESP RE: STIP TO MAGISTRATE
CASE NO. 4:20-CV-03664-YGR-SVK
CASE NO. 4:26-CV-03246-YGR