Kirky
305 Kedler Rd
Rincon GA 31326



CERTIFIED MAIL

9589 0710 5270 2648 9704 07

**RECEIVED**

MAY 19 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**Retail**



95113

RDC 99

U.S. POSTA
FCM LG EN
RINCON, GA
MAY 15, 202

$12.1

S2324K50464

Clerk of court
United states District court
North District of California
280 S. 1st street Room 2112
San Jose CA 95113

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
united States District Court
Northern District of California
280 South 1st Street Room 2112
San Jose CA 95113

9590 9402 9377 5002 2646 89

9589 0710 5270 2648 9704 07

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*　　C. Date of Delivery

D. Is delivery address different from item 1?　☐ Yes
　If YES, enter delivery address below:　☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053　　　　Domestic Return Receipt