**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

20-cv-03664-YGR
Brown v. Google LLC

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

Please see attached list of removed cases.

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:  June 2, 2026                    By: _____
                                          United States District Judge

1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**LIST OF REMOVED CASES**

| Case Name | Federal Case No. | Assigned Judicial Officer |
|---|---|---|
| *Luna, et al v. Google LLC* | 4:26-cv-03246-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hawley, et al v. Google LLC* | 3:26-CV-03365-JD | Hon. James Donato |
| *Strebe, et al. v. Google LLC* | 5:26-cv-03389-PCP | Hon. P. Casey Pitts |
| *Maxey, et al. v. Google LLC* | 4:26-cv-03394-YGR | Hon. Yvonne Gonzalez Rogers |
| *Woods, et al. v. Google LLC* | 4:26-cv-03399-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jones, et al. v. Google LLC* | 5:26-cv-03401-EJD | Hon. Edward J. Davila |
| *Vargas, et al. v. Google LLC* | 4:26-cv-03405-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pasko, et al. v. Google LLC* | 4:26-cv-03407-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hoefling, et al. v. Google LLC* | 5:26-cv-03408-BLF | Hon. Beth L. Freeman |
| *Cross, et al. v. Google LLC* | 4:26-cv-03410-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cummings, et al. v. Google LLC* | 4:26-cv-03411-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ramirez, et al. v. Google LLC* | 4:26-cv-03416-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wiley, et al. v. Google LLC* | 4:26-cv-03397-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gorodkin, et al. v. Google LLC* | 4:26-cv-03419-YGR | Hon. Yvonne Gonzalez Rogers |
| *Blank, et al. v. Google LLC* | 5:26-cv-03420-EKL | Hon. Eumi K. Lee |
| *Grossman, et al. v. Google LLC* | 5:26-cv-03417-EKL | Hon. Eumi K. Lee |
| *Huballa, et al. v. Google LLC* | 4:26-cv-03409-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ali, et al. v. Google LLC* | 4:26-cv-03421-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gustafson, et al. v. Google LLC* | 4:26-cv-03412-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sturgis, et al. v. Google LLC* | 4:26-cv-03402-YGR | Hon. Yvonne Gonzalez Rogers |
| *Schaffer, et al. v. Google LLC* | 5:26-cv-03406-NW | Hon. Noël Wise |
| *Miller, et al. v. Google LLC* | 4:26-cv-03447-YGR | Hon. Yvonne Gonzalez Rogers |
| *Everson, et al. v. Google LLC* | 4:26-cv-03456-YGR | Hon. Yvonne Gonzalez Rogers |
| *Amare, et al. v. Google LLC* | 4:26-cv-03458-YGR | Hon. Yvonne Gonzalez Rogers |
| *Krystalowich, et al. v. Google LLC* | 4:26-cv-03462-YGR | Hon. Yvonne Gonzalez Rogers |
| *Giampaoli, et al. v. Google LLC* | 4:26-cv-03464-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kelly, et al. v. Google LLC* | 4:26-cv-03466-YGR | Hon. Yvonne Gonzalez Rogers |
| *Chuidian, et al. v. Google LLC* | 4:26-cv-03442-YGR | Hon. Yvonne Gonzalez Rogers |
| *Walls, et al. v. Google LLC* | 4:26-cv-03440-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bender, et al. v. Google LLC* | 4:26-cv-03448-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bustos, et al. v. Google LLC* | 4:26-cv-03453-YGR | Hon. Yvonne Gonzalez Rogers |
| *McManus, et al. v. Google LLC* | 4:26-cv-03455-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fetterman, et al. v. Google LLC* | 4:26-cv-03461-YGR | Hon. Yvonne Gonzalez Rogers |
| *Islam, et al. v. Google LLC* | 4:26-cv-03463-YGR | Hon. Yvonne Gonzalez Rogers |
| *Suriano, et al. v. Google LLC* | 4:26-cv-03475-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Ladner, et al. v. Google LLC* | 4:26-cv-03469-YGR | Hon. Yvonne Gonzalez Rogers |
| *Briggman, et al. v. Google LLC* | 4:26-cv-03468-YGR | Hon. Yvonne Gonzalez Rogers |
| *Churchill, et al. v. Google LLC* | 4:26-cv-03465-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mendoza, et al. v. Google LLC* | 4:26-cv-03467-YGR | Hon. Yvonne Gonzalez Rogers |
| *Trenkle, et al. v. Google LLC* | 4:26-cv-03445-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bradley, et al. v. Google LLC* | 4:26-cv-03505-YGR | Hon. Yvonne Gonzalez Rogers |
| *Listermann, et al. v. Google LLC* | 4:26-cv-03501-YGR | Hon. Yvonne Gonzalez Rogers |
| *Young, et al. v. Google LLC* | 4:26-cv-03507 | Unassigned |
| *Rodarte, et al. v. Google LLC* | 4:26-cv-03509-YGR | Hon. Yvonne Gonzalez Rogers |
| *Y. Betancourt, et al. v. Google LLC* | 4:26-cv-03499-YGR | Hon. Yvonne Gonzalez Rogers |
| *Campa, et al. v. Google LLC* | 4:26-cv-03498-YGR | Hon. Yvonne Gonzalez Rogers |
| *Aguilar, et al. v. Google LLC* | 4:26-cv-03511-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rhodes, et al. v. Google LLC* | 4:26-cv-03496-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hughes, et al. v. Google LLC* | 4:26-cv-03497-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brown, et al. v. Google LLC* | 4:26-cv-03522-YGR | Hon. Yvonne Gonzalez Rogers |
| *McClure-Ignacio, et al. v. Google LLC* | 4:26-cv-03575-YGR | Hon. Yvonne Gonzalez Rogers |
| *Garcia, et al. v. Google LLC* | 4:26-cv-03574-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gilliland, et al. v. Google LLC* | 4:26-cv-03573-YGR | Hon. Yvonne Gonzalez Rogers |
| *Olsta, et al. v. Google LLC* | 4:26-cv-03572-YGR | Hon. Yvonne Gonzalez Rogers |
| *Powers, et al. v. Google LLC* | 4:26-cv-03571-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gayton, et al. v. Google LLC* | 4:26-cv-03556-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bales, et al. v. Google LLC* | 4:26-cv-03564-YGR | Hon. Yvonne Gonzalez Rogers |
| *Castaldi, et al. v. Google LLC* | 4:26-cv-03566-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rice, et al. v. Google LLC* | 4:26-cv-03568-YGR | Hon. Yvonne Gonzalez Rogers |
| *Walker, et al. v. Google LLC* | 4:26-cv-03570-YGR | Hon. Yvonne Gonzalez Rogers |
| *J. Betancourt, et al. v. Google LLC* | 4:26-cv-03563-YGR | Hon. Yvonne Gonzalez Rogers |
| *Howard, et al. v. Google LLC* | 4:26-cv-03527-YGR | Hon. Yvonne Gonzalez Rogers |
| *Noy, et al. v. Google LLC* | 4:26-cv-03561-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mitchell, et al. v. Google LLC* | 4:26-cv-03532-YGR | Hon. Yvonne Gonzalez Rogers |
| *Falcone, et al. v. Google LLC* | 4:26-cv-03557-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ardito, et al. v. Google LLC* | 4:26-cv-03538-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cobb, et al. v. Google LLC* | 4:26-cv-03552-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dobyne, et al. v. Google LLC* | 4:26-cv-03562-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sharkey, et al. v. Google LLC* | 4:26-cv-03548-YGR | Hon. Yvonne Gonzalez Rogers |
| *Tejeda, et al. v. Google LLC* | 4:26-cv-03565-YGR | Hon. Yvonne Gonzalez Rogers |
| *Koier, et al. v. Google LLC* | 4:26-cv-03543-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brooner, et al. v. Google LLC* | 4:26-cv-03577-YGR | Hon. Yvonne Gonzalez Rogers |
| *Castleman, et al. v. Google LLC* | 4:26-cv-03580-YGR | Hon. Yvonne Gonzalez Rogers |
| *Deaton, et al. v. Google LLC* | 4:26-cv-03581-YGR | Hon. Yvonne Gonzalez Rogers |
| *Disney, et al. v. Google LLC* | 4:26-cv-03578-YGR | Hon. Yvonne Gonzalez Rogers |
| *Falante, et al. v. Google LLC* | 4:26-cv-03579-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Herring, et al. v. Google LLC* | 4:26-cv-03585-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ochoa, et al. v. Google LLC* | 4:26-cv-03587-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rai, et al. v. Google LLC* | 4:26-cv-03584-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roy, et al. v. Google LLC* | 4:26-cv-03586-YGR | Hon. Yvonne Gonzalez Rogers |
| *Saltsman, et al. v. Google LLC* | 4:26-cv-03582-YGR | Hon. Yvonne Gonzalez Rogers |
| *Valencia, et al. v. Google LLC* | 4:26-cv-03583-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fredrikson-Perez, et al. v. Google LLC* | 4:26-cv-03605-YGR | Hon. Yvonne Gonzalez Rogers |
| *Keeton, et al. v. Google LLC* | 4:26-cv-03613-YGR | Hon. Yvonne Gonzalez Rogers |
| *Webb, et al. v. Google LLC* | 4:26-cv-03611-YGR | Hon. Yvonne Gonzalez Rogers |
| *Byers, et al. v. Google LLC* | 3:26-cv-03606-YGR | Hon. Yvonne Gonzalez Rogers |
| *Enuma, et al. v. Google LLC* | 4:26-cv-03597-YGR | Hon. Yvonne Gonzalez Rogers |
| *Curiel, et al. v. Google LLC* | 4:26-cv-03616-YGR | Hon. Yvonne Gonzalez Rogers |
| *Priest, et al. v. Google LLC* | 4:26-cv-03630-YGR | Hon. Yvonne Gonzalez Rogers |
| *Atienza, et al. v. Google LLC* | 4:26-cv-03637-YGR | Hon. Yvonne Gonzalez Rogers |
| *LaPiana, et al. v. Google LLC* | 4:26-cv-03623-YGR | Hon. Yvonne Gonzalez Rogers |
| *Reardon, et al. v. Google LLC* | 4:26-cv-03619-YGR | Hon. Yvonne Gonzalez Rogers |
| *Messenger, et al. v. Google LLC* | 4:26-cv-03612-YGR | Hon. Yvonne Gonzalez Rogers |
| *Graziano, et al. v. Google LLC* | 4:26-cv-03603-YGR | Hon. Yvonne Gonzalez Rogers |
| *Berentis, et al. v. Google LLC* | 4:26-cv-03599-YGR | Hon. Yvonne Gonzalez Rogers |
| *Clark, et al. v. Google LLC* | 4:26-cv-03607-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rosenthal, et al. v. Google LLC* | 4:26-cv-03615-YGR | Hon. Yvonne Gonzalez Rogers |
| *Marinos, et al. v. Google LLC* | 4:26-cv-03617-YGR | Hon. Yvonne Gonzalez Rogers |
| *Padfield, et al. v. Google LLC* | 4:26-cv-03601-YGR | Hon. Yvonne Gonzalez Rogers |
| *Villarreal, et al. v. Google LLC* | 4:26-cv-03625-YGR | Hon. Yvonne Gonzalez Rogers |
| *Moore, et al. v. Google LLC* | 4:26-cv-03629-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bonano, et al. v. Google LLC* | 4:26-cv-03633-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mcmurtray-Longo, et al. v. Google LLC* | 4:26-cv-03634-YGR | Hon. Yvonne Gonzalez Rogers |
| *Julio, et al. v. Google LLC* | 4:26-cv-03635-YGR | Hon. Yvonne Gonzalez Rogers |
| *Humes Jr., et al. v. Google LLC* | 4:26-cv-03636-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sewell, et al. v. Google LLC* | 4:26-cv-03618-YGR | Hon. Yvonne Gonzalez Rogers |
| *Theodule-Patterson, et al. v. Google LLC* | 4:26-cv-03620-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yake, et al. v. Google LLC* | 4:26-cv-03626-YGR | Hon. Yvonne Gonzalez Rogers |
| *Webber, et al. v. Google LLC* | 4:26-cv-03638-YGR | Hon. Yvonne Gonzalez Rogers |
| *Stahl, et al. v. Google LLC* | 4:26-cv-03639-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bednar, et al. v. Google LLC* | 4:26-cv-03640-YGR | Hon. Yvonne Gonzalez Rogers |
| *Paulson, et al. v. Google LLC* | 4:26-cv-03641-YGR | Hon. Yvonne Gonzalez Rogers |
| *Saxton, et al. v. Google LLC* | 4:26-cv-03645-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wittmeyer, et al. v. Google LLC* | 4:26-cv-03675-YGR | Hon. Yvonne Gonzalez Rogers |
| *E. Howard, et al. v. Google LLC* | 4:26-cv-03677-YGR | Hon. Yvonne Gonzalez Rogers |
| *Adams, et al. v. Google LLC* | 4:26-cv-03647-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rissmann, et al. v. Google LLC* | 4:26-cv-03650-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Thurber, et al. v. Google LLC* | 4:26-cv-03654-YGR | Hon. Yvonne Gonzalez Rogers |
| *Houser, et al. v. Google LLC* | 4:26-cv-03663-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fidis, et al. v. Google LLC* | 4:26-cv-03668-YGR | Hon. Yvonne Gonzalez Rogers |
| *Nguyen, et al. v. Google LLC* | 4:26-cv-03669 | Unassigned |
| *Grant-Seales, et al. v. Google LLC* | 4:26-cv-03648-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ziobro, et al. v. Google LLC* | 4:26-cv-03653-YGR | Hon. Yvonne Gonzalez Rogers |
| *Young Sr., et al. v. Google LLC* | 4:26-cv-03658-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams-Jennings, et al. v. Google LLC* | 4:26-cv-03666-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ostler-Boring, et al. v. Google LLC* | 4:26-cv-03667-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hager-Duncan, et al. v. Google LLC* | 4:26-cv-03676-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hilton, et al. v. Google LLC* | 4:26-cv-03679-YGR | Hon. Yvonne Gonzalez Rogers |
| *O'Hagan III, et al. v. Google LLC* | 4:26-cv-03681-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pais, et al. v. Google LLC* | 4:26-cv-03687-YGR | Hon. Yvonne Gonzalez Rogers |
| *Costa Jr., et al. v. Google LLC* | 4:26-cv-03693-YGR | Hon. Yvonne Gonzalez Rogers |
| *Leclair-Peavy, et al. v. Google LLC* | 4:26-cv-03670-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jean-Francois, et al. v. Google LLC* | 4:26-cv-03671-YGR | Hon. Yvonne Gonzalez Rogers |
| *Stokes, et al. v. Google LLC* | 4:26-cv-03672-YGR | Hon. Yvonne Gonzalez Rogers |
| *Robinson III, et al. v. Google LLC* | 4:26-cv-03678-YGR | Hon. Yvonne Gonzalez Rogers |
| *Nail, et al. v. Google LLC* | 4:26-cv-03683-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rodriguez Jr., et al. v. Google LLC* | 4:26-cv-03688-YGR | Hon. Yvonne Gonzalez Rogers |
| *Arrellin Jr., et al. v. Google LLC* | 4:26-cv-03691-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carey, et al. v. Google LLC* | 4:26-cv-03695-YGR | Hon. Yvonne Gonzalez Rogers |
| *Shokes, et al. v. Google LLC* | 4:26-cv-03697-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ashley, et al. v. Google LLC* | 4:26-cv-03709-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cyr, et al. v. Google LLC* | 4:26-cv-03710-YGR | Hon. Yvonne Gonzalez Rogers |
| *Milton, et al. v. Google LLC* | 4:26-cv-03713-YGR | Hon. Yvonne Gonzalez Rogers |
| *Colclasure, et al. v. Google LLC* | 4:26-cv-03716-YGR | Hon. Yvonne Gonzalez Rogers |
| *Morse, et al. v. Google LLC* | 4:26-cv-03751-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thompson, et al. v. Google LLC* | 4:26-cv-03718-YGR | Hon. Yvonne Gonzalez Rogers |
| *Torres, et al. v. Google LLC* | 4:26-cv-03720-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fort, et al. v. Google LLC* | 4:26-cv-03727-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dixie, et al. v. Google LLC* | 4:26-cv-03728-YGR | Hon. Yvonne Gonzalez Rogers |
| *Desormeaux, et al. v. Google LLC* | 4:26-cv-03731-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ding, et al. v. Google LLC* | 4:26-cv-03765-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jimison, et al. v. Google LLC* | 4:26-cv-03726-YGR | Hon. Yvonne Gonzalez Rogers |
| *Joassaint-Jules, et al. v. Google LLC* | 4:26-cv-03729-YGR | Hon. Yvonne Gonzalez Rogers |
| *Castro, et al. v. Google LLC* | 4:26-cv-03732-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hayes Jr., et al. v. Google LLC* | 4:26-cv-03734-YGR | Hon. Yvonne Gonzalez Rogers |
| *Warlick III, et al. v. Google LLC* | 4:26-cv-03736-YGR | Hon. Yvonne Gonzalez Rogers |
| *Riggins, et al. v. Google LLC* | 4:26-cv-03747-YGR | Hon. Yvonne Gonzalez Rogers |
| *Withers, et al. v. Google LLC* | 4:26-cv-03750-YGR | Hon. Yvonne Gonzalez Rogers |

5

| | | |
|---|---|---|
| *Nicholson III, et al. v. Google LLC* | 4:26-cv-03755-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cameron-Dodd, et al. v. Google LLC* | 4:26-cv-03758-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hopstad-Redner, et al. v. Google LLC* | 4:26-cv-03715-YGR | Hon. Yvonne Gonzalez Rogers |
| *Allen Sr., et al. v. Google LLC* | 4:26-cv-03733-YGR | Hon. Yvonne Gonzalez Rogers |
| *Leblanc Jr., et al. v. Google LLC* | 4:26-cv-03735-YGR | Hon. Yvonne Gonzalez Rogers |
| *Czajkowski, et al. v. Google LLC* | 4:26-cv-03737-YGR | Hon. Yvonne Gonzalez Rogers |
| *Virgen-Sims, et al. v. Google LLC* | 4:26-cv-03743-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sanchez-Montalvo, et al. v. Google LLC* | 4:26-cv-03739-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brewster Jr., et al. v. Google LLC* | 4:26-cv-03748-YGR | Hon. Yvonne Gonzalez Rogers |
| *Perez-Mota, et al. v. Google LLC* | 4:26-cv-03754-YGR | Hon. Yvonne Gonzalez Rogers |
| *Greene-Smith, et al. v. Google LLC* | 4:26-cv-03757-YGR | Hon. Yvonne Gonzalez Rogers |
| *L. Brown, et al. v. Google LLC* | 4:26-cv-03759-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thomas, et al. v. Google LLC* | 4:26-cv-03770-YGR | Hon. Yvonne Gonzalez Rogers |
| *Tijerina, et al. v. Google LLC* | 4:26-cv-03771-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cenimo, et al. v. Google LLC* | 4:26-cv-03774-YGR | Hon. Yvonne Gonzalez Rogers |
| *Tony, et al. v. Google LLC* | 4:26-cv-03777-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jones, et al. v. Google LLC* | 4:26-cv-03780-YGR | Hon. Yvonne Gonzalez Rogers |
| *Faison Jr., et al. v. Google LLC* | 4:26-cv-03786-YGR | Hon. Yvonne Gonzalez Rogers |
| *Zemialkowski, et al. v. Google LLC* | 4:26-cv-03798-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kadar, et al. v. Google LLC* | 4:26-cv-03794-YGR | Hon. Yvonne Gonzalez Rogers |
| *Green Sr., et al. v. Google LLC* | 4:26-cv-03803-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bissett, et al. v. Google LLC* | 4:26-cv-03795-YGR | Hon. Yvonne Gonzalez Rogers |
| *Riggins, et al. v. Google LLC* | 4:26-cv-03803-YGR | Hon. Yvonne Gonzalez Rogers |
| *Liotti-Gomez, et al. v. Google LLC* | 4:26-cv-03805-YGR | Hon. Yvonne Gonzalez Rogers |
| *Eggleston, et al. v. Google LLC* | 4:26-cv-03808-YGR | Hon. Yvonne Gonzalez Rogers |
| *Taylor, et al. v. Google LLC* | 4:26-cv-03822-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roberson, et al. v. Google LLC* | 4:26-cv-03815-YGR | Hon. Yvonne Gonzalez Rogers |
| *Darby III, et al. v. Google LLC* | 4:26-cv-03817-YGR | Hon. Yvonne Gonzalez Rogers |
| *Nugent-Huie, et al. v. Google LLC* | 4:26-cv-03832-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pride Sr., et al. v. Google LLC* | 4:26-cv-03836-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carden, et al. v. Google LLC* | 4:26-cv-03849-YGR | Hon. Yvonne Gonzalez Rogers |
| *Laverdiere, et al. v. Google LLC* | 4:26-cv-03819-YGR | Hon. Yvonne Gonzalez Rogers |
| *J. Johnson, et al. v. Google LLC* | 4:26-cv-03828-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hayes, et al. v. Google LLC* | 4:26-cv-03831-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kuzbyt Jr., et al. v. Google LLC* | 4:26-cv-03834-YGR | Hon. Yvonne Gonzalez Rogers |
| *Claypoole, et al. v. Google LLC* | 4:26-cv-03839-YGR | Hon. Yvonne Gonzalez Rogers |
| *Maxwell-Lewinson, et al. v. Google LLC* | 4:26-cv-03841-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brown, et al. v. Google LLC* | 4:26-cv-03847-YGR | Hon. Yvonne Gonzalez Rogers |
| *White, et al. v. Google LLC* | 4:26-cv-03851-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kurland Jr., et al. v. Google LLC* | 4:26-cv-03853-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wolfram, et al. v. Google LLC* | 4:26-cv-03845-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Henderson, et al. v. Google LLC* | 4:26-cv-03854-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lampkin-Cain, et al. v. Google LLC* | 4:26-cv-03807-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kirkland III, et al. v. Google LLC* | 4:26-cv-03865-YGR | Hon. Yvonne Gonzalez Rogers |
| *Miller, et al. v. Google LLC* | 4:26-cv-03867-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dunlap-Parker, et al. v. Google LLC* | 4:26-cv-03870-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ranking Sr., et al. v. Google LLC* | 4:26-cv-03873-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yabut III, et al. v. Google LLC* | 4:26-cv-03879-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gravel, et al. v. Google LLC* | 4:26-cv-03882-YGR | Hon. Yvonne Gonzalez Rogers |
| *Schwartz, et al. v. Google LLC* | 4:26-cv-03887-YGR | Hon. Yvonne Gonzalez Rogers |
| *Terry, et al. v. Google LLC* | 4:26-cv-03893-YGR | Hon. Yvonne Gonzalez Rogers |
| *Moses-Immons, et al. v. Google LLC* | 4:26-cv-03901-YGR | Hon. Yvonne Gonzalez Rogers |
| *Madeya-Skinner, et al. v. Google LLC* | 4:26-cv-03911-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pugh, et al. v. Google LLC* | 4:26-cv-03881-YGR | Hon. Yvonne Gonzalez Rogers |
| *Morgan, et al. v. Google LLC* | 4:26-cv-03959-YGR | Hon. Yvonne Gonzalez Rogers |
| *Livingston III, et al. v. Google LLC* | 4:26-cv-03886-YGR | Hon. Yvonne Gonzalez Rogers |
| *Garcia Jr., et al. v. Google LLC* | 4:26-cv-03895-YGR | Hon. Yvonne Gonzalez Rogers |
| *Marshall-Reeves, et al. v. Google LLC* | 4:26-cv-03962-YGR | Hon. Yvonne Gonzalez Rogers |
| *Asgari-Majd, et al. v. Google LLC* | 4:26-cv-03934-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dumas, et al. v. Google LLC* | 4:26-cv-03878-YGR | Hon. Yvonne Gonzalez Rogers |
| *Seewright, et al. v. Google LLC* | 4:26-cv-03941-YGR | Hon. Yvonne Gonzalez Rogers |
| *Guidry Jr., et al. v. Google LLC* | 4:26-cv-03946-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ford-Howard, et al. v. Google LLC* | 4:26-cv-03954-YGR | Hon. Yvonne Gonzalez Rogers |
| *Escobar III, et al. v. Google LLC* | 4:26-cv-03957-YGR | Hon. Yvonne Gonzalez Rogers |
| *Scott Jr., et al. v. Google LLC* | 4:26-cv-03960-YGR | Hon. Yvonne Gonzalez Rogers |
| *Page, et al. v. Google LLC* | 4:26-cv-03964-YGR | Hon. Yvonne Gonzalez Rogers |
| *Johnson Sr., et al. v. Google LLC* | 4:26-cv-03924-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thweatt, et al. v. Google LLC* | 4:26-cv-03929-YGR | Hon. Yvonne Gonzalez Rogers |
| *Leckie III, et al. v. Google LLC* | 4:26-cv-03938-YGR | Hon. Yvonne Gonzalez Rogers |
| *Solis-Londa, et al. v. Google LLC* | 4:26-cv-03943-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mohan, et al. v. Google LLC* | 4:26-cv-03947-YGR | Hon. Yvonne Gonzalez Rogers |
| *Waller, et al. v. Google LLC* | 4:26-cv-03949-YGR | Hon. Yvonne Gonzalez Rogers |
| *Schaffner, et al. v. Google LLC* | 4:26-cv-03951-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kurtz-Miller, et al. v. Google LLC* | 4:26-cv-03990-YGR | Hon. Yvonne Gonzalez Rogers |
| *White-Burney, et al. v. Google LLC* | 4:26-cv-03991-YGR | Hon. Yvonne Gonzalez Rogers |
| *Vloke-Wurth, et al. v. Google LLC* | 4:26-cv-03994-YGR | Hon. Yvonne Gonzalez Rogers |
| *Matta, et al. v. Google LLC* | 4:26-cv-03998-YGR | Hon. Yvonne Gonzalez Rogers |
| *Horne-Snellings, et al. v. Google LLC* | 4:26-cv-04007-YGR | Hon. Yvonne Gonzalez Rogers |
| *Daniel, et al. v. Google LLC* | 4:26-cv-04010-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams, et al. v. Google LLC* | 4:26-cv-04014-YGR | Hon. Yvonne Gonzalez Rogers |
| *Karamanian-Gleba, et al. v. Google LLC* | 4:26-cv-03993-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hardy, et al. v. Google LLC* | 4:26-cv-03999-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Hearn Jr., et al. v. Google LLC* | 4:26-cv-04006-YGR | Hon. Yvonne Gonzalez Rogers |
| *Snider, et al. v. Google LLC* | 4:26-cv-04009-YGR | Hon. Yvonne Gonzalez Rogers |
| *Belk, et al. v. Google LLC* | 4:26-cv-04011-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carey, et al. v. Google LLC* | 4:26-cv-04013-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sorenson, et al. v. Google LLC* | 4:26-cv-04017-YGR | Hon. Yvonne Gonzalez Rogers |
| *Johnson-Griggs, et al. v. Google LLC* | 4:26-cv-04016-YGR | Hon. Yvonne Gonzalez Rogers |
| *Brown-Hughes, et al. v. Google LLC* | 4:26-cv-04018-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mcleish-Mays, et al. v. Google LLC* | 4:26-cv-04020-YGR | Hon. Yvonne Gonzalez Rogers |
| *Maymi-Rivera, et al. v. Google LLC* | 4:26-cv-04027-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thomason-Yeater, et al. v. Google LLC* | 4:26-cv-04035-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yancey-Harris, et al. v. Google LLC* | 4:26-cv-04037-YGR | Hon. Yvonne Gonzalez Rogers |
| *Benitez Jr., et al. v. Google LLC* | 4:26-cv-04043-YGR | Hon. Yvonne Gonzalez Rogers |
| *Somerville-Cleve, et al. v. Google LLC* | 4:26-cv-04071-YGR | Hon. Yvonne Gonzalez Rogers |
| *Moure Jr., et al. v. Google LLC* | 4:26-cv-04076-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bryant-Booker, et al. v. Google LLC* | 4:26-cv-04082-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bluitt-Spann, et al. v. Google LLC* | 4:26-cv-04088-YGR | Hon. Yvonne Gonzalez Rogers |
| *Norris III, et al. v. Google LLC* | 4:26-cv-04095-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lupa, et al. v. Google LLC* | 4:26-cv-04104-YGR | Hon. Yvonne Gonzalez Rogers |
| *Morrow-Foster, et al. v. Google LLC* | 4:26-cv-04108-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jordan-Mcgreevy, et al. v. Google LLC* | 4:26-cv-04079-YGR | Hon. Yvonne Gonzalez Rogers |
| *Flynn III, et al. v. Google LLC* | 4:26-cv-04117-YGR | Hon. Yvonne Gonzalez Rogers |
| *Harrington-Jacobs, et al. v. Google LLC* | 4:26-cv-04084-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mcmeekin, et al. v. Google LLC* | 4:26-cv-04086-YGR | Hon. Yvonne Gonzalez Rogers |
| *Singleton, et al. v. Google LLC* | 4:26-cv-04090-YGR | Hon. Yvonne Gonzalez Rogers |
| *Foster, et al. v. Google LLC* | 4:26-cv-04093-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hutchins Jr., et al. v. Google LLC* | 4:26-cv-04060-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams-Oswill, et al. v. Google LLC* | 4:26-cv-04070-YGR | Hon. Yvonne Gonzalez Rogers |
| *Vance Jr., et al. v. Google LLC* | 4:26-cv-04073-YGR | Hon. Yvonne Gonzalez Rogers |
| *Davis, et al. v. Google LLC* | 4:26-cv-04083-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ferreira Jr., et al. v. Google LLC* | 4:26-cv-04087-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mai, et al. v. Google LLC* | 4:26-cv-04099-YGR | Hon. Yvonne Gonzalez Rogers |
| *Linhoff, et al. v. Google LLC* | 4:26-cv-04105-YGR | Hon. Yvonne Gonzalez Rogers |
| *Link Jr., et al. v. Google LLC* | 4:26-cv-04110-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pruett-Satrapa, et al. v. Google LLC* | 4:26-cv-04123-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams, et al. v. Google LLC* | 4:26-cv-04125-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williams-Paige, et al. v. Google LLC* | 4:26-cv-04128-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fields, et al. v. Google LLC* | 4:26-cv-04130-YGR | Hon. Yvonne Gonzalez Rogers |
| *Meyer-Acunzo, et al. v. Google LLC* | 4:26-cv-04138-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lawrence, et al. v. Google LLC* | 4:26-cv-04143-YGR | Hon. Yvonne Gonzalez Rogers |
| *Durrani, et al. v. Google LLC* | 4:26-cv-04149-YGR | Hon. Yvonne Gonzalez Rogers |
| *Salmeri Jr., et al. v. Google LLC* | 4:26-cv-04127-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Caywood Jr., et al. v. Google LLC* | 4:26-cv-04129-YGR | Hon. Yvonne Gonzalez Rogers |
| *Monroe, et al. v. Google LLC* | 4:26-cv-04133-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lectora, et al. v. Google LLC* | 4:26-cv-04137-YGR | Hon. Yvonne Gonzalez Rogers |
| *Dunham, et al. v. Google LLC* | 4:26-cv-04140-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cheng, et al. v. Google LLC* | 4:26-cv-04153-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bryant, et al. v. Google LLC* | 4:26-cv-04156-YGR | Hon. Yvonne Gonzalez Rogers |
| *Terry, et al. v. Google LLC* | 4:26-cv-04134-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mitchell-Harlee, et al. v. Google LLC* | 4:26-cv-04141-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mathis-Perez, et al. v. Google LLC* | 4:26-cv-04147-YGR | Hon. Yvonne Gonzalez Rogers |
| *Abernathy, et al. v. Google LLC* | 4:26-cv-04152-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yates Jr., et al. v. Google LLC* | 4:26-cv-04155-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bergeron Jr., et al. v. Google LLC* | 4:26-cv-04159-YGR | Hon. Yvonne Gonzalez Rogers |
| *Crawford,, et al. v. Google LLC* | 4:26-cv-04158-YGR | Hon. Yvonne Gonzalez Rogers |
| *Williamson, et al. v. Google LLC* | 4:26-cv-04177-YGR | Hon. Yvonne Gonzalez Rogers |
| *Giles, et al. v. Google LLC* | 4:26-cv-04182-YGR | Hon. Yvonne Gonzalez Rogers |
| *Blankenship Jr., et al. v. Google LLC* | 4:26-cv-04189-YGR | Hon. Yvonne Gonzalez Rogers |
| *L. Johnson, et al. v. Google LLC* | 4:26-cv-04181-YGR | Hon. Yvonne Gonzalez Rogers |
| *Batchelor, et al. v. Google LLC* | 4:26-cv-04187-YGR | Hon. Yvonne Gonzalez Rogers |
| *Taylor-Epps, et al. v. Google LLC* | 4:26-cv-04185-YGR | Hon. Yvonne Gonzalez Rogers |
| *Noble, et al. v. Google LLC* | 4:26-cv-04190-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mcmillen-Dodd, et al. v. Google LLC* | 4:26-cv-04192-YGR | Hon. Yvonne Gonzalez Rogers |
| *Basah, et al. v. Google LLC* | 4:26-cv-04195-YGR | Hon. Yvonne Gonzalez Rogers |
| *Arvelo-Perez, et al. v. Google LLC* | 4:26-cv-04186-YGR | Hon. Yvonne Gonzalez Rogers |
| *Byers Jr., et al. v. Google LLC* | 4:26-cv-04191-YGR | Hon. Yvonne Gonzalez Rogers |
| *Gorospe Jr., et al. v. Google LLC* | 4:26-cv-04193-YGR | Hon. Yvonne Gonzalez Rogers |
| *Simmons-Jacobs, et al. v. Google LLC* | 4:26-cv-04196-YGR | Hon. Yvonne Gonzalez Rogers |
| *Amato, et al. v. Google LLC* | 4:26-cv-04199-YGR | Hon. Yvonne Gonzalez Rogers |
| *Velazquez-Rea, et al. v. Google LLC* | 4:26-cv-04200-YGR | Hon. Yvonne Gonzalez Rogers |
| *Anderson, et al. v. Google LLC* | 4:26-cv-04194-YGR | Hon. Yvonne Gonzalez Rogers |
| *Skiba, et al. v. Google LLC* | 4:26-cv-04202-YGR | Hon. Yvonne Gonzalez Rogers |
| *Penetar, et al. v. Google LLC* | 4:26-cv-04205-YGR | Hon. Yvonne Gonzalez Rogers |
| *Green, et al. v. Google LLC* | 4:26-cv-04208-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rowe Jr., et al. v. Google LLC* | 4:26-cv-04212-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hafeez-Bey, et al. v. Google LLC* | 4:26-cv-04236-YGR | Hon. Yvonne Gonzalez Rogers |
| *Newfield, et al. v. Google LLC* | 4:26-cv-04239-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fuller, et al. v. Google LLC* | 4:26-cv-04241-YGR | Hon. Yvonne Gonzalez Rogers |
| *Al-Suqi, et al. v. Google LLC* | 4:26-cv-04266-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cumens Jr., et al. v. Google LLC* | 4:26-cv-04270-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wells, et al. v. Google LLC* | 4:26-cv-04275-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wimberly Sr., et al. v. Google LLC* | 4:26-cv-04282-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jordan Jr., et al. v. Google LLC* | 4:26-cv-04243-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Chavez Jr., et al. v. Google LLC* | 4:26-cv-04245-YGR | Hon. Yvonne Gonzalez Rogers |
| *Eldridge Jr., et al. v. Google LLC* | 4:26-cv-04262-YGR | Hon. Yvonne Gonzalez Rogers |
| *Mack-Moore, et al. v. Google LLC* | 4:26-cv-04269-YGR | Hon. Yvonne Gonzalez Rogers |
| *Johnson, et al. v. Google LLC* | 4:26-cv-04278-YGR | Hon. Yvonne Gonzalez Rogers |
| *Heaton, et al. v. Google LLC* | 4:26-cv-04287-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ali, et al. v. Google LLC* | 4:26-cv-04289-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wise, et al. v. Google LLC* | 4:26-cv-04249-YGR | Hon. Yvonne Gonzalez Rogers |
| *J. Johnson, et al. v. Google LLC* | 4:26-cv-04251-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ewan, et al. v. Google LLC* | 4:26-cv-04253-YGR | Hon. Yvonne Gonzalez Rogers |
| *Trevino, et al. v. Google LLC* | 4:26-cv-04257-YGR | Hon. Yvonne Gonzalez Rogers |
| *Langevin, et al. v. Google LLC* | 4:26-cv-04271-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carter, et al. v. Google LLC* | 4:26-cv-04273-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roush, et al. v. Google LLC* | 4:26-cv-04302-YGR | Hon. Yvonne Gonzalez Rogers |
| *Huberts Jr., et al. v. Google LLC* | 4:26-cv-04306-YGR | Hon. Yvonne Gonzalez Rogers |
| *Vance, et al. v. Google LLC* | 4:26-cv-04314-YGR | Hon. Yvonne Gonzalez Rogers |
| *Buchanan-Harris, et al. v. Google LLC* | 4:26-cv-04317-YGR | Hon. Yvonne Gonzalez Rogers |
| *Coleman-Battle, et al. v. Google LLC* | 4:26-cv-04328-YGR | Hon. Yvonne Gonzalez Rogers |
| *White-Johnson, et al. v. Google LLC* | 4:26-cv-04336-YGR | Hon. Yvonne Gonzalez Rogers |
| *Radcliff-Lopez, et al. v. Google LLC* | 4:26-cv-04344-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lomba Sr., et al. v. Google LLC* | 4:26-cv-04303-YGR | Hon. Yvonne Gonzalez Rogers |
| *Puccio Jr., et al. v. Google LLC* | 4:26-cv-04305-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roman-Olmeda, et al. v. Google LLC* | 4:26-cv-04309-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sigman III, et al. v. Google LLC* | 4:26-cv-04311-YGR | Hon. Yvonne Gonzalez Rogers |
| *Magume Jr., et al. v. Google LLC* | 4:26-cv-04318-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hamel Jr., et al. v. Google LLC* | 4:26-cv-04320-YGR | Hon. Yvonne Gonzalez Rogers |
| *Plater-Melgar, et al. v. Google LLC* | 4:26-cv-04299-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hawkins Sr., et al. v. Google LLC* | 4:26-cv-04300-YGR | Hon. Yvonne Gonzalez Rogers |
| *Carathers, et al. v. Google LLC* | 4:26-cv-04304-YGR | Hon. Yvonne Gonzalez Rogers |
| *Neal Sr., et al. v. Google LLC* | 4:26-cv-04307-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cosanatan Jr., et al. v. Google LLC* | 4:26-cv-04315-YGR | Hon. Yvonne Gonzalez Rogers |
| *Krum, et al. v. Google LLC* | 4:26-cv-04325-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rousey, et al. v. Google LLC* | 4:26-cv-04337-YGR | Hon. Yvonne Gonzalez Rogers |
| *Misra, et al. v. Google LLC* | 4:26-cv-04298-YGR | Hon. Yvonne Gonzalez Rogers |
| *Butler Jr., et al. v. Google LLC* | 4:26-cv-04294-YGR | Hon. Yvonne Gonzalez Rogers |
| *Newberry Jr., et al. v. Google LLC* | 4:26-cv-04355-YGR | Hon. Yvonne Gonzalez Rogers |
| *Olumuyiwa-Olamina, et al. v. Google LLC* | 4:26-cv-04358-YGR | Hon. Yvonne Gonzalez Rogers |
| *Waisel, et al. v. Google LLC* | 4:26-cv-04363-YGR | Hon. Yvonne Gonzalez Rogers |
| *Stiles, et al. v. Google LLC* | 4:26-cv-04364-YGR | Hon. Yvonne Gonzalez Rogers |
| *Price Jr., et al. v. Google LLC* | 4:26-cv-04370-YGR | Hon. Yvonne Gonzalez Rogers |
| *Butler, et al. v. Google LLC* | 4:26-cv-04378-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Reynolds, et al. v. Google LLC* | 4:26-cv-04382-YGR | Hon. Yvonne Gonzalez Rogers |
| *Schrank-Blan, et al. v. Google LLC* | 4:26-cv-04359-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ellis Jr., et al. v. Google LLC* | 4:26-cv-04366-YGR | Hon. Yvonne Gonzalez Rogers |
| *Larocca Jr., et al. v. Google LLC* | 4:26-cv-04367-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hawkins Jr., et al. v. Google LLC* | 4:26-cv-04368-YGR | Hon. Yvonne Gonzalez Rogers |
| *Boehm Jr., et al. v. Google LLC* | 4:26-cv-04371-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jensen, et al. v. Google LLC* | 4:26-cv-04372-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lafrance, et al. v. Google LLC* | 4:26-cv-04374-YGR | Hon. Yvonne Gonzalez Rogers |
| *Yarberry, et al. v. Google LLC* | 4:26-cv-04360-YGR | Hon. Yvonne Gonzalez Rogers |
| *Chriswell Jr., et al. v. Google LLC* | 4:26-cv-04365-YGR | Hon. Yvonne Gonzalez Rogers |
| *Watts Sr., et al. v. Google LLC* | 4:26-cv-04369-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lettman, et al. v. Google LLC* | 4:26-cv-04380-YGR | Hon. Yvonne Gonzalez Rogers |
| *Barnett, et al. v. Google LLC* | 4:26-cv-04386-YGR | Hon. Yvonne Gonzalez Rogers |
| *Provencher, et al. v. Google LLC* | 4:26-cv-04400-YGR | Hon. Yvonne Gonzalez Rogers |
| *Estes Jr., et al. v. Google LLC* | 4:26-cv-04403-YGR | Hon. Yvonne Gonzalez Rogers |
| *Almukaddem, et al. v. Google LLC* | 4:26-cv-04411-YGR | Hon. Yvonne Gonzalez Rogers |
| *Baker, et al. v. Google LLC* | 4:26-cv-04417-YGR | Hon. Yvonne Gonzalez Rogers |
| *Roberts Jr., et al. v. Google LLC* | 4:26-cv-04436-YGR | Hon. Yvonne Gonzalez Rogers |
| *Coleman, et al. v. Google LLC* | 4:26-cv-04442-YGR | Hon. Yvonne Gonzalez Rogers |
| *Olumba-Welsh, et al. v. Google LLC* | 4:26-cv-04448-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jackson-Mcclure, et al. v. Google LLC* | 4:26-cv-04418-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lee-Smith, et al. v. Google LLC* | 4:26-cv-04426-YGR | Hon. Yvonne Gonzalez Rogers |
| *Collins Jr., et al. v. Google LLC* | 4:26-cv-04433-YGR | Hon. Yvonne Gonzalez Rogers |
| *Aguilera Jr., et al. v. Google LLC* | 4:26-cv-04437-YGR | Hon. Yvonne Gonzalez Rogers |
| *Morrow, et al. v. Google LLC* | 4:26-cv-04413-YGR | Hon. Yvonne Gonzalez Rogers |
| *Shears-Barnes, et al. v. Google LLC* | 4:26-cv-04424-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thomas-King, et al. v. Google LLC* | 4:26-cv-04439-YGR | Hon. Yvonne Gonzalez Rogers |
| *Goodman, et al. v. Google LLC* | 4:26-cv-04454-YGR | Hon. Yvonne Gonzalez Rogers |
| *Meshelany Jr., et al. v. Google LLC* | 4:26-cv-04456-YGR | Hon. Yvonne Gonzalez Rogers |
| *Evans Jr., et al. v. Google LLC* | 4:26-cv-04466-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hall Jr., et al. v. Google LLC* | 4:26-cv-04468-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rosario, et al. v. Google LLC* | 4:26-cv-04470-YGR | Hon. Yvonne Gonzalez Rogers |
| *Snyder, et al. v. Google LLC* | 4:26-cv-04475-YGR | Hon. Yvonne Gonzalez Rogers |
| *Fullen-Cartier, et al. v. Google LLC* | 4:26-cv-04460-YGR | Hon. Yvonne Gonzalez Rogers |
| *Cardona III, et al. v. Google LLC* | 4:26-cv-04462-YGR | Hon. Yvonne Gonzalez Rogers |
| *Alexander, et al. v. Google LLC* | 4:26-cv-04459-YGR | Hon. Yvonne Gonzalez Rogers |
| *Rigaud III, et al. v. Google LLC* | 4:26-cv-04486-YGR | Hon. Yvonne Gonzalez Rogers |
| *Banks, et al. v. Google LLC* | 4:26-cv-04487-YGR | Hon. Yvonne Gonzalez Rogers |
| *Lawler III, et al. v. Google LLC* | 4:26-cv-04491-YGR | Hon. Yvonne Gonzalez Rogers |
| *Torres, et al. v. Google LLC* | 4:26-cv-04493-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ahluwalia, et al. v. Google LLC* | 4:26-cv-04497-YGR | Hon. Yvonne Gonzalez Rogers |

| | | |
|---|---|---|
| *Ramirez, et al. v. Google LLC* | 4:26-cv-04501-YGR | Hon. Yvonne Gonzalez Rogers |
| *Houang, et al. v. Google LLC* | 4:26-cv-04506-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wesson Sr., et al. v. Google LLC* | 4:26-cv-04511-YGR | Hon. Yvonne Gonzalez Rogers |
| *Palmer, et al. v. Google LLC* | 4:26-cv-04522-YGR | Hon. Yvonne Gonzalez Rogers |
| *Ridha, et al. v. Google LLC* | 4:26-cv-04524-YGR | Hon. Yvonne Gonzalez Rogers |
| *Garcia-Solis, et al. v. Google LLC* | 4:26-cv-04537-YGR | Hon. Yvonne Gonzalez Rogers |
| *Reynolds Jr., et al. v. Google LLC* | 4:26-cv-04507-YGR | Hon. Yvonne Gonzalez Rogers |
| *Boudreaux Jr., et al. v. Google LLC* | 4:26-cv-04513-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kovalck Jr., et al. v. Google LLC* | 4:26-cv-04521-YGR | Hon. Yvonne Gonzalez Rogers |
| *Werling, et al. v. Google LLC* | 4:26-cv-04533-YGR | Hon. Yvonne Gonzalez Rogers |
| *Pierre-Louis, et al. v. Google LLC* | 4:26-cv-04538-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jean-Baptiste, et al. v. Google LLC* | 4:26-cv-04551-YGR | Hon. Yvonne Gonzalez Rogers |
| *Houston, et al. v. Google LLC* | 4:26-cv-04561-YGR | Hon. Yvonne Gonzalez Rogers |
| *Smith Sr., et al. v. Google LLC* | 4:26-cv-04584-YGR | Hon. Yvonne Gonzalez Rogers |
| *Henderson Jr., et al. v. Google LLC* | 4:26-cv-04588-YGR | Hon. Yvonne Gonzalez Rogers |
| *Miller Jr., et al. v. Google LLC* | 4:26-cv-04583-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bonilla-Toledo, et al. v. Google LLC* | 4:26-cv-04587-YGR | Hon. Yvonne Gonzalez Rogers |
| *Patel, et al. v. Google LLC* | 4:26-cv-04591-YGR | Hon. Yvonne Gonzalez Rogers |
| *Kenny, et al. v. Google LLC* | 4:26-cv-04586-YGR | Hon. Yvonne Gonzalez Rogers |
| *Hammond Sr., et al. v. Google LLC* | 4:26-cv-04627 | Unassigned |
| *Srewart Sr., et al. v. Google LLC* | 4:26-cv-04634-YGR | Hon. Yvonne Gonzalez Rogers |
| *Usry, et al. v. Google LLC* | 4:26-cv-04636 | Unassigned |
| *Barnes Jr., et al. v. Google LLC* | 4:26-cv-04589-YGR | Hon. Yvonne Gonzalez Rogers |
| *Redd, et al. v. Google LLC* | 4:26-cv-04593-YGR | Hon. Yvonne Gonzalez Rogers |
| *Price, et al. v. Google LLC* | 4:26-cv-04600-YGR | Hon. Yvonne Gonzalez Rogers |
| *Wallace-Wilson, et al. v. Google LLC* | 4:26-cv-04603-YGR | Hon. Yvonne Gonzalez Rogers |
| *Bist Jr., et al. v. Google LLC* | 4:26-cv-04606-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sadler, et al. v. Google LLCs* | 4:26-cv-04637 | Unassigned |
| *Tegeler, et al. v. Google LLC* | 4:26-cv-04595-YGR | Hon. Yvonne Gonzalez Rogers |
| *Farinas, et al. v. Google LLC* | 4:26-cv-04601-YGR | Hon. Yvonne Gonzalez Rogers |
| *Sebree Jr., et al. v. Google LLC* | 4:26-cv-04607-YGR | Hon. Yvonne Gonzalez Rogers |
| *Taylor-St. John, et al. v. Google LLC* | 4:26-cv-04594-YGR | Hon. Yvonne Gonzalez Rogers |
| *White Jr., et al. v. Google LLC* | 4:26-cv-04605-YGR | Hon. Yvonne Gonzalez Rogers |
| *Thompson, et al. v. Google LLC* | 4:26-cv-04614-YGR | Hon. Yvonne Gonzalez Rogers |
| *Jusino, et al. v. Google LLC* | 4:26-cv-04620 | Unassigned |
| *Pierre-Louis, et al. v. Google LLC* | 4:26-cv-04625 | Unassigned |
| *David-Hall, et al. v. Google LLC* | 4:26-cv-04630 | Unassigned |