**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice)*
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Brett Watkins (admitted *pro hac vice*)
brettwatkins@quinnemanuel.com
700 Louisiana St., Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**GOOGLE LLC'S NOTICE RE: INADVERTENT DATA LOSS**

Referral: Hon. Susan van Keulen, USMJ

CHASOM BROWN, *et al*., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-03664-YGR-SVK

**TO COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Google LLC ("Google") submits this Notice to promptly inform the Court that a small subset of data from six mapping tables Google preserved pursuant to this Court's preservation orders was inadvertently deleted. This issue impacts only a portion of these tables, which comprise an exceedingly small fraction of the universe of preserved data in these cases. Over the six-year span of these matters, Google has worked diligently to preserve tens of millions of gigabytes of data across multiple sources, including developing case-specific sampling methods and designing and implementing new pipelines to preserve massive amounts of user data. Pursuant to the Court's May 20, 2022, July 15, 2022, August 5, 2022, and March 20, 2023 Orders, this preservation effort included over 20 mapping tables. (*Brown* Dkt. 587 at 8; *Brown* Dkt. 657 at 7; *Brown* Dkt. 899 at 3; *Calhoun* Dkt. 766 at 8; *Calhoun* Dkt. 815 at 7; *Calhoun* Dkt. 997 at 3.) The Court did not require production of these tables, and classwide discovery has closed in both matters.

Google recently discovered that the preservation hold on six of the preserved mapping tables had inadvertently lapsed. As a result, data in these mapping tables for the nine-month period between October 2022 and July 2023 is no longer available. Upon discovering this issue, Google immediately took steps to ensure no further data would be lost for the six tables. As a result, data in these mapping tables from after July 2023 to the present is unaffected and continues to be preserved. In addition, Google has confirmed that other data sources preserved using the same process are also unaffected and continue to be preserved.

Google has notified Plaintiffs of the above issues and will continue to meet and confer with them as needed.

Dated: August 21, 2026

Respectfully,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Andrew H. Schapiro*

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)

teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice)*
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Brett Watkins (admitted *pro hac vice*)
brettwatkins@quinnemanuel.com
700 Louisiana St., Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100

*Counsel for Defendant Google LLC*